**SCHEDULE A**

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021669M
STATEMENT NO:  112505

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | EMS | Conference with Cynthia C. Jackson regarding sale of de minimus assets and termination of lease | 0.40 | 78.00 |
| 01/04/06 | EMS | Telephone call with Mike Chlebovec regarding sale of de minimus assets reports | 0.20 | 39.00 |
| 01/19/06 | EMS | Correspondence to Vanessa Bodie and Mike Chlevobec regarding de minimus asset report | 0.30 | 58.50 |
| 01/23/06 | EMS | Correspondence to Cynthia C. Jackson regarding reports detailing sale of de minimus assets | 0.40 | 78.00 |
|  | CCJ | Review of and revisions to notice regarding deminimus sales and correspondence to Elizabeth M. Schule regarding same | 0.50 | 152.50 |
| 01/24/06 | CCJ | Conference with Sheon Karol and Doug Stanford regarding store sales (.3); review and analysis of timeline (.2) | 0.50 | 152.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.30 | 558.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $305.00 | $305.00 |
| Elizabeth M. Schule | 1.30 | 195.00 | 253.50 |
| TOTAL | 2.30 |  | $558.50 |

TOTAL THIS STATEMENT                                    $558.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:   109900

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/05 | EMS | Review and analysis of objections on Debtors' motion to abandon FF&E (3.5); preparation of outlines of objections setting forth the basis of each objection (3.6) | 7.10 | 1,349.00 |
| 10/04/05 | EMS | Preparation of notebook on all objections to Debtors' intent to abandon FF&E (2.9); telephone call with Bob Heller (.2); telephone call with Ron Trixler regarding whether the Debtors are aware of the identity of anyone with an interest in the FF&E the Debtors intend to abandon that proper notice can be given (.4); e-mail correspondence to Cynthia C. Jackson regarding same (.1) | 3.60 | 684.00 |
| 10/31/05 | CCJ | Received and replied to correspondence from Creditors Committee regarding revisions to liquidation agreement (.2); conferences with Keith Daw and Bryan Gaston regarding same (.5); conference with Bryan Gaston (Xroads) regarding ammonia issues (.3) | 1.00 | 295.00 |
|  |  |  | 11.70 | 2,328.00 |

FOR PROFESSIONAL SERVICES RENDERED

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $295.00 | $295.00 |
| Elizabeth M. Schule | 10.70 | 190.00 | 2,033.00 |
| TOTAL | 11.70 |  | $2,328.00 |

TOTAL THIS STATEMENT $2,328.00

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:   110835

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

|  | | HOURS | |
|---|---|---|---|
| 11/02/05 EMS | Preparation of correspondence to all attorneys who filed objections to Debtors' notice of intent to abandon | 3.60 | 684.00 |
| 11/03/05 EMS | Telephone call with Bruce Mashburn regarding auctions services to Debtors | 0.30 | 57.00 |
| 11/21/05 EMS | Preparation of updated chart of withdrawals of objections to Debtors' notice of intent to abandon FF&E | 0.30 | 57.00 |
| 11/28/05 TLC | E-mail to Paul Schlaack regarding the motion to sell the Miami Dairy Plant (.2); preparation and filing of certificate of service regarding the motion to sell the Miami Dairy Plant (.5) | 0.70 | 84.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 4.90 | 882.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Tana L. Copeland | 0.70 | $120.00 | $84.00 |
| Elizabeth M. Schule | 4.20 | 190.00 | 798.00 |
| TOTAL | 4.90 | | $882.00 |

TOTAL THIS STATEMENT                                        $882.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021670M
STATEMENT NO:  111719

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

| | | | HOURS | |
|---|---|---|---|---|
| 12/02/05 | TLC | Service of order regarding the Dallas, Georgia sale | 0.70 | 84.00 |
| | EMS | Telephone call with Michael Faulker, counsel for Paulding County, Georgia regarding payment of taxes on inventory sold from Store Nos. 2714 and 2719 (.3); correspondence to Cynthia C. Jackson regarding same (.1) | 0.40 | 76.00 |
| 12/06/05 | EMS | Correspondence to Michael Fackler and Cynthia C. Jackson regarding sale of inventory and payment of taxes | 0.20 | 38.00 |
| 12/09/05 | EMS | Correspondence to Cynthia C. Jackson and Steve Rosenblatt regarding sale of abandoned equipment in Store No. 1362 (.3); correspondence to Eddie Held and Cynthia C. Jackson regarding status of lease termination notice for Morrisville Market (.2); correspondence to Michael Fackler and Cynthia C. Jackson regarding sale of inventory for Store Nos. 2714 and 2719 and payment of taxes on the inventory (.3) | 0.80 | 152.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 2.10 | 350.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Tana L. Copeland | 0.70 | $120.00 | $84.00 |
| Elizabeth M. Schule | 1.40 | 190.00 | 266.00 |
| | 2.10 | | $350.00 |

TOTAL THIS STATEMENT $350.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO:  109901

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/05 | CCJ | Review and revision of owned property contracts (2.2); conferences and correspondence with Ken Kirschner, Doug Stanford regarding same (1.4); conference with Committee's counsel regarding same (.6) | 4.20 | 1,239.00 |
| 10/04/05 | CCJ | Review and analysis of owned property and closing schedules (.6); conference with Ken Kirschner regarding Miami Dairy and review of contract regarding same (1.0) | 1.60 | 472.00 |
| 10/06/05 | CCJ | Conference with Sheon Karol, Catherine Ibold, Bryan Gaston regarding sale status and actions needed (1.0); preparation for October 7, 2005 hearing (.5); conference with Sheon Karol regarding sales (.8); conference with John James, Keith Daw and Catherine Ibold regarding 505 issues (.8); conference with Beau Bowin regarding same (.3); conference with Stephen D. Busey regarding same (.5); review of correspondence regarding same (.9) | 4.80 | 1,416.00 |
| 10/10/05 | CCJ | Received and replied to correspondence regarding Miami Diary and conferences with Ken Kirschner regarding same | 1.20 | 354.00 |
| 10/11/05 | CCJ | Conference with Ken Kirschner regarding various sale issues and review of sale proposals (.6); conference with Sheon Karol regarding sale timeline (.5) | 1.10 | 324.50 |
| 10/12/05 | CCJ | Review and analysis of correspondence regarding sale of assets and correspondence regarding same (.9); preparation of motion to sell Miami Reclamation Center (1.0) | 1.90 | 560.50 |
| 10/13/05 | CCJ | Preparation of motion and order to sell Miami Reclamation Center (3.2); conferences with Ed Zimmer and Jim Avallone from DJM regarding same |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | (.8); correspondence to Committee and Bank regarding same (.5) | 4.50 | 1,327.50 |
|  | SDB | Revision of draft motion to sell Miami Reclamation Center | 0.70 | 276.50 |
| 10/14/05 | CCJ | Conferences with Sheon Karol, Doug Stanford and DJM regarding owned property sales (.5); revisions to motion and order on Miami Reclamation Center and correspondence to Committee and Bank regarding same (1.3) | 1.80 | 531.00 |
| 10/17/05 | CCJ | Revision of motion and order on Miami Reclamation Center (.8); correspondence with DJM and Rosalie Gray regarding same (.5); review and analysis of owned property chart (.9); correspondence to Pam Brown regarding Louisville and with Betsy Cox regarding same (.2) | 2.40 | 708.00 |
| 10/18/05 | CCJ | Correspondence to Committee and Bank regarding Miami Reclamation Center (.7); correspondence to Pam Burn regarding future sale motion (.2); revisions to timelines (1.0) | 1.90 | 560.50 |
| 10/21/05 | TLC | Revision and electronic filing of motion and order on Miami Reclamation Center and service of same (1.2); preparation and electronic filing of notice of hearing regarding same (.5); service of the notice of hearing regarding the motion on the Miami Reclamation Center (.2); preparation of electronic filing and service of the notice of filing store closing statement for Store No. 739 (.6) | 2.50 | 300.00 |
|  | CCJ | Revision, finalization and filing of Miami Reclamation Center's motion and proposed order (1.2); conference with Pam Brown and with Tana Copeland regarding same (.3) | 1.50 | 442.50 |
| 10/24/05 | TLC | E-mail correspondence to James Avallone transmitting a copy of the Miami Reclamation Center's motion (.1); preparation, filing and service of amended notice of hearing regarding the Miami Reclamation Center's motion (.5) | 0.60 | 72.00 |
| 10/27/05 | EMS | Preparation of motion and proposed order to sell Hollywood Tract to Southern Homes III, LLC | 2.50 | 475.00 |
|  | CCJ | Review and reply to correspondence from Pam Brown (Smith Gambrell) regarding sales (.2); conference with Ken Kirschner regarding same (.5) | 0.70 | 206.50 |
| 10/28/05 | CCJ | Telephone conference with Sheon Karol (Xroads); Doug Standford (Smith Gambrell), Emilio Amendola (DJM), Michael Chlebovec (Winn-Dixie), Catherine Ibold (Winn-Dixie) regarding status of negotiations and contract on owned property | 0.90 | 265.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 3
11/10/2005
Winn-Dixie Stores, Inc.                                      ACCOUNT NO: 10163-021671M
STATEMENT NO:   109901

Chapter 11 - Asset Disposition (Real Property)

HOURS

10/31/05 EMS Preparation of motion and order to sell Hollywood
             Tract (.5); preparation of motion and order to sell
             outparcels in Dallas, Georgia (2.5); preparation of
             motion and order to sell New Orleans Distribution          5.10     969.00
             Center (2.1)                                              -----  ---------
                                                                      39.90 10,500.00
             FOR PROFESSIONAL SERVICES RENDERED

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.70 | $395.00 | $276.50 |
| Cynthia C. Jackson | 28.50 | 295.00 | 8,407.50 |
| *Tana L. Copeland | 3.10 | 120.00 | 372.00 |
| Elizabeth M. Schule | 7.60 | 190.00 | 1,444.00 |
| TOTAL | 39.90 | | $10,500.00 |

TOTAL THIS STATEMENT                                                   $10,500.00
                                                                     ==========

_____

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO:   110836

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/05 | CCJ | Review and revision of motion to sell Dallas, Georgia outparcel (.7); correspondence to Winn-Dixie and D. J. Masset regarding same  (.2) | 0.90 | 265.50 |
| | EMS | Revision of motion and order to sell Dallas, Georgia Outparcels | 2.30 | 437.00 |
| 11/03/05 | CCJ | Revisions to motions to sell Dallas, Georgia property (1.2); conference with Ed Zimmer regarding same (.2) | 1.40 | 413.00 |
| 11/04/05 | CCJ | Review of and respond to correspondence regarding motion to sell Dallas, Georgia outparcels | 0.30 | 88.50 |
| 11/07/05 | CCJ | Revisions to motion and order on sale of Dallas, Georgia outparcels (1.0); revisions to motion to sell Hollywood tract (.5); revisions to motion to sell New Orleans Distribution Center (1.6) | 3.10 | 914.50 |
| | EMS | E-mail correspondence with Cynthia C. Jackson regarding motion for sale of Hollywood tract (.2); drafted updated motion to sell Hollywood tract (2.9); e-mail correspondence with Cynthia C. Jackson regarding same (.2) | 3.30 | 627.00 |
| 11/08/05 | CCJ | Revisions to Hollywood motion (.5); revisions to Dallas, Georgia order (.3); revisions to New Orleans Distribution Center's motion (.5); review and respond to correspondence regarding title issues on Store No. 2294 (.3); review of correspondence and offer on Miami outparcels (.5) | 2.10 | 619.50 |
| | EMS | Preparation of revised motion to sell Hollywood tract (.8); e-mail correspondence with Cynthia C. Jackson regarding same (.2); preparation of proposed order to sell Hollywood tract (1.6); preparation of revised motion to sell New Orleans Distribution Center (2.1) | 4.70 | 893.00 |

LAW OFFICES
## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO:   110836

Chapter 11 - Asset Disposition (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 11/09/05 | CCJ | Telephone conference with Sheon Karol, Catherine Ibold, Mike Chlebovec, Jon Avallone and Emilio Amendola regarding status of real estate deals (1.0); revisions to Dallas, Georgia order and Hollywood motion (1.1) | 2.10 | 619.50 |
| | EMS | Preparation of revised motion to sell Hollywood tract (1.4); preparation of hearing outline for November 17, 2005 omnibus hearing on Debtors' motion to sell Miami Reclamation Warehouse (2.2) | 3.60 | 684.00 |
| 11/10/05 | EMS | Preparation of revised motion and order to sell New Orleans Distribution Center (2.4); telephone call to Mike Chlebovec regarding same (.1) | 2.50 | 475.00 |
| 11/11/05 | EMS | Telephone and e-mail correspondence with Kim Neil regarding amount of dollars saved by Debtors' per month in insurance maintenance and taxes due to dale of New Orleans Distribution Center | 0.20 | 38.00 |
| | CCJ | Revision, finalization, filing and service of motion to sell Dallas, Georgia outparcels and conferences with Smith, Gambrell & Russell regarding same | 1.00 | 295.00 |
| 11/14/05 | CCJ | Preparation for and participation in telephone conference on status of real property sales (1.0); review of and respond to correspondence regarding Hollywood sale (.5) | 1.50 | 442.50 |
| 11/16/05 | CCJ | Preparation for and participation in auction of Miami Reclamation Warehouse (1.2); conferences with Jim Avallone (DJM) and Sheon Karol regarding same (.4); review of real property report (.2) | 1.80 | 531.00 |
| 11/18/05 | CCJ | Correspondence to Elizabeth M. Schule regarding Miami dairy plant sale (.2); review of and respond to correspondence from Ken Kirschner and from Doug Standford regarding same (.5) | 0.70 | 206.50 |
| 11/21/05 | CCJ | Revisions to Miami dairy plant's motion and conference with Ken Kirschner and Doug Standford regarding same | 1.60 | 472.00 |
| 11/22/05 | CCJ | Review of and respond to correspondence regarding Miami dairy plant (.8); revisions to Miami dairy plant's motion (1.3); correspondence to Sally Henry, Rosalie Gray and Adam Ravin regarding same (.1); review and analysis of new offers on Jacksonville properties (.2) | 2.40 | 708.00 |
| 11/23/05 | CCJ | Revision, finalization and filing of motion to sell Miami dairy plant and conferences with Sheon Karol and Matt Barr regarding same (1.3); preparation of proposed order on same (.8); preparation for and participation in telephone conference with Sheon Karol, DJM, Smith, Gambrell & Russell regarding owned properties (1.0) | 3.10 | 914.50 |

LAW OFFICES
## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
12/15/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO:   110836

Chapter 11 - Asset Disposition (Real Property)

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                  | HOURS |           |
|------------|-----|---|---|---|
| 11/28/05 | EMS | Preparation of hearing outline for Debtors' amended motion to sell Dallas, Georgia outparcels | 1.20 | 228.00 |
| 11/30/05 | CCJ | Preparation for and representation of Winn-Dixie at auction for Dallas, Georgia (1.8); conferences with Jim Avallone (DJM), Sheon Karol and Catherine Ibold regarding same (.6); conference with Sheon Karol and Doug Stanford regarding same (.2); revisions to proposed order to reflect new purchaser (.8); revisions to order on Stuart Maue (1.0); review of and respond to correspondence regarding Wachovia and fee examiner and conference with Stephen D. Busey regarding same (1.0) | 5.40 | 1,593.00 |
|            |     | FOR PROFESSIONAL SERVICES RENDERED | 45.20 | 11,465.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Cynthia C. Jackson | 27.40 | $295.00 | $8,083.00 |
| Elizabeth M. Schule- | 17.80 | 190.00 | 3,382.00 |
| TOTAL | 45.20 | | $11,465.00 |

TOTAL THIS STATEMENT                                   $11,465.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021671M
STATEMENT NO: 111720

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 12/01/05 | CCJ | Preparation for and representation of Debtors at hearing on sale of Dallas, Georgia property (1.6); review of asset purchase agreement for Oveida and correspondence regarding same (.9) | 2.50 | 737.50 |
| 12/05/05 | CCJ | Review and analysis of Deutsche objection to Miami Dairy Plant sale (.8); conferences with Ken Kirschner and Doug Standford regarding same (.3) | 1.10 | 324.50 |
| 12/06/05 | CCJ | Conferences with Doug Standford, with Ken Kirschner, with Paul Schlaak regarding Miami Dairy Plant sale (.6); conference with all of above including Sheon Karol and Catherine Ibold regarding same (.3) | 0.90 | 265.50 |
| 12/07/05 | CCJ | Conference with Ken Kirschner regarding Miami Dairy sale (.2); review of and respond to correspondence regarding same (.5) | 0.70 | 206.50 |
| 12/08/05 | CCJ | Review of and respond to correspondence regarding Miami Dairy Plant sale (.8); conferences with Doug Standford and Ken Kirschner regarding same (.6) | 1.40 | 413.00 |
| | EMS | Preparation of hearing outline of Debtors' motion to sell Miami Dairy Plant | 2.40 | 456.00 |
| 12/09/05 | EMS | Preparation of updated hearing outline on Debtors' motion to sell Miami Dairy Plant | 2.70 | 513.00 |
| | CCJ | Telephone calls with Ken Kirschner, with James McInnis and with Toby Gerbert (counsel for competing bidders) regarding Miami Dairy Plant sale (.8); review of and respond to correspondence from Pam Brown regarding timelines (.5) | 1.30 | 383.50 |
| 12/12/05 | CCJ | Telephone conferences with Doug Standford, Sheon Karol, Catherine Ibold, Mike Chlebovec, Ken Kirschner and Pam Brown regarding review of Miami Dairy Plant bids (1.0); correspondence to bidders regarding same (1.4); review of and respond to correspondence from bidders (.3) | 2.70 | 796.50 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 2
01/17/2006
Winn-Dixie Stores, Inc.                                         ACCOUNT NO: 10163-021671M
STATEMENT NO:  111720

Chapter 11 - Asset Disposition (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/13/05 | CCJ | Telephone conference with Sheon Karol, Catherine Ibold and Ken Kirschner and negotiations with Dean Foods regarding Miami Dairy Plant auction (2.6); preparation for and representation of Debtors at auction (1.3) | 3.90 | 1,150.50 |
| 12/14/05 | CCJ | Preparation for hearing on sale of Miami Dairy Plant (1.0); review of and respond to correspondence regarding same (.2); conference with Doug Standford and Ken Kirschner regarding same (.3) | 1.50 | 442.50 |
| 12/15/05 | CCJ | Preparation for and representation of Winn-Dixie at hearing on motion to sell Miami Dairy Plant (1.2); conference with Ken Kirschner and John Schwartz regarding same (.4) | 1.60 | 472.00 |
| 12/16/05 | CCJ | Review of and respond to correspondence regarding Miami Dairy Plant sale order (.9); conference with Kimberly S. Ward and Tony Gerber regarding same (.3); conference with Smith Gambrell's office regarding same (.2) | 1.40 | 413.00 |
|  | KSW | Preparation and electronic filing of proposed order regarding sale of Miami Dairy Plant | 0.20 | 24.00 |
| 12/19/05 | EMS | Preparation of motion to sell fuel center located in McComb, Mississippi | 1.50 | 285.00 |
|  | KSW | Preparation of revised proposed order regarding Miami Dairy Plant sale (.2); electronic filing of same (.3) | 0.50 | 60.00 |
| 12/20/05 | CCJ | Review and analysis of real property report and conference with Doug Standford regarding same | 1.00 | 295.00 |
| 12/22/05 | CCJ | Review of and respond to correspondence regarding Miami Dairy Plant (.5); conference with client regarding same (.2) | 0.70 | 206.50 |
| 12/23/05 | CCJ | Participation in real property telephone conference | 0.50 | 147.50 |
| 12/28/05 | CCJ | Participation in owned property call (.2); revisions to McComb sale motion (.9); correspondence to Creditors Committee regarding same (.2) | 1.30 | 383.50 |
|  | SDB | Review and revision of motion to sell Debtors' interests in the McComb Fuel Terminal in McComb, Mississippi | 0.50 | 197.50 |
|  | KSW | Research regarding status of proposed corrected order regarding sale of Store No. 1328 (.4); preparation and service of order approving sale of Miami Dairy Plant assets (1.3); preparation and electronic filing of certificate of service regarding order approving sale of Miami Dairy Plant assets (.3) | 2.00 | 240.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
01/17/2006
ACCOUNT NO: 10163-021671M
STATEMENT NO:   111720

Chapter 11 - Asset Disposition (Real Property)

| | | HOURS | |
|---|---|---|---|
| 12/29/05 CCJ | Review of and respond to correspondence from Pam Brown regarding McComb (.3); correspondence to Creditors Committee regarding same (.2) | 0.50 | 147.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | 32.80 | 8,560.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.50 | $395.00 | $197.50 |
| Cynthia C. Jackson | 23.00 | 295.00 | 6,785.00 |
| *Kimberly S. Ward | 2.70 | 120.00 | 324.00 |
| Elizabeth M. Schule | 6.60 | 190.00 | 1,254.00 |
| | 32.80 | | $8,560.50 |

TOTAL THIS STATEMENT                                    $8,560.50

*Legal Assistant

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021671M
STATEMENT NO:   112506

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/04/06 | CCJ | Conference with Sheon Karol, Mike Chlebovec and Ken Kirschner regarding sales of manufacturing facilities (.5); review of and respond to correspondence regarding Miami Dairy Plant sale (.6) | 1.10 | 335.50 |
| 01/05/06 | CCJ | Participation in real property sales status telephone call (.4); review of and respond to correspondence from Pam Brown regarding Oviedo (.2) | 0.60 | 183.00 |
| 01/06/06 | CCJ | Review of and respond to correspondence regarding Oviedo (.3); revisions to motion to sell Oviedo (.5) | 0.80 | 244.00 |
| 01/07/06 | EMS | Preparation of order approving sale of Oviedo Tract | 1.30 | 253.50 |
| 01/10/06 | TLC | Correspondence to Dorothy Dowell and Cynthia C. Jackson regarding the lease termination agreement of Store No. 1413 | 0.30 | 36.00 |
| 01/11/06 | EMS | Preparation of order approving lease termination agreement for Store No. 1413 (.8); correspondence to Pam Brown regarding sale of Miramar outparcel (.2); preparation of motion to approve sale of Miramar outparcel (3.4) | 4.40 | 858.00 |
| 01/12/06 | CCJ | Review of proposed Oviedo motion and revisions to same (1.0); conference with Catherine Ibold regarding same (.3) | 1.30 | 396.50 |
|  | EMS | Preparation of motion to approve sale of Miramar outparcel | 0.80 | 156.00 |
| 01/15/06 | EMS | Preparation of motion to sell Clarkesville, Virginia outparcel | 1.40 | 273.00 |
| 01/16/06 | CCJ | Conference with Sheon Karol, Emilio Amendola and Doug Stanford regarding Oviedo and Pump-N-Save sales (.5); revisions to Oviedo motion and correspondence regarding same (1.2) | 1.70 | 518.50 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Page: 2
02/17/2006
ACCOUNT NO: 10163-021671M
STATEMENT NO:  112506

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| | EMS | Drafted motion and order to sell Clarksville, Virginia outparcel | 3.80 | 741.00 |
| 01/17/06 | CCJ | Revisions to Oviedo motion and correspondence regarding same | 1.00 | 305.00 |
| | EMS | Draft revised order for sale of Oviedo Tract | 0.50 | 97.50 |
| 01/18/06 | CCJ | Revisions to Oviedo motion based upon Creditors Committee comments | 0.30 | 91.50 |
| 01/19/06 | CCJ | Review and finalization of Oviedo motion (.5); review of and respond to correspondence from Creditors Committee regarding same (.2) | 0.70 | 213.50 |
| | BB | Research regarding 11th Circuit case law interpreting the application of 11 U.S.C. 1146(c) | 0.40 | 88.00 |
| 01/20/06 | KSW | Preparation, electronic filing and service of motion for order (a) authorizing Debtors to sell Oviedo property and related assets free and clear of liens, claims, and interests, and (b) granting related relief and notice of hearing thereon | 2.40 | 312.00 |
| 01/23/06 | EMS | Telephone call with Jason Frasier regarding sale of Oviedo Tract (.2); correspondence to Kim Neil regarding same (.1) | 0.30 | 58.50 |
| 01/25/06 | EMS | Telephone call with Jason Frasier regarding Debtors' motion to sell the Oviedo Tract | 0.10 | 19.50 |
| 01/31/06 | EMS | Preparation of motion to sell Pump-N-Save fuel center | 1.60 | 312.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 24.80 | 5,492.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 7.50 | $305.00 | $2,287.50 |
| Beau Bowin | 0.40 | 220.00 | 88.00 |
| *Tana L. Copeland | 0.30 | 120.00 | 36.00 |
| *Kimberly S. Ward | 2.40 | 130.00 | 312.00 |
| Elizabeth M. Schule | 14.20 | 195.00 | 2,769.00 |
| TOTAL | 24.80 | | $5,492.50 |

TOTAL THIS STATEMENT                     $5,492.50
=========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:  110834

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/17/05 | CCJ | Review of and respond to correspondence from landlord's counsel regarding abandonment of furniture, fixtures and equipment | 0.50 | 147.50 |
| 11/23/05 | TLC | Preparation of proposed order approving the sale of the Miami dairy plant (1.0); filing and service of the motion and notice of hearing regarding the sale of the Miami dairy plant (.9); e-mail correspondences with Kim Neil regarding the correct address for the landlord (.2) | 2.10 | 252.00 |
|  | KSW | Review and revision of motion for order (A) authorizing sale of assets free & clear of liens, claims and interests and exempt from taxes, (B) authorizing the assumption and assignment of leases and (C) granting related relief (1.9); preparation of notice of hearing thereon (.2) | 2.10 | 252.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 4.70 | 651.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER |  | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Cynthia C. Jackson |  | 0.50 | $295.00 | $147.50 |
| *Tana L. Copeland |  | 2.10 | 120.00 | 252.00 |
| *Kimberly S. Ward |  | 2.10 | 120.00 | 252.00 |
|  | TOTAL | 4.70 |  | $651.50 |

TOTAL THIS STATEMENT                                    $651.50
                                                       =======

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109902

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/05 | LMP | E-mail to Catherine Ibold regarding rescheduling of hearing on Sarria Enterprises' motion for relief from stay (.2); analysis regarding status of stay litigation matters and update of action list (.5) | 0.70 | 175.00 |
|  | JHP | Review of e-mail correspondence from attorneys for Glasrud (.2); preparation of update to index of stay relief motions (.2) | 0.40 | 142.00 |
|  | CCJ | Review and analysis of Concord issues and correspondence with Keith Cherry and with Catherine Ibold regarding same | 1.40 | 413.00 |
| 10/04/05 | LMP | E-mail to Catherine Ibold regarding rescheduling of Sarria Enterprises' motion for relief from stay (.1); e-mail to Jay Castle regarding response from Glasrud attorney regarding motion for relief from stay (.1); review and analysis of motion to proceed in forma pauperis and other documents filed by Wayne Boyd in connection with request for relief from stay (.4) | 0.60 | 150.00 |
|  | KSW | Updated index to stay litigation | 0.10 | 12.00 |
|  | JHP | E-mail correspondence with client regarding motion for stay relief filed by Shaun Johnson and review of material pleadings and documents (.3); e-mail correspondence with client regarding Wayne Boyd's motion to lift stay and review of material pleadings (.3) | 0.60 | 213.00 |
| 10/05/05 | LMP | Preparation of stipulation and proposed order regarding Dannon's motion for relief from stay (3.5); review and analysis of complaint filed by Dorfler in violation of the automatic stay (.3) | 3.80 | 950.00 |
|  | JHP | E-mail correspondence with client and local counsel regarding a state court action (Birch v. Mettler) in violation of automatic stay and alternative courses of action (.8); e-mail correspondence with attorney for Dannon regarding proposed settlement (.4) | 1.20 | 426.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.


Chapter 11 - Automatic Stay (Relief Actions)


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/06/05 | LMP | Preparation of stipulation and proposed order regarding Dannon's motion for relief from stay (2.8); preparation of stay enforcement letter and notice of bankruptcy for Dorfler matter and e-mail to company regarding same (.7); review of e-mails regarding and complaint filed by estate of Barry Birch and preparation of stay enforcement letter regarding same (.4); review of order denying Wayne Boyd's request to be excused from attending the hearing on his motion for relief from stay and notice setting the hearing and e-mail to Tim Williams and Jay Castle regarding same (.2) | 4.10 | 1,025.00 |
|  | JHP | Preparation of proposed stipulation and agreed order regarding Dannon's motion to lift stay (1.0); e-mail correspondence with client regarding the violation of the automatic stay by plaintiff in Birch v. Mettler (.8). | 1.80 | 639.00 |
| 10/07/05 | JHP | Preparation of proposed stipulation and agreed order regarding Dannon's motion to lift stay (1.8); preparation and issuance of stay enforcement letter in Dorfler litigation (.2) | 2.00 | 710.00 |
|  | LMP | Revision of stipulation and proposed order regarding Dannon's motion for relief from stay (.8); preparation of stay enforcement letter and notice of bankruptcy for Barry Birch matter and e-mail to company regarding same (.7) | 1.50 | 375.00 |
|  | KSW | Revised proposed stipulation and agreed order regarding Dannon's motion for relief from stay (.2); transmittal of same to Steve Eichel (.1) | 0.30 | 36.00 |
| 10/10/05 | LMP | Review of e-mail from Tim Williams regarding new stay enforcement matter and review and update of index to stay enforcement matters (.4); e-mails with Scott Morris and Jay Castle regarding filing order denying stay relief in Lumpers' state court action (.2) | 0.60 | 150.00 |
|  | JHP | E-mail correspondence with Scott Morris and Jay Castle regarding Lumper's state court strategy (.2); preparation of proposed Dannon stipulation and agreed order, including telephone calls with Steve Eichel (1.2); e-mail correspondence regarding strategy stay enforcement against the Estate of Barry Birch (.2); e-mail correspondence regarding stay enforcement against Trolani(.2) | 1.80 | 639.00 |
| 10/11/05 | LMP | Review of e-mail from Sedgwick regarding defense counsel retained for Barry Birch case and e-mail to defense counsel Buchholz regarding the effect of automatic stay and the stay enforcement letter and notice of bankruptcy we issued in the Barry Birch action (.7); telephone conference with Jay Castle, Kim Romeo and James H. Post regarding strategy for responding to Shaun Johnson's motion for relief from stay (.5); e-mails with Tom Choate regarding retention in Wayne Boyd matter (.2); review of correspondence from Tim Williams regarding Pagan matter, update to |  |  |

LAW OFFICES
# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| | stay enforcement litigation index and e-mail index to working group (.3) | 1.70 | 425.00 |
| JHP | Preparation for and attendance at telephone conference with Jay Castle and Kim Romeo regarding strategy on motion to lift stay filed by Shaun Johnson (.8); telephone call with attorney for Shaun Johnson regarding proposed stipulation on procedural matters and preparation of stipulation (.4); e-mail correspondence with Tim Williams regarding stay enforcement against Pagan (.2) correspondence with client regarding stay enforcement against Mettker-Toledo (.2) | 1.60 | 568.00 |
| 10/12/05 LMP | E-mail with Mary Richard regarding statements for services rendered by local ordinary course counsel (.1); revision of exhibits to stipulation regarding Dannon's motion for relief from stay to modify amount of proposed remaining potential reclamation claim (.4) | 0.50 | 125.00 |
| JHP | Telephone call with attorney for Shaun Johnson regarding stay issues and preparation of stipulation continuing hearing on motion to lift stay (.8); preparation of revisions to proposed Dannon stipulation and agreed order and e-mail correspondence with Dannon's counsel (1.2); e-mail correspondence with client regarding stay issues received by counsel for Pearly McGwinn (.2) | 2.20 | 781.00 |
| 10/13/05 LMP | Review and analysis of motion and related documents requesting transfer of venue of motion for relief from stay filed by Wayne Boyd and responsive courses of action (.6); review and analysis of correspondence from defense counsel in the Ernest Allen action inquiring whether the company would agree to the modification of the automatic stay so that the action can be prosecuted by the co-defendant (.4) | 1.00 | 250.00 |
| KSW | Preparation of proposed stipulation to continue hearing on motion for relief from stay by Shaun Johnson, et al. | 0.30 | 36.00 |
| JHP | Preparation and service of proposed stipulations to attorney for Shaun Johnson regarding stay litigation and e-mail correspondence with Creditors Committee's attorney thereon (.8); preparation and service to co-counsel of revised Dannon stipulation and agreed orders (.8) | 1.60 | 568.00 |
| 10/14/05 LMP | Review and analysis regarding motion to dismiss and alternative motion for summary judgment filed by Central Progressive Bank and analysis regarding response | 1.50 | 375.00 |
| KSW | Preparation for and electronic filing of stipulation to continue hearing on motion for relief from stay filed by Shaun Johnson, et al. (.3); updated index to stay litigation (.1) | 0.40 | 48.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

JHP Revision of Dannon's stipulation and agreed order
to resolve Dannon's motion to lift stay and take
setoff, including e-mail correspondence thereon to
co-counsel (.8); review of motion to dismiss motion
for summary judgment and related pleadings filed by
Central Progressive Bank (1.2); preparation for
Shaun Johnson's motion, including telephone call
with claimant's attorney regarding resolution of
procedural and discovery issues and preparation of
stipulation (1.2); preparation and issuance of
index to stay litigation (.2)                                3.40   1,207.00

10/17/05 LMP Telephone call with John Alsobrook regarding
preparation for hearing on motion to transfer venue
of Central Progressive Bank action (.3); analysis
regarding response in opposition to Wayne Boyd's
motion to transfer venue and whether Sedgwick
should receive special instructions for handling
Wayne Boyd's claim (.3)                                      0.60     150.00
KSW Updated index to stay litigation                        0.10      12.00
JHP Review of motion to dismiss, motion for summary
judgment and related matters filed by Central
Progressive Bank, review of legal research (1.2);
revision of proposed stipulation and agreed order
on Dannon's motion to lift stay (1.0); preparation,
service and filing of stipulation on Shaun
Johnson's motion (.5)                                        2.70     958.50

10/18/05 LMP Telephone calls to Susie Morgan and Brent Barriere
regarding hearing on motion to transfer venue and
motion to remand in the Central Progressive Bank
Louisiana action (.3); preparation of critical dates
list (.6); e-mail to John Alsobrook regarding
preparation of response to Central Progressive
Bank's motion to dismiss the adversary complaint (.2);
analysis and telephone call with Jay Castle and
John Alsobrook regarding preparation for hearing on
motion to transfer venue and motion for remand of
Central Progressive Bank Louisiana action (.6); e-mail
to Jay Castle regarding whether the company is in a
position to assume the lease at this time (.4); analysis
regarding Central Progressive Bank's motion to
dismiss the adversary proceeding, and analysis
regarding amending adversary complaint to include a
count seeking an injunction under Section 105 of
the Bankruptcy Code regardless of whether Central
Progressive Bank's current actions are characterized
as a violation of the automatic stay (1.1)                   3.20     800.00
JHP Revision of Dannon's stipulation and agreed order
and e-mail correspondence thereon to client and
co-counsel (.8); preparation for and attendance at
telephone conference regarding strategy for Central
Progressive Bank litigation, including revision of
complaint and review of case law (1.8); preparation
of stipulation with attorney for Shaun Johnson

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | regarding settlement procedure and related matters (.6); e-mail correspondence with Tim Williams regarding stay enforcement against Pagan (.4) | 3.60 | 1,278.00 |
| KSW | Preparation and transmittal of e-mail correspondence to client regarding stipulation with Dannon | 0.40 | 48.00 |
| TLC | Revision of standard letter regarding sanctions of violations of the automatic stay (.1); preparation of correspondence to client and co-counsel regarding the stipulation with Dannon (.5) | 0.60 | 72.00 |
| 10/19/05 LMP | Analysis regarding response to defense counsel Hite Nally's inquiry regarding agreeing to modify the stay to allow the Ernest Allen matter to proceed even though the company is still a party to the action and telephone call to Hite Nally regarding same (.4); review of e-mails from Susie Morgan and Creditors' Committee attorney regarding status of Central Progressive Bank adversary (.2); review of order requiring the default of By-Pass for failure to file a responsive pleading (.4); telephone call with case manager (.2); analysis regarding whether filing an amended complaint would satisfy the order and whether leave is required to file an amended complaint (.2); preparation of stay enforcement letter template to be used by the company and its defense counsel in post-petition actions (1.2); e-mail to Jill Downey regarding same (.2) | 2.80 | 700.00 |
| TLC | Preparation of notebook regarding the case law Central Progressive Bank cited in their memorandum of law (1.2); preparation of notebook regarding case law which supports the Debtors' proposition that Central Progressive Bank is in violation of the automatic stay (.8) | 2.00 | 240.00 |
| JHP | Preparation for contested hearing in Louisiana Federal Court regarding Winn-Dixie's opposition to motion for remand and support of motion to transfer venue, including related pleadings and relevant case law (1.6); preparation of response to Progressive Bank's motion for dismissal of summary judgment in the Jacksonville adversary proceeding, including the preparation of an amended complaint (1.4); telephone calls with Keith Daw and others regarding background information and strategy (.8) | 3.80 | 1,349.00 |
| 10/20/05 LMP | Telephone call with John Alsobrook regarding the order extending the deadline to assume or reject the lease for the Abbeville store which is the subject of the Central Progressive Bank matter (.2); review of order and motion (.3); e-mail to John Alsobrook regarding same (.2); telephone call with John Alsobrook regarding preparation for the hearing on the motion to transfer venue of the Central Progressive Bank matter and response to Central Progressive Bank's |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | motion to dismiss adversary complaint (.5); analysis regarding Central Progressive Bank's arguments in favor of its motion to dismiss the adversary proceeding (.6); analysis of requirements for amending complaint and whether the traditional showing for an injunction must be made for an injunction under Section 105 of the Bankruptcy Code (.7); analysis regarding whether the complaint should be amended to include a request for temporary injunctive relief (.4) | 2.90 | 725.00 |
| KSW | Transmitting correspondence to Jay Castle from attorney for Jacksonville Transportation Authority regarding informal request for relief from stay | 0.30 | 36.00 |
| CCJ | Conference with Catherine Ibold and with Pam Windham regarding Concord issues (.8); conference with Pam Windham and Eddie Held regarding same (1.3) | 2.10 | 619.50 |
| JHP | Preparation and service of draft correspondence to be used by local counsel regarding sanctions for violation of automatic stay (.8); preparation of amended complaint against Central Progressive Bank and review of legal research thereon (1.2); preparation of response in opposition of Central Progressive Bank's motion to dismiss and motion for summary judgment (1.2) | 3.20 | 1,136.00 |
| BB | Research Fifth and Eleventh Circuit case law regarding transfer of venue for cases related to bankruptcy case (3.2); conference with Leanne McKnight Prendergast regarding adversary proceeding against Central Progressive Bank (.6); review of material documents and pleadings regarding Winn-Dixie v. Central Progressive Bank (.8) | 4.60 | 943.00 |
| 10/21/05 LMP | Telephone calls with working group regarding the value of the Abbeville store and strategy for the Central Progressive Bank litigation (.8); telephone calls to Robin Cheatham, Susie Morgan and Brent Barriere regarding the company's request to communicate directly with Central Progressive Bank and by-pass business people (.5); e-mails to Jay Castle regarding same (.2); preparation of amended complaint against Central Progressive Bank (1.2) | 2.70 | 675.00 |
| JHP | Preparation for and attendance at telephone conference with Keith Daw, Jay Castle and others regarding strategy of Abbeville Store (#1558) litigation and alternative courses of action, including store valuation issues (.6); preparation of amended complaint and response to Central Progressive Bank's motion to dismiss and summary judgment (1.0); preparation and attendance at telephone conference with Bryan Gaston, Keith Daw, Jay Castle and others regarding valuation and other issues to consider in determining the alternative courses of action (.5); preparation for lift of stay hearing on October 31, 2005 regarding Betty Terrell (.8) | 2.90 | 1,029.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 7
11/10/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109902

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | BB | Research case law on Central Progressive Bank's motion for summary judgment | 8.10 | 1,660.50 |
| 10/22/05 | BB | Research case law on Central Progressive Bank's motion for summary judgment | 6.00 | 1,230.00 |
| 10/24/05 | LMP | Preparation of memorandum regarding October 21, 2005 telephone conference with company and professionals regarding plans and litigation strategy for the Abbeville store (.5); preparation of amended complaint against Central Progressive Bank (2.2); telephone call with Brent Barriere regarding the By-Pass answer to the adversary complaint (.3); analysis regarding Central Progressive Bank's arguments in favor of its motion to dismiss and responses thereto (2.3); review and analysis of Central Progressive Bank's memorandum in opposition to motion to transfer venue of Louisiana action and reply memorandum to Winn-Dixie's memorandum in opposition to motion for remand, and review and analysis of e-mail from Jay Castle and telephone call with John Alsobrook regarding same (2.1); telephone call to Hite Nally regarding whether the company should agree to lift the stay in the Ernest Allen litigation (.3) | 7.70 | 1,925.00 |
|  | KSW | Preparation of stipulation to continue hearing regarding motion for relief from stay filed by Betty Terrell (.3); electronic filing of same (.2) | 0.50 | 60.00 |
|  | TLC | Revision of amended complaint against Central Progressive Bank regarding violation of stay | 0.30 | 36.00 |
|  | EMS | Preparation of hearing outline for relief from stay filed by Concord-Fund IV Retail, L.P. | 0.40 | 76.00 |
|  | JHP | Telephone call with Betty Terrell's attorney and preparation, service and filing of stipulation to continue hearing on Betty Terrell lift of stay motion (.6); telephone call with John Alsobrook regarding issues for October 25, 2005 hearing in Louisiana Federal Court and related matters, including e-mail correspondence with Jay Castle thereon (.4); preparation of responses in opposition to Central Progressive Bank's motion (.8) | 1.80 | 639.00 |
|  | BB | Research of case law regarding permanent injunctions (.8); response to Central Progressive Bank's motion to dismiss (.5); review of case law regarding application of automatic stay to mortgage foreclosure proceedings against owner of property leased to Winn-Dixie (.7) | 2.00 | 410.00 |
| 10/25/05 | LMP | Revision of memorandum regarding October 21, 2005 telephone conference with company and professionals regarding plans and litigation strategy for the Abbeville store (.8); research regarding the pleading requirements for permanent injunctive relief in a chapter 11 reorganization (1.8); research regarding requirement of justiciability for declaratory judgment action (2.0); preparation of amended complaint against Central Progressive Bank |  |  |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Page: 8
11/10/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109902

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| | (1.3); telephone call with John Alsobrook regarding outcome of hearing on motions to transfer venue and for remand of the Louisiana action (.6); telephone call with Brent Barriere regarding filing an answer to the adversary complaint on behalf of By-Pass and motion to require assumption or rejection of the lease by December 19, 2005 (.5); preparation of critical dates list for adversary and Louisiana action (.4); preparation of response in opposition to Central Progressive Bank's motion to dismiss and telephone call with John Alsobrook regarding same (1.2); telephone call to Wayne Boyd regarding whether he intends to attend hearing on motion for relief from stay (.1) | 8.70 | 2,175.00 |
| TLC | Preparation of critical dates list regarding Central Progressive Bank and By-Pass (.5); preparation of e-mail correspondence to Mike Lindell regarding the Couch settlement and revisions to the agreed order and stipulation (.3); update Central Progressive Bank notebook (.2) | 1.00 | 120.00 |
| EMS | Preparation of objection to motion for relief from stay filed by Concord-Fund IV Retail | 1.20 | 228.00 |
| KSW | Preparation of stipulation to continue hearing on Betty Terrell's motion for relief from stay (.3); electronic filing of same (.2) | 0.50 | 60.00 |
| JHP | Preparation for hearing on Wayne Boyd's motion to lift stay, motion to change venue, and motion for continuance (.9); preparation of and issuance of updated index to stay litigation (.3) | 1.20 | 426.00 |
| BB | Research of case law regarding sublessee rights under rejected sublease (3.2); research of case law regarding scope of automatic stay to include in response to Central Progressive Bank (4.0); research of case law regarding bankruptcy Court's authority to impose temporary injunction under 105 (2.1) | 9.30 | 1,906.50 |
| 10/26/05 LMP | Preparation of response in opposition of Central Progressive Bank's motions to dismiss and for summary judgment, including telephone calls and e-mails with John Alsobrook regarding whether a lessee's interest in property can be extinguished through a sheriff's sale even if the lessee is not a party to the foreclosure proceedings | 10.40 | 2,600.00 |
| TLC | Preparation of notebook of authorities cited by the Debtor and a notebook of material pleadings regarding the Central Progressive Bank matter | 0.40 | 48.00 |
| KSW | Preparation for and electronic filing of response in opposition to Concord-Fund IV Retail's motion for relief | 0.40 | 48.00 |
| JHP | Preparation for hearing on motion to lift stay filed by Wayne Boyd and related motions (.8); preparation of response to Progressive Bank's motion to dismiss and motion for summary judgment (1.0) | 1.80 | 639.00 |
| BB | Research regarding scope of automatic stay and court's authority to impose injunction under 105 regarding Central Progressive Bank's motion to | | |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

| | | HOURS | |
|---|---|---|---|
| | dismiss (3.5); preparation of insert of case law to include in response to Central Progressive Bank's motion to dismiss (1.0); review of case law provided by Ostendorf regarding Central Progressive Bank's motion to dismiss (2.1) | 6.60 | 1,353.00 |
| 10/27/05 LMP | Preparation of response in opposition of Central Progressive Bank's motions to dismiss and for summary judgment and declaration in support thereof | 8.40 | 2,100.00 |
| TLC | Preparation, filing and service of the declaration of James H. Post (1.0); preparation and filing of certificate of service regarding same (.3); update of the Central Progressive Bank pleading notebook (.2); update of the Central Progressive Bank critical dates list (.2); revision of Debtors' response in opposition to Central Progressive Bank's motion to dismiss, including filing and service of same (.8); preparation of notebook regarding the Wayne Boyd matter (.6) | 3.10 | 372.00 |
| JHP | Preparation for the settlement conference regarding the Stokes & Reddick claim (.2); telephone calls thereon with the attorney for the claimants and Tim Williams (.3) | 0.50 | 177.50 |
| BB | Legal research regarding Central Progressive Bank's motion to dismiss, including case law determining that an unexpired tax is property of estate and action to obtain control over lease is violation of stay pursuant to 362(a)(3) (5.0); research regarding effect of non-disturbance agreement under state law (3.0) | 8.00 | 1,640.00 |
| 10/28/05 LMP | Preparation of index of material pleadings in connection with Wayne Boyd's Texas action and motion for relief from stay (.9); review of By-Pass' answer to adversary complaint (.2) | 1.10 | 275.00 |
| JHP | Preparation for October 31, 2005 hearing on Wayne Boyd's motion for relief of stay and related motions, including preparation of trial exhibits and testimony (.6); review of Iris Davidson' answers to interrogatories (.2) | 0.80 | 284.00 |
| BB | Research and analysis of case law regarding effect on non-disturbance agreement under state law | 1.00 | 205.00 |
| 10/31/05 LMP | E-mails with Tom Choate regarding the status of Wayne Boyd's Texas action (.2); telephone call to case manager regarding whether the hearing on Wayne Boyd's motion for relief from stay has been rescheduled in light of his motion for continuance (.1); preparation of proposed order denying Wayne Boyd's motion for relief from stay (.4); review and analysis of Alvin Lenoir's motion to withdraw as counsel for the Lumpers in the Georgia action and e-mails with Scott Morris and Jay Castle regarding same (.5) | 1.20 | 300.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 10
11/10/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  109902

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| TLC | Telephone call and e-mail correspondence with Susan Carter regarding the docket number for Wayne Boyd's motion to transfer venue | 0.30 | 36.00 |
| JHP | Preparation for and attendance at hearing on Wayne Boyd's motion to lift stay, including conference with Jay Castle before and after the hearing (1.8); preparation of order denying Wayne Boyd's motion (.2); review of Iris Davidson's interrogatory answers and correspondence to client thereon (.4); preparation for and attendance at telephone conference regarding settlement of Stokes & Reddick's claim (.5); preparation of Dannon stipulation and telephone call with co-counsel thereon (.5); preparation for November 4, 2005 hearing on motion for determination of unsecured reclamation claims, including the preparation of proposed affidavits (1.0) | 4.40 | 1,562.00 |
| BB | Legal research regarding Winn-Dixie's rights as a sublessee of a rejected lease and sublease (.3); review of legal memorandum thereon (.3); legal research regarding a sublessee's rights under state law (3.6) | 4.20 | 861.00 |

174.90 44,662.00

FOR PROFESSIONAL SERVICES RENDERED

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 43.30 | $355.00 | $15,371.50 |
| Cynthia C. Jackson | 3.50 | 295.00 | 1,032.50 |
| Beau Bowin | 49.80 | 205.00 | 10,209.00 |
| *Tana L. Copeland | 7.70 | 120.00 | 924.00 |
| *Kimberly S. Ward | 3.30 | 120.00 | 396.00 |
| Leanne McKnight Prendergast | 65.70 | 250.00 | 16,425.00 |
| Elizabeth M. Schule | 1.60 | 190.00 | 304.00 |
| TOTAL | 174.90 | | $44,662.00 |

TOTAL THIS STATEMENT                    $44,662.00
                                        ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  110837

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/05 | LMP | Telephone calls with Jody Spencer regarding Wayne Boyd's motion to transfer venue and proposed order denying Wayne Boyd's motion for relief from stay and related motions, and revision of proposed order | 0.50 | 125.00 |
|  | TLC | Research regarding the docket number for Wayne Boyd's motion to transfer venue, including e-mail correspondence with Susan Carter (.5); revision and filing of the proposed order denying Wayne Boyd's motion from relief of stay (.6); filing and service of the stipulation to continue hearing on the motion from relief of stay filed by Concord Fund IV (.5) | 1.60 | 192.00 |
|  | JHP | Preparation and issuance of proposed order denying Wayne Boyd's motion to lift stay, motion to transfer venue and motion for continuance (.4); telephone call with Susan Shook and other attorneys receiving stay enforcement letters from local counsel (.8) | 1.20 | 426.00 |
| 11/02/05 | LMP | Review of materials returned by the Johnson claimants with their questionnaires and e-mail to Rob Wilcox reiterating request for discovery materials (.3); telephone call with Phillip Scales regarding lack of notice of Chapter 11 to Tamica Moore and e-mail to Kate Logan regarding same (.3) | 0.60 | 150.00 |
|  | JHP | Telephone call with Charles McBurney regarding possible settlement of Stokes & Reddick claim (.3); telephone call with attorney for Iris Davidson regarding continuance of hearing on stay motion (.3) | 0.60 | 213.00 |
| 11/03/05 | LMP | Update of index and action list for stay enforcement litigation (.3); telephone call to Phillip Scales' office regarding notice of Chapter 11 sent to Tamica Moore (.2); review of motion for relief from stay filed by Maureen Fitzgerald-Marhold, review of claims register to |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | determine whether she filed a proof of claim, and e-mail to Tim Williams regarding same (.3); telephone calls with Joe Stokes' office regarding order requiring briefs on the effect of the automatic stay in Coward litigation, review of order and docket, analysis regarding whether the Company must be dropped as a party in order for the Coward litigation to continue and preparation of brief (6.4) | 7.20 | 1,800.00 |
|  | TLC | Preparation, filing and service of stipulation to continue hearing regarding Iris and Sam Davidson | 0.60 | 72.00 |
|  | JHP | Preparation of proposed response to United States District Court order (E.D. Wash.) directing Winn-Dixie to brief applicability of automatic stay provision to proceedings in Coward v. Winn-Dixie, et al., including review of material pleadings in case and legal research, and telephone calls and e-mail correspondence with local counsel regarding same (1.8); preparation, service and filing of stipulation to continue Davidson motion to lift stay (.3) | 2.10 | 745.50 |
| 11/04/05 | LMP | Review and analysis of the trial briefs filed in the Coward litigation, research and analysis regarding whether the automatic stay precludes the remand of an action in which the debtor is a defendant, analysis regarding whether Winn-Dixie must be dropped as a party in order for Coward to continue prosecuting the action against the other defendants, and preparation of brief regarding the effect of the automatic stay on the Coward litigation | 7.60 | 1,900.00 |
|  | JHP | E-mail correspondence with Tim Williams regarding the Stokes & Reddick settlement (.2); preparation, service and filing of response to court order directing Winn-Dixie to brief stay issues in Coward v. Winn-Dixie, et al., including review of material pleadings and legal research regarding same (1.8); e-mail correspondence with Dannon attorney and co-counsel regarding proposed stipulation to resolve Dannon's motion to lift stay (.2) | 2.20 | 781.00 |
| 11/07/05 | LMP | Telephone call with Terry Carey regarding his request to agreement lifting the stay to file complaint before the expiration of the statute of limitations (.2); review and analysis of correspondence from Hite Nally, Mary Erlington and Michael Koller regarding whether dismissal of action against the Company is required under Section 362 of the Bankruptcy Code (.5); e-mails with Tim Williams and Robert Devine regarding Fitzgerald-Marhold motion for relief from stay (.2); e-mail to Jay Castle and Tim Williams regarding order denying Wayne Boyd's motion for relief from stay (.2); analysis regarding pending stay enforcement matters and lift stay motions and |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
12/15/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  110837

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | actions to be taken with respect thereto (.5); analysis of status and strategy for Central Progressive Bank adversary (.3) | 1.90 | 475.00 |
|  | JHP | Review of material pleadings and legal research regarding time deadline for Debtors to file reply brief in Stokes & Reddick appeal, including telephone calls regarding same with special counsel and Tim Williams (1.2); review of proposed Stokes & Reddick settlement demand letter and telephone call regarding same with Tim Williams (.5); review of motion to lift stay filed by Fitzgerald-Marhold (.3); preparation and issuance of proposed stipulation with Dannon, including e-mail correspondence regarding same with Jim Carr (1.2); review and analysis of correspondence and e-mails from plaintiffs' counsel regarding legal and procedural issues arising from stay enforcement letters (.8) | 4.00 | 1,420.00 |
|  | BB | Analysis regarding pending stay enforcement matters and lift stay motions and actions to be taken with respect thereto (.5); analysis of status and strategy for Central Progressive Bank adversary (.3) | 0.80 | 164.00 |
| 11/08/05 | LMP | Preparation of correspondence to Wayne Boyd transmitting the order denying his motion for relief from stay and demanding that he dismiss the Texas action | 0.30 | 75.00 |
|  | JHP | Review of Glasrud's proposed counterclaim for possible consent to stay relief (.4); review and analysis of proposed settlement to stay and related relief requested by Alan Burger on behalf of Sarria Enterprises, including e-mail correspondence regarding same to Jay Castle, Keith Daw and others (.6); preparation and issuance of proposed Dannon stipulation (.8); analysis of Thrivent's proposed stipulation for adequate protection and e-mail correspondence with client regarding same (1.2) | 3.00 | 1,065.00 |
| 11/09/05 | LMP | Telephone call from attorneys for Central Progressive Bank requesting extension of time for serving answer to amended complaint (.2); telephone call with Wayne Boyd regarding denial of his motions by the bankruptcy court and his agreement to dismiss the Texas action (.2) | 0.40 | 100.00 |
|  | JHP | E-mail correspondence with client regarding Thrivent's settlement proposal | 0.30 | 106.50 |
| 11/10/05 | LMP | Review and analysis of Ted Glasud's proposed counterclaim against the Company and proposed stipulation (.7); review and analysis of and response to e-mail from Lisa Hedrick requesting an extension of time for Central Progressive Bank to serve an answer to the amended complaint and e-mails with Brent Barriere regarding By-Pass' answer to the amended complaint (.4) | 1.10 | 275.00 |

LAW OFFICES

S MITH   H ULSEY   &   B USEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| JHP | E-mail correspondence with client regarding Thrivent's proposed stipulation (Store No. 330) (.2); telephone call with attorneys for Glasrud regarding consent order to modify stay (.4); telephone call with local counsel regarding stay enforcement matters (.6) | 1.20 | 426.00 |
| 11/11/05 LMP | Analysis of and correspondence to Jay Castle regarding proposed response to inquiries from defense counsel regarding whether actions against the Company must be dismissed rather than just stayed | 0.90 | 225.00 |
| JHP | Telephone call with local counsel regarding stay enforcement matters (.4); preparation of draft stipulation and agreed order on Glasrud motion to lift stay (.4) | 0.80 | 284.00 |
| 11/14/05 LMP | E-mail to Tom Choate regarding status of Wayne Boyd's motion for relief from stay and Texas action, review of correspondence from Wayne Boyd and notice of dismissal of Texas action and telephone call to Wayne Boyd and e-mail to Jay Castle and Tom Choate regarding same (.5); e-mail to working group regarding motion to be filed by By-Pass requiring acceptance or rejection of lease by December 19, 2005 (.4); inquiry on claims register as to whether Angela Magee filed a proof of claim and telephone call to Joseph Roberts regarding his inquiry about continuing to prosecute Angela Magee matter to the extent of any insurance coverage (.3) | 1.20 | 300.00 |
| JHP | Preparation of revisions to Dannon stipulation to resolve setoff issues, including telephone call with Rick Damore and Steve Eichel regarding same (1.2); preparation and issuance of response to Sarria Enterprises proposal for a "global settlement," including telephone calls and e-mail with Catherine Ibold and Keith Daw regarding same (1.8); telephone call with Debtors' local counsel regarding enforcement of stay provisions in state court litigation, including Randy Morgan and Todd Hamilton (.4); telephone calls with attorneys for claimants and claimants regarding stay matters, including Ed Pleasant and Mr. Hamerling (.3) | 3.70 | 1,313.50 |
| BB | Legal research regarding ability of reclamation creditor to apply payments to oldest invoices thus increasing the amount of the reclamation creditor's secured claim | 0.30 | 61.50 |
| 11/15/05 LMP | Review and analysis of motion for relief from stay filed by Paul Macon, inquiry on claims register as to whether Paul Macon has filed a proof of claim and e-mail to working group regarding same | 0.50 | 125.00 |
| JHP | Preparation for November 21, 2005 hearing on Sarria Enterprises' lift stay motion, including e-mail correspondence with attorney for Sarria Enterprises and clients, review of material documents and |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | review of legal research (1.8); review of Macon motion to lift stay and e-mail correspondence regarding same (.3); e-mail correspondence and telephone call with Tim Williams regarding Wah Hong Go's agreed order on motion to lift stay (.3) | 2.40 | 852.00 |
| KSW | Updated index to stay litigation | 0.20 | 24.00 |
| BB | Legal research regarding creditor's ability to set-off debts owed to debtor and allocate the set-off amounts to unsecured portion of creditor's claim against estate rather than creditor's secured claim | 4.50 | 922.50 |
| 11/16/05 JHP | Preparation for November 21, 2005 hearing on Sarria Enterprises' motion to lift stay, including review of lease and other material documents, review of legal research and e-mail correspondence with client regarding same (1.8); telephone calls with attorneys for Glen Brown and others regarding stay enforcement matters (.5); review of legal research on Dannon motion and telephone calls regarding same with Rick Damore (1.2) | 3.50 | 1,242.50 |
| BB | Legal research regarding court's discretion to allocate set-off against reclamation claim as it deems just and proper | 1.30 | 266.50 |
| 11/17/05 JHP | Preparation of Dannon stipulation, including telephone calls and e-mail correspondences with Rick Damore and Jay Castle regarding same (2.2); preparation for November 21, 2005 contested hearing on Sarria Enterprises motion to lift stay, including e-mail correspondence and telephone calls with Catherine Ibold and Keith Daw regarding same; and e-mail correspondence with landlord's attorney regarding same (2.2) | 4.40 | 1,562.00 |
| 11/18/05 LMP | Review and analysis of e-mails from Jay Castle and Scott Morris regarding Judge's inquiry regarding the application of the automatic stay to the XL Insurance case, research regarding same and telephone call with Scott Morris regarding research and response to court's inquiry (3.1); update of index and action list for stay enforcement matters (.5); analysis regarding response to Central Progressive Bank's motion to dismiss amended complaint (.5) | 4.10 | 1,025.00 |
| JHP | Preparation for November 21, 2005 contested hearing on Sarria motion to lift stay, including e-mail correspondences and telephone calls with Catherine Ibold, Keith Daw, UCC attorney and landlord's attorney regarding same (1.8); e-mail correspondence and telephone calls with attorney for Dannon regarding revisions to settlement agreement, including telephone calls and e-mail correspondence with Rick Damore regarding same (1.5); preparation of revised settlement agreement with Dannon (.5) | 3.80 | 1,349.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/21/05 | LMP | Preparation for hearing on Sarria Enterprises' motion for relief from stay and research regarding whether determination of motion for relief from stay can have preclusive effect on other issues in the case and whether the bankruptcy court has exclusive jurisdiction for determining administrative expense claims (3.6); telephone call with Brent Barriere and analysis regarding request that Winn-Dixie agree to either accept or reject lease by December 19, 2005 (.3) | 3.90 | 975.00 |
|  | JHP | Preparation for and attendance at evidentiary hearing on Sarria Enterprises' motion to lift stay, including conferences with Sarria Enterprises' counsel and client before and after hearing (5.4); preparation of responsive to Central Progressive Bank's motion to dismiss and motion for summary judgment of Debtors' complaint to enforce stay (.8) | 6.20 | 2,201.00 |
|  | KSW | Preparation for hearing on Sarria Enterprises' motion for relief from stay including organization of exhibits (.8); preparation of exhibit list (.5); preparation of updated index to stay litigation (.1) | 1.40 | 168.00 |
| 11/22/05 | LMP | Analysis regarding status of and action list for stay litigation: (.4); preparation of response in opposition to Central Progressive Bank's motion to dismiss adversary (.3) | 0.70 | 175.00 |
|  | JHP | Review and analysis of material documents and pleadings for Sarria Enterprises' settlement negotiations (.8); preparation of and issuance to client revisions to Dannon stipulation and agreed order encompassing a final global settlement (1.2); preparation and issuance of update to index to stay litigation (.3) | 2.30 | 816.50 |
|  | BB | Draft of response to motion to dismiss filed by Central Progressive Bank (1.5); legal research regarding whether foreclosing on property of mortgagor violates a bankrupt lessee's right to automatic stay (2.4); revision of motion to transfer venue in Ferguson v. Sedgwick to the Jacksonville Bankruptcy Court (.4); legal research regarding Bankruptcy Rules regarding transfer of venue (.4) | 4.70 | 963.50 |
| 11/23/05 | JHP | E-mail correspondence with Sarria Enterprises' attorney regarding settlement, including review and organization of material documents | 0.80 | 284.00 |
| 11/28/05 | LMP | Preparation of response in opposition to Central Progressive Bank's motion to dismiss adversary complaint | 0.40 | 100.00 |
|  | BB | Draft of response in opposition to Central Progressive Bank's motion to dismiss | 1.00 | 205.00 |
|  | JHP | E-mail correspondence with attorney for Sarria Enterprises regarding settlement issues (.6); telephone call and e-mail correspondence with Rick Damore regarding proposed Dannon settlement (.6) | 1.20 | 426.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
12/15/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   110837

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/29/05 | LMP | Preparation of response in opposition to Central Progressive Bank's motion to dismiss amended adversary complaint (6.9); e-mails with Bryan Gaston regarding By-Pass' motion to compel assumption or rejection of Abbeville lease (.3) | 7.20 | 1,800.00 |
|  | BB | Legal research regarding the requirements for seeking injunction against non-debtor to enjoin actions that could effect the debtor's reorganization, including revision of response to CPB's motion to dismiss to add case law | 4.10 | 840.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 102.70 | 29,018.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 43.70 | $355.00 | $15,513.50 |
| Beau Bowin | 16.70 | 205.00 | 3,423.50 |
| *Tana L. Copeland | 2.20 | 120.00 | 264.00 |
| *Kimberly S. Ward | 1.60 | 120.00 | 192.00 |
| Leanne McKnight Prendergast | 38.50 | 250.00 | 9,625.00 |
| TOTAL | 102.70 |  | $29,018.00 |

TOTAL THIS STATEMENT                                     $29,018.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021672M
STATEMENT NO:  111721

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

| | | | HOURS | |
|---|---|---|---|---|
| 12/01/05 | LMP | Review and analysis of motion for relief from stay filed by Paul Vernon Macon (.2); analysis regarding whether he should be added into the claims resolution procedure (.1); review of notice of hearing on Paul Vernon Macon's motion for relief from stay (.1); telephone call to Rodger Friedline regarding continuing the hearing (.3); preparation of stipulation regarding same (.2); review and analysis of motion for relief from stay filed by Capital Crossing Bank (.7) | 1.60 | 400.00 |
| | JHP | Preparation and issuance of Dannon stipulation and agreed order and e-mail correspondence to Dannon's counsel (.8); preparation for hearing on Paul Vernon Macon's motion to lift stay, including e-mail correspondence and telephone call with Kim Romeo and Sedgwick regarding same (.8) | 1.60 | 568.00 |
| | BB | Legal research regarding dismissal of Winn-Dixie as co-defendant prior to discovery in case | 0.30 | 61.50 |
| 12/02/05 | LMP | Telephone call with Rodger Friedline regarding rescheduling hearing on motion for relief from stay filed by Paul Vernon Macon, and whether Paul Vernon Macon's claims should be included in the claims resolution procedure (.4); telephone call with Jerry Golson regarding relief from the stay to allow foreclosure on property on which Winn-Dixie has nominal restitution liens (.2); preparation of stipulation regarding relief from stay for Ted Glasrud & Associates and e-mail to Craig Kelly regarding same (2.5) | 3.10 | 775.00 |
| | TLC | Update of the Central Progressive Bank's notebook | 0.40 | 48.00 |
| 12/05/05 | LMP | Telephone call with Brent Barriere regarding whether Winn-Dixie will agree to assume or reject the Abbeville lease by December 19, 2005 and e-mail to working group regarding same (.6); telephone | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | calls with Jennifer Marino, Tom Bopp and Ellis Peetluck regarding questions by plaintiffs' counsel regarding the effect of the automatic stay on statutes of limitation (.6) | 1.20 | 300.00 |
|  | JHP | Review of Capital Crossing Bank's motion to lift stay and e-mail correspondence to Capital Crossing Bank regarding same (.3); preparation and issuance of updated index to lift stay litigation (.2); preparation for December 12, 2005 hearings on motions filed by Roger Gagnon and William McCrae (.6) | 1.10 | 390.50 |
| 12/06/05 | JHP | Preparation for December 15, 2005 hearing on By-Pass motion to compel assumption or rejection of lease, including telephone calls regarding same with XRoads (1.0); preparation for continuance or dismissal of December 12, 2005 hearings on motions to lift stay filed by Roger Gagnon and William McCrae (.5); e-mail correspondence to Dannon's counsel and client regarding Dannon's suggested revisions to stipulation and agreed order (.8) | 2.30 | 816.50 |
|  | LMP | Preparation of stipulation on Ted Glasrud & Associates' motion for relief from stay (6.4); preparation of notice regarding and order approving same (.5) | 6.90 | 1,725.00 |
| 12/07/05 | JHP | Preparation for December 16, 2005 hearing on motions to lift stay filed by Roger Gagnon and William McCrae, including e-mails and telephone calls with claimants' counsel (.8); preparation of stipulation regarding Ted Glasrud & Associates' motion to lift stay (.4); review of stay enforcement issues (Margaret Clark et al.) and e-mail correspondence to Sedgwick regarding same (.4) | 1.60 | 568.00 |
|  | LMP | Preparation of memorandum regarding the status of and strategy for the Louisiana action and Jacksonville adversary involving the Abbeville store and the landlord's motion to compel the assumption of the Abbeville lease by December 1, 2005 (2.7); telephone call and e-mails with Adam Ravin regarding response in opposition to By-Pass motion to compel the assumption or rejection of the Abbeville lease by December 1, 2005 (1.1); telephone call to Tad Delegal's office regarding filing a notice of withdrawal of William McCrae's motion for relief from stay (.2); revision of stipulation resolving Ted Glasrud & Associates' motion for relief from stay, notice of proposed order and proposed order and e-mail to Jay Castle regarding same (.6); telephone call and e-mail to Rodger Friedline regarding stipulation to continue hearing on motion for relief from stay filed by Paul Vernon Macon (.3) | 4.90 | 1,225.00 |
|  | TLC | Preparation and transmittal of correspondence to Sheon Karol regarding the Central Progressive Bank matter | 0.30 | 36.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/08/05 | LMP | Revision of stipulation regarding continuing the hearing on the motion for relief from stay filed by Paul Vernon Macon (.3); and telephone call with Rodger Friedline regarding Paul Vernon Macon's motion and request to participate in the claims resolution process (.2); telephone calls with Tad Delegal and Jerrett McConnell regarding withdrawal of William McCrae's motion for relief from stay (.2) | 0.70 | 175.00 |
|  | TLC | Filing of stipulation and waiver regarding the time requirements on motion from stay filed by Paul Vernon Macon | 0.30 | 36.00 |
|  | BB | Legal research regarding whether the settlement of a claim precludes later preference action against that creditor | 5.00 | 1,025.00 |
| 12/09/05 | LMP | Review of e-mail from Jay Castle regarding draft stipulation with Ted Glasrud & Associates and e-mail to Craig Kelley regarding same (.3); telephone calls with and e-mail to Jerrett McConnell regarding withdrawing William McRae's motion for relief from stay (.2); preparation of stipulation rescheduling the hearing on same (.2); telephone call to Judge's chambers thereon (.1) | 0.80 | 200.00 |
|  | JHP | Preparation for December 12, 2005 hearing on lift stay motion filed by William McCrae and Roger Gagnon, including telephone calls with opposing counsel and Creditors Committee (.8); preparation and issuance of stipulation on Ted Glasrud & Associates' motion to lift stay (.6); analysis of order in PPA product liability action holding that the Debtors were fraudulently joined defendants for remand purpose, including e-mail to Jay Castle regarding same (.6) | 2.00 | 710.00 |
| 12/12/05 | LMP | Telephone conference with working group regarding strategy for hearing on motion for extension of time to assume or reject leases and By-Pass' objection thereto (.5); research regarding and preparation of motion for preliminary injunction restraining Central Progressive Bank from prosecuting the Louisiana action and affidavit in support of request for emergency hearing, e-mail to working group and telephone call with Adam Ravin regarding same (9.1) | 9.60 | 2,400.00 |
|  | JHP | Preparation of motion for preliminary injunction against Central Progressive Bank, including telephone calls regarding same with landlord's counsel and client (1.9); preparation for December 19, 2005 hearing on Thrivent Financial's motion for relief from stay (.3) | 2.20 | 781.00 |
|  | KSW | Organization of documents regarding Sarria Enterprises | 0.90 | 108.00 |
| 12/13/05 | LMP | Revision of motion for preliminary injunction enjoining Central Progressive Bank from prosecuting foreclosure action and e-mail to Brent Barriere regarding same | 0.50 | 125.00 |

LAW OFFICES

# S M I T H  H U L S E Y  &  B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

| | | | HOURS | |
|---|---|---|---|---|
| | JHP | Preparation, service and filing of motion for preliminary injunction on Central Progressive Bank's executory proceeding in Louisiana courts, including review of legal research regarding same and telephone call and e-mail correspondence to client regarding same (2.3); preparation of revised stipulation and agreed order on Dannon's stipulation (1.0) | 3.30 | 1,171.50 |
| | BB | Legal research and analysis of Medicare's right to reimbursement against a beneficiary where the amount paid to beneficiary by a settlement is de minimis or where recovery from beneficiary would be inequitable | 6.00 | 1,230.00 |
| | KSW | Preparation and electronic filing of motion for preliminary injunction and affidavit in support of same | 0.40 | 48.00 |
| 12/14/05 | JHP | Preparation, service and filing of notice of hearing on Debtors' motion for preliminary injunction against Central Progressive Bank, including telephone calls and e-mail correspondence with counsel for By-Pass, Central Progressive Bank and client regarding same (2.8); preparation and issuance of update to stay relief litigation and preparation and issuance of proposed Dannon stipulation and agreed order, including telephone call with Dannon's counsel regarding same (.8) | 3.60 | 1,278.00 |
| | LMP | E-mails with working group regarding filing of motion for preliminary injunction, date of hearing thereon and testimony needed therefore (.3); review of correspondence from Joseph Stokes regarding the Kozlowski litigation and telephone calls to Edward Gerecke and Joseph Stokes regarding same (.3); telephone call with Ken Black regarding status of Whitbeck/Sedgwick action (.2) | 0.80 | 200.00 |
| 12/15/05 | JHP | Preparation of Debtors' motion for preliminary injunction to enforce automatic and Section 105 stay against Central Progressive Bank, including telephone calls and e-mail correspondences with client, counsels for Central Progressive Bank and landlord regarding same (1.0); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including the review of legal research on lease and bankruptcy issues (.8) | 1.80 | 639.00 |
| | KSW | Updated index to stay litigation | 0.10 | 12.00 |
| 12/16/05 | LMP | Telephone call and e-mail to Jason Alderman regarding status of Ted Glasrud & Associates' litigation and stipulation on motion for relief from stay and whether motion for attorneys' fees against Winn-Dixie in other Dollar General litigation would constitute a violation of the automatic stay (.4); telephone calls and e-mails with Thrivent | | |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Financial's counsel regarding continuing the hearing on its motion for relief from stay, preparation of stipulation continuing the hearing and e-mails with working group regarding same (1.1) | 1.50 | 375.00 |
|  | JHP | Preparation for December 19, 2006 hearing on Thrivent Financial's motion for relief from stay, including telephone calls and e-mail correspondence to Thrivent Financial's counsel and client (1.2); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay including review of material documents and legal research regarding same (.8); preparation for December 20, 2005 hearing and motion for preliminary injunction in Central Progressive Bank adversary proceeding, including telephone calls and e-mail correspondence to counsel for adversary and client and review of legal research (1.4) | 3.40 | 1,207.00 |
|  | KSW | Preparation of notice of withdrawal of motion for preliminary injunction | 0.20 | 24.00 |
| 12/17/05 | BB | Research and analysis regarding whether discovery against Winn-Dixie as a co-defendant in multi-defendant personal injury suit may be enjoined by bankruptcy court | 3.20 | 656.00 |
| 12/19/05 | KSW | Preparation and electronic filing of notice of withdrawal of motion for preliminary injunction (.2); electronic filing of stipulation to continue hearing on Thrivent Financial's motion for relief from stay (.2) | 0.40 | 48.00 |
|  | LMP | Telephone call to Tom Lallier regarding continuance of Thrivent Financial's motion for relief from stay and telephone call to courtroom administrator and e-mail to working group regarding same | 0.40 | 100.00 |
|  | JHP | Preparation for Thrivent Financial's motion to lift stay, including telephone call to counsel for Thrivent Financial, preparation, service and filing of stipulation to continue hearing and telephone calls with Computer Leasing Corporation's counsel and client regarding same (1.8); preparation, service and filing of notice withdrawing motion for preliminary injunction in By-Pass adversary proceeding, including e-mail correspondence to counsel for Central Progressive Bank and client regarding same (1.0) | 2.80 | 994.00 |
|  | BB | Research and analysis regarding whether discovery against Winn-Dixie as a co-defendant in multi-defendant personal injury suit may be enjoined by bankruptcy court or alternatively whether Winn-Dixie can enjoin all proceedings against co-defendants in multi-defendant personal injury case | 4.50 | 922.50 |
| 12/20/05 | JHP | Preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including review and analysis regarding lease and tax issues with working group (1.3); preparation for and attendance at telephone |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | status conference hearing in Louisiana litigation on By-Pass lease, including e-mail correspondence and telephone calls to co-counsel and client regarding same (1.2) | 2.50 | 887.50 |
|  | BB | Legal research regarding the authority of the bankruptcy court to issue orders staying discovery against debtor-co-defendant in personal injury case pending in Federal District Court | 2.30 | 471.50 |
| 12/21/05 | LMP | Review and analysis of correspondence from counsel for Bettie Kelley regarding the effect of the automatic stay on her action against Winn-Dixie and e-mail to Kerry Ledbetter regarding same | 0.40 | 100.00 |
|  | JHP | Preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including e-mail correspondence with counsel for Sarria Enterprises and client regarding same (1.0); preparation and issuance of revised stipulation and agreed order on Dannon settlement, including telephone calls and e-mails with Dannon's counsel and client regarding same (1.4) | 2.40 | 852.00 |
| 12/22/05 | LMP | Preparation of correspondence to defense counsel regarding strategy for enforcement of the automatic stay in various actions pending against the Debtors | 0.70 | 175.00 |
| 12/27/05 | LMP | Analysis of correspondence from Scott Dartez regarding Bessie Kelley litigation and preparation of correspondence to Robert Peyton regarding same (1.1); review and analysis of motion for relief from stay filed by Willie Mae Rivers and e-mails with Jay Castle regarding same (.3); review of correspondence from Hite Nally requesting additional information about the automatic stay and telephone call to Hite Nally regarding same (.3); review and analysis of correspondence regarding several plaintiffs' responses to stay enforcement letters (.9) | 2.60 | 650.00 |
|  | JHP | Preparation and issuance to Dannon's counsel final revisions to proposed stipulation and agreed order, including telephone calls and e-mail correspondence with Dannon's counsel and client (1.2); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay and e-mail correspondence regarding same with client (1.0) | 2.20 | 781.00 |
|  | KSW | Preparation and electronic filing and service of notice of proposed agreed order regarding motion to lift stay filed by Dannon (.9); preparation and electronic filing of amended certificate of service regarding same (.3); updated index to stay litigation (.1) | 1.30 | 156.00 |
| 12/28/05 | LMP | Telephone call with Joseph Stokes regarding the status of the Juanita Kozlowski litigation (.1); e-mails with Logan & Company regarding whether Juanita Kozlowski filed a proof of claim and received a bar |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | date notice (.3); analysis of strategy for the state court litigation and claims against Winn-Dixie (.4); analysis of order striking motion for relief from stay filed by Willie Mae Rivers and e-mail to Kim Romeo regarding same (.3); update of index to stay relief litigation (.3) | 1.40 | 350.00 |
|  | JHP | Preparation and issuance of updated index to stay litigation (.3); preparation, service and filing of Dannon stipulation for agreed order on motion to lift stay to take set-off and related relief (.8); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay (1.0) | 2.10 | 745.50 |
| 12/29/05 | CCJ | Review of proposed order (.6); correspondence to Catherine Ibold and Sheon Karol regarding same (.5); conference with James H. Post regarding same (.2); preparation of 4001 notice (.3); correspondence to counsel for Morant regarding same (.4); conference with Sheon Karol regarding same and revisions to proposed order (.5) | 2.50 | 737.50 |
|  | LMP | Telephone calls with Kim Romeo and Paul Bartley regarding Willie Mae Rivers' motion for relief from stay (.5); review and analysis of correspondence regarding the effect of the automatic stay on the Debra Radwick action and telephone call to Michael Koller regarding same (.3); review and analysis of correspondence from Mary Erlingson regarding response of plaintiff's counsel to stay enforcement letter and telephone call to Mary Erlingson regarding same (.3) | 1.10 | 275.00 |
|  | BB | Research and analysis of whether automatic stay imposed by 11 U.S.C. 362 bars discovery against debtor co-defendant where the discovery sought will be used solely to prosecute claims against non-debtor co-defendants (1.6); review of pleadings filed in Cowart v. Perrigo Company regarding application of stay to non-debtor co-defendants (1.1); research and analysis regarding circumstances under which 11 U.S.C. 105 can be used to enjoin discovery proceedings against a debtor-co-defendant (1.3) | 4.00 | 820.00 |
|  | JHP | Review of e-mail correspondence from client to Sarria Enterprises' counsel regarding reconsideration of claim amount, preparation for January 23, 2006 hearing regarding same (.6); review of e-mail correspondence regarding motion for stay relief filed by Capital Crossing and Business Loan Center (.6) | 1.20 | 426.00 |
| 12/30/05 | LMP | Telephone call with Paul Bartley regarding Willie Mae Rivers' motion for relief from stay | 0.30 | 75.00 |
|  | BB | Research and analysis regarding (i) the authority of the bankruptcy court to enjoin proceedings or discovery in cases pending in federal or state courts and (ii) the scope of the bankruptcy court's injunctive powers under 11 U.S.C. 362 and 105 (4.2); preparation of memorandum regarding same (2.3) | 6.50 | 1,332.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 8
01/17/2006
Winn-Dixie Stores, Inc.                                                    ACCOUNT NO: 10163-021672M
                                                                           STATEMENT NO:   111721

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS | |
|---|---|---|---|
| JHP | Review of e-mail correspondence regarding resolution of Capital Crossing motion to lift stay and January 3, 2006 hearing | 0.30 | 106.50 |
| 12/31/05 BB | Research of authority bankruptcy court has to enjoin proceedings or discovery in cases pending in federal or state courts - determine the scope of the bankruptcy court's injunctive powers under 11 U.S.C. 362 Section 105; revisions to memorandum regarding same | 4.00 | 820.00 |

FOR PROFESSIONAL SERVICES RENDERED                          117.50  31,139.50

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 36.40 | $355.00 | $12,922.00 |
| Cynthia C. Jackson | 2.50 | 295.00 | 737.50 |
| Beau Bowin | 35.80 | 205.00 | 7,339.00 |
| *Tana L. Copeland | 1.00 | 120.00 | 120.00 |
| *Kimberly S. Ward | 3.30 | 120.00 | 396.00 |
| Leanne McKnight Prendergast | 38.50 | 250.00 | 9,625.00 |
| TOTAL | 117.50 | | $31,139.50 |

TOTAL THIS STATEMENT                                                   $31,139.50
                                                                      ==========

_____

*Legal Assistant

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021672M
STATEMENT NO:   112507

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | LMP | Attendance at hearing on motion for relief from stay filed by Capital Crossing Bank (1.6); e-mails to Tim Williams regarding Willie Mae Rivers' claim and motion for relief from stay (.3); telephone call with and e-mail to Hite Nally regarding stay enforcement letters (.5) | 2.40 | 600.00 |
|  | JHP | Preparation for February 6, 2006 hearing on motions to lift stay (.6); review of emergency motion to lift stay filed by Willie Mae Rivers (.3) | 0.90 | 333.00 |
| 01/04/06 | LMP | Telephone call with Paul Bartley regarding Willie Mae Rivers' motion for relief from stay | 0.30 | 75.00 |
|  | KSW | Preparation and service of order on motion for relief from stay (.3); update index to stay litigation (.3) | 0.60 | 78.00 |
|  | JHP | Preparation for February 6, 2006 hearings on four motions to lift stay, including e-mail correspondence to Kim Romeo regarding same (.8); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including preparation of proposed pretrial brief and telephone calls with Creditors Committee counsel regarding same (.8); preparation and issuance of update of index to motion to lift stay (.2) | 1.80 | 666.00 |
| 01/05/06 | JHP | E-mail correspondence to client and counsel for Sarria Enterprises regarding hurricane damage to Store No. 330 and related matters (.5); preparation for February 6, 2006 hearings on motions to lift stay, including e-mail correspondence to and telephone calls with counsel for movants (1.0) | 1.50 | 555.00 |
| 01/06/06 | LMP | Telephone call with Jennifer Worley (.2); analysis of strategy for William Coward litigation (.2); e-mail to Chris Jackson regarding whether William Coward received bar date notice (.1) | 0.50 | 125.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
|  | JHP | Preparation for February 6, 2006 hearing on motions to lift stay filed by Davidson, Macon, Johnson and Terrell, including e-mail correspondence to and telephone calls with Betty Terrell's counsel regarding same | 1.00 | 370.00 |
|  | KSW | Preparation of proposed stipulation to further continue hearing regarding motion for relief from stay filed by Betty Terrell (.2); transmittal of same via e-mail to counsel for Betty Terrell (.1) | 0.30 | 39.00 |
| 01/09/06 | KSW | Preparation and electronic filing of stipulation to further continue hearing on motion for relief from stay filed by Betty Terrell | 0.20 | 26.00 |
|  | JHP | Preparation for February 6, 2006 hearing on motions to lift stay by Davidson, Macon, Johnson and Terrell, including telephone conference with Kim Romeo and Jay Castle regarding same, and conference with counsel for Johnson regarding same (2.2); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including e-mail correspondence with counsel for Sarria Enterprises and Keith Daw regarding same (1.0) | 3.20 | 1,184.00 |
|  | BB | Review of Sarria Enterprises' motion for relief from stay and lease for Store No. 237 (.8); research and analysis of law regarding when tax liabilities accrue for purposes of determining whether tax liabilities are pre-petition or postpetition obligations (1.3); preparation of response in opposition to Sarria Enterprises' motion for relief from stay (3.9) | 6.00 | 1,320.00 |
| 01/10/06 | JHP | Preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including e-mail correspondence to counsel for Sarria Enterprises and client regarding same, and preparation of response in opposition to motion (.6); preparation for February 6, 2006 hearing on motions for stay relief filed by Johnson, Davidson and Macon (.6); preparation for and attendance at pretrial conference on By-Pass Partnership adversary proceeding, including telephone calls with counsel for defendants, Judge Funk's judicial assistant and client regarding same (1.2) | 2.40 | 888.00 |
| 01/11/06 | JHP | Preparation and issuance of updated index to stay litigation (.3); preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including preparation of response (1.0); preparation for February 6, 2006 hearings on motions to lift stay (.6) | 1.90 | 703.00 |
|  | KSW | Update index to stay litigation (.2); transmittal of same to client (.1) | 0.30 | 39.00 |
| 01/12/06 | LMP | Correspondence to working group regarding trial date for Central Progressive Bank adversary and preparation therefor (.4); telephone call with Leann Tant regarding Willie Mae Rivers' claim (.2) | 0.60 | 150.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

| | | HOURS | |
|---|---|---|---|
| JHP | Preparation and issuance of stipulation to continue lift stay motion filed by Shaun Johnson, including e-mail to and telephone calls with counsel for Shaun Johnson regarding same (.4); preparation for January 23, 2006 evidentiary hearing on Sarria Enterprises' motion to lift stay, including preparation of response and review of legal research (1.8) | 2.20 | 814.00 |
| BB | Research and analysis of issues surrounding potential garnishment proceedings against Winn-Dixie | 0.80 | 176.00 |
| KSW | Preparation of stipulation to further continue hearing on motion for relief filed by Shaun Johnson et al. (.2); preparation of revised proposed agreed order regarding Dannon Company's motion for relief (.2); electronic filing of same (.1) | 0.50 | 65.00 |
| 01/13/06 LMP | Review of order setting trial in the Central Progressive Bank adversary and preparation of action list for trial (3.9); review and analysis of order authorizing Winn-Dixie to pay workers' compensation obligations and telephone calls with Leann Tant regarding Willie Mae Rivers' claim and motion for relief from stay (.7); review and analysis of Rose Lopez's motion for relief from stay (.3); update action list for stay relief litigation (.5) | 5.40 | 1,350.00 |
| JHP | Preparation, issuance and filing of stipulation to continue Shaun Johnson's motion to lift stay (.2); preparation for February 15, 2006 trial on By-Pass Partnership adversary proceeding regarding foreclosure of mortgage in Louisiana state court (.8); preparation for Sarria Enterprises' trial (1.2) | 2.20 | 814.00 |
| BB | Research and analysis of case law regarding whether automatic stay bars the commencement of garnishment proceedings against debtor (1.8); research and analysis of case law regarding enforcement of automatic stay to prevent action against debtor and co-defendants (1.1) | 2.90 | 638.00 |
| 01/16/06 LMP | Research and analysis of expert testimony as to whether the law of another state is admissible (1.2); analysis of subjects for which expert testimony will be needed (.8); telephone call with John Alsobrook regarding same (.4); preparation for trial of Central Progressive Bank adversary (3.1); analysis of notice and proposed agreed order for relief from stay filed by Rose Lopez and whether the motion and proposed order comport with the Claims Resolution Procedure (.2); telephone calls with her counsel regarding same (.3); preparation of e-mail to Kim Romeo regarding same (.2); telephone call with Paul Bartley regarding continuing the hearing on the motion for relief from stay filed by Willie Mae Rivers (.2); preparation of stipulation regarding same (.4) | 6.80 | 1,700.00 |

SMITH HULSEY & BUSEY

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| BB | Research and analysis of law regarding the application of the automatic stay to bar the commencement of garnishment proceedings against Winn-Dixie (3.3); preparation of e-mail to Bruce Goodman at Moore Goodman informing him that garnishment proceedings are barred by the automatic stay (.2) | 3.50 | 770.00 |
| JHP | Preparation for January 23, 2006 hearing on Sarria Enterprises' motion to lift stay, including preparation of response in opposition to motion, review of legal research and e-mail correspondence to client regarding same (1.8); e-mail correspondence to Bruce Goodman regarding applicability of automatic stay to proposed garnishment motion (.5); analysis of SBM request that Debtors join litigation to enforce automatic stay, including e-mail correspondence to SBM counsel and client regarding same (.4); preparation for February 15, 2006 hearing on By-Pass Partnership trial, including preparation of proposed exhibits and testimony for trial (1.2) | 3.90 | 1,443.00 |
| SDB | Conference with James H. Post regarding preparation for trial of the adversary proceeding to enjoin foreclosure proceedings against By-Pass Partnership | 0.70 | 283.50 |

| 01/17/06 | LMP | Revision of stipulation to continue hearing on Willie Mae Rivers' motion for relief from stay and e-mail to Paul Bartley regarding same (.3); telephone call with John Alsobrook regarding retention of an expert for the Central Progressive Bank trial (.2) | 0.50 | 125.00 |
|---|---|---|---|---|
|  | KSW | Updated index to stay litigation | 0.10 | 13.00 |
|  | BB | Revisions to response to motion for relief from stay filed by Sarria Enterprises (1.9); research and analysis of law regarding relief from stay for unsecured creditors to include case law in response to Sarria Enterprises' motion for relief (.9) | 2.80 | 616.00 |

| 01/18/06 | BB | Revision to response to Sarria Enterprises' motion for relief from stay to include case law stating that relief from stay for unsecured claimant require "extraordinary circumstances" (.4); research regarding case law (.8) | 1.20 | 264.00 |
|---|---|---|---|---|
|  | KSW | Update index to stay litigation | 0.10 | 13.00 |

| 01/19/06 | LMP | Telephone call with Paul Bartley regarding stipulation continuing hearing on Willie Mae Rivers' motion for relief from stay, revision and filing of same (.4); analysis of and telephone calls with Kim Romeo and Jeffrey Byrd regarding Rose Lopez's motion for relief from stay (.4) | 0.80 | 200.00 |
|---|---|---|---|---|
|  | JHP | Preparation for evidentiary hearing on Sarria Enterprises' motion to lift stay, including e-mail correspondence to counsel for Sarria Enterprises regarding possible settlement and related matters, preparation of response in opposition to motion and preparation of proposed testimony and exhibits |  |  |

LAW OFFICES
S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | (1.4); preparation for February 15, 2006 trial to enforce stay agreement with Central Progressive Bank, including the preparation of an exhibit list and other matters necessary for trial (1.0) | 2.40 | 888.00 |
|  | BB | Revisions to response to Sarria Enterprises' motion for relief from stay (1.4); formulation and preparation of questions and answers for direct examination of Bryan Gaston for evidentiary hearing on Sarria Enterprises' motion for relief from stay for Store No. 237 (4.2); analysis of strategy for Bryan Gaston's direct examination (.2) | 5.80 | 1,276.00 |
|  | KSW | Preparation and electronic filing of stipulation to continue hearing on motion for relief filed by Willie Mae Rivers (.2); update index to stay litigation (.1) | 0.30 | 39.00 |
| 01/20/06 | JHP | Preparation for January 23, 2006 evidentiary hearing on Sarria Enterprises' motion to lift stay, including the preparation of proposed testimony, telephone calls with prospective witnesses and e-mail correspondence to counsel for Sarria Enterprises and client regarding same (2.4); preparation for February 15, 2006 trial to enforce stay against Central Progressive Bank (1.2) | 3.60 | 1,332.00 |
|  | LMP | Telephone calls and e-mails with John Alsobrook and Brent Barriere regarding expert for trial of Central Progressive Bank adversary | 0.60 | 150.00 |
|  | BB | Preparation for hearing on Sarria Enterprises' motion for relief from stay, including legal research and analysis of issues arising under 362(d)(2) who has burden of proof under 362(d)(2) what is necessary for effective reorganization and how is equity concept applied to leases | 6.80 | 1,496.00 |
|  | KSW | Update index to stay litigation (.1); transmittal of same to client (.1) | 0.20 | 26.00 |
| 01/21/06 | BB | Preparation for hearing on Sarria Enterprises' motion for relief from stay including research regarding application of 362(d)(2) to landlord's attempt to evict debtor, research and analysis of law to determine what constitutes equity under 362(d)(2) in a landlord tenant case and in general and research regarding burden of proof under 362(d)(2) | 3.80 | 836.00 |
| 01/22/06 | BB | Analysis of case law regarding application of 362(d)(2) to landlord's attempt to evict debtor | 1.20 | 264.00 |
| 01/23/06 | LMP | Telephone call with Steve Eichel regarding whether an order has been entered granting workers' compensation claimants relief from the automatic stay and telephone call with Leann Tant regarding tolling of statute of limitations on Willie Mae Rivers' workers' compensation claim (on which she has filed a motion for relief from stay) (.5); |  |  |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| | telephone calls with John Alsobrook and Brent Barriere regarding expert for Central Progressive Bank trial and law in Louisiana regarding enforceability of non-disturbance agreement (.7); review of e-mail from Rob Wilcox regarding stay enforcement letter regarding state court action against Winn-Dixie by Shaun Johnson et al. and telephone call with defense counsel regarding same (.3) | 1.50 | 375.00 |
| JHP | Preparation for trial on Sarria Enterprises' motion to lift stay, including telephone calls with counsel for Sarria Enterprises, Bankruptcy Court judicial administrator and client regarding Sarria Enterprises' request for continuance (2.8); review of motions to lift stay filed by Vaughn, Reed and Rivers, including e-mail correspondence to client regarding same (.4) | 3.20 | 1,184.00 |
| BB | Preparation for hearing on Sarria Enterprises' motion for adequate protection including preparation of exhibits and direct examination questions | 2.00 | 440.00 |
| KSW | Preparation and electronic filing of stipulation to further continue hearing regarding Sarria Enterprises' motion for relief (.2); update index to stay litigation (.1) | 0.30 | 39.00 |

| 01/24/06 | LMP | E-mails with Kim Romeo regarding bar date notice to be provided to Paul Macon, analysis of Macon's motion for relief from stay and telephone calls and e-mail with Rodger Friedline regarding same (.9); review and analysis of motions for relief from stay filed by Fannie Reed and Cynthia Vaughn and preparation of e-mail to Kim Romeo regarding same (.5); review and analysis of motions for relief from stay filed by Maureen Fitzgerald-Marhold, Vera Volvecky and Charlene and Robert Miller and possible responses thereto (1.1); preparation of summary of expert opinion needed in the Central Progressive Bank trial (.4); analysis of handling of motions for relief from stay filed by litigation claimants who have completed the claims resolution procedure (.6); review of orders striking motions for relief from stay filed by Cynthia Vaughn and Fannie Reed (.2); preparation of witness list for Central Progressive Bank trial and analysis regarding testimony needed from each (1.1) | 4.80 | 1,200.00 |
| | JHP | Preparation for February 13, 2006 trial on Sarria Enterprises' motion to lift stay, including e-mail correspondence to client regarding unrepaired hurricane damage (.8); preparation for February 15, 2006 trial on By-Pass Partnership litigation, including stipulation as to witness issues and exhibits for trial (1.4) | 2.20 | 814.00 |

| 01/25/06 | LMP | E-mails and telephone calls with John Alsobrook and Brent Barriere regarding expert witness for trial of Central Progressive Bank adversary, e-mails to | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | working group regarding witness and testimony needed for trial and critical dates established by the order scheduling the trial, research regarding proposed expert, and telephone calls and e-mails with Scott Millis regarding expert opinion (4.6); research regarding whether relief from stay movants Charlene Miller, Vera Volovecky and Fannie Reed filed timely proofs of claims and e-mail to Kim Romeo regarding whether they have participated in the claims resolution process and strategy for the resolution of their motions (.7); research whether Maureen Fitzgerald-Marhold filed a proof of claim and motion to allow late claim, review and analysis of her motion to allow late claim, analysis regarding strategy for resolving her motions and her claim and e-mail to Tim Williams regarding same (1.1); review and analysis of and respond to e-mail from Everett Brooks and correspondence from Randall Moore regarding whether discovery propounded against Winn-Dixie's co-defendant constitutes a violation of the automatic stay and telephone calls with Randall Moore regarding same (.9) | 7.30 | 1,825.00 |
|  | JHP | Preparation for February 15, 2006 By-Pass Partnership trial, including preparation of proposed testimony for expert and other witnesses and exhibits for trial (1.2); preparation for February 13, 2006 trial on Sarria Enterprises' motion to lift stay (1.0) | 2.20 | 814.00 |
| 01/26/06 | JHP | Preparation for February 13, 2006 trial on Sarria Enterprises' motion to lift stay, including e-mail correspondence to counsel for Sarria Enterprises regarding reconciliation of amount due from back taxes and unrepaired hurricane damage (1.6); preparation for February 15, 2006 trial on By-Pass Partnership litigation, including proposed testimony and exhibits for trial (1.8) | 3.40 | 1,258.00 |
|  | LMP | Review and analysis of and respond to e-mails from Brent Barriere, Scott Willis and John Alsobrook regarding trial of Central Progressive Bank adversary (2.4); telephone call with Scott Willis regarding areas of expert testimony needed for trial (.4); telephone calls with Rosalie Gray and U.S. Trustee regarding whether expert must be treated as ordinary course professional (.4); telephone call with John Alsobrook regarding retention of expert (.2) | 1.10 | 275.00 |
| 01/27/06 | JHP | Preparation for February 13, 2006 hearing on Sarria Enterprises' motion to lift stay, including e-mail correspondence to client regarding same | 1.00 | 370.00 |
| 01/30/06 | LMP | Review and analysis of e-mail from Scott Willis regarding Louisiana law on executory process (.2); telephone conference with Brent Barriere and Scott Willis (.3); analysis of expert opinion testimony for |  |  |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021672M
STATEMENT NO:   112507

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | the trial of the Central Progressive Bank adversary (.3); e-mails with opposing counsel regarding mandatory settlement conference (.5) | 1.30 | 325.00 |
| JHP | Preparation for February 13, 2006 hearing on Sarria Enterprises' motion to lift stay, including proposed testimony and exhibit list (.8); preparation for February 15, 2006 trial in By-Pass Partnership litigation, including proposed testimony and pretrial memorandum (.8) | 1.60 | 592.00 |

| 01/31/06 | LMP | Preparation of e-mail to working group regarding witness for Central Progressive Bank trial (.2); telephone call with Cathy Determan regarding pre-trial memorandum (.4); analysis of potential settlement negotiations in Central Progressive Bank adversary (.6); e-mail to opposing counsel regarding settlement conference (.2); telephone call with Brent Barriere regarding settlement negotiations and order of proof at trial (.3); settlement conference with opposing counsel (.8); preparation of trial notebook for Central Progressive Bank trial, preparation of expert and fact witness testimony for trial and telephone call with Scott Willis regarding expert testimony (5.4); telephone calls with Stephanie Biernacki and Michael Palahach regarding continuing the hearing on the motion for relief from stay while the claimants participate in the claims resolution procedure and update of stay litigation action list (.3) | 8.20 | 2,050.00 |
|  | JHP | Preparation for February 6, 2006 hearing on stay relief motions filed by Macon, Davidson and Fitzgerald-Marhold (.8); preparation for February 13, 2006 hearing on Sarria Enterprises' motion to lift stay, including response to subpoenas served on Debtors (.8); preparation for February 15, 2006 trial on By-Pass Partnership litigation (1.2) | 2.80 | 1,036.00 |

```
                                                                ------   ---------
    FOR PROFESSIONAL SERVICES RENDERED                          125.90  35,339.50
```

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.70 | $405.00 | $283.50 |
| James H. Post | 43.40 | 370.00 | 16,058.00 |
| Beau Bowin | 36.80 | 220.00 | 8,096.00 |
| *Kimberly S. Ward | 2.90 | 130.00 | 377.00 |
| Leanne McKnight Prendergast | 42.10 | 250.00 | 10,525.00 |
|  | ------ |  | ---------- |
| TOTAL | 125.90 |  | $35,339.50 |

TOTAL THIS STATEMENT                                          $35,339.50
                                                             ==========

---

*Legal Assistant