LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO:   109903

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/04/05 | SDB | Preparation for and participation in weekly telephone conference with Winn-Dixie senior management and senior advisors regarding management of the chapter 11 proceedings | 0.70 | 276.50 |
| 10/11/05 | SDB | Preparation for and participation in weekly case management meeting with senior management and senior advisors | 0.80 | 316.00 |
|  | CCJ | Preparation for and participation in weekly strategy case management meeting with senior management and senior advisors | 0.80 | 236.00 |
| 10/18/05 | SDB | Participation in weekly case management meeting for senior management and senior advisors | 1.00 | 395.00 |
|  | CCJ | Preparation for and participation in weekly case management meeting with senior management and advisors | 1.80 | 531.00 |
| 10/27/05 | SDB | Review of draft business plan and telephone call with Jan Baker regarding same | 0.80 | 316.00 |
|  |  |  | ---- | -------- |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 5.90 | 2,070.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.30 | $395.00 | $1,303.50 |
| Cynthia C. Jackson | 2.60 | 295.00 | 767.00 |
|  | ---- |  | --------- |
|  | 5.90 |  | $2,070.50 |

TOTAL THIS STATEMENT                    $2,070.50
                                        =========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
12/15/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO:  110838

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/05 | CCJ | Preparation for and participation in weekly strategy call | 1.50 | 442.50 |
| 11/08/05 | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 295.00 |
| 11/15/05 | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 295.00 |
| 11/29/05 | SDB | Preparation for and participation in weekly case management meeting with senior management and senior advisors | 1.00 | 395.00 |
| | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 295.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 5.50 | 1,722.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.00 | $395.00 | $395.00 |
| Cynthia C. Jackson | 4.50 | 295.00 | 1,327.50 |
| TOTAL | 5.50 | | $1,722.50 |

TOTAL THIS STATEMENT                                    $1,722.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021673M
STATEMENT NO:   111722

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

| | | | HOURS | |
|---|---|---|---|---|
| 12/06/05 | SDB | Preparation for and participation in the weekly telephone conference with senior management and senior advisors of the company | 1.10 | 434.50 |
| | CCJ | Preparation for and participation in weekly telephone conference | 1.20 | 354.00 |
| 12/08/05 | SDB | Preparation for and participation in telephone conference of Winn-Dixie's board of directors regarding the Debtors' operations, restructuring and Chapter 11 issues | 2.50 | 987.50 |
| 12/13/05 | SDB | Preparation for and participation in weekly telephone conference with Winn-Dixie senior management and senior advisors regarding management of the Chapter 11 proceedings | 1.00 | 395.00 |
| | CCJ | Preparation for and participation in weekly telephone conference | 1.10 | 324.50 |
| 12/20/05 | SDB | Preparation for and participation in the weekly telephone conference with the senior management and senior advisors regarding management of the Chapter 11 proceedings | 0.50 | 197.50 |
| | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 295.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 8.40 | 2,988.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.10 | $395.00 | $2,014.50 |
| Cynthia C. Jackson | 3.30 | 295.00 | 973.50 |
| | 8.40 | | $2,988.00 |

TOTAL THIS STATEMENT                                           $2,988.00

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021673M
STATEMENT NO:  112508

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | SDB | Participation in weekly telephone conference with the Debtors' senior management and senior advisors regarding business operations and case management | 0.90 | 364.50 |
|  | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 305.00 |
| 01/10/06 | SDB | Preparation for and participation in weekly telephone conference with the Debtors' senior management and senior advisors regarding case management issues | 0.80 | 324.00 |
|  | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 305.00 |
| 01/17/06 | SDB | Preparation for and participation in weekly case management telephone conference with senior management and senior advisors of the Debtors | 0.90 | 364.50 |
|  | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 305.00 |
| 01/24/06 | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 305.00 |
| 01/31/06 | SDB | Preparation for and participation in weekly case management meeting with Winn-Dixie's senior management and senior advisors | 0.90 | 364.50 |
|  | CCJ | Preparation for and participation in weekly telephone conference | 1.00 | 305.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 8.50 | 2,942.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.50 | $405.00 | $1,417.50 |
| Cynthia C. Jackson | 5.00 | 305.00 | 1,525.00 |
| TOTAL | 8.50 |  | $2,942.50 |

TOTAL THIS STATEMENT                                                        $2,942.50
                                                                          ==========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:   109897

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.4); preparation of revised agenda for October 7, 2005 hearing (.3); preparation of agenda for October 14, 2005 hearing (.2); preparation of agenda for November 4, 2005 hearing (.2) | 2.10 | 252.00 |
| 10/04/05 | LMP | Research regarding whether Bankruptcy Court approval is necessary for compromise of the Company's claim against Sumwalt | 0.20 | 50.00 |
|  | SDB | Review draft agenda for October 7, 2005 court proceedings and related materials and preparation for the hearings (.7); telephone conference with Jan Baker regarding case management to date, the Debtors' business plan and related issues (.4) | 1.10 | 434.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); retrieval and review of updated docket sheet (.2) | 1.30 | 156.00 |
|  | JHP | Correspondence to Jay Castle regarding the basis of an emergency motion filed by Ben-Ezra for October 7, 2005 hearing (.3); review of EFC report and case calendar (.2) | 0.50 | 177.50 |
| 10/05/05 | SDB | Conference with James H. Post regarding impact of Medicaid/Medicare lien claims on the proposed claims resolution procedure (.3); preparation for October 7, 2005 hearing on the Debtors' motion (.3) | 0.60 | 237.00 |
|  | CCJ | Preparation of hearing notebook and agenda for October 7, 2005 hearing (.5); conferences with Kimberly S. Ward, Stephen D. Busey and Rosalie Gray regarding same (1.0) | 1.50 | 442.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); organization of notebooks for October 7, 2005 hearing (.9) | 1.80 | 216.00 |

LAW OFFICES
S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 10/06/05 | CCJ | Preparation of final agenda and conferences with Rosalie Gray, Stephanie Feld and Stephen D. Busey regarding same | 1.00 | 295.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.2); preparation of updated agenda for October 7, 2005 hearing (.3); electronic filing and service of same (.3); preparation of working notebook for October 7, 2005 hearing (.7) | 2.40 | 288.00 |
| | SDB | Revision of final court agenda for October 7, 2005 omnibus hearing | 0.40 | 158.00 |
| | TLC | Preparation of orders for the omnibus hearing to be held on October 7, 2005 | 1.30 | 156.00 |
| 10/07/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.9); preparation for hearing (.2); retrieval and review of updated docket sheet (.2); updated index to files (.2) | 3.50 | 420.00 |
| | CCJ | Preparation for and representation of Winn-Dixie at hearings | 2.00 | 590.00 |
| 10/10/05 | EMS | Preparation and attendance at the October 7, 2005 omnibus hearing in Bankruptcy Court | 1.50 | 285.00 |
| | CCJ | Preparation of preliminary agenda and correspondence regarding same | 1.00 | 295.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); preparation of agenda for November 4, 2005 hearing (.2); updated master service list (.2); updated index to pleading file (1.4) | 4.10 | 492.00 |
| 10/11/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); retrieval and review of updated docket sheet (.2); updated index to files (.8) | 1.80 | 216.00 |
| | CCJ | Preparation of preliminary agenda and correspondence to Creditors Committee, Bank and Equity Committee regarding same | 1.20 | 354.00 |
| | TLC | Preparation of notice regarding research related to ad valorem taxes for Beau Bowin (2.3); preparation of hearing notebook for Judge Funk (.5) | 2.80 | 336.00 |
| 10/12/05 | TLC | Revision of ad valorem notebook for Beau Bowin (1.1); e-mail correspondence and telephone calls with Leila Singh from the office of the U.S. Trustee regarding the omnibus hearing on October 14, 2005 (.5) | 1.60 | 192.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.7); review of hearing notebook for October 14, 2005 hearing (.6); updated agenda for November 17, 2005 hearing (.3); updated pleading index (.5) and index to files (.4) | 3.50 | 420.00 |
| 10/13/05 | TLC | Revision of the agenda for the October 14, 2005 omnibus hearing | 0.10 | 12.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); electronic filing and service of agenda for October 14, 2005 hearing (.4) | 1.30 | 156.00 |
| 10/14/05 | TLC | Revision of the order for the omnibus hearing | 0.20 | 24.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); updated index to files (.4); updated agenda for November 4, 2005 hearing (.2); updated master service list (.2); updated pleading index (.2) | 3.30 | 396.00 |
|  | JHP | Review of case docket update and case calendar | 0.30 | 106.50 |
| 10/17/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.5); updated index to files (.2) | 1.70 | 204.00 |
| 10/18/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); updated agenda for November 4, 2005 hearing (.3); updated index to files (.3) | 1.80 | 216.00 |
| 10/19/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); updated index to files (.2); updated pleading index (.3) | 1.80 | 216.00 |
| 10/20/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.2); westlaw research (.2) | 1.30 | 156.00 |
|  | JHP | Review of docket update and case calendar | 0.40 | 142.00 |
| 10/21/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.4); retrieval and review of updated docket sheet (.2); updated index to files (.2); updated index to pleadings (.3) | 2.10 | 252.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/24/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.2); updated pleading index (.3) | 1.40 | 168.00 |
|  | TLC | Preparation of files for the omnibus hearings to be held on November 4, 2005, November 16, 2005 and November 17, 2005 | 1.50 | 180.00 |
|  | EMS | Preparation of hearing agenda for the omnibus hearing to be held on November 17, 2005 | 1.40 | 266.00 |
|  | JHP | Review of case calendar and docket update | 0.40 | 142.00 |
| 10/25/05 | EMS | Revision of preliminary agenda for November 17, 2005 omnibus hearing | 0.50 | 95.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); retrieval and review of updated docket sheet (.3); preparation of updated agendas for November 4, 2005 hearing (.2) and November 17, 2005 hearing (.2) | 1.90 | 228.00 |
| 10/26/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); updated index to files (.3) | 1.60 | 192.00 |
| 10/27/05 | CCJ | Preparation of agenda for November 4, 2005 (1.1); correspondence to Rosalie Gray, Creditors Committee and Bank regarding same (.4); to U.S. Trustee regarding same (.2); revision of same (.5) | 2.20 | 649.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 132.00 |
| 10/28/05 | TLC | Revision of omnibus agenda for November 4, 2005 hearing | 0.20 | 24.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.80 | 96.00 |
| 10/31/05 | TLC | Update agenda for November 4, 2005 omnibus hearing (.4); preparation of orders for November 4, 2005 omnibus hearing (.6) | 1.00 | 120.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 132.00 |
|  | CCJ | Finalization and submittal of agenda for November 4, 2005 (.8); correspondence to Creditors Committee, Bank and U.S. Trustee regarding same (.3) | 1.10 | 324.50 |
|  |  |  | ----- | --------- |
|  |  |  | 67.70 | 11,091.50 |

FOR PROFESSIONAL SERVICES RENDERED

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021664M
STATEMENT NO:   109897

Chapter 11 - Case Administration

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.10 | $395.00 | $829.50 |
| James H. Post | 1.60 | 355.00 | 568.00 |
| Cynthia C. Jackson | 10.00 | 295.00 | 2,950.00 |
| *Tana L. Copeland | 8.70 | 120.00 | 1,044.00 |
| *Kimberly S. Ward | 41.70 | 120.00 | 5,004.00 |
| Leanne McKnight Prendergast | 0.20 | 250.00 | 50.00 |
| Elizabeth M. Schule | 3.40 | 190.00 | 646.00 |
| TOTAL | 67.70 | | $11,091.50 |

TOTAL THIS STATEMENT                                    $11,091.50
                                                       ==========

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  110832

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/05 | CCJ | Revision of agenda for November 4 and 7, 2005 (.5); conference with courtroom administrator regarding DDI's motion to quash and upcoming hearings (.2); preparation for November 4, 2005 omnibus hearing (1.2) | 1.90 | 560.50 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.90 | 108.00 |
| | TLC | Review of docket | 0.30 | 36.00 |
| | JHP | Review of ECF activity report and docket update | 0.30 | 106.50 |
| 11/02/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 132.00 |
| | CCJ | Preparation of notebook of updated agenda for Court | 0.30 | 88.50 |
| | TLC | Preparation and service of hearing notebook to Judge Funk (.8); revision of agenda for the November 4, 2005 omnibus hearing (.4) | 1.20 | 144.00 |
| 11/03/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.00 | 120.00 |
| | TLC | Review of docket (.3); revision, filing and service of final agenda for the omnibus hearing to be held on November 4, 2005 (.5), preparation of files for late filed motions (.2) | 1.00 | 120.00 |
| | CCJ | Preparation for November 4, 2005 omnibus hearing (.6); finalization of agenda (.2); conference with Rosalie Gray regarding same (.1) | 0.90 | 265.50 |
| 11/04/05 | TLC | Filing of master service list as of November 3, 2005 | 0.30 | 36.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.80 | 96.00 |

LAW OFFICES
Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/07/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.60 | 72.00 |
| 11/08/05 | CCJ | Review of and respond to correspondence from courtroom administration regarding November 16, 2005 hearing (.2); conferences with Rosalie Gray regarding same (.1) | 0.30 | 88.50 |
|  | JHP | Review of docket update | 0.20 | 71.00 |
|  | TLC | Revision of agenda for November 17, 2005 | 0.30 | 36.00 |
| 11/09/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.90 | 108.00 |
|  | JHP | Review of ECF activity report, docket update and case calendar | 0.40 | 142.00 |
|  | BB | Review of files to determine open matters and critical deadlines | 0.70 | 143.50 |
| 11/10/05 | JHP | Review of ECF activity report and docket update | 0.30 | 106.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.8); retrieval and review of updated docket sheet (.2); updated index to files (.3) | 3.30 | 396.00 |
| 11/11/05 | JHP | Review of ECF activity report and e-mail correspondence regarding November 17, 2005 calendar | 0.30 | 106.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); review and revision of agenda for November 17, 2005 hearing (.2) | 2.10 | 252.00 |
| 11/14/05 | JHP | Review of docket update | 0.20 | 71.00 |
|  | EMS | Distribution of incoming pleadings and correspondence | 0.50 | 95.00 |
| 11/15/05 | CCJ | Preparation of agenda for November 17, 2005 and revisions to same (1.0); correspondence to Creditors Committee, U.S. Trustee and Wachovia regarding same (.6) | 1.60 | 472.00 |
|  | JHP | Review of ECF activity report, docket update and case calendar | 0.30 | 106.50 |
|  | EMS | Preparation of preliminary agenda for December 1, 2005 omnibus hearing | 2.40 | 456.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); preparation for and transmittal of hearing notebooks to Judge's chambers (.5); retrieval and review of updated docket sheet (.3) | 2.10 | 252.00 |
| 11/16/05 | TLC | Preparation of hearing notebooks for Judge Funk for the omnibus hearing to be held on November 17, 2005 (1.0); filing and service of the final agenda (.6) | 1.60 | 192.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 3
12/15/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021664M
STATEMENT NO:   110832

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JHP | Review of ECF activity and docket update | 0.20 | 71.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); preparation of revised agenda for November 17, 2005 hearing (.3) | 1.20 | 144.00 |
| 11/17/05 | TLC | Preparation of order for the omnibus hearing | 0.30 | 36.00 |
|  | JHP | Review of ECF activity report and docket update | 0.30 | 106.50 |
|  | CCJ | Preparation for and representation of Winn-Dixie at November 17, 2005 omnibus hearings | 1.50 | 442.50 |
| 11/18/05 | JHP | Review of ECF activity report and updated case calendar | 0.30 | 106.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); updated index to stay litigation (.2) | 2.50 | 300.00 |
| 11/20/05 | KSW | Organization of documents for indexing | 1.20 | 144.00 |
| 11/21/05 | TLC | Preparation of files for the December 1, 2005 omnibus hearing, including compiling documents for Judge Funk's notebook (1.7); revision of agenda for December 1, 2005 omnibus (.2) | 1.90 | 228.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.70 | 204.00 |
| 11/22/05 | CCJ | Preparation of and revisions to preliminary agenda for November 17, 2005 | 1.00 | 295.00 |
|  | SDB | Revision and approval of draft agenda for December 1, 2005 omnibus hearing | 0.30 | 118.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.20 | 144.00 |
| 11/23/05 | TLC | Preparation of notebooks for the December 1, 2005 omnibus hearing | 1.00 | 120.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.90 | 108.00 |
| 11/28/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.1); updated index to files (.5) | 2.60 | 312.00 |
|  | CCJ | Preparation of agenda for December 1, 2005 hearing and review of files and hearing outlines regarding same | 1.20 | 354.00 |
| 11/29/05 | SDB | Revision of omnibus hearing agenda for December 1, 2005 hearing | 0.30 | 118.50 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
12/15/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:   110832

Chapter 11 - Case Administration

| | | HOURS | |
|---|---|---|---|
| KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.5); preparation of revised agenda for December 1, 2005 hearing (.3); review of hearing notebooks for December 1, 2005 hearing (.4); updated pleading index (.6); organization of pleadings (.9) | 3.70 | 444.00 |
| TLC | Preparation of notebooks for Judge Funk and Cynthia C. Jackson for the December 1, 2005 omnibus hearing (2.3); preparation and update of files regarding same (.6) | 2.90 | 348.00 |
| CCJ | Revisions to and update agenda and correspondence to Creditors Committee, DIP Lender and U.S. Trustee regarding same | 1.10 | 324.50 |
| 11/30/05 KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.4); preparation for and electronic filing and service of agenda for December 1, 2005 hearing (.4); updated pleading index (.7) | 2.50 | 300.00 |
| CCJ | Revision and finalization of agenda and hearing outline | 1.00 | 295.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 58.90 | 10,043.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.60 | $395.00 | $237.00 |
| James H. Post | 2.80 | 355.00 | 994.00 |
| Cynthia C. Jackson | 10.80 | 295.00 | 3,186.00 |
| Beau Bowin | 0.70 | 205.00 | 143.50 |
| *Tana L. Copeland | 10.80 | 120.00 | 1,296.00 |
| *Kimberly S. Ward | 30.30 | 120.00 | 3,636.00 |
| Elizabeth M. Schule | 2.90 | 190.00 | 551.00 |
| TOTAL | 58.90 | | $10,043.50 |

TOTAL THIS STATEMENT                                                      $10,043.50
                                                                        ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:   111716

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | TLC | Preparation for the December 1, 2005 omnibus hearing | 0.50 | 60.00 |
|  | EMS | Preparation for and attendance at the December 1, 2005 omnibus hearing | 2.50 | 475.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); update pleading index (1.3) | 3.10 | 372.00 |
|  | BB | Preparation for December 1, 2005 omnibus hearing | 2.00 | 410.00 |
| 12/02/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.7); update pleading index (1.9); update agenda for December 15, 2005 omnibus hearing (.1) | 2.70 | 324.00 |
| 12/05/05 | CCJ | Preparation of and revisions to agenda for December 15, 2005 | 0.80 | 236.00 |
|  | TLC | Preparation of files for the December 15, 2005 omnibus hearing | 1.20 | 144.00 |
|  | EMS | Preparation of preliminary agenda for the December 15, 2005 omnibus hearing (1.6); correspondence to Cynthia C. Jackson regarding same (.2) | 1.80 | 342.00 |
| 12/06/05 | CCJ | Preparation of and revisions to agenda for December 15, 2005 omnibus hearing (1.1); conference with Holly Etlin regarding exclusivity motion and JEA discovery requests (.5) | 1.60 | 472.00 |
|  | TLC | Distribution of incoming pleadings (.5); update agenda for the December 15, 2005 omnibus hearing, including research regarding the claim of Credit Sussie First Boston, LLC's motion to allow a late claim (.8) | 1.30 | 156.00 |
|  | EMS | Preparation of updated agenda for December 15, 2005 omnibus hearing | 1.80 | 342.00 |
| 12/08/05 | TLC | Distribution of incoming pleadings (.6); update files for the December 15, 2005 omnibus hearing (.7) | 1.30 | 156.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/09/05 | TLC | Revision of agenda for the December 15, 2005 omnibus hearing and transmittal of same to Jodie Spencer, Diane Jackson and Susan Carter (1.4); update files for the December 15, 2005 omnibus hearing (.6); preparation and filing of the updated master service list (.2); distribution of incoming pleading (.2) | 2.40 | 288.00 |
|  | CCJ | Preparation of agenda for December 15, 2005 omnibus hearing and revisions to same (1.2); review of files and outlines for same (.2) | 1.40 | 413.00 |
| 12/10/05 | CCJ | Review of and revisions to files and hearing outlines for December 15, 2005 omnibus hearing (2.9); correspondence to Elizabeth M. Schule regarding actions needed (.2); correspondence to Stephen D Busey regarding same (.1) | 3.20 | 944.00 |
| 12/12/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (3.1); update index to files (.2); update master service list (.2) | 3.50 | 420.00 |
|  | TLC | Preparation of orders for the hearing on December 15, 2005 | 0.80 | 96.00 |
|  | CCJ | Preparation of and revisions to agenda for December 15, 2005 hearing (1.2); conference with Skadden and Stephen D. Busey regarding same (.6) | 1.80 | 531.00 |
| 12/13/05 | SDB | Review of final agenda for court proceedings on December 15, 2005 | 0.40 | 158.00 |
|  | JHP | Review of case calendar | 0.20 | 71.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.7); update agenda for December 15, 2005 omnibus hearing (.8); update index to stay litigation (.1); review of hearing notebooks (.7); retrieval and review of updated docket sheet (.3) | 4.60 | 552.00 |
|  | TLC | Preparation of notebooks for Judge Funk for the December 15, 2005 omnibus hearing (3.0); update agenda (.7); update the December 15, 2005 omnibus hearing files (.3) | 4.00 | 480.00 |
|  | CCJ | Review and revision to hearing files for December 15, 2005 | 2.50 | 737.50 |
| 12/14/05 | JHP | Review of ECF activity report and docket update | 0.20 | 71.00 |
|  | TLC | Update agenda for December 15, 2005 | 0.60 | 72.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.7); update agenda for December 15, 2005 hearing (.2); electronic filing and service of agenda for December 15, 2005 omnibus hearing (.3) | 1.20 | 144.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 12/15/05 | TLC | Preparation for December 15, 2005 omnibus hearing | 1.60 | 192.00 |
| | JHP | Review of draft case calendar | 0.20 | 71.00 |
| | EMS | Preparation for and attendance at omnibus hearing | 3.60 | 684.00 |
| | BB | Preparation for December 15, 2005 omnibus hearing where Winn-Dixie successfully argued for (i) a 90-day extension on the debtor's exclusivity period and (ii) extension of time to assume or reject lease | 3.50 | 717.50 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); retrieval and review of updated docket sheet (.3) | 2.60 | 312.00 |
| 12/16/05 | JHP | Review of ECF activity report and updated case calendar | 0.30 | 106.50 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.70 | 84.00 |
| 12/19/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); update index to files (.3) | 1.10 | 132.00 |
| | EMS | Preparation of preliminary agenda for January 12, 2006 omnibus hearing | 1.60 | 304.00 |
| | CCJ | Preparation for January 12, 2006 omnibus hearing | 1.00 | 295.00 |
| 12/20/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); update agenda for January 12, 2006 hearing (.2) | 2.10 | 252.00 |
| | JHP | Review of ECF activity and case calendar | 0.30 | 106.50 |
| | CCJ | Review and analysis of docket to determine actions needed (1.4); preparation of and revisions to agenda for January 12, 2006 hearing and conference with Stephen D. Busey and Kimberly S. Ward regarding same (1.3) | 2.70 | 796.50 |
| 12/21/05 | EMS | Telephone call with Dave Jennis regarding scheduling of status conference on Equity Committee's motion to appoint fee examiner (.2); conference with Cynthia C. Jackson and Kim Neil regarding same (.1) | 0.30 | 57.00 |
| | JHP | Review of docket update | 0.20 | 71.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.80 | 216.00 |
| 12/22/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 132.00 |
| 12/27/05 | JHP | Review of docket update and ECF activity report | 0.20 | 71.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); update agenda for January 12, 2006 omnibus hearing (.2) | 1.10 | 132.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
01/17/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:   111716

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/28/05 | JHP | Review of appellate case calendar and ECF activity report | 0.30 | 106.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.90 | 108.00 |
|  | TLC | Preparation of files for January 12, 2006 omnibus hearing | 0.60 | 72.00 |
| 12/29/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.70 | 204.00 |
|  | TLC | Preparation of files for January 12, 2006 omnibus hearing | 0.80 | 96.00 |
| 12/30/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); update master service list (.2) | 1.50 | 180.00 |
| 12/31/05 | JHP | Review of ECF activity and updated case calendar | 0.30 | 106.50 |

FOR PROFESSIONAL SERVICES RENDERED           79.50 14,071.50

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.40 | $395.00 | $158.00 |
| James H. Post | 2.20 | 355.00 | 781.00 |
| Cynthia C. Jackson | 15.00 | 295.00 | 4,425.00 |
| Beau Bowin | 5.50 | 205.00 | 1,127.50 |
| *Tana L. Copeland | 15.10 | 120.00 | 1,812.00 |
| *Kimberly S. Ward | 29.70 | 120.00 | 3,564.00 |
| Elizabeth M. Schule | 11.60 | 190.00 | 2,204.00 |
| TOTAL | 79.50 |  | $14,071.50 |

TOTAL THIS STATEMENT                              $14,071.50
                                                 ==========

_____
*Legal Assistant

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:   112503

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL   32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| 01/03/06 KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); update index to pleadings (2.7); update index to files (.3) | 4.20 | 546.00 |
| 01/04/06 KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.90 | 117.00 |
| 01/05/06 CCJ | Preparation of and revisions to agenda for January 12, 2006 hearing (1.0); conference with Betsy Cox (counsel for Wachovia) regarding January 12, 2006 hearing matters and fee issues (.5) | 1.50 | 457.50 |
| JHP | Review of ECF activity report, docket update and draft calendar | 0.30 | 111.00 |
| KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.30 | 169.00 |
| TLC | Update of files for the omnibus hearing to be held on January 12, 2006 | 0.60 | 72.00 |
| 01/06/06 JHP | Review of ECF activity report, docket update and revisions to draft calendar | 0.30 | 111.00 |
| KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); update index to files (.5); update pleading index (.3); review of case calendar and e-mail correspondence to Stephen Brown regarding revisions to same (.3); preparation of revised agenda for January 12, 2006 hearing (.3); preparation of agenda for January 19, 2006 hearing (.2) | 3.50 | 455.00 |
| CCJ | Revision of agenda and preparation for January 12, 2005 hearing (1.0); correspondence to Rosalie Gray regarding same (.2); review of and respond to correspondence from Rosalie Gray regarding same (.1) | 1.30 | 396.50 |

SMITH HULSEY & BUSEY

Page: 2
02/17/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:   112503

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 01/09/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.7); preparation and electronic filing of master service list as of January 6, 2006 (.4) | 2.10 | 273.00 |
| | TLC | Update of the agenda for January 12, 2006 | 0.20 | 24.00 |
| 01/10/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); review and preparation for transmittal of hearing notebook to Judge Funk's chambers (.2) | 2.00 | 260.00 |
| | TLC | Update agenda for January 12, 2006 and preparation of notebook for Judge Funk regarding same (1.6); update agenda for January 19, 2006 and preparation of files regarding same (2.3) | 3.90 | 468.00 |
| 01/11/06 | CCJ | Revisions to final agenda | 0.50 | 152.50 |
| | JHP | Review of ECF activity report and docket update | 0.30 | 111.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); preparation and transmittal of labels and email addresses to U.S. Trustee for service of document on master service list (.3); preparation and electronic filing and service of agenda for January 12, 2006 hearing (.4) | 2.50 | 325.00 |
| 01/12/06 | TLC | Preparation of files for the January 19, 2006 hearing | 0.60 | 72.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.0); revision of agenda for January 19, 2006 hearing (.1); update index to files (.3) | 2.40 | 312.00 |
| 01/13/06 | JHP | Review of ECF activity report and case calendar | 0.30 | 111.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.1); update index to files (.2) | 2.30 | 299.00 |
| 01/16/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); update index to files (.1) | 1.20 | 156.00 |
| | TLC | Preparation of Judge Funk's notebook for the omnibus hearing to be held on January 19, 2006 | 0.80 | 96.00 |
| | EMS | Revisions to agenda for January 19, 2006 | 0.20 | 39.00 |
| | JHP | Review of ECF activity report and updated case calendar | 0.30 | 111.00 |
| 01/17/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); revision of agenda for January 19, 2006 hearing (.2); review of hearing notebook (.2) | 1.20 | 156.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | TLC | Update Judge Funk's notebook for the omnibus hearing to be held on January 19, 2006 | 0.30 | 36.00 |
|  | CCJ | Preparation of agenda and hearing notebook and correspondence to Creditors Committee regarding same (1.2); conference with U.S. Trustee regarding same (.2) | 1.40 | 427.00 |
|  | JHP | Review of ECF activity report and docket update | 0.30 | 111.00 |
| 01/18/06 | JHP | Review of ECF activity report and case calendar | 0.30 | 111.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.1); update index to files (1.1); electronic filing and service of agenda for January 19, 2006 hearing (.3) | 2.50 | 325.00 |
| 01/19/06 | BB | Review of case activity (.2); preparation for omnibus hearing (1.1); review of hearing agenda and motions to be heard (.5) | 1.80 | 396.00 |
|  | CCJ | Preparation for and representation of Debtors at omnibus hearings | 2.00 | 610.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.7); preparation of agenda for February 9, 2006 hearing (.2) | 1.90 | 247.00 |
| 01/20/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.20 | 156.00 |
| 01/23/06 | JHP | Review of updated docket sheet, ECF activity report and proposed case calendar | 0.40 | 148.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.70 | 221.00 |
| 01/24/06 | TLC | Update agenda | 0.30 | 36.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); review of case calendar (.4); update agenda for February 9, 2006 hearing (.2); update index to files (.3) | 1.80 | 234.00 |
| 01/25/06 | JHP | Review of updated ECF activity report and docket sheet | 0.30 | 111.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); update agenda for February 9, 2006 hearing (.3); update index to files (.3) | 2.50 | 325.00 |
| 01/26/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 143.00 |

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
02/17/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:   112503

Chapter 11 - Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| 01/27/06 KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.90 | 247.00 |
| 01/30/06 CCJ | Review and analysis of docket to determine actions needed | 0.80 | 244.00 |
| BB | Review of docket activity regarding Store 254 | 0.60 | 132.00 |
| KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); updated index to files (.2) | 2.00 | 260.00 |
| JHP | Review of docket update and ECF activity report | 0.30 | 111.00 |
| 01/31/06 TLC | Update agenda for the February 9, 2006 hearing (.2); update files regarding same (.6) | 0.80 | 96.00 |
| CCJ | Preparation of agenda for February 9, 2006 hearing and review of files regarding same | 2.00 | 610.00 |
| BB | Review of docket activity regarding Store 254 | 0.20 | 44.00 |
| KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.40 | 182.00 |

FOR PROFESSIONAL SERVICES RENDERED          64.50 10,963.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 3.10 | $370.00 | $1,147.00 |
| Cynthia C. Jackson | 9.50 | 305.00 | 2,897.50 |
| Beau Bowin | 2.60 | 220.00 | 572.00 |
| *Tana L. Copeland | 7.50 | 120.00 | 900.00 |
| *Kimberly S. Ward | 41.60 | 130.00 | 5,408.00 |
| Elizabeth M. Schule | 0.20 | 195.00 | 39.00 |
| TOTAL | 64.50 |  | $10,963.50 |

TOTAL THIS STATEMENT                                    $10,963.50

*Legal Assistant