LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:  109904

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| 10/03/05 LMP | Telephone conference with working group regarding nonlitigation claims resolution procedures, e-mails regarding rescheduling of kick-off and training meetings and arrangement for conference rooms and lunch for kick-off and training meetings (.9); telephone call with plaintiffs' attorney regarding claims resolution procedure (.2); review and analysis of voice mail from Craig Goldenfarb inquiring about mediating the Legrand matter (.2) | 1.30 | 325.00 |
| JHP | Preparation for October 6 and October 7, 2005 conferences regarding claims resolution, e-mail correspondence regarding same with Winn-Dixie personnel, Kate Logan and others (1.6); preparation and issuance of proposed order authorizing Debtors to make cash payments of de minimus claims (2.2); telephone call with Unsecured Creditors Committee counsel regarding same (.2); review of case law and other legal authority regarding discharge of mechanic liens and claims (1.4) | 5.40 | 1,917.00 |
| BB | Research regarding Eleventh Circuit case law regarding Medicare Secondary Payer ("MSP") legislation and regulations | 4.20 | 861.00 |
| 10/04/05 LMP | Telephone conference with working group and analysis regarding whether Medicare claims must be paid in settlements pursuant to the claims resolution procedure, and telephone conference with Rick Gianino regarding how Medicare claims are being resolved in the Kmart case (4.9); telephone conference with working group regarding nonlitigation claims resolution procedures (.5); telephone call with attorney for the Legrands and analysis regarding their request that their claims be mediated outside the claims resolution procedure, and telephone call to Steve Radford regarding same (.9); telephone call with Brent Southern's office regarding claims resolution process (.2); telephone conference with working | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | HOURS | |
|---|---|---|
| group regarding nonlitigation claims reconciliation procedure (.2); conference to review PACA/PASA and reclamation reconciliation projects and impact on NLCRP (.3) | 7.00 | 125.00 |
| KSW Telephone conference with working group regarding claims reconciliation procedure (.9); review of claims filed by governmental entities (.4); preparation of list of same (.2) | 1.50 | 180.00 |
| BB Review of Eleventh Circuit case law regarding MSP statute (.6); review of legal research regarding Winn-Dixie's potential liability under MSP statutes (1.5) | 2.10 | 430.50 |
| JHP Review of legal research and telephone conferences with experts regarding Medicare claim liability in and outside of Chapter 11 context and e-mail correspondence regarding same with Jay Castle and co-counsel (2.2); review of Medicare related claims and e-mail correspondence to client regarding same (.8); preparation for nonlitigation claims resolution working group meeting, including telephone conference and e-mail correspondence with Kate Logan, Jay Castle and others regarding same (1.8); preparation for October 7, 2005 hearing and preparation of proposed agreed order granting cash settlement payments and e-mail correspondence regarding same with Jay Castle, Mike Comerford and U.S. Trustee (Bill Porter) (2.2); e-mail correspondence with Sedgewick (George Black) regarding completion of questionnaire issues (.2) | 7.20 | 2,556.00 |
| 10/05/05 LMP Telephone conference with working group regarding nonlitigation claims resolution procedures (.3); analysis regarding strategy for the Legrand matter (.3) | 0.60 | 150.00 |
| JHP Preparation of proposed agreed order approving cash settlement payments and e-mail correspondence regarding same with Creditors Committee (Mike Comerford), client (Jay Castle) and U.S. Trustee (Bill Porter) (1.8); preparation for October 7, 2005 hearing on motion for order granting cash settlement payments (1.6); review of legal research and telephone calls with experts regarding Medicare claim liability, and e-mail correspondence with Jay Castle and Mike McCord regarding same (2.4); preparation for nonlitigation claims reconciliation working group meeting, including e-mail correspondence regarding same with Kate Logan, Jay Castle and others (1.8); e-mail correspondence with Kim Romeo regarding claim filed by E. Glisson (.2) | 7.80 | 2,769.00 |
| BB Research of case law regarding MSP statute and its accompanying code of federal regulations (.9); review of 2003 amendments to the MSP statute and determine the effects of the amendment on 11th Circuit precedent (1.2); review of memorandum from Richard J. Gianino | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | | | HOURS | |
|---|---|---|---|---|
| | | regarding history of the MSP statute and the amendments thereto (1.1); locate law review articles discussing the application of the MSP statute in a Chapter 11 proceeding (2.0) | 5.20 | 1,066.00 |
| 10/06/05 | LMP | Conference with working group regarding nonlitigation claims resolution procedures (2.0); analysis regarding strategy for the Legrand matter and preparation of e-mail to Kim Romeo regarding same (.9); telephone call and e-mails with Brian Hanlon, discussion with Jay Castle and preparation of e-mail to Richard Tansi regarding setting up communications between tax department at Winn-Dixie and tax collectors office for purposes of coordinating on proof of claim (1.1); research regarding the interaction between the MSP Act and the Bankruptcy Code (.4) | 4.40 | 1,100.00 |
| | SDB | Review of proposed order (.1); conference with James H. Post regarding status of negotiations with the Creditors Committee and the U.S. Trustee (.5); preparation for October 7, 2005 final hearing on the Debtors' motion to approve the claims resolution procedures, including cash payments for de minimis claims (.7) | 1.30 | 513.50 |
| | KSW | Attendance at meeting regarding claims reconciliation procedure | 1.90 | 228.00 |
| | JHP | Preparation for and attendance at working group conference regarding nonlitigation claims reconciliation, including e-mail correspondence regarding same with participants in working group (4.8); review of legal research regarding Medicare lien liability in Chapter 11 cases and review of claims resolution documents to reflect Medicare issues (1.0); preparation for October 7, 2005 hearing on motion for order granting cash settlement payments (1.0); preparation of agreed order and e-mail correspondence regarding same with Unsecured Creditors Committee (Mike Comerford) and Jay Castle (.8) | 7.60 | 2,698.00 |
| | TLC | E-mail correspondence to Cynthia C. Jackson regarding the U.S. Trustee's objection to the Debtors' claim resolution procedure motion | 0.10 | 12.00 |
| | BB | Legal research regarding application of MSP statutes in Chapter 11 bankruptcy (3.6); contact Westlaw regarding relevant data bases for searching bankruptcy periodicals and law reviews (.3); research of internet insurance defense blogs for articles on revised MSP Act (.8) | 4.70 | 963.50 |
| 10/07/05 | JHP | Preparation for and attendance at hearing to obtain order granting cash settlement payments by Debtors (2.6); preparation for continuation of working group meeting for the nonlitigation reconciliation | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | of claims and conferences regarding same with Jay Castle and other participants (1.8); review of claims resolution documents to reflect Medicare issues (1.8) |  | 6.20 | 2,201.00 |
| LMP | E-mail to working group regarding the Legrand matter |  | 0.20 | 50.00 |
| SDB | Preparation for and attendance at court hearing finally approving the claims resolution procedures motion, including making deminimus cash payments, including conferences with John Macdonald and Bill Porter, counsel for the U.S. Trustee (.9); telephone conference with Jan Baker, Larry Appel and Jay Castle regarding the claims management process ad valorem adjustments, and resolution of federal tax claims (.7) |  | 1.60 | 632.00 |
| TLC | Preparation of critical dates calendar for James H. Post and Kimberly S. Ward |  | 0.60 | 72.00 |
| BB | Review of Medicare cases forwarded from Eric N. McKay |  | 1.00 | 205.00 |
| 10/10/05 LMP | Review of e-mail from Jill Downey regarding the Legrand matter (.2); e-mails and telephone call with Michael McCool regarding the Ferguson claim against Sedgwick for stop payment of Winn-Dixie settlement check, research and analysis regarding whether, in the bankruptcy context, the agent would have any liability for stop payment pursuant to the Debtor's instructions and e-mails with Rosalie Gray regarding whether any first day orders may be helpful in this situation (2.9); preparation of critical dates list for litigation claims resolution procedure (2.8) |  | 5.90 | 1,475.00 |
| BB | Legal research regarding agent liability on a negotiable instrument (2.1); research of law regarding Winn-Dixie's ability, as a nonparty to remove a state court suit (1.8); research Winn-Dixie's possible liability on checks issued by claims agent (1.6) |  | 5.50 | 1,127.50 |
| JHP | E-mail correspondence and telephone calls with Sedgwick regarding necessary revisions to correspondence and orders to reflect claim information, release agreements and treatment of Medicare liens and preparation of revisions (1.8); preparation of critical dates list for litigation claims resolution procedure and e-mail correspondence with client and co-counsel thereon (.6); review of legal research regarding treatment of Medicare liens in Chapter 11 cases (1.0) |  | 3.40 | 1,207.00 |
| 10/11/05 LMP | Analysis regarding the payment or release of Medicare claims in connection with the litigation claims resolution procedure (.5); revision of critical dates list for litigation claims resolution procedure (.2) |  | 0.70 | 175.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | BB | Legal research regarding Winn-Dixie's ability to remove state court action against Sedgwick | 1.90 | 389.50 |
|  | JHP | E-mail correspondence with co-counsel and client regarding strategy for dealing with ad valorem tax claims and review of legal research thereon (.4) e-mail correspondence and telephone call with Jay Castle, Kim Romeo and others regarding strategy for dealing with insurance claims in the Medicare claims resolution process (.8) | 1.20 | 426.00 |
| 10/12/05 | LMP | E-mails with Jay Castle and Kim Romeo regarding the Legrand claims (.2); e-mails and telephone calls with Brian Hanlon and working group regarding comparing the Company's list of tax accounts with the tax collectors (1.1); analysis regarding the handling of correspondence confirming settlements pursuant to the litigation claims resolution procedure, the preparation of proposed orders thereon and the distribution of signed orders, and preparation of proposed order with respect to the claim of Jill Spradlin (2.3) | 3.60 | 900.00 |
|  | TLC | Preparation of a written log to keep track of the status of litigation claims using the claims resolution procedure process | 2.00 | 240.00 |
|  | KSW | Electronic filing of certificate of service regarding order authorizing Debtors to settle or liquidate certain litigation claims | 0.20 | 24.00 |
|  | JHP | Preparation of internal procedures and protocol for implementing the resolution of litigation claims, including the preparation of internal log, the delegation of tasks and responsibility, the initial review of incoming and outgoing communications regarding proposed settlements and agreed orders (5.0); and telephone calls thereon with Logan & Co., Sedgwick and client (.6); review of legal research regarding Medicare liens and telephone calls thereon with Ken Black of Sedgwick (1.2) | 6.80 | 2,414.00 |
| 10/13/05 | LMP | Preparation of proposed order resolving the claim of Jodricka Burke (.3); review of correspondence from attorneys for Molly Jacobs and proof of claim filed on her behalf and e-mail to Tim Williams regarding issues relating to insurance coverage, the claims resolution procedure and apparent violation of the automatic stay (.6); preparation of correspondence to be sent to claimants transmitting proposed agreed order (.4); analysis and review of e-mails regarding processing of correspondence and orders resolving claims pursuant to litigation claims resolution procedure (.6); preparation of memorandum regarding telephone call with Rick Gianino regarding Kmart's experience in dealing with MSP Act claims in its chapter 11 (.5) | 2.40 | 600.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021675M
STATEMENT NO:   109904

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| TLC | Update of claimant log regarding the claims resolution procedure | 0.50 | 60.00 |
| JHP | Continued establishment of internal procedures and protocol for the resolution of claims under the litigation claims resolution procedure, including telephone calls and e-mails with Sedgwick, Logan & Co. and client regarding same, the initial review of incoming and outgoing communications regarding proposed settlements and agreed orders of the internal log and procedures (5.2); review of case law regarding payment of Medicare liens and revision to agreed order in claims resolution process (1.6) | 6.80 | 2,414.00 |
| 10/14/05 LMP | Review of e-mail and property tax spreadsheet from Richard Tansi, analysis regarding what information to provide to the Florida Tax Collectors (.5); revision of spreadsheet and e-mail of same to Brian Hanlon (.4) | 0.90 | 225.00 |
| JHP | Processing of agreed orders in litigation claim resolution procedure, including e-mail correspondence with Sedgwick and Logan & Co. personnel (2.6); continued establishment of internal procedures and protocols for resolution of litigation claims, including telephone calls with and e-mail correspondence with Sedgwick and Logan & Co. personnel (1.8); review of e-mail correspondence with Brian Harlow regarding Florida ad valorem tax claims information (.2) | 4.60 | 1,633.00 |
| TLC | Update of internal log (.3); preparation of correspondence and agreed orders regarding the litigation claims resolution procedure (1.8) | 2.10 | 252.00 |
| 10/17/05 LMP | Analysis regarding if and how claims might be resolved through litigation claims resolution procedure where claimant has not timely filed a proof of claim and other issues to be discussed in telephone conference with working group | 0.40 | 100.00 |
| JHP | Processing of agreed orders in litigation claims resolution procedure, including e-mail correspondence and telephone calls thereon with Sedgwick and Logan & Co. personnel (2.2); review of Medicare lien case law and articles (.8); e-mail correspondence with Sedgwick regarding resolution of Medicare liens in claims process (.4); preparation and issuance of critical dates list for claim resolution process (.8) | 4.20 | 1,491.00 |
| TLC | Preparation of correspondence and agreed orders in the claims resolution process, service of same (2.8); update of internal log (.2); preparation of standard letter regarding release of Medicare liens, e-mail correspondence to Sedgwick regarding same (.6) | 3.60 | 432.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  | | | HOURS | |
|---|---|---|---|---|
| 10/18/05 | LMP | E-mail to Jay Castle regarding distribution of orders resolving claims pursuant to the claims resolution procedure (.4); telephone conference with working group regarding whether claimants who have not filed timely proofs of claims should be brought into the claims resolution process (.4); and analysis regarding response to inquiry from Charles Cohen regarding filing a motion to allow a late claim (1.0) | 1.80 | 450.00 |
|  | JHP | Preparation for and attendance at telephone conference with Logan & Co. and Sedgwick personnel regarding revisions to litigation claims resolution process and related matters (1.4); processing of agreed orders in litigation claims resolution process, including telephone calls and e-mail correspondence with Sedgwick personnel, Logan & Co. personnel and counsel for claimants (2.3); e-mail correspondence with co-counsel and Unsecured Creditors Committee regarding special bar date motion for arbitration claimants (.4) | 4.10 | 1,455.50 |
|  | TLC | Preparation of correspondence and proposed agreed orders regarding the litigation claims resolution procedure and service of same (3.9); update of internal log (.2) | 4.10 | 492.00 |
| 10/19/05 | LMP | Telephone call from the attorney for Althea McGregor regarding lack of receipt of questionnaire packet and whether the litigation claims resolution procedure applies to workers' compensation claims (.3); analysis and e-mails with Kate Logan and attorney regarding same (.3); e-mail to Rob Wilcox regarding questionnaire to be completed by the Shaun Johnson, et al. (.7); review, analysis, and response to e-mail from Brian Hanlon requesting additional information regarding taxes for tax collectors proof of claim and e-mails with Richard Tansi and Keith Daw regarding same (.8); telephone calls with Charles Cohen regarding his request for a stipulation to the allowance of a late filed claim on behalf of Martha Gasden and regarding the possibility of settling the claim, and analysis and e-mail to Kim Romeo regarding same (.7) | 2.80 | 700.00 |
|  | TLC | Preparation and revision of correspondence and agreed orders regarding the litigation claims resolution procedure (4.0); update of internal log (.2) | 4.20 | 504.00 |
|  | JHP | Review of Sedgwick's proposed settlement letter to claimants regarding release of Medicare liens, including revisions and response (.8); preparation and issuance of standard letter regarding sanctions for violation of stay (.8); processing agreed orders, including telephone calls with and e-mail with Sedgwick personnel and counsel for claimants (1.2) | 2.80 | 994.00 |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/20/05 | LMP | Review of e-mails from Richard Tansi and Brian Hanlon regarding the ad valorem taxes and e-mails to Keith Daw regarding same (.3); telephone call with Kim Romeo and Ken Black and analysis regarding handling of Medicare claims (.6); review and analysis of telephone message regarding request for additional copies of questionnaire and extension of time for returning same and e-mail to Kim Romeo and Kate Logan and telephone call to Richard Fernandez's office regarding same (.5); telephone call with Mario Serralta regarding Ana Rabago's nonreceipt of notice of the chapter 11 and analysis and telephone call to Kate Logan regarding same (.5) | 1.90 | 475.00 |
|  | TLC | Preparation of correspondence and agreed orders regarding the litigation claims resolution procedure (2.7); service of agreed orders (.6); update of internal log (.3); preparation and transmittal of e-mail correspondence to Sedgwick regarding release of Medicare liens (.4) | 4.00 | 480.00 |
|  | JHP | E-mail correspondence with attorney Cohen regarding claim of Martha Gadson (.3); preparation of draft correspondence for dealing with Medicare claims, e-mail correspondence and telephone calls thereon with Ken Black, Kim Romeo and others (1.3); processing of agreed orders in litigation claims resolution process, including telephone calls and e-mail correspondence with counsel for claimants (1.8); e-mail correspondence with Ken Black regarding the identification and mailing of notices to the 540 litigation claimants with possible Medicare claims (.8) | 4.20 | 1,491.00 |
| 10/21/05 | LMP | Review of e-mails from John Lammert regarding communications with the ad valorem tax collector (.2); telephone call with Kim Romeo and Ken Black and analysis regarding handling of Medicare claims (1.2) | 1.40 | 350.00 |
|  | TLC | Review and revision of Medicare claimant chart provided by Sedgwick to determine which possible Medicare claimants have already been sent agreed orders and/or settlement letters (.7); preparation of correspondence and agreed order regarding the litigation claims resolution procedure (1.0); update of internal log (.2) | 1.90 | 228.00 |
|  | JHP | Review of Creditors' motions for leave to file late claim, including review of e-mail correspondence thereon (.8); e-mail correspondence regarding request of information from Florida Tax Collectors and review of legal research regarding 505 relief (1.2); e-mail correspondence with Sedgwick regarding the identification and notice requirements to 540 litigation claimants with possible Medicare claims (.8); processing agreed orders in litigation claims resolution process, including telephone calls with Sedgwick, litigation claimants and their attorneys (1.6) | 4.40 | 1,562.00 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Page: 9
11/10/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021675M
                                                            STATEMENT NO:  109904

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/24/05 | LMP | Review of e-mail from Jane Leamy regarding telephone call from Bob Hamerling regarding whether Medicare has a lien on his client's settlement proceeds (.1); telephone call with Kate Logan regarding call from attorney for Ana Rabago regarding nonreceipt of notice of chapter 11 (.2) | 0.30 | 75.00 |
|  | KSW | Electronic filing and service of notice and motion to approve compromise with Computer Leasing Corporation | 0.80 | 96.00 |
|  | TLC | Research regarding original proof of claim amount for all correspondence received to date (1.1), preparation of correspondence and agreed orders regarding the claims resolution procedures, including reviewing correspondence for possible Medicare claimants and service of same (1.5); update internal claimant log (.3) | 2.90 | 348.00 |
|  | JHP | Preparation of log for agreed orders in litigation claims resolution process and revisions therewith based upon e-mail request from Jay Castle (.8); e-mail correspondence with Sedgwick and Logan and Co. to regarding duplicate questionnaires, the settlement of proofs of claims for claims which arose postpetition and Medicare issues (.6); processing of agreed orders in claims resolution process, including telephone calls and e-mail correspondence with Sedgwick, litigation claimants and attorneys (2.8) | 4.20 | 1,491.00 |
| 10/25/05 | TLC | Preparation of correspondence and agreed orders regarding the claims resolution procedures, including checking incoming correspondence from Sedgwick for possible Medicare claimants and telephone calls with claimants regarding submission of signed proposed orders (2.6); service of same (1.0); update internal log (.4) | 4.00 | 480.00 |
|  | EMS | Preparation of files regarding application for allowance and payment of administration fees for Computer Leasing Corporation | 0.40 | 76.00 |
|  | JHP | Processing agreed orders in claims resolution process, including telephone calls and e-mail correspondence with claimants, attorneys and Sedgwick thereon | 3.80 | 1,349.00 |
|  | KSW | Review and revision of correspondences to litigation claimants and proposed agreed orders regarding settlement of claim (1.1); preparation for and transmittal to Logan & Co. of settlement letters to litigation claimants to research for additional claims filed by such claimants (.6); preparation for and electronic filing of proposed agreed orders regarding settlements with Carolyn Cochran, Martha Almonor, Missoule Valentine and Jill Spradlin (.6) | 2.30 | 276.00 |
| 10/26/05 | LMP | Telephone call with Mark Kaplan regarding extension of deadline for submitting questionnaire for litigation claims resolution procedure due to Hurricane Wilma | 0.20 | 50.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 10
11/10/2005

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021675M
STATEMENT NO:   109904

Chapter 11 - Claims Admin. (General)

HOURS

| | | | |
|---|---|---|---|
| | TLC | Service of docketed agreed orders regarding the claims resolution procedure process (.2); preparation of correspondence and agreed orders regarding the claims resolution procedure process, including service of same (2.4); update internal log (.5). | 3.10   372.00 |
| | JHP | Preparation of log reflecting status of agreed orders in process to date (75 settlements encompassing approximately $2 million of claims) (.8); processing of agreed orders, including telephone calls and e-mail correspondence with claimants, attorneys for claimants and Sedgwick regarding the resolution of claims (2.4) | 3.20  1,136.00 |
| | KSW | Review and revision of correspondences to litigation claimants and proposed agreed orders regarding settlement of claim (.7); preparation for and transmittal to Logan & Co. of settlement letters to litigation claimants to research for additional claims filed by such claimants (.5); preparation and electronic filing of proposed agreed order regarding settlement with Phillip Byrd (.2) | 1.40   168.00 |
| 10/27/05 | LMP | Telephone calls with plaintiffs attorneys regarding extension of deadline for submitting questionnaire for litigation claims resolution procedure due to Hurricane Wilma | 0.20   50.00 |
| | TLC | Preparation of correspondence and agreed orders regarding the claims resolution procedure process, including service of same and service of docketed orders (1.6); update of internal log (.4) | 2.00   240.00 |
| | JHP | Processing of agreed orders, including telephone calls and e-mail correspondence with claimants, attorneys for claimants and Sedgwick regarding resolution of claims and deadline for submitting the questionnaires | 2.40   852.00 |
| | KSW | Review and revision of correspondences to litigation claimants and proposed agreed orders regarding settlement of claim (.8); preparation for and transmittal to Logan & Co. of settlement letters to litigation claimants to research for additional claims filed by such claimants (.4) | 1.20   144.00 |
| 10/28/05 | TLC | Preparation of correspondence and agreed orders in connection with the claims resolution process, including e-mail correspondence with Sedgwick and telephone calls with claimants and their attorneys regarding submissions of the proposed orders to Judge Funk (3.4); update of internal log (.4); preparation of notebook on Wayne Boyd's motion to lift stay (1.0); update the Central Progressive Bank's notebook (.4) | 5.20   624.00 |
| | JHP | Processing of agreed orders, including telephone calls and e-mail correspondence with claimants, attorneys for claimants and Sedgwick regarding the resolution of claims (1.0); e-mail correspondence with co-counsel regarding the filing of amended schedules and the applicable bar date for such claims (.2) | 1.20   426.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 11
11/10/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021675M
STATEMENT NO:  109904

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | KSW Preparation for and transmittal to Logan & Co. of settlement letters for research of additional claims filed by litigation claimants | 0.70 | 84.00 |
| 10/30/05 | KSW Review and revision of correspondence to litigation claimants and proposed agreed orders regarding settlement of claim (.5); preparation for and transmittal to Logan & Co. of settlement letters to litigation claimants to research for additional claims filed by such claimants (.3) | 0.80 | 96.00 |
| 10/31/05 | LMP Telephone call with claimant regarding request for extension for returning questionnaire due to Hurricane Wilma | 0.20 | 50.00 |
| | TLC Preparation of negative notice regarding Roger Jones agreed order in connection with the claims resolution procedure (.3); filing of Rashanda Washington, Miesha Ferguson, Jeffery Mills, Robin Flesses, William Hall, Brittany Hamby, Benjamin Wilson and Corrine Holder proposed agreed orders (2.0); update of internal log, including e-mails to Sedgwick and Logan and Co. and transmittal of internal log to client and others (1.2); processing of agreed orders in connection with the claims resolution procedure, including e-mails to Chris Jackson at Logan and Co. regarding proofs of claims for incoming correspondence to claimants (.8) | 4.30 | 516.00 |
| | JHP Preparation and issuance of log reflecting status of agreed orders (.8); processing of agreed orders including telephone calls and e-mail correspondence with clients thereon (1.4) | 2.20 | 781.00 |

FOR PROFESSIONAL SERVICES RENDERED                       213.20 55,226.00

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.90 | $395.00 | $1,145.50 |
| James H. Post | 93.70 | 355.00 | 33,263.50 |
| Beau Bowin | 24.60 | 205.00 | 5,043.00 |
| *Tana L. Copeland | 44.60 | 120.00 | 5,352.00 |
| *Kimberly S. Ward | 10.80 | 120.00 | 1,296.00 |
| Leanne McKnight Prendergast | 36.20 | 250.00 | 9,050.00 |
| Elizabeth M. Schule | 0.40 | 190.00 | 76.00 |
| TOTAL | 213.20 | | $55,226.00 |

TOTAL THIS STATEMENT                              $55,226.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO: 110839

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/05 | TLC | Processing of agreed orders in connection with the claims resolution procedure, including preparation of proposed orders and correspondence, e-mails to Logan & Company, and review of incoming correspondence from Sedgwick for possible Medicare claimants (3.8); update of internal log (.5) | 4.30 | 516.00 |
|  | JHP | E-mail correspondence and telephone calls with Sedgwick representatives, including Ken Black, regarding protocol questions in claims resolution procedure (.6); processing of agreed orders, including telephone calls and e-mail with claimants and attorneys (1.2) | 1.80 | 639.00 |
| 11/02/05 | CCJ | Telephone conference with Sheon Karol and group regarding claim process (.5); review of claims (.3) | 0.80 | 236.00 |
|  | TLC | Processing of agreed orders in connection with the claims resolution procedure, including preparation of proposed orders and correspondence, e-mails to Logan & Company, and review of incoming correspondence from Sedgwick for possible Medicare claimants (3.1); update of internal log (.4); filing of the proposed agreed order of resolution of the litigation claim of Ember Trifonov (.2) | 3.70 | 444.00 |
|  | JHP | Processing of agreed orders, including telephone calls and e-mail correspondence with client and attorneys regarding same (1.2); e-mail correspondence with Ken Black regarding resolution of possible Medicare lien claims (.3); telephone call with attorney for Florida Tax Collection regarding second extension of POC bar date, including e-mail correspondence with Jay Castle regarding same (.5); telephone calls and correspondence with attorneys concerned about deadline for questionnaires (November 1, 2005) due to hurricane related problems (.8) | 2.80 | 994.00 |
|  | EMS | Telephone call with Phillip Scales, attorney representing claimant against Winn-Dixie | 0.20 | 38.00 |

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

                                                        HOURS

11/03/05 LMP Telephone call to Robert DiStefano regarding motion
             for extension of time to file questionnaire (.1);
             telephone call with Keith Daw and Atec regarding
             additional information to be sent to tax collector
             (.2)                                        0.30    75.00
         TLC Processing of agreed orders in connection with the
             claims resolution procedure, including preparation
             of proposed orders and correspondence, e-mails to
             Logan & Company and various Sedgwick personnel, and
             review of incoming correspondence from Sedgwick for
             possible Medicare claimants (2.8); update of
             internal log (.2); filing of the proposed agreed
             orders of resolution of the litigation claims of
             Gayle Netherly, Maria Acevedo, Prentis Nathaniel
             (.6)                                        3.60    432.00
         JHP E-mail correspondence with attorney for Florida Tax
             Collectors regarding proposed order for second
             extension of bar date to file proofs of claim,
             including revisions to proposed order (.2);
             processing of agreed orders, including telephone
             calls and e-mails with attorneys for claimants
             (1.4)                                       1.60    568.00

11/04/05 LMP Telephone call to David Langley regarding his
             motion for extension of time for returning
             questionnaire (.2); e-mails with Keith Daw and
             Brian Hanlon regarding information to be provided
             to the tax collector to assist in the preparation
             of its proof of claim (.5)                  0.70    175.00
         TLC Processing of agreed orders in connection with the
             claims resolution procedure, including preparation
             of proposed orders and correspondence, e-mails to
             Logan & Company, and review of incoming
             correspondence from Sedgwick for possible Medicare
             claimants (3.1); update of internal log (.4);
             filing of the proposed agreed order of resolution
             of the litigation claim of Jon Pope and Jodrikca
             Burke (.3); service of entered agreed orders (.5);
             filing and service of the notice of agreed order of
             resolution of litigation claim of Roger Jones (.4)  4.70    564.00
         JHP Preparation for and attendance at hearing on
             Florida Tax Collector's motion for second extension
             of time to file POC (.8); processing of agreed
             orders, including telephone calls and e-mails with
             attorneys for claimants (1.4)               2.20    781.00

11/06/05 TLC Preparation of correspondence and agreed orders
             regarding the claims resolution procedure       2.00    240.00

11/07/05 LMP Review and analysis of e-mails from Brian Hanlon
             regarding tax collector's proof of claim and
             e-mails with working group regarding same (.5);
             review and analysis of e-mail and motion by
             Lawrence Marraffino requesting extension of time
             for completing questionnaire and telephone call to
             Lawrence Marraffino regarding same (.4); telephone
             call with Craig Goldenfarb regarding mediating the

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| | Erica Legrand claim (.2); analysis regarding progress of litigation claims resolution procedure and strategy for resolving Medicare claims (.4); analysis regarding whether to file a reply brief regarding the effect of the automatic stay on the Coward (PPA) litigation (.3); analysis regarding establishment and effect of administrative claims bar date (.2) | 2.00 | 500.00 |
| JHP | E-mail correspondence with client and co-counsel regarding future claimants and discharge issues (.3); processing of agreed orders, including a multitude of telephone calls and e-mails from attorneys requesting an extension of time to file questionnaires (2.0); telephone call regarding same with Committee counsel (.2) | 2.50 | 887.50 |
| TLC | Processing of agreed orders, including preparation of correspondence and agreed orders, telephone calls with claimants and claimant's attorneys and e-mail correspondence with Logan & Company (2.8); update of internal log regarding same (.3) | 3.10 | 372.00 |
| BB | Preparation of strategy for resolving Medicare claims (.4); preparation of reply brief in the Coward (PPA) litigation (.3); analysis of effect of administrative claims bar date (.2) | 0.90 | 184.50 |
| KSW | Review and revision of correspondence and proposed agreed orders to various litigation claimants | 1.00 | 120.00 |
| 11/08/05 LMP | E-mail to Brian Hanlon regarding his request for additional information about the ad valorem taxes (.2); telephone call and e-mail to Lawrence Marraffino regarding his motion for an extension of time to serve litigation claims resolution procedure questionnaire (.3) | 0.50 | 125.00 |
| TLC | Processing of agreed orders, including preparation of correspondence and agreed orders, telephone calls with claimants and claimant's attorneys and e-mail correspondence with Logan & Company and Sedgwick regarding claims(5.3); update of internal log regarding same (.5) | 5.80 | 696.00 |
| JHP | Revision of proposed report to management on claims resolution procedure and e-mail correspondence to Jay Castle regarding same (.8); processing of agreed orders, including telephone calls and e-mail correspondence with attorneys, claimants and Sedgwick regarding same (2.4) | 3.20 | 1,136.00 |
| 11/09/05 CCJ | Attendance at training session with Winn-Dixie real estate department and Etty Pollek regarding claims resolution | 3.10 | 914.50 |
| JHP | Review of schedule of litigation claimants with possible Medicare claims and telephone calls regarding same with Ken Black (.8); processing of agreed orders, including telephone calls and e-mail with claimants and their attorneys (2.2); analysis of court authorization necessary to extend the claims resolution process to creditors getting new bar date claims (1.2) | 4.20 | 1,491.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 4
12/15/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021675M
STATEMENT NO:   110839

Chapter 11 - Claims Admin. (General)


                                                                              HOURS

        TLC Processing of agreed orders, including preparation
            of correspondence and agreed orders, telephone
            calls with claimants and claimant's attorneys,
            e-mail correspondence with Logan & Company and
            Sedgwick regarding claims and service of entered
            agreed orders (3.2); update and revision of
            internal log regarding same to include when a
            claimants negative notice has ended and to keep a
            total of all cash settlements (1.2)                       4.40      528.00

11/10/05 CCJ Review and responded to correspondence from Jay
            Castle regarding late-filed claim (.5);
            correspondence to Beau Bowin regarding same (.2)          0.70      206.50
        JHP Analysis and e-mail correspondence with Jay Castle
            and others regarding the application of the
            litigation claims resolution procedures to the
            "second round" of creditors given a new bar date
            notice (1.6); processing of agreed orders,
            including e-mail correspondence and telephone calls
            with attorneys, claimants and Sedgwick regarding
            same (2.2)                                                3.80    1,349.00
        TLC Processing of agreed orders, including preparation
            of correspondence and agreed orders, telephone
            calls with claimants and claimant's attorneys,
            e-mail correspondence with Logan & Company and
            Sedgwick regarding claims and service of entered
            agreed orders (4.4); update and revision of
            internal log regarding same to include when a
            claimants negative notice has ended and to keep a
            total of all cash settlements (.8)                        5.20      624.00
        KSW Review of proposed agreed orders for filing with
            the court                                                 0.20       24.00

11/11/05 JHP Processing of agreed orders, including e-mail
            correspondence and telephone calls with attorneys,
            claimants and Sedgwick claims adjustors regarding
            same (1.4); review of material motions, orders and
            related documents to extend litigation claims
            procedure to newly identified claimants (1.2)             2.60      923.00
        TLC Processing of agreed orders, including preparation
            of correspondence and agreed orders, e-mail
            correspondence with Logan & Company and Sedgwick
            regarding claims and service of entered agreed
            orders                                                    2.10      252.00
        CCJ Conference with Stephen D. Busey regarding
            late-filed claim (.1); research regarding same
            (.5); correspondence regarding same (.2)                  0.80      236.00
        SDB Telephone conference with Larry Appel, Jay Castle
            and Jan Baker regarding the Debtors' position on
            motions to allow late filed proofs of claim (.4);
            find relevant case law and transmittal to Larry
            Appel, Jay Castle and Jan Baker (.3)                      0.70      276.50
        KSW Review and revision of correspondence and proposed
            agreed orders to various litigation claimants           1.30      156.00

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| 11/14/05 LMP Preparation of stipulation regarding resolution of Couch claims | | 0.20 | 50.00 |
| JHP Review and revisions to Debtors' first omnibus objections to claims, including telephone call and e-mail with Jane Leamy regarding same and telephone call with Judge Funk's office regarding same (1.8); processing agreed orders, including e-mail correspondence and telephone calls with claimants and Sedgwick regarding same (1.4) | | 3.20 | 1,136.00 |
| 11/15/05 LMP Analysis regarding motion to include claims filed pursuant to second claims bar date in litigation claims resolution procedure | | 0.30 | 75.00 |
| TLC Processing of claims resolution claims, including preparation of correspondence and e-mail correspondence to Logan & Company (1.2); update of internal log (.5) | | 1.70 | 204.00 |
| JHP Processing of agreed orders, including e-mail correspondence and telephone calls with claimants, attorneys and Sedgwick (1.2); preparation and issuance of updated claims resolution log (.3) | | 1.50 | 532.50 |
| KSW Service of first omnibus objection to claims on master service list; review and revision of correspondence and proposed agreed orders to various litigation claimants | | 2.50 | 300.00 |
| 11/16/05 LMP Telephone call with Craig Goldenfarb and analysis regarding whether the Erica Legrand claim should be resolved under the automobile claims order rather than under the litigation claim resolution procedure | | 0.70 | 175.00 |
| TLC Service of agreed orders entered by Judge Funk (1.0); processing of incoming correspondences from Sedgwick in regards to the claims resolution procedure, including update of internal log, preparation of proposed agreed orders and e-mail correspondence with Logan & Company (3.3) | | 4.30 | 516.00 |
| JHP Review of e-mail and case law on motions for leave to file late proofs of claim (.5); processing of agreed orders, including telephone calls and e-mail correspondence with claimants, their attorneys and Sedgwick regarding same (.8) | | 1.30 | 461.50 |
| KSW Preparation for and transmittal of signed orders to client, Logan & Company and Sedgwick (.4); preparation for and transmittal of correspondences to Logan & Company to research claims filed by claimants who have settled (.4) | | 0.80 | 96.00 |
| 11/17/05 TLC Processing of agreed orders in the claims resolution procedure, including preparation of correspondence and proposed agreed orders, e-mail correspondence with Logan & Company, telephone calls with claimants and claimants attorneys regarding the date of payment for their respective claims and service of correspondence and proposed agreed orders to claimants (3.8); filing of | | | |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  | | HOURS | |
|---|---|---|---|
|  | proposed agreed orders (1.0); preparation, filing and service of the notice of agreed order regarding the claim of Marilyn and Phillip Schroth (.7), update of internal log (.5) | 6.00 | 720.00 |
| JHP | Processing of agreed orders, including e-mail correspondence and telephone calls with attorneys for claimants and Sedgwick regarding same (2.4); preparation and issuance of update to claims resolution procedure log (.8) | 3.20 | 1,136.00 |
| CCJ | Review and analysis of Credit Suisse motion to file late claim (.6); review of and responded to correspondence from counsel for same (.5); conference with Stephen D. Busey regarding same (.3) | 1.40 | 413.00 |
| KSW | Review and revision of correspondence and proposed agreed orders to various litigation claimants | 1.30 | 156.00 |
| 11/18/05 TLC | Service of agreed orders entered in relation to the claims resolution procedure (1.0); processing of agreed orders, including preparation of correspondence and agreed orders and service of same and telephone calls with claimants (4.7); update internal claimant log (1.1) | 6.80 | 816.00 |
| JHP | Processing of agreed orders, including e-mail correspondence and telephone calls with attorneys for claimants and Sedgwick regarding same | 1.80 | 639.00 |
| SDB | Conference with Cynthia C. Jackson regarding status of Greenberg Taurig's motion for leave to file a later claim and memorandum to Cynthia C. Jackson regarding same (.8); review of memorandum from Arthur Spector regarding status of order on the compromise of Computer Leasing Corporation's claims; revision and file the proposed order and memorandum to Jay Castle regarding the Computer Leasing Corporation settlement documents (1.2) | 2.00 | 790.00 |
| KSW | Preparation for and transmittal of signed agreed orders to client, Logan & Company and Sedgwick (.4); preparation for and transmittal of correspondence to Logan & Company to research claims filed by claimants who have settled (.5); review and revision of correspondence and proposed agreed orders to litigation claimants (.9) | 1.80 | 216.00 |
| 11/21/05 TLC | Preparation of correspondence and proposed agreed orders to litigation claimants that have settled (1.1); preparation and filing of certificates of service regarding service of all agreed orders docketed in the claims resolution process through November 16, 2005 (4.0) | 5.10 | 612.00 |
| JHP | Processing of agreed orders, including e-mail correspondence and telephone calls with claimants, attorneys for claimants and Sedgwick regarding same | 2.80 | 994.00 |
| KSW | Preparation and electronic filing of certificate of service regarding notice of establishment of special bar date applicable to certain subsequently identified claimants (.3); review and revision of correspondence and proposed | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
12/15/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   110839

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | agreed orders to litigation claimants (1.4); preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants (.6) | 2.30 | 276.00 |
| 11/22/05 LMP | Review and analysis of Michelle Silvera's motion for extension of time to serve questionnaire and order striking same and telephone call with Michelle Silvera regarding same | 0.30 | 75.00 |
| TLC | Preparation of correspondence and proposed agreed orders in connection with the claims resolution procedure, including transmittal of correspondence and proposed orders and service of orders entered by Judge Funk (4.5); filing of the proposed orders regarding Maria Acevado, Robert Whales, Jacqueline Keys, D'Ann Briggs and Barbara Lowery (1.1); update of internal log (.8); preparation and filing of certificates of service regarding the service of Paul Novak's agreed order, Lourdes Delarosa's agreed order, Denice Stubb Lewis' agreed order, Patricia Brid's agreed order and Donna Parzych's agreed order (1.0) | 7.40 | 888.00 |
| CCJ | Review of and respond to correspondence from counsel for CSFB regarding late claim (.3); conference with Rosalie Gray regarding same (.2) | 0.50 | 147.50 |
| JHP | Processing of agreed orders, including e-mail and telephone calls with claimants, claimants; attorneys and Sedgwick | 1.00 | 355.00 |
| KSW | Preparation and electronic filing of revised proposed order regarding motion to approve compromise with Computer Leasing Corporation (.3); review and revision of correspondence and proposed agreed orders to litigation claimants (1.1); preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants (.4) | 1.80 | 216.00 |
| 11/23/05 TLC | Review and revision of the claimant log, including updating the possible Medicare claimant log and the cash settlement log, review of Logan & Company website for the original proof of claim amount demanded by claimants on incoming correspondence from Sedgwick and e-mail correspondence with James H. Post (2.0.); preparation of correspondence and agreed orders regarding the claims resolution procedure process (.9) | 2.90 | 348.00 |
| JHP | Preparation of updated log for agreed orders, including summary of committed cash expenditures (.8); processing of agreed orders, including e-mails and telephone calls with claimants, claimants' attorneys and Sedgwick (2.0) | 2.80 | 994.00 |
| CCJ | Review of and respond to correspondence from counsel for CSFB regarding late claim | 0.60 | 177.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 8
12/15/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   110839

Chapter 11 - Claims Admin. (General)

| | | | HOURS | |
|---|---|---|---|---|
| 11/28/05 | TLC | Revision and update of internal claim resolution log (.2); processing of agree orders, including review of e-mail correspondence from Sedgwick regarding possible Medicare claimants, preparation of correspondence to those claimants that were removed from the list, and telephone calls with claimants (2.2) | 2.40 | 288.00 |
| | JHP | Preparation and issuance of updated schedule regarding status of claims litigation settlements, including cash payment schedule (.8); processing of agreed orders, including telephone calls and e-mail correspondence with claimants, their attorneys and Sedgwick regarding same (1.0); telephone call with Ken Black regarding resolution of Medicare liens (.4) | 2.20 | 781.00 |
| | KSW | Telephone conference with James H. Post, Ken Black and Everett Brooks regarding Medicare/Medicaid claimants | 0.50 | 60.00 |
| 11/30/05 | TLC | Processing of agreed orders in the claims resolution procedure process, including service of same and telephone calls with claimants | 2.50 | 300.00 |
| | KSW | Review and revision of correspondence and proposed agreed orders regarding various litigation claimants (1.3); preparation for and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants (.8) | 2.10 | 252.00 |

FOR PROFESSIONAL SERVICES RENDERED                           154.80 31,899.00

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.70 | $395.00 | $1,066.50 |
| James H. Post | 44.50 | 355.00 | 15,797.50 |
| Cynthia C. Jackson | 7.90 | 295.00 | 2,330.50 |
| Beau Bowin | 0.90 | 205.00 | 184.50 |
| *Tana L. Copeland | 78.00 | 120.00 | 9,360.00 |
| *Kimberly S. Ward | 15.60 | 120.00 | 1,872.00 |
| Leanne McKnight Prendergast | 5.00 | 250.00 | 1,250.00 |
| Elizabeth M. Schule | 0.20 | 190.00 | 38.00 |
| TOTAL | 154.80 | | $31,899.00 |

TOTAL THIS STATEMENT                                              $31,899.00

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO: 111723

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | TLC | Update internal log (.3); preparation of proposed agreed orders in the claims resolution process, including telephone calls with claimants and e-mail correspondence to Kim Romeo regarding Rashanda Washington and William Hall (.6); preparation and filing of thirty-two proposed agreed orders (5.2) | 6.10 | 732.00 |
|  | LMP | Telephone calls with Ron Kovnot and Jay Taylor's office regarding payment pursuant to Claims Resolution Procedure (.4); telephone call with Malcolm Purow and analysis regarding whether the settlement of Elizabeth Whitbeck's claim against Winn-Dixie would effect a release of her claim against Sedgwick and regarding a global settlement negotiation (.9); telephone call with Ken Black regarding Elizabeth Whitbeck's claim and problems with negotiating Medicare liens (.4); telephone call with Scott Cleary regarding receipt of claims resolution packet on behalf of creditor whose claim was resolved pre-petition and e-mail to Kim Romeo regarding same (.4); analysis regarding handling of Medicare liens and motion or adversary proceeding to require Medicare to negotiate the liens in a timely manner (.9) | 3.00 | 750.00 |
|  | KSW | Research regarding claims filed by Florida Tax Collectors (.3); service of order approving compromise with Computer Leasing Corporation (.4) | 0.70 | 84.00 |
|  | JHP | Processing of agreed orders including e-mail correspondences and telephone calls with counsel for claimants and Sedgwick (1.6); preparation of proposed motion and order regarding the inclusion of new claims in litigation claims resolution procedure (1.2) | 2.80 | 994.00 |
| 12/02/05 | LMP | E-mail to Kim Romeo regarding requests from Erica Legrand's counsel to resolve her claim under the order authorizing settlement of automobile claims | 0.30 | 75.00 |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | TLC | Processing of agreed orders in the claims resolution process, including preparation of proposed correspondence and agreed orders and telephone calls with claimants regarding payment of their claims (3.8); service of agreed orders entered by Judge Funk (1.0) | 4.80 | 576.00 |
|  | KSW | Preparation and electronic filing of certificate of service regarding order approving compromise with Computer Leasing Corporation | 0.30 | 36.00 |
|  | JHP | Review of mediation demands, including Legrand and Davidson and e-mail correspondence regarding same (.3); processing of agreed orders including e-mail correspondence and telephone calls regarding same (1.1) | 1.40 | 497.00 |
| 12/05/05 | LMP | E-mail to Kim Romeo and telephone calls with Steve Radford and Craig Goldenfarb regarding the handling of the Legrand claim (.5); telephone call with Alex Weinberg regarding proposed consent order for Cajini claim and telephone call and e-mail to Kerry Ledbetter regarding same (.4); correspondence to Jay Castle regarding whether the resolution of claims being asserted by people who are suing Sedgwick for dishonored Winn-Dixie settlement checks should be contingent upon the release of Sedgwick (.9) | 1.80 | 450.00 |
|  | JHP | Processing of agreed orders, including e-mail correspondence and telephone calls regarding same | 1.20 | 426.00 |
|  | TLC | Preparation and transmittal of correspondence to Logan & Company regarding research of claims filed by litigation claimants (1.3); update internal claimant log (.8); telephone calls with claimants regarding the agreed order process and when should they expect payment of their claims (.5); correspondence with Sedgwick regarding the litigation claim of Barbara Lowery (.1); preparation of proposed correspondence and agreed orders (1.4) | 4.10 | 492.00 |
|  | EMS | Preparation of hearing outline on Debtors' first omnibus objection to equity claims and duplicate liability claims (2.2); preparation of hearing outline on motion by Lesco Medisearch to accept late filed claim as timely (.6) | 2.80 | 532.00 |
| 12/06/05 | JHP | Processing of agreed orders, including e-mail correspondences and telephone calls with counsel to claimants and Sedgwick regarding same | 2.60 | 923.00 |
|  | LMP | Analysis of proposed consent order sent to Alex Weinberg and telephone call with Alex Weinberg regarding same | 0.40 | 100.00 |
|  | TLC | Preparation and transmittal of correspondence to Logan & Company regarding research of claims filed by litigation claimants (1.4); update internal claimant log (.7); processing of proposed agreed orders, including telephone calls with Tim Williams, Sedgwick and litigation claimants and |  |  |

LAW OFFICES

Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Page: 3
01/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:   111723

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | service of proposed agreed orders in connection with the claims resolution procedure (3.7); preparation and filing of proposed agreed orders for Elizabeth Glisson, Jennifer Lynn Simmons, Renee Jackson, Desirae Allen and Mary Hay (.5) | 6.30 | 756.00 |
|  | EMS | Preparation of updated hearing outline on motion by Front End Services for administrative priority claims | 1.30 | 247.00 |
| 12/07/05 | JHP | Review of material documents and legal research regarding Medicare claims, e-mail correspondences with Sedgwick regarding same (.6); processing of agreed orders, including e-mail correspondence and telephone calls with counsel for claimants and Sedgwick regarding same (1.6) | 2.20 | 781.00 |
|  | LMP | Review of e-mail from Ken Black regarding issues with attempts to resolve Medicare liens (.2); preparation of memorandum to file regarding telephone call with Rich Gianino regarding the resolution of Medicare liens (.5) | 0.70 | 175.00 |
|  | TLC | Correspondence to Logan & Company regarding research of claims filed by litigation claimants (1.3); update of internal claimant log (.7); processing of agreed orders in connection with the claims resolution procedure process, including preparation of proposed agreed orders to claimants and telephone calls with claimants regarding payment of their claims (1.3); preparation and filing of twenty-four proposed agreed orders to be signed by Judge Funk (2.9); service of twenty-two agreed orders entered by Judge Funk (2.4) | 8.60 | 1,032.00 |
|  | EMS | Preparation of updated hearing outline on Debtors' motion to disallow and expunge claims | 0.20 | 38.00 |
| 12/08/05 | LMP | Telephone call and correspondence to Alex Weinberg regarding the proposed agreed order resolving the litigation claim of Ninoska Cajini (.6); preparation of stipulation and proposed order resolving the claims of Jeremiah and James Couch (3.8); preparation of motion for order authorizing the debtors to resolve additional claims through the claims resolution procedure (3.9) | 8.30 | 2,075.00 |
|  | TLC | Preparation and transmittal of correspondence to Logan & Company regarding research of claims filed by litigation claimants (1.2); telephone calls with claimants regarding payment of their claims (.3) | 1.50 | 180.00 |
|  | JHP | Preparation for and attendance at telephone conference regarding objections to claims which have been filed late, including the review of material pleadings (.8); processing of agreed orders, including e-mail correspondences and telephone calls with counsel for claimants, Sedgwick and others (1.4) | 2.20 | 781.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/09/05 | LMP | Preparation of motion for authorization to resolve additional claims through the litigation claims resolution procedure (4.5); telephone calls with Alex Weinberg's office regarding proposed modification of consent order resolving litigation claim and analysis regarding same (.3) | 4.80 | 1,200.00 |
|  | TLC | Preparation and transmittal of correspondence to Logan & Company regarding research of claims filed by litigation claimants (.7); update internal claimant log and cash settlement log (1.2); preparation and transmittal of the thirty-nine agreed orders entered by Judge Funk on December 8, 2005 and December 9, 2005 to Logan & Company and the Debtors (3.9); preparation and filing of ten proposed agreed orders for approval by Judge Funk (1.0) | 6.80 | 816.00 |
|  | JHP | Preparation and issuance of updated litigation claims resolution log and cash settlement schedule (.8); processing of agreed orders, including e-mail correspondence and telephone calls with counsel for claimants and Sedgwick regarding same (1.5) | 2.30 | 816.50 |
|  | EMS | Preparation of hearing outline on motion to deem claims of Credit Suisse First Boston, LLC as timely filed | 0.80 | 152.00 |
|  | CCJ | Correspondence to John Hutton regarding Credit Suisse First Boston, LLC's motion (.2); telephone conference with John Hutton regarding same (.2); review of correspondence from John Hutton (.3) | 0.70 | 206.50 |
| 12/12/05 | JHP | Processing of agreed orders, including telephone calls and e-mail correspondences with counsel for claimants and Sedgwick | 1.20 | 426.00 |
|  | KSW | Preparation of notice of filing notice of withdrawal of front end services' motion for administrative priority claim (.2); electronic filing of same (.2) | 0.40 | 48.00 |
|  | TLC | Processing of agreed orders in connection with the claims resolution procedure, including telephone calls with claimants and preparation of proposed agreed orders (2.3); service of thirty-one orders entered by Judge Funk to the respective claimant (3.1); update of internal log (.6) | 6.00 | 720.00 |
|  | EMS | Preparation of updated hearing order on Lesco Medisearch's motion to accept late filed claim as timely (.3); preparation of revised hearing order on motion by Credit Suisse First Boston, LLC to deem claims timely filed (.4); preparation of revised hearing order on motion by Credit Suisse First Boston, LLC on Debtors' first omnibus objection to equity claims (.6) | 1.30 | 247.00 |
| 12/13/05 | LMP | Review of correspondence from defense counsel regarding settlement of claim of Tarcelia Wolbert, research regarding whether the claim was being handled under the litigation claims resolution procedure, analysis regarding whether proposed settlement agreement should be executed in addition |  |  |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | to proposed order and telephone call with Betty Marion regarding same (.6); research regarding whether federal regulations prevent Medicare from asserting reimbursement claims against small settlements with third party payors (.5); preparation of motion for order authorizing debtors to resolve additional claims through the claims resolution procedure (7.9) | 9.00 | 2,250.00 |
| JHP | Preparation for December 5, 2005 hearing on Debtors' first omnibus objection to claims, including revisions to proposed order, review of legal research and e-mail correspondences and telephone calls with client and co-counsel regarding same (.8); processing of agreed orders, including e-mail correspondences and telephone calls with counsel for claimants and Sedgwick (1.4) | 2.20 | 781.00 |
| KSW | Review and revision of correspondence to Logan & Company transmitting proofs of claim | 0.20 | 24.00 |
| TLC | Preparation of agreed orders in connection with the claims resolution procedure | 3.00 | 360.00 |
| EMS | Drafted updated hearing order on Debtors' first omnibus objection to equity claims and duplicate liability note claims | 0.60 | 114.00 |
| 12/14/05 JHP | Processing of agreed orders, including e-mail correspondence and telephone calls with counsel for claimants and Sedgwick (1.6); preparation for December 15, 2005 hearing on Dannon's first omnibus objection to claims, including review of final proposed order and objections (.6); e-mail correspondence to George Black regarding Medicare issues (.2) | 2.40 | 852.00 |
| LMP | Preparation of motion for order authorizing resolution of additional claims through the claims resolution procedure and proposed order thereon and telephone call with Ken Black regarding same (6.7); review of and respond to e-mail from Ken Black regarding statutes of limitation on pre-petition claims and telephone call with Ken Black regarding same (.5); telephone call with Ken Black and analysis regarding strategy for resolving Medicare liens in the claims resolution process (.6); review of correspondence from counsel for claimants and Medicare agents regarding problems with resolving Medicare liens in the claims resolution process (.4); research regarding federal statutes and regulations that prohibits Medicare from asserting reimbursement liens (.5) | 8.70 | 2,175.00 |
| TLC | Preparation of seventy proposed agreed orders in the claims resolution procedure (7.6); update internal log (.6); service of agreed orders entered by Judge Funk on December 14, 2005 (.8) | 9.00 | 1,080.00 |
| KSW | Review and revision of correspondence to litigation claimants and proposed orders regarding settlements (3.4); preparation of correspondence to Logan & Company to research claims filed by litigation |  |  |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | claimants (.6); telephone call with counsel for Katherine Teston regarding status of settlement payment and e-mail to Ken Black regarding same (.2) | 4.20 | 504.00 |
|  | BB | Research and analysis regarding the Medicare Act to determine whether the Act prevents Medicare Administration from recovering overpayments from individuals receiving small settlement payments (2.1); research and analysis regarding the Code of Federal Regulations that implement the Medicare statutes to determine grounds for mandatory waiver of Medicare Agency's recoupment claims where the recoupment claim would decrease the payments made to individual beneficiary (2.2); research and analysis regarding application and enforcement of Medicare Act and Medicare's subrogation rights (2.1) | 6.40 | 1,312.00 |
| 12/15/05 | TLC | Preparation and transmittal of seventy-nine agreed orders in the claims resolution procedure process (4.5); update Medicare log (.5); update claimant log (1.2); update cash settlement log (.6); preparation and filing of agreed orders in the claims resolution procedure process (1.3) | 8.10 | 972.00 |
|  | - CCJ | Preparation for and representation of Winn-Dixie at hearing on motion of Credit Suisse First Boston, LLC and motion of Lesco Medisearch to allow late claims | 1.00 | 295.00 |
|  | LMP | Review and analysis of e-mail from Ken Black regarding proposed procedure for resolving Medicaid claims in the claims resolution process and correspondence setting forth Medicaid's formula for settling its claims (.7); review of correspondence from numerous plaintiffs' counsel regarding attempts to resolve Medicare and Medicaid liens and analysis regarding how to effectively resolve them through the claims resolution procedure (3.9); research regarding whether a federal statute or regulation precludes the government from asserting reimbursement claims which would take away small settlements from citizens (.7); e-mails with Rob Wilcox and Kim Romeo regarding status of evaluation of claims of Shaun Johnson, et al. and research regarding whether the Johnson questionnaires were received by Logan & Company (.8) | 6.10 | 1,525.00 |
|  | JHP | Preparation for and attendance at hearing on Debtors' first omnibus objections to claims, including telephone calls and e-mail correspondences with claimants, client and co-counsel on revisions to proposed order and related matters (2.0); processing of agreed orders, including telephone calls and e-mail correspondence with claimants and counsel for claimants (1.2) | 3.20 | 1,136.00 |
|  | EMS | Review of Lesco Medisearch of file, hearing order and order in preparation for omnibus hearing (.1); review of Credit Suisse First Boston, LLC's motion to deem claim as timely filed, hearing order and order in preparation for omnibus hearing (.2) | 0.30 | 57.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | | HOURS | |
|---|---|---|---|---|
|  | BB | Research and analysis regarding the Medicare Act to determine whether the Act prevents Medicare Administration from recovering overpayments from individuals receiving small settlement payments | 2.00 | 410.00 |
|  | KSW | Preparation and transmittal of various agreed orders to client and Sedgwick claims management (.7); review and revision of correspondence to litigation claimants and proposed orders regarding settlement (1.8) | 2.50 | 300.00 |
| 12/16/05 | LMP | Preparation of motion for order authorizing the resolution of additional litigation claims through the claims resolution procedure and telephone call to Kate Logan regarding same | 5.70 | 1,425.00 |
|  | JHP | Review of draft second omnibus objections to claims and proposed order (.5); processing of agreed orders, including telephone calls and e-mail correspondences with counsel for claimants and Sedgwick (1.5); preparation of motion for order authorizing Debtors to include additional claims in claims resolution procedure (1.2) | 3.20 | 1,136.00 |
|  | BB | Research and analysis regarding the Medicare Act to determine whether the Act prevents Medicare Administration from recovering overpayments from individuals receiving small settlement payments | 0.70 | 143.50 |
|  | KSW | Electronic filing of various proposed agreed orders regarding resolution of litigation claims (.4); preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants (.6) | 1.00 | 120.00 |
| 12/19/05 | KSW | Preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants (1.1); electronic filing of proposed agreed orders (.4); correspondence to Sandra Johnson transmitting proposed agreed order (.2); preparation of verification page to second omnibus objections to claims (.3) | 2.00 | 240.00 |
|  | LMP | Research regarding use of declaration and preparation of verification for omnibus objections to claims (.8); analysis regarding whether a single procedure could be implemented for resolving all claims for reimbursement for payment of medical expenses on behalf of the federal government and state governments and review and analysis of the Medicare Secondary Payer Act (5.6) | 6.40 | 1,600.00 |
|  | JHP | Revision of proposed second omnibus objections to claims, including telephone calls and e-mail correspondence to Jane Leamy regarding same (1.2); preparation of motion for order authorizing Debtors to resolve additional litigation claims through claims resolution procedure, including review of material pleadings regarding same (1.2); processing of agreed orders, including telephone calls and | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | e-mail correspondences with counsel for claimants and Sedgwick regarding same (.8); review of motions for leave to file late claims filed on behalf of claimants whose attorney was killed in a plane crash (.3) | 3.50 | 1,242.50 |
| 12/20/05 LMP | Research regarding the Medicare Secondary Payer Act | 3.10 | 775.00 |
| EMS | Telephone call and correspondence with Luke Kill from Nationwide Insurance Co. regarding transfer of proof of claim | 0.30 | 57.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.5); transmittal of signed agreed orders to client (.8); review and revision of certificates of service regarding various agreed orders (.4); electronic filing of same (.6); review of claims resolution log and demininus cash settlement log (1.8); preparation, electronic filing and service of second omnibus objections to claims an notice of hearing thereon (1.4); service of order regarding first omnibus objections to claims (.4); preparation and electronic filing of certificate of service of same (.3) | 6.20 | 744.00 |
| JHP | E-mail correspondences and telephone calls with co-counsel regarding the preparation, service and filing of second omnibus objection to claims (.8); e-mail correspondence to Ken Black regarding Medicare issues, including review of material correspondence and research regarding same (.6); processing of agreed orders, including e-mail correspondences and telephone calls with counsel for claimants an Sedgwick regarding same (1.8) | 3.20 | 1,136.00 |
| 12/21/05 LMP | Review and analysis of correspondence from Wayne Boyd regarding his claim (.3); revision of motion for order authorizing resolution of additional claims through the claims resolution procedure and proposed order thereon (2.9); telephone call to Theresa Jones regarding the status of the proposed consent order resolving her claim and research regarding same (.3); research regarding the Medicare Secondary Payor Act (1.5) | 5.00 | 1,250.00 |
| JHP | Processing of agreed orders, including e-mails and telephone calls with counsel for claimants and Sedgwick regarding same (2.2); preparation and service of updated claims resolution log (.5) | 2.70 | 958.50 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); preparation of correspondence and proposed agreed orders to various litigation claimants (2.3); preparation and electronic filing of proposed agreed orders (.9); preparation and electronic filing of certificates of service regarding various agreed orders of resolution of litigation claims (.8) | 4.70 | 564.00 |

LAW OFFICES

S MITH   H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/22/05 | LMP | Revision of motion for order authorizing resolution of additional claims through the claims resolution procedure and proposed order thereon | 1.60 | 400.00 |
|  | JHP | Preparation of proposed motion and order authorizing the Debtors to settle and liquidate additional litigation claims pursuant to claims resolution procedure, including review of claims resolution pleadings and information (2.0); processing of agreed orders, including telephone calls and e-mail correspondences with counsel for claimants and Sedgwick (2.2) | 4.20 | 1,491.00 |
|  | KSW | Preparation of correspondence and proposed agreed orders to various litigation claimants | 5.90 | 708.00 |
| 12/26/05 | SDB | Review and revision of draft motion for authority to establish additional claims resolution procedures | 0.80 | 316.00 |
| 12/27/05 | LMP | Revision of motion for order authorizing the resolution of additional claims through the claims resolution procedure and proposed order thereon and e-mail to working group regarding same (.8); telephone call with Cottle Strawberry Nursery regarding status of claims and e-mail to Jane Leamy regarding same (.3) research and analysis regarding procedure for resolving Medicare liens and whether such relief should be requested by motion or adversary proceeding (5.4) | 6.50 | 1,625.00 |
|  | JHP | Preparation and issuance to client and co-counsel draft motion to extend claims resolution procedure to additional claims (1.2); preparation and issuance of updated claims resolution procedure log (.3); processing of agreed orders, including e-mail correspondences and telephone calls with counsel for claimants and Sedgwick regarding same (1.2) | 2.70 | 958.50 |
|  | KSW | Preparation of updated claims resolution log (3.9); and cash settlement log (1.1); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by litigation claimants (.5); telephone call with claimant regarding status of settlement payment (.1) | 5.60 | 672.00 |
| 12/28/05 | LMP | Revisions to proposed motion for order extending the claims resolution procedure and proposed order (2.0); e-mail to Jay Castle regarding same (.4); e-mail to Kate Logan regarding service of the motion (.4); preparation of certificate of service and notice of hearing for the motion (.8); research and analysis regarding procedure for resolving Medicare liens (3.2); e-mail to Ken Black regarding same (.5); review and analysis of correspondence from Steven Bullock regarding lack of response for three claims in claims resolution procedure (.2); e-mails to Kim Romeo and Ken Black regarding same (.3) | 7.80 | 1,950.00 |
|  | JHP | Revisions and issuance to client of motion to extend claims resolution procedure to additional claims (1.2); processing of agreed orders, |  |  |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | including e-mail correspondences and telephone calls with counsel for claimants and Sedgwick regarding same (1.4) | 2.60 | 923.00 |
| KSW | Electronic filing of certificates of service regarding various agreed orders of resolution of litigation claims (.6); review of proposed agreed orders for filing with the court (.5); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.3) | 1.40 | 168.00 |
| TLC | Preparation of fifty-one proposed agreed orders for filing in connection with the claims resolution procedure process (3.8); review and update of the internal claims resolution procedure log, cash settlement log and Medicare claimant log (2.2); preparation of correspondence and proposed agreed orders in connection with the claims resolution procedure process (2.1) | 8.10 | 972.00 |
| 12/29/05 LMP | Preparation of motion for approval of settlement with James Stokes and David Reddick (7.4); analysis of procedure for resolving Medicare claims and telephone call to Dr. McClellan at Center for Medicare and Medicaid Services regarding same (2.3); review and analysis of correspondence regarding preservation of claim against Benderson Development in order resolving claim and telephone call to Robert Bush regarding same (.3) | 10.00 | 2,500.00 |
| TLC | Filing of fifty-one proposed agreed orders in connection with the claims resolution procedure process (4.5); review and revision of the internal claims resolution procedure log (1.2); preparation and filing of certificates of service regarding the transmittal of agreed orders for the following claimants, Peggy Spillers, D'Ann Briggs, Barbara Lowery, Jacqueline Keys, Marcia Acevedo, Robert Whaley, Marilyn Cutler, Crystal Fulmore and Elleanor Benjamin (1.8) | 7.50 | 900.00 |
| JHP | Processing of agreed orders (1.8); review of e-mail correspondence regarding resolution of claim of Marie Rabus against Winn-Dixie and landlord (.8); e-mail correspondences and telephone calls with claimants' counsel expressing concern about responsiveness under claims resolution procedure (.6) | 3.20 | 1,136.00 |
| 12/30/05 KSW | Preparation, electronic filing and service of motion to settle or liquidate additional litigation claims pursuant to the claims resolution procedure and notice of hearing thereon (1.9); preparation and electronic filing of certificate of service regarding same (.3); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.5); review and revision of correspondence and proposed agreed orders to | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | various litigation claimants (.6); preparation and electronic filing of certificate of service regarding omnibus objections to claims and notice of hearing thereon (.3) | 3.60 | 432.00 |
| LMP | Research regarding Bankruptcy Code authority for paying settlement outside of a Chapter 11 plan (.9); research regarding rate at which the judgments are accruing interest (.9); preparation of motion for order approving settlement agreement (.7) | 2.50 | 625.00 |
| SDB | Telephone call with James H. Post regarding the Debtors' contest of motions to allow late filed claims | 0.30 | 118.50 |
| TLC | Review and revision of the internal claims resolution procedure log (.9); preparation and filing of certificates of service regarding the transmittal of agreed orders (2.5); preparation and transmittal of correspondence and agreed orders to claimants in the claims resolution procedure process (1.7); preparation and filing of twenty-two proposed agreed orders (2.4); transmittal of entered agreed orders to Louisa Little and Rita Fader (.2) | 7.70 | 924.00 |
| JHP | Preparation, service and filing of motion to extend claims resolution procedure to additional claims, including telephone calls and e-mail correspondences with Creditors Committee counsel regarding same (1.4); telephone conference with Kim Romeo and Ken Black regarding impasse issues arising under claims resolution procedure and related matters (.5); processing of agreed orders, including telephone calls and e-mail correspondences with counsel for claimants and Sedgwick (.8) | 2.70 | 958.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | 289.20 | 60,680.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.10 | $395.00 | $434.50 |
| James H. Post | 51.70 | 355.00 | 18,353.50 |
| Cynthia C. Jackson | 1.70 | 295.00 | 501.50 |
| Beau Bowin | 9.10 | 205.00 | 1,865.50 |
| *Tana L. Copeland | 87.60 | 120.00 | 10,512.00 |
| *Kimberly S. Ward | 38.70 | 120.00 | 4,644.00 |
| Leanne McKnight Prendergast | 91.70 | 250.00 | 22,925.00 |
| Elizabeth M. Schule | 7.60 | 190.00 | 1,444.00 |
| TOTAL | 289.20 | | $60,680.00 |

TOTAL THIS STATEMENT                                    $60,680.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO: 112509

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

| | | | HOURS | |
|---|---|---|---|---|
| 01/03/06 | KSW | Review of proposed agreed order regarding various litigation claimants (.4); preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.4); update claims resolution log and cash settlement log (.6) | 1.40 | 182.00 |
| | JHP | Preparation and issuance of claims resolution procedure log (.3); processing of agreed orders, including e-mail correspondence and telephone calls with counsel for claimants and Sedgwick regarding same (1.0); review of mediation requests filed by claimants (.3) | 1.60 | 592.00 |
| 01/04/06 | LMP | Telephone call with Rafael Novo regarding his motion to withdraw as counsel for the Browns | 0.20 | 50.00 |
| | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.5); preparation for and transmittal of agreed orders to client, Sedgwick Claims Management and Logan & Company (1.1); preparation of amended agreed order of resolution of litigation claims of Rita Fader (.2); electronic filing of same (.2); telephone call with claimant regarding agreed order (.2) | 2.20 | 286.00 |
| | JHP | Telephone call with prospective mediators (.4); processing of agreed orders, including e-mail correspondence to and telephone calls with counsel for claimants and Sedgwick regarding same (3.4); e-mail correspondence to and telephone calls with counsel for claimants regarding second omnibus objection to duplicate and amended claims (.5) | 4.30 | 1,591.00 |
| | TLC | Review and revision of the internal claims resolution procedure log (1.5); preparation and transmittal of correspondence and agreed orders to claimants in the claims resolution procedure process (3.7); preparation of twenty-two proposed agreed orders for filing (1.4); preparation and transmittal of documents to Mike Chlebovec (.2) | 6.80 | 816.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | | HOURS |  |
|---|---|---|---|---|
| | EMS | Correspondence to Walter Hinson regarding Debtors' objection to his claim and correspondence to Leanne McKnight Prendergast and Jane Leamy regarding same | 0.40 | 78.00 |
| 01/05/06 | LMP | Preparation of agreed order resolving the Domingue claims, preparation of riders to settlement agreement with Domingues including confidentiality, non-disparagement and attorney acknowledgment provisions and e-mail to Mary Erlingson regarding same (4.2); review and analysis of complaint filed by Ann Wiggins against Winn-Dixie and Sedgwick Claims Management and telephone call with Randy Byrd regarding release of such claims as a condition to the resolution of Ann Wiggins' claims against Winn-Dixie (.5); telephone call with and e-mail to Craig Goldenfarb regarding his request to mediate Erica LeGrand's claim (.3); telephone call with Robert Brush regarding his request that we modify the proposed consent order resolving the claim of Marie Rabus so that she can still litigate against Winn-Dixie's landlord (.2); e-mails with Susan Magaddino regarding getting a copy of the lease (.2); research regarding whether the landlord has asserted an indemnity claim against Winn-Dixie (.4) | 5.80 | 1,450.00 |
| | JHP | Preparation and issuance of proposed confidentiality and non-disparagement provisions for Domingue settlement, including e-mail correspondence to and telephone calls with client and Louisiana counsel regarding same (.8); processing of agreed orders, including telephone calls with and e-mail correspondence to counsel for claimants and Sedgwick Claims Management regarding same (1.5) | 2.30 | 851.00 |
| | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.9); preparation and transmittal of agreed orders to client, Sedgwick Claims Management and Logan & Company (.8); review and revision of correspondence to and proposed agreed orders of resolution to claimants regarding various litigation (1.0); preparation, electronic filing and service of objection to National In-Store Marketing's motion to allow late filed claims (.6) | 3.30 | 429.00 |
| | TLC | Review and revision of the internal claims resolution procedure log (1.0); preparation of correspondence and agreed orders to claimants in the claims resolution procedure process (3.1); preparation and filing of proposed agreed orders for entry by Judge Funk (1.6); transmittal of agreed orders entered by Judge Funk on January 4, 2006 (1.8); | 7.50 | 900.00 |
| 01/06/06 | LMP | Review and analysis of e-mail from Mary Erlingson regarding motion to dismiss Domingue litigation | 0.20 | 50.00 |
| | JHP | Preparation for January 12, 2006 hearing on Debtors' second omnibus claims objection, including e-mail correspondence to counsel for Creditors' | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:   112509

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | Committee and co-counsel (.5); processing of agreed orders, including telephone calls with and e-mail correspondence to client, Sedgwick Claims Management and counsel for claimants regarding same (1.4) | 1.90 | 703.00 |
| TLC | Review and revision of the internal claims resolution procedure log (.7); transmittal of correspondence and agreed orders to claimants in the claims resolution procedure process (2.1); preparation and filing of proposed agreed orders for entry by Judge Funk (.8); preparation and filing of certificates of service regarding the transmittal of Beverly Willett, Jacqueline Gonzalez, Pandra Williams, Geraldine Piercy, Jessica Patron, Donald Faulk and Myra Hise's agreed orders (1.4); | 5.00 | 600.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); review and revision of correspondence and proposed agreed orders to various litigation claimants (.8); preparation for and transmittal of signed agreed orders of resolution to client, Sedgwick Claims Management and Logan & Company (.3); telephone calls with claimant regarding status of settlement (.2) | 2.00 | 260.00 |
| 01/09/06 LMP | Review and analysis of settlement agreement for the Domingue claims and e-mails with Everett Brooks regarding same (.7); telephone call with Ken Black regarding Johnsons' claims and claims resolution procedure (.5) | 1.20 | 300.00 |
| CCJ | Preparation for hearing on National In-Store Marketing's motion to file lease claim | 1.00 | 305.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); preparation and transmittal of signed agreed orders of resolution of litigation claims to client, Sedgwick Claims Management and Logan & Company (.8); transmittal of claims resolution log and cost settlement log to client (.2); conference with James H. Post and e-mail correspondence to Kate Logan regarding National In-Store Marketing's claim and scheduled liability (.4); preparation of exhibit list regarding National In-Store Marketing's motion to allow late filed claim (.4) | 2.50 | 325.00 |
| JHP | Processing of agreed orders, including e-mail correspondence to and telephone calls with Sedgwick Claims Management representatives and counsel for claimants (1.6); preparation and issuance to client of status report on CRP (.3); preparation for January 19, 2006 hearing on Debtors' second omnibus objections to claims, including e-mail correspondence to counsel for claimants and co-counsel (.4); preparation of revisions for proposed settlement of Domingue claim (.8) | 3.10 | 1,147.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:   112509

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| TLC | Review and revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (2.3); preparation of correspondence and agreed orders to claimants in the claims resolution procedure process (3.7); transmittal of correspondence to Gari Estillo and Jay Castle regarding National In-Store Marketing's motion to file late proof of claim (.3) | 6.30 | 756.00 |
| 01/10/06 LMP | Telephone call with Everett Brooks regarding the settlement of the Domingues' claims and Marie Rabus' claim (.5); preparation of e-mail to Jay Castle regarding whether Winn-Dixie may have an indemnification obligation to its landlord in connection with Marie Rabus' claim (.9); review and analysis of correspondence from counsel for Carol Schweitzer declining to execute consent order resolving her claim which includes release of claims against Sedgwick Claims Management, analysis of strategy for resolving litigation against Sedgwick Claims Management, preparation of correspondence to working group regarding same and telephone call with Sonnie Starbird regarding same (1.9); e-mails with Mary Erlingson regarding suggested revisions to the settlement agreement with the Domingues (.5); review of revised settlement agreement, and preparation of correspondence to Plaintiff's counsel and Jay Castle regarding same (1.0) | 4.80 | 1,200.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.6); preparation and transmittal of signed agreed orders of resolution of litigation claims to client, Sedgwick Claims Management and Logan & Company (.6); review and revision of correspondence and proposed agreed orders regarding various litigation claims (1.9); preparation of revised exhibit list for hearing on National In-Store Marketing's motion to allow late filed claims (.3) | 3.40 | 442.00 |
| JHP | Processing of agreed orders, including e-mail correspondence to and telephone calls with counsel for claimants and Sedgwick Claims Management regarding same (1.3); e-mail correspondence to Kim Romeo regarding issues relating to the Goodrich claim and the CRP process and Sedgwick Claims Management (.4); preparation of modification of settlement documents for the Domingue claims (.6); memorandum to file regarding communications with counsel for Florida Medicaid liens and review of applicable law (.4) | 2.70 | 999.00 |
| TLC | Review and revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (.7); preparation of correspondence and agreed orders to claimants in the claims resolution procedure process (2.4); transmittal of agreed orders entered by Judge Funk to their respective claimants (1.3) | 4.40 | 528.00 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| EMS | Telephone call with Mari Iseminger regarding credits received by Sioux Honey counsel on their products (.3); correspondence to Leanne McKnight Prendergast regarding same (.1) | 0.40 | 78.00 |
| 01/11/06 TLC | Review and revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (1.0); review, revision and transmittal of correspondence and agreed orders to claimants in the claims resolution procedure process (3.1); transmittal of agreed orders entered by Judge Funk on January 9, 2006 to their respective claimants (1.0); preparation of notebook and index regarding claimants that have requested mediation (1.5) | 6.60 | 792.00 |
| JHP | Preparation of stipulation regarding the late filed claim of Goodrich, including e-mail correspondence to client regarding same (.4); memorandum to client regarding the resolution of Medicaid liens through the claims resolution process, including review of legal research regarding same (.6); processing of agreed orders, including telephone calls with and e-mail correspondence to counsel for claimants and Sedgwick Claims Management regarding same (1.8) | 2.80 | 1,036.00 |
| KSW | Review and revision of correspondence to litigation claimants and proposed agreed orders (.7); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.8); preparation of quarterly report and notice of filing same (1.1); review of proposed agreed orders for filing (.3); e-mail correspondence to Ken Black regarding status of various settlements (.2) | 3.10 | 403.00 |
| 01/12/06 LMP | E-mails with Everett Brooks and Jay Castle regarding Marie Rabus' claim and issues related to potential indemnification liability to Landlord in connection therewith (.9); telephone call with Cathleen Cody and analysis of claim based upon payroll checks (.3); telephone call with claimant regarding status of claim (.2); e-mail to Sonnie Starbird regarding correspondence from counsel for Carol Schweitzer (.3) | 1.70 | 425.00 |
| SDB | Preparation for and attendance at hearing on National In-Store Marketing's motion | 0.40 | 162.00 |
| TLC | Review, revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (1.1); preparation of correspondence and proposed agreed orders in the claims resolution procedure process (3.5); correspondence with Sedgwick Claims Management regarding correspondence received in the claims resolution procedure process (.5) | 5.10 | 612.00 |
| JHP | Processing of agreed orders, including telephone calls with and e-mail correspondence to counsel for claimants and Sedgwick Claims Management regarding |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 6
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:   112509

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | same (2.2); preparation of quarterly report on cash settlements under CRP required by Creditors Committee and Court (.5); preparation for February 19, 2006 hearing on second omnibus objections to claims, including e-mail correspondence to Creditors Committee and co-counsel regarding same (.5) | 3.20 | 1,184.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); review of proposed agreed orders for filing (.3) | 1.00 | 130.00 |
|  | CCJ | Conference with Etty Pollack (Logan & Company) regarding claims issues (.8); review and analysis of claims (1.0); conference with Sheon Karol and Bryan Gaston regarding same (.5) | 2.30 | 701.50 |
| 01/13/06 | TLC | Review, revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (1.8); preparation of correspondence and agreed orders to approximately forty claimants in the claims resolution procedure process (5.6); preparation and filing of agreed orders to be entered by Judge Funk (1.0); | 8.40 | 1,008.00 |
|  | LMP | Analysis of status of Claims Resolution Procedure and issues related to Medicare and workers' compensation liens and mediation therein (.4); review and analysis of discovery materials provided by Shaun Johnson, et al. (.5) | 0.90 | 225.00 |
|  | JHP | Preparation of quarterly report on cash settlements under claims resolution procedure as required by court order (.5); processing of agreed orders, including e-mail correspondence and telephone calls with counsel for claimants and Sedgwick Claims Management regarding same (1.8); preparation for February 19, 2006 hearing on second omnibus objections to claims, including e-mail correspondence to Creditors Committee and co-counsel regarding same (.5) | 2.80 | 1,036.00 |
|  | EMS | Review of correspondence from Pinetree Partners regarding transfer of claim (.2); review of correspondence from Benita Kichler regarding scan-down promotions that creditor Sioux Honey has received (.3) | 0.50 | 97.50 |
|  | BB | Review of pending Winn-Dixie litigation matters as of January 12, 2006, including Sarria Enterprises, Florida Tax Collectors and Computer Leasing Corporation | 1.40 | 308.00 |
|  | KSW | Preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (1.4); conference with James H. Post regarding pending matters and claims resolution procedures (.3) | 1.70 | 221.00 |
| 01/16/06 | KSW | Preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.4); review and revision of correspondence and proposed agreed orders regarding various litigation claimants (2.3); preparation and electronic filing and service of quarterly report regarding cash |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| | settlements as of December 31, 2005 (.2); transmittal of claims resolution log and cash settlement log to client (.2) | 3.10 | 403.00 |
| TLC | Review, revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (.5); preparation of correspondence and agreed orders to approximately forty claimants in the claims resolution procedure process (3.6); update of mediation request notebook and log in the claims resolution procedure process (.8) | 4.90 | 588.00 |
| EMS | Conference with Benita Kichler regarding resolution of discount credits received by Sioux Honey | 0.30 | 58.50 |
| JHP | Preparation for January 19, 2006 hearing on second omnibus objections to claims and motion to extend claims resolution procedure to additional claims, including e-mail correspondence to counsel for Creditors Committee and co-counsel regarding same (1.0); preparation and issuance of updated claims resolution procedure log (.4); processing of agreed orders including e-mail correspondence to and telephone calls with counsel for claimants and Sedgwick Claims Management regarding same (3.4); analysis of litigation risks of settling Rabus claim without co-defendant release, including e-mail correspondence to Sedgwick Claims Management and others regarding same (.6) | 5.40 | 1,998.00 |
| 01/17/06 LMP | E-mails with Everett Brooks regarding status of certain agreed orders resolving litigation claims | 0.30 | 75.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); review and revision of correspondence and proposed agreed orders to various litigation claimants (2.8); telephone call with Ken Black regarding status of settlements (.1); telephone calls with various claimants regarding status of settlement checks (.2) | 3.80 | 494.00 |
| TLC | Review, revision and update of the internal claims resolution procedure log, Medicare log and de minimus log (1.2); preparation and revision of correspondence and agreed orders claimants in the claims resolution procedure process (5.8) | 7.00 | 840.00 |
| EMS | Review of correspondence from Benita Kichler regarding resolution of dispute with Sioux Honey | 0.10 | 19.50 |
| JHP | Preparation of mediation procedures for claims resolution process, including review of mediation notices and protocol in K-Mart Corporation and other Chapter 11 cases and those in Middle District of Florida (1.0); processing of agreed orders, including e-mail correspondence with Sedgwick Claims Management regarding same (1.2) | 2.20 | 814.00 |
| 01/18/06 LMP | Telephone call with Ken Black regarding whether Winn-Dixie could have potentially liability for workers' compensation plans or employers with | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | subrogation rights in settlement proceeds if counsel for plaintiff fail to satisfy them from the proceeds | 0.60 | 150.00 |
| TLC | Preparation of correspondence and proposed agreed orders to various claimants, including transmittal of same (5.6); review and update of the claims administration log (.8); transmittal of agreed orders entered by Judge Funk to various claimants (.9) | 7.30 | 876.00 |
| CCJ | Review and revision of proposed order for January 19, 2006 hearing on claims (.5); review of correspondence regarding same (.2) | 0.70 | 213.50 |
| JHP | Processing of agreed orders, including e-mail correspondence to Sedgwick Claims Management regarding same (1.0); preparation for January 19, 2006 hearing on motion to extend claims resolution procedure to additional claims (.8); preparation for January 19, 2006 hearing on second omnibus claims objections, including the proposed order regarding same (.8) | 2.60 | 962.00 |
| KSW | Preparation and transmittal of agreed orders of resolution of litigation claims to client, Sedgwick Claims Management and Logan & Company (1.1); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (1.2) | 2.30 | 299.00 |
| 01/19/06 LMP | Telephone call to Steve Eichel regarding the first day order on workers' compensation claimants (.2); analysis regarding whether Marie Rabus' claim should be resolved without release of the Landlord and preparation of e-mail to Jay Castle regarding same (.5); telephone conference with working group regarding strategy for resolving the claims of Shaun Johnson, et al. and further review of documents produced by the Johnsons to determine which documents appear to have been omitted (3.0); review of Claims Resolution Procedure for mediation procedures, analysis regarding mediation procedures, and preparation of mediation referral notice and other documents (3.5) | 7.20 | 1,800.00 |
| JHP | Preparation for and attendance at hearing on Debtors' motion to extend claims resolution procedure to additional claimants, including the preparation and issuance of final order regarding same (1.8); preparation for and attendance at hearing on Debtors' second omnibus objections to claims, including conferences on form of final order with counsel for claimants and the preparation and issuance of final order regarding same (1.8); preparation of mediation procedures, including conferences and telephone calls with Jay Castle, Kim Romeo and others (1.0); processing of agreed orders, including telephone calls and e-mail correspondence to counsel for claimants and Sedgwick Claims Management (2.2) | 6.80 | 2,516.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---:|---:|
| | TLC Preparation of correspondence and proposed agreed orders to various claimants, including transmittal of same (6.0); review and update of the claims administration log (.5); research regarding the status of various claimants within the claims resolution process (.9); preparation and filing of agreed orders to be entered by Judge Funk regarding various claimants (.8) | 8.20 | 984.00 |
| | CCJ Review of and respond to correspondences from Skadden Arps and Logan & Company regarding claims issues | 0.50 | 152.50 |
| | KSW Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (1.1); research regarding status of various agreed orders (1.0); correspondence to Everett Brooks regarding same (.3); telephone call with Kim Romeo regarding status of various agreed orders (.1); review and revision of correspondence and proposed agreed orders regarding various litigation claimants (1.4) | 3.90 | 507.00 |
| 01/20/06 | JHP Preparation of mediation procedures, including telephone calls with and e-mail correspondence to prospective mediators regarding same, telephone calls with and e-mail correspondence to Jay Castle, Kim Romeo and co-counsel regarding same (2.2); processing of agreed orders, including telephone calls with and e-mail correspondence to counsel for claimants and Sedgwick Claims Management (1.1) | 3.30 | 1,221.00 |
| | LMP Analysis regarding mediation procedures and preparation of mediation referral notice and other documents | 4.90 | 1,225.00 |
| | TLC Preparation of correspondence and proposed agreed orders to various claimants, including transmittal of same (5.3); review and update of the claims administration log, de minimus log and Medicare log (1.5.); research regarding notices of referral of mediation regarding K-Mart Corporation (3.8) | 10.60 | 1,272.00 |
| | CCJ Review of and respond to correspondence from Creditors Committee's counsel regarding filing of late claim (.5); review of and respond to correspondence from D.J. Baker regarding securities claim (.3); conference with D.J. Baker and James H. Post regarding same (.4) | 1.20 | 366.00 |
| | KSW Preparation and service of order authorizing Debtors to settle or liquidate additional claims pursuant to the claims resolution procedure (.4) and order disallowing and expunging (a) duplicate claims and (b) amended and superseded claims (1.0); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.8); telephone call with creditor regarding status of claim (.1) | 2.30 | 299.00 |
| 01/21/06 | TLC Preparation of correspondence and proposed agreed orders to various claimants | 4.00 | 480.00 |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | | | HOURS | |
|---|---|---|---|---|
| 01/23/06 | LMP | Telephone call with Vijay Kish regarding his claim (.2); analysis of motion regarding filing motion for order requiring Medicare to respond timely to claims inquiries, review and revision of chart listing claims that cannot be resolved due to Medicare liens (2.5) | 2.70 | 675.00 |
| | CCJ | Review of and respond to correspondence from Etty Pollack (Logan & Company) regarding claims reconciliation | 0.50 | 152.50 |
| | JHP | Processing of agreed orders, including telephone calls with and e-mail correspondence to counsel for claimants and Sedgwick Claims Management regarding same (1.0); preparation and issuance of updated claims resolution procedure log (.2); preparation of mediation protocols and procedures, including telephone calls with prospective mediators (.8); review of material documents and e-mail correspondence to client regarding resolution of Medicare and Medicaid liens (.6); telephone call with counsel for Goodrich regarding late filed claim (.6) | 3.20 | 1,184.00 |
| | TLC | Preparation and filing of signed agreed orders (2.1); update of claim resolution log (.8); preparation of correspondence and proposed agreed orders to various claimants (4.1); transmittal of same (1.2) | 8.20 | 984.00 |
| | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); transmittal of updated cash settlement log and claims resolution log to client (.2); e-mail to adjusters regarding status of agreed orders (.3); preparation and transmittal of agreed orders to clients, Sedgwick Claims Management and Logan & Company (.8); review and revision of correspondence and proposed agreed orders to various litigation claimants (1.2); review of agreed orders for filing (.4) | 3.60 | 468.00 |
| 01/24/06 | LMP | E-mails with Everett Brooks regarding status of proposed consent order (.2); preparation of mediation referral notice, e-mail to Kim Romeo regarding same, analysis as to which claimants should receive notice, and telephone conference with Ken Black and Kim Romeo regarding mediation procedures (1.6); telephone calls with Arthur Carlisle regarding proposed order resolving the litigation claim of Jewel Rowell (.3) | 2.10 | 525.00 |
| | CCJ | Conference with Jay Castle, Etty Pollack, Kate Logan, Bryan Gaston and Rosalie Gray regarding claims reconciliation | 0.50 | 152.50 |
| | JHP | E-mail correspondence to counsel for National In-Store Marketing and client regarding proposed settlement (.4); review and filing of third omnibus objections to claims (.4); preparation of proposed procedures for mediations, including telephone calls with prospective mediators regarding same (1.0); | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | review of Medicare and Medicaid information provided by client, including e-mail correspondence to client regarding same (1.2); processing of agreed orders, including telephone calls with and e-mails to counsel for claimants and Sedgwick Claims Management regarding same (1.8) | 4.80 | 1,776.00 |
| TLC | Preparation and filing of signed agreed orders (1.6); update of mediation notebook (.3); preparation of correspondence and proposed agreed orders to various claimants (3.4); telephone calls with counsel for claimants regarding the status of their client's agreed orders (.2); update of claims resolution log (.8) | 6.30 | 756.00 |
| KSW | Preparation, electronic filing and service of third omnibus objection to amended and superseded claims and notice of hearing thereon (.9); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.8); preparation and transmittal of agreed orders to clients, Sedgwick Claims Management and Logan & Company (.7); review and revision of correspondence and proposed agreed orders to various litigation claimants (1.5); review of signed agreed orders for filing (.3) | 4.20 | 546.00 |
| 01/25/06 LMP | E-mails with Everett Brooks regarding status of proposed consent order (.2); telephone conference with Floyd Fagle and working group regarding procedures for resolving Florida Medicaid liens (.6) | 0.80 | 200.00 |
| JHP | Processing of agreed orders, including e-mail correspondence to and telephone calls with counsel for claimants and Sedgwick Claims Management regarding same (.8); preparation for proposed mediation procedures, including preparation of common correspondence and forms for client to implement mediations (.6); review of Medicare and Medicaid information and research, including preparation for and attendance at telephone conference with counsel for Florida Medicaid and client (1.8) | 3.20 | 1,184.00 |
| TLC | Preparation of correspondence and proposed agreed orders to various claimants (3.1); telephone calls with counsel for claimants regarding the status of their client's claims (.5) | 3.60 | 432.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.8); e-mail to adjusters regarding status of various agreed orders (.5); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.6); review and revision of correspondence and proposed agreed orders to various litigation claimants (1.6); review of signed agreed orders for filing (.4) | 3.90 | 507.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 12
02/17/2006
Winn-Dixie Stores, Inc.                              ACCOUNT NO: 10163-021675M
STATEMENT NO:   112509

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/26/06 | JHP | Preparation of proposed procedures for CRP mediations, including telephone calls with prospective mediators and preparation of common correspondence and forms client will need to implement the program (3.2); processing of agreed orders, including telephone calls and e-mail correspondence to counsel for claimants and Sedgwick Claims Management (2.1); review of Medicare and Medicaid information for alternative courses of action to resolve liens without costly litigation and related matters (1.8); telephone call with counsel for Urbano regarding late filed claim (.5) | 7.60 | 2,812.00 |
|  | LMP | Telephone call with Everett Brooks and analysis of proposed modification of agreed order resolving the claim of Maxine Powell-Dacosta (.3); review and analysis of e-mail from Kim Romeo regarding initial mediations and attachment thereto, and analysis regarding the processes for initiating mediations of unresolved litigation claims (2.4) | 2.70 | 675.00 |
|  | TLC | Conference with James H. Post regarding the procedures for mediation of claims (1.0), transmittal of correspondence and various agreed orders to claimants (1.0) | 2.00 | 240.00 |
|  | KSW | Conference with James H. Post regarding procedures for mediations of litigation claims (1.3); review of signed agreed orders for filing (1.1); e-mail to adjusters regarding status of various agreed orders (.6); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.9); preparation of objection to claim filed by Louise Clark (.4); review and revision of correspondence and proposed agreed orders to various litigation claimants (.8) | 5.10 | 663.00 |
| 01/27/06 | TLC | Transmittal of agreed orders entered by Judge Funk to various claimants | 1.80 | 216.00 |
|  | JHP | Processing of agreed orders, including e-mail correspondence to counsel for claimants and Sedgwick Claims Management regarding same (1.4); preparation of proposed procedures for claims resolution procedure mediations, including the preparation of form communications and time deadlines (1.0) | 2.40 | 888.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.3); preparation and transmittal of agreed orders to client, Sedgwick Claims Management and Logan & Company (.4) | 0.70 | 91.00 |
| 01/28/06 | TLC | Preparation and filing of approximately sixty agreed orders for various claimants to be entered by Judge Funk | 5.00 | 600.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 13
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:   112509

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/30/06 | LMP | Telephone calls with Robert Brush regarding the litigation claim of Marie Rabus and e-mail to Everett Brooks regarding same (.5); review and analysis of correspondence from plaintiff's counsel regarding absence of liability on the part of the payor under the North Carolina Medicaid subrogation statute (.4) | 0.90 | 225.00 |
|  | TLC | Review and update of the claims resolution log, de minimus cash settlement log and the Medicare log | 2.40 | 288.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.8); revision of objection to claim filed by Louise Clark (.2); preparation of revised agreed order regarding Sylvester Gills (.3); preparation and transmittal of updated cash settlement log and claims resolution log to client (.3); review of signed agreed orders for filing (.7);  e-mail to adjusters regarding status of agreed orders and research (.3) | 2.60 | 338.00 |
|  | JHP | Preparation and issuance of claims resolution log (.3); preparation of proposed mediation protocol and procedures (1.0); processing of agreed orders, including telephone calls with and e-mail correspondence to counsel and Sedgwick Claims Management regarding same (1.2) | 2.50 | 925.00 |
| 01/31/06 | LMP | Telephone conference with Kim Romeo and Ken Black regarding objections to claims, subjecting additional claims to the claims resolution procedure and mediation procedures | 0.70 | 175.00 |
|  | TLC | Preparation of a memorandum regarding the mediation of claims process (2.8); preparation of a form letter from Sedgwick Claims Management to James H. Post regarding mediation of a claim (.7) preparation of a mediation transit status report (.3) | 3.80 | 456.00 |
|  | JHP | Processing of agreed orders, including telephone calls and e-mail correspondence to Sedgwick Claims Management and counsel regarding same (2.2); preparation of proposed mediation procedures and protocol (1.0); preparation for third omnibus objections to claims and e-mail correspondence to counsel for claimants regarding same (.3) | 3.50 | 1,295.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 301.40 | 61,301.00 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 14
02/17/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:  112509

Chapter 11 - Claims Admin. (General)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Stephen D. Busey | 0.40 | $405.00 | $162.00 |
| James H. Post | 72.20 | 370.00 | 26,714.00 |
| Cynthia C. Jackson | 6.70 | 305.00 | 2,043.50 |
| Beau Bowin | 1.40 | 220.00 | 308.00 |
| *Tana L. Copeland | 125.20 | 120.00 | 15,024.00 |
| *Kimberly S. Ward | 56.10 | 130.00 | 7,293.00 |
| Leanne McKnight Prendergast | 37.70 | 250.00 | 9,425.00 |
| Elizabeth M. Schule | 1.70 | 195.00 | 331.50 |
| TOTAL | 301.40 | | $61,301.00 |

TOTAL THIS STATEMENT                          $61,301.00
                                            ==========

*Legal Assistant