LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-022112M
STATEMENT NO:   109917

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| 10/07/05 JHP | Correspondence to company regarding threatened eminent domain action by JTA (.3); correspondence to company regarding status of negotiations with plaintiff's counsel in the Legrand matter (.3) | 0.60 | 213.00 |
| 10/10/05 JHP | Review of claims being asserted against Sedgwick and Debtors by personal injury claimants whose settlement checks were not honored due to Chapter 11 filing and review of legal research thereon (1.6); preparation of documents to settle court claims (.8) | 2.40 | 852.00 |
| 10/11/05 LMP | Preparation of motion for approval of agreement for modification of automatic stay to allow Sedgwick to file third party claim against the Company (2.0); preparation of notice of removal of state court action (.8); e-mail and telephone call with Steve Eichel regarding hiring local counsel in Alabama to file notice of removal and motion to transfer venue (.7); e-mail to Baker Donelson regarding whether they might act as Alabama counsel (.4) | 3.90 | 975.00 |
| JHP | Preparation for and attendance at telephone conference regarding strategy to deal with claims being asserted by Ferguson and others against Sedgwick and Debtors (1.0); preparation of proposed pleadings to obtain removal of Ferguson's claim and transfer to Jacksonville Bankruptcy Court (1.8) | 2.80 | 994.00 |
| 10/13/05 LMP | Telephone calls and e-mails with Baker Donelson regarding retention as local counsel in Ferguson/Sedgwick matter | 0.40 | 100.00 |
| KSW | Review of correspondence to claimants from Sedgwick Claims Management regarding settlement of claims (.7); preparation for and transmittal of same to Logan & Co. (2.3) | 3.00 | 360.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

| | | | HOURS | |
|---|---|---|---|---|
| | BB | Preparation of stipulation and agreed order to modify stay | 3.00 | 615.00 |
| 10/14/05 | LMP | Telephone call with Tim Lupinacci regarding Baker Donelson acting as local counsel in Ferguson/Sedgwick matter | 0.30 | 75.00 |
| | KSW | Review of correspondence to claimants from Sedgwick Claims Management regarding settlement of claims (.6); preparation for and transmittal of same to Logan & Co. (1.2); review and revision of proposed correspondence and proposed agreed orders to claimants (.9) | 2.70 | 324.00 |
| | BB | Preparation of notice and motion to approve agreement to modify stay | 2.00 | 410.00 |
| 10/17/05 | LMP | E-mail to Tim Lupinacci regarding motions filed in the Ferguson/Sedgwick matter | 0.20 | 50.00 |
| | KSW | Review and revision of proposed correspondence to litigation claimants and proposed agreed orders (2.3); preparation for transmittal of correspondence to Logan & Co. to research claims filed by claimants who have settled (.6) | 2.90 | 348.00 |
| 10/18/05 | LMP | Preparation of motion to transfer venue of Ferguson matter | 0.20 | 50.00 |
| | KSW | E-mailed correspondence to client and Sedgwick Claims Management transmitting critical dates list for telephone conference (.3); conference with James H. Post regarding claims resolution procedures (.7); review and revision of proposed correspondences to litigation claimants and proposed agreed orders (1.1); preparation and transmittal of correspondences to Logan & Co. to research claims filed by claimants who have settled (.4) | 2.50 | 300.00 |
| | BB | Preparation of notice of removal and notice of filing notice of removal for Ferguson v. Sedgwick (2.5); preparation of notice of removal (.5); preparation of motion for transfer (.5); research Fifth and Eleventh Circuit case law regarding transfer of venue for cases related to a bankruptcy case (1.5) | 5.00 | 1,025.00 |
| 10/19/05 | KSW | Review and revision of correspondence to claimants and proposed agreed orders (1.1); preparation for and transmittal to Logan & Co. of various correspondence to litigation claimants regarding research for claims filed by each claimant (.5); e-mails to claims examiners regarding status of settlements with various litigation claimants (.4) | 2.00 | 240.00 |
| | BB | Research Fifth and Eleventh Circuit case law regarding transfer of venue for cases related to bankruptcy case | 1.50 | 307.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| 10/20/05 KSW | Preparation for and transmittal to Logan & Co. of various correspondence to litigation claimants to research for all claims filed by each claimant | 0.40 | 48.00 |
| 10/21/05 KSW | Conference with James H. Post, Leanne M. Prendergast and Tana Copeland regarding potential Medicare claims (.3); review and revision of correspondence and proposed agreed orders regarding settlement of various litigation claims (.7); preparation for and transmittal of correspondences to litigation claimants regarding research of claims register for additional claims (.4) | 1.40 | 168.00 |
| 10/24/05 KSW | Review and revision of correspondence and proposed agreed orders regarding settlement of various litigation claims (.5); preparation for and transmittal of correspondence to litigation claimants regarding research of claims register for additional claims (.4); preparation for and electronic filing of proposed agreed orders with Jill Spradlin, Martha Almonor, Missoule Valentine and Carolyn Cochran (.8) | 1.70 | 204.00 |

FOR PROFESSIONAL SERVICES RENDERED                38.90   7,658.50

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 5.80 | $355.00 | $2,059.00 |
| Beau Bowin | 11.50 | 205.00 | 2,357.50 |
| *Kimberly S. Ward | 16.60 | 120.00 | 1,992.00 |
| Leanne McKnight Prendergast | 5.00 | 250.00 | 1,250.00 |
|  | 38.90 |  | $7,658.50 |

TOTAL THIS STATEMENT                                          $7,658.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
12/15/2005
ACCOUNT NO: 10163-022112M
STATEMENT NO:   110853

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation

| | | | HOURS | |
|---|---|---|---|---|
| 11/02/05 | BB | Preparation of motion to transfer venue for Ferguson v. Sedgwick (1.2); research case law regarding Eleventh Circuit standards for transferring venue to "home" bankruptcy court (.9) | 2.10 | 430.50 |
| 11/03/05 | BB | Legal research regarding Coward litigation (PPA), including whether the automatic stay precludes discovery from being taken against Debtors' co-defendants in state court action in which Debtor has not been a dismissed as a party | 6.50 | 1,332.50 |
| 11/04/05 | BB | Legal research regarding Coward litigation (PPA), including whether the automatic stay precludes discovery from being taken against Debtors' co-defendants in state court action in which Debtors have not been dismissed as a party | 7.00 | 1,435.00 |
| 11/07/05 | LMP | Analysis of legal research and strategy for Ferguson/Sedgwick matter | 0.30 | 75.00 |
| | BB | Preparation of motion for approval of stipulation with Southeast Atlantic and proposed order (1.0); legal research regarding status of and strategy for Ferguson/Sedgwick matter (.3) | 1.30 | 266.50 |
| 11/09/05 | BB | Legal research in Sedgwick matter, including transfer of venue issues (2.2); revision of motion to transfer venue to include new law - Sedgwick (1.0) | 3.20 | 656.00 |
| 11/30/05 | LMP | Preparation of motion for approval of agreement with Sedgwick modifying the stay (1.6); preparation of motion to transfer venue of the Ferguson/Sedgwick matter (5.8); telephone call with Thomas Little regarding how the resolution of Ferguson's claim against Winn-Dixie and the strategy for the Sedgwick | | |

LAW OFFICES
### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-022112M
STATEMENT NO:  110853

Chapter 11 - Claims Litigation

|  | HOURS |  |
|---|---|---|
| matter (.3); telephone call and e-mail with Larry Bradford regarding the third party action Sedgwick is preparing against Winn-Dixie (.3); preparation of notice of removal of Ferguson/Sedgwick matter (.7) | 8.70 | 2,175.00 |
| FOR PROFESSIONAL SERVICES RENDERED | 29.10 | 6,370.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Beau Bowin | 20.10 | $205.00 | $4,120.50 |
| Leanne McKnight Prendergast | 9.00 | 250.00 | 2,250.00 |
| TOTAL | 29.10 |  | $6,370.50 |

TOTAL THIS STATEMENT                                      $6,370.50
                                                         =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2(005(8

Page: 1
01/17/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO: 111734

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | LMP | Revision of motion for approval of agreement with Sedgwick for modification of the automatic stay, and notice of removal of and motion to transfer venue of the Ferguson/Sedgwick matter (2.9); telephone calls with Angela Williams, Larry Bradford and Thomas Little and analysis regarding the settlement of Rita Ferguson's claim against Winn-Dixie and whether that might include a release of her claim against Sedgwick (.9) | 3.80 | 950.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company regarding research of claims filed by litigation claimants | 0.60 | 72.00 |
| 12/02/05 | LMP | Revision of motion for approval of agreement to modify the stay, notice of removal and motion to transfer venue of the Ferguson/Sedgwick matter | 0.50 | 125.00 |
|  | KSW | Correspondence to Logan & Company regarding research of claims filed by litigation claimants (.4); review and revision of correspondence and proposed agreed orders to various litigation claimants (1.1) | 1.50 | 180.00 |
| 12/08/05 | JHP | Preparation and issuance of proposed settlement agreement with Couch claimants. (.8); preparation of pleadings necessary to defend the "bad check" claims against the Debtors and Sedgwick (.6) | 1.40 | 497.00 |
| 12/09/05 | LMP | Review of e-mail from Jay Castle regarding strategy for handling the Whitbeck and Ferguson claims against Sedgwick and Winn-Dixie (.1); analysis regarding same (.2); telephone call with Sedgwick and its defense counsel regarding coordinating strategy (.2) | 0.50 | 125.00 |
| 12/12/05 | JHP | Telephone call with Tim Williams regarding Stokes counterproposal for settlement and telephone call to Stokes' attorney regarding same (.3); |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-022112M
STATEMENT NO:   111734

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | telephone call to attorney for Couch regarding settlement and revision to proposed settlement agreement (.3) | 0.60 | 213.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants | 0.70 | 84.00 |
| 12/13/05 | KSW | Preparation and transmittal of correspondence to Logan & Company to research claims filed by various litigation claimants | 0.80 | 96.00 |
| 12/20/05 | LMP | Research regarding Florida's bad check law, under which Sedgwick is being sued for stopping payment of Winn-Dixie settlement check | 0.80 | 200.00 |
|  | JHP | Review and analysis of motion to file late claim filed by National In-Store Marketing LLC, including telephone calls and e-mails with client and co-counsel regarding same | 0.50 | 177.50 |
|  | BB | Legal research regarding statutory liability for bad checks | 0.70 | 143.50 |
| 12/21/05 | LMP | Telephone conference with working group regarding strategy for resolving claims against Sedgwick for stopping payment on Winn-Dixie settlement checks (.2); research regarding the status of the Whitbeck, Ferguson, Wiggins and Schwitzer proposed consent orders (.3); e-mail to working group regarding handling of same (.2) | 0.70 | 175.00 |
|  | JHP | Preparation for and attendance at telephone conference with working group on "bad check" claims being asserted against Sedgwick due to Company's Chapter 11 filing, including review of material documents and legal research (.8); analysis of motion to file late claim by National In-Store Marketing LLC, including telephone call and e-mail to client and co-counsel regarding same (.5) | 1.30 | 461.50 |
| 12/23/05 | JHP | Review of revised settlement agreement and related documents for Stokes and Reddick settlement, including telephone call with Tim Williams regarding same (.7); review of material documents (.5) | 1.20 | 426.00 |
| 12/27/05 | JHP | Revision of proposed settlement with Stokes and Reddick, including telephone call and e-mail to Tim Williams regarding same | 1.20 | 426.00 |
| 12/28/05 | JHP | Review of material facts and documents regarding motion to file late claim by National In-Store Marketing LLC | 0.40 | 142.00 |
| 12/29/05 | JHP | Preparation of notice, motion and agreed order on Stokes and Reddick settlement of merits appeal (1.0); review of motion to file late claim by National In-Store Marketing LLC and related material documents and legal research (1.2) | 2.20 | 781.00 |

LAW OFFICES
## SMITH HULSEY & BUSEY

Page: 3
01/17/2006

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-022112M
STATEMENT NO:  111734

Chapter 11 - Claims Litigation

HOURS

12/30/05 LMP Telephone conference with Jay Castle regarding
the motion filed by National In-Store Marketing LLC
to allow late filed claim (.4); preparation of
notice of deposition and request for production
of documents to National In-Store Marketing LLC
regarding same (5.3)                                   5.70  1,425.00

JHP Preparation for and attendance at working group
telephone conference on strategy for response to
motion of National In-Store Marketing LLC for leave to
file late claim, including preparation and issuance
of 30(b)(6) notice of deposition and e-mail
correspondence to prospective witnesses                2.20    781.00
                                                      -----  --------
FOR PROFESSIONAL SERVICES RENDERED                    27.30  7,480.50


PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 11.00 | $355.00 | $3,905.00 |
| Beau Bowin | 0.70 | 205.00 | 143.50 |
| *Kimberly S. Ward | 3.60 | 120.00 | 432.00 |
| Leanne McKnight Prendergast | 12.00 | 250.00 | 3,000.00 |
| TOTAL | 27.30 | | $7,480.50 |


TOTAL THIS STATEMENT                                         $7,480.50
                                                             =========

_____
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:  112527

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | LMP | Review of proposed order resolving Anne Wiggins' claim against Winn-Dixie and telephone call to Sonnie Starbird regarding Ann Wiggins' claim against Sedgwick Claims Management | 0.30 | 75.00 |
|  | JHP | Preparation for trial on motion of National In-Store Marketing for leave to file late claim, including review of legal research, proposed testimony, exhibits and preparation for 30(b)(6) deposition (1.2); e-mail correspondence to client regarding requirements of bonding company to obtain a reduction in bond amount (.3) | 1.50 | 555.00 |
|  | EMS | Correspondence to Cynthia C. Jackson regarding National In-Store Marketing's motion to allow claim as timely filed | 0.20 | 39.00 |
| 01/04/06 | LMP | Preparation of correspondence to Randy Byrd regarding release of claim against Sedgwick Claims Management as part of consideration for resolution of claim against Winn-Dixie (.3); telephone call with Leyza Blanco regarding motion to allow late claim filed by National In-Store Marketing (.2); telephone conference with Jay Castle, Rosalie Gray and James H. Post regarding same (.6); e-mail to Leyza Blanco regarding scheduling of NISM's deposition (.2); preparation of objection to NISM's motion (3.8); preparation of summary of settlement with James Stokes and David Reddick to be attached to motion for order approving settlement agreement (2.1) | 7.20 | 1,800.00 |
|  | JHP | Preparation for trial on motion of National In-Store Marketing for leave to file late claim, including telephone calls with and e-mail correspondence to Jay Castle and Dave Young regarding same, preparation of proposed testimony and exhibits for trial and revisions to proposed response in opposition to motion (3.7); e-mail correspondence to counsel for Wah Hong Go regarding merits of claim, including e-mail correspondence to and telephone call with Tim Williams regarding same (.5) | 4.20 | 1,554.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation


|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SDB | Preparation for hearing on the motion of National In-Store Marketing for leave to file a late proof of claim | 0.50 | 202.50 |
| 01/05/06 | LMP | Preparation of response in opposition to National In-Store Marketing's motion to allow late-filed claim (.7); e-mails with Leyza Blanco regarding the scheduling of NISM's deposition (.3); preparation of testimony of Jay Castle for hearing on NISM's motion (.7) | 1.70 | 425.00 |
| | JHP | Preparation for January 12, 2006 trial on National In-Store Marketing's motion to file late claim, including review of material documents and case law (1.8); preparation for January 10, 2006 deposition of movant (.8); preparation of exhibits and testimony for trial (1.2) | 3.80 | 1,406.00 |
| 01/06/06 | LMP | Preparation for hearing on National In-Store Marketing's motion to allow late-filed claim (3.1); preparation of testimony of prospective witnesses (4.1) | 7.20 | 1,800.00 |
| | JHP | Preparation for January 12, 2006 trial on National In-Store Marketing's motion to file late claim, including telephone calls with David Young, Rick Channel and other prospective witnesses (1.5); preparation of exhibits and testimony for trial and review of movants' late proof of claim and exhibits and other material documents (1.7) | 3.20 | 1,184.00 |
| | TLC | Retrieval of case law cited by National In-Store Marketing's motion to file late claim and the Debtors Objection, including key cites (.7), preparation of notebook regarding same (1.0) | 1.70 | 204.00 |
| 01/09/06 | LMP | Preparation of testimony of prospective witnesses for hearing on National In-Store Marketing's motion to allow late-filed claim | 5.90 | 1,475.00 |
| | JHP | Preparation for deposition of National In-Store Marketing on motion to file late claim and January 12, 2006 trial regarding same, including telephone calls and e-mail correspondence to David Young, Rick Channel, Gari Estill and Jay Castle (2.4); preparation of exhibits and testimony for trial and review of legal research (3.2) | 5.60 | 2,072.00 |
| 01/10/06 | LMP | Preparation for deposition of National In-Store Marketing and preparation of testimony of Jay Castle for hearing on National In-Store Marketing's motion to allow late claim (3.1); preparation of proposed order approving settlement agreement with James Stokes and David Reddick (.9) | 4.00 | 1,000.00 |
| | JHP | Preparation for and attendance at deposition of National In-Store Marketing and for January 12, 2006 trial, including telephone calls, e-mail correspondences and conferences with Gari Estill, Jay Castle and others, preparation of exhibits and testimony for trial, review of legal research and conference with counsel for Creditors Committee (5.2); | | |

LAW OFFICES

S MITH  H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | e-mail correspondence to Tim Williams and others regarding reduction of appellants' bond in the Stokes and Reddick proposed settlement (.2) | 5.40 | 1,998.00 |
| 01/11/06 | JHP | Preparation for January 12, 2006 trial on National In-Store Marketing's motion to file late claim, including e-mail correspondence and telephone calls with National In-Store Marketing's counsel, Jay Castle and Creditors Committee's counsel regarding possible settlement (3.8); preparation and issuance of documents necessary to settle Domingue claims (.8) | 4.60 | 1,702.00 |
|  | SDB | Conference with James H. Post regarding compromise of National In-Store Marketing motion to file a late claim and preparation for January 12, 2006 hearing on same | 0.40 | 162.00 |
| 01/12/06 | LMP | Preparation of agreed order on National In-Store Marketing's motion to allow late claim and notice regarding same | 2.70 | 675.00 |
|  | JHP | Preparation of National In-Store Marketing's settlement documents, including e-mail correspondence with National In-Store Marketing's counsel and client regarding same (1.2); preparation for and attendance at court hearing to report settlement to court (.5); preparation and issuance of proposed stipulation and agreed order to settle Couch claims (.8); preparation and issuance of agreed order to settle Dannon claims (.6) | 3.10 | 1,147.00 |
| 01/13/06 | JHP | Preparation of National In-Store Marketing's settlement documentation | 0.60 | 222.00 |
|  | LMP | Review and analysis of e-mail from Steven Radford regarding Elizabeth Whitbeck's offer to settle claim against Sedgwick Claims Management and e-mails with Sonnie Starbird regarding same (.4); telephone call with Randy Byrd regarding Ann Wiggins' claims against Winn-Dixie and Sedgwick Claims Management (.2) | 0.60 | 150.00 |
| 01/16/06 | LMP | E-mail to working group regarding proposed order on National In-Store Marketing's motion to allow late claim and revision of order | 0.40 | 100.00 |
| 01/17/06 | LMP | Telephone conference with Sedgwick CMS and its counsel regarding litigation strategy for Carol Schweitzer's claims against Sedgwick Claims Management for which Winn-Dixie bears indemnification liability (.7); telephone call with Sedgwick CMS and its counsel regarding litigation strategy for Elizabeth Whitbeck's claims against Sedgwick Claims Management for which Winn-Dixie bears indemnification liability (.5); telephone call with George Douglas regarding whether Rita Ferguson will agree to release Sedgwick Claims Management as part of settlement with Winn-Dixie, review of correspondence from George Douglas regarding same, and e-mails and telephone calls with working group regarding strategy for litigation against Sedgwick Claims Management (.7); |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| | preparation of motion to transfer venue of the Ferguson/ Sedgwick litigation (2.3); preparation of motion for order approving agreement for modification of the automatic stay to allow Sedgwick Claims Management to bring third party claims against Winn-Dixie in litigation against Sedgwick Claims Management for which Winn-Dixie bears indemnification liability (4.1) | 8.30 | 2,075.00 |
| 01/18/06 LMP | E-mails with Leyza Blanco regarding proposed agreed order on National In-Store Marketing's motion to allow late claim (.2); preparation of motion and proposed agreed order for modification of the automatic stay to allow Sedgwick Claims Management to file third party complaints against Winn-Dixie in litigation against Sedgwick Claims Management for which Winn-Dixie bears indemnification liability (4.5); review and analysis and revision of draft third party complaint by Sedgwick Claims Management against Winn-Dixie (.5); review, analysis of and e-mail to working group regarding signed consent order resolving Elizabeth Whitbeck's claim against Winn-Dixie and releasing claims against its agents and impact on Sedgwick Claims Management litigation (.7) | 5.90 | 1,475.00 |
| BB | Research and analysis of workers' compensation, liens and their potential effect on claims settlement | 2.30 | 506.00 |
| 01/19/06 LMP | E-mails to working groups regarding relief from the stay to allow Sedgwick Claims Management to file third-party complaints against Winn-Dixie (.4); telephone call with Malcolm Purow regarding his request that we hold the consent order releasing Winn-Dixie and Sedgwick Claims Management and telephone call with case manager and e-mail to working group regarding same (.4) | 0.80 | 200.00 |
| BB | Revisions to motion to transfer venue in Ferguson v. Sedgwick (.2); analysis of Medicare Secondary Payer statute (.2) | 0.40 | 88.00 |
| 01/20/06 LMP | E-mails with defense counsel regarding Elizabeth Whitbeck's and Carol Schweitzer's litigation against Sedgwick Claims Management (.4); telephone call and e-mails with Leyza Blanco regarding proposed order on National In-Store Marketing's motion to allow late claim and revision of same (.7) | 1.10 | 275.00 |
| BB | Legal research regarding the mediation of claims through the claim resolution process | 0.80 | 176.00 |
| 01/23/06 LMP | Telephone calls with Malcolm Purow and Steve Radford regarding Elizabeth Whitbeck's claims against Winn-Dixie and Sedgwick Claims Management and e-mail to working group regarding same (.4); review and analysis of e-mail from Leyza Blanco regarding National In-Store Marketing's post-petition claims and e-mail to David Young regarding same (.4) | 0.80 | 200.00 |
| JHP | Preparation of pleadings necessary to remove Sedgwick Claims Management's bad check litigation to federal court and related papers (.8); review of | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|          |     |                                                                                                                                                                                                                                                            | HOURS |         |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|
|          |     | Diversified Maintenance adversary proceeding and e-mail correspondence to client regarding recommended course of action (.8)                                                                                                                                | 1.60  | 592.00  |
| 01/25/06 | SDB | Review of proof of claim of Louise Clark and conference with James H. Post regarding expedited resolution (.3); two conferences with James H. Post regarding mediation process (.4)                                                                          | 0.70  | 283.50  |
| 01/26/06 | LMP | Preparation of stipulation between Winn-Dixie and Sedgwick CMS regarding modification of the automatic stay to allow Sedgwick Claims Management to file third party complaints asserting Winn-Dixie's indemnification liability, proposed agreed order thereon and notice thereof | 1.30  | 325.00  |
|          | BB  | Legal research regarding mediation procedures in the claims resolution process                                                                                                                                                                             | 0.70  | 154.00  |
| 01/27/06 | LMP | Revision of stipulation with Sedgwick Claims Management regarding relief from the automatic stay, proposed agreed order thereon and notice thereof and e-mail to working group regarding same                                                               | 0.60  | 150.00  |
|          | JHP | Preparation of stipulation with counsel for Urbano and others to continue the hearings on pending motions for leave to file late proof of claim while claim goes through claims resolution procedure (1.0); review of proposed revisions to Couch settlement agreement by James Couch's counsel and preparation of revised documents (.8) | 1.80  | 666.00  |
| 01/30/06 | LMP | E-mails with David Young regarding National In-Store Marketing's alleged post-petition claims                                                                                                                                                              | 0.30  | 75.00   |
|          | BB  | Research and analysis of North Carolina Medicaid statutes to determine whether Winn-Dixie is required to pay Medicaid before paying claimants pursuant to settlement                                                                                        | 1.40  | 308.00  |
|          | JHP | Preparation of proposed stipulation regarding the continuance motions to file late claims while settlement negotiations continue without prejudice (Urbano, Goodrich, etc.) (1.2); preparation of Couch settlement stipulating, including e-mail correspondence to local counsel (1.0) | 2.20  | 814.00  |
| 01/31/06 | LMP | E-mail to Stephanie Simpson and Tom Glassman regarding suggested revisions to draft third-party complaint (.1); revision of stipulation for relief from the automatic stay (.2); e-mail to working group regarding same (.1)                                | 0.40  | 100.00  |
|          | BB  | Research and analysis of case law regarding proper procedural mechanism for seeking recovery of money owed to debtor pursuant to 544(b)                                                                                                                     | 2.30  | 506.00  |
|          | JHP | Preparation of Urbano stipulation (.5); e-mail correspondence to Jay Castle and local counsel regarding negotiations on Bowdin Square (.3); preparation of objection to claim of Louise Clark and e-mail correspondence to co-counsel regarding            |       |         |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Page: 6
02/17/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:   112527

Chapter 11 - Claims Litigation

|  | HOURS |  |
|---|---|---|
| same (1.0); review of agreed order to lift stay and relating pleadings in Sedgwick Claims Management litigation (.8) | 2.60 | 962.00 |
| FOR PROFESSIONAL SERVICES RENDERED | 101.10 | 29,878.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.60 | $405.00 | $648.00 |
| James H. Post | 40.20 | 370.00 | 14,874.00 |
| Beau Bowin | 7.90 | 220.00 | 1,738.00 |
| *Tana L. Copeland | 1.70 | 120.00 | 204.00 |
| Leanne McKnight Prendergast | 49.50 | 250.00 | 12,375.00 |
| Elizabeth M. Schule | 0.20 | 195.00 | 39.00 |
| TOTAL | 101.10 |  | $29,878.00 |

TOTAL THIS STATEMENT                                    $29,878.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  109905

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

| | | | HOURS | |
|---|---|---|---|---|
| 10/05/05 | KSW | Preparation and electronic filing of certificate of service regarding motion for determination of unresolved reclamation claims (.4); electronic filing of supplemental certificate of service regarding motion for determination of unresolved reclamation claims (.2) | 0.60 | 72.00 |
| 10/11/05 | JHP | Correspondence to co-counsel regarding Bissell Corporation's alleged reclamation claim | 0.20 | 71.00 |
| 10/12/05 | KSW | Calculation of payment allocation regarding Dannon's reclamation and unsecured claim (.4); preparation of schedule regarding same (.3) | 0.70 | 84.00 |
| 10/17/05 | JHP | Preparation for November 11, 2005 hearing on motion for determination of unresolved claims and e-mail correspondence with client and co-counsel thereon | 0.40 | 142.00 |
| 10/18/05 | JHP | E-mail correspondence with client and co-counsel regarding November 11, 2005 hearing on motion for determination of unresolved reclamation claims | 0.20 | 71.00 |
| | CCJ | Review and analysis of reclamation motion and preparation for November 4, 2005 hearing (.2); correspondence to Sally Henry regarding same (.3) | 0.50 | 147.50 |
| 10/19/05 | JHP | Preparation for and attendance at telephone conference with Ellen Gordon (Xroads) and Steve Eichel (Skadden) regarding preparation for the November 4, 2005 hearing on the motion for determination of unresolved reclamation claims (.8); preparation for hearing, including the identification of necessary exhibits and witnesses (.6) | 1.40 | 497.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 2
11/10/2005

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021676M
STATEMENT NO:  109905

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  | HOURS |  |
|---|---|---|---|
| 10/24/05 EMS | Telephone call with Tom Maloney, representing Amstar Foods, regarding resolution of reclamation claim | 0.20 | 38.00 |
| 10/25/05 JHP | Preparation for November 4, 2005 hearing on motion for determination of unresolved reclamation claims, including preparation of exhibits and proposed affidavits | 1.00 | 355.00 |
| 10/28/05 JHP | Preparation for November 4, 2005 hearing on motion for determination of unresolved reclamation claims, including the preparation of proposed affidavits | 0.60 | 213.00 |
| 10/31/05 LMP | Preparation of proposed affidavits regarding service of reclamation motion and the amounts of the reclamation claims and e-mail to Steve Eichel regarding same | 1.10 | 275.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 6.90 | 1,965.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 3.80 | $355.00 | $1,349.00 |
| Cynthia C. Jackson | 0.50 | 295.00 | 147.50 |
| *Kimberly S. Ward | 1.30 | 120.00 | 156.00 |
| Leanne McKnight Prendergast | 1.10 | 250.00 | 275.00 |
| Elizabeth M. Schule | 0.20 | 190.00 | 38.00 |
|  | 6.90 |  | $1,965.50 |

TOTAL THIS STATEMENT                                    $1,965.50
                                                       =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  110840

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/05 | TLC | Revision of Ellen Gordon's affidavit (.4); filing of the motion for protective order on the Unsecured Creditors Committee's numerous deposition and document requests (.6); update of Equity Committee notebook (.3) | 1.30 | 156.00 |
|  | JHP | Preparation for November 4, 2005 hearing on motion for determination of unresolved reclamation claims, including the preparation of affidavits and telephone calls and e-mail correspondence with prospective witnesses and Steve Eichel | 1.80 | 639.00 |
| 11/02/05 | TLC | Transmittal of objection by Duane Pet Care Co. to Steve Eichel and Ellen Gordon (.1); revision of affidavit of Ellen Gordon and transmittal to her for comments (.6); revision of hearing testimony outline and transmittal to Steve Eichel for comments (.4) | 1.10 | 132.00 |
|  | JHP | Preparation for November 4, 2005 hearing on motion for determination of unresolved reclamation claims, including telephone calls and e-mails with claimant attorneys, XRoads (Ellen Gordon) and co-counsel regarding resolution of objections, proposed affidavits and proposed order | 2.40 | 852.00 |
| 11/03/05 | JHP | Preparation for November 4, 2005 hearing, including revision of exhibits to proposed order based upon recent settlements, proposed affidavits, and telephone calls and e-mail correspondence with co-counsel, XRoads and attorneys for claimants regarding same | 2.20 | 781.00 |
| 11/04/05 | JHP | Preparation for and attendance at hearing on motion for determination of unresolved reclamation claims, including preparation of proposed order and exhibits to order, affidavits and e-mail correspondence with co-counsel and XRoads regarding same | 1.80 | 639.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/07/05 | JHP | Preparation of notice and agreed order approving stipulation with Southeast Atlantic, including telephone calls regarding same with Steve Eichel (1.0); e-mail correspondence regarding entry of order granting motion for determination of unresolved reclamation claims (.2) | 1.20 | 426.00 |
| 11/14/05 | JHP | Revisions to proposed stipulation and agreed order regarding Southeast Beverage's proposed setoff | 0.80 | 284.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 12.60 | 3,909.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 10.20 | $355.00 | $3,621.00 |
| *Tana L. Copeland | 2.40 | 120.00 | 288.00 |
| TOTAL | 12.60 |  | $3,909.00 |

TOTAL THIS STATEMENT                                $3,909.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021676M
STATEMENT NO:  111724

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)


|  |  | HOURS |  |
|---|---|---|---|
| 12/08/05 JHP Telephone call with Steve Eichel regarding procedural issues and strategies to adjudicate remaining reclamation claims, including review of material pleadings | | 0.40 | 142.00 |
| 12/12/05 JHP E-mail correspondence to counsel for reclamation claimants (Novartis, Gerber and Dannon) regarding evidentiary hearings | | 0.40 | 142.00 |
| FOR PROFESSIONAL SERVICES RENDERED | | 0.80 | 284.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 0.80 | $355.00 | $284.00 |

TOTAL THIS STATEMENT                                              $284.00
                                                                 ========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021676M
5050 Edgewood Ct.                                          STATEMENT NO:   112510
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/20/06 | JHP | Revisions to proposed stipulation with Hood, including preparation of motion, notice and agreed order regarding same | 0.80 | 296.00 |
| 01/24/06 | JHP | Revisions to notice, motion and agreed order on Hood stipulation, including telephone call with and e-mail correspondence to co-counsel regarding same | 0.60 | 222.00 |
| 01/26/06 | JHP | Preparation of revisions to proposed Hood stipulation and related documents, including telephone calls with co-counsel | 0.40 | 148.00 |
| 01/31/06 | JHP | E-mail correspondence to co-counsel regarding proposed turnover motion to obtain setoffs against vendors, including legal research regarding same | 0.80 | 296.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.60 | 962.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 2.60 | $370.00 | $962.00 |

TOTAL THIS STATEMENT                                                       $962.00
                                                                          =======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021677M
STATEMENT NO:  110841

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/15/05 | EMS | Legal research regarding notice of withdrawal of Old Dixie Produce appeal (2.4); preparation of joint motion to dismiss appeal with prejudice for Debtors' appeal to U.S. District Court regarding Old Dixie Produce & Packaging, Inc. (2.0) | 4.40 | 836.00 |
| 11/21/05 | CCJ | Review, revision and filing of notice of dismissal of Old Dixie appeal and correspondence to Nick Pugham regarding same | 1.00 | 295.00 |
|  | EMS | Revision of joint motion to withdraw Old Dixie PACA appeal | 0.40 | 76.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 5.80 | 1,207.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $295.00 | $295.00 |
| Elizabeth M. Schule | 4.80 | 190.00 | 912.00 |
| TOTAL | 5.80 |  | $1,207.00 |

TOTAL THIS STATEMENT                                    $1,207.00
                                                       =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

Page: 1
02/17/2006
ACCOUNT NO: 10163-021677M
STATEMENT NO:  112511

| | | | HOURS | |
|---|---|---|---|---|
| 01/26/06 | CCJ | Review of and respond to correspondence regarding Old Dixie (.5); preparation of and file notice of dismissal (.5) | 1.00 | 305.00 |
| | KSW | Research regarding status of joint motion to dismiss Old Dixie appeal | 0.40 | 52.00 |
| 01/30/06 | KSW | Preparation and electronic filing of joint motion for dismissal of appeal regarding Old Dixie appeal | 0.20 | 26.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 1.60 | 383.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $305.00 | $305.00 |
| *Kimberly S. Ward | 0.60 | 130.00 | 78.00 |
| TOTAL | 1.60 | | $383.00 |

TOTAL THIS STATEMENT                                              $383.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  109906

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/01/05 | SDB | Memorandum to David Turetsky regarding provision of the disbandment motion to DDI and notice to the parties | 0.30 | 118.50 |
| 10/03/05 | SDB | Memorandum to Jan Baker and David Turetsky regarding the Creditors Committee's concern regarding confidentiality agreement with DDI | 0.30 | 118.50 |
| 10/04/05 | EMS | Telephone call with Carolyn Chayavadhanangkur at Paul Hastings regarding scheduling hearing date for retention application (.2); telephone call with Kimberly S. Ward regarding same (.1) | 0.30 | 57.00 |
| 10/05/05 | SDB | Review of the Creditors Committee's reply memorandum to the dispositive motions of the Debtors, the Equity Committee and the U.S. Trustee to dismiss the Creditors Committee's disbandment motion | 0.70 | 276.50 |
| 10/06/05 | SDB | Review of memoranda from Jan Baker and Larry Appel regarding discovery issues in connection with the Equity Committee litigation (.2); memorandum to Larry Appel and Jan Baker regarding same (.3) | 0.50 | 197.50 |
| 10/07/05 | SDB | Telephone conference with Jan Baker and Jay Castle regarding management of discovery in the disbandment proceedings | 0.20 | 79.00 |
| 10/10/05 | SDB | Preparation for and telephone conference with Larry Appel, Holly Etlin, Bennett Nussbaum and Jan Baker regarding the Debtors' responses to the Creditors Committee's discovery requests regarding the Creditors Committee's motion to disband the Equity Committee (.6); review of memorandum from David Turetsky regarding discovery requests (.1); telephone call with Jan Baker regarding same (.2) | 0.90 | 355.50 |
|  | CCJ | Received and replied to correspondence regarding Equity Committee issues | 0.60 | 177.00 |
| 10/11/05 | KSW | Research regarding discovery deadlines | 0.40 | 48.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/14/05 | SDB | Review and consideration of correspondence from Judge Funk announcing his ruling on the Debtors' and the Equity Committee's motion for summary judgment in the disbandment proceeding (.4); memorandum to Larry Appel and Jan Baker regarding the same (.7) | 1.10 | 434.50 |
| 10/17/05 | SDB | Review of memoranda from Larry Appel, Jay Castle and Jan Baker regarding Judge Funk's ruling on the Debtors' motion for summary judgment on the Equity Committee disbandment proceedings (.4); memoranda to Jan Baker and Jay Castle regarding same, scope of permissible discovery and the Debtors' response to the Creditors Committee's document request (.5); telephone call with John Macdonald regarding same (.3); provide David Turetsky form of response to the document request (.2); telephone call with Elena Escamilla regarding Judge Funk's ruling (.3) | 1.70 | 671.50 |
| 10/18/05 | SDB | Three telephone calls with John Macdonald regarding obtaining hearing on October 24, 2005 to resolve discovery dispute among parties to the disbandment proceedings (.7); preparation for and telephone conference with John Macdonald and Millbank lawyers regarding Judge Funk's ruling, scope of discovery and admissible evidence and resolution of disputes (.5); telephone call with Flip Huffard, Larry Appel, Jan Baker, Jay Castle and Bennett Nussbaum regarding the Debtors' response to the Creditors Committee's discovery requests (.5) | 1.70 | 671.50 |
|  | BB | Telephone conferences with John Macdonald regarding discovery dispute in disbandment of Equity Committee matter | 0.50 | 102.50 |
| 10/19/05 | SDB | Review of the Creditors Committee's motion for clarification and exhibits (.7); review of the court's order denying the motions for summary judgment (.3); telephone conference with Jan Baker and Jay Castle regarding preparation for October 24, 2005 hearing on the motion for clarification (.6); review of draft objection to the Creditors Committee's discovery request and draft correspondence regarding same to the Creditors Committee (.3); memoranda to David Turetsky regarding the same and related issues (.5) | 2.40 | 948.00 |
|  | JHP | Review of material discovery and correspondence relating to Unsecured Creditors Committee's motion to disband the Equity Committee, including preparation of October 24, 2005 hearing thereon | 0.50 | 177.50 |
| 10/20/05 | KSW | Preparation of correspondence to Mike Shadburn, Deputy-in-Charge and attorneys for Equity Committee, Creditors Committee, Secured Lenders and U.S. Trustee transmitting response and objection to Creditors Committee's motion for clarification of letter ruling dated October 14, 2005 (.6); preparation for filing and service of same (1.3); legal research for cases cited in response (.3) | 2.20 | 264.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

| | | HOURS | |
|---|---|---|---|
| | SDB Revision of draft response by the Debtors to the Creditors Committee's motion for clarification of the court's October 14, 2005 ruling and telephone call with David Turetsky regarding same (.8); review of the U.S. Trustee's response (.4); preparation for October 24, 2005 hearing on the Creditors Committee's motion (.7) | 1.90 | 750.50 |
| 10/21/05 | SDB Telephone conference with Larry Appel, Jan Baker and Jay Castle regarding the Creditors Committee's disbandment proceeding and preparation for the October 25, 2005 hearing on the Creditors Committee's motion for clarification (.5); conference with James H. Post regarding preparation for the hearing (.2); other preparation for the hearing (.8); telephone conference with David Turetsky and memoranda with the Equity Committee and the U.S. Trustee regarding designation of fact and expert witnesses (.8) | 2.30 | 908.50 |
| | JHP Review of material discovery and correspondence regarding October 24, 2005 hearing on Creditors Committee's motion for clarification | 0.90 | 319.50 |
| 10/24/05 | SDB Review of case law, pleadings, and briefs, telephone call with David Turetsky and other preparation for and attendance at hearing today on the Creditors Committee's motion for clarification of the court's October 17, 2005 ruling on motions for summary judgment on the disbandment proceedings (4.2); memorandum to Skadden and Larry Appel regarding the hearings (.4); review of memorandum regarding designation of expert witnesses and deposition notices (.4); memorandum to Rosalie Gray and to Jay Castle regarding same (.4); memorandum to Jan Baker regarding same (.3) | 5.70 | 2,251.50 |
| | KSW Preparation of proposed order regarding Creditors Committee for clarification of letter ruling dated October 14, 2005 | 0.30 | 36.00 |
| | JHP Preparation for and attendance at hearing on Creditors Committee's motion for clarification, including preparation of order denying motion and e-mail correspondence on discovery issues | 1.80 | 639.00 |
| 10/25/05 | CCJ Received and replied to correspondence regarding Equity Committee from U.S. Trustee and Creditors Committee | 1.00 | 295.00 |
| | SDB Telephone call with Elena Escamilla regarding responses to the Creditors Committee's discovery requests and notices of depositions (.2); review of memoranda regarding the litigiousness of the Creditors Committee, its disregard of Judge Funk's rulings and the appropriate responses to the Creditors Committee's discovery requests (.4); telephone conference with Jay Castle and Jan Baker regarding scope of the Debtors' response to the Creditors Committee's discovery and deposition requests (.5); telephone conference with Jan Baker and James H. Post regarding same (.4) | 1.50 | 592.50 |

LAW OFFICES

# Sᴍɪᴛʜ  Hᴜʟsᴇʏ & Bᴜsᴇʏ

Page: 4
11/10/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:   109906

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JHP | Preparation of proposed order denying Creditors Committee's motion for clarification and e-mail correspondence thereon with client and counsel for Creditor's Committee (1.0); review of deposition notices and document requests served on Creditors Committee, e-mail correspondence and telephone calls with client and co-counsel regarding motion for protection order and strategy (1.6) | 2.60 | 923.00 |
| 10/26/05 | SDB | Review of the Creditors Committee's correspondence to Judge Funk with an alternative proposed order denying its motion for clarification (.4); review of memoranda among interested parties regarding the Creditors Committee's discovery requests, including conference with James H. Post regarding response to the court (.5); preparation of correspondence to Judge Funk on behalf of the Debtors regarding the discovery dispute and memoranda with Larry Appel, Jay Castle and Jan Baker regarding same (1.1) | 2.00 | 790.00 |
|  | TLC | Preparation of notebook regarding material pleadings and correspondence in connection with the motion of the Creditors Committee to disband the Equity Security Holders Committee | 2.00 | 240.00 |
|  | KSW | Preparation of proposed order denying motion for clarification of October 14, 2005 letter ruling (.3); preparation of correspondence to Judge Funk transmitting same (.3) | 0.60 | 72.00 |
|  | JHP | E-mail correspondence and telephone calls with Unsecured Creditors Committee counsel regarding Debtors' proposed order denying the Creditors Committee's motion for clarification and Unsecured Creditors Committee's proposed alternative order (.8); review of deposition notices and other discovery documents filed by the Unsecured Creditors Committee and preparation of motion for protective order and review of legal research thereon (1.8) | 2.60 | 923.00 |
| 10/27/05 | SDB | Review of order by Judge Funk on the Creditors Committee's motion for clarification and memorandum to Larry Appel and Jay Castle regarding same | 0.30 | 118.50 |
|  | CCJ | Received and replied to correspondence from Rosalie Gray (Skadden Arps) regarding Equity Committee professionals (.6); correspondence to Winn-Dixie regarding same (.1) | 0.70 | 206.50 |
|  | JHP | E-mail correspondence and telephone calls with Unsecured Creditors Committee, client and co-counsel regarding Debtors' position as the proper form of order denying the Unsecured Creditors Committee's motion for clarification (.8); preparation for the November 16, 2005 evidentiary hearing on the Unsecured Creditors Committee motion to disband the Equity Committee (2.8) | 3.60 | 1,278.00 |
| 10/28/05 | JHP | Preparation for November 16, 2005 hearing on Unsecured Creditors Committee's motion to disband the equity committee, including the review of legal research and material documents for trial exhibits |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 5
11/10/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  109906

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  | HOURS |  |
|---|---|---|---|
| | (1.0); preparation for November 4, 2005 hearing on Debtors' motion for protection order (.6) | 1.60 | 568.00 |
| 10/31/05 JHP | Review of Debtors' proposed motion for protective order regarding Unsecured Creditors Committee's discovery requests on the motion to disband the Equity Committee, the review of legal research thereon and telephone calls and conferences thereon regarding strategy (2.4); preparation and attendance at telephone conference with representatives of the Unsecured Creditors Committee, U.S. Trustee, the Debtors and others regarding discovery issues, including follow-up telephone calls with the Unsecured Creditors Committee counsel and client thereon (.8) | 3.20 | 1,136.00 |
| LMP | Analysis regarding methods for responding and objecting to Unsecured Creditors Committee's discovery requests and review and analysis of draft motion for protective order | 2.50 | 625.00 |
| TLC | Update Equity Committee's notebook with deposition notices and discovery requests | 0.60 | 72.00 |
| BB | Review and analysis of discovery dispute in disbandment case (.9); analysis of appropriate procedure for getting the discovery dispute before Judge Funk (.6); research of case law regarding Judge Funk's order regarding scope of discovery (1.1); research of case law regarding sanctions for failure to comply with discovery request (1.0); review and analysis of case law and motion for protective order drafted by Skadden (1.2) | 4.80 | 984.00 |

                                                        56.80 18,425.50

FOR PROFESSIONAL SERVICES RENDERED

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 23.50 | $395.00 | $9,282.50 |
| James H. Post | 16.80 | 355.00 | 5,964.00 |
| Cynthia C. Jackson | 2.30 | 295.00 | 678.50 |
| Beau Bowin | 5.30 | 205.00 | 1,086.50 |
| *Tana L. Copeland | 2.60 | 120.00 | 312.00 |
| *Kimberly S. Ward | 3.50 | 120.00 | 420.00 |
| Leanne McKnight Prendergast | 2.50 | 250.00 | 625.00 |
| Elizabeth M. Schule | 0.30 | 190.00 | 57.00 |
| | 56.80 | | $18,425.50 |

TOTAL THIS STATEMENT                                  $18,425.50
                                                      ==========

---

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:   110842

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/05 | SDB | Review of Debtors' response to the Committee's discovery requests in the disbandment proceedings, memoranda regarding the Committee's request to adjourn the proceedings for three weeks, and memoranda regarding related discovery disputes | 0.70 | 276.50 |
| | CCJ | Review of pleadings regarding Equity Committee (.7); discussion and conference with James H. Post regarding same (.3) | 1.00 | 295.00 |
| | JHP | Preparation, service and filing of motion for protective order on Unsecured Creditors' Committee's multitude of deposition notices and burdensome document demand, including telephone calls and e-mail correspondence with David Turetsky and Jay Castle (1.2); e-mail correspondence and telephone calls with Committee Counsel and U.S. Trustee regarding status of discovery issues and related matters (.8); preparation for November 4, 2005 hearing on motion for protective order, including review of legal research (2.2); review of DDI motion to quash and response to Company concern that the motion was not filed under seal (.6) | 4.80 | 1,704.00 |
| | BB | Review and analysis of determine whether DDI's motion to quash should have been filed under seal (2.8); e-mail to Jay Castle regarding DDI's motion to quash and DDI's failure to file motion under seal (.3) | 3.10 | 635.50 |
| 11/02/05 | TLC | Preparation, filing and service of notice of hearing on Debtors' motion for protective order (.8); preparation of notebook regarding same (.4) | 1.20 | 144.00 |
| | JHP | Preparation for November 16, 2005 hearing on Unsecured Creditors' Committee's motion to disband Equity Committee, including e-mail correspondence and telephone calls with attorneys for Unsecured Creditors' Committee and others, client and co-counsel regarding discovery issues (2.2); e-mail | | |

LAW OFFICES
S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | correspondence and telephone calls with counsel for Creditors' Committee, client and others regarding possible abatement of contested motion (2.0) | 4.20 | 1,491.00 |
|  | EMS | Telephone call with Carolyn Chayavadhanangkur regarding whether motion on protective order will go forward on November 4, 2005 | 0.20 | 38.00 |
|  | BB | Preparation for Friday hearing on Debtor's motion protective order including determination of pleadings and exhibits to be used as evidence as the hearing, determination of case law and legal arguments to be made at hearing and preparation of proposed testimony | 7.30 | 1,496.50 |
| 11/03/05 | SDB | Review of communications regarding the Equity Committee's motion to abate its disbandment proceedings (.3); review of the U.S. Trustee's request for documents from Winn-Dixie (.2); conference with James H. Post and telephone conference with Jan Baker and James H. Post regarding the U.S. Trustee's document request and the Debtors' response (.5) | 1.00 | 395.00 |
|  | JHP | E-mail correspondence and telephone calls with attorneys for Unsecured Creditors' Committees and other material parties, Jay Castle, co-counsel and Bankruptcy Court judicial assistant regarding possible abatement of motion, including review and revisions to proposed communications and orders regarding possible abatement | 3.80 | 1,349.00 |
|  | BB | Preparation for hearing on Debtor's motion for protective order for discovery related to motion to disband Equity Committee | 1.80 | 369.00 |
| 11/04/05 | JHP | Preparation for and attendance at hearing on Unsecured Creditors' Committee's motion for abatement of its motion to disband the Equity Committee, including pre and post-hearing conferences, telephone calls and e-mail correspondence with attorney for Unsecured Creditors' Committees, attorneys for other interested parties, Jay Castle, co-counsel and Bankruptcy Court judicial assistant | 3.20 | 1,136.00 |
| 11/07/05 | LMP | Analysis of Creditor Committee's motion to disband Equity Committee and discovery subsequently requested by the U.S. Trustee | 0.30 | 75.00 |
|  | BB | Analysis regarding status of Creditor Committee's motion to disband Equity Committee and discovery subsequently requested by the U.S. Trustee | 0.30 | 61.50 |
| 11/08/05 | JHP | Review and analysis of documents and information to be produced within five days to U.S. Trustee, including e-mail correspondence regarding same with Marwan Salem, Jay Castle, David Turetsky and others (1.4); preparation for and attendance at telephone conference with working group regarding same (.8) | 2.20 | 781.00 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
12/15/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  110842

Chapter 11-Creditor Meetings/Statutory Committees

| | | | HOURS | |
|---|---|---|---|---|
| 11/09/05 | JHP | Review and analysis of documents and information to be produced to U.S. Trustee, including e-mail correspondence regarding same with Jay Castle, Marwan Salem and others | 0.80 | 284.00 |
| 11/10/05 | JHP | Preparation of production of documents requested by the U.S. Trustee, including review of e-mail correspondence regarding same between and among the U.S. Trustee, Milbank and others | 1.40 | 497.00 |
| 11/11/05 | JHP | Preparation for the production of documents to the U.S. Trustee required to be produced by November 15, 2005, including telephone conference with working group regarding same and review of e-mail correspondence between working group members regarding same | 1.80 | 639.00 |
| | SDB | Telephone conference with Larry Appel, Jay Castle, Jan Baker and Rosalie Gray regarding the Debtors' position on the U.S. Trustee's re-evaluation of the need for an Equity Committee, the Debtors' responses to the U.S. Trustee's information requests and related issues (.8); preparation of memorandum from Larry Appel and Peter Lynch regarding the Debtors' position on these issues and memorandum to Larry Appel regarding same (1.1) | 1.90 | 750.50 |
| 11/14/05 | JHP | Preparation for production of documents pursuant to the U.S. Trustee request, including the review of intercompany e-mail and telephone call with Jay Castle and others regarding same | 1.20 | 426.00 |
| 11/15/05 | SDB | Review of memoranda and conferences with James H. Post and others regarding the Debtors' responses to the multiple data requests by the U.S. Trustee | 0.80 | 316.00 |
| | JHP | Review of e-mail correspondence and telephone calls with co-counsel, client and others regarding the production of documents requested by the U.S. Trustee | 0.80 | 284.00 |
| 11/16/05 | SDB | Review of documents being produced by Winn-Dixie in response to the U.S. Trustee's request for financial information (.8); memoranda with Jay Castle and Jan Baker regarding production of the documents (.4); telephone call with Elena Escamilla regarding same (.2); preparation of correspondence to the U.S. Trustee regarding the production (.4) | 1.80 | 711.00 |
| | JHP | Review and organization of documents to be produced to U.S. Trustee, including telephone calls and e-mail correspondence regarding same with U.S. Trustee's office, co-counsel and client | 2.20 | 781.00 |
| 11/17/05 | SDB | Revision of correspondence to U.S. Trustee regarding Winn-Dixie's response to U.S. Trustee's request for financial information (.4); telephone conferences with Jay Castle and Jan Baker regarding same (.3) | 0.70 | 276.50 |

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

| | | | HOURS | |
|---|---|---|---|---|
| | JHP | Preparation and issuance of documents demanded by U.S. Trustee regarding motion to disband Equity Committee, including e-mail correspondence and telephone calls with U.S. Trustee, client and co-counsel regarding same | 1.20 | 426.00 |
| 11/18/05 | JHP | Telephone call with U.S. Trustee regarding contents of document production and follow-up conference for questions, including correspondence and e-mail regarding same with client and co-counsel | 1.00 | 355.00 |
| | SDB | Telephone call with Jan Baker regarding the Debtors' position on the disbandment of the Equity Committee (.2); telephone call with Elena Escamilla regarding the Equity Committee and regarding the U.S. Trustee's examination of documents provided by the Debtors (.3); telephone conference with Larry Appel and Jan Baker regarding the same and related matters (.7) | 1.20 | 474.00 |
| 11/22/05 | SDB | Review of Jan Baker's memorandum regarding the Equity Committee's request for the appointment of an examiner and challenge to the Debtors' proxy statement (.3); review of memoranda regarding the U.S. Trustee's examination of the Debtors' financial documents and request for a conference regarding the documents (.4); memorandum to Elena Escamilla, Larry Appel, Alex Stevenson and others regarding same (.8) | 1.50 | 592.50 |
| 11/23/05 | DDB | Legal research regarding Equity Committee's motion for appointment of an examiner, including analysis of Bankruptcy Code Section 1104(c), and applicable case law regarding bankruptcy court's discretion in such notices | 8.50 | 1,615.00 |
| | JHP | Review of legal research regarding mandatory legal standard for appointment of examiner and court's discretion regarding the examiner's scope of responsibility, including review of material e-mail and proposed pleadings regarding same | 2.80 | 994.00 |
| | SDB | Telephone call with Larry Appel regarding proposed compromise of the Equity Committee's request for the appointment of an examiner and complaint to enjoin the annual meeting (.3); telephone call with James H. Post regarding standards for appointment of an examiner (.3); telephone call with Jan Baker regarding related issues (.4); conference with lawyers doing research on Section 1104 and examiner standards and prepare our recommendation to the Debtors regarding compromise of the proposed examiner motion (1.3) | 2.30 | 908.50 |
| | CCJ | Review of and respond to correspondence regarding Equity Committee | 0.50 | 147.50 |
| | BB | Legal research regarding whether appointment of an examiner under Section 1104(c)(2) upon request of party in interest is mandatory or whether court has | | |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | discretion to decide whether or not to appoint (3.0); whether there are any exceptions to any requirement that the court appoint an examination, i.e., waiver and whether the court has discretion in determining the scope of the examiner's investigation (3.0); conference with Stephen D. Busey regarding the results of research (2.7) | 8.70 | 1,783.50 |
| 11/25/05 | SDB | Review of the Equity Committee's draft complaint to enjoin the Debtors' annual meeting of shareholders and motion to appoint an examiner and supporting memoranda of law (1.2); preparation for and telephone conference with Larry Appel, Jay Castle and Jan Baker regarding the Debtors' responses to the proposed pleadings and alternatives for resolution (.8); review of statutory and case law regarding the appointment of a receiver and independent committees of the Board (.5) | 2.50 | 987.50 |
| 11/26/05 | SDB | Memoranda to Elena Escamilla, Larry Appel, Jan Baker, Alex Stevenson and Chris Boyle regarding the U.S. Trustee's review of Winn-Dixie's financial documentation and proposed disbandment of the Equity Committee and regarding the U.S. Trustee's request for a conference on November 30, 2005 | 1.20 | 474.00 |
| 11/28/05 | DDB | Preparation of summary of research on Section 1104(c), including cases and secondary sources | 0.70 | 133.00 |
|  | SDB | Preparation for and participate in telephone conference with senior management of the Debtors regarding the request of the Equity Committee for the appointment of an examiner or internal investigation of the reasons for the Debtors' insolvency (1.3); memoranda to Larry Appel and others regarding Milbank Tweed's travel time and other expenses that are not appropriate in the Middle District of Florida (.8) | 2.10 | 829.50 |
| 11/29/05 | SDB | Telephone conference with Larry Appel, Jan Baker, Chris Boyle and Alex Stevenson regarding preparation for November 30, 2005 conference with the U.S. Trustee regarding the U.S. Trustee revisiting its decision to appoint the Equity Committee (.5); telephone call with Jan Baker and David Turetsky regarding same (.2) | 0.70 | 276.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 83.40 | 25,208.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 18.40 | $395.00 | $7,268.00 |
| James H. Post | 31.40 | 355.00 | 11,147.00 |
| Cynthia C. Jackson | 1.50 | 295.00 | 442.50 |
| Beau Bowin | 21.20 | 205.00 | 4,346.00 |
| *Tana L. Copeland | 1.20 | 120.00 | 144.00 |
| David D. Burns | 9.20 | 190.00 | 1,748.00 |
| Leanne McKnight Prendergast | 0.30 | 250.00 | 75.00 |
| Elizabeth M. Schule | 0.20 | 190.00 | 38.00 |
| TOTAL | 83.40 | | $25,208.50 |

TOTAL THIS STATEMENT                                   $25,208.50
                                                      ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021679M
STATEMENT NO:  111725

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | SDB | Telephone call to Jan Baker and Rosalie Gray regarding the U.S. Trustee's reconsideration of the appointment of the Equity Committee (.3); conference with Elena Escamilla and Jay Castle regarding the Debtors' position on the appointment of an Equity Committee (.3); memorandum to Elena Escamilla regarding the U.S. Trustee's proposed notice of disbandment (.4); review of case law and memorandum to Elena Escamilla regarding case law on the standard for disbandment (1.1) | 2.10 | 829.50 |
| 12/02/05 | SDB | Memoranda to Elena Escamilla, Jay Castle, Larry Appel and Jan Baker regarding the disbandment proceedings (.4); telephone call to Larry Appel regarding same (.3) | 0.70 | 276.50 |
| 12/05/05 | SDB | Review of the Equity Committee's correspondence to the U.S. Trustee describing the Equity Committee's efforts to date and its contribution to the case (.3); telephone call to Jan Baker and Rosalie Gray regarding alternatives to the Equity Committee's proposed motion for the appointment of an examiner (.4); telephone conference with Jan Baker and Larry Appel regarding those alternatives, including additional board members and strategic considerations (1.0); review of applicable Florida Statutes regarding corporate evaluation of potential derivative claims (.4) | 2.10 | 829.50 |
|  | JHP | Review of correspondence to U.S. Trustee from Equity Committee and Debtors | 0.30 | 106.50 |
| 12/06/05 | SDB | Preparation for and telephone conference with Peter Lynch, Bennett Nussbaum, Larry Appel, Jay Castle and Jan Baker regarding the status of the Equity Committee, the Equity Committee's proposed motion for the appointment of an examiner and related proceedings (.9); telephone call to Jan Baker |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

HOURS

|  |  |  |  |
|---|---|---|---|
|  | regarding related issues (.4); telephone conference with Jan Baker, Larry Appel and Jay Castle regarding conduct of the independent review requested by the Equity Committee (.8); telephone call to the Honorable Major Harding regarding the independent review requested by the Equity Committee (.5); telephone call to Elena Escamilla regarding the status of the U.S. Trustee's review of the Equity Committee (.3); telephone call to Larry Appel regarding related Board issues (.3); telephone conference with Jan Baker and Cynthia C. Jackson regarding Equity Committee issues (.3) | 3.50 | 1,382.50 |
| 12/07/05 SDB | Preparation for and telephone conference with Jay Castle, Jan Baker and John Mathias regarding insurance coverage for claims arising out of the Equity Committee's request for an investigation (.8); telephone conference with Peter Lynch, Bennett Nussbaum, Larry Appel, Jan Baker and Jay Castle regarding the Debtors' reaction to the Equity Committee's proposed motion for the appointment of an examiner (.5); telephone conference with Jan Baker and Rosalie Gray regarding preparation for telephone conference with the Equity Committee (.7); preparation for and telephone conference with Jan Baker, Rosalie Gray and representatives of the Equity Committee regarding the Debtors' investigation of issues raised by the Equity Committee (1.1); telephone call to the Honorable Major Harding regarding serving as the investigator (.4) | 3.50 | 1,382.50 |
| 12/08/05 SDB | Telephone call to Elena Escamilla regarding the Equity Committee (.2); review of memoranda from Paul Hastings (.2); review of Jan Baker's correspondence to Ken Meeker regarding the Equity Committee's allegations (.2) | 0.60 | 237.00 |
| JHP | Preparation for contested hearing with ULC on Debtors' motion to extend exclusivity | 0.80 | 284.00 |
| 12/09/05 SDB | Telephone conference with Jan Baker and Larry Appel regarding the written communications by the Equity Committee to the U.S. Trustee and the appropriate response by the Debtors, including the Debtors' reply to the Equity Committee's baseless and irresponsible allegations in its motion for the appointment of an examiner (1.2); outline draft of the Debtors' response to the motion (.8) | 2.00 | 790.00 |
| 12/13/05 SDB | Review of the Equity Committee's motion to appoint an examiner (.6); telephone conference with Larry Appel, Jay Castle, Jan Baker and others regarding the company's response to the motion (.5) | 1.10 | 434.50 |
| 12/14/05 SDB | Telephone call to Elena Escamilla regarding the status of the Equity Committee and related issues (.3); telephone call to the Honorable Major Harding |  |  |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

| | | | HOURS | |
|---|---|---|---|---|
| | | regarding the Equity Committee's motion to appoint an examiner (.4); memoranda to Larry Appel and others regarding the status of the disbandment review and preparation for December 15, 2005 hearing regarding the Equity Committee matters (.9) | 1.60 | 632.00 |
| 12/15/05 | SDB | Conference with Elena Escamilla regarding status of the U.S. Trustee's review of the Equity Committee (.3); conference with Jerrett McConnell regarding same and the Ad Hoc Retiree Committee (.3) | 0.60 | 237.00 |
| 12/16/05 | SDB | Two telephone conferences with Larry Appel and Jan Baker, two telephone calls with Elena Escamilla, and memorandum to Larry Appel, Jan Baker, Elena Escamilla and others, all regarding arranging a conference with the U.S. Trustee's office to review the Debtors' last 10Q and last three monthly operating reports (1.4); preparation for and participation in that telephone conference (1.3) | 2.70 | 1,066.50 |
| 12/19/05 | SDB | Review of David Turetsky's draft response to the Equity Committee's motion for the appointment of an examiner (.8); memoranda to David Turetsky regarding authorities supporting the response (.3) | 1.10 | 434.50 |
| | CCJ | Review of and respond to correspondence from David Turetsky regarding examiner (.3); conference with Rosalie Gray regarding same (.2) | 0.50 | 147.50 |
| 12/20/05 | SDB | Memorandum to Larry Appel and Jan Baker regarding status of the examiner motion | 0.40 | 158.00 |
| 12/21/05 | SDB | Review of the Equity Committee's request for status conference on its motion for appointment of an examiner (.4); telephone call to Elena Escamilla regarding the Equity Committee's request, the status of the U.S. Trustee's reconsideration of the Equity Committee and related issues (.7); review of memoranda from counsel for the Equity Committee regarding its pleadings (.3) | 1.40 | 553.00 |
| 12/22/05 | SDB | Memorandum to Larry Appel and Jan Baker regarding status of the U.S. Trustee's reconsideration of the Equity Committee (.8); telephone call to Jan Baker and Rosalie Gray regarding the Debtors' response to the Equity Committee's motion for the appointment of an examiner, the Equity Committee's discovery requests, scheduling and related issues (.7); telephone call to Jay Castle regarding same (.4); review of memoranda from Paul Hastings regarding related issues (.4); review of memoranda regarding the Equity Committee's renewed request for information from the Debtors and the Debtors' proposed response (.7) | 3.00 | 1,185.00 |
| | CCJ | Conference with Stephen D. Busey, D.J. Baker and Rosalie Gray regarding Equity Committee's issues and examiner | 0.20 | 59.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/26/05 | SDB | Revision of draft of the Debtors' response to the Equity Committee's motion for the appointment of an examiner | 1.70 | 671.50 |
| 12/27/05 | SDB | Review of case law and further revision of draft brief in response to the Equity Committee's motion for the appointment of an examiner (3.8); telephone conference with Larry Appel, Bennett Nussbaum and Jan Baker regarding the examiner motion, status of the Equity Committee and related issues (1.1) | 4.90 | 1,935.50 |
| 12/28/05 | SDB | Preparation for and telephone conference with representatives of the Creditors Committee and Skadden Arps regarding the Equity Committee's motion to appoint an examiner and the Debtors' response to the motion (.7); three telephone calls with Jan Baker regarding same (.4); telephone call to John Macdonald regarding same (.2) | 1.30 | 513.50 |
| 12/29/05 | SDB | Revision of the Debtors' memorandum in opposition to the Equity Committee's motion to appoint an examiner and memorandum to Jan Baker regarding same (4.8); telephone call to Jerrett McConnell regarding the Ad Hoc Retirees Committee's proposal regarding the Equity Committee and telephone call to Larry Appel regarding same (.3) | 5.10 | 2,014.50 |
| 12/30/05 | SDB | Review of materials that were requested by the Equity Committee regarding the Internal Revenue Service claim and respond to Mike Dussinger at XRoads regarding same | 0.60 | 237.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 41.80 | 16,397.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 40.00 | $395.00 | $15,800.00 |
| James H. Post | | 1.10 | 355.00 | 390.50 |
| Cynthia C. Jackson | | 0.70 | 295.00 | 206.50 |
| | TOTAL | 41.80 | | $16,397.00 |

TOTAL THIS STATEMENT                                   $16,397.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021679M
STATEMENT NO:  112512

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | SDB | Telephone call with Alan Sibarium of the U.S. Trustee's office regarding the status of the Equity Committee's review (.2); telephone conference with Larry Appel, Peter Lynch, Holly Etlin and Jan Baker regarding the same and the Debtors' response to the Equity Committee's examiner motion (.4); memorandum to Larry Appel regarding the Debtors' response (.3); review of memoranda from Jan Baker providing comments on the draft response to the examiner's motion and incorporate those comments into the draft (.8) | 1.70 | 688.50 |
| 01/04/06 | SDB | Two telephone calls with Elena Escamilla regarding status of the U.S. Trustee's review of the Equity Committee (.5); telephone call with Larry Appel regarding same and management of the Debtors' reaction (.2); review of correspondence from Paul Hastings complaining of the Debtors' public filings (.7); review of and incorporate David Turetsky's comments on the Debtors' draft response to the Equity Committee's examiner motion (.4) | 1.80 | 729.00 |
| 01/05/06 | SDB | Review of the Equity Committee's notice of Rule 30 (g) (b) deposition of the Debtors, interrogatories and request for production of documents (.8); memoranda to Larry Appel and Jay Castle regarding same (.3) | 1.10 | 445.50 |
| 01/06/06 | EMS | Preparation of hearing outline regarding the Equity Committee's motion to appoint examiner and Debtors' response | 1.60 | 312.00 |
| 01/09/06 | SDB | Telephone call with Elena Escamilla regarding the U.S. Trustee's decision to disband the Equity Committee (.2); memorandum to Larry Appel and Jay Castle regarding sending the Equity Committee's correspondence to the U.S. Trustee (.3); review of |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Larry Appel's and Jay Castle's responses (.1); report to the Board of Directors regarding the status of the Equity Committee and its motion to appoint an examiner (.3) | 0.90 | 364.50 |
|  | CCJ | Preparation for January 12, 2005 hearing on Equity Committee's motion and review of discovery regarding same | 1.40 | 427.00 |
|  | TLC | Revision of the hearing outline regarding the Equity Committee's request for scheduling conference regarding their motion to appoint an examiner | 0.60 | 72.00 |
| 01/10/06 | SDB | Telephone call with Larry Appel regarding the Equity Committee's request for information and timing of the U.S. Trustee's decision (.2); telephone conference with Jan Baker and Rosalie Gray regarding the Debtors' response to the Equity Committee's information requests (.2); preparation for hearing on the Equity Committee's motion to appoint an examiner and related matters (.4); preparation for January 12, 2006 status conference on the Equity Committee's motion to appoint an examiner (.5); review of Wachovia's draft response to the Equity Committee's motion to appoint an examiner and provide comments to Wachovia's counsel (.5); telephone call with Elena Escamilla regarding the Equity Committee (.2); review of the Creditors Committee's response to the Equity Committee's motion to appoint an examiner (.3) | 2.30 | 931.50 |
|  | TLC | Review of the Creditors Committee response to the Equity Committee's request for a scheduling conference (.4); revision of the hearing outline on the Equity Committee's request for scheduling conference regarding their motion to appoint an examiner regarding same (.3) | 0.70 | 84.00 |
|  | CCJ | Preparation for hearing on Equity Committee's motion | 1.00 | 305.00 |
| 01/11/06 | BB | Research and analysis of the U.S. Trustee's authority to disband the Equity Committee | 2.70 | 594.00 |
|  | SDB | Telephone conference with Elena Escamilla and Al Sibarium of the U.S. Trustee's office regarding the U.S. Trustee's disbandment of the Equity Committee (.3); memoranda to Larry Appel, Jay Castle, Holly Etlin, Flip Huffard and Jan Baker regarding same (.3); review of memoranda regarding the positions of the Debtors, Creditors Committee and Wachovia in response to the disbandment of the Equity Committee and the Equity Committee's January 12, 2006 hearing regarding its motion to appoint an examiner (.6); revision of proposed public statements by the Debtors regarding the Equity Committee's disbandment and memorandum to Mike Freitag and Larry Appel regarding same (.4) | 1.60 | 648.00 |

LAW OFFICES

S MITH  H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Review of and respond to correspondence regarding disbanding of Equity Committee (.6); preparation for hearing (.4); conferences with U.S. Trustee and with Stephen D. Busey regarding same (.5) | 1.50 | 457.50 |
| 01/12/06 SDB | Telephone call with Jan Baker regarding Equity Committee's status conference motion (.3); telephone conference with Jan Baker and Larry Appel regarding January 12, 2006 hearing on the Equity Committee's status conference motion (.3); preparation for and attendance at court hearings on the Equity Committee's examiner motion (1.4); conference with Larry Appel and others regarding alternative internal examination (.4); memorandum to Jan Baker regarding the court hearings (.3) | 2.70 | 1,093.50 |
| BB | Legal research regarding U.S. Trustee's authority to disband the Equity Committee (1.5); preparation for and attendance at omnibus hearing (.7) | 2.20 | 484.00 |
| 01/18/06 CCJ | Review and analysis of motions filed by Equity Committee to unseal proceedings and to set aside disbandment (1.2); review of correspondence regarding same (.4) | 1.60 | 488.00 |
| 01/19/06 JHP | Review of motions filed by disbanded Equity Committee, including legal authority, and conferences with counsel for Equity Committee and Jay Castle regarding same | 1.20 | 444.00 |
| CCJ | Conference with John Macdonald, Jay Castle and Betsy Cox regarding Equity Committee's motions (.8); telephone conference  with Larry Appel, D.J. Baker and Jay Castle regarding same (.6); review of proposed joint motion for scheduling conference and revisions to same (.5); conferences with local counsel for Equity Committee regarding same (.6); and with U.S. Trustee regarding same (.3) | 2.80 | 854.00 |
| EMS | Telephone call with Keri Chayavadhanangkur regarding scheduling of Equity Committee's motion on U.S. Trustee's decision to disband the Equity Committee | 0.10 | 19.50 |
| 01/20/06 SDB | Review of the Equity Committee's motion to unseal pleadings and proceedings relating to the Creditors Committee's motion to disband the Equity Committee, and the Equity Committee's motion to set aside the U.S. Trustee's notice of disbandment and motion for the court's reappointment of the Equity Committee, and memoranda to the file regarding same | 1.30 | 526.50 |
| JHP | Review of Unsecured Creditors Committee's emergency motion for status conference regarding Equity Committee's motion challenging U.S. Trustee's disbandment decision and telephone conference with Jay Castle and other company representatives regarding status of dispute and alternative courses of action | 1.00 | 370.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/22/06 | SDB | Review of joint motion to schedule a status conference on the Equity Committee's pleadings objecting to its disbandment and preparation for the January 23, 2006 status conference hearing | 0.80 | 324.00 |
|  | CCJ | Review of and respond to correspondence regarding Equity Committee (.9); correspondence to Jay Castle and Larry Appel regarding same (.2); conference with Stephen D. Busey regarding same (.2) | 1.30 | 396.50 |
| 01/23/06 | SDB | Review of the Equity Committee's response to the Debtors' and Creditors Committee's joint motion for a status conference (.3); telephone conferences with Jan Baker, David Turetsky, Jay Castle, Cynthia C. Jackson and Matt Barr of Milbank regarding preparation for the court status conference (.9); preparation for and representation of the Debtors at status telephone conference with the Court (.6); telephone conferences with Jan Baker, David Turetsky, Larry Appel and Jay Castle regarding the status conference, the issues to be heard at the January 30, 2006 hearing on the Equity Committee's motion to reappoint the Equity Committee, and the prehearing briefing required for the Debtors (.8); telephone call with Elena Escamilla regarding the U.S. Trustee's prehearing briefing (.3); telephone call with John Macdonald regarding same (.2) | 3.10 | 1,255.50 |
|  | CCJ | Preparation for and telephone conference with D.J. Baker and Jay Castle regarding Equity Committee's issues | 0.80 | 244.00 |
|  | JHP | Review of Equity Committee's response and preparation for hearing on emergency motion challenging U.S. Trustee's disbandment of Equity Committee, including review of legal authorities cited by Equity Committee and preparation for emergency status conference | 1.20 | 444.00 |
| 01/24/06 | SDB | Telephone conference with Larry Appel, Jay Castle, Jan Baker and Winn-Dixie senior management regarding the Debtors' response to the Equity Committee's motion for appointment of an examiner, the Equity Committee's motion for reinstatement and related issues (1.0); telephone conferences with Jan Baker, Jay Castle and Larry Appel in preparation for our recommendation to senior management (.8); telephone call with Elena Escamilla regarding response to the Equity Committee's motions (.2); review and revision of draft of the Debtors' response to the Equity Committee's motions (1.8); memorandum to David Turetsky regarding same (.3) | 4.10 | 1,660.50 |
| 01/25/06 | SDB | Memorandum to David Turetsky regarding filing of Winn-Dixie's response to the Equity Committee's motions for reinstatement (.4); telephone call with John Macdonald regarding same (.2); review of comments to the draft response from Larry Appel and Jay Castle (.5); review of redlined response including the |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  | HOURS |  |
|---|---|---|---|
| | comments (.4); telephone call with Elena Escamilla regarding the Debtors' response to the Equity Committee's examiner's motion (.4); telephone call with Jan Baker regarding same (.4) | 2.30 | 931.50 |
| 01/26/06 SDB | Telephone call with David Turetsky regarding sealing of Equity Committee proceedings (.2); memorandum to Larry Appel regarding my January 25, 2006 telephone call with Elena Escamilla regarding an examiner for Winn-Dixie (.6); telephone conference with Jan Baker and Larry Appel regarding same (.4); telephone call with Elena Escamilla regarding same (.3); two telephone calls with Larry Appel regarding same (.4); review of response filed by Wachovia to Equity Committee's motions (.3); preparation for January 30, 2006 hearing on the motions (1.2) | 3.40 | 1,377.00 |
| CCJ | Review and analysis of response to Equity Committee's motion filed by Debtors, Wachovia and U.S. Trustee | 2.00 | 610.00 |
| KSW | Preparation for filing and service of response and objection to Equity Committee's motion to set aside U.S. Trustee's notice of disbandment and to reappoint Equity Committee | 1.20 | 156.00 |
| 01/27/06 SDB | Telephone call with Elena Escamilla regarding the U.S. Trustee's position at the January 30, 2006 hearing on the Equity Committee's motions for reinstatement (.4); telephone call with Larry Appel regarding same (.3); revisions to draft Winn-Dixie motion to appoint an examiner and memorandum to David Turetsky regarding same (1.1); telephone call with Jan Baker regarding the U.S. Trustee's position at the January 30, 2006 hearing (.2); review of briefs filed by the Creditors Committee and the U.S. Trustee opposing the reappointment of the Equity Committee (.9); preparation for the January 30, 2006 hearing, including reading Paul Hastings' correspondence to the SEC, reading Paul Hastings' Section 201 motion to take judicial notice of 61 exhibits, reading those exhibits, two conversations with Larry Appel and other preparation (1.6); review of Houston Maddox's joinder (.1) | 4.60 | 1,863.00 |
| KSW | Preparation of hearing notebook for January 30, 2006 hearing on Equity Committee | 0.30 | 39.00 |
| 01/28/06 SDB | Revision of draft announcement regarding the Equity Committee (.6); memoranda to Michael Freitag and Larry Appel regarding same (.2) | 0.80 | 324.00 |
| 01/29/06 SDB | Reread briefs filed by the U.S. Trustee, the Equity Committee, the Creditors Committee, Wachovia and the Debtors regarding the Equity Committee's motion to reappoint the Equity Committee and set aside the disbandment notice (1.2); memoranda to Larry Appel | | |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 6
02/17/2006
ACCOUNT NO: 10163-021679M
STATEMENT NO:  112512

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | and Bennett Nussbaum regarding the Debtors' financials, outline argument and other preparation for the January 30, 2006 hearing on the Equity Committee's motion (2.6) | 3.80 | 1,539.00 |
| 01/30/06 | SDB | Telephone conference with Jay Skelton, Peter Lynch, Larry Appel and Jan Baker regarding Winn-Dixie's proposed press release about the Equity Committee (.4); conference with Jay Skelton and Larry Appel regarding same (.5); preparation for and attendance at two hearings regarding the Equity Committee's motion for reinstatement (3.5); conference with Jay Skelton regarding the hearings and related issues (.4) | 4.80 | 1,944.00 |
|  | CCJ | Conference with Jay Castle, Stephen D. Busey and James H. Post regarding Equity Committee's hearings (.6); review of proposed public announcement (.3) | 0.90 | 274.50 |
| 01/31/06 | SDB | Communications with Larry Appel, Jan Baker and Jay Castle regarding further proceedings on the Equity Committee's motion to overturn the U.S. Trustee's disbandment decision | 0.40 | 162.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 67.60 | 23,882.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 41.50 | $405.00 | $16,807.50 |
| James H. Post | 3.40 | 370.00 | 1,258.00 |
| Cynthia C. Jackson | 13.30 | 305.00 | 4,056.50 |
| Beau Bowin | 4.90 | 220.00 | 1,078.00 |
| *Tana L. Copeland | 1.30 | 120.00 | 156.00 |
| *Kimberly S. Ward | 1.50 | 130.00 | 195.00 |
| Elizabeth M. Schule | 1.70 | 195.00 | 331.50 |
| TOTAL | 67.60 |  | $23,882.50 |

TOTAL THIS STATEMENT                                    $23,882.50

*Legal Assistant