LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021680M
STATEMENT NO:   112513

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Disclosure Statement/Voting Issues

|  |  | HOURS |  |
|---|---|---|---|
| 01/22/06 CCJ | Review of and respond to correspondence from Rosalie Gray regarding disclosure statement and conference with Stephen D. Busey regarding same | 1.10 | 335.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | 1.10 | 335.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.10 | $305.00 | $335.50 |

TOTAL THIS STATEMENT                $335.50
                                    =======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-21005+8

Page: 1
02/17/2006
ACCOUNT NO: 10163-021681M
STATEMENT NO: 112515

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Employee Matters (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | CCJ | Conferences with Rick Thames regarding wage issues (.5); conference with Jay Castle and Dennis Dunne regarding same and with Stephen D. Busey regarding same (.2); correspondence to Rick Thames regarding same (.5) | 1.20 | 366.00 |
| 01/04/06 | SDB | Review of draft of Debtors' motion to pay retention incentive payment to the Debtors' chief executive officer (.3); review of memoranda among Jan Baker, Holly Etlin, Larry Appel and Jay Castle regarding same (.3); memorandum to Larry Appel regarding same and analysis of litigation risks (.9) | 1.50 | 607.50 |
| 01/18/06 | KSW | Preparation, electronic filing and service of motion for order authorizing payment of CEO retention incentive and notice of hearing thereon (.7); preparation and electronic filing of certificate of service of same (.3) | 1.00 | 130.00 |
| 01/22/06 | SDB | Review of Debtors' motion to pay a CEO retention bonus | 0.40 | 162.00 |
| 01/30/06 | SDB | Review of draft notice of amendment of the Debtors' CEO KERP motion and suggest amendment to the motion (.4); review of memoranda among David Turetsky, Larry Appel and Flip Huffard regarding same (.2); conference with Elena Escamilla and Jay Skelton regarding the compromise with the Creditors Committee and why the KERP is in the best interest of the Debtors (.6) | 1.20 | 486.00 |
|  | CCJ | Review of and respond to correspondence from Rosalie Gray regarding Peter Lynch's KERP (.4); review of amended notice (.2); conference with Stephen D. Busey regarding same and with Rosalie Gray regarding same (.5) | 1.10 | 335.50 |

LAW OFFICES
## S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Page: 2
02/17/2006
ACCOUNT NO: 10163-021681M
STATEMENT NO:   112515

Chapter 11 -  Employee Matters (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/31/06 | SDB | Revisions to draft of Winn-Dixie's amended motion to approve the CEO's KERP proposed payment (.4); conference with Cynthia C. Jackson regarding same (.1) | 0.50 | 202.50 |
|  | EMS | Preparation of hearing outline on Debtors' motion for order authorizing payment of CEO retention incentive | 2.40 | 468.00 |
|  | CCJ | Conferences with David Turetsky and review and revision of Peter Lynch's KERP motion | 0.80 | 244.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 10.10 | 3,001.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.60 | $405.00 | $1,458.00 |
| Cynthia C. Jackson | 3.10 | 305.00 | 945.50 |
| *Kimberly S. Ward | 1.00 | 130.00 | 130.00 |
| Elizabeth M. Schule | 2.40 | 195.00 | 468.00 |
| TOTAL | 10.10 |  | $3,001.50 |

TOTAL THIS STATEMENT                                           $3,001.50
                                                              =========

_____
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021683M
STATEMENT NO:  109907

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Environmental Matters

| | | HOURS | |
|---|---|---|---|
| 10/03/05 TES | Telephone calls and e-mails with client regarding tank closure on Winn-Dixie Store No. 583 and preparation of response to questions from landlord's attorney | 1.50 | 532.50 |
| 10/04/05 TES | Review of e-mails from Winn-Dixie regarding mold damage as relates to abandonment and coverage (.3); research regarding mold claims as environmental claims (1.0); conference with Cynthia C. Jackson regarding same (.1); preparation of e-mail response to Winn-Dixie (.2) | 1.60 | 568.00 |
| 10/05/05 TES | Review of new request for information from landlord (.1); telephone call and e-mails to Winn-Dixie regarding request for information (.2); preparation of response to landlord (.5) | 0.80 | 284.00 |
| 10/06/05 TES | E-mails with Mike Teston at Winn-Dixie to obtain and correct notices to state regarding underground storage tank closure | 0.50 | 177.50 |
| 10/12/05 TES | Review and respond to further inquiries from landlord regarding underground storage tank closure at Winn-Dixie Store No. 583 | 0.80 | 284.00 |
| 10/13/05 TES | Telephone call with landlord's counsel and client regarding Winn-Dixie Store No. 583 abandonment and underground storage tank closure | 0.60 | 213.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 5.80 | 2,059.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Environmental Matters

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tim E. Sleeth | 5.80 | $355.00 | $2,059.00 |

TOTAL THIS STATEMENT                                          $2,059.00
                                                            =========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021683M
STATEMENT NO:  112516

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Environmental Matters

|  |  | | HOURS |  |
|---|---|---|---|---|
| 01/10/06 CCJ | Review of and respond to correspondence regarding underground storage tanks and conference with Tim E. Sleeth regarding same | | 1.00 | 305.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | | 1.00 | 305.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $305.00 | $305.00 |

TOTAL THIS STATEMENT                                              $305.00
                                                                =======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   109898

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

| | | HOURS | |
|---|---|---|---|
| 10/01/05 SDB | Memorandum to Holly Etlin and Larry Appel regarding Computer Leasing Corporation settlement (.1); revision of first draft of Winn-Dixie's motion to compromise the Computer Leasing Corporation dispute and memorandum to Beau Bowin regarding same (.9) | 1.00 | 395.00 |
| 10/03/05 SDB | Memorandum to Matthew Barr of Milbank regarding Computer Leasing Corporation settlement (.2); memorandum regarding valuation information requested by Matthew Barr (.1); memorandum to Jane Leamy regarding Milbank inquiry regarding Computer Leasing Corporation's lease (.1) | 0.40 | 158.00 |
| 10/04/05 BB | Locate case between Winn-Dixie and Florida Department of Revenue regarding Computer Leasing Corporation's lease | 0.40 | 82.00 |
| 10/05/05 SDB | Memorandum to Beau Bowin regarding preparation of the Rule 9019 motion to approve the compromise of the Computer Leasing Corporation dispute (.2); telephone call with Arthur Spector regarding same (.1) | 0.30 | 118.50 |
| BB | Draft of correspondence to Craig Boucher requesting lease figures to include in Rule 9019 motion to compromise regarding Computer Leasing Corporation's lease (.2); telephone call with Craig Boucher (.2); revision of motion to approve compromise to include payoff amounts received by Craig Boucher (2.4) | 2.80 | 574.00 |
| 10/07/05 SDB | Revision of draft motion and notice for an order approving compromise and settlement of the Computer Leasing Corporation contested matters | 1.20 | 474.00 |
| 10/08/05 SDB | Revision of motion to compromise Computer Leasing Corporation's claims | 0.40 | 158.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| 10/10/05 SDB | Revision of draft motion to compromise Computer Leasing Corporation's claims and counterclaims (.4); memorandum to Arthur Spector regarding Computer Leasing Corporation's comments on the motion (.2) | 0.60 | 237.00 |
| 10/11/05 SDB | Review of memorandum from Arthur Spector with comments on the draft motion to approve the Computer Leasing Corporation settlement (.5); memorandum to Craig Boucher regarding the draft memorandum (.2) | 0.70 | 276.50 |
| CCJ | Review of proposed Computer Leasing Corporation's motion and conference with Stephen D. Busey regarding same | 0.50 | 147.50 |
| 10/12/05 SDB | Memorandum to Matthew Barr and John Helfat regarding the Debtors' proposed compromise with Computer Leasing Corporation | 0.40 | 158.00 |
| 10/14/05 SDB | Review of memorandum from Matthew Barr regarding the Creditors Committee's comments on the Computer Leasing Corporation's motion and notice (.3); memoranda to and from Craig Boucher regarding the Creditors Committee's comments and facts regarding the prepetition payment history of Computer Leasing Corporation's invoices which was the subject of the Creditors Committee's inquiry (.4); conference with Jay Castle regarding same (.2); revision of motion in accordance with the Creditors Committee's comments (.2) | 1.10 | 434.50 |
| CHK | Review of Winn-Dixie's notice and motion to approve compromise in connection with structuring a proposed settlement with Computer Leasing Corporation (1.0); conference with Stephen D. Busey regarding same (.2); preparation of correspondence regarding required disclosure to close the Winn-Dixie/Computer Leasing Corporation compromise (.1) | 1.30 | 344.50 |
| 10/17/05 SDB | Memorandum to Arthur Spector regarding proposed closing documents (.4); memorandum to Matthew Barr regarding same and explaining prepetition payment schedule in response to the Creditors Committee's preference inquiries (.5); revision of 9019 motion to include the Creditors Committee's comments (.3) | 1.20 | 474.00 |
| 10/20/05 SDB | Memorandum to Arthur Spector regarding the Debtors' revised 9019 motion | 0.40 | 158.00 |
| 10/21/05 SDB | Telephone call with Arthur Spector regarding changes requested by Computer Leasing Corporation in Winn-Dixie's draft 9019 motion to approve its compromise with Computer Leasing Corporation (.5); make changes requested by Arthur Spector and memorandum to Arthur Spector regarding revised motion (.3); review of memorandum from Milbank lawyers regarding the motion (.2); preparation of motion for filing (.3) | 1.30 | 513.50 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/24/05 | SDB | Review of memorandum from Milbank regarding merits of Winn-Dixie's counterclaims against Computer Leasing Corporation, the merits of Winn-Dixie's preference claims against Computer Leasing Corporation and related issues, investigation of the inquiries and preparation of memorandum in reply to answer Milbank's questions | 1.30 | 513.50 |
| 10/25/05 | EMS | Preparation for hearing on Schreiber Foods, Inc.'s motion to have court set a date for Debtors to assume or reject executory contract | 0.30 | 57.00 |
| 10/26/05 | CHK | Preparation of a form of master lease termination agreement and bill of sale in connection with the settlement between Computer Leasing Corporation and Winn Dixie Stores, Inc. | 3.60 | 954.00 |
| 10/27/05 | SDB | Review of draft settlement documents and memorandum to Charles H. Keller regarding same | 0.40 | 158.00 |
|  | CHK | Preparation of a form of general release and continued preparation of a lease termination agreement and bill of sale (1.4); analysis of the notice and motion to approve compromise and related communication in connection with the preparation of settlement documents (2.9) | 2.90 | 768.50 |
| 10/28/05 | CHK | Preparation of correspondence to Jay Castle regarding documents for the proposed settlement with Computer Leasing Corporation | 0.20 | 53.00 |
| 10/31/05 | TLC | Filing and service of motion for order authorizing and approving post-petition premium finance agreement between the Debtors and AFCO Premium Credit LLC | 1.00 | 120.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 23.70 | 7,327.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 10.70 | $395.00 | $4,226.50 |
| Cynthia C. Jackson | 0.50 | 295.00 | 147.50 |
| Charles H. Keller | 8.00 | 265.00 | 2,120.00 |
| Beau Bowin | 3.20 | 205.00 | 656.00 |
| *Tana L. Copeland | 1.00 | 120.00 | 120.00 |
| Elizabeth M. Schule | 0.30 | 190.00 | 57.00 |
| TOTAL | 23.70 |  | $7,327.00 |

|  |  |
|---|---|
| TOTAL THIS STATEMENT | $7,327.00 |

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   110833

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/05 | SDB | Review of memorandum from Milbank regarding potential preference claims against Computer Leasing Corporation (.2); research preference payments and memorandum to James H. Post regarding response to Milbank (.3) | 0.50 | 197.50 |
| 11/03/05 | SDB | Conference with James H. Post regarding communications with Milbank regarding the Creditors Committee's comments on Winn-Dixie's settlement with Computer Leasing Corporation and potential preferences and fraudulent conveyance issues | 0.40 | 158.00 |
| 11/09/05 | JHP | E-mail correspondence to Creditors Committee transmitting Computer Leasing Corporation's master lease and 2003 amendment | 0.30 | 106.50 |
|  | BB | Review of master lease and 2003 amendment between Winn-Dixie and Computer Leasing Corporation (.2); check status of dispute (.2); review of Computer Leasing Corporation's court docket (.2) | 0.60 | 123.00 |
| 11/21/05 | CCJ | Review of and respond to correspondence from DIP regarding Computer Leasing Corporation order and revisions to same | 1.10 | 324.50 |
| 11/22/05 | CHK | Conference with Stephen D. Busey regarding the proposed settlement between Winn-Dixie and Computer Leasing Corporation and review of e-mail correspondence regarding same | 0.20 | 53.00 |
|  | SDB | Telephone call with Arthur Spector and with Kimberly S. Ward and conference with Cynthia C. Jackson all regarding status of order approving compromise of Computer Leasing Corporation's disputes and incorporating comments from counsel for Wachovia (.8); telephone call with Charles H. Keller regarding draft settlement documents (.2) | 1.00 | 395.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 2
12/15/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   110833

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/28/05 | CHK | Review of all the settlement documents with Computer Leasing Corporation and preparation of correspondence to Arthur Spector regarding same | 0.80 | 212.00 |
| 11/29/05 | CHK | Conference with Arthur Spector regarding the proposed settlement between Winn-Dixie and Computer Leasing Corporation, closing procedures and comments to the relevant documents (.5); preparation of correspondence to Arthur Spector regarding same (.2); preparation of correspondence to Stephen D. Busey regarding same (.3) | 1.00 | 265.00 |
| 11/30/05 | CHK | Preparation of revisions to the Winn-Dixie/Computer Leasing Corporation closing documents, incorporating comments from Arthur Spector (.4); review of correspondence from Arthur Spector (.5) | 0.90 | 238.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.80 | 2,073.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER- | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 1.90 | $395.00 | $750.50 |
| James H. Post | | 0.30 | 355.00 | 106.50 |
| Cynthia C. Jackson | | 1.10 | 295.00 | 324.50 |
| Charles H. Keller | | 2.90 | 265.00 | 768.50 |
| Beau Bowin | | 0.60 | 205.00 | 123.00 |
| | TOTAL | 6.80 | | $2,073.00 |

TOTAL THIS STATEMENT                                        $2,073.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:  111717

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/02/05 | SDB | Review of Arthur Spector's comments on draft Computer Leasing Corporation settlement documents (.2); review of memorandum from Charles H. Keller regarding same (.2); respond to Charles H. Keller with instructions regarding the closing (.2) | 0.60 | 237.00 |
| 12/05/05 | SDB | Review of Charles H. Keller's memorandum to Jay Castle regarding the settlement documents for Computer Leasing Corporation and Jane Leamy's memorandum regarding the Computer Leasing Corporation's proof of claim | 0.20 | 79.00 |
|  | EMS | Preparation of hearing outline on motion of Schreiber Foods, Inc. to have Debtors assume or reject executory contract | 0.80 | 152.00 |
|  | CHK | Review of comments from Stephen D. Busey to the proposed settlement with Computer Leasing Corporation (.2); preparation of and revisions to the general release (.6); correspondence to Jay Castle regarding closing documents and procedure for closing (.3) | 1.10 | 291.50 |
| 12/06/05 | SDB | Telephone call with Arthur Spector regarding closing of the Computer Leasing Corporation's settlement (.2); telephone call with Charles H. Keller regarding the settlement documents (.2); telephone call with Jay Castle regarding same (.2) | 0.60 | 237.00 |
|  | CHK | Conference with Stephen D. Busey regarding the Computer Leasing Corporation settlement (.3); review of a voice mail from Arthur Spector regarding the proposed settlement (.2); correspondence to Jay Castle regarding same (.4) | 0.90 | 238.50 |
| 12/07/05 | SDB | Memoranda to Charles H. Keller regarding closing (.2); memorandum to Jay Castle regarding same (.2) | 0.40 | 158.00 |
|  | CHK | Correspondence to Arthur Spector regarding the Computer Leasing Corporation settlement (.5); review of correspondence from Arthur Spector regarding same (.2); review of correspondence from |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
01/17/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:   111717

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | Jay Castle regarding closing the settlement transaction and procedure for closing (.2); conference with Arthur Spector regarding procedure for closing the settlement transaction (.4); preparation of execution versions of the bill of sale, general release and termination of master lease (1.3); preparation of correspondence to Arthur Spector outlining the closing procedure (.5) |  | 3.10 | 821.50 |
| 12/09/05 | CHK | Review of correspondence from Arthur Spector regarding closing the Computer Leasing Corporation settlement transaction (.3); correspondence to Arthur Spector regarding same (.3); preparation of an escrow receipt letter regarding executed documents (.5); conference with Stephen D. Busey regarding closing procedures (.2); review of closing checklist and preparation for closing (.5) | 1.80 | 477.00 |
| 12/12/05 | CHK | Conference with Colin Armstrong regarding signing and closing the Computer Leasing Corporation settlement transaction (.9); e-mails with Arthur Spector regarding the settlement transaction (.8); correspondence to Jay Castle regarding closing and review of correspondence from Jay Castle regarding same (.4); preparation of an escrow letter for signed documents (.8); review of payoff letters from Bank of America and Comerica (.4) | 3.30 | 874.50 |
| 12/13/05 | SDB | Communications with Charles H. Keller, Beau Bowin and James H. Post to make sure Computer Leasing Corporation has withdrawn all claims as a part of the settlement process and that the settlement is complete | 0.50 | 197.50 |
|  | CHK | Review of correspondence from Jay Castle regarding closing documents for the Computer Leasing Corporation settlement transaction (.2); review of the executed closing documents (.6); preparation of correspondence to Jay Castle regarding funding the settlement amount (.2); review of a notice of withdrawal of Computer Leasing Corporation's proof of claim (.7); conference with Arthur Spector regarding closing, transfer of funds and withdraw of the proof of claim (.4) | 2.10 | 556.50 |
| 12/14/05 | CHK | Conference with Beau Bowin regarding withdrawal of Computer Leasing Corporation's proof of claim and any administrative expense claim (.4); review of the general release covenants regarding same (.2); correspondence to Arthur Spector regarding withdrawal of administrative expense claims (.4) | 1.00 | 265.00 |
|  | BB | Review and analysis of Computer Leasing Corporation's settlement documents to determine whether additional filings with the court are needed, specifically, whether Computer Leasing Corporation should file a |  |  |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
01/17/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:   111717

Chapter 11 - Executory Contracts

| | HOURS | |
|---|---|---|
| notice of withdrawal of motion for payment of administrative expense report findings to Stephen D. Busey | 1.00 | 205.00 |
| FOR PROFESSIONAL SERVICES RENDERED | 17.40 | 4,790.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.30 | $395.00 | $908.50 |
| Charles H. Keller | 13.30 | 265.00 | 3,524.50 |
| Beau Bowin | 1.00 | 205.00 | 205.00 |
| Elizabeth M. Schule | 0.80 | 190.00 | 152.00 |
| TOTAL | 17.40 | | $4,790.00 |

TOTAL THIS STATEMENT                                           $4,790.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:   112504

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| 01/11/06 EMS | Preparation of hearing outline on motion by Schreiber Food, Inc to set specific date for Debtors to assume or reject executory contract (.7); correspondence to Adam Ravin and Cynthia C. Jackson regarding Debtors' response to Motion by Schreiber Food to set date to assume or reject executory contract (.3) | 1.00 | 195.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 1.00 | 195.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Elizabeth M. Schule | 1.00 | $195.00 | $195.00 |

TOTAL THIS STATEMENT                                  $195.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021668M
STATEMENT NO: 109899

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - General Corporate Advice

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/27/05 | SDB | Preparation for and attendance at Board of Directors meetings, including Executive Session of the Board | 2.70 | 1,066.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.70 | 1,066.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.70 | $395.00 | $1,066.50 |

TOTAL THIS STATEMENT                                   $1,066.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
01/17/2006
ACCOUNT NO: 10163-021668M
STATEMENT NO:  111718

ATTN: Larry Appel, Esq.

Chapter 11 - General Corporate Advice

|  |  | HOURS |  |
|---|---|---|---|
| 12/07/05 SDB | Preparation for December 8, 2005 Board meeting of the Debtors, including review of the board agenda | 0.60 | 237.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 0.60 | 237.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.60 | $395.00 | $237.00 |

TOTAL THIS STATEMENT                    $237.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO: 109908

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Insurance

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/28/05 | TLC | Filing and service of motion for order approving settlement agreement and release of claims with Debtors' property insurers and the notice of hearing regarding same | 1.00 | 120.00 |
|  | CCJ | Review and revision of insurance motion (.3); review and reply to correspondence from Stephanie Feld (Skadden Arps) and Dale Bitter (Winn-Dixie) regarding same (.2); review of AFCO motion and finalization and filing of same (.5); conference with and correspondence to Kimberly S. Ward regarding same (.2) | 1.20 | 354.00 |
|  |  |  | 2.20 | 474.00 |

FOR PROFESSIONAL SERVICES RENDERED

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.20 | $295.00 | $354.00 |
| *Tana L. Copeland | 1.00 | 120.00 | 120.00 |
|  | 2.20 |  | $474.00 |

TOTAL THIS STATEMENT                                   $474.00

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO:  110843

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Insurance

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/09/05 | EMS | Preparation of hearing outline for November 17, 2005 omnibus hearing on Debtors' motion to approve premium financing agreement with AFCO Premium Credit, LLC (2.4); preparation of hearing outline for November 17, 2005 omnibus hearing on Debtors' motion for order approving settlement agreement and release of claims with Debtors' property insurers (2.6) | 5.00 | 950.00 |
| 11/11/05 | EMS | Revisions to hearing outline on Debtors' motion to approve premium financing agreement with AFCO (1.1); revisions to hearing outline on Debtors' motion for order approving settlement agreement and release of claims with Debtors' property insurers (1.0); preparation of questions and answers for Debtors' motion to approve premium finance agreement with AFCO Premium Finance, LLC in preparation for November 17, 2005 omnibus hearing (2.3); preparation of questions and answers for Debtors' motion approving settlement agreement and release of claims with Debtors' property insurers in preparation for November 17, 2005 omnibus hearing (2.1) | 6.50 | 1,235.00 |
|  | CCJ | Review and analysis of objections by Equity Committee to motion to enter premium finance agreement with AFCO and motion to settle 2004 insurance claims (1.2); conference with Adam Ravin regarding same (.2); received and replied to correspondence regarding same (.6); preparation for evidentiary hearings with AFCO motion and motion to settle (1.5) | 3.50 | 1,032.50 |
| 11/13/05 | CCJ | Preparation for evidentiary hearings on motion to approve premium finance agreement and insurance settlement (1.0); reviewed and replied to correspondence regarding same (.3) | 1.30 | 383.50 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO:   110843

Chapter 11 -  Insurance

| | | HOURS | |
|---|---|---:|---:|
| 11/15/05 SDB | Preparation for November 17, 2005 hearings on the Debtors' motions to approve the AFCO financing and the hurricane insurance claims settlement | 1.60 | 632.00 |
| CCJ | Preparation for hearings on insurance motions (1.1); review of and response to correspondence regarding same (.6) | 1.70 | 501.50 |
| 11/17/05 SDB | Preparation for and attendance at hearings on Winn-Dixie's motions to approve the AFCO premium financing for employee fidelity and related coverages, and to approve Debtors' settlement with its 2004 hurricane industrial insurers | 1.80 | 711.00 |
| 11/18/05 TLC | Service of order approving AFCO motion (.3); service of order approving property insurers (.3) | 0.60 | 72.00 |
| 11/21/05 TLC | Preparation and filing of the certificate of service with regards to the AFCO order (.4); preparation and filing of the certificate of service with regards to the order approving settlement with the property insurers (.4) | 0.80 | 96.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | -  22.80 | 5,613.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Stephen D. Busey | 3.40 | $395.00 | $1,343.00 |
| Cynthia C. Jackson | 6.50 | 295.00 | 1,917.50 |
| *Tana L. Copeland | 1.40 | 120.00 | 168.00 |
| Elizabeth M. Schule | 11.50 | 190.00 | 2,185.00 |
| TOTAL | 22.80 | | $5,613.50 |

TOTAL THIS STATEMENT                                                     $5,613.50
                                                                        =========

*Legal Assistant