LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  109909

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/05 | CCJ | Correspondence to and conferences with landlord's counsel and with Winn-Dixie (Kim Neil, Mike Chlebovec and Sheon Karol) regarding cure, surrender and proration of rent | 2.30 | 678.50 |
|  | TLC | Preparation of certificates of services regarding orders approving lease termination agreements and/or asset purchase agreements for Store Nos. 1566, 1834, 1908, 1998, 2002, 2079, 2312, 2708, 42, 2736, and 2717 (3.4); electronic filing of same (1.2); preparation and electronic filing of the certificate of service regarding the order authorizing the Debtors (i) to sell leasehold interest in targeted stores free and clear of liens, claims and interest and exempt from taxes, (ii) to assume and assign leases, (iii) to reject leases the Debtors are unable to sell and (iv) granting related relief as to Indian Creek Crossing, LLC Store No. 22702 and E&A Southeast, LP Store No. 2708 (.5); correspondence to Kim Neil regarding whether the Debtors' facilities have store numbers (.3); correspondence to Elizabeth M. Schule regarding Pinetree Partners, LLC (.1) | 5.50 | 660.00 |
|  | EMS | Telephone call with John Rezac, attorney for Store No. 188 regarding unpaid rent (.2); telephone call with Mike Schmahl regarding withdrawal of motion by Heritage SPE to enlarge time to object to cure amount (.3); preparation of hearing outline on Debtors' motion authorizing rejection of real property leases and settlement agreement with E.W. James (.2); preparation of file and hearing outline on objection by Bennett Lifter to Debtors' motion to reject leases and subleases and settlement agreement with E.W. James (1.4) | 2.10 | 399.00 |
| 10/04/05 | CCJ | Review and analysis of correspondence from counsel for Store No. 583 landlord (1.0); conference with Tim E. Sleeth, with Keith Daw, with Bryan Gaston, with |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |
|---|---|---|

Catherine Ibold regarding same (2.0); revisions to proposed order (1.2); conferences with counsel for landlord (.5); conference with Eddie Held regarding Store Nos. 73, 803 and 2627 (.8) — 5.50  1,622.50

TLC  Correspondence to Cynthia C. Jackson regarding the notice of rejection of unexpired lease for Store No. 2382 (.1); document retrieval of the proofs of claims for Store No. 2733 from the Logan and Company website and correspondence to Kim Neil regarding same (.2); research regarding the attorney for Store No. 2717 and correspondence to Cynthia C. Jackson regarding same (.1); preparation and electronic filing of the certificates of services regarding the notices of filing store closing statements for Store Nos. 10, 126, 133, 332, 576, 524, 603, 805, 825, 827, 851, 880 and 911 (5.6); correspondence to Cynthia C. Jackson regarding the notice of rejection of unexpired lease for Store No. 1348 (.1) — 6.10   732.00

EMS  Preparation of updated hearing outline regarding objection by Bennett Lifter to Debtors' motion to reject unexpired leases (.5); telephone call with Doug Merrick regarding Store No. 956 and return of keys to landlord (.2); preparation of hearing outline on motion by Heritage SPE to object to cure claim (.6); correspondence to Mike Schmahl, counsel for Heritage SPE regarding same (.3); e-mail and telephone call with Kim Neil regarding supporting information for Debtors' objection and counterclaim against the Crowder Family Trust (.3); preparation of objection and counterclaim to proof of claim filed by the Crowder Family Trust (3.8) — 5.70  1,083.00

10/05/05 CCJ  Conferences with landlords regarding rent and surrender of property (1.6); preparation of amended rejection motion and conferences with Adam Ravin and Mike Chlebovec regarding same (1.3); conference with Eddie Held regarding lease issues and preparation for hearings regarding same (1.2) — 4.10  1,209.50

TLC  Preparation and electronic filing of the certificates of services regarding the notices of filing store closing statements for Store Nos. 1541, 1471, 1349, 1328, 1323, 1317, 1314, 1303, 1248, 1242, 1234, 1010 and 1004 (5.2); preparation and electronic filing of the notice of rejection of unexpired lease for Store No. 1328 (.5); service of same (.1); correspondence to Cynthia C. Jackson regarding whether notices of rejection of unexpired leases were served on stores with multiple leases and/or ground leases (.1) — 5.90   708.00

EMS  Preparation of updated hearing outline on objection by Bennett Lifter to Debtors' motion to reject leases and subleases (.8); correspondence to Cynthia C. Jackson regarding updated proposed order for October 7, 2005 omnibus hearing (.2); correspondence to Cynthia C. Jackson and Adam Ravin regarding telephone call with Ron Trichler on behalf of Store No. 1652 regarding the

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | identity of anyone having an interest in any property being abandoned in the rejected store and whether any property will go to E.W. James as a result of the settlement agreement (.4) | 1.40 | 266.00 |
|  | KSW | Preparation of revised exhibit A to amended motion to reject real property leases and subleases regarding leased facilities (.8); preparation for and electronic filing and service of the amended motion (1.4) | 2.20 | 264.00 |
| 10/06/05 | SDB | Review of motions, agreements, proposed orders and other preparation for October 7, 2005 hearings on two motions by the Debtors to retroactively reject store leases and subleases and revising one of the proposed orders | 2.20 | 869.00 |
|  | TLC | Preparation and electronic filing of the certificates of services regarding the notices of filing store closing statements for Store Nos. 1547, 1566, 1806, 1906, 1913, 1914 and 1915 (2.1); correspondence to Cynthia C. Jackson regarding the notice of rejection of unexpired lease for Store No. 2002 (.2), correspondence to Cynthia C. Jackson regarding the notice of rejection of unexpired lease for Store No. 903 (.1) | 2.40 | 288.00 |
|  | EMS | Preparation of updated hearing outline on Debtors' motion to reject leases and subleases and to approve settlement agreement with E.W. James (2.7); preparation of updated hearing outline regarding proposed order and agreement with PMG regarding their objection to Debtors' motion further extending time to assume or reject leases (.8); telephone call with Denise Kaloudis regarding same (.2); preparation of hearing outline on Debtors' motion for authority to reject real property leases and establish claims bar date for the October 14, 2004 omnibus hearing (2.8); telephone call with Robin Stanton regarding rent due (.2); telephone call with Eric Glatter regarding rent due (.2); correspondence to Mike Schmahl regarding return of store keys to landlord (.2) | 7.10 | 1,349.00 |
|  | BB | Legal research regarding the enforceability of anti-assignment clauses under 11 U.S.C. 365 | 0.60 | 123.00 |
|  | CCJ | Preparation for hearings on several rejection motions (1.0); conferences with Mike Chlebovec regarding same (.2); conference with Adam Ravin regarding same (.3); conference with Stephen D. Busey regarding same (.2) | 1.70 | 501.50 |
| 10/07/05 | SDB | Preparation for and attendance at court hearing on two motions by the Debtors to retroactively reject nine store leases and related subleases | 1.20 | 474.00 |
|  | TLC | Preparation and electronic filing of the certificates of service regarding the notices of filing store closing statements for Store Nos. 1998, 2003, 1944, 1942, 1938 and 2002 (2.4); electronic filing of the certificates of service regarding the notices of filing store closing |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | HOURS | |
|---|---|---|---|
| | statements for Store Nos. 1915, 1914, 1913, 1906, 1806, 1566 and 1547 (.7); research regarding the disposition of Store No. 2045, correspondence to Cynthia C. Jackson regarding same (.8) | 3.90 | 468.00 |
| EMS | Review and analysis of pleadings and correspondence from landlord regarding cure amounts objections to either resolve or litigate claims (5.1); review and update order authorizing retroactive rejection of real property leases (.3); review and update of file and order for Debtors' motion authorizing rejection or real property leases and subleases and approval of E.W. James settlement agreement (.2) | 5.60 | 1,064.00 |
| CCJ | Conference with Catherine Ibold regarding cure and lease issues (.5); conferences with Eddie Held regarding same (.3) | 0.80 | 236.00 |
| 10/10/05 CCJ | Conference with landlords regarding cure and surrender issues (2.3); received and replied to correspondence regarding same (1.4) | 3.70 | 1,091.50 |
| TLC | Research regarding Store Nos. 390 and 299 to determine if these stores were sold or rejected, correspondence to Elizabeth M. Schule regarding same (.3); research regarding the status of Store No. 1541, e-mail to Elizabeth M. Schule regarding same (.1); e-mail to Cynthia C. Jackson regarding the status of Store Nos. 1963, 1935, 1933 and 1940 (.7); preparation of a chart regarding the disposition of all targeted stores (2.6) | 3.70 | 444.00 |
| EMS | Telephone call with Mark Hout at Morgan Lewis regarding updated status on stores leased from Kimco Realty Corp. (.2); correspondence regarding same (.3); review and analysis of correspondence regarding unresolved cure claims (6.8); telephone call with Steve Brummel at Regency regarding unpaid rent for Store No. 456 (.2); preparation of updated hearing outline on Debtors' motion to reject leased facilities (.5) | 8.00 | 1,520.00 |
| BB | Review of court docket for cure objections | 0.70 | 143.50 |
| 10/11/05 CCJ | Conferences and correspondence with landlord's counsel regarding lease issues (1.2); conferences with Bryan Gaston and with Mike Chlebovec regarding correspondence to and from Kim Neil regarding same (1.4) | 2.60 | 767.00 |
| TLC | Correspondence to Greg Bianchi regarding the notice of rejection for Store No. 1220 | 0.10 | 12.00 |
| EMS | Continued review and analysis of correspondence regarding unresolved cure claims and prioritization of cure issues in order to settle or resolve the objections filed by the landlords (6.9); review of correspondence with Cynthia C. Jackson and Mike Chlebovec regarding status of October rent payments (.3); review of correspondence with Wendy Simkulak regarding status of Debtors' intent with respect to Store No. 1579 in Plaquemine, Louisiana (.2); telephone call with Kristen at Squire Sanders regarding rejection notice for Store No. 1095 in Beaufort, South Carolina | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Page: 5
11/10/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021688M
STATEMENT NO:  109909

Chapter 11 - Leases (Real Property)

HOURS

| | | | |
|---|---|---|---|
| | (.3); review of docket and correspondence with Kristen regarding same (.3); review of correspondence to Mark Hout regarding updated status on Store Nos. 390 and 299 (.3); review of correspondence with Tana L. Copeland regarding same (.2); telephone call with Steve Brummel regarding unpaid rent and common area and maintenance fees for September and October (.5) | 9.00 | 1,710.00 |
| 10/12/05 | CCJ | Review and analysis of correspondence from landlord's counsel and responses to same (.9) conferences with landlords regarding same (.9) | 1.80 | 531.00 |
| | EMS | Continued review and analysis of correspondence and pleadings regarding unresolved cure claims and prioritization of cure issues in order to settle or resolve the objections filed by the landlords | 2.90 | 551.00 |
| | KSW | Electronic filing of certificate of service regarding order correcting order dated September 12, 2005 granting further extending time to assume or reject unexpired leases (.2); certificate of service regarding order granting motion for further extension of time to assume or reject unexpired leases (.2); certificate of service regarding order authorizing retroactive rejection of real property leases and subleases (.2) and certificate of service regarding order authorizing rejection of leases and approving settlement with E.W. James (.2) | 0.80 | 96.00 |
| 10/13/05 | TLC | Correspondence to Cynthia C. Jackson regarding the status of Store Nos. 2704, 2716 and 2736 | 0.20 | 24.00 |
| | EMS | Telephone conference with Steve Brummel and Carol Laymon, property managers for Store No. 456 regarding change of ownership preparation for Store No. 456 and proper documentation needed by the Debtors to change records and pay rent (.5); analysis of cure issues and for each objected site (6.7) | 7.20 | 1,368.00 |
| | CCJ | Preparation for and participation in conference call with Greenwood Plaza (.5); conference with James H. Post regarding telephone conference on Store No. 276 and received and replied to correspondence regarding same (1.0); conference with Stephen D. Busey regarding hearing on rejection of leased facilities and preparation for hearing on same (1.3) | 2.80 | 826.00 |
| | LMP | Review and analysis of demand letter from landlord and research regarding whether under Section 86.20, Florida Statutes, tenant may withhold rent due to defaults under the lease by the landlord without subjecting itself to eviction proceedings (.9); telephone conference with working group regarding response to demand letter (.9) | 1.80 | 450.00 |
| | SDB | Preparation for October 14, 2005 hearing on Debtors' motion to reject leases for closed distribution facilities and revision of proposed order authorizing the rejection | 0.70 | 276.50 |
| | JHP | Preparation for and attendance at telephone conference regarding landlord issues on Store No. 726 | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | in Pine Island, Florida, including review of legal research of rights of commercial lease tenant has under Florida Law to pay rent regardless of court pending eviction litigation | 1.20 | 426.00 |
| 10/14/05 EMS | Telephone call with Ron Trichler for Store No. 1652 regarding sale of FF&E out of closed store (.2); telephone call with Peter Mardingly regarding unpaid rent (.2); correspondence to Wendy Simkulak regarding status of Store No. 1579 (.3); telephone call with Damon Walker regarding sale of FF&E by Debtors (.3); correspondence to Cynthia C. Jackson regarding same (.3); telephone call with Vanessa Bodie regarding updated status of cure objections (.4); update and prioritize cure objections in order for Debtors to resolve cure objections (4.2) | 5.90 | 1,121.00 |
| CCJ | Preparation for hearing on lease rejection motion and conference with Stephen D. Busey regarding same (.3); conferences with a number of landlords regarding cure issues and regarding property condition issues (1.4) | 1.70 | 501.50 |
| KSW | Electronic filing of motion for retroactive rejection of Jacksonville warehouse lease and sublease (.2) and notice of hearing thereon (.2) | 0.40 | 48.00 |
| SDB | Preparation for and attendance at court hearing on the Debtors' motion to reject it's real property leases for its Atlanta, Charlotte and Greenville distribution facilities | 1.40 | 553.00 |
| 10/17/05 CCJ | Correspondence to Kim Neil and to Meghan Touberg regarding cure issues and with Brian Walsh regarding same (1.3); conference with Bryan Gaston and Mike Chlebovec regarding Store Nos. 2627, 320 and 2622 and correspondence regarding same (1.2) | 2.50 | 737.50 |
| TLC | Correspondence to Cynthia C. Jackson regarding the lease termination agreement for Store No. 73 (.1); correspondence and telephone calls with Kim Neil regarding objections filed by the landlord of Store No. 1010 (.5); document search regarding cure objections and funds held in escrow for sold stores (1.2) | 1.80 | 216.00 |
| EMS | Telephone call with Kim Neil regarding updated status of cure objections (.4); correspondence to Kim Neil regarding same (.4); review and analysis of all closing statements to determine amount held in escrow in connection with cure disputes and to prioritize cure objections for resolution by Debtors (8.1) | 8.90 | 1,691.00 |
| 10/18/05 CCJ | Correspondence to and from Jay Castle and Catherine Ibold regarding Store No. 251 (.5); review of documents concerning Store No. 251 (1.0); telephone conference with Pam Windham, Catherine Ibold, Keith Daw and John James regarding same (.3); telephone conference with Keith Daw regarding same (.5) | 2.30 | 678.50 |
| KSW | Electronic filing of certificate of service regarding motion to reject Jacksonville lease and sublease and notice of hearing thereon (.2); | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | electronic service of order authorizing retroactive rejection of leases dated October 14, 2005 (.4); preparation and electronic filing of certificate of service regarding same (.3) | 0.90 | 108.00 |
| EMS | Correspondence to Amanda Tatman at King & Spalding regarding updated list of closed stores and updated closing documents (.4); telephone call with Wendy Simkulak regarding Store No. 1563 and monies received by landlord for rent (.2); correspondence and telephone calls with Kim Neil regarding status of store closings and cure objections so that Debtors can prioritize and resolve them (.6); creation of spreadsheet documenting status of all cure objections, escrow amounts and store closings in order to assist Debtors in effectively resolving cure disputes and requesting withdrawals of objections to release monies in escrow (6.2) | 7.40 | 1,406.00 |
| TLC | Document search regarding any and all correspondence and/or pleadings relating to Store No. 251, correspondence to Catherine Ibold and Keith Daw regarding same (.8); correspondence to Dorothy Dow regarding the order for Store No. 2623 (.2) | 1.00 | 120.00 |
| 10/19/05 TLC | Correspondence to Jay Castle, Catherine Ibold and Keith Daw regarding correspondence received on Store No. 251 | 0.10 | 12.00 |
| EMS | Correspondence to Cynthia C. Jackson regarding updated status of Store No. 2717, specifically whether counsel for Store No. 2717 has withdrawn its cure objection (.4); telephone calls with Jeff Meyers, counsel for Store No. 2717, regarding cure objections and status of unpaid August rent for Store No. 2717 and Jeff Meyers concerns over Debtors' intent to retroactively reject the Jacksonville warehouse lease and related sublease (.9); preparation of hearing outline on Debtors' motion for retroactive rejection of Jacksonville warehouse lease and related sublease (1.9); preparation of updated spreadsheet to include additional store closing and escrow amounts and to incorporate current status comments by Kim Neil (4.3); telephone call with Kim Neil regarding unpaid August rent for Store No. 2717 and updated cure status for Store No. 1906 (.4) | 7.90 | 1,501.00 |
| CCJ | Conference with Keith Daw regarding Store No. 251 and with Catherine Ibold regarding same (.6); correspondence to counsel for landlords regarding same (1.1); conference with Beau Bowin regarding same (.2); review of cure chart and conference with Elizabeth M. Schule regarding same (.5); correspondence to and from Kim Neil, Bryan Gaston, Greg Bianchi, Catherine Ibold regarding cure issues (.7); conferences with landlords regarding same (.8) | 3.90 | 1,150.50 |
| 10/20/05 EMS | Telephone conference with Kim Neil and Cynthia C. Jackson regarding status of cure objections (.4); review of all recent correspondence regarding cure |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | objections in order to assist Debtors in effectively resolving cure disputes and requesting withdrawals of objections to release monies in escrow (7.8) | 8.20 | 1,558.00 |
| CCJ | Preparation for and conferences with Catherine Ibold, Pam Windham and Eddie Held regarding outstanding landlord disputes (3.2); preparation for and conference with Keith Daw, Jay Castle, Catherine Ibold and Alan Grunspan regarding Store No. 251 (1.4) | 4.60 | 1,357.00 |
| 10/21/05 EMS | Telephone call with Kim Neil regarding unpaid rent for Store No. 2717 (.3); telephone call with Jeff Meyers regarding unpaid rent for Store No. 2717 and withdrawal of cure objection (.2); telephone call with Kim Neil regarding unpaid rent for Store No. 2151 to determine whether Debtors can get release of monies in escrow (.3); review of all correspondence and pleadings regarding cure objections in order to assist Debtors in effectively resolving cure disputes and requesting withdrawals of objections to release monies in escrow (4.7) | 5.50 | 1,045.00 |
| CCJ | Review of analysis of memorandum of law from Akerman Senterfitt regarding Store No. 251 and conference with Beau Bowin regarding same (1.0); conference with Becky Sawyer regarding Store Nos. 803 and 73 (.2) | 1.20 | 354.00 |
| 10/24/05 TLC | Telephone call with John Clifford (Supervalu) regarding the status of Store Nos. 1851 and 2704, correspondence regarding same (.2); preparation of notices for filing store closing statements for Store Nos. 1851 and 2704 (.3) | 0.50 | 60.00 |
| CCJ | Conferences with Rob Wilcox regarding Store No. 2622 (.5); correspondence to Bryan Gaston, Catherine Ibold regarding same (.3); review and analysis of purchase agreement and order on Store No. 2622 (1.2); received and replied to correspondence from Brian Walsh and from Bryan Gaston regarding same (.4) | 2.40 | 708.00 |
| EMS | Telephone call with Rosalie Gray regarding procedure for filing amended proof of claim for lease rejection damages (.1); telephone call with John Moore, attorney for landlord of Store No. 2659, regarding updated status of store (.3); telephone call with Kim Neil regarding unpaid rent for 2004 and 2005 for Store No. 2081 (.2); correspondence to Cynthia C. Jackson regarding same (.1); telephone call with Wendy Simkulak at Duane Morris regarding checks received for Store No. 1563 that landlord believes they are not entitled to (.3); telephone call with Kim Neil regarding same (.2); preparation of updated master cure spreadsheet with current comments from Kim Neil (3.9); correspondence to Kim Neil and Cynthia C. Jackson regarding same (.1); preparation of file for Debtors' motions authorizing rejection of real property leases (.6) | 5.80 | 1,102.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | BB | Conference with Cynthia C. Jackson regarding rights of sublessee under rejected sublease where sublessee has a nondisturbance agreement (.2); legal research regarding Winn-Dixie's rights as subtenant against landlord where lease has been rejected and Winn-Dixie has nondisturbance agreement with landlord (5.3) | 5.50 | 1,127.50 |
| 10/25/05 | CCJ | Conferences with Catherine Ibold, Bryan Gaston regarding Store No. 2622 (.5); conferences with Catherine Ibold, Bryan Gaston, Brian Walsh, Tim Touchton regarding same (.5); review of sale agreement regarding same (.3); review and revision of response to Bennett Lifter's objection and correspondence to Adam Ravin regarding same (.5); conferences with Bryan Gaston and Catherine Ibold regarding Greenwood Plaza (.2); correspondence to Vanessa Bodie regarding same (.1); conferences with Elizabeth M. Schule regarding cure issues and review and analysis of charts regarding same (2.0) | 4.10 | 1,209.50 |
|  | TLC | Correspondence to Mike Higuera (Supervalu) regarding Store Nos. 1851 and 2704 (.1); correspondence and telephone calls with John Clifford regarding the store closing statements for Store Nos. 1851 and 2704 (.3) | 0.40 | 48.00 |
|  | KSW | Electronic filing and service of notice and motion to approve compromise with Computer Leasing Corporation | 0.60 | 72.00 |
|  | EMS | Telephone call with Rosalie Gray regarding procedure for filing amended proofs of claim for lease rejection (.2); updated master cure spreadsheet with comments from Kim Neil (.4); review of pending motions for payments of lease rejection, post-petition expenses and created chart outline current status of each claim (1.9); preparation of hearing outline regarding objection by Bennett Lifter to Debtors' motion to reject lease for Store No. 1665 (.8); conference with Cynthia C. Jackson regarding status of cure objections (.4); preparation of file for objection by Landlord School Street Crossing to Debtors' motion to sale assets and assumption and assignment of leases (.2); preparation of file for motion of Computer Leasing Corporation to compel Debtors to assume or reject lease of personal property (.2) | 4.10 | 779.00 |
| 10/26/05 | TLC | Preparation and filing of the proposed order authorizing the Debtors' to reject real property leases and to abandon related personal property | 0.50 | 60.00 |
|  | EMS | Telephone call with Kim Neil regarding resolution of cure objections for Store Nos. 1242, 1906, 2151, 2717 and 2733 (.4); update cure dispute spreadsheet and e-mail same to Cynthia C. Jackson and Kim Neil (6.4); telephone call with Jessica Sideman regarding lease rejection damages (.1); telephone call with Caryl Delano regarding resolution of cure objections for Store No. 2727 |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 10
11/10/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021688M
STATEMENT NO: 109909

Chapter 11 - Leases (Real Property)

| | HOURS | |
|---|---|---|
| (.1); telephone call with Laurel Isicoff regarding granting extension of time for her clients to file proofs of claims due to delay of Hurricane Wilma (.1); telephone call with Robert Wilcox regarding cure status of Store No. 2151 and resolution of cure objections (.3); telephone call with Kim Neil regarding updated status of cure objection for Store No. 2151 (.4); correspondence to Cynthia C. Jackson regarding notices of intent to abandon (.1) | 7.90 | 1,501.00 |
| CCJ Revise, finalize and submit Greenwood order regarding same (.5); conferences with counsel for landlord regarding same (.2); review of final version of order and conference with Adam Ravin regarding same (.4); review of correspondence from Adam Ravin regarding revised commonwealth order and review of same (.2) | 1.30 | 383.50 |
| 10/27/05 TLC E-mail to Luisa Bonachea regarding the proposed order authorizing the Debtors to reject real property lease and abandon related personal property and establishing the rejection damage date (.1); revision to form letter to landlords regarding withdrawal of abandonment objections (.1); research regarding status of Store Nos. 415, 432, 529, 1820 and 1917, e-mail to Elizabeth M. Schule regarding same (.5) | 0.70 | 84.00 |
| EMS Telephone call with Caryl Delano regarding withdrawal of cure objection for Store No. 2724 (.3); correspondence to Cynthia C. Jackson and Kim Neil regarding same (.1); telephone call and correspondence to Mark Kelley regarding withdrawal of cure objections for Store No. 2702 (.3); correspondence to Cynthia C. Jackson and Kim Neil regarding same (.1); telephone call with Kim Neil regarding updated status of cure objections (.5); telephone call with Dennis Lewandowski regarding status of Store No. 884 (.3); telephone call with Dorothy Dow regarding same (.2); telephone call with Greg Bianchi regarding same (.1); update of cure spreadsheet (3.4) | 5.30 | 1,007.00 |
| CCJ Conference with Eddie Held regarding lease issues (.5); conference with and correspondence to Pam Windham (Xroads) regarding same (.6); and to Catherine Ibold (Winn-Dixie) regarding same (.2); conference with Bryan Gaston regarding outstanding lease issues (.4); received and replied to correspondence for counsel for Greenwood (.6); review of administrative claim motions and conference with Adam Ravin (Skadden Arps) regarding same (1.2) | 3.50 | 1,032.50 |
| 10/28/05 CCJ Telephone conference with Catherine Ibold (Winn-Dixie), Pam Windham (Xroads), Mike Chlebovec (Winn-Dixie) and Bryan Gaston (Xroads) regarding Store Nos. 251, 2622, Concord and conference with Tana Copeland regarding same (1.0); reviewed and replied to correspondence from Miami counsel regarding extension of bar date for rejection | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021688M
STATEMENT NO:  109909

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| claims (.6); conference with Alan Grunspan regarding Store No. 251 (.2) |  | 1.80 | 531.00 |

10/31/05 CCJ Telephone conference regarding AWG, Store Nos. 803, 73 and Concord with Sheon Karol (Xroads), Brian Walsh (King & Spalding), Catherine Ibold (Winn-Dixie), Bryan Gaston (Xroads), and Michael Chlebovec (Winn-Dixie) (1.1); conferences with Eddie Held regarding Store Nos. 73, 803, 716, Publix and post-petition CAM and correspondence to Winn-Dixie regarding same (1.0); conference with Alan Grunspan (Carlton Fields) regarding Store No. 251 and revisions to memorandum regarding law (2.8); legal research regarding same (1.4); preparation of stipulation on Concord (.5)

6.80   2,006.00

EMS Correspondence to Kim Neil regarding cure objections for Store No. 2702

0.30     57.00
------  ---------
230.60 49,157.50

FOR PROFESSIONAL SERVICES RENDERED

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.50 | $395.00 | $2,172.50 |
| James H. Post | 1.20 | 355.00 | 426.00 |
| Cynthia C. Jackson | 61.40 | 295.00 | 18,113.00 |
| Beau Bowin | 6.80 | 205.00 | 1,394.00 |
| *Tana L. Copeland | 32.80 | 120.00 | 3,936.00 |
| *Kimberly S. Ward | 4.90 | 120.00 | 588.00 |
| Leanne McKnight Prendergast | 1.80 | 250.00 | 450.00 |
| Elizabeth M. Schule | 116.20 | 190.00 | 22,078.00 |
|  | ------ |  | ---------- |
|  | 230.60 |  | $49,157.50 |

TOTAL THIS STATEMENT

$49,157.50
==========

_____

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

Page: 1
12/15/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   110844

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/05 | CCJ | Legal research regarding Store No. 251 and conference with Beau Bowin regarding same (2.6); revisions to memorandum and conference with Alan Grunspan regarding same (1.0); correspondence to Winn-Dixie regarding Store Nos. 73, 803 and 716 and to Eddie Held regarding same (.5); preparation of order on Store No. 803 (.2); telephone conference with Sheon Karol, Catherine Ibold, Emilio Amendola and Michael Chlebovec to discuss negotiations of sandwich leases (.6) | 4.90 | 1,445.50 |
|  | EMS | Correspondence to Mark Kelley and Kim Neil regarding Store No. 2702 cure status (.4); preparation of motion and order to sell New Orleans distribution center (2.4); preparation of updated cure spreadsheet (1.4) | 4.20 | 798.00 |
|  | BB | Legal research regarding court's determination that rejection equals breach with specific attention to cases involving "sandwich" leases (2.4); telephone conference with Keith Daw and Doug Myers at Winn-Dixie regarding sublessee's rights against landlord after lease and sublease have been rejected (.4) | 2.80 | 574.00 |
| 11/02/05 | CCJ | Conference with Eddie Held regarding Store Nos. 803, 73, 716, 251 and 2627 (1.0); review and respond to correspondence from Michael Chlebovec (Winn-Dixie) and Pam Windham (XRoads) regarding these and other landlord issues (1.2); revision of memorandum on Store No. 251 and conference with Beau Bowin and with Alan Grunspan (Carlton Fields) regarding same (2.6); legal research regarding same (2.0); conference with Sheon Karol regarding proposed responses to landlord counsel (.4) | 7.20 | 2,124.00 |
|  | EMS | Correspondence to Kim Neil regarding updated status of Store No. 2733 cure objection (.2); telephone call with Jeff Meyers regarding withdrawal of landlord's objection to cure amount |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | | HOURS |  |
|---|---|---|---|---|
|  |  | in order for Debtors to get escrow money released (.3); preparation of updated cure dispute spreadsheet and review of cure objections (1.8) | 2.30 | 437.00 |
|  | BB | Review of memorandum by Jay Castle regarding sublessee's right upon rejection of lease (.3); preparation for and conference with Cynthia C. Jackson regarding Jay Castle memorandum (.3) | 0.60 | 123.00 |
| 11/03/05 | CCJ | Revisions to memorandum regarding Store No. 251 and conference with Jay Castle regarding same (.6); conference with Eddie Held regarding Store Nos. 803, 73 and 42 (.5); preparation for and conference with Sheon Karol, Kim Neil, and Catherine Ibold regarding payment issues (1.8) | 2.90 | 855.50 |
|  | EMS | Preparation of correspondence to all cure objectors to request that they withdraw objections because they were paid in full and thereby rendered moot (3.7); preparation of correspondence to all landlords who filed post-petition lease objections claims (3.5); correspondence to Mark Kelley (counsel for landlord) regarding cure objection for Store No. 2702 (.2) | 7.40 | 1,406.00 |
| 11/04/05 | CCJ | Preparation for hearing on rejection of Commonwealth lease (1.1); conferences with Adam Ravin, with Keith Daw, with Pam Windham and with Jeff Meyers (landlord's counsel); regarding tax issues (1.2); conference with Eddie Held regarding Store No. 803 (.3); representation of Debtors at hearing on Store No. 803 and Commonwealth (1.0); revisions to order on Commonwealth (.3); revision and analysis of correspondence from Jeff Meyers and from Keith Daw regarding Commonwealth and response to same (.6) | 4.50 | 1,327.50 |
|  | EMS | Preparation of updated cure objection spreadsheet in order to resolve cure objections (5.3) | 5.30 | 1,007.00 |
| 11/07/05 | CCJ | Conference call with Bryan Gaston (XRoads) regarding subtenant rejection leases (.2); correspondence to and from counsel for Commonwealth property regarding proposed order and conferences with Keith Daw regarding same (.8) | 1.00 | 295.00 |
|  | TLC | Correspondence to and telephone call with Bob Susin regarding the schedule of targeted stores | 0.50 | 60.00 |
|  | EMS | Correspondence to Kim Neil regarding whether cure checks were mailed to landlord's for Store Nos. 2061 and 2733 (.2); telephone call with Alan Weiss regarding status of cure objection for Store No. 851 (.1); preparation of correspondence to all landlords who signed lease termination agreements with the Debtors and waived all claims against Debtors to withdraw their cure objection (2.2); telephone call and correspondence to Hayden Kepner regarding reduction of cure objection for Store No. 2724 (.3); correspondence to Cynthia C. Jackson and Kim Neil |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 3
12/15/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   110844

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| | | regarding same (.2); review of lease for Store No. 2724 to determine if attorneys' fees are provided for (.4); correspondence to Kim Neil regarding updated cure objection status of Store No. 1242 (.3); preparation of updated cure spreadsheet (1.4) | 5.10 | 969.00 |
| 11/08/05 | CCJ | Preparation for disputed evidentiary hearing on Store No. 1362 (.9); conferences and correspondence regarding same (.2) | 1.10 | 324.50 |
| | EMS | Correspondence to Kim Neil regarding cure status of Store Nos. 2733 and 2061 | 0.30 | 57.00 |
| 11/09/05 | CCJ | Conference with Sheon Karol to review objections from landlords and resolve Penman Plaza issues (1.6); conference with Sheon Karol regarding hearing issues (.4); review of and response to correspondence regarding Store No. 1362 and preparation for hearing on same (1.3) | 3.30 | 973.50 |
| 11/10/05 | CCJ | Review of memorandum from Jay Castle regarding Store No. 251 (.6); review of and response to correspondence regarding same (.3); review of withdrawal of objection to cure (.2); review of and response to correspondence asking for extension of time to withdraw objection (.2); preparation of correspondence on Store No. 802 (1.0); preparation for hearing on Store No. 1362 (2.0); revisions to order on Commonwealth and received and replied to correspondence regarding same (1.1); conference with Eddie Held regarding Store Nos. 73, 803 and 2627 and correspondence to Winn-Dixie regarding same (1.4) | 6.80 | 2,006.00 |
| | EMS | Preparation of hearing outline on objection by School Street Crossing, LP to Debtors' motion for sale of assets free and clear of liens for November 17, 2006 omnibus hearing (1.9); correspondence to Cynthia C. Jackson regarding cure objection by landlord for Store No. 1010 (.2); telephone call with Kim Neil regarding lost rent checks for Store Nos. 1306 and 1346 (.2); telephone call with landlord's counsel, Stephen Rosenblatt, regarding lost rent checks (.1); correspondence to Rob Wilcox regarding whether landlord for Store No. 2151 received rent check from Bi-Lo (.2); preparation of updated cure dispute spreadsheet (.9) | 3.50 | 665.00 |
| 11/11/05 | EMS | Telephone call with Robin Stanton regarding notice of foreclosure on Store No. 2146 and whether Debtors maintain an interest in the property (.3); correspondence to Cynthia C. Jackson and James H. Post regarding same (.1) | 0.40 | 76.00 |
| | CCJ | Preparation for evidentiary hearing on Store No. 1362 (1.1); review of and response to correspondence regarding same (.6); conferences with landlords regarding intent to abandon FF&E (.5); review of and response to correspondence regarding same (.4) | 2.60 | 767.00 |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| 11/12/05 EMS | Telephone call with David Canas regarding withdrawal of objection to Debtors' notice of intent to abandon FF&E (.2); correspondence to with Cynthia C. Jackson regarding same (.1); telephone call with Michael Schmahl regarding withdrawal of objection to Debtors' notice of intent to abandon FF&E (.2); correspondence to Cynthia C. Jackson regarding same (.1) | 0.60 | 114.00 |
| 11/13/05 CCJ | Review of and response to correspondence regarding cure and surrender issues (.5); preparation for evidentiary hearing on Store No. 1362 (1.0) | 1.50 | 442.50 |
| 11/14/05 CCJ | Preparation for evidentiary hearing on Store No. 1362 (2.0); review of and response to correspondence regarding same (.6); review of and response to correspondence from Eddie Held regarding Store Nos. 73 and 803 and telephone conference regarding same (.9); conference with Elizabeth M. Schule regarding Store No. 802 and review of lease regarding same (1.1); correspondence to Catherine Ibold regarding same (.5); revision of correspondence regarding Store No. 259 and conference with Beau Bowin regarding same (1.4); correspondence to Jane DeWitte and Catherine Ibold regarding same (.3) | 6.80 | 2,006.00 |
| EMS | Legal research regarding termination of lease prior to filing bankruptcy and whether trustee is required to reject a terminated lease and possibility of lease rejection damages (5.6); telephone call with Alan Weiss regarding resolution of cure objection for Store Nos. 851 and 2160 (.5); telephone call with Mitch Rosen regarding resolution of cure objection for Store No. 2061 (.3); correspondence to Kim Neil regarding unpaid rent for Store Nos. 2151 and 2061 (.4); correspondence to Kim Neil and Cynthia C. Jackson regarding resolution of cure objection for Store No. 2160 (.1); legal research regarding whether attorney's fees can be paid as part of cure amount (2.4) | 9.30 | 1,767.00 |
| BB | Preparation of correspondence to Robert Frazier regarding Store No. 259 advising him of landlord's violation of stay | 0.50 | 102.50 |
| 11/15/05 CCJ | Conferences with Catherine Ibold regarding Store No. 251 and with Beau Bowin regarding complaint on same (.8); correspondence regarding same (.3) | 1.10 | 324.50 |
| JHP | Correspondence to landlord's (Sarria's) attorney regarding alleged post-petition default on Store No. 330 and related matters (1.0); correspondence to Keith Daw and others regarding same (.4); review of legal research regarding same (.4) | 1.80 | 639.00 |
| BB | Preparation of response correspondence to Riverwalk Partners regarding store advising Riverwalk to make repairs to store or be charged with violation of automatic stay (.8); legal research regarding |  |  |

SMITH HULSEY & BUSEY

Page: 5
12/15/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021688M
STATEMENT NO: 110844

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | application of automatic stay to landlord's refusal to perform obligations under the lease (4.0); what actions are prohibited by 362 (2.0); legal research regarding the application of 365(b)(i)'s requirement to cure defaults before assuming lease to "future" defaults (2.2) | 9.00 | 1,845.00 |
| EMS | E-mail correspondence with Cynthia C. Jackson regarding application for administrative expenses filed by THC, LLC (.1); e-mail correspondence with Kim Neil and Rob Wilcox regarding unpaid rent for Store No. 2151 (.2); legal research for Store No. 802 regarding whether a non-residential real property lease is property of the Bankruptcy estate if it is not terminated prior to filing petition and potential for rejection damages (2.9); e-mail correspondence with Cynthia C. Jackson regarding same (.2); telephone call with Eddie Held regarding preparation of notice of termination of lease for Store No. 802 (.3) | 3.70 | 703.00 |
| 11/16/05 SDB | Review of Judge Funk's opinion decision regarding Transamerica's claim for administrative expense for its prepetition taxes and insurance expense (.4); review of memoranda regarding same (.2); review and revision of draft motion to extend the Debtors' time to assume or reject unexpired leases (.9) | 1.50 | 592.50 |
| CCJ | Conference with Sheon Karol regarding lease strategies and Store No. 18 (1.3); revisions to correspondence regarding Store No. 259 and conferences with Beau Bowin regarding same (1.0); correspondence to Keith Daw, Catherine Ibold regarding same (.2); preparation for hearing on Store No. 1362 (2.0); conferences with landlords' counsel and with Catherine Ibold and Sheon Karol regarding Store No. 1362 issues (.9); conference with James H. Post regarding same and review and analysis of memorandum for James H. Post regarding same (1.0); review and analysis of Court's Transamerica ruling and conference with Adam Ravin and Stephen D. Busey, Sheon Karol and Catherine Ibold regarding same (1.0); conferences with Beau Bowin and with Catherine Ibold regarding complaint against Store No. 251 and review of research regarding same (1.9) | 9.30 | 2,743.50 |
| TLC | Filing of the proposed order regarding the lease termination agreements for Store Nos. 73 and 803 | 0.60 | 72.00 |
| JHP | Analysis of legal research and documents regarding Debtors' alleged post-petition default on lease at Store No. 330, including e-mail correspondence with Catherine Ibold and other regarding same | 2.20 | 781.00 |
| EMS | Correspondence to Jeff Meyers, Colleen Callahan, Kim Neil and Cynthia C. Jackson regarding release of money in escrow to Debtors (.3); telephone call with Ronald Cohn regarding withdrawal of cure objection for Store No. 133 |  |  |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |  |
|---|---|---|---|
| | (.2); telephone call with Beth Baer, attorney for Store No. 2733 regarding resolution of cure objection (.3); telephone call with Jeff Meyers regarding resolution of cure objection and release of escrow amount to Debtors (.3); correspondence to Jeff Meyers regarding same (.1); telephone call with Kim Neil regarding same (.2); telephone call with Colleen Callahan regarding same (.2); preparation of updated cure dispute spreadsheet (4.6); correspondence to Mike Schmahl regarding Store No. 2106 cure dispute resolution (.2); telephone call with Kim Neil regarding approval to pay cure amount for Store No. 827 (.2); preparation of correspondence to Arthur Spector regarding withdrawal of cure objection for Store No. 229 (.4); correspondence to Cynthia C. Jackson regarding same (.1) | 7.10 | 1,349.00 |
| BB | Preparation of three count complaint against Newport Partners for attempting to terminate Winn-Dixie's sublease of Store No. 251 | 7.10 | 1,455.50 |
| 11/17/05 TLC | Filing of the proposed order regarding the lease termination agreement of MCW-RC FL Highlands, LLC (.3); transmittal of correspondence to Linda DeWitt, Catherine Ibold and Keith Daw (.5) | 0.80 | 96.00 |
| JHP | Review of lease documents and material correspondence regarding roof and hurricane issues as to Store No. 330, including e-mail correspondence and telephone calls regarding same with landlord's attorneys and client (Catherine Ibold and Keith Daw) | 1.00 | 355.00 |
| CCJ | Conference with Sheon Karol, Stephen D. Busey and Adam Ravin regarding Penman Plaza and review of motion to assume same (1.3); correspondence to counsel for Penman Plaza regarding same (.2); review of and response to correspondence from Penman Plaza's counsel (.4); review and analysis of correspondence regarding Bueher subtenant issues and conference with Adam Ravin regarding same (.8); revisions to Store No. 251 complaint and correspondence regarding same (2.2) | 4.90 | 1,445.50 |
| EMS | Legal research regarding tolling of options in a lease pursuant to section 108(b) of the Bankruptcy Code and whether debtor can cure defaults and still be entitled to exercise a lease option (6.8); preparation of motion to assume and assign Debtors' leasehold interest in the Miami Dairy Plant (3.1) | 9.90 | 1,881.00 |
| BB | Revision of complaint against Newport Partners for violation of the automatic stay (2.3); legal research regarding authority of bankruptcy court to award attorneys fees to a corporation as a sanction for violating the automatic stay (3.1); review of lease documents and non-disturbance agreement in preparation for revisions to complaint against Newport Partners for violation of the automatic stay (1.3); review of communications with Winn-Dixie and Newport Partners (.8) | 7.50 | 1,537.50 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/18/05 | TLC | Service of orders granting the lease termination agreements in relation to Store Nos. 803 and 73 | 0.60 | 72.00 |
|  | JHP | Telephone calls with and correspondence to attorney for landlord as to roof and hurricane issues as to Store No. 330 (.8); e-mail correspondence with client regarding same (.2); federal express letter to landlord's attorney with November rent check (.2) | 1.20 | 426.00 |
|  | CCJ | Review and analysis of correspondence from counsel for Store No. 251 and preparation of correspondence regarding same (1.0); revision and finalization of complaint on Store No. 251 (1.0); conference with Stephen D. Busey, and with Catherine Ibold regarding same (.6); conference with James H. Post regarding Sarria Enterprises' issues and correspondence regarding same (.5); conferences with Sheon Karol and Adam Ravin regarding Penman Plaza and revisions to motion to assume (1.1); review and analysis of Linpro motion to compel and correspondence regarding same (.5) | 4.70 | 1,386.50 |
|  | SDB | Revision of draft complaint for declaratory judgment regarding the Debtors' right to sublease Store No. 251 in Miami and conference with Cynthia C. Jackson regarding same | 0.90 | 355.50 |
|  | EMS | Telephone call with David Canas regarding withdrawal of objection to Debtors' notice of intent to abandon FF&E (.2); preparation of motion to reject real property lease for Store Nos. 1402, 2099, 2177, 2382 and 2629 (4.5); telephone call with will Ken Kirschner regarding sale of Miami Dairy Plant (.2) | 4.90 | 931.00 |
|  | BB | Legal research regarding requirements for permanent injunction pursuant to Section 105 to enjoin actions that may impair the debtor's ability to reorganize (1.0); requirements for imposing injunction as enforcement of Section 362 to enjoin actions which would violate the automatic stay (1.0); requirements for seeking declaratory judgment in federal court (6.0); preparation of complaint seeking injunction against landlord of Store 251 to prevent landlord from terminating Winn-Dixie's sublease or taking any action to evict Winn-Dixie from premises (5.0) | 13.00 | 2,665.00 |
| 11/19/05 | EMS | Preparation of motion to assume and assign Debtors' leasehold interest in the Miami Dairy Plant | 2.80 | 532.00 |
| 11/20/05 | EMS | Telephone call with Mitch Rosen regarding status of cure objection for Store No. 2061 (.2); revision of cure dispute spreadsheet (.6) | 0.80 | 152.00 |
| 11/21/05 | TLC | Preparation and filing of the certificate of service regarding the eighth omnibus objection of real property leases | 0.40 | 48.00 |
|  | CCJ | Revision, finalization and filing of complaint (.5); correspondence to Catherine Ibold, Jay Castle, counsel for landlords' counsel regarding |  |  |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 8
12/15/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   110844

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | Store No. 251 (.6); correspondence regarding airport hangar and review of lease rejection motion (1.4) | 2.50 | 737.50 |
| SDB | Review of revisions to the Debtors' motion to extend the time within which to assume or reject leases | 0.40 | 158.00 |
| EMS | Preparation of motion to assume and assign Debtor's leasehold interest in the Miami Dairy Plant (3.4); telephone call with Alan Weiss regarding unpaid 2004 insurance and taxes for Store No. 851 (.3); correspondence to Kim Neil and Cynthia C. Jackson regarding same (.2); correspondence to Cynthia C. Jackson regarding motion for rejection of real property leases (.2); telephone call with Mark Levy, attorney for Store No. 236 regarding whether store has been rejected (.1); correspondence to Mark Levy regarding same (.1); telephone call with David Pollock, attorney for Store Nos. 1906 and 2736, to discuss release of monies in escrow in connection with their cure objections (.1); telephone call with Adam Frisch regarding status of cure objection for Store No. 1242 so that monies in escrow can be released (.3); correspondence to Cynthia C. Jackson regarding status of cure objection for Store No. 2726 (.2) | 4.90 | 931.00 |
| KSW | Preparation for and electronic filing of certificate of service regarding order authorizing rejection of Jacksonville warehouse lease and sublease and abandonment of related personal property (.3) and certificate of service regarding motion to reject leases and subleases (.3); research regarding Morris Tract Corp., The Williston Highland Development Corp. and Partnership Newport Motel (.8); preparation for and electronic filing and service of complaint against Morris Tract Corp., et al. (1.1) | 2.50 | 300.00 |
| 11/22/05 CCJ | Review and analysis of Bennett Lifter's objection and proposed reply (1.5); correspondence to Adam Ravin regarding same (.2); conference with Stephen D. Busey regarding same (.2); review of and response to correspondence from counsel from Store No. 333 (.2) | 2.10 | 619.50 |
| SDB | Review of draft reply to objection of Bennett Lifter (.6) and conference with Cynthia C. Jackson regarding same (.2) | 0.80 | 316.00 |
| EMS | Correspondence to Cynthia C. Jackson regarding preparation of lease termination notice | 0.20 | 38.00 |
| 11/23/05 KSW | Preparation for and electronic filing and service of motion for order granting third extension of time within which Debtors may assume or reject unexpired leases of nonresidential real property (.5) and notice of hearing thereon (.3); preparation of certificate of service regarding same (.3) and electronic filing of certificate of service (.2) | 1.30 | 156.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Page: 9
12/15/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021688M
STATEMENT NO:   110844

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | CCJ Conference with Sheon Karol regarding Penman Plaza and Miami Dairy Plant (.4); correspondence to and conference with Creditors' Committee and with DIP Lender regarding same (.5); review of and response to correspondence from Larry Appel regarding professional fees (.4); conference with U.S. Trustee regarding same (.2) | 1.50 | 442.50 |
| 11/26/05 EMS | Correspondence to Rob Wilcox regarding Store No. 2151 | 0.20 | 38.00 |
| 11/28/05 CCJ | Preparation for hearing on Bennett Lifter's objection and conference with Adam Ravin regarding same (1.2); preparation for hearing on Buehler leases (.6); reviewed and replied to correspondence regarding Food Lion issues (.3); correspondence regarding Store No. 802 lease termination issues (.2) | 2.30 | 678.50 |
| | EMS Returned telephone call to Summer Chandler regarding motion to appoint local counsel on lease rejection matter (.2); telephone call to Alan Weiss regarding payment of 2004 taxes for Store No. 851 (.2); correspondence to Cynthia C. Jackson and Kimberly S. Ward regarding same (.1); preparation of hearing outline on Debtors' motion to reject real property leases for December 1, 2005 omnibus hearing (1.1); preparation of updated hearing outline on Debtors' motion to reject real property leases approving settlement agreement with E.W. James (.4); preparation of updated cure dispute spreadsheet (1.2) | 3.20 | 608.00 |
| 11/29/05 TLC | Preparation of lease descriptions for Store Nos. 1402, 2099, 2177, 2382 and 2629, including subleases and assignments thereon | 3.00 | 360.00 |
| | CCJ Conference with Bryan Gaston regarding Store No. 1010 and regarding Buehler motion (.5); revisions to hearing outline on Buehler motion (.6); conference with Adam Ravin regarding Bennett Lifter's objection (.2); conference with Mike Chlebovec regarding same (.2) | 1.50 | 442.50 |
| | EMS Correspondence to Alan Weiss regarding resolution of cure objection for Store No. 2160 (.2); correspondence to Adam Frisch regarding resolution of cure objection for Store No. 1242 (.2); correspondence with Colleen Callahan and Rob Wilcox regarding release of monies in escrow for Store No. 2151 (.3); telephone call with Zachary Bancroft regarding objection to Debtors' notice of intent to abandon FF&E (.1); telephone call with Michael Schmahl regarding same (.3); correspondence to Adam Frisch regarding resolution of cure objection for Store No. 524 and review of cure objection (.4); correspondence to David Pollock regarding resolution of cure objection for Store No. 1851 (.2); telephone call with Jimmy Summerlin regarding resolution of cure objection for Store No. 2083 and review of cure objection (.4); preparation of revised cure objection agreement (1.5) | 3.60 | 684.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | KSW | Preparation for and electronic filing of response to Central Progressive Bank's motion to dismiss amended complaint | 0.50 | 60.00 |
| 11/30/05 | TLC | Preparation of lease descriptions for lease rejection motion | 2.20 | 264.00 |
|  | EMS | Preparation of correspondence to C. Ellis Braval, III requesting he withdraw cure objection as moot for Store No. 1908 (.4); preparation of updated cure dispute spreadsheet (1.4); correspondence to Cynthia C. Jackson regarding resolution of cure objections (.2); correspondence to David Pollock regarding resolution of cure objection for Store No. 1851 (.2); review of objection and telephone call with David Tennis regarding resolution of cure objection for Store No. 827 (.3); correspondence to Kim Neil regarding same (.1); telephone call with Kim Neil regarding cure objection and unpaid rent for Store No. 370 (.4); review of correspondence from Ian Kukoff regarding same (.2); telephone call with Ian Kukoff regarding same (.5); correspondence to Ian Kukoff and Kim Neil regarding same (.1); telephone call with Zachary Bancroft regarding damage done by Debtors to Store No. 1264 (.3); correspondence to Colleen Callahan and Beth Baer regarding release of monies in escrow for Store No. 2733 (.5); telephone call with Adam Frisch regarding resolution of cure objection for Store No. 1242 (.4); correspondence to Eddie Held regarding resolution of cure objection for Store No. 2710 (.2); correspondence to Rob Wilcox regarding withdrawal of cure objection for Store No. 2151 (.1); review of cure objections, telephone call with and correspondence to Jeff Meyers regarding resolution of cure objection for Store No. 1938 (.4); review of objection and telephone conference with and correspondence to David Tennis and Connie Stead at Cameron Sanford regarding withdrawal of objection for Store No. 827 (.5) correspondence to Cynthia C. Jackson regarding same (.2) | 6.40 | 1,216.00 |
|  | CCJ | Conference with Adam Ravin and with Sheon Karol regarding Bennett Lifter's objection and correspondence regarding same (.6); revision of order on Bennett Lifter's and Ruther's objections (.5) | 1.10 | 324.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 222.40 | 51,484.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 11
12/15/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  110844

Chapter 11 -  Leases (Real Property)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.60 | $395.00 | $1,422.00 |
| James H. Post | 6.20 | 355.00 | 2,201.00 |
| Cynthia C. Jackson | 73.60 | 295.00 | 21,712.00 |
| Beau Bowin | 40.50 | 205.00 | 8,302.50 |
| *Tana L. Copeland | 8.10 | 120.00 | 972.00 |
| *Kimberly S. Ward | 4.30 | 120.00 | 516.00 |
| Elizabeth M. Schule | 86.10 | 190.00 | 16,359.00 |
| TOTAL | 222.40 | | $51,484.50 |

TOTAL THIS STATEMENT                                    $51,484.50
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:  111726

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Leases (Real Property)


|            |     |                                                                                                                                      | HOURS |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/01/05   | SDB | Preparation for and attendance at hearing on the Debtors' motion to reject 13 leases and subleases                                    | 0.80  | 316.00 |
|            | EMS | E-mail correspondence to Beth Baer regarding release of monies in escrow for Store No. 2733                                           | 0.20  | -38.00 |
|            | CCJ | Preparation for and representation of Debtors on lease rejections regarding Buehler leases and subleases (1.8); revisions to proposed order (.5) | 2.30  | 678.50 |
| 12/02/05   | TLC | Telephone call and e-mail correspondence to William Esser, counsel for Store No. 2048, regarding the notice of rejections of unexpired lease | 0.30  | 36.00  |
|            | EMS | Telephone call with Robert LaHane, counsel for Store No. 360 regarding resolution of cure objection for withdrawal of objection from docket (.3); correspondence to Robert LaHane regarding same (.1); telephone call to Kathy Determan regarding motion filed to compel Debtors to assume or reject her client's lease and whether this motion can be heard on December 15, 2005 (.3); correspondence to Cynthia C. Jackson regarding same (.2); correspondence to Colleen Callahan regarding release of monies in escrow for Store No. 2733 (.2); correspondence to Kim Neil regarding resolution of cure objection for Store No. 739 (.1); telephone call to Leslie Weeks, counsel for Store No. 1998 regarding withdrawal of cure objection (.2); correspondence to Brad Schraiberg regarding withdrawal of cure objection for Store No. 2063 (.2); correspondence to Colleen Callahan and Beth Baer regarding release of monies in escrow for Store No. 2733 (.2); correspondence to Kim Neil and Robert LaHane regarding resolution of cure objection for Store No. 739 (.2) | 2.00  | 380.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/05/05 | CCJ | Review of and respond to correspondence from Bryan Gaston regarding lease issues (.3); review of and respond to correspondence from counsel for School Street Crossing regarding cure (.5); review of and respond to correspondence from Adam Ravin regarding Buehler leases (.2); conference with James H. Post, Sheon Karol and Bryan Gaston regarding Abbeville (.5); review of and respond to correspondence from Kim Neil regarding School Street Crossing (.2) | 1.70 | 501.50 |
|  | TLC | Correspondence with various individuals regarding the Dallas, Georgia order | 0.60 | 72.00 |
|  | EMS | Preparation of updated hearing outline regarding objection by School Street Crossing to Debtors' motion for sale of assets (.8); correspondence to Kim Neil regarding resolution of cure objection for Store No. 739 (.2); correspondence to Kim Neil regarding resolution of cure objection for Store No. 360 (.1) | 1.10 | 209.00 |
| 12/06/05 | TLC | Revision of the description of leases for the motion to reject ground leases | 0.60 | 72.00 |
|  | EMS | Telephone call to Eddie Held regarding resolution of cure objections (.2); correspondence to Colleen Callahan regarding release of monies in escrow (.1); telephone call to Jeffery Hastley regarding resolution of cure objection for Store No. 1998 (.1); telephone call to Walter Hanon regarding payment of prepetition expenses (.3) | 0.70 | 133.00 |
| 12/07/05 | JHP | Preparation for December 15, 2005 hearing on By-Pass' motion to compel Debtors to assume or reject lease (Store No. 1158), including status and recommendation memorandum to client regarding same | 2.20 | 781.00 |
|  | CCJ | Preparation for and meeting with Eddie Held, Adam Frisch and Elizabeth M. Schule regarding outstanding landlord/tenant issues (2.0); review of and respond to correspondence regarding Store No. 251 (.3) | 2.30 | 678.50 |
|  | EMS | Attendance at meeting with Cynthia C. Jackson, Eddie Held and Adam Frisch regarding resolution of cure objections (1.6); telephone call to Kim Neil regarding resolution of cure objection for Store No. 348 (.2); correspondence to Eddie Held regarding same (.1); preparation of hearing outline on Debtors' motion to implement order on Penman Plaza Associates' motion to compel (1.9); review of and update cure objections dispute spreadsheet (1.4) | 5.20 | 988.00 |
| 12/08/05 | TLC | Preparation, filing and service of Debtors' motion for authority to reject ground leases (.7); preparation of notice of hearing regarding Debtors' motion for authority to reject ground leases and filing of same (.5) | 1.20 | 144.00 |
|  | JHP | Preparation of response in opposition to By-Pass' motion to compel assumption or rejection of lease, including e-mail correspondences and telephone calls |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -   Leases (Real Property)

| | | HOURS | |
|---|---|---|---|
| | with representatives of Winn-Dixie and XRoads regarding same | 1.80 | 639.00 |
| EMS | Preparation of hearing outline of Debtors' motion for authority to reject ground leases and airport hangar lease retroactively (1.6); telephone call to Mike Schmahl regarding past due rent for Store Nos. 2106 and 207 (.4); preparation of updated cure dispute spreadsheet (.3); correspondence to Kim Neil regarding cure dispute resolution for Store No. 851 (.3); correspondence to Eddie Held regarding notice of termination for Morrisville Market (.2); correspondence to Tana L. Copeland and Steve Rosenblatt regarding status of inventory in Store No. 1346 (.3); correspondence to Tana L. Copeland regarding status of Store No. 2069 in response to inquiry from landlord's counsel (.2); preparation of hearing outline for Debtors' motion authorizing rejection of leases (.8); preparation of hearing outline on Debtors' motion for third extension of time to assume or reject leases of nonresidential real property (2.6) | 6.70 | 1,273.00 |
| 12/09/05 JHP | Preparation of objection to By-Pass' motion to compel assumption or rejection of Abbeville store, including correspondences and telephone calls with counsel for By-Pass, Bank and co-counsel regarding same (1.6); preparation for December 15, 2005 hearing regarding same (1.2) | 2.80 | 994.00 |
| EMS | Preparation of updated hearing outline on Debtors' motion for third extension of time to assume or reject nonresidential real property leases (1.9); preparation of updated hearing outline on Debtors' motion for third extension of exclusive period (.8); preparation of hearing outline on By-Pass' motion to compel debtors to assume or reject leases (.9); preparation of hearing outline on Pine Carter's motion to compel Debtors to assume or reject lease (.8) | 4.40 | 836.00 |
| CCJ | Correspondence to counsel for School Street Crossing regarding objection hearing (.2); review of and respond to correspondence from Eddie Held regarding Store No. 223 and Morrisville (.5); correspondence to Mike Chlebovec and Bryan Gaston regarding same (.3); review and analysis of objection summary from Adam Ravin (.5) | 1.50 | 442.50 |
| 12/10/05 SDB | Review of the pleadings of By-Pass' objections to the Debtors' motion to further extend the Section 365 period and to compel assumption and rejection and related correspondence and memoranda regarding the Debtors' litigation strategy | 1.10 | 434.50 |
| 12/12/05 JHP | Preparation for December 15, 2005 hearing on Debtors' third motion to extend assumption/rejection deadline, including e-mail correspondences and telephone conferences with | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  | | HOURS | |
|---|---|---|---|
| | XRoads (Sheon Karol, Bryan Gaston) and Debtors (Jay Castle) (1.8); preparation of objection to By-Pass' motion to compel assumption or rejection and telephone calls with By-Pass' counsel, client and Louisiana co-counsel regarding same (.8) | 2.60 | 923.00 |
| CCJ | Review of and respond to correspondence from landlords regarding taxes and rental payments (1.4); conference with Eddie Held regarding Store Nos. 803 and 73 (.2); preparation for hearing on extension motion (1.3); preparation for and participation in telephone conference regarding Abbeville (.7) | 3.60 | 1,062.00 |
| EMS | Preparation of questions and answers for Debtors' motion for third extension of time to assume or reject nonresidential real property leases (2.2); correspondence with Kim Neil regarding status of rent payments for Store Nos. 237 and 370 in preparation for Debtors' motion for third extension of time to assume or reject nonresidential real property leases (.3); preparation of revised hearing order on Debtors' motion to implement order on Penman Plaza Associates motion to compel (.5); correspondence to Eddie Held regarding return of keys for Store No. 223 (.5); preparation of updated hearing outline for motion by By-Pass to compel Debtors to assume or reject lease (2.1); correspondence to Eddie Held regarding return of keys to Store No. 223 (.5) | 6.10 | 1,159.00 |
| 12/13/05 JHP | Preparation for December 15, 2005 hearing on Debtors' third motion to extend time to assume leases, including telephone calls and e-mail correspondences with counsel filing objections (Sarria Enterprises and By-Pass), revision to objection to By-Pass' motion to compel assumption or rejection of lease and proposed order | 1.80 | 639.00 |
| KSW | Preparation and electronic filing of objection to By-Pass' motion to compel debtor to assume or reject lease | 0.20 | 24.00 |
| CCJ | Conference with Sheon Karol, Catherine Ibold, Adam Ravin regarding revision and development of objection strategy for landlords | 2.40 | 708.00 |
| EMS | Preparation of revised hearing order on By-Pass' motion to compel Debtors' to assume or reject lease (.9); preparation of revised hearing order on Debtors' motion to reject Buehler leases (.4); preparation of updated hearing order on Debtors' motion to implement order on Penman Plaza Associates' motion to compel (.9); correspondence to Leanne McKnight Prendergast and Cynthia C. Jackson regarding status of Debtors' objection to By-Pass' motion to compel Debtors to assume or reject lease (.3); telephone call to Lisa Fort regarding "go-dark" provision in contract with Harris Teeter for Store No. 2039 (.4); correspondence to Kim Neil, Cynthia C. Jackson and Tana L. Copeland regarding same (.2); | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | telephone call to Dorothy Dow regarding lease terminations for Store Nos. 73 and 805 (.2) |  | 3.30 | 627.00 |
| 12/14/05 | SDB | Review of motions, objections and preparation for December 15, 2005 hearing on the Debtors' motions to reject store leases, hangar lease and related subleases (docket nos. 4143 and 4513) (1.4); review of motion and four objections and preparation for December 15, 2005 hearing on Debtors' motion to extend the time within which it must assume or reject store leases, including revising testimony outline for the hearing (2.1) | 3.50 | 1,382.50 |
|  | JHP | Preparation for December 15, 2005 hearing on Debtors' third motion for extension to assume or reject leases, including telephone calls and e-mail correspondences with counsel for By-Pass and Sarria Enterprises regarding resolution of objections and e-mails with client regarding same | 1.40 | 497.00 |
|  | KSW | Preparation and service of objection to By-Pass' motion to compel debtor to assume or reject lease (.4); preparation and electronic filing of certificate of service regarding same (.4); preparation and electronic filing of certificate of service regarding order authorizing and approving rejection of real property lease regarding E.W. James and certificate of service regarding order authorizing (i) rejection of leases and subleases and (ii) abandonment of related personal property (.4) | 1.20 | 144.00 |
|  | CCJ | Preparation for disputed hearing on motion to extend time to assume or reject (2.7); preparation for hearings on motions to compel by Pines-Carter (.8); conference with Peter Russe regarding same (.2); conference with Sheon Karol and Catherine Ibold regarding same and regarding Sarria Enterprises, By-Pass and Balzebre (.4); preparation for hearing on motion to reject Buehler leases (.6); motion to reject airport hangar (.4); motion to assume Penman Plaza Associates (1.0); review of and respond to correspondence from World Fitness landlord (.3); review of and respond to correspondence regarding Store Nos. 803 and 73 (1.0) | 7.40 | 2,183.00 |
|  | EMS | Preparation of revised hearing order on By-Pass' motion to compel Debtors to assume or reject lease (1.4); correspondence with Lisa Fort and Cynthia C. Jackson regarding "go-dark" provision in contract with Harris Teeter for Store No. 2039 (.2); preparation of updated hearing order on Pine-Carter's motion to compel Debtors to assume or reject lease (.4); preparation of proposed order on same (1.0); preparation of motion to assume Pine-Carter's lease (2.6); legal research regarding sufficient grounds to deny Debtors' motion for third extension of time to assume or reject leases (3.8) | 9.40 | 1,786.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

| | | | |
|---|---|---|---|
| 12/15/05 SDB | Preparation for and attendance at hearing on Winn-Dixie's motion to extend the time within which it may assume or reject store leases, including preparing Holly Etlin for her testimony and presenting the testimony at the hearing (2.7); preparation for and attendance at hearing on Winn-Dixie's motion to reject thirteen store leases and the Jacksonville hangar lease (.8) | 3.50 | 1,382.50 |
| CCJ | Preparation for and representation of Winn-Dixie at hearing on motion to extend time to assume or reject (2.0); preparation for and representation of Winn-Dixie at hearing on motion to reject airport hangar lease (.6); motion to reject Buehler leases and motion to assume Penman Plaza Associates (.5); conference with Eddie Held regarding same (.2) | 3.30 | 973.50 |
| JHP | Preparation for and attendance at hearing on By-Pass' motion to compel assumption or rejection of its lease and Debtors' motion for third extension of time to assume or reject its real property leases, including telephone calls and e-mail correspondences with By-Pass' counsel and client regarding same | 2.20 | 781.00 |
| EMS | Preparation of motion to assume Pines-Carter lease; review of Debtors' motion to reject leases and subleases, hearing order, order on motion to reject leases and subleases (.3); review of Debtors' motion to reject ground leases and airport hangar lease, hearing order, order on motion to reject ground leases and airport hangar lease (.3); review of Debtors' motion authorizing sale of Miami Dairy Plant, hearing order and order on motion authorizing sale of Miami Dairy Plant (.3); review of Debtors' motion granting third extension of time to reject or assume leases (.3); review of Debtors' motion to implement order on Penman Plaza Associates' motion to compel, hearing order and order on motion to implement order on Penman Plaza Associates' motion to compel (.3); review of By-Pass' motion to compel Debtor to assume or reject lease, hearing order and order on motion to compel Debtor to assume or reject lease (.3); review of Debtors' motion granting third extension of exclusive period and order regarding same (.3) | 3.50 | 665.00 |
| 12/16/05 EMS | Preparation of motion to assume Pines-Carter lease (2.1); review and revision to master cure dispute spreadsheet (1.4) | 3.50 | 665.00 |
| KSW | Electronic filing of proposed order granting third extension of time to assume or reject unexpired leases of nonresidential real property (.2); service of order regarding eighth omnibus rejection motion, order regarding rejection of ground lease and airport hangar lease (.7) | 0.90 | 108.00 |
| 12/19/05 SDB | Review of correspondence from counsel for Pines-Carter and memorandum to Cynthia C. Jackson regarding same | 0.40 | 158.00 |

LAW OFFICES

S MITH  H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

| | | HOURS | |
|---|---|---|---|
| EMS | Draft motion and propose order to assume Pines-Carter lease (4.4); telephone call with Zachary Bancroft regarding post petition, pre-rejection amounts due for lease with 12th Street Washington Associates (.3); correspondence with Kim Neil and Zachary Bancroft regarding same (.3); telephone call to Ellis Brazeal regarding resolution of objection for store (.1) | 5.10 | 969.00 |
| CCJ | Preparation of proposed order on Pines-Carter (1.0); review of and respond to correspondence from Bryan Gaston regarding same (.4); conference with Catherine Ibold regarding same (.2); review of and respond to correspondence regarding administrative payouts (.8) | 2.40 | 708.00 |
| 12/20/05 SDB | Review of memoranda and discovery requests from Pines-Carter (.3); conference with Cynthia C. Jackson regarding discovery and proof development plan regarding Pines-Carter objection to the Debtors' motion to assume the lease on Store No. 658 (.4); review and revision of draft of the Debtors' motion to assume the lease of Store No. 658 and memorandum to Cynthia C. Jackson regarding same (.5) | 1.20 | 474.00 |
| EMS | Preparation of motion and order for sale of fuel center in McComb, Mississippi (3.4); correspondence to Jonathan Williams regarding granting extension of time regarding non-subordination agreement (.2); correspondence to Michael Fuchler regarding payment of 2005 taxes for Store Nos. 2717 and 2719 (.2); correspondence to Kim Neil regarding same (.2) | 4.00 | 760.00 |
| KSW | Service of order authorizing (i) rejection of leases and subleases and (ii) abandonment of related personal property (.3); order granting in part motion of Pines-Carter to compel Debtors to assume or reject unexpired lease (.3) and order granting third extension of time to assume or reject unexpired leases of nonresidential real property (.3); preparation and electronic filing of certificates of service regarding same (.6) | 1.50 | 180.00 |
| CCJ | Review and analysis of correspondence from James H. Post, Keith Daw and Kathy Jaxon regarding Sarria Enterprises | 1.00 | 295.00 |
| 12/21/05 EMS | Telephone call with Cynthia C. Jackson, Kim Neil and Michael Bowlus regarding payment of cure amount in connection with Penman Plaza Associates' lease (.4); telephone call with to Sheon Karol regarding same (.1); conference with David Pollack regarding withdrawal of cure objection for Store Nos. 1906, 2736 and 1851 (.3); preparation of motion for amendment and/or reconsideration of order dated December 16, 2005 to reflect new effective date of lease rejection (1.6); telephone call to Jacques Malaison at Winn-Dixie regarding assumption and | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -   Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | assignment of ground lease for Store No. 896 (.3); conference with Kim Neil regarding status of rent payments for Store No. 2039 (.2); telephone call to Greg Curci, landlord of Winn-Dixie store, regarding outcome of December 15, 2005 omnibus hearing (.2); correspondence with Robert LeHane regarding the withdrawal of the cure objection for Store No. 360 (.3); correspondence with Adam Frisch regarding the withdrawal of cure objections for Store Nos. 524 and 1242 (.2); telephone call to Jeffrey Hartley regarding withdrawal of cure objection for Store No. 1998 (.2) | 3.80 | 722.00 |
| JHP | Review of By-Pass' proposal for Winn-Dixie buyout of lease, including correspondence with client regarding same | 0.40 | 142.00 |
| SDB | Review of memorandum from Jonathan Winer, counsel for Pines-Carter and draft response | 0.40 | 158.00 |
| CCJ | Conference with Doug Myers and with Bryan Gaston regarding Store No. 1857 | 1.00 | 295.00 |
| 12/22/05 SDB | Review of correspondence from counsel for Pines-Carter, including its $1,000,000 settlement offer, request for hearing, discovery requests and unprofessional threats (.7); review and revision of draft responses on behalf of the Debtors (.5); telephone call to Jan Baker regarding same (.3); consider evidentiary hearing on Pines-Carters' objection to the Debtors' motion to assume (.8); telephone conference with Jay Castle and Cynthia C. Jackson regarding these and related issues (.4) | 2.70 | 1,066.50 |
| CCJ | Review and analysis of correspondence from Peter Russoln and from Jonathan Winer regarding Store No. 658 (1.3); conferences with Stephen D. Busey regarding same (.5); preparation of responses to same (1.0); conference with Stephen D. Busey and Jay Castle regarding same (.3); review of and respond to correspondence regarding Store No. 18 and telephone conference regarding same (.6); preparation and filing of reconsideration motion (2.0); conferences with Stephen D. Busey regarding same (.3); review of and respond to correspondence regarding same (.3); telephone call to Sheon Karol regarding Madura Beach (.3) | 6.60 | 1,947.00 |
| KSW | Preparation, electronic filing and service of motion to amend order dated December 16, 2005 as it relates to Store No. 1857 (.7); preparation and electronic filing of certificate of service regarding order authorizing rejection of leases and subleases and abandonment of related personal property (.3) | 1.00 | 120.00 |
| 12/23/05 CCJ | Review of and respond to correspondence regarding Store No. 18 (.3); telephone conference with Michael Bowlus and Elizabeth M. Schule regarding same (1.0); telephone call to Sheon Karol regarding same (.3) | 1.60 | 472.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)


HOURS

12/27/05 EMS Review of correspondence from Adam Frisch regarding
resolution of cure objections for Store Nos. 524
and 1242 (.3); conference with Cynthia C. Jackson
regarding payment of cure amount to Penman Plaza
Associates (.1); preparation of updated cure dispute
spreadsheet (1.6); telephone call to Jeffrey
Hartley regarding resolution of cure objection for
Store No. 1998 (.2); conference with Alan Weiss
regarding withdrawal of cure objections for Store
Nos. 851 and 2160 (.3); telephone call to Bradley
Schraiberg regarding resolution of cure objection
for Store No. 2063 (.2); preparation of motion to
assign ground lease for Store No. 896 to Food Lion,
LLC (3.6); legal research regarding payment of
attorneys' fees as part of cure costs for
non-residential real property leases (2.2);
conference with Michael Chlebovec regarding sale of
Oviedo Tract and Store No. 2375 (.2); preparation
of motion to sell Oviedo Tract and Store No. 2375
(1.1)                                                    9.80  1,862.00

12/28/05 CCJ Revision of motion to assume Pines-Carter and file
(.8); conferences with Sheon Karol, Bryan
Gaston and Stephen D. Busey regarding same (.7);
review and analysis of asset purchase agreement
for Store No. 658 (1.1); review and analysis of
correspondence regarding Store No. 18 (.5);
conference with counsel for Store No. 658 (.3);
correspondence to Debtors regarding same (.3);
correspondence to counsel for Store No. 18 regarding
same (.2)                                                3.90  1,150.50

SDB Review of contract for sale of fee interest in
Winn-Dixie's Pines-Carter leasehold (.4); consideration
of Winn-Dixie's response to Pines-Carter settlement
offer (.3)                                               0.70    276.50

KSW Preparation and electronic filing and service
of motion to assume lease (Store No.  658) (.8);
preparation of notice of hearing regarding same
(.2); preparation and electronic filing and
service of notice of hearing (.3); preparation and
electronic filing of certificate of service
regarding order authorizing Debtors to reject
ground leases and airport hangar lease and
establishing rejection damage claim bar date (.3)       1.60    192.00

EMS Preparation of motion and order to sell Oviedo
Tract (3.4); telephone conference with Kimberly S.
Ward and Tana L. Copeland regarding submission of
Supervalu order to court (.2); conference with Jeff
Hartley regarding withdrawal of cure objection for
Store No. 1998 (.3); review of correspondence from
J. Hayden Kepner, Jr. regarding claim for
attorneys' fees in connection with resolution of
cure objection for Store No. 2724 (.5); conference
with J. Hayden Kepner, Jr. regarding same (.2);
preparation of updated cure dispute spreadsheet
(.8); review of cure dispute correspondence from
landlords (2.9)                                          8.30  1,577.00

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 10
01/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:  111726

Chapter 11 - Leases (Real Property)

HOURS

12/29/05 CCJ  Review of and respond to correspondence from counsel
for Store No. 658 (.5); preparation for January 12,
2006 hearing on Store No. 1362 and correspondence
regarding same (1.2); review of files regarding
Store Nos. 73, 803, 1010, 223 and 1257 (1.3);
conference with Elizabeth M. Schule regarding cure
issues (.5)                                                       3.50  1,032.50

EMS  Conference with Cynthia C. Jackson regarding
resolution of cure objection for Store No. 827
(.2); conference with Cynthia C. Jackson regarding
resolution of cure objections (.4); conference with
Rick Thames regarding resolution of cure objections
(.9); telephone call to Eddie Held regarding
resolution of cure objections (.5); review of
correspondence and cure objections by Eddie Held
(1.1); conference with Eddie Held and Kim Neil
regarding resolution of cure objection for Store
No. 1010 (.3); preparation of hearing order on
creditor National In-Store Marketing LLC's motion
to allow claim as amended claim (1.5); preparation
of hearing order on Equity Committee's request for
scheduling conference (1.6)                                       6.50  1,235.00

12/30/05 CCJ  Conference with Eddie Held regarding landlord
tenant issues (.3); correspondence to Leanne
McKnight Prendergast regarding Store No. 1257 (.2)                0.50    147.50

SDB  Review of Rule 30(b)(6) notice from Pines-Carter
and related document request and preparation of
memorandum to Cynthia C. Jackson regarding same                  0.60    237.00

EMS  Conference with Kim Neil, Tana L. Copeland and
Zachary Bancroft regarding resolution of cure
objection for Store No. 1264 (.4); review of
administrative expense application by Zachary
Bancroft (.6); review of correspondence from Arthur
Spector regarding closing of Store No. 229 and
telephone call to Tim Tucker regarding same (.4);
conference with Cynthia C. Jackson regarding same
(.2); conference with Cynthia C. Jackson regarding
status update on all stores represented by Eddie
Held (.5); review of objection and correspondence
and telephone call to Brad Schraiberg regarding
resolution of cure objection for Store No. 2063
(.5)                                                              2.60    494.00
                                                                ------  --------
FOR PROFESSIONAL SERVICES RENDERED                              170.40 42,026.50

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Page: 11
01/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:   111726

Chapter 11 -  Leases (Real Property)


PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 14.90 | $395.00 | $5,885.50 |
| James H. Post | | 15.20 | 355.00 | 5,396.00 |
| Cynthia C. Jackson | | 45.00 | 295.00 | 13,275.00 |
| *Tana L. Copeland | | 2.70 | 120.00 | 324.00 |
| *Kimberly S. Ward | | 6.40 | 120.00 | 768.00 |
| Elizabeth M. Schule | | 86.20 | 190.00 | 16,378.00 |
| | TOTAL | 170.40 | | $42,026.50 |


TOTAL THIS STATEMENT                                                    $42,026.50


*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:  112517

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | SDB | Review of memoranda from Pines-Carter regarding discovery requests and conference with Cynthia C. Jackson regarding Winn-Dixie's and DJM's responses to those requests | 0.50 | 202.50 |
|  | CCJ | Review and analysis of correspondence regarding Store No. 223 and of auction transcript (2.3); review and analysis of motion to compel (.5); correspondence to Kim Neil regarding same (.2); conference with Elizabeth M. Schule regarding Store Nos. 1257, 652, 251 and Keith Daw correspondence (.5); conference with Beau Bowin regarding legal research of right of first refusal (.2); correspondence to Jay Castle regarding Greenwood Plaza (.4); review and analysis of discovery requirements and conference with Stephen D. Busey regarding same (1.0) | 5.10 | 1,555.50 |
|  | BB | Research and analysis regarding whether the lease on Store No. 1335 is executory | 4.30 | 946.00 |
|  | EMS | Correspondence to Kimberly S. Ward regarding preparation of notice of withdrawal of third party (.2); correspondence to Cynthia C. Jackson regarding cure objection for Store No. 2726 (.2); correspondence to Kim Neil regarding resolution of objection for Store No. 2056 and release of money held in escrow (.3); telephone call with James Bird regarding resolution of cure objection for Store No. 2056 (.3); correspondence to Kim Neil regarding resolution of objection for Store No. 739 (.3); correspondence to Kim Neil regarding resolution of objection for Store No. 1264 (.3); correspondence to Cynthia C. Jackson regarding alleged unpaid rent for Store No. 1657 (.2); preparation of motion to approve lease termination for Store No. 1857 (.9); preparation of revised motion to assign ground leases (.5); preparation of hearing outline on Debtors' motion for order authorizing the sale of assets in preparation for January 12, 2006 omnibus hearing (.5); |  |  |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

correspondence to Zach Bancroft regarding
resolution of cure objection for Store No. 1264
(.3); correspondence to Eddie Held and Cynthia C.
Jackson regarding resolution of cure objection for
Howell Mill (.2); correspondence to Mike Schmahl
regarding resolution of cure objection for Store
Nos. 207 and 2106 (.3); telephone call with Kristen
Richney regarding unresolved alleged post-petition
rent accruals for Store No. 1657 (.4); telephone
call with Ellis Brazeal regarding resolution of
cure objection for Store No. 1908 (.3); telephone
call with Bill Zewadski regarding amended claim for
damages to Store No. 740 when Debtor left (.3);
review of correspondence to Wendy Simkulak and
telephone call with her regarding withdrawal of
objection to Debtors' notice of intent to abandon
FF&E (.4); correspondence to Charles Flowers and
telephone call with Charles Flowers regarding
withdrawal of objection to Debtors' notice of intent
to abandon FF&E (.3); telephone call with Eddie Held
regarding the status of objection for Store No. 2008
(.2); preparation of updated cure dispute spreadsheet
(.8); correspondence to Kim Neil regarding
resolution of cure objection for Store No. 1264 (.4)          7.60   1,482.00

01/04/06 CCJ  Preparation for cure hearing on Store No. 1362
(2.8); review and analysis of Winn-Dixie file
regarding same (1.0); review of and respond to
correspondence from Jay Archanault regarding same
and Kim Neil regarding same (.8); correspondence
to landlord's counsel regarding same (.3);
correspondence to Jay Castle regarding same (.5);
review of and respond to correspondence regarding
E.W. Jones' leases (.2); correspondence to Bryan
Gaston regarding same (.2); review and analysis of
answer and counterclaims regarding Store No. 251
(1.0)                                                         6.80   2,074.00

EMS  Preparation of motion to approve lease termination
for Store No. 1857 (3.5); telephone call with David
Gray regarding status of cure objection for Store
No. 2008 (.2); correspondence to Kim Neil and
Tana L. Copeland regarding status of Store No. 903
(.3); correspondence to Cynthia C. Jackson
regarding termination of lease for Store No. 1335
(.2); correspondence to Kim Neil regarding
whether Debtors owe any pre-petition debts to
landlord for Store No. 888 (.3); legal research
regarding recoupment and set-off of pre and
post-petition obligations (1.6); review of
correspondence from Jimmy Summerlin, counsel for
the landlord of Store No. 2083 regarding claim for
payment (.2); correspondence to Kim Neil
regarding lease of Store No. 2724 (.2); telephone
call with Rebecca Cotto from Pinetree Partners
regarding withdrawal of objection (.2); telephone
conference with Keith Daw and Cynthia C. Jackson

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

HOURS

|  |  |  |  |  |
|--|--|--|--|--|

regarding termination of lease for Store No. 1335
(.2); review of lease for Store No. 2083 to
determine whether claim is valid (.4);
correspondence to Jimmy Summerlin regarding lack
of authority for attorneys' fees in lease provisions
(.2)                                                          7.50   1,462.50

01/05/06 CCJ Conferences with Jonathan Winer and Sheon Karol
regarding motion to assume Store No. 658 (1.0);
review of correspondence regarding same (.6);
correspondence to Eddie Held regarding Lunpro and
regarding Store Nos. 73 and 803 (.3); review of and
respond to correspondence from Michael Bowlus regarding
Penman Plaza (.7); conferences with Keith Daw regarding
hurricane damage/landlord issues (.3); review of and
respond to correspondence regarding same (.4)                3.30   1,006.50

    BB Analysis of whether a landlord is entitled to
attorney fees as part of cure claim (1.8); research
and analysis of whether Winn-Dixie has authority to
evict sublessee when Winn-Dixie has rejected the
prime lease and sublease (1.0)                               2.80     616.00

    EMS Legal research regarding set-off and recoupment of
pre/post petition obligations (2.8); correspondence
to Kim Neil regarding overpayment to Landlord for
Store No. 888 (.3); review of correspondence from
Kristen Richner regarding unresolved post-petition
rent accruals for Store No. 1657 (.2);
correspondence to Kim Neil regarding lease for
Store No. 903 to determine when insurance premiums
are due (.2); review of lease for Store No. 2724 to
determine whether lease provides for attorneys' fees
and whether they are entitled to the attorneys' fees
as part of the cure objection (.4); telephone call
with Wendy Simkulak regarding abandoned furniture,
fixtures and equipment in Store No. 2706 (.3);
correspondence to Cynthia C. Jackson regarding same
(.2); legal research and analysis of payment
of attorneys' fees as part of cure amount (2.4);
correspondence to Bryan Gaston regarding whether the
Debtors abandoned the furniture, fixtures and equipment
in Store No. 1657 (.1); correspondence to Thomas
Wolfard regarding status of cure objection for
Store No. 2710 (.2); preparation of motion to amend
sublease and terminate lease for Store No. 1857
(1.3)                                                         8.40   1,638.00

01/06/06 BB  Research and analysis of whether Winn-Dixie has
authority to evict sublessee when Winn-Dixie has
rejected the prime lease and sublease                        3.10     682.00

    CCJ Review of and respond to correspondence from Michael
Bowlus regarding Penman Plaza (.5); correspondence
to Kim Neil regarding same (.3); review of and
respond to correspondence from Kim Neil regarding
same (.5); preparation for hearing on School Street
Crossing's objection and review of files regarding
same (2.3); correspondence to Jay Archanault and
Kim Neil regarding same (.6); review of and respond to

LAW OFFICES

Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | to correspondence from Kim Neil regarding same (.2); review of and respond to correspondences from Catherine Ibold, Dorothy Dowell and Eddie Held regarding Store Nos. 73 and 803 (1.0) | 5.40 | 1,647.00 |
|  | EMS | Telephone call with William Hall regarding payment of taxes pursuant to lease for Store No. 463 (.3); review of correspondence from Kim Neil regarding withdrawal of cure objection for Store No. 468 (.2); correspondence to Kim Neil regarding resolution of cure objection for Store No. 2710 (.2); preparation of motion to terminate lease for Store No. 1857 (1.9); telephone call with Alan Lipkin regarding resolution and withdrawal of cure objections for Store No. 468 (.5); correspondence to Kim Neil regarding resolution of cure objection for Store No. 1906 (.2); telephone call with Alan Weiss regarding New Plan Lease and correspondence to Alan Weiss regarding same (.3); preparation of correspondence to David Pollack regarding withdrawal of cure objection for Store No. 452 (.5); updated cure dispute spreadsheet (.6) | 4.70 | 916.50 |
| 01/07/06 | EMS | Preparation of notices of withdrawal for the landlord of Store No. 57 that is not represented by counsel to withdraw their cure objection | 0.80 | 156.00 |
| 01/09/06 | CCJ | Review and analysis of affidavit and three inches of exhibits filed by School Street Crossing (Store No. 1362) in connection with cure objection (1.1); conference with John Kane, James McInnis, Jay Castle and Catherine Ibold regarding same (.8); preparation for hearing on School Street Crossing's cure objection (1.9) | 3.80 | 1,159.00 |
|  | BB | Review of complaint filed against Morris Tract Corp., Morris Tract Corp.'s answer and counterclaim and the lease documents relevant to Store No. 251 (1.3); analysis and determination of the appropriate response to Morris Tract Corp.'s counterclaim (.7) | 2.00 | 440.00 |
| 01/10/06 | SDB | Review of memoranda regarding discovery dispute with Pines-Carter and response to Pines-Carter's document request | 0.40 | 162.00 |
|  | BB | Research and analysis of whether failure of landlord to file a proof of claim precludes landlord's cure claim under 365(b) | 2.00 | 440.00 |
|  | CCJ | Preparation for hearing on School Street Crossing's cure objection (3.2); conferences with counsel for School Street Crossing (.3); conferences with counsel for purchaser (.2); conference with Catherine Ibold regarding same (.4); review of correspondence from Bryan Gaston regarding cure issues (.2); conference with Rosalie Gray and Beau Bowin regarding same (.5) | 4.80 | 1,464.00 |
|  | EMS | Review of correspondence from Eddie Held regarding resolution of cure objection for Store No. 2726 and correspondence to Kim Neil and Cynthia C. Jackson |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |
|---|---|---|
| regarding same (.3); review of withdrawal of cure objections for Store Nos. 1010 and 2160 correspondence to Kim Neil regarding same (.8); correspondence to Jane Leamy and Kim Neil regarding the status of the cure objection for Store No. 2069 and review of correspondence from Walter Hinson regarding same (.4); preparation of notice of withdrawal of cure objection on behalf of landlord Cameron Sandford, LLC (.8); telephone call with Brian Guiney regarding resolution of cure objection for Store No. 468 (.2); telephone call with Susan Magadino at Winn-Dixie regarding amended assignment and assumption agreement for Store Nos. 1806 and 2727 (.2); correspondence to Cynthia C. Jackson regarding same (.2); telephone call with Paul Bartler regarding same (.1); telephone call with Rick Malchon regarding lease termination agreement for Orlando Store terminated pre-petition (.3); telephone call with Jason Burnett regarding purchase of Blanding Boulevard Store by Ashley Furniture (.1); review of objection by School Street Crossing in preparation for January 12, 2006 omnibus hearing (.6); correspondence to Adam Frisch regarding resolution of cure objection of Store No. 524 (.2); preparation of revised cure dispute spreadsheet (.8); preparation of order approving lease termination agreement for Store No. 1413 (2.8); telephone call with Rick Plothin regarding purchase of Blanding Boulevard Store by Ashley Furniture and correspondence to Cynthia C. Jackson regarding same (.3) | 8.10 | 1,579.50 |
| 01/11/06 SDB Review of memoranda regarding Pines-Carter's request for production of documents, the Debtors' objection, Pines-Carter's threatened emergency motion to compel and attempt to resolve the issues (.8); draft response memoranda to Pines-Carter lawyers regarding same (.3); preparation for Pines-Carter's depositions of the Debtors (.5) | 1.60 | 648.00 |
| CCJ Preparation for depositions of Holly Etlin, Thomas Davidson and Emilio Amendola (2.1); preparation of outline of anticipated inquiries (1.6); review of and respond to correspondence from Jay Castle regarding same (.2); conference with Sheon Karol, Catherine Ibold and Mike Chlebovec regarding document production (.4); conference with Bryan Gaston, Mike Chlebovec and others regarding lease cure claims (.4); conference with Catherine Ibold and Jon Kane regarding School Street Crossing's objection (.5); review of and respond to correspondence from Jonathan Winer regarding Pines-Carter (.3); review of and respond to correspondence from Russin regarding same (.2); conferences with Stephen D. Busey regarding Pines-Carter issues (.5) | 6.20 | 1,891.00 |

LAW OFFICES

S MITH   H ULSEY   &   B USEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| EMS | Telephone call with  Marjorie Dobbs regarding resolution of cure objection for Store No. 524 (.2); correspondence to Cynthia C. Jackson regarding resolution of cure objection with Rick Thames (.2); correspondence with Cynthia C. Jackson regarding objection to Debtors' notice of intent to abandon FF&E for Store No. 2706 (.2); telephone call with Connie Stead regarding withdrawal of cure objection for Store No. 827 (.2); correspondence with Connie Stead regarding same (.3); preparation of revised motion to withdraw cure objection for Store No. 2706 (.2); telephone call with Charles Flowers regarding withdrawal of cure objection for Store No. 57 (.2);  correspondence to Charles Flowers regarding motion to withdraw cure objection for Store No. 57 (.2) | 1.70 | 331.50 |

| 01/12/06 | SDB | Review of Pines-Carter's request for production of documents and revisions to draft of the Debtors' Rule 7034 response to that request (.9); conference with Cynthia C. Jackson regarding same and regarding preparing Holly Etlin for her deposition by Pines-Carter (.7) | 1.60 | 648.00 |
|  | EMS | Preparation of order approving lease termination agreement for Store No. 1413 (.3); review of correspondence from Richard Malchon regarding pre-petition termination of lease for Store No. 2386 (.3); correspondence to Cynthia C. Jackson regarding same (.1); correspondence with Alan Weiss regarding withdrawal of cure objection for Store No. 851 and withdrawal of New Plan objections (.2); correspondence to Bob LeHane regarding resolution of cure objections for Store Nos. 360 and 2003 (.3); telephone call with Eddie Held regarding resolutions of cure objections for Store Nos. 2726 and 2702 (.9); correspondence to Kim Neil regarding resolution of cure objection for Store No. 2726 (.8); preparation of updated cure spreadsheet (1.9); preparation of motion to approve lease termination agreement for Store No. 1857 (2.6) | 7.40 | 1,443.00 |
|  | BB | Review of Winn-Dixie v. Morris Tract files and pleadings in preparation for drafting a response to defendants' counterclaim (.7); preparation of answer and affirmative defenses to Morris Tract's counterclaim (2.0) | 2.70 | 594.00 |
|  | CCJ | Review of and respond to correspondence from Elizabeth M. Schule regarding cure objections for Store Nos. 2726, 223 and 1812 (.7); conference with Stephen Pilkington regarding AWG cure issues (.5); correspondence to Catherine Ibold regarding same (.3); revisions to proposed stipulation of Greenwood Plaza (.9); correspondence to Greenwood Plaza regarding same (.2); review of Linpro documents (.5); revision of proposed order on termination of Store No. 1413 (.8) | 3.90 | 1,189.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/13/06 | EMS | Telephone call with Eddie Held regarding resolution of cure objection for Store No. 2726 (.5); telephone call with Marjorie Dobbs regarding resolution of cure objection for Store No. 524 (.3), correspondence to Robert Wilcox regarding extension of time to assume or release leases, specifically Store No. 2313 (.3); telephone call with Kim Neil regarding resolution of cure objection for Store No. 2726 (.3); correspondence to Kimberly S. Ward regarding withdrawal of cure objection of Pinetree Partners (.2); correspondence to Jimmy Summerlin regarding withdrawal of cure objection for Store No. 2083 (.2); correspondence to Jimmy Summerlin regarding landlord's claims for Store No. 2083 (.3); correspondence to Tana L. Copeland and review of objection for Store No. 827 (.3); review of correspondence from Kristen Richner regarding unpaid rents for Store No. 1657 (.2); review of correspondence from Eddie Held regarding itemization of amounts owed to Store No. 2726 (1.2); review of correspondence from Wendy Simkulak regarding withdrawal of objections for Store No. 2706 (.2); correspondence to Tana L. Copeland regarding updated store closings (.2); preparation of revised cure dispute spreadsheet (.4) | 4.60 | 897.00 |
|  | CCJ | Review of and respond to correspondence from Jacques Malisn regarding lease renewals (.5); conference with Rosalie Gray and Adam Ravin regarding same (.2); conference with Ed Zimmer regarding Pines-Carter production (.8); review of documents for production (1.0); conference with Mike Chlebovec regarding same (.4) | 2.90 | 884.50 |
| 01/16/06 | CCJ | Conference with Sheon Karol regarding Maderia Beach and claims procedures (.9); conference with Ed Zimmer regarding Maderia Beach (.6); revision and finalization of response to request to produce for Maderia Beach (1.0); revisions to and analysis of documents to produce (1.3) | 3.80 | 1,159.00 |
|  | BB | Revisions to answers to Morris Tract counterclaim | 0.40 | 88.00 |
|  | TLC | Preparation of notice of filing regarding the withdrawal of Cameron Sanford's objection and filing of same (.3); preparation of notice of filing regarding the withdrawal of Pinetree Partners' objection and filing of same (.3) | 0.60 | 72.00 |
|  | EMS | Telephone call with Kim Neil regarding resolution of cure objection for Store No. 2726 (.3); conference with Cynthia C. Jackson regarding resolution of cure objection (.2); telephone call with Catherine Ibold regarding resolution of cure objection for Store No. 2726 (.1); conference with Cynthia C. Jackson regarding term of lease of Store No. 2386 in response to correspondence from landlord's counsel, Rick Malchon (.1); drafted updated cure dispute spreadsheet (.8); conference with Cynthia C. Jackson regarding resolution of cure objection for |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |  |
|---|---|---|---|
| | Store No. 452 (.2); draft correspondence to Valrico Partners, LLC regarding Debtors' intent to proceed with the lease termination agreement (1.3); conference with Cynthia C. Jackson and Kristen Richner regarding status of unpaid rent for Store No. 1657 (.3); conference with Adam Frisch regarding resolution of cure objection for Store No. 524 (.3); review of docket for amended claim filed regarding Store No. 524 cure amount (.2); conference with Tim Tucker regarding resolution of cure objection for Store No. 229 (.2); conference with Cynthia C. Jackson regarding resolution of cure objection for Store No. 739 (.1); telephone call with C. Eller Brazeal regarding resolution of cure objection for Store No. 1908 (.1); conference with Adam Frisch regarding contact information for resolution of cure objection for Store No. 2710 (.2); telephone call with Eddie Held regarding contact information for Store No. 716 and resolution of cure objection for Store No. 2726 (.2) | 4.60 | 897.00 |
| 01/17/06 BB | Review and revision of answer to Morris Tract counterclaim (1.2); draft e-mail to Jay Castle and Alan Grunspan requesting input on answer to Morris Tract counterclaim (.2); review of files regarding Store No. 251, specifically, the lease agreements and non-disturbance agreements (.8); review of suggestions made by Alan Grunspan regarding answer to Morris Tract counterclaim (.4); review and analysis of law regarding pleading affirmative defenses (.8); revisions to the answer to Morris Tract counterclaim pursuant to Alan Grunspan's request (.7) | 4.10 | 902.00 |
| TLC | Correspondence with Dorothy Dowell regarding the status of the closings of Store Nos. 808, 1249 and 2312 (.2); correspondence to Kim Neil regarding the total number of Stores left in the Winn-Dixie footprint (.2) | 0.40 | 48.00 |
| CCJ | Preparation for Pines-Carter production and depositions (1.1); conferences with Ed Zimmer (DJM) regarding same (.7); conference with Holly Etlin regarding same (.5) | 2.30 | 701.50 |
| EMS | Conference with Kristen Richner regarding unpaid rent for Store No. 1657, E. W. James (.2); conference with Tim Tucker regarding status of closing and cure objection for Store No. 229 (.2); telephone call with Eddie Held regarding contact information for Regency Store No. 2726 (.2); conference with Kim Neil, Cynthia C. Jackson and Catherine Ibold regarding same (.1); review of objection filed for cure for Store No. 2008 and conference with Mark Kelley regarding resolution of this objection (.4); review of objection filed for cure for Store No. 2061 and telephone call with Mitch Rosen regarding resolution of the objection (.3); review of objection for Store No. 2063 and telephone call with | | |

LAW OFFICES
S M I T H   H U L S E Y   &   B U S E Y

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | Brad Schrarberg regarding resolution of the objection (.4); review of correspondence to Tana L. Copeland regarding updated status of store closings (.2); conference with Cynthia C. Jackson regarding demand for affidavits by landlord for Store Nos. 2724 and 1851 (.1); review of lease termination in agreement and closing statement for Store No. 2708 and drafted correspondence to Mark Kelley regarding withdrawal of cure objection as moot (1.4) | 3.50 | 682.50 |
| 01/18/06 TLC | Correspondence to Kim Neil requesting the total number of stores left in the Winn-Dixie footprint that are located in Florida (.1); e-mail to Amanda Tatum regarding the closing documents for Store Nos. 636 and 2055 (.3) | 0.40 | 48.00 |
| CCJ | Preparation for hearing on cure objection for Store No. 1362 (1.4); conferences with Catherine Ibold regarding same (.3); conference with landlord's counsel regarding same (.3); conference with Jay Castle, Catherine Ibold, Mike Chlebovec and Bryan Gaston regarding sublease assignment issues (1.0); conference with Rosalie Gray and Adam Ravin regarding same (.5); conference with Adam Ravin regarding Linpro (.2); conference with Sheon Karol, Bryan Gaston and Adam Ravin regarding Linpro (.5); correspondences with Eddie Held regarding same (.6); review of documents regarding same (1.0); review and revision of rejection motion and correspondence regarding same (.3); preparation of Pines-Carter production and correspondence regarding same (1.0) | 7.10 | 2,165.50 |
| EMS | Telephone call with Zachary Bancroft regarding resolution of objection for Store No. 1264 and resolution of unpaid rent (.2); review of motion to compel payment of administrative claim filed for Store No. 740 and conference with Cynthia C. Jackson regarding resolution of this matter (.4); telephone call with Catherine Ibold and conference with Catherine Ibold, Cynthia C. Jackson and Eddie Held regarding resolution of cure objection for Store No. 2726 (.7); legal research regarding potential liability of debtor-affiliate as guarantor of performance under Debtors' assigned non-residential real property lease (4.4); review of correspondence from Zach Bancroft regarding resolution of cure objection for Store No. 1264 (.2); conference with Cynthia C. Jackson regarding same (.1) | 6.00 | 1,170.00 |
| BB | Research and analysis of 502(b)6 cap on lessor's damages to determine beginning date for calculating (2.6); revision to answer to Morris Tract counterclaim (1.7) | 4.30 | 946.00 |
| 01/19/06 CCJ | Preparation of response to Store No. 658 document request (1.1); review of correspondence regarding same (.4); conference with Rosalie Gray and with Adam Ravin regarding lease termination issues (.6); review and analysis of documents to be provided by DJM and conferences regarding same (1.2) | 3.30 | 1,006.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 10
02/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:  112517

Chapter 11 - Leases (Real Property)

HOURS

EMS Correspondence to Kim Neil and Zachary Bancroft
regarding payment of CAM, insurance and taxes for
Store No. 1264 (.3), telephone call with Rick
Malchon regarding motion to reject leases,
specifically for Store No. 2386 (.1);
correspondence to Eddie Held and Adam Frisch
regarding resolution of all cure objection issues
for their landlords and review of correspondence
from Adam Frisch regarding same (1.6);
correspondence to Catherine Ibold regarding same
(.3); review of correspondence from Kathy Jaxson
regarding unpaid taxes on Eddie Held's stores (.1);
review of correspondence from Kim Neil regarding
payment of CAM, taxes and insurance for Store No.
1264 (.1)                                                    2.50      487.50

01/20/06 CCJ Review and analysis of correspondence to Court for
World Fitness (.3); review of and respond to
correspondence from Adam Ravin regarding same (.2);
review of correspondence from Bryan Gaston
regarding same (.4); review and analysis of
correspondence from counsel for Store No. 658
regarding discovery (.2); conference with Catherine
Ibold and Keith Cherry regarding Terranova
Corporation (.8); conference with Catherine Ibold
and Terranova's counsel (.8)                                 2.70      823.50
EMS Review and update cure dispute spreadsheet (.8);
telephone call with Rick Plothin regarding sale of
Store No. 145 to Ashley Furniture (.2)                       1.00      195.00
KSW Preparation and electronic filing and service of
motion for order authorizing (i) retroactive
rejection of lease with Ingham Associates, LP and
(ii) abandonment of related personal property and
notice of hearing thereon (.9)                              0.90      117.00

01/23/06 CCJ Preparation for deposition of Holly Etlin by
Pines-Carter (2.4); conference with Holly Etlin,
Jay Castle, Catherine Ibold and Mike Chlebovec
regarding same (1.8); review and analysis of
documents provided by DJM and conference with DJM
regarding same (1.0); review of and respond to
correspondence from Terranova (.5)                          5.70    1,738.50
EMS Correspondence to Catherine Ibold regarding order
approving payment of pre-petition taxes for Store
No. 18 (.3); telephone call with Rick Malchon
regarding motion to reject lease for Store No. 2586
(.2); correspondence to Bryan Gaston regarding
sale of Store No. 145 to Ashley Furniture (.2);
correspondence to Cynthia C. Jackson regarding
sale of Store No. 145 to Ashley Furniture (.1);
preparation of notice of filing regarding de
minimus asset report pursuant to court order (.3);
correspondence to Jimmy Summerlin regarding
withdrawal of cure objections for Store No. 2883
(.1); correspondence to Cynthia C. Jackson
regarding same (.1)                                          1.30      253.50

LAW OFFICES

S MITH   H ULSEY   &   B USEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|

01/24/06 CCJ Preparation for and representation of Winn-Dixie in
defense of depositions by Pines-Carter (4.8);
conferences with counsel for Pines-Carter, counsel
for Committee and with counsel for DIP lender
regarding same (.5); conferences with counsel for
DJM regarding same (.5); conference with Catherine
Ibold regarding Linpro litigation (.4) — 6.20  1,891.00

TLC Preparation of notice of filing and hearing
regarding Store No. 1413 (.1); telephone call with
Dorothy Dow regarding same (.2) — 0.30   36.00

EMS Legal research regarding adequate assurances of
future performance for nonresidential real
property lease when lease is assumed over
landlord's objection — 8.10  1,579.50

01/25/06 SDB Conference with Cynthia C. Jackson regarding Pines-
Carter depositions and preparation for hearing on
Pines-Carter's objection to the Debtors' motion to
assume — 0.40   162.00

CCJ Review of and respond to correspondence from
Terranova's counsel (.5); correspondence to
Catherine Ibold regarding same (.2); conferences
with Ed Zimmer regarding Pines-Carter's deposition
(.9); correspondence to counsel for Pines-Carter
and Jay Castle regarding same (.5); review and
analysis of documents regarding Store No. 1367 and
conference with James H. Post regarding same (1.0) — 3.10   945.50

TLC Revision, filing and service of the notice of
filing and hearing regarding the lease termination
agreement for Store No. 1413 — 0.60   72.00

EMS Correspondence to Colleen Callahan and Jimmy
Summerlin regarding release of monies from escrow
and withdrawal of objection for Store No. 2083
(.3); correspondence to Adam Frisch regarding
resolution of cure objection for Store No. 524
(.2); correspondence to Bob LeHane regarding
resolution of cure objection for Store Nos. 360 and
2003 (.2); correspondence to Cynthia C. Jackson
and Tana L. Copeland regarding status of Store No.
206 (.2); reviewed and updated cure dispute
spreadsheet (.9); review of closing statement,
motion and docket for Store No. 206 regarding any
cure amounts owed (.8); telephone call with Bob
LeHane regarding withdrawal of objection for Store
Nos. 360 and 2003 and correspondence to Bob LeHane
regarding same (.4); legal research regarding
adequate assurance of future performance for
nonresidential real property lease when lease is
assumed over the landlord's objection (2.4);
telephone call with Marjorie Dobbs regarding
resolution of cure objection for Store No. 524 (.3);
telephone call with John Cruciani regarding executory

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | contract with Vertis and submitted request for proposal (.2); correspondence to Jane Leamy regarding same (.1); correspondence to Cynthia C. Jackson regarding same (.1); telephone call to Joanne Benttire (.1) | 6.20 | 1,209.00 |
| 01/26/06 | EMS | Telephone call with Ruth Smith regarding unpaid real estate taxes for Store No. 2382 (.4); review of order for the sale of Store No. 206 to determine whether landlords are deemed to have consented to cure amounts (.5); review of correspondence from Adam Frisch regarding resolution of cure objections (.6); correspondence to Adam Frisch and Catherine Ibold regarding resolution of cure objections for Store No. 2726 (.3) | 1.80 | 351.00 |
|  | CCJ | Preparation of correspondence to landlord for Store No. 888 regarding overpayment and correspondence to Keith Daw regarding same (1.0); review and analysis of correspondence from landlords regarding postpetition payments and hurricane damage and development of response (1.9) | 2.90 | 884.50 |
| 01/30/06 | CCJ | Review and revision of motion to assume and assign and conference with Adam Ravin regarding same (1.2); conference with Bryan Gaston regarding Store Nos. 223, 229 and 1857 (.6); conferences with Jay Castle, Stephen D. Busey and James H. Post regarding Store No. 223 issues (.5) | 2.30 | 701.50 |
|  | EMS | Preparation of hearing outline on Debtors' motion to retroactively reject Ingham Associates lease (1.6); preparation of hearing outline on Debtors' motion for order authorizing the retroactive rejection of executory contracts and unexpired leases as of February 9, 2006 (1.8); correspondence to Walter Hinson and Kim Neil regarding unpaid rent, CAM, and real estate taxes for Store No. 2069 (.3); correspondence to Doug Meyers regarding proposed lease termination agreement for Store No. 67 (.2); correspondence to Adam Frisch regarding payment of taxes for Store No. 2629 (.2); correspondence to Jane Leamy regarding amount saved per month by Debtors by rejecting executory contracts and leases as of February 9, 2006 (.2); preparation of hearing outline on Debtors' motion authorizing the sale of the Oviedo property (1.5) | 5.80 | 1,131.00 |
|  | JHP | Telephone call with and e-mail correspondence to landlord's counsel regarding Store No. 370 (.3); review of photos of hurricane damage at Store No. 330 and analysis of Debtors' alternative courses of action (.8) | 1.10 | 407.00 |
| 01/31/06 | EMS | Correspondence to Kim Neil and Walter Hinson regarding Store No. 2069 and unpaid lease amounts | 0.40 | 78.00 |
|  | TLC | Research regarding the status of Store No. 2069 | 0.30 | 36.00 |

LAW OFFICES

# Sᴍɪᴛʜ  Hᴜʟsᴇʏ  &  Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Page: 13
02/17/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:   112517

Chapter 11 -  Leases (Real Property)

| | | HOURS | |
|---|---|---:|---:|
| CCJ | Conference with Sheon Karol and with Emilio Amendola regarding lease sales (.3); review of timeline and conference with Stephen D. Busey (.5) | 0.80 | 244.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 209.20 | 51,384.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Stephen D. Busey | 4.50 | $405.00 | $1,822.50 |
| James H. Post | 1.10 | 370.00 | 407.00 |
| Cynthia C. Jackson | 82.40 | 305.00 | 25,132.00 |
| Beau Bowin | 25.70 | 220.00 | 5,654.00 |
| *Tana L. Copeland | 2.60 | 120.00 | 312.00 |
| *Kimberly S. Ward | 0.90 | 130.00 | 117.00 |
| Elizabeth M. Schule | 92.00 | 195.00 | 17,940.00 |
| TOTAL | 209.20 | | $51,384.50 |

TOTAL THIS STATEMENT                     $51,384.50
                                         ==========

*Legal Assistant