LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  109910

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Litigation (General)

| | | HOURS | |
|---|---|---|---|
| 10/10/05 TLC | Research regarding prior orders entered by Judge Funk regarding the abandonment of property, e-mail to Cynthia C. Jackson regarding same | 0.30 | 36.00 |
| 10/12/05 LMP | E-mails with Laura Waring regarding status of Sumwalt matter | 0.20 | 50.00 |
| BB | Research of case law regarding Debtors' ability to compromise indemnity claim held by the Debtors pursuant to Rule 9019 | 1.00 | 205.00 |
| 10/20/05 LMP | Preparation of proposed agreed orders on objections to claims of Jeremiah Couch and James Couch (.7), review and analysis of settlement agreement entered pre-petition with Jeremiah and James Couch and other parties (.8), analysis regarding how to ensure that related pre-petition claims of the other parties are effectively released in connection with the agreed order (.5), and preparation of stipulation providing that the settlement agreement is in full force and effect (.9) | 2.90 | 725.00 |
| 10/21/05 JHP | Review of Golden Flakes' motion for administration claim | 0.30 | 106.50 |
| 10/24/05 JHP | Preparation of stipulation and agreed order regarding the settlement of the Couch claims and conference with Jay Castle thereon (.8) | 0.80 | 284.00 |
| | | 5.50 | 1,406.50 |

FOR PROFESSIONAL SERVICES RENDERED

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 2
11/10/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  109910

Winn-Dixie Stores, Inc.

Chapter 11 -  Litigation (General)

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 1.10 | $355.00 | $390.50 |
| Beau Bowin | 1.00 | 205.00 | 205.00 |
| *Tana L. Copeland | 0.30 | 120.00 | 36.00 |
| Leanne McKnight Prendergast | 3.10 | 250.00 | 775.00 |
| | 5.50 | | $1,406.50 |

TOTAL THIS STATEMENT                                    $1,406.50
                                                       ========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021689M
STATEMENT NO:   112518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/18/06 | KSW | Preparation, electronic filing and service of answer to counterclaim and affirmative defenses | 0.50 | 65.00 |
| 01/20/06 | KSW | Updated critical dates list regarding Central Progressive Bank adversary | 0.30 | 39.00 |
| 01/24/06 | LMP | Review of e-mails regarding hearing on Diversified Maintenance's motion for preliminary injunction against SBM of Davie, Inc., and research and e-mail regarding whether Diversified filed a proof of claim | 0.30 | 75.00 |
| 01/31/06 | KSW | Preparation of exhibit list and witness list for trial in Winn-Dixie v. Central Progressive Bank, et al. adversary proceeding (1.3); organization of exhibits (.6) | 1.90 | 247.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 3.00 | 426.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 2.70 | $130.00 | $351.00 |
| Leanne McKnight Prendergast | 0.30 | 250.00 | 75.00 |
| TOTAL | 3.00 |  | $426.00 |

TOTAL THIS STATEMENT                                      $426.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021696M
STATEMENT NO:   109911

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

| | | HOURS | |
|---|---|---|---|
| 10/27/05 CCJ Received and replied to correspondence regarding MOR and conference with U.S. Trustee regarding same | | 0.80 | 236.00 |
| FOR PROFESSIONAL SERVICES RENDERED | | 0.80 | 236.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.80 | $295.00 | $236.00 |

TOTAL THIS STATEMENT                                              $236.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021696M
STATEMENT NO:   110846

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Reports and Schedules

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/03/05 | TLC | Filing and service of the second amendment to schedules of assets and liabilities | 0.40 | 48.00 |
| 11/16/05 | CCJ | Review of and response to correspondence from Winn-Dixie regarding MOR status | 0.30 | 88.50 |
| 11/18/05 | CCJ | Conference with Celia Nass (Winn-Dixie) regarding MOR's and with Larry Appel regarding same (.4); review of and response to correspondence from U.S. Trustee regarding same (.1) | 0.50 | 147.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.20 | 284.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.80 | $295.00 | $236.00 |
| *Tana L. Copeland | 0.40 | 120.00 | 48.00 |
| TOTAL | 1.20 |  | $284.00 |

TOTAL THIS STATEMENT                                          $284.00
                                                             =======

_____

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021696M
STATEMENT NO:  111728

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | CCJ | Conferences with Celia Nass regarding MORS and review of same (1.2); conference with counsel for Creditors Committee regarding same (.3); conference with Stephen D. Busey regarding same (.4) | 1.90 | 560.50 |
| 12/06/05 | CCJ | Review and analysis of fifth MORS and conference with Stephen D. Busey regarding same | 1.40 | 413.00 |
| 12/07/05 | SDB | Review of draft monthly operating reports for the periods ending September 21, October 19, and November 16, 2005 (.6); conference with Cynthia C. Jackson regarding analysis of reorganization costs (.3) | 0.90 | 355.50 |
| 12/08/05 | TLC | Preparation and filing of the monthly operating reports and corresponding affidavits for the periods August 25 through September 21, 2005, September 22 through October 18, 2005 and October 19 through November 16, 2005 | 1.60 | 192.00 |
| 12/30/05 | CCJ | Review and analysis of MORS and correspondence to Celia Nass regarding same | 0.40 | 118.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.20 | 1,639.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.90 | $395.00 | $355.50 |
| Cynthia C. Jackson | 3.70 | 295.00 | 1,091.50 |
| *Tana L. Copeland | 1.60 | 120.00 | 192.00 |
|  | 6.20 |  | $1,639.00 |

TOTAL THIS STATEMENT                                                    $1,639.00
                                                                       =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021696M
STATEMENT NO:  112520

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | KSW | Preparation and electronic filing of monthly operating report for November 17, 2005 through December 14, 2005 (.2); preparation of affidavit for D. Michael Byrum in support of same (.2) | 0.40 | 52.00 |
| 01/04/06 | CCJ | Review of and respond to correspondence regarding MOR filings | 1.00 | 305.00 |
|  |  |  | ---- | ------ |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.40 | 357.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $305.00 | $305.00 |
| *Kimberly S. Ward | 0.40 | 130.00 | 52.00 |
|  | ---- |  | ------- |
| TOTAL | 1.40 |  | $357.00 |

TOTAL THIS STATEMENT                                      $357.00
                                                         =======

_____

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:  110845

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 11/07/05 | JHP | Telephone call with Adam Ravin regarding case information necessary for motion to extend exclusivity and correspondence regarding same | 0.30 | 106.50 |
| 11/16/05 | SDB | Conference with Jan Baker regarding the Debtors' business plan and exclusivity issues (.3); review and revision of draft of the Debtors' motion to extend the exclusivity period for the third time (1.1) | 1.40 | 553.00 |
| | JHP | Telephone calls and e-mail with client and committee members regarding the extension of exclusivity | 0.50 | 177.50 |
| 11/18/05 | SDB | Review and revision of draft of Debtors' third motion to extend its exclusive time within which to file a plan of reorganization and conference with Cynthia C. Jackson regarding comments | 1.60 | 632.00 |
| 11/21/05 | SDB | Review of revisions to the Debtors' third motion to extend exclusivity, including comments by management and others | 0.40 | 158.00 |
| 11/22/05 | JHP | Revisions to exclusivity motion regarding litigation matters | 0.60 | 213.00 |
| 11/23/05 | KSW | Preparation for and electronic filing and service of motion for order granting third extension of exclusive periods for filing chapter 11 plans and obtaining acceptances of such plans (.5) and notice of hearing thereon (.3); preparation of certificate of service regarding same (.3) and electronic filing of certificate of service (.2) | 1.30 | 156.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 6.10 | 1,996.00 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:  110845

Chapter 11 -  Reorganization Plan/Plan Sponsors

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.40 | $395.00 | $1,343.00 |
| James H. Post | 1.40 | 355.00 | 497.00 |
| *Kimberly S. Ward | 1.30 | 120.00 | 156.00 |
| TOTAL | 6.10 | | $1,996.00 |

TOTAL THIS STATEMENT                                             $1,996.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
Winn-Dixie Stores, Inc.                                        ACCOUNT NO: 10163-021695M
5050 Edgewood Ct.                                                STATEMENT NO:  111727
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/07/05 | EMS | Preparation of hearing outline on Debtors' motion for third extension of exclusivity periods | 2.10 | 399.00 |
| 12/08/05 | SDB | Review of the Equity Committee's objection to the Debtors' motion to extend the exclusivity periods (.3); review of memoranda regarding negotiations with the Creditors Committee regarding the Debtors' motion (.4); two telephone calls with Rosalie Gray regarding same (.4); conferences with James H. Post and Cynthia C. Jackson regarding risks of litigation of this issue (.4); memorandum to Larry Appel and Jay Castle regarding Skadden and Smith Hulsey & Busey's recommendation on the proposal by the Creditors Committee to compromise the exclusivity issue (1.1) | 2.60 | 1,027.00 |
|  | CCJ | Review and analysis of correspondence from Rosalie Gray and others regarding Creditors Committee's objections to exclusivity (1.2); conference with Stephen D. Busey regarding strategy (.3). | 1.50 | 442.50 |
| 12/09/05 | CCJ | Review and analysis of correspondence regarding exclusivity (.5); conference with Stephen D. Busey regarding same (.2); | 0.70 | 206.50 |
| 12/12/05 | SDB | Review of the Creditors Committee's objection to the Debtors' motion to extend its exclusivity period within which to file a proposed plan (.8); communications with the Debtors' professionals regarding preparation for the December 15, 2005 hearing on the motion (.4) | 1.20 | 474.00 |
|  | CCJ | Preparation for hearing on exclusivity | 2.00 | 590.00 |
|  | EMS | Preparation of questions and answers on Debtors' motion for third extension of exclusivity period | 2.40 | 456.00 |
| 12/13/05 | SDB | Telephone call with Jan Baker regarding preparation for December 15, 2005 hearing on the Debtors' motion to extend exclusivity periods (.5); |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | conference with Cynthia C. Jackson regarding preparation for the hearing and preparation of testimony outlines (.4); review of e-mails from Flip Huffard, Jay Castle, Larry Appel and Rosalie Gray regarding same (.4) |  |  |
|  |  |  | 1.30 | 513.50 |
|  | EMS | Draft updated hearing order on Debtors' third extension of exclusivity period (1.9); draft revised questions and answers for Holly Etlin regarding Debtors' third extension of exclusivity period (1.8) |  |  |
|  |  |  | 3.70 | 703.00 |
| 12/14/05 | SDB | Review of Wachovia's response to the Debtors' motion to extend its exclusive right to file a plan of reorganization (.4); review of and revisions to outline of Holly Etlin's testimony in support of the Debtors' motion (3.4) |  |  |
|  |  |  | 3.80 | 1,501.00 |
|  | CCJ | Preparation for disputed hearing on exclusivity (3.4); conference with Stephen D. Busey regarding same (.3) |  |  |
|  |  |  | 3.70 | 1,091.50 |
|  | EMS | Telephone call from Betsy Cox regarding Debtors' motion for third extension of exclusivity period in preparation for December 15, 2005 omnibus hearing (.2); correspondence to Cynthia C. Jackson regarding same (.1) |  |  |
|  |  |  | 0.30 | 57.00 |
| 12/15/05 | SDB | Conference with Jay Castle and Holly Etlin in preparation for hearing on Winn-Dixie's motion to extend its exclusivity period for another 90 days (2.5); attendance at evidentiary hearing on the motion (1.8) |  |  |
|  |  |  | 4.30 | 1,698.50 |
|  | CCJ | Preparation for and representation of Winn-Dixie at hearing on motion to extend exclusivity (3.0); conference with Stephen D. Busey and Jay Castle regarding case status (.5) |  |  |
|  |  |  | 3.50 | 1,032.50 |
|  | EMS | Review of Debtors' motion granting third extension of exclusivity period, hearing order and order on motion granting third extension of exclusivity period |  |  |
|  |  |  | 0.30 | 57.00 |
| 12/16/05 | SDB | Review of plan term sheet (.4); telephone conference with Jan Baker and Larry Appel regarding plan issues (.9) |  |  |
|  |  |  | 1.30 | 513.50 |
|  | KSW | Electronic filing of proposed order granting third extension of exclusivity period |  |  |
|  |  |  | 0.20 | 24.00 |
| 12/20/05 | KSW | Service of order granting third extension of exclusivity periods for filing plans and obtaining acceptances (.3); preparation and electronic filing of certificate of service of same (.2) |  |  |
|  |  |  | 0.50 | 60.00 |
| 12/22/05 | SDB | Preparation for and telephone conference with Jan Baker and Rosalie Gray regarding the plan term sheet, treatment of securities claims, resolution of substantive consolidation, further extensions of exclusivity and related issues (.9); conference with James H. Post regarding subordination of securities claims (.3) |  |  |
|  |  |  | 1.20 | 474.00 |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 3
01/17/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO:  111727

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Conference with Stephen D. Busey, D. J. Baker and Rosalie Gray regarding officer and director issues (.3); conference with James H. Post and Stephen D. Busey regarding same (.4) | 0.70 | 206.50 |
| 12/27/05 JHP | Review and analysis of legal research regarding the treatment of possible claims against officers and directors under a reorganization plan | 0.80 | 284.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 38.10 | 11,811.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 15.70 | $395.00 | $6,201.50 |
| James H. Post | 0.80 | 355.00 | 284.00 |
| Cynthia C. Jackson | 12.10 | 295.00 | 3,569.50 |
| *Kimberly S. Ward | 0.70 | 120.00 | 84.00 |
| Elizabeth M. Schule | 8.80 | 190.00 | 1,672.00 |
|  | 38.10 | - | $11,811.00 |

TOTAL THIS STATEMENT                    $11,811.00
                                        ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO:  112519

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Reorganization Plan/Plan Sponsors

| | | | HOURS | |
|---|---|---|---|---|
| 01/03/06 | SDB | Review of revised draft term sheet for the Debtors' plan of reorganization (.4); telephone conference with Larry Appel, Peter Lynch, Jan Baker, Holly Etlin and Flip Huffard regarding same (.4); preparation of status report on the reorganization for the securities class action (.7) | 1.50 | 607.50 |
| | JHP | Review of proposed term sheet for Chapter 11 plan, and e-mail correspondence regarding same | 0.80 | 296.00 |
| 01/04/06 | SDB | Review revised plan term sheet and comments by others (.5); telephone conference with Larry Appel and Jan Baker regarding term sheet and plan negotiation issues (.8) | 1.30 | 526.50 |
| 01/05/06 | SDB | Telephone call with Jan Baker regarding revisions to the proposed plan term sheet and negotiations with the Creditors Committee and related issues (.3); review of revisions to the plan term sheet (.3); review and annotation of internal substantive consolidation issue analysis (1.2) | 1.80 | 729.00 |
| | JHP | Review of revised Chapter 11 plan term sheet and e-mail correspondence to client and co-counsel regarding same | 0.40 | 148.00 |
| 01/06/06 | SDB | Preparation for and participation in telephone conference with Larry Appel, Jay Castle, Holly Etlin, Flip Huffard and others to review Blackstone's analysis of intercompany accounts and alternative to substantive consolidation | 1.70 | 688.50 |
| 01/09/06 | SDB | Preparation for and participation in Winn-Dixie Board of Directors telephone conference regarding initial terms of a proposed plan of reorganization and related restructuring issues (2.0); review of revised plan term sheets (.3) | 2.30 | 931.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/10/06 | SDB | Review of and annotate trial term sheet for proposed plan of reorganization as provided to the Creditors Committee | 0.50 | 202.50 |
| 01/20/06 | LMP | Analysis of whether claimants whose claims are disputed can vote on a Chapter 11 plan without first getting an order allowing claim | 0.90 | 225.00 |
| 01/22/06 | SDB | Review of schedule of deliverables for implementation of the plan process and memorandum to Cynthia C. Jackson regarding same | 0.70 | 283.50 |
| 01/23/06 | SDB | Review of memoranda from Jay Castle, Larry Appel and Jan Baker regarding treatment of securities class action claims in the Debtors' proposed plan of reorganization (.4); review of code and case law regarding same (.4); conferences with James H. Post and Beau Bowin regarding preparation, outline and analysis of the issue for the Debtors (.5); conference with Cynthia C. Jackson regarding disclosure statement issues (.2) | 1.50 | 607.50 |
|  | JHP | Revision of timeline for plan and disclosure statement, including telephone calls with and e-mail correspondence to co-counsel regarding disclosure statement and balloting issues | 1.20 | 444.00 |
|  | BB | Research and analysis of law regarding the application of 11 U.S.C. 510(b) to subordinate class action securities fraud claims filed against Winn-Dixie pre-petition (1.8); research and analysis of law regarding a debtor's ability to settle securities fraud claim by providing claimant with liquidated claim against the estate (2.0); research and analysis of whether indemnity claim against debtor resulting from securities fraud claim is subordinated by 510(b) (2.0); review of class action complaints filed against Winn-Dixie pre-petition (2.0); review of Winn-Dixie 10Q to identify all class action claims filed against Winn-Dixie (.7) | 8.50 | 1,870.00 |
| 01/24/06 | SDB | Conference with James H. Post, Beau Bowin, and Jay Castle regarding pending securities actions against the Debtors that need to be resolved by the plan of reorganization (.8); conference with Beau Bowin regarding same and review of statutory and case law regarding same (.4) | 1.20 | 486.00 |
|  | JHP | Review of draft motion and order regarding vote tabulation and procedures, including e-mail correspondence to co-counsel regarding same | 1.00 | 370.00 |
|  | TLC | Compilation of documents regarding the securities litigation and ERISA litigation and preparation of notebooks regarding same | 1.90 | 228.00 |
|  | BB | Analysis of case law authorizing settlement of ERISA claims without requiring subordination under Section 510(b) (4.2); conference with Stephen D. Busey, James H. Post and Jay Castle regarding the |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Reorganization Plan/Plan Sponsors

|  |  | | HOURS | |
|---|---|---|---|---|
|  |  | resolution of the class action ERISA and securities litigation filed against Winn-Dixie and its directors and officers and preparation for same (1.3); review of all class action securities litigation complaints filed against Winn-Dixie (1.0); review of all class action ERISA complaints filed against Winn-Dixie (.4) | 6.90 | 1,518.00 |
| 01/25/06 | TLC | Correspondence to Chris Jackson from Sedgwick regarding notice of bankruptcy to the securities litigation and ERISA claimants (.6); correspondence to Beau Bowin regarding same (.2); update notebooks with the information provided by Chris Jackson (2.6) | 3.40 | 408.00 |
|  | BB | Research and analysis of law regarding the treatment of D&O Indemnity claims arising from pre-petition class action securities fraud litigation as post-petition administrative claim for "additional compensation" under 503(b)(1)(A) (2.4); research regarding whether D&O Indemnity claim is prohibited by 502(e)(1)(B) (2.4); research and analysis of law regarding the correct party in interest to seek indemnification from a debtor where insured by D&O liability (2.4); analysis of notices and claim issues for securities plaintiffs (.8) | 8.00 | 1,760.00 |
| 01/26/06 | SDB | Conference with Beau Bowin regarding Section 510(b) subordination claims | 0.30 | 121.50 |
|  | BB | Research and analysis of application of 510(b) and 502(e)(2)(B) to indemnity claims arising out of pre-petition class action securities litigation claims (3.5); research and analysis of treatment of securities litigation claimants under a plan of reorganization (3.0) | 6.50 | 1,430.00 |
| 01/30/06 | BB | Preparation of memorandum regarding treatment of securities litigation claimants under a plan of reorganization, specifically addressing issues of classification, priority and impairment (1.0); research and analysis of law regarding whether subordination of securities fraud claim constitutes impairment under 11 U.S.C. 1124(1) (2.5); research and analysis of the standards for establishing separate classes of claims under 11 U.S.C. 1122 (1.0); research and analysis of law regarding 1129(b) prohibition on "unfair discrimination" (.6); review and analysis of separate class action complaints in preparation for preparing memorandum (1.5) | 6.60 | 1,452.00 |
| 01/31/06 | TLC | Correspondence to and telephone calls with Chris Jackson regarding whether the securities litigation plaintiffs and/or defendants have been scheduled and e-mail to Beau Bowin regarding same | 0.60 | 72.00 |
|  | BB | Preparation of memorandum regarding treatment of securities litigation claimants under a plan of |  |  |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Page: 4
02/17/2006
Winn-Dixie Stores, Inc.                                        ACCOUNT NO: 10163-021695M
                                                               STATEMENT NO:   112519

Chapter 11 -  Reorganization Plan/Plan Sponsors


                                                                       HOURS

        reorganization, specifically addressing issues of
        classification, priority and impairment (4.7);
        correspondence to Logan to determine whether D&O
        Indemnity liabilities were scheduled (.3); review
        of e-mail from Chris Jackson at Logan regarding
        Winn-Dixie's scheduled liabilities (.2)                     5.20  1,144.00
                                                                   ----- ---------
        FOR PROFESSIONAL SERVICES RENDERED                         64.70 16,549.00


                          PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 12.80 | $405.00 | $5,184.00 |
| James H. Post | 3.40 | 370.00 | 1,258.00 |
| Beau Bowin | 41.70 | 220.00 | 9,174.00 |
| *Tana L. Copeland | 5.90 | 120.00 | 708.00 |
| Leanne McKnight Prendergast | 0.90 | 250.00 | 225.00 |
| | ----- | | ---------- |
| TOTAL | 64.70 | | $16,549.00 |


        TOTAL THIS STATEMENT                                       $16,549.00
                                                                   ==========



*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO:   109912

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/10/05 | CCJ | Review and analysis of correspondence regarding fee application | 1.30 | 383.50 |
| 10/11/05 | CCJ | Conference with Stephen D. Busey and Kimberly S. Ward regarding fee application and preparation of same | 0.50 | 147.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.80 | 531.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.80 | $295.00 | $531.00 |

TOTAL THIS STATEMENT                                          $531.00
                                                             ======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO:   110847

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (SH&B)

| | | | HOURS | |
|---|---|---|---|---|
| 11/02/05 | CCJ | Preparation of fee application and conference with Tana Copeland regarding same | 0.60 | 177.00 |
| 11/03/05 | TLC | Preparation of fee application for the period of May 1, 2005 through September 30, 2005 | 3.20 | 384.00 |
| 11/04/05 | TLC | Preparation of second interim fee application for the period of May 1, 2005 through September 30, 2005; including e-mail correspondence and telephone calls with Kim LaMaina | 3.10 | 372.00 |
| 11/07/05 | CCJ | Preparation of Smith Hulsey & Busey's second interim fee application | 1.80 | 531.00 |
| | TLC | Preparation of fee application for the period of June 1, 2005 through September 30, 2005, including review of all orders entered for store and/or pharmaceutical sales | 3.20 | 384.00 |
| 11/08/05 | CCJ | Preparation of second interim fee application (4.3); conference with James H. Post, Leanne McKnight Prendergast, Tana Copeland, Elizabeth M. Schule and Mary Richard (Winn-Dixie) regarding same (.5) | 4.80 | 1,416.00 |
| | EMS | Review of all rejected executory contracts to determine the total savings to the Debtors in preparation for fee application | 1.80 | 342.00 |
| 11/10/05 | JHP | Revisions to second interim fee application | 0.80 | 284.00 |
| 11/11/05 | JHP | Revisions to second interim fee application | 1.80 | 639.00 |
| 11/13/05 | CCJ | Revisions to fee application and conference with Stephen D. Busey regarding same | 1.30 | 383.50 |
| 11/14/05 | JHP | Revisions of the second interim fee application | 1.40 | 497.00 |
| | CCJ | Revisions to fee application | 1.80 | 531.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO:   110847

Chapter 11 -  Retention/Fee Matters (SH&B)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/15/05 | CCJ | Revision, finalization and filing of Smith Hulsey & Busey's fee application | 1.20 | 354.00 |
|  | JHP | Preparation of revisions to second interim fee application | 1.40 | 497.00 |
|  | KSW | Preparation of revised schedules to Smith Hulsey & Busey's second interim fee application (1.2); preparation for filing and service of same (1.9) | 3.10 | 372.00 |
| 11/16/05 | JHP | Preparation of revisions to second interim fee application | 1.20 | 426.00 |
| 11/28/05 | KSW | Preparation of proposed order regarding second interim fee application | 0.70 | 84.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 33.20 | 7,673.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 6.60 | $355.00 | $2,343.00 |
| Cynthia C. Jackson | 11.50 | 295.00 | 3,392.50 |
| *Tana L. Copeland | 9.50 | 120.00 | 1,140.00 |
| *Kimberly S. Ward | 3.80 | 120.00 | 456.00 |
| Elizabeth M. Schule | 1.80 | 190.00 | 342.00 |
| TOTAL | 33.20 |  | $7,673.50 |

TOTAL THIS STATEMENT                                                     $7,673.50
                                                                        =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021697M
STATEMENT NO:   111729

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

|            |     |                                                        | HOURS |          |
|------------|-----|--------------------------------------------------------|-------|----------|
| 12/08/05   | CCJ | Review and revision of November time entries for fee application | 1.50  | 442.50   |
| 12/13/05   | JHP | Preparation of November fee application                | 1.00  | 355.00   |
| 12/14/05   | JHP | Preparation of November fee application                | 0.80  | 284.00   |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                     | 3.30  | 1,081.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER        | HOURS | HOURLY RATE | TOTAL      |
|-------------------|-------|-------------|------------|
| James H. Post     | 1.80  | $355.00     | $639.00    |
| Cynthia C. Jackson| 1.50  | 295.00      | 442.50     |
|                   | 3.30  |             | $1,081.50  |

TOTAL THIS STATEMENT                                     $1,081.50

# SMITH HULSEY & BUSEY

LAW OFFICES

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021697M
STATEMENT NO:   112521

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

|  |  | HOURS |  |
|---|---|---|---|
| 01/03/06 KSW | Preparation for transmittal of fee applications and orders to fee examiner | 0.30 | 39.00 |
| CCJ | Preparation of correspondence to Stuart Maue | 0.20 | 61.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 0.50 | 100.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.20 | $305.00 | $61.00 |
| *Kimberly S. Ward | 0.30 | 130.00 | 39.00 |
| TOTAL | 0.50 | | $100.00 |

TOTAL THIS STATEMENT                     $100.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ACCOUNT NO: 10163-021698M
STATEMENT NO:   109913

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  | HOURS |  |
|---|---|---|---|
| 10/03/05 KSW | Electronic filing of ninth supplement to exhibit A of motion to appeal retention and compensation of professionals used in the ordinary course of business (.2) and submission of completed questionnaire of ordinary course professional in ninth supplement (.2) | 0.40 | 48.00 |
| 10/06/05 TLC | Research regarding the order authorizing the Debtors to retain professionals in the ordinary course of business, e-mail correspondence to Cynthia C. Jackson regarding same | 0.20 | 24.00 |
| 10/10/05 KSW | Electronic filing and service of third supplemental declaration of D.J. Baker | 0.40 | 48.00 |
| 10/11/05 KSW | Electronic filing of certificate of service regarding third supplemental declaration of D.J. Baker (.4); electronic filing of amended statement of payments made to ordinary course professionals for period ending April 6, 2005 and during thirteen week period ending June 29, 2005 (.2) and statement of payments made to ordinary course professionals during thirteen week period ending September 21, 2005 (.2) | 0.80 | 96.00 |
|  TLC | Research regarding the motion to approve the retention and compensation of professionals, e-mail to Cynthia C. Jackson regarding same (.2); research regarding the motion to approve the retention of Assessment Technologies, e-mail to Cynthia C. Jackson regarding same (.2) | 0.40 | 48.00 |
| 10/18/05 KSW | Telephone calls with Equity Committee counsel regarding setting applications to employ professional for hearing | 0.20 | 24.00 |
| 10/26/05 CCJ | Review of engagement letter for Stuart Mae (.4); conferences with professional counsel regarding same (.3) | 0.70 | 206.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 2
11/10/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021698M
                                                           STATEMENT NO:  109913

Chapter 11 - Retention/Fee Matters (Others)

                                                                   HOURS

10/31/05 EMS  Preparation of hearing outline for Equity Committee
              application to retain Paul Hastings (1.2); preparation
              of hearing outline for Equity Committee application to
              retain Jennis & Bowin (1.3); preparation of hearing
              outline for Equity Committee application to retain          3.70    703.00
              Jefferies & Co. (1.2)                                       ----    --------
                                                                          6.80  1,197.50

              FOR PROFESSIONAL SERVICES RENDERED

                        PROFESSIONAL SERVICES SUMMARY

                                        HOURS HOURLY RATE        TOTAL
        TIMEKEEPER

        Cynthia C. Jackson              0.70     $295.00       $206.50
        *Tana L. Copeland               0.60      120.00         72.00
        *Kimberly S. Ward               1.80      120.00        216.00
        Elizabeth M. Schule             3.70      190.00        703.00
                                        ----                  ---------
                                        6.80                  $1,197.50

              TOTAL THIS STATEMENT                                $1,197.50
                                                                 =========

        *Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:  110848

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/02/05 | EMS | Telephone call with Carolyn Chayavadhanangkur regarding scheduling hearings on Equity Committee's retention applications (.4); e-mail correspondence with Cynthia C. Jackson regarding same (.2) | 0.60 | 114.00 |
| 11/07/05 | CCJ | Conferences and correspondence with professionals regarding fee applications and fee hearing | 1.20 | 354.00 |
|  | TLC | Telephone calls and e-mail correspondence with Kim LaMaina regarding filing of the fee applications | 0.50 | 60.00 |
| 11/08/05 | CCJ | Assist professionals in preparing fee application | 0.20 | 59.00 |
|  | EMS | Preparation of updated schedule of administration expenses applications | 1.10 | 209.00 |
|  | TLC | Preparation of Kirschner and Legler's fee application | 1.30 | 156.00 |
| 11/09/05 | EMS | Telephone conference with Carolyn Chayavadhanangkur at Paul Hastings regarding revised notice of hearing on Equity Committee's retention application (.3); telephone call with Kim LaMaina regarding same (.3); correspondence to Cynthia C. Jackson regarding same (.2) | 0.80 | 152.00 |
| 11/10/05 | CCJ | Review of fee applications and notice of hearing and conference with Steve Eichel regarding same (1.8); correspondence to James H. Post regarding same (.1) | 1.90 | 560.50 |
|  | TLC | Preparation of notices of filing for the fee applications of Deloitte, Smith Gambrell, PricewaterhouseCoopers, King & Spalding and The Blackstone Group (.8), preparation of fee applications for filing (1.0) | 1.80 | 216.00 |
|  | EMS | Telephone call with Carolyn Chayavadhanangkur regarding notice of retention application for Equity Committee (.2); correspondence to Kim LaMaina and Cynthia C. Jackson regarding same (.3) | 0.50 | 95.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | KSW | Preparation for and electronic filing and service of eleventh supplement to exhibit A of motion for approval of retention and compensation of ordinary course professionals (.2) and submission of completed questionnaire regarding same (.2); preparation for and electronic filing and service of application to employ Deloite & Touche, for risk assessment, quality assessment, and journal entry testing services (.8) and notice of hearing regarding same (.3); preparation for and electronic filing and service of application to employ Stuart, Maue, Mitchell & James, Ltd. as fee examiner (.3) and notice of hearing regarding same (.3) | 2.10 | 252.00 |
| 11/11/05 | TLC | Elective filing of the second interim application of The Blackstone Group (.7); the second interim application of Smith Gambrell & Russell (.5); the second interim application of Togut, Segal & Segal, (including preparation of the notice of filing regarding same and e-mail correspondence to the professional regarding notice of electronic filing) (.8); the second interim application of XRoads Solutions Group, (including preparation of the notice of filing regarding same and e-mail correspondence to the professional regarding notice of electronic filing) (1.6); the second interim application of Carlton Fields, (including preparation of the notice of filing regarding same and e-mail correspondence to the professional regarding notice of electronic filing and telephone call with John Silver regarding service (1.7); the second interim application of Deloitte, (including e-mail correspondence to the professional regarding notice of electronic filing) (.8); the second interim application of King & Spalding, (including e-mail correspondence to the professional regarding notice of electronic filing) (1.0); the second interim application of Kirschner & Legler, (including preparation of the notice of filing regarding same and telephone call with Christie Hill at Kirschner & Legler regarding service and e-mail correspondence to her regarding notice of electronic filing) (1.2); the second interim application of KPMG, (including preparation of the notice of filing regarding same and e-mail correspondence to the professional regarding notice of electronic filing) (.8); the second interim application of PricewaterhouseCoopers, (including e-mail correspondence to the professional regarding notice of electronic filing) (.8); preparation for and attempts to file second interim fee application of Skadden, Arps, Slate, Meagher & Flom, including telephone calls and e-mail correspondence with Kim LaMaina (3.5) | 13.40 | 1,608.00 |
| | CCJ | Review of and file fee applications for XRoads, Carlton Fields, King & Spalding, Kirschner & Legler, Togut, Segal & Segal, The Blackstone Group and Smith Gambrell & Russell | 3.20 | 944.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)

| | | | HOURS | |
|---|---|---|---|---|
| 11/12/05 | TLC | Attempts to file Skadden's second interim fee application three times | 3.10 | 372.00 |
| 11/13/05 | CCJ | Review of Skadden's application for filing | 0.50 | 147.50 |
| 11/14/05 | TLC | Preparation and attempt to file Skadden's second interim fee application, (including printing and rescanning the file) | 2.50 | 300.00 |
| | CCJ | Review of and response to correspondence regarding Skadden's fee application | 0.30 | 88.50 |
| | EMS | Telephone call with Kim LaMaina regarding fee application filings | 0.30 | 57.00 |
| 11/15/05 | CCJ | Review of and response to correspondence regarding Skadden's fee application (.5); revision of retention application for ATECH (.8) | 1.30 | 383.50 |
| | TLC | Filing of second interim application of Skadden, Arps, Slate, Meagher & Flom, LLP, including preparation of files, and telephone calls with the Court regarding alternative ways to file the fee application | 5.30 | 636.00 |
| | KSW | Preparation for and attempted electronic filing of second interim fee application for Skadden, Arps, Slate, Meagher & Flom (2.1); telephone call with case administrator regarding same (.2) | 2.30 | 276.00 |
| 11/18/05 | SDB | Review and revision of draft application for the Debtors to employ Assessment Technologies, Ltd. to assist in the Debtors' challenge of real property tax assessments and conference with Cynthia C. Jackson regarding same | 0.80 | 316.00 |
| | KSW | Preparation for and electronic filing and service of twelfth supplement to exhibit A to motion for approval of retention and compensation of ordinary course professionals (.3) and submission of questionnaire regarding same (.3) | 0.60 | 72.00 |
| 11/20/05 | EMS | Preparation of hearing outline on the Blackstone Group's second interim fee application for the December 1, 2005 omnibus hearing (.4); preparation of hearing outline on PricewaterhouseCoopers' second interim fee application for the December 1, 2005 omnibus hearing (.4); preparation of hearing outline on KPMG's second interim fee application for the December 1, 2005 omnibus hearing (.3); preparation of hearing outline on King & Spalding's second interim fee application for the December 1, 2005 omnibus hearing (.3); preparation of hearing outline on Smith Gambrell and Russell's second interim fee application for the December 1, 2005 omnibus hearing (.4); preparation of hearing outline on Golden Flake's application for administrative expense (.3); | 2.10 | 399.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 4
12/15/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021698M
STATEMENT NO:   110848

Chapter 11 -  Retention/Fee Matters (Others)

HOURS

11/22/05 EMS Preparation of hearing outline on Carlton Field's
second interim fee application for the December 1,
2005 omnibus hearing (.5); preparation of hearing
outline on Kirschner & Legler's second interim fee
application for the December 1, 2005 omnibus
hearing (.5); preparation of hearing outline on
Deloitte Consulting's second interim fee
application for the December 1, 2005 omnibus
hearing (.5); preparation of hearing outline on
Togut, Segal & Segal's second interim fee
application for the December 1, 2005 omnibus
hearing (.5); preparation of hearing outline on
Akerman Senterfitt's second interim fee application
for the December 1, 2005 omnibus hearing (.5);
preparation of hearing outline on Alvarez and
Marshall's second interim fee application for the
December 1, 2005 omnibus hearing (.5); preparation
of hearing outline on Houlihan Lokey's second
interim fee application for the December 1, 2005
omnibus hearing (.5); preparation of hearing
outline on Milbank Tweed's second interim fee
application for the December 1, 2005 omnibus
hearing (.5); preparation of hearing outline on
Smith Hulsey & Busey's second interim fee
application for the December 1, 2005 omnibus
hearing (.5); preparation of hearing outline on
Skadden's second interim fee application for the
December 1, 2005 omnibus hearing (.5); preparation
of hearing outline on XRoads' second interim fee
application for the December 1, 2005 omnibus
hearing (.5)                                                        5.50   1,045.00

11/23/05 KSW Preparation of certificate of service regarding
application to employ Stuart Maul, Mitchell &
James, Ltd. as fee examiner (.3) and electronic
filing of same (.2); preparation of certificate of
service regarding application to employ Deloitte &
Touche LLP to provide risk assessment, quality
assessment, and journal entry testing services to
the debtors (.3) and electronic filing of same (.2)                1.00     120.00

11/28/05 CCJ Review and analysis of Stuart Maue application and
extensive revisions to hearing outline (1.4);
review of and response to correspondence from Steve
Eichel and from Linda Cooper regarding same (1.0);
review of and response to correspondence from
Rosalie Gray regarding Jefferson retention (.2);
preparation for December 1, 2005 hearing (1.0);
conference with Steve Eichel regarding Wachovia's
position (.1); preparation for December 1, 2005
hearing on retention of Deloitte & Touche (1.4);
review and analysis of application (.3);
preparation for hearing on 18 fee applications and
conference with U.S. Trustee regarding same (1.5)                  6.90   2,035.50
         TLC E-mail correspondence and telephone calls with Kim
             LaMaina regarding fee orders                           0.50      60.00

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

|  |  | HOURS |  |
|---|---|---|---|
| EMS | Preparation of hearing outline on Debtors' application for authority to retain Deloitte & Touche LLP to provide risk assessment, quality assessment and journal entry testing services to the Debtor (1.4); e-mail correspondence with Cynthia C. Jackson regarding proposed order for interim fee applications (.2); preparation of hearing outline on Debtors' application to employ Stuart Maue as fee examiner (1.4); preparation of updated hearing outlines on second interim fee applications for December 1, 2005 omnibus hearing (1.7) | 4.70 | 893.00 |
| 11/29/05 SDB | Telephone call with Rosalie Gray regarding the Equity Committee's application to retain Jefferies & Company (.2); review and revision of the Debtors' draft objection to Jefferies & Company's application (.6); preparation for hearing on the application and objections (.5); preparation for hearing on the interim fee applications of 16 professionals for the Debtors and the Creditors Committee (.7); memoranda to Larry Appel and Jay Castle regarding objections to the Creditors Committee professionals (.5); preparation for December 1, 2005 hearing on Debtors' application to retain the fee examiner (.4) | 2.90 | 1,145.50 |
| KSW | Preparation for and electronic filing of objection to Equity Committee's application to employ Jefferies & Company as financial advisors | 0.30 | 36.00 |
| TLC | Telephone call with Kim LaMaina regarding the order on fee applications | 0.50 | 60.00 |
| EMS | Preparation of revised hearing outlines on second interim period fee applications (1.4); preparation of updated hearing outlines on application to employ Tennis and Bowen, Paul Hastings and Jefferies & Company as advisors to the Equity Committee (2.7) | 4.10 | 779.00 |
| 11/30/05 EMS | Preparation of revised hearing outline on application by Equity Committee to retain Jefferies & Company | 1.20 | 228.00 |
| KSW | Preparation of proposed order on professionals fee applications | 0.90 | 108.00 |
| SDB | Telephone call with Elena Escamilla regarding the U.S. Trustee's position on the Equity Committee's applications to retain professionals (.2); preparation for December 1, 2005 hearing on the Debtors' objections to the Equity Committee's retention of Jefferies & Company (.7) | 0.90 | 355.50 |
| CCJ | Preparation of proposed order on all fee applications (1.5); conference with Sally Henry regarding same (.2); correspondence to U.S. Trustee and professionals regarding same (.1) | 1.80 | 531.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 78.90 | 15,223.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -   Retention/Fee Matters (Others)


PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.60 | $395.00 | $1,817.00 |
| Cynthia C. Jackson | 17.30 | 295.00 | 5,103.50 |
| *Tana L. Copeland | 28.90 | 120.00 | 3,468.00 |
| *Kimberly S. Ward | 7.20 | 120.00 | 864.00 |
| Elizabeth M. Schule | 20.90 | 190.00 | 3,971.00 |
| TOTAL | 78.90 | | $15,223.50 |


TOTAL THIS STATEMENT                                         $15,223.50
                                                            ==========


*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/17/2006
ACCOUNT NO: 10163-021698M
STATEMENT NO:   111730

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (Others)


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | SDB | Preparation for and attendance at hearing on sixteen interim fee applications for professionals for the Debtors and the Creditors Committees, including preparation of the proposed order and including comments of the Creditors Committee and the professionals (2.8); preparation for and attendance at hearings on Debtors' motion to retain Stuart, Mau, Mitchell & James, Ltd. as the examiner and Deloitte & Touche, LLP regarding internal audit controls (2.2) | 5.00 | 1,975.00 |
|  | EMS | Review of all applications, hearing outlines and orders for second interim fee applications | 3.10 | 589.00 |
|  | CCJ | Preparation for and representation of Debtors at hearings on fee applications for over $20 million (2.3); conferences with Jay Castle and Stephen D. Busey regarding fee examiner (.8); conferences with U.S. Trustee regarding same (.3); conference with counsel for DIP and counsel for Creditors Committee regarding same (.4); negotiations of terms of Stuart, Mau, Mitchell & James, Ltd.'s order (.9); conferences with D.J. Baker and Stephen D. Busey regarding Equity Committee's objection (.3) | 5.00 | 1,475.00 |
| 12/02/05 | KSW | Service of order authorizing retention of Deloitte & Touche, LLP (.4); preparation and electronic filing of certificate of service regarding order authorizing retention of Deloitte & Touche, LLP (.3) | 0.70 | 84.00 |
|  | CCJ | Participation in telephone conference with fee examiner (.7); conferences with Steve Eichel and with Kimberly S. Ward regarding same (.3) | 1.00 | 295.00 |
| 12/06/05 | TLC | Preparation, filing and service of the thirteenth submission to the retention of ordinary course professionals and the supplement regarding same | 1.20 | 144.00 |
|  | EMS | Preparation of hearing outline on application to retain Jefferies & Company as local counsel to Equity Committee | 0.50 | 95.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
01/17/2006
ACCOUNT NO: 10163-021698M
STATEMENT NO:  111730

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/09/05 | TLC | Preparation, filing and service of the third submission of completed retention questionnaires of ordinary course professionals | 0.50 | 60.00 |
| 12/12/05 | KSW | Preparation and electronic filing of proposed order authorizing Debtors to employ Stuart, Mau, Mitchell & James Ltd. as fee examiner | 0.70 | 84.00 |
|  | CCJ | Review and revision of Stuart, Mau, Mitchell & James, Ltd.'s motion | 0.50 | 147.50 |
| 12/14/05 | KSW | Preparation for and service of order authorizing Debtors to employ and retain Stuart, Mau, Mitchell & James, Ltd. as fee examiner (.4); preparation and electronic filing of certificate of service regarding same (.3) | 0.70 | 84.00 |
|  | CCJ | Preparation for hearing with Jefferies & Company and conference with Equity Committee regarding same | 0.70 | 206.50 |
| 12/15/05 | CCJ | Preparation for and representation of Winn-Dixie at hearing on motion to retain Jefferies & Company | 1.00 | 295.00 |
| 12/21/05 | CCJ | Conference with Rosalie Gray and with Betsy Cox regarding Jefferies & Company (.5); correspondence to Stephen D. Busey regarding same (.3) | 0.80 | 236.00 |
| 12/22/05 | SDB | Review and approval of proposed order authorizing Jefferies & Company's retention for the Equity Committee | 0.30 | 118.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 21.70 | 5,888.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.30 | $395.00 | $2,093.50 |
| Cynthia C. Jackson | 9.00 | 295.00 | 2,655.00 |
| *Tana L. Copeland | 1.70 | 120.00 | 204.00 |
| *Kimberly S. Ward | 2.10 | 120.00 | 252.00 |
| Elizabeth M. Schule | 3.60 | 190.00 | 684.00 |
| TOTAL | 21.70 |  | $5,888.50 |

TOTAL THIS STATEMENT                                      $5,888.50
                                                         =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021698M
STATEMENT NO:  112522

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/05/06 | KSW | Preparation and electronic filing and service of response to motion of the Equity Committee for appointment of an examiner | 0.60 | 78.00 |
| 01/24/06 | BB | Location and review of application for employment of ATech, the contract and the order approving filed in the Interstate Bakeries Corp. bankruptcy case | 1.50 | 330.00 |
|  | CCJ | Review and analysis of proposed ATech agreement (.8); correspondence regarding same (.2) | 1.00 | 305.00 |
| 01/25/06 | KSW | Preparation and electronic filing of statement of payments made by Debtors to ordinary course professionals during period September 22, 2005 through January 11, 2006 | 0.30 | 39.00 |
|  | SDB | Review of draft of ATech engagement agreement and conference with Cynthia C. Jackson regarding modifications needed to the agreement | 0.80 | 324.00 |
| 01/27/06 | CCJ | Preparation for and telephone conference with Winn-Dixie tax team regarding ATech agreement (1.4); conferences with Keith Daw and Rosalie Gray regarding same (.8) | 2.20 | 671.00 |
| 01/31/06 | CCJ | Preparation of declaration and application of ATech (2.1); conference with Keith Daw regarding same (.5); review of correspondence regarding same (.3) | 2.90 | 884.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 9.30 | 2,631.50 |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)


PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.80 | $405.00 | $324.00 |
| Cynthia C. Jackson | 6.10 | 305.00 | 1,860.50 |
| Beau Bowin | 1.50 | 220.00 | 330.00 |
| *Kimberly S. Ward | 0.90 | 130.00 | 117.00 |
| TOTAL | 9.30 | | $2,631.50 |


TOTAL THIS STATEMENT                                    $2,631.50
                                                       =========

---

*Legal Assistant