LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:   109914

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Tax Matters


| | | | HOURS | |
|---|---|---|---|---|
| 10/06/05 | BB | Legal research regarding the interplay of Florida Statute 194.01(3)(d) and 11 U.S.C. 505 | 3.30 | 676.50 |
| | SDB | Conferences with John James, Keith Daw and Cynthia C. Jackson regarding real estate assessment challenges (.3); review of case law regarding application of Sections 108 and 505 relative to state limitations statutes for assessment challenges (.4) | 0.70 | 276.50 |
| 10/07/05 | CCJ | Conferences with Stephen D. Busey regarding tax issues and review of research regarding same | 0.50 | 147.50 |
| | BB | Conference with James H. Post regarding interplay between Fla. Stat. 194.011 and 11 U.S.C. 505 (.3); gather and review of all research files regarding re-assessment of tax liability under 11 U.S.C. 505 (1.7) | 2.00 | 410.00 |
| 10/11/05 | CCJ | Extensive review and analysis of Section 505 legal research and correspondence | 1.90 | 560.50 |
| | BB | Legal research regarding 11 U.S.C. 505 and the court's authority to adjust property values and reevaluate tax assessment (3.0); legal research regarding application of state time limitations for challenging tax assessment to 11 U.S.C. 505 (3.5) | 6.50 | 1,332.50 |
| 10/12/05 | CCJ | Conferences with Beau Bowin and Keith Daw regarding tax issues (1.0); review of legal research regarding Section 505 (.8); conference with Leanne McKnight Prendergast regarding tax collector issues (.2) | 2.00 | 590.00 |
| | BB | Legal research regarding 11 U.S.C. 505, specifically whether 60 day time limits of Fla. Stat. 194.171 precludes re-assessment in bankruptcy court, whether 11 U.S.C. 108 allows Debtors to file petition with state has authority after the expiration of the 60 day period and whether Section 505 violates the state's sovereign immunity | 6.00 | 1,230.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

|  |  | | HOURS |  |
|---|---|---|---|---|
| 10/13/05 | CCJ | Preparation for and representation of Debtors in tax conference call (.5); conference with Beau Bowin regarding same (.2) | 0.70 | 206.50 |
|  | BB | Telephone conference with Cynthia C. Jackson and Bryan Gaston regarding authority of court to determine tax liability (.6); review of case law regarding interplay between 505 and 11th amendment (1.2) | 1.80 | 369.00 |
| 10/14/05 | CCJ | Conferences with Keith Daw and with James Lamert regarding tax issues and review of correspondence regarding same | 1.00 | 295.00 |
|  | BB | Legal research regarding recovery of refunds under Section 505 | 4.00 | 820.00 |
| 10/17/05 | CCJ | Preparation for and conference with Keith Daw regarding tax issues (.6); preparation of four forms of correspondence to landlords regarding same (1.3); conference with Rosalie Gray regarding same and regarding terms of bar date order (.4) | 2.30 | 678.50 |
| 10/19/05 | BB | Legal research regarding 11 U.S.C. 505, specifically (i) exhaustion of remedies, (ii) time limitation, (iii) adjustment of property values, (iv) treatment of interest claims, (v) refunds, (vi) sovereign immunity, and (vii) tolling of state limitations periods | 6.50 | 1,332.50 |
|  | CCJ | Conferences with Rosalie Gray, with Keith Daw regarding tax issues (.9); review and extensive revisions to six tax templates (2.4) | 3.30 | 973.50 |
| 10/20/05 | TLC | Update to notebook on ad valorem issues | 2.10 | 252.00 |
|  | BB | Legal research regarding 11 U.S.C. 505 specifically (i) exhaustion of remedies, (ii) time limitations, (iii) adjustment of property values, (iv) treatment of interest claims, (v) refunds, (vi) sovereign immunity, and (vii) tolling of state limitations periods | 3.30 | 676.50 |
|  | CCJ | Revisions to tax letter (.8); conference with Keith Daw, Kathy Jaxon regarding same (.2) | 1.00 | 295.00 |
| 10/21/05 | TLC | Update to notebook on ad valorem issues (.4); revisions to form correspondence to landlords regarding ad valorem taxes (.6) | 1.00 | 120.00 |
| 10/24/05 | TLC | Preparation of summaries of cases regarding ad valorem tax issues | 1.50 | 180.00 |
|  | CCJ | Revision and finalization of form tax letters and correspondence to Keith Daw regarding same | 1.30 | 383.50 |
|  | BB | Review of binder containing tax law regarding 11 U.S.C. 505 | 0.40 | 82.00 |
| 10/26/05 | CCJ | Review and analysis of case law on 505 (3.2); conference with Beau Bowin regarding same (.2) | 3.40 | 1,003.00 |

FOR PROFESSIONAL SERVICES RENDERED

56.50  12,890.50

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 3
11/10/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:   109914

Chapter 11 -  Tax Matters

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Stephen D. Busey | 0.70 | $395.00 | $276.50 |
| Cynthia C. Jackson | 17.40 | 295.00 | 5,133.00 |
| Beau Bowin | 33.80 | 205.00 | 6,929.00 |
| *Tana L. Copeland | 4.60 | 120.00 | 552.00 |
| | 56.50 | | $12,890.50 |

TOTAL THIS STATEMENT                                         $12,890.50

_____

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:   110849

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/03/05 | CCJ | Preparation for and conference with Rosalie Gray, Keith Daw and John Lament regarding tax issues | 1.00 | 295.00 |
|  | EMS | Telephone call with Brian Fitzgerald regarding agenda for November 4, 2005 omnibus hearing, specifically to discuss motion for extension of time for tax collectors to file objections on the agenda | 0.30 | 57.00 |
| 11/07/05 | CCJ | Revisions to tax questions for proof of claim analysis and correspondence with Rosalie Gray and Keith Daw regarding same | 1.90 | 560.50 |
| 11/08/05 | CCJ | Conference with Rosalie Gray regarding tax issues | 0.10 | 29.50 |
| 11/09/05 | CCJ | Conference with Keith Daw and John Lament regarding tax issues (.1); revisions to tax questions (.5) | 0.60 | 177.00 |
| 11/11/05 | BB | Legal research regarding all Eleventh Circuit opinions regarding 11 U.S.C. 505 | 4.00 | 820.00 |
| 11/13/05 | CCJ | Received and replied to correspondence regarding tax issues | 0.30 | 88.50 |
| 11/14/05 | BB | Legal research regarding all case law reported in the Eleventh Circuit regarding 11 U.S.C. 505 | 6.00 | 1,230.00 |
| 11/16/05 | CCJ | Review of and response to correspondence from Keith Daw and Rosalie Gray regarding tax issues | 0.50 | 147.50 |
| 11/18/05 | CCJ | Received and replied to correspondence from Kathy Jaxon (Winn-Dixie) and Keith Daw regarding Jacksonville reimbursements and analysis of same | 1.50 | 442.50 |
| 11/21/05 | CCJ | Review and analysis of tax collectors' motions for adequate protection (1.0); correspondence to Larry Appel regarding same (.2) | 1.20 | 354.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/15/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:  110849

Chapter 11 - Tax Matters

|  |  | | HOURS | |
|---|---|---|---|---|
| | BB | Legal research regarding issues arising from requests for re-assessment of taxes under 11 U.S.C. 505 | 4.10 | 840.50 |
| 11/22/05 | CCJ | Review and analysis of tax collectors' motions and conferences with Beau Bowin, Stephen D. Busey and with Keith Daw regarding same and actions needed (2.0); correspondence to Jay Castle regarding section 505 telephone conference (.1); telephone conference with Keith Daw regarding section 505- On-line Access issues (.2); analysis of same and actions needed (1.6) | 3.90 | 1,150.50 |
| | JHP | Review of motion by Florida Tax Collector for adequate protection and motion for leave to file proofs of claim without prejudice, including applicable law | 0.60 | 213.00 |
| | BB | Review motion to file claim without prejudice and motion for adequate protection filed by the Florida Tax Collector (.7); review of other Chapter 11 cases to analyze litigation similar to issues presented by Florida Tax Collector in its motions (1.0) legal research regarding Florida Tax Collectors' sovereign immunity from tax re-assessment claims filed by debtor in bankruptcy court (5.0) | 6.70 | 1,373.50 |
| 11/28/05 | SDB | Two telephone calls with Phil Bates, counsel for Florida count tax assessors, regarding Winn-Dixie's liability for real property taxes (.6); conference with Cynthia C. Jackson regarding same (.2) | 0.80 | 316.00 |
| | JHP | Review of motions filed by Florida Tax Collectors regarding proofs of claim and adequate protection, including e-mail correspondence regarding same | 1.20 | 426.00 |
| 11/29/05 | CCJ | Review and analysis of invoice from Assessment Technologies regarding replies to Florida Tax Collectors' motions and K-Mart case (1.2); conferences with Keith Daw regarding ATech meeting and response deadline (.2); received and revised objection to Jefferies & Company's application and conferences with Rosalie Gray regarding same (.5); conference with Stephen D. Busey and Kimberly S. Ward regarding fee hearings (.6); review of hearing outlines (1.0); revisions to Stuart Maue's outline (.8); review of transcript regarding Wachovia's agreement to comply with fee examiner (.3); conference with Jeff Gleason regarding Deloitte & Touche application (.2) | 4.80 | 1,416.00 |
| | JHP | Review of Florida Tax Collectors' motion for adequate protection, including review and analysis of material documents and legal research regarding same (1.2); review of Florida Tax Collectors' motion for leave to file proof of claims without prejudice, including review and analysis of material documents and legal research regarding same (1.0) | 2.20 | 781.00 |

LAW OFFICES
## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Tax Matters

| | | | HOURS | |
|---|---|---|---|---|
| 11/30/05 | CCJ | Received and replied to correspondence regarding ATech meeting and preparation for same | 1.40 | 413.00 |
| | BB | Legal research regarding interplay between 11 U.S.C. 505 and the 11th amendment | 1.00 | 205.00 |
| | | | ----- | --------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 44.10 | 11,336.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 0.80 | $395.00 | $316.00 |
| James H. Post | | 4.00 | 355.00 | 1,420.00 |
| Cynthia C. Jackson | | 17.20 | 295.00 | 5,074.00 |
| Beau Bowin | | 21.80 | 205.00 | 4,469.00 |
| Elizabeth M. Schule | | 0.30 | 190.00 | 57.00 |
| | | ----- | | ---------- |
| | TOTAL | 44.10 | | $11,336.00 |

TOTAL THIS STATEMENT $11,336.00
==========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
01/17/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  111731

ATTN: Larry Appel, Esq.

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/01/05 | SDB | Preparation for December 7, 2005 meeting regarding coordinating strategies for challenging ad valorem taxes | 0.70 | 276.50 |
| - | JHP | Preparation for hearing on Florida Tax Collectors' motion for adequate protection, including review of material documents and legal research (1.8); review of material documents and legal research on Florida Tax Collectors' motion for leave to file proof of claim without prejudice (1.0) | 2.80 | 994.00 |
|  | BB | Legal research regarding Winn-Dixie's ability to request tax refund under 11 U.S.C. 505 | 1.20 | 246.00 |
| 12/02/05 | TLC | Document retrieval and preparation of notebook regarding K-mart v. Anchorage County Tax Collectors | 1.30 | 156.00 |
|  | JHP | Review of material documents and legal research on Florida Tax Collectors' litigation, including their motion for leave to file a proof of claim without prejudice, motion for adequate protection and related matters (2.2); preparation for January 9, 2006 hearing on motion for adequate protection and adversary proceeding to challenge tax assessments (1.0) | 3.20 | 1,136.00 |
|  | BB | Research and analysis regarding merits of Florida Tax Collector's motion for adequate protection, specifically, whether tax collectors are parties entitled to adequate protection (1.3); research and analysis regarding procedure for requesting tax refund under Florida law and the time limits for doing so (1.8); research and analysis regarding the authority of the bankruptcy court to order a refund of taxes (3.2); research other large bankruptcy cases regarding how tax issues were dealt with in those cases (1.6) | 7.90 | 1,619.50 |
| 12/03/05 | BB | Research and analysis regarding bankruptcy court's authority to reassess taxes under 11 U.S.C. 505 | 3.50 | 717.50 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Tax Matters


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/05/05 | JHP | Preparation for January 9, 2006 hearing on Florida Tax Collectors' motion for adequate protection and adversary proceeding to challenge tax assessments, including review of legal research, material documents from K-mart and other cases and material pleadings | 1.80 | 639.00 |
|  | CCJ | Preparation for 505 meeting (.6); review of and respond to correspondence from John Lammert (.3); conference with Keith Daw (.4); review of proposed correspondence regarding taxes and conference with Keith Daw regarding same (.3) | 1.60 | 472.00 |
|  | BB | Review of K-mart bankruptcy docket regarding adversary proceeding against tax collectors (03-1846) (3.0); review of relevant pleadings and case law cited in tax collectors' pleadings (.5) | 3.50 | 717.50 |
| 12/06/05 | JHP | Preparation for January 9, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including review of material documents and legal research regarding same (1.5); preparation for December 7, 2005 conference regarding claims of Florida Tax Collectors, including review of material documents and legal research regarding same (1.0); review of material pleadings from K-mart and other cases (.8) | 3.30 | 1,171.50 |
|  | CCJ | Conference with Stephen D. Busey and James H. Post regarding 505 strategy (.2); conference with Keith Daw regarding same (.5); conference with Beau Bowin regarding same (.5); preparation for 505 strategy meeting with tax team (1.9) | 3.10 | 914.50 |
|  | BB | Research and analysis of 11th Circuit law regarding reassessment of taxes under 11 U.S.C. 505 (2.3); research and analysis regarding whether Florida County Tax Collectors and Assessors have 11th Amendment Sovereign Immunity (5.2) | 7.50 | 1,537.50 |
| 12/07/05 | JHP | Preparation for and attendance at conference with representatives of Assessment Technologies and Winn-Dixie regarding the logistics and strategy for the resolution of state and local tax claims of approximately 400 jurisdictions, including the review of material documents and legal research | 3.50 | 1,242.50 |
|  | CCJ | Preparation for and meeting with Assessment Technologies and Winn-Dixie's tax team regarding 505 strategy | 5.80 | 1,711.00 |
|  | SDB | Preparation for December 7, 2005 meeting with agents of the Debtors to contest store tax assessments and related tax issues and to determine the Debtors' tax strategies | 0.60 | 237.00 |
|  | TLC | Update of tax notebook | 0.60 | 72.00 |
|  | BB | Legal research regarding lessee liability on real property taxes, tax claimants' right to adequate protection, and whether Florida ad valorem tax claim is secured (4.5); preparation for and conference with Atech, Winn-Dixie and XRoads (6.0) | 10.50 | 2,152.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
01/17/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:   111731

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/08/05 | CCJ | Conference with Stephen D. Busey regarding 505 strategy and with Sheon Karol regarding same (.5); review of and respond to correspondence regarding same (.7) | 1.20 | 354.00 |
|  | JHP | Analysis of pleadings and logistics necessary to resolve ad valorem tax claims, including review of motions and orders utilized in other Chapter 11 cases | 1.20 | 426.00 |
|  | BB | Preparation of notice of deposition to Florida Tax Collectors | 1.30 | 266.50 |
| 12/09/05 | JHP | Analysis of ad valorem tax claim issues, including review and analysis of motions and orders filed in other Chapter 11 cases | 1.20 | 426.00 |
|  | CCJ | Review of and respond to correspondence from Kathy Jaxon regarding Volusia taxes (.3); review of and respond to correspondence from John Lammert regarding section 505 issues (.2) | 0.50 | 147.50 |
| 12/12/05 | JHP | Preparation for and attendance at telephone conference with working group on Section 505 challenges to ad valorem tax claims, including review of legal research regarding same | 1.80 | 639.00 |
|  | BB | Analysis of options available to Winn-Dixie regarding the preservation of its rights to reassessment of taxes under Section 505 (1.3); research and analysis regarding appropriate actions to take in paying taxes due under various lease agreements without impairing Winn-Dixie's ability to recover overpayments in the event the tax amounts are reassessed at a lower amount (1.6) | 2.90 | 594.50 |
|  | CCJ | Preparation for and participation in section 505 telephone conference | 1.30 | 383.50 |
| 12/15/05 | JHP | Preparation for and attendance at telephone conference with working group for ad valorem tax issues, including review and analysis of legal research and motions and orders filed in other Chapter 11 cases | 1.80 | 639.00 |
|  | BB | Research and analysis regarding proper procedures for paying real estate tax while preserving Winn-Dixie's right to reassessment under Section 505 | 1.40 | 287.00 |
| 12/16/05 | JHP | Preparation for January 9, 2006 hearing on notice of Florida tax collectors for adequate protection, including material documents and legal research regarding same (1.0); telephone conference with counsel for special consultant regarding legal and procedural issues applicable to resolution of ad valorem tax claims, including memorandum to file regarding same (1.2) | 2.20 | 781.00 |
|  | BB | Analysis of appropriate course of action to contest ad valorem taxes under Section 505 (2.0); preparation of memorandum proposing recommended action to take in pursuing the reassessment of taxes and the refund of overpaid tax amounts (2.3); |  |  |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | research and analysis regarding whether County Taxing Authority may avail itself of 11th Amendment Sovereign Immunity (.8) | 5.10 | 1,045.50 |
| 12/17/05 | BB | Research and analysis regarding the circumstances for which a lessee of real property can assert the landlord's right to appeal tax assessments on the leased real property (3.3); research and analysis regarding the application of the doctrine of offset where a lessee seeks to offset the landlord's tax overpayments against lessee's future tax liabilities where the lessee was at all times the party ultimately responsible for payment of those taxes (3.2) | 6.50 | 1,332.50 |
| 12/19/05 | JHP | Analysis of legal and procedural issues regarding resolution of ad valorem tax claims, including review of material documents and research regarding same | 1.20 | 426.00 |
|  | BB | Analysis of appropriate course of action for reassessing Winn-Dixie's tax liability under satisfaction of judgment and recouping overpayments through refunds or offsets of future tax liability (2.0); analysis of litigation strategies that will help Winn-Dixie obtain the maximum relief under Section 505, specifically, determining which parties to name as defendants and determining the most effective method for gaining Footprint Landlords' assistance in seeking refunds and offsets (2.0); memorandum to circulate among Atech, co-counsel and Winn-Dixie recommending actions to be taken under Section 505 (2.0) | 6.00 | 1,230.00 |
| 12/20/05 | JHP | Preparation of status and recommendations memorandum to working group, including review of material documents and legal research regarding same | 0.80 | 284.00 |
|  | CCJ | Conference with Keith Daw and Catherine Ibold regarding 505 tax issues and Kathy Jaxon regarding same | 0.60 | 177.00 |
|  | BB | Review of lease between Winn-Dixie and Sarria Enterprises and analysis of law regarding whether taxes owed under lease constitute prepetition or post-petition debt (1.7); e-mail to Alan Burger directing him to contact Kathy Jackson to reconcile Sarria Enterprises' $124,035.70 tax claim (.3); preparation of action list proposing actions to be taken with respect to reassessment of Winn-Dixie's ad valorem taxes under Section 505 of the Bankruptcy Code (2.0); analysis of Winn-Dixie's options for offsetting overpayments against Winn-Dixie's future tax liability (1.2) | 5.20 | 1,066.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page:  5
01/17/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  111731

Chapter 11 -  Tax Matters

HOURS

| | | | | |
|---|---|---|---|---|
| 12/21/05 | JHP | Preparation of status and recommendation memorandum to working group, including review of material e-mail regarding related landlord issues | 1.20 | 426.00 |
| | BB | Analysis and preparation of chart of appropriate actions which need to be taken in connection with Winn-Dixie's attempt to reassess its tax liability under Section 505 and seek either a refund or an offset against it's future tax liabilities (5.8); review of correspondence between Atech, Skadden and Winn-Dixie regarding the treatment of real estate tax liabilities and suggested responses to landlords requesting payment (.5) | 6.30 | 1,291.50 |
| | KSW | Preparation of flow chart regarding real estate and business personal property taxes | 0.80 | 96.00 |
| 12/22/05 | JHP | Preparation and issuance of proposed schedule to working group regarding store locations as to which tax assessments will be challenged and related matters, including review of material documents and legal research (1.8); preparation of proposed action list for working group on tax assessment challenges, including e-mail correspondence to Atech's counsel regarding same (1.4) | 3.20 | 1,136.00 |
| | BB | Preparation of e-mail to Working Group recommending actions to be taken to expedite the tax reassessment process (.5); research and analysis regarding state ad valorem tax appeal laws to allow Winn-Dixie to escrow real estate tax payments for footprint stores (5.0); revisions to action list proposing suggested actions to be taken to expedite the Section 505 tax reassessment (3.0) | 8.50 | 1,742.50 |
| 12/24/05 | BB | Research and analysis regarding general exceptions to the states' 11th amendment sovereign immunity (2.7); research and analysis of the Florida Constitution and Florida Statutes to determine whether county tax collectors and tax assessors are units of the state entitled to sovereign immunity (2.5) | 5.20 | 1,066.00 |
| 12/27/05 | JHP | Preparation for January 9, 2006 hearing on Florida Taxing Authority motion for adequate protection, including telephone calls with Creditors Committee counsel, Mike Comerford, and client regarding same (.8); review of legal research and e-mails with Atech's attorney regarding same (1.4) | 2.20 | 781.00 |
| | CCJ | Conferences with Keith Daw and with Stephen D. Busey regarding tax issues (.5); review of and respond to correspondence regarding same (.2); conference with Stephen D. Busey regarding same (.2) | 0.90 | 265.50 |
| | BB | Preparation of outline of response to Florida Tax Collectors' motion for adequate protection (3.0); research and analysis of law regarding what constitutes adequate protection and whether Tax Injunction Act bars tax reassessment under 505 | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | (2.1); analysis of procedures paying amount of taxes Winn-Dixie agrees to be cured and escrowing contested amounts (3.0) |  | 8.10 | 1,660.50 |
| 12/28/05 | JHP | Preparation for January 9, 2006 hearing on Florida Taxing Authority motion for adequate protection, including review of material documents and legal research regarding same, telephone calls with Keith Daw and Joe Harrison regarding same | 2.80 | 994.00 |
|  | CCJ | Telephone conference with James H. Post, Joe Harrison and Keith Daw (.3); preparation for and conference with Stephen D. Busey and James H. Post regarding Section 505 issues (1.1); telephone conferences with James H. Post, Joe Harrison, Keith Daw, et al. regarding tax issues (1.4); conferences with Sheon Karol and Keith Daw regarding same (.6) | 3.40 | 1,003.00 |
|  | SDB | Review of memoranda regarding design and management of the process to challenge real estate tax assessment (.4); development of strategy for Winn-Dixie's use of the bankruptcy forum and Section 505 of the Bankruptcy Code to contest real estate and personal property taxes (1.2) | 1.60 | 632.00 |
|  | BB | Establishment of procedure to make partial payment and suspension of further collection by taxing authority and for settling individual claims (3.2); review of claims resolution procedures established for settlement of claim against Winn-Dixie to assist in developing a claim resolution procedure for reassessing and settling ad valorem tax claims (3.3); analysis of possibility of applying Florida Statute Section 194.171, which allows partial payments of taxes to suspend collection of taxes, to claims resolution procedure in Section 505 reassessment actions (3.4) | 9.90 | 2,029.50 |
| 12/29/05 | CCJ | Conference with Sheon Karol regarding Store No. 2294 and Section 505 | 0.30 | 88.50 |
|  | BB | Research and analysis of Florida Law regarding the proper taxing authority to be named in actions to re-assess property taxes and determine what instances would require both the tax assessor and the tax collector to be named as defendants (2.1); research and analysis regarding the circumstances under which a lease of real property may commence an action to re-assess the property taxes assessed against real property owned by a third party (1.4) | 3.50 | 717.50 |
|  | JHP | Telephone call with Florida Tax Collector regarding possible continuation of January 9, 2006 hearing and other pretrial stipulation matters (.4); e-mail correspondence to Atech counsel regarding possible use of Florida Statutes Section 194.171 which permits non-payment of undisputed portion of taxes without penalty (1.2) | 1.60 | 568.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/30/05 | CCJ | Telephone conference with Keith Daw and Sheon Karol regarding tax section 505 strategies (.3); review of action list regarding same (.1) | 0.40 | 118.00 |
|  | JHP | E-mail correspondence and telephone call with working group regarding possible continuance of January 9, 2006 hearing on motion for adequate protection filed by Florida Tax Collector | 0.80 | 284.00 |

FOR PROFESSIONAL SERVICES RENDERED  165.30 41,417.00

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.90 | $395.00 | $1,145.50 |
| James H. Post | 36.60 | 355.00 | 12,993.00 |
| Cynthia C. Jackson | 19.10 | 295.00 | 5,634.50 |
| Beau Bowin | 104.00 | 205.00 | 21,320.00 |
| *Tana L. Copeland | 1.90 | 120.00 | 228.00 |
| *Kimberly S. Ward | 0.80 | 120.00 | 96.00 |
| TOTAL | 165.30 |  | $41,417.00 |

TOTAL THIS STATEMENT                    $41,417.00
                                        ===========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

Page: 1
02/17/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:   112523

ATTN: Larry Appel, Esq.

Chapter 11 -  Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/06 | CCJ | Preparation for and participation in telephone conference with ATech representatives regarding tax issues (.6); conference with Sheon Karol regarding same (.2); conference with Keith Daw and Beau Bowin regarding tax lien issues (.5) | 1.30 | 396.50 |
|  | BB | Preparation for and attendance at telephone conference regarding status of tax reassessment under Section 505 | 0.50 | 110.00 |
| 01/04/06 | CCJ | Correspondence to Kathy Jaxon regarding landlord tax issues (.5); review of and respond to correspondence from Richard Thames regarding same (.3) | 0.80 | 244.00 |
|  | BB | Research and analysis of Florida personal property taxes for 2005 are pre-petition or post-petition debts and whether Florida statutes establish a date for when an "obligation" to pay personal property taxes arises | 6.00 | 1,320.00 |
| 01/05/06 | CCJ | Review of and respond to correspondence from Richard Thames and from Kathy Jaxon | 1.10 | 335.50 |
|  | BB | Research and analysis of Florida Tax Collectors' request for payment of administrative expense, with specific attention to when a personal property tax debt is "incurred" for purposes of determining whether taxes are pre-petition or post-petition (4.0); preparation of memorandum for file regarding FTC's request for payment of administrative expense (2.0) | 6.00 | 1,320.00 |
|  | JHP | Preparation for January 9, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including telephone calls with counsel for movant regarding legal and procedural issues, telephone calls with Creditors Committee counsel and client regarding same | 2.20 | 814.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | HOURS |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/06/06   | BB  | Research and analysis of Florida Tax Collectors' request for payment of administrative expense (2.0); preparation of memorandum for file regarding Florida Tax Collectors' request for payment of administrative expense (2.0) | 4.00  | 880.00   |
|            | JHP | Preparation for January 9, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including telephone calls with and e-mail correspondence to counsel for movant, client and Creditors Committee regarding same | 2.60  | 962.00   |
|            | CCJ | Review of and respond to correspondence from Keith Daw regarding landlord tax issues | 0.40  | 122.00   |
| 01/09/06   | JHP | Preparation for March 1, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including telephone calls regarding same with counsel for Florida Tax Collectors and Judge Funk's judicial assistant | 0.80  | 296.00   |
| 01/10/06   | JHP | Preparation of motion to continue March 1, 2006 hearing on Florida Tax Collectors' motion due to the absence of a case or controversy until after taxes are due on April 1, 2006 | 0.80  | 296.00   |
|            | BB  | Revisions to memorandum regarding 2005 personal property taxes as pre-petition obligations not entitled to administrative expense (1.0); research and analysis of issues discussed in memorandum (1.0) | 2.00  | 440.00   |
| 01/11/06   | BB  | Research and analysis of law regarding what constitutes a case or controversy for federal court jurisdiction, focusing specifically on Eleventh Circuit case laws to determine whether Florida Tax Collectors currently have a case or controversy (2.6); preparation of motion for continuance of March 1, 2006 evidentiary hearing on the Florida Tax Collectors' motion for adequate protection on the grounds that there is no current "case or controversy" regarding Winn-Dixie ad valorem property tax liability (3.0) | 5.60  | 1,232.00 |
|            | JHP | Preparation for March 1, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including preparation of notice for continuance and e-mail correspondence regarding same | 1.00  | 370.00   |
| 01/12/06   | LMP | Preparation of correspondence to working group regarding hearing on Florida Tax Collectors' motion for adequate protection | 0.30  | 75.00    |
|            | SDB | Preparation for hearing on the motion of Florida Tax Collectors' motion for adequate protection | 0.40  | 162.00   |
|            | JHP | Review of status of possible Section 505 relief against Internal Revenue Service and e-mail correspondence to client and co-counsel regarding same (.4); preparation for March 1, 2006 hearing on Florida Tax Collectors' motion for adequate protection, including review of related documents and legal research (1.2) | 1.60  | 592.00   |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
02/17/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:   112523

Chapter 11 - Tax Matters

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                           | HOURS |          |
|--------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|              | BB  | Revisions to motion for continuance hearing on Florida Tax Collectors' motion for adequate protection                                                                                                                                                                                                                                                                                                      | 1.50  | 330.00   |
| 01/13/06     | JHP | Preparation for and attendance at working group telephone conference regarding status of ad valorem tax dispute (.5); preparation of motion to continue Florida Tax Collectors' motion for adequate protection, correspondences and telephone calls with Keith Daw and ATech regarding same (1.3)                                                                                                           | 1.80  | 666.00   |
|              | SDB | Revisions to memorandum regarding the timing of the hearing on the Florida Tax Collectors' motion for adequate protection                                                                                                                                                                                                                                                                                  | 0.80  | 324.00   |
|              | BB  | Revisions to motion to continue hearing on Florida Tax Collector's motion for adequate protection scheduled for March 1, 2006                                                                                                                                                                                                                                                                              | 1.40  | 308.00   |
| 01/16/06     | BB  | Research and analysis of the purpose of the bankruptcy rules to provide for the speedy, and inexpensive administration of bankruptcy proceedings to include argument in motion to continue hearing on motion to adequate protection (1.5); revisions to motion to continue hearing on Florida Tax Collectors' motion for adequate protection to promote the speedy and inexpensive administration of the bankruptcy case (3.2) | 4.70  | 1,034.00 |
| 01/17/06     | BB  | Revisions to motion to continue hearing on Florida Tax Collectors' motion for adequate protection to promote the speedy and inexpensive administration of the bankruptcy case                                                                                                                                                                                                                              | 2.50  | 550.00   |
|              | CCJ | Conference with Sheon Karol regarding 505 tax issues and with Holly Etlin regarding same                                                                                                                                                                                                                                                                                                                   | 0.80  | 244.00   |
| 01/19/06     | CCJ | Review of and respond to correspondence from Keith Daw regarding 505 tax issues                                                                                                                                                                                                                                                                                                                            | 0.40  | 122.00   |
| 01/20/06     | JHP | Preparation of motion for continuance of evidentiary hearing on Florida Tax Collectors' motion for adequate protection                                                                                                                                                                                                                                                                                     | 0.80  | 296.00   |
|              | CCJ | Conference with Keith Daw regarding tax/lease issues and claim issues relating to tax relief                                                                                                                                                                                                                                                                                                               | 1.00  | 305.00   |
| 01/21/06     | JHP | Preparation of motion to continue hearing on Florida Tax Collectors' adequate protection motion, including review of legal research and preparation for hearing (1.5); preparation of response in opposition to Florida Tax Collectors' motion to file proofs of claim without prejudice (1.2)                                                                                                              | 2.70  | 999.00   |
| 01/23/06     | SDB | Review of and revisions to draft of Debtors' motion to reset the hearing on the Florida Tax Collectors' motion for adequate protection because of the absence of a present case or controversy                                                                                                                                                                                                             | 0.40  | 162.00   |
|              | JHP | Preparation of motion to continue Florida Tax Collectors' hearing on motion for adequate protection, including review of legal research                                                                                                                                                                                                                                                                    | 0.60  | 222.00   |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/24/06 | JHP | Preparation of motion to continue hearing on Florida Tax Collectors' motion for adequate protection, including e-mail correspondence to counsel for ATech and client regarding same | 1.80 | 666.00 |
|  | BB | Revision of motion to continue hearing on Florida Tax Collectors' motion for adequate protection, per Joe Harrison's suggestion | 1.00 | 220.00 |
| 01/25/06 | CCJ | Review and analysis of Spiegel pleadings regarding ATech and procedures (3.2); conferences with James H. Post and Rosalie Gray regarding same (.8); review of and respond to correspondence from Kathy Jaxon regarding Store No. 888 (.2) | 4.20 | 1,281.00 |
|  | JHP | Preparation, service and filing of motion to continue hearing on Florida Tax Collectors' motion for adequate protection (1.6); preparation of response in opposition to Florida Tax Collectors' motion for leave to file proof of claim without prejudice (1.2) | 2.80 | 1,036.00 |
| 01/26/06 | JHP | Preparation of response in opposition to Florida Tax Collectors' motion for leave to file proof of claim without prejudice, including review of legal research | 1.80 | 666.00 |
|  | TLC | Compilation of various documents in the Spiegel bankruptcy case in regards to their pre-petition tax liability motion, including various orders, withdrawals and objections (5.9); preparation of a notebook regarding same (.8) | 6.70 | 804.00 |
|  | BB | Legal research regarding Florida Tax Collectors' requested relief in their motion for leave to file proofs of claim without prejudice | 1.20 | 264.00 |
|  | CCJ | Review of and respond to correspondence regarding ATech (.5); conference with Keith Daw regarding same (.2) | 0.70 | 213.50 |
| 01/27/06 | TLC | Preparation of a notebook regarding Spiegel's motion objecting to proofs of claims filed by various taxing authorities | 3.10 | 372.00 |
|  | JHP | Review of draft motion and order prepared by ATech in Interstate Bakeries case and materials relating to Winn-Dixie case (.8); preparation of response to Florida Tax Collectors' motion for leave to file proof of claim without prejudice (.8) | 1.60 | 592.00 |
|  | BB | Preparation of response to FTC motion (1.0); research and analysis of case law regarding whether county tax collector/assessors have sovereign immunity (2.2); research regarding requirements for amending proofs of claim to reflect high dollar amounts (1.0) | 4.20 | 924.00 |
| 01/28/06 | TLC | Research regarding K-mart Corporation's motion regarding proofs of claims filed by taxing authorities | 0.50 | 60.00 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/30/06 | TLC | Update and revision to the Spiegel's tax liability notebook to include all stipulations that the Debtor entered with various taxing authorities (4.0); research regarding K-mart Corporation's tax liability motion and correspondence to Cynthia C. Jackson regarding same (1.8) | 5.80 | 696.00 |
|  | CCJ | Review and analysis of Spiegel pleadings to develop tax plan (2.3); conference with James H. Post regarding same (.3); conference with Tana L. Copeland regarding same (.2); review of correspondence regarding K-mart Corporation (.4) | 3.20 | 976.00 |
|  | JHP | Preparation of response to Florida Tax Collectors' motion to file proof of claim without prejudice | 1.20 | 444.00 |
| 01/31/06 | EMS | Preparation of hearing outline on Debtors' motion for continuance of evidentiary hearing regarding the Florida Tax Collectors' motion | 1.80 | 351.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 98.40 | 25,094.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.60 | $405.00 | $648.00 |
| James H. Post | 24.10 | 370.00 | 8,917.00 |
| Cynthia C. Jackson | 13.90 | 305.00 | 4,239.50 |
| Beau Bowin | 40.60 | 220.00 | 8,932.00 |
| *Tana L. Copeland | 16.10 | 120.00 | 1,932.00 |
| Leanne McKnight Prendergast | 0.30 | 250.00 | 75.00 |
| Elizabeth M. Schule | 1.80 | 195.00 | 351.00 |
| TOTAL | 98.40 |  | $25,094.50 |

TOTAL THIS STATEMENT                                    $25,094.50
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:   110850

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - U.S. Trustee Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/16/05 | KSW | Preparation for production of documents to U.S. Trustee | 4.20 | 504.00 |
| 11/17/05 | KSW | Preparation for production of documents to U.S. Trustee | 2.90 | 348.00 |
| 11/30/05 | SDB | Preparation for and telephone conference with Elena Escamilla, Alan Sibarium and Linda Logan of the U.S. Trustee and representatives of the Debtors, XRoads and Blackstone regarding the Debtors' financial operations to date, and the Debtors' business plan and related projections | 1.70 | 671.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 8.80 | 1,523.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.70 | $395.00 | $671.50 |
| *Kimberly S. Ward | 7.10 | 120.00 | 852.00 |
| TOTAL | 8.80 |  | $1,523.50 |

TOTAL THIS STATEMENT                                      $1,523.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - U.S. Trustee Matters

Page: 1
01/17/2006
ACCOUNT NO: 10163-021701M
STATEMENT NO:  111732

|  |  | HOURS |  |
|---|---|---|---|
| 12/29/05 KSW | Telephone call with Gary Gentry regarding U.S. Trustee's quarterly fees | 0.30 | 36.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 0.30 | 36.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 0.30 | $120.00 | $36.00 |

TOTAL THIS STATEMENT                                        $36.00

*Legal Assistant

# SMITH HULSEY & BUSEY

### LAW OFFICES

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
02/17/2006
ACCOUNT NO: 10163-021701M
STATEMENT NO:  112524

ATTN: Larry Appel, Esq.

Chapter 11 -  U.S. Trustee Matters

|  |  | HOURS |  |
|---|---|---|---|
| 01/17/06 KSW Telephone calls with Alysa Harper and U.S. Trustee's office regarding quarterly fees |  | 0.40 | 52.00 |
| FOR PROFESSIONAL SERVICES RENDERED |  | 0.40 | 52.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 0.40 | $130.00 | $52.00 |

TOTAL THIS STATEMENT                                                        $52.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:   109915

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/06/05 | SDB | Preparation for October 7, 2005 hearing on the objection of Florida Power Corporation to the Debtors' motion to avoid utility deposits and review of the proposed order resolving the objection | 0.80 | 316.00 |
|  | EMS | Telephone call with Denise Kaloudis regarding expiration of notice deadline for agreement with Florida Power Corporation to resolve objection (.2); preparation of updated hearing outline regarding resolution of Florida Power Corporation's objection (.6) | 0.80 | 152.00 |
|  | CCJ | Preparation for hearing on utilities motion (1.0); conferences with Stephanie Feld and with Rosalie Gray regarding same (.8) | 1.80 | 531.00 |
| 10/07/05 | SDB | Preparation for and attendance at court hearing approving agreed resolutions of Florida Power Corporation's objection to the Debtors' utility procedures motion | 0.40 | 158.00 |
| 10/19/05 | EMS | Preparation of hearing outline for Debtor's motion to determine utilities are adequately assured for November 4, 2005 hearing | 0.50 | 95.00 |

FOR PROFESSIONAL SERVICES RENDERED                4.30  1,252.00

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.20 | $395.00 | $474.00 |
| Cynthia C. Jackson | 1.80 | 295.00 | 531.00 |
| Elizabeth M. Schule | 1.30 | 190.00 | 247.00 |
|  | 4.30 |  | $1,252.00 |

TOTAL THIS STATEMENT                                      $1,252.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  110851

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Utilities

|            |     |                                                                                                                               | HOURS |        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/02/05 | EMS | Preparation of updated hearing outline on Debtors' motion to determine whether utilities are adequately assured | 0.40 | 76.00 |
| 11/15/05 | CCJ | Review and analysis of renewed motion by JEA for $2 million deposit (1.0); correspondence to Winn-Dixie and counsel for JEA regarding same (.4) | 1.40 | 413.00 |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                            | 1.80 | 489.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
|---------------------|-------|-------------|----------|
| Cynthia C. Jackson  | 1.40  | $295.00     | $413.00  |
| Elizabeth M. Schule | 0.40  | 190.00      | 76.00    |
| TOTAL               | 1.80  |             | $489.00  |

TOTAL THIS STATEMENT                                                          $489.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Utilities

Page: 1
01/17/2006
ACCOUNT NO: 10163-021702M
STATEMENT NO:   111733

|            |     |                                                                                                                             | HOURS |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/05/05   | CCJ | Review and respond to correspondence from Holly Etlin and Rick Thames regarding JEA objection                               | 0.80  | 236.00 |
| 12/09/05   | CCJ | Review and respond to correspondence from Rick Thames regarding JEA hearing (.3); correspondence to Holly Etlin regarding same (.2) | 0.50  | 147.50 |
| 12/20/05   | SDB | Review and revision of the Debtors' responses to JEA's request for production                                               | 0.40  | 158.00 |
| 12/21/05   | SDB | Conference with Kimberly S. Ward regarding the Debtors' response to the JEA's request to produce                            | 0.20  | 79.00  |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                          | 1.90  | 620.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER                          | HOURS        | HOURLY RATE        | TOTAL              |
|-------------------------------------|--------------|--------------------|--------------------|
| Stephen D. Busey<br>Cynthia C. Jackson | 0.60<br>1.30 | $395.00<br>295.00  | $237.00<br>383.50  |
| TOTAL                               | 1.90         |                    | $620.50            |

TOTAL THIS STATEMENT                                             $620.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
02/17/2006
ACCOUNT NO: 10163-021702M
STATEMENT NO:    112525

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/05/06 | CCJ | Conference with Rick Thames regarding JEA discovery (.2); review of and respond to correspondence regarding same (.5); correspondence to Jay Castle regarding same (.1) | 0.80 | 244.00 |
| 01/09/06 | SDB | Review of pleadings and correspondence relating to the discovery dispute between the JEA's motion for a utility deposit (.4); conference with Cynthia C. Jackson regarding resolution of the dispute and motion practice (.3) | 0.70 | 283.50 |
| 01/10/06 | SDB | Review of memoranda regarding the continuing discovery dispute with the JEA and conference with Cynthia C. Jackson regarding resolution of the dispute | 0.40 | 162.00 |
| 01/11/06 | SDB | Memoranda to Jay Skelton and Larry Appel regarding JEA's burdensome discovery requests and status of the JEA motion for a $1.3 million security deposit, including reviewing JEA's motion and document requests (1.2); review of JEA's motion to compel and memoranda from Jay Castle regarding same (.3) | 1.50 | 607.50 |
| 01/12/06 | SDB | Preparation for Holly Etlin's deposition on January 16, 2006 by the JEA | 0.60 | 243.00 |
|  | CCJ | Review and analysis of hearing transcripts from power utility hearings in preparation for JEA deposition (1.2); conference with Jay Castle regarding document production (.3); conference with Rick Thames regarding same (.2) | 1.70 | 518.50 |
| 01/13/06 | SDB | Preparation for JEA's deposition of Holly Etlin | 1.20 | 486.00 |
|  | CCJ | Preparation for JEA's deposition of Holly Etlin including review of MORS and conference with Celia Nass regarding analysis of same (1.4); correspondences with Jay Castle and Holly Etlin regarding same (1.0); conference with Holly Etlin regarding same (.2) | 2.60 | 793.00 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/16/06 | CCJ | Preparation for deposition and hearing on JEA's motion for adequate assurance seeking $900,000 deposit (2.7); conference with Stephen D. Busey regarding same (.3); conference with Jay Skelton regarding same (.2); correspondence to Jay Castle and Holly Etlin regarding same (.8) | 4.00 | 1,220.00 |
| 01/17/06 | SDB | Conference with Holly Etlin regarding preparation for her deposition by JEA (.4); conference with Cynthia C. Jackson regarding communications with Rick Thames (.3); telephone call with Jay Skelton regarding communications with JEA (.3) | 1.00 | 405.00 |
|  | CCJ | Preparation for JEA deposition of Holly Etlin (1.1); review of SEC filings and MORS regarding same (1.8); conferences with Jay Skelton regarding JEA's contacts (.5); conferences with RRT regarding same (.5); conference with Holly Etlin regarding same (.5) | 4.40 | 1,342.00 |
| 01/20/06 | CCJ | Review of and respond to correspondence from Mike Byrum regarding JEA issues | 0.50 | 152.50 |
| 01/23/06 | SDB | Conference with Cynthia C. Jackson regarding discovery relating to and timing of hearing on the JEA's renewed motion for a post-petition deposit, and regarding Mike Byrum's memoranda regarding his meeting with the JEA | 0.40 | 162.00 |
| 01/24/06 | SDB | Telephone call with Jay Skelton regarding resolution of the JEA motion for a deposit | 0.30 | 121.50 |
| 01/26/06 | EMS | Preparation of questions and answers for Holly Etlin regarding JEA's renewed motion for adequate assurance (2.7); research regarding response filed by Debtors to adequate assurance motion filed by utilities (.4); review of all case law, motions and order regarding JEA's first and second motion for adequate assurance (1.3) | 4.40 | 858.00 |
|  | CCJ | Review and revision of questions and answers for Holly Etlin on JEA's motion (1.2); conference with Rick Thames regarding same (.5) | 1.70 | 518.50 |
| 01/27/06 | EMS | Revisions to questions and answers for Holly Etlin regarding JEA's motion for adequate assurance (1.6); preparation of hearing outline on JEA's renewed motion for adequate assurance (1.2); review of all case law, motions and orders regarding JEA's first and second motion for adequate assurance (6.1) | 8.90 | 1,735.50 |
|  | CCJ | Conferences with Jay Castle, with Stephen D. Busey and with Rick Thames regarding JEA's motion (.9); review of and respond to correspondence regarding same (.5) | 1.40 | 427.00 |
| 01/30/06 | SDB | Memorandum to Jay Skelton regarding JEA's notice of withdrawal | 0.20 | 81.00 |
|  | EMS | Preparation of revised hearing outline on JEA's renewed motion for adequate assurance | 0.40 | 78.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 37.10 | 10,438.50 |

S MITH  H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.

Page: 3
02/17/2006
ACCOUNT NO: 10163-021702M
STATEMENT NO:   112525

Chapter 11 -  Utilities

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.30 | $405.00 | $2,551.50 |
| Cynthia C. Jackson | 17.10 | 305.00 | 5,215.50 |
| Elizabeth M. Schule | 13.70 | 195.00 | 2,671.50 |
| TOTAL | 37.10 | | $10,438.50 |

TOTAL THIS STATEMENT                                             $10,438.50
                                                              ==========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/10/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:   109916

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)


| | |
|---|---:|
| Document Duplicating | 1,209.75 |
| Postage | 144.80 |
| Telephone | 460.98 |
| Westlaw | 1,671.93 |
| Other Database Research | 854.32 |
| Facsimile Transmission | 58.00 |
| Filing Fee | 255.00 |
| Outside Document Duplicating Service | 1,009.88 |
| Express Mail | 120.59 |
| Courier Service | 40.78 |
| Business Meals | 791.80 |
| Transcript - Statewide Reporting Service - hearing on 10/24/05 | 198.74 |

TOTAL COSTS THRU 10/31/05 6,816.57


TOTAL THIS STATEMENT $6,816.57

# SMITH HULSEY & BUSEY

LAW OFFICES

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/15/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:   110852

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Disbursements (Costs/Expenses)


| | |
|---|---:|
| Document Duplicating | 1,976.10 |
| Postage | 355.45 |
| Telephone | 422.46 |
| Westlaw | 1,665.73 |
| Facsimile Transmission | 30.00 |
| Outside Document Duplicating Service | 1,104.18 |
| Express Mail | 174.48 |
| Transcript - Statewide Reporting Service - proceeding on 9/26/05 | 41.30 |
| Per Diem - Hedquist & Associates Reporters, Inc. - auction on 11/16/05 | 65.00 |
| | --------- |
| TOTAL COSTS THRU 11/30/05 | 5,834.70 |
| | |
| SUBTOTAL | $5,834.70 |
| LESS REFUND RECEIVED FROM UNITED STATES POSTAL SERVICE FOR SPOILED POSTAGE | -344.81 |
| | --------- |
| TOTAL DUE THIS STATEMENT | $5,489.89 |
| | ========= |

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Page: 1
01/17/2006
ACCOUNT NO: 10163-021704M
STATEMENT NO: 111715

Chapter 11 - Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 1,052.10 |
| Postage | 358.50 |
| Telephone | 585.13 |
| Westlaw | 1,832.59 |
| Facsimile Transmission       - | 19.00 |
| Express Mail | 145.73 |
| Meals | 330.72 |
| Transcript - Hedquist & Associates Reporters, Inc. | |
| - Winn-Dixie auction on 12/13/05 | 130.00 |
| Per Diem - Hedquist & Associates Reporters, Inc. | |
| - auction on 11/30/05 | 65.00 |
| | -------- |
| TOTAL COSTS THRU 12/31/05 | 4,518.77 |
| | |
| TOTAL THIS STATEMENT | $4,518.77 |
| | ======== |

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
02/17/2006
ACCOUNT NO: 10163-021704M
STATEMENT NO:  112526

ATTN: Larry Appel, Esq.

Chapter 11 - Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 1,416.00 |
| Postage | 394.48 |
| Telephone | 502.40 |
| Westlaw | 2,151.55 |
| Other Database Research | 364.40 |
| Facsimile Transmission | 69.00 |
| Outside Document Duplicating Service | 158.87 |
| Express Mail | 21.05 |
| Deposition Transcript - Hedquist & Associates Reporters, Inc. - Rich Jones, taken 1/10/06 | 65.00 |
| Transcript - Statewide Reporting Service - hearing on 12/15/05 | 247.66 |

TOTAL COSTS THRU 01/31/06                    5,390.41

TOTAL THIS STATEMENT                      $5,390.41