UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　Case No.: 3:05-bk-03817-JAF

　　Debtors.　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　Jointly Administered
_____/

### NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Third Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from October 1, 2005, through and including January 31, 2006.

Dated: March 17, 2006.　　　　　　　　　AKERMAN SENTERFITT

　　　　　　　　　　　　　　　　　　　　By: /s/ John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 230340
　　　　　　　　　　　　　　　　　　　　　　E-mail: john.macdonald@akerman.com
　　　　　　　　　　　　　　　　　　　　　　Patrick P. Patangan
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 348340
　　　　　　　　　　　　　　　　　　　　　　E-mail: patrick.patangan@akerman.com
　　　　　　　　　　　　　　　　　　　　　　50 N. Laura St., Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (904) 798-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 798-3730

　　　　　　　　　　　　　　　　　　　　Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA268123;1}

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 17th day of March, 2006 to:

| | |
|---|---|
| Kenneth C. Meeker, Esq.<br>Elena L. Escamilla, Esq.<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Email: ken.meeker@usdoj.gov<br>Email: Elena.L.Escamilla@usdoj.gov | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D. J. Baker<br>Four Times Square<br>New York, New York 10036<br>Email: djbaker@skadden.com |
| Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Email: LarryAppel@winn-dixie.com | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Email: Jhelfat@oshr.com |
| King & Spalding LLP<br>Attn: Sarah Robinson Borders, Esq.<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Email: sborders@kslaw.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Matthew Barr, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Email: Mbarr@milbank.com |
| Rogers Towers, P.A.<br>Attn.: Betsy Cox, Esq.<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, Florida 32207<br>Email: bcox@rtlaw.com | Shearman & Sterling, LLP<br>Attn.: Andrew V. Tenzer, Esq.<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Email: atenzer@shearman.com |
| Stuart, Maue, Mitchell & James Ltd.<br>Attn.: Linda K. Cooper<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>Email: l.cooper@smmj.com | |

                                                                             */s/ John B. Macdonald*
                                                                             Attorney