UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

STIPULATION AND WAIVER REGARDING
TIME REQUIREMENTS ON MOTION FOR RELIEF
FROM STAY FILED BY WESTFORK TOWER, LLC

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Westfork Tower, LLC ("Westfork") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Westfork (the "Motion") (Docket No. 6007). The parties also stipulate and agree to (i) the scheduling of the Motion for final

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

hearing on April 20, 2006, to coincide with a hearing on Westfork's Motion to Compel Debtor to Pay Alleged Past Due (October 2005 through February 2006) and Ongoing Rent Payments for Store #278, and to Assume or Reject Lease as Executory Contract and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: March 17, 2006.

| SCRUGGS & CARMICHAEL, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Karen K. Specie*\* | By   *s/ Cynthia C. Jackson* |
|      Karen K. Specie |      Cynthia C. Jackson |
| Florida Bar Number 260746 | Florida Bar Number 498882 |
| Post Office Box 23109 | 225 Water Street, Suite 1800 |
| Gainesville, FL 32602 | Jacksonville, Florida  32202 |
| (352) 376-5242 | (904) 359-7700 |
| (352) 375-0690 (Facsimile) | (904) 359-7708 (facsimile) |
| specie@scruggs-carmichael.com | cjackson@smithhulsey.com |
| -and- | -and- |
| TEW CARDENAS LLP | SKADDEN, ARPS, SLATE, MEAGHER |
| THOMAS R. LEHMAN, P.A. | & FLOM LLP |
| Thomas R. Lehman | D. J. Baker |
| Florida Bar Number 351319 | Sally McDonald Henry |
| Casandra Perez | Rosalie Gray |
| Four Seasons Tower, 15th Floor | Four Times Square |
| 1441 Brickell Avenue | New York, New York 10036 |
| Miami, Florida 33131 | (212) 735-3000 |
| (305) 536-1112 | (212) 735-2000 (facsimile) |
| (305) 536-1116 (Facsimile) | rgray@skadden.com |
| Attorneys for Westford Tower, LLC | Attorneys for the Debtors |

*\*counsel has authorized her electronic
  signature.*

526136