UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

Debtors. Jointly Administered

**NOTICE OF WITHDRAWAL OF AMENDED MOTION OF LINPRO INVESTMENTS, INC. FOR PAYMENT OF POST-PETITION RENT**

Linpro Investments, Inc., by and through its undersigned counsel, hereby withdraws its Amended Motion of Linpro Investments, Inc. For Payment of Post-Petition Rent, (Docket No. 5164) previously filed herein.

Dated this 20 day of March, 2006.

**HELD & ISRAEL**

By: ______________________
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile