United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

March 20, 2006

Mr. Jeffrey Schaffer
Spectrum Investment Partners, LP
1250 Broadway, Suite 810
New York, NY 10001

Re:    Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Schaffer,

The court is in receipt of the Notice of Appearance and Demand for Service Papers filed by you on March 16, 2006

Pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Thank you,


Cathy Perkins
Case Manager