March 10, 2006

RE:  Settlement Offer

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAR 13 2006
MIDDLE DISTRICT OF FLORIDA

Honorable Judge Funk:

I am attaching an acceptance of the agreement from Winn Dixie, as well as a letter that I wrote to Yolanda Davis of Sedgwick Claims, referencing the acceptance of their offer.

I have not heard from anyone since responding and would like to know where my case stands from a reliable source.

Sincerely,

Robert Zimmerman

Yolanda Davis / Claims Examiner II
Sedgwick Claims Management
PO Box 24787
Jacksonville, FL 32241-4787

Robert Zimemrman
PO Box 622
Old Town, FL 32680
January 3, 2006

*FILED*
*JACKSONVILLE, FLORIDA*
*MAR 13 2006*
*CLERK, U.S. BANKRUPTCY COURT*
*MIDDLE DISTRICT OF FLORIDA*

RE: Duplicate letter of 11/7/05 and "Offer to Settle" of 12/16/05
    Claim #A411206609-0001-01

Dear Ms. Davis,

I am in receipt of your letter dated December 28, 2005, an exact duplicate of your letter of November 7, 2005 - which I responded to on November 17, 2005. I have attached a copy of the November 7th letter as well as my response and invoices to clarify this issue.

I am also mailing a copy of the December 16, 2005 letter from you with Winn Dixie's "offer to settle" as well as my faxed response and fax confirmation. A written response was requested within 72 hours of your letter mailed on Friday, December 16th and received in my PO Box on Sunday, December 18th. I called and spoke with you, Monday, December 19th, explaining the impossibility in responding by mail on such short notice and you gave me your fax number and I faxed my response, Monday, December 19, 2005, within the 72 hours. I mailed a copy of the faxed documents to you the same day.

I called and spoke with you today to discuss the duplicate letter, the issues that were already clarified as well as the "offer to settle" that you had sent. I felt it necessary to write this letter and attach the correspondence for your review after you appeared totally oblivious to all of our correspondence mentioned above.

It is my hopes, Ms. Davis, that this letter will clarify any and all issues so that Winn Dixie will move forward to settle my claim, once and for all.

Sincerely,

*Robert Zimmerman*

Robert Zimmerman

cc: Logan & Logan
    Judge Funk



# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

December 16, 2005

Robert Zimmerman
Post Office Box 622
Old Town, Florida 32241-4787

RE:   Claimant:       Robert Zimmerman
      Claim #:        A411206609-0001-01
      Proof of Claim No.: 9195
      Incident Date:  05/19/2004
      Entity:         Winn-Dixie Stores, Inc.
      Location: Winn-Dixie #0168
                2200 N. Young Blvd. Chiefland, FL

Dear Mr. Zimmerman:

The court considered a "de minimus settlement procedure" with very limited funds. De minimus payments were approved by the creditor committee and the court to settle some cases immediately, circumventing the usual bankruptcy procedure of allowed, pre-petition, general unsecured claims.

In response to your demand Winn-Dixie is prepared to offer you either $2,500.00 which can be paid out now. This offer is not subject to negotiation and must be responded to in writing within 72 hours if accepted due to the limited funds available for de minimus settlements.
    **OR**
We are willing to offer you an allowed, pre-petition, general unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $3,500.00. **Please note that this settlement amount is not the amount you would receive on account of your claim. The amount you will receive will depend on the approved plan of reorganization.**

Any settlements will require an Order of Resolution, which will be filed with the court. Once the judge signs the Agreed Order your client will either:

1. Be paid the de minimus settlement immediately.
    **OR**
2. Hold an allowed, pre-petition general unsecured claim against Winn-Dixie in their pending Chapter 11 case.

You will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Sincerely,

Yolanda Davis
Claims Examiner II

December 19, 2005

Sedgwick Claims Management
PO Box 24787
Jacksonville, FL
32241-4787

RE: Claim # A411206609-0001-01

Dear Ms. Davis,

I am in receipt of your letter dated 12-16-05 and am accepting your offer of $2,500.00 to settle my claim with Winn Dixie.

Please note that responding with-in 72 hours was virtually impossible as I received this letter on Sunday in my P.O. Box and am mailing this letter today, Monday, December 19, 2005.

Sincerely,

Robert Zimmerman

Robert Zimmerman

Faxed: 12/19/05

```
***************************
***    ACTIVITY REPORT    ***
***************************
```

| ST. TIME | DESTINATION TEL/ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|
| *12/16 09:02 | 3522374358 | 5255 | AUTO RX | G3 | 3 | OK | 01'34 |
| *12/16 09:51 | 0000000 | 5256 | AUTO RX | G3 | 2 | OK | 01'11 |
| *12/16 11:55 | 3523726606 | 5257 | AUTO RX | G3 | 1 | OK | 00'47 |
| *12/16 11:58 | 18505616978 | 3847 | TRANSMIT | ECM | 6 | OK | 01'27 |
| *12/16 12:07 | 352 3763843 | 5258 | AUTO RX | G3 | 2 | OK | 01'29 |
| *12/16 13:15 | | 5259 | MEMORY RX | G3 | 2 | OK | 01'13 |
| *12/16 16:08 | 3368809 | 3848 | TRANSMIT | G3 | 9 | OK | 04'45 |
| *12/16 16:18 | 13522374358 | 3849 | TRANSMIT | ECM | 1 | OK | 00'27 |
| *12/16 16:39 | 19042894756 | 3850 | TRANSMIT | ECM | 1 | OK | 00'30 |
| *12/16 16:49 | 13864548351 | 3852 | TRANSMIT | ECM | 1 | OK | 00'30 |
| *12/16 16:51 | 3368809 | 3853 | TRANSMIT | G3 | 1 | OK | 00'56 |
| *12/16 16:52 | 13524865003 | 3851 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | 0 | | #0018 |
| *12/16 17:07 | 904 755 0240 | 5260 | AUTO RX | G3 | 6 | OK | 03'05 |
| *12/16 22:12 | | 5261 | AUTO RX | G3 | 1 | OK | 01'14 |
| *12/19 08:59 | 13524865003 | 3854 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | 0 | | #0018 |
| *12/19 09:04 | 13525280676 | 3855 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | 0 | | #0018 |
| *12/19 13:35 | | 5262 | AUTO RX | G3 | 0 | NG | 00'46 |
| | | | | | 0 | | #0005 |
| 12/19 14:19 | 19044195365 | 3856 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | 0 | | #0018 |
| 12/19 15:15 | 4930402 | 3857 | TRANSMIT | ECM | 1 | OK | 00'25 |
| 12/19 15:42 | 19044195365 | 3858 | TRANSMIT | ECM | 2 | OK | 00'35 |