UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*F I L E D*

*JACKSONVILLE, FLORIDA*

*MAR 1 7 2006*

*CLERK, U. S. BANKRUPTCY COURT*
*MIDDLE DISTRICT OF FLORIDA*

In Re:   WINN-DIXIE STORES, INC.,          CASE NO.:3:05-BK-03817-JAF

Debtor.
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

INFINITE ENERGY, INC. ("INFINITE"), by and through its undersigned counsel, and pursuant to 11 U.S.C. Section 362 and Bankruptcy Rules 4001 and 9014, moves this Court for the entry of an Order for relief from the automatic stay to allow it to pursue, and as grounds therefore states as follows:

1.   WINN-DIXIE STORES, INC., filed a Chapter 11 Voluntary Petition on February 21, 2005 (the "Petition").

2.   WINN-DIXIE, after filing such Petition, continues to use the natural gas supplied by INFINITE  for its Florida operations.

3.   INFINITE ENERGY provided natural gas to WINN-DIXIE to several of its stores in the state of Florida Post-Petition.

5.   INFINITE seeks to have the automatic stay lifted to allow it to proceed with the State Court case it intends to file in Alachua County, Florida Circuit Court, which seeks to recover the amount due it for such natural gas.

6.   INFINITE will suffer irreparable injury, loss and damage unless the automatic stay is immediately terminated thereby allowing INFINITE to complete its case in State Court.

7.   All conditions precedent to the relief requested herein have been performed to have otherwise been waived.

WHEREFORE, INFINITE ENERGY respectfully requests this Court:

a)    Immediately terminate the automatic stay thereby permitting INFINITE to proceed with the above described State action, and

b)    Grant such other relief as is necessary, proper and just.

JOHN A. YANCHEK, P.A.

JOHN A. YANCHEK, ESQUIRE
2 N. Tamiami Trail, Suite 302
Sarasota, FL 34236
(941) 366-7177
Florida Bar No. 476382
Attorney for Infinite Energy, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Adam Ravin, Esquire, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Harren E. Udell, Esquire, Morgan Colling & Gilbert, P.O. Box 4979, Orlando, FL 32802, Elena L. Escamilla, Esquire, 135 W. Central Blvd., Ste 620, Orlando, FL 32806, Kenneth C. Meeker, United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801, Dennis F. Dunne, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, John B. MacDonald, Esquire, Akerman Senterfilt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202, , this 13th day of March, 2006.

JOHN A. YANCHEK, P.A.

JOHN A. YANCHEK, ESQUIRE
2 N. Tamiami Trail, Suite 302
Sarasota, Florida 34236
(941) 366-7177
Florida Bar No. 476382
Attorney for Infinite Energy, Inc.