UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

IN RE:
    WINN DIXIE STORE, INC., ET AL    *    C.A. NO. 05-03817-319
    Debtors    *
                                  *    Jointly Administered
                                  *

*************************************************************

## AMENDED SUPPLEMENT TO THE PROOF OF CLAIM

NOW COMES George Werner, who wishes and requests to supplement his proof of claim previously filed in this matter, with a letter from Kerry Ledbetter, of Sedgwick, that my client's original demand of $100,000.00 is reasonable, attached hereto as Exhibit "1."

Respectfully submitted,

*/s/ Michael D. Riley*
Michael D. Riley (17116)
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States Mail, properly addressed, postage pre-paid this 8th day of Feb, 2006.

*/s/ Michael D. Riley*