UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

NOTICE OF ASSIGNMENT OF CLAIM AND WAIVER
OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

Now comes CAPX Realty, LLC., by and through the undersigned and hereby gives notice that Wells Fargo Bank Northwest, National Association, successor by merger to First Security Bank, National Association and Val T. Orton, as Trustees, by Capital Crossing Bank, a Massachusetts trust, agent, under that certain Trust Indenture between Orlando 99-FL, LLC and First Security Bank, National Association and Val T. Orton, whose address is Capital Crossing Bank, 101 Summer Street, Boston, MA 02110 (hereinafter referred to as "Assignor") has transferred and assigned its proof of claim number 12211, which was filed in the above referenced action on October 24, 2005 (the "Claim"), unto CAPX REALTY, LLC, a Delaware limited liability company, whose address is 101 Summer Street, Boston, MA 02110, (hereinafter referred to as "Assignee) as evidenced by that certain Assignment of Claim and Waiver of Notice Pursuant to Bankruptcy Rule 3001(E)(2), a true copy of which is attached hereto as Exhibit "A". Assignor has waived its right under Fed. R. Bankr. P. 3001(e)(2) to notice of the transfer and assignment of the Claim and opportunity to object.

Assignee requests that the Clerk of the above Court immediately substitute Assignee as the holder of the Claim without the necessity of additional notice.

Dated this 20 day of March, 2006.

_____
Matt E. Beal
Florida Bar No. 0865310
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for CAPX Realty, LLC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### ASSIGNMENT OF CLAIM AND WAIVER OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

FOR AND IN CONSIDERATION OF the sum of Ten and 00/100 dollars ($10.00) and other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the undersigned, Wells Fargo Bank Northwest, National Association, successor by merger to First Security Bank, National Association and Val T. Orton, as Trustees, by Capital Crossing Bank, a Massachusetts trust, agent, under that certain Trust Indenture between Orlando 99-FL, LLC and First Security Bank, National Association and Val T. Orton, whose address is Capital Crossing Bank, 101 Summer Street, Boston, MA  02110 (hereinafter referred to as "Assignor"), does hereby transfer, set over, assign and convey unto CAPX REALTY, LLC, a Delaware limited liability company, whose address is 101 Summer Street, Boston, MA  02110, (hereinafter referred to as "Assignee"), without recourse or warranty, all of Assignor's right, title, interest and privileges in an to Assignor's unsecured claim filed on October 24, 2005, in the amount of $1,116,934.87 being assigned claim number 12211, (the "Claim"), including the right to any distributions from the foregoing bankruptcy estate, the right to vote such Claim, the right to amend such Claim and all other privileges thereunto appertaining, together with all of Assignor's right, title and interest in and to any original documents, accounts or other evidence of such claim, and all rights, powers and privileges conferred by the Claim and the documents

0095052\115852\925793\3                            1

related to such Claim or forming a part of such Claim in Assignor's possession, custody or control, and Assignor hereby authorizes Assignee to exercise said rights, powers and privileges in as full a manner as Assignor is authorized to exercise the same.

This Assignment shall be binding upon Assignor and its successors and assigns, and shall inure to the benefit of Assignee and its successors and assigns.

Assignor hereby waives its right under Fed. R. Bankr. P. 3001(e)(2) to notice of the transfer of the Claim and opportunity to object, and requests that the Clerk of the above Court immediately substitute Assignee as the holder of the Claim without the necessity of additional notice.

IN WITNESS WHEREOF, Assignor has caused this Assignment of Claim and Waiver of Notice Pursuant to Bankruptcy Rule 3001 (e)(2) to be executed in its name by its duly authorized officer this _15_ day of _MARCH_, 2006.

**ASSIGNOR:**

Wells Fargo Bank Northwest, National Association, successor by merger to First Security Bank, National Association and Val T. Orton, as Trustees

By: Capital Crossing Bank, a Massachusetts trust, agent, under that certain Trust Indenture between Orlando 99-FL, LLC and First Security Bank, National Association and Val T. Orton, pursuant to Power of Attorney attached hereto

By: _____
Printed Name: Christopher P. Hickey
Title:            Senior Vice President

RECORD AND RETURN TO:

Zachary J. Bancroft, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809

## LIMITED POWER OF ATTORNEY
## FROM TRUSTEE AND INDIVIDUAL TRUSTEE

WHEREAS, pursuant to that certain Indenture, dated as of August 26, 1999 (the "Indenture"), among **ORLANDO 99-FL, LLC**, a Florida limited liability company, as owner of certain real property described in the Indenture ("Owner"), **WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION**, successor by merger to FIRST SECURITY BANK, NATIONAL ASSOCIATION, as Trustee under the Indenture, (the "Trustee"), and **VAL T. ORTON**, as Individual Trustee under the Indenture (the "Individual Trustee") (the Trustee and Individual Trustee collectively the "Trustees"), the Trustees are granted certain powers, responsibilities and authority in connection with its servicing, administration and enforcement of that certain Open-End Mortgage, Security Agreement and Fixture Filing from Owner to Trustees, dated as of August 26, 1999, recorded on September 13, 1999 in Official Records Book 3722, Page 1432, Public Records of Seminole County, Florida, and re-recorded in Official Records Book 3751, Page 331, Public Records of Seminole County, Florida (the "Mortgage"), and that that certain Assignment of Lease and Agreement from Owner to Trustees dated August 26, 1999 and recorded on September 13, 1999 in Official Records Book 3722, Page 1481, Public Records of Seminole County, Florida, and re-recorded in Official Records Book 3751, Page 382, Public Records of Seminole County, Florida (the "Assignment of Lease"), and all related loan documents, amendments and modifications thereto (collectively the "Security Documents");

WHEREAS, CAPITAL CROSSING BANK, a Massachusetts trust company ("Capital Crossing"), is the owner and holder of an Orlando 99-FL, LLC 7.57% Secured Note Due June 1, 2019, dated as of September 15, 2005, in the original principal amount of $2,457,285.48 (the "CCB Note");

WHEREAS, MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, a Delaware corporation ("Merrill Lynch"), is the owner and holder of an Orlando 99-FL, LLC 7.57% Secured Note Due June 1, 2019, dated as of September 15, 2005, in the original principal amount of $2,457,285.48 (the "ML Note");

WHEREAS, the CCB Note and ML Note constitute all of the outstanding notes issued pursuant to the Indenture;

WHEREAS, pursuant to a servicing agreement between Capital Crossing and Merrill Lynch, Capital Crossing has the right, power and authority to take any and all actions necessary to enforce the Security Documents;

0095052\115852\890929\3

WHEREAS, pursuant to an agreement between Capital Crossing and Merrill Lynch, the CCB Note and the ML Note will be re-issued as a single note in the amount of $4,914,570.96 in favor of CAPX REALTY, LLC, a Delaware limited liability company ("CAPX"), and CAPX shall have the right, power and authority to enforce the Security Documents to the same extent that Capital Crossing could enforce the Security Documents;

WHEREAS, as a result of an event of default under the Security Documents, CAPX has requested that the Trustees grant it this limited power of attorney to take certain actions to enforce the Security Documents.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS:

The Trustees do make, constitute and appoint CAPX REALTY, LLC, a Delaware limited liability company, their true and lawful agent and attorney in fact to take any and all actions that the Trustees could take pursuant to the Indenture and applicable law to enforce the Security Documents, including, without limitation, the power to: (i) bring an action to foreclose the Mortgage; (ii) seek the appointment of a receiver; (iii) seek the assignment of rents pursuant the Assignment of Lease and applicable law; (iv) file or take assignment of a proof of claim in that certain bankruptcy proceeding styled as *In re: Winn-Dixie Stores, Inc.*, Case No. 05-03817-3F1, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (the "Winn-Dixie Bankruptcy"); (v) take any other actions in connection with the enforcement of the Security Documents in the Winn-Dixie Bankruptcy; and (vi) take any and all other action and seek any other remedy as may be provided for by the Security Documents and applicable law.

## ARTICLE I

The enumeration of particular powers hereinabove is not intended in any way to limit the grant to CAPX as the Trustees' attorney in fact of full power and authority with respect to the enforcement of the Security Documents to execute and deliver any such documents, instrument or other writing as fully, in all intents and purposes, as Trustees might or could do if personally present. The Trustees hereby ratify and confirm whatsoever such attorney in fact shall and may do by virtue hereof, and the Trustees agree and represent to those dealing with such attorney in fact that they may rely upon this power of attorney until termination of the power of attorney under the provisions of Article III below. Any and all third parties dealing with CAPX as the Trustee's attorney in fact may rely completely, unconditionally and conclusively on CAPX's authority and need not make inquiry about whether CAPX is acting pursuant to the Indenture or such standard.

## ARTICLE II

An act or thing lawfully done hereunder by CAPX shall be binding on the Trustees and the Trustees' successor and assigns.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, the Trustees have caused this instrument to be executed and its corporate seal to be affixed hereto by its officer duly authorized as of the ___ day of February, 2006.

"TRUSTEE"

**WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION**, as Trustee under that certain Indenture dated as of August 26, 1999

By: _____
Name: Val T. Orton
Title: Vice President

"INDIVIDUAL TRUSTEE"

_____
VAL T. ORTON, as Individual Trustee under that certain Indenture dated as of August 26, 1999

STATE OF UTAH    )
                 ) ss:
COUNTY OF SALT LAKE )

On the 7th day of February, 2006, before me, a notary public in and for said State, personally appeared Val T. Orton, known to me to be a Vice President of **WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION**, one of the entities/persons to have executed the within instrument, and also known to me to be the person who executed it on behalf of such entity, and acknowledged to me that such entity executed the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(NOTARY SEAL)

_____
Notary Public Signature

_____
(Name typed, printed or stamped) ELIZABETH A. DURFEE
Notary Public, State of Utah
Commission No.: _____
My Commission Expires: _____



NOTARY PUBLIC
ELIZABETH A. DURFEE
299 South Main Street, 12th Flr
Salt Lake City, UT 84111
My Commission Expires Nov. 22, 2007
State of Utah

STATE OF UTAH        )
                     )   ss:
COUNTY OF SALT LAKE  )

On the 7th day of February, 2006, before me, a notary public in and for said State, personally appeared **VAL T. ORTON**, who is personally known to me or produced _____ as identification, and acknowledged the foregoing instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(NOTARY SEAL)

_____
Notary Public Signature

ELIZABETH A. DURFEE
(Name typed, printed or stamped)
Notary Public, State of Utah
Commission No.: _____
My Commission Expires: _____



NOTARY PUBLIC
ELIZABETH A. DURFEE
299 South Main Street, 12th Flr
Salt Lake City, UT 84111
My Commission Expires Nov. 22, 2007
State of Utah