Hearing Date & Time: March 23, 2006, 1:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                    CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                      CHAPTER 11

    Debtors.                                                        Jointly Administered
_____/

**OBJECTION OF LANDLORDS, HECHT PROPERTIES, LTD., VIOLA GAUTIER, JAMES KRAMER, TRUSTEE AND JEFFREY LEFCOURT, TRUSTEE TO DEBTORS' PROPOSED ABANDONMENT**

        Hecht Properties, Ltd., a Florida limited partnership, Viola Gautier, James Kramer, trustee, and Jeffrey Lefcourt, trustee (collectively, the "Landlords"), object to the debtors' Motion for an Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (C) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (D) Authorizing the Debtors to Abandon Property and (E) Granting Related Relief, dated March 13, 2006 (Docket No. 6467), as amended (Docket No. 6556)(the "GOB Motion"), to the extent it seeks authority to abandon certain personal property of the estates to the Landlords. In support of their objection, the Landlords respectfully represent:

        1.    The Landlords own and lease to the debtors the real property and improvements located at 2145 Northeast 164th Street, North Miami Beach, Florida, where the debtors operate one of their grocery stores which is the subject of the GOB Motion, Store No. 215. The lease is an unexpired lease, as such term is used in section 365 of the Bankruptcy Code.

        2.    The debtors have neither assumed nor rejected the lease. Rather, the debtors have sought and obtained four extensions of the time to assume or reject the lease. The most recent such extension was by an order, dated March 10, 2006 (Docket No. 6472), extending the

**DAVID C. PROFILET, P.A.**
P.O. Box 402768 ♦ Miami Beach, FL 33140-0768        Telephone (305) 531♦8741
Email dprofilet@the-beach.net        Facsimile (305) 532♦4108

deadline to the date on which the debtor's as-yet unfiled plan of reorganization becomes effective.

3. By their GOB Motion, the debtors request, <u>inter alia</u> and as related to Store No. 215, authority to discontinue business operations at the store, sell existing inventory, equipment, supplies, furniture, fixtures and equipment located at the store and abandon any such property they cannot sell to the Lessors. It is this proposed abandonment of property to the Lessors to which the Lessors object.

4. Ostensibly, the basis for the proposed abandonment is that "it would cost the Debtors more to remove the Merchandise and FF&E than the Debtors could recover from a sale, and, absent abandonment, the Debtors are at risk of incurring additional administrative obligations in the form of rent or other obligations from the applicable landlord." The debtors conclude it is in their "best interest" to abandon the property "to the applicable landlord."

5. The shortcoming of the debtors' rationale, however, is that it fails to consider that <u>with</u> abandonment, the debtors are at risk of incurring additional administrative obligations in the form of the costs incurred by the landlords to dispose of the abandoned property. Indeed, in some instances, the debtors may be better equipped than the landlords to dispose of the property, and thus able to do so at a lower cost.

6. In the case of Store No. 215, if the Landlords are left to dispose of any property abandoned by the debtors, the Landlords will assert an administrative claim for the cost thereof, as well as their attorneys' fees and expenses.

7. Accordingly, the abandonment of property to the Landlords should be denied.

Respectfully submitted this 20th day of March, 2006.

>DAVID C. PROFILET, P.A.
>Attorneys for Hecht Properties, Ltd., a
>Florida limited partnership, Viola Gautier,
>James Kramer, Trustee, and Jeffrey
>Lefcourt, Trustee
>P.O. Box 402768
>Miami Beach, FL 33140-0768
>(305) 531-8741
>(305) 532-4108 (facsimile)
>dprofilet@the-beach.net
>
>By:  /s/ David C. Profilet
>        David C. Profilet
>        (Fla. Bar No. 516650)

- 3 -