**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF HEARING**

NOTICE OF HEREBY GIVEN that a hearing on the **Landlord's Motion To Compel Debtor To Pay Past Due (October 2005 Through February 2006) And Ongoing Rent Payments For Store #278, And To Assume Or Reject Lease As Executory Contract (Docket No. 6008)**, will be held in Room 4D, 4th Floor, United States Courthouse and Post Office Building, 300 North Hogan Street, Jacksonville, Florida, on **April 20, 2006 at 1:00 p.m. (prevailing Eastern time),**

1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. APPROPRIATE ATTIRE:  You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

1

5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated: March 21, 2006

**SCRUGGS & CARMICHAEL, P.A.**

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Fascimile: 352-375-0690
Florida Bar No. 260746
Attorneys for Terranova Corp.

**TEW CARDENAS LLP**

/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
CASANDRA PEREZ, ESQUIRE
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Florida Bar No. 351318
Attorneys for Terranova Corp.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the U. S. Bankruptcy Court on this 21st day of March, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and to the Rule 1007-2, Parties in Interest.

/s/ Terri L. Darden