# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE PROCUREMENT, INC. | Case No. 05-11082 |
| ("the Debtors") | Schedule/Creditor No.: 250750-12 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, GOURMET BOUTIQUE, IN THE AMOUNT OF $74,650.70, TO DELLACAMERA CAPITAL MANAGEMENT, LLC

**To Transferor:**

    GOURMET BOUTIQUE
    ATTN: ROBERT LIBERTO, V.P. & C.F.O.
    P.O. BOX 7777
    PHILADELPHIA, PA 19175-0591

PLEASE TAKE NOTICE that the transfer of $74,650.70 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    DellaCamera Capital Management, LLC
    237 Park Avenue, Suite 800
    New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtor's Schedules of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                     _____
                                                                                     Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 05-11082 |
|---|---|
| Winn-Dixie Procurement, Inc. | Chapter 11 |
| Debtor | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Gourmet Boutique ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $74,650.70 | |

have been transferred and assigned to DellaCamera Capital Management, LLC.("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Management, LLC
Address: 237 Park Avenue, Suite 800
New York, NY 10017

ASSIGNOR: Gourmet Boutique
Address: PO Box 7777
Philadelphia, PA 19175-0591
Signature: *[signature]*
Name: Robert Liberto
Title: VP - CFO
Date: 3/3/06

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   WINN-DIXIE PROCUREMENT, INC.                                   Case No.:   05-11082 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| GORTONS OF GLOUCESTER<br>PO BOX 101483<br>ATLANTA, GA 30392-1483<br>Creditor: 250740 - 12<br> Vendor: 0000071080 | 02/21/2005 | | | | | $234,927.70 |
| GOURMET AWARD FOODS MID ATLANTIC<br>4055 DEERPARK BOULEVARD<br>ELKTON, FL 32033<br>Creditor: 250747 - 12<br> Vendor: 0000809091 | 02/21/2005 | | | | | $2,611,734.47 |
| GOURMET BOUTIQUE<br>W510591<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0591<br>Creditor: 250750 - 12<br> Vendor: 0000814948 | 02/21/2005 | | | | | $74,650.70 |
| GOURMET EXPRESS<br>DEPT 4281-E<br>PO BOX 4281<br>HOUSTON, TX 77210-4281<br>Creditor: 250753 - 12<br> Vendor: 0000074052 | 02/21/2005 | | | | | $114,549.75 |
| GRANNYS KITCHENS LTD.<br>178 INDUSTRIAL PARK DR<br>FRANKFORT, NY 13340<br>Creditor: 250783 - 12<br> Vendor: 0000070684 | 02/21/2005 | | | | | $24,175.68 |
| GRAPEVINE TRADING COMPANY<br>PO BOX 643607<br>PITTSBURGH, PA 15264-3607<br>Creditor: 250787 - 12<br> Vendor: 0000073800 | 02/21/2005 | | | | | $20,235.60 |
| GRAPHIC TECHNOLOGY INC<br>301 GARDNER DRIVE<br>NEW CENTURY, KS 66031<br>Creditor: 250791 - 12<br> Vendor: 0000801423 | 02/21/2005 | | | | | $67,994.34 |
| GRASSLAND DAIRY PRODUCTS INC<br>BOX 68-9921<br>MILWAUKEE, WI 53268-9921<br>Creditor: 250794 - 12<br> Vendor: 0000074124 | 02/21/2005 | | | | | $14,295.61 |

                                                                                    **PAGE TOTAL:**   **$3,162,563.85**