UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CORRECTION OF SCRIVENER'S ERROR IN OBJECTION OF CERTAIN LANDLORDS TO DEBTOR'S MOTION FOR ORDER GRANTING FOURTH EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY (DOCKET NO. 6243)**

COME NOW Westfork Tower LLC, TA/Western LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates Ltd., and Elston/Leetsdale, LLC, by and through their property manager, TERRANOVA CORPORATION (collectively the "Landlords") and file this Correction of Scrivener's Error in *Objection to Debtor's Motion for Order Granting Fourth Extension of Time Within Which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property* ("Objection," Docket No. 6243), and allege:

1. On Page 2 of the Objection, the location and store number for Concord-Fund IV Retail, LP are incorrect. The correct location and store number are Concord

Shopping Plaza, Miami, Florida (Store #254).

Dated: March 21, 2006

**SCRUGGS & CARMICHAEL, P.A.**

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Fascimile: 352-375-0690
Florida Bar No. 260746
Attorney for Terranova Corp.

**TEW CARDENAS LLP**

/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
CASANDRA PEREZ, ESQUIRE
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Florida Bar No. 351318
Attorneys for Terranova Corp.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing Correction of Scrivener's Error was electronically filed with the U. S. Bankruptcy Court on this 21st day of March, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and to the Rule 1007-2, Parties in Interest.

/s/ Terri L. Darden