UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

MAR 2 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                    ) Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          ) Chapter 11
                                          )
Debtors.[1]                               ) Jointly Administered
                                          )

## NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO
## (A) WORKERS' COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS

Creditor-WDX-200022-5A-09
RIPEPI, ANTHONY G
PO BOX 545893
SURFSIDE FL 33154

| CLAIM(S) TO BE DISALLOWED ||
|---|---|
| **Claim No.:** 1889<br>**Claim Amount:** $402,647.17<br>**Claim Priority Status:** MULTIPLE CLASSES | **Modified Priority Status:** UNSECURED NON-PRIORITY<br>**Reason For Disallowance/Reclassification:**<br>Debtor is paying its ongoing self-insured workers' compensation obligations pursuant to order authorizing continuation of insurance and workers' compensation programs (DKT No. 432) and/or claim will be paid by debtor's insurance carrier. Also, misclassified claim. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 21, 2006 their Fifth Omnibus Objection to (A) Workers' Compensation Claims and (B) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above, without prejudice to payment under the Debtors' workers' compensation programs, as authorized by the Order Granting Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs (Docket No. 432). In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.

3. If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

March 16, 2006

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Attention: Jane M Leamy

Anthony J. Ripepi - Creditor
vs
Winn-Dixie Stores
Case # 05-03817-3F1
Claim # 1889

Gentlemen;

This is with regard to the above Captioned matter. A Hearing is scheduled for March 23, 2006 at 1 P.M. at the U.S. Court House, 300 North Hogan St., 4th Floor, Jacksonville, Fla. 32202. A written response has been filed in this Case on Feb. 28, 2006, a copy of which was sent to your Office and the Clerk of the Court.

I respectfully request a Continuance of at least Ninety Days (90) as my Health does not permit me to travel at this time and I do want to address the Court

-2-

personally in this matter.

Hoping you will do me this courtesy, I remain,

Very Truly Yours,

Anthony G. Ripepi

By: Rosaria Ripepi
954-754-6624

cc: Clerk of the Court