UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## <u>ORDER STRIKING MOTION FOR RELIEF FROM STAY</u>

The Court finds that the Motion for Relief From Stay filed by John A. Yanchek on behalf of Infinite Energy, Inc. on March 17, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay filed by John A. Yanchek on behalf of Infinite Energy, Inc. on March 17, 2006 is stricken from the record.

**DATED March 21, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Harren E. Udell, P.O. Box 4979, Orlando, FL 32802
US Trustee
Counsel for Unsecured Creditors Committee
John A. Yanchek, 2 N. Tamiami Trail, Suite 302, Sarasota, FL 34236