**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING AMENDED SUPPLEMENT TO THE PROOF OF CLAIM

The Court finds that the Amended Supplement to the Proof of Claim filed by Michael D. Riley on behalf of George Werner on March 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Amended Supplement to the Proof of Claim filed by Michael D. Riley on behalf of George Werner on March 13, 2006 is stricken from the record.

**DATED March 21, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael D. Riley, 833 Baronne Street, New Orleans, LA 70113