UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )      Case No. 05-03817-3F1
                                                  Chapter 11
        Debtors.                           )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Agnes Lopiccolo (Claim No. 3399) [Docket No. 6272] was furnished by mail on March 21, 2006 to Agnes Lopiccolo c/o Salvador Longoria, Esq., Gaudin & Longoria, LLC, 858 Camp St., New Orleans, Louisiana 70130.

Dated: March 22, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>  D. J. Baker <br>  Sally McDonald Henry <br>  Rosalie Gray | By  *s/ James H. Post*  <br>  Stephen D. Busey <br>  James H. Post (FBN 175460) <br>  Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC