UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                )    Chapter 11
            Debtors.                        )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Pamela Kennedy (Claim No. 5455) [Docket No. 6421] was furnished by mail on March 21, 2006 to Pamela Kennedy c/o David Maloney, Esq., Maloney Strohmeyer, LLP, 601 Church Street, Mobile, Alabama 36602.

Dated: March 22, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By   *s/ James H. Post*<br>       Stephen D. Busey<br>       James H. Post (FBN 175460)<br>       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC