UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                              )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Mavis Telfer  (Claim No. 4579) [Docket No. 6424] was furnished by mail on March 21,

2006 to Mavis Telfer c/o Bradley S. Hartman, Esq., Hartman & Goldberg, 1000 Stirling

Rd., Suite 1, Cooper City, Florida 33024-8038.

Dated:  March 22, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_____              By   ___s/ James H. Post_____
        D. J. Baker                                    Stephen D. Busey
        Sally McDonald Henry                 James H. Post (FBN 175460)
        Rosalie Gray                                  Cynthia C. Jackson

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors

00520151.DOC