UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Michelle Szentadrjary (Claim No. 4924) [Docket No. 6426] was furnished by mail on March 21, 2006 to Michelle Szentadrjary c/o Joseph Glick, Esq., 1112 S.E. 3rd Avenue, Fort Lauderdale, Florida 33316.

Dated: March 22, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By  *s/ D. J. Baker*
  D. J. Baker
  Sally McDonald Henry
  Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors
00520151.DOC

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors