UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                        Chapter 11
            Debtors.                          )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tina Cooper  (Claim No. 2300) [Docket No. 6435] was furnished by mail on March 21, 2006 to Tina Cooper c/o John K. Lawlor, Esq., Lawlor, Winston & Justice, P.A., 2701 W. Oakland Park Blvd., Suite 100, Ft. Lauderdale, Florida 33311.

Dated:  March 22, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Gray | By   *s/ James H. Post*  <br>      Stephen D. Busey <br>      James H. Post (FBN 175460) <br>      Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC