UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                               Chapter 11
         Debtors.                     )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Saul Milian (Claim No. 5331) [Docket No. 6442] was furnished by mail on March 20, 2006 to Saul Milian c/o Michael A. Frank, Esq., 10 NW LeJeune Road, Suite 620, Miami, Florida 33126.

Dated: March 22, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>     D. J. Baker  <br>     Sally McDonald Henry  <br>     Rosalie Gray | By   *s/ James H. Post*  <br>     Stephen D. Busey  <br>     James H. Post (FBN 175460)  <br>     Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC