UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                        Chapter 11
            Debtors.                             )         Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Maria Tavares  (Claim Nos. 80, 2259 and 2260) [Docket No. 6452] was furnished by

mail on March 20, 2006 to Maria Tavares c/o Luis R. Gracia, Esq., Rue & Ziffra, P.A.,

632 Dunlawton Avenue, Port Orange, Florida 32127-4384.

Dated:  March 22, 2006

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                              By        *s/ James H. Post*
      D. J. Baker                                          Stephen D. Busey
      Sally McDonald Henry                       James H. Post (FBN 175460)
      Rosalie Gray                                        Cynthia C. Jackson

Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                            cjackson@smithhulsey.com

Co-Counsel for Debtors                          Co-Counsel for Debtors
00520151.DOC