UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**SUPPLEMENTAL VERIFIED STATEMENT OF DLA PIPER RUDNICK GRAY CARY US LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

DLA Piper Rudnick Gray Cary US LLP ("DLA Piper") files this Supplemental Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 and represents that DLA Piper also has been retained to represent LCH Opportunities LLC as an additional creditor in these jointly administered bankruptcy cases.

The total amount of the prepetition claim of LCH Opportunities LLC has not been precisely determined but DLA Piper will amend this Supplemental Verified Statement as requested and/or as appropriate.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

The undersigned hereby verifies that the above information is true and correct. DLA Piper reserves the right to amend this Supplemental Verified Statement as necessary and will promptly supplement this Supplemental Verified Statement to the extent any material change occurs.

Dated:  March 22, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By:/s/     Mark J. Friedman
    Mark J. Friedman
    Thomas R. Califano
    Daniel Carrigan
    Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 580-4153
Facsimile: (410) 580-3001

- and -

By:/s/     Philip V. Martino
    Philip V. Martino
Florida Bar Number 079189
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

Attorneys for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods USA, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; and S. C. Johnson & Son, Inc. and LCH Opportunities LLC

## VERIFICATION

Pursuant to U.S.C. 28 § 1746, I, state that I am a partner in the law firm of DLA Piper Rudnick Gray Cary US LLP and that all statements contained in this Supplemental Verified Statement are true and correct to the best of my knowledge, information and belief.

/s/ Mark J. Friedman
Mark J. Friedman