UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                            Case Number: 3-05-bk-03817-JAF
                                                                  Chapter:    11
WINN-DIXIE STORES, INC., et. al.,                                 JOINTLY ADMINISTERED

      Debtor(s)
_____/


**<u>ORDER PERMITTING ATTORNEY JEANINE A. ULLO
TO WITHDRAW AS COUNSEL FOR
UNSECURED CREDITOR GENOVEVA CERVANTES</u>**

After due notice and no response having been filed on the motion of Jeanine Ackerson Ullo and the law firm McBride, Ullo & Lorenz, P.A. for permission to withdraw as attorney of record for the unsecured creditor, Genoveva Cervantes,

IT IS ORDERED AND ADJUDGED:

Jeanine Ackerson Ullo and the law firm McBride, Ullo & Lorenz, P.A. are permitted to withdraw as attorneys for the unsecured creditor, Genoveva Cervantes, effective on the date of this order. All correspondence, notices and other papers shall be served directly on the unsecured creditor at 4527 Wheelhouse Court, Orlando, FL 32812.

Dated this ___22___ day of __March_____, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge