UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1
Chapter 11

In re:

Winn-Dixie Stores, Inc.,

    Debtor.

_____/

## ORDER

This case came before the Court upon Sarria's Motion for Relief from Stay and Debtors' Response in Opposition to Sarria's Motion for Relief from Stay. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

1. Sarria's Motion for Relief from Stay is denied.

2. Debtors shall continue to pay rent and remain current on post-petition obligations under the Lease until such time as assumption or rejection of the Lease.

**DATED** this 22 day of March 2006, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

James H. Post, Esq. (for service on all parties in interest)
Alan M. Burger, Esq., Attorney for Sarria Enterprises
Michael A. Kaufman, Esq., Attorney for Sarria Enterprises
Patrick P. Patangan, Esq., Attorney for Committee