# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC, et al

Bankruptcy Case No.:05-03817-3FQ

Debtor.

## NOTICE OF LIMITED APPEARANCE

COMES NOW, the undersigned attorney, and enters a limited appearance on behalf of the Creditor, **ARTESIA MEDICAL DEVELOPMENT COMPANY,** in the above-styled cause, at the request of the attorney on record, for the sole purpose of attending the hearing scheduled on March 23, 2006, at 1:00 P.M.  The undersigned does not request service of any pleadings or correspondence.  All correspondence and pleadings should continue to be served on the attorney of record, and not the undersigned.

DATED:      This 23rd day of March, 2006.

**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No. 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone:    (904) 355-8055