MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq. (LN-3675)


Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (Jacksonville)
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
WINN-DIXIE STORES, INC., et al.,                                   :   Case No. 05-05-03817-JAF
                                                                   :   (Jointly Administered)
                        Debtors                                    :
                                                                   :
------------------------------------------------------------------ x

**AMENDED NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), a party-in-interest herein, by and through its attorneys, Morrison & Foerster LLP, hereby appears in the above-captioned Chapter 11 cases of Winn-Dixie Stores, Inc., et al., (collectively the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in these cases, be given to and served upon the following:

dc-444920

**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
Attn: Alexandra Steinberg Barrage
E-mail:  ABarrage@mofo.com

with a copy to:

**MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED**
4 World Financial Center
New York, New York  10080
Telephone: (212) 449-8707
Facsimile: (212) 449-3247
Attn: Nicholas Griffths
E-mail: nicholas_griffiths@ml.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Merrill Lynch with respect to the Debtors, or any related entity(ies), or property or proceeds thereof in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to Merrill Lynch rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the

Court and shall not be deemed or construed to submit Merrill Lynch to the jurisdiction of the Court. All of Merrill Lynch rights, remedies and claims are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

/s/ Larren M. Nashelsky
Larren M. Nashelsky, Esq. (LN-3675)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

Dated: March 22, 2005
      New York, New York

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq. (LN-3675)

Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :   Chapter 11
                                                                    :
WINN-DIXIE STORES, INC., et al.,                                    :
                                                                    :   Case No. 05-05-03817-JAF
                          Debtors                                   :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

        I hereby certify that on the date set forth below I caused to be served true and exact copies of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS upon the following persons via United States Mail, First Class, postage prepaid:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10004

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303

dc-444920

United States Trustee
Office of the United States Trustee
Tracy Hope Davis, Esq.
33 Whitehall Street, 22nd Floor
New York, NY  10004

This 22nd day of March, 2006.

                                            <u>/s/ Alexandra Steinberg Barrage</u>
                                            Alexandra Steinberg Barrage

dc-444920