UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON MARCH 23, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on March 23, 2006 at 1:00 p.m. (ET):

### A.    Uncontested Matters

1.    *Motion by Stiles West Associates, Ltd. to Enforce Lease Termination Agreement and Compel Payment of Administrative Expense (Docket No. 5380)*

Objection Deadline:    March 16, 2006.

Objections:    No objections have been filed.

Status:    The Debtors and Stiles West have resolved the Motion and will submit an agreed order.

2.    *Motion for Approval of Stipulation Between Debtors and Trade Vendor Regarding Reconciliation and Treatment of Trade Vendor's Reclamation (Docket No. 6013)*

Objection Deadline:    March 16, 2006.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

3. *Motion of Konica Minolta Photo Imaging U.S.A., Inc. to Set Specific Date for the Debtors to Assume or Reject Executory Contract Pursuant to § 365(D)(2) of the Bankruptcy Code (Docket No. 5220)*

Objection Deadline: March 16, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Konica Minolta will proceed with the Motion.

4. *Debtors' Motion for Order Approving (i) Assumption of Modified Equipment Lease with Cisco Systems Capital Corp., (ii) Financing of Associated Service Agreements, and (iii) Mutual Release of Claims (Docket No. 6281)*

Objection Deadline: March 16, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

5. *Motion by Artesia Medical Development Company for Leave to Allow Late Filing of Lease Rejection Claim (Docket No. 4071)*

Objection Deadline: March 20, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Artesia will proceed with the Motion.

6. *Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) And Notice of Hearing (Docket No. 5872)*

Objection Deadline: March 16, 2006.

Responses: No responses have been filed.

Status: The Debtors and the Creditor have agreed to continue the hearing, to be rescheduled upon proper notice by either party.

00525409

B. **Contested Matters**

*1. Debtors' Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 5888)*

Objection Deadline: Expired.

Objections: Commodore Realty, Inc. and Isram Realty & Management, Inc. (Docket No. 6237);
Westfork Tower LLC, et al. (Docket No. 6243);
Lassiter Properties, Inc. (Docket No. 6245);
London Associates, Ltd. (Docket No. 6249);

Status: The Debtors will proceed with the Motion.

*2. Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief (Docket No. 6556)*

Objection Deadline: March 20, 2006.

Response: Florida Tax Collectors (Docket No. 6558).

Objections: Hecht Properties, Ltd., et al. (Docket No. 6570).

Status: The Debtors will proceed with the Motion.

00525409

> 3. *Debtors' Fifth Omnibus Objection to (a) Workers' Compensation Claims and (b) Misclassified Claims (Docket No. 5981)*
>
> Response Deadline:   March 13, 2006.
>
> Responses:   Rx Solutions, Inc. (Docket No. 6458);
> Genevieve Ochoa (Docket No. 6459); and
> Anthony Ripepi (Docket No. 6304).
>
> Status:   The Debtors will seek an order as to the portion of their objection that does not deal with workers compensation and will continue the objection only as to the workers compensation portion to April 20, 2006. The Debtors have extended the objection deadline for Liberty Mutual and The Ohio Mutual Casualty Company to April 13 with respect to the workers compensation portion of the objection.

Dated:  March 22, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00525409