**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

### SECOND SUPPLEMENTAL VERIFIED STATEMENT OF
### DLA PIPER RUDNICK GRAY CARY US LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

DLA Piper Rudnick Gray Cary US LLP ("DLA Piper") files this Second Supplemental Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 and represents that (in addition to those entities identified below) DLA Piper also has been retained to represent (a) Amroc Investments, LLC, (b) ASM Capital, LP and ASM Capital II, LP and (c) landlords (i) Stockman & Nalley Partnership, (ii) Hartwell Partnership, (iii) Town 'N Country of Easley, Inc., (iv) GBN Hickory, NC, LLC, (v) GB Nalley and BP Garrett, Jr., TTEE, and (vi) Pickens Nalley, LP, as additional creditors in these jointly administered bankruptcy cases.

The total amount of the prepetition claims of these entities has not been precisely determined but DLA Piper will amend this Second Supplemental Verified Statement as requested and/or as appropriate.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

The undersigned hereby verifies that the above information is true and correct. DLA Piper reserves the right to amend this Second Supplemental Verified Statement as necessary and will promptly supplement this Second Supplemental Verified Statement to the extent any material change occurs.

Dated:   March 22, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By:/s/     Mark J. Friedman_____
    Mark J. Friedman
    Daniel Carrigan
    Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone:  (410) 580-4153
Facsimile:  (410) 580-3001

- and -

By:/s/     Thomas R. Califano_____
    Thomas R. Califano
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone:  (212) 835-6190
Facsimile:  (212) 835-6001

- and -

By:/s/     Philip V. Martino_____
    Philip V. Martino
Florida Bar Number 079189
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
Telephone:  (813) 229-2111
Facsimile:  (813) 229-1447

Attorneys for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods USA, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble

- 3 -

        Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; S. C. Johnson & Son, Inc.; LCH Opportunities LLC; Amroc Investments, LLC; ASM Capital, LP; ASM Capital II, LP; Stockman & Nalley Partnership; Hartwell Partnership; Town 'N Country of Easley, Inc.; GBN Hickory, NC, LLC; GB Nalley and BP Garrett, Jr., TTEE; and Pickens Nalley, LP

## **VERIFICATION**

Pursuant to U.S.C. 28 § 1746, I, state that I am a partner in the law firm of DLA Piper Rudnick Gray Cary US LLP and that all statements contained in this Second Supplemental Verified Statement are true and correct to the best of my knowledge, information and belief.

          /s/ Mark J. Friedman
          Mark J. Friedman

~BALT1:4232045.v1  |3/22/06 5:21 PM
575/1-6