**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF
FROM STAY FILED BY THRIVENT FINANCIAL FOR LUTHERANS
f/k/a LUTHERAN BROTHERHOOD, AS ASSIGNEE OF SUN BANK, N.A.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Thrivent Financial for Lutherans f/k/a Lutheran Brotherhood, as Assignee of Sun Bank, N.A. ("Thrivent") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Thrivent (the "Motion") (Docket No. 1293) for final hearing on or after August 7, 2006, and (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

effect pending the conclusion of such hearing and determination of Thrivent's Motion for Relief from Stay.

Dated: March 23, 2006

| FOLEY & MANSFIELD, P.L.L.P. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Jeffrey D. DeCarlo<br>        Virginia Easley Johnson (FBN 559156)<br>        Jeffrey D. DeCarlo (FBN 0056390)<br><br>4770 Biscayne Boulevard, Suite 1000<br>Miami, Florida  33137<br>(305) 438-9899<br>(305) 438-9819 (facsimile)<br>vjohnson@foleymansfield.com<br>jdecarlo@foleymansfield.com<br><br>        -and-<br><br>FOLEY & MANSFIELD, P.L.L.P.<br>Thomas J. Lallier<br>Megan A. Blazina<br>250 Marquette Avenue, Suite 1200<br>Minneapolis, Minnesota  55401<br>(612) 338-8788<br>(612) 338-8690 (facsimile)<br>tlallier@foleymansfield.com<br>mblazina@foleymansfield.com<br><br>Attorneys for Thrivent Financial<br><br>*Counsel has authorized his electronic signature | By   s/ James H. Post<br>        James H. Post<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com<br><br>        -and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Debtors |

00516986