**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Westfork Tower, LLC is rescheduled for final hearing to April 20, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 23, 2006 .

                    Clerk of Court
                    300 North Hogan Street Suite 3−350
                    Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Committee of Unsecured Creditors
Karen Specie, Attorney for Movant