**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | **CASE NO. 05-03817-3F1** |
| ) | |
| **WINN-DIXIE STORES, INC., ET AL.,** ) | **CHAPTER 11** |
| ) | **(JOINTLY ADMINISTERED)** |
| DEBTORS. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceeding as counsel on behalf of: Gator Coastal Shopping Centre, LLC, Gator Linton Partners, Ltd., Gator Carriage Partners, Ltd., and Gator Jacaranda, Ltd. (collectively, "Gator") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by ECF, mail, electronic mail, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtors to be served upon:

> Kyle R. Grubbs, Esq.
> FROST BROWN TODD LLC
> 2200 PNC Center
> 201 East Fifth Street
> Cincinnati, Ohio 45202-4182
> (513) 651-6800  Telephone
> (513) 651-6981  Facsimile
> kgrubbs@fbtlaw.com  Email

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Gator, specifically but not limited to (i) its right to have final orders in non-core matters entered only after de novo reviewed by a district judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the

District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gator is or may be entitled to under agreement, in law or equity, all of which rights, claims actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: March 23, 2006

Respectfully submitted,

**FROST BROWN TODD LLC**

By: */s/ Kyle R. Grubbs*
Kyle R. Grubbs
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
513-651-6800 Telephone
513-651-6981 Facsimile
kgrubbs@fbtlaw.com

**ATTORNEYS FOR GATOR COASTAL SHOPPING CENTRE, LLC; GATOR LINTON PARTNERS, LTD.; GATOR CARRIAGE PARTNERS, LTD. AND GATOR JACARANDA, LTD.**