UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO CLAIM NUMBER 8003 FILED BY LOUISE CLARK

This case came before the Court upon the Debtors' Objection to Claim Filed by Louise Clark (Claim No 8003). Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

The Debtors' Objection to Claim Filed by Louise Clark (Claim No 8003) is sustained and the claim is disallowed.

DATED this 23 day of March, 2006 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

James H. Post is directed to serve a
copy of this Order on all parties who
received copies of the Objection.

525666