UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF<br>Chapter 11 |
| Debtors. | ) | Jointly Administered |

AGREED ORDER ON DEBTORS' MOTION FOR ORDER
AUTHORIZING SALE OF ASSETS AND ASSUMPTION AND
ASSIGNMENT OF LEASES AND CONTRACTS (DOC. NO. 1961) AND
OBJECTION BY LANDLORD, SCHOOL STREET CROSSING, L.P., TO
PROPOSED CURE AMOUNT – STORE 1362 (DOC. NO. 2151)

This Cause has come on to be considered by the Court upon the Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Doc. No. 1961) (the "Debtors' Motion"), and the Objection of Landlord, SCHOOL STREET CROSSING, L.P. ("School Street"), to the proposed cure amount of the School Street lease for Store No. 1362 listed in Exhibit "F" attached to the Debtors' Motion (Doc. No. 2151) (the "School Street Objection"). The parties have agreed to entry of an Order on the Debtors' Motion and the School Street Objection in the form set forth below. The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service and (ii) no party filed an objection. The Court therefore considers the entry of this Order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Cure Amount due from the Debtors to School Street for 2004 real estate taxes, CAM and insurance is as follows:

|   |   |   |
|---|---|---|
| a. | Real Estate Taxes: | $26,526.43 |
| b. | CAM: | $12,490.93 |
| c. | Insurance: | $2,717.64 |
| d. | Total: | $41,735.00 |

2. The Cure Amount due from the Debtors to School Street for 2005 real estate taxes, CAM and insurance through August 15, 2005 (when the Debtors assigned the lease for Store No. 1362) is as follows:

|   |   |   |
|---|---|---|
| a. | Real Estate Taxes: | $16,436.89 |
| b. | CAM: | $ 7,667.85 |
| c. | Insurance: | ($ 50.86) |
| d. | Total: | $24,053.88 |

3. Therefore, the total Cure Amount due to be paid by the Debtors to School Street is $65,788.88.

4. The Debtors shall pay to School Street the principal sum of $65,788.88, as an administrative expense, within 10 days from the date of entry of this Order.

5. In the event the Debtors fail to pay to School Street the amounts set forth above within 10 days from the date of entry of this Order, School Street shall be awarded an

administrative expense in the above-styled case in the principal amount of $65,788.88, together with applicable interest thereon.

DONE AND ORDERED on March 23, 2006 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Jon E. Kane, Esq.
P.O. Box 2854
Orlando, Fl 32802-2854

Cynthia C. Jackson, Esq.

Smith Hulsey & Busey

225 Water Street, Suite 1800

Jacksonville, FL 32201

00523748.DOC