UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,             Chapter 11

      Debtors.
_____/

**ORDER RESOLVING MOTION BY STILES WEST
ASSOCIATES, LTD. TO ENFORCE LEASE TERMINATION AGREEMENT
AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE**

This case came before the Court on March 23, 2006, upon the Motion by Stiles West Associates, Ltd. to Enforce Lease Termination Agreement and Compel Payment of Administrative Expense (the "Motion") (Docket # 5380) filed by Stiles West Associates, Ltd. ("Stiles") with respect to Store #229 (as designated by Winn-Dixie). By the Motion, Stiles sought to (i) enforce the Lease Termination Agreement by and between Stiles and Winn-Dixie Stores, Inc.[1] and (ii) compel the payment of alleged administrative expenses in connection with the agreement. The Court, has reviewed the Motion and it is:

**ORDER that:**

1.     The Motion is Granted in part, as set forth below.

2.     On or before April 4, 2006, the Debtors will pay Stiles $157,220.85 as an administrative expense claim pursuant to 11 U.S.C. § 503 in full satisfaction of all

---

[1] This agreement was approved by the Court on September 8, 2005 (See D.E. #3411).
137961-1

amounts due under the Lease Termination Agreement and Lease, and net after crediting Winn-Dixie with Stiles' $26,258.00 debt to the Debtors as a lease termination fee.

Dated this 23 day of March, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge