

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
March 23, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Set Specific Date for Debtors to Assume or Reject Executory Contract filed by Konica Minolta Photo Imaging U.S.A., Inc. (5220)

Granted
Ord / Signed

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
KONICA MINOLTA PHOTO: SCOTT STICHTER /PETERSEN P

RULING: