UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Case No. 05-03817-3F1 |
| | ) |
| Debtors. | ) Jointly Administered |

### ORDER APPROVING STIPULATION BETWEEN DEBTORS AND TRADE VENDOR REGARDING RECONCILIATION AND TREATMENT OF TRADE VENDOR'S RECLAMATION CLAIM

The motion for approval of stipulation between the debtors and Trade Vendor Regarding Reconciliation and Treatment of Trade Vendor's Reclamation Claim (the "Stipulation") was served upon all interested parties on February 23, 2006. The notice informed the parties of their opportunity to object to the Stipulation. No party filed an objection within the time permitted. The Court therefore considers the motion unopposed. It is

**ORDERED**

1. The motion is granted

2. The Stipulation is approved.

3. This court retains jurisdiction to enforce the terms and provisions of the Stipulation.

Dated: This 23 day of March 2005 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post
(Attorney James Post is directed to serve a copy of this Order to all parties entitled to notice.)
594433.01-New York Server 4A - MSW