UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817 – 3F1 |
| WINN-DIXIE STORES, INC., et al. | : | Chapter 11 |
| Debtors. | : | Jointly Administered |

### ORDER REQUIRING DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACT WITH KONICA MINOLTA PHOTO IMAGING U.S.A., INC. WITHIN TEN DAYS

These cases came before the Court for hearing on March 23, 2006 upon the Motion of Konica Minolta Photo Imaging U.S.A., Inc. to Set Specific Date for the Debtors to Assume or Reject Executory Contract Pursuant to Bankruptcy § 365(d)(2) (the "Motion"). The Court has read the Motion and considered the representations of counsel and notice of the Motion, notice being sufficient and appropriate under the circumstances, and after consideration of any opposition filed and arguments of counsel, and upon good cause shown; it is

ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED.

2. The Debtors shall, within ten (10) calendar days of this Order, move to assume or reject the "2003 Agreement" (as said quoted term is defined in the Motion). If the Debtors fail to so move, the 2003 Agreement shall be deemed rejected as of April 3, 2006.

3. Nothing in this Order constitutes or shall be deemed to constitute a waiver of any claims Konica may have against the Debtors or their estates, whether arising under or in connection with the 2003 Agreement or otherwise. Further, nothing in this Order shall or shall be deemed to alter the respective rights by and between the Debtors and Konica.

LV1 375907v2 03/22/06

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated March 23, 2006 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

LV1 375907v2 03/22/06