UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                       )        Chapter 11
         Debtors.                               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ana Merced (Claim No. 9919) [Docket No. 6197] was furnished by mail on March 22, 2006 to Ana Merced, 213 Marion Oaks Lane, Ocala, Florida 34473.

Dated: March 24, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*<br>        D. J. Baker<br>        Sally McDonald Henry<br>        Rosalie Gray | By    *s/ James H. Post*<br>        Stephen D. Busey<br>        James H. Post (FBN 175460)<br>        Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC