

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
March 23, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving (i) Assumption of Modified Equipment Lease with Cisco Systems Capital Corporation, (ii) Financing of Associated Service Agreements, and (iii) Mutual Release of Claims Filed by Debtor (6281)

Granted
Ord/Signed

**APPEARANCES:**
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR
CISCO SYSTEMS:

**RULING:**