UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER APPROVING (I) ASSUMPTION OF MODIFIED EQUIPMENT LEASE WITH CISCO SYSTEMS CAPITAL CORPORATION, (II) FINANCING OF ASSOCIATED SERVICE AGREEMENTS, AND (III) MUTUAL RELEASE OF CLAIMS**

These cases came before the Court for hearing on March 23, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105, 363, 364 and 365 and Fed. R. Bankr. P. 4001, 6006 and 9019 approving (i) the assumption of a modified router lease and maintenance agreement with Cisco Systems Capital Corporation ("CSCC"), (ii) the financing by CSCC of new router maintenance agreements, and (iii) the release by CSCC and the Debtors of pre-existing claims (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Prepetition Lease, as modified by Schedule 002 substantially in the form attached to the Stipulation and by the Stipulation, is assumed under 11 U.S.C. § 365(a).

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

3. Winn-Dixie is authorized under 11 U.S.C. § 364(b) to obtain unsecured financing, allowable as an administrative expense, substantially on the terms set forth in Loan Agreement 1 and Loan Agreement 2 attached to the Stipulation.

4. Winn-Dixie is authorized under 11 U.S.C. § 363(b) to waive claims against CSCC on the terms of the release contained in the Stipulation.

5. Any claims scheduled in the name of CSCC in the schedules of liabilities (as amended) filed by Winn-Dixie or any of the other Debtors and any claims asserted in any proofs of claim filed by or on behalf of CSCC against Winn-Dixie or any of the other Debtors are waived and relinquished in full, and the Claims Agent serving in these cases is authorized to mark and treat such claims as disallowed and expunged for all purposes. All other claims of CSCC against Winn-Dixie that are subject to the release provided in the Stipulation are waived.

6. Notwithstanding any provisions to the contrary in the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon entry.

Dated March 23, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

1082878.02-New York Server 7A - MSW