UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )          Case No. 05-03817-3F1
                                                         Chapter 11
          Debtors.                                 )          Jointly Administered

---

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Mary Sadler  (Claim No. 11392) [Docket No. 6261] was furnished by mail on March 22,

2006 to Mary Sadler, 3919 Staebler Ave., Louisville, Kentucky 40207.

Dated:  March 24, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By        *s/ James H. Post*
        D. J. Baker                                     Stephen D. Busey
        Sally McDonald Henry                            James H. Post (FBN 175460)
        Rosalie Gray                                    Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida  32202
(212) 735-3000                                 (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                            cjackson@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors
00520151.DOC