UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )          Case No. 05-03817-3F1
                                                           Chapter 11
                    Debtors.                    )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ruffin Dawson  (Claim No. 4333) [Docket No. 6264] was furnished by mail on March 22, 2006 to Ruffin Dawson, 1 Signature Point Drive, Apt. 606, League City, Texas 77573.

Dated:  March 24, 2006

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                 By    _s/ James H. Post_
    D. J. Baker                              Stephen D. Busey
    Sally McDonald Henry                     James H. Post (FBN 175460)
    Rosalie Gray                             Cynthia C. Jackson

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                       (904) 359-7700
(917) 777-2150 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  cjackson@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors
00520151.DOC