**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Order Sustaining the Debtors' Objection to Claim Number 8003 Filed By Louise Clark (Docket No. 6708) and (ii) Findings of Fact and Conclusions of Law (Docket No. 6707) has been furnished electronically and/or by mail on March 24, 2006 to Louise Clark, 2304 A Lincoln Street, Durham, North Carolina 27707 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

Dated: March 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Gray | By  *s/ James H. Post*  <br>      Stephen D. Busey <br>      James H. Post (FBN 175460) <br>      Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00526663