UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )       Case No. 05-03817-3F1
                                                   Chapter 11
            Debtors.                       )       Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Larry Thirsty  (Claim No. 10532) [Docket No. 6609] was furnished by mail on March 22,

2006 to Larry Thirsty c/o Randy G. McKee, Esq., P.O. Box 2733, Jackson, Mississippi

39207.

Dated:  March 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                   By     *s/  James H. Post*
     D. J. Baker                               Stephen D. Busey
     Sally McDonald Henry                      James H. Post (FBN 175460)
     Rosalie Gray                              Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC