

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 23, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Objection to Claim filed by United States Department of Health and Human Services (Claim No. 10662) filed by Debtor (5872)**

*Cont'd. until further nte.*

APPEARANCES:
US TRUSTEE:                            ELENA ESCAMILLA
UNSEC. CRED:                           JOHN B. MACDONALD/PATRICK PATANGAN
                                       MATTHEW S. BARR
US DEPT OF HEALTH & HUMAN SVCS:

RULING: