UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,     )    Case No. 05-03817-3F1
                                          Chapter 11
          Debtors.   )                    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cecile Mitchell (Claim Nos. 5803 and 7265) [Docket No. 6600] was furnished by mail on March 22, 2006 to Cecile Mitchell c/o J. Scott Nooney, Esq., J. Scott Nooney & Associates, 3535 Hendricks Ave., Jacksonville, Florida 32207-3303.

Dated: March 24, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>   D. J. Baker  <br>   Sally McDonald Henry  <br>   Rosalie Gray | By   *s/ James H. Post*  <br>   Stephen D. Busey  <br>   James H. Post (FBN 175460)  <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC