

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
March 23, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.         Prior Pro

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (5888)

Objection to Debtors' Motion filed by Commodore Realty, Inc. and Isram Realty & Mgmt (Doc. 6237) ✓

Objection to Debtors' Motion filed by Westfork Tower, LLC, et. al. (Doc. 6243) ✓  Cont'd. to 4/6

Objection to Debtors' Motion filed by Lassiter Properties, Inc. (Doc. 6245) ✓   m/granted

Objection to Debtors' Motion filed by London Associates, Ltd. (Doc. 6249) ✓

APPEARANCES:

US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR

COMMODORE REALTY AND
ISRAM REALTY & MGMT, INC:                  JOYCE KUHNS
WESTFORK TOWER LLC, et. al:                KAREN SPECIE
LASSITER PROPERTIES, INC:                  R. SCOTT SHUKER
LONDON ASSOCIATES, LTD:                    R. SCOTT SHUKER

RULING: