

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
March 23, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Objection to (a) Workers' Compensation Claims and (b) Misclassified Claims (Omnibus) Filed by Debtors (5981)

*Cont'd. to 4/20*

Obj. Sustained
Ord/Signed

Response to Debtors' Objection filed by RX Solutions, Inc. (Doc. 6458)

Response to Debtors' Objection filed by Genevieve Ochoa (Doc. 6459)

Response to Debtors' Objection filed by Anthony Ripepi (Doc. 6304)

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

RX SOLUTIONS:
GENEVIEVE OCHOA:
ANTHONY RIPEPI:

**RULING:**