**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS AND**
**(B) CONTINUING HEARING WITH RESPECT TO WORKERS'**
**COMPENSATION CLAIMS AS SET FORTH IN THE**
**DEBTORS' FIFTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on March 23, 2006, upon the Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed with respect to the proofs of claim listed on Exhibit A to the Objection (the "Workers Compensation Claims"), as a result of which the Debtors have agreed to continue the Objection with respect to the Workers Compensation Claims to the next omnibus hearing. Upon consideration, it is

ORDERED AND ADJUDGED:

    1.    The Objection is sustained in part, as set forth below.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The secured or priority status alleged for each of the Misclassified Claims listed on Exhibit B is denied, and the Misclassified Claims are reclassified as unsecured non-priority claims.

3. The objection filed by RX Solutions, Inc. (Docket No. 6458) is overruled.

4. The hearing to consider the Objection with respect to the Workers' Compensation Claims only is continued to the omnibus hearing scheduled for April 20, 2006. The objection deadline to respond to the Objection is extended until April 13, 2006 for Liberty Mutual Insurance Company and The Ohio Casualty Company, only.

5. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7. This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this 23 day of March, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

# EXHIBIT B

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 241250 3 BROTHERS WELDING MACHINE SHOP INC ATTN F J PITTS, PRES 4001 MOBILE HIGHWAY MONTGOMERY, AL 36108 Transferee: REDROCK CAPITAL PARTNERS LLC | 2527 Debtor: | $4,959.45 WINN-DIXIE MONTGOMERY, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 241370 A-1 SAFE & LOCK ATTN MICHELLE JEANSONNE, MGR 1026 BOREAS DRIVE BATON ROUGE, LA 70816 | 7639 Debtor: | $802.40 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 279455 ADAMO ENTERPRISES, INC (PHARMACY STAFFING) ATTN L ZARAK, PRES 7711 NORTH MILITARY TRAIL PALM BEACH GARDENS FL 33410 | 2789 Debtor: | $30,361.00 WINN-DIXIE SUPERMARKETS, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 241720 AFFORDABLE SUPERIOR SERVICE ATTN ROBERT GRABERT, GM PO BOX 409 BOUTTE, LA 70039 | 432 Debtor: | $2,500.00 WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 279447 ALTECH CONTROLS ATTN SHIRLEY STEWART 1545 INDUSTRIAL DRIVE MISSOURI CITY TX 77489 | 414 Debtor: | $65,514.15 WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 242204 AMERICAN LOUVER COMPANY ATTN KRISTINE HASSMER, CR MGR PO BOX 92818 CHICAGO IL 60675 | 1470 Debtor: | $479.96 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 242386<br>ANDY WALLS/CONTRACTORS<br>PO BOX 189<br>AUTAUGAVILLE, AL 36003 | 370 | $3,560.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 243647<br>BLUE FRONT BARBECUE SAUCE<br>ATTN NORRIS NELSON, PRES<br>810 25TH STREET<br>WEST PALM BEACH, FL 33407 | 345 | $1,245.00 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 403531<br>BRENDLE, INC<br>ATTN KENT BRENDLE, VP<br>433 N DECATUR STREET<br>MONTGOMERY AL 36104 | 1364 | $4,146.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 397780<br>CALLAGHAN TIRE<br>ATTN JACQUELINE CORCORAN<br>PO BOX 850001<br>ORLANDO, FL 32885-0330 | 2381 | $470.94 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| Creditor Id: 244570<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 | 3250 | $2,551.25 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 244570<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 | 3251 | $617.20 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 244631**<br>CAROLINA GEORGIA SOUND INC<br>ATTN GINGER CONSTANTINI, OFF MGR<br>PO BOX 212453<br>AUGUSTA, GA 30917 | 11428 | $2,992.89 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| **Creditor Id: 244718**<br>CARTMASTERS<br>ATTN JODY JOHNSON, OWNER<br>PO BOX 881<br>DUNLAP TN 37327 | 1200 | $548.98 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: DIXIE STORES, INC. | | | | | |
| **Creditor Id: 245416**<br>CINTAS CORPORATION 211<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | 11427 | $816.25 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| **Creditor Id: 245423**<br>CINTAS CORPORATION 293<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | 11426 | $909.46 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| **Creditor Id: 243115**<br>CITY OF BATESBURG-LEESVILLE PUBLIC WORKS DEPT<br>ATTN JUDY E EDWARDS<br>PO BOX 2329<br>BATESBURG-LEESVILLE, SC 29070 | 1426 | $135.33 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 3001**<br>CITY OF FERNANDINA<br>ATTN MELISSA S HOWARD<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 | 7524 | $3,722.78 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 245784**<br>CITY OF GEORGETOWN<br>ATTN DEBRA BIVENS, REV MGR<br>PO DRAWER 939<br>GEORGETOWN, SC 29442 | 5396 | $1,320.95 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 252077**<br>CITY OF IMMOKALEE WATER & SEWER<br>ATTN EVA J DEYO<br>1020 SANITATION RD<br>IMMOKALEE, FL 34142 | 4008<br>Debtor: WINN-DIXIE STORES, INC. | $660.65 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 245894**<br>CITY OF LABELLE<br>ATTN DELIA VASQUEZ, FINANCE OFFICER<br>PO BOX 458<br>LABELLE, FL 33975 | 5187<br>Debtor: WINN-DIXIE STORES, INC. | $3,031.38 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 559**<br>CITY OF LEEDS WATER WORKS BOARD<br>ATTN CARLA C FORD<br>PO BOX 100<br>LEEDS AL 35094-0100 | 1097<br>Debtor: WINN-DIXIE STORES, INC. | $196.85 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 246010**<br>CITY OF NORCROSS<br>ATTN RUDOLPH SMITH, FIN DIR<br>65 LAWRENCEVILLE STREET<br>NORCROSS, GA 30071-2556 | 1730<br>Debtor: WINN-DIXIE STORES, INC. | $1,012.78 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 265899**<br>CITY OF ORLANDO<br>ATTN WESLEY C POWELL, ESQ<br>400 S ORANGE AVE, 3RD FLOOR<br>ORLANDO FL 32801-3360 | 9793<br>Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 395539**<br>CITY OF RALEIGH, NC<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN D HESTER & T MCCORMICK, ESQ<br>PO BOX 590<br>RALEIGH NC 27602 | 312<br>Debtor: WINN-DIXIE STORES, INC. | $1,148.61 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 246584**<br>CODING PRODUCTS<br>ATTN GAIL JONES, ACCT RECV<br>PO BOX 75327<br>CHICAGO IL 60675-5327 | 4698<br>Debtor: WINN-DIXIE STORES, INC. | $372.78 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 247332**<br>CUMMINGS STRIPING & SWEEPING<br>ATTN LARRY CUMMINGS, OWNER<br>11239 GENERAL OTT ROAD<br>HAMMOND, LA 70403<br>Transferee: REDROCK CAPITAL PARTNERS LLC | 128<br>Debtor: WINN-DIXIE STORES, INC. | $29,750.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 247477**<br>DAILY LEADER, THE<br>ATTN THERESA MILHDER, OFF MGR<br>PO BOX 551<br>BROOKHAVEN, MS 39602-0551 | 978<br>Debtor: WINN-DIXIE STORES, INC. | $10,973.91 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 247632**<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | 3185<br>Debtor: WINN-DIXIE STORES, INC. | $2,926.99 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 247632**<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | 3189<br>Debtor: WINN-DIXIE STORES, INC. | $3,907.78 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 247911**<br>DEL REY ENTERPRISES INC<br>ATTN CARMEN CHERENEK<br>2508 METAIRIE LAWN DR<br>METAIRIE, LA 70002 | 1295<br>Debtor: WINN-DIXIE STORES, INC. | $868.25 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 248437**<br>DOUBLE COLA CO<br>ATTN MARY SALTZMAN, CONTROLLER<br>537 MARKET ST, SUITE 100<br>CHATTANOOGA, TN 37402-1229 | 11585<br>Debtor: WINN-DIXIE RALEIGH, INC. | $97.35 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 397354**<br>EAMES DOCK EQUIP SALES & SVCE, INC<br>ATTN THERESA OR JAMES EAMES<br>1274 HIGHWAY 124<br>HOSCHTON GA 30548 | 403<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,362.11 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 248998<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 | 879<br>Debtor: WINN-DIXIE STORES, INC. | $3,676.17 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 395540<br>EXCALIBUR SEASONING CO, LTD<br>ATTN TOM HORNSTEIN, COO<br>1800 RIVERWAY DRIVE<br>PEKIN IL 61554 | 313<br>Debtor: WINN-DIXIE STORES, INC. | $22,079.70 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 249495<br>FIELD TRIP FACTORY<br>ATTN SUSAN SINGER, PRES<br>2211 NORTH ELSTON, SUITE 304<br>CHICAGO, IL 60614 | 1279<br>Debtor: WINN-DIXIE STORES, INC. | $10,353.41 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 249667<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003<br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 4740<br>Debtor: WINN-DIXIE STORES, INC. | $5,304.65 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 250193<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427 | 2185<br>Debtor: WINN-DIXIE STORES, INC. | $8,173.40 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 397352<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446 | 401<br>Debtor: WINN-DIXIE STORES, INC. | $1,000.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 251204**<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE, NC 28134 | 4681 | $5,323.54 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 399626**<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | 720 | $1,323.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 399626**<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | 6813 | $659.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 251278**<br>HARPER CORP DBA TXF PRODUCTS<br>PO BOX 915194<br>DALLAS, TX 75391 | 11544 | $3,122.40 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 251549**<br>HERTZ EQUIPMENT RENTAL<br>ATTN DOVIE BORTH, MGR<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | 8890 | $1,443.71 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 251902**<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | 1342 | $528.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 251902<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | 11755 | $437.50 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 252100<br>INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>15908 NW 48TH AVENUE<br>MIAMI, FL 33014 | 371 | $1,038.10 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1186 | $940.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1187 | $233.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1188 | $456.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1189 | $341.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1190 | $133.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1191 | $474.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063<br>Transferee: ASM CAPITAL LP | 1192 | $267.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 252682<br>JAMES ODELL SALES<br>ATTN JAMES O'DELL, OWNER<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | 5948 | $271.83 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 254346<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 | 2929 | $240.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 255834<br>MAY ADVERTISING INTERNATIONAL LTD<br>ATTN MARY JOHNSON<br>PO BOX 40610<br>FT WORTH, TX 76140-0610<br>Transferee: FAIR HARBOR CAPITAL LLC | 1578 | $1,238.31 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 255888<br>MCGINN WINDSHIELD PECK REPAIR<br>ATTN JERRY MCGINN, OWNER<br>719 AL HWY 143<br>ELMORE, AL 36025 | 11500 | $135.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 256754<br>MS INDUSTRIAL WASTE DISPOSAL<br>ATTN DANITA OWENS, OFF MGR<br>PO BOX 801<br>COLUMBUS, MS 39703-0801 | 2282 | $354.53 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 384263<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 | 1879 | $116,754.88 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 257590<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | 7862 | $2,791.25 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 257590<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | 7882 | $13,484.63 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 257785<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 | 3263 | $2,275.91 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 257787<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 | 3248 | $9,957.93 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 258098<br>PATHCON LABORATORIES<br>ATTN GENEASE MATTHEWS<br>270 SCIENTIFIC DR, STE 3<br>NORCROSS, GA 30092 | 7514 | $918.24 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 258288<br>PENINSULA BEVERAGE LLC<br>ATTN JOYCE FINN<br>2315 STIRLING ROAD<br>DANIA, FL 33312 | 1093 | $1,368.18 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 258813<br>PREMIER COMMUNICATIONS<br>ATTN WALLACE MESSINA, OWNER<br>120 WHARTON ST<br>COVINGTON, LA 70433 | 6845 | $2,193.82 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 258981<br>PROGRESSIVE STAFFING NETWORK<br>ATTN SEAN HARRISON, PRES<br>510 TRIBAL WOODS<br>COLLIERVILLE, TN 38017 | 3542 | $4,340.92 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 259102<br>QUEEN CITY PLUMBING HEATING &<br>AIR CONDITIONING INC<br>ATTN HUEY CHEVALON, PRES<br>1703 WEEKS ST<br>NEW IBERIA, LA 70560 | 1460 | $781.14 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: DEBT ACQUISITION COMPANY OF AMERICA | | | | | |
| Creditor Id: 259242<br>RANDOLPH AUSTIN CO<br>ATTN MARTHA CAPONE<br>PO BOX 988<br>2119 FM 1626<br>MANCHACA TX 78652 | 1569 | $1,010.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: CRACKIN' GOOD, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 259476 RESOURCE DATA SERVICES, INC ATTN SECRETARY 12614 KROLL DRIVE ALSIP, IL 60803-3222 | 268 | $2,160.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 259496 REVEL'S BARBECUE CENTER ATTN ROCHELL CARROLL, OWNER 885 HWY 15 401 E BENNETTSVILLE, SC 29512 | 1998 | $152.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 254424 ROBERTSON, LARRY A 10 STRAWBERRY DR GREENVILLE, SC 29617 | 2124 | $1,360.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 260027 ROTO ROOTER ATTN JOYCE T DEES, PRES 112 LOFTIN ROAD DOTHAN, AL 36303 | 2250 | $241.77 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 399371 RX SOLUTIONS ATTN JERE COUCH 111 THOMAS OVERBY DR SHARPSBURG GA 30277 | 2213 | $41,366.24 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 382114 SANFORD HERALD ATTN JIMMIE J HOLT PO BOX 100 SANFORD, NC 27331 | 1432 | $11,404.02 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

Page: 13 of 16
Date: 02/20/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 376966**<br>SCARIANO BROTHERS INC<br>ATTN ANDREW J CZUBAK, CONTROLLER<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009<br>Transferee: LIQUIDITY SOLUTIONS, INC | 4745 | $8,063.30 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 260770**<br>SEVERN TRENT LABORATORIES INC<br>PO BOX 7777 W4305<br>PHILADELPHIA PA 19175-4305 | 6182 | $820.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 395543**<br>SNAP ON TOOLS<br>ATTN KEN GHEORGE, PRES<br>10940 LAKE VIEW DRIVE<br>CORAL SPRINGS FL 33071 | 318 | $716.55 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 261225**<br>SODDY DAISY FALLING WATER<br>ATTN ROBIN PHILLIPS, OFF MGR<br>PO BOX 575<br>SODDY DAISY, TN 37384 | 2509 | $225.05 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 261375**<br>SOUTHERN BUSINESS EQUIPMENT<br>ATTN GARY W LEE, PRES<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466 | 2187 | $240.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| **Creditor Id: 384370**<br>STAFFING SOLUTIONS<br>ATTN ANTOINETTE WICKERSON<br>1801 DOWNTOWN WEST BLVD<br>KNOXVILLE TX 37922 | 1958 | $1,783.31 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 262374<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE, NC 28303-0870 | 638 | $6,178.01 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 973<br>TOWN OF WILLIAMSTON<br>ATTN JENEANE EVERETT<br>PO BOX 506<br>WILLIAMSTON NC 27892 | 1814 | $176.95 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 263495<br>TRI COUNTY PLUMBING<br>ATTN: RUBY PESNELL, OWNER<br>30934 HIGHWAY 431<br>HEFLIN, AL 36264<br>Transferee: TRADE-DEBT.NET | 1802 | $241.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 263543<br>TRIPLE T CONSTRUCTION<br>ATTN DEXTER TILL, PRES<br>2113 HIGHWAY 43 N<br>PELAHATCHIE, MS 39145 | 590 | $10,570.55 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 263543<br>TRIPLE T CONSTRUCTION<br>ATTN DEXTER TILL, PRES<br>2113 HIGHWAY 43 N<br>PELAHATCHIE, MS 39145 | 591 | $21,698.35 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 263710<br>UAC CORP<br>PO BOX 275<br>MARTINSVILLE NJ 08836 | 1286 | $461.37 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: DEEP SOUTH PRODUCTS, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 263711<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | 10022 | $18,384.11 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 263792<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 | 812 | $9,350.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| Creditor Id: 263875<br>UNIVERSITY OF FLORIDA JACKSONVILLE<br>ATTN JOY L BROOM, SPECIAL PROJECTS<br>PO BOX 44008<br>JACKSONVILLE FL 32231-4008 | 11148 | $780.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | SUNBELT PRODUCTS, INC | | | |
| Creditor Id: 264061<br>VENTURECOM, INC<br>ATTN CHUCK CRUMPTON, PRES<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 | 193 | $10,674.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 395755<br>VIGIL INC<br>ATTN WAYNE VIGIL, OWNER<br>PO BOX 273787<br>TAMPA, FL 33688 | 1483 | $6,210.63 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| Creditor Id: 264318<br>WADE HARDIN PLUMBING INC<br>ATTN WADE HARDIN, PRESIDENT<br>2520 GILLESPIE STREET<br>FAYETTEVILLE, NC 28306 | 4264 | $796.39 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Transferee: DEBT ACQUISITION COMPANY OF AMERICA | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 399363<br>WEINSTEIN WHOLESALE MEATS, INC<br>ATTN JOANNE VELEZ ACCT MGR<br>1328 W RANDOLPH ST<br>CHICAGO IL 60607<br>Transferee: QVT FUND LP | 512 | $290,002.31 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

Debtor: WINN-DIXIE STORES, INC.

Total Claims to be Reclassified: 95
Total Amount to be Reclassified: $855,464.79  Plus Unliquidated Amounts, If Any