UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                       Chapter 11
            Debtors.                        )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Allen Brown (Claim No. 11026) [Docket No. 6586] was furnished by mail on March 22, 2006 to Allen Brown c/o Jacqueline A. Gibson, Esq., Jaqueline A. Gibson & Associates, 235 Peachtree St. NW, Suite 400, Atlanta, Georgia 30303.

Dated: March 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By  *s/ James H. Post*  <br>     Stephen D. Busey <br>     James H. Post (FBN 175460) <br>     Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC