

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 23, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief Filed by Debtors (6556)

Response to Debtors' Motion filed by Florida Tax Collectors (Doc. 6558)

Objection to Debtors' Motion filed by Hecht Properties, Ltd., et al. (Doc. 6570) —cont'd. to 4/6

1. Granted/Main motion
   Ord/Signed

2. Pharm. Asset Sale Agreement/Ord/Signed
3. Auth./Pharm. Asset Sale Agreement (Target)/Ord/Signed
4. Walgreens Pharm. Asset Sale Ag./Ord/Signed
5. Fred's Stores of TN., Inc. Pharm. Asset Sale Ag.
   Ord/Signed

(5 orders)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
FL TAX COLLECTORS:             BRIAN FITZGERALD / THAMES P
HECHT PROPERTIES, LTD:         DAVID PROFILET

RULING: