UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                              Chapter 11
            Debtors.                        )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Venita Hale  (Claim No. 2249) [Docket No. 6574] was furnished by mail on March 22,

2006 to Venita Hale c/o Rick Tresher, Esq., Kolodinsky, Seitz & Tresher, 647 S.

Ridgewood Ave., Daytona Beach, Florida 32115-0471.

Dated:  March 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                          By        *s/ James H. Post*
      D. J. Baker                                      Stephen D. Busey
      Sally McDonald Henry                   James H. Post (FBN 175460)
      Rosalie Gray                                 Cynthia C. Jackson

Four Times Square                             225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                                  (904) 359-7700
(917) 777-2150 (facsimile)                  (904) 359-7708 (facsimile)
djbaker@skadden.com                         cjackson@smithhulsey.com


Co-Counsel for Debtors                       Co-Counsel for Debtors
00520151.DOC