**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | ) | **Chapter 11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| _____ | ) | |

### MOTION OF ATTORNEY JOYCE A. KUHNS
### FOR ADMISSION PRO HAC VICE

I, Joyce A. Kuhns, an attorney with the law firm of Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Baltimore, Maryland 21202, hereby requests admission to appear, *pro hac vice*, for the purpose of representing managing agents for various Florida lessors, Commodore Realty, Inc., and Isram Realty & Management, Inc., in the above captioned bankruptcy cases.

My office telephone number is (410) 332-8965. My office facsimile number is (410) 332-8964. My e-mail address is jkuhns@saul.com.

I am a member in good standing of the bar of the State of Maryland and the bars of the United States District Court for the District of Maryland, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Sixth Circuit. I am familiar with the local Bankruptcy Rules of this Court.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the above bankruptcy cases.

The required filing fee is waived for the Winn Dixie Mega Cases per the Mega Case page

882565.3 3/24/06

of the Court's Website (www.flmb.uscourts.gov/megacases.htm).  A proposed Order is included herewith.

                                        Respectfully submitted,

DATED:  March 24, 2006

/s/ Joyce A. Kuhns
Joyce A. Kuhns, MD Bar No. 03979
Saul Ewing LLP
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202
Telephone:  (410) 332-8965
Fax:  (410) 332-8964
E-mail:  jkuhns@saul.com

Attorneys for Commodore Realty, Inc. and Isram Realty & Management, Inc.

882565.3 3/24/06

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2006, a copy of the foregoing electronically filed **Motion of Attorney Joyce A. Kuhns For Admission Pro Hac Vice and Proposed Order Granting Admission Pro Hac Vice for Joyce A. Kuhns** was served by first-class mail, postage prepaid on the parties below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, and otherwise electronically filed on all parties registered as CM/ECF participants in these cases.

| | |
|---|---|
| D. J. Baker, Esquire<br>Sally McDonald Henry, Esquire<br>Adam Ravin, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32201 |
| U.S. Trustee – JAX<br>Elena L. Escamilla, Esquire<br>Kenneth C. Meeker, Esquire<br>135 W. Central Blvd. Suite 620<br>Orlando, FL 32801 | Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 1005 |
| John B. Macdonald, Esquire<br>Patrick P. Patangan, Esquire<br>Akerman Senterfitt<br>50 North Laura St.<br>Suite 2500<br>Jacksonville, FL 32202 | David S. Jennis, Esquire<br>Chad S. Bowen, Esquire<br>Jennis & Bowen, P.L.<br>400 N. Ashley Drive, Suite 2540<br>Tampa, FL 33602 |
| Carolyn Chayavadhanangkur, Esquire<br>Karol K. Denniston, Esquire<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Street, NE<br>Atlanta, GA 30308 | James D. Wareham, Esquire<br>Paul, Hastings, Janofsky & Walker, LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 |

882565.3 3/24/06

| | |
|---|---|
| Alan M. Weiss, Esquire<br>Holland & Knight LLP<br>15 North Laura Street<br>Suite 3900<br>Jacksonville, FL 32202 | |

/s/ Joyce A. Kuhns
Joyce A. Kuhns, MD Bar No. 03979