**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | ) | **Chapter 11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| _____ | ) | |

## ORDER GRANTING ADMISSION PRO HAC VICE
## FOR JOYCE A. KUHNS

IT IS HEREBY ORDERED this _____ day of March/April 2006, that Joyce A. Kuhns

is admitted to practice *pro hac vice* in the above bankruptcy cases in the United States

Bankruptcy Court, Middle District of Florida, Jacksonville Division.

Dated: _____
        Jacksonville, Florida

                                    _____
                                    Jerry A. Funk
                                    United States Bankruptcy Judge

882772.1 3/24/06