

State of Georgia

# Department of Revenue

## Compliance Division

### Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

Bart L. Graham
Commissioner

Edward M. Many
Deputy Commissioner

F I L E D
JACKSONVILLE, FLORIDA

MAR 2 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

March 14, 2006

United State Bankruptcy Court
300 North Hogan Street
Jacksonville, FL 32202

Ref: Economy Wholesale Distributors
Taxpayer ID: 20000950283
         FEIN # XX-XXX0020
Case Number: 05-03828-3F1

To Whom It May Concern,

This is to notify you that our claim #10991 dated July 26, 2005 in the amount of $20.00, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

Gwyneth Zacahry
Authorized Representative for the
State Revenue Commissioner

cc: File

An Equal Opportunity Employer