UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                              Case Number: 3-05-bk-03817-JAF
                                                           Chapter:      11
WINN-DIXIE STORES, INC., et. al.,          JOINTLY ADMINISTERED

        Debtor(s)
_____/

## ORDER PERMITTING ATTORNEY JEANINE A. ULLO TO WITHDRAW AS COUNSEL FOR UNSECURED CREDITOR GENOVEVA CERVANTES

After due notice and no response having been filed on the motion of Jeanine Ackerson Ullo and the law firm McBride, Ullo & Lorenz, P.A. for permission to withdraw as attorney of record for the unsecured creditor, Genoveva Cervantes,

IT IS ORDERED AND ADJUDGED:

Jeanine Ackerson Ullo and the law firm McBride, Ullo & Lorenz, P.A. are permitted to withdraw as attorneys for the unsecured creditor, Genoveva Cervantes, effective on the date of this order. All correspondence, notices and other papers shall be served directly on the unsecured creditor at 4527 Wheelhouse Court, Orlando, FL 32812.

Dated this _22_ day of _March_____, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes            Page 1 of 1              Date Rcvd: Mar 22, 2006
Case: 05-03817               Form ID: pdfdoc         Total Served: 2

The following entities were served by first class mail on Mar 24, 2006.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Jeanine Ackerson Ullo,    135 West Central Blvd., #1100,    Orlando, FL 32801-2478

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2006**                          **Signature:** _Joseph Speetjens_