UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1
Chapter 11

In re:

Winn-Dixie Stores, Inc.,

Debtor.

_____/

## ORDER

This case came before the Court upon Sarria's Motion for Relief from Stay and Debtors' Response in Opposition to Sarria's Motion for Relief from Stay. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

1. Sarria's Motion for Relief from Stay is denied.

2. Debtors shall continue to pay rent and remain current on post-petition obligations under the Lease until such time as assumption or rejection of the Lease.

**DATED** this 22 day of March 2006, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies furnished to:**

James H. Post, Esq. (for service on all parties in interest)
Alan M. Burger, Esq., Attorney for Sarria Enterprises
Michael A. Kaufman, Esq., Attorney for Sarria Enterprises
Patrick P. Patangan, Esq., Attorney for Committee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes           Page 1 of 1              Date Rcvd: Mar 22, 2006
Case: 05-03817               Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Mar 24, 2006.
aty         +Michael A Kaufman,   Michael A Kaufman PA,   1601 Forum Place,   Suite 404,
              West Palm Beach, FL 33401-8103
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2006**                                    **Signature:** _Joseph Speetjens_