UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

**SECOND SUPPLEMENTAL AFFIDAVIT OF
JOHN B. MACDONALD, ON BEHALF OF
AKERMAN SENTERFITT, PURSUANT TO ORDER
APPROVING APPLICATION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF
WINN-DIXIE STORES, INC. FOR RETENTION AND
EMPLOYMENT OF AKERMAN SENTERFITT AS
CO-COUNSEL, NUNC PRO TUNC TO APRIL 22, 2005**

STATE OF FLORIDA    )

COUNTY OF DUVAL    )

BEFORE ME, the undersigned authority, on this 27th day of March, 2006, personally appeared John B. Macdonald, who, by me being first duly sworn, deposes and says:

1. He is a shareholder of Akerman Senterfitt and makes this Affidavit on its behalf based upon his own personal knowledge and matters reported to him by other shareholders of Akerman Senterfitt and its employees working under his or their direction.

2. He makes this Affidavit pursuant to the Order of the United States Bankruptcy Court, Jacksonville Division, Middle District of Florida, entered in the above-styled cases on June 13, 2005 (the "Order")(Docket No. 1684), approving the Application of the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., under 11 U.S.C. §1103 and Rules 2014 and 5002, Federal Rules of Bankruptcy Procedure, authorizing the retention and

employment of Akerman Senterfitt as co-counsel for the Committee, *nun pro tunc* to April 22, 2005.

3. This Supplemental Affidavit supplements the (a) Affidavit of John B. Macdonald executed on May 3, 2005, in support of the Committee's application to retain and employ Akerman Senterfitt in these cases (Docket No. 1013), as supplemented on May 18, 2005 (Docket No. 1272), and June 3, 2005 (Docket No. 1575), and (b) the Affidavit of John B. Macdonald executed on July 13, 2005, pursuant to Order Approving Committee's Application to Retain and Employ Akerman Senterfitt as co-counsel, nunc pro tunc to April 22, 2005 (Docket No. 2124) as supplemented on September 15, 2005 (Docket No. 3461) (collectively, the "Prior Affidavits").

4. In the Prior Affidavits, Akerman Senterfitt has undertaken to promptly disclose to the Court any information pertinent to its retention and employment in these cases.

5. On March 20, 2006, Tony Casareale, Esq. joined Akerman Senterfitt as a shareholder in its office in Miami, Florida. Mr. Casareale previously practiced in New York with the law firm Windels, Marr, Lane & Mittendorf and represented Blackstone Real Estate Advisors and The Blackstone Group, L.P., collectively ("Blackstone"), in certain real estate matters.

6. The Blackstone Group, L.P. is currently employed as financial advisors for the Debtors (Docket No. 1560).

7. Mr. Casareale has not represented Blackstone in connection with Blackstone's engagement in these bankruptcy cases.

8. Although Blackstone may retain Mr. Casareale and Akerman Senterfitt to represent it in certain matters unrelated to these cases, Mr. Casareale and Akerman Senterfitt

{JA268950;3}                                  2

will not represent Blackstone in connection with these cases. If necessary, Akerman Senterfitt will obtain appropriate conflict waivers prior to undertaking any representation of Blackstone.

9. Akerman will file Supplementary Affidavits regarding its retention if any additional relevant information comes to its attention.

_____
John B. Macdonald

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF DUVAL     )

The foregoing instrument was acknowledged before me this 27th day of March, 2006, by John B. Macdonald, who is (personally known to me) or who has produced _____ (type of identification) as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

JENNIFER S. MEEHAN
MY COMMISSION # DD 286031
EXPIRES: May 29, 2008
Bonded Thru Notary Public Underwriters

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

{JA268950;3}                          3