UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) ) ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) ) | CASE NO. 05-03817-3F1 |
| Debtors. | ) ) ) ) | CHAPTER 11 JOINTLY ADMINISTERED |

**RESPONSE OF ARONOV PROPERTY MANAGEMENT TO
DEBTORS' SIXTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

ARONOV PROPERTY MANAGEMENT ("Aronov") by its undersigned attorneys, makes this Response to Debtors' Sixth Omnibus Objection to No Liability Claims (the "Objection") and in support thereof avers:

1. Aronov is the owner or agent for the owner of various shopping centers in which Debtors operate or previously operated retail stores pursuant to written leases (each a "Lease" and collectively the "Leases"). All of Aronov's Leases are leases of premises located in shopping centers, as that term is used in 11 U.S.C. § 365(b)(3). *See, In Re: Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

2. By the Objection, Debtors seek to disallow Aronov's claim #10306 filed on behalf of the Cordova Collection LP with regard to Debtors' store #556 at the Cordova

Collection Shopping Center ("Cordova"), Pensacola, FL.  Debtors allege that there is no liability for the claim and that documentation was not provided despite several telephonic requests.

       3.  Contrary to Debtors' assertion, attached to Aronov's Proof of Claim was a schedule setting forth the nature of its claim.  (See Exhibit "A" hereto.)  That schedule shows that the amount claimed represents a 2004 year-end adjustment in the amount of $1,227.17.

       4.  Further, by letter dated March 23, 2005, Aronov had sent Debtors a detailed breakdown of the charges set forth in the Proof of Claim.  Attached hereto as Exhibit B is a copy of that letter and breakdown.

       5.  The aforesaid sum remains outstanding.  Accordingly, Aronov's claim is accurate and correct and should be allowed as filed.

       **WHEREFORE,** Aronov prays that Debtors' Objection be overruled and that its claim be allowed in the amount set forth in its Proof of Claim; and

**WHEREFORE,** Aronov prays for such other and further relief as may be just and required under all of the circumstances.

DATED: March 27, 2006

        **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

        **BY:**   **/s/ David L. Pollack**
            **DAVID L. POLLACK**
            **JEFFREY MEYERS**
            **DEAN WALDT**
        **Attorneys for Aronov Property Management**
        **51st Floor - Mellon Bank Center**
        **1735 Market Street**
        **Philadelphia, Pennsylvania 19103**
        **(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on March 27, 2006 via ECF Noticing and email upon the parties listed below.

                                                        /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric N. McKay<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL  32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL  32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL  32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |