# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT **MIDDLE** DISTRICT OF **FLORIDA** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor<br>WINN DIXIE STORES, INC. et al. | Case Number 05-03817-3F1<br>Jointly Administered | |

NOTE: This form should not be used to make a claim for an administrative expense arising after commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 USC § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>Cordova Collection Limited Partnership c/o Aronov Realty Management, Inc.<br>t/a Cordova Collection, Pensacola, FL | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone No. 215-864-8325 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if this address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated: _____ | |

| **1. Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>x Other **RENT DUE – SHOPPING CENTER LEASE** | ☐ Retiree benefits, as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>   Your SS#: _____<br>   Unpaid compensation for services performed<br>   from _____ to _____<br>      (date)     (date) |
|---|---|
| **2. Date debt was incurred:** VARIOUS | **3. If court judgment, date obtained:** N/A |

**4. Total Amount of Claim at Time Case Filed:** $ 1,227.17

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim.**<br>☐ Check this box if your claim is secured by collateral<br>(including a right of setoff).<br>Brief description of collateral:<br>☐ Real Estate ☐ Motor Vehicle<br>☐ Other _____<br>Value of Collateral: _____<br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____ | **6. Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>   Amount entitled to priority $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries or commissions (up to $4000)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3)<br>☐ Contributions to an employee benefit plan - 11 USC § 507(a)(4).<br>☐ Up to $1800* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 USC § 507(a)(6).<br>☐ Alimony, maintenance or support owed to a spouse, former spouse or child - 11 USC § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___).<br>* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA  2005 JUL 29 AM 11:27  RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date 7/27/2005    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
DAVID L. POLLACK, ESQ.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571.

FORM B10 (Official Form 10)(9/97)

PHL_A #2020479 v1

Schedule "A" to Proof of Claim of
Cordova Collection Limited Partnership
(Cordova Collection, Pensacola, FL)

**1.     UNSECURED CLAIM [§502]**

|  |  |
|---|---:|
| Rentals and other charges due up to the petition date (2/21/2005) per itemized statement attached as Exhibit A. | $1,227.17 |
| **TOTAL UNSECURED CLAIM** | **$1,227.17** |

CLAIMANT RESERVES THE RIGHT TO AMEND THIS CLAIM. IF THIS LEASE IS REJECTED, REJECTION DAMAGES WILL BE INCLUDED AS PER §506(b)(6).

PHL_A 1475072 v 1

# EXHIBIT "A"
## ITEMIZATION OF CLAIM

| Tenant | Winn-Dixie Stores, Inc., de al., | Case #05-03817-3F1 |
|---|---|---|
| | Winn-Dixie Store #556 | |
| | Winn-Dixie Montgomery, Inc., a Kentucky corporation | |
| | Account #0362-002331 | Filed Chapter 11 on February 21, 2005 |
| Landlord | Cordova Collection Limited Partnership | |
| | C/O Aronov Realty Management, Inc. | Suite #B |
| | 3500 Eastern Boulevard | Cordova Collection, Pensacola, Florida |
| | Montgomery, Alabama 36116 | Lease expiration: 1/22/2012 |
| | (334)244-2504 | |

1  Liability arising from Debtor's failure to perform its obligation under the Lease consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 12/28/204 | | 2004 Ins. Adjust Ste B | 1227.17 | | 1227.17 |

**TOTAL PRE-PETITION**                                                                                     $1,227.17

# EXHIBIT B

**EXHIBIT B**

# CORDOVA COLLECTION
*PO Box 235021    Montgomery, Alabama 36123-5021    229/883-7983*

March 23, 2005

Winn-Dixie #556
PO Box 43425
Atlanta, GA 30336

RE:   Winn-Dixie #556
      Account # 0362-002331

      *2004 Common Area Maintenance Reconciliation*
      *Cordova Collection – Pensacola, Florida*

In accordance with the terms of your lease agreement, your share of the 2004 Common Area Maintenance expense has been calculated. Enclosed is a detailed statement of the expenses for the year ending December 31, 2004 along with the calculation of your proportionate share.

Please remit all amounts due to Cordova Collection for the 2004 reconciliation as summarized on the following page.

If you have any questions regarding this matter, please contact Dave Krantz at 229/883-7983.

ARONOV REALTY MANAGEMENT, INC.
Management Company for
Cordova Collection

## CORDOVA COLLECTION
*Common Area Maintenance Expense Statement*
*for the period ending December 31, 2004*

| | Account# | 0362-002331 |
|---|---|---|
| | | *Winn Dixie* |
| | | **B** |
| Landscaping | | 49,299.00 |
| Electric Repair | | 7,459.00 |
| Other Exterior Repairs | | 375.00 |
| Pressure Washing | | 90.00 |
| Parking Lot Maintenance | | 17,269.00 |
| Utilities: Electric | | 11,799.00 |
| Insurance | | N/A |
| Real Estate Taxes | | N/A |
| SUBTOTAL | | 86,291.00 |
| Add: Administration Fee | | N/A |
| Insurance (Liability Only, if applicable) | | N/A |
| LESS: Deductible Contributions *(anchor and/or non-tenant)* | | (46,976.99) |
| **TOTAL RECOVERABLE EXPENSES** | | **$39,314.01** |
| **TOTAL GROSS LEASABLE AREA** | | **92,012** |
| **COST PER SQUARE FOOT** | | **$0.4273** |
| Tenant Square Feet | | 45,000 |
| **Tenant's Proportionate Share** | | **48.907%** |
| Tenant's Proportionate Share | | 19,227.17 |
| Capped Expenses | | 0.00 |
| **Total Billable Expenses** | | **$19,227.17** |
| Tenant Occupancy | | 366 |
| Days per Calendar Year | | 366 |
| **Occupancy Percentage** | | **100.00%** |
| Tenant Share of Expenses | | 19,227.17 |
| LESS: Estimates Billed | | (18,000.00) |
| SUBTOTAL | | 1,227.17 |
| ADD: Florida State Rent Tax | | 0.00 |
| **TOTAL RECOVERY AMOUNT DUE** | | **$1,227.17** |

*P/R, Less Outparcels*
*No FL Rent Tax*
*(requires CAM copies)*

**GLA Calculations**

| | | 92,012 |
|---|---|---|
| | Michael's | |
| | Winn Dixie | 0 |
| | **Total GLA** | **92,012** |

MONTHLY ESTIMATE (during recovery period)     1,500.00
PRIOR YEAR TENANT SHARE (cap calc)

*Please include your account number on all payments and correspondence.*                    3/23/05

Cordova Collection
Expense Invoice Cover Sheet

3/23/05

| Landscaping | Electric Repair | Other Exterior Repair | Pressure Washing | Lot Maintenance | Utilities: Electric |
|---|---|---|---|---|---|
| 2,664.88 | 75.00 | 130.00 | 90.00 | 320.00 | 805.82 |
| 650.00 | 3,637.24 | 80.00 | | 4,700.00 | 96.82 |
| 2,200.00 | 270.00 | 165.00 | | 50.00 | 100.25 |
| 2,500.00 | 3,406.49 | | | 350.00 | 974.93 |
| 9,860.00 | 70.00 | | | 95.00 | 856.92 |
| 65.00 | | | | 354.00 | 87.23 |
| 2,500.00 | | | | 900.00 | 98.44 |
| 2,500.00 | | | | 900.00 | 968.44 |
| 2,500.00 | | | | 900.00 | 82.76 |
| 150.00 | | | | 900.00 | 844.04 |
| 2,500.00 | | | | 900.00 | 937.00 |
| 2,500.00 | | | | 900.00 | 77.57 |
| 1,400.00 | | | | 900.00 | 103.93 |
| 500.00 | | | | 900.00 | 1,025.40 |
| 2,500.00 | | | | 900.00 | 944.06 |
| 30.00 | | | | 825.00 | 100.72 |
| 2,500.00 | | | | 825.00 | 101.55 |
| 2,415.00 | | | | 825.00 | 875.59 |
| 684.00 | | | | 825.00 | 889.59 |
| 2,415.00 | | | | | 107.92 |
| 400.00 | | | | | 488.85 |
| 550.00 | | | | | 93.21 |
| 2,815.50 | | | | | 133.57 |
| 2,500.00 | | | | | 1,004.79 |
| $ 49,299.38 | $ 7,458.73 | $ 375.00 | $ 90.00 | $ 17,269.00 | $ 11,799.40 |