UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.**:** 3-05-bk-03817-JAF
                                                    Chapter 11

                    Debtor(s)¹        /             Jointly Administered

**UNITED STATES TRUSTEE'S NOTICE OF
APPOINTMENT OF ADDITIONAL CREDITOR TO COMMITTEE OF CREDITORS'
HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21, Felicia S. Turner, through her undersigned counsel, provides notice of the addition of the following creditor to serve as a member on the unsecured creditors' committee:

> Lonestar Partners, LLP          Phone:  (415) 362-7677
> c/o Vikas Tandon                Fax:    (415) 362-7977
> 1 Maritime Plaza, Suite 750     E-Mail: Vikas@L1star.com
> San Francisco, CA 94111

Dated:  March 27, 2006.

The current composition of the Unsecured Creditors Committee consists of the following:

> Deutsche Bank Trust Company Americas
> 60 Wall Street
> New York, NY 10005-2858
> Attn: S. Berg
> Tel. No. (212) 250-2921

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montogomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixies Supermarkets, Inc.

New Plan Excel Realty Trust, Inc.,
420 Lexington Avenue
New York, NY 10170
Tel. No. (212) 869-3000

Kraft Foods Global, Inc.,
Three Lakes Drive
Northfield, IL 60093
Attn: Sandra Schirmang, Senior Director of Credit
Tel. No. (847) 646-6719

Pepsico & Subsidiaries
7701 Legacy Drive 38-109
Plano, TX 75024
Attn: Scott Johnson, Group Credit Manager
Tel. No. (972) 334-7405

Capital Research & Management Company
333 South Hope Street
Los Angeles, CA 90071
Attn: Ellen Carr, Vice- President
Tel. No. (213) 486-9200

Wilmington Trust Company, as Indenture Trustee
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
Attn: Michael W. Diaz, Vice President
Tel. (212) 415-0509

Lonestar Partners, LLP
1 Maritime Plaza, Suite 750
San Francisco, CA 94111
Attn: Vikar Tandon
Phone:  (415)362-7677

                                              Felicia S. Turner
                                              United States Trustee, Region 21

                                              /s/ Elena  L. Escamilla
                                              Elena L. Escamilla, Trial Attorney
                                              Florida Bar No. 898414
                                              135 W. Central Blvd., Suite 620
                                              Orlando, FL  32801
                                              Telephone No.: (407) 648-6301
                                              Facsimile No.:   (407) 648-6323