**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES EFFECTIVE AS OF MARCH 9, 2006</u>**

I, Adam Ravin, certify that I caused to be served the Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of March 9, 2006 [Docket No. 6413] by having true and correct copies thereof sent on March 16, 2006 via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 27, 2006

                                                         SKADDEN, ARPS, SLATE,
                                                         MEAGHER & FLOM LLP

                                                         By: /s/ *Adam Ravin*
                                                         Adam Ravin
                                                         Four Times Square
                                                         New York, New York 10036
                                                         (212) 735-3000
                                                         (212) 735-2000 (facsimile)

                                                                    - and –

                                                         SMITH HULSEY & BUSEY
                                                         By: /s/ *Cynthia Jackson*
                                                         Cynthia C. Jackson
                                                         Florida Bar Number 498882
                                                         225 Water Street, Suite 1800
                                                         Jacksonville, Florida  32202
                                                         (904) 359-7700
                                                         (904) 359-7708 (facsimile)

                                                         Attorneys for Debtors

Exhibit A

Barbco, Inc.
Attn: Charles Carpenter
15003 Benfer Road
Houston, Tx 70069

Bayforce Staffing Solutions
Attn: Michael Nagy
146 2nd St. N., Suite 107
St. Petersburg, Fl 33701

CIT Technologies Corporation,
Assignee of GATX Technology Services
2285 Franklin Road
P.O. Box 2017
Bloomfield, Hills, Mi 48303-2017

Futuristic Foods, Inc.
Attn: Michael Scarpulla, President
100 Benjamin Street
Toms River, NJ 08755

Infosys Technologies Limited
Electronics City, Hosur Road
Bangalore 560 100 India

Infosys Technologies Limited
Attn: Legal Department
34760 Campus Drive
Fremont, Ca 94555

Mead Westvaco Package System, Llc
1040 West Marietta St., NW
Atlanta, Ga 30318

Modis Consulting
Attn: Guy Cudihee
Modis Tower
1 Independent Drive
Jacksonville, Fl 32202

National Welders Supply Company, Inc.
1402 West Green St.
High Point, NC 27260

Scanna Energy Marketing, Inc.
Contract Administration
P.O. Box 23606
Columbia, Sc 29224

Sam Group, Inc.
11 Smith Hines Rod.
Greenville, Sc 29607

Wipro Limited
Attn: Legal Dept., Wipro Technologies
Dodda Kannelli, Sarjapur Road
Bangalore 560-035
India

Futuristic Foods Inc
1273 19th Street Lane NW
Hickory, Nc 28601

Gatx Technology Services Corp
Attn: Michael Wilkinson
1 Cit Drive
Livingston, NJ 07039

General Electric Capital Corp
C/O Moritt Hock Hamroff Et Al
Attn Marc Hamroff/Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

GE Commercial Equipt Financing
Attn Paul Heringslake, VP
160 International Parkway Ste 120
Heathrow, Fl 32746

General Electric Capital Corp
William S Theis, VP Reg Sales Mgr
Commercial Equipment Financing
2385 Executive Center Drive Ste 200
Boca Raton, Fl 33431

2

Infosys Technologies Limited
Bank Of America Lockbox Service
3998 Collections Center Drive
Infosys Technologies
Chicago, Il  60693

Infosys Technologies Limited
Attn:  Legal Department
34760 Campus Drive
Fremont, Ca  94555

Mead Westvaco Package System, Llc
1040 West Marietta St., N.W.
Atlanta, Ga  30318

Modis, Inc
C/O Mps Group, Inc
Attn Deeann Walton
1 Independent Drive, 10th Fl
Jacksonville, Fl  32202

National Welders Supply Co Inc
1402 West Green St.
High Point, NC  27260

Sam Group, Inc
Po Box 31741
Dept 318
Charlotte, NC  28231

Sam Group, Inc
Attn Sam Kelly, Pres
11 Smith Hines Road
Greenville, Nc  29607

Sam Group, Inc.
297-G Garlington Rd.
Greenville, Sc  29615

Scana Energy Marketing Inc
C/O Morre & Van Allen Pllc
Attn: David B Wheeler, Esq
40 Calhoun St, Ste 300
PO Box 22828
Charleston, Sc  29413-2828

Scanna Energy Marketing Inc.
Contract Administration
P.O. Box 23606
Columbia, SC  29224

Wipro Limited
Attn:  Legal Dept., Wipro Technologies
Dodda Kanelli, Sarjapur Road
Bangalore 560-035 India

2