**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY OF LASSITER PROPERTIES, INC. AND LONDON ASSOCIATES, LTD.**

I, Adam Ravin, certify that on March 27, 2006 I caused to be served the Order Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property of Lassiter Properties, Inc. and London Associates, Ltd. [Docket No. 6760] by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A, and via email to the parties listed in Exhibit B.

Dated: March 27, 2006

                                                                 SKADDEN, ARPS, SLATE,
                                                                 MEAGHER & FLOM LLP

                                                                 By: /s/ *Adam Ravin*
                                                                Adam Ravin
                                                                Four Times Square
                                                                New York, New York 10036
                                                                (212) 735-3000
                                                                (212) 735-2000 (facsimile)

                                                                    - and –

2

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

2

Exhibit A

James L. Paul
John K. Rezac
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia  30303

R. Scott Shuker, Esq.
Gronek & Latham, LLP
390 North Orange Avenue, Ste 600
P.O. Box 3353
Orlando, Florida  32801

Exhibit B

Joyce A. Kuhns
Saul Ewing LLP
Lockwood Place
500 East Pratt Street
Baltimore, MD  21202-3171
JKuhns@saul.com

Thomas R. Lehman
Tew Cardenas LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
TRL@tewlaw.com

Karen K. Specie
Scruggs and Carmichael, P.A.
Metrocorp Center
4041 N.W. 37th Place
Suite B
Gainesville, FL 32606
specie@scruggs-carmichael.com