# World Fitness
## 214 St. James Ave.
## Goose Creek, SC 29445
## 843-553-4447

FILED
JACKSONVILLE, FLORIDA

MAR 27 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To: U.S. Bankruptcy Court
   300 N. Hogan St.
   Suite 3-350
   Jacksonville, FL 32202

To Whom It May Concern:
   World Fitness is requesting to be added to the mailing list for the Winn-Dixie Inc. Chapter 11 reorganization.

Respectfully,

*[signature: Cliff Block]*

Cliff Block
  Owner