

```
                                                        F I L E D
                                                     JACKSONVILLE, FLORIDA

                                                        MAR 27 2006

                                                    CLERK, U.S. BANKRUPTCY COURT
                                                     MIDDLE DISTRICT OF FLORIDA
```

March 20, 2006

Clerk
U S Bankruptcy Court
Middle District of Florida
300 North Hogan Street 4th Floor
Jacksonville, FL 32202

Gentlemen:

Subject:  Winn Dixie Stores, Inc/Table Supply Food Stores Co., Inc.
 Bankruptcy Case Number: 05-11062/05-03819
 Account Number: 5596887001
 Amount: $259.22
 Claim Number: 461

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn as all liabilities have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Brenda Wilson
Collection Division
Bankruptcy Section
Phone: (225) 219-2252

CC: Logan & Company, Inc.