**[3902a]** [Notice of Continued or Rescheduled Hearing]

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05−bk−03817−JAF
                                                                Chapter 11

Winn−Dixie Stores, Inc

_____     Debtor(s)        /

### NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing (Final) on Motion for Relief From Stay filed by Larry Green is rescheduled to May 8, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 28, 2006 .

                        Clerk of Court

                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Edward P. Jackson, Attorney for Movant
Counsel for Committee of Unsecured Creditors