UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

STIPULATION AND WAIVER REGARDING
TIME REQUIREMENTS ON MOTION FOR RELIEF
FROM STAY FILED BY DORTHA MOHUNDRO

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Dortha Mohundro stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Dortha Mohundro (the "Motion") (Docket No. 6256). The parties also stipulate and agree to (i) the scheduling of the Motion for final

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

hearing on or after May 1, 2006, and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: March 28, 2006.

| GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Brian D. Zinn\** <br>     Brian D. Zinn | By   *s/ Leanne McKnight Prendergast* <br>     Leanne McKnight Prendergast |
| Florida Bar Number 12497 <br> Post Office Box 2366 <br> Fort Myers, Florida 33902 <br> (239) 334-1146 <br> bzinn@gbclaw.com <br> Attorneys for Dortha Mohundro | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| *\* Counsel has authorized his electronic signature.* | -and- <br><br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> rgray@skadden.com <br><br> Attorneys for the Debtors |

526522