**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  

Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____ /

NOTICE OF RESCHEDULED HEARING

     NOTICE IS GIVEN that a hearing (Final) on Motion for Relief From Stay filed by Charlene Miller and Robert Miller is rescheduled to July 10, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 28, 2006 .

        Clerk of Court
        300 North Hogan Street Suite 3−350
        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Robert L. Wunker, Attorney for Movant
Counsel for Committee of Unsecured Creditors