**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:05−bk−03817−JAF
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Winn−Dixie Stores, Inc

　　　　　Debtor(s)　　　　/

NOTICE OF RESCHEDULED HEARING

　　NOTICE IS GIVEN that a hearing (Final) on Motion for Relief From Stay filed by Thrivent Financial for Lutherans is rescheduled to August 7, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 28, 2006 .

　　　　　　　　　　Clerk of Court
　　　　　　　　　　300 North Hogan Street Suite 3−350
　　　　　　　　　　Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Thomas Lallier, Attorney for Movant
Counsel for Committee of Unsecured Creditors