**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR**
**RELIEF FROM STAY FILED BY BETTY TERRELL**

Creditor, Betty Terrell, gives notice of the withdrawal, with prejudice, of her motion for relief from stay (Docket No. 2634).

Dated: March ____, 2006

                CHURCH, MINOR, ABBOTT, FURR
                & DAVIS, P.C.


                By_____
                  Matt Abbott

                Alabama Bar Number ASB-3107-P70A
                Mississippi Bar Number MSB-100293
                1609 Cogswell Avenue
                Pell City, Alabama  35125
                (205) 338-2295

                Attorneys for Betty Terrell

506007