UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,             Case No.**:** 3-05-bk-03817-JAF
                                                                                   Chapter 11

                       Debtor(s)           /            Jointly Administered

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the United States Trustee's Notice of Appointment of Additional Creditor to Committee of Creditors' Holding Unsecured Claims, has been furnished electronically or by mail to the individuals listed on the March 27, 2006 master service list, and to the members of the unsecured creditors committee on March 28, 2006.

                                               Felicia S. Turner
                                               United States Trustee
                                               Region 21


                                               /s/ Elena L. Escamilla
                                               Elena L. Escamilla, Trial Attorney
                                               135 W. Central Blvd., Suite 620
                                               Orlando, FL 32801
                                               Telephone No.:   (407) 648-6465
                                               Facsimile No.:    (407) 648-6323
                                               Florida Bar No.: 898414