UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                         Chapter 11
        Debtors.                    )    Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Denise Clevenger  (Claim No. 3134) [Docket No. 6717] was furnished by mail on March 29, 2006 to Denise Clevenger c/o Steven Rudin, Esq., 9130 S. Dadeland Blvd., Miami, Florida 33156.

Dated:  March 29, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*    <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By     *s/ James H. Post*    <br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC