UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jocelyn Rodriguez (Claim No. 8947) [Docket No. 6714] was furnished by mail on March 29, 2006 to Jocelyn Rodriguez c/o Alex Kapetan, Esq., Wites 7 Kapetan, P.A., 4400 N. Federal Hwy, Lighthouse Point, Florida 33064.

Dated: March 29, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  D. J. Baker  Sally McDonald Henry  Rosalie Gray | By   *s/ James H. Post*  Stephen D. Busey  James H. Post (FBN 175460)  Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC