UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 21, 2006, I caused copies of:

- the **Notice of Debtors' Seventh Omnibus Objection to Overstated Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: March 29, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 7A

# EXHIBIT A
# SERVICE LIST

**Notice of Debtors' Seventh Omnibus**
**Objection to Overstated Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403502-15<br>AADITYA, INC.<br>ATTN OJASH JARIWALA<br>3748 MT DIABLO BLVD<br>LAFAYETTE CA 94549 | CREDITOR ID: 407423-15<br>ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD WI 54405 | CREDITOR ID: 395560-15<br>ADAIR DISTRIBUTING, INC<br>ATTN KIM ADAIR, VP, CONTROLLER<br>2560 MANORCA AVE<br>NAPLES FL 34112 |
| CREDITOR ID: 394052-61<br>ADAMS & ADAMS, LLP<br>ATTN BRIAN DAVIS<br>155 S MIAMI AVE, 9TH FLOOR<br>MIAMI, FL 33130 | CREDITOR ID: 403534-15<br>ADAMS RESPIRATORY THERAPEUTICS<br>ATTN WALTER E RIEHEMANN, ESQ<br>425 MAIN STREET<br>CHESTER NJ 07930 | CREDITOR ID: 241653-12<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWIAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377 |
| CREDITOR ID: 410692-97<br>AFP ADVANCED FOOD PRODUCTS LLC<br>ATTN: WILLIAM ORBAN, CFO<br>PO BOX 72447-8377<br>PHILADELPHIA PA 19170-8377 | CREDITOR ID: 241766-12<br>AIRGAS SOUTH, INC<br>ATTN B HIRTH/JOSHUA T WILKINS<br>PO BOX 532609<br>ATLANTA, GA 30353-2609 | CREDITOR ID: 242115-12<br>AMCOR PET PACKAGING USA INC<br>ATTN WILLIAM CASSELL, GROUP MGR<br>10521 S HWY M-52<br>MANCHESTER MI 48158 |
| CREDITOR ID: 395536-15<br>AMERICAN ELECTRIC POWER<br>ATTN DEBRA CROUCH<br>PO BOX 2021<br>ROANOKE VA 24022-2121 | CREDITOR ID: 381751-15<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 | CREDITOR ID: 242321-12<br>AMERIPLUS INC<br>ATTN STEVEN W POIRIER, PRES<br>PO BOX 1739<br>OLDSMAR FL 34677 |
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 410755-15<br>AMROC INVESTMENTS LLC, ASSIGNEE<br>RX LABEL TECHNOLGY<br>ATTN DAVIS S LEINWAND, ESQ<br>535 MADISON AVENUE, 15TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 403478-15<br>AMSW, INC<br>C/O STOVASH, CASE & TINGLEY, PA<br>ATTN RACHEL E ADAMS, ESQ<br>200 S ORANGE AVENUE, SUITE 1200<br>ORLANDO FL 32801 |
| CREDITOR ID: 404156-95<br>ARNOLD TRANSPORTATION SERVICES<br>ATTN BILL TOOMEY, CR & COLL SUPERV<br>451 FREIGHT STREET<br>CAMP HILL PA 17011 | CREDITOR ID: 382392-51<br>ASCENTIAL SOFTWARE<br>50 WASHINGTON STREET<br>WESTBORO, MA 01581 | CREDITOR ID: 382392-51<br>ASCENTIAL SOFTWARE<br>MIRICK O'CONNELL<br>ATTN PAUL W CAREY, ESQ<br>100 FRONT STREET<br>WORCESTER MA 01608 |
| CREDITOR ID: 242637-12<br>ASKER DISTRIBUTORS, INC<br>ATTN ALAN G ASKER, PRESIDENT<br>PO BOX 13152<br>TALLAHASSEE, FL 32317-3152 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 242964-12<br>BAKERY CRAFT<br>ATTN KIMBERLY MILAZZO, AR SUPERV<br>PO BOX 37<br>WEST CHESTER, OH 45071 |
| CREDITOR ID: 243071-12<br>BAREFOOT BAY WATER & SEWER DIST<br>C/O COUNTY OF BREVARD ATTORNEY<br>ATTN BARBARA B AMMAN, ESQ<br>2725 JUDGE FRAN JAMIESON WAY<br>VIERA FL 32940 | CREDITOR ID: 243071-12<br>BAREFOOT BAY WATER & SEWER DIST<br>BREVARD COUNTY BD OF COUNTY COMM<br>931 BAREFOOT BLVD, STE 2<br>BAREFOOT BAY, FL 32976-7619 | CREDITOR ID: 243135-12<br>BAUMER FOOD PRODUCTS<br>ATTN TAMMY A ROSER<br>PO BOX 54692<br>NEW ORLEANS, LA 70154-4692 |
| CREDITOR ID: 243169-12<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO, IL 60690-1455 | CREDITOR ID: 243173-12<br>BBF PRINTING SOLUTIONS<br>ATTN TAMMY LYONS<br>PO BOX 250<br>PINELLAS PARK FL 33780-0250 | CREDITOR ID: 243198-12<br>BEARINGS & DRIVES INC<br>ATTN ANDREW H NATIONS, PRESIDENT<br>PO BOX 116733<br>ATLANTA, GA 30368-6733 |
| CREDITOR ID: 243210-12<br>BEAUTY ENTERPRISES<br>ATTN CAROL HARRISON, CR MGR<br>150 MEADOW ST<br>HARTFORD, CT 06114 | CREDITOR ID: 243348-12<br>BERNER FOODS INC<br>PO BOX 778<br>FREEPORT, IL 61032 | CREDITOR ID: 243349-12<br>BERNER FOODS INC<br>ATTN THOMAS D DICKSON, VP/CFO<br>2034 E FACTORY RD<br>DAKOTA IL 61018 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                        **CASE:   05-03817-3F1**

CREDITOR ID: 399396-15
BEST ACCESS SYSTEMS
ATTN RAY MINCE
6161 E 75TH STREET
INDIANAPOLIS IN 46250

CREDITOR ID: 243604-12
BLAIREX LABORATORIES, INC
ATTN: GLENN A DODGE, CFO
PO BOX 2127
COLUMBUS, IN 47202-2127

CREDITOR ID: 381780-15
BLISTEX INC
ATTN DANIEL S LISZKA, CR MGR
1800 SWIFT DRIVE
OAK BROOK IL 60523

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
C/O THOMPSON HINE LLP
ATTN JERRY VANDE WERKEN, ESQ
10 W BROAD STREET, SUITE 700
COLUMBUS OH 43215-3435

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
PO BOX 243
NEW LEXINGTON, OH 43764

CREDITOR ID: 408215-15
BREVARD COUNTY ATTORNEY
BREVARD CO BOARD CO COMMISSIONERS
ATTN BARBARA B AMMAN, ASST CO ATTY
2725 JUDGE FRAN JAMIESON WAY
VIEVA FL 32940

CREDITOR ID: 244035-12
BROOKS STREET BAKERY
PO BOX 8767
ROLAND HEIGHTS CA 91748-0767

CREDITOR ID: 406073-15
BROOKS STREET BAKERY
ATTN PAM SCALZO OR W WEBER
5560 BROOKS STREET
MONTCLAIR CA 91763

CREDITOR ID: 244120-12
BRYANT'S MEATS INC
ATTN ROBERT H HUNT, OWNER
PO BOX 321
TAYLORSVILLE, MS 39168-0321

CREDITOR ID: 410542-15
BUMBLE BEE FOODS, LLC
ATTN DAVID HERBST, FIN DIR
PO BOX 85362
SAN DIEGO CA 92186-5362

CREDITOR ID: 384021-47
BUMBLE BEE SEAFOOD LLC
PO BOX 90335
CHICAGO, IL 60696-0035

CREDITOR ID: 244185-12
BURD & FLETCHER COMPANY
ATTN DONALD C HULFELD, VP FIN
5151 EAST GEOSPACE DRIVE
INDEPENDENCE MO 64056

CREDITOR ID: 406167-15
BURRIS LOGISTICS
ATTN: MIKE SCARBOROUGH
501 SE 5TH STREET
MILFORD DE 19963

CREDITOR ID: 406166-15
BURRIS REFRIGERATED LOGISTICS
ATTN MIKE SCARBOROUGH, ASST SEC
4501 DIGNAN STREET
JACKSONVILLE FL 32254

CREDITOR ID: 244250-12
BWI COMPANIES, INC
ATTN ART PHELPS, CORP CR MGR
PO BOX 990
NASHVILLE TN 75569

CREDITOR ID: 244330-12
CABOT CREAMERY COOPERATIVE INC
ATTN LAURA DEPRATO, CREDIT MGR
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 408162-97
CABOT CREAMERY COOPERATIVE INC
ATTN: ED TOWNLEY, VP CONTROLLER
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244420-12
CAMP TRANSPORTATION, INC
ATTN RICHARD E CAMP, PRESIDENT
PO BOX 6722
JACKSONVILLE, FL 32236-6722

CREDITOR ID: 410541-15
CAMP TRANSPORTATION, INC
ATTN RICHARD E CAMP, PRESIDENT
6200 SOUTEL DRIVE
JACKSONVILLE FL 32219

CREDITOR ID: 244462-12
CAPITAL CITY PRESS
ATTN KAY RICE, CR MGR
PO BOX 588
BATON ROUGE, LA 70821

CREDITOR ID: 244538-12
CARL BUDDIG & CO
PO BOX 72238
CHICAGO, IL 60678-2238

CREDITOR ID: 407492-15
CARL BUDDIG & CO
ATTN SHELLY DUTKA, CUST SRVC SUPV
950 W 175TH STREET
HOMEWOOD IL 60430

CREDITOR ID: 244625-12
CAROLINA DOOR CONTROLS INC
ATTN RUFUS R MINOR, II, MGR
PO BOX 890277
CHARLOTTE, NC 28289-0277

CREDITOR ID: 244698-12
CARRIER SALES & DISTRIBUTION
ATTN RON REITLER
PO BOX 668109
CHARLOTTE, NC 28266

CREDITOR ID: 244804-12
CCA INDUSTIRES INC
ATTN ROBIN LYNN DECHERT, ASST CONTR
200 MURRAY HILL PKY
EAST RUTHERFORD, NJ 07073-2113

CREDITOR ID: 406141-15
CENTRE STAGE LIMITED PARTNERSHIP
C/O BREGMAN BERBERT ET AL
ATTN LAURENCE H BERBERT, ESQ
7315 WINSCONSIN AVE, SUITE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 406164-15
CHAFFEE POINT HOSPITALITIES LLC DBA
HAMPTON INN
ATTN JANE P MOTLEY, MANAGING MEMBER
548 CHAFFEE POINT BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 245007-12
CHARDON LABORATORIES INC
ATTN CHARLES L FULLER, CFO
7300 TUSSING RD
REYNOLDSBURG OH 43068-4111

CREDITOR ID: 245159-12
CHELSEA MILLING CO
ATTN ROBERT NEESAM, CONTROLLER
PO BOX 460
CHELSEA, MI 48118-0460

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399299-15<br>CHEM-AQUA<br>ATTN SUSAN RICHEY, CR SUPERV<br>2727 CHEMSEARCH BLVD<br>IRVING TX 75062 | CREDITOR ID: 245167-12<br>CHEMPOINT.COM<br>ATTN CHRIS JARDINE, FIN DIR<br>411 108TH AVENUE NE, SUITE 1050<br>BELLUVUE, WA 98004 | CREDITOR ID: 407592-99<br>CHEP EQUIPMENT POOLING SYSTEMS<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 245219-12<br>CHEVRON PRODUCTS COMPANY<br>ATTN FRED TAYLOR, CREDIT ANALYST<br>PO BOX 9400<br>CONCORD CA 94524-1940 | CREDITOR ID: 240014-06<br>CITY OF DAYTONA BEACH<br>ATTN A JACKSON, ASST CITY ATTORNEY<br>PO BOX 2451<br>DAYTONA BEACH FL 32115-2451 | CREDITOR ID: 240034-06<br>CITY OF DURHAM<br>COLLECTIONS DIVISION<br>ATTN DONALD D POWELL OR DON DANIEL<br>101 CITY HALL PLAZA<br>DURHAM NC 27701 |
| CREDITOR ID: 245753-12<br>CITY OF FLORENCE WATER DEPT<br>ATTN LYNWOOD F GIVENS<br>CITY-COUNTY COMPLEX ZZ<br>180 N IRBY ST<br>FLORENCE, SC 29501 | CREDITOR ID: 245781-12<br>CITY OF GASTONIA TAX DEPT<br>ATTN SALLY BARKOWSKI<br>PO BOX 1748<br>GASTONIA, NC 28053 | CREDITOR ID: 403414-15<br>CITY OF GREENSBORO, NC<br>ATTN CHRISTOPHER S PAYNE TAX COLL<br>PO BOX 3136<br>GREENSBORO NC 27402-3136 |
| CREDITOR ID: 240092-06<br>CITY OF HALLANDALE BEACH<br>ATTN DAVID JOVE, CITY ATTORNEY<br>400 S FEDERAL HIGHWAY<br>HALLANDALE BEACH FL 33309 | CREDITOR ID: 265621-14<br>CITY OF HALLANDALE BEACH FIN DEPT<br>ATTN MARK ANTONIO, FIN DIR<br>400 S FEDERAL HWY<br>HALLANDALE FL 33009-6433 | CREDITOR ID: 245980-12<br>CITY OF MOULTRIE<br>C/O WHELCHEL CARLTON & WALLER LLP<br>ATTN MICKEY E WALLER, ESQ<br>PO BOX 758<br>MOULTRIE GA 31776 |
| CREDITOR ID: 245980-12<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE, GA 31776 | CREDITOR ID: 246116-12<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | CREDITOR ID: 404403-95<br>CITY OF WEST PALM BEACH, FL<br>C/O CITY OF W PALM BEACH ATTORNEY<br>ATTN LISA M CONFORTI, ESQ<br>200 2D STREET<br>PO BOX 3366<br>WEST PALM BEACH FL 33402 |
| CREDITOR ID: 404403-95<br>CITY OF WEST PALM BEACH, FL<br>PO BOX 3506<br>WEST PALM BEACH FL 33402-3506 | CREDITOR ID: 246291-12<br>CJ'S SALES & SERVICE<br>ATTN DUDLEY A HARGROVE, OWNER<br>132 NE 17TH PLACE<br>OCALA, FL 34470 | CREDITOR ID: 246300-12<br>CLAMP SWING PRICING COMPANY<br>ATTN BEN GARFINKLE, PRESIDENT<br>8386 CAPWELL DR<br>OAKLAND, CA 94621 |
| CREDITOR ID: 411190-15<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | CREDITOR ID: 404427-95<br>COASTAL TRUCK BROKERS LLC<br>ATTN SCOTT J COMFAUX, CONTROLLER<br>PO BOX 485<br>CARENCRO LA 70520 | CREDITOR ID: 246617-12<br>COLGIN CO<br>ATTN KERRY THORNHILL, VP<br>2230 VALDINA<br>DALLAS TX 75207 |
| CREDITOR ID: 246744-12<br>COMMERCIAL SHUTTLE SERVICE<br>ATTN MELBA J COLLINS, PRES<br>PO BOX 50575<br>ALBANY, GA 31703-0575 | CREDITOR ID: 378305-15<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 | CREDITOR ID: 246874-12<br>CONROS CORPORATION<br>ATTN MAHENDRA VARIYA, CONTROLLER<br>41 LESMILL ROAD<br>NORTH YORK ON M3B2T3<br>CANADA |
| CREDITOR ID: 246959-12<br>COOKE COMMUNICATIONS LLC DBA<br>KEY WEST CITIZEN<br>ATTN PAUL CLAKIN, CFO<br>PO BOX 1800<br>KEY WEST, FL 33041-1800 | CREDITOR ID: 246974-12<br>COOPERATIVE PROPANE INC<br>ATTN JUDY M BRAGG<br>414 TWAIN CURVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 266187-14<br>COUNTY OF BAY<br>C/O BURKE BLUE HUTCHISON & WALTERS<br>ATTN WILLIAM C HENRY, ESQ<br>221 MCKENZIE AVENUE<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 618-03<br>COUNTY OF MIAMI DADE WATER & SEWER<br>ATTN LINDA KENT, CUSTOMER SVC SUP 1<br>PO BOX 330316<br>MIAMI FL 33233 | CREDITOR ID: 247198-12<br>CREST STEP ON INC<br>ATTN DAVID C DUPONT, PRES<br>PO BOX 920706<br>HOUSTON, TX 77292-0706 | CREDITOR ID: 410920-15<br>CRYSTAL LAKE AT ORLANDO<br>C/O FRAZIER HOTTE & ASSOCIATES<br>ATTN ROBERT W FRAZIER, JR<br>6550 N FEDERAL HWY #220<br>FT LAUDERDALE FL 33308 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | CREDITOR ID: 247577-12<br>DANKA OFFICE IMAGING CO<br>ATTN LEE ACEVEDO<br>11401 16TH COURT N<br>ST PETERSBURG FL 33778 | CREDITOR ID: 247777-12<br>DAYTONA TIMES<br>ATTN PUBLISHER/GEN MGR<br>PO BOX 1110<br>DAYTONA BEACH, FL 32115-1110 |
| CREDITOR ID: 248046-12<br>DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | CREDITOR ID: 399434-15<br>DISPLAY SPECIALTIES, INC<br>ATTN LAUREN HARVEY<br>9 BEACON DRIVE<br>WILDER KY 41076 | CREDITOR ID: 404558-95<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 |
| CREDITOR ID: 248479-12<br>DOVER CONE<br>ATTN RICHARD BRONOWICKI, DIR OF OP<br>4350 HARVESTER ROAD<br>BURLINGTON, ON L7R 3Y7<br>CANADA | CREDITOR ID: 248629-12<br>E&B GIFTWARE, LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701 | CREDITOR ID: 243782-12<br>EARL W COLVARD, INC DBA<br>BOULEVARD TIRE CENTER<br>816 S WOODLAND BLVD<br>DE LAND FL 32720 |
| CREDITOR ID: 248659-12<br>EARTHSTONE INTERNATIONAL LLC<br>ATTN RICHARD L KILEY, CEO<br>555 REPUBLIC DRIVE, SUITE 440<br>PLANO, TX 75024 | CREDITOR ID: 248659-12<br>EARTHSTONE INTERNATIONAL LLC<br>C/O MCCLAUGHERTY & SILVER, PC<br>ATTN JOHN K SILVER, ESQ<br>PO BOX 8680<br>SANTA FE NM 87504-8680 | CREDITOR ID: 248818-12<br>EDWARDS MANUFACTURING<br>ATTN KARL HEROLD, CONTROLLER<br>1316 TECH BLVD<br>TAMPA FL 33619 |
| CREDITOR ID: 410684-15<br>ELMERS PRODUCTS INC<br>ATTN MICHELLE VICKERS<br>PO BOX 42336<br>CINCINNATI OH 45242 | CREDITOR ID: 248625-12<br>ET BROWNE DRUG CO, INC<br>ATTN GERMAINE HALAS, CONTROLLER<br>440 SYLVAN AVE<br>PO BOX 1613<br>ENGLEWOOD CLIFFS, NJ 07632 | CREDITOR ID: 249239-12<br>EVENFLO COMPANY, INC<br>ATTN TERESA MILEY, CREDIT MGR<br>NORTHWOODS BUSINESS CENTER II<br>707 CROSSROADS COURT<br>VANDALIA, OH 45377 |
| CREDITOR ID: 399347-15<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>C/O CLICKMAN WITTERS AND MARELL<br>ATTN WILLIAM J MARELL ESQ<br>1601 FORUM PLACE, STE 1101<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 410361-15<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | CREDITOR ID: 407677-15<br>FEDERAL EXPRESS CORPORATION<br>ATTN CINDY MEACHA, REV REC/BANKRUP<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS TN 38132 | CREDITOR ID: 249505-12<br>FILMART<br>ATTN JUDITH LEFKOWITZ<br>4111 GLENWOOD RD<br>BROOKLYN, NY 11210-2024 |
| CREDITOR ID: 249626-12<br>FLANDERS PRECISIONAIRE<br>CORPORATE OFFICES<br>ATTN PAMELA M BRANDEN, PARALEGAL<br>PO BOX 7568<br>ST PETERSBURG FL 33734-7560 | CREDITOR ID: 411385-97<br>FLANDERS PRECISIONAIRE<br>ATTN: JOHN HODSON<br>2399 26TH AVENUE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 404048-15<br>FLAV-O-RICH, INC<br>ATTN TERESA SMITH<br>221 HAL ROGERS PARKWAY<br>LONDON KY 40741 |
| CREDITOR ID: 384126-47<br>FLORIDA EAST COAST RAILWAY<br>ATTN WILLIAM A COGGINS, JR, CR MGR<br>ONE MALAGA STREET<br>PO BOX 1048<br>ST AUGUSTINE FL 32085-1048 | CREDITOR ID: 384126-47<br>FLORIDA EAST COAST RAILWAY<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, SUITE 1700<br>JACKSONVILLE FL 32207 | CREDITOR ID: 404702-95<br>FOX PROTECTIVE SERVICES INC<br>ATTN BRIAN FOX, PRESIDENT<br>4905 W LAUREL STREET, SUITE 301<br>TAMPA FL 33607-3838 |
| CREDITOR ID: 250115-12<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 | CREDITOR ID: 250239-12<br>GALDERMA LABORATORIES<br>ATTN GENERAL COUNSEL<br>14501 NORTH FREEWAY<br>FORT WORTH TX 76177 | CREDITOR ID: 250251-12<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>C/O ADAMS & REESE LLP<br>ATTN CONRAD MEYER IV, ESQ<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 4500<br>NEW ORLEANS LA 70139 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                 **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 423151-97<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>C/O ADAMS & REESE LLP<br>ATTN: CONRAD MEYER IV, ESQ<br>ONE SHELL SQUARE<br>701 POYDRAS ST, STE 4500<br>NEW ORLEANS LA 4506 | CREDITOR ID: 250251-12<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>ATTN: SAM SCELFO, PRES<br>PO BOX 857<br>KENNER, LA 70063 | CREDITOR ID: 250322-12<br>GATOR FINER FOODS INC & COMMERCIAL<br>BUSINESS FINANCE<br>ATTN ANDREW RUSSO, PRES<br>PO BOX 1209<br>WINTER PARK FL 32790 |
| CREDITOR ID: 381917-15<br>GMAC COMMERCIAL FINANCE LLC<br>ATTN CRAIG GALLETTO, ASST VP<br>1290 AVENUE OF THE AMERICAS, 3RD FL<br>NEW YORK NY 10104 | CREDITOR ID: 380945-47<br>GONZALEZ & TAPANES FOODS DBA<br>SANTA FE INTERNATIONAL<br>ATTN FERNANDO GONZALEZ, SALES MGR<br>9151 NW 97 TERRACE<br>MEDLEY FL 33178 | CREDITOR ID: 410934-15<br>GREEN MOUNTAIN COFFEE ROASTERS, INC<br>C/O MERRITT & MERRITT & MOULTON<br>ATTN H KENNETH MERRITT JR, ESQ<br>PO BOX 5839<br>BURLINGTON VT 05402 |
| CREDITOR ID: 250874-12<br>GREENS-R-US<br>ATTN S KAY FISH, CO-OWNER<br>16150 CREWS ROAD<br>GLEN ST MARY FL 32040 | CREDITOR ID: 404780-95<br>GREENWOOD PACKING PLANT<br>C/O CAROLINA PRIDE FOODS INC<br>ATTN MARK LITTS, CONTROLLER<br>PO BOX 188<br>GREENWOOD SC 29648-0188 | CREDITOR ID: 250908-12<br>GREENWOOD PACKING PLANT<br>PO BOX 751645<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 251084-12<br>H&T SEAFOOD INC<br>ATTN LU THONG, PRES<br>5598 LINDBERGH LANE<br>BELL, CA 90201 | CREDITOR ID: 251122-12<br>HABETZ ROOF SERVICE, INC<br>ATTN SANDRA B HABETZ, OFF MGR<br>4217 ROBERTS COVE ROAD<br>RAYNE, LA 70578 | CREDITOR ID: 251286-12<br>HARRIS TRANSPORT COMPANY<br>ATTN C R HIGHLANDS, VP COLLECTIONS<br>PO BOX 529<br>MONROE, NC 28111 |
| CREDITOR ID: 384153-47<br>HC BRILL COMPANY INC<br>ATTN STEPHANIE OWENS, AR SUPERV<br>1912 MONTREAL ROAD<br>TUCKER, GA 30084 | CREDITOR ID: 407556-15<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | CREDITOR ID: 251391-12<br>HEALTHTEX DIST CORP<br>ATTN NATTY R ELIAS, PRES<br>3555 NW 41ST ST<br>MIAMI, FL 33142 |
| CREDITOR ID: 251514-12<br>HERBONICS INC/SHENANDOAH<br>GROWERS, INC.<br>ATTN TIMOTHY HEYDON, PRESIDENT<br>PO BOX 228<br>LACEY SPRING VA 22833 | CREDITOR ID: 251521-12<br>HERITAGE FOODS<br>PO BOX 54720<br>LOS ANGELES, CA 90054-0720 | CREDITOR ID: 406299-15<br>HERITAGE FOODS LLC<br>ATTN JACK P NOENICKX, VP<br>4002 WEST WESTMINSTER<br>SANTA ANA CA 92703 |
| CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 251617-12<br>HILEX POLY CO LLC<br>ATTN JACK JOSEY, CREDIT MGR<br>101 E CAROLINA AVENUE<br>HARTSVILLE SC 29550 | CREDITOR ID: 251649-12<br>HIMMEL NUTRITION<br>PO BOX 845449<br>BOSTON, MA 02284-5449 |
| CREDITOR ID: 410370-15<br>HIMMEL NUTRITION, INC<br>ATTN DEBRA CARDILLO, CFO<br>1926 10TH AVENUE NORTH, SUITE 303<br>LAKE WORTH FL 33461 | CREDITOR ID: 251658-12<br>HINSDALE FARMS<br>ATTN MILTON SMITH, PRES<br>DEPT 77-6533<br>CHICAGO, IL 60678-6533 | CREDITOR ID: 251760-12<br>HOLLOWAY HOUSE INC<br>ATTN CAMERON N ECK, CFO<br>PO BOX 50126<br>INDIANAPOLIS, IN 46250 |
| CREDITOR ID: 251783-12<br>HOMADE FOODS SALES, INC<br>ATTN HOWARD H BURRIS/JEAN ROOK<br>4641 FORSYTH STREET<br>PO BOX 505<br>BAGDAD, FL 32530-0505 | CREDITOR ID: 250097-12<br>HOME MARKET FOODS INC DBA<br>FREEZER QUEEN FOODS INC<br>ATTN STEVEN SMITH, GM<br>975 FUHRMANN BLVD<br>BUFFALO NY 14203 | CREDITOR ID: 251808-12<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 |
| CREDITOR ID: 404841-95<br>HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | CREDITOR ID: 410411-15<br>HOUSE AUTRY MILLS, INC<br>ATTN PAUL PARKS, VP FINANCE<br>7000 US HWY 301 SOUTH<br>PO BOX 460<br>FOUR OAKS NC 27524-0460 | CREDITOR ID: 251932-12<br>HUISH DETERGENTS INC<br>ATTN MANDY SEXTON, A/R SUPERV<br>PO BOX 25057<br>SALT LAKE CITY, UT 84125 |

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252027-12<br>IDAHO FRESH PAK INCORPORATED<br>ATTN RICHARD A NELSON, CONTROLLER<br>ONE POTATO PLACE<br>PO BOX 130<br>LEWISVILLE, ID 83431-0130 | CREDITOR ID: 403390-15<br>IDELLE LABS<br>ATTN PAUL S LEVY, CR MGR<br>ONE HELEN OF TROY PLAZA<br>EL PASO TX 79912 | CREDITOR ID: 384172-47<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 |
| CREDITOR ID: 252216-12<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 | CREDITOR ID: 251977-12<br>I-TECH PERSONNEL SERVICES, INC<br>ATTN MARCO H TRAN, PRES<br>622 CASSAT AVENUE, SUITE 13<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 252929-12<br>JELLY BELLY CANDY COMPANY<br>ATTN CYNTHIA KING, AR SUPERV<br>ONE JELLY BELLY LANE<br>FAIRFIELD CA 94533 |
| CREDITOR ID: 253229-12<br>JOHN J JERUE TRANSPORTATION INC<br>ATTN BRENDA KOON, CR MGR<br>PO BOX 9007<br>BARTOW FL 33831-9007 | CREDITOR ID: 253696-12<br>KEELCO INC<br>ATTN OWNER<br>14476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 | CREDITOR ID: 411286-97<br>KEN ROBINSON OF FLORIDA<br>DIV OF WHITE ELECTRICAL CONST CO<br>ATTN: SAM I DUBOSE<br>1730 CHATTAHOOCHEE AVE<br>ATLANTA GA 30318 |
| CREDITOR ID: 408158-15<br>KEN ROBINSON OF FLORIDA<br>C/O WHITE ELECTRICAL CONSTRUCTION<br>ATTN SAM DUBOSE, CORP SEC<br>PO BOX 19629<br>ATLANTA GA 30325-0629 | CREDITOR ID: 407697-15<br>KEN ROBINSON OF FLORIDA, DIVISION<br>OF WHITE ELECTRICAL CONSTRUCTION CO<br>3225 EAST 4TH AVENUE<br>TAMPA FL 33605 | CREDITOR ID: 254010-12<br>KING RETAIL SOLUTIONS INC<br>ATTN PAUL R GERMANI, CONTROLLER<br>PO BOX 21910<br>EUGENE, OR 97402 |
| CREDITOR ID: 410735-15<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | CREDITOR ID: 254201-12<br>KYSOR PANEL SYSTEMS<br>ATTN RICK RINN, CFO<br>PO BOX 951613<br>DALLAS, TX 75395-1613 | CREDITOR ID: 254234-12<br>L&J GENERAL INTERNATIONAL<br>(EL SEMBRADOR)<br>2424 NW 46TH STREET<br>MIAMI, FL 33142 |
| CREDITOR ID: 254255-12<br>LA QUINTA ORLANDO WINTERPARK<br>ATTN ROBERT GEDCON, ASST GM<br>626 LEE ROAD<br>ORLANDO, FL 32810 | CREDITOR ID: 254917-12<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084 | CREDITOR ID: 254919-12<br>LNK INTERNATIONAL INC<br>ATTN ROBERT KORLOWSKI, CONTROLLER<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY 11788 |
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 403332-83<br>MASTER TRACE, INC<br>ATTN EUGENE MARCHESE, JR, PRES<br>4700 HIATUS ROAD, SUITE 355<br>SUNRISE FL 33351 | CREDITOR ID: 407645-15<br>MATTEL TOYS AKA<br>MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR, VP FN<br>MAIL STOP M1-1201<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012 |
| CREDITOR ID: 256079-12<br>MERCHSOURCE, LLC<br>ATTN KIRK MCLEAN<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610 | CREDITOR ID: 410514-15<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | CREDITOR ID: 256978-12<br>NATIONAL FREIGHT INC<br>ATTN JOSIAH KNAPP, SR VP & ESQ<br>1515 BURNT MILL ROAD<br>CHERRY HILL NJ 08003 |
| CREDITOR ID: 410995-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARKETPLACE AT WYCLIFFE, LK WORTH<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 257210-12<br>NEWS JOURNAL CORPORATION<br>ATTN JUDITH K BENNETT, CR MGR<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120-2831 | CREDITOR ID: 408390-97<br>ORLANDO PROVISIONS LLC<br>GATOR FINER FOODS INC<br>ATTN: FRANK ELEFANTI<br>7810 KINGSPOINT PKWY<br>ORLANDO FL 32819 |
| CREDITOR ID: 257772-12<br>ORLANDO SENTINEL<br>633 N ORANGE AVE MP 63<br>ORLANDO, FL 32801 | CREDITOR ID: 397815-75<br>PARTS STORE, THE DBA EQUIPMENT SALE<br>ATTN CHESLEY PIERCE<br>PO BOX 7393<br>MOBILE, AL 36670 | CREDITOR ID: 258275-12<br>PELICAN ICE & COLD STORAGE INC<br>ATTN CHERIE MCKEOUGH, AR MGR<br>PO BOX 2131<br>KENNER, LA 70063-2131 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.     **CASE:** 05-03817-3F1

CREDITOR ID: 258430-12
PHARMACEUTICAL FORMULATIONS, INC
ATTN SCOTT L KAHN, CONTROLLER
460 PLAINFIELD AVENUE
PO BOX 1904
EDISON NJ 08818-1904

CREDITOR ID: 410545-15
PINNACLE MANAGEMENT, INC
ATTN BARRY S CLIFTON, PRESIDENT
PO BOX 325
COTTLEVILLE MO 63338

CREDITOR ID: 259032-12
PURCELL INTERNATIONAL
ATTN WILLIAM E PURCELL, PRESIDENT
PO BOX 5043
WALNUT CREEK, CA 94596-1097

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 259159-12
RM PALMER COMPANY
ATTN CHARLES W SHEARER JR
PO BOX 1723
READING PA 19603-1723

CREDITOR ID: 406272-97
RM PALMER COMPANY
ATTN: CHARLES W SHEARER JR
77 SECOND AVENUE
WEST READING PA 19611

CREDITOR ID: 259884-12
RODGERS LAWN CARE
ATTN RUSSELL RODGERS, OWNER
21333 S BUCKHILL ROAD
CLERMONT, FL 34711

CREDITOR ID: 260026-12
ROTHBURY FARMS
1091 MOMENTUM PLACE
CHICAGO, IL 60689-5310

CREDITOR ID: 407575-15
ROTHBURY FARMS
ATTN JOHN E LALLO, CFO
4880 CORPORATE EXCHANGE
GRAND RAPIDS MI 49512

CREDITOR ID: 407574-15
ROTHBURY FARMS
ATTN JOHN E LALLO, CFO
4880 CORPORATE EXCHANGE
PO BOX 202
GRAND RAPIDS MI 49501-0202

CREDITOR ID: 411287-97
RX LABEL TECHNOLGY
ATTN: JOHN HANBY
3301 ENTERPRISE AVE
JOPLIN MO 64801-9783

CREDITOR ID: 417110-97
SEWARD & KISSEL LLP
ATTN; RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
ATTN SIDNEY KOHL, PROP MGR
340 ROYAL POINCIANA WAY, SUITE 305
PALM BEACH, FL 33480

CREDITOR ID: 377086-44
SM COCHRANE
ATTN STEVE COCHRANE, OWNER
3837 CAMPBELL ROAD
CHESAPEAKE, VA 23322

CREDITOR ID: 261302-12
SOUTH GEORGIA MEDIA GROUP
PO BOX 968
VALDOSTA, GA 31603-0968

CREDITOR ID: 406015-15
SOUTH GEORGIA MEDIA GROUP
ATTN BOBBIE F BRIGMAN, CR MGR
PO BOX 2349
MOULTRIE GA 31776

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 261911-12
STEAK-UMM COMPANY INC, THE
ATTN WILLIAM C BALLOU, CFO
153 SEARLES RD
POMFRET CENTER CT 06259

CREDITOR ID: 263217-12
TONE BROTHERS INC
ATTN KEVIN ROBY
2301 SE TONES DRIVE
ANKENY IA 50021

CREDITOR ID: 406115-15
VALASSIS COMMUNICATIONS, INC
ATTN RON SCHOMER/RHONDA COPELAND
19975 VICTOR PARKWAY
LIVONIA MI 48152

CREDITOR ID: 382190-51
VALASSIS SALES AND MARKETING, INC
19975 VICTOR PARKWAY
LIVONIA, MI 48152

CREDITOR ID: 264513-12
WAYNE AUTO FIRE SPRINKLER, INC
ATTN ROBERT W FULLER, CONTROLLER
222 CAPITOL CT
OCOEE, FL 34761-3033

**Total:** 202

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* <br> ) |
| Debtors.[1] | ) Jointly Administered <br> ) |

**NOTICE OF DEBTORS' SEVENTH OMNIBUS**
**OBJECTION TO OVERSTATED CLAIMS**

[claimant's name & address]                                    [counsel address (if any]

| CLAIM(S) TO BE REDUCED | |
|---|---|
| CLAIM NO. <br> CLAIM AMOUNT: <br><br> REDUCED AMOUNT: | REASON FOR <br> REDUCTION: |

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on March 21, 2006 their Seventh Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above**

3.    If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 10, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.    Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

6.	In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.	A hearing will be held on **April 20, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.	The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.	The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.	**If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: March 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   */s/ D.J. Baker*  <br>     D.J. Baker <br>     Sally McDonald Henry <br>     Rosalie Walker Gray <br>     Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | By   */s/ James H. Post*  <br>     Stephen D. Busey <br>     James H. Post <br>     Cynthia C. Jackson <br>     Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br>  jpost@smithhulsey.com |