UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )
                                                       )
WINN-DIXIE STORES, INC., et al.,      )       Case No. 05-03817-3F1
                                                       )       Chapter 11
            Debtors.                             )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Richard McKennon (Claim No. 362) [Docket No. 6786] was furnished by mail on March 29, 2006 to Richard McKennon c/o Mariano Garcia, Esq., Gonzalez & Porcher, P.A., 2328 10th Ave. North, Suite 600, Lake Worth, Florida 33461.

Dated: March 29, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By   *s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post (FBN 175460)<br>   Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC