# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about March 21, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Seventh Omnibus Objection to Overstated Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibits B.

Dated: March 29, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Seventh Omnibus Objection to Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
885 THIRD AVE STE 3300
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO/JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 403518-98
MADISON LIQUIDITY INVESTORS LLC
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PAARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN CHRIS MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Seventh Omnibus Objection to Overstated Claims**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**          **CASE:**   **05-03817-3F1**

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

**Total:   40**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                              )          Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    )          *Chapter 11*

Debtors.[1]                                         )          Jointly Administered

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 20, 2006, at**

**1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States

Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D,

Jacksonville, Florida 32202, to consider the Debtors' Seventh Omnibus Objection to Overstated

Claims.

Only objections filed with the Court so as to be received by **April 10, 2006** and

served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP,

Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at

the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing

in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
        Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
        Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
        Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
        Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige
        Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc.,
        Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 21, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ____*s/ D. J. Baker*____
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ____*s/ James H. Post*____
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

2

Hearing Date:   April 20, 2006 at 1:00 p.m.
Obj. Deadline:   April 10, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )    Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )    *Chapter 11* |
| | ) |
| Debtors. [1] | )    Jointly Administered |
| | ) |

### DEBTORS' SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibit A (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") reducing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 12,900 proofs of claim (the "Proofs of Claim") have been filed against

the Debtors in these cases.  Notice of the Claims Bar Date Order was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, reducing the Disputed Claims, as set forth below.

## BASIS FOR RELIEF

9.    As a result of their review, the Debtors have identified 164 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims").  These claims fall into several categories: (a) Proofs of Claim that do not reflect prepetition payments made on account of prepetition claims; (b) Proofs of Claim that do not reflect postpetition payments made on account of prepetition claims pursuant to order of the Court; (c) Proofs of Claim that include claims that arose postpetition; (d) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (e) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (f) Proofs of Claim that reflect the assessment of postpetition late fees or penalties against the

Debtors; and/or (g) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records. The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit A.

10.    The Debtors (a) object to the Overstated Claims listed on Exhibit A and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit A to be reduced. In the absence of a Response (as defined in paragraph 14 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

## SEPARATE CONTESTED MATTERS

11.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

12.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

13.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

4

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such

Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

14.    Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **April 10, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

15.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **April 20, 2006, at 1:00**

**p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

5

Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

16.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reducing the claim without further notice to the claimant.

## NOTICE

17.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be reduced as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibit A. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B reducing the Overstated Claims and (iii) grant such other and further relief as is just and proper.

Dated: March 21, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Seventh Omnibus Objection to Overstated Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

8

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407423**<br>ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD WI 54405 | 3876<br>Debtor: **WINN-DIXIE STORES, INC.** | $319,376.53 | $317,320.09 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,056.44 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 395560**<br>ADAIR DISTRIBUTING, INC<br>ATTN KIM ADAIR, VP, CONTROLLER<br>2560 MANORCA AVE<br>NAPLES FL 34112 | 11425<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,799.62 | $3,280.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $519.41. |
| **Creditor Id: 394052**<br>ADAMS & ADAMS, LLP<br>ATTN BRIAN DAVIS<br>155 S MIAMI AVE, 9TH FLOOR<br>MIAMI, FL 33130 | 7614<br>Debtor: **WINN-DIXIE STORES, INC.** | $41,728.98 | $35,865.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,813.33 FOR DUPLICATE INVOICES LISTED IN PROOF OF CLAIM (INVOICE NUMBERS 37,41, AND 43) AND PAYMENT OF $60.00 TO PROCESS SERVICE COMPANY ON 10/1/04 BY SEDGWICK CHECK NUMBER 6221931. |
| **Creditor Id: 403534**<br>ADAMS RESPIRATORY THERAPEUTICS<br>ATTN WALTER E RIEHEMANN, ESQ<br>425 MAIN STREET<br>CHESTER NJ 07930 | 1388<br>Debtor: **WINN-DIXIE STORES, INC.** | $92,989.04 | $90,829.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,159.14 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 241653**<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWMAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA 19170-8377<br><br>Transferee: ASM CAPITAL LP | 5504<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,840.01 | $25,412.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $263.23 AND $8,164.36, RESPECTIVELY. |
| **Creditor Id: 241766**<br>AIRGAS SOUTH, INC<br>ATTN B HIRTH/JOSHUA T WILKINS<br>PO BOX 532609<br>ATLANTA, GA 30353-2609 | 6353<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,787.51 | $6,032.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $171.99 FOR CALCULATION ERROR, $127.47 FOR IMPERMISSIBLE FINANCE CHARGE, $1,455.40 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 242115**<br>AMCOR PET PACKAGING USA INC<br>ATTN WILLIAM CASSELL, GROUP MGR<br>10521 S HWY M-52<br>MANCHESTER MI 48158 | 7469<br>Debtor: **WINN-DIXIE STORES, INC.** | $623,421.23 | $610,817.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $12,603.92 FOR PRICING DIFFERENCES BETWEEN PURCHASE ORDERS AND INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 395536**<br>AMERICAN ELECTRIC POWER<br>ATTN DEBRA CROUCH<br>PO BOX 2021<br>ROANOKE VA 24022-2121 | 307<br>Debtor: **WINN-DIXIE STORES, INC.** | $28,146.47 | $14,664.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,482 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 381751**<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 | 83<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,957.59 | $5,907.96 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $102.58 AND PAYMENT OF $2,947.05 ($443.50 PAID 7/16/04, $532.25 PAID 1/5/05, $875.10 PAID 1/31/05, $716.75 PAID 2/4/05, AND $379.45 PAID 2/11/05 BY CHECK NUMBERS 7276544, 7413904, 7429190, 7438714, AND 7450638, RESPECTIVELY). |
| **Creditor Id: 242321**<br>AMERIPLUS INC<br>ATTN STEVEN W POIRIER, PRES<br>PO BOX 1739<br>OLDSMAR FL 34677<br>Transferee: ASM CAPITAL LP | 1650<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,656.90 | $16,384.07 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,269.75 AND $3.08, RESPECTIVELY. |
| **Creditor Id: 410755**<br>AMROC INVESTMENTS LLC, ASSIGNEE<br>RX LABEL TECHNOLGY<br>ATTN DAVIS S LEINWAND, ESQ<br>535 MADISON AVENUE, 15TH FLOOR<br>NEW YORK NY 10022<br>Transferee: AMROC INVESTMENTS LLC | 9787<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $77,384.79 | $75,332.79 | REDUCED AMOUNT REFLECTS 1/26/05 PAYMENT OF $2,052.00 FOR INVOICE NUMBER 3004176 BY CHECK NUMBER 7437011. |
| **Creditor Id: 403478**<br>AMSW, INC<br>C/O STOVASH, CASE & TINGLEY, PA<br>ATTN RACHEL E ADAMS, ESQ<br>200 S ORANGE AVENUE, SUITE 1200<br>ORLANDO FL 32801 | 1034<br>Debtor: **WINN-DIXIE STORES, INC.** | $58,572.44 | $57,093.05 | REDUCED AMOUNT REFLECTS 9/10/04 PAYMENT OF $1,361.72 FOR INVOICE NUMBERS 41323, 41325, AND 41338 BY CHECK NUMBER 7324213 AND REMOVAL OF $117.67 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 404156**<br>ARNOLD TRANSPORTATION SERVICES<br>ATTN BILL TOOMEY, CR & COLL SUPERV<br>451 FREIGHT STREET<br>CAMP HILL PA 17011 | 4113<br>Debtor: **WINN-DIXIE STORES, INC.** | $45,712.93 | $29,223.62 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,489.31 FOR UNDOCUMENTED CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  382392**<br>ASCENTIAL SOFTWARE<br>50 WASHINGTON STREET<br>WESTBORO, MA  01581 | 9926<br>Debtor:  **WINN-DIXIE STORES, INC.** | $131,052.41 | $48,157.86 | REDUCED AMOUNT REFLECTS REMOVAL OF $82,894.55 FOR POSTPETITION INVOICES. |
| Counsel: ATTN PAUL W CAREY, ESQ | | | | |
| **Creditor Id:  242837**<br>ASKER DISTRIBUTORS, INC<br>ATTN ALAN G ASKER, PRESIDENT<br>PO BOX 13152<br>TALLAHASSEE, FL  32317-3152 | 7643<br>Debtor:  **WINN-DIXIE STORES, INC.** | $25,365.36 | $23,671.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $243.59 AND $1,449.88, RESPECTIVELY. |
| **Creditor Id:  242964**<br>BAKERY CRAFT<br>ATTN KIMBERLY MILAZZO, AR SUPERV<br>PO BOX 37<br>WEST CHESTER, OH  45071 | 9211<br>Debtor:  **WINN-DIXIE STORES, INC.** | $1,471.56 | $716.15 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $755.41. |
| **Creditor Id:  243071**<br>BAREFOOT BAY WATER & SEWER DIST<br>BREVARD COUNTY BD OF COUNTY COMM<br>931 BAREFOOT BLVD, STE 2<br>BAREFOOT BAY, FL  32976-7619 | 6212<br>Debtor:  **WINN-DIXIE STORES, INC.** | $2,143.79 | $1,387.97 | REDUCED AMOUNT REFLECTS 7/22/05 PAYMENT OF $755.82 FOR POSTPETITION INVOICE  BY CHECK NUMBER 008077968. |
| Counsel: ATTN BARBARA B AMMAN, ESQ | | | | |
| **Creditor Id:  243135**<br>BAUMER FOOD PRODUCTS<br>ATTN TAMMY A ROSER<br>PO BOX 54692<br>NEW ORLEANS, LA  70154-4692 | 7877<br>Debtor:  **WINN-DIXIE STORES, INC.** | $72,508.84 | $49,847.85 | REDUCED AMOUNT REFLECTS ACCOUNT PAYABLE CREDIT OF $3,720.71 AND REMOVAL OF $7,773.24 FOR IMPERMISSIBLE LATE FEES AND $11,167.04 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  243169**<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO, IL  60690-1455 | 4003<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $17,714.16 | $13,250.57 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,463.59. |
| **Creditor Id:  243173**<br>BBF PRINTING SOLUTIONS<br>ATTN TAMMY LYONS<br>PO BOX 250<br>PINELLAS PARK  FL  33780-0250 | 1936<br>Debtor:  **WINN-DIXIE STORES, INC.** | $30,525.87 | $14,138.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,046.11 FOR GOODS THAT WERE TO BE DELIVERED AT NO CHARGE AND $341.33 FOR UNDOCUMENTED CHARGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 243198**<br>BEARINGS & DRIVES INC<br>ATTN ANDREW H NATIONS, PRESIDENT<br>PO BOX 116733<br>ATLANTA, GA 30368-6733 | 7506<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $30,665.30 | $29,796.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $868.67 AS INVOICE NUMBER 680970 SHOULD BE $37.72 INSTEAD OF $906.39 ASSERTED BY CLAIMANT. CLAIMANT AGREES TO THE REDUCED AMOUNT. |
| **Creditor Id: 243210**<br>BEAUTY ENTERPRISES<br>ATTN CAROL HARRISON, CR MGR<br>150 MEADOW ST<br>HARTFORD, CT 06114 | 6870<br>Debtor: **WINN-DIXIE STORES, INC.** | $92,471.40 | $78,940.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,084.74 AND $1,487.62, RESPECTIVELY, AND REMOVAL OF $1,958.74 FOR PRICING DIFFERENCES BETWEEN PURCHASE ORDER AND INVOICE. |
| **Creditor Id: 243349**<br>BERNER FOODS INC<br>ATTN THOMAS D DICKSON, VP/CFO<br>2034 E FACTORY RD<br>DAKOTA IL 61018 | 1626<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,213.44 | $11,044.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,169.36 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | |
| **Creditor Id: 399396**<br>BEST ACCESS SYSTEMS<br>ATTN RAY MINCE<br>6161 E 75TH STREET<br>INDIANAPOLIS IN 46250 | 573<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,516.40 | $7,888.05 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,628.35. |
| **Creditor Id: 243604**<br>BLAIREX LABORATORIES, INC<br>ATTN: GLENN A DODGE, CFO<br>PO BOX 2127<br>COLUMBUS, IN 47202-2127 | 825<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,698.72 | $9,664.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,033.83. |
| Transferee: ASM CAPITAL LP | | | | |
| **Creditor Id: 381780**<br>BLISTEX INC<br>ATTN DANIEL S LISZKA, CR MGR<br>1800 SWIFT DRIVE<br>OAK BROOK IL 60523 | 182<br>Debtor: **WINN-DIXIE STORES, INC.** | $45,014.28 | $12,171.19 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,691.00 AND $30,152.09, RESPECTIVELY. |
| **Creditor Id: 243650**<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH 43764<br>Counsel: ATTN JERRY VANDE WERKEN, ESQ | 9738<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $10,510.57 | $5,670.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,840.57 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244035**<br>BROOKS STREET BAKERY<br>PO BOX 8767<br>ROLAND HEIGHTS  CA  91748-0767 | 2416<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $28,393.70 | $24,494.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,899.30 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 244120**<br>BRYANT'S MEATS INC<br>ATTN ROBERT H HUNT, OWNER<br>PO BOX 321<br>TAYLORSVILLE,  MS  39168-0321 | 1443<br>Debtor:  WINN-DIXIE STORES, INC. | $30,335.42 | $14,897.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $134.87 AND REMOVAL OF $15,032.41 FOR UNDOCUMENTED CHARGES AND $270.60 FOR POSTPETITION ITEM. |
| **Creditor Id: 384021**<br>BUMBLE BEE SEAFOOD LLC<br>PO BOX 90335<br>CHICAGO,  IL  60696-0035 | 10917<br>Debtor:  WINN-DIXIE STORES, INC. | $221,507.55 | $150,219.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $71,287.79 FOR POSTPETITION INVOICES. |
| **Creditor Id: 244185**<br>BURD & FLETCHER COMPANY<br>ATTN DONALD C HULFELD, VP FIN<br>5151 EAST GEOSPACE DRIVE<br>INDEPENDENCE  MO  64056 | 3193<br>Debtor:  WINN-DIXIE STORES, INC. | $35,320.68 | $34,133.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $570.29 AND REMOVAL OF $616.9 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 406166**<br>BURRIS REFRIGERATED LOGISTICS<br>ATTN MIKE SCARBOROUGH, ASST SEC<br>4501 DIGNAN STREET<br>JACKSONVILLE  FL  32254 | 3520<br>Debtor:  WINN-DIXIE STORES, INC. | $35,921.00 | $34,996.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $924.54. |
| **Creditor Id: 244250**<br>BWI COMPANIES, INC<br>ATTN ART PHELPS, CORP CR MGR<br>PO BOX 990<br>NASHVILLE  TN  75569 | 2580<br>Debtor:  WINN-DIXIE STORES, INC. | $24,956.08 | $18,559.47 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $490.92 AND REMOVAL OF $5,905.69 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 244330**<br>CABOT CREAMERY COOPERATIVE INC<br>ATTN LAURA DEPRATO, CREDIT MGR<br>1 HOME FARM WAY<br>MONTPELIER  VT  05602<br><br>Transferee: ASM CAPITAL LP | 3400<br>Debtor:  WINN-DIXIE STORES, INC. | $22,913.52 | $16,460.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $212.52 AND 3/3/05 PAYMENT OF $6,240.36. BY CHECK NUMBER 008002193 FOR POSTPETITION INVOICE. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244420**<br>CAMP TRANSPORTATION, INC<br>ATTN RICHARD E CAMP, PRESIDENT<br>PO BOX 6722<br>JACKSONVILLE, FL 32236-6722 | 9514<br>Debtor: **WINN-DIXIE STORES, INC.** | $39,692.37 | $21,719.35 | REDUCED AMOUNT REFLECTS PREPETITION PAYMENTS AGGREGATING $17,973.02 TO CITI CAPITAL, ASSIGNEE OF CLAIMANT'S RECEIVABLES. |
| **Creditor Id: 244462**<br>CAPITAL CITY PRESS<br>ATTN KAY RICE, CR MGR<br>PO BOX 588<br>BATON ROUGE, LA 70821 | 4363<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,407.75 | $13,894.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,672.55 AND REMOVAL OF $2,840.56 FOR POSTPETITION CHARGES. |
| **Creditor Id: 244538**<br>CARL BUDDIG & CO<br>PO BOX 72238<br>CHICAGO, IL 60678-2238 | 4116<br>Debtor: **WINN-DIXIE STORES, INC.** | $356,753.85 | $340,901.14 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $525.96 AND $41.87, RESPECTIVELY, AND 3/23/05 PAYMENT OF $15,284.88 FOR POSTPETITION RECEIPT OF GOODS LISTED IN PREPETITION INVOICES BY CHECK NUMBER 008009046. |
| **Creditor Id: 244625**<br>CAROLINA DOOR CONTROLS INC<br>ATTN RUFUS R MINOR, II, MGR<br>PO BOX 890277<br>CHARLOTTE, NC 28289-0277 | 8788<br>Debtor: **WINN-DIXIE STORES, INC.** | $26,079.15 | $23,017.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,061.52 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 244698**<br>CARRIER SALES & DISTRIBUTION<br>ATTN RON REITLER<br>PO BOX 668109<br>CHARLOTTE, NC 28266 | 2069<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $13,711.64 | $244.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $6,649.92 AND REMOVAL OF $6,817.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 244804**<br>CCA INDUSTRIES INC<br>ATTN ROBIN LYNN DECHERT, ASST CONTR<br>200 MURRAY HILL PKY<br>EAST RUTHERFORD, NJ 07073-2113 | 1674<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,122.59 | $8,589.14 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,533.45. |
| **Creditor Id: 406141**<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | 12092<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $304,800.58 | $296,709.09 | CLAIMANT OVERSTATES TAX LIABILITY AND REJECTION DAMAGES. REDUCED AMOUNT CONSISTS OF $21,731.91 FOR TAXES, $33,174.18 FOR COMMON AREA MAINTENANCE, AND $241,803.00 FOR REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 406164**<br>CHAFFEE POINT HOSPITALITIES LLC DBA<br>HAMPTON INN<br>ATTN JANE P MOTLEY, MANAGING MEMBER<br>548 CHAFFEE POINT BLVD<br>JACKSONVILLE FL 32221 | 3488<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,269.95 | $5,106.56 | REDUCED AMOUNT REFLECTS 6/7/05 PAYMENT OF $1,163.39 BY CHECK NUMBER 008053222 FOR POSTPETITION INVOICES. |
| **Creditor Id: 245007**<br>CHARDON LABORATORIES INC<br>ATTN CHARLES L FULLER, CFO<br>7300 TUSSING RD<br>REYNOLDSBURG OH 43068-4111 | 1379<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $1,924.72 | $962.36 | REDUCED AMOUNT REFLECTS PAYMENT OF POSTPETITION INVOICE NUMBERS 104939 AND 106432, EACH IN THE AMOUNT OF $481.18 BY CHECK NUMBERS 008033340 AND 008046062, RESPECTIVELY. |
| **Creditor Id: 245159**<br>CHELSEA MILLING CO<br>ATTN ROBERT NEESAM, CONTROLLER<br>PO BOX 460<br>CHELSEA, MI 48118-0460 | 7850<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,063.12 | $29,096.06 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,803.84 AND $1,163.22, RESPECTIVELY. |
| **Creditor Id: 399299**<br>CHEM-AQUA<br>ATTN SUSAN RICHEY, CR SUPERV<br>2727 CHEMSEARCH BLVD<br>IRVING TX 75062 | 453<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,630.80 | $27,562.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,068.30 FOR INVOICES THAT ARE NOT LIABILITIES OF ANY OF THE DEBTORS. |
| **Creditor Id: 245167**<br>CHEMPOINT.COM<br>ATTN CHRIS JARDINE, FIN DIR<br>411 108TH AVENUE NE, SUITE 1050<br>BELLUVUE, WA 98004 | 1782<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $27,661.00 | $372.60 | REDUCED AMOUNT REFLECTS 6/3/05 PAYMENT OF $27,288.40 FOR POSTPETITION INVOICE NUMBER 411088 BY CHECK NUMBER 008052190. |
| **Creditor Id: 407592**<br>CHEP EQUIPMENT POOLING SYSTEMS<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 4474<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,289.67 | $9,150.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,139.67 FOR CHARGEBACK OF DEDUCTION PREVIOUSLY TAKEN DUE TO DOUBLE PAYMENT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 245219**<br>CHEVRON PRODUCTS COMPANY<br>ATTN FRED TAYLOR, CREDIT ANALYST<br>PO BOX 9400<br>CONCORD CA 94524-1940 | 11245<br>Debtor: WINN-DIXIE STORES, INC. | $73,295.29 | $47,528.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $119.44 AND $150.23, RESPECTIVELY, AND 8/15/05 PAYMENT OF $25,497.36 FOR POSTPETITION INVOICE NUMBER 623157605 BY CHECK NUMBER 008086205. |
| **Creditor Id: 240014**<br>CITY OF DAYTONA BEACH<br>ATTN A JACKSON, ASST CITY ATTORNEY<br>PO BOX 2451<br>DAYTONA BEACH FL 32115-2451 | 8931<br>Debtor: WINN-DIXIE STORES, INC. | $5,045.03 | $540.56 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT DID NOT PROVIDE INVOICES DESPITE SEVERAL REQUESTS. |
| **Creditor Id: 240034**<br>CITY OF DURHAM<br>COLLECTIONS DIVISION<br>ATTN DONALD D POWELL OR DON DANIEL<br>101 CITY HALL PLAZA<br>DURHAM NC 27701 | 1676<br>Debtor: WINN-DIXIE STORES, INC. | $1,805.38 | $778.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $860.00 FOR UNDOCUMENTED CHARGES AND $167 FOR POSTPETITION PORTION OF INVOICE NUMBER MSTA-001253. |
| **Creditor Id: 245753**<br>CITY OF FLORENCE WATER DEPT<br>ATTN LYNWOOD F GIVENS<br>CITY-COUNTY COMPLEX ZZ<br>180 N IRBY ST<br>FLORENCE, SC 28501 | 1490<br>Debtor: WINN-DIXIE STORES, INC. | $3,999.04 | $2,725.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,273.64 FOR POSTPETITION INVOICES. |
| **Creditor Id: 245781**<br>CITY OF GASTONIA TAX DEPT<br>ATTN SALLY BARROWSKI<br>PO BOX 1748<br>GASTONIA, NC 28053 | 3155<br>Debtor: WINN-DIXIE STORES, INC. | $38,682.97 | $28,730.57 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,952.40 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 403414**<br>CITY OF GREENSBORO, NC<br>ATTN CHRISTOPHER S PAYNE TAX COLL<br>PO BOX 3136<br>GREENSBORO NC 27402-3136 | 927<br>Debtor: WINN-DIXIE STORES, INC. | $3,781.26 | $1,862.38 | REDUCED AMOUNT REFLECTS PAYMENTS OF PREPETITION INVOICE NUMBERS 2200002524 OF $767.63 AND 2200003514 OF $1,001.25 ON 03/25/05 BY CHECK NUMBER 009901108 AND 2200003877 OF $50.00, 2200002608 OF $50.00, AND 1100388330 OF $50 ON 05/05/05 BY CHECK NUMBER 008034441 PURSUANT TO UTILITIES ORDER (DKT NO. 1327). |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 265621**<br>CITY OF HALLANDALE BEACH FIN DEPT<br>ATTN MARK ANTONIO, FIN DIR<br>400 S FEDERAL HWY<br>HALLANDALE FL 33009-6433 | 10624<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,640.94 | $7,198.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,442.28 FOR UNDOCUMENTED CHARGES. |
| Counsel: ATTN MICKEY E WALLER, ESQ | | | | |
| **Creditor Id: 245980**<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE, GA 31776 | 9555<br>Debtor: **WINN-DIXIE STORES, INC.** | $48,884.23 | $12,553.69 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,065.26 FOR UNDOCUMENTED CHARGES AND $29,265.28 FOR POSTPETITION INVOICES. |
| Counsel: ATTN MICKEY E WALLER, ESQ | | | | |
| **Creditor Id: 246116**<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | 1808<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,267.17 | $17,862.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,404.27 FOR POSTPETITION CHARGES. |
| **Creditor Id: 404403**<br>CITY OF WEST PALM BEACH, FL<br>PO BOX 3506<br>WEST PALM BEACH FL 33402-3506 | 5524<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,024.11 | $115.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,909.11 FOR POSTPETITION CHARGES. |
| Counsel: ATTN LISA M CONFORTI, ESQ | | | | |
| **Creditor Id: 246291**<br>CJS SALES & SERVICE<br>ATTN DUDLEY A HARGROVE, OWNER<br>132 NE 17TH PLACE<br>OCALA, FL 34470 | 1401<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,080.56 | $12,644.72 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,435.84 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 246300**<br>CLAMP SWING PRICING COMPANY<br>ATTN BEN GARFINKLE, PRESIDENT<br>8386 CAPWELL DR<br>OAKLAND, CA 94621 | 7664<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $49,709.60 | $47,296.93 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,412.67. |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11275<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,587.95 | $12,693.86 | VENDOR SENT FINAL BILL FOR 11 DAYS OF SERVICE FROM 02/11 TO 02/21 BUT BILLED DEBTOR FOR 24 DAYS OF SERVICE. REDUCED AMOUNT REFLECTS AMOUNT DUE FOR 11 DAYS OF SERVICE. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11285<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,433.62 | $6,862.79 | REDUCED AMOUNT REFLECTS 8/5/05 PAYMENT OF $2,570.83 FOR POSTPETITION PORTION OF INVOICE NUMBER 8000296521003 BY ACH REFERENCE NUMBER 000008600. |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11292<br>Debtor: **WINN-DIXIE STORES, INC.** | $22,406.23 | $18,867.77 | REDUCED AMOUNT REFLECTS 8/5/05 PAYMENT OF $3,538.46 FOR POSTPETITION PORTION OF INVOICE NUMBER 900012580204 BY ACH REFERENCE NUMBER 000008600. |
| **Creditor Id: 404427**<br>COASTAL TRUCK BROKERS LLC<br>ATTN SCOTT J COMFAUX, CONTROLLER<br>PO BOX 485<br>CARENCRO LA 70520 | 2324<br>Debtor: **WINN-DIXIE STORES, INC.** | $143,390.88 | $136,510.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,880.63 FOR INVOICE NUMBERS 301075, 301593, 301630, 301597, 301585 AND 301586 AS CLAIMANT DID NOT IDENTIFY ANY PURCHASE ORDERS FOR THOSE INVOICES. |
| **Creditor Id: 246617**<br>COLGIN CO<br>ATTN KERRY THORNHILL, VP<br>2230 VALDINA<br>DALLAS TX 75207 | 2281<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,786.09 | $1,333.30 | REDUCED AMOUNT REFLECTS REMOVAL OF $528.00 FOR INVOICE NUMBER 15291 ADMITTED BY CLAIMANT TO BE INVALID INVOICE NUMBER, CREDITS AGGREGATING $21.23 FOR INVOICE NUMBERS 20071 AND 21259, AND PAYMENTS OF $527.90 ON 1/20/04 FOR INVOICE NUMBER 15290 BY CHECK NUMBER 7102660, $527.90 ON 7/19/04 FOR INVOICE NUMBER 15434 BY CHECK NUMBER 7272296, $528.00 ON 4/1/02 FOR INVOICE NUMBER 14344 BY CHECK NUMBER 6413427, AND $1,319.76 ON 7/19/04 FOR INVOICE NUMBER 13792 (BUT REFERRED TO NUMBER 15487) BY CHECK NUMBER 7272296. |
| **Creditor Id: 246744**<br>COMMERCIAL SHUTTLE SERVICE<br>ATTN MELBA J COLLINS, PRES<br>PO BOX 50575<br>ALBANY, GA 31703-0575 | 1593<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,451.59 | $772.59 | REDUCED AMOUNT REFLECTS TWO ACH PAYMENTS EACH IN THE AMOUNT OF $839.50 ON 12/30/04 AND 1/7/05 BY CHECK NUMBERS 00109002 AND 00109457, RESPECTIVELY. |
| **Creditor Id: 378305**<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 | 10011<br>Debtor: **WINN-DIXIE STORES, INC.** | $107,070.57 | $93,097.67 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,722.26 AND REMOVAL OF $9,250.64 ALREADY INCLUDED AND ALLOWED IN CLAIM NUMBER 16. |

Transferee: MADISON INVESTMENT TRUST - SERIES 3

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 246874**<br>CONROS CORPORATION<br>ATTN MAHENDRA VARIYA, CONTROLLER<br>41 LESMILL ROAD<br>NORTH YORK ON M3B2T3 CANADA | 9489<br>Debtor: **WINN-DIXIE STORES, INC.** | $64,590.82 | $60,149.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,312.40 AND $3,129.07, RESPECTIVELY. |
| **Creditor Id: 246959**<br>COOKE COMMUNICATIONS LLC DBA<br>KEY WEST CITIZEN<br>ATTN PAUL CLAKIN, CFO<br>PO BOX 1800<br>KEY WEST, FL 33041-1800 | 9771<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,243.42 | $11,092.35 | REDUCED AMOUNT REFLECTS AMOUNT DUE IF CLAIMANT USED APPROPRIATE DISCOUNT RATE. |
| **Creditor Id: 246974**<br>COOPERATIVE PROPANE INC<br>ATTN JUDY M BRAGG<br>414 TWAIN CURVE<br>MONTGOMERY, AL 36117 | 9272<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,173.25 | $1,935.90 | REDUCED AMOUNT REFLECTS PAYMENTS OF $121.00 FOR INVOICE NUMBERS 39960 AND 39963 ON 8/2/04 BY CHECK NUMBER 007312370 AND $94.60 FOR INVOICE NUMBER 41453 ON 1/7/05 BY CHECK NUMBER 007424069 DATED 1/07/05 AND REMOVAL OF $1,021.75 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 266187**<br>COUNTY OF BAY<br>C/O BURKE BLUE HUTCHISON & WALTERS<br>ATTN WILLIAM C HENRY, ESQ<br>221 MCKENZIE AVENUE<br>PANAMA CITY FL 32401 | 7430<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,453.61 | $673.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $556.70 FOR IMPERMISSIBLE LATE FEES AND $170.52 AND $1,052.97 FOR POSTPETITION INVOICES IN ACCOUNTS 17-00 AND 9-03, RESPECTIVELY. |
| **Creditor Id: 618**<br>COUNTY OF MIAMI DADE WATER & SEWER<br>ATTN LINDA KENT, CUSTOMER SVC SUP 1<br>PO BOX 330316<br>MIAMI FL 33233 | 3468<br>Debtor: **WINN-DIXIE STORES, INC.** | $64,059.65 | $59,215.33 | REDUCED AMOUNT REFLECTS REMOVAL OF $115.82 FOR IMPERMISSIBLE LATE CHARGES AND $4,728.50 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 247198**<br>CREST STEP ON INC<br>ATTN DAVID C DUPONT, PRES<br>PO BOX 920706<br>HOUSTON, TX 77292-0706 | 1945<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,768.80 | $3,905.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,863.80 FOR UNDOCUMENTED CHARGES DESPITE DEBTOR'S REPEATED INQUIRIES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 1238**<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | 10091<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,035.73 | $21,338.66 | CLAIMANT OVERSTATES 2003 AND 2004 REAL ESTATE TAXES OWED. REDUCED AMOUNT REFLECTS REDUCTION OF THOSE TAXES BY $3,614 AND $4,083.07, RESPECTIVELY. |
| **Creditor Id: 247577**<br>DANKA OFFICE IMAGING CO<br>ATTN LEE ACEVEDO<br>11401 16TH COURT N<br>ST PETERSBURG FL 33716 | 1649<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $8,916.72 | $3,447.50 | REDUCED AMOUNT REFLECTS 5/23/05 PAYMENT OF $5,469.22 ON POSTPETITION INVOICE NUMBER 70340096 BY CHECK NUMBER 008044664. |
| **Creditor Id: 247777**<br>DAYTONA TIMES<br>ATTN PUBLISHER/GEN MGR<br>PO BOX 1110<br>DAYTONA BEACH, FL 32115-1110 | 7750<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,930.00 | $5,544.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT DOUBLE BILLED TWO ADVERTISEMENTS IN THE AGGREGATE AMOUNT OF $1,386.00. |
| **Creditor Id: 248046**<br>DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | 944<br>Debtor: **WINN-DIXIE STORES, INC.** | $140,715.75 | $138,911.07 | REDUCED AMOUNT REFLECTS CLAIMANT'S AGREEMENT TO DEDUCTIONS OF $1,804.68. |
| **Creditor Id: 404558**<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 | 7454<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,218.76 | $8,103.15 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,115.61. |
| **Creditor Id: 248479**<br>DOVER CONE<br>ATTN RICHARD BRONOWICKI, DIR OF OP<br>4350 HARVESTER ROAD<br>BURLINGTON, ON L7R 3Y7 CANADA<br><br>Transferee: ASM CAPITAL LP | 125<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,939.07 | $28,192.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $519.45 AND 4/13/05 PAYMENT OF $3,227.32 BY CHECK NUMBER 008020641 FOR GOODS RECEIVED POSTPETITION ON PREPETITION INVOICE NUMBER 82339. |
| **Creditor Id: 248629**<br>E&B GIFTWARE, LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701<br><br>Transferee: ASM CAPITAL LP | 4646<br>Debtor: **WINN-DIXIE STORES, INC.** | $70,546.56 | $69,275.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,271.39. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 243782**<br>EARL W COLVARD, INC DBA<br>BOULEVARD TIRE CENTER<br>816 S WOODLAND BLVD<br>DE LAND FL 32720 | 10473<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $9,448.39 | $6,323.53 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,124.86 FOR POSTPETITION INVOICES. |
| **Creditor Id: 248659**<br>EARTHSTONE INTERNATIONAL LLC<br>ATTN RICHARD L KILEY, CEO<br>555 REPUBLIC DRIVE, SUITE 440<br>PLANO, TX 75024<br><br>Counsel: ATTN JOHN K SILVER, ESQ | 7021<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $32,150.40 | $29,356.57 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,793.83. |
| **Creditor Id: 248818**<br>EDWARDS MANUFACTURING<br>ATTN KARL HEROLD, CONTROLLER<br>1316 TECH BLVD<br>TAMPA FL 33619 | 3934<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,677.61 | $48,455.52 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,222.09. |
| **Creditor Id: 410684**<br>ELMERS PRODUCTS INC<br>ATTN MICHELLE VICKERS<br>PO BOX 42336<br>CINCINNATI OH 45242 | 9672<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,697.86 | $8,057.02 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $359.51 AND $1,421.56, RESPECTIVELY, AND REMOVAL OF $4,859.77 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 248625**<br>ET BROWNE DRUG CO, INC<br>ATTN GERMAINE HALAS, CONTROLLER<br>440 SYLVAN AVE<br>PO BOX 1613<br>ENGLEWOOD CLIFFS, NJ 07632 | 4389<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,457.94 | $21,072.34 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,385.60. |
| **Creditor Id: 249239**<br>EVENFLO COMPANY, INC<br>ATTN TERESA MILEY, CREDIT MGR<br>NORTHWOODS BUSINESS CENTER II<br>707 CROSSROADS COURT<br>VANDALIA, OH 45377 | 5215<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,352.74 | $11,258.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $114.72 AND $979.27, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 399347**<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | 2384<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,250.76 | $398.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $852.68 FOR POSTPETITION INVOICE. |
| **Creditor Id: 249270**<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462<br><br>Counsel: ATTN WILLIAM J MARELL ESQ | 10336<br>Debtor: **WINN-DIXIE STORES, INC.** | $38,955.98 | $34,611.04 | REDUCED AMOUNT REFLECTS 10/25/05 PAYMENT OF $4,344.94, FOR POSTPETITION INVOICE NUMBER 273024 BY CHECK NUMBER 8120944. |
| **Creditor Id: 410361**<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | 7287<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,047.50 | $9,202.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,751.43 AND $93.30, RESPECTIVELY. |
| **Creditor Id: 407677**<br>FEDERAL EXPRESS CORPORATION<br>ATTN CINDY MEACHA, REV REC/BANKRUP<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS TN 38132 | 4949<br>Debtor: **WINN-DIXIE STORES, INC.** | $86,113.55 | $84,814.48 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,299.07 FOR POSTPETITION CHARGES. |
| **Creditor Id: 249505**<br>FILMART<br>ATTN JUDITH LEFKOWITZ<br>4111 GLENWOOD RD<br>BROOKLYN, NY 11210-2024 | 1048<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,933.00 | $17,794.80 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,138.20. |
| **Creditor Id: 249626**<br>FLANDERS PRECISIONAIRE<br>CORPORATE OFFICES<br>ATTN PAMELA M BRANDEN, PARALEGAL<br>PO BOX 7568<br>ST PETERSBURG  FL 33734-7560<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 11309<br>Debtor: **WINN-DIXIE STORES, INC.** | $115,770.64 | $81,267.93 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4.91 AND $600.00, RESPECTIVELY, AND REMOVAL OF $33,897.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 404048**<br>FLAV-O-RICH, INC<br>ATTN TERESA SMITH<br>221 HAL ROGERS PARKWAY<br>LONDON KY 40741 | 2003<br>Debtor: WINN-DIXIE STORES, INC. | $2,998.51 | $911.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,086.71 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 384126**<br>FLORIDA EAST COAST RAILWAY<br>ATTN WILLIAM A COGGINS, JR, CR MGR<br>ONE MALAGA STREET<br>PO BOX 1048<br>ST AUGUSTINE FL 32085-1048<br><br>Counsel: RIVERPLACE TOWER | 7290<br>Debtor: WINN-DIXIE STORES, INC. | $378,979.03 | $343,380.85 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,044.10 FOR INVOICE NUMBER 615835 ON 8/5/04 BY CHECK NUMBER 007299166, $9,412.15 FOR POSTPETITION INVOICE NUMBERS 75560305 , 75560605, 75649405, 75649605, 73650005, 75650405, 75650505, 75650705, 75650805, 75650605, AND 75651805 ON 3/1/05 BY CHECK NUMBER 008004699, $572.25 FOR POSTPETITION INVOICE NUMBER 75562005 ON 4/1/05 BY CHECK NUMBER 008015001, AND $1,128.15 FOR POSTPETITION INVOICE NUMBER 75653105 ON 4/4/05 BY CHECK NUMBER 008015828 AND REMOVAL OF $4,535.92 AND 18,905.61 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 404702**<br>FOX PROTECTIVE SERVICES INC<br>ATTN BRIAN FOX, PRESIDENT<br>4905 W LAUREL STREET, SUITE 301<br>TAMPA FL 33607-3838 | 5026<br>Debtor: WINN-DIXIE STORES, INC. | $24,492.24 | $22,819.96 | REDUCED AMOUNT REFLECTS 3/11/05 PAYMENT OF $1,672.28 FOR POSTPETITION PORTION OF INVOICE NUMBER 3379 BY CHECK NUMBER 008004698. |
| **Creditor Id: 250115**<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 | 3515<br>Debtor: WINN-DIXIE STORES, INC. | $224,232.89 | $170,160.59 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,697.44 AND $49,374.86, RESPECTIVELY. |
| **Creditor Id: 250239**<br>GALDERMA LABORATORIES<br>ATTN GENERAL COUNSEL<br>14501 NORTH FREEWAY<br>FORT WORTH TX 76177 | 6779<br>Debtor: WINN-DIXIE STORES, INC. | $17,322.94 | $6,852.92 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $10,470.02. |
| **Creditor Id: 250251**<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>ATTN: SAM SCELFO, PRES<br>PO BOX 857<br>KENNER, LA 70063<br><br>Counsel: ATTN CONRAD MEYER IV, ESQ | 2484<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $4,141.44 | $1,980.45 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21.15 AND REMOVAL OF $2,139.84 FOR POSTPETITION INVOICE NUMBER 63218. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 250322**<br>GATOR FINER FOODS INC & COMMERCIAL<br>BUSINESS FINANCE<br>ATTN ANDREW RUSSO, PRES<br>PO BOX 1209<br>WINTER PARK FL 32790<br><br>Transferee: ASM CAPITAL LP | 271<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,842.88 | $16,691.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,151.87. |
| **Creditor Id: 381917**<br>GMAC COMMERCIAL FINANCE LLC<br>ATTN CRAIG GALLETTO, ASST VP<br>1290 AVENUE OF THE AMERICAS, 3RD FL<br>NEW YORK NY 10104 | 215<br>Debtor: **WINN-DIXIE STORES, INC.** | $91,936.32 | $86,936.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $5,000.00. |
| **Creditor Id: 380945**<br>GONZALEZ & TAPANES FOODS DBA<br>SANTA FE INTERNATIONAL<br>ATTN FERNANDO GONZALEZ, SALES MGR<br>9151 NW 97 TERRACE<br>MEDLEY FL 33178 | 10915<br>Debtor: **WINN-DIXIE STORES, INC.** | $226,988.64 | $220,362.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $6,625.69. |
| **Creditor Id: 410934**<br>GREEN MOUNTAIN COFFEE ROASTERS, INC<br>C/O MERRITT & MERRITT & MOULTON<br>ATTN H KENNETH MERRITT JR, ESQ<br>PO BOX 5839<br>BURLINGTON VT 05402 | 10165<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,433.80 | $12,636.65 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $15.55 AND 2/4/05 PAYMENTS OF $3,070.80 AND $2,710.80 FOR INVOICE NUMBERS 2677854 AND 2708307, RESPECTIVELY, BY CHECK NUMBER 007444602. |
| **Creditor Id: 250874**<br>GREENS-R-US<br>ATTN S KAY FISH, CO-OWNER<br>16150 CREWS ROAD<br>GLEN ST MARY FL 32040 | 11629<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,733.00 | $12,667.00 | REDUCED AMOUNT REFLECTS 3/4/05 PAYMENT OF $1,066.00 FOR POSTPETITION INVOICE NUMBER 642716 BY CHECK NUMBER 008002549. |
| **Creditor Id: 250908**<br>GREENWOOD PACKING PLANT<br>PO BOX 751645<br>CHARLOTTE NC 28275 | 1629<br>Debtor: **WINN-DIXIE STORES, INC.** | $122,874.06 | $108,751.66 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,467.10 AND $480.00, RESPECTIVELY, AND REMOVAL OF $12,175.30 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 251084**<br>H&T SEAFOOD INC<br>ATTN LU THONG, PRES<br>5598 LINDBERGH LANE<br>BELL, CA 90201 | 6063<br>Debtor: WINN-DIXIE STORES, INC. | $670,399.46 | $584,536.50 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,012.00 AND REMOVAL OF $54,600.00 FOR INVOICE NUMBER 41199 DATED 12/8/2004 AS THERE IS NO PROOF OF DELIVERY AND $29,250.96 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 251122**<br>HABETZ ROOF SERVICE, INC<br>ATTN SANDRA B HABETZ, OFF MGR<br>4217 ROBERTS COVE ROAD<br>RAYNE, LA 70578 | 277<br>Debtor: WINN-DIXIE STORES, INC. | $2,653.00 | $963.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,270.00 ON 3/29/05 FOR POSTPETITION INVOICE NUMBER 2044 BY CHECK NUMBER 008012058 AND $420.00 ON 4/29/05 FOR POSTPETITION INVOICE NUMBER 2042 BY CHECK NUMBER 009901621. |
| **Creditor Id: 251286**<br>HARRIS TRANSPORT COMPANY<br>ATTN C R HIGHLANDS, VP COLLECTIONS<br>PO BOX 529<br>MONROE, NC 28111 | 3492<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $64,703.29 | $58,603.29 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,653.00 FOR INVOICE NUMBERS BT3346 (STATED TWICE IN PROOF OF CLAIM), B35121, AND B35293 AS THERE IS NO PROOF OF DELIVERY AND $1,447.00 FOR POSTPETITION INVOICE NUMBER B39279. |
| **Creditor Id: 384153**<br>HC BRILL COMPANY INC<br>ATTN STEPHANIE OWENS, AR SUPERV<br>1912 MONTREAL ROAD<br>TUCKER, GA 30084 | 3459<br>Debtor: WINN-DIXIE STORES, INC. | $107,591.14 | $95,029.97 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,206.80 AND REMOVAL OF $9,354.37 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 407556**<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | 4242<br>Debtor: WINN-DIXIE STORES, INC. | $440,986.25 | $437,486.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,500 FOR CHARGEBACK ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBER 82719 . |
| **Creditor Id: 251391**<br>HEALTHTEX DIST CORP<br>ATTN NATTY R ELIAS, PRES<br>3555 NW 41ST ST<br>MIAMI, FL 33142 | 6717<br>Debtor: WINN-DIXIE STORES, INC. | $40,182.21 | $36,768.31 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $3,413.90. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 251514**<br>HERBONICS INC/SHENANDOAH<br>GROWERS, INC.<br>ATTN TIMOTHY HEYDON, PRESIDENT<br>PO BOX 228<br>LACEY SPRING VA 22833 | 7009<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,705.14 | $1,253.70 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,683.46 AND REMOVAL OF $767.98 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 251521**<br>HERITAGE FOODS<br>PO BOX 54720<br>LOS ANGELES, CA 90054-0720 | 3781<br>Debtor: **WINN-DIXIE STORES, INC.** | $78,285.99 | $76,067.06 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,218.93. |
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4542<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $58,424.09 | $56,681.15 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT OVERSTATES 2004 TAX LIABILITY BY $1,243.95 AND DOES NOT DOCUMENT $498.99 LIABILITY DESPITE DEBTOR'S REPEATED INQUIRIES. |
| **Creditor Id: 251617**<br>HILEX POLY CO LLC<br>ATTN JACK JOSEY, CREDIT MGR<br>101 E CAROLINA AVENUE<br>HARTSVILLE SC 29550 | 7442<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $139,040.99 | $129,963.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,629.12 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $1,447.92 FOR POSTPETITION INVOICE NUMBER 30031476. |
| **Creditor Id: 251649**<br>HIMMEL NUTRITION<br>PO BOX 845449<br>BOSTON, MA 02284-5449 | 7320<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,180.40 | $42,523.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,656.63. |
| **Creditor Id: 251658**<br>HINSDALE FARMS<br>ATTN MILTON SMITH, PRES<br>DEPT 77-6533<br>CHICAGO, IL 60678-6533 | 1512<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,975.20 | $3,647.20 | REDUCED AMOUNT REFLECTS 8/31/05 PAYMENT OF $2,328.00 FOR POSTPETITION INVOICES BY WIRE TRANSFER. |
| **Creditor Id: 251760**<br>HOLLOWAY HOUSE INC<br>ATTN CAMERON N ECK, CFO<br>PO BOX 50126<br>INDIANAPOLIS, IN 46250 | 3641<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,616.00 | $1,063.65 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,552.35. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 251783**<br>HOMADE FOODS SALES, INC<br>ATTN HOWARD H BURRIS/JEAN ROOK<br>4641 FORSYTH STREET<br>PO BOX 505<br>BAGDAD, FL 32530-0505 | 7926<br>Debtor: WINN-DIXIE STORES, INC. | $12,460.28 | $10,018.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,281.04 AND $160.86, RESPECTIVELY. |
| **Creditor Id: 250097**<br>HOME MARKET FOODS INC DBA<br>FREEZER QUEEN FOODS INC<br>ATTN STEVEN SMITH, GM<br>975 FUHRMANN BLVD<br>BUFFALO NY 14203 | 4409<br>Debtor: WINN-DIXIE STORES, INC. | $149,764.65 | $43,932.03 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,017.00 AND $104,815.62, RESPECTIVELY. |
| **Creditor Id: 251808**<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | 2203<br>Debtor: WINN-DIXIE STORES, INC. | $204,832.32 | $190,186.74 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,104.26, CREDIT MEMO 2656687 DATED 3/9/04 OF $99.72, AND REMOVAL OF $12,441.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 404841**<br>HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | 11709<br>Debtor: WINN-DIXIE STORES, INC. | $188,447.78 | $78,078.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $839.16 FOR INVOICE NUMBER 385503 AS THE DEBTOR HAS NO PROOF OF DELIVERY AND PURCHASE ORDER NUMBER LISTED IS INVALID AND $109,530.37 AS NOT OWED BY THE DEBTOR ($10,950.10 OWED BY BOUQUET COLLECTION, $5,082.63 BY NATURE'S FLOWERS, $38,219.02 BY RIVERDALE FARMS, AND $55,278.62 BY FALCON). |
| **Creditor Id: 410411**<br>HOUSE AUTRY MILLS, INC<br>ATTN PAUL PARKS, VP FINANCE<br>7000 US HWY 301 SOUTH<br>PO BOX 460<br>FOUR OAKS NC 27524-0460 | 7472<br>Debtor: WINN-DIXIE STORES, INC. | $6,173.98 | $3,536.04 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,637.94. |
| **Creditor Id: 251932**<br>HUISH DETERGENTS INC<br>ATTN MANDY SEXTON, A/R SUPERV<br>PO BOX 25057<br>SALT LAKE CITY, UT 84125 | 2930<br>Debtor: WINN-DIXIE STORES, INC. | $238,611.20 | $235,328.62 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $148.00 AND $3,134.58, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 251977**<br>I-TECH PERSONNEL SERVICES, INC<br>ATTN MARCO H TRAN, PRES<br>622 CASSAT AVENUE, SUITE 13<br>JACKSONVILLE, FL 32205 | 231<br>Debtor: ASTOR PRODUCTS, INC. | $7,650.98 | $1,280.50 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $6,215.35 BY CHECK NUMBER 009000956 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND REMOVAL OF $155.13 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id: 252027**<br>IDAHO FRESH PAK INCORPORATED<br>ATTN RICHARD A NELSON, CONTROLLER<br>ONE POTATO PLACE<br>PO BOX 130<br>LEWISVILLE, ID 83431-0130 | 2327<br>Debtor: WINN-DIXIE STORES, INC. | $3,510.00 | $2,256.93 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,253.07. |
| **Creditor Id: 403390**<br>IDELLE LABS<br>ATTN PAUL S LEVY, CR MGR<br>ONE HELEN OF TROY PLAZA<br>EL PASO TX 79912 | 923<br>Debtor: WINN-DIXIE STORES, INC. | $73,830.51 | $3,142.34 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $70,397.56 AND CREDIT MEMO LISTED ON PROOF OF CLAIM OF $290.61. |
| **Creditor Id: 384172**<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 | 2315<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $248,167.00 | $222,280.81 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,405.87 AND $457.07, RESPECTIVELY, AND REMOVAL OF $24,023.25 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 252216**<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 | 2181<br>Debtor: WINN-DIXIE STORES, INC. | $302,627.36 | $189,285.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,579.14 AND $6,486.19, RESPECTIVELY, AND REMOVAL OF $104,276.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 252929**<br>JELLY BELLY CANDY COMPANY<br>ATTN CYNTHIA KING, AR SUPERV<br>ONE JELLY BELLY LANE<br>FAIRFIELD CA 94533 | 9835<br>Debtor: WINN-DIXIE STORES, INC. | $26,835.44 | $1,168.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $515.05 AND PAYMENTS OF $4,008.40 ON 1/11/05 BY CHECK NUMBER 007426377 AND $21,143.20 ON 1/10/05 BY CHECK NUMBER 007425255. |
| **Creditor Id: 253229**<br>JOHN J JERUE TRANSPORTATION INC<br>ATTN BRENDA KOON, CR MGR<br>PO BOX 9007<br>BARTOW FL 33831-9007 | 1066<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $106,868.13 | $103,776.64 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,800.00 ON 1/21/05 FOR INVOICE NUMBER 1890 BY CHECK NUMBER 7434106 AND REMOVAL OF $800 FOR INVOICES CONFIRMED BY CLAIMANT NOT TO EXIST, $180 FOR INVOICE NUMBER 150650 LISTED AS BEING $1,860 INSTEAD OF $1,680, AND $311.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 253696**<br>KEELCO INC<br>ATTN OWNER<br>14476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 | 379<br>Debtor: WINN-DIXIE STORES, INC. | $17,725.00 | $9,450.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,500.00 FOR INVOICE NUMBER 10059 DATED 2/1/05 WHICH DUPLICATES INVOICE NUMBER 10058 AND 3/1/05 PAYMENT OF $775.00 FOR INVOICE NUMBER 10067 DATED 2/6/05 AND INVOICE NUMBER 10078 DATED 2/7/05 BY CHECK NUMBER 00990317 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| **Creditor Id: 407697**<br>KEN ROBINSON OF FLORIDA, DIVISION<br>OF WHITE ELECTRICAL CONSTRUCTION CO<br>3225 EAST 4TH AVENUE<br>TAMPA FL 33605<br><br>Transferee: CACTUS HOLDINGS GROUP LLC | 5067<br>Debtor: WINN-DIXIE STORES, INC. | $25,414.33 | $6,152.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $19,261.43 FOR POSTPETITION CHARGES. |
| **Creditor Id: 254010**<br>KING RETAIL SOLUTIONS INC<br>ATTN PAUL R GERMANI, CONTROLLER<br>PO BOX 21910<br>EUGENE, OR 97402 | 2596<br>Debtor: WINN-DIXIE STORES, INC. | $56,904.80 | $55,394.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $609.96 AND $900.00 FOR POSTPETITION INVOICE NUMBERS 32309 AND 32311, RESPECTIVELY. |
| **Creditor Id: 410735**<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | 9592<br>Debtor: WINN-DIXIE STORES, INC. | $205,197.68 | $195,944.89 | CLAIMANT AGREES TO THE REDUCED AMOUNT COMPRISED OF $91,938.70 AND $1,909.54 FOR COMMON AREA MAINTENANCE CHARGES, $22,585.99 FOR INSURANCE, AND $79,510.66 FOR REAL ESTATE TAXES. |
| **Creditor Id: 254201**<br>KYSOR PANEL SYSTEMS<br>ATTN RICK RINN, CFO<br>PO BOX 951613<br>DALLAS, TX 75395-1613 | 10788<br>Debtor: WINN-DIXIE STORES, INC. | $12,135.12 | $11,302.12 | REDUCED AMOUNT REFLECTS 1/7/05 PAYMENT OF $180.50 BY VISA AND REMOVAL OF $652.50 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 254234**<br>L&J GENERAL INTERNATIONAL<br>(EL SEMBRADOR)<br>2424 NW 46TH STREET<br>MIAMI, FL 33142 | 5721<br>Debtor: WINN-DIXIE STORES, INC. | $90,971.14 | $87,475.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $337.14 AND REMOVAL OF $459.55 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $2,698.91 FOR IMPERMISSIBLE POSTPETITION INTEREST. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  254255**<br>LA QUINTA ORLANDO WINTERPARK<br>ATTN ROBERT GEDCON, ASST GM<br>626 LEE ROAD<br>ORLANDO, FL  32810 | 1220<br>Debtor:  **WINN-DIXIE STORES, INC.** | $5,123.82 | $3,005.17 | REDUCED AMOUNT REFLECTS REMOVAL OF $122.66 FOR POSTPETITION INVOICE NUMBER 0785000454 AND $1,995.99 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id:  254917**<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA  30084<br><br>Transferee: AMROC INVESTMENTS LLC | 5072<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $1,532.00 | $744.38 | REDUCED AMOUNT REFLECTS ACCOUNT RECEIVABLE BALANCE OF $787.62. |
| **Creditor Id:  254917**<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA  30084<br><br>Transferee: AMROC INVESTMENTS LLC | 5074<br>Debtor:  **DEEP SOUTH PRODUCTS, INC.** | $2,750.00 | $2,100.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $135.00, $340.00, AND $175.00 FOR INVOICE NUMBERS 55483, 55839, AND 56194, RESPECTIVELY, ALREADY INCLUDED IN CLAIM NUMBER 5072. |
| **Creditor Id:  254917**<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA  30084 | 5079<br>Debtor:  **WINN-DIXIE LOGISTICS, INC.** | $92,436.46 | $91,554.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $882.00 FOR INVOICE NUMBER 100468 ALSO INCLUDED IN CLAIM NUMBER 5072. |
| **Creditor Id:  254919**<br>LINK INTERNATIONAL INC<br>ATTN ROBERT KORLOWSKI, CONTROLLER<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY  11788 | 4095<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $35,253.84 | $32,356.52 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $736.32 AND $2,161.00, RESPECTIVELY. |
| **Creditor Id:  403332**<br>MASTER TRACE, INC<br>ATTN EUGENE MARCHESE, JR, PRES<br>4700 HIATUS ROAD, SUITE 355<br>SUNRISE FL  33351 | 3516<br>Debtor:  **WINN-DIXIE STORES, INC.** | $8,682.00 | $5,487.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,050.00 FOR UNPERFORMED SERVICES LISTED IN INVOICE NUMBERS 17474, 17475, 18250, 18251, 18252, 18253, AND 18254 AND $2,145.00 FOR IMPERMISSIBLE POSTPETITION LATE FEES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407645**<br>MATTEL TOYS AKA<br>MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR, VP FN<br>MAIL STOP M1-1201<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012<br><br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | 4861<br><br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $478,743.60 | $369,724.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $70,957.80 AND $38,061.69, RESPECTIVELY. |
| **Creditor Id: 256079**<br>MERCHSOURCE, LLC<br>ATTN KIRK MCLEAN<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610<br><br>Transferee: ASM CAPITAL LP | 641<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $350,410.05 | $253,654.26 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $86,519.82 AND REMOVAL OF $10,235.97 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 410514**<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 8838<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $5,646.97 | $4,284.43 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $855.62 AND REMOVAL OF $506.92 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 410514**<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 8839<br><br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $4,048.74 | $2,686.20 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $855.63 AND REMOVAL OF $506.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 256978**<br>NATIONAL FREIGHT INC<br>ATTN JOSIAH KNAPP, SR VP & ESQ<br>1515 BURNT MILL ROAD<br>CHERRY HILL NJ 08003 | 12492<br><br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $17,594.09 | $10,242.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,352.03 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 410995**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARKETPLACE AT WYCLIFFE, LK WORTH<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10293<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $166,085.07 | $132,097.44 | REDUCED AMOUNT REFLECTS $13,043.99 FOR 2003 INSURANCE, $112,761 FOR 2004 REAL ESTATE TAXES, AND $4,406.21 FOR 1/04-2/05 COMMON AREA CHARGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 257210**<br>NEWS JOURNAL CORPORATION<br>ATTN JUDITH K BENNETT, CR MGR<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120-2831 | 747<br>Debtor: WINN-DIXIE STORES, INC. | $50,953.69 | $39,637.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,316.61 FOR POSTPETITION CHARGES. |
| **Creditor Id: 257772**<br>ORLANDO SENTINEL<br>633 N ORANGE AVE MP 63<br>ORLANDO, FL 32801 | 1645<br>Debtor: WINN-DIXIE STORES, INC. | $69,883.11 | $65,525.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,358.04 AS AGREED TO BY CLAIMANT. |
| **Creditor Id: 397815**<br>PARTS STORE, THE DBA EQUIPMENT SALE<br>ATTN CHESLEY PIERCE<br>PO BOX 7393<br>MOBILE, AL 36670 | 7549<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $7,136.14 | $6,275.45 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $860.69. |
| **Creditor Id: 258275**<br>PELICAN ICE & COLD STORAGE INC<br>ATTN CHERIE MCKEOUGH, AR MGR<br>PO BOX 2131<br>KENNER, LA 70063-2131 | 1453<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $18,802.97 | $17,222.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,580.77 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 258430**<br>PHARMACEUTICAL FORMULATIONS, INC<br>ATTN SCOTT L KAHN, CONTROLLER<br>460 PLAINFIELD AVENUE<br>PO BOX 1904<br>EDISON NJ 08818-1904 | 3383<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $56,084.35 | $48,670.71 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $632.16, REMOVAL OF $5,376.86 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, AND 3/25/05 PAYMENT OF $1,404.62 BY CHECK NUMBER 8010087 FOR POSTPETITION INVOICE NUMBER 201995. |
| **Creditor Id: 410545**<br>PINNACLE MANAGEMENT, INC<br>ATTN BARRY S CLIFTON, PRESIDENT<br>PO BOX 325<br>COTTLEVILLE MO 63338 | 8529<br>Debtor: WINN-DIXIE STORES, INC. | $24,924.86 | $23,924.86 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,000.00 FOR INVOICE NUMBER 03-11797 FOR STORE NUMBER 581 AS CLAIMANT WAS NOT AUTHORIZED TO DO BUSINESS IN THAT LOCATION. |
| **Creditor Id: 259032**<br>PURCELL INTERNATIONAL<br>ATTN WILLIAM E PURCELL, PRESIDENT<br>PO BOX 5043<br>WALNUT CREEK, CA 94596-1097 | 4105<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $330,935.55 | $330,108.20 | REDUCED AMOUNT REFLECTS REMOVAL OF UNDOCUMENTED CHARGES OF $827.35. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 259159**<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING PA 19603-1723<br><br>Transferee: AMROC INVESTMENTS LLC | 2055<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $195,142.80 | $125,119.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $17,657.06 AND $52,366.48, RESPECTIVELY. |
| **Creditor Id: 259884**<br>RODGERS LAWN CARE<br>ATTN RUSSELL RODGERS, OWNER<br>21333 S BUCKHILL ROAD<br>CLERMONT, FL 34711 | 262<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,200.00 | $3,675.00 | REDUCED AMOUNT REFLECTS 3/21/05 PAYMENT OF $525.00 FOR POSTPETITION PORTION OF FEBRUARY BILL BY CHECK NUMBER 008007601. |
| **Creditor Id: 260026**<br>ROTHBURY FARMS<br>1091 MOMENTUM PLACE<br>CHICAGO, IL 60689-5310 | 4404<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $39,420.00 | $38,726.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $236.00 AND $457.05, RESPECTIVELY. |
| **Creditor Id: 2558**<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 | 10117<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $48,798.95 | $23,364.72 | REDUCED AMOUNT REFLECTS CREDIT OF $1,132.67 FOR COMMON AREA MAINTENANCE CHARGES AND REMOVAL OF $1,173.54 AND $23,128.02 FOR OVERSTATED INSURANCE LIABILITY AND REAL ESTATE TAXES, RESPECTIVELY. |
| **Creditor Id: 377086**<br>SM COCHRANE<br>ATTN STEVE COCHRANE, OWNER<br>3837 CAMPBELL ROAD<br>CHESAPEAKE, VA 23322 | 6679<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,764.54 | $2,114.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $650.48 FOR POSTPETITION SERVICES LISTED IN INVOICE NUMBER 102182. |
| **Creditor Id: 261302**<br>SOUTH GEORGIA MEDIA GROUP<br>PO BOX 968<br>VALDOSTA, GA 31603-0968 | 2903<br>Debtor: **WINN-DIXIE STORES, INC.** | $26,470.82 | $25,568.49 | REDUCED AMOUNT REFLECTS REMOVAL OF $255.00 AND $647.33 FOR POSTPETITION INVOICES FOR CORDELE DISPATCH AND SUNBELT SHOPPER, RESPECTIVELY. |
| **Creditor Id: 261911**<br>STEAK-UMM COMPANY INC, THE<br>ATTN WILLIAM C BALLOU, CFO<br>153 SEARLES RD<br>POMFRET CENTER CT 06259 | 4197<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $22,316.16 | $8,522.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND RECEIVABLE BALANCE OF $3,149.55 AND $2,030.07, RESPECTIVELY, AND REMOVAL OF $8,613.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 263217**<br>TONE BROTHERS INC<br>ATTN KEVIN ROBY<br>2301 SE TONES DRIVE<br>ANKENY IA 50021 | 3005<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $6,957.90 | $6,388.85 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $569.05. |
| **Creditor Id: 406115**<br>VALASSIS COMMUNICATIONS, INC<br>ATTN RON SCHOMER/RHONDA COPELAND<br>19975 VICTOR PARKWAY<br>LIVONIA MI 48152 | 3310<br>Debtor: **WINN-DIXIE STORES, INC.** | $61,744.73 | $59,242.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,502.00. |
| **Creditor Id: 264513**<br>WAYNE AUTO FIRE SPRINKLER, INC<br>ATTN ROBERT W FULLER, CONTROLLER<br>222 CAPITOL CT<br>OCOEE, FL 34761-3033 | 1560<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,269.32 | $19,234.12 | REDUCED AMOUNT REFLECTS 4/27/05 PAYMENT OF $1,035.20 BY CHECK NUMBER 008029197 FOR POSTPETITION INVOICE NUMBER 099672. |

| | | |
|---|---|---|
| **Total Claims to be Reduced:** | 164 | |
| **Total Amount to be Reduced:** | $11,589,751.44 | Plus Unliquidated Amounts, If Any |
| **Total Reduced Amount:** | $9,609,947.59 | |

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.<sup>1</sup> ) | Jointly Administered |

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
## IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on April 20, 2006,

upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Upon consideration, it

is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

3.      Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

       4.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

       5.     This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this _____ day of April, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

3