UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 22, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: March 29, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 243711-12
BOCA INDUSTRIES INC
ATTN: DONALD LENCI, PRES
5076 NIFDA DRIVE
SMYRNA, GA 30080

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO/JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 250750-12
GOURMET BOUTIQUE
ATTN: ROBERT LIBERTO, VP & CFO
PO BOX 7777
W510591
PHILADELPHIA PA 19175-0591

CREDITOR ID: 261296-12
SOUTH FLORIDA BAKERY INC
ATTN: RICHARDO BERNARDO, VP
14159 S W 144TH STREET
MIAMI, FL 33186

CREDITOR ID: 1904-RJ
SULPHUR SPRINGS PARTNERS LLP
801 NE 167TH STREET, 2ND FL
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 403490-15
SULPHUR SPRINGS PARTNERS, LLLP
C/O RICE PUGATCH ROBINSON ET AL
ATTN LISA M SCHILLER, ESQ
848 BRICKELL AVENUE, SUITE 1100
MIAMI FL 33131

CREDITOR ID: 416264-15
WELLS FARGO BANK NW, NA, SUCCESSOR
TO FIRST SECURITY BANK/VAL T ORTON
C/O LOWNDES DROSDICK PA
ATTN ZACHARY J BANCROFT, ESQ.
PO BOX 2809
ORLANDO FL 32802

   **Total:   12**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 6479

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BOCA INDUSTRIES INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| | |
| BOCA INDUSTRIES INC | ASM CAPITAL LP |
| ATTN: DONALD LENCI, PRES | ATTN ADAM MOSKOWITZ |
| 5076 NIFDA DRIVE | 7600 JERICHO TPK STE 302 |
| SMYRNA, GA 30080 | WOODBURY NY 11797 |
| | |
| Phone: 404 605 0050 | Phone: 5162246040 |
| Account No.: 243711 | Account No.: 399729 |

Claim No.: 35956                                                Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005                                    Transfer Amount: $10,600.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/22/2006                                                /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 6572

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GOURMET BOUTIQUE | DELLACAMERA CAPITAL MANAGEMENT LLC |
| Name of Transferor | Name of Transferee |
| GOURMET BOUTIQUE<br>ATTN: ROBERT LIBERTO, VP & CFO<br>PO BOX 7777<br>W510591<br>PHILADELPHIA PA 19175-0591 | DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 |
| Phone:<br>Account No.: 250750 | Phone:<br>Account No.: 423075 |

Claim No.: 34896   Full Transfer: (X)   Partial Transfer:

Date Claim Filed: 04/07/2005   Transfer Amount: $74,650.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/22/2006   /s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

                                                Docket No.: 6528

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOUTH FLORIDA BAKERY INC | CONTRARIAN FUNDS, LLC |
| Name of Transferor | Name of Transferee |
| SOUTH FLORIDA BAKERY INC | CONTRARIAN FUNDS, LLC |
| ATTN: RICHARDO BERNARDO, VP | ATTN ALPA JIMENEZ |
| 14159 S W 144TH STREET | 411 WEST PUTNAM AVE S-225 |
| MIAMI, FL 33186 | GREENWICH CT 06830 |
| Phone: | Phone: 203 862 8236 |
| Account No.: 261296 | Account No.: 416956 |

Claim No.: 35378                                 Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                     Transfer Amount: $126,564.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/22/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 6476 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SULPHUR SPRINGS PARTNERS, LLLP | FIRST COMMERCIAL BANK |
| Name of Transferor | Name of Transferee |
| SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO/JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 |
| Phone: 305 379 3121 | Phone: 205 521 8000 |
| Account No.: 403490 | Account No.: 416237 |
| SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET, 2ND FL<br>NORTH MIAMI BEACH, FL 33162 | |
| Phone:<br>Account No.: 1904 | |
| Claim No.: 1176 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $1,340,815.70 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 03/22/2006 | /s/ Logan & Company, Inc.<br>Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1
                                                      Docket No.: 6476

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SULPHUR SPRINGS PARTNERS, LLLP | FIRST COMMERCIAL BANK |
| Name of Transferor | Name of Transferee |
| SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO/JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 |
| Phone: 305 379 3121 | Phone: 205 521 8000 |
| Account No.: 403490 | Account No.: 416237 |
| SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET, 2ND FL<br>NORTH MIAMI BEACH, FL 33162 | |
| Phone:<br>Account No.: 1904 | |
| Claim No.: 1175 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $8,938,771.99 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/22/2006                        /s/ Logan & Company, Inc.
                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                           Docket No.: 6569

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WELLS FARGO BANK NW, NA, SUCCESSOR    ID: 416264 | CAPX REALTY LLC        ID: 423154 |
| Name of Transferor | Name of Transferee |
| WELLS FARGO BANK NW, NA, SUCCESSOR TO FIRST SECURITY BANK/VAL T ORTON C/O LOWNDES DROSDICK PA ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802 | CAPX REALTY LLC 101 SUMMER STREET BOSTON MA 02110 Phone: |
| Phone: 407 843 4600 | CAPX REALTY LLC        ID: 423158 C/O LOWNDES DROSDICK ET AL ATTN: M.BEAL & Z.BANCROFT 405 S ORANGE AVE, STE 800 ORLANDO FL 32801 Phone: 407 843 4600 |

Claim No.: 12211                                           Full Transfer: ☒         Partial Transfer:
Date Claim Filed: 10/24/2005                               Amount: $1,116,934.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/22/2006                                           /s/ Logan & Company, Inc.
                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 22, 2006.