[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

This case came on for consideration upon the Court's own motion. On March 28, 2006, P. Matthew Abbott filed a Notice of Withdrawal of Motion for Relief From Stay on behalf of Betty Terrell without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Withdrawal of Motion for Relief From Stay filed by P. Matthew Abbott on behalf of Betty Terrell is stricken from the record.

Dated March 28, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
P. Matthew Abbott, Attorney for Movant
Counsel for Committee of Unsecured Creditors