UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

   (a)   fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

   (b)   return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 392895
WINEBARGER, LILA
C/O FARAH & FARAH, PA
ATTN RANDALL RUTLEDGE, ESQ
10 W ADAMS STREET
JACKSONVILLE FL 32202

Claim No.(s): 6700

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY)_____

2. Date of injury or claim: (MM/DD/YY)_____

3. What is the basis of your claim?_____
   _____
   _____
   _____

4. What is the total amount of your claim? (Please estimate if necessary)._____
   _____

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   _____
   _____
   _____

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount._____
   _____
   _____
   _____

7. Are you pursuing this claim against any other party? Yes ☐   No ☐
   If so, against whom (list the name, the addresses and counsel for each party, if known)?_____
   _____
   _____

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☐   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known._____
   _____
   _____
   _____

392895-WINEBARGER, LILA-Claim No.(s): 6700

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)_____

11. Where did the injury or damage occur?_____

Please specify the location and address.

12. How did the injury or damage occur?_____

13. Did you miss any work as a result of your injury or damage? If so, how many days? ____

14. Give the name and address of your employer and your salary at the time of your injury or damage.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)_____

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors)._____

392895-WINEBARGER, LILA-Claim No.(s): 6700

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☐
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) _____
_____
_____

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
   _____
   _____
   _____
   _____
   _____
   _____

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. _____
   _____
   _____
   _____
   _____

   c. Give the total amount of the medical bills you incurred as a result of your claim. _____
   _____
   _____
   _____

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. _____
   _____
   _____
   _____
   _____

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. _____
   _____
   _____
   _____

392895-WINEBARGER, LILA-Claim No.(s): 6700

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

    g.    Give the name, address and policy number of your insurance company. _____
_____
_____
_____

19.    To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

    a.    Itemize the damages you claim. _____
_____
_____
_____
_____

    b.    Give the total amount of each item of damage. _____
_____
_____

20.    **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** _____
_____
_____
_____
_____
_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 392895<br>WINEBARGER, LILA<br>C/O FARAH & FARAH, PA<br>ATTN RANDALL RUTLEDGE, ESQ<br>10 W ADAMS STREET<br>JACKSONVILLE FL 32202 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

392895-WINEBARGER, LILA-Claim No.(s): 6700

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _Oct 18, 2005_             _Lila S. Winebarger_
                                          Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)_____

Address_____

City/State/Zip_____

Relationship to Claimant_____

Phone Number_____

Fax Number_____

Email Address r_____

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

392895-WINEBARGER, LILA-Claim No.(s): 6700

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## Answers to Part B – Claim Information

1. DOB: 11/23/1948

2. DOA: 5/23/2003

3. Basis for claim: Slip and fall at Winn Dixie located at 703 Chaffee Road, Jacksonville, FL 32221

4. Total amount of claim at Time Case Filed: $350,000.00

5. See enclosed copies of all documents supporting or evidencing claim.

6. 
   | | |
   |---|---|
   | Quest Diagnostics | $ 515.88 |
   | Orange Park Medical | $ 9,985.00 |
   | Jacksonville ER | $ 521.00 |
   | Professional Massage | $ 1,392.00 |
   | Drs. Mori, Bean & Brooks | $ 608.00 |
   | Horizon MRI | $ 2,040.00 |
   | Jacksonville Neurology | $ 1,055.00 |
   | ORSC | $ 9,522.00 |
   | Heartland Rehabilitation | $ 85.00 |
   | **Total** | **$25,723.88** |

7. No.

8. Yes. Enclosure attached.

9. Yes, 4th Circuit Civil Court, Case# 16-2004-CA-8536, Division: CV-H, Judge Hugh A. Carithers

10. Knee, hip, shoulder, elbow, wrist, neck and closed head injury, See attached medical records and evidence enclosed for Answer 5.

11. Winn Dixie located on 703 Chaffee Road, Jacksonville, FL 32221 Store # 0199.

12. Slip and fall at Winn Dixie located at 703 Chaffee Road, Jacksonville, FL 32221. I was working at the time, when I went back to the "discount groceries" display near the restrooms, where there is poor lighting. I slipped and fell in clear water which I didn't see until after I fell and was lying in it. There were no warning signs or cones.

13. Missed work: 33 weeks

14.  Employer:   Winn Dixie
                 703 Chaffee Road
                 Jacksonville, FL 32221

     Wage:       6.50 per hour

15.  No

16.  Orville Winebarger
     13967 Odie Rd
     Jacksonville, FL 32220
     904-266-2656

     Mima Baker
     6310 Hyde Groove Avenue
     Jacksonville, FL 32220
     904-786-5811

     FARAH & FARAH, P.A.
     10 West Adams Street
     Jacksonville, FL 32202

     Sedgewick Claims Management & Services, Inc.
     P.O. Box 24787
     Jacksonville, FL 32241-4787

     The Mega Life & Health
     P.O. Box 55270
     Phoenix, AZ 85078-5270

17.  No

13.  a.  See the name and addresses of physicians, clinics and hospitals in the attached enclosure for Answer 5.

     b.  I was injured in and about my body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of my injuries, suffered physical handicap, suffered scarring and disfigurement, suffered psychological and emotional injuries, suffered loss of wages, and my working ability was impaired, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of bodily function, and lost the capacity for the enjoyment of life.

        c.    $25,723.88

        d.    All medical and hospital records can be found in the attached enclosure for Answer 5.

        e.    Insurance Payments: $921.50

        f.    See attached documentation for answer 5.

        g.    Health Insurance Address:
                The Mega Life & Health
                P.O. Box 55270
                Phoenix, AZ 85078-5270

                Policy Number: ST-0100-1683
                SS#: 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

19.        a.    See answers from above.

20.        Agreed amount for settlement of claim: $350,000.00

NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

        FARAH & FARAH, P.A.
        Randy Rutledge, Esq.
        Florida Bar No: 0067202
        10 West Adams
        Jacksonville, FL 32202

        Attorney

        Telephone:  904-396-5555
        Fax:           904-358-2424