

## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

**"ATTORNEY-CLIENT PRIVILEGED COMMUNICATION"**
**"CONFIDENTIAL INFORMATION-UNAUTHORIZED USE OR DISCLOSURE PROHIBITED"**

January 7, 2005

Mr. Stephen A. Lankes, Esquire
Farah, Farah, & Abbott, P.A.
1534 Kingsley Ave.
Orange Park, FL 32073

RE:   Claimant:           Lila Winebarger
      Claim #:            A311206209-0001-01
      Date of Accident:   05/23/2003
      Division:           Retail Grocery Store-Jacksonville Div
      Location: Winn-Dixie 0199
                          703 Chaffee Rd.  Jacksonville, FL

Dear Mr. Lankes:

On 7/2/03 we provided you with a disclosure regarding coverage for your client's loss. We have just learned that there is coverage for your client's loss with Royal & Sunalliance under policy number P2 LA458810 0000. Thus, I am enclosing a copy of the declarations pages for your records.

In view of this new development I am withdrawing Winn-Dixie's previous settlement offer made to your client.

We are in the process of having a claim set up and anticipate that Sunalliance will be providing a defense for Winn-Dixie in this matter.

We would appreciate your allowing an extension of time in which to answer the complaint sufficient to allow for the assuming of Winn-Dixie's defense by Sunalliance. It is my understanding that Joe Stokes, Esquire has already been in touch with you about an extension and, by copy of this letter and enclosures, I am letting him know about the discovery of insurance coverage for this incident.

Sincerely,

C. Everett Brooks
General Liability Examiner III

encl.

cc Joe Stokes, Esquire


ROYAL & SUNALLIANCE

# BIG SHIELD
## Commercial Catastrophe Liability Policy Declarations

Policy No.: P2 LA458810 0000

**ITEM 1**
Named Insured and Mailing Address
WINN-DIXIE STORES, INC.
P. O. BOX B
JACKSONVILLE    FL 32203

Producer's Name and Address

SEABURY & SMITH, INC.
3475 PIEDMONT RD STE420
ATLANTA    GA 30305

This policy is issued by
ROYAL INSURANCE COMPANY OF AMERICA
AN ILLINOIS STOCK COMPANY

Producer Code: 4161400
Executive Office:
9300 Arrowpoint Blvd.
Charlotte, NC 28273-8135
www.royalsunalliance.com

**ITEM 2**    Coverage: Umbrella

**ITEM 3**    Policy Period: From 02/27/2002    to UNTIL CANCELLED
12:01 A.M. Standard Time at the Address of the Named Insured

**ITEM 4**    Limits and Premium

Limits of Insurance:

| | | |
|---|---|---|
| $ | 1,000,000 | EACH OCCURRENCE |
| $ | 1,000,000 | AGGREGATE WHERE APPLICABLE |
| $ | 0 | RETAINED LIMIT / EACH OCCURRENCE |

Premium                COMM.: 20.0
$   4,311.00  TOTAL PREMIUM
$   4,311.00  TOTAL PAYABLE DUE AT INCEPTION

**ITEM 5**                Forms Attached
UL8058 0101    UL8059 0101    UL0028 0101    UL0069 0101    UL0076 1093
UL0043 0101    UL8024 0101    UL8024 C       UL0302 0101    LI0018 0999
UL0020 0101    LI0004 0990-A

Countersigned by: _____

UL 8058 0101                PRODUCER COPY
                B67B  P2 LA458810 0000  T001    03262002      P3-00001603



# BIG SHIELD
## Commercial Catastrophe Liability Policy Declarations

Policy No.: P2 LA458810 0000

**ITEM 1**

| Named Insured and Mailing Address | Producer's Name and Address |
|---|---|
| WINN-DIXIE STORES, INC.<br>P. O. BOX B<br>JACKSONVILLE    FL 32203 | SEABURY & SMITH, INC.<br>3475 PIEDMONT RD STE420<br>ATLANTA    GA 30305 |
| This policy is issued by<br>ROYAL INSURANCE COMPANY OF AMERICA<br>AN ILLINOIS STOCK COMPANY | Producer Code: 4161400<br>Executive Office:<br>9300 Arrowpoint Blvd.<br>Charlotte, NC 28273-8135<br>www.royalsunalliance.com |

**ITEM 2**     Coverage: Umbrella

**ITEM 3**     Policy Period: From 02/27/2002    to UNTIL CANCELLED
12:01 A.M. Standard Time at the Address of the Named Insured

**ITEM 4**                              Limits and Premium

Limits of Insurance:

| $ | 1,000,000 | EACH OCCURRENCE |
|---|---|---|
| $ | 1,000,000 | AGGREGATE WHERE APPLICABLE |
| $ | 0 | RETAINED LIMIT / EACH OCCURRENCE |

Premium                                COMM.: 20.0
$    4,311.00   TOTAL PREMIUM
$    4,311.00   TOTAL PAYABLE DUE AT INCEPTION

**ITEM 5**                    **Forms Attached**

| UL8058 0101 | UL8059 0101 | UL0028 0101 | UL0069 0101 | UL0076 1093 |
| UL0043 0101 | UL8024 0101 | UL8024 C    | UL0302 0101 | LI0018 0999 |
| UL0020 0101 | LI0004 0990-A |

Countersigned by: _____

UL 8058 0101                    PRODUCER COPY
                B67B    P2 LA458810 0000    T001        03262002        P3-00001603

**BIG SHIELD**
**Commercial Catastrophe Liability Policy**
**Declarations**

Policy No. P2 LA458810 0000

ITEM 6                                 Schedule of Underlying Insurance

| Type of Policy | Policy No. and Policy Period | Insurer | Applicable Limit | |
|---|---|---|---|---|
| General Liability | SV043978<br>From 02/27/2002<br>To UNTIL CANCELLED | AMERICAN AND FOREIGN INSURANCE | $ 2,000,000<br>$ 2,000,000<br>$ 1,000,000<br>$ 1,000,000<br>$ 100,000 | General Aggregate<br>Prod-Comp.Ops. Aggregate<br>Pers. & Adv. Injury<br>Each Occurrence<br>Damage To Premises Rented To You (Any One Premises) |