IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 3-05-bk-3817 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |

**AMENDED NOTICE OF WITHDRAWAL OF MOTION FOR
RELIEF FROM STAY FILED BY BETTY TERRELL**

Creditor, Betty Terrell, gives notice of the withdrawal, with prejudice, of her Motion for Relief from Stay (Docket No. 2634).

Dated:  March 30, 2006

                                                             Respectfully submitted:


                                                             s/ Matt Abbott
                                                             Matt Abbott
                                                            Alabama Bar No:  ASB-3107-P70A
                                                            Mississippi Bar No:  MSB-100193
                                                            Attorney for Petitioner Betty Terrell


OF COUNSEL:
CHURCH, MINOR, ABBOTT, FURR & DAVIS, P.C.
1609 Cogswell Avenue
Pell City, Alabama 35125
(205) 338-2295

1