[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05−bk−03817−JAF
	Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____ /

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing (Continued Final) on Motion for Relief From Stay filed by Maureen Fitzgerald−Marhold is rescheduled to July 3, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 28, 2006 .

			Clerk of Court
			300 North Hogan Street Suite 3−350
			Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Stephenie Biernacki, Attorney for Movant
Counsel for Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Mar 28, 2006
Case: 05-03817                Form ID: 3902a          Total Served: 1
```

The following entities were served by first class mail on Mar 30, 2006.
aty          +Stephenie M Biernacki,    GrayRobinson, PA,    201 N Franklin Street, Suite 2200,    PO Box 3324,
               Tampa, FL 33601-3324

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2006**                          **Signature:** *Joseph Speetjens*