[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 3:05−bk−03817−JAF
                                                                      Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing (Final) on Motion for Relief From Stay filed by Charlene Miller and Robert Miller is rescheduled to July 10, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 28, 2006 .

                                Clerk of Court
                                300 North Hogan Street Suite 3−350
                                Jacksonville, FL 32202


Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Robert L. Wunker, Attorney for Movant
Counsel for Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1              Date Rcvd: Mar 28, 2006
Case: 05-03817                  Form ID: 3902a           Total Served: 1

The following entities were served by first class mail on Mar 30, 2006.
 aty        +Robert L Wunker,   Rutherford Mulhall, PA,   2600 N Military Trail,   4th Floor,
              Boca Raton, FL 33431-6312
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2006**                    **Signature:**   *Joseph Speetjens*