**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                               Case No. 3:05−bk−03817−JAF
                                                                                                     Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled for final hearing to September 11, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 31, 2006 .

                         Clerk of Court
                         300 North Hogan Street Suite 3−350
                         Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Robert Wilcox, Attorney for Movants
Counsel for Official Committee of Unsecured Creditors