**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF (I) SALE BY W-D (BAHAMAS) LTD. OF COMMON STOCK OF BAHAMAS SUPERMARKETS LIMITED AND (II) OPPORTUNITY TO SUBMIT HIGHER OR OTHERWISE BETTER OFFERS**

On March 31, 2006, Winn-Dixie Stores, Inc.("Winn-Dixie")[1] and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (together with Winn-Dixie, collectively, the "Debtors") filed the Debtors' Motion for Order Authorizing Winn-Dixie Stores, Inc. to (I) Exercise its Consent to Sale of Stock by Non-Debtor Subsidiary, Subject to Higher or Otherwise Better Offers, (II) Enter Into a Related Transition Services Agreement and (III) Enter Into a Related Non-Competition Agreement (the "Motion"). The Motion, among other things, requested entry of an order authorizing Winn-Dixie to exercise its consent to the sale by W-D (Bahamas) Ltd., a Bahamas Company, of shares of common stock of Bahamas Supermarkets Limited pursuant to the terms of a Share Purchase Agreement dated March 29, 2006 (the "Agreement") to BK Foods, Ltd.[2]

The Agreement contemplates the opportunity for the submission of higher or otherwise better offers in accordance with the bid procedures set forth in Exhibit A to this Notice (the "Bid Procedures"). Qualified Competing Bids (as such term is defined in the Bid

---

[1] All capitalized terms not otherwise defined in this Notice shall have the meaning ascribed to them in the Motion.

[2] A copy of the Agreement is attached as Exhibit A to the Motion.

Procedures) must be served upon and actually received by the Debtors' financial advisors, The Blackstone Group, L.P., at the following address on or before 5:00 p.m. Eastern Daylight Time on May 11, 2006:

>The Blackstone Group L.P.
>Attention: Ramesh Chakrapani / Michael Kovacs
>345 Park Avenue
>29th Floor
>New York, NY 10154
>chakrapani@blackstone.com
>kovacs@blackstone.com

If one or more Qualified Competing Bids are timely received, an auction will be conducted (and notice of same provided to all parties who submitted a Qualified Competing Bid) at 10:00 a.m. on May 15, 2006 at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, at the address set forth below.

Dated: March 31, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker* | By   *s/ Cynthia C. Jackson* |
|        D. J. Baker |        Stephen D. Busey |
|        Sally McDonald Henry |        James H. Post |
|        Rosalie Walker Gray |        Cynthia C. Jackson, |
|        Adam S. Ravin |        Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

## **EXHIBIT A**

Bid Procedures

Set forth below are the bidding procedures (the "Bid Procedures") to be used by the Seller for the sale of the Shares. Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Agreement. The terms and conditions, including the Purchase Price, reflected in the Agreement are referred to herein as the "Initial Bid" and the Purchaser is referred to as the "Initial Bidder." The Parent intends to file a motion (the "Authorization Motion") with the Bankruptcy Court for an order approving the execution by the Parent of the Shareholder Consent (the "Authorization Order") and intends to notice the Authorization Motion for hearing on May 18, 2006 (the "Authorization Hearing").

### Requirements for Qualified Competing Bids

Any person who desires to submit a competing bid for the Shares may do so in writing, provided that such bid:

(a)    must include a binding, executed purchase agreement (each, a "Purchase Agreement"), blacklined to show changes from the Agreement and clearly setting forth any conditions for closing;

(b)    must exceed the Purchase Price by at least U.S. $1.5 million;

(c)    shall not be contingent upon any due diligence investigation, the receipt of financing, or any board of directors, shareholders or other entity approval;

(d)    must include an executed financial declaration evidencing the bidder's financial wherewithal to consummate the purchase of the Shares and satisfy all of the obligations required by the Purchase Agreement;

(e)    must include a cashier's check or be accompanied by a wire transfer, as an earnest money deposit, in an amount equal to U.S. $5 million;

(f)    must disclose the identity of the bidder's organization, including confirmation that the competing bid is made as principal for the bidder's account and, if not, the basis upon which the bidder is acting and the identities of all other participants (if any);

(g)    must disclose any agreements or understandings between the bidder and any third party with respect to the Shares or with respect to any possible transaction involving the Seller.

If the competing bid includes each of the documents and conditions set forth in subparagraph (a) - (g) above, the bid will constitute a "Qualified Competing Bid." The submission of a competing bid will be deemed to be the bidder's consent for the Seller, the Parent and their advisors to share any information submitted by the competing bidder with (a) the professionals and advisors to the Parent's postpetition secured lenders (the "DIP Lender") and

(b) the professionals and advisors to the official committee of unsecured creditors appointed to serve in the Bankruptcy Case (the "Creditors' Committee").

Any person who desires to submit a competing bid for the Shares will be provided access to certain non-public information in advance of the submission of such bid, provided that such person is deemed by the Parent and the Seller (in their sole discretion) to be a qualified competing bidder and such person executes a confidentiality agreement in a form satisfactory to the Parent and the Seller. Persons interested in receiving such information should contact Michael Kovacs at Blackstone (212) 583-5473.

## Deadline for Competing Bids

Qualified Competing Bids must be served upon and actually received by Blackstone L.P. at the following address on or before 5:00 p.m., Eastern Daylight Time, on May 11, 2006:

The Blackstone Group L.P.
Attention: Ramesh Chakrapani / Michael Kovacs
345 Park Avenue
29th Floor
New York, NY 10154
chakrapani@blackstone.com
kovacs@blackstone.com

The Seller may extend the bid deadlines for the delivery of competing bids once or successively, without further notice and for one or more bidders, but shall not be obligated to do so. Qualified Competing Bids shall be provided to the Creditors Committee's professionals by The Blackstone Group L.P. on the same day each such bid is received by The Blackstone Group L.P.

## Auction

If one or more Qualified Competing Bids are timely received, an auction will be conducted for the Shares at 10:00 a.m. on May 15, 2006 (an "Auction"). The Seller shall provide notice of the Auction at least two (2) days before the Auction to the Initial Bidder and to all parties who have submitted a Qualified Competing Bid.

Based upon the terms of the Initial Bid and the Qualified Competing Bids and such other information as the Seller deems relevant, the Seller may conduct an Auction in any manner (and upon any terms and conditions) the Seller believes will achieve the maximum value for the Shares to be sold.

The Seller may (a) determine, in its sole discretion and in its own business judgment (subject to consultation with the representatives of the Creditors Committee), which Initial Bid or Qualified Competing Bid, if any, is the highest or otherwise best offer with respect to the Shares, and (b) reject any Qualified Competing Bid that, in the Seller's sole discretion (subject to consultation with the representatives of the Creditors Committee), is (i) inadequate or

insufficient, (ii) not in conformity with the requirements of these Bid Procedures or the terms and conditions of sale, or (iii) contrary to the best interests of the Seller.

At the conclusion of the Auction, the Seller shall review each Qualified Competing Bid and the Initial Bid and identify the highest or best offer for the Shares (the "Successful Bid;" such bidder, the "Successful Bidder"). The Seller reserves the right to refuse to consider any bid that fails to comply with the Bid Procedures or any other procedures established by the Seller for the Auction.

If no Qualified Competing Bids are received for the Shares, the Seller shall determine that the Initial Bid is the Successful Bid without conducting an Auction unless the Seller determines at such time that the Purchaser is not in full compliance with the Agreement or reasonably determines that there is a substantial risk that the Purchaser may not be able to complete the acquisition on a timely basis, in which case the Seller may postpone the determination of the Initial Bid as the Successful Bid (or waive the provisions of this clause).

The Auction may be adjourned as the Seller deems appropriate. Reasonable notice of such adjournment and the time and place for the resumption of the Auction shall be given to all participants.

Only the Seller and the Parent and their respective representatives including their respective advisors, counsel, consultants and agents, counsel for the Creditors' Committee, counsel for the DIP Lender, and the Initial Bidder and the Qualified Bidders and their respective representatives including their advisors, consultants and agents shall be entitled to attend and be heard at the Auction.

## Authorization Hearing

At the Authorization Hearing, the Parent will request that the Bankruptcy Court authorize and approve the execution by the Parent of the Shareholder Consent in connection with the Purchase Agreement of the Successful Bidder.

If the Successful Bidder fails to consummate the Successful Bid in accordance with the terms of its Purchase Agreement, the Seller (i) will retain the earnest money deposit of such bidder, (ii) maintain the right to pursue all available remedies against the bidder, and (iii) with the consent of the Parent, will be free to consummate the proposed transaction with the next highest or best bidder at the Auction and consummate the transaction with such bidder at the highest price bid by such bidder at the Auction without the need for further Bankruptcy Court approval of the Shareholder Consent (or, if that bidder is unable to consummate the transaction at that price, the Seller, with the consent of the Parent, may consummate the transaction with the next highest or best bidder at the highest price bid by such bidder at the Auction, with such bidder and such bid thereafter the Successful Bidder and the Successful Bid, and so forth).

Any bidders submitting bids will bear their own expenses in connection with the sale, regardless of whether the sale is approved, in accordance with the terms of the applicable Purchase Agreement.

**Additional Conditions Applicable to the**
**Initial Bid and All Qualified Competing Bids**

Notwithstanding anything to the contrary in these procedures, the bid of the Successful Bidder will remain irrevocable in accordance with the terms of the Purchase Agreement executed by the Successful Bidder.  All other bids will be irrevocable until the earlier to occur of (i) sixty (60) days after entry of an Authorization Order or (ii) closing of the sale of the Shares in accordance with the Successful Bid.  Notwithstanding the foregoing, the right of the Initial Bidder will be governed by the terms of the Agreement.

Notwithstanding anything to the contrary in these procedures, the earnest money deposit of the Successful Bidder will be retained by the Seller in accordance with the terms of the Purchase Agreement executed by the Successful Bidder.  Deposits of all other bidders will be retained by the Seller until the earlier to occur of (i) sixty (60) days after entry of an Authorization Order or (ii) closing of the sale of the Shares in accordance with the Successful Bid.  Notwithstanding the foregoing, the Deposit of the Initial Bidder will be governed by the terms of the Agreement.

Notwithstanding anything to the contrary, the Seller has the right to entertain bids that do not conform to one or more of the requirements set forth in these procedures and to deem such bids Qualified Competing Bids.

Notwithstanding anything to the contrary, any conflict between the terms and conditions of these Bid Procedures and any Purchase Agreement executed by the Seller and any bidder (including the Agreement) will be resolved in favor of these Bid Procedures.

All bids, the Auction and these Bid Procedures are subject to such other terms and conditions as are announced by the Seller, and the Seller reserves the right to amend or waive any provision of these Bid Procedures at any time.

Notwithstanding any other provision set forth in these bid procedures, the Parent and the Seller, as the case may be, shall consult with the representatives of the Creditors' Committee and the DIP Lender when making any determinations or announcements and exercising their discretion as contemplated by or in connection with these Bid Procedures.