[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

This case came on for consideration upon the Court's own motion. On March 28, 2006, P. Matthew Abbott filed a Notice of Withdrawal of Motion for Relief From Stay on behalf of Betty Terrell without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Withdrawal of Motion for Relief From Stay filed by P. Matthew Abbott on behalf of Betty Terrell is stricken from the record.

Dated March 28, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
P. Matthew Abbott, Attorney for Movant
Counsel for Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Mar 29, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Mar 31, 2006.
 intp        +Betty Terrell,   c/o Matt Abbott,   1609 Cogswell Avenue,    Pell City, AL 35125-1644

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2006**                    **Signature:**     *Joseph Speetjens*