[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled for final hearing to September 11, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 31, 2006 .

                    Clerk of Court
                    300 North Hogan Street Suite 3−350
                    Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Robert Wilcox, Attorney for Movants
Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Mar 31, 2006
Case: 05-03817                 Form ID: 3902a            Total Served: 1

The following entities were served by first class mail on Apr 02, 2006.
aty           +Robert D Wilcox,   Wilcox Law Firm,   6817 Southpoint Parkway Suite 1302,
               Jacksonville, FL 32216-6297
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2006**                          **Signature:** _Joseph Speetjens_