UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                   )       Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,        )       Chapter 11

             Debtors.                   )

_____)

## AMENDED CERTIFICATE OF SERVICE

I certify that, on March 1, 2006, a true and correct copy of the motion for relief from the automatic stay to evict Debtor from Store No. 726 due to non-payment of postpetition rent or, in the alternative, for adequate protection [Dkt. 6189] was sent by U.S. Mail to the debtor and electronically furnished to debtor's attorney, U.S. Trustee and the Rule 1007(d) List of Parties in Interest.

                                        STUTSMAN & THAMES, P.A.

                                              /s/ Richard R. Thames
                                        By_____
                                              Richard R. Thames
                                              Bradley R. Markey

                                        Florida Bar Number 0718459
                                        Florida Bar Number 0984213
                                        121 West Forsyth St., Suite 600
                                        Jacksonville, Florida 32202
                                        (904) 358-4000
                                        (904) 358-4001  Facsimile
                                        RRThames@Stutsman-Thames.com
                                        BRMarkey@Stutsman-Thames.com

59076                                   Attorneys for SES Group Miami Springs, Ltd.