UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

-------------------------------------------------x
In re:                                            Chapter 11
                                :
Winn-Dixie, Stores, Inc., et al.                  Case No. 05-03817-3F1
                                :                 Jointly Administered
                    Debtor.
-------------------------------------------------x Claim No.

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e) (2)

1.  TO:     CREDIT SUISSE          ("Transferor")

            Telephone: (212) 538 5385
            Facsimile: (917) 326 7878
            Attention: Wendy Beer
            E-Mail: wendy.beer@csfb.com

2.    Please take notice of the transfer of $ 2,166,255.45 of your claim evidenced by the referenced Proof of Claim, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

            VR GLOBAL PARTNERS, L.P. ("Transferee")

            Attention: Elena Eliseeva
            Telephone: (7-495) 787 8181
            Facsimile: (7-495) 787 8183
            E-Mail: eeliseeva@vr-capital.com

W:\Elena Eliseeva\Winn-dixie\Blank 3001.doc

3.  No action is required if you do not object to the transfer of the Transferred Claim as described above. However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   -- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

   > Special Deputy Clerk
   > United States Courthouse
   > 300 North Hogan Street
   > Suite 3-350
   > Jacksonville, Florida 32202

   -- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

   -- Refer to **INTERNAL CONTROL NO.** ____ in your objection.

4.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

_____