**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|     Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF LANDLORD'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EVICT DEBTOR WINN-DIXIE STORES, INC. FROM STORE #278 OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION (DOCKET NO. 6007), WITHOUT PREJUDICE**

    Westfork Tower, LLC (the "Landlord"), hereby withdraws its Motion for Relief from Automatic Stay to Evict Debtor Winn-Dixie Stores, Inc. from Store #278 or, in the Alternative, for Adequate Protection (Docket No. 6007), without prejudice.

    Dated: March 31, 2006

Respectfully submitted,

SCRUGGS & CARMICHAEL, P.A.


/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Fascimile: 352-375-0690
Florida Bar No. 260746
Attorney for Terranova Corp.

TEW CARDENAS LLP


/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
CASANDRA PEREZ, ESQUIRE
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Florida Bar No. 351318

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing Notice of Withdrawal of Landlord's Motion for Relief from Automatic Stay (Docket 6007) was electronically filed with the U. S. Bankruptcy Court on this 3rd day of April, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and by United States first class mail postage prepaid to the Rule 1007-2, Parties in Interest.

/s/ Terri L. Darden