[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        Case No. 3:05-bk-03817-JAF
                                                              Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On March 30, 2006, VR Global Partners, L.P. filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated April 4, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Transferor
Transferee