**KATHLEEN L. DONOVAN**
**37D DANBURY COURT**
**ROYAL PALM BEACH, FL 33411**
**561/792-1718**
**561/584-0969 CELL**

March 28, 2006

The Honorable Jerry A. Funk
U.S. Bankruptcy Court
300 North Hogan Street
Ste. 3-350
Jacksonville, FL  32202

Re:  Claimant:            Kathleen Donovan
     Incident Date:       5/17/04
     Proof of Claim #:    4207
     Entity:              Winn Dixie Stores, Inc.
     Location             0212 Royal Palm Beach, FL
     Claim #:             A411206500-0001-01
     U.S. Bankruptcy #:   05-03817-3FL

Dear Judge Funk:

    Enclosed please find a copy of my letter to Stephanie Knight with Sedgwick regarding mediation in the above referenced matter.

Sincerely,

Kathleen L. Donovan
Claimant

Enclosures

**KATHLEEN L. DONOVAN**
**37D DANBURY COURT**
**ROYAL PALM BEACH, FL 33411**
**561/792-1718**
**561/584-0969 CELL**

*Via Facsimile Transmission (904)419-5365*

March 16, 2009

Ms. Stephanie Knight
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL  33241-4787

| | | |
|---|---|---|
| Re: | Claimant: | Kathleen Donovan |
| | Incident Date: | 5/17/04 |
| | Proof of Claim #: | 4207 |
| | Entity: | Winn Dixie Stores, Inc. |
| | Location | 0212 Royal Palm Beach, FL |
| | Claim #: | A411206500-0001-01 |

Dear Ms. Knight:

It was a pleasure speaking with you yesterday. I am pleased that Winn Dixie is interested in mediating this matter, clearly a step in a more positive direction.

You stated that you believed mediation would take place in Jacksonville, Florida; however, I have a bit of a dilemma with the location. As I stated to you in my March 3, 2006 letter, operation of a motor vehicle is a bit taxing on me because of my torn rotator cuff, as well as my neck injury. Jacksonville is approximately a six hour drive from West Palm Beach, which is an extremely long drive for me, other than the fact that it would be a costly drive as well. I respectfully request that mediation take place in West Palm Beach, which is, as you know, the venue of where this accident took place. As you know, there are more than enough qualified mediators in Palm Beach County.

Thank you for your continued cooperation in this matter. Please let me hear from you as quickly as possible.

Sincerely,

Kathleen L. Donovan
Claimant

cc:    Logan & Company (973)509-3191



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300   Facsimile 904-419-5365

March 16, 2006

Kathleen Donovan
37D Danbury Court
Royal Palm Beach, FL 33411

RE:    Claimant:    Kathleen Donovan
          Claim #:    A411206500-0001-01
          Proof of Claim No.: 4207
          Incident Date: 05/17/2004
          Entity:    Winn-Dixie Stores, Inc.
          Location: Winn-Dixie #0212
                    1135 Royal Palm Beach Blvd  Royal Palm Beach, FL

Dear Ms. Donovan:

I am in receipt of your letter requesting mediation to be heard in Palm Beach County.

Your claim is in the bankruptcy filing and will always be handled as a claim in the bankruptcy proceedings.

Please be advised that mediations have been ordered by the court to be held in Jacksonville Florida.

Sincerely,

Stephanie Knight
Examiner II



COPY

**KATHLEEN L. DONOVAN**
**37D DANBURY COURT**
**ROYAL PALM BEACH, FL 33411**
**561/792-1718**
**561/584-0969 CELL**

*Via Facsimile Transmission (904)419-5365*

March 16, 2009

Ms. Stephanie Knight
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 33241-4787

Re:   Claimant:          Kathleen Donovan
      Incident Date:     5/17/04
      Proof of Claim #:  4207
      Entity:            Winn Dixie Stores, Inc.
      Location           0212 Royal Palm Beach, FL
      Claim #:           A411206500-0001-01

Dear Ms. Knight:

As always, it was a pleasure speaking with you yesterday. I am in receipt of your letter dated March 16, 2006 stating that mediations have been ordered by the Court to be held in Jacksonville, Florida.

I have reviewed the Claims Resolution Procedure and on page 8, it states as follows:

> "The Eligible Claimant and the Debtors or their respective representatives must be present at the conference, unless the disputed portion of the Litigation Claim is $100,000 or less, in which case the parties may appear by telephone. Such conference shall be in the nature of a settlement conference and shall be conducted in Jacksonville, Florida, **or such other place mutually agreeable to the Debtors and the Eligible Claimant or as designated by the mediator.**

As you and I spoke about, the travel time to Jacksonville, Florida is approximately a 4 hour drive. Operating a motor vehicle for an extended amount of time is extremely difficult for me because of my injuries. I have taken the liberty of enclosing materials on Mediation, Inc., a mediation company, located here in West Palm Beach. I am again requesting that we can come to an agreement to hold the mediation here in West Palm Beach.

Ms. Stephanie Knight
Sedgwick Claims Management Services, Inc.
Page 2

I look forward to hearing from you soon.

Sincerely,

Kathleen L. Donovan
Claimant

cc:   Logan & Company
      The Honorable Jerry A. Funk, U.S. Bankruptcy Court

Enclosures

"Providing neutral third party intervention to settle major pending litigation."

# MEDIATION, INC.

HOME :: SCHEDULING :: MEDIATOR PROFILES :: LOCATIONS :: ABOUT US :: RECENT NEWS ::

EXPERIENCE/ PROFESSIONALISM / PROVEN TRACK RECORD

- We are a group of experienced trial lawyers or former judges who are dedicating our professional efforts to helping trial counsel and their clients settle their pending litigation.

- Mediation, Inc. is the oldest and largest group practice of attorney mediators in Florida with more than 40 active attorney mediators who have conducted well over 100,000 mediation conferences in state and federal court cases. Many of our senior mediators have each conducted over 4,000 conferences.

- We provide mediation conference facilities at our **offices** in Fort Lauderdale, Miami, West Palm Beach and Stuart. We also conduct conferences at locations established by the parties throughout the USA.

- Integrity, experience, creativity and dependability are the cornerstones of our firm.

- We have a roster of experienced **mediators** for **civil** cases and another roster for **family** law and divorce cases.

HOSTED by: TopDogg.net :: CONTACT US :: @2005-2006 Mediation, Inc. :: FEEDBACK

# MEDIATION, INC.

HOME :: SCHEDULING :: MEDIATOR PROFILES :: LOCATIONS :: ABOUT US :: RECENT NEWS ::

## SCHEDULING A CONFERENCE

### We can reserve time for your conference. Here's how:

1. Browse through our list of **Certified Mediators**. You may choose from our list of Circuit Civil or Family mediators.

2. When you find the one you would like to use, click on the  icon.

3. Complete the form and click "Submit Form".

4. One of our schedulers will contact you immediately to confirm the reservation.

5. Click **here** to begin the process.

# MEDIATION, INC.

HOME :: SCHEDULING :: MEDIATOR PROFILES :: LOCATIONS :: ABOUT US :: RECENT NEWS ::

# Circuit Civil Mediators

## Mediator Profiles (Certified Circuit Civil)

🖨 **Print this page**

| | RÉSUMÉS | | EXPERTISE |
|---|---|---|---|
| | **Arnold, Fran** | | Family, Insurance, Personal In & Auto Negligence |
| | **Barkas, Harold** | | Family, Employment, Certified Federal. Circuit/ Civil |
| | **Bass, Judy** | | Civil Litigation, including perso injury, wrongful death, medica malpractice, nursing home negligence, auto negligence, s and fall, insurance law, contra disputes, sexual assault / harassment, Title VII, discrimination, product liability |
| | **Brandy, Dominic L.** | | Medical Malpractice, Insurance Negligence, Product Liability, Worker's Compensation, Commercial Litigation, Comple Liability actions. Construction Litigation, Personal Injury, Guardianship & Bankruptcy. |
| | **Bryan, Reed** | | Civil, Personal Injury, Wrongfu Death, Real Estate, Commerci Litigation, Corporate & Busine: Law. Certified in Federal. |
| | | | Real Estate, Commercial, ADA Corporate, Wills, Eminent, |

| Name | | Specialties |
|---|---|---|
| Capp, Alvin | | Personal Injury, Condo/Construction Law, Labor Employment, Workers Comp., Civil, Sexual Abuse. Certified i Federal. |
| Carbo, Michael J. | | Family & Auto Accident or by request real estate |
| Carlisle, James | | Civil/Circuit, Retired Judge |
| Chaplin, James B. | | President, Mediation, Inc. |
| Chappell, Jr., E. Hugh | | Civil litigation including Person Injury, Medical Malpractice, Products Liability, Admiralty, Commercial, Construction, Contract, Real Estate and Planning and Zoning Disputes. |
| Ciravolo, Rick | | Insurance, Personal Injury, Business Law, Auto, Nursing home, Med malpractice, Admiralty, Real Estate, Construction & Contract Dispu |
| Cope, Carol | | Family, Med Malpractice, Sexu Abuse. Certified in Federal |

| Photo | Name | Icon | Practice Areas |
|---|---|---|---|
| | | | |
| | Crowder, James | | Civil, construction, payment a[nd] performance bonds, architect, engineer / accounting malpractice, white collar crime, bank fraud, employee dishones[ty], product liability, aviation / aut[o], commercial, federal, maritime |
| | **Deckert, Theodore** | | Personal Injury, malpractice, product liability, insurance clai[ms], family law cases, business disputes, real estate, construc[tion] defects, employment, tradema[rk], homeowner/condo association |
| | **Donahoe, John** | | Auto Accident, Personal Injury, Construction |
| | **Eielson, Rodney S.** | | Med Malpractice, ADA, Construction, Probate, Wrongf[ul] Death, Commercial. |
| | **Finn, John** | | Med Malpractice, Insurance, Probate, Workers Camp,, Admiralty, Construction, Busin[ess] Transactions, Arbitrator, Perso[nal] Injury & ADA. Certified **Feder**[al] court mediator. |

| | Name | | Specialties |
|---|---|---|---|
| | **Hare, Raymond** | | Auto, Contract, Probate, Gene Law A Special Master. Certified **Federal.** |
| | **Heller, Sam** | | Bankruptcy, Business, Malpractice. Certified in **Feder** |
| | **Henderson, James** | | Family, Commercial, Real Esta Probate, Workman Compensat Personal Injury, **Circuit/Civil** |
| | **Henderson, Kelly** | | Employment Law, EEO issues, FLSA, Contract, Probate, Property Insurance, Real Esta Auto Negligence. Certified in **Federal.** |
| | **Klein, Edward** | | Malpractice, Real Estate, Appraisal, Nursing home, Construction, Insurance & Contract |
| | **Luzim, Ron** | | Divorce, Insurance, **Circuit/C** Commercial A Personal Injury. Certified in **Federal** |
| | | | Personal Injury, Med Malpracti |

| | Name | | Specialties |
|---|---|---|---|
| | **Major, Larry** | | Products Liability, Commercial Construction, Auto Accidents. |
| | **McBane, Louis** | | |
| | **McCauley, James** | | |
| | **Mortell, Edwin** | | Banking, Estate Planning, Probate, Real Estate, Health L[aw], Corporate Law & Med malprac[tice] |
| | **Neale, Thomas E.** | | |
| | **Newman, Robert** | | Probate, Auto Accident, Specia[l] Master, Personal Injury. |
| | | | Personal Injury, Malpractice, |

| | Name | | Specialties |
|---|---|---|---|
| | **Niles, Don** | | Eminent Domain, Probate and Commercial. Certified in **Fede** |
| | **Norman, Donald H.** | | Eminent Dom., Probate, ADA, Workman's Comp. Employmer Reality, Commercial, Condo, C Personal Injury & Family. Cert in **Federal** |
| | **O'Brien, Kevin** | | Med Malpractice, Personal Inju |
| | **Parkhurst, Arthur** | | Auto Insurance, Med Malpracti Nursing Home, Construction, Personal Injury, Auto Accident Admiralty, Wrongful Death, Product Liability. Certified in **Federal** |
| | **Pomeroy, Gregg J.** | | |
| | **Pomeroy, George** | | |
| | **Pugh, Jack** | | Med Malpractice **Circuit/Civil** |

| | | | |
|---|---|---|---|
| | | | Commercial, Certified in Famil |
| | Reeves, Brian | | Family, Domestic Relations, Au Accidents. |
| | Romano, Rodney | | Land/Zone Matters, Civil/Circu Contracts, Negligence, Fraud, Wrongful Death, Condo, Produ Liability, Med Malpractice, Construction, Contract, Prof. Negligence, Statutory Violatior |
| | Rutledge, Richard | | Medical Malpractice; Contracts Real Estate, Wrongful death. Auto, Negligence, Product Liability, Personal Injury, Tort, Commercial, Slip & Fall, Nursir Home, Insurance, Certified in **Federal**. |
| | Scott, Robert | | |
| | Siegendorf, Arden | | Medical Malpractice. Certified i **Federal** |
| | | | Family, Civil/Circuit, Medical Malpractice, Certified in **Feder** |

| | | | |
|---|---|---|---|
| | **Tell, Meah** | | **SPECIAL MASTER, SPANISH SPEAKING** |
| | **Tetunic, Charles** | | Circuit/Civil Personal Injury, T< Med Malpractice, Auto Acciden Construction. |
| | **Zwicky, Bob** | | Auto, Slip & Fall, Security, Product Liability, Commercial, Tort, Negligence, Wrongful De & Personal Injury |

# MEDIATION, INC.

HOME :: SCHEDULING :: MEDIATOR PROFILES :: LOCATIONS :: ABOUT US :: RECENT NEWS ::

## OFFICE LOCATIONS

**Fort Lauderdale Office (Main Office)**

100 SE 3rd Avenue
Fort Lauderdale, FL 33394

Tel: 954-764-1000
Fax: 954-767-0505

Click **here** for detailed directions.



**Miami**

19 West Flagler Street
11th Floor
Miami, FL 33130

Tel: 305-375-8100
Fax: 305-372-8211

Click **here** for detailed directions.



**West Palm Beach**

1555 Palm Beach Lakes Boulevard
Suite 600
West Palm Beach, Florida 33401

— *Stephanie*

Tel: 561-472-7500
Fax: 561-472-0261

Click **here** for detailed directions.



---

## Stuart

301 East Ocean Boulevard
Suite 220
Stuart, Florida 34994

Tel: 561-463-1222
Fax: 800-329-8329

Click **here** for detailed directions.

