

RECEIVED
CLERK U.S. BANKRUPTCY COURT
APR – 4 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

April 3, 2006

Clerk of Court, United States Courthouse
300 North Hogan Street., Suite 3-350
Jacksonville, Florida  32202

Re:  Case No. 05-03817-3F1 –Winn Dixie Stores, Inc.

Gentlemen:

We received notice of Debtor's seventh omnibus objection to overstated claims; however we believe the amount of $3,994.92 should be allowed for the following reasons:

- $1,918.08 – Please see email message from Denise Townsend dated May 12, 2005.

- $628.92 – Please see our email message confirming our conversation with Shericka dated March 03, 2005

- $1,447.92 – This invoice billed for an overage delivered on 01/17/2005. Please see our copy of invoice #SAL30031476 and the email Message from Melissa Nelson.

Please let me know if you have any questions.

Sincerely,

Jack Josey
Credit Manager
Claimant ID:  WDX-251617-7A-12
Hilex Poly Co., LLC
101 E. Carolina Ave.
Hartsville, S. C.  29550

CC:  Skadden, Arps, Slate, Meagher & Flom LLP
    Attn:  D. J. Baker
    Four Times Square
    New York, New York  10036

## Betty Peterson

**From:**    Betty Peterson
**Sent:**    Thursday, May 12, 2005 9:15 AM
**To:**      Don Haile; 'Jack.Josey@sonoco.com'
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update response

---

**From:** Denise Townsend [mailto:DeniseTownsend@winn-dixie.com]
**Sent:** Thursday, May 12, 2005 8:55 AM
**To:** Betty Peterson
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update

Betty, this deducted in error. You billed us for 1584 cases and my records show we received 1584 cases. I will have it set up for pre-petitioned payment.

**Denise Townsend**
**Winn Dixie A/P Research**
**904-370-6254**
**904-370-6226 fax or 904-370-8019**

-----Original Message-----
**From:** Jerry Burr
**Sent:** Thursday, May 12, 2005 7:11 AM
**To:** Denise Townsend
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update

Denise,
Please check to see if keyed pre-petition
Thanks,
Jerry
-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Wednesday, May 11, 2005 5:18 PM
**To:** Betty Peterson; Victoria Glisson; Jerry Burr
**Cc:** Don Haile; Jack.Josey@sonoco.com
**Subject:** RE: Winn-Dixie 30602 Deduct $1918.08 update

I still have heard nothing from you on this deduction.  Since my POD  shows no shortage, this should be paid.  I know we will have to go thru the courts but we need to verify that our findings are correct.  Please advise asap.  Thanks.

---

**From:** Betty Peterson
**Sent:** Thursday, March 31, 2005 5:15 PM
**To:** 'Victoria Glisson'; Jerry Burr
**Cc:** Don Haile; 'Jack.Josey@sonoco.com'
**Subject:** RE: Winn-Dixie 30602 Deduct $1918.08 update

The po number is 582491 - invoice SAL60015296 dated 12-28-04

5/12/2005

## Betty Peterson

**From:** Betty Peterson
**Sent:** Thursday, May 12, 2005 9:15 AM
**To:** Don Haile; 'Jack.Josey@sonoco.com'
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update response

**From:** Denise Townsend [mailto:DeniseTownsend@winn-dixie.com]
**Sent:** Thursday, May 12, 2005 8:55 AM
**To:** Betty Peterson
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update

Betty, this deducted in error. You billed us for 1584 cases and my records show we received 1584 cases. I will
have it set up for pre-petitioned payment.

**Denise Townsend**
**Winn Dixie A/P Research**
**904-370-6254**
**904-370-6226 fax or 904-370-8019**

-----Original Message-----
**From:** Jerry Burr
**Sent:** Thursday, May 12, 2005 7:11 AM
**To:** Denise Townsend
**Subject:** FW: Winn-Dixie 30602 Deduct $1918.08 update

Denise,
Please check to see if keyed pre-petition
Thanks,
Jerry
-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Wednesday, May 11, 2005 5:18 PM
**To:** Betty Peterson; Victoria Glisson; Jerry Burr
**Cc:** Don Haile; Jack.Josey@sonoco.com
**Subject:** RE: Winn-Dixie 30602 Deduct $1918.08 update

I still have heard nothing from you on this deduction.  Since my POD  shows no shortage, this should be
paid.  I know we will have to go thru the courts but we need to verify that our findings are correct.  Please
advise asap.  Thanks.

**From:** Betty Peterson
**Sent:** Thursday, March 31, 2005 5:15 PM
**To:** 'Victoria Glisson'; Jerry Burr
**Cc:** Don Haile; 'Jack.Josey@sonoco.com'
**Subject:** RE: Winn-Dixie 30602 Deduct $1918.08 update

The po number is 582491 - invoice SAL60015296 dated 12-28-04

5/12/2005

>> File Copy <<

SAL60015296
E600/SK/SK

WINN DIXIE CHARLOTTE
P.O. BOX 40535
JACKSONVILLE, FL
32203

| | | | | | |
|---|---|---|---|---|---|
| Invoice #   SAL60015296 | FOB    560 WINN DIXIE CHARLOTTE | | Shipped To WINN DIXIE STORES, INC. (CHAR) | | |
| Sales Order  200442 NSO | WHSE   600 MT. OLIVE PLANT MAIN WARE | | ( 30602)  CHARLOTTE DIVISION | | |
| Order Date   12-28-2004 | Carrier   601 SEFL-S.E. TRUCK | | 11700 GENERAL DRIVE | | |
| Cust P.O.    582491 | Bill of Lading  147622 | | CHARLOTTE, NC | | |
| Ship Date    01-10-2005 | PRO    74178029-1 | | 28217 | | |
| Invoice Date 01-10-2005 | Sales Rep   308 THE MAR FOODS GROUP, | | | | |

| Line | Product | Name | Description | Qty | Unit | Price | P/U Disc | Extension |
|------|---------|------|-------------|-----|------|-------|----------|-----------|
| 10 | 1006704 | WINN DIXIE (BUFF) | 1/7 EZ IT | 1,584 | 2M | 18.67 | 0.00 | 29,573.28 |
| 20 | CHEP PALLET | CHEP PALLETS | | 44 | | | 0.00 | |

| | | | |
|---|---|---|---|
| Payment    1% 10 Net 30 Days | Remit To HILEX POLY CO., | Goods | 29573.28 |
| Terms Disc    295.73  If paid by: 01-20-2005 | DEPT 179 | P/U Disc | |
| | PO BOX 32849 | Costs | |
| Tax Exempt No  3049060384 | CHARLOTTE, NC | Tax | |
| | 28232-2849 | | |
| For Info Call  1-800-845-6051 | USA | TOTAL | 29573.28 |

Invoice amounts are stated in the currency of USD

>> File Copy <<                                    *** EDI Copy ***

SAL60015296

E600/SK/SK

WINN DIXIE CHARLOTTE
P.O. BOX 40535
JACKSONVILLE, FL
32203

| | | | |
|---|---|---|---|
| Invoice # | SAL60015296 | FOB   560 WINN DIXIE CHARLOTTE | Shipped To WINN DIXIE STORES, INC. (CHAR) |
| Sales Order | 200442 NSO | WHSE   600 MT. OLIVE PLANT MAIN WARE | ( 30602) CHARLOTTE DIVISION |
| Order Date | 12-28-2004 | Carrier   601 SEFL-S.E. TRUCK | 11700 GENERAL DRIVE |
| Cust P.O. | 582491 | Bill of Lading  147622 | CHARLOTTE, NC |
| Ship Date | 01-10-2005 | PRO   74178029-1 | 28217 |
| Invoice Date | 01-10-2005 | Sales Rep   308 THE MAR FOODS GROUP, | |

| Line | Product | Name | Description | Qty | Unit | Price | P/U Disc | Extension |
|---|---|---|---|---|---|---|---|---|
| 10 | 1006704 | WINN DIXIE (BUFF) | 1/7 EZ IT | 1,584 | 2M | 18.67 | 0.00 | 29,573.28 |
| 20 | CHEP PALLET | CHEP PALLETS | | 44 | | | 0.00 | |

| | | | | |
|---|---|---|---|---|
| Payment   1% 10 Net 30 Days | Remit To HILEX POLY CO., | | Goods | 29573.28 |
| Terms Disc    295.73  If paid by: 01-20-2005 | DEPT 179 | | P/U Disc | |
| | PO BOX 32849 | | Costs | |
| Tax Exempt No  3049060384 | CHARLOTTE, NC | | Tax | |
| | 28232-2849 | | | |
| For Info Call  1-800-845-6051 | USA | | TOTAL | 29573.28 |

Invoice amounts are stated in the currency of USD

backup.txt

```
                                    WINN-DIXIE
                               AMERICA'S SUPERMARKET
                        P.O. BOX 850001, ORLANDO FL 32885-0230
                                  (904) 783-5000


                                       INVOICE ADJUSTMENTS

          01/20/05
    WINN-DIXIE STORES, INC.
    P.O. BOX 40535
    JACKSONVILLE     FL 32203 0535


  INVOICE  60015296        DUE DATE 01/21/05     P.O. DATE 12/27/04
  P.O. 582491  RECEIPT 11 112009987
  REQUESTER  TROM

  VENDOR          821114


      HILEX POLY CO LLC
      PO BOX 32849

      CHARLOTTE          , NC  28232



   ITEM  UPC            PACK/SIZE   DESCRIPTION
  QUANTITY PER UNIT DEDUCTNS  PAYMENTS
   209319 00000002114040124 1/2000CT    SUPERBOWL REWARD CARD B SHORTED DEALS P
  1332.0000    1.44  1918.08
```

This was deducted from us in error per Denise Townserd's
email 5-12-2005.

Page 1

backup.txt

WINN-DIXIE
AMERICA'S SUPERMARKET
P.O. BOX 850001, ORLANDO FL 32885-0230
(904) 783-5000

INVOICE ADJUSTMENTS

01/20/05
WINN-DIXIE STORES, INC.
P.O. BOX 40535
JACKSONVILLE       FL 32203 0535

INVOICE  60015296        DUE DATE 01/21/05     P.O. DATE 12/27/04
P.O. 582491  RECEIPT 11 112009987
REQUESTER  TROM

VENDOR            821114

HILEX POLY CO LLC
PO BOX 32849

CHARLOTTE        , NC  28232

  ITEM  UPC              PACK/SIZE   DESCRIPTION
QUANTITY PER UNIT DEDUCTNS  PAYMENTS
 209319 00000002114040124 1/2000CT    SUPERBOWL REWARD CARD B SHORTED DEALS P
1332.0000    1.44  1918.08

This was deducted from us in error per Denise Townsend's
email 5-12-2005.

Page 1

SEFL                          RECEIPT

| | FREIGHT BILL NO. | PAGE |
| | 741780291 | OF 2 |

| B/TRM. | RC | RC | ORG. | DEST. | BILL DATE |
| GEN | 03 | JC | KIM | CLT | 01/10/05 |

WINN DIXIE STORES
%CHARLOTTE DIVISION
11700 GENERAL DR
CHARLOTTE                          NC
                    28217

HILEX POLY COMPANY
3624 OLD MT OLIVE HWY
MT OLIVE (28365)
                              NC
                    28365

SHIPPER'S NO. OR B/L NO.          P.O. NUMBER
E560147537                        582491

MASTER REVENUE PRO.    SEFL AMOUNT    C/LINE AMOUNT

EXIT POINT/CITY, STATE, ZIP

SHIPMENT INSTRUCTIONS/DRIVER INSTRUCTIONS

| | COMMITTED DELIVERY DATE | TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FRT. BILL NUMBER | INTL. TRM. | PAY FREIGHT CHARGE BELOW. THIS CHARGE DOES NOT INCLUDE C.O.D. |
| APPOINTMENT | 01/11/05 | 533210 | | | | |

| DELIVERY CARRIER | INTL. TRM. | % CAP | | | INTL. PRO DATE | OS&D TAG NO. |
| | | 93 | 44+ | 0## 44 | | |

| PIECES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | UN/NA IDENTIFICATION NO. | TYPE CHARGE/CLASS | WEIGHT | RATE | REVENUE |
| 44 | PLTS BAGS PLASTIC IT-20480-4 | | CLASS 60.0 | 41800 | | |
| | STC 1584 PCS | | | | | |
| 44 | QUESTIONS? CALL US AT 704 597-9878 | | | | | 2800 |
| | CALL 48 HRS B4 | | | | | |
| | Your Personalized Service Carrier | | | | | |
| | ACCT #US005E6100640043001S | | | | | |
| | ADDITIONAL INFORMATION | | | | | |
| | CONSIGNEE PHONE | | | | | |

Rec 44 Units
R TOTAL 1584 Cases

| | | TOTAL PCS. | | WT. |
| | | C.O.D. CHARGES | | |

SHRINK WRAP INTACT?  Y  N  #PLT  44 Chap
COLOR OF WRAP

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY =
Robert C. Dill

TOTAL CHARGES ▶

| DATE | 1-11 | DRIVER NO. | 9498 | ICC REGULATIONS REQUIRE PAYMENT WITHIN 15 DAYS. |
| TIME | | | | |

FIRM (MUST BE COMPLETED)    X SIGNATURE
WD                          PRINT:  Winn Dixie 1-11-05

---

# SEFL SOUTHEASTERN FREIGHT LINES, INC.
P.O. BOX 1891  COLUMBIA, S.C. 29202 - FED. ID #57-0301199    SEFL

DELIVERY RECEIPT  3

| | FREIGHT BILL NO. | PAGE |
| | 741780291 | OF 2 |

| B/TRM. | RC | RC | ORG. | DEST. | BILL DATE |
| GEN | 03 | JC | KIM | CLT | 01/10/05 |

WINN DIXIE STORES
%CHARLOTTE DIVISION
11700 GENERAL DR
CHARLOTTE                          NC
                    28217

HILEX POLY COMPANY
3624 OLD MT OLIVE HWY
MT OLIVE (28365)
                              NC
                    28365

SHIPPER'S NO. OR B/L NO.          P.O. NUMBER
E560147537                        582491

MASTER REVENUE PRO.    SEFL AMOUNT    C/LINE AMOUNT

EXIT POINT/CITY, STATE, ZIP

SHIPMENT INSTRUCTIONS/DRIVER INSTRUCTIONS

| | COMMITTED DELIVERY DATE | TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FRT. BILL NUMBER | INTL. TRM. | PAY FREIGHT CHARGE BELOW. THIS CHARGE DOES NOT INCLUDE C.O.D. |
| APPOINTMENT | 01/11/05 | 533210 | | | | 0.00 |

| DELIVERY CARRIER | INTL. TRM. | % CAP | | | INTL. PRO DATE | OS&D TAG NO. |
| | | 93 | 44+ | 0## 44 | | |

| PIECES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | UN/NA IDENTIFICATION NO. | TYPE CHARGE/CLASS | WEIGHT | RATE | REVENUE |
| | 7045874109 | | | | | |
| | SALES ORDER NUMBER | | | | | |
| | 200442 | | | | | |
| | Southeastern Freight Lines, Inc. | | | | | |
| | Your Personalized Service Carrier | | | | | |

| | | TOTAL PCS. | 44 | WT. 41800 |
| | | C.O.D. CHARGES | | PREPAID |

SHRINK WRAP INTACT?  Y  N  #PLT
COLOR OF WRAP

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY =

TOTAL CHARGES ▶

| DATE | | AM PM | DRIVER NO. | ICC REGULATIONS REQUIRE PAYMENT WITHIN 15 DAYS. |
| TIME | | | | |

741780291        FIRM (MUST BE COMPLETED)    X SIGNATURE:
                 **                         PRINT:

| | BC | ORG. | DEST. | BILL DATE |
|---|---|---|---|---|
| B/TRM. | GEN Q3 | JC KIM | CLT | 01/10/05 |

**WINN DIXIE STORES**
%CHARLOTTE DIVISION
11700 GENERAL DR
CHARLOTTE          NC
        28217

CONSIGNEE

SHIPPER

**HILEX POLY COMPANY**
3624 OLD MT OLIVE HWY
MT OLIVE (28365)
NC
28365   SHIPPER'S NO. OR B/L NO.   E560147537

P.O. NUMBER
582491

MASTER REVENUE PRO.   SEFL AMOUNT   C.LINE AMOUNT

PAY FREIGHT CHARGE
BELOW THIS CHARGE
DOES NOT INCLUDE
C.O.D.

EXIT POINT/CITY, STATE, ZIP

SHIPMENT INSTRUCTIONS/DRIVER INSTRUCTIONS

APPOINTMENT

| COMMITTED DELIVERY DATE | TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FRT. BILL NUMBER | INTL. TRM. |
|---|---|---|---|---|
| 01/11/05 | 533210 | | | |

DELIVERY CARRIER   INTL. TRM.   % CAP   93 44+   D sc 44   INTL. PRO DATE   OS&D TAG NO.

| PIECES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS   UN/NA IDENTIFICATION NO. | TYPE CHARGES/CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|
| 44 | PLTS  BAGS PLASTIC IT-20480-4<br>STC 1584 PCS | CLASS 60.0 | 41800 | | |
| 44 | QUESTIONS? CALL US AT 704-597-987B<br>CALL 48 HRS B4<br>Your Personalized Service Carrier<br>ACCT #US005E61006400430015<br>ADDITIONAL INFORMATION<br>CONSIGNEE PHONE | | | | |

*Rec 44 Units*
*R TOTAL 1584 Cases* 600

TOTAL PCS.   WT.

C.O.D. CHARGES

BILL TO

SHRINK WRAP INTACT?  Y  N  #PLT  44 Chp

COLOR OF WRAP _____

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY =

X SIGNATURE  Robert C. Dell

PRINT  V. nn Dixie 1-11-05

**TOTAL CHARGES ▶**

DATE -1-11   DRIVER NO.
TIME   PM   1418

ICC REGULATIONS
REQUIRE PAYMENT
WITHIN 15 DAYS.

FIRM (MUST BE COMPLETED)  WD

---

# SEFL SOUTHEASTERN FREIGHT LINES, INC.
P.O. BOX 1691  COLUMBIA, S.C. 25202 - FED. ID #57-0301199   SEFL

DELIVERY RECEIPT 3

| | BC | ORG. | DEST. | PAGE OF 2 |
|---|---|---|---|---|
| FREIGHT BILL NO. 741780291 | | | | |

**WINN DIXIE STORES**
%CHARLOTTE DIVISION
11700 GENERAL DR
CHARLOTTE          NC
        28217

CONSIGNEE

SHIPPER

**HILEX POLY COMPANY**
3624 OLD MT OLIVE HWY
MT OLIVE (28365)
NC
28365   SHIPPER'S NO. OR B/L NO.   E560147537

| | BC | ORG. | DEST. | BILL DATE |
|---|---|---|---|---|
| B/TRM. | GEN Q3 | JC KIM | CLT | 01/10/05 |

P.O. NUMBER
582491

MASTER REVENUE PRO.   SEFL AMOUNT   C.LINE AMOUNT

PAY FREIGHT CHARGE
BELOW. THIS CHARGE
DOES NOT INCLUDE
C.O.D.

EXIT POINT/CITY, STATE, ZIP

SHIPMENT INSTRUCTIONS/DRIVER INSTRUCTIONS

APPOINTMENT

| COMMITTED DELIVERY DATE | TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FRT. BILL NUMBER | INTL. TRM. |
|---|---|---|---|---|
| 01/11/05 | 533210 | | | |

DELIVERY CARRIER   INTL. TRM.   % CAP   93 44+   D sc 44   INTL. PRO DATE   OS&D TAG NO.   0.00

| PIECES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS   UN/NA IDENTIFICATION NO. | TYPE CHARGES/CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|
| | 7045874109<br>SALES ORDER NUMBER<br>200442   Simply the best to<br>Southeastern Freight Lines, Inc.<br>Your Personalized Service Carrier | | | | |

TOTAL PCS. 44   WT. 41800

C.O.D. CHARGES   PREPAID

BILL TO

SHRINK WRAP INTACT?  Y  N  #PLT _____

COLOR OF WRAP _____

741780291

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY =

X SIGNATURE:

PRINT:

FIRM (MUST BE COMPLETED)  ** **

**TOTAL CHARGES ▶**

DATE   AM
TIME   PM   DRIVER NO.

ICC REGULATIONS
REQUIRE PAYMENT
WITHIN 15 DAYS.

## Betty Peterson

| | |
|---|---|
| **From:** | Betty Peterson |
| **Sent:** | Wednesday, March 09, 2005 4:48 PM |
| **To:** | Don Haile; 'Jack.Josey@sonoco.com' |
| **Subject:** | RE: Winn Dixie 56588 $628.92 deduct |

Left another message for Shericka to get the written info to me that they agree this deduction should have never been taken.  Just so we have it for our records if needed later.

---

**From:** Betty Peterson
**Sent:** Thursday, March 03, 2005 9:25 AM
**To:** Don Haile; Jack.Josey@sonoco.com; Stephen Graham
**Subject:** FW: Winn Dixie 56588 $628.92 deduct

I have been in contact with Shericka and she pulled her records and agrees that there should not have been a deduction. She said she showed the same overage as the shortage at same price --should have been no deduct.  She voluntarily said she would put in a request to have it paid--I did not ask her to pay.  I did however ask her to email me stating that this deduction should not have been taken for our records. She said she would.

---

**From:** Betty Peterson
**Sent:** Tuesday, February 22, 2005 2:57 PM
**To:** 'Jerry Burr'
**Subject:** RE: Winn Dixie 56588 $628.92 deduct

Thank you--this will help!

---

**From:** Jerry Burr [mailto:JerryBurr@winn-dixie.com]
**Sent:** Tuesday, February 22, 2005 12:01 PM
**To:** Betty Peterson
**Subject:** FW: Winn Dixie 56588 $628.92 deduct

Here is the backup your requested.
This is a shortage issue.  Please forward request for review to Shericka Norflett  at 904-370-7498
Thanks,
Jerry Burr

-----Original Message-----
**From:** Pearl Izarra
**Sent:** Tuesday, February 22, 2005 11:46 AM
**To:** Jerry Burr
**Subject:** FW: Winn Dixie 56588 $628.92 deduct

Thank you,
Pearl Izarra
Buyer Assistant

3/9/2005

## Betty Peterson

| | |
|---|---|
| **From:** | Betty Peterson |
| **Sent:** | Wednesday, March 09, 2005 4:48 PM |
| **To:** | Don Haile; 'Jack.Josey@sonoco.com' |
| **Subject:** | RE: Winn Dixie 56588 $628.92 deduct |

**Left another message for Shericka to get the written info to me that they agree this deduction should have never been taken.  Just so we have it for our records if needed later.**

---

**From:** Betty Peterson
**Sent:** Thursday, March 03, 2005 9:25 AM
**To:** Don Haile; Jack.Josey@sonoco.com; Stephen Graham
**Subject:** FW: Winn Dixie 56588 $628.92 deduct

**I have been in contact with Shericka and she pulled her records and agrees that there should not have been a deduction. She said she showed the same overage as the shortage at same price --should have been no deduct.  She voluntarily said she would put in a request to have it paid--I did not ask her to pay. I did however ask her to email me stating that this deduction should not have been taken for our records. She said she would.**

---

**From:** Betty Peterson
**Sent:** Tuesday, February 22, 2005 2:57 PM
**To:** 'Jerry Burr'
**Subject:** RE: Winn Dixie 56588 $628.92 deduct

**Thank you--this will help!**

---

**From:** Jerry Burr [mailto:JerryBurr@winn-dixie.com]
**Sent:** Tuesday, February 22, 2005 12:01 PM
**To:** Betty Peterson
**Subject:** FW: Winn Dixie 56588 $628.92 deduct

Here is the backup your requested.
This is a shortage issue.  Please forward request for review to Shericka Norflett  at 904-370-7498
Thanks,
Jerry Burr

-----Original Message-----
**From:** Pearl Izarra
**Sent:** Tuesday, February 22, 2005 11:46 AM
**To:** Jerry Burr
**Subject:** FW: Winn Dixie 56588 $628.92 deduct


Thank you,
Pearl Izarra
Buyer Assistant


3/9/2005

>> File Copy <<                                    *** EDI Copy ***

SAL60014655

E600/SK/SK

.

WINN-DIXIE STORES, INC.
ATTN:WAREHOUSE INVENTORY ACCT.
P.O. BOX 40045
JACKSONVILLE, FL
32203-0045

| | | | |
|---|---|---|---|
| Invoice # | SAL60014655 | FOB | 560 WINN-DIXIE STORES, I |
| Sales Order | 192795 NSO | WHSE | 600 MT. OLIVE PLANT MAIN WARE |
| Order Date | 09-23-2004 | Carrier | 022 SWFT-SWIFT |
| Cust P.O. | 437053 | Bill of Lading | 140392 |
| Ship Date | 09-24-2004 | PRO | |
| Invoice Date | 09-26-2004 | Sales Rep | 308 THE MAR FOODS GROUP, |

Shipped To  WINN-DIXIE
( 56588) 3925 HWY. 190 WEST
HAMMOND, LA
70401

| Line | Product | Name | Description | Qty | Unit | Price | P/U Disc | Extension |
|---|---|---|---|---|---|---|---|---|
| 10 | 1006705 | WINN DIXIE (W) | 1/7 EZ IT - Shot 36 | 180 | 2M | 17.47 | 0.00 | 3,144.60 |
| 20 | 1006704 | WINN DIXIE (BUFF) | 1/7 EZ IT  Over 36 | 1,404 | 2M | 17.47 | 0.00 | 24,527.88 |
| 30 | CHEP PALLET | CHEP PALLETS | | 44 | | | 0.00 | |

*Same price. deducted for shortage but did not*
*Pay for overage. Should not have*
*deducted per shericka. Balanced out.*

| | | | |
|---|---|---|---|
| Payment | 1% 10 Net 30 Days | Remit To  HILEX POLY CO., | |
| Terms Disc | 276.72  If paid by: 10-06-2004 | DEPT 179 | |
| | | PO BOX 32849 | |
| Tax Exempt No | 6032593-031W | CHARLOTTE, NC | |
| | | 28232-2849 | |
| For Info Call | 1-800-845-6051 | USA | |

| | |
|---|---|
| Goods | 27672.48 |
| P/U Disc | |
| Costs | |
| Tax | |
| TOTAL | 27672.48 |

Invoice amounts are stated in the currency of USD

>> File Copy <<                          *** EDI Copy ***

SAL60014655

E600/SK/SK

.

**WINN-DIXIE STORES, INC.**
**ATTN:WAREHOUSE INVENTORY ACCT.**
**P.O. BOX 40045**
**JACKSONVILLE, FL**
**32203-0045**

| | | | | |
|---|---|---|---|---|
| Invoice # | SAL60014655 | FOB    560 WINN-DIXIE STORES, I | Shipped To  WINN-DIXIE | |
| Sales Order | 192795 NSO | WHSE    600 MT. OLIVE PLANT MAIN WARE | ( 56588) 3925 HWY. 190 WEST | |
| Order Date | 09-23-2004 | Carrier    022 SWFT-SWIFT | HAMMOND, LA | |
| Cust P.O. | 437053 | Bill of Lading   140392 | 70401 | |
| Ship Date | 09-24-2004 | PRO | | |
| Invoice Date | 09-26-2004 | Sales Rep   308 THE MAR FOODS GROUP, | | |

| Line | Product | Name | Description | Qty | Unit | Price | P/U Disc | Extension |
|---|---|---|---|---|---|---|---|---|
| 10 | 1006705 | WINN DIXIE (W) | 1/7 EZ IT -Shot 36 | 180 | 2M | 17.47 | 0.00 | 3,144.60 |
| 20 | 1006704 | WINN DIXIE (BUFF) | 1/7 EZ IT Over 36 | 1,404 | 2M | 17.47 | 0.00 | 24,527.88 |
| 30 | CHEP PALLET | CHEP PALLETS | | 44 | | | 0.00 | |

*Same price. Deducted for shortage but did not pay for overage. Should not have deducted per shericka. Balanced out.*

| | | | | |
|---|---|---|---|---|
| Payment | 1% 10 Net 30 Days | Remit To  HILEX POLY CO., | Goods | 27672.48 |
| Terms Disc | 276.72  If paid by: 10-06-2004 | DEPT 179 | P/U Disc | |
| | | PO BOX 32849 | Costs | |
| Tax Exempt No | 6032593-031W | CHARLOTTE, NC | Tax | |
| | | 28232-2849 | | |
| For Info Call | 1-800-845-6051 | USA | TOTAL | 27672.48 |

Invoice amounts are stated in the currency of USD

Page: 1

Mail freight bill with copy of
Bill of Lading to:
Schneider Logistics Payment Svcs
Dept. SON
PO Box 1904
Homewood, IL 60430
U.S.A.

Bill of Lading: E560140392
Ship Date: 09-24-2004

... CO., LLC
3552 OLD MT. OLIVE HIGHWAY
P.O. BOX 669
MOUNT OLIVE, NC
28365
Tel:

Delivery Date:                    Time:

SHIPPER CERTIFICATION

This is to certify that the materials named below are
properly certified, packaged, marked and labeled, and
are in proper condition for transportation according
to the applicable regulations of the DOT.

Per _____  Date 9/24/04

Consigned To: WINN-DIXIE

3925 HWY. 190 WEST

HAMMOND, LA
70401

| Line | Description | Units | Weights |
|------|-------------|-------|---------|
| | | 180 2M | 4750.0000 |
| 1 | WINN DIXIE (W) 1006705    TS Plastic Bags - NMFC 20480, Sub 3, Exception Class 55 | 1604 2M | 37050.0000 |
| 2 | WINN DIXIE (BUFF) 1006704    TS Plastic Bags - NMFC 20480, Sub 3, Exception Class 55 | 44 EA | 0.0000 |
| 3 | CHEP PALLETS CHEP PALLET    PAL | | |

Total Weight:      41800.0000

Delv. Info: CALL FOR DEL. APPT. 985-549-6814 AS SOON AS DELIVERY APPT. IS MADE BY CA
RRIER, CALL JENNIE  IN CUST. SVC. AND GIVE HER DEL. DATE & TIME.
OLD DOMINION WILL BE THE ONLY LTL CARRIER ALLOWED ON WD PROPERTY.--

Rec 1584 cs   9/27/04
R Doyle
36 cs short mfg # 12148
36 co ret mfg # 12146
Drive Robert C Ross
seal in tec

SEAC# 0028067

CARRIER CERTIFICATION

Carrier acknowledges receipt of packages and required placards.
Carrier certifies emergency response information was made available
and/or carrier has a DOT emergency response guidebook or equivalent
document in the vehicle

Per Robert C Ross      Date 9/24/04

Delivering Carrier: 022 SWFT-SWIFT

Trailer No: TS6892
Load No: E 560 3809
PRO No:                Sales Order#: 192795
Cust PO#: 437053
Acct No: E600-06400-430005

***FREIGHT PREPAID

Page: 1

~~~ CO., LLC
~~~ OLD MT. OLIVE HIGHWAY
P.O. BOX 669
MOUNT OLIVE, NC
28365
Tel:

Mail freight bill with copy of
Bill of Lading to:
Schneider Logistics Payment Svcs
Dept. SON
PO Box 1904
Homewood, IL 60430
U.S.A.

Bill of Lading: E560140392
Ship Date: 09-24-2004

Delivery Date:                    Time:

SHIPPER CERTIFICATION

This is to certify that the materials named below are
properly certified, packaged, marked and labeled, and
are in proper condition for transportation according
to the applicable regulations of the DOT.

Per ~Ronnie Houtz~        Date 9/24/04

Consigned To: WINN-DIXIE

3925 HWY. 190 WEST

HAMMOND, LA
70401

| Line | Description | | Units | Weights |
|------|-------------|---|-------|---------|
| | | | 1B0 2M | 4750.0000 |
| 1 | WINN DIXIE (W) 1006705 | TS Plastic Bags - NMFC 20480, Sub 3, Exception Class 55 | 1404 2M | 37050.0000 |
| 2 | WINN DIXIE (BUFF) 1006704 | TS Plastic Bags - NMFC 20480, Sub 3, Exception Class 55 | 44 EA | 0.0000 |
| 3 | CHEP PALLETS CHEP PALLET   PAL | | | |

Total Weight:        41800.0000

Delv. Info: CALL FOR DEL. APPT. 985-549-6814 AS SOON AS DELIVERY APPT. IS MADE BY CA
RRIER, CALL JENNIE  IN CUST. SVC. AND GIVE HER DEL. DATE & TIME.
OLD DOMINION WILL BE THE ONLY LTL CARRIER ALLOWED ON WD PROPERTY.

Rec 1584cs  9/27/04
R Doyle
36cs sheet MFB# 12148
36co raw MFG# 12146
Drin Robert C Ross
seal in Tac

SEAC # 0028067

CARRIER CERTIFICATION

Carrier acknowledges receipt of packages and required placards.
Carrier certifies emergency response information was made available
and/or carrier has a DOT emergency response guidebook or equivalent
document in the vehicle

Per Robert C Ross        Date 9/24/04

Delivering Carrier: 022 SWFT-SWIFT

Trailer No: T56892

Load No: E 560 3809

PRO No:                    Sales Order#: 192795

Cust PO#: 437053

Acct No: E600-06400-430005

***FREIGHT PREPAID

backup.txt

WINN-DIXIE
AMERICA'S SUPERMARKET
P.O. BOX 850001, ORLANDO FL 32885-0230
(904) 783-5000

INVOICE ADJUSTMENTS

10/06/04
WINN-DIXIE STORES, INC
P. O. BOX 40045
JACKSONVILLE    FL 32203 0045

INVOICE  60014655        DUE DATE 10/07/04    P.O. DATE 09/23/04
P.O. 437053  RECEIPT 08 082004406
REQUESTER KIRJ

VENDOR        821114

HILEX POLY CO LLC
PO BOX 32849

CHARLOTTE        , NC  28232

```
 ITEM  UPC              PACK/SIZE   DESCRIPTION
QUANTITY PER UNIT DEDUCTNS  PAYMENTS
 209319 00000002114040124 1/2000CT   SUPERBOWL REWARD CARD B SHORTAGE DEDUCT
36.0000    17.47   628.92
```

*Per Shericka should not have deducted. They were short one item (36) & over on the other item - Both Same price. Did not pay overage; therefore Should not have deducted. Balances out. Pod confirms.*

backup.txt
                                    WINN-DIXIE
                              AMERICA'S SUPERMARKET
                        P.O. BOX 850001, ORLANDO FL 32885-0230
                                  (904) 783-5000

                                            INVOICE ADJUSTMENTS

              10/06/04
         WINN-DIXIE STORES, INC
         P. O. BOX 40045
         JACKSONVILLE      FL 32203 0045


  INVOICE  60014655        DUE DATE 10/07/04    P.O. DATE 09/23/04
  P.O. 437053  RECEIPT 08 082004406
  REQUESTER  KIRJ

  VENDOR           821114


         HILEX POLY CO LLC
         PO BOX 32849

         CHARLOTTE       , NC  28232



   ITEM  UPC            PACK/SIZE  DESCRIPTION
  QUANTITY PER UNIT DEDUCTNS  PAYMENTS
   209319 00000002114040124 1/2000CT    SUPERBOWL REWARD CARD B SHORTAGE DEDUCT
  36.0000   17.47    628.92

*Per Shericka, should not have deducted. They were short one item (36) & over on the other item – Both same price. Did not pay overage; therefore should not have deducted. Balances out. POD confirms.*

Winn Dixie 56588 $628.92 deduct

Can you please help this vendor with this deduction?

Melissa Nelson
Warehouse Accounting
PH: 904-370-6197
FAX: 904-370-6885

-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Tuesday, February 08, 2005 2:25 PM
**To:** Melissa Nelson
**Cc:** Don Haile; Jack.Josey@sonoco.com; Stephen Graham
**Subject:** Winn Dixie 56588 $628.92 deduct

**Check number 007351452 dated 10-7-04 in the amount of $81,558.36.**
**Customer deducted $628.92 against invoice SAL60014655 for a shortage.  There were 1584 cases**
**shipped on this order.**
**This is what we billed for:**
**180 cases of 1006705**    at $17.47 ⎫ Same price
**1404 cases of 1006704**    at $17.47 ⎭
1584 cases shipped
**POD states that 1584 cases were received but the following was received instead of above:**
**216 cases of 1006705**
**1368 cases of 1006704**
1584 cases rec'd
**Both of these items are the same price.  Customer deducted for the shortage on the one item but**
**did not pay for the overage on the other one.  Therefore, this deduction should be paid.  Please**
**advise.**

**Melissa, give me your fax number and I will fax you a copy of the invoice and the POD.**

2/22/2005

Winn Dixie 56588 $628.92 deduct

Can you please help this vendor with this deduction?

Melissa Nelson
Warehouse Accounting
PH: 904-370-6197
FAX: 904-370-6885

-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Tuesday, February 08, 2005 2:25 PM
**To:** Melissa Nelson
**Cc:** Don Haile; Jack.Josey@sonoco.com; Stephen Graham
**Subject:** Winn Dixie 56588 $628.92 deduct

**Check number 007351452 dated 10-7-04 in the amount of $81,558.36.**
**Customer deducted $628.92 against invoice SAL60014655 for a shortage. There were 1584 cases shipped on this order.**
**This is what we billed for:**
**180 cases of 1006705**   at $17.47 ⎤ Same price
**1404 cases of 1006704**  at $17.47 ⎦
1584 (cases) shipped
**POD states that 1584 cases were received but the following was received instead of above:**
**216 cases of 1006705**
**1368 cases of 1006704**
1584 (cases) rec'd
**Both of these items are the same price. Customer deducted for the shortage on the one item but did not pay for the overage on the other one. Therefore, this deduction should be paid. Please advise.**

**Melissa, give me your fax number and I will fax you a copy of the invoice and the POD.**

2/22/2005



"Betty Peterson"
<Betty.Peterson@hile
xpoly.com>

05/11/2005 08:24
AM

To: "Melissa Nelson" <MelissaNelson@winn-dixie.com>
cc: "Don Haile" <Don.Haile@hilexpoly.com>,
    <Jack.Josey@sonoco.com>
Subject: RE: Winn Dixie answerback

**Melissa, I have printed the invoice and you are correct.  Our pastdue list pulls from the invoice
date.  However, when I printed this invoice it was billing for an overage that was actually shipped
in January.  Sorry & thanks for bringing this to my attention.**

**Jack - this is another one that for which we have to file a claim with the courts.**

---

**From:** Melissa Nelson [mailto:MelissaNelson@winn-dixie.com]
**Sent:** Wednesday, May 11, 2005 7:55 AM
**To:** Betty Peterson
**Subject:** RE: Winn Dixie 2nd request response??

Our system shows that the product was ordered 1/3/05 and received 1/18/05, We were not invoiced until
3/18/05.

-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Tuesday, May 10, 2005 5:02 PM
**To:** Melissa Nelson
**Cc:** Don Haile; Jack.Josey@sonoco.com
**Subject:** RE: Winn Dixie 2nd request response??
**This invoice is dated 3-17-05.  Product would have been received after 3-17.  It was my
understanding anything that was invoiced on/before the date (2-21-05) I had to file with the
courts.  Please advise.  Thanks.**

**From:** Melissa Nelson [mailto:MelissaNelson@winn-dixie.com]
**Sent:** Tuesday, May 10, 2005 4:36 PM
**To:** Betty Peterson
**Subject:** RE: Winn Dixie 2nd request

This product was received pre-petion. A claim will have to be filed with the courts for this. Detail
on how to do this can be found on our website.

Melissa Nelson
Warehouse Accounting
PH: 904-370-6197
FAX: 904-370-6885
-----Original Message-----
**From:** Betty Peterson [mailto:Betty.Peterson@hilexpoly.com]
**Sent:** Tuesday, May 10, 2005 4:22 PM
**To:** Melissa Nelson
**Cc:** Don Haile; Jack.Josey@sonoco.com
**Subject:** FW: Winn Dixie 2nd request
**Melissa, I haven't heard from you on the below invoice which is now 23 days late.
Is there a problem as to why this invoice isn't being paid?  Please advise.  Thanks.**

**From:** Betty Peterson
**Sent:** Friday, April 29, 2005 1:52 PM
**To:** 'Melissa Nelson'
**Cc:** Don Haile; 'Jack.Josey@sonoco.com'
**Subject:** Winn Dixie

**Melissa, please let me know when the below invoice will be/was paid.  Your help is appreciated.**

**Customer 56588**
**SAL30031476    13 days late    $1,447.92        P.O. 587898**

>> File Copy <<                           *** EDI Copy ***

SAL30031476
E600/SK/SK

**WINN-DIXIE STORES, INC.**
**ATTN:WAREHOUSE INVENTORY ACCT.**
**P.O. BOX 40045**
**JACKSONVILLE, FL**
**32203-0045**

| | | |
|---|---|---|
| Invoice #   SAL30031476 | FOB   530 WINN-DIXIE STORES, I | Shipped To WINN-DIXIE |
| Sales Order  206492 NSO | WHSE   300 N. VERNON PLANT MAIN WARE | ( 56588) 3925 HWY. 190 WEST |
| Order Date   03-09-2005 | Carrier   001 XXXX-ANY CARRIE | HAMMOND, LA |
| Cust P.O.   587898 | Bill of Lading  152295 | 70401 |
| Ship Date   03-17-2005 | PRO | |
| Invoice Date 03-17-2005 | Sales Rep   308 THE MAR FOODS GROUP, | |

| Line | Product | Name | Description | Qty | Unit | Price | P/U Disc | Extension |
|---|---|---|---|---|---|---|---|---|
| 10 | 1005735 | SAVE RITE "OUR NAME" | 1/7 EZ IT | 72 | 2M | 20.11 | 0.00 | 1,447.92 |
| 20 | CHEP PALLET | CHEP PALLETS | | 2 | | | 0.00 | |

*** DO NOT SHIP...FOR BILLING PURPOSES ONLY ***

*** DO NOT MAIL INVOICE...FAX INVOICE TO WILLA 904-370-6314***

*** INVOICING FOR A 72 CS OVERAGE ON SAL30030689 (SAVERITE)...DEL'D ON
1/17/05 ***

| | | |
|---|---|---|
| Payment   1% 10 Net 30 Days | Remit To HILEX POLY CO., | Goods   1447.92 |
| Terms Disc   14.48  If paid by: 03-27-2005 | DEPT 179 | P/U Disc |
| | PO BOX 32849 | Costs |
| Tax Exempt No  6032593-031W | CHARLOTTE, NC | Tax |
| | 28232-2849 | |
| For Info Call   1-800-845-6051 | USA | TOTAL   1447.92 |

Invoice amounts are stated in the currency of USD