**COASTAL TRUCK BROKERS, LLC** • PO BOX 485 • CARENCRO, LA 70520 • 337.886.9993

April 4, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

```
F I L E D
JACKSONVILLE, FLORIDA

APR - 5 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
```

RE:   WINN-DIXIE STORES, INC., et al
      Case No. 05-03817-3F1

      Notice of Debtors' Seventh Omnibus Objection to
      Overstated Claims (copy attached hereto)

      Claimant ID: WDX-404427-7A-95
      Claim No: 2324

Dear Sir or Madame:

In regards to the subject notice, Coastal objects to the reduction of claim and has provided in the subsequent attachments documentary evidence to support its objection. Please find attached Coastal invoices and related bills of lading for the invoice numbers set forth in the subject notice.

A general comment should be made at this time to address seeming purchase order conflicts or omissions. Prior to the bankruptcy filing date, it was common practice for the Debtor to issue shipping orders to Coastal without a purchase order. Moreover, there were many occasions where the issued purchase order was at variance with the actual shipping documents. An example of these conflicts can be found in the attached invoices 301585 and 301586. Both shipping documents have the same purchase order number but different carrier names and consignee signatures.

Coastal remains a loyal vendor to the Debtor and understands the Debtors' rationale for its bankruptcy filing. Coastal wants the Debtor to successfully emerge from bankruptcy.

Coastal respectfully requests that the Debtor's objection to overstated claims be denied and that its original claim amount of $143,390.88 be fully reinstated.

Respectfully Yours,

Scott J. Comeaux
Controller for Coastal Truck Brokers LLC

cc:   DJ Baker via email (djbaker@skadden.com) w/attachments
      Jane Leamy via email (jleamy@skadden.com) w/attachments
      Stafford Stuart w/o attachments

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

## NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-404427-7A-95
COASTAL TRUCK BROKERS LLC
ATTN SCOTT J COMFAUX, CONTROLLER
PO BOX 485
CARENCRO LA 70520

| CLAIM(S) TO BE REDUCED ||
|---|---|
| CLAIM NO.: **2324**<br>CLAIM AMOUNT: $143,390.88<br><br>REDUCED AMOUNT: $136,510.25 | REASON FOR REDUCTION: REDUCED AMOUNT REFLECTS REMOVAL OF $6,880.63 FOR INVOICE NUMBERS 301075, 301593, 301630, 301597, 301585 AND 301586 AS CLAIMANT DID NOT IDENTIFY ANY PURCHASE ORDERS FOR THOSE INVOICES. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on March 21, 2006 their Seventh Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.  If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file **and** serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 10, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.  Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.  In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.  A hearing will be held on **April 20, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.  The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.  The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: March 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

**INVOICE**

COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)
PO BOX 485
CARENCRO          LA     70520
337.237.2841/7

**Page:** 1
**Doc No:** 301075
**Date:** 10/22/2004
**Due Date:** 11/01/2004

**TRAFFIC NO.:**

**Bill To:**

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL    32256

| Charges | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | DRY GROCERY | 1.0000 | Flat | 545.0000 | 545.00 |
| | EXTRA STOP | 1.0000 | Flat | 50.0000 | 50.00 |
| | | | | Charges | 595.00 |

| Stops | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | Pickup | 09/14/2004 | PU SUPERBRAND DAIRY PLANT CITY | |
| | Load/Delv No: ORDER 36844 | | 3304 SYDNEY RD | |
| | Scale No: | | PLANT CITY   FL    33567 | |
| | Routing Point | 09/15/2004 | DP WINN DIXIE/MONTGOMERY | RECONSIGNED TO |
| | Load/Delv No: PO 478331 | | 1550 JACKSON FERRY ROAD | WINN-DIXIE/DOTHAN, AL |
| | Scale No: | | MONTGOMERY  AL    36104 | |
| | Drop | 09/15/2004 | DP WINN DIXIE/DOTHAN AL | |
| | Load/Delv No: | | 3850 W MAIN STREET | |
| | Scale No: | | DOTHAN       AL | |

**Total Stops 3**                                      **Total Invoice**       595.00

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA  70502

DC - PLANT CITY - DAIRY

PAGE 1 OF
BATCH NO.

**Deliver to:** Reconsigned to
WINN-DIXIE - MONTGOMERY  3850 W Main St
GROCERY
1550 JACKSON FERRY ROAD  Dothan, Ala
MONTGOMERY, AL
36104

**Invoice to:**
WINN-DIXIE - MONTGOMERY
1550 JACKSON FERRY ROAD
P.O. BOX 2029
MONTGOMERY, AL
36103

PICKING NOTE

Picking note : 0036844/00
Order No    : 0036844
Cust P.O. # : 478331
Customer No : 000007007072
Cust Ord Date: 9/14/04
System Date  : 9/14/04
Ship Date    : 9/13/04
Delivery Date: 9/14/04

Ship Instructions _____

Loader Name: MTCSTS
Truck Line: COOPER
Trailer #: 110509
Seal 1 #: 248718
Seal 2 #: _____
CHEP Pallets: _____
Reg. Pallets: 22
Org Total Wt: _____

301075

| Item | Description | Pack/Size | Pallets | UM | Qty To Ship | Qty Shipped |
|------|-------------|-----------|---------|----|-------------|-------------|
| 029345 | GAL W/D DRINKING WATER (NEW) | 4/ 1.00 GA | 22.00 | CS | 990 | 990 |
|  | 091405    990  9/14/05 BL | | | | | |

Reconsigned to
Winn-Dixie
3850 W. Main St.
Dothan, Ala
[signature]
9-15-04

Default Reg. Pallet Weight  - 40
Default CHEP Pallet Weight  - 65
# - Default Cases Per Pallet - 45
$ - Floor Loaded Item, No Pallet Used
***** Total Weight Less Than 40,000 *****

37,125.00   GRS WGT   22.00
 1,430.00   PAL WGT
38,555.00   GT  WGT            990    990

Dunage Bags: _____  Milk Carts: _____    DRIVER SIGN
[signatures]                                SEP 14 '04

COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)
PO BOX 485
CARENCRO           LA      70520
337.237.2841/7

**INVOICE**

Page: 1
Doc No: 301593
Date: 02/20/2005
Due Date: 03/02/2005

TRAFFIC NO.:

**Bill To:**

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL   32256

---

| **Charges** | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | REFRIGERATED GROCERY | 1.0000 | Flat | 1780.0000 | 1780.00 |
| | | | | Charges | 1780.00 |

| **Stops** | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | **Pickup** | 01/27/2005 | PU WINN DIXIE HAMMOND | |
| | Load/Delv No: PO 05753 | | | |
| | Scale No: | | HAMMOND    LA | |
| | **Drop** | 01/28/2005 | DP WINN DIXIE PLANT CITY | |
| | Load/Delv No: | | 3304 SYDNEY RD | |
| | Scale No: | | PLANT CITY   FL | |

**Total Stops 2**                                    **Total Invoice**         1780.00

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA  70502

201593

**ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

Name of Carrier: 

Carrier's No.                                    Shipper No.                Date: 1/27/05

To Consignee: Winn Dixie Dairy
Street: 3304 Sydney Rd
Destination: Plant City, FL    Zip Code: 33566

FROM Shipper: Winn Dixie Dairy
3925 Hwy 190 W
Hammond, LA 70401

Emergency Response Phone No.

Route: PO# 7005753    Seal # 9515    Vehicle No.

| No. Shipping Units | HM | Kind of Package, Description of Articles, Special Marks and Exceptions | *Weight (Sub. to Cor.) | RATE | CHARGES |
|---|---|---|---|---|---|
| 675 | (x) | WD Homo Gallon    15 pallets | | | |
| 225 | (x) | TM Skim Gallon    5 pallets | | | |
| 90 | (x) | TM 2% Gallon    2 pallets | | | |
| | | Emergency    Lazaro Torres | | | |
| | | 800-749-7617    Trucking | | | |

Signature of Consignor

C.O.D. FEE: PREPAID □  COLLECT □
C.O.D. AMT:

TOTAL CHARGES: $

FREIGHT CHARGES
Check Appropriate Box:
☐ Freight prepaid  ☐ Collect

Doc.# 201593    1

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

+ Mark with "X" to designate Hazardous Materials as defined in Title 49 of Federal Regulations.
For further details on TRANSPORTING HAZARDOUS MATERIALS see Federal Regulations 49 CFR, Part 172.

TOPS FORM No. 3841
Printed in the U.S.A.

**INVOICE**

COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)
PO BOX 485
CARENCRO          LA    70520
337.237.2841/7

**Page:** 1
**Doc No:** 301630
**Date:** 02/16/2005
**Due Date:** 02/26/2005
**TRAFFIC NO.:** 622452

**Bill To:**

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL    32256

| Charges | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | REFRIGERATED GROCERY | 1.0000 | Flat | 1335.0000 | 1335.00 |
| | | | | **Charges** | 1335.00 |

| Stops | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | **Pickup** | 02/07/2005 | PU WINN DIXIE/ATLANTA | |
| | Load/Delv No: PO 621235 | | 5400 FULTON INDUSTRIAL BLVD | |
| | Scale No: | | ATLANTA    GA    30336 | |
| | **Drop** | 02/08/2005 | DP PREFERRED COLD STORAGE MEDI | |
| | Load/Delv No: | | 13700 NW 115TH AVE | |
| | Scale No: | | MEDLEY    FL | |

**Total Stops** 2                                **Total Invoice**    1335.00

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA   70502

Shippers No. _____
Agents No. _____

# WINN-DIXIE ATLANTA, INC.  301630

At Atlanta Georgia, Fulton County          DATE  2/7/2005
From Winn-Dixie Atlanta, Inc.              PICK UP DATE _____

The property described below, in apparent good order, except as noted(contents and condition of contents of packages unknown) marked ,consigned ,and destined as indicated below, which said company(the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to it's usual place of delivery at said destination if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination, It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to  W-D MIAMI                Contact Person _____   PO#  621235
Street _____  City _____   STATE _____
Carrier  SASSI TRUCKING                                  Trailer No.  2262
Drivers Signature _____   Vendor Number  7491   Person authorizing:  JENNYFER DICKENS

| Cases | Description | Weight | Check | WD Code |
|---|---|---|---|---|
| 408 | FW CKD SHRIMP RINGS | 4,080 | | 430838 |
| | TEMP' 0 | | | |
| | | | 2-8-05 | |
| | | | 408 cs | |
| Total 408 | | Total 4,080 | | |

Subject to section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the co-signer, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid: write or stamp here, "To be Prepaid".

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight".
NOTE: Where the rate is dependant on value , shippers are required to state specifically in writing the agreed or declared value of property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

_____          Per _____

WINN-DIXIE ATLANTA, INC.   Shipper     Agent must detach and retrain this Shipping Order and
Per _____                   must sign Original Bill Of Lading.

Permanent post-office address of shipper   **5400 Fulton Ind.Blvd.Atlanta,Ga.30336**

COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)
PO BOX 485
CARENCRO           LA      70520
337.237.2841/7

**INVOICE**

Page: 1
Doc No: 301597
Date: 02/16/2005
Due Date: 02/26/2005
TRAFFIC NO.: 619521

**Bill To:**

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL    32256

| Charges | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | MILK CRATES | 1.0000 | Flat | 723.1200 | 723.12 |
| | | | | Charges | 723.12 |

| Stops | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | Pickup | 01/28/2005 | PU WINN DIXIE ORLANDO | |
| | Load/Delv No: 1908 | | 4401 SEABOARD DR. | |
| | Scale No: PO 012805-0194 | | ORLANDO   FL   32808 | |
| | Drop | 01/28/2005 | DP SUPERBRAND DAIRY HAMMOND | |
| | Load/Delv No: | | | |
| | Scale No: | | HAMMOND    LA | |

**Total Stops 2**                           **Total Invoice**        723.12

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA  70502



# 301597

01:34p    PAUL BOBO    850-973-3112    P.2

## WINN-DIXIE STORES, INC.
## EQUIPMENT TRANSFER RECORD

No. 1908

**TRANSFERRED FROM:** W.D. Orlando

**DATE:** 1-28-0?

**TRANSFERRED TO:** (illegible) / Hammond, LA

SHIPPER:

T.R. T 43?

RECEIVER:

| COMPANY NO. | SERIAL | COMPLETE DESCRIPTION |
|---|---|---|
| | | 882 Emt. milk crates |

NOTE:
Original-Send to Office with Report
Duplicate-Send with Equipment
Triplicate-Retain

58-32

RECEIVED BY: (signature)
TRUCK DRIVER

301547 301500
301a 11

```
COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)                          INVOICE
PO BOX 485
CARENCRO              LA      70520              Page:     1
337.237.2841/7                                   Doc No:   301585
                                                 Date:     02/20/2005
                                                 Due Date: 03/02/2005
                                                 TRAFFIC NO.:
Bill To:

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL      32256
```

| Charges | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | REFRIGERATED GROCERY | 1.0000 | Flat | 1501.8800 | 1501.88 |
| | | | | **Charges** | 1501.88 |

| Stops | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | **Pickup** | 01/27/2005 | PU WINN DIXIE MONTGOMERY | |
| | Load/Delv No: PO 05751 | | 6080 HWY 31 S MOBILE HWY | |
| | Scale No: | | MONTGOMERY   AL | |
| | **Drop** | 01/28/2005 | DP WINN DIXIE ORLANDO | |
| | Load/Delv No: PO 05751 | | 4401 SEABOARD ROAD | |
| | Scale No: | | ORLANDO     FL    32808 | |

**Total Stops 2**                                         **Total Invoice**        1501.88

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA  70502

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

**301585**

Shipper's No. _____

Carrier's Name: *Ott*

Carrier's No. **P005751**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at **1550 Jackson Ferry Road**  (Date) **Jan. 26, 2005**  FROM **Winn-Dixie Dairy, Montgomery, AL 36104**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Winn-Dixie Stores**

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination **4401 Seaboard Drive** Street _____ City _____

_____ County _____ State _____ Zip _____

Route **Orlando, FL 32808**   Delivery Address ★

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

**C.O.D.** Charges to be Paid by _____
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 450 | cs | WD ½ Gal. Homo | | | |
| 540 | cs | TM Gallon Homo | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:
$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per **Ron**

Permanent post-office address of shipper, _____

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**2**

| | |
|---|---|
| COASTAL TRUCK BROKERS, LLC (SCAC:CTEB)<br>PO BOX 485<br>CARENCRO          LA    70520<br>337.237.2841/7 | **INVOICE**<br>Page: 1<br>Doc No: 301586<br>Date: 02/20/2005<br>Due Date: 03/02/2005<br>TRAFFIC NO.: |

**Bill To:**

WINN DIXIE INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE          FL    32256

| **Charges** | Commodity | Quantity | Billed By | Rate | Amount |
|---|---|---|---|---|---|
| | REFRIGERATED GROCERY | 1.0000 | Flat | 1780.0000 | 1780.00 |
| | | | | **Charges** | **1780.00** |

| **Stops** | Type | Date | Name | Load Description |
|---|---|---|---|---|
| | **Pickup** | 01/27/2005 | PU WINN DIXIE MONTGOMERY | |
| | Load/Delv No: 620624 | | 6080 HWY 31 S MOBILE HWY | |
| | Scale No: 05751 | | MONTGOMERY   AL | |
| | **Drop** | 01/28/2005 | DP WINN DIXIE ORLANDO | |
| | Load/Delv No: | | 4401 SEABOARD RD. | |
| | Scale No: | | ORLANDO     FL    32808 | |

**Total Stops 2**                               **Total Invoice**          **1780.00**

Payment Terms Are Net 10 Days

Remittance Address:

MidSouth Bank
c/o Coastal Truck Brokers LLC
PO Box 3307
Lafayette, LA  70502

# 301586

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 600604

Carrier's Name: Community Trucking

Carrier's No. P005751

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at 1550 Jackson Ferry Road    Jan. 26/27 2005 (Date)    FROM Winn-Dixie Dairy, Montgomery, AL 36104

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Winn-Dixie Stores**

Destination **4401 Seaboard Drive** Street

Route **Orlando, FL 32808**

Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____

Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____ Street _____ City _____ State _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

C.O.D. Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 450 | cs | WD 1% Gallon | | | |
| 540 | cs | LM 2% Gallons | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Shipper, Per Ron

Permanent post-office address of shipper,

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2