Idahoan® Foods  P.O. Box 130  Lewisville, Idaho 83431
tel: 208.754.4686  fax: 208.754.0094  toll free 800.635.6100  www.idahoan.com

IDAHO'S BEST. THE NATION'S FINEST.®



April 4th, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Suite 3-350
Jacksonville, Florida  32202

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
APR - 5 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re:  Claim number 2327; Case number 05-03817-3F1

We are opposing the reduction of our claim for our unpaid invoices 231863, 224963, and the short paid invoice 220957. We have attached proof of deliveries for these invoices and no exceptions were noted. We would appreciate our proof of claim to remain in the amount of $3,510.00. We appreciate your time in this matter.

Sincerely,

Cecelia Burnum
Accounts Receivable
Idaho Fresh Pak, Inc.
800-635-6100 ext 8118

cc:  Skadden, Arps, Slate, Meagher & Flom LLP

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn Dixie Stores, Inc.**          Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20241116
WDX-252027-B2-12
IDAHO FRESH PAK INCORPORATED
ONE POTATO PLACE
PO BOX 130
LEWISVILLE, ID 83431-0130

208-754-4686
Telephone No. of Creditor

208-754-0094
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name:_____
Company/Firm:_____
Address:_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor:        Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated:_____

**1. Basis for Claim**
- ☒ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:_____
  Unpaid compensation for services performed from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 02-14-04 to 01-27-05

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$ **3,510.00** (unsecured)    $_____ (secured)    $_____ (priority)    $ **3,510.00** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ **3,510.00**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED
2005 MAY 23 PM 3:40
LOGAN & COMPANY, INC. AS AGENT
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 5-18-05 | Print: **Richard A. Nelson**   Title: **Controller**   Signature: /s/ Richard A. Nelson |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

## NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-252027-7A-12
IDAHO FRESH PAK INCORPORATED
ATTN RICHARD A NELSON, CONTROLLER
ONE POTATO PLACE
PO BOX 130
LEWISVILLE, ID 83431-0130

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: **2327**<br>CLAIM AMOUNT: **$3,510.00**<br><br>REDUCED AMOUNT: **$2,256.93** | REASON FOR REDUCTION: | **REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,253.07.** |

1.  PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on March 21, 2006 their Seventh Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.  **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.  If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.  If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

```
REPRINT COPY ***                I N V O I C E                        PAGE:    1

IDAHO FRESH PAK INC.                      INVOICE NO.       224963
NUMBER ONE POTATO PLACE                   INVOICE DATE      07/19/04
P.O. BOX 130                              CUSTOMER NO.      138900
LEWISVILLE, IDAHO 83431-0130              SHIP CUST         139705
(208) 754-4686

                                          SHIP TO:
    WINN DIXIE STORES, INC.               WINN DIXIE STORES/MIAMI
    P.O. BOX 40026                        3300 N.W. 123RD STREET
    MIAMI/POMPANO DIVISION                OUTSIDE STORAGE
    JACKSONVILLE FL 32203                 MIAMI FL 33167
    UNITED STATES
```

================================================================================
BROK: 145 WINN DIXIE                 WHS: 24         DRY STORAGE OF GEORGIA

| REG | IFP ORD.NO. | CUST. ORD.NO. | HOW SHIPPED | SHIP DATE | TERMS |
|-----|-------------|---------------|-------------|-----------|----------------|
| 29  | 193004      | 03234542      | TRUCK       | 07/16/04  | 2% 10 Net 30   |

================================================================================

| UPC CODE | DESCRIPTION | QTY | PRICE | ALLOW | NET PRICE |
|----------|-------------|-----|-------|-------|-----------|
|          | *** INVOICE SENT VIA EDI *** | | | | |
| 18092    | 12/5.1 ASTOR SCALLOPED | 90 | 8.16 | | 734.40 |
| 18120    | 12/5.4 ASTOR THREE CHEESE | 90 | 8.16 | | 734.40 |

*Not paid*

|  | WEIGHT | GROSS | ALLOW | BAL. DUE |
|--|--------|-------|-------|----------|
| INVOICE-NO:  224963 | 1,094 | 1,468.80 | 0.00 | 1,468.80 |

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 – CHARLOTTE, N.C. 28260
(336) 889-5000

1

| MIA | ATL | SEE BELOW | | | | | DUP 8/16/04 | RP |

| | | | | 12101368 | 488339 | 7/16/04 | 04625910528 |
|---|---|---|---|---|---|---|---|
| WINN DIXIE DISTRIBUTION CENTER 3300 NW 123RD STREET MIAMI FL 33167 | | | Dest I/L Car | D S C LOGISTICS 140 GREENWOOD INDUSTRIAL BLVD MCDONOUGH GA 30253 FOR: IDAHOAN FOODS | | | Page No 1  4 Sec 7 SHMT |
| | | | | D S C LOGISTICS 575 EAST OAKTON STREET DES PLAINES IL 60018 ELAINE GOMOLKA | | | P/C  C/O/G P M/C  R/C AGB DW |
| 04625910528 | | | 4625910528 | | | | |

| 18 | HANDLING UNITS: 18 UNITS OF TYPE SKID THIS PRO FOR REVENUE PURPOSES ONLY CFA 5 DAYS IN ADVANCE Potatoes, other than potato chips, 055 cooked or dried and diced, powdered, shredded or sliced, without other ingredients, or with other ingredients same inner retail package, in boxes, in Packages 128 or 2185, or in bulk in | | | 10704 | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
*************************
FREIGHT ALREADY DELIVERED
*************************
Date:

Exceptions:
Driver: DR PROCESS

CONTD.
CASH ☐  CHK ☐  CHG ☐
Pcs. Del'd
Date Del'd

Seal # (if Applc)

COPY ORIGINAL FREIGHT

## THIS SHIPPING ORDER

must be legibly filled in, in ink, indelible Pencil, or in Carbon, and retained by the Agent.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) In Uniform Freight Classifications, in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

GRACE BRACKIN  1  7/16/04
*KR 06:53:30

From DSC LOGISTICS, AS AGENT FOR
At
IDAHOAN FOODS    510090

Consigned to WINN DIXIE STORES/MIAMI    20___ TRUCK ☐
3300 N.W. 123RD STREET
MIAMI    FL. 33167

SHIPPER'S NO. 193004
AGENT'S NO. 538907 MG

PO# 03234542    ARRIVE ON 07/16/04    ROUTING _____
Delivering Carrier 5337 DSC LOGISTICS    SMS# 89238 LOAD# 11901600
APPOINTED DATE _____ TIME _____

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CHECK COLUMN | STAGED |
|---|---|---|---|---|---|
| | | WHSE MUST CALL FOR APPT. ASK FOR DRY GROCERIES 305-769-6666 APPT MUST BE CONFIRMED, GIVING NAME OF CARRIER EX-DOCK DSC GEORGIA MUST SHIP WITH ORDER # 193044 OUT OF GEORGIA. | | | |
| 90 | | 18092   12/5.1 ASTOR SCALLOPED POTAT  L-31984 | 558 | | |
| 90 | | 18120   12/5.4 ASTOR 3 CHEESE POTATO  L-32102 | 581 | | |
| | | SEND FREIGHT BILL TO: DSC LOGISTICS ATTN: NATIONAL SERVICE CENTER 575 E OAKTON ST DES PLAINES    IL 60018 | | | |
| | | ORIGINAL ORDER | | | |
| 180 | | 74450-0 POTATOES CHOPPED, DRIED, DICED, POWDERED, SHREDDED, OR SLICED NOI WITH NO OTHER INGREDIENTS | 1139 | | |
| 180 | | 100 CUBI | 1139 | | |

PICKED BY _____ DATE _____
CHECKED BY _____ DATE _____
LOADED BY _____ DATE _____

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

TO BE PREPAID

C.O.D. SHIPMENT
C.O.D. AMOUNT

NO. OF PALLETS _____

NOTE: WHERE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ CENTS PER POUND FOR EACH DISTRIBUTION PACKAGE.

SL+C

OLD DOMINION FREIGHT LINE
04625318706    ATL

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.
DSC LOGISTICS
AGENT

Per _____
Permanent post-office address of shipper.

B-1a
Rev 1/2003
(678) 583-2000
140 GREENWOOD IND. BLVD.
MCDONOUGH    GA 30253

CARRIER'S COPY

CARRIER LOAD & COUNT
RECEIVED  180/ 2plts PCS.
DATE 7-16-04
CARRIER Old Dom.
DRIVER _____
TRAILER 98833

```
*** REPRINT COPY ***           I N V O I C E                    PAGE:    1

IDAHO FRESH PAK INC.                    INVOICE NO.     231863
NUMBER ONE POTATO PLACE                 INVOICE DATE    01/27/05
P.O. BOX 130                            CUSTOMER NO.    138900
LEWISVILLE, IDAHO 83431-0130            SHIP CUST       318001
(208) 754-4686


                                        SHIP TO:
    WINN DIXIE STORES, INC.              WINN DIXIE STORES/ATLANTA
    P.O. BOX 2320                        5400 FULTON INDUSTRIAL BLVD.
    ATLANTA DIVISION                     ATLANTA GA 30336
    JACKSONVILLE FL 32203
    UNITED STATES


===============================================================================
BROK: 506 ADVANTAGE SALES/JACKSO    WHS: 24      DRY STORAGE OF GEORGIA

REG    IFP ORD.NO.   CUST. ORD.NO.   HOW SHIPPED  SHIP DATE       TERMS
 27      199986         610309          TRUCK      01/26/05     2% 10 Net 30
===============================================================================
UPC CODE   DESCRIPTION                       QTY    PRICE    ALLOW    NET PRICE
--------   -----------                       ---    -----    -----    ---------
           ***   INVOICE SENT VIA EDI   ***

00121      6/28 OZ. IDAHOAN FLAKES            10    18.42               184.20
               DISCOUNTS/ALLOWANCES                          -1.68      -16.80
02147      12/4 oz IDAHOAN ROAST GARLIC       38     8.52               323.76
               DISCOUNTS/ALLOWANCES                           -.48      -18.24
02146      12/4 oz IDAHOAN BUTTER & HER       38     8.52               323.76
               DISCOUNTS/ALLOWANCES                           -.48      -18.24
02145      12/4 oz IDAHOAN FOUR CHEESE        38     8.52               323.76
               DISCOUNTS/ALLOWANCES                           -.48      -18.24
02149      12/4 oz IDAHOAN SOUTHWEST          38     8.52               323.76
               DISCOUNTS/ALLOWANCES                           -.48      -18.24




                                WEIGHT      GROSS       ALLOW      BAL. DUE
                                  688      1,479.24    -89.76      1,389.48
  INVOICE-NO:   231863
```



```
REPRINT COPY ***              I N V O I C E                    PAGE:    1

IDAHO FRESH PAK INC.                    INVOICE NO.     220957
NUMBER ONE POTATO PLACE                 INVOICE DATE    02/16/04
P.O. BOX 130                            CUSTOMER NO.    138900
LEWISVILLE, IDAHO 83431-0130            SHIP CUST       139705
(208) 754-4686

                                        SHIP TO:
    WINN DIXIE STORES, INC.             WINN DIXIE STORES/MIAMI
    P.O. BOX 40026                      3300 N.W. 123RD STREET
    MIAMI/POMPANO DIVISION              OUTSIDE STORAGE
    JACKSONVILLE FL 32203               MIAMI FL 33167
    UNITED STATES

==============================================================================
BROK: 145 WINN DIXIE              WHS: 24        DRY STORAGE OF GEORGIA

REG     IFP ORD.NO.   CUST. ORD.NO.   HOW SHIPPED  SHIP DATE       TERMS
29        188971        03225169         TRUCK     02/16/04     2% 10 Net 30
==============================================================================
UPC CODE    DESCRIPTION                     QTY      PRICE     ALLOW    NET PRICE
--------    -----------                     ---      -----     -----    ---------
            ***   INVOICE SENT VIA EDI  ***
18049       24/2 OZ. MASHED                  78       4.32                336.96
                DISCOUNTS/ALLOWANCES                             -.58     -45.24
18085       6/28 ASTOR FLAKES                80      10.14                811.20
                DISCOUNTS/ALLOWANCES                            -1.40    -112.00
```

Balance due: $ 651.72

Paid invoice short we had been trying to get information from Winn Dixie when they filed Chapter 11

```
                                    WEIGHT      GROSS       ALLOW      BAL. DUE
                                    1,317      1,148.16    -157.24      990.92
INVOICE-NO:   220957
```

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) In Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) In the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

From At: **DSC LOGISTICS, AS AGENT FOR**   MASTER BILL- 2713704 LOAD#: 10669400

Consigned to: WINN DIXIE   20___ TRUCK ☐
3300 NW 133 ST
MIAMI   FL   33167-2425

SHIPPER'S NO. _____
US AGENT'S NO. _____
ROUTING _____

Delivering Carrier: 00431

APPOINTED DATE _____   TIME _____

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CHECK COLUMN | STAGED |
|---|---|---|---|---|---|
| | | BOL #        SMS #        P.O.# | | | |
| | | 189002      985700      03225169 | | | |
| | | 188971 X   986689      03225169 | | | |
| 714 | | 0744500 POTATOES CHOPPED, DRIED, DICED, POW | 5255 PREPAID | | |
| 714 | | TOTAL: | 5255 | | |

PICKED BY _____ DATE _____
CHECKED BY _____ DATE _____
LOADED BY _____ DATE _____

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR _____

0462426 4695 X
0462426 4687 X

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

OLD DOMINION FREIGHT LINE
04624263002   ATL

DEST. _____ SHIP # 1219351   CUBE % _____
DATE _____ PCS _____ CKR# _____ BAY/UNIT _____ OSD PCS _____
MASTER

C.O.D. SHIPMENT
C.O.D. AMOUNT _____

NOTE: WHERE RATE IS DEPENDENT ON VALUE; THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ CENTS PER POUND FOR EACH DISTRIBUTION PACKAGE.

**MASTER BILL**
**REQUIRES APPOINTMENT**
**FOR MORE THAN 1 PO #**

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.
DSC LOGISTICS, AGENT
Per _____
Permanent post-office address of shipper
140 GREENWOOD INDUSTRIAL PARKWAY
MC DONOUGH, GA 30253

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

2
CARRIER'S COPY

CARRIER LOAD & COUNT
RECEIVED 7/4/05 _____ PCS.
DATE _____
CARRIER _____
DRIVER _____
TRAILER _____

**SHIPPING ORDER**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order...

From DSC LOGISTICS, AS AGENT FOR
At
Consigned to WINN DIXIE
3300 NW 123RD ST.
MIAMI FL 33167-2425
20__ TRUCK ☐

MASTER BILL 7/16/04 LUDM: 11901600

SHIPPER'S NO. ____
AGENT'S NO. ____

Delivering Carrier 00431
ROUTING ____

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CHECK COLUMN |
|---|---|---|---|---|

APPOINTED DATE ____ TIME ____

BOL #         SMS #      P.O.#
193044        1087789    03234542
193004        1089238    03234542
193127        1090004    03234807

1426   0744500
       POTATOES CHOPPED, DRIED, DICED, POW
                                                    10704
                                          PREPAID
1426                              This shipment is moving under
       TOTAL:                     S. L. & C.
                                  10704
                                  (Shipper's Load & Count)
                                  Please check, count, handle very
                                  carefully and RECORD ALL EXCE...
                                  ON YOUR COMPUTER MANIFEST AND...
                                  CHECKING BLOCK HEADER

0462531 8698-894/1095
0462S318706-180/1139
0462S318680-352/2412

12193S11

OLD DOMINION FREIGHT LINE
04625910528  ATL

DEST. ____ SHIP # ____ CUBE % ____
DATE ____ PCS ____

MASTER

MASTER BILL
REQUIRES APPOINTMENT
FOR MORE THAN 1 PO #

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ____ LBS.
DSC LOGISTICS, AGENT

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Per ____
Permanent post office address of shipper
140 GREENWOOD INDUSTRIAL PARKWAY   2
MC DONOUGH, GA 30253

CARRIER'S COPY

CARRIER LOAD & COUNT
RECEIVED  4c
DATE  7-16-04   ____ PCS.
CARRIER  ODFL
DRIVER ____
TRAILER ____

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

**1**

| MIA | ATL | SEE BELOW | 032-25169 | | | 2/23/04 DUP | RP |

| WINN DIXIE DISTRIBUTION CENTER | 12101368 | 480171 | 2/13/04 | 04624263002 |
| 3300 NW 123RD STREET | Dest I/L Car | IDAHOAN FOODS % D S C LOGISTICS | | Page No |
| MIAMI          FL 33167 | | 140 GREENWOOD INDUSTRIAL BLVD | | 1  3 |
| OUTSIDE STORAGE | | MCDONOUGH          GA 30253 | | Sec 7 SHMT |

| | | | D S C LOGISTICS | | P/C C/O/C |
| | | | 575 EAST OAKTON STREET | | P |
| 04624263002 | 4624263002 | | DES PLAINES     IL 60018 | | B/C R/C |
| | | | ELAINE GOMOLKA | | AGB DW |

HANDLING UNITS: 7 UNITS OF TYPE SKID
THIS PRO FOR REVENUE PURPOSES ONLY
CALL FOR APPOINTMENT

| 7 | 714 PCS
Potatoes, other than potato chips,
cooked or dried and diced, powdered,
shredded or sliced, without other
ingredients, or with other ingredients
same inner retail package, in boxes, in | 055 | 5255 | |

*PER LAVELL*
*W/D GROCERY*
*REC. FOREMAN*
*ORDER COMPLETE*

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By: ************************
**FREIGHT ALREADY DELIVERED**
************************
Date:
Seal # (if Applc)

Exceptions:
*FRT REC ON PROS -*
*4624264687 &*
Driver:
*4624264695*

CONTD.
CASH ☐  CHK ☐  CHG ☐
Pcs. Del'd  *7 SKID*
Date Del'd  *05 & D*

COPY ORIGINAL FREIGHT