UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Debtors | ) | CHAPTER 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes, Timothy P. Shusta on behalf of Katherine M. Determan, of the firm of Phelps Dunbar (hereinafter "Movant"), who respectfully requests that Ms. Determan be permitted to withdraw as co-counsel of record for By-Pass Partnership ("Defendant") in the above-captioned action as she has left the law firm of Phelps Dunbar. In support of this motion, Movant represents that he has discussed this matter with Ms. Determan and she has requested that Movant file this Motion on her behalf. Further, Movant represents that By-Pass Partnership has consented to withdrawal of Ms. Determan as counsel and that By-Pass Partnership will continue to be represented by Brent B. Barriere, Susie Morgan and Timothy P. Shusta of the law firm of Phelps Dunbar, LLP.

                        Respectfully submitted,
                        PHELPS DUNBAR LLP

By:   /s/ Timothy P. Shusta
        Timothy P. Shusta (Fl. Bar No. 442305)
        shustat@phelps.com
        100 South Ashley Drive, Suite 1900
        Tampa, Florida 33602-5311
        Telephone: (813) 472-7550
        Telecopy: (813) 472-7570

And

PHELPS DUNBAR LLP
Brent B. Barriere (La. Bar No. 2818)
barrierb@phelps.com
Susie Morgan (La. Bar No. 9715)
morgans@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Telecopy: (504) 568-9130

**ATTORNEYS FOR BY-PASS PARTNERSHIP**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on all parties by electronic mail this 4th day of April, 2006.

/s/Timothy P. Shusta

2

TA.126293.1