UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 3-05-BK-3817 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Russell Reid hereby enters his appearance on behalf of HMAC 1999-PH1 Watauga Center Limited Partnership ("HMAC").

PLEASE TAKE FURTHER NOTICE that HMAC hereby requests and demands service of all notice and papers herein upon:

> HELLER EHRMAN LLP
> Russell Reid, Esq.
> Times Square Tower
> Seven Times Square
> New York, New York 10036
> Tel.: (212) 832-8300
> Fax: (212) 763-7600
> russell.reid@hellerehrman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates. The undersigned requests that its name be added to the mailing matrix.

Dated: April 5, 2006

Respectfully Submitted,

_____
Russell Reid, Esq.
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, New York 10036
Tel.: (212) 832-8300
Fax: (212) 763-7600
russell.reid@hellerehrman.com

*Attorneys for HMAC 1999-PH1 Watauga Center Limited Partnership*