UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON APRIL 6, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on April 6, 2006 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

1. *Third Interim Fee Application for Carlton Fields, P.A. (Docket No. 6480)*

   Objection Deadline: March 30, 2006.

   Objections: No objections have been filed.

   Status: The Debtors have been informed that Carlton Fields will proceed with the Application.

2. *Third Interim Fee Application for The Blackstone Group, L.P. (Docket No. 6481)*

   Objection Deadline: March 30, 2006.

   Objections: No objections have been filed.

   Status: The Debtors have been informed that Blackstone will proceed with the Application.

.

3. *First Interim Fee Application for Deloitte and Touche, LLP (Docket No. 6482)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Deloitte and Touche will proceed with the Application.

4. *Third Interim Fee Application for Deloitte Consulting LLP (Docket No. 6483)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Deloitte Consulting will proceed with the Application.

5. *Third Interim Fee Application for PricewaterhouseCoopers LLP (Docket No. 6484)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that PricewaterhouseCoopers will proceed with the Application.

6. *Third Interim Fee Application for Smith, Gambrell & Russell, LLP (Docket No. 6485)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Smith Gambrell will proceed with the Application.

7.  *Third Interim Fee Application for KPMG LLP (Docket No. 6486)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that KPMG will proceed with the Application.

8.  *Third Interim Fee Application for XRoads Solutions Group, LLC (Docket No. 6487)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that XRoads will proceed with the Application.

9.  *Third Interim Fee Application for Kirschner & Legler, P.A. (Docket No. 6529)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Kirschner & Legler will proceed with the Application.

10. *Third Interim Fee Application for Houlihan Lokey Howard & Zukin Capital, Inc. (Docket No. 6540)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Houlihan Lokey will proceed with the Application.

11. *Second Interim Fee Application for Akerman Senterfitt (Docket No. 6541)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Akerman Senterfitt will proceed with the Application.

12. *Third Interim Fee Application for King & Spalding LLP (Docket No. 6542)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that King & Spalding will proceed with the Application.

13. *Third Interim Fee Application for Alvarez & Marsal, LLC (Docket No. 6543)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Alvarez & Marsal will proceed with the Application.

14. *Third Interim Fee Application for Smith Hulsey & Busey (Docket No. 6545)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Smith Hulsey will proceed with the Application.

4

00526763

15. *Third Interim Fee Application for Milbank, Tweed, Hadley & McCloy LLP (Docket No. 6547)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Milbank Tweed will proceed with the Application.

16. *Third Interim Fee Application for Skadden, Arps, Slate, Meagher & Flom LLP (Docket No. 6554)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors have been informed that Skadden Arps will proceed with the Application.

17. *Motion for Order Approving Assumption of Modified Agreements with AT&T Corp. (Docket No. 6550)*

Objection Deadline: March 30, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

18. *Motion for Bridge Order Extending Exclusive Plan Proposal Period Pending Ruling on Motion for Further Extension (Docket No. 6887)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion

00526763

### B. Contested Matters

*1. Debtors' Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 5888)*

Objection Deadline: Expired.

Objections: Commodore Realty, Inc. and Isram Realty & Management, Inc. (Docket No. 6237), and Westfork Tower LLC, et al. (Docket No. 6243).

Status: The Debtors will proceed with the Motion.

*2. Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief (Docket No. 6556)*

Objection Deadline: Expired.

Objections: Hecht Properties, Ltd., et al. (Docket No. 6570).

Status: The Debtors will proceed with the Motion.

>   3.  *Debtors' Sixth Omnibus Objection to No Liability Claims (Docket No. 6352)*

Objection Deadline: March 27, 2006.

Objections: Georgia Dept. of Revenue (Docket No. 6696); Aronov Property Management (Docket No. 6819).

Status: The Debtors will proceed with the Motion.

Dated: April 5, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

7

00526763