**Exhibit A**

Table of Contents

**WINN-DIXIE STORES, INC. AND SUBSIDIARIES**
**(DEBTOR-IN-POSSESSION AS OF FEBRUARY 21, 2005)**
**CONDENSED CONSOLIDATED BALANCE SHEETS**

| Dollar amounts in thousands except par value | April 6, 2005 | June 30, 2004 |
|---|---:|---:|
| | (Unaudited) | (Note B) |
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 34,224 | 56,818 |
| Marketable securities | 19,507 | 19,275 |
| Trade and other receivables, less allowance for doubtful items of $5,926 ($2,539 at June 30, 2004) | 175,857 | 109,051 |
| Insurance claims receivable | 19,496 | — |
| Income tax receivable | 34,031 | 49,148 |
| Merchandise inventories less LIFO reserve of $210,270 ($219,270 at June 30, 2004) | 791,423 | 940,529 |
| Prepaid expenses and other current assets | 108,884 | 24,814 |
| Assets held for sale | — | 51,034 |
| Deferred income taxes | — | 100,129 |
| **Total current assets** | 1,183,422 | 1,350,798 |
| **Property, plant and equipment, net** | 827,702 | 886,055 |
| **Goodwill** | — | 87,112 |
| **Non-current deferred income taxes** | — | 139,089 |
| **Other assets, net** | 117,789 | 155,837 |
| **Total assets** | $ 2,128,913 | 2,618,891 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities:** | | |
| Current portion of long-term debt | 282 | 273 |
| Current obligations under capital leases | 2,811 | 2,616 |
| Accounts payable | 113,473 | 511,443 |
| Reserve for workers' compensation insurance claims and self-insurance | 79,167 | 97,952 |
| Accrued wages and salaries | 90,825 | 93,385 |
| Accrued rent | 2,332 | 109,727 |
| Accrued expenses | 103,517 | 123,470 |
| **Total current liabilities** | 392,407 | 938,866 |
| **Reserve for workers' compensation insurance claims and self-insurance** | 133,165 | 182,514 |
| **Long-term debt** | 390 | 300,605 |
| **Long-term borrowings under DIP Credit Facility** | 106,277 | — |
| **Obligations under capital leases** | 7,905 | 13,566 |
| **Defined benefit plan** | — | 68,827 |
| **Lease liability on closed facilities, net of current portion** | — | 160,214 |
| **Other liabilities** | 18,924 | 36,954 |
| **Total liabilities not subject to compromise** | 659,068 | 1,701,546 |
| **Liabilities subject to compromise** | 1,126,688 | — |
| **Total liabilities** | 1,785,756 | 1,701,546 |
| **Commitments and contingent liabilities (Notes L, M, O, P, S and V)** | | |
| **Shareholders' Equity:** | | |
| Common stock $1 par value. Authorized 400,000,000 shares; 154,332,048 shares issued; 141,947,373 shares outstanding at April 6, 2005 and 142,028,240 outstanding at June 30, 2004 | 141,947 | 142,028 |
| Additional paid-in-capital | 31,337 | 22,931 |
| Retained earnings | 189,704 | 755,888 |