IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re   WINN-DIXIE STORES, INC., *et al.*   \*      Case No. 05-03817-3F1
                                            \*
              Debtor(s),                    \*      Chapter 11
                                            \*
                                            \*      Jointly Administered
_____         \*
                                            \*

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 20, 2006 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion for Examination of Debtor under Bankr. R. 2004 filed jointly by Richard Ehster, Gary Osborne, Scott Hunt, Stan Timbrook, and John Gardner.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and ties are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

- 2 -

Dated: April 5, 2006

                    **/s/ Jerrett M. McConnell**
                    _____
                    Jerrett M. McConnell
                    Friedline & McConnell, P.A.
                    1756 University Blvd South
                    Jacksonville, FL 32216
                    904-727-7850
                    bankruptcy@fandmlaw.com
                    Attorney for Movants

OF COUNSEL:

George C. Douglas, Jr.
700 Century Park South, Suite 223
Birmingham, Alabama 35226
(205) 824-4620  phone
(866) 383-7009  fax
E-mail:  gcd@hiwaay.net

Robert L. Shields, III
Tucker & Shields
2025 Third Avenue N., Suite 301
Birmingham, Alabama 35203
(205) 323-0010  phone
(205) 322-8385  fax
E-mail: robertshields@mindspring.com

Attorneys for Movants

## **CERTIFICATE OF SERVICE**

    I Hereby certify that a true and correct copy of the foregoing has been furnished electronically or by U.S. mail to the individuals listed on the March 27, 2006, Master Service List this 5th day of April, 2006.

                              **/s/ Jerrett M. McConnell**
                              _____
                              Jerrett M. McConnell
                              Friedline & McConnell, P.A.
                              1756 University Blvd South
                              Jacksonville, FL 32216
                              904-727-7850
                              bankruptcy@fandmlaw.com
                              Attorney for Movants