



April 3, 2006                                              Fed EX

Clerk of the Court
United States Courthouse
300 North Hogan St. #3-350
Jacksonville, FL 32202


RE: Winn-Dixie Bankruptcy, Creditor 246300-12, Case 05-03817-3F1, Claim 7664

Dear Sir/Madam,

We hereby oppose a claim reduction in the amount of $2,412.67 per debtor's
Overstated Claim Objection filed March 21, 2006.

On July 23, 2005 we filed to amend our claim by the above amount to recover an
Accounts Payable Credit that was taken against our Invoice 119366 of January
11, 2005. This credit was a result of an error in a shipment made on December 3,
2004 for PO 550038. Winn-Dixie was charged this amount for freight in error by
the carrier, Old Dominion. They paid the charge in full and deducted the amount
as stated above as the terms of the PO are "Delivered Freight". However, when
Old Dominion corrected the matter, Winn-Dixie received a complete refund of
$2,412.67, thus the full amount of our Invoice 119366 of $12,427.40 is payable.
Clamp-Swing was charged and paid $1135.55 for the shipment in question.

This was all the result of a shipping clerk's mistake in completing the Original Bill
of Lading, marking it "Freight Collect at class 250" instead of "Freight Prepaid at
Class 85". If this claim is not reinstated, we will end up paying the total of
$3,548.22 for freight and Winn-Dixie will receive a deduction of $2,412.67 that
they are not entitled to.

All of the documents submitted with our July 2005 filing are included here for your
convenience.

Sincerely,

Ben Garfinkle
President

CC:    Skadden, Arps, et al, via fax
Enclosures

C:\Documents and Settings\bgarfinkle\My Documents\Word\Docs\WD CH 11 Amend - 3.doc
8386 CAPWELL DRIVE • OAKLAND • CA 94621
V: (510) 567-1600  F: (510) 567-1830  web: www.clampswing.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

REC'D MAR 2 4 2006

### NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-246300-7A-12
CLAMP SWING PRICING COMPANY
ATTN BEN GARFINKLE, PRESIDENT
8386 CAPWELL DR
OAKLAND, CA 94621

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: **7664**<br>CLAIM AMOUNT: **$49,709.60**<br><br>REDUCED AMOUNT: **$47,296.93** | REASON FOR REDUCTION: | **REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,412.67.** |

1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on March 21, 2006 their Seventh Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.     **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.     If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.     If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on**

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# CLAMP-SWING ᏀᏢ PRICING CO.

July 23, 2005

Logan Company
546 Valley Rd.
Upper Montclair NJ, 07043

RE: Winn-Dixie Bankruptcy, Creditor 246300-12, Case 05-03817-3F1

Dear Sirs,

We wish to amend our claim in this matter. We are on record with a claim in the amount of $47,296.93 as stated on the enclosed "Proof of Claim" form. The amendment in the amount of $2412.67 brings our total claim to $49,709.60. The debtor took a discount of $2412.67 on our account due to a shipping and billing error. It is a little complicated but I will attempt to explain it. Supporting documents are attached.

We received their PO 550038 to ship to Jacksonville, FL, freight prepaid. It was a typical purchase order; identical to many we had received from them. Our vendor made an error when filling out the Bill of Lading for Winn-Dixie's preferred carrier, Old Dominion. Instead of marking it as "Prepaid" and Class 85, they marked it as "Collect" at Class 250. This resulted in Winn-Dixie being billed for freight in the amount of $2412.67. When we discovered this error, we attempted to have the Bill corrected and charged to Clamp-Swing at the correct class. We were successful at doing this but the timing couldn't have been worse. The short story is that Winn-Dixie deducted the $2412.67 from our account, they received a full refund from Old Dominion (made in two installments) and we received a corrected invoice from Old Dominion for $1133.55. Then they declared bankruptcy, leaving us with the revised freight bill to pay and shorted the $2412.67 on our bankruptcy claim.

Attached are copies of:

- Proof of Claim
- The original, incorrectly prepared Bill of Lading
- A memo from Clamp-Swing to our vendor to correct the Bill of Lading
- Statements from Winn Dixie explaining the deduction
- Email correspondence with our contact at Old Dominion to correct the matter
- Copies of the refunds made by Old Dominion to Winn-Dixie
- Copy of revised bill to Clamp-Swing from Old Dominion

If you have any questions about this or need additional documentation, please let me know.

Thank you.

Sincerely,

Ben Garfinkle
President

Enclosures

UNITED STATES BANKRUPTCY COURT    Chapter 11    PROOF OF CLAIM    DEADLINE FOR FILING PROOFS OF

MIDDLE DISTRICT OF FLORIDA, JAC_____VILLE DIVISION    CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.

**Case 3:05-bk-03817-JAF    Doc 6929    Filed 04/06/06    Page 5 of** EASTERN TIME

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: WINN - DIXIE PROCUREMENT     Case No. 05-03817-3 F1

(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

510-567-1600

Telephone No. of Creditor

510-567-1330

Fax No. of Creditor

Creditor Id: WDX-246300-B1-12

CLAMP SWING PRICING COMPANY

8386 CAPWELL DR

OAKLAND, CA 94621

MAY 05 REC'D

19949786

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

---

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address

Name: _____

Company/Firm: _____

Address: _____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim. EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

---

**1. Basis for Claim**

☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)    (date)

**2. Date debt was incurred:** 12/22/04, 1/11/05, 1/31/05, 2/13/05

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ 49,709.60   $_____   $_____   $ 49,709.60

(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

---

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 49,709.60

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

---

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7/25/05 | Print: BEN GALFINKLE    Title: PRESIDENT <br> Signature: |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SHIPPER
PLEASE NOTE

FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING

## STRAIGHT BILL OF LADING

ORIGINAL · NOT NEGOTIABLE

OLD DOMINION FREIGHT LINE

02902161435          SFC

delivering new
*solutions*

**FREIGHT CHARGES:**

☐ PREPAID   ☒ COLLECT

| SHP # | 2904896 | CUBE % 20 |
| DATE | PCS | DKPM | BAY/UNIT | OSD PCS |

| DATE | P.C. NO. |
| 12/3/2004 | 550038 |

| SHIPPER (FROM): | Kennerley-Spratling, Inc. | CONSIGNEE (TO): | 8290GMW |
| ADDRESS | 2116 Farallon Dr. | ADDRESS | Winn-Dixie GM Whse. |
| CITY, STATE, ZIP | San Leandro, CA. 94577 | | 5050 Edgewood Court |
| SHIPPER PHONE NO.: | | CITY, STATE, ZIP | Jacksonville, FL. 32254 |
| | | CONSIGNEE PHONE NO.: | |

BILL THIRD PARTY FREIGHT CHARGES TO:

| NAME/COMPANY | XXXXXXXXXXXXXXXXXXXX |
| ADDRESS | XXXXXXXXXXXXXXX |
| CITY, STATE, ZIP | XXXXXXXXXXXXXXXXX |
| ATTN: | |
| COMMENTS: | |

ROUTE

**COD**
AMOUNT

| COD FEE: | | IS CUSTOMER'S CHECK ACCEPTABLE FOR COD? | ☐ Yes | ☐ No |
| ☐ Prepaid ☐ Collect | | | | |
| REMIT COD TO: | | | | |
| ADDRESS: | | | | |
| CITY: | STATE: | ZIP: | |

| NUMBER SHIPPING UNITS | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | NMFC No. | CLASS | WEIGHT (LBS) Subject to Corrections |
|---|---|---|---|---|---|
| 4 | | Pallets ( 48 Cartons) Plastic Articles | | | |
| | | Over 15 Dens. | | | 2304# Net |
| | | P/S#37658-KSI | 156600-3 | 250 | 168# Tare |
| | | | | | 2472# Gross |

HAZARDOUS MATERIALS
EMERGENCY CONTACT NUMBER:

2

Carrier Liability: Shipments valued at more than $25.00 per pound are of extraordinary value. Carrier's maximum liability is $25.00 per pound per package subject to $125,000.00 maximum total liability per shipment. The agreed value on household goods, used machinery, or personal effects does not exceed ten cents per pound per article, unless otherwise specified.

NOTE—where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE NATIONAL MOTOR FREIGHT CLASSIFICATION AS SHOWN IN THE NMFC AND HEREIN.

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TALLY
RECORD**

**TOTAL**

Shipper hereby certifies that he understands that all transportation by ODFL shall be subject to the terms and conditions of the Bill of Lading contract shown in the NMFC 100 series, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CARRIER: OLD DOMINION FREIGHT LINE INC.

| SHIPPER | (Signature of Consignor) | DATE: 12/3/04 | MU RECEIVED: 4 SWPS | TRAILER NO. |
| AUTHORIZED SIGNATURE | *Priscilla Gill* | AUTHORIZED SIGNATURE: *Don Wooding* | | |

*Mark "X" in "HM" Column For Hazardous Materials

ODFL

CONTRACTUAL TERMS CONTINUED ON REVERSE

CLAMP SWING　　PRICING CO.

8386 CAPWELL DRIVE
OAKLAND, CA 94621
(800) 227-7515
**V**: (510) 567-1600
**F**: (510) 567-1830
email@clampswing.com

COMPANY: _Kimberley-Spratling_

FAX NUMBER: _352-9240_

FROM: _Diana Hundey_

Kevin/Peggy

On 12/3/04, you made a shipment for us to Winn-Dixie, Old Dominion
Pro# 02902161435.
Your Invoice 37658-ksi
Our po 24187, csp order# 69789
The bill of lading apparently was made out correctly to start with, and
then changed. (See attached)
What we need you to do is contact Old Dominion and issue a corrected
bill of lading showing Prepaid, bill 3rd party - Clamp Swing.
We need this done as soon as possible, Winn-Dixie has been charged
for this shipment, and they shouldn't have been.
Please fax a copy of corrected bill of lading when you have it as I need
to follow up with the customer.

Thank you,

_Diana Dee_

Total number of pages (including cover sheet): ___3___

If this fax transmission is not complete, please call (510) 567-1600

# WINN·DIXIE

### America's Supermarket®

WINN-DIXIE HEADQUARTERS
P.O. BOX 350001
ORLANDO, FL 32885-0230

(904)370-6059

DEBIT MEMORANDUM

PAGE 1 OF 1

TO:  A/R CUST:   321324                  INV # ACC 186334
     CLAMP SWING PRICING COMPANY          DATE: 01/26/2005
     8336 CAPWELL DRIVE                    PREPARED BY: WJJ
                                           INV AMOUNT:    $2412.67
     OAKLAND , CA 94621-0000

PLEASE REFER TO INV # WHEN REMITTING AND FOR CORRESPONDENCE

DR 114120  9001113      2412.67        CR 114300  9001974      2412.67

THIS IS TO CHARGE BACK THE VENDOR FOR FREIGHT PAID BY WINN-DIXIE ON A
PREPAID DELIVERY PURCHASE ORDER (550038) THAT WAS SENT FREIGHT COLLECT
IN ERROR.  REFER TO OLD DOMINION #02902161435.

2/u

TERMS: NET UPON RECEIPT. SUBJECT TO INTEREST AT RATE OF 18.00% ANNUALLY, AFTER 30 DAYS.

Check Date: 11.Feb.2005

Check No. 007451329

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|----------|---------------|--------------|------------|-------------|-------------------|-------------|
| WDHDQ | ACC186834 | 11.Feb.2005 | A0910315 | -2,412.67 | 0.00 | -2,412.67 |
| | AR CR VOUCHER | | | | | |
| WDGVD | 119310 | 22.Dec.2004 | 00122004 | 12,427.40 | 0.00 | 12,427.40 |
| WDGVD | 119366 | 11.Jan.2005 | 00122254 | 12,427.40 | 0.00 | 12,427.40 |

ENT'D FEB 2 3 2005

| Vendor Number | Name | | Total Discounts | |
|---------------|------|---|-----------------|---|
| 0000321324 | CLAMP SWING PRICING COMPANY | | $0.00 | |

| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
|--------------|------|---|--------------|-----------------|-------------------|
| 007451329 | 11.Feb.2005 | | $22,442.13 | $0.00 | $22,442.13 |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn Dixie Stores, Inc.
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.
Pensacola, FL 32534

007451329
63-1012/632

Date    11.Feb.2005

Pay    ****TWENTY-TWO THOUSAND FOUR HUNDRED FORTY-TWO AND 13 / 100 US DOLLAR****

Pay Amount  $22,442.13***

To The Order Of

Winn Dixie Stores, Inc. Consolidated Disbursement Account

CLAMP SWING PRICING COMPANY
8386 CAPWELL DR
OAKLAND, CA 94621

KDHardee

Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑈007451329⑈ ⑊063710125⑊ 3029910000335⑈

# WINN✓DIXIE

Statement Date: 02/06/2005

Account Number: 17000321324

Send payment to    WINN-DIXIE STORES, INC.

     Accounts Receivable

If you have questions about your account, please contact us at the following-
Winn-Dixie Accounts Receivable
Email: ARCollections@winn-dixie.com
Phone: Pearl Izarra 904-370-7006

     PO Box 850001

     Orlando, FL 32885-0230

Please include full account number on the check remittance

NONE
CLAMP SWING PRICING COMPANY
8386 CAPWELL DRIVE
OAKLAND, CA 94621

| Inv Date | Item ID | Entry Type | Amount Due | Item Activity | PO | Document | Payment |
|----------|---------|-----------|-----------|---------------|-----|----------|---------|

| Account Name: CLAMP SWING PRICING COMPANY | 17000321324 | | | | | | |
|----------|---------|-----------|-----------|---------------|-----|----------|---------|
| 01/26/2005 | DM-HDQACC186834 | 1 Debit Memo | 2,412.67 | 2,412.67 | FREIGHT | | |

Total for CLAMP SWING PRICING COMPANY      2,412.67

Statement Total      2,412.67

| | Future | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total |
|---|--------|--------|---------|---------|---------|-------|
| No. of Items | | | | | | 1 |
| Amount | | 2,412.67 | | | | 2,412.67 |

Please reference specific item(s) on the check remittance.

In order to ensure more accurate and timely posting of credits to your statement, we ask that you please remit a copy of the original billing statement along with your payment. The original billing statement is yours to keep for your records.

In addition, we also ask that you please remit all payments to the mailing address listed at the top of your billing statement. We appreciate your business.

For reclaim back-up, please visit our internet site at www.winn-dixie.com.

For additional information, please contact:
Winn-Dixie Accounts Receivable
Email: ARCollections@winn-dixie.com
Phone: Pearl Izarra 904-370-7006

**From:**    Beth Perez [Beth.Perez@odfl.com]
**Sent:**    Tuesday, March 01, 2005 9:17 AM
**To:**    bgarfinkle@clampswing.com
**Subject:** RE: WD

Ben,

Apparently, Winn Dixie still has credit w/Old Dominion, so they did receive the full refund from us for the original amount of the freight bill. I am trying to get a name and contact number for you for Winn Dixie from my corporate office, someone who might be better able to help you to get your money back. This is now billing to you for $1133.55. Am I right in thinking that you want that amount back at least from Winn Dixie?

Beth
-----Original Message-----
**From:** Ben Garfinkle [mailto:bgarfinkle@clampswing.com]
**Sent:** Monday, February 28, 2005 10:54 PM
**To:** Beth Perez
**Cc:** Diana Guidry (E-mail); Brent Morrison (E-mail)
**Subject:** WD

Hi Beth,

Any word on how the changes we talked about turned out?

Thanks

Ben

7/23/2005



*delivering new*
## solutions

**2340 INDUSTRIAL PARKWAY WEST**
**HAYWARD, CA 94545**

**PHONE: 800-421-3546**
**510-785-9155**
**FAX:   510-785-5801**

**DATE:** 7/15/05

**PAGES:** 5 **(INCLUDES COVER SHEET)**

**MESSAGE TO:**

**NAME:** Ben

**COMPANY:** Clamp Swing

**MESSAGE FROM:**

**NAME:** Beth

**COMMENTS:** Refund Info as requested.

Date: 7/15 Case 3:05-bk-08817-JAF Doc 3283 Filed 09/06 Page 13 of Pgm: RVAR0168
Time: 12:33:37    Accounts Receivable Transaction History    User: PEREZB
Bill-to:    76652 CLAMP-SWING PRICING    Rfnd: N Add'l Rec'ls N
Pro#: 2902161435 Col/Ppd: P    Suspense: Pro not currently suspended
                    Statement    Rcvbls for Bill-To  CCP Made N

| Tran.Dt. App. Type Cus/Pay/Bch Check/Statement | | Trans.Amount | Balance Due |
| Tran.Tm. Type Description Sub Sub Description | | Customer/Payor/Authority Name | |
|---|---|---|---|
| 2/15/05 REF  OPAY          33878 050127-00026519 | | 1,828.04 | .00 |
| 20:00:04 OVERPAYMENT       CC   CREDIT CARD | | Warehouse Freight | |
| 2/14/05 RATE AR            33878 | | 584.63 | 1,828.04- |
| 13:37:20 ACCTS REC'L | | WINN DIXIE | |
| 2/14/05 RATE AR            33878 | | 2,412.67- | 2,412.67- |
| 13:37:19 ACCTS REC'L | | WINN DIXIE | |
| 1/27/05 CP   CC            33878 050127-00026519 | | 2,412.67- | .00 |
| 20:00:35 CREDIT CARD       AR   ACCTS RECL | | Warehouse Freight | |

More...

F3=Exit    F4=More/Less    F5=FB    F6=SusHst              F8=Dtl
                    F10=Aging      F11=G/L      F12=Cancel   F21=Print

1. Initial payment by Winn Dixie
2a. Partial refund to WD
2b. Remaining balance refund to WD.

510-567-1830

Case 3:05-bk-03817-JAF    Doc 6929    Filed 04/06/06    Page 14 of 18

Date:    7/15/05        DOMINION FREIGHT LINE, IN         PGR: RVAR0168
Time:   12:35:41        Accounts Receivable Transaction Details    User: PEREZB
Bill-to:        76652 CLAMP-SWING PRICING            Rfnd: N Add'l Rec'ls N
Pro#:  2902161435 Col/Ppd: P  Suspense: Pro not currently suspended
                    Statement            Rcvbls for Bill-To   CCP Made N
===============================================================================

(2A)

            Payor....:  Warehouse Freight
            Address..:  5050 Edgewood Court

                        Jacksonville            FL 32254

    Date/Time:   2/15/05  20:00:04      Amount......:      1,828.04
    Appl code:   REF   REFUND           Check number:  050127-00026519
    Type.....:   OPAY  OVERPAYMENT      Batch number:  0501276000
    Subtype..:   CC    CREDIT CARD      Ref Number..:  AR 047873250

            A/R comment:  050215-00027517
            Updated by.:  HAGYDEB       Pgm:  RVAM0636R
            Adj reason.:

Cr Card Type:  VI VISA                  CC Payment Ent by:  HAGYDEB
CC Approval Code:  REFUND   CC Trans ID:  6136D8FB-D8AF-4E5E-A015-FAA64418427A
                                                        F12=Cancel

Date:   7/15/05 Case 3:05-bk-0381 DOMINION FREIGHT LINE Filed 04/06/06   Page 15 of 18 RVAR0168
Time:  12:29:53        Accounts Receivable Transaction History        User:  PEREZB
Bill-to:      76652 CLAMP-SWING PRICING                    Rfnd: N Add'l Rec'ls N
Pro#:   2902161435 Col/Ppd: P   Suspense: Pro not currently suspended
                    Statement              Rcvbls for Bill-To   CCP Made N

| Tran.Dt. | App. Type | Cus/Pay/Bch | Check/Statement | Trans.Amount | Balance Due |
| Tran.Tm. | Type Description | Sub | Sub Description | Customer/Payor/Authority Name | |
|---|---|---|---|---|---|
| 4/11/05 CP | LBHP | 76652 72671 | | 1,133.55- | .00 |
| 15:46:08 | LOCKBOX RECEIPT | AR | ACCTS RECL | CLAMP-SWING PRICING CO | |
| 2/26/05 REF | OPAY | 33878 050127-00026519 | | 584.63 | 1,133.55 |
| 20:00:01 | OVERPAYMENT | CC | CREDIT CARD | Warehouse Freight | |
| 2/18/05 RATE | AR | 76652 | | 1,133.55 | 548.92 |
| 13:55:31 | ACCTS REC'L | | | CLAMP-SWING PRICING | |
| 2/18/05 RATE | AR | 33878 | | 584.63- | 584.63- |
| 13:55:30 | ACCTS REC'L | | | WINN DIXIE | |

                                                            More...

F3=Exit       F4=More/Less      F5=FB      F6=SusHst                  F8=Dtl
                              F10=Aging      F11=G/L      F12=Cancel   F21=Print

07/15/2005 09:51 FAX                                                                    ☒005

```
Date:    7/15/05       DOMINION FREIGHT LINE CO      Pgm: RVAR0168
Time:   12:30:03       Accounts Receivable Transaction Details      User: PEREZB
Bill-to:      76652 CLAMP-SWING PRICING              Rfnd: N Add'l Rec'ls N
Pro#:   2902161435 Col/Ppd: P     Suspense: Pro not currently suspended
                      Statement              Rcvbls for Bill-To   CCP Made N
======================================================================================
```

    26    Payor....: Warehouse Freight
          Address..: 5050 Edgewood Court

                     Jacksonville              FL 32254

```
Date/Time:    2/26/05  20:00:01       Amount......:        584.63
Appl code:    REF    REFUND           Check number:  050127-00026519
Type.....:    OPAY   OVERPAYMENT       Batch number:  0501276000
Subtype..:    CC     CREDIT CARD       Ref Number..:  AR 048306073

              A/R comment:  050226-00028228
              Updated by.:  HAGYDEB       Pgm:  RVAM0636R
              Adj reason.:

Cr Card Type:  VI VISA               CC Payment Ent by:  HAGYDEB
CC Approval Code: REFUND  CC Trans ID: 84B9885F-16B3-4716-A3AA-04340F977AAA
                                                          F12=Cancel
```

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
P O BOX 60908  CHARLOTTE, NC 28260-0908

**Pro #** 02902161435
**Invoice Date** 02/18/05
**Due Date** 03/05/05

| ORIGIN | DEST | SHIPPER B/L NUMBER | PURCHASE ORDER NUMBER | TARIFF | TRAILER# | DOC | PRO DATE |
|---|---|---|---|---|---|---|---|
| SFC | JAX | NS | | 559 | | | |

| ORIG I/L | ORIG I/L REV | ORIG I/L PRO# | DEST I/L | DEST I/L REV | ORIG AGENT | DEST AGENT | MASTER PRO # | ODFL REV | BILL-TO # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 76652 |

**Page 1 of 2**

KENNERLEY SPRATLING INC
2116 FARALLON DR
SAN LEANDRO, CA 94577

**SHIPPER #** 2904896

**CONSIGNEE #** 5409280

WINN DIXIE
GM WHSE
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32205

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | PREPAID |
|---|---|---|---|---|---|---|
| 4 | | HANDLING UNITS: 4 UNITS OF TYPE WSKD | | | | |
| | | SW SKID DIMS: 44"X42"X51" EA | | | | |
| | | 48 CTN | | | | |
| | | PLASTIC ARTICLES NMFC #156600 S7 92.5 | 085 | 2472 | 13289 | 3285.04 |
| | | OVER 15 DENS | | | | |
| | | P/S # 37658-KSI | | | | |
| | | --- | | | | |
| | | Rate Clerk: DRG | | | | |
| | | DRP 12/09/04 CORRECT AS BILLED | | | | |
| | | CBL DGB 2/14/05 CORRECTED BILL OF LAD | | | | |
| | | CHANGE TO ADD COMMODITY DESCRIPTION | | | | |
| | | PER LETTER FROM THE SHIPPER | | | | |
| | | // PRISCILLA /// | | | | |
| | | FUEL INCREASE | | | | 133.04 |
| | | CORRECTED BILL OF LADING CHARGE | | | | 15.00 |
| | | CBL DGB 2/18/05 CORRECTED BILL OF LADING | | | | |
| | | CHANGE CHARGES TO PREPAID 3RD PARTY PER | | | | |

**Total**

### TERMS AND CONDITIONS

**FAILURE TO MAKE TIMELY PAYMENT OF CHARGES**

A. Carrier must receive full payment of freight charges within 42 days from the original invoice due date to avoid being charged an assessment of liquidated damages in an amount equal to 135% of the amount due on this invoice.

B. The filing of a cargo or other claim against carrier will not relieve payor from responsibility for payment of freight charges.

Provisions of this rule do not change in any way the carrier's obligation to collect nor the freight charge payor's obligation to pay applicable charges within the contractual or ligislated terms allowed in compliance with D.O.T. 49 CFR Part 377 and the credit period stated in ITEM 434. This rule establishes a condition precedent for the application of the special pricing provisions described in Paragraph A above.

Continued on next page...

FEB 23 REC'D

CLAMP-SWING PRICING
8386 CAPWELL DR
OAKLAND CA 94621

**PAY THIS AMOUNT ———►**
(Payable in US funds)

**INVOICE NUMBER**
02902161435

*Please reference pro number on remittance*

### INQUIRIES:
Transportation Services .. 336-822-5147
Past Due or Invoicing ........ 336-822-5166    Claims ......... 336-822-5168

ORIGINAL INVOICE

---

**Remit To:**

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
P O BOX 60908  CHARLOTTE, NC 28260-0908

**Pro #** 02902161435
**Invoice Date** 02/18/05
**Due Date** 03/05/05

| ORIGIN | DEST | SHIPPER B/L NUMBER | PURCHASE ORDER NUMBER | TARIFF | TRAILER# | DOC | PRO DATE |
|---|---|---|---|---|---|---|---|
| SFC | JAX | NS | 550038 | 559 | 781312 | | 12/03/04 |

| ORIG I/L | ORIG I/L REV | ORIG I/L PRO# | DEST I/L | DEST I/L REV | ORIG AGENT | DEST AGENT | MASTER PRO # | ODFL REV | BILL-TO # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 76652 |

**Page 2 of 2**

KENNERLEY SPRATLING INC
2116 FARALLON DR
SAN LEANDRO, CA 94577

**SHIPPER #** 2904896

**CONSIGNEE #** 5409280

WINN DIXIE
GM WHSE
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32205

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | PREPAID |
|---|---|---|---|---|---|---|
| | | LETTER FROM THE 3RD PARTY // BEN | | | | |
| | | GARFINKLE /// | | | | |
| | | C/ADDITIONAL REDUCTION, ALLOWANCE OR | | | | |
| | | ADDITIONAL REDUCTION, ALLOWANCE OR | | | | |
| | | ADJUSTMENT MAY APPLY. | | | | |
| | | ADJUSTMENT MAY APPLY. | | | | |
| | | LOAD#: NS | | | | |
| | | Consignee phone#: NS | | | | |
| | | Discount Allowed: 70.00% | | | | 2299.53- |
| 4 | | **Total** | | 2472 | | 1133.55 |

### TERMS AND CONDITIONS

**FAILURE TO MAKE TIMELY PAYMENT OF CHARGES**

A. Carrier must receive full payment of freight charges within 42 days from the original invoice due date to avoid being charged an assessment of liquidated damages in an amount equal to 135% of the amount due on this invoice.

B. The filing of a cargo or other claim against carrier will not relieve payor from responsibility for payment of freight charges.

Provisions of this rule do not change in any way the carrier's obligation to collect nor the freight charge payor's obligation to pay applicable charges within the contractual or ligislated terms allowed in compliance with D.O.T. 49 CFR Part 377 and the credit period stated in ITEM 434. This rule establishes a condition precedent for the application of the special pricing provisions described in Paragraph A above.

FEB 23 REC'D

CLAMP-SWING PRICING
8386 CAPWELL DR
OAKLAND CA 94621

**PAY THIS AMOUNT ———►** 1133.55
(Payable in US funds)

**INVOICE NUMBER**
02902161435

*Please reference pro number on remittance*

### INQUIRIES:
Transportation Services .. 336-822-5147
Past Due or Invoicing ........ 336-822-5166    Claims ......... 336-822-5168

ORIGINAL INVOICE

## Ben garfinkle

**From:**     Ben garfinkle [bgarfinkle@clampswing.com]
**Sent:**     Thursday, July 14, 2005 6:43 PM
**To:**       'Beth Perez'
**Subject:**  RE: WD

Hi Beth,

Can you help me with an old subject? We need to amend our claim against Winn Dixie. In the email below you state OD refunded the full amount to them. Can you fax or email me a document, which will prove that statement?

Thanks

Ben

> -----Original Message-----
> **From:** Beth Perez [mailto:Beth.Perez@odfl.com]
> **Sent:** Tuesday, March 01, 2005 9:17 AM
> **To:** bgarfinkle@clampswing.com
> **Subject:** RE: WD
>
> Ben,
>
> Apparently, Winn Dixie still has credit w/Old Dominion, so they did receive the full refund from us for the original amount of the freight bill.  I am trying to get a name and contact number for you for Winn Dixie from my corporate office, someone who might be better able to help you to get your money back.  This is now billing to you for $1133.55.  Am I right in thinking that you want that amount back at least from Winn Dixie?
>
> Beth
> -----Original Message-----
> **From:** Ben Garfinkle [mailto:bgarfinkle@clampswing.com]
> **Sent:** Monday, February 28, 2005 10:54 PM
> **To:** Beth Perez
> **Cc:** Diana Guidry (E-mail); Brent Morrison (E-mail)
> **Subject:** WD
>
> Hi Beth,
>
> Any word on how the changes we talked about turned out?
>
> Thanks
>
> Ben