## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al</u>.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about March 31, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Motion  for an Order Modifying the Claims Resolution Procedure to (i) Increase the Aggregate Amount of Cash Payments the Debtors Can Make to Settle *De Minimis* Litigation Claims and (ii) Require Mediation as a Prerequisite to Stay Relief for Liquidation of Litigation Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice Motion as listed above is attached hereto as Exhibits B.

Dated: April 6, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 408227-15
ABNEY, N JR, S, & B & NORES, A
C/O G BRICE JONES, PC
ATTN G BRICE JONES, ESQ
682 OLD SPANISH TRAIL
SLIDELL LA 70458

CREDITOR ID: 393237-55
ABOSINI, JEANETTE
C/O FARAH & FARAH, PA
ATTN LESLIE SCOTT JEAN-BART, ESQ
1845 UNIVERSITY BLVD N
JACKSONVILLE FL 32211

CREDITOR ID: 391339-55
ABREU, ELIANA
C/O THEODORE H ENFIELD, PA
ATTN THEODORE H ENFIELD, ESQ
19235 BISCAYNE BLVD, STE 105
AVENTURA FL 33180

CREDITOR ID: 387221-54
ACKERSON, CYNTHIA
C/O H EDWARD SHERMAN APLC
ATTN TRAVIS J CAUSEY JR, ESQ
1010 COMMON STREET, STE 1750
NEW ORLEANS LA 70112

CREDITOR ID: 387221-54
ACKERSON, CYNTHIA
3330 CALHOUN STREET
NEW ORLEANS, LA 70125

CREDITOR ID: 400121-86
ACOFF, JINNIE
635 CARSON STREET
GREENVILLE MS 38701

CREDITOR ID: 400121-86
ACOFF, JINNIE
C/O DANTONE HENDERSON, PA
ATTN: HENDERSON, DANTONE
241 MAIN STREET
PO BOX 778
GREENVILLE MS 38702-0778

CREDITOR ID: 399894-84
ACOSTA, CELESTE
2575 NW 115 STREET, APT 415A
MIAMI FL 33167

CREDITOR ID: 385714-54
ADAMS, ELLEN
C/O PATE, LLOYD & COCHRUN, LLP
PO BOX 10448
BIRMINGHAM, AL 35202-0448

CREDITOR ID: 393275-55
ADAMS, LEOLA
C/O NEUFELD KLEINBERG & PINKIERT
ATTN ROBERT S PINKIERT, ESQ
2641 NE 207TH STREET
AVENTURA FL 33180

CREDITOR ID: 391954-55
ADKINS, DUNCAN
C/O PETERS MURDAUGH PARKER ET AL
ATTN JOHN E PARKER, ESQ
303 FIRST STREET EAST
PO BOX 457
HAMPTON SC 29924-0457

CREDITOR ID: 411250-15
AETNA US HEALTHCARE, INC.
C/O RAWLINGS COMPANY, LLC
ATTN MARCY RICE, ANALYST
325 WEST MAIN STREET, SUITE 1700
PO BOX 740027
LOUISVILLE KY 40202-7427

CREDITOR ID: 390711-55
AFFINTO, RUTH
C/O ANDREW STINNETTE, ESQ
597 MAIN STREET
DUNEDIN FL 34698

CREDITOR ID: 391048-55
AIKEN, ROSEMARY
C/O JERALD ANDRY, JR, ESQ
710 CARDONELET STREET
NEW ORLEANS LA 70130

CREDITOR ID: 391250-55
AIKENS, GEORGIA
C/O BOONE & DAVIS
ATTN MICHAEL S DAVIS, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 407443-15
AKINS, JASON
C/O JOSEPH WHITELOCK, PA
ATTN JOSEPH C WHITELOCK, ESQ
3245 FIFTH AVENUE NORTH
ST PETERSBURG FL 33713

CREDITOR ID: 390824-55
ALDRIDGE, ELLA
C/O OWENS MOSS, PLLC
ATTN RAJITA IYER MOSS
PO BOX 808
JACKSON MS 39205-0808

CREDITOR ID: 416974-15
ALEXANDER, LORETHIA
C/O MARIE A MATTOX, PA
ATTN MARIE A MATTOX, ESQ
310 EAST BRADFORD ROAD
TALLAHASSEE FL 32303

CREDITOR ID: 416974-15
ALEXANDER, LORETHIA
RT 1, BOX 3130
MONTICELLO FL 32344

CREDITOR ID: 417044-15
ALLEN, ERNEST S
4515 STONY BROOK DRIVE
LOUISVILLE KY 40299

CREDITOR ID: 390754-55
ALLEN, GRANVILLE E JR
C/O LAW OFFICES OF BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801

CREDITOR ID: 392915-55
ALLEN, LANA
C/O BRUMER & BRUMER, PA
ATTN MARC L BRUMER, ESQ
ONE SE 3RD AVE, STE 2900
MIAMI FL 33131

CREDITOR ID: 416923-15
ALLEN, YOLANDA
9840 SW 159 ST
MIAMI FL 33157

CREDITOR ID: 416923-15
ALLEN, YOLANDA
C/O WOLFSON & GROSSMAN, PA
ATTN RICHARD A GROSSMAN, ESQ.
11900 BISCAYNE BLVD, SUITE 760
MIAMI FL 33181

CREDITOR ID: 390865-55
ALLEY, CYNTHIA
C/O LAW OFFICES OF BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 S FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 400125-86
ALLY, SAUDIA
C/O THOMAS & PEARL, PA
ATTN CHARLES A MANCUSO, ESQ
2404 NE 9TH STREET
FT  LAUDERDALE  FL 33304

CREDITOR ID: 389954-54
ALMEDA, MAILISE
3460 NW 50TH AVE #B-204
FORT LAUDERDALE FL 33313

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 392256-55
ALONSO, XIOMARA
C/O DEPENA & DEPENA, PA
ATTN FRANK E DEPENA, ESQ
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 392228-55
ALTAMAR, AMADA L
C/O JORGE A DUARTE, PA
ATTN JORGE A DUARTE, ESQ
5975 SUNSET DRIVE, SUITE 601
SOUTH MIAMI FL 33143

CREDITOR ID: 410404-15
ALVARADO, MAYRA
C/O LAW OFFICES OF JOHN H RUIZ, PA
ATTN JOHN H RUIZ, ESQ
5040 NW 7 STREET, SUITE 920
MIAMI FL 33126

CREDITOR ID: 392299-55
ALVAREZ, ANA
C/O RONALD J DAVIS, II, PA
ATTN RONALD J DAVIS, II, ESQ
551 E LAZY MEADOW DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 410401-15
ALVAREZ, HILDA
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN JOHN B AGNETTI, ESQ
909 NORTH MIAMI BEACH BLVD, STE 201
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 415980-15
ALVAREZ, JACINTA JOSEFINA
3054 NW 15TH  STREET
MIAMI FL 33125

CREDITOR ID: 415980-15
ALVAREZ, JACINTA JOSEFINA
C/O EDWARD DEVERONA, PA
ATTN FAISAL TAYYAB, ESQ
2150 CORAL WAY, 4TH FL
MIAMI FL 33145

CREDITOR ID: 410691-15
ALVEREZ, DIANA
C/O FARAH & FARAH, PA
ATTN BRUCE A GARTNER, ESQ
10 W ADAMS STREET
JACKSONVILLE FL 32202

CREDITOR ID: 393408-55
AMADOR, ESPERANZA
C/O RIGUER J SILVA, APLC
ATTN JEAN E LAVIDALIE, JR, ESQ
4902 CANAL STREET, SUITE 201
NEW ORLEANS LA 70119

CREDITOR ID: 390554-55
AMINALROAYA, SHAHIN YAMINI
C/O LAW OFFICES OF ALAN GINSBERG
ATTN ALAN GINSBERG, ESQ
13899 BISCAYNE BLVD, SUITE 401
NORTH MIAMI BEACH FL 33181

CREDITOR ID: 385803-54
ANDERSON, BETTYE
505 VIC A PITRE DRIVE
WESTWEGO, LA 70094

CREDITOR ID: 392480-55
ANDERSON, CHARLES
C/O VALTEAU HARRIS KOENIG & MAYER
ATTN J NELSON MAYER III, ESQ
210 BARONNE STREET, SUITE  1410
NEW ORLEANS LA 70112

CREDITOR ID: 392181-55
ANDERSON, MARY K
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965
PALM CITY FL 34991

CREDITOR ID: 392218-55
ANHUAMAN, YANET
C/O TACHER AND PROFETA, PA
ATTN MARIO PROFETA, ESQ
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 406308-93
APARICIO, SARA E
1900 SW 82ND AVENUE
MIAMI FL 33155

CREDITOR ID: 406308-93
APARICIO, SARA E
C/O JOSHUA D MEDVIN & ASSOCIATES
ATTN JOSHUA D MEDVIN, ESQ
4112 AURORA STREET
CORAL GABLES FL 33146

CREDITOR ID: 400304-85
ARCHER, NINA
C/O AMEEN & DRUCKER, PA
ATTN GARY DRUCKER, ESQ
3111 UNIVERSITY DRIVE, SUITE 901
CORAL SPRINGS FL 33065

CREDITOR ID: 399763-84
ARDIS, VIRGINIA
19 NEWMAN STREET
SUMPTER SC 29510

CREDITOR ID: 399763-84
ARDIS, VIRGINIA
C/O MULLIS LAW FIRM
ATTN PAMELA R MULLIS, ESQ
PO BOX 7757
COLA SC 29201

CREDITOR ID: 391318-55
ARIAS, CASILDA
C/O PAYAS PAYAS & PAYAS, PA
ATTN FERMIN LOPEZ, ESQ
921 NORTH MAIN STREET, SUITE 202
KISSIMMEE FL 34741

CREDITOR ID: 393569-55
ARMSTEAD, ROSS
C/O BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801-4621

CREDITOR ID: 390780-55
ARMSTRONG, PAT
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 415982-L1
ASHLEY, CANDI
2113 TERRY LANE
AUBURNDALE FL 33823

CREDITOR ID: 392842-55
ASPREA, ESTATE OF TINA MAPPS
C/O LEESFIELD LEIGHTON RUBIO ET AL
ATTN JOHN ELLIOTT LEIGHTON, ESQ
2350 SOUTH DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 393230-55
ATKINS, TRAMECIA
C/O MARGARET A BENTON LAW OFFICES
ATTN MARGARET A BENTON, ESQ
800 VIRGINIA AVENUE, SUITE 10
FORT PIERCE FL 34982

CREDITOR ID: 392357-55
ATKINSON, ALETHIA
C/O ROSENBERG & ROSENBERG, PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020

CREDITOR ID: 387839-54
ATWOOD, VIVIAN
C/O VARNER PARKER & SESSUMS, PA
ATTN DAVID M SESSUMS, ESQ
1110 JACKSON STREET
PO BOX 1237
VICKSBURG MS 39181

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387839-54<br>ATWOOD, VIVIAN<br>PO BOX 821735<br>VICKSBURG, MS 39182-1735 | CREDITOR ID: 410569-15<br>AUGUSTE, GINANCE<br>5511 BENTON PLACE<br>ORLANDO FL 32839 | CREDITOR ID: 410569-15<br>AUGUSTE, GINANCE<br>C/O TODD E COPELAND & ASSOCIATES PA<br>ATTN TODD E COPELAND, ESQ.<br>338 NORTH MAGNOLIA AVENUE, SUITE B<br>ORLANDO FL 32801 |
| CREDITOR ID: 391924-55<br>AUGUSTINSKI, GEORGE<br>C/O PAUL & ELKIND, PA<br>ATTN MATTHEW D BRANZ, ESQ<br>142 EAST NEW YORK AVENUE<br>DELAND FL 32724 | CREDITOR ID: 410492-15<br>AZOR, OLGA<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 | CREDITOR ID: 410462-15<br>BAEZ, DELIA M<br>8544 VALENCIA VILLAGE LANE, APT 308<br>ORLANDO FL 32825 |
| CREDITOR ID: 410462-15<br>BAEZ, DELIA M<br>C/O HOGAN & FAHLGREN, PA<br>ATTN BRIAN C HOGAN, ESQ.<br>3183 S CONWAY ROAD<br>ORLANDO FL 32812 | CREDITOR ID: 393565-55<br>BAEZ, GABRIELA<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN R SIMON/G D'ALEMBERTE, ESQS<br>1001 BRICKELL BAY DRIVE, STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 387908-54<br>BAHADUR, ALI<br>1806 KING STREET<br>HIGH POINT, NC 27260 |
| CREDITOR ID: 417092-15<br>BALBOA, OFELIA<br>C/O ARTURO DOPAZO III LAW OFFICES<br>ATTN ARTURO DOPAZO III, ESQ<br>9000 SW 152ND STREET, SUITE 106<br>MIAMI FL 33157 | CREDITOR ID: 390574-55<br>BALBUENA, MARTHA R<br>C/O FRIEDMAN & RODMAN & FRANK, P.A.<br>ATTN JESSIE N BERNHEIM, ESQ<br>3636 WEST FLAGLER ST<br>MIAMI FL 33135 | CREDITOR ID: 391188-55<br>BALDWIN, EMMA G<br>C/O MITCHELL, BOUTON, YOKEL & CHILD<br>ATTN D MITCHELL III/H ROACH, ESQS<br>PO BOX 10285, FS<br>GREENVILLE SC 29603 |
| CREDITOR ID: 385953-54<br>BALL, GERALDINE<br>424 BOOKER ST<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 385953-54<br>BALL, GERALDINE<br>C/O ALABAMA ATTORNEYS, PC<br>ATTN LYDIA A WATERS<br>PO BOX 1028<br>ALEXANDER CITY AL 35011-1028 | CREDITOR ID: 391732-55<br>BALLARD, SANDY<br>C/O SCHULER HALVORSON & WEISSER, PA<br>ATTN STEVEN W HALVORSON, ESQ.<br>1615 FORUM PLACE, SUITE 4D<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 391732-55<br>BALLARD, SANDY<br>C/O STEVEN STEPPER, ESQ<br>2247 PALM BEACH LAKES BLVD, STE 226<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 390838-55<br>BALOM, EMMA<br>C/O  DANIEL R MAIER, PA LAW OFFICES<br>ATTN DANIEL R MAIER, ESQ<br>915 MIDDLE RIVER DRIVE, SUITE 600<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 390833-55<br>BALSEIRO, BARBARA<br>C/O LAW OFFICES OF KOPPEL & BATES<br>ATTN ERIC L BERGER, ESQ<br>817 S UNIVERSITY DRIVE, SUITE 100<br>PLANTATION FL 33324-3345 |
| CREDITOR ID: 391922-55<br>BANKS, ESTATE OF LINDER<br>C/O KLEMICK & GAMPEL, PA<br>1953 SW 27TH AVE<br>MIAMI FL 33145 | CREDITOR ID: 390748-55<br>BANKS, KENNY<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ<br>PO BOX 156<br>1088 FOURTH ST<br>GRETNA LA 70053 | CREDITOR ID: 393564-55<br>BANKS, SANDRA D<br>C/O EARL DAVIDSON, PA<br>ATTN EARL A DAVIDSON, ESQ<br>4832 OLD NATIONAL HWY<br>COLLEGE PARK GA 30337 |
| CREDITOR ID: 385759-54<br>BAPTISTE, CARLA<br>2621 NW 206 STREET<br>MIAMI, FL 33056 | CREDITOR ID: 407451-15<br>BAPTISTE, DRUCILLA JON<br>C/O BRUCE H FREEDMAN PA<br>ATTN BRUCE H FREEDMAN ESQ<br>300 NW 82ND AVENUE, SUITE 415<br>PLANTATION FL 33324 | CREDITOR ID: 387224-54<br>BARASH, PHYLLIS<br>C/O SHELLEY B MAURICE, PA<br>ATTN SHELLEY B MAURICE, ESQ<br>11076 S MILITARY TRAIL<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 387224-54<br>BARASH, PHYLLIS<br>5906 LAS CALINAS CIR<br>LAKE WORTH, FL 33463 | CREDITOR ID: 415986-L1<br>BARKER, ROBERT M<br>PO BOX 945<br>CHATHAM VA 24531 | CREDITOR ID: 417033-15<br>BARKER, ROBERT M<br>C/O SCAFIDI CHIROPRACTIC<br>ATTN DR S J SCAFIDI<br>1451 SUITE B HWY 17 S<br>NORTH MYRTLE BEACH SC 29582 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 388988-54
BARKLEY, ROSE
C/O LUNTZ & LUNTZ, PA
ATTN MELVYN OR BEVERLY LUNTZ, ESQ
10 FAIRWAY DRIVE, 1ST FLOOR
DEERFIELD PARK FL 33441

CREDITOR ID: 391874-55
BARNES, KESHON (MINOR)
C/O MCPHILLIPS SHINBAUM LLP
ATTN KENNETH SHINBAUM LLP
516 SOUTH PERRY STREET
PO BOX 64
MONTGOMERY AL 36101

CREDITOR ID: 411277-15
BARRAS, HERBERT JR
C/O PPA LITIGATION GROUP LLC
ATTN STUART H SMITH, ESQ
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 400268-85
BARRETTI, KATHLEEN
C/O ALAMO & O'TOOLE
ATTN CHRISTOPHER O'TOOLE, ESQ
100 NE 3RD AVE, STE 490
FT LAUDERDALE FL 33301

CREDITOR ID: 391240-55
BARRIERO, MILLICENT M
C/O LAW OFFICES OF NEIL S ODESSKY
ATTN NEIL S ODESSKY, ESQ
CITICENTRE - MEZZANINE 500
290 NW 165TH STREET
MIAMI FL 33169

CREDITOR ID: 408351-15
BARRIOS, MIRTA
C/O ARNIE S MUSKAT, ESQ
12545 ORANGE DRIVE, SUITE 503
DAVIE FL 33330

CREDITOR ID: 391870-55
BARRIOS, PETE
C/O KLOTZ & EARLY
ATTN SEAN P EARLY, ESQ
2609 CANAL STREET, 4TH FLOOR
NEW ORLEANS LA 70119

CREDITOR ID: 388048-54
BARRON, ALPHILD
C/O JAMES E BARRON
13230 MERL AVENUE
LAKEWOOD OH 44107

CREDITOR ID: 410428-15
BASS, ESTATE OF CHRISTINE
C/O ROSELLI & ROSELLI
ATTN ROBERT M ROSELLI, ESQ
3471 N FEDERAL HWY, SUITE 600
FORT LAUDERDALE FL 333006

CREDITOR ID: 385579-54
BATTAGLIA, MICHELLE FLORANE
91110 ATREUS STREET
CHALMETTE, LA 70043

CREDITOR ID: 385579-54
BATTAGLIA, MICHELLE FLORANE
C/O CARLOS ZELAYA, II
ATTN GLENN E DIAZ, ESQ
2200 JACKSON BOULEVARD
CHALMETTE LA 70043

CREDITOR ID: 410486-15
BATTS, MARSTELLUS
C/O GRAHAM WOODS, PL
ATTN TOM WOODS, ESQ
171 HOOD AVENUE, SUITE 21
TAVENIER FL 33070

CREDITOR ID: 390638-55
BAUDOIN, YVONNE
C/O ALEX & ASSOCIATES, INC
ATTN JOSLYN R ALEX, ESQ
227 REES STREET
PO BOX 126
BREAUX BRIDGE LA 70517

CREDITOR ID: 393465-55
BAUDOT, LORI
C/O CONNICK AND CONNICK, LLC
ATTN WILLIAM P CONNICK, ESQ
2551 METAIRIE ROAD
METAIRIE LA 70001

CREDITOR ID: 417097-15
BAYNARD, TANYA WILLIAMS
C/O CORNEL D WILLIAMS, ESQ
1506 NE 162ND STREET
NORTH MIAMI FL 33162

CREDITOR ID: 391876-55
BEATON, MOLLY
C/O MAPP & PARKER, PA
ATTN CHARLES PARKER JR, ESQ
1419 E ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 415988-L1
BEAUDRIE, KEN
765 BELLSHIRE BLVD
ORANGE PARK FL 32065

CREDITOR ID: 415988-L1
BEAUDRIE, KEN
C/O RONALD J DAVIS II, PA
ATTN RONALD J DAVIS, ESQ
4800 BEACH BLVD, SUITE 5
JACKSONVILLE FL 32207

CREDITOR ID: 415989-L1
BECERRA, ALEYDA
5607 OASIS POINT
OVIEDO FL 32765

CREDITOR ID: 385562-54
BECKFORD, LYDIA V
1401 FAIRGREEN ROAD
WEST PALM BEACH, FL 33417

CREDITOR ID: 390591-55
BECNEL, CAROL HUSSER
C/O LAW OFFICES OF OSSIE BROWN
ATTN T HABERSHAM SETZE, ESQ
123 ST FERDINAND STREET
BATON ROUGE LA 70802

CREDITOR ID: 407785-93
BENEBY, EARLISIA
C/O LOREN L GOLD, PA
ATTN LOREN L GOLD, ESQ
BELLE TERRE OF SUNRISE BLDG
7800 WEST OAKLAND PARK BLVD
SUNRISE FL 33351

CREDITOR ID: 400373-85
BENITEZ, RAUL
C/O GOLDING WEBLEY & CLARKE, PA
ATTN ANN MARIE CLARKE, ESQ
7771 W OAKLAND PARK BLVD, STE 135
SUNRISE FL 33351

CREDITOR ID: 392280-55
BENJAMIN, NECY
C/O R J FENSTERSHEIB & ASSOCS, PA
ATTN ROBERT H FENSTERSHEIB, ESQ
520 WEST HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 391223-55
BENN, MARLENE
C/O PATRICE BENN-ABBEY, LC
ATTN PATRICE BENN-ABBEY, ESQ
3133 GENERAL MEYER AVENUE
NEW ORLEANS LA 70114

CREDITOR ID: 392909-55
BENTON, GINNY L
C/O CLARK ROBB MASON COULOMBE ET AL
ATTN MICHAEL CECERE, ESQ
524 SOUTH ANDREWS AVENUE, STE 203N
FT LAUDERDALE FL 33301

CREDITOR ID: 399467-82
BERCEA, JOHN
1839 ADAMS STREET
HOLLYWOOD  FL 33020

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:    05-03817-3F1**

CREDITOR ID: 394727-57
BERGER, JEAN
C/O BOGIN MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 410949-15
BERMAN, RITA
223 BRITNEY
DELRAY BEACH FL 33446

CREDITOR ID: 410949-15
BERMAN, RITA
FISHER & LAWRENCE, PA
ATTN MICHAEL MATES, ESQ
80 NE 168TH STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 411019-15
BERNACE, VICTOR
WILLIAM W. BRADY PA
ATTN WILLIAM BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES FL 33134

CREDITOR ID: 390970-15
BERRY, CLAUDIA
C/O PATRICK J FAUCHEUX, PA
ATTN PATRICK J FAUCHEUX, ESQ.
845 JENKS AVENUE
PANAMA FL 32401

CREDITOR ID: 408191-15
BERRY, TIMOTHY
C/O THE BROOKS LAW FIRM
ATTN: STEPHEN K BROOKS, ESQ
123 FIRST STREET NORTH
WINTER HAVEN FL 33881

CREDITOR ID: 399450-15
BETANCOURT, DAVID J (MINOR)
C/O ARONFELD & ASSOCIATES, PA
ATTN SPENCER ARONFELD, ESQ
3132 PONCE DE LEON BLVD
CORAL GABLES FL 33134

CREDITOR ID: 392625-55
BETENCOURT, DAVID J (MINOR)
C/O ARONFELD & ASSOCIATES, PA
ATTN SPENCER ARONFELD, ESQ
3231 PONCE DE LEON BOULEVARD
CORAL GABLES FL 33134

CREDITOR ID: 391061-55
BIGGS, NOVELETTE
C/O PARKS & CRUMP, LLC
ATTN STENISE L ROLLE, ESQ
240 N MAGNOLIA DR
TALLAHASSEE FL 32301

CREDITOR ID: 389108-54
BILLHIMER, FAUSTINA
C/O CRUZ & ASSOCIATES, PC
ATTN BRYAN M PRITCHETT, ESQ.
3025 PIEDMONT ROAD, SUITE 200
ATLANTA GA 30305

CREDITOR ID: 389108-54
BILLHIMER, FAUSTINA
409 SOUTHERN WAY
LAWRENCEVILLE, GA 30045

CREDITOR ID: 393484-55
BILLINGS, LINDA
C/O DESALVO, DESALVO & BLACKBURN
ATTN FRANK G DESALVO, ESQ
201 SOUTH GALVEZ STREET
NEW ORLEANS LA 70119

CREDITOR ID: 416789-L1
BISHOP, MARGARET
C/O DANIEL J LEEPER & SILVIA JIMENEZ LEEPER
ATTN DANIEL J LEEPER, ESQ
5450 FIRST AVENUE NORTH, SUITE B
ST PETERSBURG FL 33710

CREDITOR ID: 389863-55
BIVENS, LLC
KELSEY LYNN CT.
TOWNSEND, DE 19734

CREDITOR ID: 389863-54
BIVENS, LLC
CHARLES M CURTIS, INC
ATTN CHARLES M CURTIS, ESQ
2520 MARYLAND AVENUE
BALTIMORE MD 21218-4510

CREDITOR ID: 392882-55
BIVINS, FRANCES
C/O J SCOTT NOONEY & ASSOCIATES
ATTN A SHARMA/J SCOTT NOONEY, ESQS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 391855-55
BLACK, PATRICIA
C/O WILLIAM C RUGGIERO LAW OFFICE
ATTN WILLIAM C RUGGIERO, ESQ
WACHOVIA CENTER, SUITE 1100
200 EAST BROWARD BOULEVARD
FORT LAUDERDALE FL 33301

CREDITOR ID: 392231-55
BLACK, THERESA Y
C/O SIMON & D'ALEMBERTE, PL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI FL 33131

CREDITOR ID: 392162-55
BLAKELY, MARTHA
C/O SMITH &  SMITH, PA
ATTN TIMOTHY M SMITH, ESQ
900 BAXTER STREET, SUITE 109
CHARLOTTE NC 28204

CREDITOR ID: 410708-15
BLANCO, TERESITA PLANAS
C/O DAVID W LANGLEY PA
ATTN DAVID W LANGLEY, ESQ
8181 W BROWARD BLVD, STE 204
PLANTATION FL 33324

CREDITOR ID: 391858-55
BLOOMFIELD, GWYNDELL
C/O FARAH & FARAH, PA
ATTN ELLIS W PEETLUK, ESQ
10 WEST ADAMS ST.
JACKSONVILLE FL 32202

CREDITOR ID: 385872-54
BLOUNT, ADRIENNE C
14960 SW 105 AVE
MIAMI, FL 33176

CREDITOR ID: 391049-55
BLUE, WILLIE M
C/O DELORIS M BOYKIN, ESQ
950 22ND STREET, NORTH STE.705
BIRMINGHAM AL 35203

CREDITOR ID: 389002-54
BLUNT, DEBORAH A
C/O FRISCHHERTZ & ASSOCIATES, LLC
ATTN FRANCESCO J GUASTELLA, ESQ
1130 ST CHARLES AVENUE
NEW ORLEANS LA 70130

CREDITOR ID: 389002-54
BLUNT, DEBORAH A
8940 MORRISON RD
NEW ORLEANS, LA 70126

CREDITOR ID: 390782-55
BOATMAN, DOROTHY
C/O CAMINEZ, BROWN & HARDEE, PA
ATTN IAN BROWN, ESQ
1307 S JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 385557-54
BODDIE, LOUISE
EAST OAK APARTMENTS
253 LONNIE LANE
AMERICUS GA 31709

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390855-55<br>BODDIE, LOUISE<br>C/O MONTLICK & ASSOCIATES, PC<br>ATTN RORY S CHUMLEY, ESQ<br>PO BOX 95406<br>ATLANTA GA 30347-0406 | CREDITOR ID: 386187-54<br>BOND, EDITH J<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 386187-54<br>BOND, EDITH J<br>7306 TINTURN CIRCLE SOUTH<br>JACKSONVILLE, FL 32244 |
| CREDITOR ID: 390721-55<br>BONNER, MINNIE<br>C/O WILLIAM L PEEBLES, PA<br>ATTN WILLIAM L PEEBLES, ESQ<br>307 THIRD AVENUE<br>PO BOX 696<br>MATTIESBURG MS 39403-0969 | CREDITOR ID: 392481-55<br>BONVILLIAN, ANNE<br>C/O E JAMES GAIDRY JR ESQ<br>7886 MAIN STREET<br>HOUMA LA 70360 | CREDITOR ID: 393010-55<br>BOOHER, DIANNE STANTON<br>C/O CHANFRAU & CHANFRAU<br>ATTN WILLIAM M CHANFRAU, JR; ESQ<br>701 N PENINSULA DR<br>DAYTONA BCH FL 32118 |
| CREDITOR ID: 389690-54<br>BOOTH, STEVEN<br>5368 QUAN DRIVE<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 389690-54<br>BOOTH, STEVEN<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 392926-55<br>BORGESE, ESTATE OF EVELYN<br>C/O BADER, STILLMAN & ALDER, PL<br>ATTN ELIOT M BADER, ESQ<br>6100 WEST ATLANTIC BLVD<br>MARGATE FL 33063 |
| CREDITOR ID: 392155-55<br>BORZA, AMERICO<br>C/O SARDELIS AND BOWLES, LLP<br>ATTN NICHOLAS P SARDELIS, JR, ESQ<br>2033 MAIN STREET, SUITE 502<br>SARASOTA FL 34237 | CREDITOR ID: 392155-55<br>BORZA, AMERICO<br>C/O R JOHN COLE, II, PA<br>ATTN R JOHN COLE II, ESQ<br>46 N WASHINGTON BLVD, SUITE 24<br>SARASOTA FL 34236 | CREDITOR ID: 385766-54<br>BOSLEY, LINDA<br>C/O KNIGHT LAW FIRM, LLC<br>ATTN DAVID W WHITTINGTON, ESQ<br>PO BOX 280<br>SUMMERVILLE SC 29484 |
| CREDITOR ID: 385766-54<br>BOSLEY, LINDA<br>113 MARY ST<br>SUMMERVILLE, SC 29483 | CREDITOR ID: 391829-55<br>BOSWELL, BEVERLY<br>C/O MORGAN & MORGAN, PA<br>ATTN RANDY E SCHIMMELPFENNING. ESQ<br>20 N ORANGE AVE, 16TH FLOOR<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 392446-55<br>BOSWELL, JAMES R<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY R WILLIS, ESQ<br>4761 MAIN STREET<br>PO DRAWER 1227<br>MILLBROOK AL 36054 |
| CREDITOR ID: 393047-55<br>BOUDREAUX, MARIA<br>C/O THE CALUDA & REBENNACK LAW FIRM<br>ATTN ROBERT J CALUDA, ESQ<br>3232 EDENBORN AVENUE<br>METAIRIE LA 70002 | CREDITOR ID: 406284-15<br>BOURGEOIS, ANITA<br>C/O WILLIAM MURA JR, ESQ<br>320 NO CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 390637-55<br>BOURQUARD, CHRISTINE<br>C/O GAUDIN & GAUDIN, PA<br>ATTN HILARY G GAUDIN, ESQ<br>1088 FOURTH STREET<br>PO BOX 156<br>GRETNA LA 70054 |
| CREDITOR ID: 391279-55<br>BOYD, KRISTINA<br>C/O RICK G. BANNON, PA LAW OFFICES<br>ATTN RICK G BANNON, ESQ<br>1901 DR MARTIN L KING ST N, STE A<br>ST PELERSBURG FL 33704 | CREDITOR ID: 417422-15<br>BOYD, RACHEL L<br>C/O WIGGINS, CHILDS, QUINN ET AL<br>ATTN A C ROBERTSON/T D TRUEBLOOD<br>301 19TH STREET NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 405932-93<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 |
| CREDITOR ID: 393445-55<br>BOYDELL, ROBERT VINCENT<br>C/O FLORIN ROEBIG, PA<br>ATTN THOMAS D ROEBIG JR, ESQ<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 391532-55<br>BOYKIN, JEFFERY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 408151-15<br>BOYKINS, ANTWON<br>7330 GREY FOX LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 408151-15<br>BOYKINS, ANTWON<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 415999-L1<br>BOYLE, DANIEL<br>C/O TANNEY ENO ET AL<br>ATTN TONY GRIFFITH, ESQ.<br>29605 US 19 NORTH, SUITE 210<br>CLEARWATER FL 33761 | CREDITOR ID: 392110-55<br>BRADDY, SALLIE MAE<br>C/O SLOOTSKY & GOLDSTEIN<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W. OAKLAND PARK BLVD, STE 100<br>FT LAUDERDALE FL 33311 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390651-55<br>BRADLEY, LARRY<br>C/O COSSE & COSSE, LLC<br>ATTN IRVY E COSSE, III, ESQ.<br>1130 ST CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CREDITOR ID: 392332-55<br>BRANDON, LEON<br>C/O JIMMY D SHELTON & ASSOC, PA<br>ATTN CORY SIMS, ESQ<br>PO BOX 1362<br>TUPELO MS 38802-1362 | CREDITOR ID: 388015-54<br>BRANTLEY, SUZANNE<br>147 SOURWOOD LANE<br>SHARPES CHAPEL TN 37866 |
| CREDITOR ID: 410928-15<br>BRASWELL, JOSEPHINE<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ<br>1515 UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 394242-56<br>BREAM, JOAN M<br>612 NE 14TH AVENUE, UNIT B<br>FORT LAUDERDALE, FL 33304 | CREDITOR ID: 394202-56<br>BREAUX, LINDA<br>306 CRAWFORD ST<br>LAFAYETTE, LA 70506 |
| CREDITOR ID: 394202-56<br>BREAUX, LINDA<br>C/O GIBBENS & STEVENS<br>ATTN J LOUIS GIBBENS, ESQ<br>222 W SAINT PETER STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 393602-55<br>BREELAND, FRANCES<br>C/O WILLIAM E BRADLEY LAW FIRM LLC<br>ATTN WILLIAM E BRADLEY, ESQ.<br>1250 SW RAILROAD AVENUE, SUITE 170<br>HAMMOND LA 70403 | CREDITOR ID: 400013-84<br>BREWER, ALICE<br>604 DELL DRIVE, APT 11<br>THOMSON GA 30824 |
| CREDITOR ID: 385312-54<br>BRIDGES, BETTY<br>8935 NE 10TH AVENUE<br>MIAMI, FL 33138 | CREDITOR ID: 385312-54<br>BRIDGES, BETTY<br>C/O BRINKLEY & HENRYS, PA<br>ATTN PATRICIA HENRYS, ESQ<br>4770 BISCAYNE BLVD, SUITE 1200<br>MIAMI FL 33137 | CREDITOR ID: 392237-55<br>BRIGMAN, ALICE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN W GALPIN/J SCOTT NOONEY, ESQS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 391268-55<br>BRIGMAN, HAZEL<br>C/O MARTINEZ, MANGLARDI ET AL<br>ATTN MICHAEL MANGLARDI, ESQ<br>540 N SEMORAN BLVD<br>ORLANDO FL 32807 | CREDITOR ID: 400261-85<br>BRITTON, JUNE<br>C/O JACOBS & GOODMAN<br>ATTN DEAN REED, ESQ<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 410871-15<br>BROGDEN, JACK<br>C/O RYWANT ALVAREZ, ET AL<br>ATTN GREGORY D JONES, ESQ<br>109 N BRUSH STREET, SUITE 500<br>PO BOX 3283<br>TAMPA FL 33602 |
| CREDITOR ID: 410871-15<br>BROGDEN, JACK<br>A/L 1505<br>2680 SW 53RD LANE<br>GAINESVILLE FL 32608 | CREDITOR ID: 393434-55<br>BROOKS, ASIZE<br>C/O RUE & ZIFFA, PA<br>ATTN DAVID SWEAT, ESQ<br>632 DUNLAWTON AVE<br>PORT ORANGE FL 32127 | CREDITOR ID: 400284-85<br>BROOKS, JON<br>C/O KARIKAS & KASARIS, PA<br>ATTN DEAN W KARIKAS, ESQ<br>3643 1ST AVENUE N<br>ST PETERSBURG FL 33713 |
| CREDITOR ID: 393223-55<br>BROOKS, LAWRENCE<br>C/O FELDMAN & LEHANE, LLC<br>ATTN DANIEL LEHANE, ESQ<br>2229 1ST AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410707-15<br>BROOKS, ROBERT<br>C/O DAVID W LANGLEY, PA<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, STE 204<br>PLANTATION FL 33324 | CREDITOR ID: 391155-55<br>BROOKS, VIVIAN A<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 |
| CREDITOR ID: 392848-55<br>BROOM, BETTY F<br>2286 NW QUEEN ROAD<br>LAKE CITY FL 32055 | CREDITOR ID: 392848-55<br>BROOM, BETTY F<br>C/O FARAH FARAH & ABBOTT PA<br>ATTN MICHAEL D MARRESE, ESQ<br>10 WEST ADAMS STREET, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 393201-55<br>BROOME, CLOVIS<br>C/O ALFRED LEE FELDER, ESQ<br>PO BOX 1261<br>MISSISSIPPI MS 39648 |
| CREDITOR ID: 393591-55<br>BROUSSARD, BOBBY<br>C/O RODERICK T MORRIS LAW OFFICE<br>ATTN RODERICK MORRIS ESQ<br>8000 CROWDER BLVD, STE D-2<br>NEW ORLEANS LA 70127 | CREDITOR ID: 390689-55<br>BROUSSARD, TRELLA<br>OFFICE OF PATRICE BENN-ABBEY, LC<br>ATTN PATRICE BENN-ABBEY, ESQ<br>3133 GENERAL MEYER AVE<br>NEW ORLEANS LA 70114 | CREDITOR ID: 390689-55<br>BROUSSARD, TRELLA<br>2325 ALEX KORNMAN, APT B<br>HARVEY LA 70058 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391052-55<br>BROWN, CATHERINE<br>C/O TERESA P WILLIAMS, PA<br>ATTN TERESA P WILLIAMS, ESQ<br>2790 SUNSET POINT ROAD<br>CLEARWATER FL 33759 | CREDITOR ID: 391919-55<br>BROWN, DEBRA<br>C/O WAGNER VAUGHAN & MCLAUGHLIN, PA<br>ATTN MICHAEL MCLAUGHLIN, ESQ<br>601 BAYSHORE BLVD, SUITE 910<br>TAMPA FL 33606 | CREDITOR ID: 392534-55<br>BROWN, DELLA<br>C/O R CONNER MCALLISTER LAW OFFICE<br>ATTN R CONNER MCALLISTER, ESQ<br>1510 N STATE STREET, SUITE 500<br>JACKSON MS 39201 |
| CREDITOR ID: 410866-15<br>BROWN, DOROTHY<br>C/O RYWANT ALVAREZ, ET AL<br>ATTN GREGORY D JONES, ESQ<br>109 N BRUSH STREET, SUITE 500<br>PO BOX 3283<br>TAMPA FL 33602 | CREDITOR ID: 410866-15<br>BROWN, DOROTHY<br>1036 LEHIGH TERRACE<br>INVERNESS FL 34452 | CREDITOR ID: 410419-15<br>BROWN, GINGER<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 400302-85<br>BROWN, GLENN<br>C/O FROST TAMAYO SESSUMS & ARANDA<br>ATTN RAFAEL J NOBO III, ESQ<br>395 SOUTH CENTRAL AVENUE<br>PO BOX 2188<br>BARTOW FL 33831-2188 | CREDITOR ID: 399613-79<br>BROWN, GLENN & NELLIE JEAN<br>C/O FROST TAMAYO SESSUMS & ARANDA<br>ATTN RAFAEL J NOBO III, ESQ<br>PO BOX 2188<br>BARTOW FL 33831-2188 | CREDITOR ID: 390622-55<br>BROWN, HORRACE<br>C/O COPELAND & WALKER<br>ATTN ROY W COPELAND, ESQ<br>PO BOX 1933<br>VALDOSTA GA 31603 |
| CREDITOR ID: 393463-55<br>BROWN, LEAH<br>C/O HARBSMEIER, DEZAYAS, ET AL<br>ATTN THOMAS J DEBARI, ESQ<br>PO BOX 6455<br>LAKELAND FL 33807 | CREDITOR ID: 390998-55<br>BROWN, LINDA<br>C/O CARLSON  & MEISSNER<br>ATTN JENNIFER LESTER, ESQ<br>250 BLECHER ROAD N, SUITE 102<br>CLEARWATER FL 33765 | CREDITOR ID: 415954-15<br>BROWN, LOUISE<br>C/O VICTOR HAWK, PC<br>ATTN VICTOR HAWK, ESQ<br>338 TELFAIR STREET<br>AUGUSTA GA 30901 |
| CREDITOR ID: 415954-15<br>BROWN, LOUISE<br>5976 HWY 15 NORTH<br>WARTHEN GA 31094 | CREDITOR ID: 391054-55<br>BROWN, LUCILE<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQ<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 | CREDITOR ID: 417111-15<br>BROWN, MARINDA N<br>C/O SAMUEL JAKES, JR, LLC<br>ATTN SAMUEL JAKES, JR, ESQ<br>PO BOX 438<br>CLARKSTON GA 30021 |
| CREDITOR ID: 417111-15<br>BROWN, MARINDA N<br>131 CLEVELAND STREET, APT 6<br>MC DONOUGH GA 30253 | CREDITOR ID: 408152-15<br>BROWN, RAYMOND<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408152-15<br>BROWN, RAYMOND<br>5756 HOLLY BELL DRIVE, APT 6<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 393607-55<br>BROWN, RORY<br>C/O KLEMICK & GAMPEL, PA<br>ATTN HERMAN M KLEMICK, ESQ<br>1953 SW 27TH AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 392959-55<br>BROWN, ROY<br>C/O JOHN T CROLEY, JR LAW OFFICES<br>ATTN TONI SAWYER, ESQ<br>311 W CENTRAL AVENUE<br>PO BOX 690<br>FITZGERALD GA 31750-0690 | CREDITOR ID: 392167-55<br>BRUNO, MARCELA<br>C/O BERNARD H BUTTS LAW OFFICE<br>ATTN BERNARD H BUTTS, ESQ<br>1790 WEST 49TH STREET<br>HIALEAH FL 33012 |
| CREDITOR ID: 385438-54<br>BRYAN, JUDITH<br>1278 AUTTOSSEE TRAIL<br>TALLASSEE, AL 36078 | CREDITOR ID: 391117-55<br>BRYANT, BROOKE (MINOR)<br>C/O ROSS & PINES, LLC<br>ATTN PETER J ROSS, ESQ<br>3340 PEACHTREE RD NE, SUITE 1530<br>ATLANTA GA 30326 | CREDITOR ID: 410380-15<br>BUCKLEY, RENEE<br>4615 TERNSTONE AVENUE<br>ORLANDO FL 32812 |
| CREDITOR ID: 410380-15<br>BUCKLEY, RENEE<br>C/O TODD E COPELAND & ASSOCIATES PA<br>ATTN PETE PLACENCIA, ESQ<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 391210-55<br>BUGGS, JULIETTE MARIE<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN R SIMON/G D'ALEMBERTE, ESQS<br>1001 BRICKELL BAY DRIVE, STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 392478-55<br>BULLARD, ELLA<br>C/O YANCEY BURNETT ESQ<br>576 AZALEA ROAD STE 101<br>MOBILE AL 36609 |

SERVICE LIST

Notice of Hearing

Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394197-15<br>BUNKLEY, KRISTY ANN<br>44385 COMMANCHEE RD<br>CALLAHAN, FL 32011 | CREDITOR ID: 394197-15<br>BUNKLEY, KRISTY ANN<br>C/O DANIEL I MCCRANIE, PA<br>ATTN DANIEL I MCCRANIE, ESQ.<br>26 SOUTH 5TH STREET<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 390664-55<br>BURCHELL, DEBORAH<br>C/O FARROW & PULICE, PA<br>ATTN T FARROW/D BURCHELL, ESQS<br>3665 BEE RIDGE RD, STE 106<br>SARASOTA, FL 34233 |
| CREDITOR ID: 390349-54<br>BURCHETT, RALPH A JR<br>LAMB & LAMB, PSC<br>ATTN ERIC M LAMB, ESQ<br>PO BOX 34275<br>LOUISVILLE KY 40232-4275 | CREDITOR ID: 390349-54<br>BURCHETT, RALPH A JR<br>PO BOX 58183<br>LOUISVILLE KY 40268-0183 | CREDITOR ID: 387134-54<br>BURGESS, JESSIE<br>7117 LYKES STREET<br>BROOKSVILLE, FL 34613 |
| CREDITOR ID: 385384-54<br>BURGOS, MARIA<br>5200 CURRYFORD ROAD, APT 101<br>ORLANDO, FL 32812 | CREDITOR ID: 391058-55<br>BURNETT, KELA M<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>10 WEST ADAMS STREET, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 390784-55<br>BURNETTE, PAULINE<br>C/O GOLDBERG AND ASSOCIATES, PC<br>ATTN DAN A GOLDBERG, ESQ<br>1910 3RD AVENUE NORTH, STE 500<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 385997-54<br>BURNS, JESSICA & AKASHEYN<br>KHYISHONA<br>500 PINSON RD, APT M-4<br>ALBANY, GA 31705 | CREDITOR ID: 387157-54<br>BURTON, MARILYN<br>C/O JEFFREY D STARKER, PA<br>ATTN JEFFREY D STARKER, ESQ.<br>1936 LEE ROAD<br>SUITE 100<br>WINTER PARK FL 32789 | CREDITOR ID: 385423-54<br>BUSBY-DUNN, KAYWAIANA<br>C/O JERRARD M YOUNG LAW OFFICE<br>ATTN JERRARD M YOUNG, ESQ.<br>5700 FLORIDA BLVD, SUITE 710<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 385423-54<br>BUSBY-DUNN, KAYWAIANA<br>3156 JACKSON AVE<br>BATON ROUGE, LA 70802 | CREDITOR ID: 391800-55<br>BUSH, ANNITA<br>C/O MICHAEL TIERNEY, PA<br>ATTN MICHAEL TIERNEY, ESQ<br>918 BEARD AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 400338-85<br>BUSH, NATASHA A<br>C/O MORGAN & MORGAN<br>ATTN MICHAEL SUTTON, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 255668-12<br>BUTCHER, MARY<br>6830 SE MORNING SIDE<br>STUART FL 34997 | CREDITOR ID: 390600-55<br>BUTLER, JOY<br>C/O METRO LEGAL CENTER, LLC<br>ATTN V GUESNON/M ROBINSON JR, ESQS<br>234 LOYOLA AVENUE, SUITE 702<br>NEW ORLEANS LA 70112 | CREDITOR ID: 410539-15<br>BUTLER, KRISTEN<br>4470 SPANISH TRAIL APT 72<br>PENSACOLA FL 32504 |
| CREDITOR ID: 410539-15<br>BUTLER, KRISTEN<br>C/O EMMANUEL SHEPPARD & CONDON<br>ATTN WANDA W RADCLIFFE, ESQ<br>PO BOX 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 410438-15<br>BUTLER, LIZZIE<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN GREGG A SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 | CREDITOR ID: 389923-15<br>BUTLER, RODNEY (MINOR)<br>C/O ETHEL M BUTLER, PARENT/GUARDIAN<br>PO BOX 2341<br>BRUNSWICK, GA 31521 |
| CREDITOR ID: 392575-55<br>BUTT, LINA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 390882-55<br>BUTTERTON, JANET<br>C/O NWACHUKWU LAW OFFICES, PC<br>ATTN CHRIS NWACHUKWU, ESQ.<br>3350 RIVERWOOD PARKWAY, SUITE 1900<br>ATLANTA GA 30339 | CREDITOR ID: 390660-55<br>BUTTS-MITCHELL, DELORES<br>C/O WILLIAM C RUGGIERO LAW OFFICES<br>ATTN WILLIAM C RUGGIERO, ESQ<br>WACHOVIA CENTER, SUITE 1100<br>200 EAST BROWARD BOULEVARD<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 392320-55<br>BYAS, ALMA<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN L GEASON, JR/W A FORSTALL JR<br>320 N CARROLLTON AVENUE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387981-54<br>CABAN, ADA C<br>C/O ROBERTO R ALAYON PA<br>ATTN ROBERTO R ALAYON, ESQ<br>304 S WILLOW AVENUE<br>TAMPA FL 33606 | CREDITOR ID: 387981-54<br>CABAN, ADA C<br>2244 BLUE SPEED WAY<br>TAMPA, FL 33604 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 386040-54
CAGE, TONI BE-SHA (MINOR)
C/O ALVA PAYTON TAYLOR LAW OFFICE
ATTN ALVA PAYTON TAYLOR, ESQ
PO BOX 268
YAZOO CITY MS 39194

CREDITOR ID: 386040-54
CAGE, TONI BE-SHA (MINOR)
214 LINCOLN STREET
YAZOO CITY, MS 39194

CREDITOR ID: 402463-89
CAHOE, JOSEPH R
6012 BAY PINE DRIVE
LOUISVILLE KY 40219

CREDITOR ID: 391720-55
CALISE, JOAN
C/O SCIARRETTA MANNINO & SETTERLUND
ATTN: TIMOTHY A SETTERLUND
7301 A WEST PALMETTO PARK ROAD
AUITE 305C
BOCA RATON FL 33433-3466

CREDITOR ID: 391720-55
CALISE, JOAN
C/O KRUPNICK CAMPBELL ET AL
ATTN WALTER G CAMPBELL, ESQ
700 SE 3RD AVENUE, SUITE 100
FORT LAUDERDALE FL 33316

CREDITOR ID: 410705-15
CALLE, OFELIA
C/O DAVID W LANGLEY, PA
ATTN DAVID W LANGLEY, ESQ
8181 W BROWARD BLVD, STE 204
PLANTATION FL 33324

CREDITOR ID: 103632-15
CAMBRON, JEAN R
PO BOX 1234
JACKSONVILLE AL 36265-5234

CREDITOR ID: 392772-55
CAMP, RONALD
C/O LAW OFFICES OF FRANK P VERDI
ATTN FRANK P VERDI, ESQ
18550 N DALE MABRY HWY
LUTZ FL 33548

CREDITOR ID: 392465-55
CAMP, SHARON
C/O DESALVO DESALVO & BLACKBURN
ATTN ROBERT P BLACKBURN, ESQ
201 SOUTH GALVEZ STREET
NEW ORLEANS LA 70119

CREDITOR ID: 103809-09
CAMPBELL, DAVID L
C/O TONY C FRANCIS, PA
ATTN TONY FRANCIS, ESQ
PO BOX 771243
ORLANDO FL 32877-1243

CREDITOR ID: 391122-55
CAMPBELL, JACQUELINE R
C/O CARLOS A VELASQUEZ, PA
ATTN ANDRES BERRIO, ESQ
8181 W BROWARD BLVD, SUITE 380
PLANTATION FL 33324

CREDITOR ID: 407511-93
CAMPBELL, ROSEMARY
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO,JR, ESQ
101 E KENNEDY BOULEVARD, STE 1790
TAMPA FL 33602

CREDITOR ID: 388506-54
CAMPBELL, TOYAE
2891 MONTVIEW DRIVE
MARIETTA, GA 30060

CREDITOR ID: 392587-55
CAMPBELL, TOYAE
C/O MONTLICK & ASSOCIATES, PC
ATTN MICHAEL RUBIN, ESQ
PO BOX 95406
ATLANTA GA 30347-0406

CREDITOR ID: 392986-55
CANALS, GISELA
C/O ROBERT RUBENSTEIN, PA
ATTN ROBERT RUBENSTEIN, ESQ
9350 S. DIXIE HISGHWAY STE 1110
MIAMI FL 33156

CREDITOR ID: 391110-55
CANDIA, EFIJENIA MARIA
19938 NW 52 AVENUE
MIAMI GARDENS FL 33055

CREDITOR ID: 411045-15
CANDIA, EFIJENIA MARIE
19938 NW 52AVE
MIAMI GARDENS FL 33055

CREDITOR ID: 400066-84
CANNON, CARRIE
54 CLEMONS DRIVE
VINCENT AL 35044

CREDITOR ID: 407692-15
CANTRELL, BONEVA
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
160 NW CENTRAL PARK PLAZA, STE 101
SAINT LUCIE WEST FL 34986-1825

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
C/O RICKY D GORDON, PA
ATTN RICKY D GORDON, ESQ
2856 UNIVERSITY DRIVE
CORAL SPRINGS FL 33065

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
9733-C BOCA GARDEN CIRCLE
BOCA RATON, FL 33496

CREDITOR ID: 389614-54
CARBONELL, MIRIELA
801 STARLIGHT COVE RD APT 106
ORLANDO, FL 32828

CREDITOR ID: 391955-55
CAREY, CASSANDRA
C/O JASON G BARNETT, PA
ATTN JASON G BARNETT, ESQ
1132 SE 2ND AVE.
FT LAUDERDALE FL 33316-1008

CREDITOR ID: 385925-54
CARPENTER, BETTY
282 JAMES ST
CRESTVIEW, FL 32536-2118

CREDITOR ID: 407512-93
CARPENTER, MARION
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO, JR, ESQ
101 E. KENNEDY BOULEVARD, STE 1790
TAMPA FL 33602

CREDITOR ID: 410461-15
CARPENTER, WILLIAM
1646 KILEY COURT
LADY LAKE FL 32159

CREDITOR ID: 410461-15
CARPENTER, WILLIAM
C/O HOGAN & FAHLGREN, PA
ATTN BRIAN C HOGAN, ESQ.
3183 S CONWAY ROAD
ORLANDO FL 32812

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

CREDITOR ID: 411393-15
CARRASQUILLO, LUZ
624 POLYNESIAN CT
KISSIMMEE FL 34758

CREDITOR ID: 390447-54
CARTER, SENETTA W
7788 EMBASSY BLVD
MIRAMAR, FL 33023

CREDITOR ID: 411276-15
CARTER, WILLIAM
C/O PPA LITIGATION GROUP LLC
ATTN STUART H SMITH, ESQ.
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 390524-15
CARTER, WILLIE
C/O PITTMAN LAW GROUP, PL
ATTN SEAN PITTMAN, ESQ
215 S MONROE STREET, STE 130
TALLAHASSEE FL 32301

CREDITOR ID: 392802-55
CASCHETTA, MARIE
C/O BOGIN, MUNNS & MUNNS
ATTN MARK A MATOVINA, ESQ
687 BEVILLE RD, SUITE A
SOUTH DAYTONA FL 32119-1951

CREDITOR ID: 385821-54
CASE, ROBERT
C/O BOERNER LAW FIRM, PC
ATTN WILLIAM D BOERNER, ESQ
PO BOX 205
BROOKHAVEN MS 39602

CREDITOR ID: 385821-54
CASE, ROBERT
1248 DUNCAN TRAIL
BROOKHAVEN, MS 39601

CREDITOR ID: 393184-55
CASTILLO, ELVIS M
C/O MAGRO LAW FIRM
ATTN JAMY MAGRO, ESQ
669 FIRST AVENUE NORTH
ST PETERSBURG FL 33701

CREDITOR ID: 390508-55
CASTILLO, JUAN SR
C/O MAGRO LAW FIRM, PA
ATTN JAMY MAGRO, ESQ
669 FIRST AVENUE NORTH
ST PETERSBURG FL 33701

CREDITOR ID: 393553-55
CASTON, PATRICIA
C/O LAW OFFICE OF BURNETTI, PA
ATTN DEAN BURNETTI, ESQ
211 SOUTH FLORIDA AVENUE
LAKELAND FL 33801

CREDITOR ID: 391128-55
CASTRO, ALMA J
C/O RIGUER J SILVA, APLC
ATTN JEAN E LAVIDALIE, JR, ESQ
4902 CANAL STREET, SUITE 201
NEW ORLEANS LA 70119

CREDITOR ID: 407541-15
CASTRO, GUILLERMO
C/O PIERCY J STAKELUM PA LAW OFFICE
ATTN PIERCY J STAKELUM, ESQ
522 EAST WASHINGTON STREET
ORLANDO FL 32801

CREDITOR ID: 392591-55
CASTRO, MADELINE
C/O RODRIGO L SAAVEDRA, JR, PA
ATTN MICHAEL  I PUGLISE,ESQ
3000 N FEDERAL HWY, BLDG 2, STE 200
FT LAUDERDALE FL 33306

CREDITOR ID: 391808-55
CAWLEY, DIONISIA
C/O BOGIN, MUNNS & MUNNS
ATTN MARK A MATOVINA, ESQ
2601 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 400349-85
CAYLOR, MIRIAM
C/O ELWOOD T LIPPINCOTT JR, PA
ATTN ELWOOD T LIPPINCOTT JR, ESQ
370 MINORCA AVENUE, SUITE 16
CORAL GABLES FL 33134

CREDITOR ID: 416563-L1
CEDOTAL, ELROY L
11007 CHERYLL DRIVE
DENHAM SPRINGS LA 70706

CREDITOR ID: 416563-L1
CEDOTAL, ELROY L
C/O MCGLYNN GLISSON & KOCH
ATTN CHRISTOPHER GLISSON, ESQ
340 FLORIDA STREET
PO BOX 1909
BATON ROUGE LA 70821

CREDITOR ID: 410550-15
CELONA, FRANCES
1064 HALIFAX ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 410550-15
CELONA, FRANCES
C/O FARAH & FARAH, PA
ATTN CHARLES L TRUNCALE, ESQ.
10 W ADAMS STREET, SUITE 300
JACKSONVILLE FL 32202

CREDITOR ID: 408154-15
CENTRAL STATES SE & SW AREAS
HEALTH & WELFARE FUND
9377 WEST HIGGINS ROAD
ROSEMONT IL 60018-4938

CREDITOR ID: 408154-15
CENTRAL STATES SE & SW AREAS
C/O COGHLAN KUKANKOS COOK LLC
ATTN J COGLAN/B COGHLAN, ESQS
55 W WACKER DRIVE, SUITE 1210
CHICAGO IL 60610-1612

CREDITOR ID: 392566-55
CERIONE, JOHN
C/O ABRAMOWITZ & POMERANTZ, PA
ATTN LYLE M KOENIG, ESQ
7800 W OAKLAND PARK BLVD, SUITE 101
SUNRISE FL 33351

CREDITOR ID: 393557-55
CERRONE, HELENE
C/O ROSENBERG & ROSENBERG, PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD FL 33020-6631

CREDITOR ID: 393045-55
CERUTO-FIGUEROA, CARLOS
C/O MORGAN & MORGAN, PA
ATTN BASIL A VALDIVIA, ESQ.
20 N ORANGE AVENUE, SUITE 1600
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 411283-15
CERVANTES, GENOVEVA
C/O MCBRIDE ULLO & LORENZ, PA
ATTN JEANINE A ULLO, ESQ.
135 W CENTRAL BLVD, SUITE 1100
ORLANDO FL 32801

CREDITOR ID: 408414-15
CERVANTEZ, BEATRIZ
C/O FOY & ASSOCIATES, PC
ATTN J M FOY/K LETSCH, ESQS
3343 PEACHTREE ROAD, SUITE 350
ATLANTA GA 30326

CREDITOR ID: 416784-L1
CHAHBOUDAGIANTZ, LENA
C/O ROME ARATA & BAXLEY, LLC
ATTN W CHAD STELLY, ESQ
650 POYDRAS STREET, SUITE 2107
NEW ORLEANS LA 70130

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 392176-55
CHAISSON, ALLEN
C/O LEONARD A MCCUE & ASSOCIATES
ATTN LMCCUE OR D PRUETT, ESQS
524 9TH STREET WEST
BRADENTON FL 34205-7737

CREDITOR ID: 390603-55
CHANG, DONNA
C/O BLANE G MCCARTHY, PA
ATTN BLANE G MCCARTHY, ESQ
1400 PRUDENTIAL DRIVE, SUITE TWO
JACKSONVILLE FL 32207

CREDITOR ID: 388039-54
CHAPOTIN, ALEXANDRA
C/O LAW OFFICES OF DAVID A SNYDER
ATTN GARY E GARBIS, ESQ.
2340 S DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 388039-54
CHAPOTIN, ALEXANDRA
200 177TH STREET, APT 417
NORTH MIAMI BEACH, FL 33160

CREDITOR ID: 394285-56
CHARLES, ALLISTER
C/O BOLTON & GROSS
ATTN RICHARD BOLTON, ESQ.
801 NE 167 STREET, 2ND FLOOR
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 397823-15
CHARLES, KATRINA
425 NW 29TH TERRACE
FORT LAUDERDALE, FL 33311

CREDITOR ID: 389442-54
CHIPOURAS, JUDY
1723 MOFFET, APT 16
HOLLYWOOD FL 33020

CREDITOR ID: 398154-77
CHISM, JEROME
C/O WILKINSON LAW FIRM, PC
ATTN CYNTHIA WILKINSON, ESQ
SUITE 811
215 N RICHARD ARRINGTON JR BLVD
BIRMINGHAM, AL 35203

CREDITOR ID: 387190-54
CHRISTENSON, MARIA
105 PALOMINO RD
CRESCENT CITY, FL 32112

CREDITOR ID: 392839-55
CHRISTMAN, KAY
C/O JESSE D BERKOWITZ, ESQ
6560 FIRST AVENUE NORTH
SAINT PETERSBURG FL 33710

CREDITOR ID: 392839-55
CHRISTMAN, KAY
C/O JAMES R KENNEDY, JR LAW OFFICES
ATTN JAMES R KENNEDY
856 SECOND AVENUE NORTH
ST PETERSBURG FL 33701-3106

CREDITOR ID: 388968-54
CIBRIAN, ENRIQUE
1508 NW AVENUE B, LOT 26
BELLE GLADE, FL 33430

CREDITOR ID: 388968-54
CIBRIAN, ENRIQUE
C/O LAW OFFICE OF ORRIN R BEILLY PA
ATTN ORRIN R BEILLY, ESQ
105 S NARCISSUS AVENUE  STE 705
WEST PALM BEACH FL 33401

CREDITOR ID: 389900-54
CICERIO, VIRGINIA
943 TAHITI RD
JACKSONVILLE, FL 32216

CREDITOR ID: 389900-54
CICERIO, VIRGINIA
C/O RADLOFF & RADLOFF, PA
ATTN JAMES W RADLOFF, ESQ.
2051 ART MUSEUM DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 389047-54
CISROW, JAMESHA (MINOR)
C/O ALTAN V ERSKINE
1025 VW 3 AVENUE, APT 1 EAST
FORT LAUDERDALE, FL 33312

CREDITOR ID: 393567-55
CLARK, JOYCE
C/O WARREN A FORSTALL JR, PLC
ATTN WILLIAM E MURA JR, ESQ
320 N CARROLLTON AVENUE, SUITE 200
NEW ORLEANS LA 70119-5111

CREDITOR ID: 416791-L1
CLARK, MARGARET
C/O LAW OFFICE OF GREGORY WETHERALL
ATTN GREGORY M WETHERALL, ESQ
4030 MT CARMEL-TOBACCO RD, STE 122
CINCINNATI OH 45255

CREDITOR ID: 392735-55
CLARK, RICKIE
C/O SADOW & GOROWITZ, PA
ATTN SUZANNE GOROWITZ, ESQ
80 SW 8 STREET, SUITE 1910
MIAMI FL 33130

CREDITOR ID: 393419-55
CLARK, YVONNE
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 108819-09
CLARKE, ESTHER N
BUILD 21 APT 201
10481 N W 7TH ST
PEMBROKE PINES FL 33026

CREDITOR ID: 393609-55
CLARKE, MALYNNA
C/O WILLIAM LAW ASSOCIATION, PA
ATTN K C WILLIAMS III, ESQ
1560 WEST CLEVELAND STREET
TAMPA FL 33606

CREDITOR ID: 389089-54
CLAY, ERNEST
2217 MARTIN LUTHER KING JR, AVE
PO BOX 93405
LAKELAND, FL 33804

CREDITOR ID: 410574-15
CLEMONS, DAVID
C/O GONZALEZ & HENLEY, PL
ATTN EDMUND GONZALEZ, ESQ.
324 DATURA STREET, SUITE 200
WEST PALM BEACH FL 33401

CREDITOR ID: 385455-54
CLEMONS, DIANE
C/O GONZALEZ & HENLEY, PL
ATTN EDMUND GONZALEZ, ESQ
324 DATURA STREET, SUITE 200
WEST PALM BEACH FL 33401

CREDITOR ID: 392996-55
CLINE, KATHLEEN
C/O SIMON & D'ALEMBERTE, PL
ATTN R M SIMON/ G L DALEMBERT, ESQS
1001 BRICKELL BAY DRIVE, SUITE 1200
MIAMI FL 33131

CREDITOR ID: 399482-82
CLOWER, RUSSELL B JR
141 WILMONT ROAD
GREENVILLE  MS 38701

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389237-54<br>COBB, SRIVERA E<br>260 TURNER RD<br>WETUMPKA AL 36092 | CREDITOR ID: 392861-55<br>COCO, WILLIE T<br>C/O THE GLENN ARMENTOR LAW CORP<br>ATTN JEREMY J SUIRE, ESQ<br>300 STEWART STREET<br>LAFAYETTE LA 70502-4305 | CREDITOR ID: 391847-55<br>COLEMAN, JUANA<br>C/O J FRED IVESTER, ESQ<br>313 LAWRENCE ST NE<br>MARIETTA GA 30060 |
| CREDITOR ID: 400339-85<br>COLLIE, ANN<br>C/O BERNHEIM & DOLINSKY, PA<br>ATTN ROBERT M DOLINSKY, ESQ<br>4000 HOLLYWOOD BLVD SOUTH, STE 525<br>HOLLYWOOD FL 33021 | CREDITOR ID: 390573-55<br>COLLIER, OLGA<br>C/O SILVERSTEIN SILVERSTEIN, ET AL<br>ATTN GREGG A SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 416023-L1<br>COLLINS, GAIL<br>C/O KNOX BROTHERTON KNOX & GODFREY<br>ATTN H EDWARD KNOX, ESQ.<br>PO BOX 30848<br>CHARLOTTE NC 28230-0848 |
| CREDITOR ID: 390619-55<br>COLLINS, GLORIA<br>C/O DORTCH LAW OFFICES, LLC<br>ATTN CLARENCE DORTCH, III, ESQ<br>110 NORTH ST E<br>TALLADEGA AL 35160 | CREDITOR ID: 410734-15<br>COLON, ELBA M<br>5313 BELLEFIELD DRIVE<br>TAMPA FL 33624 | CREDITOR ID: 410734-15<br>COLON, ELBA M<br>C/O JOYCE & REYES LAW FIRM PA<br>ATTN LILLIAN J REYES, ESQ<br>307 S HYDE PARK<br>TAMPA FL 33606 |
| CREDITOR ID: 407553-15<br>COLON, EVELYN<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 393326-55<br>COMER, DELORES<br>C/O MORGAN & MORGAN, PA<br>ATTN JAMES T LYNCH, ESQ.<br>20 N ORANGE AVENUE, SUITE 1600<br>PO BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 405904-93<br>CONDENTO, CATHERINE<br>C/O NIKKI M KAVOUKLIS, PA<br>ATTN NIKKI M KAVOUKLIS, ESQ<br>114 SOUTH PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 385994-54<br>CONELY, SALLY<br>313 SE 3RD STREET<br>HALLENDALE, FL 33009-6471 | CREDITOR ID: 393022-55<br>CONLEY, DEBORAH<br>C/O NIKKI M KAVOUKLIS, PA<br>ATTN NIKKI M KAVOUKLIS, ESQ<br>114 SOUTH PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 394787-57<br>COOK, CHRISTY<br>C/O LOUIS C CHRISTOPHER, PA<br>ATTN LOUIS C CHRISTOPHER, ESQ<br>4865 48TH AVENUE NORTH<br>ST PETERSBURG FL 33714 |
| CREDITOR ID: 389231-54<br>COOK, EDWARD<br>40 HENRY COOK LANE<br>WETUMPKA AL 36092 | CREDITOR ID: 392539-55<br>COOK, JUDY<br>C/O PETERS, MURDAUGH, PARKER ET AL<br>ATTN GRAHAME E HOLMES, ESQ<br>303 FIRST STREET, EAST<br>PO BOX 457<br>HAMPTON SC 29924-0457 | CREDITOR ID: 410974-15<br>COOK, MARTHA<br>C/O ANGELA DAWSON, PA<br>ATTN ANGELA DAWSON, ESQ<br>16TH ST BLDG 4200 NW 16TH<br>PENTHOUSE #612<br>LAUDERHILL FL 33313-5835 |
| CREDITOR ID: 385142-54<br>COOLEY, DONALD<br>1640 INGRAM ROAD<br>MILLBROOK AL 36054 | CREDITOR ID: 385142-54<br>COOLEY, DONALD<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY R WILLIS, ESQ<br>PO DRAWER 1227<br>MILLBROOK AL 36054 | CREDITOR ID: 393034-55<br>COOPER, DAE'ANARA (MINOR)<br>C/O MORGAN & MORGAN PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 391821-55<br>COOPER, DORIS M<br>C/O MARC E BRAND, ESQ<br>PO BOX 3508<br>JACKSON MS 39207-3508 | CREDITOR ID: 408218-15<br>COOPER, KELLI<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408218-15<br>COOPER, KELLI<br>2035 GROVE BLUFF RD<br>SWITZERLAND FL 32259 |
| CREDITOR ID: 390758-55<br>COPPOLA, TAMMY<br>C/O MORGAN & MORGAN, PA<br>ATTN GREGORY D PRYSOCK, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 391916-55<br>COPPOLA, THERESA<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES H COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 392974-55<br>CORDERO, NILDA E<br>C/O DRAPER LAW OFFICE<br>ATTN NICHOLAS LAFOUNTAIN, ESQ<br>705 WEST EMMETT STREET<br>KISSIMMEE FL 34741 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 411063-15<br>CORREA, SONIA<br>C/O DELL & SCHAEFER, PA<br>ATTN ELIO PEREZ, ESQ<br>2404 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 391892-55<br>COTTO, JORGE A<br>C/O STEVEN S FARBMAN, PA<br>ATTN STEVE S FARBMAN, ESQ<br>2219 HOLLYWOOD BLVD, STE 102<br>HOLLYWOOD FL 33020 | CREDITOR ID: 393188-55<br>COUNTS, LAURA<br>C/O PPA LITIGATION GROUP<br>ATTN S SMITH/L JOLIBOIS, ESQS<br>365 CANAL STREET, SUITE 2850<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 416924-15<br>CRAMER, COREY<br>C/O BRENDA J CRAMER, GUARDIAN<br>1150 GOFF AVENUE<br>ORANGEBURG SC 29115 | CREDITOR ID: 417087-15<br>CRAMER, COREY L<br>1150 GOFF AVENUE<br>ORANGEBURG SC 29115 | CREDITOR ID: 399485-82<br>CRAWFORD, MICHAEL<br>145 NW 3RD STREET<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 387255-54<br>CREEL, NANCY<br>142 DEER RUN RD<br>SUMMERVILLE, SC 29483 | CREDITOR ID: 392805-55<br>CRITTON, WILLIE J<br>C/O FARAH & FARAH, PA<br>ATTN ROBERT C POGACHNIK, ESQ<br>10 WEST ADAMS ST, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 385412-54<br>CROCKER, PAUL<br>10169 HIGHWAY 431<br>GONZALES LA 70737 |
| CREDITOR ID: 390840-55<br>CROCKETT, JAMES<br>C/O WL SALTER, JR, PC<br>ATTN W L SALTER, JR ESQ<br>407 RANDOLPH DRIVE<br>PO DRAWER P<br>VIDALIA GA 30475-1040 | CREDITOR ID: 391340-55<br>CROSBY, LUCILLE<br>C/O BOONE & DAVIS, PA<br>ATTN MICHAEL DAVIS, ESQ.<br>2311 N ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 277338-21<br>CROWDER, PERNELL JR (MINOR)<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |
| CREDITOR ID: 392577-55<br>CRUMP, TONJA<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 | CREDITOR ID: 392203-55<br>CRUZ, ORLANDO<br>C/O LAW OFFICE OF DAVID C CHAFIN PA<br>ATTN DAVID C CHAFIN, ESQ<br>PO BOX 7159<br>PORT ST. LUCIE FL 34985-7159 | CREDITOR ID: 392774-55<br>CRUZ, ROSA<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 |
| CREDITOR ID: 390417-54<br>CUDJO WALKER, BETSY<br>2209 SE 15TH AVENUE<br>GAINESVILLE, FL 32641 | CREDITOR ID: 390417-54<br>CUDJO WALKER, BETSY<br>C/O HOGAN & FAHLGREN, PA<br>ATTN BRIAN C HOGAN, ESQ.<br>3183 S CONWAY ROAD<br>ORLANDO FL 32812 | CREDITOR ID: 394012-61<br>CUSTARD INSURANCE ADJUSTERS, INC<br>ATTN TAMMY R DEIBEL, COLLECTION MGR<br>PO BOX 921329<br>NORCROSS, GA 30010 |
| CREDITOR ID: 390696-55<br>CUSTER, GLENNIE-BONDEL<br>C/O GARY BAKER, ESQ<br>PO BOX 1177<br>CALLAHAN FL 32011 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>960 LEMON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 399889-84<br>DACOSTA, INDIA (MINOR)<br>BY YOLANDA BOYD, PARENT/GUARDIAN<br>C/O STEPHEN E BAILEY, PA<br>ATTN STEPHEN E BAILEY, ESQ<br>9008 SEMINOLE BOULEVARD<br>SEMINOLE FL 33772 | CREDITOR ID: 277970-21<br>DAGLE, WILLIAM<br>C/O RUE & ZIFFRA, PA<br>ATTN LUIS R GRACIA, ESQ<br>632 DUNLAWTON AVE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 391255-55<br>DAKE, DON<br>C/O LAW OFFICES OF DAVID R HEIL, PA<br>ATTN DAVID R HEIL, ESQ<br>2324 LEE ROAD<br>WINTER PARK FL 32789 |
| CREDITOR ID: 392576-55<br>DALUSMA, SINDY<br>C/O ADAM BARON, PA LAW OFFICES<br>ATTN ADAM BARON, ESQ.M MORO<br>633 NE 167 STREET, SUITE 703<br>N MIAMI FL 33162 | CREDITOR ID: 392776-55<br>DAM, MARY ANN<br>C/O FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN, ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 391325-55<br>DANCY, SHARON A<br>C/O KLEMICK & GAMPEL, PA<br>ATTN HERMAN M KLEMICK, ESQ<br>1953 SW 27TH AVE<br>MIAMI FL 33145 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387300-54<br>DANDRIDGE, RITA<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 387300-54<br>DANDRIDGE, RITA<br>6217 STONEVIEW<br>BAKER, LA 70714 | CREDITOR ID: 390727-55<br>DANIEL, DOUGLAS<br>C/O LAW OFFICES OF M E GARCIA, PA<br>ATTN MANUEL E GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 |
| CREDITOR ID: 416029-L1<br>DANIEL, PAMELA<br>C/O JOSEPH M TODD, PC<br>ATTN JOSEPH M TODD, ESQ<br>104 SOUTH MAIN STREET<br>JONESBORO GA 30236 | CREDITOR ID: 391167-55<br>DANIEL, SUSIE<br>C/O ROUNTREE AND ASSOCIATES<br>ATTN JOSEPH M SALOOM, ESQ<br>448 SAINT LAKE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 391807-55<br>DANIELS, SHIRLEY<br>C/O JAN P OLIVER, PA<br>ATTN JAN P OLIVER, ESQ<br>1926 HOLLYWOOD BLVD, SUITE 301<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 392192-55<br>DARSEY, MIRNA<br>C/O ALEXIS IZQUIERDO, PA<br>ATTN ALEXIS IZQUIERDO, ESQ<br>102 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 387972-54<br>DAVID, TANYA<br>15445 NE 6TH AVENUE APT C-402<br>MIAMI, FL 33168 | CREDITOR ID: 391224-55<br>DAVIDSON, IRIS<br>C/O BROWN, TERRELL, HOGAN, ET AL<br>ATTN CARROLL CAYER, ESQ<br>233 EAST BAY STREET, SUITE 804<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 393583-55<br>DAVIS, CHANTIL<br>C/O JEFFREY H WOLFSON LAW OFFICES<br>ATTN JEFFREY H WOLFSON, ESQ<br>633 S FEDERAL HWY, SUITE 300<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 391168-55<br>DAVIS, ESTELLA<br>C/O DESALVO DESALVO & BLACKBURN<br>ATTN ROBERT P BLACKBURN, ESQ<br>201 SOUTH GALVEZ STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 386194-54<br>DAVIS, GENEVA<br>1109 BERTDALE<br>MCCOMB, MS 39648 |
| CREDITOR ID: 390755-55<br>DAVIS, GLORIA<br>C/O OFFICE OF JOHN A KOVARIK, PA<br>ATTN JOHN A KOVARIK, ESQ<br>224 DATURA STREET, SUITE 1013<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 394241-56<br>DAVIS, HENRY<br>C/O MORGAN & MORGAN, PA<br>ATTN WILLIAM R DANIEL, ESQ<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 388551-54<br>DAVIS, JASHA (MINOR)<br>C/O FUNCHES & ASSOCIATES<br>ATTN EDWARD WIGGINS JR ESQ<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 |
| CREDITOR ID: 387957-54<br>DAVIS, PATRICIA A<br>C/O KELLER KELLER & CARACUZZO, PA<br>ATTN JOHN A CARACUZZO, ESQ<br>224 DATURA STREET<br>HARVEY BLDG, SUITE 1205<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 387957-54<br>DAVIS, PATRICIA A<br>PO BOX 2148<br>WEST PALM BEACH FL 33402-2148 | CREDITOR ID: 388461-54<br>DAVIS, YVONNE<br>2715 CONNALLY DR<br>ATLANTA, GA 30311 |
| CREDITOR ID: 387305-54<br>DAYE, BARBARA<br>C/O LEE D ANDREWS LAW OFFICES<br>ATTN LEE D ANDREWS, ESQ<br>PO BOX 21472<br>GREENSBORO NC 27420 | CREDITOR ID: 387305-54<br>DAYE, BARBARA<br>605 LOWDERMILK STREET<br>GREENSBORO, NC 27401 | CREDITOR ID: 399308-81<br>DE SILVA, MARGUERITE<br>C/O WARREN A FORSTALL, JR PLC<br>ATTN WILLIAM E MURA JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 399308-81<br>DE SILVA, MARGUERITE<br>4459 WOODLAND DRIVE, APT A<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 392240-55<br>DEAN, ALVIN<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN DOUGLAS K BURNETTI, ESQ<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801-4621 | CREDITOR ID: 277414-21<br>DEAN, RICHARD<br>C/O MARIE DEAN<br>11 SUNSET STREET<br>SOUTH RIVER NJ 08882 |
| CREDITOR ID: 388475-54<br>DEANS, SARAH<br>1950 NW 191ST STREET<br>OPA LOCKA, FL 33056-2848 | CREDITOR ID: 388475-54<br>DEANS, SARAH<br>FISHER & LAWRENCE, PA<br>ATTN MICHAEL MATES, ESQ<br>80 NE 168TH STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 392563-55<br>DEANS, SARAH<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388435-54<br>DECUIRE, LISA<br>1703 ROUSSELIN DR<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 388435-54<br>DECUIRE, LISA<br>C/O SHEA LAW OFFICES<br>ATTN SCOTT P SHEA, ESQ<br>132 N TELEMACHUS ST<br>NEW ORLEANS LA 70119 | CREDITOR ID: 400546-88<br>DECUNZO, MARY<br>PO BOX 263<br>VAILS GATE NY 12584 |
| CREDITOR ID: 390761-55<br>DEFRAND, SANTILIA<br>C/O ADAM BARON, PA LAW OFFICES<br>ATTN ADAM BARON, ESQ<br>633 NE 167 STREET, SUITE 703<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 391096-55<br>DEKOSTER, MATTIE<br>C/O JACK B NICHOLS LAW OFFICES<br>ATTN JACK B NICHOLS, ESQ<br>801 N MAGNOLIA AVENUE, SUITE 414<br>ORLANDO FL 32803 | CREDITOR ID: 403562-15<br>DELANCEY, SANDRA<br>C/O FRANK D BUTLER, PA<br>ATTN FRANK BUTLER, ESQ<br>8250 BRYAN DAIRY ROAD, SUITE 110<br>LARGO FL 33777 |
| CREDITOR ID: 391887-55<br>DELAPAZ, LILLIAN<br>C/O BERNARD H BUTTS JR, PA<br>ATTN BERNARD H BUTTS, ESQ<br>1790 WEST 49TH ST STE 210<br>HIALEAH FL 33012 | CREDITOR ID: 411267-15<br>DELEGAL LAW OFFICES, PA<br>ATTN T A DELEGAL III, ESQ<br>424 E MONROE STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 118103-09<br>DELEON, CRISTAL J<br>843 NW 12 ST<br>MIAMI FL 33136 |
| CREDITOR ID: 385887-54<br>DEMANNA, FRANCES<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 390705-55<br>DEMPSTER, WINNIFRED<br>C/O DAVID BENENFELD LAW OFFICE<br>ATTN DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD, STE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 391196-55<br>DENNIS, ARRIE<br>C/O HARBSMEIER DEZAYAS APPEL ET AL<br>ATTN THOMAS J DEBARI, ESQ<br>5116 SOUTH LAKELAND DRIVE<br>LAKELAND FL 33813 |
| CREDITOR ID: 391940-55<br>DENNIS, PATRICIA<br>C/O NUELL & POLSKY<br>ATTN ROBERT POLOSKY, ESQ<br>782 NW 42ND AVENUE, SUITE 345<br>MIAMI FL 33126 | CREDITOR ID: 385799-54<br>DENT, TIFFANY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 385799-54<br>DENT, TIFFANY<br>13023 BENTWATER LANE<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 392886-55<br>DEPHILLIPS, ILEANA<br>C/O ERIC FELDMAN, PA<br>ATTN ERIC FEDMAN, ESQ<br>717 PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 | CREDITOR ID: 391915-55<br>DESOUZA, LUCILLE<br>C/O SEIFERT, MILLER & SLUSHER, PA<br>ATTN JEFFREY A  MILLER, ESQ<br>401 WEST COLONIAL DRIVE, STE 6<br>ORLANDO FL 32802 | CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>2807 TARTARY DRIVE<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 399944-84<br>DEYOUNG, ROSE<br>C/O GOLDSTEIN & GREENBERG<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601-38TH AVE NORTH<br>ST PETERSBURG FL 33710 | CREDITOR ID: 399293-15<br>DHUET, TAMMY<br>C/O ROBERT L MANARD PLC<br>ATTN PAUL E MAYEAUX, ESQ<br>1100 POYDRAS STREET, SUITE 2610<br>NEW ORLEANS LA 70163 |
| CREDITOR ID: 389064-54<br>DIAZ, LISETTE<br>C/O RICHARD TROUTMAN PA<br>ATTN STEPHEN H MCNEILL, ESQ<br>1101 N KENTUCKY AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 389064-54<br>DIAZ, LISETTE<br>45 SMYRNA DRIVE<br>DEBARY FL 32713 | CREDITOR ID: 410863-15<br>DIAZ, MARIA<br>C/O CORIROSSI & BENNETT<br>ATTN SCOTT BENNETT, ESQ.<br>GROVE PLAZA, 2ND FLOOR<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 |
| CREDITOR ID: 405937-93<br>DICKINSON, JOANNE<br>C/O PANTER PANTER & SAMPEDRO, PA<br>ATTN MITCHELL J PANTER, ESQ<br>PANTER BUILDING<br>6950 N KENDALL DR<br>MIAMI FL 33156 | CREDITOR ID: 391041-55<br>DILEO, PHILIP<br>C/O KELLY B MATHIS, PA<br>ATTN KELLY B MATHIS, ESQ<br>225 WATER STREET, SUITE 1280<br>JACKSONVILLE FL 32202 | CREDITOR ID: 408175-15<br>DITARANTO, DON<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SHANE FISCHER, ESQ<br>2601 TECHNOLOGY DRIVE<br>ORLANDO FL 32804 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 408175-15
DITARANTO, DON
2461 N VOLUSIA AVENUE
ORANGE CITY FL 32763

CREDITOR ID: 393048-55
DIXON, JACQUELINE
TRENAM, KEMKER SCHARF  ET AL
ATTN JOHN A WILLIAMS, ESQ
101 E KENNEDY BLVD, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 269618-19
DOMINGUEZ, PEDRO
C/O MANZINI & ASSOCIATES, PA
ATTN NICHOLAS A MANZINI, ESQ
169 E FLAGLER ST, SUITE 1500
MIAMI FL 33131

CREDITOR ID: 393279-55
DONOVAN, KATHLEEN L
37D DANBURY COURT
ROYAL PALM BEACH FL 33411

CREDITOR ID: 400295-85
DOREE, CLODINE (MINOR)
WILLIAM W BRADY, PA
ATTN WILLIAM T BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES FL 33134

CREDITOR ID: 416812-L1
DORSEY, PEGGY
C/O GOLDFARB GOLD GONZALEZ & WALD, PA
ATTN JUSTIN C LETO, ESQ
100 SE 2ND STREET
MIAMI FL 33131

CREDITOR ID: 389687-54
DORTA, CARIDAD
C/O CORIROSSI & BENNETT
ATTN SCOTT BENNETT, ESQ
2900 MIDDLE ST, GROVE PLAZA, 2ND FL
COCONUT GROVE FL 33133

CREDITOR ID: 393578-55
DOSS, FORTUNA I
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 392482-55
DOVE, JANIE
C/O THE TULLOS LAW FIRM, PA
ATTN MARK K TULLOS, ESQ
PO BOX 505
RALEIGH MS 39153

CREDITOR ID: 393632-55
DOWDY, LOUISTINE
C/O MONTLICK & ASSOCIATES, PC
ATTN ORLANDO MARRA, ESQ
PO BOX 95406
ATLANTA GA 30347-0406

CREDITOR ID: 416663-L1
DOWELL, RICKEY
12613 HIGHWAY 231- 431 NORTH
MERIDIANVILLE AL 35759

CREDITOR ID: 416663-L1
DOWELL, RICKEY
C/O LAW OFFICE OF J ZACH HIGGS
ATTN J ZACH HIGGS, ESQ.
405 FRANKLIN ST
HUNTSVILLE AL 35801

CREDITOR ID: 391797-55
DOWNING, SARA T
C/O CORY, WATSON, CROWDER ET AL
ATTN ERNEST CORY
2131 MAGNOLIA AVENUE
BIRMINGHAM AL 35205

CREDITOR ID: 407796-99
DREW, DELFORD L
C/O HARRELL & HARRELL
ATTN GREGORY J SCHLAX, ESQ
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 407796-99
DREW, DELFORD L
C/O HELD & ISRAEL
ATTN KIMBERLY H ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 394075-56
DRIGGERS, HARROLD
C/O KNIGHT LAW FIRM, PA
207 EAST THIRD NORTH STREET
SUMMERVILLE, SC 29484-0280

CREDITOR ID: 22770-05
DUCINVIL, THERAMENE G
2541 SW 10 STREET
BOYNTON BEACH FL 33426

CREDITOR ID: 416255-QR
DUCINVIL, THERAMENE G.
ATTN STEWART LEE KARLIN
500 W CYPRESS CREEK RD, STE 230
FORT LAUDERDALE FL 33309

CREDITOR ID: 391971-55
DUFECK, PATRICIA A
C/O BALES & WEINSTEIN
ATTN MICHAEL BLICKENSDERFER, ESQ
11300 FOURTH ST, SUITE 117
ST PETERSBURG FL 33716

CREDITOR ID: 393236-55
DUFFY, JANIE S
C/O VANSANT & CORRIERE, LLC
ATTN ALFRED N CORRIERE, ESQ
PO BOX 347
ALBANY GA 31702-0346

CREDITOR ID: 386112-54
DUNBAR, ARNETTE & DAVID
6870 103RD STREET, APT 207
JACKSONVILLE, FL 32210

CREDITOR ID: 386112-54
DUNBAR, ARNETTE & DAVID
AVOLIO & HANLON, PC
ATTN TRACY L MARKHAM, ESQ
SOUTHGATE SQUARE CENTER
2730 US 1 SOUTH, STE J
ST AUGUSTINE FL 32086

CREDITOR ID: 410758-15
DUNBAR, DAVID
AVOLIO & HANLON, PC
ATTN TRACY L MARKHAM, ESQ
SOUTHGATE SQUARE CENTER
2730 US 1 SOUTH, STE J
ST AUGUSTINE FL 32086

CREDITOR ID: 410758-15
DUNBAR, DAVID
6870 103RD STREET, APT 207
JACKSONVILLE FL 322110

CREDITOR ID: 410551-15
DUNCAN, GREG
C/O FARAH & FARAH, PA
ATTN CHARLES L TRUNCALE, ESQ.
10 W ADAMS STREET, SUITE 300
JACKSONVILLE FL 32202

CREDITOR ID: 410551-15
DUNCAN, GREG
7482 DEEPWOOD DRIVE NORTH
JACKSONVILLE FL 32244

CREDITOR ID: 385383-54
DUNCAN, SUSAN
C/O FARAH & FARAH, PA
ATTN CHARLES L TRUNCALE, ESQ.
10 W ADAMS STREET, SUITE 300
JACKSONVILLE FL 32202

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385383-54<br>DUNCAN, SUSAN<br>7482 DEEPWOOD DR NORTH<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 400542-88<br>DUNN, MARY<br>C/O CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 387398-54<br>DUNSON, CLARA<br>PO BOX 609123<br>ORLANDO, FL 32810 |
| CREDITOR ID: 387398-54<br>DUNSON, CLARA<br>C/O MORGAN & MORGAN, PA<br>ATTN JAMES T LYNCH, ESQ.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 390887-55<br>DURAN, AMERICA<br>C/O THOMAS & PEARL, PA<br>ATTN CHARLES MANCUSO, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 392757-55<br>DURDEN, WILLIAM<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 400351-85<br>DUTAIR, CLAUDETE M<br>C/O  LINDA L SCHWICHTENBERG, PA<br>ATTN LINDA L SCHWICHTENBERG, ESQ<br>PO  BOX 1567<br>ORLANDO FL 32802 | CREDITOR ID: 391142-55<br>DYER-CORBIN, JUDY<br>C/ O PEPPER LAW OFFICE<br>ATTN JOSEPH T PEPPER, ESQ<br>401 WEST MAIN ST, SUITE 710<br>LOUISVILLE KY 40202-2928 | CREDITOR ID: 389588-54<br>DYESS, HOLLIS R<br>2042 NORTH DRIVE<br>BILOXI, MS 39531 |
| CREDITOR ID: 389588-54<br>DYESS, HOLLIS R<br>C/O PAGE MANNINO PERESICH ET AL<br>ATTN LYLE M PAGE<br>759 VIEUX MARCHE MALL<br>PO DRAWER 289<br>BILOXI MS 39533 | CREDITOR ID: 391164-55<br>EAGLIN, GLENDA<br>C/O FORD T HARDY, JR, ESQ<br>839 SAINT CHARLES AVENUE, SUITE 312<br>NEW ORLEANS LA 70130 | CREDITOR ID: 392505-55<br>EARDLEY, MARGO<br>C/O EPPS & NELSON<br>ATTN SAMANTHA NELSON, ESQ<br>230 W WHITNER STREET<br>PO BOX 2167<br>ANDERSON SC 29622 |
| CREDITOR ID: 410429-15<br>EDDINS, JUDY, SURVIVOR/DAUGHTER<br>OF CHRISTINE BASS (DECEASED)<br>C/O ROSELLI & ROSELLI<br>ATTN ROBERT M ROSELLI, ESQ<br>3471 N FEDERAL HWY, SUITE 600<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 407678-15<br>EDMONDS, TYLER (MINOR)<br>C/O ANDERSON & HOWELL, PA<br>ATTN ROBERT H ELLIS, ESQ<br>2029 N THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 406295-15<br>EDWARDS, ANITA BURNS<br>LESSER, LESSER, LANDY & SMITH PA<br>ATTN JOSHUA D FERRARO, ESQ<br>375 S COUNTRY ROAD, SUITE 220<br>PALM BEACH FL 33480 |
| CREDITOR ID: 390873-55<br>EDWARDS, AVAH RUTH<br>C/O LESSER LESSER LANDY & SMITH, PA<br>ATTN C REID BIERER, ESQ<br>375 S COUNTY ROAD, SUITE 220<br>PALM BEACH FL 33480 | CREDITOR ID: 394096-56<br>EDWARDS, BARBARA<br>PARHAM SMITH & DODSON, LLC<br>ATTN MACKENZIE G ARCHENHOLD, ESQ<br>501 RIVER STREET<br>SMITH BARNEY BUILDING, 2ND FLR<br>GREENVILLE SC 29602 | CREDITOR ID: 394096-56<br>EDWARDS, BARBARA<br>16 ROSEGARDEN STREET<br>TAYLORS, SC 29687 |
| CREDITOR ID: 392602-55<br>EDWARDS, BOBBIE<br>C/O IRBY LAW FIRM LLC<br>ATTN RUSSELL IRBY, ESQ<br>257 WEST BROAD STREET<br>PO BOX 910<br>EUFAULA AL 36072 | CREDITOR ID: 390979-55<br>EDWARDS, MILDRED<br>C/O PAPPAS RUSSELL, PA<br>ATTN GEORGE S PAPPAS, ESQ<br>213 SILVER BEACH AVENUE<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 410854-15<br>EDWARDS, PARTICIA AND VERNON<br>C/O THE COCHRAN FIRM<br>ATTN JAMES S ROBERTSON, III, ESQ<br>100 SE 2ND STREET, SUITE 3350<br>MIAMI FL 33131-2151 |
| CREDITOR ID: 393476-55<br>EDWARDS, TOUNGLA<br>C/O MORGAN & MORGAN, PA<br>ATTN W CLAY MITCHELL, JR, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 385833-54<br>EGGERS, LIBBY<br>PO BOX 67<br>ZIONVILLE, NC 28698 | CREDITOR ID: 410773-15<br>ELLIOTT, JOHNNIE<br>800 W VIRGINIA ST, APT 511<br>TALLAHASSEE FL 32304 |
| CREDITOR ID: 410773-15<br>ELLIOTT, JOHNNIE<br>C/O FONVIELLE LEWIS FOOTE & MESSER<br>ATTN STEPHEN L SPECTOR ESQ<br>3375-A CAPITAL CIRCLE, NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 399767-84<br>ELLIOTT, NANCY<br>LATOUR & ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 EAST LEMON STREET<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 399767-84<br>ELLIOTT, NANCY<br>3814 BOWEN STREET<br>NEW PORT RICHEY FL 34652 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 390685-55
ELLIS, DAZZNEE M
C/O DORAN SHELBY PETHEL & HUDSON PA
ATTN KATHRYN C SETZER, ESQ.
122 NORTH LEE STREET
PO BOX 4479
SALISBURY NC 28145-4479

CREDITOR ID: 389187-54
ELLIS, INEZ
5014 SW 21 STREET
HOLLYWOOD, FL 33023

CREDITOR ID: 389879-54
ELLIS, RONDY
C/O LEWIS, OWENS & MULHERIN
ATTN WILBUR D OWENS III, ESQ
PO BOX 13368
SAVANNAH GA 31416-3368

CREDITOR ID: 389879-54
ELLIS, RONDY
501 SOUTHWICK  STREET
JESUP, GA 31545

CREDITOR ID: 393277-55
EMBERY, JANNIE MAE
C/O LAW OFFICES OF EMIL JACZYNSKI
ATTN EMIL JACZYNSKI, ESQ
901 S FEDERAL HWY, SUITE 300
FORT LAUDERDALE FL 33316

CREDITOR ID: 248949-12
EMEKA I KWENTOH & THOMAS F TALTY
C/O DE RAMUS & TALTY
ATTN THOMAS T TALTY, ESQ
2015 FIRST AVENUE NORTH
BIRMINGHAM, AL 35203

CREDITOR ID: 277133-21
ENGLISH, MILDRED
C/O LAW OFFICES OF PATRICK P HUGHES
ATTN PATRICK P HUGHES ESQ
1000 QUINTARD AVENUE SUITE 303
PO BOX 2627
ANNISTON AL 36202

CREDITOR ID: 387222-54
ERAZO, MILAGROS
2312 FAIRWAY DRIVE
WEST PALM BEACH FL 33409

CREDITOR ID: 400220-15
ERBY, DENISE
C/O MORGAN & MORGAN, PA
ATTN WILLIAM R DANIEL, ESQ
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 392627-55
ERGLE, EDWARD O
C/O BURNSIDE WALL LLP
ATTN JAMES B WALL, ESQ
454 GREENE STREET
AUGUSTA GA 30901

CREDITOR ID: 391256-55
ESPINOSA, GLORIA
C/O CREWS & BODIFORD, PA
ATTN BRYAN W CREWS, ESQ
1137 EDGEWATER DRIVE
ORLANDO FL 32804

CREDITOR ID: 411123-15
ESPINOSA, MARIA V
C/O JOHN H RUIZ, PA
ATTN JOHN H RUIZ, ESQ
5050 NW 7TH STREET, SUITE 920
MIAMI FL 33126

CREDITOR ID: 393252-55
ESTER, LATRICIA & SCHOENFELD ET AL
C/O SCHOENFELD SCHOENFELD ET AL
ATTN R M SCHOENFELD, ESQ
810 UNION STREET, SUITE 324
NEW ORLEANS LA 70112

CREDITOR ID: 391227-55
EUBANKS, DEDRA
C/O  MURRAY LAW FIRM
ATTN DAMON A KIRIN, ESQ
LL&E TOWER, SUITE 2550
909 POYDRAS STREET
NEW ORLEANS LA 70112-4000

CREDITOR ID: 410366-15
EUBANKS, DELORES
C/O BOONE & DAVIS, PA
ATTN MICHAEL S DAVIS, ESQ
2311 N ANDREWS AVENUE
FORT LAUDERDALE FL 33311

CREDITOR ID: 393620-55
EUBANKS, NELLIE G
C/O WELT & RHEAUME, PA
ATTN JEFFREY WELT, ESQ
4770 HOLLYWOOD BLVD
HOLLYWOOD FL 33021

CREDITOR ID: 391207-55
EVANS, CAROL
C/O WILLIAM D GRIMLEY LTD
ATTN WILLIAM D GRIMLEY, ESQ
2051 SILVERSIDE DRIVE, SUITE 130
BATON ROUGE LA 70808

CREDITOR ID: 407513-93
EVANS, DARRYL
C/O MORGAN & MORGAN, PA
ATTN ADAM BRUM
101 E. KENNEDY BOULEVARD, STE 1790
TAMPA FL 33602

CREDITOR ID: 416045-L1
EVANS, NEDRA
8461 NW 6TH AVENUE
MIAMI FL 33150

CREDITOR ID: 392438-55
EVERETT, ALSHAIL
C/O FARAH & FARAH, PA
ATTN ROBERT POGACHNIK, ESQ
10 WEST ADAMS STREET, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 410389-15
EXELON CORP MEDICAL EXPENSE PLAN
C/O COGHLAN KUKANKOS COOK LLC
ATTN FRANK STEPNOWSKI, ESQ
55 W WACKER, SUITE 1210
CHICAGO IL 60601-1612

CREDITOR ID: 410389-15
EXELON CORP MEDICAL EXPENSE PLAN
AS SUBROGEE OF PEARL BONHAM
10 S DEARBORN
CHICAGO IL 60603

CREDITOR ID: 385659-15
FAIR, DAMEION (MINOR)
C/O ANTONIO L THOMAS ASSOCIATED
ATTN ANTONIO L THOMAS, ESQ
PO BOX 54867
ATLANTA GA 54867

CREDITOR ID: 385659-15
FAIR, DAMEION (MINOR)
47 HILLARD STREET, APT 328
ATLANTA, GA 30312

CREDITOR ID: 410831-15
FAIRCLOUGH, SHAUNTA (MINOR)
C/O BEVERLY FAIRCLOUGH, GUARDIAN
3501 SW 52 AVENUE, APT 103
HALLANDALE FL 33023

CREDITOR ID: 410831-15
FAIRCLOUGH, SHAUNTA (MINOR)
C/O LAW OFFICES OF DAVID A SNYDER
ATTN GARY E GARBIS, ESQ
2340 S DIXIE HIGHWAY
MIAMI FL 33133

CREDITOR ID: 407589-15
FALERO, ALBERT
C/O ED SMITH, PA
ATTN ED SMITH, ESQ
2699 LEE ROAD, SUITE 510
WINTER PARK FL 32789

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407589-15<br>FALERO, ALBERT<br>102 HUDSON LANE<br>ORLANDO FL 32751 | CREDITOR ID: 390959-55<br>FARRAR, LINDA<br>C/O BRENT E SOUTHERN LAW OFFICES<br>ATTN BRENT E SOUTHERN, ESQ<br>855 SOUTH PEAR ORCHARD RD, STE 502<br>RIDGELAND MS 39158 | CREDITOR ID: 388389-54<br>FEDALEN, WILLIAM<br>C/O FARAH & FARAH, PA<br>ATTN RANDALL RUTLEDGE, ESQ<br>10 W ADAMS STREET<br>JACKSONVILLE, FL 32202 |
| CREDITOR ID: 390556-55<br>FEIN, GAIL<br>C/O MARC A KAUFMAN & ASSOCS<br>ATTN MARC A KAUFMAN, ESQ<br>LAS OLAS CENTRE II, SUITE 970<br>350 EAST LAS OLAS BLVD<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 387315-54<br>FERGUSON, EULA<br>11125 NW 11TH ST<br>MIAMI, FL 33168 | CREDITOR ID: 410843-15<br>FERGUSON, GRACE R<br>C/O ITICOVICI, HARRY N<br>225 BARONNE STREET, SUITE 820<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 389539-54<br>FERGUSON, GRACE R<br>3443 ESPLANADE, APT 411<br>NEW ORLEANS, LA 70119 | CREDITOR ID: 411042-15<br>FERGUSON, KIZZIE<br>C/O LAW OFFICE OF BERNARD BUTTS, JR<br>ATTN BERNARD H BUTTS, JR, ESQ.<br>1790 W 49TH STREET, SUITE 210<br>HIALEAH FL 33012 | CREDITOR ID: 411042-15<br>FERGUSON, KIZZIE<br>20631 SW 118 AVENUE<br>MIAMI FL 33133 |
| CREDITOR ID: 411130-15<br>FERGUSON, LINDA<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E KENNEDY BLVD, STE 1790<br>TAMPA FL 33601-0707 | CREDITOR ID: 411247-15<br>FERNANDEZ, PETER<br>C/O PETERS MURDAUGH PARKER ET AL<br>ATTN MARK D BALL, ESQ<br>303 FIRST STREET EAST<br>PO BOX 457<br>HAMPTON SC 29924-0457 | CREDITOR ID: 393623-55<br>FERNANDEZ, YARA<br>C/O JOHN H RUIZ, PA LAW OFFICES<br>ATTN JOHN H RUIZ, ESQ<br>5040 NW 7 STREET, SUITE 920<br>MIAMI FL 33126 |
| CREDITOR ID: 392157-55<br>FERNANDEZ, YRMA<br>C/O SIMON SCHINDLER & SANDBERG, LLP<br>ATTN ANTHONY V FALZON, ESQ<br>2650 BISCAYNE BLVD<br>MIAMI FL 33137 | CREDITOR ID: 391195-55<br>FIALLEGA, LOURDES<br>C/O JULIO C MARTINEZ, JR, ESQ<br>903 NORTH MAIN STREET<br>KISSIMMEE FL 34744 | CREDITOR ID: 385387-54<br>FIGUERAO, KREISTEN<br>C/O STEVE S FARBMAN, PA<br>ATTN STEVE S FARBMAN, ESQ<br>2241 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 385387-54<br>FIGUERAO, KREISTEN<br>714 SE 3RD ROAD<br>DANIA, FL 33004 | CREDITOR ID: 416776-L1<br>FIGUEROA, JUAN<br>C/O BERMUDEZ HARALSON & TOME<br>ATTN JUAN CARLOS BERMUDEZ, ESQ<br>8300 NW 53RD STREET, SUITE 300<br>MIAMI FL 33166 | CREDITOR ID: 394153-56<br>FIGUEROA, ROMAN<br>C/O LABOURDETTE LAW FIRM, LLC<br>ATTN SCOT J LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 290<br>NEW ORLEANS, LA 70163 |
| CREDITOR ID: 392977-55<br>FILS, GERTRUDE<br>C/O FRIEDMAN, RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 276800-21<br>FINK, LISA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 385961-54<br>FIRVIDA, JULIA<br>C/O JULIO R MORE & ASSOCIATES, PA<br>ATTN JOSE J LARRAZ, ESQ<br>5005 EAST 8TH AVENUE<br>HIALEAH FL 33013 |
| CREDITOR ID: 385961-54<br>FIRVIDA, JULIA<br>8976 SW GRAND CANAL DRIVE<br>MIAMI, FL 33174 | CREDITOR ID: 407683-15<br>FISHER, JOAN<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 411021-15<br>FISHER, PAULINE B<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN BRENT JAMES<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 |
| CREDITOR ID: 393192-55<br>FITENI, ESTHER<br>C/O LAW OFFICES OF SABATO DEVITO<br>ATTN SABATO DEVITO, ESQ<br>5327 COMMERCIAL WAY, SUITE C-114<br>SPRING HILL FL 34606 | CREDITOR ID: 416996-15<br>FITZGERALD-MARHOLD, MAUREEN<br>C/O GRAYROBINSON, PA<br>ATTN J ANTHONY / S BIERNACKI, ESQS<br>201 N FRANKLIN STREET, SUITE 2200<br>TAMPA FL 33602 | CREDITOR ID: 386014-54<br>FLEMING, TERESA<br>803 64TH AVE<br>MERIDIAN, MS 39307 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 416260-QR
FLEMMINGS, OLIVIA H
C/O JOSEPH C. WHITELOCK, ESQ
3245 5TH AVENUE N
ST PETERSBURG FL 33713

CREDITOR ID: 389920-54
FLEMMINGS, OLIVIA H
2451 QUEBEO AVENUE SOUTH
SAINT PETERSBURG, FL 33701

CREDITOR ID: 416717-L1
FLOWERS, BARBARA
C/O NELSON LAW LLC
ATTN SANDRA LONG
25 S COURT STREET
MONTGOMERY AL 36104-3506

CREDITOR ID: 385933-54
FLOYD, CORA LEE
C/O NACHLAS LAW GROUP
ATTN REBECCA NACHLAS, ESQ.
1785 NE 123 STREET
NORTH MIAMI FL 33181

CREDITOR ID: 385933-54
FLOYD, CORA LEE
1454 NW 2ND AVE
FLORIDA CITY, FL 33034

CREDITOR ID: 385723-54
FLUGENCE, REGINA Z
1205 A CHESS BROUSSARD RD
BREAUX BRIDGE, LA 70517

CREDITOR ID: 385723-54
FLUGENCE, REGINA Z
C/O LAW OFFICE OF W GLENN SOILEAU
ATTN W GLENN SOILEAU, ESQ
1454 EAST BRIDGE STREET
PO BOX 344
BREAUX BRIDGE LA 70517

CREDITOR ID: 244854-12
FLUKER, CELIEA F
1312 13TH AVE NW
CHILDERSBURG AL 35044

CREDITOR ID: 393537-55
FOLKES, JACKUELYN MACK
C/O LAW OFFICE OF FRANKLIN KREUTZER
ATTN FRANKLIN KREUTZER, ESQ
3041 NW 7TH ST, SUITE 100
MIAMI FL 33125

CREDITOR ID: 389046-54
FOOTE, NANCY FINLEY
624 NORTH YOUNG ST
ORMOND BEACH, FL 32174

CREDITOR ID: 389046-54
FOOTE, NANCY FINLEY
C/O LAW OFFICE OF PAUL A BERNARDINI
ATTN PAUL A BERNARDINI, ESQ
PO BOX 2200
DAYTONA BEACH FL 32115-2200

CREDITOR ID: 390902-55
FORD, CHANELLE
C/O TRUSTY LAW FIRM
ATTN WILLIAM E TRUSTY, ESQ
PO BOX 921
BATESVILLE MS 38606

CREDITOR ID: 408430-15
FORD, TARI
4405 PECOS STREET
FORT WORTH TX 76119

CREDITOR ID: 390575-55
FOREHAND, CARL
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD, STE B
TALLAHASSEE FL 32308

CREDITOR ID: 394313-56
FORHOLT, JOSEPH (MINOR)
C/O SHELBY FORHOTT
5299 OLIVET DR
DADE CITY, FL 33523

CREDITOR ID: 393240-55
FOSTER, JOEANN
C/O N BROOK NUTTER, PA
ATTN N BROOK NUTTER, ESQ
610 WEST AZEELE STREET
TAMPA FL 33606

CREDITOR ID: 392250-55
FOX, SUZANNE
C/O LAW OFFICES OF CARL A SHORT II
ATTN CARL A SHORT II, ESQ
209-A MAIN STREET
PO BOX 463
MANCHESTER KY 40962-0463

CREDITOR ID: 390486-54
FRANCIS, DONALD J
213 CELINE STREET
CARENCRO, LA 70520

CREDITOR ID: 390486-54
FRANCIS, DONALD J
C/O KAY KARRE' GAUTREAUX LAW OFFICE
ATTN KAY KARRE' GAUTREAUX ESQ
405 WEST CONVENT STREET
LAFAYETTE LA 70501

CREDITOR ID: 394741-57
FRANCIS, ERSKINE
C/O CADE COLLINS & GOBERT
ATTN MILLARD D COLLINS, ESQ
2139 ELYSIAN FIELDS AVENUE
NEW ORLEANS LA 70117

CREDITOR ID: 392239-55
FRANCK, SUZETTE
C/OADAM BARON PA LAW OFFICES
ATTN ADAM BARON, ESQ/M MORO
633 NE 167 STREET, SUITE 703
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 392896-55
FRANKLIN, BETTY MAE
C/O DARREL D. RYLAND LAW OFFICE
ATTN DARREL D RYLAND/ W ELMER, ESQS
PO DRAWER 1469
MARKSVILLE LA 71351

CREDITOR ID: 392939-55
FRANKLIN, JOSEPHINE
C/O SIMPSON & SIMPSON
ATTN WILLIAM PAUL SIMPSON, ESQ
PO BOX 1017
AMITE LA 70422

CREDITOR ID: 385918-54
FRANKS, CHARLOTTE
2335 NW 16 COURT
FT LAUDERDALE, FL 33064

CREDITOR ID: 406144-15
FREEMAN, FANNIE
C/O CHIKOVSKY, BEN & SCHAFER
ATTN FRED CHIKOVSKY, ESQ
1720 HARRISON STREET, SUITE 7A
HOLLYWOOD FL 33020

CREDITOR ID: 391089-55
FRENCH, DONNA
C/O FARAH & FARAH, PA
ATTN  LLOYD S MANUKIAN, ESQ
10 WEST ADAMS ST, 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 407753-15
FRIDMAN, ELIZABETH (MINOR)
C/O BERNHEIM & DOLINSKY, PA
ATTN ROBERT DOLINSKY, ESQ
4000 HOLLYWOOD BLVD SOUTH, STE 525
HOLLYWOOD FL 33021

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407753-15<br>FRIDMAN, ELIZABETH (MINOR)<br>C/O LANA FRIDMAN, PARENT/GUARDIAN<br>11961 SW 20TH STREET<br>MIRAMAR FL 33025 | CREDITOR ID: 390896-55<br>GAILLARD, BEVERLY<br>C/O GILMORE & GILMORE<br>ATTN FREDERICK GILMORE, ESQ<br>116 COURT STREET<br>PO BOX 729<br>GROVE HILL AL 36451 | CREDITOR ID: 390558-55<br>GAINES, REBECCA<br>C/O SMITH VANTURE & KUVEIKIS, LLP<br>ATTN CHARLES E VANTURE, ESQ<br>232 E 5TH AVENUE<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 411252-15<br>GALINDEZ, RALPH D<br>12617 BIRCH BARK COURT<br>ORLANDO FL 32828 | CREDITOR ID: 390528-55<br>GALLO, LEDA<br>C/O SYFRETT & DYKES LAW OFFICES PA<br>ATTN R OR C SYFRETT, ESQS<br>311 MAGNOLIA AVE<br>PO BOX 1186<br>PANAMA CITY FL 32402-1186 | CREDITOR ID: 397977-76<br>GAMBLE, BRODERICK ET AL<br>2635 23RD STREET<br>TUSCALOOSA, AL 35401 |
| CREDITOR ID: 390797-55<br>GARCIA, DELIA<br>C/O LAW OFFICES OF BRIAN T SCHER<br>ATTN BRIAN T SCHER, ESQ<br>515 N FLAGLER DRIVE, SUITE 801<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 385985-54<br>GARCIA, HOPE<br>C/O LEEDS COLBY PARIS ET AL<br>ATTN JACK PARIS, ESQ<br>2400 S DIXIE HWY, SUITE 100<br>MIAMI, FL 33133 | CREDITOR ID: 416592-L1<br>GARCIA, JESUS<br>C/O SYLVIA M SIRVEN LAW OFFICES<br>ATTN SYLVIA M SIRVEN, ESQ<br>8360 WEST FLAGER STREET, SUITE 203A<br>MIAMI FL 33144 |
| CREDITOR ID: 416592-L1<br>GARCIA, JESUS<br>1034 BSW 123 PL<br>MIAMI FL 33184 | CREDITOR ID: 392761-55<br>GARCIA, MIRIAM<br>C/O JEROME WOLFSON, PA<br>ATTN JEROME H WOLFSON, ESQ<br>3399 SW 3RD AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 399442-15<br>GARCIOVIEDO, CONNIE<br>C/O STEVEN A FEINMAN LAW OFFICES<br>ATTN STEVEN A FEINMAN, ESQ<br>8530 STATE ROAD 84<br>DAVIE FL 33324 |
| CREDITOR ID: 394260-56<br>GARDNER, BARBARA<br>379 KIMZEY RD<br>HORSE SHOE, NC 28742 | CREDITOR ID: 391741-55<br>GARLAND, MARY<br>C/O ROBERT J FENSTERSHEIB, PA<br>ATTN ROBERT J FENSTERSHEIB, ESQ<br>520 W HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 | CREDITOR ID: 389056-54<br>GARZA, SAN JUANA<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 |
| CREDITOR ID: 390847-55<br>GASKINS, LINNETTE<br>C/O KELLER, KELLER & CARACUZZO PA<br>ATTN SCOTT KELLER, ESQ<br>224 DATURA STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 391003-55<br>GASPER, CHESTER J<br>C/O WILLIAMS, WILLIAMS & MONTGOMERY<br>ATTN L O'NEAL WILLIAMS, JR, ESQ<br>PO BOX 113<br>POPLARVILLE MS 39470 | CREDITOR ID: 390612-55<br>GASTIN, BENNETT<br>C/O CAMFIELD & SANTOMAURO<br>ATTN GRAY M CAMFIELD, ESQ<br>4951 BABCOCK STREET NE<br>SUITE 4<br>PALM BAY FL 32905 |
| CREDITOR ID: 385791-54<br>GAUDET, ENOS<br>M RICHARD SAPIR, PA<br>ATTN M RICHARD SAPIR, ESQ<br>712 US HIGHWAY ONE, SUITE 400<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 385791-54<br>GAUDET, ENOS<br>1720 N CONGRESS AVENUE, APT B408<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 385593-54<br>GAY, ANITA<br>3347 NORTH BROOKE LANE<br>TALLAHASSEE, FL 32309 |
| CREDITOR ID: 385593-54<br>GAY, ANITA<br>C/O SHERRY D WALKER, PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, SUITE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 400528-88<br>GENOVESE, BETTY<br>C/O MUMPHREY LAW FIRM, LLC<br>ATTN WAYNE B MUMPHREY, ESQ<br>PO BOX 90<br>CHALMETTE LA 70044-0090 | CREDITOR ID: 411083-15<br>GERMACK, KATHY<br>C/O T PATTON YOUNGBLOOD, JR PA<br>ATTN T P YOUNGBLOOD, JR, ESQ<br>106 S TAMPANIA AVE, STE 100<br>TAMPA FL 33609-3256 |
| CREDITOR ID: 393004-55<br>GEROME, LENA<br>C/O LAW OFFICES OF DAVID R HEIL PA<br>ATTN DAVID R HEIL, ESQ<br>2324 LEE RD<br>WINTER PARK FL 32789 | CREDITOR ID: 389573-54<br>GIANASSI, MARK<br>C/O MOULIS & ASSOCIATES PA<br>ATTN MIKE MOULIS, ESQ<br>1100 LEE WAGENER BLVD, SUITE 312<br>FORT LAUDERDALE FL 33315 | CREDITOR ID: 389573-54<br>GIANASSI, MARK<br>2201 MARINA BAY DRIVE, APT 201<br>FORT LAUDERDALE, FL 33312 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 407639-93
GIANNELLI, MARIA
C/O FINIZIO & FINIZIO, PA
ATTN JAMIE J FINIZIO-BASCOMBE, ESQ
106 SOUTHEAST 9TH ST
FORT LAUDERDALE FL 33316

CREDITOR ID: 389190-54
GILLIAM, CARMINA
C/O MARCUS M CORNELIUS & ASSOCIATES
ATTN JOHN CORRISS, ESQ
PO BOX 167
ST AUGUSTINE FL 32085

CREDITOR ID: 389190-54
GILLIAM, CARMINA
PO BOX 3343
SAINT AUGUSTINE, FL 32085

CREDITOR ID: 392508-55
GILMARTIN, ANDREW R
1975 IRONDALE ROAD
NORTH PORT FL 34287

CREDITOR ID: 391267-55
GILMORE, SADIE
C/O ROBERT SIMMS THOMPSON, PC
ATTN TIFFANY N JOHNSON, ESQ
308 NORTH ELM STREET
PO BOX 830780
TUSKEGEE AL 36083

CREDITOR ID: 392358-55
GINN, LINDA
C/O JAMES GLOBER, ESQ
2119 RIVERSIDE AVE, SUITE 200
JACKSONVILLE FL 32204

CREDITOR ID: 392891-55
GIPSON, CLARA
C/O LARRY R SASSER LLC
ATTN LARRY R SASSER, ESQ
7020 FAIN PARK DRIVE, SUITE 3
MONTGOMERY AL 36117

CREDITOR ID: 392862-55
GIRDZUS, JAMES JR
C/O BEASLEY, ALLEN, CROW, ET AL
ATTN KENDALL C DUNSON, ESQ
218 COMMERCE STRRET
PO BOX 4160
MONTGOMERY AL 36103-4160

CREDITOR ID: 392862-55
GIRDZUS, JAMES JR
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ
6817 SOUTHPORT PARKWAY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 390745-55
GITZ, LOURENA
C/O BIRDSALL LAW FIRM, INC
ATTN BENJAMIN J BIRDSALL, ESQ
918 POYDRAS STREET, 2ND FLR
NEW ORLEANS LA 70112

CREDITOR ID: 393427-55
GLOVER, CLAUDIA
C/O RICHARD W RENO, PA
ATTN RICHARD W RENO, ESQ
PO BOX 368
CRAWFORDVILLE FL 32326-0368

CREDITOR ID: 403477-93
GO, WAH HONG
C/O LAW OFFICES ANTHONY F SANCHEZ
ATTN ANTHONY F SANCHEZ, ESQ.
ALFRED I DUPONT BLDG
169 E FLAGLER STREET, SUITE 1500
MIAMI FL 33131

CREDITOR ID: 406077-93
GODWIN, PATRICIA
C/O KOLTUN & LAZAR, PA
ATTN SCOTT A LAZAR, ESQ
SUNSET INTERNATIONAL WEST
7000 SW 97TH AVE, STE 210
MIAMI FL 33173

CREDITOR ID: 385532-54
GOINS, FRANCES S
603 N OAKLAND ST
DALLAS, NC 28034

CREDITOR ID: 416057-L1
GOMEZ, MARINA
C/O PEDRO J FUENTES-CID LAW OFFICES
ATTN PEDRO J FUENTES-CID, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 391902-55
GONZALE, PAULINA
C/O JUAN LOPEZ PALMER, ESQ
1516 E HILLCREST ST STE 200
ORLANDO FL 32803

CREDITOR ID: 390546-55
GONZALES, MARIA
C/O GONZELEZ PORCHER GARCIA ET AL
ATTN ANDY M CUSTER, ESQ
2328 10TH AVENUE NORTH, SUITE 600
LAKE WORTH FL 33461

CREDITOR ID: 407792-15
GONZALEZ, CARMEN
C/O MARTINEZ MANGLARDI ET AL
ATTN JULIO C MARTINEZ, JR, ESQ
903 N MAIN STREET
KISSIMMEE FL 32828

CREDITOR ID: 390649-55
GONZALEZ, DIGNA
C/O NUELL & POLSKY
ATTN ROBERT POLSKY, ESQ
782 NW 42ND AVENUE, SUITE 345
MIAMI FL 33126

CREDITOR ID: 389139-54
GONZALEZ, DIGNORA
977 SW 7TH STREET, APT 2 REAR
MIAMI, FL 33130

CREDITOR ID: 416273-15
GONZALEZ, EMILIA
C/O SHAKED & BIONDO, PA
ATTN GARRETT BIONDO, ESQ.
200 SOUTHEAST 1ST STREET, SUITE 505
MIAMI FL 33131

CREDITOR ID: 135218-09
GOOCH, JEFFERY E
RT 1 BOX 62G
TUTWILER MS 38963

CREDITOR ID: 417073-15
GOODRICH, ALMA VICK
C/O DENNIS LEVINE & ASSOCIATES PA
ATTN DENNIS J LEVINE, ESQ
103 S BLVD
PO BOX 707
TAMPA FL 33601

CREDITOR ID: 390577-55
GORDON, TONETTE
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL STIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 416821-L1
GORNEY, RONALD JR
C/O LAW OFFICES OF ERIC S BLOCK, PA
ATTN ERIC S BLOCK, ESQ
6817 SOUTHPOINT PKWY, SUITE 2502
JACKSONVILLE FL 32216

CREDITOR ID: 389060-54
GRACE, ELONE
144 JEFFERSON DR
COLUMBUS, GA 31907

CREDITOR ID: 408332-15
GRACE, JAMES B
144 JEFFERSON DRIVE
COLUMBUS GA 31907

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 390715-55
GRADY, JAMES
C/O TANNEY ENO ET AL
ATTN TONY GRIFFITH, ESQ
29605 US 19 NORTH, SUITE 210
CLEARWAER FL 33761

CREDITOR ID: 410490-15
GRAHAM, AISHA
C/O GRAHAM WOODS PL
ATTN TOM WOODS, ESQ.
171 HOOD AVENUE, SUITE 21
TAVENIER FL 33070

CREDITOR ID: 390688-55
GRAHAM, JAN
C/O HINTON & POWELL
ATTN A JACK HINTON, ESQ
3340 PEACHTREE ROAD, NE
2800 TOWER PLACE
ATLANTA GA 30326

CREDITOR ID: 385825-54
GRAHAM, LISA
C/O SNYDER & GONZALEZ, PA
ATTN JULIO MUNOZ, ESQ
1558 NE 162ND STREET, SUITE A
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 385825-54
GRAHAM, LISA
1985 ALAMANDA DRIVE
NORTH MIAMI BEACH, FL 33181

CREDITOR ID: 393053-55
GRANADO, CHRISTIAN (MINOR)
C/O TACHER AND PROFETA, PA
ATTN MARIO TACHER, ESQ
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 392328-55
GRANADO, ROMINA P
C/O KLEMICK & GAMPEL, PA
ATTN  HERMAN KLEMICK, ESQ
1953 SW 27TH AVENUE
MIAMI FL 33145

CREDITOR ID: 385626-54
GRANT, ANTHONY
13400 SW 265TH TERRACE
HOMESTEAD FL 33032

CREDITOR ID: 393302-55
GRANT, KATRINA
C/O BOGIN, MUNNS & MUNNS
ATTN CYNTHIA M THOMAS, ESQ.
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 408223-15
GRANT, ROBIN
7569 JOHN F KENNEDY DRIVE W
JACKSONVILLE FL 32219

CREDITOR ID: 408223-15
GRANT, ROBIN
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 390952-55
GRAY, PRISCILLA
C/O MICHAEL A BETTS, ESQ
171 DEL ORLEANS AVE, STE B
DENHAM SPRINGS LA 70726

CREDITOR ID: 390794-55
GREEN, BRENDA
C/O MITCHELL BREWER RICHARDSON
ATTN CHARLES M BRITTAIN, ESQ
PO BOX 2917
FAYETTEVILLE NC 28302

CREDITOR ID: 394743-57
GREEN, DIAMOND (MINOR)
C/O JOSEPH M MAUS, PA
ATTN JOSEPH M MAUS, ESQ
750 E SAMPLE ROAD, SUITE 2-102
POMPANO BEACH FL 33064

CREDITOR ID: 393323-55
GREEN, JOYCE L
C/O BRENT C MILLER PA LAW OFFICE
ATTN BRENT C MILLER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32778

CREDITOR ID: 390497-55
GREEN, LARRY
C/O J DOYLE FULLER, PC
ATTN J DOYLE FULLER, ESQ
2851 ZELDA ROAD
MONTGOMERY AL 36106

CREDITOR ID: 411233-15
GREEN, PATRICE
182 KOEHLER COURT
MONTGOMERY AL 36054

CREDITOR ID: 411233-15
GREEN, PATRICE
C/O GUY RODNEY WILLIS & ASSOCIATES
ATTN GUY R WILLIS, ESQ
PO DRAWER 1227
MILLBROOK AL 36054

CREDITOR ID: 393631-55
GREEN, PAULA
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 390956-55
GREEN, PHYLISS
C/O NEUFELD KLEINBERG & PINKIERT
ATTN DAVID KLEINBERG, ESQ
2641 NE 207TH STREET
AVENTURA FL 33180

CREDITOR ID: 386182-54
GREEN, TOMEKIA
C/O JORGENSEN, ROMANELLO, ET AL
ATTN DANIEL J. ROMANELLO, ESQ
4455 CENTRAL AVENUE
ST PETERSBURG FL 33713

CREDITOR ID: 386182-54
GREEN, TOMEKIA
3754 18TH TERRACE SOUTH
SAINT PETERSBURG, FL 33711

CREDITOR ID: 416971-15
GREEN, WILLIE JEAN
416 SHARON ROAD
CANTON MS 39046

CREDITOR ID: 416971-15
GREEN, WILLIE JEAN
C/O CHARLES W WITT LAW OFFICES
ATTN CHARLES W WITT, ESQ
PO BOX 12343
JACKSON MS 39236-2343

CREDITOR ID: 393568-55
GREENALL, LYDIA
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN GEORGE C DOUGLAS, JR, ESQ
700 CENTURY PARK SOUTH, SUITE 223
BIRMINGHAM AL 35226

CREDITOR ID: 399639-15
GREENE, PHYLLIS
C/O DAVID KLEINBERG ESQ
2641 NE 207TH ST
AVENTURA FL 33180

CREDITOR ID: 385472-54
GREENHOUSE, EARL
C/O GREENHOUSE LAW OFFICE
ATTN NORRIS J GREENHOUSE, ESQ
213 N MAIN STREET
PO BOX 444
MARKSVILLE LA 71351

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 385472-54
GREENHOUSE, EARL
385 ANDRES STREET
MARKSVILLE, LA 71351

CREDITOR ID: 408220-15
GREENHOW, DONALD
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 408220-15
GREENHOW, DONALD
7221 MELVIN RD
JACKSONVILLE FL 32210

CREDITOR ID: 411288-15
GREGORY, BERTHA
C/O TOWNSEND LAW FIRM
ATTN: ZACK E TOWNSEND, ESQ
1351 AMELIA STREET NE
ORANGEBURG SC 29115

CREDITOR ID: 411288-15
GREGORY, BERTHA
1741 ST MATHHEWS ROAD
ORANGEBURG SC 29115

CREDITOR ID: 389890-54
GREGORY, JENNIE
GARFINKEL TRIAL GROUP
ATTN KAREN M MARCELL, ESQ
300 NORTH MAITLAND AVENUE
MAITLAND FL 32751

CREDITOR ID: 389890-54
GREGORY, JENNIE
1020 WINTERBERRY LANE
ORLANDO, FL 32811

CREDITOR ID: 391009-55
GRIER, COREY
C/O HARPER, WALDON & CRAIG
ATTN J BLAIR CRAIG, II, ESQ
900 CIRCLE 75 PARKWAY, STE 1040
ATLANTA GA 30339

CREDITOR ID: 393182-55
GRIFFIN, ALFRED
C/O JACOBS & SARRAT
ATTN DARLEEN M JACOBS, ESQ
823 ST LOUIS STREET
NEW ORLEANS LA 70112

CREDITOR ID: 392128-55
GRIFFIN, TAMARA
C/O  BRENT C MILLER PA LAW OFFICE
ATTN THOMAS D HIPPELHEUSER, ESQ.
205 EAST BURLEIGH BOULEVARD
TAVARES FL 32778

CREDITOR ID: 392902-55
GRIFFIN, WALTER
C/O M ZERLIN & R  LOUQUE, ESQS
123 E SEVENTH STREET
THIBODAUX LA 70301

CREDITOR ID: 393219-55
GRIFFITHS, ROSE MARIE
C/O VEREBAY & ASSOCS
ATTN LAYNE VEREBAY, ESQ
888 SE 3RD AVENUE, SUITE 400
FORT LAUDERDALE FL 33316

CREDITOR ID: 390906-55
GUINDAZOLA, ROBIN
C/O MCCURRY LAW FIRM
ATTN CAROL A MCCURRY, ESQ
1735 AUGUSTA ROAD
WEST COLUMBIA SC 29169

CREDITOR ID: 390814-55
GUISE, CATHERINE
C/O BYRD, GIBBS & MARTIN, PLLC
ATTN ISAAC BYRD JR, ESQ
PO BOX 19
JACKSON MS 39205

CREDITOR ID: 407715-15
GUNDERSON, HAROLD
C/O DENNIS LEVINE & ASSOCIATES, PA
ATTN DENNIS J LEVINE, ESQ
103 SO BOULEVARD
PO BOX 707
TAMPA FL 33601-0707

CREDITOR ID: 407715-15
GUNDERSON, HAROLD
C/O PHIL SLOTNICK, ESQ
9950 PRINCESS PALM AVENUE, STE 101
TAMPA FL 33619

CREDITOR ID: 400322-85
GUNDERSON, JENNIFER
C/O DENNIS LEVINE & ASSOCIATES, PA
ATTN DENNIS J LEVINE, ESQ
103 SO BOULEVARD
PO BOX 707
TAMPA FL 33601-0707

CREDITOR ID: 400322-85
GUNDERSON, JENNIFER
C/O PHILIP SLOTNICK, ESQ
9950 PRINCESS PALM AVE, STE 101
TAMPA FL 33619-8370

CREDITOR ID: 197357-09
GUNNELLS, RAYMOND A
21359 HIGHWAY 417
LETTSWORTH LA 70753

CREDITOR ID: 197357-09
GUNNELLS, RAYMOND A
C/O DAN M SCHEUERMANN LAW FIRM
ATTN TROY D JACKSON, ESQ
600 AMERICA STREET
BATON ROUGE LA 40802

CREDITOR ID: 400291-85
GUTIERREZ, MARTHA R
C/OMIGUEL MONTALVO, ESQ.
1312 NORTH 15TH ST, SUITE 2
IMMOKALEE FL 34142

CREDITOR ID: 391231-55
GUTIRREZ, JAEL
C/O ROSEN & CHALIK, PA
ATTN JASON CHALIK, ESQ
300 NORTHWEST 82ND AVE, SUITE 414
PLANTATION FL 33324

CREDITOR ID: 389916-54
GUZMAN, NANCY
C/O TODD E COPELAND & ASSOCIATES PA
ATTN PETE PLACENCIA, ESQ
1007 EMMETT STREET
KISSIMMEE FL 34741

CREDITOR ID: 389916-54
GUZMAN, NANCY
8129 WOODSWARD DRIVE
ORLANDO, FL 32817

CREDITOR ID: 391728-55
GUZZONE, CATHY
C/O ROSENBERG & ROSENBERG, PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD STE 110
HOLLYWOOD FL 33020-6631

CREDITOR ID: 416062-L1
HAAS, MARILYN J
C/O MORGAN & MORGAN, PA
ATTN BRIAN C VIGNESS, ESQ.
12800 INIVERSITY DRIVE, SUITE 600
PO BOX 9504
FT MYERS FL 33906-9504

CREDITOR ID: 390854-55
HADLEY, STEPHEN
C/O TODD E COPELAND & ASSOCIATES PA
ATTN TODD E COPELAND, ESQ.
338 NORTH MAGNOLIA AVENUE, SUITE B
ORLANDO FL 32801

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390854-55<br>HADLEY, STEPHEN<br>PO BOX 420177<br>KISSIMMEE FL 34741 | CREDITOR ID: 392918-55<br>HAGLER, AURLINDA<br>C/O LANING & LANING<br>ATTN PAUL LANING, ESQ<br>2100 FIRST AVENUE N, SUITE 400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 392185-55<br>HAIDAR, MOUNIR<br>C/O LUKS AND SANTANIELLO, LLC<br>ATTN DANIEL SANTANIELLO, ESQ<br>515 LAS OLAS BLVD<br>FT LAUDERDALE FL 33001 |
| CREDITOR ID: 393306-55<br>HAIR, LAURA<br>C/O ROSEN & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>300 NORTHWEST 82ND AVE, SUITE 414<br>PLANTATION FL 33324 | CREDITOR ID: 390856-55<br>HAJJ, GHAZI<br>C/O ELLIS & GED, PA<br>ATTN C GLEN GED, ESQ<br>7171 N FEDERAL HIGHWAY<br>BOCA RATON FL 33487 | CREDITOR ID: 407730-15<br>HALL, ANGELA<br>C/O DONALD L MAYEUX, PLC<br>ATTN DONALD L MAYEUX, ESQ<br>PO BOX 1460<br>EUNICE LA 70535 |
| CREDITOR ID: 385660-54<br>HALL, BARBARA<br>C/O JOSHUA D MEDVIN & ASSOCIATES<br>ATTN CULLEN J LANE, ESQ<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 | CREDITOR ID: 385660-54<br>HALL, BARBARA<br>741 E 7TH STREET<br>HIALEAH, FL 33010 | CREDITOR ID: 139465-09<br>HALL, DELORES<br>980 ORIENTHAL  BLVD<br>OPA LOCKA FL 33054 |
| CREDITOR ID: 139465-09<br>HALL, DELORES<br>C/O LAW OFFICE OF ROBERT J SLOTKIN<br>ATTN ROBERT J SLOTKIN, ESQ<br>2101 NORTH ANDREWS AVE, SUITE 400<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 415963-15<br>HALL, SMITH, PRIM & FREEMAN, PA<br>ATTN BENJAMIN J FREEMAN, ESQ<br>360 NORTH OATES STREET<br>DOTHAN AL 36303 | CREDITOR ID: 410367-15<br>HAMILTON, MARGARET<br>3053 SHENANDOAH DRIVE<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 410367-15<br>HAMILTON, MARGARET<br>C/O AZAR & AZAR, LLC<br>ATTN GEORGE B AZAR, ESQ<br>PO BOX 2028<br>MONTGOMERY AL 36102-2028 | CREDITOR ID: 392574-55<br>HAMILTON, NATALIE SCHAE<br>C/O MITCHELL J COOK, PA<br>ATTN MITCHELL J COOK, ESQ<br>3706 NORTH ROOSEVELT BLVD, STE I<br>KEY WEST FL 33040 | CREDITOR ID: 391938-55<br>HAMILTON, OLIVIA<br>C/O MARK A CASTO, PC<br>ATTN MARK A CASTO, ESQ<br>PO BOX 45<br>COLUMBUS GA 31902 |
| CREDITOR ID: 400341-85<br>HANCOCK, MARISSA<br>C/O PRUGH HOLLIDAY & KARATINOS, PL<br>ATTN TIMOTHY F PRUGH, ESQ<br>1009 WEST PLATT STREET<br>TAMPA FL 33606 | CREDITOR ID: 392245-55<br>HANEY, REX<br>C/O VINCE BRUNER AND ASSOCS<br>ATTN R THURSBY OR V BRUNER, ESQS<br>3201 W HIGHWAY 98<br>PANAMA CITY FL 32401 | CREDITOR ID: 391127-55<br>HARALSON, GWENDOLYN<br>C/O THOMAS & PEARL PA<br>ATTN BRIAN PEARL, ESQ<br>2404 NE 9TH STREET<br>FT LAUDERDALE FL 33304 |
| CREDITOR ID: 393044-55<br>HARDEN, ANNIE<br>C/O THE COCHRAN FIRM - MIAMI<br>ATTN JAMES S ROBERTSON, III, ESQ<br>100 SE SECOND ST, SUITE 3350<br>MIAMI FL 33131-2151 | CREDITOR ID: 391749-55<br>HARDY, BARBARA<br>C/O JAMES A JOHNSON, PC<br>ATTN JAMES A JOHNSON, ESQ.<br>21 NORTH FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 391281-55<br>HARMON, ANNA<br>C/O BARNES BARNES & COHEN, PA<br>ATTN CHALMERS BARNES, ESQ<br>2426-1 MAYPAT RD<br>JACKSONVILLE FL 32233 | CREDITOR ID: 391206-55<br>HARPER, SHARKEVEA<br>C/O COHEN & COHEN, PA<br>ATTN KEITH GOLDBLUM, ESQ<br>2525 NORTH STATE ROAD 7 (441)<br>HOLLYWOOD FL 33021-3206 | CREDITOR ID: 391191-55<br>HARPER, UTOPIA<br>C/O D HELFAND PA<br>ATTN DAVID A HELFAND, ESQ<br>ONE SE 3RD AVE, STE 2920<br>MIAMI FL 33131 |
| CREDITOR ID: 392241-55<br>HARRIS, ADRIANA<br>C/O DAVID J GLATTHORN, PA<br>ATTN DAVID J GLATTHORN, ESQ<br>506 A DATURA STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 391783-55<br>HARRIS, D-NEI T<br>C/O WILLIAM RUGGIERO LAW OFFICES<br>ATTN WILLIAM RUGGIERO<br>200 EAST BROWARD BLVD, SUITE 1100<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 400412-85<br>HARRIS, KATHLEEN<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN K BROWN/J S NOONEY, ESQS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion for an Order Modifying the Claims Resolution Procedure to (i) Increase the Aggregate Amount of Caseh Payments the Debtors Can Make to Settle De Minimis Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392739-55<br>HARRIS, MAKIA<br>C/O BOHANAN & BELT, PC<br>ATTN RALPH BOHANAN JR, ESQ<br>2151 HIGHLAND AVENUE, SUITE 310<br>BIRMINGHAM AL 35205 | CREDITOR ID: 407795-15<br>HARRIS, MARSHATTA<br>C/O JAY ROTHLEIN, ESQ<br>800 WEST AVENUE, SUITE C-1<br>MIAMI BEACH FL 33139 | CREDITOR ID: 391806-55<br>HARRIS, SACHIOUS<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 392550-55<br>HARRIS, SARITA<br>C/O DAVID M BENEFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 392592-55<br>HARRIS, SOPHIA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN MALKOWSKI, ESQ<br>5100 W KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 392549-55<br>HARRIS, SYLVIA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |
| CREDITOR ID: 390633-55<br>HARRISON, ROBIN<br>C/O PAPPAS & RUSSELL, PA<br>ATTN DAVID B RUSSELL, ESQ<br>213 SILVER BEACH AVE<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 393037-55<br>HARTLEY, SPARKAL D<br>C/O MORGAN & MORGAN, PA<br>ATTN HARRAN E UDELL, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 410711-15<br>HARVEY, CHELSEA<br>C/O SLATKIN & REYNOLDS, PA<br>ATTN JASON E SLATKIN, ESQ<br>ONE E BROWARD BLVD, STE 700<br>FL LAUDERDALE FL 33301 |
| CREDITOR ID: 385864-54<br>HAWKINS, JAMES R<br>190 CAMBRIDGE WAY<br>COVINGTON, GA 30016 | CREDITOR ID: 390118-54<br>HAYES, BARBARA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SCOTT ZIRKLE, ESQ<br>2601 TECHNOLOGY DRIVE<br>PO BOX 2807<br>ORLANDO, FL 32802-2807 | CREDITOR ID: 392958-55<br>HAYES, REBECCA<br>C/O JOHN T KENNEDY, PA<br>ATTN JOHN T KENNEDY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 |
| CREDITOR ID: 399844-84<br>HAYNES, ALFRED<br>3705 JUDY LYNN CT<br>COLLEGE PARK GA 30349 | CREDITOR ID: 385151-54<br>HAYNES, JULIE<br>PO BOX 821735<br>VICKSBURG MS 39182 | CREDITOR ID: 385151-54<br>HAYNES, JULIE<br>C/O VARNER PARKER & SESSUMS, PA<br>ATTN DAVID M SESSUMS, ESQ<br>1110 JACKSON STREET<br>PO BOX 1237<br>VICKSBURG MS 39181 |
| CREDITOR ID: 416788-L1<br>HAYNES, LYDIA<br>C/O ALEX & ASSOCIATES, INC<br>ATTN JOSLYN R ALEX, ESQ<br>PO BOX 126<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 390589-55<br>HAYSE, MARY J<br>C/O JON E LEWIS, ESQ<br>315 FRANK NELSON BUILDING<br>205 NORTH 20TH STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 393187-55<br>HAZELLIEF, THOMAS<br>C/O J BYRD JR & J LEWIS LAW OFFICE<br>ATTN JOSEPH W LEWIS, ESQ<br>211 WEST MAIN STREET<br>PO BOX 536<br>DOTHAN AL 36302 |
| CREDITOR ID: 391230-55<br>HEATH, BENICA<br>C/O BOLTON & GROSS<br>ATTN RICHARD A BOLTON, ESQ<br>801 NE 167TH ST,  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 390686-55<br>HEBERT, KATHRYN<br>C/O ANDRY & ANDRY<br>ATTN BRETT F WILLIE, ESQ<br>710 CARONDELET STREET<br>NEW ORLEANS LA 70130 | CREDITOR ID: 378307-15<br>HEBERT, MARLENE A & NOLAN<br>C/O GREENWALD LAW FIRM LLC<br>ATTN JOSEPH W GREENWALD JR, ESQ<br>401 MARKET STREET, SUITE 1200<br>SHREVEPORT LA 71101 |
| CREDITOR ID: 390978-55<br>HELMS, CHRISTINE<br>C/O THE OLIVE LAW FIRM, PA<br>ATTN LEE OLIVE, ESQ<br>200 QUEENS RD, SUITE 200<br>CHARLOTTE NC 28204 | CREDITOR ID: 391757-55<br>HEMBY, MERLE<br>C/O DAVID S VAN EVERY LAW OFFICES<br>ATTN DAVID S VAN EVERY, ESQ<br>PO BOX 761<br>COLUMBUS MS 39703 | CREDITOR ID: 390900-55<br>HENDERSON, JACKIE<br>C/O ARNOLD STAFFORD RANDOLPH ET AL<br>ATTN MALCOLM G SCHAEFER, ESQ<br>PO BOX 339<br>HINESVILLE GA 31310 |
| CREDITOR ID: 394778-57<br>HENDERSON, PAULINE<br>C/O DE LOACH & HOSTRA, PA<br>ATTN PAUL R CAVONIS, ESQ<br>8640 SEMINOLE BOULEVARD<br>PO BOX 3390<br>SEMINOLE FL 33775 | CREDITOR ID: 416709-L1<br>HENDRICKS, ALFREDA<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN LINA M LOPEZ, ESQ<br>4899 BELFORT ROAD, SUITE 160<br>JACKSONVILLE FL 32256 | CREDITOR ID: 393267-55<br>HENRY, SAMUEL D<br>C/O EARL M JOHNSON JR, ESQ<br>200 WEST FORSYTH STREET, SUITE 1401<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391034-55<br>HEREZI, CHEYENNE<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN  FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 | CREDITOR ID: 392965-55<br>HERNANDEZ, ANNA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SCOTT ZIRKLE, ESQ<br>2601 TECHNOLOGY DRIVE<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 392147-55<br>HERNANDEZ, BEATRIZ CASTILLO (MINOR)<br>C/O  MAGRO LAW FIRM, PA<br>ATTN JAMY MAGRO, ESQ<br>405 6TH STREET S, FL 2<br>ST PETERSBURG FL 33701-4434 |
| CREDITOR ID: 405900-93<br>HERNANDEZ, CHRISTINA<br>C/O BAKER & RECK<br>ATTN ROBERT F RECK JR, ESQ, STE 705<br>2500 E HALLANDALE BEACH BLVD<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 391825-55<br>HERNANDEZ, EULALIA<br>C/O LAW OFFICES OF MANUEL VEGA JR<br>ATTN MANUEL VEGA JR, ESQ<br>DOUGLAS CENTER, PENTHOUSE 10<br>2600 DOUGLAS ROAD<br>CORAL GABLES FL 33134 | CREDITOR ID: 390969-55<br>HERNANDEZ, KAREN S<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MICHAEL H  TRUAX, ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 392847-55<br>HERNANDEZ, LOURDES<br>C/O VASSALLO & BILOTTA, PA<br>ATTN JEFFREY M FRIEDMAN, ESQ<br>1630 S CONGRESS AVE STE 201<br>PALM SPRINGS FL 33461 | CREDITOR ID: 388959-54<br>HERNANDEZ, MAYRELIS<br>C/O MUSTELL & BORROW<br>ATTN BRETT L BORROW, ESQ<br>4100 NE 2ND AVENUE, SUITE 202<br>MIAMI FL 33137 | CREDITOR ID: 388959-54<br>HERNANDEZ, MAYRELIS<br>3231 SW 90TH AVENUE<br>MIAMI, FL 33165 |
| CREDITOR ID: 390961-55<br>HERNANDEZ, MILDRED<br>C/O DAVID R HEIL PA<br>ATTN DAVID R HEIL, ESQ<br>2324 LEE ROAD<br>WINTER PARK FL 32789 | CREDITOR ID: 390832-55<br>HERNANDEZ, ROXANA<br>C/O CARRILLO & CARRILLO, PA<br>ATTN JOSE CARRILLO, ESQ<br>3663 SW 8TH STREET, STE 214<br>MIAMI FL 33135 | CREDITOR ID: 391019-55<br>HERNANDEZ, RUBY<br>C/O ERNESTO S MEDINA ESQ<br>ATTN ERNESTO S MEDINA, ESQ<br>525 NW 27 AVENUE STE 100<br>MIAMI FL 33125 |
| CREDITOR ID: 391170-55<br>HERRERA, DULCE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410988-15<br>HERRERA, NOEMI<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO JR, ESQ.<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 277240-21<br>HICKS, OLENE<br>C/O JONES & JONES, PC<br>ATTN JOHN F JONES JR, ESQ<br>530 EAST THREE NOTCH STREET<br>PO BOX 1128<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 388047-54<br>HICKS, QUEEN<br>C/O OFFICE OF DONALD RAY COLEMAN JR<br>ATTN DONALD RAY COLEMAN JR, ESQ<br>400 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388047-54<br>HICKS, QUEEN<br>8179 GALAXIE DR<br>JACKSONVILLE, FL 32244 | CREDITOR ID: 393322-55<br>HICKS, THOMAS<br>C/O FARAH & FARAH PA<br>ATTN D SCOTT CRAIG, ESQ<br>10 WEST ADAMS ST 3RD FLR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 416988-15<br>HILL, CARLETHA T<br>2950 3RD AVENUE SOUTH<br>ST PETERSBURG FL 33712 | CREDITOR ID: 410759-14<br>HINES, JUDITH<br>C/O MARIO RUIZ DE LA TORRE, ESQ<br>PO BOX 381413<br>MIAMI FL 33238-1413 | CREDITOR ID: 403507-15<br>HINES, MOLLIE<br>C/O PATE LLOYD & COCHRUN LLP<br>ATTN KAREN FARLEY/GORDON PATE, ESQS<br>PO BOX 10448<br>BIRMINGHAM AL 35202-0448 |
| CREDITOR ID: 399438-15<br>HINKLE, KATHY<br>C/O JON E LEWIS, ESQ<br>315 FRANK NELSON BUILDING<br>205 NORTH 20TH STREET<br>BIRMINGHAM AL 35203 | CREDITOR ID: 392564-55<br>HIRD, DAVID<br>5080 SW 64 AVENUE, APT C-101<br>DAVIE FL 33314 | CREDITOR ID: 393544-55<br>HOBBS, LISA<br>C/O GRAHAM, MOLETTEIRE & TORPY, PA<br>ATTN KARLA T TORPY, ESQ<br>10 SUNTREE PLACE<br>MELBOURNE FL 32940 |
| CREDITOR ID: 410427-15<br>HOFFMAN, CATHY, SURVIVOR/DAUGHTER<br>OF CHRISTINE BASS (DECEASED)<br>C/O ROSELLI & ROSELLI<br>ATTN ROBERT M ROSELLI, ESQ<br>3471 N FEDERAL HWY, SUITE 600<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 385413-54<br>HOLLAND, CHANDLER (MINOR)<br>1209 ARMSTRONG CIRCLE<br>RALEIGH, NC 27610 | CREDITOR ID: 390921-55<br>HOLLEY, JULIUS<br>C/O LAW OFFICE OF FRANK D IPPOLITO<br>ATTN FRANK D IPPOLITO ESQ<br>700 WEST JUDGE PEREZ DRIVE #101<br>PO BOX 428 (70044)<br>CHALMETTE LA 70043 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391105-55<br>HOLMES, BERNADETTE MARIE<br>C/O ENOW AND ASSOCIATES<br>ATTN MICHAEL E ENOW<br>234 LOYOLA AVENUE, STE 1010<br>NEW ORLEANS LA 70112 | CREDITOR ID: 393046-55<br>HOLMES, DANA S<br>C/O COHN, PARKER & COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N UNIVERSITY DRIVE, SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 410884-15<br>HOLMES, SANDRA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ.<br>PO BOX 2807<br>ORLANDO FL 32802-2807 |
| CREDITOR ID: 392140-55<br>HOLT, PATTY<br>C/O JASON G BARNETT, PA<br>ATTN H A RODRIGUEZ/J BARNETT, ESQS<br>1132 SE 2ND AVENUE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 405972-15<br>HOLTON, SONYA DENISE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 399815-84<br>HONEYCUTT, JOSHUA<br>2314 KALISTI SALOON RD, APT A507<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 408362-15<br>HONEYCUTT, WILLIAM<br>3302 VERNON ROAD<br>ZACHARY LA 70791 | CREDITOR ID: 411275-15<br>HOOKFIN, KENNETH<br>C/O PPA LITIGATION GROUP LLC<br>ATTN STUART H SMITH, ESQ<br>365 CANAL STREET, SUITE 2850<br>NEW ORLEANS LA 70130 | CREDITOR ID: 393278-55<br>HORNE, GENE<br>C/O GOLDSTEIN, BUCKLEY, ET AL<br>ATTN B A ROTH/ A P MOLLE, ESQS<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 |
| CREDITOR ID: 391056-55<br>HORSFORD, SHIRLEY<br>C/O BOONE & DAVIS, ATTORNEY AT LAW<br>ATTN JASON A DEITCH, ESQ<br>2311 N. ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 390917-55<br>HORTON, CLARA, ESTATE OF<br>C/O ENGLISH, LUCAS, PRIEST & OWSLEY<br>ATTN ROBERT A YOUNG, ESQ<br>PO BOX 770<br>1101 COLLEGE STREET<br>BOWLING GREEN KY 42102-0770 | CREDITOR ID: 387175-54<br>HOUGH, CARNELL<br>C/O RICHARD A LAWRENCE, ESQ<br>PO BOX 4633<br>MONTGOMERY, AL 36103 |
| CREDITOR ID: 410496-15<br>HOUGH, TAYLOR<br>C/O RICHARD A LAWRENCE, ESQ<br>PO BOX 4633<br>MONTGOMERY AL 36103 | CREDITOR ID: 410978-15<br>HOUSTON, BARBARA<br>C/O GAUDIN & GAUDIN<br>ATTN PIERRE F GAUDIN, ESQ.<br>1088 4TH STREET<br>PO BOX 156<br>GRETNA LA 70054 | CREDITOR ID: 389080-54<br>HOWARD, BETTYE<br>3554 FAIRBURN PLACE<br>ATLANTA, GA 30331 |
| CREDITOR ID: 391047-55<br>HOWARD, DENISE<br>C/O JOSEPHS, JACK & MIRANDA, PA<br>ATTN  TODD ROSEN, ESQ<br>2950 SW 27TH AVE, STE 100<br>MIAMI FL 33133 | CREDITOR ID: 392488-55<br>HOWARD, LEVONNE<br>C/O CRAWLEY LAW OFFICES<br>ATTN MICHAEL CRAWLEY STEELE, ESQ<br>PO BOX 1695<br>KOSCIUSKO MS 39090 | CREDITOR ID: 391131-55<br>HOWZE, MELISSA<br>C/O MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 391832-55<br>HUDSON, CLEMMIE<br>C/O CAMINEZ, BROWN & HARDEE, PA<br>ATTN JON D CAMINEZ, ESQ<br>JEFFERSON SQUARE CENTER<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 408210-93<br>HUGHES, ALTHEA<br>7804 BRONZE LANE<br>PRINCE GEORGE VA 23875 | CREDITOR ID: 390747-55<br>HUGHES, JEAN<br>C/O KELAHER CONNELL & CONNOR PC<br>ATTN GENE M CONNELL JR, ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH SC 29587 |
| CREDITOR ID: 389934-54<br>HUGHES, RUTHIE GLOVER<br>PO BOX 90<br>BRADLEY, FL 33835 | CREDITOR ID: 417056-15<br>HUGHES, TERRI<br>C/O J CHRISTOPHER DEEM, PA<br>ATTN J CHRISTOPHER DEEM, ESQ<br>PO BOX 24248<br>TAMPA FL 33623 | CREDITOR ID: 391043-55<br>HUGHLEY, GABRIELE<br>C/O HOWARD B HERSKOWITZ, PA<br>ATTN HOWARD B HERSKOWITZ, ESQ<br>PO BOX 22010<br>FT LAUDERDALE FL 33335 |
| CREDITOR ID: 393249-55<br>HULME, JAMES<br>C/O BORDEN R HALLOWES, ESQ<br>95537 MACKINAS CIRCLE<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 403428-15<br>HUNT, BRANDON BY<br>TAMMY HUNT AS PARENT & GUARDIAN<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FLOOR<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 403426-15<br>HUNT, CHANLER BY<br>TAMMY HUNT AS PARENT & GUARDIAN<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FLOOR<br>WEST PALM BEACH FL 33401 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:     05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403427-15<br>HUNT, MICHAEL<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FLOOR<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 403429-15<br>HUNT, MICHAEL JR BY<br>TAMMY HUNT AS PARENT & GUARDIAN<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FLOOR<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 390908-55<br>HUNT, TAMMY<br>C/O LAW OFFICE OF DREW LOVELL, PA<br>ATTN DREW LOVELL, ESQ<br>625 N FLAGLER DRIVE, 9TH FL<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 390537-55<br>HUNTER, GIGI<br>C/O DESIREE E BANNASCH, PA<br>ATTN DESIREE E BANNASCH, ESQ<br>232 HILLCREST ST, STE B<br>ORLANDO FL 32801 | CREDITOR ID: 385867-54<br>HUNTER, TERESA<br>20158 NW 35TH AVENUE<br>OPA-LOCKA, FL 33056 | CREDITOR ID: 385867-54<br>HUNTER, TERESA<br>C/O RUBIN & RUBIN, PA<br>ATTN DEBRA E RUBIN, ESQ<br>11900 BISCAYNE BLVD, SUITE 502<br>NORTH MIAMI FL 33181 |
| CREDITOR ID: 391320-55<br>HUTCHINS, LASHAWN<br>C/O  THOMAS & PEARL, PA<br>ATTN BRIAN S PEARL, ESQ<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 407709-15<br>HUX, STACEY<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 410595-15<br>IBRAHIM, EKRAM & MAHER<br>8461 SPRINGTREE DRIVE, APT 208<br>SUNRISE FL 33351 |
| CREDITOR ID: 410595-15<br>IBRAHIM, EKRAM & MAHER<br>C/O STEVEN A GOLDSTEIN LAW OFFICE<br>ATTN STEVEN A GOLDSTEIN, ESQUIRE<br>1792 BELLTOWER LANE<br>WESTON FL 33326 | CREDITOR ID: 391893-55<br>IGLESIAS, MARTHA<br>C/O THEODORE Z DEUTSCH, PA<br>ATTN THEODORE Z DEUTSCH, ESQ<br>WESTLAND EXECUTIVE OFFICE PARK<br>1790 W 49TH STREET, SUITE 304<br>HIALEAH FL 33012 | CREDITOR ID: 391799-55<br>IRWIN, THOMAS<br>C/O MORGAN & MORGAN, PA<br>ATTN CLEMENT HYLAND, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802 |
| CREDITOR ID: 391897-55<br>ISHMAEL, DEBORAH<br>C/O BRENT C MILLER, PA<br>ATTN THOMAS D HIPPELHEUSER, ESQ<br>205 E BURLEIGH BLVD<br>TAVARES FL 32778 | CREDITOR ID: 390550-55<br>ISTIBAN, SUAD<br>C/O BRUMER & BRUMER, PA<br>ATTN MARC L BRUMMER, ESQ<br>1 SE 3RD AVE, SUITE 2900<br>MIAMI FL 33131 | CREDITOR ID: 390739-55<br>JABOT, DEBBIE<br>C/O JACK B NICHOLS LAW OFFICES<br>ATTN JACK NICHOLS, ESQ<br>801 N MAGNOLIA AVENUE, SUITE 414<br>ORLANDO FL 32803 |
| CREDITOR ID: 391860-55<br>JACKSON, GREGORY JR (MINOR)<br>C/O LAW OFFICES OF PAUL LEE<br>ATTN MATTHEW H LEE, ESQ<br>418 W ALFRED STREET, SUITE 7<br>TAVARNES FL 32778 | CREDITOR ID: 417316-B3<br>JACKSON, JAMES E III<br>C/O JO ANN JACKSON<br>610 MERMONT DR<br>TRUSSVILLE AL 35173 | CREDITOR ID: 411221-15<br>JACKSON, LARRY<br>C/O RAMON WALLS PALANCA JR, ESQ<br>3017 PIEDMONT RD NE, STE 100<br>ATLANTA GA 30305 |
| CREDITOR ID: 391891-55<br>JACKSON, TIFFANY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 394735-57<br>JACOBO, LINDA<br>C/O FARAH & FARAH, PA<br>ATTN D SCOTT CRAIG, ESQ<br>10 WEST ADAMS STREET, 3RD FLR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 408222-15<br>JACOBS, BETTY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 408222-15<br>JACOBS, BETTY<br>6847 ROHDE ISLAND DR, W<br>JACKSONVILLE FL 32209 | CREDITOR ID: 392244-55<br>JAEN, ANA ROSA<br>C/O ROBBINS & REYNOLDS, PA<br>ATTN MARC J REYNOLDS, ESQ<br>9200 SOUTH DADELAND BLVD, SUITE 614<br>MIAMI FL 33156 | CREDITOR ID: 391086-55<br>JAMES, DESIREE<br>C/O STEVEN STAVRAKIS, ESQ<br>29 N PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 391291-55<br>JAMES-SMITH, JULANDAS<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN A R LEIMBACH/ J S NOONEY, ESQS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 385316-54<br>JANITELLI, LOUIS<br>2130 NW 91ST WAY<br>SUNRISE, FL 33322 | CREDITOR ID: 392561-55<br>JARAMILLO, ANA<br>9037 W SUNRISE BLVD<br>PLANTATION FL 33322 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392561-55<br>JARAMILLO, ANA<br>C/O ANA M VELIZ PA LAW OFFICES<br>ATTN ANA M VELIZ, ESQ<br>PENTHOUSE 1120<br>999 PONCE DE LEON BLVD<br>CORAL GABLES FL 33134 | CREDITOR ID: 407554-15<br>JARAMILLO, EMILSE<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 411246-15<br>JARRELL, MARY<br>C/O PETERS MURDAUGH PARKER ET AL<br>ATTN MARK D BALL, ESQ<br>303 FIRST STREET EAST<br>PO BOX 457<br>HAMPTON SC 29924-0457 |
| CREDITOR ID: 390934-55<br>JASMIN, JOANN<br>C/O ERICKA SCHEXNAYDER BRIGNAC, LLC<br>ATTNERICKA SCHEXNAYDER BRIGNAC, ESQ<br>PO BOX 323<br>ST JAMES LA 70086 | CREDITOR ID: 416087-L1<br>JEAN, MELIA<br>C/O LEVINE BUSCH SCHNEPPER ET AL<br>ATTN SANFORD M REINSTEIN, ESQ.<br>9100 S DADELAND BLVD, STE 1010<br>MIAMI FL 33156 | CREDITOR ID: 388079-54<br>JEAN-LOUIS, SIMONE<br>515 NW 124TH STREET<br>MIAMI, FL 33168 |
| CREDITOR ID: 390654-55<br>JEANSONNE, BENAY L (MINOR)<br>C/O JERRY L LAVESPERE, JR, ESQ<br>1805 JACKSON STREET<br>ALEXANDRIA LA 71301 | CREDITOR ID: 393412-55<br>JEANSONNE, LEE M<br>C/O JERRY L LAVESPERE, JR, ESQ<br>1805 JACKSON ST.<br>ALEXANDRIA LA 71301 | CREDITOR ID: 410489-15<br>JEFFEREY, WANNA<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 |
| CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>C/O BARBARA G MASON LAW OFFICES<br>ATTN BARBARA G MASON, ESQ<br>535 HALIFAX STREET<br>PO BOX 1242<br>EMPORIA VA 23847 | CREDITOR ID: 389546-54<br>JEFFERS, VIRGIA<br>766 TAYLOR FERRY ROAD<br>BOYDTON, VA 23917 | CREDITOR ID: 385890-54<br>JENKINS, ANNETTE<br>1620 INVERNESS DRIVE<br>FAYETTEVILLE, NC 28304 |
| CREDITOR ID: 410872-15<br>JENKINS, DELIA<br>C/O RYWANT ALVAREZ, ET AL<br>ATTN GREGORY D JONES, ESQ<br>109 N BRUSH STREET, SUITE 500<br>PO BOX 3283<br>TAMPA FL 33602 | CREDITOR ID: 410872-15<br>JENKINS, DELIA<br>3561 GAINESVILLE ROAD<br>OCALA FL 34475 | CREDITOR ID: 390732-55<br>JENKINS, FREDRICKA (MINOR)<br>C/O PERSONAL INJURY LAW CENTER, PA<br>ATTN: TODD H SEIDEN, ESQ<br>4263 HENDERSON BLVD<br>TAMPA FL 33629 |
| CREDITOR ID: 390116-54<br>JENKINS, MARY G<br>1100 COWAN RD<br>GULFPORT, MS 39507 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>C/O HARRY M HAUSMAN LAW OFFICE<br>ATTN HARRY M HAUSMAN, ESQ<br>235 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 406170-15<br>JENSEN-POULIN, TAINALE<br>1401 NE 32ND PLACE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 400415-85<br>JEZINA, DOLORES<br>C/O GREGORY E MONALDI LAW OFFICES<br>ATTN JOSE A NEGRONI, ESQ<br>600 S PINE ISLAND ROAD, SUITE 203<br>PLANTATION FL 33324 | CREDITOR ID: 416542-L1<br>JIMENEZ, CONSUELO<br>415-1/2 NORTH CHICAGO STREET<br>LOS ANGELES CA 90033 | CREDITOR ID: 416542-L1<br>JIMENEZ, CONSUELO<br>C/O DARRIGO & DIAZ LAW OFFICES<br>ATTN EDUARDO JIMENEZ, ESQ<br>4503 N ARMENIA AVENUE, SUITE 101<br>TAMPA FL 33603 |
| CREDITOR ID: 417043-QR<br>JOHN E PARKER, ESQ<br>PO BOX 457<br>303 FIRST STREET EAST<br>HAMPTON SC 29924 | CREDITOR ID: 390922-55<br>JOHNS, DEBBIE<br>C/O FRANK DIGIACOMO, PA<br>ATTN FRANK DIGIACOMO, ESQ<br>2440 SE FEDERAL HWY, SUITE D<br>STUART FL 34994 | CREDITOR ID: 406034-15<br>JOHNSON, ARCHIE<br>C/O CAMINEZ BROWN & HARDEE, PA<br>ATTN JON D CAMINEZ<br>1307 S JEFFERSON STREET<br>MONTICELLO FL 32344 |
| CREDITOR ID: 390789-55<br>JOHNSON, AYANA (MINOR)<br>C/O RICHARD B TROUTMAN, PA<br>ATTN STEPHEN H MCNEI LL, ESQ<br>1101 N KENTUCKY AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 381928-15<br>JOHNSON, BETTY<br>C/O STULCE & YANTIS<br>ATTN ARNOLD A STULCE JR, ESQ<br>736 GEORGIA AVENUE SUITE 100<br>CHATTANOOGA TN 37402 | CREDITOR ID: 389042-54<br>JOHNSON, BETTY<br>C/O TUMARKIN & RUHL, PA<br>ATTN RICHARD RUHL ESQ<br>210 WOOD STREET<br>PONTA GORDA FL 33950 |

SERVICE LIST

**Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389042-54<br>JOHNSON, BETTY<br>21260 BRINSON AVE<br>PORT CHARLOTTE, FL 33952 | CREDITOR ID: 411245-15<br>JOHNSON, BRENDEN (MINOR) BY<br>AMANDA JOHNSON, GUARDIAN<br>C/O BRAUN & BRAUN LLP<br>ATTN RICHARD E BRAUN, ESQ<br>103 MEMORIAL DRIVE<br>HINESVILLE GA 31313 | CREDITOR ID: 411245-15<br>JOHNSON, BRENDEN (MINOR) BY<br>C/O HIDAY & RICKE, PA<br>ATTN JEFFREY R BECKER, ESQ.<br>PO BOX 550858<br>JACKSONVILLE FL 32255 |
| CREDITOR ID: 411258-15<br>JOHNSON, BRIANNA BY<br>JENNIFER JOHNSON, GUARDIAN<br>C/O KITTRELL & ROWAN, LLC<br>ATTN EDWARD P ROWAN, ESQ.<br>PO BOX 6505<br>MOBILE AL 36603 | CREDITOR ID: 399398-15<br>JOHNSON, CHRISTINE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 393314-55<br>JOHNSON, CLARA<br>C/O BRIMBERRY KAPLAN & BRIMBERRY PC<br>ATTN JAY BRIMBERRY, ESQ<br>PO BOX 1085<br>ALBANY GA 31702-1085 |
| CREDITOR ID: 394780-57<br>JOHNSON, EMMA A<br>C/O RODERICK T MORRIS LAW OFFICE<br>ATTN RODERICK T MORRIS, ESQ<br>8000 CROWDER BLVD, STE D-2<br>NEW ORLEANS LA 70127 | CREDITOR ID: 385980-54<br>JOHNSON, GLORY J<br>696 SW 5TH STREET, APT 3<br>BELLE GLADE, FL 33430 | CREDITOR ID: 393005-55<br>JOHNSON, JAMIE D<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 253014-12<br>JOHNSON, JERRY<br>807 E 120TH AVE, APT B<br>TAMPA FL 33612 | CREDITOR ID: 416928-15<br>JOHNSON, MICAH NICOLE (MINOR)<br>BY MICHELLE SUE JOHNSON, GUARDIAN<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ.<br>6817 SOUTHPOINT PKWY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 416927-15<br>JOHNSON, MICHELLE SUE<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ.<br>6817 SOUTHPOINT PKWY, SUITE 1302<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 392108-55<br>JOHNSON, MILLIE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416926-15<br>JOHNSON, SHAUN KEVIN<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ.<br>6817 SOUTHPOINT PKWY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 387322-54<br>JOHNSON, TAREAKA (MINOR)<br>C/O JOSHUA D MEDVIN & ASSOCIATES<br>ATTN CULLEN J LANE, ESQ<br>4112 AURORA STREET<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 387322-54<br>JOHNSON, TAREAKA (MINOR)<br>1380 NW 58TH TERRACE<br>MIAMI, FL 33142 | CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN BRENTON D ADAMS, ESQ.<br>119 LUCKNOW SQUARE<br>PO BOX 1389<br>DUNN NC 28335 | CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN BRENT ADAMS, ESQ.<br>4208 SIX FORKS ROAD, SUITE 360<br>RALEIGH NC 27609 |
| CREDITOR ID: 410774-15<br>JOHNSON-ADAMS, CHRISTINA<br>C/O HORROX & GLUGOVER, PA<br>ATTN JOSEPH M HORROX ESQ<br>1030 W INT'L SPDWY BLVD, SUITE 270<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 277356-21<br>JOHNSTON, PHYLLIS<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 390543-55<br>JONES, ALFREDA<br>C/O JOHN W CARROLL, PA<br>ATTN JOHN W CARROLL, ESQ.<br>11380 PROSPERITY FARMS RD, STE 216A<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 394102-56<br>JONES, ANDREA<br>C/O BALES WEINSTEIN, PA<br>ATTN MICHAEL C BLICKENSDERFER, ESQ<br>11300 FOURTH STREET NORTH, STE 117<br>ST PETERSBURG FL 33716 | CREDITOR ID: 394102-56<br>JONES, ANDREA<br>2826 15TH AVENUE S<br>SAINT PETERSBURG FL 33712 | CREDITOR ID: 416995-15<br>JONES, BETTY<br>C/O JOSEPH PACK, ESQ<br>135 SE 5TH AVENUE, SUITE 200<br>DELRAY BEACH FL 33483-4258 |
| CREDITOR ID: 275651-21<br>JONES, CHELSEY BY<br>C/O ALVENDIA & KELLY LLC<br>ATTN J B KELLY III/J DEMAREST<br>4431 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 275651-21<br>JONES, CHELSEY BY<br>MICHELLE WOOLRIDGE<br>4124 ANNUNCIATION STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 390740-55<br>JONES, DENISE<br>C/O KIEFER & KIEFER<br>ATTN KRIS P KIEFER, ESQ<br>2310 METAIRIE ROAD<br>METAIRIE LA 70001 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392938-55<br>JONES, DIANE<br>C/O THE BROWN LAW FIRM, PLC<br>ATTN THOMAS R BROWN, ESQ<br>6550 ST AUGUSTINE ROAD, SUITE 104<br>JACKSONVILLE FL 32217 | CREDITOR ID: 391101-55<br>JONES, ELICIA SHOWNTAY<br>C/O JACOBS & SARRAT<br>ATTN DARLENE JACOBS, ESQ<br>823 ST LOUIS STREET<br>NEW ORLEANS LA 70112 | CREDITOR ID: 416093-L1<br>JONES, ELIZABETH<br>C/O LAW OFFICE OF WOODBURN S WESLEY<br>ATTN WOODBURN S WESLEY, ESQ<br>88 NE EGLIN PARKWAY<br>FORT WALTON BEACH FL 32548 |
| CREDITOR ID: 408219-15<br>JONES, HERBERT<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408219-15<br>JONES, HERBERT<br>4821 TROUT RIVER BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 385926-54<br>JONES, JANET<br>910 DIVISION STREET<br>FERNANDINA BEACH, FL 32034 |
| CREDITOR ID: 410516-15<br>JONES, JOSEPH D JR<br>C/O HARRIS GUIDI ROSNER ET AL<br>ATTN ROBERT M HARRIS, ESQ<br>1837 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 393311-55<br>JONES, JUANITA T<br>C/O LAW OFFICE OF CRAIG GIBBS<br>ATTN RON LOFTIN, ESQ<br>1200 RIVERPLACE BLVD, SUITE 810<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410706-15<br>JONES, LORETTA<br>C/O DAVID W LANGLEY, PA<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, SUITE 204<br>PLANTATION FL 33324 |
| CREDITOR ID: 156316-09<br>JONES, MARIA F<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY B DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 156316-09<br>JONES, MARIA F<br>168 SUMERLIN RD<br>HIGHLAND HOME AL 36041-3908 | CREDITOR ID: 394759-57<br>JONES, MARY<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 393009-55<br>JONES, ROSA<br>C/O JEREMY E COHEN, ESQ<br>1471 TIMBERLANE RD, STE 124<br>TALLAHASSEE FL 32312 | CREDITOR ID: 392951-55<br>JORDAN, DAVID<br>C/O PENNINGTON & MARTINEZ<br>ATTN TIMOTHY J MARTINEZ, ESQ<br>4707 BLUEBONNET BLVD, SUITE A<br>BATON ROUGE LA 70809 | CREDITOR ID: 391312-55<br>JORDAN, DENISE<br>C/O LAW OFFICES OF JOHN W CONNESS<br>ATTN JOHN W CONNESS, ESQ<br>1735 E ATLANTIC BLVD<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 388497-54<br>JORDAN, MELODY<br>1853 TEMPLE TERRACE<br>MELBOURNE, FL 32935 | CREDITOR ID: 387253-54<br>JOSEPH, ELEANOR<br>C/O BILLINGS MORGAN ET AL<br>ATTN JOSEPH E BOATWRIGHT, ESQ<br>399 CAROLINA AVENUE, SUITE 100<br>WINTER PARK FL 32789 | CREDITOR ID: 387253-54<br>JOSEPH, ELEANOR<br>6020 W ROBINSON STREET<br>ORLANDO, FL 32825 |
| CREDITOR ID: 390931-55<br>JOSEPH, JASON<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 407421-15<br>JOSEPH, MARION<br>C/O WARREN A FORSTALLJR, PLC<br>ATTN WARREN A FORSTALL JR, ESQ<br>320 N CARROLLTON AVE, SUITE 200<br>NEW ORLEANS LA 70119 | CREDITOR ID: 407421-15<br>JOSEPH, MARION<br>2304 BIENVILLE STREET, APT A<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 410491-15<br>JOSEPH, MARY<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 | CREDITOR ID: 392584-55<br>JOSEPH, STELLA (MINOR)<br>C/OMCFARLANE & DOLAN LAW OFFICE<br>ATTN WILLIAM J MCFARLANE, ESQ<br>10394 WEST SAMPLE ROAD, SUITE 201<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 390918-55<br>JOSEPH-EL, ELLEN<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>200 E BROWARD BLVD, SUITE 100<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 390634-55<br>JUDD, JACQUELINE<br>C/O EATON & KEMP<br>ATTN ROBERT F KEMP, ESQ.<br>3626 NORTH HALL STREET, SUITE 704<br>DALLAS TX 75219 | CREDITOR ID: 390601-55<br>JULES-DESIR, CARINE<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 391805-55<br>JULIAN, MARIE LOPEZ<br>C/O FRANK D IPPOLITO LAW OFFICE<br>ATTN FRANK D IPPOLITO, ESQ<br>700 WEST JUDGE PEREZ DR, SUITE 101<br>PO BOX 428<br>CHALMETTE LA 70044-0428 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385415-54<br>KAPELKA, CHARLOTTE J<br>C/O HENRY L PERRY, PA<br>ATTN HENRY L PERRY, ESQ<br>2612 WEST 15TH STREET<br>PANAMA CITY FL 32401 | CREDITOR ID: 385415-54<br>KAPELKA, CHARLOTTE J<br>309 INLET RD<br>EUFAULA, AL 36027 | CREDITOR ID: 385620-54<br>KEEL, LORETTA<br>C/O BECKWITH LAW FIRM<br>ATTN BRIAN C BECKWITH ESQ<br>301 HUEY P LONG AVENUE<br>GRETNA LA 70053 |
| CREDITOR ID: 385620-54<br>KEEL, LORETTA<br>6029 BECKER<br>MARRERO, LA 70072 | CREDITOR ID: 390665-55<br>KEITH, JUNE<br>C/O MANUEL E GARCIA, PA<br>ATTN MANUEL E GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 399333-15<br>KELLEY, BESSIE<br>C/O PERRIN LANDRY DELAUNAY ET AL<br>ATTN SCOTT A DARTEZ, ESQ<br>PO BOX 53597<br>LAFAYETTE LA 70505 |
| CREDITOR ID: 399333-15<br>KELLEY, BESSIE<br>273 MONARCH DRIVE, APT G20<br>HOUMA LA 70364 | CREDITOR ID: 386170-54<br>KELLY, CHRISTAL<br>C/O FUNCHES & ASSOCIATES<br>ATTN EDWARD WIGGINS JR ESQ<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 | CREDITOR ID: 407500-15<br>KELLY, OLLIE<br>C/O MORGAN COLLING & GILBERT, PA<br>ATTN JOSEPH SHAUGHNESSY, ESQ<br>PO BOX 4979<br>20 N ORANGE AVE, 16TH FL<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 392213-55<br>KENNEDY, ALMA<br>C/O RONALD E SHOLES, PA<br>ATTN RONALD E SHOLES, ESQ<br>PO BOX 8690<br>JACKSONVILLE FL 32239 | CREDITOR ID: 410701-15<br>KENNEDY, DEBRA & JOHN<br>C/O FONVIELLE LEWIS FOOTE & MESSER<br>ATTN JOHN H FOOTE, ESQ<br>3375A CAPITAL CIRCLE NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 410701-15<br>KENNEDY, DEBRA & JOHN<br>184 NEWFOUND BLVD<br>BIG PINE KEY FL 33043 |
| CREDITOR ID: 393558-55<br>KENNEDY, MARY<br>C/O KAUFMAN, MILLER & SIVERTSEN<br>ATTN CRAIG D MILLER, ESQ<br>8215 ROSWELL ROAD, BLDG 800<br>ATLANTA GA 30350-6445 | CREDITOR ID: 389965-54<br>KENNEDY, RENEE<br>5 SUMMIT STREET<br>CARTERSVILLE, GA 30120 | CREDITOR ID: 391959-55<br>KEPLER, KRIS<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MARK A MATOVINA, ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 392258-55<br>KEPPLER, MYRTLE E<br>C/O JAMES N POWERS, PA<br>ATTN STEVEN E EARLE, ESQ<br>120 E ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 391804-55<br>KESSLER, INA<br>C/O VARNER PARKER & SESSUMS, PA<br>ATTN DAVID M SESSUMS, ESQ<br>PO BOX 1237<br>VICKSBURG MS 39181 | CREDITOR ID: 391014-55<br>KEY, BRUCE<br>C/O GARY O BRUCE, PC<br>ATTN GARY O BRUCE, ESQ<br>912 SECOND AVENUE<br>COLUMBUS GA 31901 |
| CREDITOR ID: 393307-55<br>KHABEER, MUSHEERAH<br>C/O BOLTON & GROSS<br>ATTN MITCHELL GROSS, ESQ<br>801 NE 167TH ST  2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 390563-55<br>KHAN, ZORINA<br>C/O SILVERSTEIN, SILVERSTEIN ET AL<br>ATTN DARRYN L SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 385290-54<br>KHANI, VERONA<br>5860 SW 63RD AVE<br>MIAMI, FL 33143 |
| CREDITOR ID: 385290-54<br>KHANI, VERONA<br>C/O H C PALMER, III, LAW OFFICE<br>ATTN H C PALMER, III, ESQ<br>147 ALHAMBRA CIRCLE, SUITE 210<br>CORAL GABLES FL 33134 | CREDITOR ID: 416097-L1<br>KIDD, NORMA<br>C/O LEHRMAN & LEHRMAN, PA<br>ATTN SETH LEHRMAN, ESQ<br>1801 NORTH PINE ISLAND RD, STE 103<br>PLANTATION FL 33322 | CREDITOR ID: 390734-55<br>KINDINIS, ANNA<br>C/O NIKKI KAVOUKLIS, ESQ<br>114 SOUTH PINELLAS AVE<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 391179-55<br>KING, ANNETTE<br>C/O CHRISTOPHER P JANES, PA<br>ATTN CHRISTOPHER P JANES, ESQ<br>1015 NORTH 12TH AVENUE<br>PENSACOLA FL 32501 | CREDITOR ID: 391886-55<br>KING, BEVERLY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 390957-55<br>KING, JULIE<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 |

SERVICE LIST

Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391211-55<br>KING, ROBERT<br>C/O MICHAEL J BEDNARIK LAW OFFICES<br>ATTN MICHAEL J BEDNARIK, ESQ<br>2004 PARK DRIVE<br>CHARLOTTE NC 28204 | CREDITOR ID: 392942-55<br>KIRBY, CINDY<br>C/O FARAH & FARAH, PA<br>ATTN STEPHEN A LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32073 | CREDITOR ID: 159979-09<br>KIRBY, CONNIE S<br>C/O HOGAN & HOGAN<br>ATTN THOMAS J HOGAN JR, ESQ<br>PO BOX 1274<br>HAMMOND LA 70404 |
| CREDITOR ID: 159979-09<br>KIRBY, CONNIE S<br>PO BOX 1436<br>PONCHATOULA LA 70454 | CREDITOR ID: 386155-54<br>KIRKLAND, BERNELL<br>C/O VANSANT & CORRIERE, LLC<br>ATTN ALFRED N CORRIERE, ESQ<br>PO BOX 347<br>ALBANY GA 31702-0347 | CREDITOR ID: 390483-54<br>KLEIN, ELEANOR R<br>5980 SHORE BLVD S, APT 810<br>GULFPORT FL 33710 |
| CREDITOR ID: 392943-55<br>KLEINZ, ERIC W<br>C/O STEINBERG & LINN, PA<br>ATTN DAVID R LINN, ESQ<br>1777 TAMIAMI TRAIL, STE 103<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 385524-54<br>KLINE, KARL<br>C/O GLENN ARMENTOR LAW CORPORATION<br>ATTN HARRY K BURDETTE, ESQ.<br>300 STEWART STREET<br>LAFAYETTE LA 70501 | CREDITOR ID: 385524-54<br>KLINE, KARL<br>112 CLAUSE LANE<br>LAFAYETTE, LA 70507 |
| CREDITOR ID: 399769-84<br>KNABB, JOAN<br>C/O DENNIS L FINCH, PA<br>ATTN DENNIS L FINCH, ESQ<br>307 NE 36TH AVENUE, SUITE 2<br>OCALA FL 34470 | CREDITOR ID: 399769-84<br>KNABB, JOAN<br>50 SOUTH BOWARD ROAD<br>LECANTO FL 34461 | CREDITOR ID: 392975-55<br>KOLBJONSEN, GUYLAINE<br>C/O JAIME E SUAREZ, PA<br>ATTN JAIME E SUAREZ, ESQ<br>351 NW LE JEUNE ROAD, STE 201<br>MIAMI FL 33126 |
| CREDITOR ID: 391289-55<br>KREBS, KELLY M<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN WANDA W RADCLIFFE, ESQ.<br>PO BOX 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 408421-15<br>KREBS, THOMAS<br>C/O EMMANUEL SHEPPARD & CONDON<br>ATTN WANDA W RADCLIFFE, ESQ.<br>PO BOX 1271<br>PENSACOLA FL 32591-1271 | CREDITOR ID: 393539-55<br>KROEPLIN, MARION<br>C/O DIECIDUE LAW FIRM<br>ATTN JENNIFER B DIECIDUE, ESQ<br>1275 KASS CIRCLE<br>SPRINGHILL FL 34606 |
| CREDITOR ID: 393541-55<br>KUNDTZ, TERRI<br>C/O SMITH, FEDDELER, SMITH & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO DRAWER 1089<br>LAKELAND FL 33802-1089 | CREDITOR ID: 400384-85<br>KUYKENDALE, DALE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 389697-54<br>KUZMESKI, PAUL W<br>C/O MORGAN & MORGAN, PA<br>ATTN JAMES T LYNCH, ESQ.<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 389697-54<br>KUZMESKI, PAUL W<br>C/O JAMES T LYNCH<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 411422-15<br>LACROIX, BRIGITTE<br>1480 SW 11TH WAY #201<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 406268-15<br>LAFONTAINE, GENEVIEVE<br>C/O LABOUDETTE LAW FIRM, LLC<br>ATTN SCOT J LABOURDETTE, ESQ<br>1100 POYDRAS STREET, SUITE 2900<br>NEW ORLEANS LA 70163 |
| CREDITOR ID: 393329-55<br>LAGOS, JOSELA M<br>C/O SUAREZ & ASSOCIATES PA<br>ATTN JAIME SUAREZ<br>351 NW LEJUNE ROAD, STE 201<br>MIAMI FL 33126 | CREDITOR ID: 389098-54<br>LAITAILLE, KERREN<br>C/O MARC L SHAPIRO, PA<br>ATTN GARY A RALPH, ESQ<br>720 GOODLETTE ROAD NORTH, STE 304<br>NAPLES, FL 34102 | CREDITOR ID: 390889-55<br>LAMARTINA, JOSEPH WAYNE<br>C/O T A VAUGHAN/K C MAXWELL<br>CITY CENTRE BLDG, SUITE 500<br>205 EAST CENTRAL BLVD<br>ORLANDO FL 32801 |
| CREDITOR ID: 392817-55<br>LAMBETH, CARL<br>C/O MORGAN & MORGAN, PA<br>ATTN MICHAEL F SUTTON, ESQ<br>20 N ORANGE AVENUE, SUITE 1600<br>ORLANDO FL 32801 | CREDITOR ID: 395549-15<br>LANDRY, EDDIE<br>C/O L CLAYTON BURGESS LAW OFFICES<br>ATTN G SHELLY MATURIN II<br>PO DRAWER 5250<br>LAFAYETTE LA 70502 | CREDITOR ID: 385635-54<br>LANDRY, RAY JR<br>VINET & VINET<br>ATTN JOSEPH JOLISSAINT, ESQ<br>11817 BRICKSOME AVE, SUITE A<br>BATON ROUGE LA 70816 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385635-54<br>LANDRY, RAY JR<br>PO BOX 811<br>LIVONIA, LA 70755 | CREDITOR ID: 162298-09<br>LANDRY, SHIRLEY A<br>18954 VIGNES LAKE AVE<br>BATON ROUGE LA 70817 | CREDITOR ID: 393013-55<br>LANOUX, LYNETTE<br>C/O FARAH & FARAH, PA<br>ATTN DENORA A BUBEN, ESQ<br>10 WEST ADAMS STREET, 3RD FLR<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 392544-55<br>LAPORTE, ELIZABETH<br>C/O ATTORNEYS TRIAL GROUP<br>ATTN JULIO C MARTINEZ, JR, ESQ<br>903 N MAIN STREET<br>KISSIMMEE FL 34744 | CREDITOR ID: 391066-55<br>LARIOS, MILAGROS E<br>C/O EDWARD F DEVARONA, PA<br>ATTN EDWARD F DEVARONA, ESQ<br>2150 CORAL WAY, 4TH FLOOR<br>MIAMI FL 33145 | CREDITOR ID: 393417-55<br>LASONDE, SUSAN<br>1018 HAMILTON AVENUE<br>TARPAN SPRINGS FL 34689 |
| CREDITOR ID: 393417-55<br>LASONDE, SUSAN<br>C/O LAW OFFICES OF FRANCOISE HAASCH<br>ATTN FRANCOISE M HAASCH, ESQ<br>PO BOX 614<br>PALM HARBOR FL 34682 | CREDITOR ID: 410874-15<br>LATHAM, HARRY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410874-15<br>LATHAM, HARRY<br>1726 E BEAVER STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 393245-55<br>LAVINE, SHERRI<br>C/O OFFICES OF RICHARD R. KENNEDY<br>ATTN RICHARD R. KENNEDY, ESQ<br>PO BOX 3243<br>LAFAYETTE LA 70502-3243 | CREDITOR ID: 391235-55<br>LAWRENCE, HERDIE<br>C/O THE DAN-FODIO LAW GROUP, PC<br>ATTN MUSA DAN-FODIO, ESQ<br>900 NORTH HAIRSTON ROAD, SUITE A-1<br>STONE MOUNTAIN GA 30083-2857 | CREDITOR ID: 392265-55<br>LAWRENCE, LINDA<br>C/O MARK R MCCOLLEM, PA<br>ATTN MARK R MCCOLLEM, ESQ.<br>800 EAST BROWARD BLVD, SUITE 102<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 391661-55<br>LAWRENCE, VERNAL<br>C/O SLOOTSKY & GOLDSTEIN, PA<br>ATTN A SCOTT GOW, ESQ<br>2701  W OAKLAND PARK BLVD, STE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 391300-55<br>LAWSON, ARIALE D<br>C.O GEFEN & D'AMBROSIO<br>ATTN JOSEPH P D'AMBROSIO, ESQ<br>2255 GLADES RD, SUITE 236W<br>BOCA RATON FL 33431 | CREDITOR ID: 399839-84<br>LAX, CHARLENE<br>PO BOX 136<br>DELTA LA 71233 |
| CREDITOR ID: 390387-54<br>LE CLAIR, CHRISTINA M<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ.<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 390387-54<br>LE CLAIR, CHRISTINA M<br>5609 18TH AVE SOUTH<br>ORLANDO, FL 33707 | CREDITOR ID: 385865-54<br>LEAMON, LAJUNE<br>PO BOX 1396<br>DAPHNE, AL 36526 |
| CREDITOR ID: 385865-54<br>LEAMON, LAJUNE<br>C/O MALONEY STROHMEYER, LLP<br>ATTN DAVID J MALONEY, ESQ<br>601 CHURCH STREET<br>MOBILE AL 36602 | CREDITOR ID: 392470-55<br>LEBRON, ELIZABETH<br>C/O J JIMENEZ & ASSOCIATES, PA<br>ATTN JIM JIMENEZ, ESQ<br>9753 S ORANGE BLOSSOM TRL, STE 101<br>ORLANDO FL 32837 | CREDITOR ID: 389136-54<br>LEE, BETTY<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN JOHN B AGNETTI, ESQ<br>909 NORTH MIAMI BEACH BLVD, STE 201<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 385820-54<br>LEE, DANA E<br>44425 TRAYLORS RD<br>ROBERT, LA 70455 | CREDITOR ID: 393633-55<br>LEGAKIS, STELLA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN MALKOWSKI, ESQ<br>5100 W. KENNEDY BLVD, SUITE 100<br>TAMPA FL 33609 | CREDITOR ID: 392448-55<br>LEGRAND, ERICA M<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB ESQ<br>2090 PALM BEACH LAKES BLVD, STE 402<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 394746-57<br>LEGRAND, SARA K (MINOR)<br>C/O CRAIG GOLDENFARB, PA<br>ATTN CRAIG GOLDENFARB, ESQ<br>2090 PALM BEACH LAKES BLVD, STE 402<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 391098-55<br>LEGUR, GERMANY (MINOR)<br>WILLIAM W BRADY, PA<br>ATTN WILLIAM BRADY JR ESQ<br>3211 PONCE DE LEON BLVD, STE 200<br>CORAL GABLES FL 33134 | CREDITOR ID: 423062-15<br>LEISE, JOANN<br>C/O ZELMAN & HANLON, PA<br>ATTN SHARON M HANLON, ESQ<br>5633 NAPLES BLVD<br>NAPLES FL 34109 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417066-15<br>LENHART, HILTRUD<br>C/O ZHUKOVA LAW, LLC<br>ATTN DANA ZHUKOVA, ESQ<br>PO BOX 5310<br>NAVARRE FL 32566 | CREDITOR ID: 400313-85<br>LEON, NADIA<br>C/O FORD T HARDY, JR, ESQ<br>839 ST CHARLES AVENUE, SUITE 312<br>NEW ORLEANS LA 70130 | CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>C/O JOHN HAAS WEINSTEIN, APLC<br>ATTN TOM ST GERMAIN, ESQ<br>407 S UNION STREET<br>OPELOUSAS LA 70570 |
| CREDITOR ID: 385334-54<br>LESEMANN, JEFFREY<br>1314 BANK STREET<br>NEW IBERIA, LA 70560 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | CREDITOR ID: 411085-15<br>LESTINA, DARLENE<br>C/O T PATTON YOUNGBLOOD, JR PA<br>ATTN T P YOUNGBLOOD, JR, ESQ<br>106 S TAMPANIA AVE, SUITE 100<br>TAMPA FL 33609-3256 |
| CREDITOR ID: 389165-54<br>LEVISON, KIE-SHA<br>214 LINCOLN STREET<br>YAZOO CITY, MS 39194 | CREDITOR ID: 389165-54<br>LEVISON, KIE-SHA<br>C/O ALVA PAYTON TAYLOR LAW OFFICE<br>ATTN ALVA PAYTON TAYLOR, ESQ<br>PO BOX 268<br>YAZOO CITY MS 39194 | CREDITOR ID: 392466-55<br>LEVY, JUDITH<br>C/O SCHULER & HALVORSON, PA<br>ATTN JOSEPH GRAVES, ESQ<br>3333 20TH STREET<br>VERO BEACH FL 32960 |
| CREDITOR ID: 416752-L1<br>LEWIS, ESSIE MAE<br>C/O MCPHILLIPS SHINBAUM, LLP<br>ATTN KAREN S RODGERS, ESQ<br>516 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 392908-55<br>LEWIS, FRANCINE B<br>C/O THOMAS & PEARL, PA<br>ATTN B PEARL OR C MANCUSO, ESQS<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 394788-57<br>LEWIS, MARIA<br>ATTN JON CAMINEZ, ESQ<br>1307 SO JEFFERSON STREET<br>MONTICELLO FL 32344 |
| CREDITOR ID: 385749-54<br>LEWIS, ROBERT D<br>4096 KENWOOD DRIVE<br>HAMILTON, OH 45015 | CREDITOR ID: 391218-55<br>LEWIS, TIFFANY<br>C/O OFFICE OF HAROLD L EHRENBERG<br>ATTN HAROLD L EHRENBERG, ESQ<br>2113 VETERANS BLVD<br>METAIRIE LA 70002 | CREDITOR ID: 388544-54<br>LEWIS, TIJUANA<br>321 WESTBROOK RD<br>CARROLLTON, GA 30116 |
| CREDITOR ID: 388544-54<br>LEWIS, TIJUANA<br>C/O WARD LAW OFFICE<br>ATTN GRAYLIN WARD, ESQ.<br>27 EAST BROAD STREET<br>NEWNAN GA 30263 | CREDITOR ID: 393635-55<br>LEYVA, MARIA<br>C/O LANDAU & SEGAL, PA<br>ATTN MATHEW D  LANDAU, ESQ<br>2131 HOLLYWOOD BLVD, SUITE 503<br>HOLLYWOOD FL 33020 | CREDITOR ID: 386172-54<br>LIDDELL, DEMICHAEL (MINOR)<br>C/O FUNCHES & ASSOCIATES<br>ATTN EDWARD WIGGINS JR ESQ<br>1617 ROBINSON STREET<br>JACKSON, MS 39209 |
| CREDITOR ID: 400008-84<br>LITTLE, JAY<br>C/O LAWRENCE & ASSOCIATES PA<br>ATTN CHADWICK J LAWRENCE, ESQ<br>920 WEST EMMETT<br>KISSIMMEE FL 34741 | CREDITOR ID: 400008-84<br>LITTLE, JAY<br>1620 COLUMBIA ARMS CIRCLE<br>KISSIMMEE FL 34741 | CREDITOR ID: 391078-55<br>LITTLE, JIMMIE SR<br>C/O JOHN J PATINO PA LAW OFFICES<br>ATTN JOHN J PATINO, ESQ<br>PO BOX 720685<br>ORLANDO FL 32872 |
| CREDITOR ID: 391102-55<br>LLINAS, MARIA<br>C/O CYTRYN AND SANTANA, PA<br>ATTN J ERIK SANTANA, ESQ<br>8100 NORTH UNIVERSITY DR, SUITE 202<br>TAMARAC FL 33321 | CREDITOR ID: 392829-55<br>LODOLCE, JASON L<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB T COOK, ESQ<br>81990 OVERSEAS HIGHWAY, 3D FLOOR<br>ISLAMORADA FL 33036-0529 | CREDITOR ID: 416109-L1<br>LODTZ, ALICE (SUBROGEE)<br>C/O COGHLAN KUKANKOS COOK LLC<br>ATTN FRANK STEPNOWSKI, ESQ<br>55 W WACKER, SUITE 1210<br>CHICAGO IL 60601-1612 |
| CREDITOR ID: 416109-L1<br>LODTZ, ALICE (SUBROGEE)<br>406 DOUGLAS AVENUE<br>CRYSTAL LAKE IL 60014 | CREDITOR ID: 391865-55<br>LOHSE, JONATHAN (MINOR)<br>C/O BORDEN R HALLOWES LAW OFFICE<br>ATTN BORDEN R HALLOWES, ESQ<br>95537 MACKINAS CIRCLE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 410859-15<br>LOPEZ DE ARMAS, SANDRA<br>9701 FONTAINBLEAU BLVD, APT 201<br>MIAMI FL 33172 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

CREDITOR ID: 410859-15
LOPEZ DE ARMAS, SANDRA
C/O SARAH STEINBAUM, PA
ATTN SARAH STEINBAUM, ESQ
44 WEST FLAGLER STREET, STE 2175
MIAMI FL 33130

CREDITOR ID: 391889-55
LOPEZ, JUDITH
C/O KOLTUN & LAZAR
ATTN DENNIS A KOLTUN, ESQ
7000 SW 97TH AVENUE, SUITE 210
MIAMI FL 33173

CREDITOR ID: 408361-15
LOPEZ, KIMBERLY D
BY FRANK LOPEZ, GUARDIAN
C/O M A BASS, JR, ESQ
PO BOX 712
HAZLEHURST MS 39083

CREDITOR ID: 407686-15
LOPEZ, MANUEL
C/O SIMON & D'ALEMBERTE, RL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI FL 33131

CREDITOR ID: 410414-15
LOPEZ, NICOLAZA
C/O LAW OFFICE OF PETER N HILL
ATTN PETER N HILL, ESQ
1851 W COLONIAL DRIVE
ORLANDO FL 32804

CREDITOR ID: 390793-55
LOPEZ, ROSE
C/O JEFFREY M BYRD, PA
ATTN JEFFREY M BYRD, ESQ
2620 E ROBINSON STREET
ORLANDO FL 32803

CREDITOR ID: 392160-55
LOPEZ, SOL LUIS
C/O ALLAN S ZAMREN LAW OFFICES
ATTN ALLAN STEPHEN ZAMREN, ESQ
44 WEST FLAGLER STREET, SUITE 2225
MIAMI FL 33130

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
7218 WEST JUDGE PEREZ DRIVE
ARABI, LA 70032

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

CREDITOR ID: 391075-55
LOPRENA, RODNEY
C/O CREWS & BODIFORD, PA
ATTN BRYAN CREWS, ESQ
1137 EDGEWATER DRIVE
ORLANDO FL 32804

CREDITOR ID: 392978-55
LOTITO, CHRISTOPHER
C/O ROBERT E GLUCK, PA LAW OFFICES
ATTN ROBERT E GLUCK, ESQ
333 NW 70TH AVENUE, SUITE 103
PLANTATION FL 33317

CREDITOR ID: 411086-15
LOTT, RACHAEL, (MINOR) BY
KATHY FELDER, HER MOTHER
C/O T PATTON YOUNGBLOOD, JR PA
ATTN T P YOUNGBLOOD, ESQ
106 S TAMPANIA AVE, SUITE 100
TAMPA FL 33609 3256

CREDITOR ID: 407783-93
LOVELL, ERNESTINE
3133 VALLEYDALE DRIVE
ATLANTA GA 30311

CREDITOR ID: 411230-15
LOWRY, BRENDA
C/O CUSIMANO KEENER ROBERTS, ET AL
ATTN MICHAEL L ROBERTS, ESQ
153 SOUTH 9TH STREET
GADSDEN AL 35901

CREDITOR ID: 391914-55
LUCY, BETTY
C/O YORK, LEGG & MEADOR
ATTN J STEPHEN LEGG, ESQ
PO DRAWER 16207
MOBILE AL 36616

CREDITOR ID: 391015-55
LUTGENS, SARAH (MINOR)
C/O CARLA LUTGENS
PO BOX 14483
JACKSONVILLE FL 32238

CREDITOR ID: 391015-55
LUTGENS, SARAH (MINOR)
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 408369-15
LUX, DEJAH
C/O WOOTEN HONEYWELL ET AL
ATTN COUNCIL WOOTEN, JR, ESQ
236 SOUTH LUCERNE CIRCLE
ORLANDO FL 32801

CREDITOR ID: 400362-85
MACIAS, MARTA
C/O CARLOS M RIPPES LAW OFFICES
ATTN CARLOS M RIPPES, ESQ
24 EAST 5TH  STREET, SUITE 2E
HIALEAH FL 33010

CREDITOR ID: 408170-15
MACK, BRENDA
C/O KENNEDY LAW GROUP
ATTN JOHN D MALKOWSKI, ESQ
5100 WEST KENNEDY BLVD, STE 100
TAMPA FL 33609

CREDITOR ID: 269639-19
MACK, DON
C/O WILKINSON LAW FIRM PC
ATTN CYNTHIA WILKINSON, ESQ
SUITE 811
215 N RICHARD ARRINGTON BLVD.
BIRMINGHAM AL 35203

CREDITOR ID: 400405-85
MACK, SHADYIS
C/O BOGIN, MUNNS & MUNNS
ATTN CYNTHIA M THOMAS, ESQ
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 416507-L1
MAGEE, ANGELA
C/O PITTMAN GERMANY ROBERTS & WELSH
ATTN JOSEPH E ROBERTS, JR, ESQ.
PO BOX 22985
JACKSON MS 39225

CREDITOR ID: 416507-L1
MAGEE, ANGELA
C/O EUGENE C TULLOS LAW OFFICE
ATTN EUGENE C TULLOS, ESQ
PO BOX 74
RALEIGH MS 39153

CREDITOR ID: 390973-55
MAGER, GERALD
C/O WINSTON & CLARK, PA
ATTN BRADLEY WINSTON, ESQ
8211 W BROWARD BLVD, SUITE 420
PLANTATION FL 33324

CREDITOR ID: 391183-55
MAGISTRA, MARIA (MINOR)
C/O DEPENA & DEPENA, PA
ATTN FRANK E DEPENA, ESQ
1810 JACKSON STREET
FORT MYERS FL 33901

CREDITOR ID: 390883-55
MAHLE, SHELLY
C/O BAKER & ZIMMERMAN PA
ATTN ROBERT A ZIMMERMAN, ESQ.
6100 GLADES ROAD #301
BOCA RATON FL 33434

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　**CASE: 05-03817-3F1**

CREDITOR ID: 390965-55
MAIN, JAMES L
C/O MANUEL & THOMPSON
ATTN ZACHARY B TAYLOR, ESQ
PO BOX 1470
PANAMA CITY FL 32404

CREDITOR ID: 390672-55
MALDONADO, JOANN
C/O WILLIAM C RUGGIERO ATTY AT LAW
ATTN WILLIAM C RUGGIERO ESQ
200 E BROWARD BLVD #1100
FT LAUDERDALE FL 33301

CREDITOR ID: 393213-55
MALLOY, KATHLEEN
C/OTERRELL HOGAN ELLIS YEGELWEL, PA
ATTN PATRICIA DODSON, ESQ
233 EAST BAY STREET, SUITE 804
JACKSONVILLE FL 32202

CREDITOR ID: 400343-85
MALONE, JOANE
C/O DAVID A LIPTON, ESQ
THE GRANT BUILDING SUITE 400
44 BROAD STREET NW
ATLANTA GA 30303

CREDITOR ID: 390820-55
MALONE, PATRICIA B
C/O VALTEAU HARRIS KOENIG & MAYER
ATTN STEVEN M KOENIG, ESQ
1410 FIRST NBC BUILDING
210 BARONNE STREET, SUITE 1410
NEW ORLEANS LA 70112

CREDITOR ID: 399532-55
MALONE, RYAN
C/O VERNIS & BOWLING OF FL KEYS, PA
ATTN ROB T COOK, ESQ
81990 OVERSEAS HWY, 3RD FLOOR
ISLAMORADA FL 33036

CREDITOR ID: 390868-55
MANGANO, CATHERINE JUNE
C/O RUE & ZIFFRA, PA
ATTN DAVID SWEAT, ESQ
632 DUNLAWTON AVENUE
PORT ORANGE FL 32127-4384

CREDITOR ID: 397907-76
MANNING, LYNN
193 BRUCE ROAD
INMAN, SC 29349

CREDITOR ID: 391308-55
MANOS, PETER P
C/O MS MARLIN, PA
ATTN GARY R MARLIN, ESQ
250 CATALONIA AVENUE, SUITE 303
CORAL GABLES FL 33134

CREDITOR ID: 410593-15
MANSFIELD, TAMMY R
1970 EAST OSCEOLA PKWY
KISSIMMEE FL 34743

CREDITOR ID: 387872-54
MANZANARES, ALMA ROSA
C/O JOHN H RUIZ, PA
ATTN JOHN H RUIZ, ESQ
5040 NW 7TH STREET, SUITE 920
MIAMI, FL 33126

CREDITOR ID: 385703-54
MARRERO, LUCCIOLA
C/O NACHLAS LAW GROUP
ATTN REBECCA NACHLAS, ESQ.
1785 NE 123 STREET
NORTH MIAMI FL 33181

CREDITOR ID: 385703-54
MARRERO, LUCCIOLA
5972 SW 42ND TERRACE
MIAMI, FL 33155

CREDITOR ID: 416121-L1
MARSHALL, TRACEY
C/O STEPAKOFF LAWFIRM, P.A.
ATTN MICHAEL G STEPAKOFF, ESQ
8370 W HILLSBOROUGH AVE, SUITE 208
TAMPA FL 33615

CREDITOR ID: 416121-L1
MARSHALL, TRACEY
1122 69TH STREET
TAMPA FL 33619

CREDITOR ID: 416736-L1
MARTIN, CLINTON
C/O CHRISTMAS Y GREEN, PA
ATTN CHRISTMAS Y GREEN, ESQ
404 SELMA AVENUE
SELMA AL 36701

CREDITOR ID: 410504-15
MARTIN, DEBORAH
C/O BOGIN MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 410504-15
MARTIN, DEBORAH
4433 ST MARY LANE
ORLANDO FL 32813

CREDITOR ID: 390771-55
MARTIN, ESTELLE I & KHARYL
C/O LAW OFFICE OF LAWRENCE S ALLEN
ATTN LAWRENCE S ALLEN, ESQ
2121 PONCE DE LEON BLVD, SUITE 721
CORAL GABLES FL 33134

CREDITOR ID: 385296-54
MARTIN, EVELYN
C/O CROMER & CHIPMAN LAW OFFICES
ATTN SANDRA W CHIPMAN, ESQ
PO BOX 1202
ANDERSON, SC 29622-1202

CREDITOR ID: 394738-57
MARTIN, HAILLE SR
C/O NILES SALAS BOURQUE & FONTANA
ATTN LAWRENCE J CENTOLA, ESQ
909 POYDRAS STREET, 35TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 394738-57
MARTIN, HAILLE SR
1708 LINCOLN AVENUE
MARRERO LA 70072

CREDITOR ID: 279507-99
MARTINEZ, ANNA C
C/O KAPLAN & FREEDMAN PA
ATTN MATTHEW E KAPLAN, ESQ
9410 SOUTHWEST 77TH AVENUE
MIAMI FL 33156

CREDITOR ID: 390564-55
MARTINEZ, JORGELINA
C/O JESUS O CERVANTES, PA
ATTN JESUS O CERVANTES, ESQ
8550 W FLAGLER STREET, STE 120
MIAMI FL 33144

CREDITOR ID: 411073-15
MASSAKI, HANANE
C/O GARFINKEL TRIAL GROUP
ATTN ALAN B GARFINKEL, ESQ
300 N MAITLAND AVENUE
MAITLAND FL 32751

CREDITOR ID: 392187-55
MASSEY, QUIANN
C/O EDWIN M. SHORTY JR & ASSOCIATES
ATTN EDWIN M SHORTY JR, ESQ
4116 OLD GENTILLY ROAD, SUITE 101
NEW ORLEANS LA 70126

CREDITOR ID: 394176-56
MATHIECO, MARIE M
11852 SW 202 ST
MIAMI, FL 33177

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392614-55<br>MATHIS, PENNY<br>C/O FARAH FARAH & ABBOTT PA<br>ATTN K JENKINS &  L JEAN-BART, ESQS<br>1845 UNIVERSITY BLVD N<br>JACKSONVILLE FL 32211 | CREDITOR ID: 393482-55<br>MATTHEWS, LAURA F<br>C/O JACOBS & GOODMAN<br>ATTN DEAN A REED, ESQ<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 388030-54<br>MAURO, ALISSA J<br>1510 BARCELONA WAY<br>WESTON, FL 33327 |
| CREDITOR ID: 390655-55<br>MAURONER, MEGAN (MINOR)<br>C/O JOHNSON LAW FIRM, PLLC<br>ATTN R HAYES JOHNSON, JR, ESQ<br>1918 15TH ST<br>GULFPORT MS 39501 | CREDITOR ID: 391160-55<br>MAX, CONSTANCE J<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 387167-54<br>MAYERS, FAYE<br>C/O KEITH M MORRIS LAW OFFICE<br>ATTN KEITH M MORRIS, ESQ<br>581 E PARKER STREET<br>BAXLEY GA 31513 |
| CREDITOR ID: 387167-54<br>MAYERS, FAYE<br>470 SOUTH MAIN STREET<br>BAXLEY, GA 31513 | CREDITOR ID: 392222-55<br>MAYORGA, AMELIA<br>C/O VALESKA C CHACON, ESQ<br>1699 CORAL WAY, SUITE 315<br>MIAMI FL 33145 | CREDITOR ID: 391881-55<br>MAZO, NATALIA<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN MICHAEL K BREGMAN, ESQ<br>2501 HOLLYWOOD BLVD, STE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 400293-85<br>MAZQUIARAN, VILMA<br>C/O BERNARD H BUTTS JR, PA<br>ATTN BERNARD H BUTTS JR, ESQ<br>1790 WEST 49TH STREET<br>HIALEAH FL 33012 | CREDITOR ID: 406296-15<br>MAZZARELLA, LINDA<br>C/O LESSER LESSER LANDY & SMITH, PA<br>ATTN JOSHUA D FERRARO, ESQ<br>375 S COUNTRY ROAD, SUITE 220<br>PALM BEACH FL 33480 | CREDITOR ID: 391764-55<br>MCCAIN, ROBERT<br>C/O SMITH, FEDDELER, SMITH, & MILES<br>ATTN H G SMITH OR M G CAPRON, ESQS<br>PO BOX 1089<br>LAKELAND FL 33802 |
| CREDITOR ID: 394307-56<br>MCCANN, PEARLIE<br>HUDGINS LAW FIRM<br>ATTN DREW BEN HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 394307-56<br>MCCANN, PEARLIE<br>32305 BLANTON RD<br>DADE CITY FL 33525 | CREDITOR ID: 391842-55<br>MCCARTHY, BARBARA<br>C/O HELLER & HELLER, PA<br>ATTN WILLIAM A HELLER, ESQ<br>2929 N UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 408303-15<br>MCCRAY, EDDIE<br>C/O JEROME H WOLFSON, PA<br>ATTN JEROME WOLFSON, ESQ<br>3399 SW 3RD AVENUE<br>MIAMI FL 33145 | CREDITOR ID: 390702-55<br>MCCULLUM, NATHANIEL<br>C/O SILVERSTEIN, SILVERSTEIN ET AL<br>ATTN GREGG SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 390707-55<br>MCDANIEL, ESTATE OF LUMISHA<br>C/OMICHAEL W PATRICK LAW OFFICE<br>ATTN MICHAEL PATRICK, ESQ<br>PO BOX 16848<br>CHAPEL HILL NC 27516 |
| CREDITOR ID: 389019-54<br>MCDERMOTT, CATHERINE<br>9625C 15 BAY ST<br>NORFOLK, VA 23518 | CREDITOR ID: 391871-55<br>MCFADDEN, HERMAN A<br>C/O MORGAN & MORGAN PA<br>ATTN DONNY OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 391947-55<br>MCGOWAN, DOROTHY M<br>C/O CRAWLEY LAW OFFICES<br>ATTN MICHAEL CRAWLEY STEELE, ESQ<br>PO BOX 1695<br>KOSCIUSKO MS 39090 |
| CREDITOR ID: 407515-93<br>MCGRIFF, KAYDETTE<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E. KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 386063-54<br>MCGRIFF, YOLANDA<br>C/O GREENE & PHILLIPS LLC<br>ATTN WILL PHILLIPS, ESQ.<br>50 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 386063-54<br>MCGRIFF, YOLANDA<br>60 THOMPSON ST<br>ATMORE, AL 36502 |
| CREDITOR ID: 390743-55<br>MCKENNON, ELIZABETH<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>WACHOVIA CENTER, SUITE 100<br>200 E BROWARD BLVD<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 394752-57<br>MCKENZIE, THERESA<br>C/O CAZEAU LINTON BARNES, LLC<br>ATTN C LINTON BARNES, ESQ<br>168 SE FIRST STREET, SUITE 603<br>MIAMI FL 33131 | CREDITOR ID: 387111-54<br>MCKINNEY, CAROLYN<br>STAR ROUTE BOX 25<br>BELEFONTAINE, MS 39737 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392272-55<br>MCLEAN, MARION<br>C/O FARAH & FARAH, PA<br>ATTN BRUCE GARTNER, ESQ<br>10 WEST ADAMS ST, 3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 416818-L1<br>MCMILLAN, ROBBIE<br>C/O LAW OFFICE OF RONALD TANET<br>ATTN RONALD TANET, ESQ<br>1615 POYDRAS STREET, SUITE 850<br>NEW ORLEANS LA 70112 | CREDITOR ID: 391254-55<br>MCMILLION, JULIA<br>2371 NW 119TH STREET, APT 315<br>MIAMI FL 33167 |
| CREDITOR ID: 403334-83<br>MCNABB REHABILITATION SERVICES<br>ATTN STANFORD H MCNABB, PRES<br>105 INDEPENDENCE BLVD, SUITE 2<br>LAFAYETTE LA 70506 | CREDITOR ID: 175475-09<br>MCNALLY, ROSE MARIE C<br>82 RAEMOORE DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 407516-93<br>MCQUEEN, SAMMIE (SAVE-RITE)<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E. KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 |
| CREDITOR ID: 393425-55<br>MCZEAL, MARTHA<br>C/O SOTILE LAW FIRM, LLC<br>ATTN VINCENT J SOTILE JR, ESQ<br>38089 POST OFFICE ROAD, STE 13<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 411289-15<br>MEADOWS, AMBER<br>PO BOX 318<br>CHOCORUA NH 03817 | CREDITOR ID: 411289-15<br>MEADOWS, AMBER<br>C/O TERRY & PETERMAN, LLP<br>ATTN JODY D PETERMAN, ESQ<br>111 EAST ADAIR STREET<br>PO BOX 1185<br>VALDOSTA GA 31603-1185 |
| CREDITOR ID: 407801-15<br>MEANS, CANDIE<br>C/O LAW OFFICES OF FRANCOISE HAASCH<br>ATTN FRANCOISE M HAASCH, ESQ<br>PO BOX 614<br>PALM HARBOR FL 34682 | CREDITOR ID: 407801-15<br>MEANS, CANDIE<br>9628 CHEROKEE DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 391262-55<br>MEDINA, DANISLEIDYS<br>C/O ROBERT RUBENSTEIN, PA<br>ATTN E SHAPIRO/R RUBENSTEIN, ESQS<br>9350 S DIXIE HWY, SUITE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 390736-55<br>MEDLIN, JACKIE G<br>C/O HARRISON WHITE SMITH & COGGINS<br>ATTN THOMAS A KILLOREN JR, ESQ<br>178 WEST MAIN STREET<br>PO BOX 3547<br>SPARTANBURG SC 29304 | CREDITOR ID: 393468-55<br>MEEKS, DANIEL J<br>C/O GRADY C AYERS, ESQ.<br>120 E MARKS STREET, STE 200<br>ORLANDO FL 32803 | CREDITOR ID: 411122-15<br>MEJIAS-RAMOS, BLANCA M<br>C/O JUAN LOPEZ PALMER, ESQ<br>1516 E HILLCREST ST, SUITE 200<br>ORLANDO FL 32803 |
| CREDITOR ID: 408235-15<br>MELENDEZ, NANCY<br>C/O JOHN H RUIZ, PA<br>ATTN JOHN H RUIZ, ESQ<br>5140 NW 7TH STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 406078-93<br>MELTON, LOIS<br>C/O CHAMBERS LAW GROUP, PA<br>ATTN JOEY CHAMBERS, ESQ<br>520 4TH STREET NORTH<br>ST PETERSBURG FL 33701-2302 | CREDITOR ID: 417098-15<br>MENDOZA, MIRNA<br>C/O CORNEL D WILLIAMS, ESQ<br>1506 NE 162ND STREET<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 390549-55<br>MERCED, EVETTE & PABLO<br>C/O JACOBS & GOODMAN, PA<br>ATTN KEITH T HILL, ESQ<br>890 STATE ROAD 434 NORTH<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 393144-55<br>MERRIEX, BOBBIE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NORTHWEST SECOND AVENUE<br>GAINESVILLE FL 32601 | CREDITOR ID: 392294-55<br>MESA, AMELIA<br>C/O JOHN RUIZ, PA LAW OFFICES<br>5040 NW 7TH ST, STE 920<br>MIAMI FL 33126 |
| CREDITOR ID: 391931-55<br>MESEKE, JOANN<br>C/O SCHWARTZ ZWEBEN & SLINGBAUM LLP<br>ATTN GENE ZWEBEN, ESQ.<br>205 SW WINNACHEE DRIVE<br>STUART FL 34994 | CREDITOR ID: 394770-57<br>MEYER, PATRICIA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ\<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410436-15<br>MICHAELSON, LESLIE<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN GREGG A SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 |
| CREDITOR ID: 408239-15<br>MIGLIORE, TIMOTHY<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408239-15<br>MIGLIORE, TIMOTHY<br>2196 TREASURE PT RD<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 390759-55<br>MILES, KRISTELL<br>C/O MORGAN & MORGAN, PA<br>ATTN TODD K MINER, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400252-85<br>MILES, LOVELY (MINOR)<br>C/O SHANNON KEITH TURNER, PA<br>ATTN S KEITH TURNER, ESQ.<br>1500 EAST ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 400252-85<br>MILES, LOVELY (MINOR)<br>C/O KRISTELL MILES, GUARDIAN<br>3071 BAY LAUREL CIRCLE<br>KISSIMMEE FL 34744 | CREDITOR ID: 392474-55<br>MILLER, ANITA K<br>C/O JEFFREY W BENNITT & ASSOCS, LLC<br>ATTN JEFFREY W BENNITT, ESQ<br>4898 VALLEYDALE ROAD, SUITE A-3<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 392503-55<br>MILLER, BARBARA<br>C/O REESER, RODNITE & ZDRAVKO PA<br>ATTN MICHAEL S REESER, ESQ<br>248 PALM HARBOR BLVD, SUITE A<br>PALM HARBOR FL 34683 | CREDITOR ID: 390796-55<br>MILLER, CHARLENE & ROBERT<br>C/O RUTHERFORD MULHALL<br>ATTN GEORGE M BAKALAR, ESQ<br>FOUNTAIN SQUARE I, FOURTH FLR<br>2600 NORTH MILITARY TRAIL<br>BOCA RATON FL 33431 | CREDITOR ID: 385310-54<br>MILLER, ESTELLE LEE<br>6810 CREEKVIEW COURT<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 385310-54<br>MILLER, ESTELLE LEE<br>C/O MCFANN & BEAVERS, PA<br>ATTN TIMOTHY P BEAVERS, ESQ<br>110 SE 6TH STREET, SUITE 1900<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 392798-55<br>MILLER, PAULETTE<br>C/O CHENEY & CHENEY, PC<br>ATTN CURTIS V CHENEY JR, ESQ<br>130 S MAIN ST<br>PO BOX 1100<br>REIDSVILLE GA 30453-1100 | CREDITOR ID: 391846-55<br>MIMS, DORA<br>C/O ANDERSON & HOWELL, PA<br>ATTN ROBERT H ELLIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 392618-55<br>MINCIELI, LISA<br>C/O MITTLEBERG & NICOCIA<br>ATTN BARRY MITTLEBERG, ESQ<br>8100 N UNIVERSITY DRIVE, SUITE 102<br>FORT LAUDERDALE FL 33321 | CREDITOR ID: 394750-57<br>MINGO, WAREN<br>C/O BERNHEIM & DOLINSKY, PA<br>ATTN ROBERT M DOLINSKY, ESQ<br>4000 HOLLYWOOD BLVD SOUTH, STE 525<br>HOLLYWOOD FL 33021 | CREDITOR ID: 417065-93<br>MINOR, ROY<br>C/O RICHARD A. PENISTON & ASSOC.,PA<br>ATTN ADAM M.SEIFER, ESQ<br>1901 CENTRAL AVENUE<br>CHARLOTTE NC 28205 |
| CREDITOR ID: 417065-93<br>MINOR, ROY<br>3210 FALLSTON WACO ROAD<br>SHELBY NC 28150 | CREDITOR ID: 391199-55<br>MIRANDA, DIANA<br>C/O RONALD M SIMON, PA<br>ATTN R M SIMON/G L DALEMBERTE, ESQS<br>1001 BRICKELL BAY DR, STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 416136-L1<br>MIRTH, GAIL<br>2928 NW 64TH STREET<br>MIAMI FL 33147 |
| CREDITOR ID: 390501-55<br>MITCHELL, ELLA L<br>C/O KASSOR & PALUCH<br>ATTN ERIC H KASSOR, ESQ<br>3000 HIGHWOODS BLVD, SUITE 210<br>RALEIGH NC 27604-1028 | CREDITOR ID: 392887-55<br>MITCHELL, FANNIE<br>C/O CHRISTIAN & DAVIS<br>ATTN KELLY POPE KAROW, ESQ<br>1007 E WASHINGTON STREET<br>GREENVILLE SC 29601 | CREDITOR ID: 392752-55<br>MITCHELLE, LOUISE<br>C/O JEANETTE J SECOR, PA<br>ATTN JEANETTE J SECOR, ESQ<br>6474 FIRST AVE NORTH<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 399853-84<br>MIXON, LINDA<br>C/O GLYN J GODWIN, PLC<br>ATTN GLYN J GODWIN, ESQ.<br>10001 LAKE FOREST BLVD, SUITE 900<br>NEW ORLEANS LA 70127 | CREDITOR ID: 399853-84<br>MIXON, LINDA<br>2212 VALMAR ST<br>MERAUX LA 70075 | CREDITOR ID: 390891-55<br>MIZELL, HATTYE<br>LAW OFFICES OF SHAPIRO & ASSOCIATES<br>ATTN JEFFREY S SHAPIRO, ESQ<br>7805 SW 6TH CT (GATEHOUSE RD)<br>PLANTATION FL 33324 |
| CREDITOR ID: 411068-15<br>MIZELLE, MICHAEL<br>FARAH & FARAH, PA<br>ATTN DANIEL C SHAUGHNESSY, ESQ<br>4640 BLANDING BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 411068-15<br>MIZELLE, MICHAEL<br>72 HUTCHINSON ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 393056-55<br>MOBLEY, ELOUISE<br>C/O GARY WILLIAMS PARENTI ET AL<br>ATTN TANISHA N GARY, ESQ<br>WATERSIDE PROFESSIONAL BLDG<br>221 E OSCEOLA STREET<br>STUART FL 34994 |
| CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MYERS FL 33902-2366 | CREDITOR ID: 404033-15<br>MOHUNDRO, DOROTHA<br>334 S AMERS STREET<br>NORTH FT MYERS FL 33903 | CREDITOR ID: 387985-54<br>MOLINE, PHYLLIS & EMILE<br>C/O KIEFER & KIEFER<br>ATTN KRIS KIEFER ESQ<br>2310 METAIRIE ROAD<br>METAIRIE LA 70001 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 387985-54<br>MOLINE, PHYLLIS & EMILE<br>1822 FLOOD ST<br>NEW ORLEANS, LA 70117 | CREDITOR ID: 416568-L1<br>MONROE, EVERGREEN<br>C/O THE CANNON LAW FIRM<br>ATTN CRAIG J CANNON, ESQ<br>PO BOX 1986<br>OCALA FL 34478-1986 | CREDITOR ID: 416568-L1<br>MONROE, EVERGREEN<br>603 SE 15 DRIVE<br>GAINESVILLE FL 32641 |
| CREDITOR ID: 390846-55<br>MONROE, ROSE<br>C/O DONNA B MICHELSON, PA<br>ATTN DONNA B MICHELSON, ESQ<br>2937 SW 27TH AVENUE, SUITE 206<br>COCONUT GROVE FL 33133 | CREDITOR ID: 390916-55<br>MONTALVAN, VERONICA<br>C/O BURGOS & EVANS, LLC<br>ATTN ROBERT B EVANS, III, ESQ<br>3632 CANAL STREET<br>NEW ORLEANS LA 70119-6135 | CREDITOR ID: 385827-54<br>MONTALVO, CARLOTA<br>17033 MORGAN DRIVE<br>NAPLES, FL 34113 |
| CREDITOR ID: 410693-15<br>MONTANEZ, AMELIA<br>C/O EVAN M FELDMAN LAW OFFICES<br>ATTN EVAN M FELDMAN, ESQ<br>5975 SUNSET DRIVE, STE 601<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 385545-54<br>MONTGOMERY, ELIZABETH<br>C/O GENE BARTON LAW OFFICE<br>ATTN GENE BARTON, ESQ<br>WASHINGTON STREET<br>PO BOX 455<br>PONTOTOC MS 38863 | CREDITOR ID: 385545-54<br>MONTGOMERY, ELIZABETH<br>242 WEST 8TH ST<br>PONTOTOC, MS 38863 |
| CREDITOR ID: 416953-QR<br>MONTREUIL, ALAN<br>C/O DAN A ROBIN, JR .ESQUIRE<br>800 N CAUSEWAY BLVD, SUITE 100<br>METAIRIE LA 70001-5363 | CREDITOR ID: 393433-55<br>MONTREUIL, ALAN<br>DAN A ROBIN. JR. LLC<br>ATTN DAN A ROBIN JR, ESQ<br>800 N CAUSEWAY BLVD, STE 100<br>METAIRIE LA 70001 | CREDITOR ID: 391077-55<br>MOORE, CLARA TORRES<br>C/O TILGHMAN & VIETH, PA<br>ATTN ROBERT C TILGHMAN, ESQ.<br>2 SOUTH BISCAYNE BLVD, SUITE 2410<br>MIAMI FL 33131 |
| CREDITOR ID: 391077-55<br>MOORE, CLARA TORRES<br>C/O NATHAN E EDEN, PA<br>417 EATON STREET<br>KEY WEST FL 33040 | CREDITOR ID: 399805-84<br>MOORE, GINA PENNER<br>7 OAKWOOD COURT<br>TUSCALOOSA AL 35401 | CREDITOR ID: 180282-09<br>MOORE, LABARRON A<br>PO BOX 1152<br>ROSEBORO NC 28382 |
| CREDITOR ID: 408407-15<br>MOORE, MARGARET  DELORES<br>C/O TYLER F TYGART, PA<br>ATTN TYLER F TYGART, ESQ<br>1300 RIVERPLACE BLVD, STE 601<br>JACKSONVILLE FL 32207 | CREDITOR ID: 400228-85<br>MORALES, ANTONIO<br>C/O ROBBINS & REYNOLDS, PA<br>ATTN MARC J REYNOLDS, ESQ<br>DADELAND TOWERS<br>9200 S DADELAND BLVD, SUITE 614<br>MIAMI FL 33156 | CREDITOR ID: 400228-85<br>MORALES, ANTONIO<br>469 FLORIDA BLVD<br>MIAMI FL 33144 |
| CREDITOR ID: 410582-15<br>MORALES, GREGORIO<br>C/O LEYDECKER LAW OFFICES<br>ATTN JAMES LEYDECKER, ESQ<br>4631 SOUTH CARROLLTON AVENUE<br>NEW ORLEANS LA 70119 | CREDITOR ID: 405956-15<br>MORALES, MIGUELINA<br>C/O FINDER & FINDER PA<br>ATTN R MICHAEL O'DONNELL, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 400244-85<br>MORENO, ANA ARVELO<br>C/O GONZALEZ & HENLEY, PL<br>ATTN RANDALL HENLEY, ESQ<br>324 DATURA STREET, SUITE 200<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 393325-55<br>MORENO, MICHAEL<br>C/O SMITH DICKEY SMITH HASTY ET AL<br>ATTN ANDREW R DEMPSTER, ESQ<br>1656 SOUTH HORNER BLVD<br>SANFORD NC 27330 | CREDITOR ID: 411248-15<br>MORGAN, LORENE<br>C/O HOGAN & FAHLGREN, PA<br>ATTN BRIAN C HOGAN, ESQ.<br>3183 S CONWAY ROAD<br>ORLANDO FL 32812 | CREDITOR ID: 411248-15<br>MORGAN, LORENE<br>1724 SE 50TH STREET<br>GAINESVILLE FL 32641 |
| CREDITOR ID: 388456-54<br>MORGAN, PAMELA<br>3305 ANDERSON ROAD<br>OPELIKA, AL 36801 | CREDITOR ID: 388456-54<br>MORGAN, PAMELA<br>C/O HAND FELLOWS & ASSOCIATES<br>ATTN BEN HAND, ESQ<br>114 NORTH 8TH STREET<br>OPELIKA AL 36801 | CREDITOR ID: 417064-93<br>MORMAN, KENYETTA C<br>C/O COKER MYERS SCHICKEL ET AL<br>ATTN R ALEXANDER, ESQ/S POHLHAMMER<br>BAYWATER SQUARE BLVD<br>136 E BAY STREET<br>JACKSONVILLE FL 32202 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393335-55<br>MORNEAU, JEAN H<br>C/O WESLEY R STACKNIK LAW OFFICES<br>ATTN WESLEY R STACKNIK, ESQ<br>SEMINOLE MALL OFFICE CENTER<br>7985 113TH STREET N, SUITE 325<br>SEMINOLE FL 33772 | CREDITOR ID: 416140-L1<br>MORRIS, CHANDA D<br>C/O BERNARD & ANGELLE<br>ATTN MICKEY MASON, ESQ<br>234 ST LANDRY STREET, SUITE 2-F<br>LAFAYETTE LA 70506 | CREDITOR ID: 394728-57<br>MORRIS, SUSAN<br>8045 SW 107 AVENUE #306<br>MIAMI FL 33173 |
| CREDITOR ID: 392189-55<br>MORRIS, VALERIE<br>C/O NACHLAS LAW GROUP<br>ATTN REBECCA NACHLAS, ESQ<br>1785 NE 123RD STREET<br>NORTH MIAMI FL 33180 | CREDITOR ID: 408423-15<br>MORSE, UNHEE<br>C/O RAMSAY LAW FIRM<br>ATTN MARTHA L RAMSAY, ESQ<br>PO BOX 481210<br>CHARLOTTE NC 28269 | CREDITOR ID: 408423-15<br>MORSE, UNHEE<br>7226 ORCHARD RIDGE DRIVE<br>WEDDINGTON NC 28173 |
| CREDITOR ID: 410714-15<br>MORTON, NASUA K<br>1221 NW 42ND LAND<br>OCALA FL 34475 | CREDITOR ID: 386188-54<br>MOSLEY, KIM<br>C/O SHERRY L LOWE LAW OFFICE<br>ATTN SHERRY L LOWE ESQ<br>PO BOX 550<br>SANDERSVILLE MS 39477 | CREDITOR ID: 386188-54<br>MOSLEY, KIM<br>2705 OLD BAY SPRINGS ROAD<br>LAUREL, MS 39442 |
| CREDITOR ID: 417068-15<br>MOSS, ADRIAN<br>24990 SW 126 COURT<br>PRINCETON FL 33032 | CREDITOR ID: 385736-54<br>MOSS, MILES<br>2594 GOLD RUSH DRIVE<br>LINCOLNTON, NC 28092 | CREDITOR ID: 385736-54<br>MOSS, MILES<br>C/O KNOX BROTHERTON KNOX & GODFREY<br>ATTN H EDWARD KNOX, ESQ<br>PO BOX 30848<br>CHARLOTTE NC 28230-0848 |
| CREDITOR ID: 417069-15<br>MOSS, NICAYA<br>6296 NW 170TH LANE<br>MIAMI FL 33015 | CREDITOR ID: 391328-55<br>MOSTER, SINDY<br>C/O ROBERT E GLUCK LAW OFFICES, PA<br>ATTN ROBERT E GLUCK, ESQ<br>333 NW 70TH AVENUE, SUITE 103<br>PLANTATION FL 33317 | CREDITOR ID: 390579-55<br>MOUNCE, MARTIN<br>C/O BURNETTI, PA LAW OFFICES<br>ATTN PHILIP J SLOTNICK, ESQ<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801-4621 |
| CREDITOR ID: 394265-56<br>MOYER, JO ANN<br>12625 SW 28TH ST<br>MIAMI, FL 33175 | CREDITOR ID: 390893-55<br>MOZAR, ROSE<br>C/O HALPER & TORNBERG, PA<br>ATTN DEAN R HALPER, ESQ<br>7431 W ATLANTIC AVE, STE 49<br>DELRAY BEACH FL 33446-3506 | CREDITOR ID: 393559-55<br>MUNOZ, CATHY<br>C/O MANUEL E GARCIA, PA<br>ATTN MANUEL GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 |
| CREDITOR ID: 269646-19<br>MUNRO, THOMAS<br>C/O FLORIN ROEBIG<br>ATTN A OUTTEN/C GRAY, ESQS<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 411069-15<br>MURILLO, ALBA GONZALES<br>C/O WILLIAM D UMANSKY, PA<br>ATTN KEITH TURNER, ESQ<br>1500 E ROBINSON STREET<br>PO BOX 533069<br>ORLANDO FL 32853-3069 | CREDITOR ID: 411069-15<br>MURILLO, ALBA GONZALES<br>3952 WD JUDGE RD, APT 110<br>ORLANDO FL 32808 |
| CREDITOR ID: 390800-55<br>MURPHY, MARY<br>C/O BORDEN R HALLOWES LAW OFFICE<br>ATTN BORDEN R HALLOWES, ESQ<br>95337 MACKINAS CIRCLE<br>AMELIA ISLAND FL 32034 | CREDITOR ID: 399646-15<br>MURPHY, PATRICIA<br>C/O BRADLEY, EASSON & BRADLEY<br>ATTN DAVID A EASSON, ESQ<br>210 BARONNE STREET, SUITE 1307<br>NEW ORLEANS LA 70112 | CREDITOR ID: 391801-55<br>MUSARELLA, ANTIONETTE<br>C/O DAVID P SLATER, ESQ<br>5154 WINDSOR PARKE DRIVE<br>BOCA RATON FL 33496 |
| CREDITOR ID: 390749-55<br>NAGARAJAN, ABIGAIL<br>C/O HILLEREN & HILLEREN, LLP<br>ATTN DAVID A HILLEREN, ESQ<br>PO BOX 9150<br>MANDEVILLE LA 70470 | CREDITOR ID: 391875-55<br>NARBO, LESTER<br>C/O SMITH & OLDMIXON<br>ATTN COLETTE A OLDMIXON, ESQ<br>PO BOX 393<br>POPLARVILLE MS 39470 | CREDITOR ID: 391815-55<br>NAWROCKI, ROMAN<br>C/O FARAH & FARAH, PA<br>ATTN E W PEETLUK/R STAGGARD, ESQS<br>1301 PLANTATION DR, SUITE 206A<br>ST AUGUSTINE FL 32080 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410575-15<br>NEAL, DEBRA HALLMAN<br>C/O BOLTON & GROSS<br>ATTN RICHARD A BOLTON, ESQ<br>801 NORTHEAST 167TH STREET, 2ND FL<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 394227-56<br>NECKERAUER, JOHN<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1234 9TH STREET NORTH<br>ST PETERSBURG FL 33705 | CREDITOR ID: 394227-56<br>NECKERAUER, JOHN<br>10894 WALSINGHAM<br>LARGO, FL 33778 |
| CREDITOR ID: 400406-85<br>NECKERAUER, JOHN A<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1471 SO. MISSOURI AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 400406-85<br>NECKERAUER, JOHN A<br>C/O PUZZANGHERA LAW OFFICES<br>ATTN PAUL PUZZANGHERA, ESQ<br>1471 S MISSOURI AVENUE<br>CLEARWATER FL 33765 | CREDITOR ID: 392922-55<br>NEGRON, EDWIN<br>7525 PEBBLE BEACH ROAD<br>FORT MYERS FL 33912 |
| CREDITOR ID: 410703-15<br>NELSON, BRENDA<br>C/O DAVID W LANGLEY, PA<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, SUITE 204<br>PLANTATION FL 33324 | CREDITOR ID: 410488-15<br>NELSON, CHERRIN<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 | CREDITOR ID: 391141-55<br>NELSON, DIERDRE<br>C/O BOHANNON ROGERS<br>ATTN NICHOLE S PACELLA, ESQ<br>1141 SE 2ND AVENUE<br>FT LAUDERDALE FL 33316 |
| CREDITOR ID: 390536-55<br>NELSON, DOROTHY<br>C/O STEPHEN A SCHORR, ESQ<br>1700 NW 2ND AVENUE<br>BOCA RATON FL 33432 | CREDITOR ID: 389587-54<br>NELSON, MARY<br>C/O DEBERG & DEBERG, PA<br>ATTN BENJAMIN DEBERG, ESQ<br>1915 TYRANE BLVD<br>ST PETERSBURG FL 33710 | CREDITOR ID: 389587-54<br>NELSON, MARY<br>401 ROSERY RD NE APT 748<br>LARGO FL 33770-1441 |
| CREDITOR ID: 391147-55<br>NELSON, MAUDE<br>C/O IVAN A SCHERTZER<br>ATTN IVAN A SCHERTZER, ESQ<br>1190 NE 163RD STREET, SUITE 347<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 417041-QR<br>NEUFELD KLEINBERG & PINKIERT<br>ATTN: ALAN S NEUFELD<br>2641 NE 207TH STREET<br>ADVENTURA FL 33180 | CREDITOR ID: 386049-54<br>NEWELL, KEN<br>C/O BRANNON BROWN HALEY & BULLOCK<br>ATTN STEPHEN C BULLOCK, ESQ<br>116 NW COLUMBIA AVENUE<br>LAKE CITY FL 32055 |
| CREDITOR ID: 386049-54<br>NEWELL, KEN<br>14547 176TH STREET<br>MC ALPIN, FL 32062-2172 | CREDITOR ID: 391208-55<br>NEWMAN, GERALDINE<br>C/O SLOCUMB LAW FIRM, LLC<br>ATTN MICHAEL W SLOCUMB, ESQUIRE<br>2006 EXECUTIVE PK DRIVE, SUITE A<br>OPELIKA AL 36801 | CREDITOR ID: 391830-55<br>NEWMAN, JENNIFER<br>C/O GRADY G AYERS PA LAW OFFICES<br>ATTN GRADY G AYERS, ESQ<br>120 EAST MARKS STREET, SUITE 200<br>ORLANDO FL 32803 |
| CREDITOR ID: 400375-85<br>NEWMAN, JIM<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ.<br>1515 UNIVERSITY DRIVE STE. 103<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 391310-55<br>NEWMAN, MILDRED<br>C/O JUGO & MURPHY<br>ATTN STEVEN JUGO, ESQ<br>7695 S.W. 104TH STREET, SUITE 200<br>MIAMI FL 33156 | CREDITOR ID: 408425-15<br>NICHOLAS, HERMAN<br>C/O LEGER & MESTAYER<br>ATTN FRANKLIN G SHAW, ESQ<br>600 CARONDELET STREET, 9TH FLOOR<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 387805-54<br>NICHOLAS, LOIS CAYETTE<br>C/O LEGER & MESTAYER<br>ATTN FRANKLIN G SHAW, ESQ<br>600 CARONDELET STREET, NINTH FLOOR<br>NEW ORLEANS LA 70130 | CREDITOR ID: 387805-54<br>NICHOLAS, LOIS CAYETTE<br>9435 HWY 405<br>DONALDSONVILLE, LA 70346 | CREDITOR ID: 392204-55<br>NICHOLAS, LULA<br>C/O LATOUR &  ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 EAST LEMON ST<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 410926-15<br>NICHOLSON, FREDRICKIA<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ<br>1515 UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 390822-55<br>NICHOLSON, REBA & OLLISE<br>C/O FERRARA & FERRARA<br>ATTN FRANK FERRARA, ESQ<br>PO BOX 159<br>WALKER LA 70785 | CREDITOR ID: 393488-55<br>NICKOLAUS, TEDDY<br>C/O GUEST LAW FIRM<br>ATTN JAMES B GUEST, ESQ<br>1900 32ND ST<br>KENNER LA 70065 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391062-55<br>NIEBLA, CARMEN L<br>C/O: FRIEDMAN, RODMAN & FRANK, PA<br>ATTN R MORENO/H FRIEDMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | CREDITOR ID: 399278-15<br>NIELSEN, EDWARD R<br>2430 W CANNON STREET<br>LAKELAND FL 33815 | CREDITOR ID: 388391-54<br>NOBLES, MILTON<br>1504 WENTBRIDGE DR<br>RICHMOND VA 23227 |
| CREDITOR ID: 392214-55<br>NORMAN, SUSAN<br>C/O COVINGTON, PATRICK, HAGINS, STE<br>ATTN STEPHEN R H LEWIS, ESQ<br>211 PETTIGRU STREET<br>PO BOX 2343<br>GREENVILLE SC 29601 | CREDITOR ID: 392264-55<br>NORMAN, WILLIAM E<br>C/O DONALDSON & BLACK<br>ATTN RACHEL SCOTT DECKER, ESQ<br>208 WEST WENDOVER AVENUE<br>GREENSBORO NC 27401 | CREDITOR ID: 404037-15<br>NORTON, NICOLE<br>C/O BURNETTI PA<br>ATTN PHILIP J SLOTNICK, ESQ<br>9950 PRINCESS PALM AVE, SUITE 101<br>TAMPA FL 33619 |
| CREDITOR ID: 392498-55<br>NOVAK, MARILYN YVONNE<br>C/O SCOTT MARTIN ROTH LAW OFFICE<br>ATTN SCOTT MARTIN ROTH, ESQ<br>2500 AIRPORT PULLING RD S, STE 106A<br>NAPLES FL 34112 | CREDITOR ID: 389521-54<br>O'BRIEN, JACQUELINE D<br>C/O BATES & BROWN, PA<br>ATTN C VALENTINE BATES, ESQ<br>1511 NW 6TH STREET<br>GAINESVILLE, FL 32601 | CREDITOR ID: 392440-55<br>O'BRYAN, ANGELA<br>C/O HATZELL & GROVES<br>ATTN C MICHAEL HATZELL, ESQ<br>704 ONE RIVERFRONT PLAZA<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 260409-12<br>ODELL, SANDRA<br>314 MOORE STREET<br>GREENVILLE MS 38701 | CREDITOR ID: 407528-15<br>ODOM, KEIOSHA<br>C/O BOGIN MUNNS & MUNNS<br>ATTN MICHAEL H TRUAX, ESQ<br>2601 TECHNOLOGY DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 393287-55<br>OGLETREE, DOROTHY<br>4 TENTH COURT NORTH<br>BIRMINGHAM AL 35204 |
| CREDITOR ID: 393287-55<br>OGLETREE, DOROTHY<br>C/O SPRINGER LAW FIRM<br>ATTN STEWART SPRINGER, ESQ<br>PO BOX 11505<br>BIRMINGHAM AL 35202 | CREDITOR ID: 391246-55<br>OLEA, ROBERT<br>C/O THE COCHRAN FIRM<br>ATTN DOUGLAS J FEES, ESQ<br>PO BOX 508<br>HUNTSVILLE AL 35804 | CREDITOR ID: 390580-55<br>OLIVA, REGLA<br>C/O MUSTELL & BORROW<br>ATTN BRETT L BORROW, ESQ<br>4100 NE 2ND AVENUE, SUITE 202<br>MIAMI FL 33137 |
| CREDITOR ID: 393588-55<br>OLIVER, MERCEDES<br>C/O LAW OFFICES OF E PASTOR PA<br>ATTN EMILIO PASTOR, ESQ<br>201 ALHAMBRA CIRCLE, STE 502<br>MIAMI FL 33134 | CREDITOR ID: 392173-55<br>OLIVIERI, AGNES<br>C/O LAURI J. GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 385921-54<br>OLOPADE, VICKI<br>2856 CORTEZ RD<br>JACKSONVILLE, FL 32246 |
| CREDITOR ID: 385921-54<br>OLOPADE, VICKI<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 390880-55<br>ONEAL, GAIL M<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 | CREDITOR ID: 393221-55<br>O'NEAL, SANDRA<br>C/O WINSTON & CLARK, PA<br>ATTN BRADLEY WINSTON, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 |
| CREDITOR ID: 416785-L1<br>O'NEIL, LOU E<br>C/O DONALD L MAYEUX, PA<br>ATTN DONALD L MAYEUX, ESQ<br>211 N SECOND STREET<br>PO BOX 1460<br>EUNICE LA 70535 | CREDITOR ID: 410709-15<br>ORTIZ, AISLINN (MINOR)<br>C/O DAVID W LANGLEY PC<br>ATTN DAVID W LANGLEY, ESQ<br>8181 W BROWARD BLVD, STE 204<br>PLANTATION FL 33324 | CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>C/O PAOLO LONGO JR PA LAW OFFICES<br>ATTN PAOLO LONGO JR, ESQ<br>711 SEMINOLE AVENUE<br>ORLANDO FL 32804 |
| CREDITOR ID: 390168-54<br>ORTIZ, HELLEN<br>9966 BURL WAY<br>ORLANDO, FL 32817 | CREDITOR ID: 390986-55<br>OZERI, GAIL<br>C/O MCFARLANE & DOLAN<br>ATTN WILLIAM J MCFARLANE III, ESQ<br>PO BOX 9719<br>CORAL SPRINGS FL 33075 | CREDITOR ID: 392317-55<br>PAAR, PAT<br>C/O DEVLIN CITTADINO & SHAW, PC<br>ATTN JOHN C DEVLIN, ESQ<br>3131 PRINCETON PIKE<br>TRENTON NJ 08648 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392317-55<br>PAAR, PAT<br>1708 KINGS LAKE BOULEVARD<br>NAPLES FL 34112 | CREDITOR ID: 391918-55<br>PADILLA, CATALINA<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN CYNTHIA M THOMAS, ESQ<br>PO BOX 2807<br>ORLANDO FL 32802-2807 | CREDITOR ID: 392747-55<br>PADILLA, MARIA<br>C/O MARCO A QUESADA PA<br>ATTN MARCO A QUESADA, ESQ<br>46 NE 6TH STREET<br>MIAMI FL 33132 |
| CREDITOR ID: 390636-55<br>PADRON, DAISY<br>C/O PAUL BERSACH, PA<br>ATTN PAUL BERSACH, ESQ<br>5040 NW 7TH STREET, SUITE 920<br>MIAMI FL 33126 | CREDITOR ID: 391008-55<br>PAEZ, VIVIAN<br>C/O JEFF D VASTOLA, PA<br>ATTN JEFF VASTOLA OR J SCHULZ, ESQS<br>ONE CLEARLAKE CENTRE, STE 1404<br>250 AUSTRALIAN AVE S<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 391948-55<br>PAGAN, ELIZABETH<br>505 JENNINGS AVENUE<br>GREENACRES FL 33463 |
| CREDITOR ID: 391119-55<br>PALM, HEATHER<br>C/O SIMPSON & SIMPSON<br>ATTN  WILLIAM PAUL SIMPSON, ESQ<br>PO BOX 1017<br>AMITE LA 70422 | CREDITOR ID: 391945-55<br>PALMER, HENRY<br>C/O CHANFRAU & CHANFRAU<br>ATTN WILLIAM M CHANFRAU JR, ESQ<br>701 N PENINSULA DRIVE<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 406054-15<br>PALMER, LAQUAILA<br>C/O STEVEN E SLOOTSKY LAW OFFICE<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, SUITE 100<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 389674-54<br>PALMORE, SARAH<br>C/O RON GOODSON<br>2319 FLINTLOCK DRIVE<br>STONE MOUNTAIN, GA 30087 | CREDITOR ID: 410702-15<br>PARALLON, DANIELA (MINOR)<br>C/O MANUELE GARCIA, ESQ<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 393621-55<br>PARDO, ROSARIO<br>C/O TONY C FRANCIS, PA<br>ATTN TONY C FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 |
| CREDITOR ID: 391826-55<br>PARENTE, DOROTHY<br>C/O LAW OFFICES OF JOHN W PARENTE<br>ATTN JOHN W PARENTE, ESQ<br>PO BOX 1771<br>VENICE FL 34284-1771 | CREDITOR ID: 387422-54<br>PARENT-FARRELL, GENEVIEVE H<br>WINSTON & CLARK, PA<br>ATTN ALEXANDER CLARK, ESQ<br>8211 W BROWARD BLVD, SUITE 420<br>PLANTATION FL 33324 | CREDITOR ID: 387422-54<br>PARENT-FARRELL, GENEVIEVE H<br>21241 NE 3RD COURT<br>NORTH MIAMI BEACH, FL 33179-1129 |
| CREDITOR ID: 393580-55<br>PARISOT, LUCIENNE<br>C/O LAW OFICE OF JEFFREY A NUSSBAUM<br>ATTN JEFFREY A NUSSBAUM, ESQ<br>4800 SW 64TH AVE., STE. 103<br>DAVIE FL 33314 | CREDITOR ID: 393036-55<br>PARKER, JOSEPH R<br>C/O PAMELA JO HATLEY PA<br>ATTN PAMELA JO HATLEY, ESQ<br>PO BOX 47477<br>TAMPA FL 33647 | CREDITOR ID: 393474-55<br>PARKER, SAMUEL (MINOR)<br>C/O JONATHAN E SURECK LAW OFFICES<br>ATTN JONATHAN E SURECK, ESQ<br>PO BOX 54783<br>ATLANTA GA 30308 |
| CREDITOR ID: 390623-55<br>PARNELL, JESS<br>C/O LOE, WARREN, ROSENFIELD, ET AL<br>ATTN JEFFREY N KAITCER, ESQ<br>4420 WEST VICKOLY BLVD<br>FORT WORTH TX 76107 | CREDITOR ID: 392150-55<br>PARRA, ANA<br>C/O UDOWYCHENKO & GARCIA, PA<br>ATTN JOSE F GARCIA, ESQ<br>SUNTRUST PLAZA, SUITE 203<br>3367 WEST VINE STREET<br>ORLANDO FL 34741 | CREDITOR ID: 392611-55<br>PARRIS, MAURICE<br>C/O FRIEDMAN RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 W FLAGLER ST<br>MIAMI FL 33135 |
| CREDITOR ID: 392898-55<br>PARSONS, JUDY<br>C/O MICHAEL LARRINAGA LAW OFFICE<br>ATTN MICHAEL LARRINAGA, ESQ<br>5025 EAST FOWLER AVE STE 14<br>TAMPA FL 33617 | CREDITOR ID: 388430-54<br>PARTIN, GERALDINE<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 388430-54<br>PARTIN, GERALDINE<br>3540 USINA ROAD<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 390812-55<br>PARTRIDGE, PHYLESHIA<br>C/O LAW OFFICES LUCAS V RENICK, PA<br>ATTN ELLIOTT HEYWOOD LUCAS, ESQ<br>211 NORTH KROME AVENUE<br>HOMESTEAD FL 33030 | CREDITOR ID: 392594-55<br>PASSINO, DURA K<br>C/O FINDLER & FINDLER<br>ATTN BRETT K FINDLER, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 392894-55<br>PATE, JEFFREY W<br>C/O CORY, WATSON, CROWDER ET AL<br>ATTN G RICK DIGIORGIO, ESQ<br>2131 MAGNOLIA AVENUE<br>BIRMINGHAM AL 35205 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390799-55<br>PATRICK, TIFFANY<br>C/O FARAH & FARAH, PA<br>ATTN L MANUKIAN/B GARTNER, ESQS<br>10 WEST ADAMS STREET, 3RD FLR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 390738-55<br>PATTERSON, AUDETTE<br>C/O MOLLERE, FLANAGAN & LANDRY, LLC<br>ATTN J KENDALL RATHBURN, ESQ<br>2341 METAIRIE ROAD<br>PO BOX 247<br>METAIRIE LA 70004-0247 | CREDITOR ID: 390756-55<br>PATTERSON, CLAUDE<br>C/O BARNES BARNES & COHEN PA<br>ATTN CHALMERS H BARNES, ESQ<br>2426 MAYPORT ROAD, SUITE 1<br>JACKSONVILLE FL 32233 |
| CREDITOR ID: 391042-55<br>PATTERSON, FELICIA<br>C/O HOFFMAN LARIN AND AGNETI, PA<br>ATTN JOHN B AGNETTI, ESQ<br>909 N MIAMI BEACH BLVD, SUITE 201<br>MIAMI FL 33162-3712 | CREDITOR ID: 400378-85<br>PATTERSON, LARRY<br>C/O JOSEPH MANISALCO JR LAW OFFICES<br>ATTN JOSEPH MANISALCO JR, ESQ<br>4651 ROSWELL ROAD, SUITE B-103<br>ATLANTA GA 30342 | CREDITOR ID: 400378-85<br>PATTERSON, LARRY<br>819 GLENDALE ST<br>ADEL GA 31620 |
| CREDITOR ID: 391843-55<br>PATTERSON, RUFUS<br>C/O DORAN SHELBY PETHEL & HUDSON PA<br>ATTN KATHRYN C SETZER, ESQ<br>PO BOX 4479<br>SALISBURY NC 28145-4479 | CREDITOR ID: 386400-54<br>PEASE, ANN<br>15955 EDGEFIELD ROAD<br>WELLINGTON FL 33414 | CREDITOR ID: 390650-55<br>PEEL, VERA<br>C/O HESSE & BUTTERWORTH, LLC<br>ATTN MICHAEL O HESSE, ESQ<br>PO BOX 1099<br>ST FRANCISVILLE, LA 70775-1099 |
| CREDITOR ID: 392282-55<br>PELICATA, SUSAN<br>C/O BOONE & DAVIS<br>ATTN MICHAEL S DAVIS, ESQ<br>2311 N ANDREWS AVENUE<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 400408-85<br>PENA-LOPEZ, CECILA<br>C/O ALAN COHN & ANGELA COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N UNIVERSITY DR, SUITE 201<br>PENBROKE PINES FL 33024 | CREDITOR ID: 411036-15<br>PENA-POU, MIRIAM<br>C/O CARRILLO & CARRILLO, PA<br>ATTN JOSE I CARRILLO, ESQ<br>3663 SW 8 STREET, SUITE 214<br>MIAMI FL 33135 |
| CREDITOR ID: 390561-55<br>PENDER, WILLIE<br>C/O JOHN W CARROLL, PA<br>ATTN JOHN W CARROLL, ESQ<br>11380 PROSPERITY FARMS RD, STE 216A<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 391249-55<br>PENNY, JULIE<br>C/O HEARN, BRITTAIN & MARTIN, PA<br>ATTN NATASHA M HANNA, ESQ<br>4614 OLEANDER DR<br>MYRTLE BCH SC 29577 | CREDITOR ID: 393039-55<br>PENNYCUFF, DEBRA ROSE<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 |
| CREDITOR ID: 393261-55<br>PEPPLER, AUDREY E<br>C/O MORGAN & MORGAN, PA<br>ATTN DANIEL W SHEPPARD, ESQ<br>PO BOX 9504<br>FORT MYERS FL 33906 | CREDITOR ID: 394768-57<br>PERALTA, GLADYS<br>C/O SOUTH FL PERSONAL INJURY CENTER<br>ATTN VIRGINAIA M DROGO, ESQ<br>6363 TAFT STREET, SUITE 207<br>ATLANTA FL 33024 | CREDITOR ID: 391233-55<br>PERDOMO, MIRIAM M<br>C/O JONTIFF & JONTIFF, PA<br>ATTN SCOTT JONTIFF, ESQ<br>930 WASHINGTON AVENUE, 3D FLOOR<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 410468-15<br>PEREZ, ADELA<br>C/O PAUL V DEBIANCHI, PA<br>ATTN PAUL V DEBIANCHI, ESQ<br>2601 E OAKLAND PARK BLVD, SUITE 602<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 407530-93<br>PEREZ, DIONISIO<br>C/O LAW OFFICE OF JOSE M FRANCISCO<br>ATTN: JOSE M FRANCISCO<br>198 NW 37TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 407530-93<br>PEREZ, DIONISIO<br>C/O ROBERT RUBENSTEIN, PA<br>ATTN ERIC S SHAPIRO, ESQ<br>9350 FINANCIAL CENTRE<br>9350 S DIXIE HWY, STE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 390831-55<br>PEREZ, ESTHER<br>C/O FRANKLIN D KREUTZER, ESQ<br>3041 NW 7TH STREET, SUITE 100<br>MIAMI FL 33125 | CREDITOR ID: 390941-55<br>PEREZ, JUANA R<br>C/O THEODORE ENFIELD, PA<br>ATTN THEODORE ENFIELD, ESQ<br>19235 BISCAYNE BLVD, SUITE 105<br>AVENTURA FL 33180 | CREDITOR ID: 400396-85<br>PEREZ, MARIA C<br>C/O FLORIDO & FLORIDO, PA<br>ATTN HUGO FLORIDO, ESQ<br>7950 NW 155TH STREET, SUITE 203<br>MIAMI FL 33016 |
| CREDITOR ID: 391126-55<br>PEREZ, MERCEDEZ<br>C/O ASNIS & SREBNICK, PA<br>ATTN DANIEL DAVIDOVIC, ESQ<br>44 WEST FLAGLER, SUITE 2250<br>MIAMI FL 33130 | CREDITOR ID: 392462-55<br>PEREZ, NELSON<br>C/O KAPLAN & MILLER PA<br>ATTN ELI KAPLAN, ESQ<br>999 PONCE DE LEON BLVD, STE 20<br>CORAL GABLES FL 33134 | CREDITOR ID: 391853-55<br>PEREZ, OLGA<br>C/O PAUL BERSACH, PA<br>ATTN PAUL BERSACH, ESQ.<br>5040 NW 7TH ST, SUITE 920<br>MIAMI FL 33126 |

**SERVICE LIST**
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 385559-54
PEREZ, RAQUEL
C/O LAW OFFICES OF JOSE L LAGO PA
ATTN JOSE LUIS LAGO, ESQ
3940 WEST FLAGLER STREET
MIAMI FL 38134

CREDITOR ID: 385559-54
PEREZ, RAQUEL
2331 55TH ST SW
NAPLES, FL 34116

CREDITOR ID: 392919-55
PEREZ-SARDINAS, MARIA
C/O NUELL & POLSKY
ATTN STEPHEN S NUELL, ESQ
782 NW 42ND AVENUE, SUITE 345
MIAMI FL 33126

CREDITOR ID: 393042-55
PERKINS, EVA
C/O MALLARD & ZIMMERMAN, PA
ATTN LAURIE S ZIMMERMAN, ESQ
2801 FRUITVILLE RD
SUITE 7
SARASOTA FL 34237-5343

CREDITOR ID: 399397-15
PERKINS, LINDA F
C/O PENNINGTON & MARTINEZ
ATTN TIMOTHY J MARTINEZ, ESQ
4707 BLUEBONNET BLVD, SUITE A
BATON ROUGE LA 70809

CREDITOR ID: 400241-85
PERKINS, VICKY
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965
PALM CITY FL 34991

CREDITOR ID: 408189-99
PERRET, ESTATE OF MATTHEW
C/O HELD & ISRAEL
ATTN KIMBERLY HELD ISRAEL, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408189-99
PERRET, ESTATE OF MATTHEW
C/O HARRELL & HARRELL
ATTN: MICHAEL P MORAN
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

CREDITOR ID: 407517-93
PERRY, ADRIENE
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO, JR., ESQ
101 E KENNEDY BOULEVARD, STE 1790
TAMPA FL 33602

CREDITOR ID: 255158-12
PERRY, LYNDA
807 E 120TH AVE, APT B
TAMPA FL 33612

CREDITOR ID: 391087-55
PETERS, MARISA J (MINOR)
C/O KEVIN C HILL & ASSOCIATES, LLC
ATTN KEVIN HILL, ESQ
4521 COPERNICUS STREET
NEW ORLEANS LA 70131

CREDITOR ID: 269373-16
PETERS, VIVIAN
C/O WILLIAM J. MOORE, III, ESQ.
1648 OSCEOLA STREET
JACKSONVILLE, FL 32204

CREDITOR ID: 385745-54
PETERSON, BARBARA
2654 WILKINS CT
JACKSONVILLE, FL 32207

CREDITOR ID: 385745-54
PETERSON, BARBARA
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 400298-85
PETIT, LYNE
C/O TAYLOR HODKIN KOPELOWITZ ET AL
ATTN JEFFREY OSTROW, ESQ
350 E LAS OLAS BLVD, SUITE 980
FORT LAUDERDALE FL 33301

CREDITOR ID: 389146-54
PETROFF, VASILIKE
5858 ISLAND BEACH LANE
BOYNTON BEACH, FL 33437

CREDITOR ID: 417045-15
PHELAN, WENDY
C/O ALABAMA ATTORNEYS, PC
ATTN LYDIA A WATERS
PO BOX 1028
ALEXANDER CITY AL 35011-1028

CREDITOR ID: 417045-15
PHELAN, WENDY
588 CENTER STREET
ALEXANDER CITY AL 35010

CREDITOR ID: 390915-55
PHILLIPS, CATHY
C/O CRAIG E GIBBS, ESQ
210 BARONNE STREET, SUITE 1800
NEW ORLEANS LA 70112

CREDITOR ID: 390091-54
PHILLIPS, DERYL J
1007 MACK PLACE
DENTON, TX 76206

CREDITOR ID: 392833-55
PHILLIPS, ETHEL B
C/O GRAY, LAYTON, KERSH, ET AL
ATTN  TJ SOLOMON II, ESQ
PO BOX 2636
GASTONIA NC 28053-2636

CREDITOR ID: 416958-15
PHILLIPS, LINDA
C/O LEVINE BUSCH ET AL
ATTN SANFORD M REINSTEIN, ESQ
9100 SOUTH DADELINE BLVD, STE 1010
MIAMI FL 33156

CREDITOR ID: 392923-55
PHILLIPS, SYLVIA D
C/O SMITH & CANNON, PC
ATTN J FRANK SMITH, JR ESQ
PO BOX  270
MCRAE GA 31055

CREDITOR ID: 392900-55
PHILLIPUS, ETCLE
C/O ROBERT J FENSTERSHEIB, PA
ATTN ROBERT J FENSTERSHEIB, ESQ
520 W HALLANDALE BEACH BLVD.
HALLANDALE FL 33009

CREDITOR ID: 399276-15
PICKARD, NANCY A
C/O MORGAN & MORGAN
ATTN WILLIAM R DANIEL, ESQ
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 399276-15
PICKARD, NANCY A
525 3RD AVENUE NE
LARGO FL 33770

CREDITOR ID: 391304-55
PIERCE, CARMEN
C/O ROSEN & ROSEN, PA
ATTN HELEN A FARBER, ESQ.
4000 HOLLYWOOD BLVD, SUITE 725-S
HOLLYWOOD FL 33021

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391851-55<br>PIERRE, FEZAHRY (MINOR)<br>C/O MATTHEWS FENDERSON, PA<br>ATTN CLINT L JOHNSON, ESQ<br>1307 E ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 393001-55<br>PIERRE-LOUIS, LUDIANNA<br>C/O KENNETH V HEMMERLE II, PA<br>ATTN KENNETH V HEMMERLE II, ESQ<br>1322 NORTHEAST FOURTH AVE, STE E<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 192710-09<br>PINCHBACK, EDGAR W, JR<br>292 GLENLYN ST<br>DANVILLE VA 24540 |
| CREDITOR ID: 399637-15<br>PISCOPO, GENNARD<br>C/O NEUFELD KLEINBERG & PINKIERT<br>ATTN ROBERT PINKIERT, ESQ<br>2641 NE 207TH STREET<br>AVENURA FL 33180 | CREDITOR ID: 193072-09<br>PITTS, MACK<br>1784 GILLEM DRIVE<br>ATLANTA GA 30310 | CREDITOR ID: 392461-55<br>PITTS, TERRANCE<br>C/O SCOTT MARGULES, PA<br>ATTN M HIRSCH / S MARGULES, ESQS<br>20801 BISCAYNE BLVD<br>NORTH MIAMI BEACH FL 33180 |
| CREDITOR ID: 410437-15<br>POLLACK, BETH<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN GREGG A SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180-1422 | CREDITOR ID: 408228-93<br>PORTER, DORIS<br>PO BOX 610564<br>POMPANO BEACH FL 33061 | CREDITOR ID: 399382-79<br>PORTER, JEFFREY<br>C/O CHARLES R SCULLY LAW OFFICES<br>ATTN HOWARD CHAPPELL, ESQ<br>3835 CENTRAL AVENUE<br>ST PETERSBURGH FL 33713 |
| CREDITOR ID: 394760-57<br>PORTER, MAXINE<br>C/O DEARMAN & GERSAN, PA<br>ATTN MARK J DEARMAN, ESQ<br>150 NORTH UNIVERSITY DRIVE, STE 200<br>PLANTATION FL 33324 | CREDITOR ID: 389526-54<br>PORTO, MANUEL<br>LAW OFFICE OF MARK L ZIENTZ, PA<br>ATTN ANDREA COX, ESQ<br>9130 S DADELAND BLVD, STE 1619<br>MIAMI FL 33156 | CREDITOR ID: 389526-54<br>PORTO, MANUEL<br>6464 WEST 13TH AVENUE<br>HIALEAH, FL 33012 |
| CREDITOR ID: 407708-15<br>POSADAS, HOLLY<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1695<br>PALM CITY FL 34991-1965 | CREDITOR ID: 392850-55<br>POWERS, JENNIFER<br>C/O OFFICES OF JAMES RICHARD HOOPER<br>ATTN EDUARDO RODRIGUEZ, ESQ<br>PO BOX 540509<br>ORLANDO FL 32854-0509 | CREDITOR ID: 400348-85<br>PRAY, MARK<br>C/O BERNSTEIN AND MARYANOFF<br>ATTN NEIL MARYANOFF, ESQ<br>15055 SW 122ND AVE<br>MIAMI FL 33186 |
| CREDITOR ID: 389153-54<br>PRENDES, CUBA<br>11678 NW 1 LANE, APT 6<br>MIAMI, FL 33172 | CREDITOR ID: 389153-54<br>PRENDES, CUBA<br>C/O JORGE L PEREZ-GURRI LAW OFFICE<br>ATTN JORGE L PEREZ-GURRI, ESQ<br>5915 PONCE DE LEON BLVD, SUITE 12<br>CORAL GABLES FL 33146 | CREDITOR ID: 393628-55<br>PRICE, CATHY<br>C/O BLACKMON & BLACKMON, PLLC<br>ATTN FRANK C JONES, III, ESQ<br>907 WEST PEACE STREET<br>PO BOX 105<br>CANTON MS 39046 |
| CREDITOR ID: 392234-55<br>PRICE, LUCILLE<br>C/O PATTERSON & WICKERSHAM, PLLC<br>ATTN JUD PATTERSON, ESQ<br>PO BOX 825<br>RICHMOND KY 40476 | CREDITOR ID: 393622-55<br>PRIDE, TERRY D<br>C/O AYERS, SMITHDEAL & BETTIS, PC<br>ATTN JOSPEH C SMITHDEAL, ESQ<br>PO DRAWER 1268<br>GREENWOOD SC 29648 | CREDITOR ID: 390670-55<br>PROPER, ELISA<br>C/O PAPA & GIPE<br>ATTN R STANLEY GIPE/M PROPER ESQS<br>1724 GULF TO BAY BOULEVARD<br>CLEARWATER FL 33755 |
| CREDITOR ID: 390146-54<br>PROPP, RUTH<br>C/O LANCASTER & EURE, PA<br>ATTN AMY L SERGENT, ESQ<br>PO DRAWER 4257<br>SARASOTA FL 34230 | CREDITOR ID: 390146-54<br>PROPP, RUTH<br>3500 EL CONQUISTADOR PKWAY, APT 119<br>BRADENTON, FL 34210 | CREDITOR ID: 389174-54<br>PRYOR, MARYLIN<br>9001 NAPA VALLEY CRT, APT 107<br>LOUISVILLE, KY 40219 |
| CREDITOR ID: 410592-15<br>PRYOR, MARYLIN<br>4111 BLUE LICK CT, APT 2<br>LOUISVILLE KY 40229 | CREDITOR ID: 391115-55<br>PYLE, CHARLES<br>C/O MORGAN & MORGAN, PA<br>ATTN W CLAY MITCHELL, JR, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 385561-54<br>QUEVEDO, MERCEDES<br>C/O GERSON & SCHWARTZ, PA<br>ATTN PHILLIP M GERSON, ESQ.<br>1980 CORAL WAY<br>MIAMI FL 33145-2624 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 385561-54
QUEVEDO, MERCEDES
415 SE 6TH STREET
HIALEAH, FL 33010

CREDITOR ID: 392271-55
QUINONES, ROSA M
C/O TACHER AND PROFETA, PA
ATTN MARIO S PROFETA, ESQ
479 NW 27TH AVE
MIAMI FL 33125

CREDITOR ID: 386136-54
QUINTERO, ESTER
422 EAST 17TH STREET
HIALEAH, FL 33010

CREDITOR ID: 389519-54
QUINTERO, ROLANDO V
C/O LAW OFFICES OF ALAN GINSBERG
ATTN ALAN GINSBERG, ESQ
13899 BISCAYNE BLVD #401
HIALEAH, FL 33014

CREDITOR ID: 403533-15
QUIRK, JEAN & RICHARD
C/O JOHN A JABRO, ESQ
90311 OVERSEAS HIGHWAY, SUITE B
TAVERNIER FL 33070

CREDITOR ID: 408178-15
QUIROS, MIRIAM
C/O ESQUIRE LEGAL GROUP, PA
ATTN GREGORY C MAASWINKEL, ESQ
1920 EAST ROBINSON STREET
ORLANDO FL 32803

CREDITOR ID: 408178-15
QUIROS, MIRIAM
6817 EVANS BEND
ORLANDO FL 32807

CREDITOR ID: 416948-15
RABAGO, ANA MARIA
C/O MARIO SERRALTA & ASSOCIATES
ATTN MARIO SERRALTA, ESQ
150 W FLAGER STREET, SUITE 2020
MIAMI FL 33130

CREDITOR ID: 416948-15
RABAGO, ANA MARIA
484 E 48TH STREET
HIALEAH FL 33013

CREDITOR ID: 392248-55
RABON, THELTON
C/O JAMES C CUMBIE, ESQ
PO BOX 40066
JACKSONVILLE FL 32203

CREDITOR ID: 387766-54
RACHUBA, MAE CARVER
1220 FLEITAS AVE
PASS CHRISTIAN, MS 39571

CREDITOR ID: 392279-55
RADLEY, AMALIA R
C/O KIRSHNER & GROFF
ATTN RICHARD M KIRSHNER, ESQ
5901 SW 74TH ST
MIAMI FL 33143

CREDITOR ID: 388422-54
RAINES, BETTY
C/O LAW OFFICE OF MICHAEL A HENSLEY
ATTN MICHAEL A HENSLEY, ESQ.
205 N 20TH STREET, SUITE 508
BIRMINGHAM AL 35203

CREDITOR ID: 388422-54
RAINES, BETTY
2341 BEULAH AVE SW
BIRMINGHAM, AL 35211

CREDITOR ID: 392336-55
RAINES, LINDA
C/O LAW OFFICE OF DARYL STRINGER
ATTN DARYL STRINGER, ESQ.
4021 N ARMENIA AVENUE
TAMPA FL 33607

CREDITOR ID: 392336-55
RAINES, LINDA
C/O KENNEDY LAW GROUP
ATTN JOHN MALKOWSKI, ESQ.
5100 W KENNEDY BLVD, STE 100
TAMPA FL 33609

CREDITOR ID: 390764-55
RAMADHAR, PREMRAJ
C/O THOMAS & PEARL, PA
ATTN CHARLES A MANCUSO, ESQ
2404 NE 9TH STREET
FORT LAUDERDALE FL 33304

CREDITOR ID: 392553-55
RAMEY, EULA F
C/O WILLIAM P BOGGS ESQ
905 7TH STREET NORTH
CLANTON AL 35045

CREDITOR ID: 391038-55
RAMOS, LORI
C/O MAXWELL & MELVIN
ATTN STEPHEN R MELVIN, ESQ
118 N COOL SPRING ST
PO BOX 2465
FAYETTEVILLE NC 28302

CREDITOR ID: 416787-L1
RAMOS, LUZ
C/O CARLOS A VELASQUEZ, PA
ATTN CARLOS A VELASQUEZ, ESQ
101 N PINE ISLAND ROAD, SUITE 201
PLANTATION FL 33324

CREDITOR ID: 390849-55
RAMOS, ODALYS
C/O ROBERT J DICKMAN, PA
ATTN ROBERT J DICKMAN, ESQ
4500 LEJEUNE RD
CORAL GABLES FL 33146

CREDITOR ID: 391201-55
RAMSEWAK, ROSEMARY P
C/O BAKER & ZIMMERMAN PA
ATTN ROBERT A ZIMMERMAN, ESQ
6100 GLADES ROAD, #301
BOCA RATON FL 33434

CREDITOR ID: 390680-55
RANDELL, LUTRICIA
491 NW 1ST AVENUE
DEERFIELD BEACH FL 33441

CREDITOR ID: 392737-55
RANDLE, LAVERNE
C/O LAW OFFICES OF WAYNE YUSPEH
ATTN WAYNE W YUSPEH, ESQ
3000 W ESPLANADE, SUITE 301
METAIRIE AVE. LA 70002

CREDITOR ID: 391322-55
RANKINS, ROMA
C/O STEWART, TWINE & CAMPBELL, PA
ATTN DELANO S STEWART, ESQ
501 EAST KENNEDY BLVD, STE 715
TAMPA FL 33602

CREDITOR ID: 388469-54
RATLIFF, LIZZIE
1303 TOPP AVE
JACKSON, MS 39204

CREDITOR ID: 393548-55
RAWLS, WYNONIA
C/O SIMON & D'ALEMBERTE, PL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DR, SUITE 1200
MIAMI FL 33131

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

CREDITOR ID: 392495-55
RAY, HELEN
C/O L GABRIEL BACH, PA
ATTN L GABRIEL BACH, ESQ
2150 SW 13TH AVENUE
MIAMI FL 33145

CREDITOR ID: 392984-55
RAY, ROBIN
C/O JOSEPH C WHITLOCK, PA
ATTN JOSEPH C WHITLOCK, ESQ
3245 FIFTH AVE NORTH
ST PETERSBURG FL 33713

CREDITOR ID: 404027-15
REAMS, RUFUS JR & MARIE
C/O JERRY H TRACTMAN, PA
ATTN JERRY H TRACHTMAN, ESQ
1735 W HIBISCUS BLVD, SUITE 300
MELBOURNE FL 32901

CREDITOR ID: 269652-19
REDDICK, DAVID
C/O DELEGAL LAW OFFICES, PA
ATTN T A DELEGAL, III, ESQ
424 EAST MONROE ST
JACKSONVILLE FL 32202

CREDITOR ID: 410508-15
REDDICK, KIMBERLY
C/O GEFEN & D'AMBROSIO, PA
ATTN JOSEPH P D'AMBROSIO, ESQ
ONE BOCA PLACE
2255 GLADES ROAD, SUITE 236 WEST
BOCA RATON FL 33431

CREDITOR ID: 390783-55
REED, CLARENCE JR
C/O JOSEPH M TODD, PC
ATTN JOSEPH TODD, ESQ
TODD BUILDING
104 SOUTH MAIN STREET
JONESBORO GA 30236

CREDITOR ID: 390635-55
REED, FANNIE
C/O FOLLETT & FOLLETT, PA
ATTN GEORGE FOLLETT, ESQ
PO BOX 406
MERIDIAN MS 39202

CREDITOR ID: 408416-15
REESE, ANTHONINELLA
C/O FOY & ASSOCIATES, PC
ATTN JOHN M FOY, ESQ
3343 PEACHTREE ROAD, SUITE 350
ATLANTA GA 30326

CREDITOR ID: 391965-55
REEVE, JOHN
C/O LAW OFFICE OF DECARLIS & SAWYER
ATTN GILBERT J ALBA, ESQ
5000 NW 27TH COURT, SUITE C
GAINESVILLE FL 32606

CREDITOR ID: 392327-55
REGISTE, ANGELA (MINOR)
C/O SHANNON KEITH TURNER, PA
ATTN S KEITH TURNER, ESQ.
1500 EAST ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 392327-55
REGISTE, ANGELA (MINOR)
C/O GESNER REGISTE, GUARDIAN
4244 BARWOOD DRIVE
ORLANDO FL 32853

CREDITOR ID: 394721-57
REHAK, CHARLIE JEAN
C/O IKE F HAWKINS, III & ASSOCIATES
ATTN IKE F HAWKINS, III, ESQ
13541 TIGER BEND ROAD
PO BOX 87178
BATON ROUGE LA 70879-8178

CREDITOR ID: 387272-54
REICHARD, BLANCA H
C/O ATTORNEYS TRIAL GROUP
ATTN MICHAEL MANGLARDI, ESQ
540 N SEMORAN BLVD
ORLANDO FL 32807

CREDITOR ID: 387272-54
REICHARD, BLANCA H
10642 INVERSON ST
ORLANDO, FL 32825

CREDITOR ID: 390500-55
REID, WESLEY
C/O LEWIS & DAGGETT
ATTN JULIE L BELL, ESQ
285 EXECUTIVE PARK BOULEVARD
WINSTON-SALEM NC 27103

CREDITOR ID: 407788-93
REYES, AMY ISABEL
C/O ROBERT A ROMAGNA, PA
ATTN ROBERT A ROMAGNA, ESQ
LEJEUNE CENTRE, STE 345
782 NW 42ND AVENUE
MIAMI FL 33126

CREDITOR ID: 408422-15
REYES, AMY ISABEL & DINORAH
C/O ROBERT A ROMAGNA, PA
ATTN ROBERT A ROMAGNA, ESQ
LEJEUNE CENTER, SUITE 345
782 NW 42ND AVENUE
MIAMI FL 33126

CREDITOR ID: 408422-15
REYES, AMY ISABEL & DINORAH
C/O DINORAH GONZALEZ, GUARDIAN
10864 SW 5 STREET
MIAMI FL 33174-1507

CREDITOR ID: 407793-15
REYES-FONTANEZ, ANA L
C/O MARTINEZ MANGLARDI ET AL
ATTN JULIO C MARTINEZ, JR, ESQ
903 N MAIN STREET
KISSIMMEE FL 34744

CREDITOR ID: 390629-55
RHODD, DORRETT
C/O R J FENSTERSHEIB & ASSOCS, PA
ATTN ROBERT J FENSTERSHEIB, ESQ
520 W HALLANDALE BEACH, BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 411051-15
RICHARDS, DOLLY
C/O LAW OFFICE OF STEVEN BUSCH
ATTN STEVEN BUSCH, ESQ
3900 HOLLYWOOD BLVD, STE 302
HOLLYWOOD FL 33021

CREDITOR ID: 411051-15
RICHARDS, DOLLY
C/O ANGELA L DAWSON, ESQ
4200 NW 16TH STREET
PENTHOUSE 612
LAUDERHILL FL 33313

CREDITOR ID: 393601-55
RICHARDS, SUMMER
C/O WHIBBS & WHIBBS, PA
ATTN S SCOTT STONE, ESQ
105 E GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 392529-55
RICHARDSON, ELLA
C/O RICHMOND SIMON & ABSTON
ATTN ORLANDO R RICHMOND, ESQ
PO BOX 8599
COLUMBUS MS 39705

CREDITOR ID: 410487-15
RICHARDSON, MARY
C/O GRAHAM WOODS PL
ATTN TOM WOODS, ESQ.
171 HOOD AVENUE, SUITE 21
TAVENIER FL 33070

CREDITOR ID: 392629-55
RICHARDSON, MAXINE
C/O DONALD S BLUM LAW OFFICES
ATTN DONALD S BLUM, ESQ
320 N CARROLLTON AVENUE, SUITE 101
NEW ORLEANS LA 70119

CREDITOR ID: 390606-55
RICHARDSON, ROSE M
C/O MORGAN & MORGAN, PA
ATTN DONALD W BUCKLER, ESQ
101 E. KENNEDY BLVD, STE 1790
TAMPA FL 33602

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 390644-55<br>RICK, DONNA<br>C/O JACOBS & STRAUS, PA<br>ATTN GERI SUE STRAUS, ESQ<br>1098 NW BOCA RATON BLVD<br>BOCA RATON FL 33432 | CREDITOR ID: 391324-55<br>RIDLEY, KAREN<br>C/O JAY KORETSKY, PA<br>ATTN JAY KORETSKY, ESQ<br>21489 NORTHWEST 2ND AVE<br>MIAMI FL 33169 | CREDITOR ID: 393414-55<br>RIGGINS, SHYHEIM (CHILD)<br>C/O DEMING, PARKER, HOFFMAN ET AL<br>ATTN FRANK PARKER, ESQ<br>4851 JIMMY CARTER BOULEVARD<br>NORCROSS GA 30093 |
| CREDITOR ID: 385426-54<br>RIGNEY, WILLIS<br>WAYNE E FERRELL, JR, PLLC<br>ATTN WAYNE E FERRELL, ESQ<br>PO BOX 24448<br>JACKSON MS 39225-4448 | CREDITOR ID: 385426-54<br>RIGNEY, WILLIS<br>3800 BARBERRY DRIVE, APT J-4<br>LAUREL, MS 39440 | CREDITOR ID: 416598-L1<br>RISSIOTIS, JULIE<br>C/O ALLDREDGE & JONES<br>ATTN DONALD R JONES, ESQ<br>4914 SW 72ND AVENUE<br>MIAMI FL 33155 |
| CREDITOR ID: 389034-54<br>RITCHIE, DIANE<br>351 NE 49TH STREET<br>FORT LAUDERDALE, FL 33334 | CREDITOR ID: 389034-54<br>RITCHIE, DIANE<br>C/O SOUTH FL PERSONAL INJURY CTR PA<br>ATTN VIRGINIA M DROGO, ESQ<br>6363 TAFT STREET, SUITE 207<br>HOLLYWOOD FL 33024 | CREDITOR ID: 391301-55<br>RIVERA, BETTY<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN R SIMON/G D'ALEMBERTE, ESQS<br>1001 BRICKELL BAY DRIVE, STE 1200<br>MIAMI FL 33131 |
| CREDITOR ID: 391276-55<br>RIVERA, CAROL<br>C/O COHEN & GREENBERG, LLC<br>ATTN MICHAEL J. COHEN, ESQ<br>1792 BELL TOWER LANE<br>WESTON FL 33326 | CREDITOR ID: 400376-85<br>RIVERA, ELIZABETH<br>C/O LAWLOR, WINSTON & JUSTICE, PA<br>ATTN JOHN K LAWLOR, ESQ<br>2701 W OAKLAND PARK BLVD, SUITE 100<br>FT. LAUDERDALE FL 33311 | CREDITOR ID: 410440-15<br>ROBBINS, LATASHA<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN DARRYN L SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 |
| CREDITOR ID: 411282-15<br>ROBERTS, ADRA<br>C/O PETERS MURDAUGH PARKER ET AL<br>ATTN J PAUL DETRICK, ESQ<br>303 FIRST STREET EAST<br>PO BOX 457<br>HAMPTON SC 29924-0457 | CREDITOR ID: 387879-54<br>ROBERTS, AMY<br>C/O RODNEY ROBINSON LAW OFFICES<br>ATTN RODNEY ROBINSON, ESQ<br>200 NE 154 STREET<br>MIAMI FL 33162 | CREDITOR ID: 387879-54<br>ROBERTS, AMY<br>500 SOUTH WINTER, APT A2<br>PERRY, FL 32347 |
| CREDITOR ID: 391169-55<br>ROBERTS, JOANN<br>C/O ANDRY & ANDRY LLC<br>ATTN JEANNE ANDRY LANDRY, ESQ<br>710 CARODELET STREET<br>NEW ORLEANS LA 70130 | CREDITOR ID: 391091-55<br>ROBERTSON, GILDA<br>C/O JACOBS, MANUEL & KAIN<br>ATTN JODI J AAMODT, ESQ<br>500 ST LOUIS STREET, STE 200<br>NEW ORLEANS LA 70130-2118 | CREDITOR ID: 389036-54<br>ROBERTSON, MARY<br>112 GREENVIEW CIRCLE<br>DOTHAN, AL 36301 |
| CREDITOR ID: 389036-54<br>ROBERTSON, MARY<br>C/O CAPPS & GARTLAN, PC<br>ATTN J C CAPPS T MELVIN, ESQS<br>170 S OATES STREET, STE 2<br>DOTHAN AL 36303 | CREDITOR ID: 389036-54<br>ROBERTSON, MARY<br>C/O CAPPS & GARTLAN PC<br>ATTN TRACIE T MELVIN ESQ<br>1705 OATES STREET SUITE 2<br>DOTHAN AL 36303 | CREDITOR ID: 416265-QR<br>ROBERTSON, MARY<br>C/O CAREY & HAMNER<br>ATTN TERRY M CAREY, ESQ<br>PO BOX 7111<br>DOTHAN AL 16302 |
| CREDITOR ID: 391957-15<br>ROBINSON, ANNA<br>C/O DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, STE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 411223-15<br>ROBINSON, BERTHA<br>C/O SHERRY D WALKER, PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, SUITE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 391880-55<br>ROBINSON, CYNTHIA<br>C/O HAWTHORNE & MYERS, LLC<br>ATTN FRANK H HAWTHORNE JR, ESQ<br>322 ALABAMA STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 390156-54<br>ROBINSON, ILIANA<br>C/O ADAMS & ASSOCIATES<br>ATTN RICHARD ADAMS, ESQ<br>900 W 49 STREET, SUITE 514<br>HIALEAH FL 33012 | CREDITOR ID: 387166-54<br>ROBINSON, LLOYD<br>2032 2ND STREET<br>NEW ORLEANS, LA 70113 | CREDITOR ID: 400410-85<br>ROBINSON, MARY ELLEN<br>C/O SAMUEL S WILLIAMS PA<br>ATTN SAMUEL S WILLIAMS, ESQ<br>PO BOX 32635<br>CHARLOTTE NC 28232 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410507-15<br>ROBINSON, ROSA<br>409 SW 1ST COURT<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 410426-15<br>ROBINSON, SUSAN, SURVIVOR/DAUGHTER<br>OF CHRISTINE BASS (DECEASED)<br>C/O ROSELLI & ROSELLI<br>ATTN ROBERT M ROSELLI, ESQ<br>3471 N FEDERAL HWY, SUITE 600<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 391823-55<br>ROBINSON, VALERIE<br>C/O DAVID R HEIL, ESQ<br>2324 LEE ROAD<br>WINTER PARK FL 32789 |
| CREDITOR ID: 389031-54<br>ROBINSON, VIRGINIA<br>614 1/2 WEST GORDON AVENUE<br>ALBANY, GA 31701 | CREDITOR ID: 390774-55<br>ROBLES, LUISA<br>C/O CAMFIELD & SANTOMAURO<br>ATTN GRAY M CAMFIELD, ESQ<br>4951 BABCOCK STREET NE, SUITE 4<br>PALM BAY FL 32905 | CREDITOR ID: 408324-15<br>RODGERS, FLORA<br>C/O KERRIGAN ESTESS RANKIN ET AL<br>ATTN RANDLE D THOMPSON, ESQ<br>PO BOX 12009<br>PENSACOLA FL 32591 |
| CREDITOR ID: 400383-85<br>RODRIGUEZ, AMARILIS<br>880 NW 210TH STREET, SUITE 208<br>MIAMI FL 33169 | CREDITOR ID: 407445-93<br>RODRIGUEZ, ERYKA<br>C/O ROSEN & CHALIK, PA<br>ATTN DEBI F CHALIK, ESQ<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 410850-15<br>RODRIGUEZ, JESSICA<br>C/O ROBBINS & REYNOLDS, PA<br>ATTN MARC J REYNOLDS, ESQ.<br>9200 SOUTH DADELAND BLVD, SUITE 614<br>MIAMI FL 33156 |
| CREDITOR ID: 399849-84<br>RODRIGUEZ, JUSTINA<br>2608 BEAUMONT AVENUE<br>KISSIMMEE FL 34741 | CREDITOR ID: 389561-54<br>RODRIGUEZ, LAUDELINA<br>C/O ANTHONY J SCREMIN, PA<br>ATTN ANTHONY J SCREMIN ESQ<br>37 NE 26TH ST<br>MIAMI FL 33137 | CREDITOR ID: 389561-54<br>RODRIGUEZ, LAUDELINA<br>2421 NW 18TH TERR<br>MIAMI, FL 33125 |
| CREDITOR ID: 390798-55<br>RODRIGUEZ, LUIS<br>C/O MANUEL E GARCIA LAW OFFICE PA<br>515 WHITEHEAD STREET<br>KEY WEST FL 33040 | CREDITOR ID: 392298-55<br>RODRIGUEZ, RAMONA<br>C/O HADDAD & SHUTTERA<br>ATTN ROBERT J SHUTTERA, ESQ<br>13555 AUTOMOBILE BLVD, SUITE 540<br>CLEARWATER FL 33762-3838 | CREDITOR ID: 391818-55<br>RODRIGUEZ, SABRINA<br>C/O HOFFMAN, LARIN & AGNETTI, PA<br>ATTN DAVID L PERKINS, ESQ<br>909 N. MIAMI BEACH BLVD, SUITE 201<br>MIAMI FL 33162 |
| CREDITOR ID: 408357-15<br>RODRIGUEZ, TELLUNY<br>C/O CREWS & BODIFORD, PA<br>ATTN BRYAN W CREWS, ESQ<br>1137 EDGEWATER DRIVE<br>ORLANDO FL 32804 | CREDITOR ID: 392324-55<br>RODRIGUEZ, AIDA L<br>C/O ROSEN SWITKES CABRERA & ENTIN<br>ATTN REGINA FRANCO-MURPHEY, ESQ<br>PENTHOUSE SOUTHEAST<br>407 LINCOLN ROAD<br>MIAMI BEACH FL 33139-3008 | CREDITOR ID: 385420-54<br>ROGERS, JEAN<br>C/O GRAY ROBINSON, PA<br>ATTN JASON B BURNETT, ESQ<br>50 N LAURA ST, STE 1675<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 385420-54<br>ROGERS, JEAN<br>763 NORTH WALNUT STREET<br>STARKE, FL 32091 | CREDITOR ID: 393202-55<br>ROGERS, KIM<br>C/O GAUDIN & LONGORIA, LLC<br>ATTN MICHELE GAUDIN, ESQ<br>858 CAMP ST<br>NEW ORLEANS LA 70130 | CREDITOR ID: 405938-93<br>ROGERS, LARONDA<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, STE 310<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 391790-55<br>ROGERS, LILLIAN<br>C/O MARKS & ARTAU, PA<br>ATTN JEFFREY S MARKS, ESQ<br>2499  GLADES ROAD, STE 308<br>BOCA RATON FL 33431 | CREDITOR ID: 388517-54<br>ROJAS, JENNY DEL SOCORRO<br>9455 W FLAGLER STREET, APT 506<br>MIAMI, FL 33174 | CREDITOR ID: 388517-54<br>ROJAS, JENNY DEL SOCORRO<br>C/O ROBBINS & REYNOLDS, PA<br>ATTN MARC J REYNOLDS, ESQ<br>DADELAND TOWERS<br>9200 S DADELAND BLVD, SUITE 614<br>MIAMI FL 33156 |
| CREDITOR ID: 389950-54<br>ROLDAN, MARIBEL<br>C/O MARIBEL ALVAREZ, GUARDIAN<br>653 LAUREL LAKE COURT<br>ORLANDO, FL 32825 | CREDITOR ID: 393457-55<br>ROLLE, MARCHELLE D<br>C/O KOPPEL & BATES<br>ATTN DOUG BATES ESQ<br>817 S UNIVERSITY DRIVE, SUITE 100<br>PLANTATION FL 33324 | CREDITOR ID: 392205-55<br>ROMAN, YVETTE<br>C/O ALFRED H FUENTE, ESQ<br>1385 CORAL WAY, SUITE 406<br>MIAMI FL 33145 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392885-55<br>ROMERO, CARLA<br>C/O BARANOWICZ & CALDERON, PA<br>ATTN PAMELA T CALDERON, ESQ<br>145 E MIAMI AVENUE<br>VENICE FL 34285 | CREDITOR ID: 385744-54<br>ROOKS, ANNIE<br>1434 DBL CHURCHES ROAD<br>COLUMBUS, GA 31904 | CREDITOR ID: 392171-55<br>ROSARIO, ADRIAN<br>C/O LAW OFFICES OF MAX R PRICE, PA<br>ATTN MAX R PRICE, ESQ<br>6701 SUNSET DRIVE, STE 104<br>MIAMI FL 33143 |
| CREDITOR ID: 410698-15<br>ROSE, AMELIA<br>LYTAL REITER CLARK ET AL<br>ATTN W HAMPTON KEEN, ESQ<br>NORTHBRIDGE CENTER, 10TH FLR<br>515 N FLAGLER DRIVE<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 410698-15<br>ROSE, AMELIA<br>11 WOODLOT ROAD<br>NEW PALTZ NY 12561 | CREDITOR ID: 411226-15<br>ROSERO, LENY R<br>C/O UDOWYCHENKO & GARCIA, PA<br>ATTN JOSE F GARCIA, ESQ<br>SUNTRUST PLAZA, SUITE 203<br>3367 WEST VINE STREET<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 399851-84<br>ROSEWAY, BONNIE<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY RODNEY WILLIS, ESQ<br>PO DRAWER 1227<br>MILLBROOK AL 36054 | CREDITOR ID: 390643-55<br>ROSIER, ROBIN<br>C/O FISHER & SAULS PA<br>ATTN C. BRYANT BOYDSTUN, JR, ESQ<br>PO BOX  387<br>ST. PETERSBURG FL 33731 | CREDITOR ID: 393234-55<br>ROUNDTREE, DARLENE H<br>C/O GOLDBERG & ASSOCIATES, PC<br>ATTN DAN GOLDBERG, ESQ<br>1910 3RD AVENUE N, SUITE 500<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 391007-55<br>ROUNDTREE, LEONARD<br>C/O MORGAN& MORGAN, PA<br>ATTN HARRAN E UDELL, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 394032-61<br>ROUTMAN, ALAN S MD, FACS<br>5601 N DIXIE HWY, STE 210<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 393226-55<br>ROY, KATHERINE<br>C/O JAMES M SMITH, ESQ<br>7020 FAIN PARK DRIVE, SUITE 3<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 393603-55<br>ROY, TONI L<br>C/O LAW OFFICE OF MARTIN HANNAN, PA<br>ATTN MARTIN L HANNAN, ESQ<br>9370 SW 72 STREET, SUITE A-266<br>MIAMI FL 33173 | CREDITOR ID: 391743-55<br>RUFFIN, GUSSIE<br>C/O PERENICH, CARROLL, ET AL<br>ATTN R CARROLL OR L ROBINSON, ESQS<br>1875 N BELCHER ROAD, SUITE 201<br>CLEARWATER FL 33765 | CREDITOR ID: 269658-19<br>RUPPERECHT, JOHN<br>C/O FLORIN ROEBIG & WALKER, PA<br>ATTN W FLORIN/C GRAY, ESQS<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 417060-15<br>RUSHTON, ANDREA<br>C/O LAWRENCE J MARRAFFINO, PA<br>ATTN LAWRENCE J MARRAFFINO, ESQ<br>3312 W UNIVERSITY AVENUE<br>GAINESVILLE FL 32607 | CREDITOR ID: 400357-85<br>RUSNAK-LEITH, REBECCA J<br>C/O LAW OFFICES OF ANDREW W HORN<br>ATTN ANDREW W HORN, ESQ<br>ONE SOUTHEAST 3RD AVENUE<br>STE 2230<br>MIAMI FL 33131 | CREDITOR ID: 388046-54<br>SALAHUDDIN, AESHA<br>741 MARGARET SQUARE<br>WINTER PARK, FL 32789 |
| CREDITOR ID: 411229-15<br>SALAZAR, GERSON<br>C/O UDOWYCHENKO & GARCIA, PA<br>ATTN JOSE F GARCIA, ESQ<br>SUNTRUST PLAZA, SUITE 203<br>3367 WEST VINE STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 411227-15<br>SALAZAR, WILLIAM<br>C/O UDOWYCHENKO & GARCIA, PA<br>ATTN JOSE F GARCIA, ESQ<br>SUNTRUST PLAZA, SUITE 203<br>3367 WEST VINE STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 392202-55<br>SALMON, ALPHONSO LLOYD<br>C/O WILLIAM M BROWNELL JR, ESQ<br>210 WASHINGTON ST NW, SUITE 103<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 392967-55<br>SAMUELS, LUCRETIA MOXIE<br>C/O COHN, PARKER & COHN, PA<br>ATTN ALAN W COHN, ESQ<br>1152 N UNIVERSITY DRIVE, SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 387179-54<br>SANCHEZ, CORINA<br>C/O GERAGHTY DOUGHERTY ET AL<br>ATTN MICHAEL C MCQUAGGE, ESQ<br>2225 FIRST STREET<br>FORT MYERS FL 33901 | CREDITOR ID: 416743-L1<br>SANCHEZ, DAVID<br>C/O ZAPPITELL & KAPRAL, PA<br>ATTN STEPHEN M KAPRAL, JR, ESQ<br>5355 TOWN CENTER ROAD, SUITE 1105<br>BOCA RATON FL 33486 |
| CREDITOR ID: 411228-15<br>SANCHEZ, HERMELINDA<br>C/O UDOWYCHENKO & GARCIA, PA<br>ATTN JOSE F GARCIA, ESQ<br>SUNTRUST PLAZA, SUITE 203<br>3367 WEST VINE STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 411098-15<br>SANCHEZ, LUZ<br>C/O MARTINEZ MANGLARDI ET AL<br>ATTN JULIO MARTINEZ, ESQ<br>903 N MAIN STREET<br>KISSIMMEE FL 34744 | CREDITOR ID: 408237-15<br>SANCHEZ, MARIA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Cash**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408237-15<br>SANCHEZ, MARIA<br>1503 JORDAN STREET<br>ATLANTA BEACH FL 32233 | CREDITOR ID: 393573-55<br>SANCHEZ, NATALIE<br>C/O MORGAN & MORGAN<br>ATTN HARRAN E UDELL, ESQ<br>PO BOX 9504<br>FORT MYERS FL 33906 | CREDITOR ID: 408413-15<br>SANCHEZ, PATRICIA RIVERA<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN M FOY, ESQ<br>3343 PEACHTREE ROAD, SUITE 350<br>ATLANTA GA 30326 |
| CREDITOR ID: 387901-54<br>SANCHEZ, PEDRO (MINOR)<br>C/O ORLANDO R RUIZ LAW OFFICES<br>ATTN ORLANDO R RUIZ, ESQ<br>7695 SW 104TH STREET, SUITE 200<br>MIAMI FL 33156 | CREDITOR ID: 387901-54<br>SANCHEZ, PEDRO (MINOR)<br>C/O PEDRO &  WANDA SANCHEZ<br>18103 SW 149TH PLACE<br>MIAMI, FL 33187 | CREDITOR ID: 417089-15<br>SANCHEZ, ROSA<br>C/O V CAVE, CPA<br>ATTN VIRGINIA CAVE<br>13350 SW 128 STREET<br>MIAMI FL 33186 |
| CREDITOR ID: 390751-55<br>SANDERS, JOANN<br>C/O MORGAN& MORGAN, PA<br>ATTN R SCHIMMELPFENNIG, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802 | CREDITOR ID: 390567-55<br>SANTIAGO, ILUMINADO<br>C/O LAW OFFICES OF ALAN GINSBERG<br>ATTN ALAN GINSBERG, ESQ<br>13899 BISCAYNE BLVD, SUITE 401<br>NORTH MIAMI BEACH FL 33181 | CREDITOR ID: 399934-15<br>SANTIAGO, MARIA<br>C/O DIANA SANTA MARIA, PA<br>ATTN DIANA SANTA MARIA, ESQ<br>4801 S UNIVERSITY DRIVE, STE 3060<br>DAVIE FL 33328 |
| CREDITOR ID: 392586-55<br>SANTIAGO, PASCUALA<br>C/O RUE & ZIFFRA, PA<br>ATTN DAVID L SWEAT, ESQ<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 391309-55<br>SAPP, DONNA<br>C/O TODD E COPELAND & ASSOCIATES PA<br>ATTN PETE PLACENCIA, ESQ<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 391309-55<br>SAPP, DONNA<br>208 NORTH MAIN AVENUE, APT 4<br>GROVELAND FL 34736 |
| CREDITOR ID: 206677-09<br>SAUNDERS, DARREN A<br>C/O MANZINI  & ASSOCIATES, PA<br>ATTN NICOLAS A MANZINI, ESQ<br>169 E FLAGER ST, STE 1500<br>MIAMI FL 33131 | CREDITOR ID: 206677-09<br>SAUNDERS, DARREN A<br>19001 NW 24TH AVE<br>OPA LOCKA FL 33052-6130 | CREDITOR ID: 393606-55<br>SAVOIE, MICHELLE<br>C/O KENNETH P MAYERS, LLC<br>ATTN KENNETH P MAYERS, ESQ<br>PO BOX 2217<br>LAFAYETTE, LA 70507 |
| CREDITOR ID: 400060-84<br>SCHARFTENBERG, HORST<br>C/O SCHWARTZ ZWEBEN & SLINGBAUM<br>ATTN GENE R ZWEBEN, ESQ.<br>205 SW WINNACHEE DRIVE<br>STUART FL 34994 | CREDITOR ID: 400060-84<br>SCHARFTENBERG, HORST<br>REINHOLD-SCHNEIDER STR 14<br>BADEN-BADEN  D-76530<br>GERMANY | CREDITOR ID: 392246-55<br>SCHERRER, LILIANA<br>C/O LAW OFFICE OF ROBERT BEHAR, PA<br>ATTN ROBERT BEHAR, ESQ<br>7171 CORAL WAY, SUITE 500<br>MIAMI FL 33155 |
| CREDITOR ID: 271554-20<br>SCHEXNAYDER, JAMIE<br>C/O DEVONNA PONTHIEU LLC<br>ATTN DEVONNA PONTHIEU, ESQ<br>210 N RANGE AVENUE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 271554-20<br>SCHEXNAYDER, JAMIE<br>8473 JOHN MARTIN LANE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 392436-55<br>SCHLINCK, ADELINE<br>C/O ZEFF AND ZEFF, PC<br>BUHL BUILDING<br>535 GRISWOLD, STE 1630<br>DETROIT MI 48226 |
| CREDITOR ID: 393283-55<br>SCHNACKENBERG, PAULA<br>C/O WITES & KAPETAN, PA<br>ATTN ALEX KAPETAN, ESQ<br>4400 NORTH FEDERAL HWY<br>LIGHTHOUSE POINT FL 33064 | CREDITOR ID: 400538-88<br>SCIPP, BETTY J<br>C/O LAW OFFICE OF RICHARD R KURITZ<br>ATTN RICHARD R KURITZ, ESQ.<br>4320 DEERWOOD LAKE PARKWAY<br>SUITE 101-316<br>JACKSONVILLE FL 32207 | CREDITOR ID: 400329-85<br>SCOTT, DENISE<br>C/O E ERIC GUIRARD INJURY LAWYERS<br>ATTN LEON H EDMOND, IV; ESQ<br>1010 COMMON ST STE 2900<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 207937-09<br>SCOTT, SANDRA J<br>C/O JACK DUNN LAW OFFICE<br>ATTN JACK DUNN, ESQ<br>14225 RIVERLAKE DRIVE<br>COVINGTON LA 70435 | CREDITOR ID: 207937-09<br>SCOTT, SANDRA J<br>4662 PERRAULT WALK<br>NEW ORLEANS LA 70127-3465 | CREDITOR ID: 410441-15<br>SCOTT, SHARON LOVETT<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN DARRYN L SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 403180-15
SEARCY, BERTHA
C/O DARRYL E ROUSON, ESQ
3110 1ST AVENUE N, SUITE 5W
ST PETERSBURG FL 33713

CREDITOR ID: 392451-55
SERRA, ADA
C/O MINTZ TRUPPMAN CLEIN & HIGER PA
ATTN KEITH A TRUPPMAN, ESQ
1700 SANS SOUCI BLVD
NORTH MIAMI FL 33181

CREDITOR ID: 392844-55
SHAFFER, CYNTHIA
C/O LAW OFFICE OF EDWARD S DONINI
ATTN EDWARD S DONINI, ESQ
PO BOX 605
NEW SMYRNA BEACH FL 32170

CREDITOR ID: 394278-56
SHELKO, MARDI
C/O COHEN AND COHEN, PA
ATTN KEITH A GOLDBLUM, ESQ
2525 N STATE RD 7 (441)
HOLLYWOOD FL 33021

CREDITOR ID: 416564-L1
SHELTON, ERNESTINE H
3618 BARRINGTON PLACE
DECATUR GA 30032

CREDITOR ID: 388471-54
SHIELDS, JAMES
2100 ROWLING DALE
LEXINGTON, KY 40513

CREDITOR ID: 416170-L1
SILVA, DELIA &/OR PEREZ, EDUARDO
151 CRANDON BLVD, APT 1020
KEY BISCAYNE FL 33149

CREDITOR ID: 392201-55
SILVA, LUCRECIA
C/O FLAXMAN & LOPEZ
ATTN ROSA LOPEZ, ESQ
5715 JOHNSON STREET
HOLLYWOOD FL 33021

CREDITOR ID: 411418-15
SIMMONS, MAXINE
PO BOX 1356
CALLAHAN FL 32011

CREDITOR ID: 392127-55
SEMPE, LILLY
C/O ANTHONY GLORIOSO, ESQ
2325 SEVERN AVENUE, SUITE 9
METAIRIE LA 70001

CREDITOR ID: 277122-21
SEVERSON, MICHELLE
C/O FINE FARKASH & PARLAPIANO, PA
ATTN ALAN R. PARLAPIANO, ESQ
622 NE FIRST STREET
GAINESVILLE FL 32601

CREDITOR ID: 407688-15
SHAPIRO, SUZANNE
C/O SIMON & D'ALEMBERTE, PL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1101 BRICKELL BAY DRIVE, SUITE 1200
MIAMI FL 33131

CREDITOR ID: 394278-56
SHELKO, MARDI
1758 NE 175TH STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 390594-55
SHELTON-SCOTT, LAURIE
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA FL 32118

CREDITOR ID: 400227-85
SHINGLER, LUANN
C/O DENNIS L FINCH, PA
ATTN DENNIS L FINCH, ESQ
307 NE 36TH AVENUE, SUITE 2
OCALA FL 34470

CREDITOR ID: 391018-55
SILVA, GLORIA
C/O JOSE G RODRIGUEZ, ESQ
2240 PALM BEACH LAKES BLVD, STE 200
WEST PALM BEACH FL 33409-3404

CREDITOR ID: 390775-55
SIMMONS, LINDA
C/O CLAY, MASSEY & ASSOCIATES, PA
ATTN R EDWARD MASSEY, JR, ESQ
509 CHURCH STREET
MOBILE AL 36602

CREDITOR ID: 410862-15
SIMPKINS, CLOVER
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 416799-L1
SERAILLE, MELISSA
C/O LAW OFFICE OF DONALD L MAYEUX
ATTN DONALD MAYEUX, ESQ
211 N SECOND STREET
PO BOX 1460
EUNICE LA 70535

CREDITOR ID: 392597-99
SEVIN, MARILYN
C/O NICK LAW FIRM LC
ATTN TAMMY NICK ESQ
676 E I-10 SERVICE ROAD
SLIDELL LA 70461

CREDITOR ID: 400548-88
SHARPE, SHAWNA
C/O LAWRENCE S ALLEN, ESQ
2121 PONCE DE LEON BLVD, SUITE 721
CORAL GABLES FL 33134

CREDITOR ID: 410766-15
SHELLON, SANDY
C/O COHEN & GREENBERG, LLC
ATTN MICHAEL J COHEN, ESQ
1792 BELL TOWER LANE
WESTON FL 33326

CREDITOR ID: 269660-19
SHERRILL, MIGNON
C/O BETTS & ASSOCIATES
ATTN DAVID E BETTS, ESQ
140 PEACHTREE STREET NW
ATLANTA GA 30303

CREDITOR ID: 411082-15
SIEN, JANALEE
C/O HATCH & DOTY, PA
ATTN KEVIN S DOTY, ESQ
PO BOX 643760
VERO BEACH FL 32964-3760

CREDITOR ID: 391018-55
SILVA, GLORIA
C/O IURILLO & ASSOCIATES, PA
ATTN CAMILLE J IURILLO, ESQ
600 FIRST AVENUE NORTH, SUITE 308
ST PETERSBURG FL 33701

CREDITOR ID: 411418-15
SIMMONS, MAXINE
C/O EDWARD P JACKSON, PA
ATTN EDWARD P JACKSON, ESQ
255 N LIBERTY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410862-15
SIMPKINS, CLOVER
11033 TRACI LYNN DRIVE
JACKSONVILLE FL 32218

SERVICE LIST

**Notice of Hearing**
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391314-55<br>SIMPSON, ALTAMEASE<br>C/O BERNSTEIN & MARYANOFF<br>ATTN K MENESES OR N MARYANOFF, ESQ<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 393052-55<br>SIMPSON, DEBRA<br>1912 PHILLIPS AVE, APT L<br>GREENSBORO NC 27405 | CREDITOR ID: 393052-55<br>SIMPSON, DEBRA<br>C/O LEE D ANDREWS LAW OFFICES<br>ATTN LEE D ANDREWS, ESQ<br>PO BOX 21472<br>GREENSBORO NC 27420 |
| CREDITOR ID: 391782-55<br>SIMS, JOHN<br>C/O CONWAY & MARTIN<br>ATTN WARREN L. CONWAY, ESQ<br>PO BOX 757<br>GULFPORT MS 39502 | CREDITOR ID: 386038-54<br>SINCLAIR, YOLANDA<br>3570 WILLOW TREE TRACE<br>DECATUR GA 30034 | CREDITOR ID: 411298-15<br>SINGH, ELISHA<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN JONATHAN I ROTSTEIN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 416662-L1<br>SIZEMORE, RAY S<br>6537 SUTHERLAND AVENUE<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 390904-55<br>SLAY, NICOLE<br>C/O DESALVO, DESLAVO & BLACKBURN<br>ATTN F DESALVO/R BLACKBURN, ESQS<br>201 SOUTH GALVEZ ST.<br>NEW ORLEANS LA 70119 | CREDITOR ID: 392255-55<br>SLIZ, STELLA<br>C/O AUFFENORDE & AUFFENORDE, PC<br>ATTN MICHAEL E AUFFENORDE, ESQ<br>511 MADISON STREET<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 392274-55<br>SMITH, ANGEL<br>C/O FRESHMAN, FRESHMAN & TRAITZ, PA<br>ATTN LAWRENCE N FRESHMAN, ESQ<br>9155 S DADELAND BLVD, SUITE 1014<br>MIAMI FL 33156 | CREDITOR ID: 410892-15<br>SMITH, ARTIS JR<br>C/O THOMAS & PEARL, PA<br>ATTN BRIAN S PEARL, ESQ.<br>2404 NE 9TH STREET<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 410442-15<br>SMITH, BERNICE<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN DARRYN L SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 |
| CREDITOR ID: 386060-54<br>SMITH, CHARLENE<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SCOTT ZIRKLE, ESQ<br>2601 TECHNOLOGY DRIVE<br>PO BOX 2807<br>ORLANDO, FL 32802-2807 | CREDITOR ID: 408240-15<br>SMITH, CHARLOTTE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 393258-55<br>SMITH, CHRISTELLEN<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN D MALKOWSKI, ESQ<br>5100 W KENNEDY BLVD, STE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 406048-93<br>SMITH, DELILAH<br>C/O RICHARD J FERNANDEZ, LLC<br>ATTN RICHARD J FERNANDEZ, ESQ<br>3900 N CAUSEWAY BLVD<br>605 ONE LAKEWAY CENTER<br>METAIRIE LA 70002 | CREDITOR ID: 410869-15<br>SMITH, DOREEN BONDS<br>C/O GOLDBERG RACILA SICO ET AL<br>ATTN MICHAEL M NOONE, ESQ<br>1533 HENDRY STREET, STE 100<br>FORT MEYERS FL 33901 | CREDITOR ID: 400530-88<br>SMITH, FREDELLIA L<br>C/O MORGAN & MORGAN, PA<br>C/O W CLAY MITCHELL, JR, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 399634-15<br>SMITH, JAMES F & MARTHA A<br>C/O GLICK LAW FIRM, PA<br>ATTN BRIAN F GLICK, ESQ<br>2255 GLADES ROAD, SUITE 324A<br>BOCA RATON FL 33431 | CREDITOR ID: 407599-15<br>SMITH, KATHLEEN<br>C/O JUPITER MEDICAL CENTER<br>ATTN DR ROBERT SIMON<br>701 N LAKE BLVD, SUITE 208<br>N PALM BEACH FL 33408 | CREDITOR ID: 407598-15<br>SMITH, KATHLEEN<br>PO BOX 1753<br>JUPITER FL 33468 |
| CREDITOR ID: 390632-55<br>SMITH, KENNETH<br>C/O LAW OFC OF TJ CUNNINGHAM JR, PA<br>ATTN TJ CUNNINGHAM JR, ESQ<br>1860 OLD OKEECHOBEE RD, SUITE 203<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 390632-55<br>SMITH, KENNETH<br>C/O CUNNINGHAM & CUNNINGHAM PA<br>ATTN JIM CUNNINGHAM, ESQ<br>1897 PALM BEACH LAKE BLVD SUITE 201<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 392193-55<br>SMITH, LINDA<br>C/O R J FENSTERSHEIB & ASSOCS, PA<br>ATTN JEAN TAYLOR, ESQ<br>520 WEST HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 |
| CREDITOR ID: 385529-54<br>SMITH, MARTHA JEAN<br>PO BOX  276<br>MIDDLEBURG, FL 32068 | CREDITOR ID: 416180-L1<br>SMITH, ODESSA<br>3921 NC HWY 65<br>REIDSVILLE NC 27320 | CREDITOR ID: 400321-85<br>SMITH, ROSIE W<br>C/O ANGELA L DAWSON, PA<br>ATTN ANGELA L DAWSON, ESQ<br>16TH ST BLDG 4200 NW 16TH<br>PENTHOUSE #612<br>LAUDERHILL FL 33313-5835 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393576-55<br>SMITH, RUBY<br>C/O PARKS & CRUMP, LLC<br>ATTN D D PARKS OR S L ROLLE, ESQS<br>240 N MAGNOLIA DRIVE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 416826-L1<br>SMITH, SHARING<br>C/O LAW OFFICES OF WILLIAM F SOUZA<br>ATTN CHAD C HASTINGS, ESQ<br>155 NW 167TH STREET, PH<br>NORTH MIAMI BEACH FL 33169 | CREDITOR ID: 392338-55<br>SMITH, TARA<br>BLDG 38, APT 525<br>2135 GODBY ROAD<br>COLLEGE PARK GA 30349 |
| CREDITOR ID: 407531-93<br>SMITH, VIRGINIA<br>C/O ALAN SCHNEIDER, PA<br>ATTN ALAN SCHNEIDER, ESQ<br>2900 NW 7TH STREET<br>MIAMI FL 33125 | CREDITOR ID: 388999-54<br>SMITH-PHILLIPUS, ETCLE E.<br>12649 GRECO DRIVE<br>ORLANDO FL 32824 | CREDITOR ID: 390939-55<br>SNIPES, JACK<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB COOK, ESQ<br>ISLAMORADA PROFFESSIONAL CENTER<br>81990 OVERSEAS HWY, 3RD FLOOR<br>ISLAMORADA FL 33036 |
| CREDITOR ID: 407693-15<br>SNURE, DENISE MARIE<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991 | CREDITOR ID: 393421-55<br>SOILEAU, MELANIE<br>C/O BROUSSARD & DAVID<br>ATTN BLAKE DAVID, ESQ<br>PO BOX 3524<br>LAFAYETTE LA 70502 | CREDITOR ID: 410876-15<br>SOLANO, JACQUELINE<br>C/O ELLIS PEETLUK<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 393443-55<br>SOLOMON, RASHAD (MINOR)<br>C/O FARAH & FARAH, PA<br>ATTN LESLIE SCOTT JEAN-BART, ESQ<br>1845 UNIVERSITY BOULEVARD N<br>JACKSONVILLE FL 32211 | CREDITOR ID: 400550-88<br>SORISE, FRAN<br>C/O ALAN COHN, ESQ<br>1152 N UNIVERSITY DRIVE, SUITE 201<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 388783-54<br>SOUDAT, RHONDA SCOTT<br>5829 HAFER LANE<br>ORLANDO, FL 32808 |
| CREDITOR ID: 388783-54<br>SOUDAT, RHONDA SCOTT<br>MARK L HORWITZ, PA<br>ATTN MARK L HORWITZ, ESQ.<br>17 EAST PINE STREET<br>ORLANDO FL 32801 | CREDITOR ID: 416182-L1<br>SPARKS, CINDY<br>C/O DELLECKER, WILSON & KING, PA<br>ATTN KENNETH S MCKENNA, ESQ<br>719 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 385528-54<br>SPARKS, HENRY<br>C/O LAWSON & ASSOCIATES, PA<br>ATTN SUSAN L LAWSON, ESQ.<br>230 EAST DAVIS BLVD, SUITE 200<br>TAMPA FL 33606 |
| CREDITOR ID: 385528-54<br>SPARKS, HENRY<br>4207 EAST IDLEWILD STREET<br>TAMPA, FL 33610 | CREDITOR ID: 416184-L1<br>SPARKS, KHARI<br>C/O DELLECKER, WILSON & KING, PA<br>ATTN KENNETH S MCKENNA, ESQ<br>719 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 410772-15<br>SPENCE, JULIE<br>C/O CHAD MOTES, PA<br>ATTN CHAD MOTES ESQ<br>1705 COLONIAL BLVD , STE A-1<br>FT MYERS FL 339O7 |
| CREDITOR ID: 410772-15<br>SPENCE, JULIE<br>PO BOX 452<br>LA BELLE FL 33975 | CREDITOR ID: 393031-55<br>SPENCER, NICHOLAS<br>C/O BALES WEINSTEIN<br>ATTN JUSTIN R LUMLET, ESQ<br>COURTHOUSE PLAZA<br>625 E TWIGGS ST, SUITE 100<br>TAMPA FL 33602 | CREDITOR ID: 390703-55<br>SPRUEL, LINDA<br>C/O TATE & WILLIAMS LLC<br>ATTN IRIS A TATE, ESQ<br>PO BOX 58889<br>NEW ORLEANS LA 70158-8889 |
| CREDITOR ID: 416185-L1<br>SPRUILL, CALVIN JR<br>C/O JOSEPH PACK LAW OFFICE<br>ATTN JOSEPH PACK, ESQ<br>135 SE 5TH AVENUE<br>DELRAY BEACH FL 33484 | CREDITOR ID: 416185-L1<br>SPRUILL, CALVIN JR<br>225 NW SEVENTH AVE<br>DELRAY BEACH FL 33444 | CREDITOR ID: 391303-55<br>ST HUBERT, DIANA<br>C/O SMITH & VANTURE, LLP<br>ATTN BRIAN W SMITH, ESQ<br>1615 FORUM PLACE, SUITE 4-C<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 416967-15<br>ST PAUL TRAVELERS<br>ATTN RICHARD J MEASE, CLAIM REP<br>PO BOX 12647<br>READING PA 19612-2647 | CREDITOR ID: 393035-55<br>STALLINGS, GEORGIA<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33540 | CREDITOR ID: 385740-54<br>STAMBAUGH, JUDY CARYOL<br>4573 ONTARIO DRIVE<br>NEW PORT RICHEY, FL 34652 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 385740-54
STAMBAUGH, JUDY CARYOL
DORAN & BEAM, PA
ATTN J STEPHEN DORAN, ESQ
6113 GRAND BOULEVARD
NEW PORT RICHEY FL 34652

CREDITOR ID: 416945-15
STAMPER, REVA JO
C/O RICHARD H NASH, III, ESQ
235 SOUTH FIFTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 416530-L1
STANLEY, CARRIE
C/O CLARK HALL LAW OFFICE
ATTN CLARK HALL, ESQ
924 3RD AVENUE
GADSDEN AL 35901

CREDITOR ID: 416530-L1
STANLEY, CARRIE
15 COMNOCK AVENUE
GADSDEN AL 35902

CREDITOR ID: 385318-54
STANTON, KEVIN P
8610 FISH LAKE ROAD
TAMPA, FL 33619

CREDITOR ID: 392195-55
STARNES, ROBERT JR
C/O HITE & PRUITT
ATTN THOMAS E HITE JR, ESQ
100 E PICKENS STREET
PO BOX 805
ABBEVILLE SC 29620

CREDITOR ID: 407638-15
STATE OF NC DEPT OF HEALTH & HUMAN
SERVICES, DIV OF MEDICAL ASSISTANCE
3RD PARTY RECOVERY SECTION
RE: MARY ELLEN ROBINSON
2508 MAIL SERVICE CENTER
RALEIGH NC 27690-4301

CREDITOR ID: 389894-54
STELZER, SHIRLEY
3316 COUNTY ROAD 26
HOPE HULL, AL 36043

CREDITOR ID: 392736-55
STERLING, PATSY
C/O BRENT C MILLER LAW OFFICES
ATTN BRENT C MILLER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32726

CREDITOR ID: 391944-55
STEVENS, KIMBERLY
C/O CANNON LAW FIRM
ATTN CRAIG CANNON, ESQ
PO BOX 1986
OCALA FL 34478-1986

CREDITOR ID: 417057-15
STEWART, CINDY REED
C/O EUBANKS & BARRETT
ATTN JAMES FASIG, ESQ.
259 E 7TH AVENUE
TALLAHASSEE FL 32303

CREDITOR ID: 417057-15
STEWART, CINDY REED
3029 BANKS ROAD
TALLAHASSEE FL 32308

CREDITOR ID: 410400-15
STINNETT, CRISTY
C/O MORGAN & MORGAN, PA
ATTN RANDY SCHIMMELPFENNIG, ESQ.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 217273-09
STITH, ANNA L
40 OLD CHURCH DRIVE
FREEMAN VA 23856

CREDITOR ID: 410987-15
STOCKLIN, RAYMOND
C/O MORGAN & MORGAN, PA
ATTN JAMES D ARNOLD JR, ESQ.
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 269665-19
STOKES, JAMES
C/O DELEGAL LAW OFFICES, PA
ATTN  T A DELEGAL, III, ESQ
424 EAST MONROE ST
JACKSONVILLE FL 32202

CREDITOR ID: 390962-55
STORR, VENDA
C/O MANUEL E GARCIA, PA
ATTN MANUEL E GARCIA, ESQ
515 WHITEHEAD STREET
KEY WEST FL 33040

CREDITOR ID: 392453-55
STRANGE, AUDREY
C/O MATTHEWS & HAWKINS, PA
ATTN RICHARD A KRAUSE, ESQ
35 CLAYTON LANE
SANTA ROSA BEACH FL 32459

CREDITOR ID: 393055-55
STRICKLAND, JOSH
C/O FARAH & FARAH, PA
ATTN B HATCH/ D S CRAIG, ESQS
10 WEST ADAMS ST, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 417104-15
STRICKLAND, LORRAINE C
1417 INDEPENDENCE WAY
MARIETTA GA 30062

CREDITOR ID: 390876-55
STROUD, JESSICA (MINOR)
C/O FARAH & FARAH, PA
ATTN R POGACHNIK/B GARTNER, ESQS
10 WEST ADAMS ST, 3RD FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 393475-55
STROUD, SHELBY (MINOR)
C/O GOLDBERG, RACILA, SICO, ET AL
ATTN MICHAEL M NOONE, ESQ
1533 HENDRY STREET, STE 100
FORT MEYERS FL 33901

CREDITOR ID: 390718-55
SUAREZ, DULCE
C/O FRIEDMAN RODMAN & FRANK, PA
ATTN RONALD RODMAN, ESQ
3636 WEST FLAGLER ST
MIAMI FL 33135

CREDITOR ID: 390305-54
SUIRE, WALYN
C/O THOMAS R HIGHTOWER, JR, APLC
ATTN WADE KEE, ESQ
1019 LAFAYETTE STREET
PO BOX 51288
LAFAYETTE LA 70505

CREDITOR ID: 390305-54
SUIRE, WALYN
1305 N STATE ST
ABBEVILLE, LA 70510

CREDITOR ID: 386002-54
SULLIVAN-WARD, LINDA
C/O LAW OFFICE OF BENJAMIN TERRY
ATTN BENJAMIN H TERRY, ESQ.
312 CROSSTOWN ROAD, SUITE 355
PEACHTREE CITY GA 30269

CREDITOR ID: 386002-54
SULLIVAN-WARD, LINDA
2088 GLENDALE DRIVE
DECATUR, GA 30032

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408194-15<br>SUMMERS, MATTHEW DALE<br>C/O BRANNON BROWN HALEY & BULLOCK<br>ATTN STEPHEN C BULLOCK, ESQ<br>PO BOX 1029<br>LAKE CITY FL 32056 | CREDITOR ID: 406275-15<br>SUNER, MARIA & NELSON<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 | CREDITOR ID: 408339-15<br>SURFACE, GEORGE & PATRICIA, IND<br>C/O HOWARD J STILLER, PC<br>ATTN HOWARD J STILLER, ESQ.<br>PO BOX 71742<br>ALBANY GA 31708-1742 |
| CREDITOR ID: 408339-15<br>SURFACE, GEORGE & PATRICIA, IND<br>AND GUARDIANS OF NATHAN<br>3765 GRADY SMITH ROAD<br>LOGANSVILLE GA 30052 | CREDITOR ID: 394244-56<br>SUTTON, NEKEISHA (MINOR)<br>MOODY & SALZMAN, PA<br>ATTN C GARY MOODY, ESQ<br>500 EAST UNIVERSITY AVE, STE A<br>GAINESVILLE FL 32602 | CREDITOR ID: 394244-56<br>SUTTON, NEKEISHA (MINOR)<br>3440 SW 28TH TERRACE, APT A<br>GAINESVILLE, FL 32608 |
| CREDITOR ID: 390642-55<br>SWAIN, JANICE<br>C/O JAMES RICHARD HOOPER LAW OFFICE<br>ATTN EDUARDO RODRIGUEZ, ESQ<br>PO BOX 540509<br>ORLANDO FL 32854-0509 | CREDITOR ID: 411158-15<br>SWAN, JANET<br>C/O LAW OFFICE OF RONALD D SURRENCY<br>ATTN R SURRENCY/S GAVAY, ESQS<br>200 NE 1ST STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 410731-15<br>SYLVESTER, AUBREY<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 410731-15<br>SYLVESTER, AUBREY<br>1305 RHODE ISLAND AVENUE<br>LYNN HAVEN FL 32444 | CREDITOR ID: 410989-15<br>TALMADGE, CLAIRE L<br>JOHN S WINKLER, PA<br>ATTN JOHN S WINKLER, ESQ<br>2515 OAK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 410989-15<br>TALMADGE, CLAIRE L<br>100 EAST ANDERSON ST, APT 601<br>ORLANDO FL 32822 |
| CREDITOR ID: 388069-54<br>TAMAYO, MELONIE (MINOR)<br>C/O MARIBEL ALVAREZ, GUARDIAN<br>653 LAUREL LAKE COURT<br>ORLANDO, FL 32825 | CREDITOR ID: 269359-16<br>TAMPA BAY AMERICANS WITH<br>DISABILITIES ASSOCIATION, INC<br>C/O W J MOORE/ V PETERS<br>1648 OSCEOLA STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 390861-55<br>TANDINGAN, ANN MARIE<br>C/O ANDERSON & HOWELL PA<br>ATTN RAYMOND M RAVIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 277302-21<br>TANSEY, PATRICIA ANN<br>C/O RUE & ZIFFRA, PA<br>ATTN D L SWEAT OR L GRACIA, ESQS<br>632 DUNLAWTON AVENUE<br>PORT ORANGE FL 32127-4384 | CREDITOR ID: 389599-54<br>TATE, CHERENI (MINOR)<br>C/O JOLEEN TATE<br>571 HELVESTON RD<br>HATTIESBURG, MS 39401 | CREDITOR ID: 387336-54<br>TAYLOR, DWAYNE<br>1304 TREE TERRACE PARKWAY<br>AUSTELL, GA 30168 |
| CREDITOR ID: 391306-55<br>TAYLOR, TANDRIKA<br>C/O TERRY MCCAMIE/BERT FOSCHINI<br>TROUTMAN, WILLIAMS, IRVIN, ET AL<br>311 WEST FAIRBANKS AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 392179-55<br>TEHRANY, ALI<br>C/O LAWRENCE J BOHANNON, P.A.<br>ATTN L BOHANNON/R ROGERS, ESQ<br>1141 SE 2ND AVE<br>FT. LAUDERDALE FL 33316 | CREDITOR ID: 389922-54<br>TEMPLE, LEJEANNE<br>C/O DESALVO, DESALVO & BLACKBURN<br>ATTN F DESALVO & R BLACKBURN, ESQS<br>201 S GALVEZ STREET<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 393247-55<br>THAMES, WILLIE<br>C/O JEFFREY H WOLFSON LAW OFFICES<br>ATTN JEFFREY H WOLFSON, ESQ<br>633 S FEDERAL HWY, SUITE 300<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 392276-55<br>THIGPEN, AGNES<br>C/O MCPHILLIPS, SHINBAUM & GILL LLP<br>ATTN JAMES G BODIN, ESQ<br>516 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 390895-55<br>THIGPEN, JOHN<br>C/O NORRIS & JOHNSON, PA<br>ATTN GUY W NORRIS, ESQ<br>PO DRAWER 2349<br>LAKE CITY FL 32056 |
| CREDITOR ID: 410439-15<br>THOMAS, CRISSY<br>C/O SILVERSTEIN SILVERSTEIN ET AL<br>ATTN DARRYN L SILVERSTEIN, ESQ<br>20801 BISCAYNE BLVD, SUITE 504<br>AVENTURA FL 33180 | CREDITOR ID: 393316-55<br>THOMAS, DOMINIQUE<br>C/O GERALD R SAGE, PA<br>ATTN GERALD R SAGE, ESQ<br>11963 N FLORIDA AVE, SUITE A<br>TAMPA FL 33612 | CREDITOR ID: 385525-54<br>THOMAS, LOIS<br>C/O FOY & ASSOCIATES, PC<br>ATTN JOHN FOY, ESQ<br>3343 PEACHTREE ROAD NE, SUITE 350<br>ATLANTA GA 30326 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385525-54<br>THOMAS, LOIS<br>1719 PEACHTREE ST NW, SUITE 929<br>ATLANTA, GA 30309 | CREDITOR ID: 390958-55<br>THOMAS, OLVA<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>2328 10TH AVE N, SUITE 600<br>LAKE WORTH FL 33461 | CREDITOR ID: 416200-L1<br>THOMAS, RONALD<br>C/O JOSEPH M WILLIAMS, PA<br>ATTN JOSEPH M WILLIAMS, ESQ<br>1701 JAMES L REDMAN PKWY<br>PLANT CITY FL 33567 |
| CREDITOR ID: 387806-54<br>THOMAS, YVETTE<br>C/O BOLTON & GROSS<br>ATTN RICHARD BOLTON, ESQ.<br>801 NE 167TH STREET, 2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 387806-54<br>THOMAS, YVETTE<br>19010 NW 7TH AVE<br>MIAMI, FL 33169 | CREDITOR ID: 388407-54<br>THOMPSON, MARAGRET<br>C/O AARON & TURNER LLC<br>ATTN BRUCE K TURNER, ESQ<br>13424 HOOPER ROAD<br>BATON ROUGE LA 70818 |
| CREDITOR ID: 388407-54<br>THOMPSON, MARAGRET<br>1235 GURNEY RD<br>BATON ROUGE, LA 70818 | CREDITOR ID: 389955-54<br>THORNBURY, JEFF<br>C/O GREGG R WEXLER PA LAW OFFICE<br>ATTN GREGG R WEXLER, ESQ<br>1663 SOUTH CONGRESS AVENUE<br>WEST PALM BEACH, FL 33406 | CREDITOR ID: 385677-54<br>THORSEN, DORIS<br>PO BOX 546<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 392139-55<br>TILSON, NANCY<br>C/O BRADLEY S HARTMAN, PA<br>ATTN BRADLEY S HARTMAN, ESQ<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY FL 33024 | CREDITOR ID: 408231-15<br>TIMBERLAKE, JAMES<br>3625 NW 195 TERR<br>MIAMI GARDENS FL 33056 | CREDITOR ID: 410533-15<br>TIMMONS, DAVID<br>11419 SW COUNTY RD 249<br>JASPER FL 32052-3735 |
| CREDITOR ID: 400380-85<br>TIMMONS, WALTER<br>C/O MICHAEL P FALKOWSKI LAW OFFICE<br>ATTN MICHAEL P FALKOWSKI, ESQ<br>338 N RIDGEWOOD AVE<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 390817-55<br>TINSON, ASHLEY (MINOR)<br>C/O HOWARD J STILLER, PC<br>ATTN HOWARD J STILLER, ESQ.<br>PO BOX 71742<br>ALBANY GA 31708-1742 | CREDITOR ID: 390817-55<br>TINSON, ASHLEY (MINOR)<br>117 FOX HOUND COURT<br>LEESBURG GA 31763 |
| CREDITOR ID: 410875-15<br>TIRADO, ANA<br>C/O SHANNON KEITH TURNER, PA<br>ATTN S KEITH TURNER, ESQ.<br>1500 EAST ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 410875-15<br>TIRADO, ANA<br>815 COUNTRY CIRCLE, APT H<br>KISSIMMEE FL 34744 | CREDITOR ID: 392293-55<br>TOBIE, ALYSSA<br>C/O DAVID & MCELYEA, PA<br>ATTN JOHN H MCELYEA, ESQ<br>PO BOX 940218<br>MAITLAND FL 32794-0218 |
| CREDITOR ID: 390927-55<br>TODD, JANE<br>C/O DAVID & ASSOCIATES, PLLC<br>ATTN DAVID F TURLINGTON, ESQ<br>1516 DAWSON STREET<br>WILMINGTON NC 28401 | CREDITOR ID: 393183-55<br>TODD, KENNETH<br>C/O MCKERNAN LAW FIRM<br>ATTN JERRY MCKERNAN, ESQ<br>8710 JEFFERSON HWY<br>BATON ROUGE LA 70809 | CREDITOR ID: 400427-85<br>TODD, KYLE<br>C/O TANNEY ENO ET AL<br>ATTN TONY GRIFFITH, ESQ<br>29605 US 19 N, SUITE 210<br>CLEARWATER FL 33761 |
| CREDITOR ID: 385162-54<br>TOLAN, PETER J<br>19 LEXINGTON LANE<br>YARMOUTHPORT, MA 02675 | CREDITOR ID: 385162-54<br>TOLAN, PETER J<br>C/O LAW OFFICES OF JOHN S MOFFA<br>ATTN PATRICIA COLLINS, ESQ<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 | CREDITOR ID: 387757-54<br>TOLAN, SHIRLEY A<br>C/O LAW OFFICES OF JOHN S MOFFA<br>ATTN PATRICIA COLLINS, ESQ<br>973 IYANOUGH ROAD, ROUTE 132<br>HYANNIS MA 02601 |
| CREDITOR ID: 387757-54<br>TOLAN, SHIRLEY A<br>19 LEXINGTON LANE<br>YARMOUTH, MA 02675 | CREDITOR ID: 400392-85<br>TORRALBES, TERESA<br>C/O LAW OFFICE OF RINA KAPLAN, PA<br>ATTN RINA KAPLAN, ESQ<br>1930 HARRISON STREET, SUITE 203<br>HOLLYWOOD FL 33020 | CREDITOR ID: 392260-55<br>TORRES, ANA R<br>C/O FRIEDMAN & RODMAN & FRANK, P.A.<br>ATTN HARVEY FRIEDMAN, ESQ.<br>3636 WEST FLAGLER ST<br>MIAMI FL 33135 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393423-55<br>TOWN, PORGIE<br>C/O SIMON & D'ALEMBERTE, PL<br>ATTN R SIMON/G D'ALEMBERTE, ESQS<br>1001 BRICKELL BAY DRIVE, STE 1200<br>MIAMI FL 33131 | CREDITOR ID: 385212-54<br>TRAPANI, VINCENZO<br>5676 NORTH SHORE BLVD<br>ACWORTH, GA 30101 | CREDITOR ID: 385212-54<br>TRAPANI, VINCENZO<br>C/O KENNETH D COOPER LAW OFFICE<br>ATTN KENNETH D COOPER, ESQ<br>400 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 392387-55<br>TRAWICK, NELL<br>C/O KENNETH M HENSON, JR, ESQ<br>6501 VETERANS PKWY, STE 1-A<br>COLUMBUS GA 31909 | CREDITOR ID: 392845-55<br>TRIGG, WILNA<br>C/O BOHANAN & BELT, PC<br>ATTN RALPH BOHANAN, JR, ESQ<br>2151 HIGHLAND AVENUE, SUITE 310<br>BIRMINGHAM AL 35205 | CREDITOR ID: 388812-54<br>TSAMAS, MICHAEL N<br>12903 SILVER OAK ST<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 407518-93<br>TUCKER, CRYSTAL<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO, JR, ESQ<br>101 E KENNEDY BOULEVARD, STE 1790<br>TAMPA FL 33602 | CREDITOR ID: 416203-L1<br>TUCKER, KIA<br>601 WILBURN AVENUE, APT D<br>LAGRANGE GA 30240 | CREDITOR ID: 408238-15<br>TULL, MICHAEL<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 408238-15<br>TULL, MICHAEL<br>5135 15TH SDRD<br>KING CITY ON L7BIK4<br>CANADA | CREDITOR ID: 389029-54<br>TUNIS, BEVERLY<br>64 WAGON WHEEL DRIVE<br>SNICKLERVILLE NJ 08081 | CREDITOR ID: 392930-55<br>TUNIS, BEVERLY<br>C/O ROBERT J FENSTERSHEIB & ASSOCS<br>ATTN ROBERT J FENSTERSHEIB, ESQ<br>520 W HALLANDALE BEACH BLVD<br>HALLANDALE FL 33009 |
| CREDITOR ID: 392292-55<br>TURK, AMANDA<br>C/O PERRY D ELLIS, PC LAW OFFICES<br>ATTN HENRY DE GIVE, ESQ<br>1355 PEACHTREE STREET NE, SUITE 450<br>ATLANTA GA 30309 | CREDITOR ID: 389680-54<br>TURNER, CHRISTOPHER P<br>202 1/2 EAST BROAD ST, SUITE A<br>EUFAULA, AL 36027 | CREDITOR ID: 385881-54<br>TYLER, JASMINE (MINOR)<br>60 BRANCHWOOD DR<br>COVINGTON, GA 30016 |
| CREDITOR ID: 391129-55<br>TYLER, JASMINE (MINOR)<br>C/O MONTLICK & ASSOCIATES, PC<br>ATTN MICHAEL RUBIN, ESQ<br>PO BOX 95406<br>ATLANTA GA 30347-0406 | CREDITOR ID: 387215-54<br>TYNER, JERRY<br>C/O FARAH & FARAH, PA<br>ATTN LLOYD S MANUKIAN, ESQ.<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 387215-54<br>TYNER, JERRY<br>3190 US HWY 301<br>CALLAHAN, FL 32011 |
| CREDITOR ID: 387402-54<br>UBAQUI-DAVILA, SANDRA<br>C/O PERSONAL INJURY TRIAL GROUP LLC<br>ATTN MATTHEW BAVARO, ESQ<br>3521 W BROWARD BLVD<br>SUITE 208<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 387402-54<br>UBAQUI-DAVILA, SANDRA<br>5993 NW 57TH CT, APT A-11<br>TAMARAC, FL 33319 | CREDITOR ID: 416683-L1<br>UDOINYION, SUNDAY N<br>PO BOX 80903<br>CHAMBLEE GA 30366 |
| CREDITOR ID: 408196-15<br>UEBELSTEADT, MINNIE NELL<br>C/O KERRIGAN ESTESS RANKIN ET AL<br>ATTN RANDLE D THOMPSON, ESQ<br>PO BOX 12009<br>PENSACOLA FL 32591 | CREDITOR ID: 392275-55<br>UNDERWOOD, LOIS<br>C/O MARS, MARS & CHALMERS<br>ATTN DANIEL F MARS, ESQ<br>507-A CENTER AVENUE<br>PO BOX 612<br>PHILADELPHIA MS 39350 | CREDITOR ID: 417101-15<br>URBANO, ANNA<br>C/O OFFICES OF RALPH L MCGRATH, PA<br>ATTN RALPH L MCGRATH JR, ESQ<br>600 S ANDREWS AVENUE, SUITE 600<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 417101-15<br>URBANO, ANNA<br>8970 WEST FLAGER STREET, SUITE 203<br>MIAMI FL 33174 | CREDITOR ID: 417100-15<br>URBANO, JOSE & ANNA<br>C/O OFFICES OF RALPH L MCGRATH, PA<br>ATTN RALPH L MCGRATH JR, ESQ<br>600 S ANDREWS AVENUE, SUITE 600<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 417100-15<br>URBANO, JOSE & ANNA<br>300 SW 79TH AVENUE<br>MIAMI FL 33144 |

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O US DEPARTMENT OF JUSTICE
ATTN ALBERTO GONZALES, ATTY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O STAFF JUDGE ADVOCATE
MEDICAL RECOVERY
WINN ARMY COMMUNITY HOSPITAL
1061 HARMON AVENUE, SUITE 1D03
FORT STEWART GA 31314-5611

CREDITOR ID: 416206-L1
USSA, RUBY
C/O DENNIS PHILLIPS. PA
ATTN DENNIS M PHILLIPS, ESQ
600 N PINE ISLAND RD, STE 450
PLANTATION FL 33324

CREDITOR ID: 410472-15
VALDIBIA, VICTORIA
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 410472-15
VALDIBIA, VICTORIA
PO BOX 1313
YULEE FL 32041

CREDITOR ID: 391090-55
VALDIVIA, CHRISTIAN E (MINOR)
C/O LAW OFFICES OF ARMANDO A PEREZ
ATTN ARMANDO A PEREZ, ESQ
INTERAMERICAN PLAZA
701 SW 27TH AVENUE, SUITE 1205
MIAMI FL 33135

CREDITOR ID: 400371-85
VALLE, MARIA DELLA
C/O FLAXMAN & LOPEZ
ATTN CHARLES FLAXMAN, ESQ
5715 JOHNSON STREET
HOLLYWOOD FL 33021

CREDITOR ID: 416208-L1
VANBUREN, BETTY J
C/O JOHNSON & ASSOCIATES
ATTN GRETA R JOHNSON, ESQ
PO BOX 356
JACKSON MS 39205

CREDITOR ID: 393540-55
VARNADOE, NANETTE
C/O KEEL LASSITER & DUFFY
ATTN G PAUL DUFFY JR, ESQ
PO BOX 4307
ROCKY MOUNT NC 27803-4307

CREDITOR ID: 391011-55
VAUGHN, CYNTHIA
C/O PALAHACH & CRUANES
ATTN MICHAEL PALAHACH, ESQ
2655 LEJEUNE ROAD, SUITE 1108
CORAL GABLES FL 33134

CREDITOR ID: 387239-54
VAZQUEZ, CARMEN
C/O LUIS TOUS LAW OFFICE
ATTN LUIS TOUSE, ESQ
6320 OLD ST AUGUSTINE RD, STE 111
JACKSONVILLE FL 32217

CREDITOR ID: 387239-54
VAZQUEZ, CARMEN
8224 NEWPORT ROAD
JACKSONVILLE, FL 32244

CREDITOR ID: 411037-15
VAZQUEZ, JOSEFA
C/O CARRILLO & CARRILLO, PA
ATTN JOSE I CARRILLO, ESQ
3663 SW 8 STREET, SUITE 214
MIAMI FL 33135

CREDITOR ID: 388873-54
VEGA, MELINDA (MINOR)
5785 DANUBE WAY
ORLANDO, FL 32807

CREDITOR ID: 388873-54
VEGA, MELINDA (MINOR)
C/O BOGIN MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 411412-15
VELASQUEZ, BLANCA
C/O SIMON SCHINDLER & SANDBERG, LLP
ATTN ANTHONY V FALZON, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 393295-55
VELASQUEZ, ELSA
C/O JOHN H RUIZ, ESQ
5040 NW 7 STREET, SUITE 920
MIAMI FL 33126

CREDITOR ID: 415953-15
VELAZQUEZ , CRISTINA
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, STE 150
ORLANDO FL 32839

CREDITOR ID: 406274-15
VELAZQUEZ, MIRTA & JOSE
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, SUITE 150
ORLANDO FL 32839

CREDITOR ID: 411058-15
VELEZ, CARLOTA OLGA ALVARDO
9405 W FLAGLER STREET, APT 403D
MIAMI FL 33174

CREDITOR ID: 400388-85
VELEZ, CARMEN
C/O GRADY G AYERS LAW OFFICES
ATTN GRADY AYERS, ESQ
120 EAST MARKS STREET, SUITE 200
ORLANDO FL 32803

CREDITOR ID: 386277-54
VENDETTE, KENNETH
C/O THE CAPPY LAW FIRM
ATTN GEORGE B CAPPY, ESQ
900 W PLATT STREET, SUITE 200
TAMPA FL 33606

CREDITOR ID: 386277-54
VENDETTE, KENNETH
111 SEYMOUR STREET
FREDONIA NY 14063

CREDITOR ID: 389199-54
VESPERO, ELIZABETH
1477 NE 53RD STREET
POMPANO BEACH, FL 33064

CREDITOR ID: 389199-54
VESPERO, ELIZABETH
HESSEN SCHIMMEL & DECASTRO, PA
ATTN ARNOLD D HESSEN, ESQ
3191 CORAL WAY PH2
MIAMI FL 33135

CREDITOR ID: 408307-15
VESTAL, CHRISTOPHER
C/O UEBERSCHAER LAW OFFICE
ATTN THOMAS J UEBERSCHAER, ESQ
601 N BAYLEN STREET
PENSACOLA FL 32501

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408306-15<br>VESTAL, JOSEPH<br>C/O UEBERSCHAER LAW OFFICES<br>ATTN THOMAS J UEBERSCHAER, ESQ<br>601 N BAYLEN STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 408309-15<br>VESTAL, KIMBERLY<br>C/O UEBERSCHAER LAW OFFICE<br>ATTN THOMAS J UEBERSCHAER, ESQ<br>601 N BAYLEN STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 392832-55<br>VESTAL, SHAWN J<br>C/O UEBERSCHAER LAW OFFICE<br>ATTN THOMAS J UEBERSCHAER, ESQ<br>601 N BAYLEN STREET<br>PENSACOLA FL 32501 |
| CREDITOR ID: 408308-15<br>VESTAL, SHAWN J JR<br>C/O UEBERSCHAER LAW OFFICE<br>ATTN THOMAS J UEBERSCHAER, ESQ.<br>601 N BAYLEN STREET<br>PENSACOLA FL 32501 | CREDITOR ID: 392500-55<br>VICKNAIR, JEANNE L<br>C/O RICHARD FERNANDEZ, LLC<br>ATTN RICHARD J FERNANDEZ, ESQ<br>3900 NORTH CAUSEWAY STE 605<br>METAIRIE LA 70002 | CREDITOR ID: 390923-55<br>VIGIL, CLAUDIA<br>C/O KIRSHNER & GROFF<br>ATTN RICHARD KIRSHNER, ESQ<br>5901 SW 74TH ST, SUITE 404<br>SOUTH MIAMI FL 33143 |
| CREDITOR ID: 388484-54<br>VILLANUEVA, JOSE R<br>C/O POPE & HOWARD, PC<br>ATTN J MARCUS HOWARD, ESQ<br>1355 PEACHTREE ST NE, SUITE 1550<br>ATLANTA GA 30309 | CREDITOR ID: 416962-15<br>VITARELLI, JAMES<br>C/O HARDESTY TYDE & GREEN PA<br>ATTN W MARC HARDESTY, ESQ<br>4004 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416214-L1<br>VITARELLI, PEGGY<br>C/O HARDESTY & TYDE PA<br>ATTN W MARC HARDESTY, ESQ<br>4004 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 392212-55<br>VITITOE, AMANDA<br>C/O JEFFREY J WALKER, PA<br>ATTN JEFFREY J. WALKER, ESQ<br>200 SE 18TH COURT<br>FT. LAUDERDALE FL 33316 | CREDITOR ID: 416835-L1<br>VOLCE, THIAS<br>C/O CELESTE & ASSOCIATES, PA<br>ATTN MICHAEL J CELESTE, JR, ESQ<br>580 VILLAGE BLVD<br>BRANDYWINE CENTRE, SUITE 315<br>WEST PALM BCH FL 33409 | CREDITOR ID: 416535-L1<br>VOLCY, CHRISLENE<br>57 BOXTON LANE<br>BOYNTON BEACH FL 33426 |
| CREDITOR ID: 399762-84<br>VOLK, LEONA<br>7021 ADELE CT<br>NORFOLK VA 23518 | CREDITOR ID: 404038-15<br>VOLOVECKY, VERA<br>C/O WILKINS BANKESTER BILES & WYNNE<br>ATTN BRIAN BRITT/MARION WYNNE, ESQS<br>PO BOX 1367<br>FAIRHOPE AL 36533 | CREDITOR ID: 410931-15<br>VONA, PHYLLIS<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW W WEINSTEIN, ESQ.<br>1515 UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33071 |
| CREDITOR ID: 400072-84<br>WAIDE, BEVERLEY<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN MICHAEL K BREGMAN, ESQ<br>2501 HOLLYEWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 400072-84<br>WAIDE, BEVERLEY<br>2103 RENAISSANCE BLVD, APT 205<br>MIRAMAR FL 33023 | CREDITOR ID: 390602-55<br>WAITES, CARLEE H<br>C/O PATRICE BENN-ABBEY LAW OFFICE<br>ATTN PATRICE BENN-ABBEY, ESQ<br>3133 GENERAL MEYER AVENUE<br>NEW ORLEANS LA 70114 |
| CREDITOR ID: 391907-55<br>WALKER, GLORIA<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 410733-15<br>WALKER-PENA, DIANA D<br>C/O JOYCE & REYES LAW FIRM PA<br>ATTN LILLIAN J REYES, ESQ<br>307 S HYDE PARK<br>TAMPA FL 33606 | CREDITOR ID: 410733-15<br>WALKER-PENA, DIANA D<br>4798 S FLORIDA AVENUE, APT 249<br>LAKELAND FL 33813 |
| CREDITOR ID: 391750-55<br>WALL, HOLLY M<br>C/O RUBIN & RUBIN, PA<br>C/O LAURENCE HUTTMAN, ESQ<br>PO BOX 395<br>STUART FL 34995 | CREDITOR ID: 416219-L1<br>WALLACE, CASSIE AARON<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN RICHARD LARIN, ESQ.<br>909 N MIAMI BEACH BLVD, STE 201<br>MIAMI FL 33162 | CREDITOR ID: 416770-L1<br>WALTER, JANIS E<br>C/O LOGAN THOMPSON MILLER ET AL<br>ATTN JIMMY W BILBO, ESQ<br>30 SECOND STREET<br>PO BOX 191<br>CLEVELAND TN 37364-0191 |
| CREDITOR ID: 405939-93<br>WALTON, ALICE<br>C/O DAVID M BENEFELD, PA<br>ATTN DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 390938-55<br>WALTON, DONNA<br>C/O ANDRY & ANDRY, LLC<br>ATTN BRETT WILLIE, ESQ<br>710 CARONDELET STREET, FIRST FLOOR<br>NEW ORLEANS LA 70130 | CREDITOR ID: 390766-55<br>WARD, ROSEMARIE<br>C/O OVERBY LAW OFFICE, PC<br>ATTN C FREDERICK OVERBY, ESQ<br>PO BOX 1975<br>COLUMBUS GA 31902 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393087-55<br>WARNER, ROBIN H<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN J ROTSTEIN OR M SHIFFMAN, ESQS<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BCH FL 32118 | CREDITOR ID: 416626-L1<br>WARNEY, MARK<br>100 POT BELLY PIG TRAIL<br>DOUGLAS GA 31533 | CREDITOR ID: 416980-15<br>WARNEY, PATSY L<br>100 POT BELLY PIG TRAIL<br>DOUGLAS GA 31533 |
| CREDITOR ID: 387441-54<br>WARREN, KATRINA<br>1201 LAKE VICTORIA DRIVE, APT C<br>WEST PALM BEACH, FL 33411 | CREDITOR ID: 391027-55<br>WASHINGTON, DEBORAH<br>C/O MARK D PRESS LAW OFFICES<br>ATTN MARK D PRESS, ESQ<br>1320 SOUTH DIXIE HIGHWAY, STE 881<br>CORAL GABLES FL 33146 | CREDITOR ID: 387437-54<br>WASHINGTON, LINDA<br>18175 NW 22 AVENUE, APT 210B<br>MIAMI, FL 33056 |
| CREDITOR ID: 391060-55<br>WATKINS, TINA<br>C/O FARAH & FARAH, PA<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST. AUGUSTINE FL 32080 | CREDITOR ID: 417062-15<br>WATSON, MARY<br>C/O BURNETTI, PA<br>ATTN DAVID C DISMUKE, ESQ<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801-4621 | CREDITOR ID: 392663-55<br>WATSON, PATRICIA<br>C/O LUCAS BRYANT DENNING & EDWARDS<br>ATTN ROBERT V LUCAS, ESQ<br>PO BOX 309<br>SELMA NC 27576 |
| CREDITOR ID: 416935-15<br>WAUSAU BENEFITS INC, SUBROGEE<br>OF PAULINE BRAZIEL<br>C/O J W HUTTON, INC<br>ATTN JUDY WILLIAMSON<br>700 W MAIN STREET, PO BOX 146<br>ST CHARLES IA 50240-0146 | CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>STAMPS & STAMPS<br>ATTN SHARON WITTY, ESQ<br>269 EAST PEARL STREET<br>JACKSON MS 39201 | CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>1201 CHERRYSTONE CIRCLE<br>CLINTON, MS 39056 |
| CREDITOR ID: 393574-55<br>WEEKS, PATRICIA D<br>C/O STUART A YOUNG, ESQ<br>1860 FOREST HILL BLVD, SUITE 201<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 391787-55<br>WELLINGHOFF, ELMA<br>C/O MICHAEL J HAND, PA<br>ATTN MICHAEL J HAND, ESQ<br>1919 VETERANS BLVD, SUITE 302<br>KENNER LA 70062 | CREDITOR ID: 390678-55<br>WERNER, GEORGE<br>C/O MICHAEL D RILEY, PC<br>ATTN MICHAEL D RILEY, ESQ<br>833 BARONNE STREET<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 385370-54<br>WERNER, GEORGE & DEBRA<br>1413 SEMINOLE AVENUE<br>METAIRIE, LA 70005 | CREDITOR ID: 385649-54<br>WEST, ANGELA<br>704 CENTER STREET<br>OCOEE FL 34761 | CREDITOR ID: 390867-55<br>WHEATON, JAMES E<br>C/O PHARES M HEINDL, PA<br>ATTN PHARES M HEINDL, ESQ<br>222 S WESTMONTE DRIVE, SUITE 208<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 391311-55<br>WHEELER, BARBARA<br>C/O LAURI J GOLDSTEIN, PA<br>ATTN LAURI J GOLDSTEIN, ESQ<br>PO BOX 1965<br>PALM CITY FL 34991-1965 | CREDITOR ID: 406282-15<br>WHEELER, JUDITH<br>C/O ESQUIRE LEGAL GROUP, PA<br>ATTN GREGORY C MAASWINKEL, ESQ<br>1920 EAST ROBINSON STREET<br>ORLANDO FL 32803 | CREDITOR ID: 406282-15<br>WHEELER, JUDITH<br>2677 PARADISE ALLEY RD<br>FELTON DE 19943 |
| CREDITOR ID: 388895-54<br>WHIPPLE, VICKY LYNN<br>2508 ESPLANADE DR<br>VIRGINIA BEACH, VA 23456 | CREDITOR ID: 391353-55<br>WHITE, BETSY<br>C/O ALPAZAR & GRAY<br>ATTN GRAY M CAMFIELD, ESQ<br>RIVIERA PROFESSIONAL CENTER<br>4951 BABCOCK STREET NE, SUITE 4<br>PALM BAY FL 32905 | CREDITOR ID: 390599-55<br>WHITE, GRACE<br>C/O COOPER & COOPER<br>ATTN JAMES R COOPER JR, ESQ<br>312 SCOTT STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 393579-55<br>WHITE, HOWARD<br>C/O BLANCHARD MERRIAM ADEL ET AL<br>ATTN MELISSA H ANDRADE, ESQ<br>PO BOX 1869<br>OCALA FL 34478-1869 | CREDITOR ID: 392568-55<br>WHITE, LINDA<br>C/O KENNETH W ANDRIEU & ASSOCS, LLC<br>ATTN KENNETH W ANDRIEU, ESQ<br>3416 CANAL STREET, SUITE B<br>NEW ORLEANS LA 70119 | CREDITOR ID: 410503-15<br>WHITE, MELINDA<br>C/O JAN P OLIVER, PA<br>ATTN JAN P OLIVER, ESQ<br>THE RENAISSANCE BUILDING<br>1926 HOLLYWOOD BLVD, SUITE 301<br>HOLLYWOOD FL 33020 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:    05-03817-3F1**

CREDITOR ID: 393442-55
WHITE, NICOLE
C/O ZEBERSKY & ASSOCIATES, PA
ATTN LAURA B ZEBERSKY, ESQ.
1776 N PINE ISLAND ROAD, SUITE 308
PLANTATION FL 33322

CREDITOR ID: 393442-55
WHITE, NICOLE
C/O FELDMAN & GETZ, LLP
ATTN PHILIP J FELDMAN, ESQ.
ONE ROYAL PALM PLACE
1877 S FEDERAL HIGHWAY, SUITE 110
BOCA RATON FL 33432

CREDITOR ID: 391951-55
WHITE, RUBY L
C/O CADE, COLLINS & GOBERT, LLC
ATTN MILLARD D COLLINS, ESQ
2139 ELYSIAN FIELDS AVENUE
NEW ORLEANS LA 70117

CREDITOR ID: 393479-55
WHITE, VANESSA
C/O STEPHEN T HOLMAN, PA
ATTN THOMAS WHEELER, ESQ
PO BOX 13324
PENSACOLA FL 32591-3324

CREDITOR ID: 392520-55
WHITE, WANDA
C/O RICHARD J GARRETT LAW OFFICES
ATTN RICHARD J GARRETT, ESQ
PO BOX 2530
HARVEY LA 70059

CREDITOR ID: 393542-55
WHITEHEAD, MARY
C/O WILLIAM G. WENTZ, ESQ
30 W BRUCE STREET
HARRISONBURG VA 22801-3601

CREDITOR ID: 391656-55
WHITEHORN, CAROL L
C/O LAW OFFICE OF DAVID B SACKS, PA
ATTN DAVID B SACKS, ESQ
1824 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 403445-93
WHITEHOUSE, LOVELLA
C/O MORGAN & MORGAN, PA
ATTN S FOX & C HYLAND, ESQS
20 N ORANGE AVENUE, 16TH FLOOR
ORLANDO FL 32802

CREDITOR ID: 416652-L1
WHITFIELD, PATSY
PO BOX 962419
RIVERDALE GA 30296

CREDITOR ID: 393637-55
WHITFIELD, ROSITA
C/O DAVID M BENENFELD, PA
ATTN DAVID M BENENFELD, ESQ
5950 W OAKLAND PARK BLVD, SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 392933-55
WHITMAN, EMILY
C/O MCKEITHEN, MCKEITHEN & BOHMAN
ATTN MARTIN S BOHMAN, ESQ
10771 PERKINS ROAD, FIRST FLOOR
BATON ROUGE LA 70810

CREDITOR ID: 407555-15
WICHY, EBLIS
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, SUITE 1500
ORLANDO FL 32839

CREDITOR ID: 391755-55
WIETCHY, EILEEN
C/O SHAPIRO AND ASSOCS
ATTN JEFFREY SHAPIRO, ESQ
7805 SW 6TH CT
PLANTATION FL 33324

CREDITOR ID: 410420-15
WIGGENS, WILLIAM
C/O LAW OFFICES OF J SCOTT NOONEY
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 393617-55
WIGGINS, DONNA
C/O ROBERT R FAUCHEUX JR LAW OFFICE
ATTN ROBERT R FAUCHEUX JR, ESQ
197 BELLE TERRE BLVD
PO BOX 1960
LAPLACE LA 70069

CREDITOR ID: 416985-15
WIGGINS, RALPH
C/O BLAKE R MAISLIN, LLC
ATTN RANDY BYRD, ESQ
214 E 9TH STREET, 5TH FLOOR
CINCINNATI OH 45202

CREDITOR ID: 385407-54
WILEY, ELLEAN
C/O FARAH & FARAH, PA
ATTN CHARLES E FARAH, ESQ
10 WEST ADAMS STREET, 3RD FL
JACKSONVILLE FL 32202

CREDITOR ID: 385407-54
WILEY, ELLEAN
9507 ABERDARE AVENUE WEST
JACKSONVILLE, FL 32208

CREDITOR ID: 391717-55
WILLIAMS, ANNA MAE
C/O FRANK D D'AMICO, JR, ESQ
622 BARONNE STREET, 2ND FLR
NEW ORLEANS LA 70113

CREDITOR ID: 390498-55
WILLIAMS, ARMETHA
C/O LAW OFFICES OF JOSEPH WILLIAMS
ATTN JOSEPH M WILLIAMS, ESQ
1701 J REDMAN PARKWAY
PLANT CITY FL 33566

CREDITOR ID: 390545-55
WILLIAMS, ARTHUR
C/O ALLAN S ZAMREN LAW OFFICES
ATTN ALLAN STEPHEN ZAMREN, ESQ
44 WEST FLAGLER STREET, SUITE 2225
MIAMI FL 33130

CREDITOR ID: 391292-55
WILLIAMS, BARBARA
C/O BOGIN, MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 391006-55
WILLIAMS, CAROLYN
C/O FARAH & FARAH, PA
ATTN SCOTT CRAIG, ESQ
10 WEST ADAMS STREET, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 390805-55
WILLIAMS, CLAUDIA
C/O DAVID I FUCHS, PA
ATTN DAVID I FUCHS, ESQ
8 SOUTHEAST 8TH ST
FORT LAUDERDALE FL 33316

CREDITOR ID: 416735-L1
WILLIAMS, CLEAVON (MINOR)
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

CREDITOR ID: 416735-L1
WILLIAMS, CLEAVON (MINOR)
C/O DYSART & TABARY, LLP
ATTN JOHN J FINCKBEINER, JR
THREE COURTHOUSE SQUARE
CHALMETTE LA 70043

CREDITOR ID: 408420-15
WILLIAMS, CORRIE LEE
C/O EMMANUEL SHEPPARD & CONDON
ATTN WANDA W RADCLIFFE, ESQ
PO BOX 1271
PENSACOLA FL 32591-1271

Notice of Hearing
Debtors' Motion for an Order Modifying the Claims Resolution
Procedure to (i) Increase the Aggregate Amount of Caseh
Payments the Debtors Can Make to Settle De Minimis
Litigation Claims (ii) Require Mediation as Prerequisite...

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

CREDITOR ID: 408420-15
WILLIAMS, CORRIE LEE
1250 LAKE DRIVE
CANTONMENT FL 32533

CREDITOR ID: 385695-54
WILLIAMS, DAVID
1250 LAKE DR
APT B
CANTONMENT, FL 32533

CREDITOR ID: 390976-55
WILLIAMS, DAVID
C/O EMMANUEL, SHEPPARD & CONDON
ATTN WANDA W RADCLIFFE, ESQ
PO BOX 1271
PENSACOLA FL 32591-1271

CREDITOR ID: 393190-55
WILLIAMS, EARLINE
C/O HARPER & BARRY, LLP
ATTN MICHAEL S HARPER, ESQ.
PO BOX 2020
LAFAYETTE LA 70502-2020

CREDITOR ID: 390698-55
WILLIAMS, FAYMOND
C/O SHAWANNA M JOHNSON, ESQ
508 CENTER STREET
PO BOX 14103
NEW IBERIA LA 70560

CREDITOR ID: 234299-09
WILLIAMS, FELIX J
5041 FOXCROFT COURT
ORLANDO FL 32808

CREDITOR ID: 411278-15
WILLIAMS, HERMAN
C/O PPA LITIGATION GROUP LLC
ATTN STUART H SMITH, ESQ
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 391220-55
WILLIAMS, JEAN
C/O EDWARD J WOMAC JR & ASSOCS, LLC
ATTN C J WILLIAMSON/ E WOMAC, ESQS
4902 CANAL STREET, SUITE 300
NEW ORLEANS LA 70119

CREDITOR ID: 411291-15
WILLIAMS, JOYCE
C/O T DWIGHT REID, ESQ
4357 MIDMOST DRIVE
MOBILE AL 36609

CREDITOR ID: 416796-L1
WILLIAMS, MARY LOUISE
C/O CLEMENS & CLEMENS, PC
ATTN J CHRISTOPHER CLEMENS, ESQ
231 BOULEVARD
SALEM VA 24153

CREDITOR ID: 400421-85
WILLIAMS, MILEZONE
C/O LARRY M AISOLA JR, LLC
ATTN LARRY M AISOLA, JR, ESQ
2008 FAZZIO ROAD, SUITE C
CHALMETTE LA 70043

CREDITOR ID: 392869-55
WILLIAMS, PATRICIA
C/O COLETTE HECK, ESQ
1141 S RIDGEWOOD AVENUE
DAYTONA BEACH FL 32114

CREDITOR ID: 388871-54
WILLIAMS, PEGGY
C/O ERIC G CANTER, ESQ
7000 W PALMETTO PARK RD, SUITE 220
BOCA RATON FL 33433

CREDITOR ID: 410398-15
WILLIAMS, RONNIE
C/O MORGAN & MORGAN, PA
ATTN RANDY E SCHIMMERPFENNIG, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 406059-15
WILLIAMS, SAUNDRA & TIMOTHY
C/O JAY M KLITZNER PA
ATTN JAY M KLITZNER, ESQ
300 NW 82ND AVENUE, SUITE 415
PLANTATION FL 33324

CREDITOR ID: 269673-19
WILLIAMSON, JANICE
C/O ALBRITTONS CLIFTON ALVERSON
ATTN THOMAS B ALBRITTON, ESQ
PO BOX 880
ANDALUSIA AL 36420

CREDITOR ID: 393543-55
WILLIAMSON, ROBERTA
C/O ABRAHAMSON UITERWYK & BARNES
ATTN HENDRIK UITERWYK, ESQ
900 W PLATT STREET
TAMPA FL 33606

CREDITOR ID: 391150-55
WILLINGHAM, PHYLLIS
C/O JEFF D VASTOLA, PA
ATTN JEFF VASTOLA OR J SCHULZ, ESQS
250 AUSTRALIAN AVENUE S, SUITE 1404
WEST PALM BEACH FL 33401

CREDITOR ID: 407539-15
WILLIS, MARY E
C/O DARRYL E ROUSON, ESQ
3110 1ST AVENUE NORTH, SUITE 5W
ST PETERSBURG FL 33713

CREDITOR ID: 392460-55
WILLMER, LARRY
C/O CHAPMAN LEWIS & SWAN
ATTN MICHAEL A JACOB II, ESQ
PO BOX 428
CLARKSDALE MS 38614

CREDITOR ID: 235886-09
WILSON, ANNIE R
603 FINLEY AVE.
SYLACAUGA AL 35150

CREDITOR ID: 391337-55
WILSON, CARRIE D
C/O CAROLYN DAVIS CUMMINGS, PA
ATTN CAROLYN CUMMINGS, ESQ
462 W BREVARD STREET
TALLAHASSEE FL 32301

CREDITOR ID: 393061-55
WILSON, FREDRICK
C/O FARAH & FARAH, PA
ATTN D SCOTT CRAIG, ESQ
10 WEST ADAMS STREET, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 392827-55
WILSON, HERBERT
C/O NUELL & POLSKY
ATTN STEPHEN S NUELL, ESQ
782 NW 42ND AVENUE, SUITE 345
MIAMI FL 33126

CREDITOR ID: 388038-54
WILSON, MARK
C/O COHEN AND COHEN, PA
ATTN KEITH A GOLDBLUM, ESQ
2525 N STATE RD 7 (441)
HOLLYWOOD FL 33021

CREDITOR ID: 388038-54
WILSON, MARK
603 SE 7 AVENUE
DEERFIELD BEACH, FL 33441

CREDITOR ID: 389257-54
WILSON, SHARON
3416 WALTON AVENUE
FORT WORTH TX 76133

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

CREDITOR ID: 398012-76
WINDHAM, JENNY
235 B EAST WASHINGTON STREET
ABBEVILLE, AL 36310

CREDITOR ID: 392895-55
WINEBARGER, LILA
C/O FARAH & FARAH, PA
ATTN RANDALL RUTLEDGE, ESQ
10 W ADAMS STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410474-15
WINN, LINDA
C/O WOLFF HILL & HUDSON, PL
ATTN MARGARET W HUDSON, ESQ
143 CANAL STREET
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 392291-55
WISDOM, WINSTON
C/O TROY & SCHWARTZ, LLC
ATTN JONATHAN SCHWARTZ, ESQ
7103 SW 102 AVENUE, SUITE B
MIAMI FL 33173

CREDITOR ID: 393428-55
WISE, DANIEL
C/O VANSANT & CORRIERE, LLC
ATTN ALFRED N CORRIERE, ESQ
PO BOX 347
ALBANY GA 31702-0346

CREDITOR ID: 391088-55
WOMACK, CEDRICK (MINOR)
C/O CAPPS & GARTLAN PC
ATTN  BELINDA S JOHNSON
170 SOUTH OATES STREET STE 2
DOTHAN AL 36301

CREDITOR ID: 389000-54
WOOD, MARY
1913 NORTH BATTERY DRIVE
RICHMOND, VA 23222-1713

CREDITOR ID: 389000-54
WOOD, MARY
C/O TROUTMAN SANDERS LLP
ATTN R PALMORE OR D THOMAS, ESQS
1111 E MAIN STREET
PO BOX 1122
RICHMOND VA 23219-1122

CREDITOR ID: 392479-55
WOOD, STEPHANIE
C/O BRENT C MILLER, PA
ATTN BRENT C MILLER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32778

CREDITOR ID: 392158-55
WOODARD, ANGELA
C/O LAW OFFICE OF H C PALMER III
ATTN H C PALMER III, ESQ
147 ALHAMBRA CIRCLE, STE 210
CORAL GABLES FL 33134

CREDITOR ID: 391702-55
WOODS, BERNICE
C/O GARY MARTIN HAYS & ASSOCS, PC
ATTN SUSAN J WOLCHOK, ESQ
PO BOX 451009
ATLANTA GA 31145

CREDITOR ID: 385975-54
WOODS, MARVELLA
C/O MORGAN & MORGAN, PA
ATTN ELIZABETH S AILLHAN, ESQ.
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 385975-54
WOODS, MARVELLA
2845 E MAIN ST
MIMS, FL 32754

CREDITOR ID: 411084-15
WOODWARD, CLARA
C/O T PATTON YOUNGBLOOD, JR PA
ATTN T P YOUNGBLOOD, JR
106 S TAMPANIA AVE, SUITE 100
TAMPA FL 33609 3256

CREDITOR ID: 393608-55
WOODY, JOAN
C/O HOWARD B HERSKOWITZ, PA
ATTN HOWARD B HERSKOWITZ, ESQ
212 SOUTHEAST 8TH STREET, STE 101
FORT LAUDERDALE FL 33316

CREDITOR ID: 391097-55
WOOLFORK, CYNTHIA A
C/O LAW OFFICE OF ROBERT RUBENSTEIN
ATTN ROBERT RUBENSTEIN, ESQ
9350 S DIXIE HWY, SUITE 1110
MIAMI FL 33156

CREDITOR ID: 407644-15
WORTHINGTON, DEMAIRE (MINOR)
C/O ZEBERSKY & PAYNE, LLP
ATTN EDWARD H ZEBERSKY, ESQ
4000 HOLLYWOOD BLVD, SUITE 400 N
HOLLYWOOD FL 33021

CREDITOR ID: 407644-15
WORTHINGTON, DEMAIRE (MINOR)
C/O DOROTHY WORTHINGTON, PARENT
2901 GARDEN TERRACE
PALM BAY FL 32905

CREDITOR ID: 390851-55
WRIGHT, ELIZABETH
C/O TILGHMAN & VIETH, PA
ATTN ROBERT TILGHMAN, ESQ
2 SOUTH BISCAYNE BLVD, STE 2410
MIAMI FL 33131

CREDITOR ID: 385483-54
WRIGHT, F ANNE
1838 COUNTY LINE ROAD
THOMASVILLE GA 31792

CREDITOR ID: 385309-54
WRIGHT, HILLARD
326 DYAS DRIVE
MONTGOMERY, AL 36110

CREDITOR ID: 385309-54
WRIGHT, HILLARD
C/O DONOHOE & STAPLETON, LLC
ATTN CATHY B DONOHOE, ESQ
2781 ZELDA ROAD
MONTGOMERY AL 36106

CREDITOR ID: 393019-55
WRIGHT, IMOGENE G
C/O MCAFEE & RUSSO
ATTN GARY RUSSO, ESQ
701 NORTHPOINT PARKWAY, SUITE 415
WEST PALM BEACH FL 33407

CREDITOR ID: 400120-15
WRIGHT, TANARRRA
C/O DIANA SANTA MARIA, PA
ATTN DIANA SANTA MARIA, ESQ
4801 S UNIVERSITY DRIVE, STE 3060
DAVIE FL 33328

CREDITOR ID: 400120-15
WRIGHT, TANARRRA
1800 SW 57TH AVE
HOLLYWOOD FL 33023

CREDITOR ID: 408171-15
YETTON, JAMES E
C/O BRANNON BROWN HALEY & BULLOCK
ATTN STEPHEN C BULLOCK, ESQ
PO BOX 1029
LAKE CITY FL 32056

CREDITOR ID: 416794-L1
YOUNG, MARSHAINA (MINOR)
C/O SEBRING LAW
ATTN HAROLD L SEBRING III, ESQ
2529 W BUSCH BLVD, SUITE 100
TAMPA FL 33618

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for an Order Modifying the Claims Resolution**
**Procedure to (i) Increase the Aggregate Amount of Caseh**
**Payments the Debtors Can Make to Settle De Minimis**
**Litigation Claims (ii) Require Mediation as Prerequisite...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391645-55 | CREDITOR ID: 390571-55 | CREDITOR ID: 389644-54 |
| ZEIGLER, ELIZABETH | ZIBELLI, DEE | ZIGLAR, HELEN |
| C/O GUEST LAW FIRM | C/O DAVID J GLATTHORN, PA | C/O MORGAN & MORGAN |
| ATTN JAMES B GUEST, ESQ | ATTN DAVID J GLATTHORN, ESQ | ATTN JOSEPH H SHAUGHNESSY, ESQ |
| 1900 32ND STREET | PO BOX 024384 | PO BOX 4979 |
| KENNER LA 70065 | WEST PALM BEACH FL 33402 | ORLANDO, FL 32802 |
| | | |
| CREDITOR ID: 385763-54 | CREDITOR ID: 391330-55 | CREDITOR ID: 391760-55 |
| ZIMMERMAN, ROBERT S | ZIMMERMAN, THOMAS L | ZITTROWER, ROBERTA |
| PO BOX 622 | C/O BRENT C MILLER, PA | C/O MORGAN & MORGAN, PA |
| OLD TOWN, FL 32680 | ATTN BRENT C MILLER, ESQ | ATTN MICHAEL J SMITH, ESQ |
| | 205 E BURLEIGH BLVD | PO BOX 4979 |
| | TAVARES FL 32778 | ORLANDO FL 32802-4979 |
| | | |
| CREDITOR ID: 390842-55 | CREDITOR ID: 406168-15 | CREDITOR ID: 406168-15 |
| ZUNIGA, GLADYS | ZYLBERMAN, ALBA | ZYLBERMAN, ALBA |
| ATTN R M SIMON/G ALEMBERTE, ESQS | C/O MICHAEL WEISBERG LAW OFFICE | 420 ISLAND DRIVE |
| 1001 BRICKELL BAY DR, STE 1200 | ATTN MICHAEL P WEISBERG, ESQ | KEY BISCAYNE FL 33149 |
| MIAMI FL 33131 | 1925 BRICKELL AVENUE, SUITE D301 | |
| | MIAMI FL 33129 | |

Note: ZUNIGA, GLADYS entry has "C/O SIMON & D'ALEMBERTE, PL" as second line.

**Total:    1,872**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 20, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Motion for an Order Modifying the Claims Resolution Procedure to (i) Increase the Aggregate Amount of Cash Payments the Debtors Can Make to Settle *De Minimis* Litigation Claims and (ii) Require Mediation as a Prerequisite to Stay Relief for Liquidation of Litigation Claims.

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036 and on Leanne McKnight Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **April 13, 2006**

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

will be considered by the Bankruptcy Court at the hearing.   The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  March 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    _s/ D. J. Baker_
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors


527229

SMITH HULSEY & BUSEY

By    _s/ Leanne McKnight Prendergast_
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**DEBTORS' MOTION FOR AN ORDER MODIFYING THE CLAIMS
RESOLUTION PROCEDURE TO (i) INCREASE THE AGGREGATE
AMOUNT OF CASH PAYMENTS THE DEBTORS CAN MAKE TO
SETTLE *DE MINIMIS* LITIGATION CLAIMS AND
(ii) REQUIRE MEDIATION AS A PREREQUISITE TO
STAY RELIEF FOR LIQUIDATION OF LITIGATION CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), move the Court for an order modifying the Claims Resolution Procedure previously approved by this Court to (i) increase by $1,000,000 the aggregate amount of cash payments the Debtors can make to settle *de minimis* Litigation Claims under the Claims Resolution Procedure and (ii) require mediation as a prerequisite to stay relief for liquidation of Litigation Claims (the "Motion"). In support of this Motion, the Debtors say:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.      The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. On March 1, 2005, pursuant to Section 1102 of the Bankruptcy Code, the Office of the United States Trustee appointed an official committee of unsecured creditors to serve in these cases.

3.      This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief sought herein are Bankruptcy Code sections 102(1), 105(a), 327(a) and 502(b), 28 U.S.C. § 157(b)(5) and Rules 2014, 3007, 7016, 9014, 9019 and 9029 of the Federal Rules of Bankruptcy Procedure.

## The Claims Resolution Procedure

5.      To date, over 12,900 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Approximately 3,200 of these Proofs of Claim were unliquidated personal injury or property damage claims for which litigation had been commenced or threatened against the Debtors pre-petition.

6.      On August 12, 2005, to facilitate the consensual liquidation of these litigation claims in a manner most efficient for both the Debtors and the claimants, the Debtors filed a Motion for an Order Establishing a Claims Resolution Procedure and Authorizing Debtors to

2

Settle or Liquidate Certain Pre-petition Litigation Claims (Docket No. 2976) (the "Claims Resolution Procedure Motion").

7.    On September 1, 2005, this Court entered an Order approving the Claims Resolution Procedure Motion (Docket No. 3326) (the "Claims Resolution Procedure Order"). The Claims Resolution Procedure[2] approved by this Court was attached to the Claims Resolution Procedure Order.

8.    On October 7, 2005, the Court entered an Order Authorizing Debtors to Settle or Liquidate Certain Litigation Claims with Cash Payments (Docket No. 3838) (the "Cash Payment Order"). Pursuant to the Cash Payment Order, the Debtors were authorized to make cash payments to settle *de minimis* Litigation Claims under the Claims Resolution Procedure, up to an aggregate limit of $1,500,000.

9.    On January 19, 2006, the Court entered an Order Authorizing Debtors to Settle or Liquidate Additional Claims Pursuant to the Claims Resolution Procedure (Docket No. 5218)(the "Additional Claims Order").

10.    The Claims Resolution Procedure has been a success. As of March 27, 2006, the Debtors have settled or have agreed to settle approximately 1,010 Litigation Claims asserted in the amount of $100,711,436.19 for a total settlement amount of $11,181,893.79 (consisting of $1,082,071.30 in cash payments and the balance in allowed claims). The resolution of these claims in this cost-effective manner has significantly enhanced the value of the Debtors' estates.

---

[2] Capitalized terms not defined herein shall have the same meaning as in the Claims Resolution Procedure Motion (Docket No. 2976) and Claims Resolution Procedure Order (Docket No. 3326).

11.    As of the date of this Motion, the Debtors have utilized more than two thirds ($1,082,071.31) of the total amount allocated ($1,500,000) for *de minimis* settlements. These *de minimis* cash payment settlements have been particularly beneficial to the estate because these claims have been settled at an average rate of 3.5% of the amount demanded in the corresponding Proofs of Claim. The Debtors anticipate that they can resolve approximately 300 of the remaining 1,400 Litigation Claims through *de minimis* cash payments if the limit established by the Cash Payment Order is increased by $1 million. Such *de minimis* settlements would materially benefit the estate by further (i) reduction of disputed claims on beneficial terms and (ii) savings on litigation fees and expenses.

12.    Although approximately 50 of the remaining 1,400 Litigation Claimants have requested mediation of their claims pursuant to the Claims Resolution Procedure, the remainder have not yet committed to mediation. A handful of these claimants have already filed motions seeking relief from the automatic stay to liquidate their claims in other forums.

13.    The Debtors estimate that the liquidation of remaining Litigation Claims through litigation in the various state courts would cost the Debtors an average of approximately $11,500 per claim in litigation fees and other costs, resulting in a total potential cost to the Debtors' estates of approximately $16 million in litigation fees and expenses.

14.    The Debtors estimate that the cost of liquidating Litigation Claims through mediation under the Claims Resolution Procedure would be approximately $2,400 per claim, resulting in a potential cost to the Debtors' estates of approximately $3.4 million.

15.     Based on these estimates, the mediation of the unresolved Litigation Claims through the Claims Resolution Procedure could potentially save the Debtors' estates up to $12.6 million in litigation fees and expenses.

16.     The Claims Resolution Procedure, however, does not presently require that Litigation Claimants participate in mediation prior to seeking relief from the automatic stay in order to liquidate their claims in other forums.  The mediation of such claims would promote the cost effective and timely liquidation and settlement of the Litigation Claims and is in the best interest of the claimants and the Debtors' estates.

### Relief Requested

By this Motion, the Debtors seek an order (the "Supplemental Procedures Order"), in the form attached:  (i) amending the Cash Payment Order to increase by $1,000,000 the aggregate amount of cash payments the Debtors can make to settle *de minimis*  Litigation Claims under the Claims Resolution Procedure and (ii) modifying the Claims Resolution to require that Litigation Claimants participate in mediation pursuant to the Claims Resolution Procedure prior to being granted relief from the automatic stay to liquidate Litigation Claims in other forums.  All other provisions of the Claims Resolution Procedure Order, the Cash Payment Order and the Additional Claims Order will remain the same under the Supplemental Procedures Order.

### Basis for Relief

**A.     The Litigation Claims**

17.     The 1,400 unresolved Litigation Claims assert an aggregate claim amount in excess of $149 million.

5

18.    Although approximately 700 of these claims were in some stage of litigation prior to the petition date, no litigation had been commenced as to the other 700 Litigation Claims.

19.    It is in the best interests of the Debtors to determine the claims against them as efficiently as possible to reduce costs and maximize the value of their estates. It would be time consuming, unduly burdensome and expensive for the Debtors to have to defend against and liquidate hundreds of Litigation Claims in forums other than this Court.

20.    The legal fees and expenses of litigating hundreds of Litigation Claims in multiple forums would be substantial for the Debtors and their estates. Likewise, the expense of litigation may prohibit many Claimants from fully litigating their claims, particularly in light of the uncertainty of the percentage recovery that will ultimately be available on allowed unsecured claims in these Chapter 11 cases.[3]

21.    Mediation under the auspices of this Court will more effectively facilitate the resolution of Litigation Claims than litigation in other forums because the panel of experienced mediators who have agreed to mediate Litigation Claims pursuant to the Claims Resolution Procedure are well-versed in both the general law and Chapter 11 issues.

22.    Utilizing the Claims Resolution Procedure to settle or liquidate the Litigation Claims will facilitate the resolution of such Claims in a manner that is most efficient for both the Debtors and the Claimants.

---

[3] The Debtors have not yet filed a proposed plan of reorganization or disclosure statement and therefore no percentage distribution for unsecured creditors has been established.

**B.    Mediation Pursuant to the Claims Resolution Procedure is Fair to Claimants**

23.    Mediation pursuant to the Claims Resolution Procedure will result in the liquidation of Litigation Claims more quickly than through trial in state, federal or bankruptcy court.  During the suspension of litigation there is a limited delay, but the Claimants' substantive rights are not abridged in any way.

24.    Further, there is no requirement that the Claimant settle Litigation Claims pursuant to the Claims Resolution Procedure.  Rather, the Debtors propose only that Claimants be required to participate, in good faith, in mediation pursuant to the Claims Resolution Procedure before being entitled to seek relief from the automatic stay to litigate Litigation Claims in other forums.

25.    If this Motion is granted, and in the event that the automatic stay is modified to permit liquidation of a Litigation Claim in another forum, the Debtors will not assert that the Claimant is subject to the pre-trial mediation requirements of the other forum if the Claimant has participated in mediation under the auspices of this Court pursuant to the Claims Resolution Procedure.  The Claimants will therefore benefit because the Debtors are obligated to pay the cost of the mediations conducted pursuant to the Claims Resolution Procedure.

**Applicable Authority**

**A.    The Court has authority to increase the Aggregate Cash
       Payment Limit.**

26.    This Court has the discretion to modify the Claims Resolution Procedure based upon the same legal authority which authorized this Court to initially implement the procedure.  *See* paragraphs 15-18 of the Claims Resolution Procedure Motion, which is incorporated herein by reference.

7

**B.    The Court has the authority to order the mediation of Litigation Claims.**

27.    This Court has the authority to require the mediation of any matter, proceeding or case before it:

> [I]t is quite apparent the bankruptcy court has the authority and power to promulgate rules associated with court-annexed mediation and, where necessary, to require the parties to participate in same.
>
> *Matter of Sargeant Farms, Inc.*, 224 B.R. 842, 847 (Bankr. M.D. Fla. 1998).

In so holding, the Court in *Sargeant Farms* relied upon Local Rule 9019-2 (which sets forth mediation procedures)[4], the 1993 Amendments to Rule 16 (which "facilitate court-annexed mediations")[5] and the "trend" of cases which have mandated Alternative Dispute Resolution in bankruptcy proceedings. *Id.* at 846. *See also* Ralph R. Mabey et al., *Expanding the Reach of Alternative Dispute Resolution in Bankruptcy: The Legal and*

---

[4] Local Rule 9019-2 provides in part that: "The Court may order the assignment of a matter or proceeding to mediation at a pretrial conference or other hearing .... *any civil action*, adversary proceeding, or *contested matter* may be referred by the Court to mediation providing the matter, proceeding, or case has not previously been a subject of mediation in this Court."(emphasis added).

[5] Rule 16, Federal Rules of Civil Procedure provides in part that: the Court may direct parties and their attorneys to appear at conferences to expedite disposition of the action and to facilitate settlement, may issue a "scheduling order," which may include other matters appropriate in the circumstances of the case, and may use special procedures "for managing potentially difficult or protracted actions that may involve complex issues, multiple parties, difficult legal questions, or unusual proof problems". Such "special procedures" include mediation. *See* advisory committee notes to 1993 amendments.

Rule 16(a) is incorporated by reference in Rule 7016, Federal Rules of Bankruptcy Procedure, applicable to this Motion pursuant to Rule 9014, Federal Rules of Bankruptcy Procedure, which states "[t]he court may at any stage in a particular matter direct that one or more of the other rules in Part VII shall apply."

*Practical Bases for the Use of Mediation and Other Forms of ADR*, 46 S.C.L.Rev. 1259 (1995).

28.    Although the Litigation Claims include personal injury claims, which may not be liquidated through trial in this Court pursuant to 28 U.S.C. §§ 157(b)(2)(B) and 157(b)(5), such claims may be administered by this Court – including mandated mediations – up to the time of trial.  *See In re New York Medical Group, P.C.,*  265 B.R. 408, 414 (Bankr. S.D. N.Y. 2001)( "A bankruptcy court...may deny stay relief in favor of mediation where the time and expense of litigating a substantial number of personal injury claims would seriously threaten the reorganization"). [6]

---

[6] *See also Nichols & Associates Tryon Properties, Inc. v. United Capitol Ins. Co. (In re Nichols & Associates Tryon Properties, Inc.)*, 36 F.3d 1093, No.93-1753, 1994 WL 502026 **4 (4th Cir.1994)( "a valid jury demand does not strip a bankruptcy court of its jurisdiction to supervise discovery, conduct pre-trial conferences, and rule on pending motions.... Thus, until a proceeding is ready for trial, a bankruptcy court may continue to oversee pre-trial matters."). *See also In re Schepps Food Stores, Inc.,* 169 B.R. 374, 378 n.5 (Bankr. S.D. Tex. 1994)( "the absence of bankruptcy court intervention and implementation of mediation, permissive abstention, or remand...would saddle our district judges with hundreds, if not thousands, of additional civil jury trials"); *Business Communications, Inc. v. Freeman,* 129 B.R. 165, 166 (N.D. Ill. 1991)( The appropriateness of transfer of the case to a district court for trial by jury would become ripe for determination if and when the case became trial-ready; until then, the bankruptcy court, ensuring the uniform, efficient administration of the bankruptcy estate, could properly resolve and supervise pre-trial matters); *In re Dreis & Krump Mfg. Co.*, No. 94-C4281,  1995 WL 41416, *3 (N.D. Ill. 1995)( withdrawal of the reference for a personal injury claim would be postponed until the matter was ready to go to trial; in the meantime, the bankruptcy court would handle all pretrial matters, allowing the proceedings to continue in the most efficient manner possible); *In re UAL Corp.*, 310 B.R. 373, 381 (Bankr. N.D. Ill. 2004)( "[Section 157(b)(5)] . . . allows for *pretrial* consideration of personal injury tort claims by the bankruptcy court...") (emphasis in original).

29.    Accordingly, claims resolution procedures requiring mandatory mediation of personal injury claims have been approved in other large, complex chapter 11 cases. *See, e.g., In re Grossman's Inc.,* No. 97-00695(PJW), 1997 WL 33446688, *3-4 (Bankr. D. Del. 1997); *Ranger Ins. Co. v. Wolcott (In re TLI Inc.),* 214 F.3d 1349 (5th Cir. 2000); *Schwinn Cycling & Fitness, Inc. v. Benonis,* 217 B.R. 790, 793 (N.D. Ill. 1997); *Mabey, supra* p.8-9, at n. 41.

## Conclusion

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached and grant such other and further relief as is just and proper.

Dated: March 31, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

By    *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-counsel for the Debtors

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-counsel for the Debtors

00526529

10

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## ORDER MODIFYING THE CLAIMS RESOLUTION PROCEDURE

These cases came before the Court on April 20, 2006 on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), for an order modifying the Claims Resolution Procedure (Docket No. ____)(the "Motion"). Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Motion is granted.

2.      This Court's October 7, 2005 Order Authorizing Debtors to Settle or Liquidate Certain Litigation Claims with Cash Payments (Docket No. 3838) (the "Cash Payment Order") is modified so that the second sentence of paragraph one now provides in its entirety: "The aggregate amount of such cash payments shall not exceed $2.5 million unless consented to in writing by the Debtors and the Creditors Committee."

3.      The Claims Resolution Procedure as approved by this Court's September 1, 2005 Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326) (the "Claims Resolution Procedure Order"), is modified to require mediation as a prerequisite to the filing of motions for relief

from the automatic stay in order to liquidate Litigation Claims in other forums. A copy of the revised Claims Resolution Procedure as approved by this Order is attached as Exhibit A.

    4.       Nothing in this Order is intended to, nor will this Order be deemed to, obviate the need for any Claimant to file a proof of claim in compliance with the applicable bar date order.

    5.       Except as expressly modified by this Order, the provisions of the Claims Resolution Procedure Order and Cash Payment Order remain in full force and effect.

    6.       The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

    Dated this _____ day of _____, 2006, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:

James H. Post, Esq.

[James H. Post is directed to mail
a copy of this Order to all parties
served with the Motion.]
527041

2

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## AMENDED CLAIMS RESOLUTION PROCEDURE

Only Eligible Claimants (as hereinafter defined) are entitled to participate in this Claims Resolution Procedure. The Debtors reserve the right, however, to exclude any person from participation in this Claims Resolution Procedure at any time in their sole and absolute discretion. If you have a Litigation Claim against one or more of the Debtors or any Related Non-Debtor Party, it is important that you read and comply with the procedures set forth below; your failure to do so may result in disallowance of your Litigation Claim. **If you have a lawyer, you should consult with your lawyer.**

### 1.    Definitions.

"Agreed Order of Resolution" means the form of Agreed Order attached as Exhibit 2 which will set forth an agreed resolution or settlement of the disputes between the Debtors and the Claimant concerning a Litigation Claim.

"Arbitration" means an arbitration conducted pursuant to the procedures described in Section 6 herein.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

"Authorized Payment" means direct payment, in cash, by the Debtors for any Litigation Claim settled in the amount equal to or less than $5,000, up to an aggregate cap of $5,000,000.$_____.

"Automatic Stay" means the automatic stay imposed by Section 362(a) of the Bankruptcy Code.

"Bankruptcy Code" means the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended from time to time.

"Bankruptcy Court" means the United States Bankruptcy Court for the Middle District of Florida.  The address of the Bankruptcy Court is 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202.

"Bar Date" means August 1, 2005, the last date by which Proofs of Claim evidencing Litigation Claims may be timely filed, or such other special bar date as may be applicable to a particular Claimant.

"Claimant" means the person asserting a Litigation Claim.

"Claims Resolution Procedure" means this Claims Resolution Procedure for Litigation Claims set forth herein as approved by the Bankruptcy Court.

"Committees" means the Official Unsecured Creditors' Committee, and any other committees appointed by the U.S. Trustee or the Bankruptcy Court in this case, collectively.

"Cost of Mediation" includes the administrative charges imposed by the Mediation/Arbitration Organization assigned to resolve a Litigation Claim and the fee for the mediator's services and shall not include any other fee or expense, such as travel costs or attorneys' fees.

"Cost of Arbitration" includes the administrative charges imposed by the Mediation/Arbitration Organization assigned to resolve a Litigation Claim and the fee for the arbitrator's services and shall not include any other fee or expense, such as travel costs or attorneys' fees.

"Counsel for the Debtors" means Smith Hulsey & Busey.

"Creditors' Committee" means the Official Unsecured Creditors' Committee.

"Debtor" or "Debtors" means Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates identified in footnote 1, as debtors and debtors-in-possession, whose Chapter 11 bankruptcies are jointly administered by the Bankruptcy Court as Case No. 05-03817-3F1.

"Defenses" means all legal or equitable defenses to a Litigation Claim that the Debtors or a Related Non-Debtor Party are entitled to raise under applicable law and all defenses to coverage that a Third Party Indemnitor is entitled to raise under an Insurance Policy, an agreement or applicable law.

"Eligible Claimant" means a Claimant who has timely filed a Proof of Claim evidencing a Litigation Claim, but does not include an insider of the Debtors as such term is defined in Section 101(31)(B) of the Bankruptcy Code.

"Federal Rules of Bankruptcy Procedure" means the Federal Rules of Bankruptcy Procedure and official forms, and the Local Rules of Bankruptcy Procedure for the Middle District of Florida, including amendments in effect from time to time.

"Final Order" means an order of the Bankruptcy Court or other court as to which the time to appeal has expired and as to which no appeal is pending or, if an appeal has been timely taken, the order has been affirmed and is no longer subject to appeal.

"Insurance Policy" means any and all insurance policies between an Insurer and a Debtor which provides coverage for Litigation Claims.

"Insurer" means the liable party under an Insurance Policy.

"Judgment Claim Claimant" means any Claimant that held a judgment against the Debtors on account of a Litigation Claim as of February 21, 2005 and as to which an appeal was pending as of the Petition Date.

"Litigation Claim" means every claim against any of the Debtors or their agents which arose on or before the Petition Date for (i) personal injury or property damage, including, but not limited to, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws).

"Mediation" means the mediation conducted pursuant to the procedures described in Section 5 herein.

"Mediation/Arbitration Organization," means, in its singular or plural form, all mediation/arbitration attorneys or organizations employed by the Debtors in accordance with Section 5 and 6 herein.

"Notice of Agreed Order of Resolution" means the form of Notice attached as Exhibit 1, which the Debtors will serve in conjunction with the filing of each Agreed Order of Resolution concerning the settlement of any Litigation Claim in excess of $50,000.

"Notice Parties" means the Creditors' Committees, the Debtors' post-petition lenders, the United States Trustee and all other parties which are entitled to notices in these cases.

"Petition Date" means February 21, 2005, the date these Chapter 11 cases were commenced.

"Proof of Claim" means a written document filed in compliance with the Bankruptcy Court order dated April 28, 2005 and special bar dates established by the Debtors, and in the form required by such Court order.

"Questionnaire" means the document, in the form attached as Exhibit 3, to be served by a Claimant upon the Debtors that is used, inter alia, to collect certain information about the Claimant's Litigation Claim.

"Referral Notice" means the form of notice that is to be filed and served by the Debtors in order to refer a particular Litigation Claim to Mediation.

"Related Non-Debtor Party" means any current or former agent, representative or employee of a Debtor to the extent required to be indemnified by a Debtor or any other party required to be indemnified by a Debtor.

"Reply" means the document to be served by the Claimant in reply to the Response Statement. The Reply may accept the settlement proposal, if any, made by the Debtors.

"Response Statement" means the statement to be served by the Debtors, in response to a Claimant's Questionnaire, which Response Statement may include a settlement proposal to the Claimant.

"Small Claims Claimant" means any Claimant with a Litigation Claim that the Debtors have identified as being equal to $5,000 or less.

"Settlement Agreement" means the agreement that must be executed by the Claimant with respect to any settlement of that person's Litigation Claim.

"Third Party Indemnitor" means a person or entity that is liable under applicable non-bankruptcy law to indemnify the Debtors for a Litigation Claim, including an Insurer under an Insurance Policy.

**2.    Summary of Claims Resolution Procedure.**

The Claims Resolution Procedure is intended to accelerate the settlement or liquidation of Litigation Claims against the Debtors. In general, the Debtors are self insured for an initial $2 million per occurrence. If you have a Litigation Claim, you must follow these Procedures as a prerequisite for any stay relief you might seek. The Debtors, the Third Party Indemnitors (if applicable), and the Eligible Claimants each shall communicate with

4

the other parties and negotiate in good faith in an attempt to reach an agreement for the release, payment or compromise of Litigation Claims.

No Eligible Claimant will have any right to compel the Debtors to undertake ~~Mediation or~~ Arbitration of such Claimant's Claim and, similarly, the Debtors shall have no right to compel any Eligible Claimant to undertake ~~Mediation or~~ Arbitration of any Claimant's Claim, provided however, once a non-requesting party consents to binding arbitration neither party may unilaterally terminate such proceedings.

### 3.    Offer-Exchange Process

### A.    The Questionnaire

The Debtors will serve each Eligible Claimant, except Judgment Claim Claimants, with copies of (i) the Order Authorizing Debtors to Settle or Liquidate Additional Claims Pursuant to the Claims Resolution Procedure, (ii) the Amended Claims Resolution Procedure and (iii) the Questionnaire, thereby initiating the offer-exchange process. Except as otherwise provided for herein with respect to Judgment Claim Claimants, each Claimant shall serve a completed Questionnaire upon the Debtors within 30 days of the postmark date on the envelope in which the questionnaire was mailed to the Claimant (the "Questionnaire Due Date"). In the event that an Eligible Claimant does not serve the Questionnaire upon the Debtors by the Questionnaire Due Date, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge such Claimant's proof of claim with respect to the applicable Litigation Claim.

### B.    The Response Statement

As soon as practicable after the Debtors receive the Questionnaire, the Debtors, after appropriate consultation and consent by the Third Party Indemnitor, if applicable, shall determine what response to the Litigation Claim is appropriate. The Debtors shall serve each Eligible Claimant that has timely returned a Questionnaire (or Claimant's counsel, if one has been identified), with a Response Statement, within 45 days of the Debtors' receipt of the Questionnaire, which shall state whether:

> (1)    the amount demanded in the Questionnaire is accepted; or
>
> (2)    the Litigation Claim is disputed; or
>
> (3)    the Litigation Claim is disputed but stating the terms and conditions of a settlement that would be acceptable to the Debtors and any Third Party Indemnitor, if applicable, including a description of key Defenses and any third-party claims.

If the Debtors accept the amount demanded in the Questionnaire or make a counter-offer in the Response Statement, then the Debtors may provide the Eligible Claimant with a form of Settlement Agreement.

### C.    The Reply

Within 30 days of the postmark date on the envelope in which the Response Statement was mailed to the Claimant, each Eligible Claimant shall either (i) serve a written Reply to the Response Statement on the Debtors, and any Third Party Indemnitor identified in the Response Statement, or (ii) request Mediation or Arbitration. An Eligible Claimant's Reply, if any, shall either accept or reject any settlement proposal in the Response Statement. ~~If the Debtors consent to~~ Mediation or Arbitration ~~such proceeding~~ shall be conducted as provided for in Sections 5 and 6 below. ~~If the Debtors do not consent to Mediation or Arbitration, then an Eligible Claimant who has otherwise complied with the offer-exchange process shall be entitled to seek relief from the automatic stay as provided in Section 7 below.~~

If an Eligible Claimant accepts the terms of a settlement proposal contained in a Response Statement, the Eligible Claimant shall indicate his or her acceptance of the settlement proposal in writing by executing and returning the Settlement Agreement served by the Debtors with the Response Statement. If the agreed settlement amount (the "Settlement Amount") is greater than $5,000 the Eligible Claimant shall be deemed to hold an allowed, pre-petition general unsecured claim against the Debtor identified in the Proof of Claim in such Settlement Amount. For each Settlement Amount of $5,000 or less, the Eligible Claimant shall receive, in the Debtors' sole discretion, either (a) an allowed general unsecured non-priority claim against the applicable Debtor in the Settlement Amount or (b) an Authorized Payment. If any applicable Third Party Indemnitor has consented to the settlement proposal, the Third Party Indemnitor shall pay to the Eligible Claimant a sum equal to the lesser of the Settlement Amount or the available coverage.

### D.    Exhaustion of Claim Resolution Procedure

An Eligible Claimant's service of a fully completed Questionnaire and Reply on the Debtors and participation in Mediation or Arbitration will constitute prima-facie evidence of good faith compliance with, and exhaustion of, the Claims Resolution Procedure by such Claimant. If an Eligible Claimant fails to (i) timely serve on the Debtors ~~(i)~~ a fully completed Questionnaire and ~~(ii)~~ a Reply or a request for Mediation or Arbitration, or (ii) ~~or otherwise does not~~ participate in the Claims Resolution Procedure, including Mediation or Arbitration, in good faith, the Debtors will have the right to seek disallowance and expungement of such Claimant's proof of claim with respect to the applicable Litigation Claim.

### 4.    Judgment Claim Claimants

For Claims of the Judgment Claim Claimants that the Debtors elect to submit to Mediation, on or after September 1, 2005, the Debtors will begin to contact each Judgment Claim Claimant by telephone to arrange for Mediation of such Claimant's Litigation Claim pursuant to Section 5 of this Claims Resolution Procedure. The Mediation process for all Litigation Claims held by Judgment Claim Claimants shall be concluded by November 30,

2005, unless the parties with respect to particular matters otherwise agree. If a settlement is not reached after exhaustion of the Mediation, then (a) the Judgment Claim Claimant and the Debtors may agree to binding Arbitration pursuant to Section 6 of this Claims Resolution Procedure or (b) the Judgment Claim Claimant may request modification of the Automatic Stay as provided for in Section 7 of this Claims Resolution Procedure.

## 5.    Mediation Procedure.

### A.    Referral to Mediation

A Litigation Claim may be referred to Mediation as provided for in Sections 3 ~~and~~ or 4 of this Claims Resolution Procedure. Any such Claim shall be referred by the Debtors to the Mediation/Arbitration Organization, by submission of a Referral Notice, (i) on or before September 30, 2005, in the case of Judgment Claim Claimants, and (ii) ~~within 15 days~~ after receipt of an appropriate request by an Eligible Claimant in accordance with Section 3 of this Claims Resolution Procedure. The Debtors shall serve a copy of the Referral Notice on the Mediation/Arbitration Organization, the Eligible Claimant, and any Third Party Indemnitor to the extent notice of such an action is required under any applicable Insurance Policy. The Debtors shall make arrangements with the mediator for the payment of the Cost of Mediation and shall pay the Cost of Mediation as a post-petition administrative expense as allowed by order of the Bankruptcy Court, up to an aggregate cap of $1,400,000, which may be increased from time to time by agreement with the Creditors' Committee or order of the Bankruptcy Court.

### B.    Appointment of Mediator

Upon referral of a Litigation Claim to mediation, the ~~Mediation/Arbitration Organization shall, within 30 days after the receipt of the Referral Notice, (i) appoint a mediator who is familiar with the laws which govern the Claim, and (ii) provide written notice to the Debtors and the Eligible Claimant of such appointment. Individual mediators shall provide written acknowledgment of their agreement to serve with the disclosure set forth in this paragraph. In particular, a~~ Debtors will provide written notice to the Eligible Claimant of the appointment of a mediator who is an attorney in good standing of the United States District Court for the Middle District of Florida and familiar with the laws which govern the Claim. A person may serve as a mediator only if (i) the person has the requisite experience or knowledge to act as a mediator of legal disputes; (ii) the person is an impartial and neutral person; (iii) the person has no financial or personal interest in the proceedings, or except where otherwise agreed by the parties, in any related matter; and (iv) the person, upon appointment, discloses any circumstances likely to create a reasonable inference of bias or prevent a prompt hearing or conference with the parties. If a party, ~~within 15 days after the disclosures required in this paragraph are sent,~~ in good faith, does not believe the mediator meets the requirements of this paragraph, such party may file a motion with the Court for the appointment of a new mediator, if the parties cannot otherwise agree on the appointment of a new mediator.

C.    Conduct of Mediation

The mediator shall handle all Litigation Claims in the order received by him or her or as directed by mutual agreement of the parties. In all cases, the procedures used by the mediators shall be reasonable and practical under the existing circumstances. Any party may be represented by legal counsel, although the participation of legal counsel shall not be required for the conduct of the mediation. The mediator shall meet with the parties or their representatives, individually and jointly, for a conference or series of conferences as determined by the mediator. The Eligible Claimant and the Debtors or their respective representatives must be present at the conference, unless the disputed portion of the Litigation Claim is $100,000 or less, in which case the parties may appear by telephone. Such conference shall be in the nature of a settlement conference and shall be conducted in Jacksonville, Florida, or such other place mutually agreeable to the Debtors and the Eligible Claimant or as designated by the mediator.

The mediator may review the Litigation Claim and the positions of the parties, the prior negotiations between the parties, all correspondence between the parties during the Offer-Exchange Process, if any, and such additional information as the parties may, in their discretion, wish to submit. The Eligible Claimant and Debtor shall each submit to the mediator a concise confidential statement outlining each party's position on settlement value. This confidential statement shall be deemed to be privileged as a compromise and settlement negotiation and shall not be disclosed to the other party.

The mediator shall work with both sides to reach a settlement of the Litigation Claim mutually acceptable to the Debtors and the Eligible Claimant. The mediator shall not have the authority to impose a settlement upon the parties. For all settlements reached pursuant to Mediation, the Debtors shall file with the Bankruptcy Court an Agreed Order of Resolution. If a Litigation Claim is settled for an amount exceeding $5,000, the Eligible Claimant will receive an allowed general unsecured non-priority claim against the applicable Debtor in the settled amount, to be paid in accordance with the confirmed plan(s) of reorganization in these Chapter 11 cases. For Litigation Claims that are settled for $5,000 or less, the Eligible Claimant will receive, in the Debtors' sole discretion, either (i) an allowed general unsecured non-priority claim against the applicable Debtor in the settled amount or (ii) an Authorized Payment.

6.    **Arbitration Procedure.**

A.    Referral to Arbitration

A Litigation Claim may be referred to Arbitration as provided for in Sections 3 and 4 of this Claims Resolution Procedure. Either party may request that the other party consent to binding arbitration proceedings, which request shall also serve as a consent by the requesting party. The non-requesting party must send notice to the requesting party within 15 days of the mailing date of the request for arbitration that the non-requesting party consents to binding arbitration. The Debtors shall send notice of such Arbitration to any Third Party Indemnitor to the extent notice of such an action is required under the applicable Insurance

8

Policy. The Litigation Claim shall be submitted for arbitration within 60 days of the mailing date of the request for arbitration if the non-requesting party consents to binding arbitration. At the time the non-requesting party consents in writing to binding arbitration, neither party can thereafter unilaterally terminate such proceedings.

### B.    Appointment of Arbitrator

Upon a submission for binding arbitration, the ~~Mediation/Arbitration Organization~~ Debtors and the Eligible Claimant shall by agreement, within 30 days after receipt of the referral to binding arbitration, ~~(i)~~ appoint an arbitrator to conduct arbitration proceedings as hereinafter set forth ~~and (ii) provide notice to the Debtors and the Eligible Claimant of such appointment~~. Absent an agreement, the Bankruptcy Court will appoint an arbitrator upon motion of any party in interest. Individual arbitrators shall provide written acknowledgment of their agreement to serve to the Debtors and the Eligible Claimant. Such proceedings shall be commenced, to the extent practicable, not later than 30 days after the date the arbitrator provides written acknowledgment to all parties.

### C.    Conduct of Arbitration

~~All binding arbitration proceedings shall be administered by the Mediation/Arbitration Organization. The same Mediation/Arbitration Organization may be used for both Mediation and Arbitration proceedings. Arbitrators who are not otherwise selected shall be appointed to particular matters by the Mediation/Arbitration Organization pursuant to its rules and procedures; provided, however, that a~~ A person may serve as an arbitrator only if the person is (i) impartial and neutral; (ii) has no financial or personal interest in the proceedings or, except as otherwise agreed by the parties, in any related matter; (iii) the person shall not have served as the mediator of the Litigation Claim subject to the binding arbitration proceedings; and (iv) upon accepting an appointment, the person discloses any circumstances likely to create a reasonable inference of bias or prevent a prompt hearing or conference with the parties.

The arbitration shall be conducted in accordance with applicable law and shall be governed by the Federal Arbitration Act, Title 9, United States Code. Except as otherwise provided by the Claims Resolution Procedure, and unless otherwise agreed by the parties, the arbitration shall be conducted pursuant to the dispute resolution procedures for commercial, insurance or employment claims of the American Arbitration Association, as currently in effect and appropriate.

### D.    Cost of Arbitration

The Cost of Arbitration will be shared equally by the Debtors and the Eligible Claimant, provided however, that the arbitrator may in his or her sole discretion assess the entire Cost of Arbitration against any party delaying or abusing the arbitration proceedings. The Debtors and the Eligible Claimant shall each make arrangements with the arbitrator for (i) the payment of one half of their portion of the Cost of Arbitration; and (ii) the payment of

the balance within 30 days of the date of determination of the binding arbitration proceedings.

### E.  Arbitration Award

The amount of the award set by the arbitrator shall be binding and shall be within the discretion of the arbitrator, but in no event shall the amount of the award (i) exceed the lower of (x) the claimed amount of the Litigation Claim as shown on the Claimant's Questionnaire or (y) as shown on the Claimant's Proof of Claim, or (ii) be less than the undisputed portion of the Claim.  Neither party shall have the right to appeal the award except on the grounds set forth in the Federal Arbitration Act.  There will be no right to a trial de novo.

### 7.  Stay Relief.

#### A.  Lift Stay Motion

If an Eligible Claimant has otherwise complied in good faith with, and exhausted the Claims Resolution Procedure, it may apply for relief from the Automatic Stay to pursue litigation of its Litigation Claim in an appropriate forum.

#### B.  Exhaustion of Claim Resolution Procedure

No motion seeking relief from the Automatic Stay with respect to a Litigation Claim will be granted unless the Eligible Claimant has (i) timely timely served on the Debtors (i) a fully completed Questionnaire and (ii) a Reply or requested for Mediation or Arbitration, and (ii) participated in the Claims Resolution Procedure, including Mediation or Arbitration, in good faith.  To the extent an Eligible Claimant files a lift stay motion without complying with the foregoing conditions, the Bankruptcy Court shall deny the motion, without prejudice to its renewal after the Claims Resolution Procedures are exhausted.

#### C.  Objection by the Debtors

The Debtors shall have the right to object to any lift stay motion on the grounds that the Eligible Claimant has failed to comply with the foregoing conditions of the Claims Resolution Procedure.  Any other party in interest with standing, including the Creditors' Committee and any Third-Party Indemnitor, shall have the right to object; provided that nothing in the Claims Resolution Procedure shall be deemed to grant them standing.

### 8.  Civil Litigation.

If the Eligible Claimant has complied in good faith with this Claims Resolution Procedure, then any Eligible Claimant may pursue his or her Litigation Claim against the Debtors in accordance with normal litigation rules and procedures after the Automatic Stay is lifted. In any proceeding before any court, the Debtors shall have and may assert any or all of their legal and equitable rights to object to or otherwise contest the Litigation Claim.  An Eligible Claimant shall not, however, be able to enforce or execute against the Debtors any

judgment obtained as a result of such litigation. Nothing contained herein shall be construed to relieve an Eligible Claimant of any obligation imposed by applicable non-bankruptcy law to exhaust administrative, alternative dispute resolution or other procedures applicable to such Claimants' Litigation Claims.

### 9.    Settlement and Court Approval.

At any time during the administration of this Claims Resolution Procedure, even during litigation, the Debtors (and the Third Party Indemnitor, if applicable) shall have the authority to agree to a settlement with the Eligible Claimant, subject to the approval of the Bankruptcy Court as provided below.

#### A.    Claims of $50,001 or more.

All settlements for $50,001 or more, but less than $250,000, shall be subject to Bankruptcy Court approval pursuant to an Agreed Order of Resolution entered upon 20 days' notice to all Notice Parties of a Notice of Agreed Order of Resolution, without motion. If a written objection to any such settlement is not interposed during the 20-day notice period, the Bankruptcy Court may approve the settlement and enter the Agreed Order of Resolution without further notice or hearing.

Additionally, for any settlement equal to or greater than $250,000, the Debtors shall provide notice to the Creditors' Committee 5 business days prior to the filing of a motion seeking approval of such settlement, which motion shall be served upon all Notice Parties at least 20 days prior to the hearing on such motion. Upon approval of the motion, the Bankruptcy Court shall enter an Agreed Order of Resolution.

#### B.    Claims of $50,000 or less.

The Debtors (and the Third Party Indemnitor, if applicable) may settle claims of $50,000 or less without prior notice to any party or approval by the Bankruptcy Court, provided that the Debtors shall file with the Bankruptcy Court and serve upon the Creditors' Committee a quarterly report of all such settlements. The Debtors may submit, without motion or notice, an Agreed Order of Resolution to the Bankruptcy Court to evidence any such pre-authorized settlements.

#### C.    Payment and Allowance of Claims

For all Litigation Claims settled for $5,001 or more the Eligible Claimant will receive an allowed general unsecured non-priority claim against the applicable Debtor in the settled amount. All such settlements shall be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

For Litigation Claims that are settled for $5,000 or less, the Eligible Claimant will receive, in the Debtors' sole discretion, either (i) an allowed general unsecured non-priority claim against the applicable Debtor in the settled amount or (ii) an Authorized Payment.

### 10.    Application of Automatic Stay.

The Insurance Policies issued by the Insurers are for the purposes of this Claims Resolution Procedure deemed to be property of the estate of the Debtors. No person or entity shall be allowed to assert any Litigation Claim against such Insurance Policies or against the Debtors or any of their assets unless they have first complied with this Claims Resolution Procedure.

### 11.    Waiver of Claims Resolution Procedure.

The Debtors, in their sole discretion, may (i) agree to waive and/or extend the deadlines set forth herein for the filing of the Questionnaire and/or Reply or (ii) exclude any person from participation in the Claims Resolution Procedure at any time (except a Claimant who has entered into a binding arbitration with the Debtors). In addition, nothing herein shall preclude the Debtors from submitting a stipulation agreeing to lift, modify or annul the Automatic Stay, upon such notice as required under the Bankruptcy Code and Bankruptcy Rules.

### 12.    Notice.

Whenever notice is required to be given under this Claims Resolution Procedure, it shall be given in the manner provided in the relevant section, by first class mail, postage prepaid, as follows:

| | |
|---|---|
| If to the Debtors: | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, Florida 32254<br>Attn: Jay F. Castle, Esq. |
| If to Counsel for the<br>Debtors: | Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Attn: James H. Post, Esq. |

### 13.    Insurers.

Nothing in this Claims Resolution Procedure shall be construed to alter the rights or obligations of any Insurer of the Debtors. In all instances where an Insurer has a right to receive notice, participate in the resolution of a Litigation Claim, or decide upon or approve the resolution of a Litigation Claim, that right is preserved. Nothing in this Claims Resolution Procedure shall be construed to authorize the Debtors to act on behalf of or as an

agent for any Insurer of the Debtors. However, the Mediation/Arbitration Organization shall have the authority, without further order of the Bankruptcy Court, to direct the attendance, at any Mediation or Arbitration, of a representative of the applicable Third Party Indemnitor or Insurer, if any, with authority to settle and pay any settlement reached or award entered.

[End of Claim Resolution Procedure]

527073

**Exhibit 1**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## NOTICE OF AGREED ORDER OF RESOLUTION OF
## LITIGATION CLAIM OF _____ (CLAIM NO. ____ )

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to

Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-4, give

notice of the proposed entry of the attached Agreed Order of Resolution of Litigation Claim

of _____ (Claim No. _____).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If no objection to the proposed Agreed Order is filed and served within the time set

forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated: _____, 200__

SKADDEN, ARPS, SLATE, MEAGHER    SMITH HULSEY & BUSEY
& FLOM LLP


By ___s/ D.J. Baker_____        By ___s/ James H. Post_____
    D. J. Baker                              Stephen D. Busey
    Sally McDonald Henry                     James H. Post (FBN 175460)
    Rosalie Walker Gray                      Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida 32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors

501017.2

**Exhibit 2**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE LITIGATION
## CLAIM OF _____ (CLAIM NO. )

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, _____ (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. _____). [The Court finds that notice of the proposed Agreed Order was served on all interested parties in compliance with the Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service and no party filed an objection. The Court therefore considers the entry of the Order unopposed] or [The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure]. Accordingly, it is

ORDERED AND ADJUDGED:

1.     Claim No. _____ filed by Claimant is allowed as an unsecured non-priority claim in the amount of $_____ against **[Relevant Debtor]** in Case No. _____ to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

[1.    Claim No. _____ filed by Claimant is allowed as an unsecured non-priority claim in the amount of $_____ against **[Relevant Debtor]** in Case No. _____ which the Debtors are authorized to pay in full in accordance with the Claims Resolution Procedure].

2.    This Agreed Order resolves (i) all liabilities and obligations related to Claim No. [____] and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3.    The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability. The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement.

4.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 200__, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY


By_____          By_____
      James H. Post

Florida Bar Number 175460
1800 Wachovia Bank Tower,
225 Water Street
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors          Attorneys for Claimant

Exhibit 3

Page 1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

   (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

   (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

\*6438997\*

Creditor Name.:                                    Claim No.(s):

## PART B - CLAIM INFORMATION

1.    Give your date of birth (MM/DD/YY)_____

2.    Date of injury or claim: (MM/DD/YY)_____

3.    What is the basis of your claim?_____
      _____
      _____
      _____

4.    What is the total amount of your claim?  (Please estimate if necessary)._____
      _____

5.    Attach copies of all documents supporting or evidencing your claim.  Do not send original documents.
      If the documents are not available, please explain.
      _____
      _____
      _____

6.    Identify all payments or other sums which have been credited and deducted for the purpose of
      quantifying your claim amount._____
      _____
      _____
      _____

7.    Are you pursuing this claim against any other party?  Yes ☐      No ☐
      If so, against whom (list the name, the addresses and counsel for each party, if known)?_____
      _____
      _____
      _____

      (Attach additional sheets if necessary)

8.    Did you notify the Debtor in writing of the injury or claim?  (If yes, attach a copy of such writing.)
            Yes ☐      No ☐

9.    Is there a pending lawsuit regarding your claim?  If so, identify the court where the
      lawsuit is pending, the case number and the judge, if known._____
      _____
      _____
      _____
      _____

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

10.  What type of injuries or damages do you have?  If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

_____
_____
_____
_____
_____

11.  Where did the injury or damage occur?_____

_____
_____
_____
_____

Please specify the location and address.

12.  How did the injury or damage occur?_____

_____
_____
_____
_____

13.  Did you miss any work as a result of your injury or damage? If so, how many days?

_____
_____

14.  Give the name and address of your employer and your salary at the time of your injury or damage.

_____
_____
_____

15.  Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)

_____
_____
_____
_____

16.  List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

_____
_____
_____
_____
_____

Creditor Number/Creditor Name/Claim Number

17.  If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☐
     (If yes, provide the name and address of the doctor that is currently treating you
     and the nature of the treatment.)_____
     _____
     _____

18.  If applicable, please provide the following Physician Data:

     a.   Give the name and address of any physician, clinic or hospitals that has treated this injury.
          Include treatment dates. (Attach additional sheets if necessary)
          _____
          _____
          _____
          _____
          _____

     b.   Itemize all damages you claim, including any damages for emotional distress,
          loss of consortium or pain and suffering._____
          _____
          _____
          _____
          _____

     c.   Give the total amount of the medical bills you incurred as a result of your claim. _____
          _____
          _____
          _____

     d.   Attach medical and hospital records which relate to your claim.

     e.   Itemize any other expenses you incurred as a result of the incident for which you are making a
          claim._____
          _____
          _____
          _____
          _____

     f.   Give a list of medical expenses and amounts paid by your insurance company as a result of your
          injury._____
          _____
          _____
          _____

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

g.   Give the name, address and policy number of your insurance company._____
_____
_____
_____

19.   To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.   Itemize the damages you claim._____
_____
_____
_____
_____

b.   Give the total amount of each item of damage._____
_____
_____

20.   **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim.  The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**_____
_____
_____
_____
_____
_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br><br>Phone: _____<br>Fax _____<br>Email<br>Address: _____ |

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE:_____    _____

Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)_____

Address_____

City/State/Zip_____

Relationship to Claimant_____

Phone Number_____

Fax Number_____

Email Address _____

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*