

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Third Interim Fee Application for Carlton Fields, P.A. (6480)**

For the period 10/01/05 through 01/31/06

Amount Requested:    $329,144.00 in Fees
                     $ 11,844.23 in Expenses

*Approved - one order for all fees*

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
CARLTON FIELDS:     JAMES D. SILVER

RULING: