

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Third Interim Fee Application for Deloitte Consulting LLP (6483)**

For the Period 10/01/05 through 01/31/06

Amount Requested:    $1,327,337.60 in Fees
                     $  145,992.00 in Expenses

*Approved*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
DELOITTE CONSULTING:   ANTHONY D. FORCUM

**RULING:**