

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Third Interim Fee Application for PricewaterhouseCoopers LLP (6484)**

For the Period 10/01/05 through 01/31/06

Amount Requested:    $19,486.63 in Fees
                     $ 1,888.88 in Expenses

*Approved* (signature)

**APPEARANCES:**
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
PRICEWATERHOUSECOOPERS LLP:          ELIZABETH DANTIN

**RULING:**