

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Third Interim Fee Application for Smith, Gambrell & Russell, LLP (6485)**

For the Period 10/01/05 through 01/31/06

Amount Requested:        $512,975.00 in Fees
                         $ 14,752.82 in Expenses

*Approved*

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| SMITH GAMBRELL & RUSSELL: | DOUGLAS G. STANFORD |

**RULING:**