UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about April 4, 2006, I caused copies of:

- the **Notice of Debtors' Eighth Omnibus Objection to Overstated Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: April 6, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 8A

# EXHIBIT A
# SERVICE LIST

# Notice of Debtors' Eighth Omnibus Objection
## to Overstated Claims

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 279202-35<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA TN 38016 | CREDITOR ID: 241528-12<br>ACME MCCRARY CORP<br>ATTN GENE SIMPSON, CREDIT MGR<br>PO BOX 1287<br>ASHEBORO NC 27204 | CREDITOR ID: 241581-12<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRES<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 |
| CREDITOR ID: 241893-12<br>ALCON LABORATORIES INC<br>ATTN PENNY SHAW, TC29<br>6201 SOUTH FREEWAY<br>FT WORTH TX 76134-2099 | CREDITOR ID: 241921-12<br>ALEXANDRIA DAILY TOWN TALK<br>ATTN PATRICIA FLOYD<br>PO BOX 7558<br>ALEXANDRIA, LA 71306-0558 | CREDITOR ID: 241974-12<br>ALLEGRO MFG INC<br>ATTN GARY DOSHAY CR MGR<br>7250 EAST OXFORD WAY<br>COMMERCE, CA 90040 |
| CREDITOR ID: 399354-15<br>ALVA-AMCO PHARMACAL CO, INC<br>ATTN JEANNE HANLEY, AR MGR<br>7711 MERRIMAC AVE<br>NILES IL 60714 | CREDITOR ID: 279336-36<br>AMERICAN SAFETY RAZOR COMPANY<br>ATTN BERNARD A MCGOUGH, CREDIT MGR<br>ONE RAZOR BLADE LANE<br>VERONA VA 24482 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 279337-36<br>ANSELL HEALTHCARE<br>ATTN JAMES N ALBETTA, CR MGR<br>200 SCHULTZ DRIVE<br>RED BANK NJ 07701 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 410577-97<br>ASSEMBLED PRODUCTS CORP<br>ATTN: GEORGE D PANTER<br>115 E LINDEN<br>ROGERS AR 72756 |
| CREDITOR ID: 242649-12<br>ASSEMBLED PRODUCTS CORP<br>ATTN ROBIN KOPEJTKA, COLLECTION MGR<br>115 E LINDEN STREET<br>ROGERS, AR 72756 | CREDITOR ID: 406312-15<br>AT SYSTEMS INC<br>ATTN MARK LIVINGSTON<br>3280 E FOOTHILL BLVD, SUITE 290<br>PASADENA CA 91107-6013 | CREDITOR ID: 242687-12<br>AT SYSTEMS TECHNOLOGIES INC<br>ATTN SUZANNE NALL, CORP CONTROLLER<br>6635 EAST 30TH STREET, SUITE B<br>PO BOX 19817<br>INDIANAPOLIS IN 46219-0817 |
| CREDITOR ID: 417109-97<br>ATKINS NUTRITIONALS INC<br>ATTN: BILL VOGTS, DIR, CUST ACCNTG<br>105 MAXESS ROAD, STE N109<br>MELVILLE NY 11747 | CREDITOR ID: 242713-12<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 | CREDITOR ID: 407448-15<br>BAKER DISTRIBUTING COMPANY, LLC<br>ATTN GREG HILTON, CREDIT DIRECTOR<br>7892 BAYMEADOWS WAY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 381741-15<br>BALLARD PETROLEUM, INC<br>C/O POWERS & HIGHTOWER, LLP<br>ATTN JEFFREY J GUIDRY, ESQ<br>7967 OFFICE PARK BLVD<br>PO BOX 15948<br>BATON ROUGE LA 70895 | CREDITOR ID: 381741-15<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 | CREDITOR ID: 243076-12<br>BARKER COMPANY LTD<br>ATTN CHRISTINE CARLSON, CONTROLLER<br>PO BOX 478<br>KEOSAUQUA IA 52565-0478 |
| CREDITOR ID: 410535-15<br>BECTON DICKENSON & COMPANY, INC.<br>ATTN ROBERT MANSPEIZER, PARALEGAL<br>1 BECTON DRIVE, MC 089<br>FRANKLIN LAKES NJ 07417 | CREDITOR ID: 279205-35<br>BEIERSDORF INC<br>ATTN PAT CERONE, SR MGR<br>187 DANBURY RD<br>5232 EAST PROVIDENT DRIVE<br>WILTON CT 06897 | CREDITOR ID: 279341-36<br>BERRY PLASTICS CORPORATION<br>ATTN: RONDA HALE, CORP CR MGR<br>101 OAKLEY STREET<br>PO BOX 959<br>EVANSVILLE IN 47706 |
| CREDITOR ID: 403438-15<br>BIMBO BAKERIES USA<br>ATTN JOHN TAYLOR, CR MGR<br>140 N AVIATION BLVD<br>EL SEGUNDO CA 90245 | CREDITOR ID: 404039-15<br>BNSF RAILWAY COMPANY<br>ATTN TED JOHNSON, CR MGR<br>2400 WESTERN CENTER BLVD<br>FORT WORTH TX 76131 | CREDITOR ID: 243844-12<br>BRAMLETTE FLOOR SERVICE<br>ATTN GRAHAM N BRAMLETTE, PRES<br>110 WELCOME AVENUE<br>GREENVILLE, SC 29611 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 408327-15<br>CANADIAN NATIONAL RAILWAY COMPANY<br>ATTN MARIO PLOURDE<br>277 FRONT STREET WEST, 5TH FLOOR<br>TORONTO ON M5V 2X7<br>CANADA | CREDITOR ID: 399288-15<br>CARTHAGE CUP, LP<br>C/O DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME, ESQ<br>1100 NORTH MARKET STREET SUITE 1000<br>WILMINGTON DE 19801 |

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**  **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410860-15<br>CATELLI BROTHERS, INC<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279320-99<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 | CREDITOR ID: 244941-12<br>CG ROXANE<br>ATTN PATRICE MARQUET, VP FIN<br>1210 SO STATE HWY 395<br>OLANCHA, CA 93549 |
| CREDITOR ID: 399272-15<br>CHARLIE'S PASTRIES, INC<br>ATTN CHARLES E BOOTHE JR, CEO<br>3430 NW 16TH STREET, SUITE 10<br>LAUDERHILL FL 33311 | CREDITOR ID: 245145-12<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LUNDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | CREDITOR ID: 381965-36<br>CHEVRON PHILLIPS CHEMICAL CO, LP<br>C/O MCCLAIN LEPPERT & MANEY, PC<br>ATTN MICHAEL LEPPERT, ESQ<br>SOUTH TOWER, PENNZOIL PLACE<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 |
| CREDITOR ID: 399402-15<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706 | CREDITOR ID: 245228-12<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN: PATRICIA J GIRALD, CREDIT MGR<br>PO BOX 91943<br>CHICAGO, IL 60693 | CREDITOR ID: 410945-15<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 |
| CREDITOR ID: 3012-04<br>CITY OF KINGS MOUNTAIN<br>ATTN JEAN V WYTTE<br>NORTH PIEDMONT STREET<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 848-03<br>CITY OF SMYRNA<br>ATTN LEE MILLER<br>PO BOX 1226<br>SMYRNA GA 30081 | CREDITOR ID: 279165-33<br>COASTAL BEVERAGE LTD<br>ATTN JANE M KELLY, CONTROLLER<br>4747 PROGRESS AVENUE<br>NAPLES FL 34104 |
| CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061 | CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 | CREDITOR ID: 247606-12<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 247136-12<br>COX NORTH CAROLINA PUBLICATION<br>PROCESSING CENTER<br>ATTN HEATHER G ZIEGLER<br>PO BOX 1967<br>GREENVILLE, NC 27835-1967 | CREDITOR ID: 382002-36<br>CROWLEY FOODS, LLC<br>ATTN JAMES F JULIAN<br>95 COURT STREET<br>PO BOX 549<br>BINGHAMTON NY 13901 | CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599 |
| CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>C/O DILWORTH PAXSON LLP<br>ATTN: SCOTT J FREEDMAN<br>457 HADDONFIELD RD, STE 700<br>CHERRY HILL NJ 08003 | CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>C/O DILWORTH PAXSON LLP<br>ATTN: ANNE MARIE P KELLEY, ESQ<br>457 HADDONFIELD RD, STE. 700<br>CHERRY HILL NJ 08002 | CREDITOR ID: 395577-15<br>CSX CORPORATION<br>ATTN RUTH C SALTER<br>500 WATER STREET, 8TH FL J220<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 247786-12<br>D&D COMMODITIES LTD<br>HIGHWAY 75 SOUTH<br>PO BOX 359<br>STEPHEN, MN 56757 | CREDITOR ID: 247786-12<br>D&D COMMODITIES LTD<br>C/O CAMRUD MADDOCK OLSON ET AL<br>ATTN GERAD C PAUL, ESQ.<br>401 DEMERS AVENUE, SUITE 500<br>GRAND FORKS ND 58206-5849 | CREDITOR ID: 247469-12<br>DAILY DISPATCH, THE<br>ATTN CAROLYN J WILLIAMS, BUS MGR<br>304 S CHESTNUT STREET<br>PO BOX 908<br>HENDERSON, NC 27536-0908 |
| CREDITOR ID: 278868-30<br>DAILY JUICE PRODUCTS<br>ATTN SANDY NESTOR<br>1 DAILY WAY<br>VERONA, PA 15147 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, SUITE 2800<br>KANSAS CITY MO 64108-2684 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 |
| CREDITOR ID: 247510-12<br>DAKOTA GROWERS PASTA CO<br>ATTN CURT WALEN, CONTROLLER<br>ONE PASTA AVENUE<br>CARRINGTON, ND 58421 | CREDITOR ID: 411239-15<br>DALES DOUGHNUTS SOUTH INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 451<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 410536-15<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410362-15<br>DOANE PET CARE COMPANY<br>C/O BOULT CUMMINGS CONNERS ET AL<br>ATTN AUSTIN L MCMULLEN, ESQ<br>1600 DIVISION STREET, SUITE 700<br>NASHVILLE TN 37203 | CREDITOR ID: 248716-12<br>EASTMAN OUTDOORS INC<br>ATTN RANDY A MAY, CREDIT MGR<br>PO BOX 380<br>FLUSHING MI 48433 | CREDITOR ID: 417094-97<br>EVERGREEN FUNDING CORPORATION<br>ATTN: JASON M COLE, DIR OF FINANC<br>PO BOX 1024<br>ADDISON TX 75001 |
| CREDITOR ID: 249248-12<br>EVERGREEN FUNDING CORPORATION<br>ATTN SCOTT R MCARRON, PRES<br>PO BOX 1024<br>ADDISON TX 75001 | CREDITOR ID: 408330-15<br>EXEL TRANSPORTATION SERVICES, INC<br>ATTN DICK MERRILL, SECRETARY<br>7651 ESTERS BLVD, SUITE 200<br>IRVING TX 75063 | CREDITOR ID: 381750-15<br>EZY TIME FOOD PRODUCTS BLENDCO INC<br>ATTN CHARLEY MCCAFFREY, PRES<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39401 |
| CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 249655-12<br>FLEXION MATERIAL HANDLING INC<br>ATTN MICHELLE BRAVENDER<br>PO BOX 23702<br>NEW ORLEANS, LA 70183-0702 | CREDITOR ID: 374945-44<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 411274-15<br>FRESH GOURMET COMPANY, DIV<br>OF SUGAR FOODS<br>ATTN WENDELL RAMCHATESINGH, CR MGR<br>950 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10022-2705 | CREDITOR ID: 250258-12<br>GARDENBURGER INC<br>ATTN RICHARD D WERBLIN, CORP CONTR<br>15615 ALTON PARKWAY, SUITE 350<br>IRVINE CA 92618 | CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 |
| CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA, GA 30368-0609 | CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>C/O GOLDER ASSOCIATES INC<br>ATTN PAUL B COHEN, ESQ.<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA GA 30341 | CREDITOR ID: 250717-12<br>GONNELLA FROZEN PRODUCTS<br>ATTN JENNIFER SMOLZER<br>1117 E WILEY RD<br>SCHAUMBURG IL 60173 |
| CREDITOR ID: 410686-15<br>GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 384162-47<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN IRENE T MORRIS, A/R MGR<br>550 TOWNSHIP LINE ROAD<br>BLUE BELL PA 19422-2726 |
| CREDITOR ID: 404847-95<br>HUBERT COMPANY<br>ATTN MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | CREDITOR ID: 279022-32<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 | CREDITOR ID: 395437-64<br>ICICLE SEAFOODS, INC<br>ATTN LES RIEDEL, CREDIT MANAGER<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 |
| CREDITOR ID: 252195-12<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | CREDITOR ID: 384180-47<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 | CREDITOR ID: 406135-15<br>J&J SNACK SALES CORP<br>ATTN I IRIZARRY OR H MCLAUGHLIN<br>6000 CENTRAL HIGHWAY<br>PENNSAWKEN NJ 08081 |
| CREDITOR ID: 381923-15<br>JACKSON EMC<br>ATTN GENE DEAL<br>PO BOX 100<br>JEFFERSON GA 30549 | CREDITOR ID: 252927-12<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 | CREDITOR ID: 384195-47<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 |
| CREDITOR ID: 384196-47<br>JOHN MIDDLETON, INC<br>ATTN SELENA K MURTHA, ESQ.<br>418 W CHURCH ROAD<br>KING OF PRUSSIA PA 19406 | CREDITOR ID: 253398-12<br>JOSEPH ENTERPRISES<br>ATTN LARRY WONG, CONTROLLER<br>425 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 253450-12<br>JP PRODUCTS LC DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                         **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 253581-12<br>KAO BRANDS COMPANY<br>ATTN RONALD P LYNCH, MGR<br>1434 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | CREDITOR ID: 407411-15<br>KARLIN FOODS CORP<br>C/O KARLIN FOOD PRODUCTS, INC<br>ATTN MITCHELL KARLIN, PRESIDENT<br>1845 OAK STREET<br>NORTHFIELD IL 60093 | CREDITOR ID: 253611-12<br>KARLIN FOODS CORP<br>ATTN MITCHELL KARLIN, PRESIDENT<br>135 S LASALLE, DEPT 3729<br>CHICAGO, IL 60674-3729 |
| CREDITOR ID: 253555-12<br>KC PHARMACEUTICALS INC<br>ATTN PAUL KANTIKO, VP FIN<br>3201 PRODUCER WAY<br>POMONA, CA 91768-3901 | CREDITOR ID: 253763-12<br>KEN'S FOODS INC<br>ATTN PATRICK CONDRY, CR MGR<br>PO BOX 849<br>MARLBORO MA 01752 | CREDITOR ID: 411272-15<br>KIM'S PROCESSING PLANT, INC<br>ATTN JOHN WONG, PRESIDENT<br>417 3RD STREET<br>CLARKSDALE MS 28614 |
| CREDITOR ID: 254007-12<br>KING ARTHUR FLOUR COMPANY<br>ATTN MARY BEHRLE, VP FINANCE<br>PO BOX 4508<br>BOSTON, MA 02212-4508 | CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>C/O GREENSFELDER HEMKER & GALE, PC<br>ATTN J PATRICK BRADLEY, ESQ<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE (SWANSEA) IL 62226 | CREDITOR ID: 254020-12<br>KING'S FOOD PRODUCTS<br>ATTN STEPHANIE FAHRNER, VP<br>12 NORTH 35TH STREET<br>BELLEVILLE, IL 62226 |
| CREDITOR ID: 254061-12<br>KLEMENT SAUSAGE CO INC<br>ATTN ROGER G KLEMENT, CO PRES<br>207 E LINCOLN AVE<br>MILWAUKEE, WI 53207 | CREDITOR ID: 408372-15<br>LABEL SYSTEMS INTERNATIONAL<br>C/O NASHUA CORPORATION<br>ATTN SALLY L SMITH, CREDIT MGR<br>3838 SOUTH 108TH STREET<br>OMAHA NE 68144 | CREDITOR ID: 279240-35<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 |
| CREDITOR ID: 254618-12<br>LEHIGH SAFETY SHOE CO<br>ATTN THOMAS J BATTISTA, GEN CR MGR<br>PO BOX 371958<br>PITTSBURGH, PA 15250-7958 | CREDITOR ID: 411320-15<br>LEINER HEALTH PRODUCTS, LLC<br>ATTN MARGARET H BENSON/S ZINK SR<br>901 E 233RD STREET<br>CARSON CA 90745 | CREDITOR ID: 403412-15<br>LH HAYWARD & COMPANY, LLC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER STREET<br>HARAHAN LA 70123 |
| CREDITOR ID: 404012-15<br>LOG HOUSE FOODS, INC<br>ATTN LARAE ROGERS, CONTROLLER<br>700 BERKSHIRE LANE N<br>PLYMOUTH MN 55441 | CREDITOR ID: 254936-12<br>LOG HOUSE FOODS, INC<br>SDS 12-0870<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0870 | CREDITOR ID: 407504-99<br>LOREAL PARIS<br>C/O GARFUNKEL WILD & TRAVIS PC<br>ATTN BURTON S WESTON, ESQ<br>111 GREAT NECK ROAD, STE 503<br>GREAT NECK NY 11021 |
| CREDITOR ID: 407504-99<br>LOREAL PARIS<br>ATTN PATRICK ACKERMAN<br>35 BROADWAY ROAD<br>CRANBURY NJ 08512 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>WILLIAMS & ANDERSON PLC<br>ATTN JOHN KOOISTRA, III, ESQ<br>TWENTY SECOND FLOOR<br>111 CENTER STREET<br>LITTLE ROCK  AR 72201 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 255194-12<br>M KAMENSTEIN, DIV OF LIFETIME HOAN<br>ATTN MARIE DOERRBECKER, CREDIT MGR<br>1 MERRICK AVENUE<br>WESTBURY NY 11590 | CREDITOR ID: 381772-15<br>MACKAY ENVELOPE COMPANY, LLC<br>ATTN SUSAN RAUSCH, CORP CR MGR<br>2100 ELM STREET SE<br>MINNEAPOLIS MN 55414-2597 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 395544-15<br>MAKOTO DRESSING INC<br>ATTN THOMAS A COBB, PRES<br>644 ATLANTIS ROAD<br>MELBOURNE FL 32904 | CREDITOR ID: 262848-12<br>MALISH CORPORATION, THE<br>ATTN MARK A RAY, VP<br>4260 HAMANN PARKWAY<br>WILLOUGHBY, OH 44094 |
| CREDITOR ID: 255393-12<br>MAPLE LEAF FARMS INC<br>ATTN CHERINE HARE-SYERS, CR MGR<br>PO BOX 210<br>MILWAUKEE, WI 53278 | CREDITOR ID: 255419-12<br>MARCO COMPANY<br>ATTN DOUGLAS E PENTECOST, VP<br>3209 MARQUITA DRIVE<br>PO BOX 123439<br>FORT WORTH, TX 76121-3439 | CREDITOR ID: 399631-15<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDELOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                            **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>US AGRICULTURE DEPT<br>ATTN JOHN R MENGEL, ACTING DPTY ADM<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 255544-12<br>MARKET ADMIN FEDERAL ORDER #5<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |
| CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>C/O DONALD E THERIOT, ATTNY AT LAW<br>ATTN: ERIN THOMAS/DONALD THERIOT<br>1944 FIRST STREET<br>SLIDELL LA 70458 | CREDITOR ID: 255577-12<br>MARLIN<br>ATTN JACKIE WILSON, CREDIT MGR<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | CREDITOR ID: 255745-12<br>MASTER LOCK COMPANY<br>ATTN PATTY COOK<br>137 W FOREST HILL AVENUE<br>OAK CREEK WI 53154 |
| CREDITOR ID: 407603-15<br>MCCLELLAN TRUCK LINES<br>ATTN NICK MCCLELLAN, PRESIDENT<br>PO BOX 1327<br>TIFTON GA 31793 | CREDITOR ID: 255949-12<br>MEADWESTVACO CORP<br>ATTN LINDA LUBECKI/R CAPUTO<br>9080 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 407454-97<br>MELITTA USA INC<br>ATTN: MARTY MILLER, PRES<br>13925 58TH STREET NORTH<br>CLEARWATER FL 33760 |
| CREDITOR ID: 405167-95<br>MELITTA USA INC<br>ATTN JEFF COOKE, CR MGR<br>13925 58TH STREET NORTH<br>CLEARWATER FL 33760 | CREDITOR ID: 256041-12<br>MELLO SMELLO, LLC<br>ATTN BOB MEYER<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427 | CREDITOR ID: 405169-95<br>MENTHOLATUM CO, INC<br>ATTN S ALAIMO/J INGHAM<br>707 STERLING DRIVE<br>ORCHARD PARK NY 14127-1587 |
| CREDITOR ID: 407616-15<br>MENU FOODS, INC<br>9130 GRIFFITH MORGAN LANE<br>PENNSAUKEN NJ 08110 | CREDITOR ID: 407617-15<br>MENU FOODS, INC<br>ATTN MARK A WIENS, EXEC VP & CEO<br>8 FALCONER DRIVE<br>STREETSVILLE ON L5N 1B1<br>CANADA | CREDITOR ID: 380988-47<br>MERCAM INC<br>VANWINKLE BUCK WALL STARNES, ET AL<br>ATTN MARK A PINKSTON, ESQ<br>PO BOX 7376<br>ASHEVILLE NC 28802 |
| CREDITOR ID: 380988-47<br>MERCAM INC<br>PO BOX 890884<br>CHARLOTTE, NC 28289-0884 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 279060-32<br>MEYER'S BAKERIES, INC<br>C/O WRIGHT, LINDSEY & JENNINGS LLP<br>ATTN CHARLES T COLEMAN, ESQ<br>200 WEST CAPITOL AVENUE, STE 2300<br>LITTLE ROCK AR 72201-3699 |
| CREDITOR ID: 256148-12<br>MFM INDUSTRIES INC<br>ATTN ANN CHAFFIN, CONTROLLER<br>PO BOX 68<br>LOWELL FL 32663 | CREDITOR ID: 256276-12<br>MICHELE FOODS<br>ATTN MICHELE HOSKINS, CEO<br>1600 167TH STREET, SUITE 3<br>CALUMET CITY IL 60409 | CREDITOR ID: 382044-36<br>MID-GULF BAKERY LLC<br>850 MID FLORIDA<br>ORLANDO FL 32824 |
| CREDITOR ID: 256443-12<br>MINEOLA WATER CORPORATION<br>ATTN WM ALLEN SHELTON, CEO<br>PO BOX 864<br>FOLEY, AL 36536 | CREDITOR ID: 256462-12<br>MIRACLE CANDLE CO INC<br>ATTN JORGE GARCIA, VP<br>PO BOX 1758<br>LAREDO, TX 78043 | CREDITOR ID: 405931-93<br>MIRACLE CANDLE COMPANY<br>ATTN DAVID OR JORGE L GARCIA<br>3100 GUADALUPE STREET<br>LAREDO TX 78043 |
| CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591 | CREDITOR ID: 407607-15<br>MMMM, INC DBA MITCH MURCH'S<br>C/O HERREN, DARE & STREETT<br>ATTN DAVID M DARE, ESQ<br>1051 N HARRISON AVENUE<br>ST LOUIS MO 63122 | CREDITOR ID: 411309-15<br>MOORE WALLACE<br>C/O RR DONNELLEY<br>ATTN DAN PEVONKA, SR MGR CFS<br>3075 HIGHLAND PKWY, 5TH FLOOR<br>DOWNERS GROVE IL 60515-1261 |
| CREDITOR ID: 384246-47<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 | CREDITOR ID: 400435-15<br>MOTHER PARKERS TEA & COFFEE USA LTD<br>ATTN BARB JENKINS, CR SUPERV<br>PO BOX 847135<br>DALLAS TX 75284-7135 | CREDITOR ID: 256761-12<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 |

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 376362-44<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL 33311 | CREDITOR ID: 315707-36<br>NATURALLY FRESH, INC<br>ATTN ROBERT C DOTSON, ESQ<br>1000 NATURALLY FRESH BLVD<br>ATLANTA GA 30349 | CREDITOR ID: 278931-30<br>NATURALLY FRESH, INC<br>LOCKBOX 945913<br>ATLANTA, GA 30394-5913 |
| CREDITOR ID: 257025-12<br>NATURE'S BOUNTY, INC<br>ATTN HARVEY KAMIL, TREASURER<br>PO BOX 9010<br>RONKONKOMA, NY 11779-9010 | CREDITOR ID: 257025-12<br>NATURE'S BOUNTY, INC<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 410947-15<br>NBTY, INC DBA KNOX<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010 |
| CREDITOR ID: 410947-15<br>NBTY, INC DBA KNOX<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 257074-12<br>NEESE SAUSAGE CO<br>ATTN JANE DAVIS, VP<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO, NC 27406 | CREDITOR ID: 257129-12<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 |
| CREDITOR ID: 257152-12<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>14854 HAYNE BLVD<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 279252-35<br>NEW WORLD PASTA COMPANY<br>ATTN DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG PA 17112 | CREDITOR ID: 257174-12<br>NEW YORK FROZEN FOODS, INC<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 29163<br>COLUMBUS, OH 43229 |
| CREDITOR ID: 405267-95<br>NONNI'S FOOD COMPANY<br>ATTN KRISTI GRAHAM, MGR<br>601 S BOULDER, STE 900<br>TULSA OK 74116 | CREDITOR ID: 279325-35<br>NORTH AMERICAN PERFUMES, INC<br>C/O DICECCO, FANT & BURMAN<br>ATTN GLENN R LEMAY, ESQ<br>1900 WEST LOOP SOUTH, SUITE 1100<br>HOUSTON TX 77027 | CREDITOR ID: 257586-12<br>ODYSSEY ENTERPRISES INC<br>ATTN PAUL ADAMS, CFO<br>150 NICKERSON STREET, SUITE 300<br>SEATTLE WA 98109 |
| CREDITOR ID: 382058-36<br>ON-COR FROZEN FOODS, LLC<br>ATTN WILLIAM SHEREOS, CR MGR<br>627 LANDWEHR RD<br>NORTHBROOK IL 60062 | CREDITOR ID: 257732-12<br>ORANGE GLO CORPORATION<br>8200 E MAPLEWOOD AVE<br>DALLAS, TX 75397 | CREDITOR ID: 407615-15<br>OXO INTERNATIONAL LTD<br>ATTN TRACY SCHEVERMAN, CONTROLLER<br>75 NINTH AVENUE, 5TH FLOOR<br>NEW YORK NY 10011 |
| CREDITOR ID: 403481-15<br>PACER GLOBAL LOGISTICS<br>ATTN GREG JANSEN, CR MGR<br>6805 PERIMETER DRIVE<br>DUBLIN OH 43016 | CREDITOR ID: 257919-12<br>PAGAS MAILING SERVICES<br>ATTN LUCY TAYLOR, CONTROLLER<br>1801 ANACONDA ROAD<br>TARBORO, NC 27886 | CREDITOR ID: 258025-12<br>PARFUMS DE COEUR LTD<br>ATTN MELINDA STEWART<br>CHURCH STREET STATION<br>PO BOX 6349<br>NEW YORK, NY 10249-6349 |
| CREDITOR ID: 408348-15<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 407597-15<br>PAXAR AMERICAS, INC<br>C/O PAXAR CORPORATION<br>ATTN RUSSELL K SCHNEIDER, DIR<br>PO BOX 608<br>DAYTON OH 45401 | CREDITOR ID: 407461-99<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 384288-47<br>PESCANOVA INC<br>ATTN: JOSE ABBAD, CEO<br>848 BRICKELL AVE, STE 210<br>MIAMI, FL 33131 | CREDITOR ID: 381766-15<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK NY 10006 | CREDITOR ID: 384290-47<br>PHILLIPS FOODS, INC<br>ATTN MELISSA SELLERS, ESQ.<br>1215 E FORT AVENUE<br>BALTIMORE, MD 21230 |
| CREDITOR ID: 258478-12<br>PHOENIX BRANDS, LLC<br>ATTN LORI S SULLIVAN, DIR CUST OPER<br>1437 W MORRIS STREET<br>INDIANAPOLIS IN 46221 | CREDITOR ID: 258669-12<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS, LA 70760-0160 | CREDITOR ID: 258689-12<br>POMPEIAN, INC<br>ATTN LLOYD S MAILMAN, ESQ<br>PO BOX 8863<br>BALTIMORE, MD 21224-0863 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 258798-12<br>PRECISION PLUMBING & AIR INC<br>ATTN MARY S FRANK, OWNER<br>PO BOX 180279<br>RICHLAND, MS 39218-0279 | CREDITOR ID: 259080-12<br>QUALITY KING DIST INC<br>ATTN LYDIA SANCHEZ /VINCENT V ROTCH<br>2060 NINTH AVE<br>RONKONKOMA NY 11772 | CREDITOR ID: 399335-15<br>RED DIAMOND, INC<br>DONOVAN COFFEE CO<br>ATTN COKE LINDSAY<br>1701 VANDERBILT RD, PO BOX 2168<br>BIRMINGHAM AL 35201-2168 |
| CREDITOR ID: 399336-15<br>RED DIAMOND, INC.<br>DONOVAN COFFEE CO<br>ATTN: WILLIAM BOWRON<br>1701 VANDERBILT ROAD<br>BIRMINGHAM AL 35234-1459 | CREDITOR ID: 399292-15<br>RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755 | CREDITOR ID: 382080-36<br>RICH PRODUCTS CORPORATION<br>ATTN DAVID J CARERE, VP FIN<br>1150 NIAGARA STREET<br>BUFFALO NY 14213 |
| CREDITOR ID: 259554-12<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 381782-15<br>ROADWAY EXPRESS, INC<br>C/O RECEIVABLE MANAGEMENT SVCES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 381739-15<br>ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 |
| CREDITOR ID: 406271-97<br>ROGER WOOD FOODS INC<br>ATTN: THOMAS MARKS, ACCTG MGR<br>7 ALFRED STREET<br>SAVANNAH GA 31408 | CREDITOR ID: 259914-12<br>ROGER WOOD FOODS, INC<br>ATTN THOMAS MARKS, ACCTG MGR<br>PO BOX 2926<br>SAVANNAH, GA 31402 | CREDITOR ID: 279275-35<br>ROYAL OAK SALES, INC<br>ATTN STEVEN W DAILEY, CR MGR<br>1 ROYAL OAK AVE<br>ROSWELL GA 30076 |
| CREDITOR ID: 408389-97<br>RUDY'S CONFECTIONS, INC<br>ATTN: BLANCA O PRIETO<br>4205 NORTHWEST 36TH AVE<br>MIAMI FL 33142 | CREDITOR ID: 260151-12<br>RUDY'S CONFECTIONS, INC<br>ATTN BLANCA O PRIETO, PRES<br>PO BOX 66-9364<br>MIAMI, FL 33166-9364 | CREDITOR ID: 260341-12<br>SALTON, INC<br>ATTN MARK C KILGORE, MGR A/R & CRED<br>1801 N STADIUM BLVD<br>COLUMBIA MO 65202 |
| CREDITOR ID: 260492-12<br>SAVOIE'S SAUSAGE & FOOD PRODS, INC<br>ATTN FREDERICK R LAFLEUR, EXEC VP<br>1742 HWY 742<br>OPELOUSAS, LA 70570 | CREDITOR ID: 403485-15<br>SCHNEIDER NATIONAL INC<br>ATTN KAREN LOUTZ<br>PO BOX 2545<br>GREEN BAY WI 54306-2545 | CREDITOR ID: 260558-12<br>SCHUMANN CASTERS & EQUIPMENT CO INC<br>ATTN TONY WATKINS, PRES<br>1299 W BEAVER ST<br>PO BOX 2115<br>JACKSONVILLE, FL 32203-2115 |
| CREDITOR ID: 399275-15<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>PO BOX 5555<br>RANCHO CUCAMONGA CA 91729 | CREDITOR ID: 399274-15<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>11600 MILLENNIUM COURT<br>RANCHO CUCAMONGA CA 91730 | CREDITOR ID: 403432-15<br>SEGUE SEARCH FLORIDA, LLC DBA<br>ORAD AGENCY<br>ATTN DARREN COHAN, CR MGR<br>295 MADISON AVENUE 14TH FL<br>NEW YORK NY 10017 |
| CREDITOR ID: 403432-15<br>SEGUE SEARCH FLORIDA, LLC DBA<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC<br>ATTN: ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK  NY 10022 | CREDITOR ID: 410410-15<br>SHERWOOD BRANDS<br>ATTN JOSEPHINE NHEKAIRO, CREDIT MGR<br>1803 RESEARCH BLVD, STE 201<br>ROCKVILLE MD 20850 | CREDITOR ID: 260964-12<br>SHERWOOD BRANDS INC<br>PO BOX 85080<br>RICHMOND, VA 23285-4136 |
| CREDITOR ID: 261044-12<br>SIF CANADA LTD<br>ATTN KIMBERLY ACHESON<br>39 MOOD ROAD<br>PO BOX 163<br>TUSKET, NS B0W 3M0<br>CANADA | CREDITOR ID: 399291-15<br>SIGNATURE WASTE SYSTEMS, INC<br>ATTN JOE SWINFORD, PRESIDENT/OWNER<br>660 WESTINGHOUSE BLVD, SUITE 106<br>PO BOX 7349<br>CHARLOTTE NC 28241 | CREDITOR ID: 411408-15<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY IA 51102 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 399342-15<br>SNACK ALLIANCE INC<br>ATTN VALERIE SANDERS, AR MGR<br>1900-1030 WEST GEORGIA STREET<br>VANCOUVER BC V6E 2Y3<br>CANADA | CREDITOR ID: 406130-97<br>SOUTHEAST UNLOADING LLC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW ROAD<br>YULEE FL 32097 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 | CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 403444-15<br>SOUTHERN BAKERIES, INC<br>ATTN KENNETH C REEVES, CONTROLLER<br>3355 W MEMORIAL BLVD<br>LAKELAND FL 33815 |
| CREDITOR ID: 261503-12<br>SPANGLER CANDY COMPANY<br>ATTN ROGER SCHWENDER, CREDIT MGR<br>PO BOX 71<br>BRYAN, OH 43506-0071 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 261835-12<br>STAR BAKERY INC<br>ATTN ANA G SENDINA<br>3914 NW 32 AVE<br>MIAMI, FL 33142 |
| CREDITOR ID: 406161-15<br>STUART NEWS, THE<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 262126-12<br>SUGAR FOODS CORPORATION<br>PO BOX CS198372<br>ATLANTA GA 30384-0001 | CREDITOR ID: 262131-12<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 |
| CREDITOR ID: 262177-12<br>SUN MAID GROWERS OF CALIFORNIA<br>ATTN ADELE O'BRIEN, AR MANAGER<br>5568 GIBRALTAR DRIVE<br>PLEASANTON CA 94588-8544 | CREDITOR ID: 262179-12<br>SUN NEWS, THE<br>ATTN SHEILA WROTEN, CREDIT MGR<br>PO BOX 406<br>MYRTLE BEACH, SC 29578-0406 | CREDITOR ID: 411198-15<br>SUNBEAM PRODUCTS, INC<br>ATTN EILEEN MCDONNELL<br>2381 EXECUTIVE CENTER DRIVE<br>BOCA RATON FL 33431 |
| CREDITOR ID: 262328-12<br>SWABPLUS INC<br>ATTN GARRY TSAUR, PRES<br>9669 HERMOSA AVENUE<br>RANCHO CUCAMONGA, CA 91730 | CREDITOR ID: 262336-12<br>SWEEP MASTERS, INC<br>ATTN DONALD & SHERYL ODOM<br>14231 SEAWAY ROAD, SUITE C1<br>GULFPORT, MS 39503 | CREDITOR ID: 262339-12<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265 |
| CREDITOR ID: 399443-15<br>SWEETWORKS, INC<br>ATTN RALPH J NICOSIA, CFO<br>3500 GENESEE STREET<br>BUFFALO NY 14225 | CREDITOR ID: 262365-12<br>SYNDICATE SALES INC<br>ATTN ALETHA ANDERSON, CR MGR<br>DEPARTMENT 0609<br>CINCINNATI, OH 45263-0609 | CREDITOR ID: 278959-30<br>T MARZETTI COMPANY<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 29163<br>COLUMBUS OH 43229 |
| CREDITOR ID: 262523-12<br>TARO PHARMACEUTICALS<br>ATTN LETITIA A BAVIELLO, CONTROLLER<br>5 SKYLINE DRIVE<br>HAWTHORNE, NY 10532 | CREDITOR ID: 407548-15<br>TETLEY USA INC<br>ATTN TERRI JOHNSON, CREDIT MGR<br>PO BOX 856<br>100 COMMERCE DRIVE<br>SHELTON CT 06484 | CREDITOR ID: 399640-15<br>TILIA, INC<br>ATTN Z KAZMIERCZAK & D SANDERSON<br>NORTH TOWER, 5TH FLOOR<br>303 2ND STREET<br>SAN FRANCISCO CA 94107 |
| CREDITOR ID: 254665-12<br>TIMBERLAKE CONSULTANTS, INC DBA<br>LAW OFFICE OF CHARLES H DITTMAR, JR<br>ATTN CHARLES H DITTMAR, JR, ESQ<br>1411 N WESTSHORE BLVD, STE 203<br>TAMPA FL 33607-4529 | CREDITOR ID: 254665-12<br>TIMBERLAKE CONSULTANTS, INC DBA<br>LESCO MEDISEARCH<br>ATTN VIRGINIA TIMBERLAKE, PRES<br>PO BOX 1414<br>LAND O'LAKES, FL 34639-1414 | CREDITOR ID: 405712-95<br>TIP TOP CANNING CO<br>ATTN GEORGE C TIMMER, PRESIDENT<br>PO BOX 126<br>TIPP CITY OH 45371 |
| CREDITOR ID: 411310-15<br>TOP FLIGHT, INC<br>C/O EULER HERMES ACI, AGENT<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117 | CREDITOR ID: 263246-12<br>TORBITT & CASTLEMAN COMPANY<br>ATTN GLENDA GRIMES, DIR CORP CREDIT<br>800 MARKET STREET, SUITE 2150<br>ST LOUIS MO 63101 | CREDITOR ID: 263306-12<br>TOWN OF EDENTON<br>ATTN DARLENE CARTER OR AM KNIGHTON<br>PO BOX 300<br>EDENTON, NC 27932-0300 |
| CREDITOR ID: 574-03<br>TOWN OF LOUISBURG<br>ATTN JILL S WETSER<br>110 W NASH STREET<br>LOUISBURG NC 27549 | CREDITOR ID: 279077-32<br>TRIDENT SEAFOODS CORP<br>ATTN PATRICIA K SINGER, CR MGR<br>5303 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | CREDITOR ID: 279400-36<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER  CO 80237 |

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279396-36<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115 | CREDITOR ID: 262406-12<br>TW GARNER FOOD CO<br>ATTN: HAROLD GARNER, SEC/TREAS<br>PO BOX 75748<br>CHARLOTTE, NC 28275-0748 | CREDITOR ID: 405887-15<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038 |
| CREDITOR ID: 405765-95<br>UNICO INC<br>ATTN CARL TSANG, CFO<br>1830 SECOND AVENUE NORTH<br>LAKE WORTH FL 33461 | CREDITOR ID: 410967-15<br>UNIPATH DIAGNOSTICS<br>C/O INVERNESS MEDICAL<br>ATTN DUANE L JAMES TREASURER<br>51 SAWYER ROAD, SUITE 200<br>WALTHAM MA 02453 | CREDITOR ID: 263771-12<br>UNIPATH DIAGNOSTICS CO<br>PO BOX 846070<br>BOSTON, MA 02284-6070 |
| CREDITOR ID: 410830-15<br>UNITED DOOR SERVICE<br>ATTN GIOVANNA HEWITT<br>CONCOURSE BLDG, SUITE 240<br>1 COPLEY PARKWAY<br>MORRISVILLE NC 27560 | CREDITOR ID: 263791-12<br>UNITED DOOR SERVICE<br>ATTN ERIN COSTENBADER, ACCOUNTING<br>PO BOX 890277<br>CHARLOTTE, NC 28289-0277 | CREDITOR ID: 410963-15<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 263860-12<br>UNIVERSAL RAZOR INDUSTRIES, LLC<br>ATTN LENITA BUCKINGHAM, ACCT MGR<br>6031 MALBURG WAY<br>LOS ANGELES, CA 90058 | CREDITOR ID: 403509-15<br>US COTTON LLC<br>ATTN RJ GUERRERIO, SR VP-CFO<br>590 LASER RD<br>RIO RANCHO NM 87124 | CREDITOR ID: 408172-15<br>VALLEY FRESH, INC<br>ATTN MICHAEL L BRADLEY, FINANCE DIR<br>680 D STREET<br>TURLOCK CA 95380 |
| CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA 18237-0088 | CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>C/O ANGELINI VINIAR & FREEDMAN LLP<br>ATTN RICHARD P FREEDMAN, ESQ<br>413 ROUTE 70 EAST<br>CHERRY HILL NJ 08034 | CREDITOR ID: 406160-15<br>VERO BEACH PRESS JOURNAL<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES, AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 |
| CREDITOR ID: 264116-12<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>DEPT 337<br>DENVER, CO 80291 | CREDITOR ID: 404013-15<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>8515 PAGE AVENUE<br>ST LOUIS MO 63114 | CREDITOR ID: 264102-12<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>PO BOX 790051<br>ST LOUIS, MO 63179-0051 |
| CREDITOR ID: 405700-95<br>VILLAGE COMPANY LLC, THE<br>ATTN DAN OLINGER, CREDIT/COLL MGR<br>134 WEST COLUMBIA COURT<br>CHASKA MN 55318 | CREDITOR ID: 264257-12<br>VOGUE INTERNATIONAL<br>ATTN PATRICK LAWLER, CORP CONTR<br>PO BOX 91-5191<br>ORLANDO, FL 32891-5191 | CREDITOR ID: 264268-12<br>VOORTMAN COOKIES LTD<br>ATTN NANCY DISERA, CR MGR<br>PO BOX 4562<br>BUFFALO, NY 14240-4562 |
| CREDITOR ID: 264690-12<br>WESTMINSTER PUBLIC WORKS COMMISSION<br>ATTN DAVID SMITH, UTILITY DIRECTOR<br>PO BOX 619<br>WESTMINSTER, SC 29693-0619 | CREDITOR ID: 264713-12<br>WHIRLPOOL CORP<br>ATTN LEISHA HENRY<br>412 N PETERS ROAD<br>KNOXVILLE TN 37922 | CREDITOR ID: 264991-12<br>WITTICHEN SUPPLY CO<br>ATTN SHAWN BARAKAT, CR MGR<br>1600 THIRD AVE SO<br>BIRMINGHAM, AL 35233-1707 |
| CREDITOR ID: 399358-15<br>YALE INDUSTRIAL TRUCKS<br>ATTN LISA RAUCHMILLER, VP<br>2230 N US HWY 301<br>TAMPA FL 33619 | CREDITOR ID: 265115-12<br>YOFARM COMPANY, THE<br>ATTN TIMOTHY F SULLIVAN, CFO<br>162 SPRING STREET<br>NAUGATUCK CT 06770 | CREDITOR ID: 399454-15<br>ZAK DESIGNS INC<br>ATTN AMY R HIGGINS, CR MGR<br>1603 S GARFIELD ROAD<br>AIRWAY HEIGHTS WA 99001 |

**SERVICE LIST**
**Notice of Debtors' Eighth Omnibus Objection**
**to Overstated Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 265159-12
ZAK DESIGNS, INC
ATTN AMY HIGGINS, CREDIT MANAGER
PO BOX 19188
SPOKANE, WA 99219-9188


**Total:   268**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* <br> ) |
| Debtors.[1] | ) Jointly Administered <br> ) |

**NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

[claimant's name & address]

| CLAIM(S) TO BE REDUCED ||
|---|---|
| CLAIM NO. <br> CLAIM AMOUNT: <br><br> REDUCED AMOUNT: | REASON FOR <br> REDUCTION: |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 24, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

7. A hearing will be held on **May 4, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D.J. Baker*  <br>D.J. Baker  <br>Sally McDonald Henry  <br>Rosalie Walker Gray  <br>Jane M. Leamy  <br>Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | By  */s/ James H. Post*  <br>Stephen D. Busey  <br>James H. Post  <br>Cynthia C. Jackson  <br>Florida Bar Number 175460  <br>225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |