# UNITED STATES BANKRUPTY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about April 4, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Eighth Omnibus Objection to Overstated Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice and Motion as listed above is attached hereto as Exhibits B.

Dated: April 6, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Hearing**
**Debtors' Eighth Omnibus Objection to Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
885 THIRD AVE STE 3300
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO/JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Eighth Omnibus Objection to Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 417110-97<br>SEWARD & KISSEL LLP<br>ATTN: RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | | |

**Total:    37**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **May 4, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Eighth Omnibus Objection to Overstated Claims.

Only objections filed with the Court so as to be received by **April 24, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: April 4, 2006


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    _s/ D. J. Baker_
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors


SMITH HULSEY & BUSEY

By    _s/ James H. Post_
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors


2

Hearing Date:   May 4, 2006 at 1:00 p.m.
Obj. Deadline:   April 24, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibit A (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") reducing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.   The Chapter 11 Filings

1.   On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,000 proofs of claim (the "Proofs of Claim") have been filed against

2

the Debtors in these cases. Notice of the Claims Bar Date Order was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.   In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims. In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.   By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, reducing the Disputed Claims, as set forth below.

## BASIS FOR RELIEF

9.   As a result of their review, the Debtors have identified 212 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit A.

10.   These claims fall into several categories: (a) Proofs of Claim that do not reflect prepetition payments made on account of prepetition claims; (b) Proofs of Claim that do not reflect postpetition payments made on account of prepetition claims pursuant to order of the Court; (c) Proofs of Claim that include claims that arose postpetition; (d) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (e) Proofs of Claim that do not reflect

accounts receivable balances due to the Debtors; (f) Proofs of Claim that reflect the assessment

of postpetition late fees or penalties against the Debtors; and/or (g) Proofs of Claim that include

amounts that are not reflected as liabilities on the Books and Records.

11.    In addition, the Debtors identified certain Overstated Claims that were

based on the same invoices as reclamation demands submitted by the Debtors' suppliers and

vendors. As a result, such Overstated Claims partially duplicate the reclamation demands. The

Debtors and the reclamation vendors listed on Exhibit A have previously agreed to their

respective allowed reclamation claims pursuant to the reclamation trade lien program, which was

approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade

Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and

Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to

reduce the Overstated Claims by those agreed amounts, in addition to any other reductions as set

forth on Exhibit A.

12.    The Debtors (a) object to the Overstated Claims listed on Exhibit A and

(b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by

not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit A to

be reduced. In the absence of a Response (as defined in paragraph 16 below), the Debtors will

present to the Court the Proposed Order reducing the Overstated Claims.

## SEPARATE CONTESTED MATTERS

13.    Each of the Disputed Claims and the Debtors' objections asserted below

constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors

request that any order entered by the Court with respect to an objection asserted in this Objection

shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

14.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

15.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

16.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **April 24, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

5

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

17.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **May 4, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

18.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reducing the claim without further notice to the claimant.

## NOTICE

19.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be reduced as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibit A. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender,

counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B reducing the Overstated Claims and (iii) grant such other and further relief as is just and proper.

Dated: April 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By     s/ D. J. Baker
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By     s/ James H. Post
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Eighth Omnibus Objection to Overstated Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

8

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  279202**<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA  TN  38016 | 1096<br>Debtor:  **WINN-DIXIE STORES, INC.** | $160,247.89 | $108,674.96 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $933.04, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $759.14 AND $20,023.29, RESPECTIVELY, AND RECLAMATION PAYMENTS TOTALING $29,857.46. |
| **Creditor Id:  241528**<br>ACME MCCRARY CORP<br>ATTN GENE SIMPSON, CREDIT MGR<br>PO BOX 1287<br>ASHEBORO  NC  27204 | 6635<br>Debtor:  **WINN-DIXIE STORES, INC.** | $16,802.40 | $4,820.23 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $363.10 AND RECLAMATION PAYMENTS TOTALING $11,619.07. |
| **Creditor Id:  241581**<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRES<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY  40299-1924 | 418<br>Debtor:  **WINN-DIXIE STORES, INC.** | $5,988.00 | $5,048.76 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $939.24. |
| **Creditor Id:  241893**<br>ALCON LABORATORIES INC<br>ATTN PENNY SHAW, TC29<br>6201 SOUTH FREEWAY<br>FT WORTH  TX  76134-2099 | 2322<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $103,737.23 | $66,422.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,068.58, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,500.62 AND $23.75, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $34,097.62, AND REMOVAL OF $624.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  241921**<br>ALEXANDRIA DAILY TOWN TALK<br>ATTN PATRICIA FLOYD<br>PO BOX 7558<br>ALEXANDRIA, LA  71306-0558 | 2272<br>Debtor:  **WINN-DIXIE STORES, INC.** | $6,828.34 | $882.77 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS AS CLAIMANT DOES NOT PROVIDE ADEQUATE DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id:  241974**<br>ALLEGRO MFG INC<br>ATTN GARY DOSHAY CR MGR<br>7250 EAST OXFORD WAY<br>COMMERCE, CA  90040 | 4<br>Debtor:  **WINN-DIXIE STORES, INC.** | $7,439.48 | $5,030.85 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $26.21, AGREED DEDUCTIONS OF $1,543.57, AND RECLAMATION PAYMENTS TOTALING $838.85. |
| **Creditor Id:  399354**<br>ALVA-AMCO PHARMACAL CO, INC<br>ATTN JEANNE HANLEY, AR MGR<br>7711 MERRIMAC AVE<br>NILES IL  60714 | 497<br>Debtor:  **WINN-DIXIE STORES, INC.** | $15,840.72 | $15,198.99 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $115.92 AND $525.81, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279336**<br>AMERICAN SAFETY RAZOR COMPANY<br>ATTN BERNARD A MCGOUGH, CREDIT MGR<br>ONE RAZOR BLADE LANE<br>VERONA VA 24482<br><br>Transferee: AMROC INVESTMENTS LLC | 3929<br>**Debtor:** WINN-DIXIE STORES, INC. | $61,549.68 | $42,602.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,901.50 AND $2,544.00, RESPECTIVELY, NET CONSUMPTION WAIVER OF $574.17, AND RECLAMATION PAYMENTS TOTALING $13,927.84. |
| **Creditor Id: 279337**<br>ANSELL HEALTHCARE<br>ATTN JAMES N ALBETTA, CR MGR<br>200 SCHULTZ DRIVE<br>RED BANK NJ 07701 | 1050<br>**Debtor:** WINN-DIXIE STORES, INC. | $32,187.72 | $1,907.43 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $373.30, NET CONSUMPTION WAIVER OF $917.08, AND RECLAMATION PAYMENTS TOTALING $28,989.91. |
| **Creditor Id: 242649**<br>ASSEMBLED PRODUCTS CORP<br>ATTN ROBIN KOPEJTKA, COLLECTION MGR<br>115 E LINDEN STREET<br>ROGERS, AR 72756<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 8928<br>**Debtor:** WINN-DIXIE STORES, INC. | $23,609.24 | $22,843.15 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $118.77 AND REMOVAL OF $647.32 FOR POSTPETITION INVOICE. |
| **Creditor Id: 242687**<br>AT SYSTEMS TECHNOLOGIES INC<br>ATTN SUZANNE NALL, CORP CONTROLLER<br>6635 EAST 30TH STREET, SUITE B<br>PO BOX 19817<br>INDIANAPOLIS IN 46219-0817 | 3793<br>**Debtor:** WINN-DIXIE STORES, INC. | $61,178.34 | $55,576.89 | REDUCED AMOUNT REFLECTS 10/15/04 PAYMENT OF $5,601.45 FOR INVOICE NUMBER 1057221 BY CHECK NUMBER 7350982. |
| **Creditor Id: 242713**<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779<br><br>Transferee: CACTUS HOLDINGS GROUP LLC | 11535<br>**Debtor:** WINN-DIXIE STORES, INC. | $141,625.99 | $31,976.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,668.56, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,747.55 AND $48,602.15, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $53,394.06, AND REMOVAL OF UNDOCUMENTED CHARGES OF $236.88. |
| **Creditor Id: 407448**<br>BAKER DISTRIBUTING COMPANY, LLC<br>ATTN GREG HILTON, CREDIT DIRECTOR<br>7892 BAYMEADOWS WAY<br>JACKSONVILLE FL 32256<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 4073<br>**Debtor:** WINN-DIXIE STORES, INC. | $334,745.91 | $274,583.43 | REDUCED AMOUNT REFLECTS AMOUNTS DUE PER BOOKS & RECORDS AS REMAINDER IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 381741<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 | 62<br>Debtor: **WINN-DIXIE STORES, INC.** | $67,426.90 | $1,865.47 | CLAIMANT INCLUDES AMOUNTS NOT OWED BY DEBTOR. REDUCED AMOUNT REFLECTS AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN JEFFREY J GUIDRY, ESQ | | | | |
| **Creditor Id:** 381741<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 | 7110<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,670.87 | $13,438.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,219.15 AND RECLAMATION PAYMENTS TOTALING $39,012.77. |
| Counsel: ATTN JEFFREY J GUIDRY, ESQ | | | | |
| **Creditor Id:** 243076<br>BARKER COMPANY LTD<br>ATTN CHRISTINE CARLSON, CONTROLLER<br>PO BOX 478<br>KEOSAUQUA IA 52565-0478 | 2165<br>Debtor: **WINN-DIXIE STORES, INC.** | $142,635.43 | $62,099.43 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIMANT PROVIDES NO DOCUMENTATION FOR REMAINING ASSERTED AMOUNT DESPITE REPEATED INQUIRIES. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id:** 410535<br>BECTON DICKENSON & COMPANY, INC.<br>ATTN ROBERT MANSPEIZER, PARALEGAL<br>1 BECTON DRIVE, MC 089<br>FRANKLIN LAKES NJ 07417 | 8507<br>Debtor: **WINN-DIXIE STORES, INC.** | $52,387.64 | $51,427.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $960.20 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 279205<br>BEIERSDORF INC<br>ATTN PAT CERONE, SR MGR<br>187 DANBURY RD<br>5232 EAST PROVIDENT DRIVE<br>WILTON CT 06897 | 5462<br>Debtor: **WINN-DIXIE STORES, INC.** | $132,867.66 | $65,463.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,922.08 AND $10,116.18, RESPECTIVELY. NET CONSUMPTION WAIVER OF $1,647.44, AND RECLAMATION PAYMENTS TOTALING $52,718.17. |
| **Creditor Id:** 279341<br>BERRY PLASTICS CORPORATION<br>ATTN: RONDA HALE, CORP CR MGR<br>101 OAKLEY STREET<br>PO BOX 959<br>EVANSVILLE IN 47706 | 2050<br>Debtor: **WINN-DIXIE STORES, INC.** | $49,726.47 | $23,371.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,491.79, ACCOUNTS RECEIVABLE BALANCE OF $2,100.01, AND RECLAMATION PAYMENTS TOTALING $22,763.23. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 4 | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403438**<br>BIMBO BAKERIES USA<br>ATTN JOHN TAYLOR, CR MGR<br>140 N AVIATION BLVD<br>EL SEGUNDO CA 90245 | 987<br>Debtor: **WINN-DIXIE STORES, INC.** | $35,060.43 | $8,157.23 | REDUCED AMOUNT REFLECTS REMOVAL OF $26,903.20 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 404039**<br>BNSF RAILWAY COMPANY<br>ATTN TED JOHNSON, CR MGR<br>2400 WESTERN CENTER BLVD<br>FORT WORTH TX 76131 | 1974<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,199.09 | $5,136.68 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. MOREOVER, CLAIMANT SUPPLIED INVOICES FOR ASSERTED AMOUNT, LISTING INVOICES AGGREGATING $28,062.41 AS NO AMOUNT DUE. |
| **Creditor Id: 243844**<br>BRAMLETTE FLOOR SERVICE<br>ATTN GRAHAM N BRAMLETTE, PRES<br>110 WELCOME AVENUE<br>GREENVILLE, SC 29611 | 1447<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,500.00 | $6,250.00 | REDUCED AMOUNT REFLECTS 4/12/05 PAYMENT OF $6,250 FOR POSTPETITION INVOICES BY CHECK NUMBER 008016623. |
| **Creditor Id: 408327**<br>CANADIAN NATIONAL RAILWAY COMPANY<br>ATTN MARIO PLOURDE<br>277 FRONT STREET WEST, 5TH FLOOR<br>TORONTO ON M5V 2X7 CANADA | 6984<br>Debtor: **WINN-DIXIE STORES, INC.** | $37,256.24 | $29,993.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,445.92 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, $5700.00 FOR ADDITIONAL AMOUNTS ADDED TO PREVIOUSLY PAID INVOICES, AND $117.12 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 399288**<br>CARTHAGE CUP, LP<br>C/O DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME, ESQ<br>1100 NORTH MARKET STREET SUITE 1000<br>WILMINGTON DE 19801 | 437<br>Debtor: **WINN-DIXIE STORES, INC.** | $273,747.63 | $206,141.19 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,343.47, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,408.94 AND $336.63, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $40,581.93, AND REMOVAL OF POSTPETITION INVOICE OF $22,935.47. |
| **Creditor Id: 410860**<br>CATELLI BROTHERS, INC<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 9942<br>Debtor: **WINN-DIXIE STORES, INC.** | $190,454.48 | $63,217.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,675.64, RECLAMATION PAYMENTS TOTALING $117,620.45, AND REMOVAL OF $5,941.06 FOR ATTORNEY FEES, INTEREST, AND CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 279320<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 | 7825<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $263,271.20 | $62,997.57 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $954.64, RECLAMATION PAYMENTS TOTALING $30,548.28, AND PREPETITION OVERPAYMENTS OF $168,770.71. |
| Creditor Id: 244941<br>CG ROXANE<br>ATTN PATRICE MARQUET, VP FIN<br>1210 SO STATE HWY 395<br>OLANCHA, CA 93549<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 7935<br>Debtor: **WINN-DIXIE STORES, INC.** | $220,561.50 | $192,644.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,279.04 AND REMOVAL OF $18,638.22 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| Creditor Id: 399272<br>CHARLIE'S PASTRIES, INC<br>ATTN CHARLES E BOOTHE JR, CEO<br>3430 NW 16TH STREET, SUITE 10<br>LAUDERHILL FL 33311 | 411<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,984.00 | $169.10 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. REMAINING ASSERTED AMOUNT IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |
| Creditor Id: 245145<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LUNDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | 10989<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,902.12 | $17,688.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,603.78 AND $1,610.24 FOR POSTPETITION INVOICE NUMBERS 81590 AND 81591, RESPECTIVELY. |
| Creditor Id: 381965<br>CHEVRON PHILLIPS CHEMICAL CO, LP<br>C/O MCCLAIN LEPPERT & MANEY, PC<br>ATTN MICHAEL LEPPERT, ESQ<br>SOUTH TOWER, PENNZOIL PLACE<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 | 11111<br>Debtor: **WINN-DIXIE STORES, INC.** | $402,030.50 | $342,737.42 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,796.76 AND RECLAMATION PAYMENTS TOTALING $57,496.32. |
| Creditor Id: 399402<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706<br><br>Transferee: ASM CAPITAL LP | 586<br>Debtor: **WINN-DIXIE STORES, INC.** | $145,020.08 | $89,252.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $43,553.24 AND $900.23, RESPECTIVELY, AND REMOVAL OF $11,314.12 FOR POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410945**<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | 10199<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,575.00 | $3,928.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,646.50 FOR POSTPETITION INVOICES. |
| **Creditor Id: 3012**<br>CITY OF KINGS MOUNTAIN<br>ATTN JEAN V WYTTE<br>NORTH PIEDMONT STREET<br>KINGS MOUNTAIN NC 28086 | 3166<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,250.87 | $11,288.14 | REDUCED AMOUNT REFLECTS REMOVAL OF $962.73 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 848**<br>CITY OF SMYRNA<br>ATTN LEE MILLER<br>PO BOX 1226<br>SMYRNA GA 30081 | 1143<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,315.46 | $1,797.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $338.90 FOR POSTPETITION CHARGES AND $179.11 FOR IMPERMISSIBLE LATE CHARGES. |
| **Creditor Id: 279165**<br>COASTAL BEVERAGE LTD<br>ATTN JANE M KELLY, CONTROLLER<br>4747 PROGRESS AVENUE<br>NAPLES FL 34104 | 2592<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,099.65 | $1,282.60 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $24.76 AND RECLAMATION PAYMENTS TOTALING $792.29. |
| **Creditor Id: 218**<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 574<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,961.33 | $9,220.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $741.33 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 247606**<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE NC 28201-1070 | 1579<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,625.00 | $8,311.10 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $158.10 AND $1,050.80, RESPECTIVELY, PAYMENTS OF $762.50 ON 12/18/04 AND $802.50 ON 1/13/05 FOR INVOICE NUMBER 1288 BY CHECK NUMBER 740303 AND INVOICE NUMBER 1425 BY CHECK NUMBER 7427709, RESPECTIVELY, AND REMOVAL OF $540.00 FOR DUPLICATE INVOICE NUMBER 1566 INCLUDED IN CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 247136**<br>COX NORTH CAROLINA PUBLICATION<br>PROCESSING CENTER<br>ATTN HEATHER G ZIEGLER<br>PO BOX 1967<br>GREENVILLE, NC 27835-1967 | 3135<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,467.18 | $4,526.38 | REDUCED AMOUNT REFLECTS 1/19/05 PAYMENT OF $900 BY CHECK NUMBER 007431740 AND REMOVAL OF $40.80 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id: 382002**<br>CROWLEY FOODS, LLC<br>ATTN JAMES F JULIAN<br>95 COURT STREET<br>PO BOX 549<br>BINGHAMTON NY 13901 | 975<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,721.94 | $24.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $81.66, ACCOUNTS RECEIVABLE BALANCE OF $293.47, AND RECLAMATION PAYMENTS TOTALING $2,322.65. |
| **Creditor Id: 381977**<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599<br><br>Counsel: ATTN: ANNE MARIE P KELLEY, ESQ | 8509<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $98,469.51 | $36,433.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,954.08 AND RECLAMATION PAYMENTS TOTALING $59,081.71. |
| **Creditor Id: 395577**<br>CSX CORPORATION<br>ATTN RUTH C SALTER<br>500 WATER STREET, 8TH FL J220<br>JACKSONVILLE FL 32202 | 366<br>Debtor: **WINN-DIXIE STORES, INC.** | $70,407.09 | $45,900.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $24,506.99 FOR PRICING DISCREPANCIES AND CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 247786**<br>D&D COMMODITIES LTD<br>HIGHWAY 75 SOUTH<br>PO BOX 359<br>STEPHEN, MN 56757<br><br>Counsel: ATTN GERAD C PAUL, ESQ. | 10191<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,980.14 | $53,231.65 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $748.49. |
| **Creditor Id: 247469**<br>DAILY DISPATCH, THE<br>ATTN CAROLYN J WILLIAMS, BUS MGR<br>304 S CHESTNUT STREET<br>PO BOX 908<br>HENDERSON, NC 27536-0908 | 2445<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,808.54 | $4,937.34 | REDUCED AMOUNT REFLECTS 3/29/05 PAYMENT OF $871.20 FOR POSTPETITION INVOICE BY CHECK NUMBER 008011690. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 278868**<br>DAILY JUICE PRODUCTS<br>ATTN SANDY NESTOR<br>1 DAILY WAY<br>VERONA, PA 15147 | 4004<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,387.26 | $30,827.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $120.00 AND $440.00, RESPECTIVELY. |
| **Creditor Id: 384081**<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $978,423.70 | $852,694.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,116.73, ACCOUNTS RECEIVABLE BALANCE OF $50.43, AND RECLAMATION PAYMENTS TOTALING $118,561.80. |
| **Creditor Id: 247510**<br>DAKOTA GROWERS PASTA CO<br>ATTN CURT WALEN, CONTROLLER<br>ONE PASTA AVENUE<br>CARRINGTON, ND 58421 | 9811<br>Debtor: **WINN-DIXIE STORES, INC.** | $116,326.86 | $70,751.60 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,359.09 AND $1,265.37, RESPECTIVELY, AND REMOVAL OF $25,609.94 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $8,340.86 FOR PRICING DIFFERENCES AND/OR SHORTAGES OF DELIVERED GOODS. |
| **Creditor Id: 411239**<br>DALES DOUGHNUTS SOUTH INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 451<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE FL 32301 | 11505<br>Debtor: **WINN-DIXIE STORES, INC.** | $41,076.41 | $7,942.97 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. REMAINING ASSERTED AMOUNT IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 410536**<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 8510<br>Debtor: **WINN-DIXIE STORES, INC.** | $278,123.18 | $269,677.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 410362**<br>DOANE PET CARE COMPANY<br>C/O BOULT CUMMINGS CONNERS ET AL<br>ATTN AUSTIN L MCMULLEN, ESQ<br>1600 DIVISION STREET, SUITE 700<br>NASHVILLE TN 37203 | 7291<br>Debtor: **WINN-DIXIE STORES, INC.** | $113,788.61 | $51,928.45 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,874.55, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $352.69 AND $65.49, RESPECTIVELY, AND RECLAMATION PAYMENTS TOTALING $59,567.43. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  248716**<br>EASTMAN OUTDOORS INC<br>ATTN RANDY A MAY, CREDIT MGR<br>PO BOX 380<br>FLUSHING MI 48433 | 10920<br>**Debtor:  WINN-DIXIE STORES, INC.** | $20,163.68 | $19,163.68 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $350.00 AND REMOVAL OF $650.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBER 257932. |
| **Creditor Id:  249248**<br>EVERGREEN FUNDING CORPORATION<br>ATTN SCOTT R MCARRON, PRES<br>PO BOX 1024<br>ADDISON TX 75001<br><br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | 1081<br>**Debtor:  WINN-DIXIE PROCUREMENT, INC.** | $322,524.04 | $277,542.21 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $616.77, ACCOUNTS PAYABLE CREDIT OF $1,023.84, REMOVAL OF $23,604.60 FOR ORDER NEVER RECEIVED, AND RECLAMATION PAYMENTS TOTALING $19,736.62. |
| **Creditor Id:  408330**<br>EXEL TRANSPORTATION SERVICES, INC<br>ATTN DICK MERRILL, SECRETARY<br>7851 ESTERS BLVD, SUITE 200<br>IRVING TX 75063 | 6989<br>**Debtor:  WINN-DIXIE STORES, INC.** | $287,999.76 | $282,967.78 | REDUCED AMOUNT REFLECTS PAYMENTS OF $338.00 ON 11/30/04, $865.88 ON 12/29/04, $3,240 ON 2/2/05, AND $588 ON 2/7/05 BY CHECK NUMBERS 7386620, 7435315, 7437133, AND 7439356, RESPECTIVELY AND REMOVAL OF $200.10 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  381750**<br>EZY TIME FOOD PRODUCTS BLENDCO INC<br>ATTN CHARLEY MCCAFFREY, PRES<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39401 | 82<br>**Debtor:  WINN-DIXIE STORES, INC.** | $5,789.00 | $5,144.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $644.16 FOR POSTPETITION INVOICE. |
| **Creditor Id:  249655**<br>FLEXION MATERIAL HANDLING INC<br>ATTN MICHELLE BRAVENDER<br>PO BOX 23702<br>NEW ORLEANS, LA 70183-0702 | 11431<br>**Debtor:  WINN-DIXIE STORES, INC.** | $3,030.19 | $2,202.30 | REDUCED AMOUNT REFLECTS REMOVAL OF $259.64 FOR POSTPETITION INVOICE AND $568.25 FOR CALCULATION ERROR. |
| **Creditor Id:  374945**<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9726<br>**Debtor:  WINN-DIXIE STORES, INC.** | $5,900.19 | $3,373.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,527.04 FOR NUMEROUS INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id:  250258**<br>GARDENBURGER INC<br>ATTN RICHARD D WERBLIN, CORP CONTR<br>15615 ALTON PARKWAY, SUITE 350<br>IRVINE CA 92618 | 3677<br>**Debtor:  WINN-DIXIE STORES, INC.** | $2,175.20 | $1,487.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE AGGREGATING $687.41. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 250707<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA, GA 30368-0609<br><br>Counsel: ATTN PAUL B COHEN, ESQ. | 9847<br>**Debtor:** WINN-DIXIE STORES, INC. | $95,416.04 | $80,506.04 | REDUCED AMOUNT REFLECTS 7/19/05 PAYMENT OF $160.00 FOR POSTPETITION INVOICE NUMBER 127505 BY CHECK NUMBER 008076277 AND REMOVAL OF $5,750.00 AND $9,000 FOR INVOICE NUMBERS 119430 AND 124266, RESPECTIVELY, NEITHER OF WHICH IS A LIABILITY OF ANY OF THE DEBTORS. |
| **Creditor Id:** 250717<br>GONNELLA FROZEN PRODUCTS<br>ATTN JENNIFER SMOLZER<br>1117 E WILEY RD<br>SCHAUMBURG IL 60173 | 1647<br>**Debtor:** WINN-DIXIE STORES, INC. | $213,486.40 | $175,754.83 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,143.38 AND RECLAMATION PAYMENTS TOTALING $36,588.19. |
| **Creditor Id:** 410886<br>GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | 9700<br>**Debtor:** WINN-DIXIE STORES, INC. | $88,368.97 | $2,088.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $515.94, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,399.73 AND $506.21, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $16,510.07, AND REMOVAL OF $66,348.14 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id:** 384162<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN IRENE T MORRIS, A/R MGR<br>550 TOWNSHIP LINE ROAD<br>BLUE BELL PA 19422-2726 | 4433<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $65,630.52 | $53,129.05 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,079.56, NET CONSUMPTION WAIVER OF $103.69, AND RECLAMATION PAYMENTS TOTALING $3,318.22. |
| **Creditor Id:** 404847<br>HUBERT COMPANY<br>ATTN MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | 9266<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,815.20 | $63,341.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,872.87 AND REMOVAL OF $1,311.25 FOR POSTPETITION INVOICE NUMBER 358222 AND $4,243.42 AND 3,046.02 FOR INVOICE NUMBER 774392 DATED 11/13/03 AND INVOICE NUMBER 165927 DATED 8/6/04, RESPECTIVELY, AS BOTH INVOICES LACK PROOF OF DELIVERY. |
| **Creditor Id:** 279022<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 | 3194<br>**Debtor:** WINN-DIXIE STORES, INC. | $88,409.07 | $1,014.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,648.31, ACCOUNTS RECEIVABLE BALANCE OF $683.75, AND RECLAMATION PAYMENTS TOTALING $84,062.06. |
| **Creditor Id:** 395437<br>ICICLE SEAFOODS, INC<br>ATTN LES RIEDEL, CREDIT MANAGER<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 | 5741<br>**Debtor:** WINN-DIXIE STORES, INC. | $91,052.27 | $88,778.91 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $68.89 AND RECLAMATION PAYMENTS TOTALING $2,204.47. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 252195**<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | 397<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $8,688.64 | $7,667.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $300, $63 AND $259.96 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBERS 17333, 17417, AND 17446, RESPECTIVELY, AND $397.92 FOR POSTPETITION INVOICE NUMBER 17839. |
| **Creditor Id: 384180**<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 | 2570<br>Debtor: **WINN-DIXIE STORES, INC.** | $44,537.28 | $35,698.15 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $748.92 AND $8,090.21, RESPECTIVELY. |
| **Creditor Id: 381923**<br>JACKSON EMC<br>ATTN GENE DEAL<br>PO BOX 100<br>JEFFERSON GA 30549 | 228<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,713.08 | $17,550.74 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT INCLUDES $13,162.34 OF UNDOCUMENTED CHARGES. |
| **Creditor Id: 252927**<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 | 2154<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,078.20 | $4,315.78 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $504.00 AND $2,258.42, RESPECTIVELY. |
| **Creditor Id: 384195**<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 | 2321<br>Debtor: **WINN-DIXIE STORES, INC.** | $74,651.26 | $67,641.99 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $7,009.27. |
| **Creditor Id: 384196**<br>JOHN MIDDLETON, INC<br>ATTN SELENA K MURTHA, ESQ.<br>418 W CHURCH ROAD<br>KING OF PRUSSIA PA 19406 | 6777<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $14,937.24 | $2,640.61 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $391.06, NET CONSUMPTION WAIVER OF $372.62, AND RECLAMATION PAYMENTS TOTALING $11,532.95. |
| **Creditor Id: 253398**<br>JOSEPH ENTERPRISES<br>ATTN LARRY WONG, CONTROLLER<br>425 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | 2573<br>Debtor: **WINN-DIXIE STORES, INC.** | $108,216.00 | $15,830.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $11.75 AND PAYMENT OF $92,373.61 ON 12/16/04 BY CHECK NUMBER 00740987. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 253450**<br>JP PRODUCTS LLC DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 | 4509<br>**Debtor: WINN-DIXIE STORES, INC.** | $17,492.00 | $11,275.53 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $64.08 AND $6,152.39, RESPECTIVELY. |
| **Creditor Id: 253581**<br>KAO BRANDS COMPANY<br>ATTN RONALD P LYNCH, MGR<br>1434 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | 2690<br>**Debtor: WINN-DIXIE STORES, INC.** | $140,792.58 | $93,125.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,409.72, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,829.66 AND $9,281.33, RESPECTIVELY, AND RECLAMATION PAYMENTS TOTALING $15,146.26. |
| **Creditor Id: 253611**<br>KARLIN FOODS CORP<br>ATTN MITCHELL KARLIN, PRESIDENT<br>135 S LASALLE, DEPT 3729<br>CHICAGO, IL 60674-3729<br><br>Transferee: AMROC INVESTMENTS LLC | 3878<br>**Debtor: WINN-DIXIE STORES, INC.** | $90,188.81 | $86,593.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,594.92. |
| **Creditor Id: 253555**<br>KC PHARMACEUTICALS INC<br>ATTN PAUL KANTIKO, VP FIN<br>3201 PRODUCER WAY<br>POMONA, CA 91768-3901 | 2430<br>**Debtor: WINN-DIXIE STORES, INC.** | $4,851.04 | $3,738.12 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $881.40 AND REMOVAL OF IMPERMISSBLE INTEREST CHARGE OF $231.52. |
| **Creditor Id: 253763**<br>KEN'S FOODS INC<br>ATTN PATRICK CONDRY, CR MGR<br>PO BOX 849<br>MARLBORO MA 01752 | 2317<br>**Debtor: WINN-DIXIE STORES, INC.** | $49,478.00 | $36,991.97 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,771.35 AND $10,714.68, RESPECTIVELY. |
| **Creditor Id: 411272**<br>KIM'S PROCESSING PLANT, INC<br>ATTN JOHN WONG, PRESIDENT<br>417 3RD STREET<br>CLARKSDALE MS 28814 | 11607<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,432.20 | $256.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $89.60 AND PAYMENTS OF $159.60 ON 10/26/04 FOR INVOICE NUMBER 57975 BY CHECK NUMBER 007367557, $351.60 ON 11/2/04 FOR INVOICE NUMBER 57492 BY CHECK NUMBER 007373687, $351.60 ON 11/23/04 FOR INVOICE NUMBER 58025 BY CHECK NUMBER 007384386, AND $223.80 ON 11/23/04 FOR INVOICE NUMBER 58066 BY CHECK NUMBER 007390002. |
| **Creditor Id: 254007**<br>KING ARTHUR FLOUR COMPANY<br>ATTN MARY BEHRLE, VP FINANCE<br>PO BOX 4508<br>BOSTON, MA 02212-4508 | 10528<br>**Debtor: WINN-DIXIE STORES, INC.** | $16,168.96 | $12,220.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $867.68 AND $619.78, RESPECTIVELY, AND PAYMENT OF $1,729.28 FOR INVOICE NUMBERS 5785 ON 10/14/04 AND $1,531.84 FOR INVOICE NUMBER 5871 ON 10/19/04 BY CHECK NUMBERS 0000104229 AND 0000104421, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254020**<br>KING'S FOOD PRODUCTS<br>ATTN STEPHANIE FAHRNER, VP<br>12 NORTH 35TH STREET<br>BELLEVILLE, IL 62226 | 1660<br>Debtor: **WINN-DIXIE STORES, INC.** | $99,495.12 | $89,033.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $317.03 AND RECLAMATION PAYMENTS TOTALING $10,144.97. |
| Counsel: ATTN J PATRICK BRADLEY, ESQ | | | | |
| **Creditor Id: 254061**<br>KLEMENT SAUSAGE CO INC<br>ATTN ROGER G KLEMENT, CO PRES<br>207 E LINCOLN AVE<br>MILWAUKEE, WI 53207 | 3981<br>Debtor: **WINN-DIXIE STORES, INC.** | $38,967.84 | $19,134.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $601.02, ACCOUNTS PAYABLE CREDIT OF $159.43, AND RECLAMATION PAYMENTS TOTALING $19,073.21. |
| **Creditor Id: 408372**<br>LABEL SYSTEMS INTERNATIONAL<br>C/O NASHUA CORPORATION<br>ATTN SALLY L SMITH, CREDIT MGR<br>3838 SOUTH 108TH STREET<br>OMAHA NE 68144 | 7036<br>Debtor: **WINN-DIXIE STORES, INC.** | $216,178.15 | $71,632.92 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE OFFSET OF $287.00 AND REMOVAL OF $50,701.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $93,556.38 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 279240**<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | 7294<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,977.59 | $23,373.07 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $698.23, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVBLE BALANCE OF $605.75 AND $3,135.08, RESPECTIVELY, AND RECLAMATION PAYMENTS TOTALING $20,165.46. |
| **Creditor Id: 254618**<br>LEHIGH SAFETY SHOE CO<br>ATTN THOMAS J BATTISTA, GEN CR MGR<br>PO BOX 371958<br>PITTSBURGH, PA 15250-7958 | 2931<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,137.84 | $6,310.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,480.55 AND REMOVAL OF $2,346.88 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 411320**<br>LEINER HEALTH PRODUCTS, LLC<br>ATTN MARGARET H BENSON/S ZINK SR<br>901 E 233RD STREET<br>CARSON CA 90745 | 11757<br>Debtor: **WINN-DIXIE STORES, INC.** | $54,337.75 | $38,267.60 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $79.36 AND REMOVAL OF $15,990.79 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 403412**<br>LH HAYWARD & COMPANY, LLC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER STREET<br>HARAHAN LA 70123 | 938<br>Debtor: **WINN-DIXIE STORES, INC.** | $44,595.65 | $43,802.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE AGGREGATING $793.64. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254936**<br>LOG HOUSE FOODS, INC<br>SDS 12-0870<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0870 | 1651 | $47,948.28 | $31,224.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,723.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| Transferee: HAIN CAPITAL OPPORTUNITIES LLC | | | | |
| **Creditor Id: 407504**<br>LOREAL PARIS<br>ATTN PATRICK ACKERMAN<br>35 BROADWAY ROAD<br>CRANBURY  NJ 08512 | 11316 | $279,207.42 | $142,965.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $261.00 AND $135,981.10, RESPECTIVELY. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| Counsel: ATTN BURTON S WESTON, ESQ | | | | |
| **Creditor Id: 2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 | 9425 | $82,700.26 | $57,875.24 | REDUCED AMOUNT REFLECTS 2004 TAXES OWED ON STORE 1501 (STORE 1471 WAS SOLD AND ALL AMOUNTS DUE THEREFOR WERE SETTLED AT CLOSING). |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| Counsel: ATTN JOHN KOOISTRA, III, ESQ | | | | |
| **Creditor Id: 255194**<br>M KAMENSTEIN, DIV OF LIFETIME HOAN<br>ATTN MARIE DOERRBECKER, CREDIT MGR<br>1 MERRICK AVENUE<br>WESTBURY  NY 11590 | 6176 | $4,260.62 | $1,660.10 | REDUCED AMOUNT REFLECTS $2,600.52 DEDUCTION FOR INCOMPLETE SHIPMENT OF GOODS INCLUDED IN INVOICE NUMBER 00825708 DATED 9/10/03. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 381772**<br>MACKAY ENVELOPE COMPANY, LLC<br>ATTN SUSAN RAUSCH, CORP CR MGR<br>2100 ELM STREET SE<br>MINNEAPOLIS  MN  55414-2597 | 174 | $13,883.50 | $11,368.50 | REDUCED AMOUNT REFLECTS 8/29/03 PAYMENT OF $2,515.00 FOR INVOICE NUMBER IOWA 5565 DATED 7/30/03 BY CHECK NUMBER 006981216. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 395544**<br>MAKOTO DRESSING INC<br>ATTN THOMAS A COBB, PRES<br>644 ATLANTIS ROAD<br>MELBOURNE  FL  32904 | 320 | $8,904.00 | $5,936.00 | REDUCED AMOUNT REFLECTS 5/24/05 PAYMENT OF $2,968.00 BY CHECK NUMBER 008045328 FOR POSTPETITION INVOICE NUMBER 3732 SHIPPED 2/22/05. |
| | Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 262848**<br>MALISH CORPORATION, THE<br>ATTN MARK A RAY, VP<br>4260 HAMANN PARKWAY<br>WILLOUGHBY, OH 44094<br><br>Transferee: ASM CAPITAL LP | 1603<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,890.62 | $15,107.72 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,782.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 255393**<br>MAPLE LEAF FARMS INC<br>ATTN CHERINE HARE-SYERS, CR MGR<br>PO BOX 210<br>MILWAUKEE, WI 53278<br><br>Transferee: ASM CAPITAL LP | 6937<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,572.02 | $29,468.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $485.57 AND $23.75, RESPECTIVELY, AND REMOVAL OF $12,494.30 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 255419**<br>MARCO COMPANY<br>ATTN DOUGLAS E PENTECOST, VP<br>3209 MARQUITA DRIVE<br>PO BOX 123439<br>FORT WORTH, TX 76121-3439 | 1302<br>Debtor: **WINN-DIXIE STORES, INC.** | $266,166.48 | $256,831.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,628.89 AND REMOVAL OF $1,661.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND OF $1,164.29 FOR INVOICE NUMBER 190717, $769.89 FOR INVOICE NUMBER 192582, AND $4,120.31 FOR INVOICE NUMBER 202841 AS THEY LACK PURCHASE ORDERS. |
| **Creditor Id: 399631**<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDLOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 | 1554<br>Debtor: **WINN-DIXIE STORES, INC.** | $39,992.80 | $38,609.20 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $16.60 AND $9.75, RESPECTIVELY, AND PAYMENT OF $1,357.25 ON 3/4/05 BY CHECK NUMBER 008002794 FOR POSTPETITION RECEIPT OF GOODS LISTED IN INVOICE NUMBER 95835. |
| **Creditor Id: 255544**<br>MARKET ADMIN FEDERAL ORDER #5<br>US AGRICULTURE DEPT<br>ATTN JOHN R MENGEL, ACTING DPTY ADM<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 4393<br>Debtor: **WINN-DIXIE STORES, INC.** | $48,011.72 | $25,876.13 | REDUCED AMOUNT REFLECTS REMOVAL OF $22,135.59 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 2394**<br>MARKETOWN INVESTORS INC<br>C/O DONALD E THERIOT, ATTNY AT LAW<br>ATTN: ERIN THOMAS/DONALD THERIOT<br>1944 FIRST STREET<br>SLIDELL LA 70458 | 2704<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,855.89 | $2,345.79 | REDUCED AMOUNT REFLECTS PAYMENT OF $3,020.20 FOR POSTPETITION PORTION OF INSURANCE BILL OF $5,365.99. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  255577**<br>MARLIN<br>ATTN JACKIE WILSON, CREDIT MGR<br>PO BOX 140795<br>ORLANDO  FL  32814-0795 | 5443<br>Debtor:  **WINN-DIXIE STORES, INC.** | $985.66 | $443.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $542.62 FOR POSTPETITION INVOICES. |
| **Creditor Id:  255745**<br>MASTER LOCK COMPANY<br>ATTN PATTY COOK<br>137 W FOREST HILL AVENUE<br>OAK CREEK  WI  53154 | 4445<br>Debtor:  **WINN-DIXIE STORES, INC.** | $162,974.52 | $102,007.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $60,967.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  407603**<br>MCCLELLAN TRUCK LINES<br>ATTN NICK MCCLELLAN, PRESIDENT<br>PO BOX 1327<br>TIFTON  GA  31793 | 4561<br>Debtor:  **WINN-DIXIE STORES, INC.** | $55,366.62 | $54,249.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $440.85 FOR INVOICE NUMBER 226938 DATED 5/10/04 AS THERE IS NO PROOF OF DELIVERY AND $676.10 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  255949**<br>MEADWESTVACO CORP<br>ATTN LINDA LUBECK/IR CAPUTO<br>9080 SPRINGBORO PIKE<br>MIAMISBURG  OH  45342 | 8412<br>Debtor:  **WINN-DIXIE STORES, INC.** | $34,581.05 | $3,070.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $341.94 AND REMOVAL OF $31,168.22 FOR DISPUTED INVOICES. |
| **Creditor Id:  405167**<br>MELITTA USA INC<br>ATTN JEFF COOKE, CR MGR<br>13925 58TH STREET NORTH<br>CLEARWATER  FL  33760<br><br>Transferee: AMROC INVESTMENTS LLC | 2183<br>Debtor:  **WINN-DIXIE STORES, INC.** | $113,492.88 | $71,389.68 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $40,652.38 AND $1,450.82, RESPECTIVELY. |
| **Creditor Id:  256041**<br>MELLO SMELLO, LLC<br>ATTN BOB MEYER<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN  55427 | 2937<br>Debtor:  **WINN-DIXIE STORES, INC.** | $122,135.57 | $62,145.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $59,989.68. |
| **Creditor Id:  405169**<br>MENTHOLATUM CO, INC<br>ATTN S ALAIMO/J INGHAM<br>707 STERLING DRIVE<br>ORCHARD PARK NY  14127-1587 | 5614<br>Debtor:  **WINN-DIXIE STORES, INC.** | $61,729.68 | $39,415.17 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $12,469.44, NET CONSUMPTION WAIVER OF $298.33, AND RECLAMATION PAYMENTS TOTALING $9,546.74. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  407616**<br>MENU FOODS, INC<br>9130 GRIFFITH MORGAN LANE<br>PENNSAUKEN NJ 08110 | 4852<br>Debtor:  **WINN-DIXIE STORES, INC.** | $71,832.64 | $718.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,154.98 AND RECLAMATION PAYMENTS TOTALING $68,959.33. |
| **Creditor Id:  380988**<br>MERCAM INC<br>PO BOX 890884<br>CHARLOTTE, NC 28289-0884<br><br>Counsel: ATTN MARK A PINKSTON, ESQ | 10105<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $26,533.80 | $12,532.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $156.70, NET CONSUMPTION WAIVER OF $424.29, AND RECLAMATION PAYMENTS TOTALING $13,420.60. |
| **Creditor Id:  279060**<br>MEYER'S BAKERIES, INC<br>C/O WRIGHT, LINDSEY & JENNINGS LLP<br>ATTN CHARLES T COLEMAN, ESQ<br>200 WEST CAPITOL AVENUE, STE 2300<br>LITTLE ROCK AR 72201-3699 | 10211<br>Debtor:  **WINN-DIXIE STORES, INC.** | $97,880.28 | $73,002.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,532.44 AND REMOVAL OF $22,345.20 FOR NINE INVOICES ALSO INCLUDED IN CLAIM NUMBER 7749 AND IS PAYABLE AS $56,182.22 ADMINISTRATIVE AND $16,820.42 UNSECURED NON-PRIORITY. |
| **Creditor Id:  256148**<br>MFM INDUSTRIES INC<br>ATTN ANN CHAFFIN, CONTROLLER<br>PO BOX 68<br>LOWELL FL 32663 | 7978<br>Debtor:  **WINN-DIXIE STORES, INC.** | $118,055.84 | $51,355.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $16.77 AND $36.27, RESPECTIVELY, AND REMOVAL OF $66,647.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  256276**<br>MICHELE FOODS<br>ATTN MICHELE HOSKINS, CEO<br>1600 167TH STREET, SUITE 3<br>CALUMET CITY IL 60409 | 5515<br>Debtor:  **WINN-DIXIE STORES, INC.** | $9,666.00 | $528.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $9,137.11. |
| **Creditor Id:  382044**<br>MID-GULF BAKERY LLC<br>850 MID FLORIDA<br>ORLANDO FL 32824 | 7749<br>Debtor:  **WINN-DIXIE STORES, INC.** | $64,268.10 | $22,764.43 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,257.69 AND RECLAMATION PAYMENTS TOTALING $40,245.98. |
| **Creditor Id:  256443**<br>MINEOLA WATER CORPORATION<br>ATTN WM ALLEN SHELTON, CEO<br>PO BOX 864<br>FOLEY, AL 36536 | 9936<br>Debtor:  **WINN-DIXIE STORES, INC.** | $5,106.22 | $553.91 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,812.37 AND REMOVAL OF $2,739.94 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 405931**<br>MIRACLE CANDLE COMPANY<br>ATTN DAVID OR JORGE L GARCIA<br>3100 GUADALUPE STREET<br>LAREDO TX 78043<br><br>Transferee: AMROC INVESTMENTS LLC | 3440<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $33,968.46 | $30,435.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,533.46. |
| **Creditor Id: 407607**<br>MMMM, INC DBA MITCH MURCHS<br>MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591<br><br>Counsel: ATTN DAVID M DARE, ESQ | 4563<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $39,203.46 | $26,873.56 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,185.95 ON 3/10/05 FOR POSTPETITION INVOICE NUMBER 94660 BY CHECK NUMBER 008004357 AND $976.31 AND $708.54 ON 6/7/05 FOR POSTPETITION INVOICE NUMBERS 94686 AND 94687, RESPECTIVELY, BY CHECK NUMBER 008053463, AND REMOVAL OF $9,459.10 FOR NUMEROUS INVOICE NUMBERS LACKING DOCUMENTATION OR PROOF OF DELIVERY DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 384246**<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 | 10047<br><br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $84,285.01 | $80,110.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,174.35 AS AGREED TO BY CLAIMANT AS THERE IS NO PROOF OF DELIVERY FOR INVOICE NUMBERS 6603B1921, 6603B1924, AND 6603B1935. |
| **Creditor Id: 400435**<br>MOTHER PARKERS TEA & COFFEE USA LTD<br>ATTN BARB JENKINS, CR SUPERV<br>PO BOX 847135<br>DALLAS TX 75284-7135 | 832<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $37,965.28 | $8,542.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $29,423.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 256761**<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 11529<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $52,463.63 | $50,290.03 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,173.60 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 376362**<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL 33311 | 8858<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $94,910.27 | $75,692.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $19,218.19 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 278931**<br>NATURALLY FRESH, INC<br>LOCKBOX 945913<br>ATLANTA, GA 30394-5913 | 6990<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $80,041.87 | $59,313.10 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $567.92, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $615.25 AND $237.28, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $17,320.72, AND REMOVAL OF $1,987.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  257025**<br>NATURE'S BOUNTY, INC<br>ATTN HARVEY KAMIL, TREASURER<br>PO BOX 9010<br>RONKONKOMA, NY  11779-9010<br><br>Counsel: ATTN LISA M GOLDEN, ESQ. | 10207<br>**Debtor:  WINN-DIXIE STORES, INC.** | $32,018.54 | $11,247.10 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,848.80 AND $154.00, RESPECTIVELY, AND REMOVAL OF $17,768.64 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  410947**<br>NBTY, INC DBA KNOX<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA, NY  11779-9010<br><br>Counsel: ATTN LISA M GOLDEN, ESQ. | 10202<br>**Debtor:  WINN-DIXIE STORES, INC.** | $20,443.52 | $13,060.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,848.80 AND $154.00, RESPECTIVELY, AND PAYMENTS OF $2,706.68 ON 2/20/04 FOR INVOICE NUMBER 7733 BY CHECK NUMBER 007139743, $217.17 ON 12/16/03 FOR INVOICE NUMBER 006517 BY CHECK NUMBER 007085825, AND $1,456.12 ON 12/19/03 BY CHECK NUMBER 007089121. |
| **Creditor Id:  257074**<br>NEESE SAUSAGE CO<br>ATTN JANE DAVIS, VP<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO, NC  27406 | 9187<br>**Debtor:  WINN-DIXIE STORES, INC.** | $29,313.74 | $25,355.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,957.85. |
| **Creditor Id:  257129**<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA  02148 | 3503<br>**Debtor:  WINN-DIXIE STORES, INC.** | $73,626.98 | $37,754.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNT RECEIVABLE BALANCE OF $35,219.42 AND $653.32, RESPECTIVELY. |
| **Creditor Id:  257152**<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>14854 HAYNE BLVD<br>NEW ORLEANS, LA  70128 | 2157<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $25,135.60 | $8,427.17 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $508.32 AND RECLAMATION PAYMENTS TOTALING $16,202.11. |
| **Creditor Id:  279252**<br>NEW WORLD PASTA COMPANY<br>ATTN DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG  PA  17112 | 4463<br>**Debtor:  WINN-DIXIE STORES, INC.** | $53,601.43 | $13,789.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $12,092.58 AND $6,035.40, RESPECTIVELY. NET CONSUMPTION WAIVER OF $792.22, AND RECLAMATION PAYMENTS TOTALING $20,891.99. |
| **Creditor Id:  257174**<br>NEW YORK FROZEN FOODS, INC<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 29163<br>COLUMBUS, OH  43229 | 4476<br>**Debtor:  WINN-DIXIE PROCUREMENT, INC.** | $73,500.00 | $12,733.80 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,841.40, ACCOUNTS PAYABLE CREDIT OF $55.80, AND RECLAMATION PAYMENTS TOTALING $58,869.00. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 405267**<br>NONNI'S FOOD COMPANY<br>ATTN KRISTI GRAHAM, MGR<br>601 S BOULDER, STE 900<br>TULSA OK 74116 | 8789<br>Debtor: **WINN-DIXIE STORES, INC.** | $27,885.19 | $16,161.25 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $540.00 AND $7,416.95, RESPECTIVELY, AND REMOVAL OF $3,766.99 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279325**<br>NORTH AMERICAN PERFUMES, INC<br>C/O DICECCO, FANT & BURMAN<br>ATTN GLENN R LEMAY, ESQ<br>1900 WEST LOOP SOUTH, SUITE 1100<br>HOUSTON TX 77027 | 3157<br>Debtor: **WINN-DIXIE STORES, INC.** | $381,600.00 | $3,816.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $22,896.00 AND $105,000, RESPECTIVELY, NET CONSUMPTION WAIVER OF $11,448.00, AND RECLAMATION PAYMENTS TOTALING $238,440.00. |
| **Creditor Id: 257586**<br>ODYSSEY ENTERPRISES INC<br>ATTN PAUL ADAMS, CFO<br>150 NICKERSON STREET, SUITE 300<br>SEATTLE WA  98109 | 5577<br>Debtor: **WINN-DIXIE STORES, INC.** | $704,979.20 | $702,100.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,879.20 FOR IMPERMISSIBLE INTEREST CHARGES. |
| **Creditor Id: 382058**<br>ON-COR FROZEN FOODS, LLC<br>ATTN WILLIAM SHEREOS, CR MGR<br>627 LANDWEHR RD<br>NORTHBROOK IL  60062 | 4588<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,709.60 | $8,180.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $762.90 AND $897.51, RESPECTIVELY, NET CONSUMPTION WAIVER OF $288.77, AND RECLAMATION PAYMENTS TOTALING $7,580.01. |
| **Creditor Id: 257732**<br>ORANGE GLO CORPORATION<br>8200 E MAPLEWOOD AVE<br>DALLAS, TX  75397 | 2544<br>Debtor: **WINN-DIXIE STORES, INC.** | $27,386.63 | $26,396.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $990.17. |
| **Creditor Id: 407615**<br>OXO INTERNATIONAL LTD<br>ATTN TRACY SCHEVERMAN, CONTROLLER<br>75 NINTH AVENUE, 5TH FLOOR<br>NEW YORK NY  10011 | 4851<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,194.53 | $14,755.23 | REDUCED AMOUNT REFLECTS PAYMENT OF $3,392.34 FOR INVOICE NUMBER 9002584190 ON 11/12/04 BY CHECK NUMBER 007375520 AND $1,780.94 FOR INVOICE NUMBER 9002687247 ON 1/12/05 BY CHECK NUMBER 007419920 AND ACCOUNTS RECEIVABLE BALANCE OF $3,266.02. |
| **Creditor Id: 403481**<br>PACER GLOBAL LOGISTICS<br>ATTN GREG JANSEN, CR MGR<br>6805 PERIMETER DRIVE<br>DUBLIN OH  43016 | 1039<br>Debtor: **WINN-DIXIE STORES, INC.** | $125,182.78 | $97,180.01 | REDUCED AMOUNT REFLECTS REMOVAL OF $28,002.77 FOR UNDOCUMENTED CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 257919**<br>PAGAS MAILING SERVICES<br>ATTN LUCY TAYLOR, CONTROLLER<br>1801 ANACONDA ROAD<br>TARBORO, NC 27886 | 2167<br>Debtor: **WINN-DIXIE STORES, INC.** | $38,343.92 | $31,357.17 | REDUCED AMOUNT REFLECTS 12/27/04 PAYMENT OF $6,986.75  BY CHECK NUMBER 007413365 FOR INVOICE NUMBERS 123968, 123966, 123965, AND 123967. |
| **Creditor Id: 258025**<br>PARFUMS DE COEUR LTD<br>ATTN MELINDA STEWART<br>CHURCH STREET STATION<br>PO BOX 6349<br>NEW YORK, NY 10249-6349 | 5818<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,930.12 | $1,953.83 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,976.29. |
| **Creditor Id: 408348**<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA  SC  29202 | 11878<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,314,652.50 | $847,436.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $467,216.00 IN OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 407597**<br>PAXAR AMERICAS, INC<br>C/O PAXAR CORPORATION<br>ATTN RUSSELL K SCHNEIDER, DIR<br>PO BOX 608<br>DAYTON OH 45401 | 4548<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,627.10 | $18,767.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $147.26 AND RECLAMATION PAYMENTS TOTALING $4,712.40. |
| **Creditor Id: 407461**<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 4938<br>Debtor: **WINN-DIXIE STORES, INC.** | $150,917.12 | $132,738.72 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,798.23 AND $3,380.17, RESPECTIVELY. |
| **Creditor Id: 381766**<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK, NY 10006<br>Transferee: AMROC INVESTMENTS LLC | 9380<br>Debtor: **WINN-DIXIE STORES, INC.** | $78,695.65 | $57,485.92 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,208.73 AND REMOVAL OF $1 FOR CALCULATION ERROR. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 384290**<br>PHILLIPS FOODS, INC<br>ATTN MELISSA SELLERS, ESQ.<br>1215 E FORT AVENUE<br>BALTIMORE, MD 21230 | 8132<br>Debtor: **WINN-DIXIE STORES, INC.** | $28,825.29 | $22,232.50 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $107.94 AND REMOVAL OF $6,484.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 258478**<br>PHOENIX BRANDS, LLC<br>ATTN LORI S SULLIVAN, DIR CUST OPER<br>1437 W MORRIS STREET<br>INDIANAPOLIS IN 46221 | 4205<br>Debtor: **WINN-DIXIE STORES, INC.** | $70,127.02 | $45,573.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $744.04, ACCOUNTS PAYABLE CREDIT OF $248.05, AND RECLAMATION PAYMENTS TOTALING $23,561.14. |
| **Creditor Id: 258669**<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS, LA 70760-0160 | 478<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,316.31 | $23,600.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $718.79 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id: 258669**<br>POMPEIAN, INC<br>ATTN LLOYD S MAILMAN, ESQ<br>PO BOX 8863<br>BALTIMORE, MD 21224-0863 | 2977<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $24,551.75 | $5,294.66 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,352.20 AND $8,625.69, RESPECTIVELY, AND REMOVAL OF $9,279.20 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 258798**<br>PRECISION PLUMBING & AIR INC<br>ATTN MARY S FRANK, OWNER<br>PO BOX 180279<br>RICHLAND, MS 39218-0279 | 10750<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,885.53 | $7,836.03 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,049.50 FOR INVOICE NUMBER 15462 AS LANDLORD IS RESPONSIBLE FOR THIS INVOICE, NOT DEBTOR. |
| **Creditor Id: 259080**<br>QUALITY KING DIST INC<br>ATTN LYDIA SANCHEZ /VINCENT V ROTCH<br>2060 NINTH AVE<br>RONKONKOMA NY 11772 | 4103<br>Debtor: **WINN-DIXIE STORES, INC.** | $48,832.30 | $18,590.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $916.42 AND RECLAMATION PAYMENTS TOTALING $29,325.39. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 399335**<br>RED DIAMOND, INC<br>DONOVAN COFFEE CO<br>ATTN COKE LINDSAY<br>1701 VANDERBILT RD, PO BOX 2168<br>BIRMINGHAM AL 35201-2168<br><br>Transferee: ASM CAPITAL LP | 467<br>Debtor: WINN-DIXIE STORES, INC. | $67,342.43 | $62,259.32 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,083.11 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 399292**<br>RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755<br><br>Transferee: SMITHTOWN BAY LLC | 442<br>Debtor: WINN-DIXIE STORES, INC. | $271,087.83 | $240,581.52 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $30,506.31. |
| **Creditor Id: 382080**<br>RICH PRODUCTS CORPORATION<br>ATTN DAVID J CARERE, VP FIN<br>1150 NIAGARA STREET<br>BUFFALO NY 14213 | 1047<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $2,028.18 | $20.28 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $58.08, NET CONSUMPTION WAIVER OF $60.85, AND RECLAMATION PAYMENTS TOTALING $1,888.97. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4722<br>Debtor: WINN-DIXIE RALEIGH, INC. | $38,391.13 | $13,018.48 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $243.75, ACCOUNTS PAYABLE CREDIT OF $17,328.85, AND RECLAMATION PAYMENTS TOTALING $7,800.05. |
| **Creditor Id: 381782**<br>ROADWAY EXPRESS, INC<br>C/O RECEIVABLE MANAGEMENT SVCES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 184<br>Debtor: WINN-DIXIE STORES, INC. | $3,226.56 | $31.80 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIMANT DOES NOT PROVIDE DOCUMENTATION FOR REMAINING ASSERTED AMOUNT DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 381739**<br>ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 | 59<br>Debtor: WINN-DIXIE STORES, INC. | $104,038.11 | $101,554.92 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,483.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 259914**<br>ROGER WOOD FOODS, INC<br>ATTN THOMAS MARKS, ACCTG MGR<br>PO BOX 2926<br>SAVANNAH, GA 31402<br><br>Transferee: AMROC INVESTMENTS LLC | 2483<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $87,562.40 | $63,162.04 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,273.26 AND PAYMENTS OF $17,829.33 FOR INVOICE NUMBER 11930 ON 12/23/04 AND $5,297.77 ON 2/3/05 FOR INVOICE NUMBER 14219 BY ACH PAYMENTS REFERENCE NUMBERS 002414 AND 002860, RESPECTIVELY. |
| **Creditor Id: 279275**<br>ROYAL OAK SALES, INC<br>ATTN STEVEN W DAILEY, CR MGR<br>1 ROYAL OAK AVE<br>ROSWELL GA 30076 | 6945<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $169,897.72 | $65,331.57 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $830.60, NET CONSUMPTION WAIVER OF $3,143.95, AND RECLAMATION PAYMENTS TOTALING $100,591.60. |
| **Creditor Id: 260151**<br>RUDY'S CONFECTIONS, INC<br>ATTN BLANCA O PRIETO, PRES<br>PO BOX 66-9364<br>MIAMI, FL 33166-9364<br><br>Transferee: ASM CAPITAL LP | 398<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $17,888.17 | $6,496.66 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIM MERELY LISTS CHECKS AND AMOUNTS ALREADY PAID TO CLAIMANT. |
| **Creditor Id: 260341**<br>SALTON, INC<br>ATTN MARK C KILGORE, MGR A/R & CRED<br>1801 N STADIUM BLVD<br>COLUMBIA MO 65202 | 5638<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $66,241.92 | $45,144.94 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $7,593.83 AND $13,357.75, RESPECTIVELY, AND REMOVAL OF $145.40 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 260492**<br>SAVOIE'S SAUSAGE & FOOD PRODS, INC<br>ATTN FREDERICK R LAFLEUR, EXEC VP<br>1742 HWY 742<br>OPELOUSAS, LA 70570<br><br>Transferee: ASM CAPITAL LP | 3357<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $104,764.39 | $102,238.94 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $69.32 AND ACCOUNTS RECEIVABLE BALANCE OF $2,300.79 AND REMOVAL OF $155.34 FOR TWICE-LISTED INVOICE NUMBER 221726. |
| **Creditor Id: 403485**<br>SCHNEIDER NATIONAL INC<br>ATTN KAREN LOUTZ<br>PO BOX 2545<br>GREEN BAY WI 54306-2545 | 1052<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $48,914.18 | $10,477.12 | REDUCED AMOUNT REFLECTS REMOVAL OF $143.88 FOR INVOICE NUMBER QK34943-01 AS IT LACKS PURCHASE ORDER, $999.69 FOR INVOICE NUMBER QP44664-01 AS CLAIMANT IS RESPONSIBLE FOR FREIGHT COST, AND $37,293.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  260558**<br>SCHUMANN CASTERS & EQUIPMENT CO INC<br>ATTN TONY WATKINS, PRES<br>1299 W BEAVER ST<br>PO BOX 2115<br>JACKSONVILLE, FL 32203-2115 | 353<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $8,780.31 | $5,422.20 | REDUCED AMOUNT REFLECTS 12/30/04 PAYMENT OF $3,358.11 FOR INVOICE NUMBER 37078 BY DRAFT NUMBER 032 5809. |
| **Creditor Id:  399274**<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>11600 MILLENNIUM COURT<br>RANCHO CUCAMONGA  CA  91730 | 417<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,201.76 | $22,606.96 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $88.56 AND $3,691.04, RESPECTIVELY, AND 8/31/05 PAYMENT OF $2,815.20 FOR GOODS RECEIVED POSTPETITION FOR PREPETITION INVOICE NUMBER 51685 BY CHECK NUMBER 000003712. |
| **Creditor Id:  403432**<br>SEGUE SEARCH FLORIDA, LLC DBA<br>ORAD AGENCY<br>ATTN DARREN COHAN, CR MGR<br>295 MADISON AVENUE 14TH FL<br>NEW YORK  NY  10017<br><br>Counsel: ATTN: ALEX SPIZZ, ESQ | 977<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,636.97 | $5,024.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $540, $525, AND $547.50 FOR POSTPETITION INVOICE NUMBERS 1961665, 1961666, AND 1965280, RESPECTIVELY. |
| **Creditor Id:  260964**<br>SHERWOOD BRANDS INC<br>PO BOX 85080<br>RICHMOND, VA  23285-4136 | 7471<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,088.80 | $829.34 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,259.46. |
| **Creditor Id:  261044**<br>SIF CANADA LTD<br>ATTN KIMBERLY ACHESON<br>39 MOOD ROAD<br>PO BOX 163<br>TUSKET, NS  B0W 3M0 CANADA | 874<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,208.89 | $20,452.17 | REDUCED AMOUNT REFLECTS 6/14/05 PAYMENT OF $2,756.72  BY CHECK NUMBER 008056957 FOR POSTPETITION RECEIPT OF GOODS LISTED IN PREPETITION INVOICES DATED 2/18/05. |
| **Creditor Id:  399291**<br>SIGNATURE WASTE SYSTEMS, INC<br>ATTN JOE SWINFORD, PRESIDENT/OWNER<br>660 WESTINGHOUSE BLVD, SUITE 106<br>PO BOX 7349<br>CHARLOTTE  NC  28241 | 10582<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,593.88 | $5,891.63 | REDUCED AMOUNT REFLECTS 4/1/05 PAYMENTS OF $472.11 AND $230.14 FOR INVOICE NUMBER 29911 BY CHECK NUMBERS 009901206 AND 008014666. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411408**<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY  IA  51102 | 11818 | $152,216.16 | $105,242.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $46,090.79 AND $883.16, RESPECTIVELY. |
| | | Debtor:  **WINN-DIXIE STORES, INC.** | | |
| **Creditor Id: 399342**<br>SNACK ALLIANCE INC<br>ATTN VALERIE SANDERS, AR MGR<br>1900-1030 WEST GEORGIA STREET<br>VANCOUVER  BC  V6E 2Y3 CANADA | 479 | $28,585.70 | $27,048.10 | REDUCE AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,537.60. |
| | | Debtor:  **WINN-DIXIE STORES, INC.** | | |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 261348**<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL  32041 | 955 | $8,276.00 | $5,100.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,487.00 ON 1/14/05 FOR INVOICE NUMBER 12039 BY CHECK NUMBER 007428994 AND $1,689.00 ON 2/3/05 FOR INVOICE NUMBER 12125 BY CHECK NUMBER 007443932. |
| | | Debtor:  **WINN-DIXIE RALEIGH, INC.** | | |
| Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | | | | |
| **Creditor Id: 403444**<br>SOUTHERN BAKERIES, INC<br>ATTN KENNETH C REEVES, CONTROLLER<br>3355 W MEMORIAL BLVD<br>LAKELAND  FL  33815 | 1019 | $23,798.22 | $22,895.27 | REDUCE AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $902.95. |
| | | Debtor:  **WINN-DIXIE STORES, INC.** | | |
| **Creditor Id: 261503**<br>SPANGLER CANDY COMPANY<br>ATTN ROGER SCHWENDER, CREDIT MGR<br>PO BOX 71<br>BRYAN, OH  43506-0071 | 4726 | $31,262.40 | $28,053.46 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,208.94. |
| | | Debtor:  **WINN-DIXIE STORES, INC.** | | |
| **Creditor Id: 261835**<br>STAR BAKERY INC<br>ATTN ANA G SENDINA<br>3914 NW 32 AVE<br>MIAMI, FL  33142 | 2180 | $17,929.93 | $16,476.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $929.07 FOR POSTPETITION INVOICES AND $524.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| | | Debtor:  **WINN-DIXIE STORES, INC.** | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 406161**<br>STUART NEWS, THE<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | 3478<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,978.12 | $4,130.06 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $147.11 AND REMOVAL OF $700.95 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 262126**<br>SUGAR FOODS CORPORATION<br>PO BOX CS198372<br>ATLANTA GA 30384-0001 | 11603<br>Debtor: **WINN-DIXIE STORES, INC.** | $34,704.00 | $33,879.67 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $788.40 AND $35.93, RESPECTIVELY. |
| **Creditor Id: 262131**<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 | 31<br>Debtor: **WINN-DIXIE STORES, INC.** | $191,241.10 | $187,490.70 | REDUCED AMOUNT REFLECTS 4/15/05 PAYMENT OF $3,750.40 FOR POSTPETITION INVOICE NUMBER 13781 BY CHECK NUMBER 008022955. |
| **Creditor Id: 262177**<br>SUN MAID GROWERS OF CALIFORNIA<br>ATTN ADELE O'BRIEN, AR MANAGER<br>5568 GIBRALTAR DRIVE<br>PLEASANTON CA 94588-8544 | 7003<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,629.33 | $8,670.00 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,959.33. |
| **Creditor Id: 262179**<br>SUN NEWS, THE<br>ATTN SHEILA WROTEN, CREDIT MGR<br>PO BOX 406<br>MYRTLE BEACH, SC 29578-0406 | 3300<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,285.29 | $39,387.49 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,897.80 FOR A WEDNESDAY ADVERTISEMENT DEBTOR DID NOT REQUEST. |
| **Creditor Id: 411198**<br>SUNBEAM PRODUCTS, INC<br>ATTN EILEEN MCDONNELL<br>2381 EXECUTIVE CENTER DRIVE<br>BOCA RATON FL 33431 | 11325<br>Debtor: **WINN-DIXIE STORES, INC.** | $36,646.01 | $7,567.39 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $214.54 AND $22,885.17, RESPECTIVELY. NET CONSUMPTION WAIVER OF $187.68, AND RECLAMATION PAYMENTS TOTALING $5,791.23. |
| **Creditor Id: 262328**<br>SWABPLUS INC<br>ATTN GARRY TSAUR, PRES<br>9669 HERMOSA AVENUE<br>RANCHO CUCAMONGA, CA 91730 | 3045<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,030.88 | $2,665.59 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $696.60 AND $4,668.69, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 262336**<br>SWEEP MASTERS, INC<br>ATTN DONALD & SHERYL ODOM<br>14231 SEAWAY ROAD, SUITE C1<br>GULFPORT, MS 39503 | **100**<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,540.00 | $577.50 | REDUCED AMOUNT REFLECTS PAYMENTS OF $770.00 ON 7/15/05 BY CHECK NUMBER 009903259 PURSUANT TO 3/15/05 ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND $192.50 ON 3/22/05 FOR POSTPETITION INVOICE BY CHECK NUMBER 008008499. |
| **Creditor Id: 262339**<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265<br><br>Transferee: ASM CAPITAL LP | **11116**<br>**Debtor:** WINN-DIXIE STORES, INC. | $48,762.21 | $44,794.02 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,968.19. |
| **Creditor Id: 399443**<br>SWEETWORKS, INC<br>ATTN RALPH J NICOSIA, CFO<br>3500 GENESEE STREET<br>BUFFALO NY 14225 | **642**<br>**Debtor:** WINN-DIXIE STORES, INC. | $169,512.10 | $117,011.37 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $40,549.83 AND REMOVAL OF $11,950.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 262365**<br>SYNDICATE SALES INC<br>ATTN ALETHA ANDERSON, CR MGR<br>DEPARTMENT 0609<br>CINCINNATI, OH 45263-0609 | **2174**<br>**Debtor:** WINN-DIXIE STORES, INC. | $64,113.22 | $50,529.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,010.56 FOR CHARGEBACK ON PREVIOUSLY PAID AND DISPUTED INVOICES, $5,243.04 FOR INVOICE WITH DUPLICATED PURCHASE ORDER NUMBER WHOSE CHARGES COULD NOT BE VALIDATED, AND $5,330.22 FOR INVOICE LACKING PROOF OF DELIVERY. |
| **Creditor Id: 278959**<br>T MARZETTI COMPANY<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 29163<br>COLUMBUS OH 43229 | **4477**<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $129,573.39 | $77,447.65 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $12,671.49, NET CONSUMPTION WAIVER OF $1,610.39, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,347.88 AND $346.66, RESPECTIVELY, RECLAMATION PAYMENTS TOTALING $49,837.93, AND REMOVAL OF $11,654.37 FOR POSTPETITION INVOICE. |
| **Creditor Id: 262523**<br>TARO PHARMACEUTICALS<br>ATTN LETITIA A BAVIELLO, CONTROLLER<br>5 SKYLINE DRIVE<br>HAWTHORNE, NY 10532 | **10538**<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $68,250.86 | $66,534.37 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $779.64 AND $936.85, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407548**<br>TETLEY USA INC<br>ATTN TERRI JOHNSON, CREDIT MGR<br>PO BOX 856<br>100 COMMERCE DRIVE<br>SHELTON CT 06484 | 4199<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,959.02 | $16,826.18 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $6,717.84 AND REMOVAL OF $415.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 399640**<br>TILIA, INC<br>ATTN Z KAZMIERCZAK & D SANDERSON<br>NORTH TOWER, 5TH FLOOR<br>303 2ND STREET<br>SAN FRANCISCO CA 94107 | 736<br>Debtor: **WINN-DIXIE STORES, INC.** | $56,682.62 | $42,089.70 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $13,921.80 AND REMOVAL OF $671.12 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Transferee: FIRST COMMERCIAL CREDIT CORP | | | | |
| **Creditor Id: 254665**<br>TIMBERLAKE CONSULTANTS, INC DBA<br>LESCO MEDISEARCH<br>ATTN VIRGINIA TIMBERLAKE, PRES<br>PO BOX 1414<br>LAND O'LAKES, FL 34639-1414 | 11477<br>Debtor: **WINN-DIXIE STORES, INC.** | $129,619.50 | $119,819.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,800.00 FOR INVOICE NUMBER 11868 AS INDIVIDUAL REFERRED TO IN SUCH INVOICE WAS HIRED DIRECTLY BY DEBTOR. |
| Counsel: ATTN CHARLES H DITTMAR, JR, ESQ | | | | |
| **Creditor Id: 405712**<br>TIP TOP CANNING CO<br>ATTN GEORGE C TIMMER, PRESIDENT<br>PO BOX 126<br>TIPP CITY OH 45371 | 5731<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $136,596.88 | $125,205.04 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $310.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $954.15 AND $201.47, RESPECTIVELY, AND RECLAMATION PAYMENTS TOTALING $9,926.04. |
| **Creditor Id: 411310**<br>TOP FLIGHT, INC<br>C/O EULER HERMES ACI, AGENT<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117 | 11739<br>Debtor: **WINN-DIXIE STORES, INC.** | $95,775.88 | $42,476.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $191.04 AND $3,410.33, RESPECTIVELY, AND REMOVAL OF $49,698.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 263246**<br>TORBITT & CASTLEMAN COMPANY<br>ATTN GLENDA GRIMES, DIR CORP CREDIT<br>800 MARKET STREET, SUITE 2150<br>ST LOUIS MO 63101 | 3879<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,420.65 | $365.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $461.77 AND $593.64, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 263306<br>TOWN OF EDENTON<br>ATTN DARLENE CARTER OR AM KNIGHTON<br>PO BOX 300<br>EDENTON, NC 27932-0300 | 2359<br>Debtor: WINN-DIXIE STORES, INC. | $12,024.73 | $10,387.41 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,637.32 FOR IMPERMISSIBLE FINANCE CHARGES. |
| Creditor Id: 574<br>TOWN OF LOUISBURG<br>ATTN JILL S WETSER<br>110 W NASH STREET<br>LOUISBURG NC 27549 | 10777<br>Debtor: WINN-DIXIE STORES, INC. | $31,288.86 | $16,450.37 | REDUCED AMOUNT REFLECTS CLAIMANT'S AGREEMENT OF PREPETITION AMOUNT DUE. |
| Creditor Id: 279077<br>TRIDENT SEAFOODS CORP<br>ATTN PATRICIA K SINGER, CR MGR<br>5303 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | 962<br>Debtor: WINN-DIXIE STORES, INC. | $16,068.75 | $160.69 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $160.43, NET CONSUMPTION WAIVER OF $482.06, AND RECLAMATION PAYMENTS TOTALING $15,265.57. |
| Creditor Id: 279400<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER CO 80237 | 9336<br>Debtor: WINN-DIXIE STORES, INC. | $13,964.28 | $6,121.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $104.53, NET CONSUMPTION WAIVER OF $237.66, AND RECLAMATION PAYMENTS TOTALING $7,500.69. |
| Creditor Id: 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115<br><br>Transferee: ASM CAPITAL LP | 1064<br>Debtor: WINN-DIXIE STORES, INC. | $41,592.69 | $38,419.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $776.88 AND $2,396.40, RESPECTIVELY. |
| Creditor Id: 405887<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 2057<br>Debtor: WINN-DIXIE STORES, INC. | $10,614.27 | $9,992.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $622.00. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  405765**<br>UNICO INC<br>ATTN CARL TSANG, CFO<br>1830 SECOND AVENUE NORTH<br>LAKE WORTH  FL  33461 | 6901<br>Debtor:  **WINN-DIXIE STORES, INC.** | $10,548.43 | $8,609.61 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $110.00, NET CONSUMPTION WAIVER OF $58.76, AND RECLAMATION PAYMENTS TOTALING $1,770.06. |
| **Creditor Id:  263771**<br>UNIPATH DIAGNOSTICS CO<br>PO BOX 846070<br>BOSTON, MA  02284-6070 | 10322<br>Debtor:  **WINN-DIXIE STORES, INC.** | $20,630.40 | $14,376.36 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,547.54 AND 3/24/05 PAYMENT OF $3,706.50 FOR POSTPETITION DELIVERY OF GOODS ON INVOICE NUMBER 99230 BY CHECK NUMBER 008009176. |
| **Creditor Id:  263791**<br>UNITED DOOR SERVICE<br>ATTN ERIN COSTENBADER, ACCOUNTING<br>PO BOX 890277<br>CHARLOTTE, NC  28289-0277 | 9860<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | $57,214.63 | $55,653.41 | REDUCED AMOUNT REFLECTS PAYMENTS OF $934.00 ON 7/29/05, $115.54 ON 7/27/05, AND $119.68 ON 8/16/05 FOR POSTPETITION INVOICE NUMBERS 16046521 BY CHECK NUMBER 008081397, 16046925 BY CHECK NUMBER 008079913, AND 16047137 & 16047138 BY CHECK NUMBER 008091087 AND REMOVAL OF $392 FOR POSTPETITION INVOICE NUMBER 16047139. |
| **Creditor Id:  410963**<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE  KY  40207 | 10218<br>Debtor:  **WINN-DIXIE STORES, INC.** | $33,845.94 | $29,783.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2.16 AND REMOVAL OF $4,060.57 FOR UNDOCUMENTED CHARGES RELATING TO INVOICE NUMBERS 25PZ2GB $396.80, 25826JJ $249.76, 25DSSXT $3414.01 DESPITE REPEATED INQUIRIES. |
| **Creditor Id:  263860**<br>UNIVERSAL RAZOR INDUSTRIES, LLC<br>ATTN LENITA BUCKINGHAM, ACCT MGR<br>6031 MALBURG WAY<br>LOS ANGELES, CA  90058 | 7764<br>Debtor:  **WINN-DIXIE STORES, INC.** | $68,797.60 | $59,255.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $533.76 AND $7,697.23, RESPECTIVELY, AND REMOVAL OF $1,311.12 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  403509**<br>US COTTON LLC<br>ATTN RJ GUERRERIO, SR VP-CFO<br>590 LASER RD<br>RIO RANCHO NM  87124<br><br>Transferee: AMROC INVESTMENTS LLC | 1232<br>Debtor:  **WINN-DIXIE STORES, INC.** | $34,615.44 | $27,981.04 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $134.40 AND $6,500.00, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 408172**<br>VALLEY FRESH, INC<br>ATTN MICHAEL L BRADLEY, FINANCE DIR<br>680 D STREET<br>TURLOCK CA 95380 | 6090<br>Debtor: **WINN-DIXIE STORES, INC.** | $95,666.76 | $76,304.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,623.76 AND $193.31, RESPECTIVELY, AND REMOVAL OF $8,544.96 FOR INVOICE NUMBER B2418 AS GOODS WERE NOT SHIPPED. |
| **Creditor Id: 278964**<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA 18237-0088<br><br>Counsel: ATTN RICHARD P FREEDMAN, ESQ | 8405<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $404,426.80 | $399,858.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $68.40 AND REMOVAL OF $4,500 FOR INVOICE NUMBER 0099344 BILLED TO DEBTOR IN ERROR. |
| **Creditor Id: 406160**<br>VERO BEACH PRESS JOURNAL<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES, AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | 3477<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,551.94 | $2,210.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $82.58 AND REMOVAL OF $898.13 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $360.85 FOR INVOICE NUMBER 10735398 DATED 1/2/05 AS DEBTOR HAS NEITHER COPY OF INVOICE NOR PROOF OF DELIVERY DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 264102**<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>PO BOX 790051<br>ST LOUIS, MO 63179-0051<br><br>Transferee: AMROC INVESTMENTS LLC | 1656<br>Debtor: **WINN-DIXIE STORES, INC.** | $163,579.11 | $158,428.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $5,151.00. |
| **Creditor Id: 264116**<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>DEPT 337<br>DENVER, CO 80291 | 7274<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,491.30 | $7,131.12 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,360.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 405700**<br>VILLAGE COMPANY LLC, THE<br>ATTN DAN OLINGER, CREDIT/COLL MGR<br>134 WEST COLUMBIA COURT<br>CHASKA MN 55318 | 5915<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,311.38 | $1,461.59 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $849.79. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 264257**<br>VOGUE INTERNATIONAL<br>ATTN PATRICK LAWLER, CORP CONTR<br>PO BOX 91-5191<br>ORLANDO, FL 32891-5191 | 6715<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,284.00 | $4,750.20 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $8,533.80. |
| **Creditor Id: 264268**<br>VOORTMAN COOKIES LTD<br>ATTN NANCY DISERA, CR MGR<br>PO BOX 4562<br>BUFFALO, NY 14240-4562 | 1919<br>Debtor: **WINN-DIXIE STORES, INC.** | $157,802.57 | $139,802.57 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $18,000.00. |
| **Creditor Id: 264690**<br>WESTMINSTER PUBLIC WORKS COMMISSION<br>ATTN DAVID SMITH, UTILITY DIRECTOR<br>PO BOX 619<br>WESTMINSTER, SC 29693-0619 | 4061<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,130.90 | $21,717.80 | REDUCED AMOUNT REFLECTS 03/28/05 PAYMENT OF $2,413.10 FOR POSTPETITION SERVICES BY CHECK NUMBER 008010871. |
| **Creditor Id: 264713**<br>WHIRLPOOL CORP<br>ATTN LEISHA HENRY<br>412 N PETERS ROAD<br>KNOXVILLE TN 37922 | 4203<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,101.60 | $5,254.30 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,847.30. |
| **Creditor Id: 264991**<br>WITTICHEN SUPPLY CO<br>ATTN SHAWN BARAKAT, CR MGR<br>1600 THIRD AVE SO<br>BIRMINGHAM, AL 35233-1707 | 2133<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,085.13 | $947.43 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIMANT DOES NOT PROVIDE DOCUMENTATION FOR REMAINING ASSERTED AMOUNT DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 399358**<br>YALE INDUSTRIAL TRUCKS<br>ATTN LISA RAUCHMILLER, VP<br>2230 N US HWY 301<br>TAMPA, FL 33619 | 6447<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $33,542.23 | $32,054.33 | REDUCED AMOUNT REFLECTS 3/18/05 PAYMENT OF $1,487.90 FOR POSTPETITION INVOICE NUMBERS 03P7897680, 03P7900070, AND 03P7901130 BY CHECK NUMBER 8006918. |
| **Creditor Id: 265115**<br>YOFARM COMPANY, THE<br>ATTN TIMOTHY F SULLIVAN, CFO<br>162 SPRING STREET<br>NAUGATUCK CT 06770 | 3705<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,670.50 | $30,073.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $381.00 AND $216.04, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 265159**<br>ZAK DESIGNS, INC<br>ATTN AMY HIGGINS, CREDIT MANAGER<br>PO BOX 19188<br>SPOKANE, WA 99219-9188 | 516 | $21,901.86 | $5,144.72 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,456.92 AND $12,754.30, RESPECTIVELY, AND REMOVAL OF $2,545.92 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |

Transferee: CACTUS HOLDINGS GROUP LLC

| | | |
|---|---|---|
| **Total Claims to be Reduced:** | **212** | |
| **Total Amount to be Reduced:** | **$17,024,124.67** | **Plus Unliquidated Amounts, If Any** |
| **Total Reduced Amount:** | **$11,864,940.09** | |

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                )    Case No. 05-03817-3F1
                                       )

WINN-DIXIE STORES, INC., et al., )    *Chapter 11*
                                       )

Debtors. [1]                          )    Jointly Administered
                                       )

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
## IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

    1.      The Objection is sustained.

    2.      The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

    3.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5.    This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this ____ day of May, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

2

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

450804-Wilmington Server 1A - MSW