[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        Case No. 3:05-bk-03817-JAF
                                              Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On March 30, 2006, VR Global Partners, L.P. filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated April 4, 2006

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Transferor
Transferee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: Apr 04, 2006
Case: 05-03817              Form ID: pdfdoc         Total Served: 2

The following entities were served by first class mail on Apr 06, 2006.
         +Credit Suisse,    Attn:  Wendy Beer,   11 Madison Ave., 5th Floor,   New York, NY 10010-3643
          VR Global Partners L.P.,    c/o Admiral Administration Ltd.,   Anchorage Centre, 2nd Floor,
            Cayman Islands,
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           VR Global Partners
                                                                                  TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2006**                    **Signature:**     _Joseph Speetjens_