

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Interim Fee Application for KPMG LLP (6486)

For the Period 10/01/05 through 01/31/06

Amount Requested:    $1,249,680.00 in Fees
                     $   31,384.00 in Expenses

*Approved*

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR
KPMG LLP:        R. TRAVIS STOREY

RULING: