

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Third Interim Fee Application for XRoads Solutions Group, LLC (6487)**

For the Period 10/02/05 through 01/28/06

Amount Requested:   $4,426,882.80 in Fees
                    $  277,328.74 in Expenses

*Approved*

**APPEARANCES:**
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
XROADS SOLUTIONS:    HOLLY FELDER ETLIN

**RULING:**