

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Third Interim Fee Application for Kirschner & Legler, P.A. (6529)**

    For the Period 10/01/05 through 01/31/06
    Amount Requested:   $ 49,230.00 in Fees
                              $    101.69 in Expenses

*Approved*

**APPEARANCES:**
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
KIRSCHNER & LEGLER:  KENNETH M. KIRSCHNER

**RULING:**