

## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**

**April 6, 2006**

**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1**    **WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Third Interim Fee Application for Houlihan Lokey Howard & Zukin Captial, Inc. (6540)**

For the Period 10/01/05 through 01/31/06

Amount Requested:          $ 400,000.00 in Fees
                           $  26,407.13 in Expenses

*Approved*

**APPEARANCES:**
**US TRUSTEE:**            ELENA ESCAMILLA
**UNSEC. CRED:**           JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
**HOULIHAN, LOKEY:**       DAVID R. HILTY

**RULING:**