

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Second Interim Fee Application for Akerman Senterfitt (6541)**

For the Period 10/01/05 through 01/31/06

Amount Requested:    $  63,288.00 in Fees
                     $   3,733.79 in Expenses

*Approved*

**APPEARANCES:**
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
               MATTHEW S. BARR

**RULING:**