

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**

**April 6, 2006**

**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Third Interim Fee Application for King & Spalding LLP (6542)**

For the Period 10/01/05 through 01/31/06

Amount Requested:      $ 171,664.05 in Fees
$   7,958.78 in Expenses

*Approved*

**APPEARANCES:**
**US TRUSTEE:**            **ELENA ESCAMILLA**
**UNSEC. CRED:**          **JOHN B. MACDONALD/PATRICK PATANGAN**
**MATTHEW S. BARR**
**KING & SPALDING LLP:**   **BRIAN C. WALSH**

**RULING:**