

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Third Interim Fee Application for Skadden, Arps, Slate, Meagher & Flom LLP (6554)**

For the Period 10/01/05 through 01/31/06

Amount Requested:        $1,903,516.50 in Fees
                         $    39,968.18 in Expenses

*Approved*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

**RULING:**