

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    **WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

   Motion for Order Approving Assumption of Modified Agreements with AT&T Corp. Filed by Debtor (6550)

*Granted · ord/signed*

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA
**UNSEC. CRED:**         JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

**AT&T CORP:**

**RULING:**