

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Bridge Order Extending Exclusive Plan Proposal Period Pending Ruling on Motion for Further Extension Filed by Debtor (6887)

*Granted - ord/signed*

**APPEARANCES:**
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR

RULING: