UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## BRIDGE ORDER EXTENDING EXCLUSIVE PLAN PROPOSAL PERIOD PENDING RULING ON MOTION FOR FURTHER EXTENSION

These cases came before the Court for hearing on April 6, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors")[1], for entry of an order under 11 U.S.C. § 1121(d) extending their Exclusive Proposal Period for one day (the "Motion") so that a hearing can be held and a ruling made on their contemporaneously filed Motion for Order Granting Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (the "Extension Motion"), which Extension Motion has already been noticed for a hearing to be held before this Court at 1:00 p.m. Eastern Time, on April 20, 2006. The Court has reviewed the Motion, considered the evidence, and heard argument of counsel. After due deliberation and good and sufficient cause existing, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors' exclusive plan proposal period is extended to and including the later of April 20, 2006 or the date upon which a final ruling is entered with respect to the Extension Motion, without prejudice to a further extension of such proposal period by subsequent order of this Court.

3. The Debtors' exclusive plan solicitation period continues to and including June 21, 2006, without prejudice to a further extension of such solicitation period by subsequent order of this Court.

Dated April 6, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.