

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 6, 2006
1:00 P.M.

### PRO MEMO

| | | |
|---|---|---|
| **CASE NO. 05-3817-3F1** | **WINN-DIXIE STORES, INC.** | Prior Pro |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (5888)**

    Objection to Debtors' Motion filed by Commodore Realty, Inc. and Isram Realty & Mgmt (Doc. 6237)

    Objection to Debtors' Motion filed by Westfork Tower, LLC, et. al. (Doc. 6243)

*Granted - ord/signed*

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| COMMODORE REALTY AND | |
| ISRAM REALTY & MGMT, INC: | JOYCE KUHNS |
| WESTFORK TOWER LLC, et. al: | KAREN SPECIE |

**RULING:**