

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief Filed by Debtors (6556)

    Objection to Debtors' Motion filed by Hecht Properties, Ltd., et al. (Doc. 6570)

*Cntd to April 20, @ 1:00*
*AOC N FN*

APPEARANCES:
US TRUSTEE:                         ELENA ESCAMILLA
UNSEC. CRED:                        JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR

HECHT PROPERTIES, LTD:              DAVID PROFILET

RULING: