

**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Thursday
April 6, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Sixth Omnibus Objection to No Liability Claims Filed by Debtor (6352)**

Response Filed by GA Dept. of Revenue (Doc. 6696)

Response Filed by Aronov Property Management (Doc. 6819)

*Sustained*
*ord/signed*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
GA DEPT. OF REVENUE:   OSCAR B. FEARS III
ARONOV PROPERTY MGMT:  DAVID POLLACK

**RULING:**