UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,      )   Chapter 11

　　　　　Debtors.                     )   Jointly Administered

### ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

This case came on for hearing on April 6, 2006 upon the applications of professionals for the allowance of interim compensation for services rendered and reimbursement of expenses (collectively, the "Applications"). The Court has reviewed the Applications and heard the representations of counsel. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Applications are approved.

2. The Debtors are authorized and directed to pay each professional the fees and expenses allowed by this Order within five business days of the entry of this Order, to the extent not previously paid.

3. All interim and final fees and expenses allowed by this Order are subject to review by the fee examiner, Stuart, Maue, Mitchell & James, Ltd., parties in interest and this Court, and no determination is made at this time as to reasonableness of the fees. Fees and expenses awarded pursuant to this Order may be subject to disgorgement.

4. Akerman Senterfitt is allowed interim compensation of $63,288.00 for professional services and $3,733.79 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

5. Alvarez & Marsal, LLC is allowed interim compensation of $400,000.00 for professional services and $16,691.10 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

6. The Blackstone Group L.P. is allowed interim compensation of $3,107,338.00 for professional services and $59,457.59 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

7. Carlton Fields, P.A. is allowed interim compensation of $329,144.00 for professional services and $11,844.23 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

8. Deloitte Consulting LLP is allowed interim compensation of $1,327,337.60 for professional services and $145,992.00 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

9. Deloitte and Touche LLP is allowed interim compensation of $89,682.00 for professional services and $3,859.46 for the reimbursement of expenses incurred during the period from November 14, 2005 through January 31, 2006.

10. Houlihan Lokey Howard & Zukin Capital is allowed interim compensation of $400,000.00 for professional services and $26,407.13 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

11. King & Spalding LLP is allowed interim compensation of $171,664.05 for professional services and $7,958.78 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

12. Kirschner & Leger, P.A. is allowed interim compensation of $49,230.00 for professional services and $101.69 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

13. KPMG LLP is allowed interim compensation of $1,249,680.00 for professional services and $31,384.00 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

14. Milbank, Tweed, Hadley & McCloy LLP is allowed interim compensation of $832,307.50 for professional services and $75,815.03 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

15. PricewaterhouseCoopers LLP is allowed interim compensation of $19,486.63 for professional services and $1,888.88 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

16. Skadden, Arps, Slate, Meagher & Flom LLP is allowed interim compensation of $1,903,516.50 for professional services and $39,986.18 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

17. Smith, Gambrell & Russell, LLP is allowed interim compensation of $512,975.00 for professional services and $14,752.82 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

18. Smith Hulsey & Busey is allowed interim compensation of $985,669.00 for professional services and $22,215.64 for the reimbursement of expenses incurred during the period from October 1, 2005 through January 31, 2006.

19. XRoads Solutions Group, LLC is allowed interim compensation of $4,426,882.80 for professional services and $277,328.74 for the reimbursement of expenses incurred during the period from October 2, 2005 through January 28, 2006.

20. This Order is without prejudice to the rights of these professionals upon further application to this Court, to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during this interim compensation period for which approval has not previously been sought and denied.

Dated in Jacksonville, Florida, this ___6___ day of April, 2006.

Jerry A. Funk
United States Bankruptcy Judge

00515277.2