**UNITED STATES BANKRUTPCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**REQUEST BY APPEARING ATTORNEYS JAMES L. PAUL,
JOHN K. REZAC AND CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS &
MARTIN, FOR SERVICE OF NOTICES PURSUANT TO BANKRUPTCY
RULE 2002(g) AND REQUEST TO BE ADDED TO MASTER MAILING LIST**

NOW COME James L. Paul, John Rezac and Chamberlain, Hrdlicka, White, Williams & Martin and, pursuant to Bankruptcy Rule 9010(b) have entered appearance as attorney of record for Creditor Lassiter Properties, LP in the above-styled, jointly administered cases. Pursuant to Bankruptcy Rule 9010(b), the office address, telephone number and facsimile number of James L. Paul and John K. Rezac are as follows:

James L. Paul
John K. Rezac
*Chamberlain, Hrdlicka, White, Williams & Martin*
191 Peachtree Street, N.E., 9th Floor
Atlanta, Georgia 30303
Telephone No.: 404-659-1410
Facsimile No.: 404-659-1852

Pursuant to Bankruptcy Rule 2002, James L. Paul and John K. Rezac do hereby request and demand notice on behalf of Creditor Lassiter Properties, LP respecting all matters to which said Creditors are entitled to notice under Bankruptcy Rule 2002 and applicable law. Such notice should be served at the address set-forth above.

James L. Paul and John K. Rezac do hereby further request that their names and address be added to the Master Mailing List maintained by the Clerk of this Court, such that he may receive any

- 2 -

other mailings respecting papers mailed to those appearing on the Master Mailing List, but which papers are not within those listed in Bankruptcy Rule 2002.

    Dated this 7th day of April 2006.

        Respectfully submitted,

        /s/ R. Scott Shuker
        R. Scott Shuker, Esquire
        Florida Bar No. 984469
        **GRONEK & LATHAM, LLP**
        390 N. Orange Ave., Ste. 600
        P.O. Box 3353 (32802)
        Orlando, FL  32801
        Telephone:  407-481-5800
        Facsimile:  407-481-5801

**CERTIFICATE OF SERVICE**

  This is to certify that the undersigned has served a true and correct copy of the within and foregoing **REQUEST BY APPEARING ATTORNEYS JAMES L. PAUL, JOHN K. REZAC AND CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN, FOR SERVICE OF NOTICES PURSUANT TO BANKRUPTCY RULE 2002(G) AND REQUEST TO BE ADDED TO MASTER MAILING LIST** on the following parties, by either electronic transmission and/or U.S. First Class Mail, in a properly addressed envelope, with adequate postage affixed thereof, on this 7th day of April 2006.

    D.J. Baker
    Skadden Arps Slate Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036

    Eric M. Davis
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    Wilmington, Delaware 19801

    Matthew S. Barr
    Milbank LLP
    1 Chase Manhattan Plaza
    New York, New York 10036

    Office of United States Trustee
    33 Whitehall Street, 21st Floor
    New York, New York 10004

          /s/ R. Scott Shuker
          R. Scott Shuker