

**HIMMEL NUTRITION INC.**
Advertised Consumer Brands

```
                    F I L E D
                    JACKSONVILLE, FLORIDA

                    APR 1 0 2006

                    CLERK, U.S. BANKRUPTCY COURT
                    MIDDLE DISTRICT OF FLORIDA
```

April 7, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Ste. 3-350
Jacksonville, FL  32202

Re: Case No. 05-03817-3F1 (Winn-Dixie Bankruptcy Objection to Overstated Claims)

Dear Madam or Sir:

This letter is in response to the Notice of Debtors' Seventh Omnibus Objection to Overstated Claims. Himmel Nutrition, Inc., respectfully opposes the said reduction of $4,656.63 of our original claim of $47,180.40. The reason for the opposition is Himmel Nutrition's policy does not honor promotions and/or shortages for invoices not paid.

Thank you for your consideration in this matter.

Sincerely,

Debra Heim
Chief Financial Officer
Himmel Nutrition, Inc.

cc: Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: D.J. Baker
    Four Times Square
    New York, NY  10036
    (emailed on 04/07/06)

*Mailing Address:* PO Box 5329 • Lake Sorth, FL 33466
*Street Address:* 1926 10TH Avenue North • Suite 303 • Lake Worth, FL 33461
Telephone  561 586-0009 • Fax  561 533-0076