**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | ) | **CASE NO. 05-03817-3F1** |
| | ) | |
| Debtors. | ) | **CHAPTER 11** |
| | ) | **JOINTLY ADMINISTERED** |
| | ) | |

**RESPONSE OF NEW PLAN EXCEL REALTY TRUST, INC. TO**
**DEBTORS' SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

NEW PLAN EXCEL REALTY TRUST, INC. ("New Plan") by its undersigned

attorneys, makes this Response to Debtors' Seventh Omnibus Objection to Overstated Claims

(the "Objection") and in support thereof avers:

1.    New Plan is the owner or agent for the owner of various shopping centers in

which Debtors operate or previously operated retail stores pursuant to written leases (each a

"Lease" and collectively the "Leases").  All of New Plan's Leases are leases of premises located

in shopping centers, as that term is used in 11 U.S.C. § 365(b)(3). *See, In Re: Joshua Slocum,*

*Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

2.    By the Objection, Debtors seek to reduce New Plan's claim #10293 filed on

behalf of the Marketplace at Wycliffe with regard to Debtors' store #281 at the MarketPlace at

Wycliffe ("Wycliffe"), Lake Worth, FL.

3.   Rule 3001 of the Federal Rules of Bankruptcy Procedure provides, at Subsection (f):

> **Evidentiary Effect.**  A proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and amount of the claim.

4.   Debtors seek to reduce the Wycliffe claim to $132,097.44.  While Debtors state that the reduced amount includes three separate charges listed on the schedule attached to New Plan's proof of claim, Debtors give no reason whatsoever for the failure to include all other charges set forth on said schedule.  Further, Debtors have provided no information whatsoever to allow anyone to reconcile Debtors' proposed allowance of the claim with New Plan's original claim.

5.   The amounts set forth on the Exhibit attached to New Plan's claim are, indeed, the amounts owing and due to New Plan with regard to the pre-petition period of time.  According to New Plan's books and records the aforesaid amounts, as set forth on Exhibit A hereto, remain outstanding and are valid claims against Debtors pursuant to New Plan's lease.

6.   Moreover, Debtors are still operating their store at Wycliffe and, by all indications, currently intend to assume most if not all leases which are not subject to the current round of GOB sales.  Accordingly, in all likelihood, Debtors will be providing cure claim information to New Plan, and others similarly situated, with regard to ongoing stores.  Since Debtors will have to reconcile the cure claims at a later date, it seems improvident to reconcile, at this time, what will only be a portion of the cure claim.

**WHEREFORE,** New Plan prays that Debtors' Objection be overruled and that its claim be allowed in the amount set forth in its Proof of Claim; and

**WHEREFORE,** New Plan prays for such other and further relief as may be just and required under all of the circumstances.

DATED: April 10, 2006

        **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

                **BY:    /s/ David L. Pollack**
                      **DAVID L. POLLACK**
                      **JEFFREY MEYERS**
                      **DEAN WALDT**
        **Attorneys for New Plan Excel Realty Trust**
           **51st Floor - Mellon Bank Center**
                **1735 Market Street**
           **Philadelphia, Pennsylvania 19103**
                  **(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

# E X H I B I T    A

**EXHIBIT  A**

**Marketpkace at Wycliffe**
**Pre-Petition Charges - Winn-Dixie**

| Invoice Dat | Lease | Days Past | G/L Date | Due Date | Remark | Gross Amo | Open Amount | G/L Offset |
|---|---|---|---|---|---|---|---|---|
| 6/2/2004 | 01365010 | 328 | 6/2/2004 | 8/31/2004 | 2003 Insurance Reco | 13,043.99 | 13,043.99 | RINS |
| 8/2/2004 | 01365010 | 267 | 8/2/2004 | 10/31/2004 | 1/1/03-12/31/03 CAM | 64,350.81 | 64,350.81 | RCAM |
| 11/10/2004 | 01365010 | | 11/10/2004 | 11/10/2004 | Nov 04 | (39,598.16) | (359.01) | POA |
| 1/1/2005 | 01365010 | 205 | 1/1/2005 | 1/1/2005 | CAM (Escrow / Depos | 4,200.00 | 3,839.86 | CAM |
| 1/4/2005 | 01365010 | 112 | 1/4/2005 | 4/4/2005 | 2004 Tax reconciliatic | 112,761.00 | 112,761.00 | RRET |
| 5/25/2005 | 01365010 | | 5/25/2005 | 8/23/2005 | 2004 CAM Recon | (38,250.24) | (38,250.24) | RCAM |
| 5/25/2005 | 01365010 | | 5/25/2005 | 8/23/2005 | 2004 Insurance Rec | 10,698.66 | 10,698.66 | RINS |
| | | | | | | | 166,085.07 | Pre-filing |

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on April 10, 2006 via ECF Noticing and email upon the parties listed below.

_____/s/ David L. Pollack_____

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric N. McKay<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL  32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL  32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL  32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |