## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | WINN-DIXIE STORES, INC. | BANKRUPTCY CASE NO. |
| | DEBTOR | 05-03817 |

### OPPOSITION BY CLECO CORPORATION TO SEVENTH OMNIBUS OBJECTON TO OVERSTATED CLAIMS

**NOW INTO COURT**, through undersigned counsel comes Cleco Corporation, secured and unsecured creditor of the Debtor, which responds to and opposes the Seventh Omnibus Objection to Overstated Claims for the following reasons:

1.

Cleco provided electric utility services to the Debtor, pre-petition, at multiple locations of the Debtor within the State of Louisiana.

2.

Cleco continues to provide post-petition utility services to the Debtor at multiple locations within the State of Louisiana.

3.

A list of the accounts and store locations at issue is attached hereto as Exhibit "A".

4.

Certain accounts were secured by surety bond number 16028899 issued by Liberty Mutual Insurance Company in the total amount of $133,000.00. A list of the bond accounts is attached hereto as Exhibit "B".

5.

Cleco has entered into a settlement with Winn Dixie to resolve payment of the pre-petition bond account charges in the amount of $96,762.24. The settlement is being noticed for approval by this Court.

6.

Debtor has objected to three claims filed on behalf of Cleco, claim number 11275 in the amount of $18,587.95, claim number 11285 in the amount of $9,433.62 and claim number 11292 in the amount of $22,406.23.

7.

Debtor seeks to reduce claim number 11275 by $5,894.09; claim number 11285 by $2,570.83 and claim number 11292 is to be reduced by the amount of $3,538.46.

8.

Cleco shows that it has reviewed its records and the reductions are improperly claimed. Cleco shows that all amounts were properly charged and that the claims should not be reduced.

9.

Cleco shows that claim number 11275 is a bond account claim secured by the Liberty Mutual Bond. In addition, claims numbered 11285 and 11292 are bond account claims.

10.

Cleco shows that the Cleco employees and employees of the Debtor have previously reviewed these claims and determined same to be accurate in connection with the settlement and stipulation regarding the utility accounts and adequate assurance of payment.

11.

Cleco shows that the Sevent Omnibus Objection to Overstated Claims should be denied as it relates to Cleco claims 11275, 11285 and 11292.

**WHEREFORE CLECO CORPORATION PRAYS** that this response and opposition be deemed good and sufficient and that after hearing this Court deny the Seventh Omnibus Objection to Overstated Claims as it relates to Cleco Corporation claims numbered 11275, 11285 and 11292.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600
**ATTORNEY FOR CLECO CORPORATION**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Opposition to Seventh Omnibus Objection to Overstated Claims has been served upon Mr. D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036 and James H. Post, 225 Water St., Ste. 1800, Jacksonville, FL 32202 by placing a copy of same in the United States mail postage prepaid. Alexandria, Louisiana this 10th day of April, 2006.

/s/ Stephen D. Wheelis
OF COUNSEL