## EXHIBIT A
## ACCOUNTS

| Location | Account Number | Address |
|---|---|---|
| 1353 | 4000677546002<br>*4000677546001 | COUNTRY CLUB PLAZA SHOPPING<br>851 BROWNSWITCH ROAD<br>SLIDELL, LA 70458 |
| 1446 | 8000141124003 | MANDEVILLE MARKETPLACE<br>619 N. CAUSEWAY BLVD.<br>MANDEVILLE, LA 70448 |
| 1448 | 9000125802004<br>*9000125802003 | MAIN STREET SHOPPING CENTER<br>1001 HWY 190 STE. 132<br>COVINGTON, LA 70433 |
| 1455 | 7000244801003 | BROWN'S THRIFT CITY CENTER<br>1150 WEST ST. PETER ST.<br>NEW IBERIA, LA 70560 |
| 1456 | 7000245018004<br>*7000245018003 | TOWN & COUNTRY PLAZA<br>1104 EAST MAIN STREET<br>NEW IBERIA, LA 70560 |
| 1471 | 8000321304004 | 2418 SOUTH UNION<br>OPELOUSAS, LA 70570 |
| 1490 | 2000441413002<br>*2000441413001 | CROWLEY VILLAGE<br>2004 NORTH PARKERSON AVE.<br>CROWLEY, LA 70526 |
| 1500 | 5000603084003<br>0000611982002 | 4100 HIGHWAY 59<br>MANDEVILLE, LA 70471 |
| 1501 | 2000376097002 | BOQUECHITTO PLAZA<br>731 WASHINGTON STREET<br>FRANKLINTON, LA 70438 |
| 1502 | 6000417053002 | 2985 GAUSE BLVD.<br>SLIDELL, LA 70461 |
| 1504 | 6000417053002<br>*6000417053001 | 3030 PONCHARTRAIN DRIVE<br>SLIDELL, LA 70461 |
| 1544 | 4000431658002<br>*4000431658001 | 805 SHIRLEY ROAD<br>BUNKIE, LA 71322 |
| 1547 | 8000296521003<br>*8000296521002 | PINEBROOK SQUARE<br>3123 HWY. 28 EAST<br>PINEVILLE, LA 71360 |
| 1549 | 9000248681003 | PARK PLAZA<br>924 REES STREET<br>BREAUX BRIDGE, LA 70517 |
| 1559 | 8000257204003 | 204 NORTHWEST BLVD.<br>FRANKLIN, LA 70538 |
| 1566 | 6000296541003<br>*6000296541002 | TIOGA OAKS SHOPPING CENTER<br>4617 SHREVEPORT HWY.<br>PINEVILLE, LA 71360 |
| 1570 | 9000184797003 | 1800 W. LAUREL |

| Location | Account Number | Address |
|---|---|---|
| | | EUNICE, LA 70535 |
| 1571 | 1000309334003 | 811 E LASALLE<br>VILLE PLATTE, LA 70586 |

*