## *EXHIBIT B
## BOND ACCOUNTS

| Location | Account Number | Address |
|---|---|---|
| 1353 | 4000677546002<br>4000677546001 | COUNTRY CLUB PLAZA SHOPPING<br>851 BROWNSWITCH ROAD<br>SLIDELL, LA  70458 |
| 1448 | 9000125802004<br>*9000125802003 | MAIN STREET SHOPPING CENTER<br>1001 HWY 190 STE. 132<br>COVINGTON, LA  70433 |
| 1456 | 7000245018004<br>*7000245018003 | TOWN & COUNTRY PLAZA<br>1104 EAST MAIN STREET<br>NEW IBERIA, LA  70560 |
| 1490 | 2000441413002<br>*2000441413001 | CROWLEY VILLAGE<br>2004 NORTH PARKERSON AVE.<br>CROWLEY, LA  70526 |
| 1504 | 6000417053002<br>*6000417053001 | 3030 PONCHARTRAIN DRIVE<br>SLIDELL, LA  70461 |
| 1544 | 4000431658002<br>*4000431658001 | 805 SHIRLEY ROAD<br>BUNKIE, LA  71322 |
| 1547 | 8000296521003<br>*8000296521002 | PINEBROOK SQUARE<br>3123 HWY. 28 EAST<br>PINEVILLE, LA  71360 |
| 1566 | 6000296541003<br>*6000296541002 | TIOGA OAKS SHOPPING CENTER<br>4617 SHREVEPORT HWY.<br>PINEVILLE, LA  71360 |

*