F I L E D
JACKSONVILLE, FLORIDA
APR 10 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et. al.,       Chapter 11

   Debtors                              Joinly Administered

PLAINTIFF IS WITHDRAWING FROM THE CLAIMS RESOLUTION PROCESS CONDUCTED BY LOGAN & COMPANY, INC. FOR WINN DIXIE STORES, INC.

**TO THE HONORABLE JUDGE OF SAID COURT:**

Wayne Boyd, Plaintiff(Claimant) for his affidavit, being first duly sworn, deposes and states:

Plaintiff would not be able to attend a scheduled hearing is of **April 20, 2006 at 1:00 p:m(Eastern Time)**, and withdrawing from the claims resolution process conducted by Logan & Company, Inc. for Winn Dixie Stores, Inc. Plaintiff has written void across the questionaire mailed out by Logan & Company, Inc., and mailed Logan & Company that voided questionaire, along with this reply to the court.

FURTHER YOUR AFFIANT SAYETH NOT:

_____Wayne Boyd_____
Wayne Boyd
appearing Pro Se
332 Girard Street
Baird, Texas 79504

On the 7th day of April, 2006, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to the person described in, and who executed the same as his free act and deed.

_____Notary Public_____
My commission expires: 8/25/07

Shawn Brown McLaughlin
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/25/2007

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)

Wayne Boyd, plaintiff, Appellant, for his affidavit, being first duly sworn, deposes and states:

I hereby certify that on April 7th, 2006, a true and correct copy of the WITHDRAWAL FROM THE CLAIMS RESOLUTION PROCESS FOR WINN DIXIE STORES, INC. by Wayne Boyd, plaintiff and Appellant, has been mailed to all parties of record.

MAILED TO:
**David K. Oliveria, Clerk of Court**
U. S. Bankruptcy Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL. 32202

FURTHER YOUR AFFIANT SAYETH NOT

*Wayne Boyd*
Wayne Boyd
Appearing Plaintiff(Appellant) Pro Se
332 Girard Street
Baird, Texas 79504

On this _____ day of April, 2006, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his act and deed.

Notary Public
My commission expires on: 8/25/07

Kelley Shawn Brown McLaughlin
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/25/2007

**PARTIES OF RECORD:** (mailed)   FAXED TO:

**D. J. Baker**
Skadden, Arps, Slate, Meager, & Flom, LLP
Four Times Square
New York, New York, 10036

Timothy L. Williams(Emp. Law)
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

**Logan & Company, Inc.**
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

**Leanne McKnight Prendergast**
FAX #904.359.7708
SMITH, HULSEY, & BUSEY
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida 32201-7708

James Post
  LAW OFFICES
SMITH HULSEY & BUSEY
FAX #904.359.7708
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida 32201-7708

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) 12-19-41

2. Date of injury or claim: (MM/DD/YY) 10-24-01

3. What is the basis of your claim? Civil Action No. 1:05-CV-155-C(Bankruptcy Action No. 05-03817-3-F1)-Cause of Action: BREACH OF CONTRACT Based on a LABOR EMPLOYMENT AGREEMENT

4. What is the total amount of your claim? (Please estimate if necessary).
   TOTALS-$322,442

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   PLAINTIFF'S ORIGINAL PETITION-Being mailed with this.
   FAX(AUGUST 26, 2005 LETTER)--To: Leanne Prendergast, Atty., SMITH.HULSEY. & BUSEY explaining that Winn Dixie Stores, Inc. appealing case with the TWC caused several insurance credit card companies not to pay.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. none

7. Are you pursuing this claim against any other party? Yes ☐  No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☐  No ☐ (see: PLAINTIFF'S ORIGINAL PETITION)

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. U.S. Bankruptcy Court in the Middle District of Florida-Jacksonville Division-Case No. 05-bk-3817-3F1-Jerry A. Funk, judge.//Civil Action #1:05-CV-155-C-U. S. District Court in the Northern District of Texas-Abilene Division-Sam Cummings, judge. (note: case was/is filed in the Texas court, but venue was transferred to the Florida court)

405932-BOYD, WAYNE-Claim No.(s): 4575, 6817

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) see: **7. Prayer-relief sought** in the case(Page 21) in PLAINTIFF'S ORIGINAL PETITION

11. Where did the injury or damage occur? see: PLAINTIFF'S ORIGINAL PETITION(COMPLAINT)
    Address of Winn Dixie Supermarket, owned by Winn Dixie Stores, Inc. was 4457 South 1st Street, Abilene, Texas.

    Please specify the location and address.

12. How did the injury or damage occur? (see: PLAINTIFF'S ORIGINAL PETITION)

13. Did you miss any work as a result of your injury or damage? If so, how many days? (job termination)

14. Give the name and address of your employer and your salary at the time of your injury or damage.
    Winn Dixie Supermarket-4457 South 1st Street-Abilene, Texas-Earnings for the entire month was $739.42.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) D/A

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). D/A

405932-BOYD, WAYNE-Claim No.(s): 4575, 6817

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☐ (If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.)_____
_____
_____

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
   _____
   _____
   _____
   _____
   _____
   _____

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering._____
   _____
   _____

   c. Give the total amount of the medical bills you incurred as a result of your claim. _____
   _____
   _____

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim._____
   _____
   _____
   _____

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury._____
   _____
   _____
   _____

405932-BOYD, WAYNE-Claim No.(s): 4575, 6817

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form*

g. Give the name, address and policy number of your insurance company. _____
_____
_____
_____

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a. . Itemize the damages you claim. (see: **Prayer relief sought** in the case(Page 21)-in PLAINTIFF'S ORIGINAL PETITION
_____
_____

b. Give the total amount of each item of damage. (same as in 19(a).
_____

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM?** (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.) _____
_____
_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 405932<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

405932-BOYD, WAYNE-Claim No.(s): 4575, 6817

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

Page 6

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10-14-05

Claimant's Signature: *Wayne Boyd*     Wayne Boyd

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) _____

Address _____

City/State/Zip _____

Relationship to Claimant _____

Phone Number _____

Fax Number _____

Email Address _____

[Large handwritten "VOID" written across the attorney information section]

### PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

405932-BOYD, WAYNE-Claim No.(s): 4575, 6817

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*