

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
April 10, 2006

**HONORABLE JERRY A. FUNK**                                   JACKSONVILLE

CASE NUMBER: 05-03817-3F1     FILING DATE: 02/21/2005     HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

*Pendergast  Jones* (signatures)

Debtor atty: ADAM RAVIN / CYNTHIA JACKSON / JAMES POST / STEPHEN BUSEY
Trustee: UNITED STATES TRUSTEE - JAX - ELENA ESCAMILLA

HEARING:

1. MOTION FOR RELIEF FROM STAY FILED BY DONALD R. COOLEY (6378) ✓

  A/P     F/HRG

ORDER: 

2. MOTION FOR RELIEF FROM STAY FILED BY JAMES R. BOSWELL (6379) ✓

(R/S)  A/P     F/HRG

ORDER: /5/

3. MOTION FOR RELIEF FROM STAY FILED BY PATRICE GREEN (6380) ✓

  A/P     F/HRG

ORDER: 

APPEARANCES:

Movants 1, 2 & 3: EARL BARKER

