UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER OF RESOLUTION OF THE LITIGATION
CLAIM OF HARRY HAIGE (CLAIM NO. 9139)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Harry Haige (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that notice of the proposed Agreed Order was served on all interest parties in compliance with the Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service and no party has filed an objection. The Court therefore considers the entry of the Order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 9139 filed by Claimant is allowed as an unsecured non-priority claim in the amount of $60,000.00 ($3,698.42 of which shall be allocated to Chambers Law Group, P.A.) against Winn-Dixie Stores, Inc. in Case No. 05-03817. The Claimant and Chambers Law Group will be paid their respective allocations in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2. This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 9139 and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or

00512376.DOC

assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3.  The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability. The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

4.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of April, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00512376.DOC

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors

KNAUST & ASSOCIATES

By _____
Warren J. Knaust

2167 5th Ave. N.
St. Petersburg, FL 33713

Attorney for the Claimant

CHAMBERS LAW GROUP, P.A.

By _____
Joey W. Chambers

520 4th Street North
St. Petersburg, FL 33701-2302

00512376.DOC

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | KNAUST & ASSOCIATES |
| By_____<br>James H. Post | By_____<br>Warren J. Knaust |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 2167 5th Ave. N.<br>St. Petersburg, FL 33713<br><br>Attorney for the Claimant |
| Attorneys for the Debtors | CHAMBERS LAW GROUP, P.A.<br><br>By_____<br>Joey W. Chambers<br><br>520 4th Street North<br>St. Petersburg, FL 33701-2302 |

00512376.DOC