# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIMS OF LETRICA CLARKE, SUZETTE DOUGLAS AND MARK CLARKE (CLAIM NOS. 9206, 9207 AND 9208)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimants, Letrica Clarke, Suzette Douglas and Mark Clarke (the "Claimants"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 9206 filed by Letrica Clarke is allowed as an unsecured non-priority claim in the amount of $10,000.00 against Winn-Dixie Stores, Inc. in Case No. 05-03817 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2. Claim No. 9207 filed by Suzette Douglas is disallowed.

3. Claim No. 9208 filed by Mark Clarke is disallowed.

4. This Agreed Order resolves (i) all liabilities and obligations related to Claim Nos. 9206, 9207 and 9208 and (ii) all other claims the Claimants have or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents,

00519382

successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

5. The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability. The Claimants, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of April, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00519382

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | CHAMBERS LAW GROUP, P.A. |
| By_____<br>James H. Post | By_____<br>Joey W. Chambers |
| Florida Bar Number 175460<br>1800 Wachovia Bank Tower,<br>225 Water Street<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 520 4th Street North<br>St. Petersburg, FL 33701-2302<br><br>Attorney for the Claimants |
| Attorneys for the Debtors | |

00519382