UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING OBJECTION IN PART TO MOTION

The Court finds that the Objection in Part to Motion for an Order Modifying Claims Resolution Procedure and Claimant's Motion for Relief from Claims Resolution Procedure filed by Lawrence S. Allen on behalf of Estelle Inell Martin on April 10, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objection in Part to Motion for an Order Modifying Claims Resolution Procedure and Claimant's Motion for Relief from Claims Resolution Procedure filed by Lawrence S. Allen on behalf of Estelle Inell Martin on April 10, 2006 is stricken from the record.

**DATED April 11, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Lawrence S. Allen, 2121 Ponce De Leon Blvd., Suite 721, Coral Gables, FL 33134
Attorneys for Debtor