IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | : Case No. 05-03817-3F1 |
| Debtors. | : Jointly Administered |

## NOTICE OF FIRST AND FINAL FEE APPLICATION

**PLEASE TAKE NOTICE** that Paul, Hastings, Janofsky & Walker LLP has filed the *First and Final Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP as Counsel to the Official Committee of Equity Security Holders for Compensation and Reimbursement of Expenses* with the United States Bankruptcy Court for the Middle District of Florida.

Dated: April 10, 2006

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

*/s/ Karol K. Denniston*
Karol K. Denniston
Ga. Bar No. 218333
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
karolkdenniston@paulhastings.com

*Co-Counsel for the Official Committee of Equity Security Holders*

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
James D. Wareham
DC Bar No. 411799
875 15th Street
Washington, DC 20005
Telephone: (202) 551-1700
jameswareham@paulhastings.com

LEGAL_US_E # 70721951.2

JENNIS BOWEN & BRUNDAGE, P.L.

<u>/s/David Jennis</u>
David Jennis
Fla. Bar No. 775940
Chad S. Bowen
Fla. Bar No. 0138290
400 North Ashley Drive, Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
djennis@jennisbowen.com
cbowen@jennisbowen.com