**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

April 10, 2006

Debra Heim, Chief Financial Officer
Himmel Nutrition, Inc.
P.O. Box 5329
Lake Worth, FL 33466

Re:         Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Ms. Heim:

The Court is in receipt of your letter objecting to the Debtors' Notice of Seventh Omnibus Objection to Overstated Claims that you filed on April 10, 2006. A hearing on that Notice has been set for April 20, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Carter*
Susan Carter
Case Manager
(904) 301-6521

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Apr 10, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Apr 12, 2006.
cr          +Himmel Nutrition Inc.,    c/o Debra Heim, CFO,    P.O. Box 5329,    Lake Worth, FL 33466-5329

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2006**                         **Signature:** _Joseph Speetjens_