IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re   WINN-DIXIE STORES, INC., et al. | * | Case No. 05-03817-3F1 |
| | * | Chapter 11 |
| Debtor(s), | * | Jointly Administered |

## NOTICE OF APPEARANCE AND DESIGNATION PURSUANT TO L.R. 2090-1(c)

The undersigned GEORGE C. DOUGLAS, JR. and ROBERT L. SHIELDS III hereby give notice of their appearance in this case as additional counsel of record for Rita Ferguson, Lydia Greenall, Richard Ehster, Gary Osborne, Scott Hunt, Stan Timbrook, and John Gardner.

Pursuant to Local Rule 2090-1(c), Attorneys Douglas and Shields hereby designate Jerrett M. McConnell, a member of the Bar of this Court, to act as local counsel for them upon whom all notices may be served, and who has evidenced his consent to act by signing below.

Respectfully submitted,

Jerrett M. McConnell
Friedline & McConnell, P.A.
1756 University Blvd South
Jacksonville, FL 32216
904-727-7850   FBN 0244960
bankruptcy@fandmlaw.com

George C. Douglas, Jr.
700 Century Park South, Suite 223
Birmingham, Alabama 35226

(205) 824-4620 phone
(866) 383-7009 fax
E-mail: gcd@hiwaay.net

*/s/*

Robert L. Shields, III
Tucker & Shields
2025 Third Avenue N., Suite 301
Birmingham, Alabama 35203
(205) 323-0010 phone
(205) 322-8385 fax
E-mail: robertshields@mindspring.com

Attorneys for Rita Ferguson, Lydia Greenall, Richard Ehster, Gary Osborne, Scott Hunt, Stan Timbrook, and John Gardner