IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-3817 |
| | ) | |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Kristen F. Trainor of Shook, Hardy & Bacon L.L.P., and hereby enters her appearance on behalf of Creditor, Exel Transportation Services, Inc. Further, pursuant to Rule 2002 of the Bankruptcy Code, counsel requests that all notices in the above-captioned bankruptcy proceeding be served on her and the creditor as follows:

Kristen F. Trainor
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
ktrainor@shb.com

Richard Merrill
Exel Transportation Services, Inc.
7651 Esters Boulevard, Suite 200
Irving, TX 75063
dick.merrill@ets.exel.com

Dated: April 13, 2006                SHOOK, HARDY & BACON L.L.P.

By: /s/ Kristen F. Trainor
        Kristen F. Trainor
MO #44120 / KS #17488
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email:  ktrainor@shb.com
Attorneys for Exel Transportation Services, Inc.

1948832v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2006, a true and correct copy of the above and foregoing Entry of Appearance and Request for Notices was served by the method or methods specified below:

| | |
|---|---|
| __X__ | by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. |
| __X__ | via U.S. mail, first class, postage prepaid and properly addressed to the parties and/or counsel, who do not receive notice electronically via CM/ECF. |
| ___ | by hand-delivery to the parties set forth below or on the attached. |
| ___ | via overnight courier service in a sealed prepaid envelope. |
| ___ | via facsimile to the parties at the fax number set forth below or on the attached. |

    /s/ Kristen F. Trainor
Attorney for Exel Transportation Services, Inc.

1948832v1