United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:                                                            Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al,                   Chapter 11

    Debtors.                                                    Jointly Administered
_____/

OBJECTION OF BOGGY CREEK MARKETPLACE, INC. TO
CURE AMOUNT SET FORTH IN DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF ADDITIONAL STORES AND RELATED
EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR
ALTERNATIVELY THE REJECTION OF LEASES AND ESTABLISHING
<u>A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF</u>

COMES NOW, BOGGY CREEK MARKETPLACE, INC., by and through its undersigned attorneys, and files this its Objection to the Debtor's Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (hereinafter referred to as the "Motion"), and more specifically objects to the Cure Amount set forth in said Motion, and states as follows:

1. BOGGY CREEK MARKETPLACE, INC. is the landlord of store #2254 located at 2618 Boggy Creek Road, Kissimmee, Florida.

2. On July 18, 2005, BOGGY CREEK MARKETPLACE, INC. (hereinafter referred to as "Landlord") filed a Proof of Claim herein in the amount of $7,107.54 representing CAM charges due under the subject lease. On July 27, 2005 a duplicate

copy of said Proof of Claim was filed with debtors' claim agents, Logan & Company, Inc. pursuant to this Court's instructions.

3. On February 17, 2006, an Amended Proof of Claim was filed herein in the amount of $20,272.94 representing CAM charges due under the subject lease in the amount of $7,107.54, as well as pre-petition real estate taxes due under the subject lease in the amount of $13,165.40, for a total claim of $20,272.94.  A copy of the Amended Proof of Claim is attached hereto as Exhibit "A".

4. In addition, Landlord is owed the sum of $1,997.66 for 2005 CAM charges due under the subject lease.  A copy of the invoice for the 2005 CAM charges is attached hereto as Exhibit "B".

5. The aforesaid Motion provides for a Cure Amount to Landlord in the amount of $7,107.54 for 2004 CAM charges.

6. The Cure Amount set forth in Debtors' Motion fails to provide for the amount shown on Landlord's Amended Proof of Claim, which amount includes the pre-petition real estate taxes due under the subject lease, in addition to the 2005 CAM charges due under the subject lease.

7. Accordingly, Landlord objects to the scheduled Cure Amount of $7,107.54 and claims the proper Cure Amount is $22,270.60.

Dated:  April 13, 2006

S/ Donald A. Nohrr
DONALD A. NOHRR, ESQUIRE
Florida Bar No.  0058930
GRAYROBINSON, P.A.
Attorneys for Landlord
P.O. Box 1870
Melbourne, FL  32902-1870
(321) 727-8100
(321) 984-4122 (fax)

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing, together with any attachments, has been furnished by U.S. Mail and/or electronic transmission to: D.J. Baker, djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Co-Counsel for Debtors, Four Times Square, New York, NY, 10036; and to Cynthia C. Jackson, cjackson@smithhulsey.com, Smith Hulsey & Busey, Co-Counsel for Debtors, 225 Water Street, Suite 1800, Jacksonville, FL, 32202, and the Office of the U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL, 32801, this 13th day of April, 2006.

            S/Donald A. Nohrr
            _____
            Donald A. Nohrr, Esq.