# Boggy Creek Marketplace, Inc.

PO Box 863887
Orlando, FL 32886-3887
Phone 321-452-0888  Fax 321-453-3618

# Invoice

| Date | Invoice No. |
|---|---|
| 1/23/2006 | 831 |

| Bill To |
|---|
| WINN - DIXIE, Inc. #2254 |
| 1141 SW 12th Ave |
| Pompano Beach, 33069 |

| Location |
|---|
| Winn Dixie Store #2254 |
| 2618 Boggy Creek Road |
| Kissimmee, FL 34744 |

| Due Date |
|---|
| 1/23/2006 |

| Invoice Period | Description | Amount |
|---|---|---|
| CAM reconciliation for 2005 | CAM reconciliation for 2005 | 14,022.03 |

| | |
|---|---|
| **Subtotal** | $14,022.03 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $14,022.03 |
| **Payments/Credits** | $-12,024.37 |
| **Balance Due** | $1,997.66 |

Late charges will be applied pursuant to the Lease Agreement.