FILED
JACKSONVILLE, FLORIDA

APR 13 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Chapter 11 Proceedings

CASE NO. 05-03817-3F1
(Jointly administered)

In re:

WINN-DIXIE STORES, INC., et al,

    Debtor.

_____/

**NOTICE OF SECURED LIEN OF BROWARD COUNTY, FLORIDA &
RESPONSE TO DEBTORS' MOTION TO AUTHORIZE SALE OF ITS
POMPANO BEACH DISTRIBUTION CENTER AND RELATED ASSETS**

Creditor, BROWARD COUNTY REVENUE COLLECTOR, ("BROWARD COUNTY") hereby files this Notice of Secured Lien of BROWARD COUNTY and Response to Debtor's Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets and in support says:

1. A voluntary Petition for Relief Under Chapter 11 was filed with this Court on February 21, 2005.

2. Debtor WINN-DIXIE STORES, INC., operated its business at various locations in Broward County, Florida including one distribution facility/warehouse specifically located at 1141 SW 12th Avenue, Pompano Beach, Florida.

3. BROWARD COUNTY has a statutory duty, under Florida law, to collect real estate taxes and commercial personal property taxes, which include fixtures, machinery, and equipment (but not inventory) that are physically present on January 1st of the year. See Florida Statutes, Section 192.001(11); Section 192.032.

4. On April 6, 2005, BROWARD COUNTY timely filed its secured Proof of Claim (number 250) for estimated 2005 real estate and commercial personal property taxes for all of the Debtor's stores and facilities located in Broward County, Florida.

5. A portion of claim 250 included real estate and commercial personal property for the Debtor's distribution facility/warehouse located at 1141 SW 12th Avenue, Pompano Beach, Florida and further identified under folios numbers 19203-00-06100, 19202-00-07600 and 30094-69-208BO. Copies of the tax bills for actual 2005 taxes are attached as Exhibit "A."

6. To date, BROWARD COUNTY has not received any payments on the above-referenced taxes on the Debtor's distribution facility/warehouse.

7. On April 7, 2006, Debtors filed their Amended Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets.

8. BROWARD COUNTY's lien exists pursuant to Florida Statutes, §197.122, which provides that all unpaid taxes "shall be a first lien, superior to all other liens, on any property on which the taxes have been assessed and shall continue in full force from January 1st on the year the taxes were levied until discharged . . ."[1]

9. BROWARD COUNTY asserts that it holds a valid secured claim for taxes and it is entitled to payment from the proceeds of the proposed sale.

10. Further, BROWARD COUNTY consents to the sale if its lien for taxes is acknowledged by the Debtors and it is further agreed that all taxes will be paid out of the

---

[1] This provision automatically establishes a lien on the debtor's property upon nonpayment of the tax. See also, Matter of Stanford, 826 F.2d 353 (5th Cir. 1987). (A local government's ad valorem tax liens were secured claims for purposes of the Bankruptcy Code.)

proceeds of the proposed sale.

**WHEREFORE**, BROWARD COUNTY respectfully requests this Court enter an Order holding that it posses a valid secured claim for 2005 real estate and commercial personal property taxes and that it is entitled to payment on the above-referenced taxes from the proceeds of the proposed sale and such other relief as may be proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been sent via U.S. mail, first-class postage prepaid, to the parties on the attached list on this ____ day of April, 2006.

Respectfully submitted,

JEFFREY J. NEWTON
County Attorney for Broward County
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
Telecopier: (954) 357-7641

By: _____
HOLLIE N. HAWN, Esquire
Assistant County Attorney
Fla. Bar No. 027642

Page 3 of 4

## SERVICE LIST

Clerk of the United States Bankruptcy Court   (DHL Express)
for the Middle District of Florida
Jacksonville Division
3-350 United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202-4204

D.J. Baker, Esquire   (DHL Express)
Sally McDonald Henry, Esquire
Rosalie W. Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(Counsel for Debtor)

Stephen D. Busey, Esquire   (DHL Express)
James H. Post, Esquire
Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(Counsel for Debtor)

U.S. Department of Justice   (DHL Express)
United States Bankruptcy Trustee
for the Middle District of Florida
Jacksonville Division
135 West Central Blvd., #620
Orlando, FL 32801