IN THE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    **WINN-DIXIE STORES, INC., et al**        **CASE NO. 3:05-3817-JAF**

    **Debtors**        **Chapter 11**
        **Jointly Administered**

## MOTION OF THOMAS ST. GERMAIN TO APPEAR *PRO HAC VICE*

Thomas St. Germain, counsel for Jeffrey Lesemann, unsecured creditor, moves for permission to appear *pro hac vice* and participate in the above-captioned bankruptcy case on behalf of Jeffrey Lesemann.

1. I am a member of the Bar of Louisiana and duly admitted to practice in the U.S. Bankruptcy Court for the Western District of Louisiana.

2. I am associated with the law firm of John Haas Weinstein, APLC, 407 S. Union Street, Opelousas, LA 70570.

3. I am not currently suspended or disbarred in any Court and have not been disciplined by any Court or administrative body.

4. Counsel also requests that the requirement of local counsel be waived, given that counsel's appearances in this case will be limited to representing a personal injury claimant.

WHEREFORE, Thomas St. Germain requests that this Motion to Appear *Pro Hac Vice* in this case be granted, that the requirement of local counsel be waived, and for all other relief at law or in equity.

Date:   April 13, 2006

        Respectfully submitted,

        JOHN HAAS WEINSTEIN, APLC

        By:  /s/ Tom St. Germain
             TOM ST. GERMAIN (#24887)
             407 S. Union Street
             Opelousas, LA 70570
             (337) 948-4700 (telephone)
             (337) 948-4172 (facsimile)
             tom@weinlaw.com

        ATTORNEY FOR JEFFREY LESEMANN

**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN RE:**

    WINN-DIXIE STORES, INC., et al        CASE NO. 3:05-3817-JAF

    **Debtors**        **Chapter 11**
        **Jointly Administered**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **MOTION OF THOMAS ST. GERMAIN TO APPEAR *PRO HAC VICE*** has been furnished by U.S. First Class Mail to the Debtor at 5050 Edgewood Court, Jacksonville, FL 32254-3699 and to D.J. Baker, Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036, and James H. Post, Smith, Hulsey, & Busey, 25 Water Street, #1800, Jacksonville, FL 32202, Attorneys for Debtor and all participants using the CM/ECF system who have appeared in this matter this 13th day of April, 2006.

                      /s/ Christie P. Noel
                      CHRISTIE P. NOEL