# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OBJECTION IN PART TO MOTION

The Court finds that the Objection in Part to Motion for an Order Modifying Claims Resolution Procedure and Claimant's Motion for Relief from Claims Resolution Procedure filed by Lawrence S. Allen on behalf of Estelle Inell Martin on April 10, 2006 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Objection in Part to Motion for an Order Modifying Claims Resolution Procedure and Claimant's Motion for Relief from Claims Resolution Procedure  filed by Lawrence S. Allen on behalf of Estelle Inell Martin on April 10, 2006  is stricken from the record.

**DATED April 11, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Lawrence S. Allen, 2121 Ponce De Leon Blvd., Suite 721, Coral Gables, FL 33134
Attorneys for Debtor

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 113A-3          User: cartes              Page 1 of 1                    Date Rcvd: Apr 11, 2006
Case: 05-03817               Form ID: pdfdoc            Total Served: 1
```

The following entities were served by first class mail on Apr 13, 2006.
cr          +Estelle Inell Martin,   c/o Lawrence S. Allen,   2121 Ponce De Leon Blvd., #721,
             Coral Gables, FL 33134-5222

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2006**                    **Signature:**    _Joseph Speetjens_