**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 3:05-bk-03817-JAF |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

## NOTICE OF FILING FIRST INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Jefferies & Company, Inc. has filed the *First Interim Fee Application of Jefferies & Company, Inc., as Financial Advisor to the Official Committee of Equity Security Holders for Compensation and Reimbursement of Expenses* with the United States Bankruptcy Court for the Middle District of Florida.

Dated: April 14, 2006

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

*/s/ Karol K. Denniston*
Karol K. Denniston
Ga. Bar No. 218333
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
karolkdenniston@paulhastings.com

- and -

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
James D. Wareham
DC Bar No. 411799
875 15th Street
Washington, DC 20005
Telephone: (202) 551-1700
jameswareham@paulhastings.com

JENNIS BOWEN & BRUNDAGE, P.L.
*/s/ David S.  Jennis*_____
Fla. Bar No. 775940
Chad S. Bowen
Fla. Bar No. 0138290
400 North Ashley Drive, Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
djennis@jennisbowen.com
cbowen@jennisbowen.com
**Co-Counsel for the Official Committee of
Equity Security Holders**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                           **Chapter 11**

**WINN-DIXIE STORES, INC., et al.,**              **Case No. 3-05-bk-03817-JAF**

**Debtors.**                                      **Jointly Administered**

---

## FIRST INTERIM APPLICATION OF JEFFERIES & COMPANY, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS SEEKING INTERIM ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention Order: | December 28, 2005 (effective as of September 1, 2005) |
| Period for Which Compensation and Reimbursement are Sought: | September 1, 2005 through January 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $575,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $33,846.52 |

This is an:  __X__  Interim ___ Final Application.

Aggregate Amounts Paid with Respect to Application Period:  $0.00

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                              Chapter 11

**WINN-DIXIE STORES, INC., et al.,**          **Case No. 3-05-bk-03817-JAF**

        **Debtors.**                          **Jointly Administered**

---

### FIRST INTERIM APPLICATION OF JEFFERIES & COMPANY, INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS SEEKING INTERIM ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Jefferies & Company, Inc. ("Jefferies"), as financial advisor for the Official Committee of Equity Security Holders (the "Committee"), hereby submits its first interim application (the "Application"), pursuant to section 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking interim allowance of compensation for professional services performed by Jefferies for the period commencing September 1, 2005 through and including January 31, 2006 (the "Application Period"), and reimbursement of its actual and necessary expenses incurred during the Application Period. In support of this Application, Jefferies respectfully represents as follows:

### SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

1.      To the extent applicable, this Application has been prepared in accordance with this Court's Order Approving Interim Compensation Procedures for Professionals, filed March 4, 2005 (the "Interim Order") and Final Order Approving Interim Compensation Procedures for Professionals, filed March 15, 2005 (the "Final Order").

2.      Jefferies seeks interim allowance of compensation for professional services rendered to the Committee during the Application Period in the aggregate amount of $575,000.00, and reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $33,846.52.

3.      There is no agreement or understanding between Jefferies and any other person for the sharing of compensation to be received for services rendered in these cases.

4.      The fees charged by Jefferies during the Application Period have been billed in accordance with this Court's Order Pursuant to Sections 328 and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders (the "Retention Order"), entered on December 28, 2005. The fees that Jefferies charges for the services rendered by its professionals in these chapter 11 cases are comparable to those fees charged by Jefferies for professional services rendered in comparable non-bankruptcy related matters. Such fees are also reasonable based on the customary compensation charged by similarly skilled practitioners in comparable non-bankruptcy cases in the competitive national financial advisory market.

5.      Annexed hereto as Exhibit "A" is a schedule setting forth all Jefferies professionals who have performed services in these chapter 11 cases during the Application Period, the capacities in which each such individual is employed by Jefferies and the aggregate number of hours expended by each such individual in these cases. As described more fully below and in Jefferies' Retention Application, it is not the normal practice of Jefferies' non-restructuring professionals to maintain time records, but each such non-restructuring professional who has assisted in this matter during the Application Period is identified in Exhibit "A."

6.      Annexed hereto as Exhibit "B" is a schedule specifying categories of expenses for which Jefferies is seeking reimbursement, and the total amount of expenses requested in each such expense category.

7.      Pursuant to applicable rules and guidelines, a summary of Jefferies' time records for the Application Period is annexed hereto as Exhibit "C." In accordance with the terms of the retention order, Jefferies' Restructuring professionals have kept time records describing generally their daily activities, the identity of persons who performed such tasks and the estimated amount of time expended on each activity on a daily basis. However, as it is not the normal practice of Jefferies' professionals to keep time records for all assignments, it is likely that the Jefferies time records are under-inclusive of time actually expended on these matters. The records presented in this Application represent the expended hours that were recorded. Jefferies has supplemented this information with a list of the non-restructuring group professionals who assisted the restructuring group on this matter but who are not capable of keeping the records in the same manner. It is also likely that this list is also under-inclusive for similar reasons. In addition, apart from the time recording practices described above, Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. For Jefferies to recreate time entries on a project category basis for its restructuring personnel would be unduly burdensome and time-consuming.

8.      Due to the timing of Jefferies' retention, Jefferies has not, to date, submitted any monthly fee statements, and this interim application covers all fee periods from September 1, 2005 to January 31, 2006.

## BACKGROUND

9.      On February 21, 2005, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have since continued to operate their businesses and manage their properties pursuant to sections 1107 and 1108 of the Bankruptcy Code.

10.      On September 30, 2005 the Committee filed the Retention Application, seeking authorization to retain Jefferies as its financial advisor, *nunc pro tunc* to the Petition Date, to perform certain professional services for the Committee as referenced in the Engagement Letter.

11.    On December 28, 2005 the Court entered the Retention Order, approving the *nunc pro tunc* employment and retention of Jefferies as financial advisor to the Committee, and adjourning consideration of other portions of Jefferies' retention application (the "Retention Application").

## JEFFERIES' ACTIVITIES ON BEHALF OF THE COMMITTEE

12.    Jefferies has provided general financial advisory services to the Committee during the Application Period with respect to the reorganization of the Debtors.  In addition to the specific services provided, which are described below ("Summary of Professional Services Rendered During the Compensation Period"), Jefferies assisted the Committee in evaluating potential reorganization structures, which may have included, but not limited to: (i) equity and/or debt financing (ii) a restructuring of all or a substantial portion of the Debtors' obligations (including indebtedness); and/or (iii) a merger with or into, a consolidation with, a sale of all or substantially all of the Debtors' assets to, or an acquisition of all or substantially all of the assets of, another person or group of affiliated persons in a transaction or series of related transactions (including, without limitation, pursuant to a recapitalization, reorganization, merger, stock purchase or otherwise).

## SUMMARY OF PROFESSSIONAL SERVICES RENDERED DURING
## THE APPLICATION  PERIOD

13.    Jefferies was selected by the Committee because of its extensive knowledge and reputation as a restructuring advisor, because of its familiarity with the issues involved in these cases and because the Committee believed that Jefferies possessed the requisite resources and was well qualified to represent the Committee in these cases.  As set forth more fully in the Retention Application, Jefferies has extensive experience in representing official committees in chapter 11 cases, as part of its prominent financial restructurings and bankruptcy expertise.

14.     The services that Jefferies has performed have been substantial and necessary in these chapter 11 cases, and were in the best interest of the Committee, the Debtors' estates, and other parties-in-interest.  The compensation requested by Jefferies for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. These professional services were performed with expedition and in an efficient manner.

15.     During the Application Period Jefferies has dedicated at least 682.5 hours by its professionals to the fact and time intensive and critical issues presented. Throughout the duration of Jefferies' retention by the Committee, Jefferies has staffed the engagement consistent with the Committee's objectives and in a manner that provided for thorough and efficient representation of the interests of the Committee.

16.     During the time period covered by this Application, Jefferies has worked extensively with the Committee, the Committee's legal advisors, the Debtors and Debtors' professionals, and other parties in interest in these chapter 11 cases.  This work has covered a broad variety of financial and operational issues and other matters relevant to these cases and the efforts to negotiate, analyze and implement a chapter 11 plan of the Debtors.  The following summary of services rendered during the Compensation Period is not intended to be a detailed description of the work performed.  Rather, it is an attempt to highlight certain of those areas in which services were rendered to the Committee, as well as to identify some of the problems and issues that Jefferies was required to address.

17.     The following summary highlights the significant categories of services provided by Jefferies throughout these cases.  Detailed descriptions of the day-to-day services provided by Jefferies, and the time expended in performing such services are fully set forth in Exhibit "C".

18.     The following is a summary of the significant professional services rendered by Jefferies during the Compensation Period.

**Diligence, Analysis and Review of the Debtors' Business Plan and Footprint**

- Diligenced and reviewed the Company's Business Plan and Footprint, and analyzed potential alternatives and business efficiencies;

- Performed numerous analyses and scenarios to test the Debtors' Business Plan and underlying assumptions, and to identify additional value potential for the estates;

- Analyzed opportunities to monetize non-core and non-operating assets to improved the Debtors' liquidity or create additional value potential for the estates;

- Analyzed and evaluated other supermarket companies within the industry to determine the validity of the Debtors' Business Plan;

- Evaluated and monitored the Debtors' asset divestitures, as well as analyzed other potential asset divestitures to unlock value.

**Official Committee Meetings and Case Administration**

- Assisted in the creation and presentations of analysis and alternatives for the Committee during meetings;

- Organized and participated in numerous conference calls with the Committee;

- Attended numerous conference calls and meetings with management, and the Debtors' advisors on various activities and other topics, including meetings in Jacksonville, Florida and New York, New York;

- Collaborated with Paul Hastings in numerous internal conference calls and conference calls regarding case status;

- Attended select hearings.

**Monitor and Evaluate Financial Performance**

- Monitored SEC and Bankruptcy Court filings for financial reporting;

- Analyzed and summarized monthly operating reports for the Committee;

- Prepared projections to actual analyses for the benefit of the Committee.

**Court Hearing Preparation**

- Reviewed, refreshed and prepared substantial financial analyses in preparation for the Court hearings;

- Worked with the Committee and Committee's counsel on decisions and strategy regarding critical issues in these Chapter 11 proceedings;

- Worked with the Committee's counsel to address objections filed in connection with the Court.

- Worked with the Committee and Committee's counsel on strategy and other matters related to the disbandment proceedings.

19.    The foregoing professional services performed by Jefferies were necessary and appropriate with Jefferies' obligation and duties to the Committee.  The professional services performed by Jefferies were in the best interest of the Committee, the Debtors' estates, and other parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.  The professional services were performed expeditiously and in an efficient manner.

## ACTUAL AND NECESSARY DISBURSEMENTS OF JEFFERIES

20.    As set forth in Exhibit "B" hereto, Jefferies expended $33,846.52 in out-of-pocket expenses while providing professional services during the Application Period. These charges are intended to cover Jefferies' direct operating costs related to these cases, which costs are not incorporated into Jefferies' aggregate fees.

21.    The time constraints imposed by the circumstances of these cases have required Jefferies' professionals and other employees to devote time during the evenings and on weekends to work on behalf of the Committee.  These extraordinary services were essential to meet deadlines, to respond in a timely fashion to daily inquiries from creditors and other parties-in-interest, and satisfy the demands of the Committee.  While Jefferies has not charged the Committee for any overtime expenses, professionals and other employees of Jefferies who worked late into the evenings or on weekends were reimbursed for their reasonable meal costs and their cost for transportation from the office to home. Jefferies' regular practice is not to include these types of charges in overhead when establishing fees, and

to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the rendition of services.

**NOTICE**

22.    Notice of this Application has been provided to (i) the Office of the United States Trustee for the Middle District of Florida, 135 W. Central Blvd., Suite 690, Orlando, Florida 32801; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, GA 30303; (iv) Laurence B. Appel, Senior Vice President and General Counsel, Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254; (v) counsel for any official committee appointed in these cases; (vi) Linda K. Cooper, Stuart, Maue, Mitchell & James Ltd., 3840 McKelvey Road, St. Louis, Missouri 63044 and (vii) counsel for the agent for the Debtors' post petition secured lenders pursuant to this Court's Interim and Final Orders.  Jefferies submits that no other or further notice need be provided.

**CONCLUSION**

**WHEREFORE**, Jefferies respectfully requests that this Court enter an order: (i) granting interim allowance of all fees and expenses requested in this Application totaling $608,846.52 (representing $575,000.00 in fees and $33,846.52 in actual and necessary expenses) incurred by Jefferies on behalf of the Committee during the Application Period; (ii) authorizing the Committee's payment within ten (10) days of entry of an order approving this Application of all fees and expenses requested in the Application; and (iv) granting such other and further relief as is just and proper.

Dated: New York, New York
~~February~~, 2006

*March 8, 2006*

JEFFERIES & CO., INC.

By: _____
William Q. Derrough
Managing Director and Co-Head, Financial Advisory
Services Group

520 Madison Avenue
New York, NY 20022
(212) 284-2550

Financial Advisor to the Official Committee of
Equity Security Holders

- 10 -

# Exhibit A

# Jefferies & Company, Inc.

## Summary of Hours Worked

### September 1, 2005 - January 31, 2005

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Bill Derrough | Managing Director, Restructuring and Recapitalization Group | 60.75 |
| Tom Carlson | Senior Vice President, Restructuring and Recapitalization Group | 118.75 |
| Adam Keil | Associate, Restructuring and Recapitalization Group | 127.00 |
| Ben Backowski | Analyst, Restructuring and Recapitalization Group | 109.75 |
| Chaz Thomas | Analyst, Restructuring and Recapitalization Group | 209.75 |
| Atishay Chopra | Analyst, Restructuring and Recapitalization Group | 56.50 |
| | **Total** | **682.50** |

Jefferies non-restructuring professionals who participated but do not keep hours:

| | |
|---|---|
| Judy Kester | Associate General Counsel |
| Robert Ming | Vice President, Legal Dept |
| Lloyd Feller | General Counsel |
| Ginna Redding | Co-Director Compliance |
| Rudy Rodriguez | Paralegal |

# Exhibit B

# EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Phone / Fax | $40.02 |
| Accommodations | 2,548.90 |
| Transportation Air | 13,011.60 |
| Transportation Ground | 4,148.46 |
| Meals | 3,510.66 |
| Financial Research | 984.75 |
| Presentation Services | 281.00 |
| Printing Costs | 821.13 |
| Legal Fees | 8,500.00 |
| **Total Disbursements** | **$33,846.52** |

# Winn-Dixie Stores, Inc.

Expenses: September 2005 - January 2006

|  | Post Date | Amount |
|---|---|---|
| **Accomodations** | | |
| THOMAS C CARLSON | 9/15/2005 | $238.70 |
| WILLIAM Q DERROUGH | 9/20/2005 | 233.70 |
| ADAM B. KEIL | 11/1/2005 | 176.76 |
| BENJAMIN P BACKOWSKI | 11/11/2005 | 171.76 |
| CHARLES C. THOMAS | 12/7/2005 | 186.68 |
| ADAM B. KEIL | 12/13/2005 | 134.50 |
| THOMAS C CARLSON | 12/15/2005 | 171.76 |
| WILLIAM Q DERROUGH | 12/22/2005 | 343.52 |
| THOMAS C CARLSON | 1/9/2006 | 176.76 |
| ADAM B. KEIL | 1/11/2006 | 714.76 |
| | | $2,548.90 |
| **Financial Research** | | |
| ALACRA INC | 11/1/2005 | $20.00 |
| PACER SERVICE CENTER | 11/8/2005 | 742.75 |
| GLOBAL SECURITIES INFORMATION | 11/18/2005 | 192.00 |
| REUTERS AMERICA LLC | 12/1/2005 | 30.00 |
| | | $984.75 |
| **Legal Fees** | | |
| LATHAM & WATKINS LLP | 12/3/2005 | $8,500.00 |
| | | $8,500.00 |
| **Meals** | | |
| SEAMLESS WEB PROFESSIONAL | 9/1/2005 | $17.03 |
| ADAM B. KEIL | 9/12/2005 | 4.51 |
| THOMAS C CARLSON | 9/15/2005 | 64.00 |
| SEAMLESS WEB PROFESSIONAL | 9/19/2005 | 142.29 |
| WILLIAM Q DERROUGH | 9/20/2005 | 89.13 |
| SEAMLESS WEB PROFESSIONAL | 9/21/2005 | 125.49 |
| SEAMLESS WEB PROFESSIONAL | 10/1/2005 | 241.99 |
| SEAMLESS WEB PROFESSIONAL | 10/11/2005 | 134.62 |
| SEAMLESS WEB PROFESSIONAL | 10/18/2005 | 108.99 |
| ADAM B. KEIL | 11/1/2005 | 32.41 |
| SEAMLESS WEB PROFESSIONAL | 11/3/2005 | 171.27 |
| SEAMLESS WEB PROFESSIONAL | 11/4/2005 | 120.71 |
| SEAMLESS WEB PROFESSIONAL | 11/7/2005 | 105.11 |
| WILLIAM Q DERROUGH | 11/7/2005 | 147.91 |
| THOMAS C CARLSON | 11/11/2005 | 215.00 |
| SEAMLESS WEB PROFESSIONAL | 11/15/2005 | 48.52 |
| SEAMLESS WEB PROFESSIONAL | 11/21/2005 | 25.87 |
| SEAMLESS WEB PROFESSIONAL | 12/6/2005 | 276.92 |
| CHARLES C. THOMAS | 12/7/2005 | 63.71 |
| THOMAS C CARLSON | 12/15/2005 | 172.19 |
| WILLIAM Q DERROUGH | 12/22/2005 | 57.99 |
| SEAMLESS WEB PROFESSIONAL | 12/23/2005 | 71.82 |
| SEAMLESS WEB PROFESSIONAL | 12/27/2005 | 190.64 |
| THOMAS C CARLSON | 1/9/2006 | 160.60 |
| ADAM B. KEIL | 1/11/2006 | 71.83 |
| SEAMLESS WEB PROFESSIONAL | 1/12/2006 | 558.11 |
| THOMAS C CARLSON | 1/23/2006 | 92.00 |
| | | $3,510.66 |

## Winn-Dixie Stores, Inc.

Expenses: September 2005 - January 2006

| | Post Date | Amount |
|---|---|---|
| **Phone/Fax** | | |
| THOMAS C CARLSON | 9/15/2005 | $2.00 |
| WILLIAM Q DERROUGH | 9/20/2005 | 9.54 |
| THOMAS C CARLSON | 11/11/2005 | 28.48 |
| | | $40.02 |
| **Presentation Services** | | |
| PRESENTATION SERVICES | | $281.00 |
| | | $281.00 |
| **Printing Cost** | | |
| BARTON & BARTON | 9/1/2005 | $821.13 |
| | | $821.13 |
| **Transportation - Air** | | |
| ADAM B. KEIL | 9/12/2005 | $250.40 |
| THOMAS C CARLSON | 9/15/2005 | 1,632.00 |
| WILLIAM Q DERROUGH | 9/20/2005 | 1,632.00 |
| ADAM B. KEIL | 11/1/2005 | 492.73 |
| WILLIAM Q DERROUGH | 11/7/2005 | 120.00 |
| BENJAMIN P BACKOWSKI | 11/11/2005 | 1,011.96 |
| CHARLES C. THOMAS | 12/7/2005 | 986.96 |
| ADAM B. KEIL | 12/13/2005 | 343.81 |
| THOMAS C CARLSON | 12/15/2005 | 738.93 |
| THOMAS C CARLSON | 12/19/2005 | 253.10 |
| WILLIAM Q DERROUGH | 12/22/2005 | 1,013.50 |
| THOMAS C CARLSON | 1/9/2006 | 986.96 |
| ADAM B. KEIL | 1/11/2006 | 1,784.89 |
| THOMAS C CARLSON | 1/23/2006 | 1,764.36 |
| | | $13,011.60 |

## Winn-Dixie Stores, Inc.

Expenses: September 2005 - January 2006

| | Post Date | Amount |
|---|---|---|
| **Transportation - Ground** | | |
| ADAM B. KEIL | 9/12/2005 | $32.00 |
| CHARLES C. THOMAS | 9/15/2005 | 62.00 |
| SKYLINE CREDIT RIDE INC | 9/21/2005 | 100.98 |
| SKYLINE CREDIT RIDE INC | 10/5/2005 | 30.60 |
| WILLIAM Q DERROUGH | 10/7/2005 | 263.64 |
| CHARLES C. THOMAS | 10/18/2005 | 97.00 |
| SKYLINE CREDIT RIDE INC | 10/21/2005 | 217.26 |
| ADAM B. KEIL | 11/1/2005 | 178.45 |
| SKYLINE CREDIT RIDE INC | 11/1/2005 | 127.50 |
| ELY TRANSPORTATION, INC. | 11/3/2005 | 331.63 |
| BENJAMIN P BACKOWSKI | 11/11/2005 | 80.00 |
| SKYLINE CREDIT RIDE INC | 11/14/2005 | 113.22 |
| TOWNCAR, EXECUTIVE CAR & | 11/21/2005 | 133.62 |
| TOWNCAR, EXECUTIVE CAR & | 12/1/2005 | 51.51 |
| CHARLES C. THOMAS | 12/7/2005 | 34.00 |
| EXECUTIVE CARS, INC | 12/7/2005 | 243.22 |
| SKYLINE CREDIT RIDE INC | 12/9/2005 | 59.16 |
| ADAM B. KEIL | 12/13/2005 | 60.32 |
| ELY TRANSPORTATION, INC. | 12/14/2005 | 241.86 |
| CHARLES C. THOMAS | 12/15/2005 | 99.00 |
| SKYLINE CREDIT RIDE INC | 12/16/2005 | 345.27 |
| BENJAMIN P BACKOWSKI | 12/19/2005 | 154.04 |
| WILLIAM Q DERROUGH | 12/22/2005 | 126.00 |
| SKYLINE CREDIT RIDE INC | 1/5/2006 | 137.70 |
| THOMAS C CARLSON | 1/9/2006 | 80.00 |
| ADAM B. KEIL | 1/11/2006 | 328.21 |
| SKYLINE CREDIT RIDE INC | 1/12/2006 | 207.26 |
| TOWNCAR, EXECUTIVE CAR & | 1/17/2006 | 110.01 |
| THOMAS C CARLSON | 1/23/2006 | 103.00 |
| | | $4,148.46 |
| **TOTAL** | | **$33,846.52** |

# Exhibit C

# Winn-Dixie Stores, Inc.

**Restructuring Hours - September 2005 - January 2006**

## I. SUMMARY

| | |
|---|---|
| Derrough; Bill | 60.75 |
| Carlson; Tom | 118.75 |
| Keil; Adam | 127.00 |
| Backowski; Ben | 109.75 |
| Thomas; Chaz | 209.75 |
| Chopra, Atishay | 56.50 |
| **Total Hours** | **682.50** |

## II. DETAILS

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Backowski; Ben | 01-Sep-05 | 0.50 | Review of email from Debtor's Counsel |
| Backowski; Ben | 01-Sep-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Backowski; Ben | 01-Sep-05 | 0.50 | Jefferies team meeting after call |
| Backowski; Ben | 06-Sep-05 | 1.00 | Jefferies team meeting |
| Backowski; Ben | 06-Sep-05 | 1.50 | Prepare due diligence request |
| Backowski; Ben | 07-Sep-05 | 2.00 | Research on Bahamas Supermarkets Subsidiary |
| Backowski; Ben | 09-Sep-05 | 5.00 | Research on Bahamas Supermarkets Subsidiary, WINN General Insurance |
| Backowski; Ben | 09-Sep-05 | 1.50 | Conference call with Ken Thomas |
| Backowski; Ben | 12-Sep-05 | 1.00 | Review of WD news run |
| Backowski; Ben | 14-Sep-05 | 1.00 | Legal document work |
| Backowski; Ben | 14-Sep-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Backowski; Ben | 15-Sep-05 | 1.50 | Review of Motion to disband Equity Committee |
| Backowski; Ben | 16-Sep-05 | 4.00 | Meeting with Debtor FA and counsel |
| Backowski; Ben | 16-Sep-05 | 0.50 | Conference call with Ken Thomas and Paul Hastings |
| Backowski; Ben | 17-Sep-05 | 3.00 | Review of Bank Forecast FY 2006 |
| Backowski; Ben | 23-Sep-05 | 0.50 | Research on select WD warehouse status |
| Backowski; Ben | 27-Sep-05 | 3.00 | Compilation of MOR summary |
| Backowski; Ben | 02-Oct-05 | 1.00 | Review of research on Executive Comp in supermarket industry |
| Backowski; Ben | 03-Oct-05 | 0.50 | Review of WD article |
| Backowski; Ben | 06-Oct-05 | 24.00 | Diligence trip to Jacksonville |
| Backowski; Ben | 07-Oct-05 | 3.00 | Reviewing diligence |
| Backowski; Ben | 08-Oct-05 | 5.00 | Reviewing diligence |
| Backowski; Ben | 09-Oct-05 | 5.00 | Reviewing diligence |
| Backowski; Ben | 10-Oct-05 | 1.00 | Review of cash flow variance reports |
| Backowski; Ben | 11-Oct-05 | 1.00 | Conference call with Ken Thomas and Paul Hastings |
| Backowski; Ben | 11-Oct-05 | 1.00 | Research on shrink |
| Backowski; Ben | 12-Oct-05 | 1.00 | Conference call with WD and Xroads on tax issues |
| Backowski; Ben | 13-Oct-05 | 1.00 | Review of letter to Debtor's Counsel |
| Backowski; Ben | 14-Oct-05 | 1.00 | Due diligence presentation to Committee of Equity Security Holders |
| Backowski; Ben | 17-Oct-05 | 0.75 | Internal call with Jefferies team and Paul Hastings |
| Backowski; Ben | 17-Oct-05 | 1.50 | Jefferies call with XRoads (A. Stevenson) |
| Backowski; Ben | 19-Oct-05 | 1.00 | Review of sales reports |
| Backowski; Ben | 31-Oct-05 | 0.50 | Review of P-3 results sent from Xroads |
| Backowski; Ben | 01-Nov-05 | 1.00 | Review of Debtors' motions |
| Backowski; Ben | 01-Nov-05 | 1.00 | Review of Paul Hastings emails |
| Backowski; Ben | 04-Nov-05 | 0.50 | Review of email from Xroads |
| Backowski; Ben | 05-Nov-05 | 1.00 | Review of due diligence presentation |
| Backowski; Ben | 07-Nov-05 | 0.50 | Review of Paul Hastings email |
| Backowski; Ben | 07-Nov-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Backowski; Ben | 07-Nov-05 | 3.00 | Review of Debtor Business Plan |
| Backowski; Ben | 08-Nov-05 | 2.00 | Valuation work using business plan forecast |
| Backowski; Ben | 09-Nov-05 | 0.50 | Review of sales reports |
| Backowski; Ben | 09-Nov-05 | 1.00 | Review of Paul Hastings email |
| Backowski; Ben | 14-Nov-05 | 1.00 | Review of Hurricane settlement |
| Backowski; Ben | 14-Nov-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Backowski; Ben | 17-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Backowski; Ben | 17-Nov-05 | 8.00 | Valuation work using business plan forecast |

# Winn-Dixie Stores, Inc.

**Restructuring Hours – September 2005 – January 2006**

| | | | |
|---|---|---|---|
| Backowski; Ben | 18-Nov-05 | 6.00 | Valuation work using business plan forecast |
| Backowski; Ben | 22-Nov-05 | 1.00 | Conference call with Paul Hastings |
| Backowski; Ben | 23-Nov-05 | 1.00 | Review of 12wk cash flow |
| Backowski; Ben | 30-Nov-05 | 0.50 | Review of Paul Hastings email |
| Carlson; Tom | 01-Sep-05 | 0.50 | Review of email from Debtor's Counsel |
| Carlson; Tom | 01-Sep-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Carlson; Tom | 01-Sep-05 | 0.50 | Jefferies team meeting after call |
| Carlson; Tom | 05-Sep-05 | 0.50 | Jefferies team meeting to discuss due diligence list |
| Carlson; Tom | 06-Sep-05 | 1.00 | Jefferies team meeting |
| Carlson; Tom | 06-Sep-05 | 0.50 | Review due diligence request list |
| Carlson; Tom | 07-Sep-05 | 0.50 | Review of Bahamas Supermarkets Subsidiary research |
| Carlson; Tom | 09-Sep-05 | 1.50 | Conference call with Ken Thomas |
| Carlson; Tom | 12-Sep-05 | 1.00 | Review of WD news run |
| Carlson; Tom | 14-Sep-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 16-Sep-05 | 4.00 | Meeting with Debtor FA and counsel |
| Carlson; Tom | 16-Sep-05 | 0.50 | Conference call with Ken Thomas and Paul Hastings |
| Carlson; Tom | 30-Sep-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 03-Oct-05 | 0.50 | Review of WD article |
| Carlson; Tom | 06-Oct-05 | 24.00 | Diligence trip to Jacksonville |
| Carlson; Tom | 10-Oct-05 | 0.50 | Review of cash flow variance reports |
| Carlson; Tom | 11-Oct-05 | 1.00 | Conference call with Ken Thomas and Paul Hastings |
| Carlson; Tom | 12-Oct-05 | 1.00 | Conference call with WD and Xroads on tax issues |
| Carlson; Tom | 13-Oct-05 | 1.00 | Review of letter to Debtor's Counsel |
| Carlson; Tom | 17-Oct-05 | 0.75 | Internal call with Jefferies team and Paul Hastings |
| Carlson; Tom | 17-Oct-05 | 1.50 | Jefferies call with XRoads (A. Stevenson) |
| Carlson; Tom | 27-Oct-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Carlson; Tom | 28-Oct-05 | 1.50 | Internal call with Jefferies team and Paul Hastings |
| Carlson; Tom | 01-Nov-05 | 1.00 | Review of Debtors' motions |
| Carlson; Tom | 01-Nov-05 | 1.00 | Review of Paul Hastings emails |
| Carlson; Tom | 05-Nov-05 | 0.50 | Review of due diligence presentation |
| Carlson; Tom | 07-Nov-05 | 0.50 | Review of Paul Hastings email |
| Carlson; Tom | 07-Nov-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 07-Nov-05 | 3.00 | Review of Debtor Business Plan |
| Carlson; Tom | 09-Nov-05 | 6.00 | Meeting in Jacksonville with WD, Blackstone, HLHZ |
| Carlson; Tom | 09-Nov-05 | 1.00 | Review of Paul Hastings email |
| Carlson; Tom | 10-Nov-05 | 24.00 | Meeting in Jacksonville with Debtor and Debtors professionals |
| Carlson; Tom | 14-Nov-05 | 1.00 | Review of Hurricane settlement |
| Carlson; Tom | 14-Nov-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 17-Nov-05 | 2.00 | WD insurance summary to Committee |
| Carlson; Tom | 17-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 21-Nov-05 | 0.75 | Conference call with Paul Hastings |
| Carlson; Tom | 22-Nov-05 | 1.00 | Conference call with Paul Hastings |
| Carlson; Tom | 28-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 30-Nov-05 | 0.50 | Review of Paul Hastings email |
| Carlson; Tom | 02-Dec-05 | 0.50 | Review of Paul Hastings email |
| Carlson; Tom | 05-Dec-05 | 0.50 | Review of Paul Hastings email |
| Carlson; Tom | 06-Dec-05 | 1.00 | Conference call with Paul Hastings re: UST call |
| Carlson; Tom | 07-Dec-05 | 1.25 | Conference call with Paul Hastings and UST |
| Carlson; Tom | 07-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 12-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 16-Dec-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Carlson; Tom | 16-Dec-05 | 1.00 | Review of Valuation work |
| Carlson; Tom | 20-Dec-05 | 2.00 | Review of value drivers presentation |
| Carlson; Tom | 27-Dec-05 | 1.00 | Review of value drivers presentation |
| Carlson; Tom | 27-Dec-05 | 1.00 | Internal Call to discuss presentation |
| Carlson; Tom | 12-Jan-06 | 1.00 | Review of Scenario Analysis |
| Carlson; Tom | 12-Jan-06 | 1.00 | Jefferies Internal Call |
| Carlson; Tom | 13-Jan-06 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Carlson; Tom | 13-Jan-06 | 0.50 | Valuation discussion |
| Carlson; Tom | 13-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Carlson; Tom | 23-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Carlson; Tom | 24-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |

# Winn-Dixie Stores, Inc.

Restructuring Hours - September 2005 - January 2006

| | | | |
|---|---|---|---|
| Carlson; Tom | 27-Jan-06 | 2.00 | Review of Paul Hastings Email |
| Carlson; Tom | 30-Jan-06 | 1.00 | Call with Paul Hastings relating to court strategy |
| Carlson; Tom | 31-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Chopra, Atishay | 12-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Chopra, Atishay | 14-Dec-05 | 3.00 | Valuation work for Equity Committee |
| Chopra, Atishay | 16-Dec-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Chopra, Atishay | 16-Dec-05 | 3.00 | Valuation work for Equity Committee |
| Chopra, Atishay | 17-Dec-05 | 10.00 | Debtor Model and valuation work |
| Chopra, Atishay | 18-Dec-05 | 12.00 | Debtor Model and valuation work |
| Chopra, Atishay | 27-Dec-05 | 1.00 | Internal Call to discuss presentation |
| Chopra, Atishay | 27-Dec-05 | 7.00 | Work on value drivers presentation and model |
| Chopra, Atishay | 08-Jan-06 | 2.00 | Review of MOR and Weekly Sales presentations |
| Chopra, Atishay | 10-Jan-06 | 2.00 | Internal meeting to finalize Value Drivers Presentation |
| Chopra, Atishay | 10-Jan-06 | 1.00 | Finalized Value Drivers Presentation |
| Chopra, Atishay | 12-Jan-06 | 4.00 | Scenario Analysis on exit |
| Chopra, Atishay | 12-Jan-06 | 1.00 | Jefferies Internal Call |
| Chopra, Atishay | 13-Jan-06 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Chopra, Atishay | 13-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Chopra, Atishay | 23-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Chopra, Atishay | 24-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Chopra, Atishay | 27-Jan-06 | 2.00 | Review of Paul Hastings Email |
| Chopra, Atishay | 31-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Derrough; Bill | 01-Sep-05 | 0.50 | Review of email from Debtor's Counsel |
| Derrough; Bill | 01-Sep-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Derrough; Bill | 01-Sep-05 | 0.50 | Jefferies team meeting after call |
| Derrough; Bill | 06-Sep-05 | 1.00 | Jefferies team meeting |
| Derrough; Bill | 06-Sep-05 | 0.50 | Review due diligence request list |
| Derrough; Bill | 12-Sep-05 | 1.00 | Review of WD news run |
| Derrough; Bill | 16-Sep-05 | 4.00 | Meeting with Debtor FA and counsel |
| Derrough; Bill | 30-Sep-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Derrough; Bill | 03-Oct-05 | 0.50 | Review of WD article |
| Derrough; Bill | 13-Oct-05 | 1.00 | Review of letter to Debtor's Counsel |
| Derrough; Bill | 27-Oct-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Derrough; Bill | 01-Nov-05 | 1.00 | Review of Debtors' motions |
| Derrough; Bill | 01-Nov-05 | 1.00 | Review of Paul Hastings emails |
| Derrough; Bill | 05-Nov-05 | 0.50 | Review of due diligence presentation |
| Derrough; Bill | 07-Nov-05 | 0.50 | Review of Paul Hastings email |
| Derrough; Bill | 07-Nov-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Derrough; Bill | 07-Nov-05 | 3.00 | Review of Debtor Business Plan |
| Derrough; Bill | 09-Nov-05 | 1.00 | Review of Paul Hastings email |
| Derrough; Bill | 10-Nov-05 | 24.00 | Meeting in Jacksonville with Debtor and Debtors professionals |
| Derrough; Bill | 14-Nov-05 | 1.00 | Review of Hurricane settlement |
| Derrough; Bill | 14-Nov-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Derrough; Bill | 30-Nov-05 | 0.50 | Review of Paul Hastings email |
| Derrough; Bill | 02-Dec-05 | 0.50 | Review of Paul Hastings email |
| Derrough; Bill | 05-Dec-05 | 0.50 | Review of Paul Hastings email |
| Derrough; Bill | 06-Dec-05 | 1.00 | Conference call with Paul Hastings re: UST call |
| Derrough; Bill | 07-Dec-05 | 1.25 | Conference call with Paul Hastings and UST |
| Derrough; Bill | 10-Jan-06 | 2.00 | Internal meeting to finalize Value Drivers Presentation |
| Derrough; Bill | 13-Jan-06 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Derrough; Bill | 13-Jan-06 | 0.50 | Valuation discussion |
| Derrough; Bill | 13-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Derrough; Bill | 23-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Derrough; Bill | 27-Jan-06 | 2.00 | Review of Paul Hastings Email |
| Derrough; Bill | 31-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Keil; Adam | 01-Sep-05 | 0.50 | Review of email from Debtor's Counsel |
| Keil; Adam | 01-Sep-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Keil; Adam | 01-Sep-05 | 0.50 | Jefferies team meeting after call |
| Keil; Adam | 05-Sep-05 | 0.50 | Jefferies team meeting to discuss due diligence list |
| Keil; Adam | 06-Sep-05 | 1.00 | Jefferies team meeting |
| Keil; Adam | 06-Sep-05 | 0.50 | Review due diligence request list |
| Keil; Adam | 07-Sep-05 | 0.50 | Review of Bahamas Supermarkets Subsidiary research |

# Winn-Dixie Stores, Inc.

**Restructuring Hours – September 2005 – January 2006**

| Name | Date | Hours | Description |
|---|---|---|---|
| Keil; Adam | 09-Sep-05 | 1.50 | Conference call with Ken Thomas |
| Keil; Adam | 12-Sep-05 | 1.00 | Review of WD news run |
| Keil; Adam | 14-Sep-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 17-Sep-05 | 3.00 | Review of Bank Forecast FY 2006 |
| Keil; Adam | 30-Sep-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 02-Oct-05 | 0.50 | Review of research on Executive Comp in supermarket industry |
| Keil; Adam | 03-Oct-05 | 0.50 | Review of WD article |
| Keil; Adam | 06-Oct-05 | 24.00 | Diligence trip to Jacksonville |
| Keil; Adam | 08-Oct-05 | 1.00 | Reviewing diligence |
| Keil; Adam | 10-Oct-05 | 1.00 | Review of cash flow variance reports |
| Keil; Adam | 11-Oct-05 | 1.00 | Conference call with Ken Thomas and Paul Hastings |
| Keil; Adam | 12-Oct-05 | 1.00 | Conference call with WD and Xroads on tax issues |
| Keil; Adam | 13-Oct-05 | 1.00 | Review of letter to Debtor's Counsel |
| Keil; Adam | 19-Oct-05 | 0.50 | Review of sales reports |
| Keil; Adam | 27-Oct-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Keil; Adam | 28-Oct-05 | 1.50 | Internal call with Jefferies team and Paul Hastings |
| Keil; Adam | 01-Nov-05 | 1.00 | Review of Debtors' motions |
| Keil; Adam | 01-Nov-05 | 1.00 | Review of Paul Hastings emails |
| Keil; Adam | 04-Nov-05 | 0.50 | Review of Xroads email |
| Keil; Adam | 05-Nov-05 | 1.00 | Review of due diligence presentation |
| Keil; Adam | 07-Nov-05 | 0.50 | Review of Paul Hastings email |
| Keil; Adam | 07-Nov-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 07-Nov-05 | 3.00 | Review of Debtor Business Plan |
| Keil; Adam | 09-Nov-05 | 6.00 | Meeting in Jacksonville with WD, Blackstone, HLHZ |
| Keil; Adam | 09-Nov-05 | 1.00 | Review of Paul Hastings email |
| Keil; Adam | 10-Nov-05 | 24.00 | Meeting in Jacksonville with Debtor and Debtors professionals |
| Keil; Adam | 14-Nov-05 | 1.00 | Review of Hurricane settlement |
| Keil; Adam | 14-Nov-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 17-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 21-Nov-05 | 2.00 | Review of valuation work |
| Keil; Adam | 21-Nov-05 | 0.75 | Conference call with Paul Hastings |
| Keil; Adam | 22-Nov-05 | 1.00 | Conference call with Paul Hastings |
| Keil; Adam | 23-Nov-05 | 1.00 | Review of 12wk cash flow |
| Keil; Adam | 28-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 30-Nov-05 | 0.50 | Review of Paul Hastings email |
| Keil; Adam | 02-Dec-05 | 0.50 | Review of Paul Hastings email |
| Keil; Adam | 05-Dec-05 | 0.50 | Review of Paul Hastings email |
| Keil; Adam | 06-Dec-05 | 1.00 | Conference call with Paul Hastings re: UST call |
| Keil; Adam | 07-Dec-05 | 1.25 | Conference call with Paul Hastings and UST |
| Keil; Adam | 07-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 12-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 14-Dec-05 | 2.00 | Review of Valuation work |
| Keil; Adam | 16-Dec-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Keil; Adam | 16-Dec-05 | 1.00 | Review of Valuation work |
| Keil; Adam | 18-Dec-05 | 2.00 | Review of Model |
| Keil; Adam | 19-Dec-05 | 2.00 | Review of value drivers presentation |
| Keil; Adam | 27-Dec-05 | 1.00 | Review of value drivers presentation |
| Keil; Adam | 27-Dec-05 | 1.00 | Internal Call to discuss presentation |
| Keil; Adam | 27-Dec-05 | 1.00 | Review of value drivers presentation |
| Keil; Adam | 09-Jan-06 | 1.00 | Review of MOR and Weekly Sales presentations |
| Keil; Adam | 10-Jan-06 | 2.00 | Internal meeting to finalize Value Drivers Presentation |
| Keil; Adam | 12-Jan-06 | 1.00 | Jefferies Internal Call |
| Keil; Adam | 13-Jan-06 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Keil; Adam | 13-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Keil; Adam | 23-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Keil; Adam | 24-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Keil; Adam | 27-Jan-06 | 2.00 | Review of Paul Hastings Email |
| Keil; Adam | 27-Jan-06 | 2.00 | Research on recent grocery chain sale |
| Keil; Adam | 31-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Thomas; Chaz | 01-Sep-05 | 0.50 | Review of email from Debtor's Counsel |
| Thomas; Chaz | 01-Sep-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Thomas; Chaz | 01-Sep-05 | 0.50 | Jefferies team meeting after call |

# Winn-Dixie Stores, Inc.

**Restructuring Hours – September 2005 – January 2006**

| | | | |
|---|---|---|---|
| Thomas; Chaz | 05-Sep-05 | 0.50 | Jefferies team meeting to discuss due diligence list |
| Thomas; Chaz | 06-Sep-05 | 1.00 | Jefferies team meeting |
| Thomas; Chaz | 06-Sep-05 | 1.50 | Prepare due diligence request |
| Thomas; Chaz | 07-Sep-05 | 2.00 | Research on Bahamas Supermarkets Subsidiary |
| Thomas; Chaz | 09-Sep-05 | 5.00 | Research on Bahamas Supermarkets Subsidiary, WINN General Insurance |
| Thomas; Chaz | 09-Sep-05 | 0.50 | Analysis work on Bahamas Supermarkets Subsidiary |
| Thomas; Chaz | 09-Sep-05 | 1.50 | Conference call with Ken Thomas |
| Thomas; Chaz | 12-Sep-05 | 1.00 | Review of WD news run |
| Thomas; Chaz | 13-Sep-05 | 4.00 | Research on requests from Equity Committee |
| Thomas; Chaz | 14-Sep-05 | 1.50 | Research on diligence requests for Skadden meeting |
| Thomas; Chaz | 15-Sep-05 | 1.50 | Review of Motion to disband Equity Committee |
| Thomas; Chaz | 16-Sep-05 | 4.00 | Meeting with Debtor FA and counsel |
| Thomas; Chaz | 16-Sep-05 | 0.50 | Conference call with Ken Thomas and Paul Hastings |
| Thomas; Chaz | 17-Sep-05 | 3.00 | Review of Bank Forecast FY 2006 |
| Thomas; Chaz | 23-Sep-05 | 1.00 | Research on select WD warehouse status |
| Thomas; Chaz | 27-Sep-05 | 3.00 | Compilation of MOR summary |
| Thomas; Chaz | 30-Sep-05 | 1.00 | Research on diligence requests from conference call |
| Thomas; Chaz | 02-Oct-05 | 2.00 | Research on Executive Comp in supermarket industry |
| Thomas; Chaz | 03-Oct-05 | 0.50 | Review of WD article |
| Thomas; Chaz | 07-Oct-05 | 1.00 | Reviewing diligence |
| Thomas; Chaz | 08-Oct-05 | 2.00 | Reviewing diligence |
| Thomas; Chaz | 09-Oct-05 | 3.00 | Reviewing diligence |
| Thomas; Chaz | 10-Oct-05 | 1.00 | Review of cash flow variance reports |
| Thomas; Chaz | 11-Oct-05 | 1.00 | Conference call with Ken Thomas and Paul Hastings |
| Thomas; Chaz | 11-Oct-05 | 2.00 | Research on shrink |
| Thomas; Chaz | 12-Oct-05 | 1.00 | Conference call with WD and Xroads on tax issues |
| Thomas; Chaz | 12-Oct-05 | 1.00 | Presentation on tax issues |
| Thomas; Chaz | 13-Oct-05 | 1.00 | Review of letter to Debtor's Counsel |
| Thomas; Chaz | 14-Oct-05 | 1.00 | Due diligence presentation to Committee of Equity Security Holders |
| Thomas; Chaz | 17-Oct-05 | 0.75 | Internal call with Jefferies team and Paul Hastings |
| Thomas; Chaz | 17-Oct-05 | 1.50 | Jefferies call with XRoads (A. Stevenson) |
| Thomas; Chaz | 19-Oct-05 | 1.00 | Review of sales reports |
| Thomas; Chaz | 25-Oct-05 | 0.50 | Update information for Paul Hastings |
| Thomas; Chaz | 27-Oct-05 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Thomas; Chaz | 28-Oct-05 | 1.50 | Internal call with Jefferies team and Paul Hastings |
| Thomas; Chaz | 31-Oct-05 | 0.50 | Review of P-3 results sent from Xroads |
| Thomas; Chaz | 01-Nov-05 | 1.00 | Review of Debtors' motions |
| Thomas; Chaz | 01-Nov-05 | 1.00 | Review of Paul Hastings emails |
| Thomas; Chaz | 04-Nov-05 | 0.50 | Review of Xroads email |
| Thomas; Chaz | 05-Nov-05 | 1.00 | Review of due diligence presentation |
| Thomas; Chaz | 07-Nov-05 | 0.50 | Review of Paul Hastings email |
| Thomas; Chaz | 07-Nov-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 07-Nov-05 | 3.00 | Review of Debtor Business Plan |
| Thomas; Chaz | 09-Nov-05 | 0.50 | Review of sales reports |
| Thomas; Chaz | 09-Nov-05 | 1.00 | Review of Paul Hastings email |
| Thomas; Chaz | 10-Nov-05 | 24.00 | Meeting in Jacksonville with Debtor and Debtors professionals |
| Thomas; Chaz | 14-Nov-05 | 1.00 | Review of Hurricane settlement |
| Thomas; Chaz | 14-Nov-05 | 2.00 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 17-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 17-Nov-05 | 10.00 | Valuation work using business plan forecast |
| Thomas; Chaz | 18-Nov-05 | 6.00 | Valuation work using business plan forecast |
| Thomas; Chaz | 21-Nov-05 | 4.00 | Valuation work using business plan forecast |
| Thomas; Chaz | 21-Nov-05 | 0.75 | Conference call with Paul Hastings |
| Thomas; Chaz | 22-Nov-05 | 1.00 | Conference call with Paul Hastings |
| Thomas; Chaz | 23-Nov-05 | 1.00 | Review of 12wk cash flow |
| Thomas; Chaz | 26-Nov-05 | 4.00 | Valuation work using business plan forecast |
| Thomas; Chaz | 27-Nov-05 | 4.00 | Valuation work using business plan forecast |
| Thomas; Chaz | 28-Nov-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 30-Nov-05 | 0.50 | Review of Paul Hastings email |
| Thomas; Chaz | 02-Dec-05 | 0.50 | Review of Paul Hastings email |
| Thomas; Chaz | 03-Dec-05 | 6.00 | Supermarket Bankruptcy research |
| Thomas; Chaz | 05-Dec-05 | 0.50 | Review of Paul Hastings email |

# Winn-Dixie Stores, Inc.

**Restructuring Hours – September 2005 – January 2006**

| | | | |
|---|---|---|---|
| Thomas; Chaz | 05-Dec-05 | 7.00 | Supermarket Bankruptcy research / liquidity analysis |
| Thomas; Chaz | 06-Dec-05 | 1.00 | Conference call with Paul Hastings re: UST call |
| Thomas; Chaz | 07-Dec-05 | 1.25 | Conference call with Paul Hastings and UST |
| Thomas; Chaz | 07-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 12-Dec-05 | 1.00 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 14-Dec-05 | 6.00 | Valuation work for Equity Committee |
| Thomas; Chaz | 16-Dec-05 | 1.50 | Conference call with Equity Committee and Paul Hastings |
| Thomas; Chaz | 16-Dec-05 | 3.00 | Valuation work for Equity Committee |
| Thomas; Chaz | 17-Dec-05 | 10.00 | Debtor Model and valuation work |
| Thomas; Chaz | 18-Dec-05 | 12.00 | Debtor Model and valuation work |
| Thomas; Chaz | 27-Dec-05 | 1.00 | Internal Call to discuss presentation |
| Thomas; Chaz | 27-Dec-05 | 5.00 | Work on value drivers presentation |
| Thomas; Chaz | 03-Jan-06 | 3.00 | Review of December MOR/Weekly Sales Summary.Update of MOR summary |
| Thomas; Chaz | 09-Jan-06 | 5.00 | Work relating to fee application |
| Thomas; Chaz | 10-Jan-06 | 2.00 | Internal meeting to finalize Value Drivers Presentation |
| Thomas; Chaz | 10-Jan-06 | 1.00 | Finalized Value Drivers Presentation |
| Thomas; Chaz | 12-Jan-06 | 2.00 | Scenario Analysis on exit |
| Thomas; Chaz | 12-Jan-06 | 1.00 | Jefferies Internal Call |
| Thomas; Chaz | 13-Jan-06 | 1.00 | Internal call with Jefferies team and Paul Hastings |
| Thomas; Chaz | 13-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Thomas; Chaz | 23-Jan-06 | 0.50 | Review of Paul Hastings Email |
| Thomas; Chaz | 24-Jan-06 | 2.00 | Conference call with Equity Committee and Paul Hastings re: disbandment |
| Thomas; Chaz | 27-Jan-06 | 2.00 | Review of Paul Hastings Email |
| Thomas; Chaz | 27-Jan-06 | 3.00 | Research on recent grocery chain sale |
| Thomas; Chaz | 31-Jan-06 | 0.50 | Review of Paul Hastings Email |
| **Total** | | **682.50** | |