B210
(12/04)

# United States Bankruptcy Court

___Middle___ District Of ___Florida___

In re ___Winn-Dixie Stores, Inc.___,   Case No. 05-03817-3F1

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Henry J. Sawicki, III, Trustee | Sawicki Realty Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent
Sawicki Realty Co.
Henry J. Sawicki, III, President
118 W. Wayne St., Maumee, OH  43537
Phone: _____
Last Four Digits of Acct #: _____

Court Record Address of Transferor
(Court Use Only)


Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above)



Phone: _____

Last Four Digits of Acct #: _____

Name and Current Address of Transferor
Sawicki Realty Co.
118 W. Wayne St.
Maumee, OH  43537
Phone: _____

Last Four Digits of Acct #: _____

Court Claim # (if known): __11981__
Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___, Attorney or agent     Date: __4/14/06__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                        _____
                                        **CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   Bankruptcy Court, Middle District of Florida


SAWICKI REALTY CO., in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Sale and Assignment of Claim Agreement by and between Sawicki Realty Co. and Henry J. Sawicki, III, Trustee of 118 W. Wayne Street, Maumee, OH 43537, dated January 13, 2006, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Henry J. Sawicki, III, Trustee, other than for security, all of its rights, title and interest in and to the Claim(s) it has against Winn Dixie Stores, Inc. and Winn Dixie Montgomery, Inc. f/k/a Winn Dixie Louisiana, Inc. (collectively herein "Winn Dixie") related to or arising out of that certain Lease Agreement as hereinafter described and the Guaranty as hereinafter described.

The Lease is dated March 1, 1996 and was supplemented April 11, 1997 and further amended February, 1999 by and between Winn-Dixie Louisiana, Inc. (Winn Dixie Montgomery, Inc.) as Tenant and Pinhook Limited Partnership as original Landlord, the "Lease". The performance of all duties of Winn Dixie Louisiana, Inc. under the Lease including, without limitation, the payment of all rentals was guarantied by Winn Dixie Stores, Inc. pursuant to a Guaranty document dated March 25, 1996 (the "Guaranty"). Landlord's interest in said Lease and Guaranty were assigned to New York Life Insurance Company pursuant to an Assignment and Assumption of Lease dated May 22, 1997 and recorded as Instrument No. 97-017491 in the records of Lafayette Clerk of Court, Louisiana. New York Life Insurance Company assigned its interest in the Lease and Guaranty to WD Lafayette, LLC, pursuant to an Assignment and Assumption of Lease dated October 22, 1998 and recorded as Instrument No. 98-04719 in the records of Lafayette Clerk of Court, Louisiana. WD Lafayette, LLC subsequently assigned its interest in the Lease and Guaranty to Sawicki Realty, Co.

Seller represents and warrants that it is the owner of the claims and has not previously conveyed or otherwise encumbered such rights. Seller makes no other representations or warranties as to such claims.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Henry J. Sawicki, III, Trustee as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notice an other communications, in respect to the Claim to Henry J. Sawicki, III, Trustee.

IN WITNESS HEREOF, dated the __9__ of March, 2006

SAWICKI REALTY CO.
(Transferor)

By: _____

Print Name: Henry J. Sawicki, III

Its: President


_____
(Transferee)

Print Name:   Henry J. Sawicki, III, Trustee
              118 W. Wayne Street
              Maumee, OH  43537

P:\DOCS\00183\14385\DOC\D24939.DOC