**HEARING DATE: April 20, 2006 at 1:00 p.m.**
**RESPONSE DEADLINE: April 14, 2006 @ 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*,   : | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ----------------------------------------------------------------x | | |

**RESPONSE AND OBJECTION OF SPCP GROUP, L.L.C. TO DEBTORS'
SEVENTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS (Docket # 6620)**

SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver

Point Capital Offshore Fund, Ltd. (collectively, "SPCP Group"), as assignee of Mattel Sales

Corp. ("Mattel"), by its undersigned counsel, hereby submits this Response and Objection (the

"SPCP Group Response") to the above captioned debtors and debtors-in-possession

(collectively, the "Debtors") Debtors' Seventh Omnibus Objection to Overstated Claims (the

"Objection"), as such Objection relates to Claim No. 4861.[1]  In support of the SPCP Group

Response, SPCP Group respectfully represents as follows:

**BACKGROUND**

1.        On February 21, 2005 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of title 11 o f the United States Code, 11 U.S.C. §§

101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly

administered for procedural purposes only.

---

[1]        The deadline to file responses to the Objection was initially set for April 10, 2006 at 4:00 pm (Eastern).
The Debtors extended SPCP's time to submit a response to the Objection until April 14, 2006 at 4:00 pm (Eastern).

2.      On or about June 25, 2005, Mattel filed a proof of claim against Winn-Dixie Procurement, Inc., designated by the Debtors' claims agent as Claim No. 4861, in the amount of $478,743.60 ("Claim No. 4861", a copy of which is attached hereto as Exhibit "A"). In addition, annexed to Claim No. 4861 are copies of the various unpaid invoices for goods sold and delivered to the Debtors, without objection and without incident, which make up and support the amount of Claim No. 4861 (collectively, the "Supporting Claim Documents").

3.      Pursuant to a duly executed assignment of claim agreement, Mattel transferred and assigned all of its right, title and interest in and to Claim No. 4861 to SPCP Group.

4.      On July 29, 2005 SPCP Group filed with the Bankruptcy Court a Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) and an Evidence of Transfer of Claim, as executed by Mattel (*Docket #2636)*, evidencing the transfer of Claim No. 4861 to SPCP Group.

5.      On or about March 21, 2006, the Debtors file the Objection, in which the Debtors sought to, *inter alia,* reduce the amount of Claim No. 4861 from $478,743.60 to $369,724.11.

**THE COURT SHOULD DENY THE RELIEF SOUGHT
IN THE CLAIMS OBJECTION AS IT RELATES TO CLAIM 4861
AND SUSTAIN THE SPCP GROUP RESPONSE**

6.      As evidenced by the Supporting Claims Documents, as of the Petition Date, the Debtors had outstanding unpaid invoices due and owing to Mattel, in the aggregate amount of $478,743.60. The only basis asserted for the reduction in the amount of the claim that is asserted by the Debtors are: (a) an alleged $70,957.80 Accounts Receivable Credit; and (b) an alleged $38,061.69 Account Receivable Balance (collectively, the "Debtors' Asserted Reductions"). The Debtors have recently provided supporting documentation regarding the

Debtors' Asserted Reductions, which SPCP and Mattel are reviewing and attempting to reconcile and validate.  However, as of the filing of the SPCP Group Response, SPCP and Mattel have not yet completed said review.  To the extent that SPCP and Mattel reconcile the amount of Claim No. 4861, SPCP and Mattel will withdraw or modify the SPCP Group Response as appropriate.

7.    Pending SPCP's and Mattel's review and reconciliation of the Debtors' documentation and the Debtors' Asserted Reductions, SPCP Group requests that Court deny the Claims Objection as it relates to Claim No. 4861, or alternatively, adjourn the hearing on the Objection, as it related to Claim No. 4861 for thirty (30) days to enable SPCP and Matter to complete their review and reconciliation.  .

WHEREFORE, for the foregoing reasons, SPCP Group respectfully submits that the Court should issue and enter an order (i) denying the Claims Objection as it relates to Claim No. 4861 and allow Claim No. 4861 as an allowed general unsecured claim against the Debtors in the amount of $478,743.60; or (ii) alternatively, adjourn the hearing on the Objection, as it relates to Claim No. 4861 for thirty (30) days, so as to enable SPCP and Mattel to review and reconcile the Debtors' documentation in support of the Debtors' Asserted Reductions; and (iii) granting SPCP Group such other and further relief as is just and proper.

Dated: New York, New York
      April 14, 2006

                              TRAUB, BONACQUIST & FOX LLP
                              Counsel to SPCP Group

                              By:/s/ Maura I. Russell_____
                                    Paul Traub (PT 3752)
                                    Maura I. Russell (MR 1178)
                                    Traub, Bonacquist & Fox LLP
                                    655 Third Avenue – 21st Floor
                                    New York, New York 10017
                                    Tel:  (212) 476-4770

# EXHIBIT "A"

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

| Name of Debtor Against Which You Assert Your Claim<br>Debtor Name  **Winn-Dixie Procurement, Inc.**   Case No **05-03838-3F1**<br>(See List of Names and Case Numbers on Reverse Side) | DEBTOR. WINN - DIXIE STORES, INC<br>US BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | (310) 252-4223 | **CLAIM NO.: 4861** |
|---|---|---|

Creditor ID WDX-255777B1-12   *407645*
Mattel Toys
aka Mattel Sales Corp.
333 Continental Blvd.
El Segundo, CA  90245-5012

Telephone No of Creditor **(310) 252-4223**
Fax No of Creditor **(310) 252-5105**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

| B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above. ☐ additional address<br>Name  **Kathleen Simpson-Taylor  Mail Stop M1-1201**<br>Company/Firm  **Mattel, Inc.**<br>Address  **333 Continental Blvd.**<br>**El Segundo, CA  90245-5012** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☒ Check box if you have never received any notices in this case | If an amount is identified above, you have a claim scheduled by the Debtor as shown.  If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS  If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |
|---|---|---|

| Account or Other Number by Which Creditor Identifies Debtor    **5137** | Check here if this claim<br>☐ replaces  ☐ amends      a previously filed claim, dated |
|---|---|

| 1 Basis for Claim<br>☒ Goods sold to debtor(s)<br>☐ Services performed for debtor(s)<br>☐ Goods purchased from debtor(s)<br>☐ Money loaned<br>☐ Personal injury/property damage<br>☐ Other | ☐ Taxes<br>☐ Severance agreement<br>☐ Refund<br>☐ Real property lease<br>☐ Personal property lease<br>☐ Other contract | ☐ Retiree benefits as defined in 11 U S C § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SSN<br>Unpaid compensation for services performed from<br>_____ to _____<br>(date)          (date) |
|---|---|---|

| 2 Date debt was incurred<br>**9/20/04 thru 2/14/05** | 3 If claim is based on a Court Judgment, date obtained |
|---|---|

4. Total Amount of Claim at Time Case Filed    $**478,743.60**    $ **0**    $ **0**    $**478,743.60**
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges

| 5  Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief description of Collateral<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____<br><br>Value of Collateral $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any $_____<br><br>6 Unsecured Nonpriority Claim $ **478,743.60**<br>☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | 7  Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br><br>Amount entitled to priority $_____<br>Specify the priority of the claim<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)<br>☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4)<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)<br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)<br>☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
|---|---|

| 8  Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9.  Supporting Documents  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary<br>10  Date-Stamped Copy  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space Is For Court Use Only |
|---|---|

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice |
|---|---|
| **6/27/05** | Print  **Kathleen Simpson-Taylor** Title  **Vice President, Finance**<br>Signature  *Kathleen Simpson Taylor* |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

# WINN DIXIE STORES, INC. ET AL
## PRE-PETITION AMOUNTS OWED TO MATTEL
### CASE 05-03817-3FI

| Description | Doc. Number | P.O. | Date | Due Date | Amount Due | Cust. Reference | Credit Memo Reason |
|---|---|---|---|---|---|---|---|
| Invoice | 4339605 | 537493 | 11/19/04 | 1/18/05 | $776.16 | 100E | |
| Invoice | 4383884 | 544556 | 12/15/04 | 2/12/05 | $91,847.80 | 400E | |
| Invoice | 4385387 | 544572 | 12/16/04 | 2/13/05 | $108,231.20 | 100E | |
| Invoice | 4410160 | 559487 | 12/28/04 | 2/26/05 | $48,924.00 | 100E | |
| Invoice | 4410626 | 559488 | 12/28/04 | 2/26/05 | $52,488.00 | 400E | |
| Invoice | 4414777 | 475959 | 12/31/04 | 2/28/05 | $32,628.96 | 400E | |
| Invoice | 4414801 | 475961 | 12/31/04 | 3/1/05 | $42,194.88 | 100E | |
| Invoice | 5015890 | 579542 | 1/26/05 | 3/27/05 | $54,260.40 | 100E | |
| Invoice | 5016442 | 579540 | 1/25/05 | 3/26/05 | $55,249.20 | 400E | |
| Invoice | 5016443 | 608519 | 1/25/05 | 3/26/05 | $4,820.40 | 400E | |
| Total Invoices | | | | | $491,421.00 | | |
| | | | | | | | |
| Credit Memo | 826774 | | 9/20/04 | 9/20/04 | ($77.40) | 4172649 | GOOD RETURN |
| Credit Memo | 699949 | | 12/16/04 | 12/16/04 | ($90.00) | 4336960 | GOOD RETURN |
| Credit Memo | 94415 | | 2/14/05 | 2/14/05 | ($390.00) | 4383884 | GOOD RETURN |
| Credit Memo | 94813 | | 2/14/05 | 2/14/05 | ($12,120.00) | 4383884 | GOOD RETURN |
| Total Credit Memos | | | | | ($12,677.40) | | |

**Net Owed to Mattel**      $478,743.60

# INVOICE

ALL SHIPMENTS F O B. OUR FACTORY

**Mattel**

PLEASE MAIL YOUR PAYMENT TO
Mattel (D-U-N-S 00-828-6643)
Reference no: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

MAIL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO WINN DIXIE / JACKSONVILLE
5050 Edgewood Court
Jacksonville, FL 32254

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4339605 | 11/19/04 | 1 OF 1 |

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | 61 | NET 60 | 01/18/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 25717198 | 11/17/04 537493 | | | | |
| FISHER-PRICE The Lion Sle | 506535 | B4175-9965 | 12 | 64.68 | 776.16 |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 324 | UNITED PARCEL SERVICE 3-DA | 292237S | 12 | 144.0 S | 776.16 |

SHIP POINT
City of Industry DC

NOTE. Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14, thereof

473 ORIGINAL

Printed on recycled paper

# INVOICE

ALL SHIPMENTS F O B. OUR FACTORY

**Mattel**

| PLEASE MAIL YOUR PAYMENT TO: |
|---|
| Mattel (D-U-N-S 00-828-6643) |
| Reference no:   5137-6952 |
| P.O. BOX 100125 |
| ATLANTA, GA  30384 |

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4383884 | 12/14/04 | 1 OF 1 |

MAIL TO  WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO  WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO. WINN DIXIE / GREENVILLE
2819 Wade Hampton Blvd
Taylor, SC 29687

| INTERNAL NO | CUSTOMER DEPT. | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | 61 | NET 60 | 02/12/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 94603527 | 11/23/04 | | | | |
| | 544556 | | | | |
| | | | | | |
| HOT WHEELS Basic Sidekick | 593032 | B1349-999C | 487 | 45.00 | 21,915.00 |
| ROBOTS Figure Asst | 504921 | G9108-9965 | 417 | 30.00 | 12,510.00 |
| HOT WHEELS 5-Car Giftpack | 501989 | 14661-9995 | 208 | 163.00 | 33,904.00 |
| MBX TV Heroes 5 Pack Asst | 504919 | 91531-996K | 417 | 56.40 | 23,518 80 |
| | | | | | |
| TRAILER NUMBER: | | | | | |
| 5823 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # MBOL-319386M | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 350 | CH ROBINSON | 319386M | 1,529 | 15,055.8 | $ 91,847.80 |

| SHIP POINT | |
|---|---|
| City of Industry DC | NOTE Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, consumer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days  All Sales are subject to Mattel Summary of terms and General Conditions. |

353 ORIGINAL    We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof

# INVOICE

ALL SHIPMENTS F O B OUR FACTORY



**PLEASE MAIL YOUR PAYMENT TO:**
**Mattel** (D-U-N-S 00-828-6643)
Reference no: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4385387 | 12/15/04 | 1 OF 1 |

MAIL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO: WINN DIXIE / JACKSONVILLE
5050 Edgewood Court
Jacksonville, FL 32254

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | 61 | NET 60 | 02/13/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 04396334 | 11/23/04 544572 | | | | |
| HOT WHEELS Basic Sidekick | 593032 | B1349-999C | 446 | 45.00 | 20,070.00 |
| ROBOTS Figure Asst | 504921 | G9108-9965 | 428 | 30.00 | 12,840.00 |
| HOT WHEELS 5-Car Giftpack | 501989 | 14661-9995 | 314 | 163.00 | 51,182.00 |
| MBX TV Heroes 5 Pack Asst | 504919 | 91531-996J | 428 | 56.40 | 24,139 20 |

TRAILER NUMBER:
76210

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # MBOL-319388M | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 351 | CH ROBINSON | 319388M | 1,616 | 17,661.5 | $ 108,231.20 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof

1062 ORIGINAL

# INVOICE

ALL SHIPMENTS F.O.B. OUR FACTORY

**Mattel**

| PLEASE MAIL YOUR PAYMENT TO: |
|---|
| Mattel (D-U-N-S 00-828-6643) |
| Reference no: 5137-6952 |
| P.O. BOX 100125 |
| ATLANTA, GA 30384 |

MAIL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO: WINN DIXIE / JACKSONVILLE
5050 Edgewood Court
Jacksonville, FL 32254

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4410160 | 12/28/04 | 1 OF 1 |

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | 61 | NET 60 | 02/26/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 14425357 | 12/06/04 559487 | | | | |
| MATCHBOX Easter Tube | 504031 | G3702~9964 | 453 | 108.00 | 48,924.00 |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # 12958239-0 | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 363 | OVERNITE TRANSPORTATION CO | 331316S | 453 | 9,966.0 | $ 48,924.00 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions.

153 ORIGINAL

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof

# INVOICE

ALL SHIPMENTS F O.B. OUR FACTORY

**Mattel**

| | |
|---|---|
| PLEASE MAIL YOUR PAYMENT TO | |
| Mattel (D-U-N-S 00-828-6643) | |
| Reference no: 5137-6952 | |
| P.O. BOX 100125 | |
| ATLANTA, GA 30384 | |

MAIL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO: WINN DIXIE / GREENVILLE
2819 Wade Hampton Blvd
Taylor, SC 29687

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4410626 | 12/28/04 | 1 OF 1 |

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | 61 | NET 60 | 02/26/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF/STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 06574763 | 12/06/04 559488 | | | | |
| MATCHBOX Easter Tube | 504031 | G3702-9964 | 486 | 108.00 | 52,488.00 |
| TRAILER NUMBER: 534005 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # 303268 | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 363 | PRO-LINE FREIGHT SYSTEMS, | 331741M | 486 | 10,692.0 | $ 52,488.00 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions

154 ORIGINAL

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof.

Printed on Recycled Paper

# INVOICE

ALL SHIPMENTS F.O.B OUR FACTORY

**Mattel**

| PLEASE MAIL YOUR PAYMENT TO |
|---|
| Mattel (D-U-N-S 00-828-6643) |
| Reference no:   5137-6952 |
| P.O. BOX 100125 |
| ATLANTA, GA 30384 |

MAIL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4414777 | 12/30/04 | 1 OF 1 |

SHIP TO WINN DIXIE / GREENVILLE
2819 Wade Hampton Blvd
Taylor, SC 29687

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | 61 | NET 60 | 02/28/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 78670850 | 09/10/04 475959 | | | | |
| CarGo Playset Prepack | 504920 | H4345-9993 | 249 | 131.04 | 32,628.96 |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # 821-477827-6 ROADWAY EXPRESS INC | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 366 | | 333251S | 249 | 6,225.0 S | 32,628.96 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel.In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions

471 ORIGINAL

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof

Printed on Recycled Paper

# INVOICE

ALL SHIPMENTS F.O.B. OUR FACTORY

**Mattel**

PLEASE MAIL YOUR PAYMENT TO
Mattel (D-U-N-S 00-828-6643)
Reference no: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 4414801 | 12/31/04 | 1 OF 1 |

MAIL TO
WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO.
WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO. WINN DIXIE / JACKSONVILLE
5050 Edgewood Court
Jacksonville, FL 32254

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | 61 | NET 60 | 03/01/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10875187 | 09/10/04 475961 | | | | |
| CarGo Playset Prepack | 504920 | H4345-9993 | 322 | 131.04 | 42,194.88 |
| TRAILER NUMBER: 534004 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # 303272 | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 366 | PRO-LINE FREIGHT SYSTEMS, | 333249M | 322 | 8,050.0 | $ 42,194.88 |

SHIP POINT
City of Industry DC

NOTE. Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Sales rev of terms and General Conditions.

470 ORIGINAL

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof.

Printed on Recycled Paper

# INVOICE

ALL SHIPMENTS F O B  OUR FACTORY

**Mattel**

PLEASE MAIL YOUR PAYMENT TO
Mattel (D-U-N-S 00-828-6643)
Reference no:    5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 5015890 | 01/26/05 | 1 OF 1 |

MAIL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO: WINN DIXIE / JACKSONVILLE
5050 Edgewood Court
Jacksonville, FL 32254

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | 61 | NET 60 | 03/27/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF/STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 56986613 | 12/22/04 579542 | | | | |
| ROBOTS Prepack | 504921 | H4346-9993 | 439 | 123.60 | 54,260.40 |
| TRAILER NUMBER: 53622 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN 026 | CARRIER PRO # MBOL-344685M BNSF LOGISTICS INC | ROUTING 344685M | TOTAL CARTONS 439 | TOTAL WEIGHT 4,390.0 | $ | INVOICE AMOUNT 54,260.40 |
|---|---|---|---|---|---|---|

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof.

135 ORIGINAL

# INVOICE

ALL SHIPMENTS F O B OUR FACTORY

**Mattel**

PLEASE MAIL YOUR PAYMENT TO:
Mattel (D-U-N-S 00-828-6643)
Reference no: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

MAIL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO. WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO WINN DIXIE / GREENVILLE
2819 Wade Hampton Blvd
Taylor, SC 29687

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 5016442 | 01/25/05 | 1 OF 1 |

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | 61 | NET 60 | 03/26/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 44986506 | 12/22/04 579540 | | | | |
| ROBOTS Prepack | 504921 | H4346-9993 | 447 | 123.60 | 55,249.20 |
| TRAILER NUMBER: 5786 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # MBOL-345525M | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 025 | CH ROBINSON | 345525M | 447 | 4,470.0 | $ 55,249.20 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions.

753 ORIGINAL

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof

# INVOICE

ALL SHIPMENTS F.O.B. OUR FACTORY

**Mattel**

PLEASE MAIL YOUR PAYMENT TO:
Mattel (D-U-N-S 00-828-6643)
Reference no: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 5016443 | 01/25/05 | 1 OF 1 |

MAIL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL TO: WINN DIXIE STORES, INC.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO: WINN DIXIE / GREENVILLE
2819 Wade Hampton Blvd
Taylor, SC 29687

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FRT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | 61 | NET 60 | 03/26/05 |

| Mattel REF/DESCRIPTION SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 21591350 | 01/21/05 608519 | | | | |
| ROBOTS Prepack | 504921 | H4346-9993 | 39 | 123.60 | 4,820.40 |
| TRAILER NUMBER: 5786 | | | | | |

INVOICE TRANSMITTED VIA ELECTRONIC DATA INTERCHANGE, NOT PRINTED

| JULIAN | CARRIER PRO # MBOL-345525M | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 025 | CH ROBINSON | 345525M | 39 | 390.0 | $ 4,820.40 |

SHIP POINT
City of Industry DC

NOTE: Returns or adjustments applicable to the shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, customer must provide Mattel with the carrier's signed delivery receipt noting the exceptions within 60 days after receipt of the shipment. Any and all deductions made against seller must be received by the earlier of the invoice due date or 90 days. All Sales are subject to Mattel Summary of terms and General Conditions.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14 thereof.

754 ORIGINAL

CREDIT MEMO

ALL SHIPMENTS F.O.B OUR FACTORY

 **Mattel**

[]

| PLEASE MAIL YOUR PAYMENT TO |
|---|
| MATTEL(D-U-N-S 00-828-6643) |
| REFERENCE NO:    5137-6952 |
| P.O. BOX 100125 |
| ATLANTA, GA 30384 |

MAIL
TO  Winn Dixie Stores, Inc.
    General Merchandise D/C
    PO Box 40805
    Jacksonville, FL 32201

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 826774 | 09/20/04 | 1 OF    1 |

BILL
TO  Winn Dixie Stores, Inc.
    General Merchandise D/C
    PO Box 40805
    Jacksonville, FL 32201

SHIP TO  Winn Dixie / Jacksonville
         5050 Edgewood Court
         Jacksonville, FL 32254

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FPT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | | | 09/20/04 |

| MATTEL REFERENCE/DESCRIPTION/SPEC INST | YOUR REF/STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *** CREDIT MEMO *** | | | | | |
| | | | | | |
| REF DATE:    09/09/2004 | | | | | |
| IR 133803 | | | | | |
| IN 4172649 | | | | | |
| OT 4172649 | | | | | |
| TC 2073 | | | | | |
| | | | | | |
| RA TC#2073-NO PACKING SLIP.CTN.DAMAGED.(TOY STORE) | | | | | |
| | | | | | |
| MBX Halloween Ghost 2-Pac | 300000702 /12 | G8179-9997 | 36 | 2.15 | 77.40- |

| JULIAN | CARRIER | | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| 264 | GRP | | | 1 | $ | 77.40- |

SHIP POINT

City of Industry, CA

41 ORIGINAL

NOTE. Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, you must provide Mattel with the carrier's signed delivery receipt (freight bill) noting the exceptions within 45 days after receipt of the shipment. Any and all deductions made against seller must be received by seller within 90 days of the invoice date.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 5 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14, thereof.

CREDIT MEMO



ALL SHIPMENTS F.O B  OUR FACTORY

PLEASE MAIL YOUR PAYMENT TO
MATTEL(D-U-N-S 00-828-6643)
REFERENCE NO:   5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 699949 | 12/16/04 | 1 OF  1 |

MAIL
TO: Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL
TO  Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO  Winn Dixie / Jacksonville
5050 Edgewood Court
Jacksonville, FL 32254

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FPT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-100E | Prepaid | | | 12/16/04 |

| MATTEL REFERENCE/DESCRIPTION/SPEC INST | YOUR REF /STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *** CREDIT MEMO *** | | | | | |
| REF DATE:  12/07/2004 | | | | | |
| IR 922554 | | | | | |
| IN 4336960 | | | | | |
| OT 4336960 | | | | | |
| TC 2425 | | | | | |
| Wee 3 Friends - Party' Pa | 300000103 /12 | G5688-9997 | 6 | 15.00 | 90.00- |

| JULIAN | CARRIER | | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| 351 | GRP | | | 1 | | $  90.00- |

SHIP POINT
Fort Worth, TX
79 ORIGINAL

NOTE. Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel  In the event of shortage or damage, you must provide Mattel with the carrier's signed delivery receipt (freight bill) noting the exceptions within 45 days after receipt of the shipment  Any and all deductions made against seller must be received by seller within 90 days of the invoice date

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14, thereof

CREDIT MEMO

 **Mattel**

ALL SHIPMENTS F O B OUR FACTORY

PLEASE MAIL YOUR PAYMENT TO
MATTEL(D-U-N-S 00-828-6643)

REFERENCE NO: 5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 94415 | 02/14/05 | 1 OF 1 |

MAIL
TO  Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL
TO  Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO Winn Dixie / Greenville
2819 Wade Hampton Blvd
Taylor, SC 29687

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FPT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | | | 02/14/05 |
| MATTEL REFERENCE/DESCRIPTION/SPEC INST | | YOUR REF./STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |

```
*** CREDIT MEMO ***

REF DATE:  02/03/2005
IR 571978
RA 827109
IN 4383884
OT 4383884
TC 2526

ADMN.ERROR-RA TC#2526-RECEIVED 417 TOTAL-SUB.TO COUNT-CTNS.DAMAGED.(TOY STORE)
```

| MATTEL REFERENCE/DESCRIPTION/SPEC INST | YOUR REF./STOCK NO | OUR SKU NO | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ROBOTS Figure Asst | 300000444 /15 | G9108-9965 | 78 | 5.00 | 390.00- |

| JULIAN | CARRIER | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| 045 | GRP | | 13 | | 390.00- |

SHIP POINT
City of Industry, CA

61 ORIGINAL

NOTE. Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel. In the event of shortage or damage, you must provide Mattel with the carrier's signed delivery receipt (freight bill) noting the exceptions within 45 days after receipt of the shipment. Any and all deductions made against seller must be received by seller within 90 days of the invoice date.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6 7 and 12 of the Fair Labor Standards Act as amended, and of Regulations and Orders of the United States Department of Labor issued under Section 14, thereof.

CREDIT MEMO

 **Mattel**

ALL SHIPMENTS F O B  OUR FACTORY

PLEASE MAIL YOUR PAYMENT TO.
MATTEL(D-U-N-S 00-828-6643)

REFERENCE NO.    5137-6952
P.O. BOX 100125
ATLANTA, GA 30384

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 94813 | 02/14/05 | 1 OF  1 |

MAIL
TO  Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

BILL
TO  Winn Dixie Stores, Inc.
General Merchandise D/C
PO Box 40805
Jacksonville, FL 32201

SHIP TO  Winn Dixie / Greenville
2819 Wade Hampton Blvd
Taylor, SC 29687

| INTERNAL NO | CUSTOMER DEPT | CUSTOMER NO | FPT TERMS | TERMS CODE | TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| 6952 | | 5137-400E | Prepaid | | | 02/14/05 |
| MATTEL REFERENCE/DESCRIPTION/SPEC INST | YOUR REF/STOCK NO | OUR SKU NO | UNITS | PRICE | | AMOUNT |

*** CREDIT MEMO ***

REF DATE:  02/03/2005
IR 857655
RA 827109
IN 4383884
OT 4383884
TC 2526

ADMN.ERROR-RA TC#2526-RECEIVED 417 CTNS.TOTAL-SUB TO COUNT.

| | | | | | |
|---|---|---|---|---|---|
| ROBOTS Figure Asst | 300000444 /15 | G9108-9965 | 2,424 | 5.00 | 12,120.00- |

| JULIAN | CARRIER | | ROUTING | TOTAL CARTONS | TOTAL WEIGHT | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| 045 | GRP | | | 404 | | $        12,120.00- |
| SHIP POINT | | | | | | |
| City of Industry, CA | | | | | | |
| 62 ORIGINAL | | | | | | |

NOTE. Returns or adjustments applicable to this shipment will not be accepted without prior written approval of Mattel In the event of shortage or damage, you must provide Mattel with the carrier s signed delivery receipt (freight bill) noting the exceptions within 45 days after receipt of the shipment. Any and all deductions made against seller must be received by seller within 90 days of the invoice date

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6,7 and 12 of the Fair Labor Standards Act as amended  and of Regulations and Orders of the United States Department of Labor issued under Section 14, thereof

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  WINN-DIXIE PROCUREMENT, INC.                     Case No.:  05-11082 (RDD)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| MARKWINS BEAUTY PRODUCTS INC<br>C/O CATHAY BANK<br>5402 8TH AVENUE<br>BROOKLYN, NY 11220<br>Creditor: 255569 - 12<br>Vendor: 0000816204 | 02/21/2005 | | | | | $25,621.91 |
| MARSHALL BISCUIT COMPANY INC<br>100 JACINTOPORT BLVD<br>SARALAND, AL 36571<br>Creditor: 255597 - 12<br>Vendor: 0000134530 | 02/21/2005 | | | | | $19,268.40 |
| MARX BROTHERS INCORPORATED<br>DEPT 3233<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-3233<br>Creditor: 255659 - 12<br>Vendor: 0000130478 | 02/21/2005 | | | | | $5,801.72 |
| MASTER LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 1426<br>CHICAGO, IL 60675-1426<br>Creditor: 255745 - 12<br>Vendor: 0000131861 | 02/21/2005 | | | | | $97,198.08 |
| MASTRONARDI PRODUCE LTD<br>2100 ROAD 4 EAST<br>KINGSVILLE, ON  N9Y 2E5  CANADA<br>Creditor: 255761 - 12<br>Vendor: 0000793160 | 02/21/2005 | | | | | $567,322.60 |
| MATRANAS PRODUCE INC<br>201 LOUISIANA ST<br>WESTWEGO, LA 70094<br>Creditor: 384227 - 47<br>Vendor: 0000773319 | 02/21/2005 | | | | | $61,934.90 |
| MATTEL TOYS<br>PO BOX 100125<br>ATLANTA, GA 30384-0001<br>Creditor: 255777 - 12<br>Vendor: 0000130542 | 02/21/2005 | | | | | $417,145.80 |
| MAXELL CORP OF AMERICA<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325<br>Creditor: 255826 - 12<br>Vendor: 0000130567 | 02/21/2005 | | | | | $2,313.00 |

PAGE TOTAL:                                 $1,196,606.41