**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:                                                                                                CASE NO.: 3:05-bk-03817-JAF
                                                                                                            Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS AND DOCUMENTS**

    Please take notice that the undersigned appears for Creditor, AGNES OLIVIERI. Request is hereby made, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

    Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail or regular U. S. Mail to the parties on the attached listing this 14th day of April, 2006.

                                                      KELLEY & FULTON, P.A.
                                                      Attorney for Agnes Olivieri
                                                      1665 Palm Beach Lakes Blvd.
                                                      The Forum - Suite 1000
                                                      West Palm Beach, Florida 33401
                                                      Telephone No.:  (561) 491-1200
                                                      Facsimile No.:  (561) 684-3773

                                                      By:/s/ Craig I. Kelley
                                                         Craig I. Kelley, Esquire
                                                         Florida Bar No.: 782203

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Email: aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
Email: cjackson@smithhulsey.com

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
904-359-7700
Email: jpost@smithhulsey.com

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
Email: busey@smithhulsey.com

**Office of the U.S. Trustee**
135 West Central Blvd.,Ste. 620
Orlando, FL 32801

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
Email: elena.l.escamilla@usdoj.gov

**Kenneth C. Meeker**
United States Trustee
135 W. Central Blvd Suite 620
Orlando, FL 32801
407-648-6301
Email: USTP.Region21.OR.ECF@usdoj.gov

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
Email: ddunne@milbank.com

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: john.macdonald@akerman.com

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: patrick.patangan@akerman.com