UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------------x
In Re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., *et al.*,        )    Chapter 11
                                          )
            Debtors.                      )    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Diane Romanik, hereby certify that on April 14, 2006, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C. to Debtors' Seventh Omnibus Objection to Overstated Claims,* in the above captioned proceeding was served via email on D.J. Baker (djbaker@Skadden.com) and Jane Leamy (Jleamy@skadden.com) of Skadden, Arps, Slate, Meagher & Flom, LLP.

                                                       */s/ Diane Romanik*
                                                       Diane Romanik

Sworn to before me this
14th day of April, 2006

*/s/ Anthony Stumbo*
Anthony Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2007