UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
            Debtors.                    )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Leslie Taylor  (Claim No. 7254) [Docket No. 7083] was furnished by mail on April

12, 2006 to Leslie Taylor, c/o H. Edward Knox, Esq., P.O. Box 30848, Charlotte, North

Carolina 28230-0848.

Dated:  April 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP

By   _s/ D. J. Baker_____               By   ___s/ James H. Post_____
     D. J. Baker                             Stephen D. Busey
     Sally McDonald Henry                    James H. Post (FBN 175460)
     Rosalie Gray                            Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      cjackson@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors
00520151.DOC