UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
         Debtors.                              )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Charlene Odom (Claim Nos. 10014 and 11776) [Docket No. 7079] was furnished by mail on April 12, 2006 to Charlene Odom, c/o Benjamin Eichholtz, Esq., 15 Lake Street, Suite 130, Savannah, Georgia 31411.

Dated: April 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>  D. J. Baker  <br>  Sally McDonald Henry  <br>  Rosalie Gray | By   *s/ James H. Post*  <br>  Stephen D. Busey  <br>  James H. Post (FBN 175460)  <br>  Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC