UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Letricia Clarke, Suzette Douglas and Mark Clarke (Claim Nos. 9206, 9207 and 9208) [Docket No. 7087] was furnished by mail on April 12, 2006 to Letricia Clarke, Suzette Douglas and Mark Clarke, c/o Joey Chambers, Esq., 520 4th Street North, St. Petersburg, Florida 33701-2302.

Dated: April 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post (FBN 175460) |
|    Rosalie Gray |    Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC