UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                                     Chapter 11
           Debtors.                       )   Jointly Administered

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Michael Higginbotham  (Claim No. 8522) [Docket No. 7071] was furnished by mail on April 12, 2006 to Michael Higginbotham, c/o Lloyd S. Manukian, Esq., Farah, Farah & Abbott, P.A., 10 West Adams St., 3rd Floor, Jacksonville, Florida 32202.

Dated:  April 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By   *s/ James H. Post*<br>       Stephen D. Busey<br>       James H. Post (FBN 175460)<br>       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC