UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                          Chapter 11
        Debtors.    )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dorothy Fuller  (Claim No. 3991) [Docket No. 7062] was furnished by mail on April 12, 2006 to Dorothy Fuller, c/o Gary J. Drucker, Esq., Ameen & Drucker, P.A., 3111 N. University Drive, Suite 901, Coral Springs, Florida 33065.

Dated:  April 14, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*         <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By     *s/ James H. Post*         <br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC