UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )       Case No. 05-03817-3F1
                                                 Chapter 11
        Debtors.                         )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jeanette Dominguez (Claim No. 9837) [Docket No. 7061] was furnished by mail on April 12, 2006 to Jeannette Dominguez, c/o Carolyn Frank, Esq., Friedman, Rodman & Frank, P.A., 3636 West Flagler Street, Miami, Florida 33135.

Dated: April 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By     *s/ D. J. Baker*      <br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By     *s/ James H. Post*      <br>   Stephen D. Busey<br>   James H. Post (FBN 175460)<br>   Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC