UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lana Breaux  (Claim No. 3988) [Docket No. 7060] was furnished by mail on April 12, 2006 to Lana Breaux, c/o Gary Ortego, Esq., 500 W. Magnolia Street, Ville Platte, Louisiana 70586.

Dated: April 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   D. J. Baker   Sally McDonald Henry   Rosalie Gray | By   *s/ James H. Post*   Stephen D. Busey   James H. Post (FBN 175460)   Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida  32202   (904) 359-7700   (904) 359-7708 (facsimile)   cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC