UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,       )         Case No. 05-03817-3F1
                                                   Chapter 11
        Debtors.                         )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Robin Frasier (Claim No. 6755) [Docket No. 7059] was furnished by mail on April 12, 2006 to Robin Frasier, c/o Robert F. Kulik, Esq., 2141 Park Street, Jacksonville, Florida 32204.

Dated: April 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>D. J. Baker <br>Sally McDonald Henry <br>Rosalie Gray | By  *s/ James H. Post*  <br>Stephen D. Busey <br>James H. Post (FBN 175460) <br>Cynthia C. Jackson |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(917) 777-2150 (facsimile) <br>djbaker@skadden.com | 225 Water Street, Suite 1800 <br>Jacksonville, Florida 32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC