UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                               Chapter 11
                    Debtors.                          )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Randi Farmer  (Claim Nos. 11951 and 12613) [Docket No. 7058] was furnished by mail

on April 13, 2006 to Randi Farmer, c/o Benjamin J. Freeman, Esq., Hall and Smith, 360

North Oakes Street, Dothan, Alabama 36303.

Dated:  April 14, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                              By   _s/ James H. Post_
      D. J. Baker                                            Stephen D. Busey
      Sally McDonald Henry                            James H. Post (FBN 175460)
      Rosalie Gray                                         Cynthia C. Jackson

Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                        Jacksonville, Florida  32202
(212) 735-3000                                          (904) 359-7700
(917) 777-2150 (facsimile)                          (904) 359-7708 (facsimile)
djbaker@skadden.com                              cjackson@smithhulsey.com

Co-Counsel for Debtors                             Co-Counsel for Debtors
00520151.DOC