UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                     )        Chapter 11
                    Debtors.                  )        Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Catina Singleton  (Claim Nos. 194, 10508 and 11530) [Docket No. 7055] was furnished

by mail on April 13, 2006 to Catina Singleton, c/o Jeanne K. Demarest, Esq., 1515

Poydras Street, Suite 1400, New Orleans, Louisiana 70112.

Dated:  April 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                              By      *s/  James H. Post*
        D. J. Baker                                            Stephen D. Busey
        Sally McDonald Henry                            James H. Post (FBN 175460)
        Rosalie Gray                                         Cynthia C. Jackson

Four Times Square                                 225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                                     (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                           cjackson@smithhulsey.com

Co-Counsel for Debtors                          Co-Counsel for Debtors
00520151.DOC