UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )         Case No. 05-03817-3F1
                                                           Chapter 11
            Debtors.                             )         Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Connie Willard  (Claim Nos. 250, 8112 and 8113) [Docket No. 7049] was furnished by mail on April 13, 2006 to Connie Willard, c/o Harry Clendenin, Esq., 415 W. Friendly Avenue, Greensboro, North Carolina 27401.

Dated:  April 14, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_____              By   ___s/ James H. Post_____
     D. J. Baker                            Stephen D. Busey
     Sally McDonald Henry                   James H. Post (FBN 175460)
     Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC