[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05-bk-03817-JAF
                                                                       Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

   This case came on for consideration upon the Court's own motion. On April 12, 2006, Vladimir Jelisavcic filed a Notice if Transfer of Claim on behalf of Longacre Master Fund, Ltd. without original signature as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Notice of Transfer of Claim is stricken from the record.

Dated April 14, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
United Sugars Corporation, 150 S. Leonard Street and Deinard, Minneapolis, MN 55402
Longacre Master Fund, Ltd., 810 Seventh Ave., 22nd Floor, New York, NY 10004
Attorneys for Debtor
Logan & Company