UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING RESPONSE TO DEBTORS' MOTION AND NOTICE OF SECURED LIEN

The Court finds that the Response to Debtors' Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets and Notice of Secured Lien of Broward County, Florida filed by Hollie N. Hawn on behalf of Broward County Revenue Collector on April 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtors' Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets and Notice of Secured Lien of Broward County, Florida filed by Hollie N. Hawn on behalf of Broward County Revenue Collector on April 13, 2006 is stricken from the record.

**DATED April 14, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Hollie N. Hawn, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Ft. Lauderdale, FL 33301
Attorneys for Debtor
US Trustee