UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Oksana Kovalchuk  (Claim No. 3000) [Docket No. 7041] was furnished by mail on April

13, 2006 to Oksana Kovalchuk, c/o Charles A. Sorenson, Esq., Coker, Myers, Schickel,

Sorenson & Green, PA, 136 E. Bay Street, Jacksonville, Florida 32201.

Dated:  April 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                              By   _s/ James H. Post_
     D. J. Baker                                        Stephen D. Busey
     Sally McDonald Henry                               James H. Post (FBN 175460)
     Rosalie Gray                                       Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida  32202
(212) 735-3000                                 (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                            cjackson@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors
00520151.DOC