UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                 Chapter 11
           Debtors.          )                   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Guadalupe Saavedra  (Claim No. 4275) [Docket No. 7051] was furnished by mail on April 13, 2006 to Guadalupe Saavedra, c/o Frank DePena, Esq., DePena & DePena, P.A., 1810 Jackson Street, Fort Myers, Florida 33901.

Dated:  April 17, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*          D. J. Baker       Sally McDonald Henry       Rosalie Gray | By       *s/ James H. Post*          Stephen D. Busey       James H. Post (FBN 175460)       Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC