UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )
                                         )
WINN-DIXIE STORES, INC., et al.,         )    Case No. 05-03817-3F1
                                         )    Chapter 11
         Debtors.                        )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sharon Skoloski  (Claim No. 4224) [Docket No. 7053] was furnished by mail on April 13, 2006 to Sharon Skoloski, c/o Piercy J. Stakelum, Esq., 522 East Washington Street, Orlando, Florida 32801.

Dated:  April 17, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Gray | By   *s/ James H. Post*   <br>   Stephen D. Busey <br>   James H. Post (FBN 175460) <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC