UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Stacee Verkon  (Claim No. 12640) [Docket No. 7047] was furnished by mail on April 13,

2006 to Stacee Verkon, c/o Michael Rayboun, Esq., Whibbs Rayboun & Stone, P.A., 105

E. Gregory Square, Pensacola, Florida 32502.

Dated:  April 17, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*               By        *s/  James H. Post*
       D. J. Baker                            Stephen D. Busey
       Sally McDonald Henry                   James H. Post (FBN 175460)
       Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com


Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC