UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In re                                                       )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                            Chapter 11
          Debtors.                              )        Jointly Administered

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Susan Wood  (Claim No. 8012) [Docket No. 7048] was furnished by mail on April 13, 2006 to Susan Wood, 349 New Cut Road, Hartselle, Alabama 35640.

Dated:  April 17, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Gray | By      *s/ James H. Post*<br>        Stephen D. Busey<br>        James H. Post (FBN 175460)<br>        Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC