UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Ayanna Robinson  (Claim No. 8794) [Docket No. 7050] was furnished by mail on April

13, 2006 to Ayanna Robinson, c/o Jeffrey T. Greenberg, Esq., 421 Frenchmen St., Suite

200, New Orleans, Louisiana 70116.

Dated:  April 17, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By       *s/ James H. Post*
    D. J. Baker                                       Stephen D. Busey
    Sally McDonald Henry                       James H. Post (FBN 175460)
    Rosalie Gray                                   Cynthia C. Jackson

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com


Co-Counsel for Debtors                     Co-Counsel for Debtors
00520151.DOC