IN THE CIRCUIT COURT IN THE
19TH JUDICIAL CIRCUIT IN AND
FOR MARTIN COUNTY, FLORIDA

CASE NO.

AGNES OLIVIERI

    Plaintiff,

vs.

WINN DIXIE STORES, INC.

    Defendant.

_____/

## COMPLAINT

Plaintiff, AGNES OLIVIERI sues Defendant, WINN DIXIE STORES, INC., and allege:

1. This is an action for damages that exceed the sum of Fifteen Thousand Dollars ($15,000.00).

2. Defendant is a Florida Corporation and at all times material hereto was doing business in Palm Beach County, Florida.

3. Martin County is the proper venue for this action.

4. On or about December 24, 2001, Defendant was the owner and/or in possession of property known as Winn Dixie store #307 (hereinafter referred to as "the premises") located at 2160 South Federal Highway, Martin County, Florida.

5. At that time and place Plaintiff was a lawful invitee on the premises.

6. At that time and place, Defendant negligently maintained the floor on the premises by allowing a slippery substance to be present on or remain on the floor so that Plaintiff slipped and/or fell on the premises.

7. The Defendant either knew, or should have known of the dangerous condition on the premises and failed to eliminate the hazard and/or failed to provide adequate warning of the hazard to the Plaintiff.

8. As a direct and proximate result of the above negligence, Plaintiff, AGNES OLIVIERI suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, AGNES OLIVIERI, demands judgment for damages against Defendant, and further demands a trial by jury on all issues so triable as a matter of right.

A LAW OFFICE OF LAURI J. GOLDSTEIN
Attorneys for Plaintiff
1330 S. Federal Highway
Stuart, FL 34994
(772)286-9893 FAX: (772) 286-9893

By: _____
THOMAS P. SCHMITT, ESQ.
FLA. BAR NO. 0829765