IN THE CIRCUIT COURT IN THE 19TH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA

CASE NO.

MARY KNOWLES ANDERSON,

    Plaintiff,

v.

WINN DIXIE STORES, INC.

    Defendant.

_____/

## COMPLAINT

Plaintiff, MARY KNOWLES ANDERSON sues Defendant, WINN DIXIE STORES, INC., and alleges:

1. This is an action for damages that exceed the sum of Fifteen Thousand Dollars ($15,000.00).

2. Defendant is a Florida Corporation and at all times material hereto was doing business in St. Lucie County, Florida.

3. St. Lucie County is the proper venue for this action.

## COUNT I

4. Plaintiff, MARY KNOWLES ANDERSON, reavers and realleges paragraphs 1 thru 3 as though fully set forth herein.

5. On or about July 1, 2002, Defendant was the owner and/or in possession and or control of property known as Winn Dixie store #2358 (hereinafter referred to as "the premises") located at U.S. Highway One in St. Lucie County, Florida.

6. At that time and place Plaintiff was a lawful invitee on the premises.

7. At that time and place, Defendant negligently maintained

Anderson v. Winn Dixie
Complaint

the floor on the premises by allowing a slippery substance to be present on or remain on the floor so that Plaintiff slipped and/or fell on the premises.

8. The Defendant either knew, or should have known of the dangerous condition on the premises and failed to eliminate the hazard and/or failed to provide adequate warning of the hazard to the Plaintiff.

9. As a direct and proximate result of the above negligence, Plaintiff, MARY ANDERSON suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, MARY KNOWLES ANDERSON, demands judgment for damages against Defendant, and further demands a trial by jury on all issues so triable as a matter of right.

LAURI J. GOLDSTEIN, P.A.
Attorneys for Plaintiffs
1330 S. Federal Highway
Stuart, FL 34994
772.286-8605

By: _____
THOMAS P. SCHMITT, ESQ.
FLA. BAR NO. 0829765