Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, Florida 32202

April 10, 2006

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
APR 1 4 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES INC., et al

The attached information **OPPOSES the reduction** of our original claim of number 2937 in the amount of $122,135.57.

Your latest paperwork suggests reducing our claim by $62,145.89. We are in full disagreement of $58,924.80 of that amount. Please note that I have attached all the paperwork to support two valid invoices for the same amounts as follows.

Inv. number 40208-1  PO# 511489 - Date of Invoice 12.10.2004 – Amount $58,924.80.
Inv. number 40206-1  PO# 511494 – Date of Invoice 12.09.2004 – Amount $58,924.80.

These are both valid invoices.

Please note the shipping documents for each shipment is attached for your review as well.

**Summary:**
| | |
|---|---|
| **Original Claim #2937 dollar amount was** | $122,135.57. |
| **Less: Adjusted Claim amount by** | $   3,221.09 |
| **New Claim amount should be** | $118,914.48 |

Please accept this letter and attachments as evidence that the reduction of our original claim was not valid.

Thanks,

*Bob*

Bob Meyer
Sr. Acctg. Manager/ Credit Manager
3440 Winnetka Ave No.
Minneapolis, Minnesota  55427

CC. Debtor's Attorneys
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors.[1] | ) Jointly Administered |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-256041-8A-12
MELLO SMELLO, LLC
ATTN BOB MEYER
3440 WINNETKA AVE NO
MINNEAPOLIS, MN 55427

F I L E D
JACKSONVILLE, FLORIDA

APR 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: **2937**<br>CLAIM AMOUNT: **$122,135.57**<br>REDUCED AMOUNT: **$62,145.89** | REASON FOR REDUCTION: | **REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $59,989.68.** |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 24, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **May 4, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By   /s/ D.J. Baker<br>        D.J. Baker<br>        Sally McDonald Henry<br>        Rosalie Walker Gray<br>        Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By   /s/ James H. Post<br>        Stephen D. Busey<br>        James H. Post<br>        Cynthia C. Jackson<br>        Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

**Mello Smello, LLC**
dba Mello Smello, Olympak
3440 Winnetka Avenue N.
Minneapolis, MN 55427
Telephone 763-504-5400
Fax 763-504-5493

Mello Smello    Invoice 40206-1

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 511494 | 40206 | 12-09-04 | 1 |

Bill To: 7104
WINN DIXIE DIP (DO NOT USE)
GENERAL MERCH DIST CENTER
PO BOX 40805
JACKSONVILLE, FL 32201
USA

Ship To: 7104*1
WINN DIXIE - GM MAIN
2819 Wad Hampton Blvd.
Suite #8
TAYLORS, SC 29687
USA

Sales Rep: 213 Gold Key Sales & Marketing                FREIGHT TERMS: Prepaid

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 13092\|02 TATT CHECKOUT OPEN STOCK 288 USES BACKER #13086 USES TATTOO SHTS 11879, 100-1481, 11869, 13056 WINN-DIXIE SCHNUCK'S MARKET CUST PN: 506441 | CS | 186.000 | CS | 186.000 | 316.80000 | 58924.80 |

Ship order via Old Dominion
do not use any other
lines!
Due date: 12/8/04
Driver must sort and segregate
Call 864-322-1867 for delivery appt
Sales Taxes

Payment Terms Net 30 Days

*** PLEASE REMIT PAYMENT TO: ***

Mello Smello, LLC
P.O. Box 581279
Minneapolis, MN    55458-1279

Due
01-08-05    $58,924.80



5100 Hwy 169 N
Minneapolis, MN 55428
1-800-446-3556
ph 763/504-5400
fax 763/504-5493
www.mellosmello.com

Shipping List Number 40206-1

| Customer Order | | Order Date | Page |
|---|---|---|---|
| 511494 | | 11-30-04 | 1 |

Ship To: 71041
WINN DIXIE - GM MAIN
2819 Wad Hampton Blvd.
Suite #8
TAYLORS, SC 29687
USA

Bill To: 7104
WINN DIXIE
GENERAL MERCH DIST CENTER
PO BOX 40805
JACKSONVILLE, FL 32201
USA

Ship Via: OLD DIMINION FREIGHT

Freight Terms: Prepaid
FOB: ORIGIN

Ship from: 02  Olympak - Mora

| Ln No | Item Number / Description | Sell UM | Stock UM | Bin Loc | Stock Qty To Ship | Shipped Qty |
|---|---|---|---|---|---|---|
| 1 | 13092|02<br>TATT CHECKOUT WINN DIXIE<br>Case Code:    Delivery Date: 12-08-04<br>Cust PN: 506411 | CS | CS<br>OPEN STOCK 288 | UNKNOWN | 186 | 186.000 |

USES BACKER #13086
USES TATTOO SHTS 11879, 100-14

** Sales Order Comments **
Ship order via Old Dominion
do not use any other
lines!
Due date: 12/8/04
Driver must sort and segregate
Call 864-322-1867 for delivery appt
IF NO INSTRUCTIONS PLEASE SEE ROUTINGS MANUAL
Printed   :   12-07-04 13:54:25
Shiplist Print Cnt:   0

1P @ 1201 lbs

186 cs

| | | Pay Terms | Net 30 Days |
|---|---|---|---|

386 97

# STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - Not Negotiable

| | |
|---|---|
| BOL NUMBER | 40206-1 |
| SHIP DATE | 12/9/2004 |
| TERMS | Prepaid |
| CARRIER | OLD DOMINION / Northwig |
| SCAC | OLDD |
| PRO NUMBER | |

**TO: CONSIGNEE**
WINN DIXIE
2819 WADE HAMPTON BLVD
SUITE #8
TAYLORS    SC    29687
United States

**FROM: SHIPPER**
THE MINER GROUP / MELLO SMELLO
847 HOWE AVENUE
MORA    MN    55051    United States

**BILL TO OR REMIT TO**
THE MINER GROUP / MELLO SMELLO
847 HOWE AVENUE
MORA    MN    55051    United States

**PO NUMBERS**
511494

**NOTES**
FOR DRIVER CONVIENENCE CALL FOR AN APPT

075 03339637

Old Dominion
PRO #

| Pieces | Unit | HM | DESCRIPTION | NMFC | Weight | Class | Rate | Charges |
|---|---|---|---|---|---|---|---|---|
| 1 | PLT | | said to contain | | | | | |
| | | | 186 BOX 1200lb: CL 70 PRINTED MATTER | 161870 | 1200 lb | 70 | 0.00 | |
| | | | (00) 1 0000000 079290001 1 | | | | | |
| | | | P.O. - 511494 | | | | | |

Remit COD To:
COD Amount:
Is Customer's Check Acceptable for COD?  Yes ☐  No ☐
COD Fee:  $

Articles Subject to Released Value

NOTE(1) If the rate is dependant on value, shipper is required to declare value of property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding $ _____ per _____

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(C)(l)(A) and (B). If no value is shown above, shipment is subject to the lowest actual or released value provided in NMF 100 Series or other pricing agreements effective between Shipper and Carrier; shipments of household goods, personal effects or used articles are released to a value of $10 per pound per piece; shipments originating in Canada are released to a value of $2.00 CDN per pound.

For Freight Collect Shipments: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Prepaid ☐    Collect ☐

| | TOTALS | |
|---|---|---|
| 1 | 1200 | |
| Total Pieces | Total Weight | Total Charges |

SIGNATURE: _m well_      DATE: 12-9-04  _wic-1201_      CARRIER: _1 sup-sc_      AUTHORIZED SHIPPER

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth in the National Motor Freight Classification 100-X and successive issues.

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper hereby certifies that he or she is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for himself or herself

NORTHWAY CARRIERS, INC.
SUP3 610606

Page 1 of 1





**Mello Smello, LLC**
dba Mello Smello, Olympak
3440 Winnetka Avenue N.
Minneapolis, MN 55427
Telephone 763-504-5400
Fax 763-504-5493

Invoice 40208-1

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 511489 | 40208 | 12-10-04 | 1 |

Bill To: 7104
WINN DIXIE DIP (DO NOT USE)
GENERAL MERCH DIST CENTER
PO BOX 40805
JACKSONVILLE, FL 32201
USA

Ship To: 7104*1
WINN DIXIE - GM MAIN
2819 Wad Hampton Blvd.
Suite #8
TAYLORS, SC 29687
USA

Sales Rep: 213 Gold Key Sales & Marketing        FREIGHT TERMS: Prepaid

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 13091 02 SNP BRATZ CHKOUT WINN DIX | | | | | | |
| | CUST PN: 506439 | | | | | | |
| | | CS | 186.000 | CS | 186.000 | 316.80000 | 58924.80 |

Ship order via Old Dominion
do not use any other
lines!
Driver must sort and segregate
Call 864-322-1867 for delivery appt
Due date: 12/8/04
Sales Taxes

Payment Terms Net 30 Days

*** PLEASE REMIT PAYMENT TO: ***

Mello Smello, LLC
P.O. Box 581279
Minneapolis, MN    55458-1279

Due
01-09-05    $58,924.80



**MELLO SMELLO®**

5100 Hwy 169 N
Minneapolis, MN 55428
1-800-446-3556
ph 763/504-5400
fax 763/504-5493
www.mellosmello.com

Shipping List Number 40208-1

| Customer Order | | Order Date | Page |
|---|---|---|---|
| 511489 | | 11-30-04 | 1 |

Ship To: 7104*1
WINN DIXIE - GM MAIN
2819 Wad Hampton Blvd.
Suite #8
TAYLORS, SC 29687
USA

Ship Via: OLD DOMINION

Ship from: 02 Olympak - Mora

Bill To: 7104
WINN DIXIE
GENERAL MERCH DIST CENTER
PO BOX 40805
JACKSONVILLE, FL 32201
USA

Freight Terms: Prepaid
FOB: ORIGIN

| Ln No | Item Number    Description | Sell UM | Stock UM | Bin Loc | Stock Qty To Ship | Shipped Qty |
|---|---|---|---|---|---|---|
| 1 | 13091|02                                              SNP BRATZ CHKOUT WINN DIX   Case Code:      Delivery Date: 12-08-04   Cust PN: 506439 | CS | CS | UNKNOWN | 186 | 186.000 |

*Prod PK* (handwritten)

```
** Sales Order Comments **
   Ship order via Old Dominion
   do not use any other
   lines!
   Driver must sort and segregate
   Call 864-322-1867 for delivery appt
   Due date: 12/8/04
IF NO INSTRUCTIONS PLEASE SEE ROUTINGS MANUAL
Printed  :    12-07-04 13:54:25
Shiplist Print Cnt:    0
```

*1 p @ 2200* (handwritten)

*186* (handwritten)

*Old Dominion* (handwritten)

*Freight 550* (handwritten)

| Pay Terms | |
|---|---|
| | Net 30 Days |

# STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - Not Negotiable

**TO: CONSIGNEE**
WINN DIXIE
2819 WADE HAMPTON BLVD
SUITE #8
TAYLORS    SC    29687    United States

**FROM: SHIPPER**
THE MINER GROUP / MELLO SMELLO
847 HOWE AVENUE
MORA    MN    55051    United States

**BILL TO OR REMIT TO**
THE MINER GROUP / MELLO SMELLO
847 HOWE AVENUE
MORA    MN    55051    United States

**NOTES**
FOR DRIVERS CONVIENCE CALL 864-322-1867 FOR DELIVERY APPT.

| BOL NUMBER | 40208-1 |
| --- | --- |
| SHIP DATE | 12/10/2004 |
| TERMS | Prepaid |
| CARRIER | OLD DOMINION |
| SCAC | OLDD |
| PRO NUMBER | |

**PO NUMBERS**
511489

| Pieces | Unit | HM | Description | NMFC | Weight | Class | Rate | Charges |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | PLT | | said to contain | | | | | |
| | | | 186 CTN 2200lb: PRINTED MATTER CL70 | 161870 | 2200 lb | 70 | 0.00 | |
| | | | (00) 1 0000000 06598000 1 0 | | | | | |
| | | | P.O. - 511489 | | | | | |

Total Pieces: 1    TOTALS    Total Weight: 2200    Total Charges: $

Remit COD To:
COD Amount:
Is Customer's Check Acceptable for COD?  Yes ☐  No ☐
COD Fee: $
Prepaid ☐  Collect ☐

Articles Subject to Released Value
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding $_____ per _____

NOTE(1) if the rate is dependant on value, shipper is required to declare value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable See 49 U.S.C. 14706(C)(1)(A)and(B).

For Freight Collect Shipments, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

SIGNATURE _____ DATE _____ CARRIER _____ AUTHORIZED SHIPPER _____

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth in the National Motor Freight Classification 100-X, and successive issues.

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

Shipper hereby certifies that he or she is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof and the said terms and conditions are hereby agreed to by the shipper and accepted for himself or herself and his or her assigns.

**NORTHWAY CARRIERS, INC.**
SUP3 59009

Page 1 of 1

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

| | | | | | | |
|---|---|---|---|---|---|---|
| GVL | MSP | 402081 | | 00511489 | 12/16/04 | DR |

| | | | | | |
|---|---|---|---|---|---|
| NWYC | 3590009 | | NWYC09 | 12/13/04 | 07503339736 |
| WINN DIXIE DISTRIBUTION CENTER | | Dest I/L Car | MINER GROUP | | |
| 2819 WADE HAMPTON BLVD. | | | C/O MELLO SMELLO | | Page No |
| STE 8 | | | 847 HOWE AVENUE | | 3 |
| TAYLORS   SC 29687 | | | MORA   MN 55051 | | Sec 7 |

P/C: P
B/C / R/C: KLK JEF

07503339736

CONSIGNEE PHONE#: 864 322 1867
APPT 00/00/00  00:00
CONTACT

VISIT WWW.ODFL.COM FOR DETAILS

Shrink Wrap Intact When Tendered For Delivery

| 1 | 3002226 | 559 | 2200 | C.O.D. |

**RECEIVED IN GOOD CONDITION EXCEPT AS NOTED**
By: HICKS
Company: W/D
Date: 12/15/04
Seal # (if Apple)

Exceptions:
Driver: Carrier Load & Count

CASH ☐   CHK ☐   CHG ☐
Pcs. Del'd
Date Del'd

COPY ORIGINAL FREIGHT

**DELIVERY RECEIPT**   1 OF 1   12/10/04   SUP3-590009

## NORTHWAY CARRIERS, INC.
(NWYC)
P.O. BOX 578
SUPERIOR, WI 54880
PHONE (800) 233-7170
FAX (715) 392-5578

SUPERIOR, WI · ROSEVILLE, MN · FARGO, ND

Pro Number SUP3-590009

| CONSIGNEE | SHIPPER | BILL TO |
|---|---|---|
| WINN DIXIE<br>2819 WADE HAMPTON BLVD<br>SUITE #8<br>TAYLORS, SC 29687 | MINER GROUP (THE)<br>847 HOWE AVENUE<br>MELLO SMELLO<br>MORA, MN 55051 | MINER GROUP (THE)<br>847 HOWE AVENUE<br>MELLO SMELLO<br>MORA, MN 55051 |

| SHIPPER'S NO. | PURCHASE ORDER NO. | DEST. TERM. | BI | TM | EXCP | PLACARD |
|---|---|---|---|---|---|---|
| 402081 | 511489 | RSV | SNB | | | PREPAID |

ADVANCE: NWYC ... DFL

| PIECES | HM | DESCRIPTION | | WEIGHT (LBS) | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | ROUTE:OLD DOM<br>CLASS 70/ITEM<br>DRIVER'S CONV<br>FOR DEL APPT<br>PLT W/ 186 CTNS PRINTED MATTER<br>FUEL SURCHARGE | 322-1867<br><br>S-080 | 2,200 | | |
| 1 | | PURCHASE ORDER 511489<br>TOTAL FRT CHGS PAY THIS AMT | PPD | 2,200 | | |

Dominion Freight Line   07503339736   MSP

SPOTS | TRAILER # | # PCS | WRAP INTACT ☐YES ☐NO | NWYC DRIVER | RATE | Signature:
HAND UNLOAD ☐YES ☐NO | INSIDE DELIVERY ☐YES ☐NO | CUSTOMER HELP ☐YES ☐NO | TIME IN: | OUT: | Print Name: