UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN DIXIE STORES, INC., et al.,         )          Case No. 3:05-bk-03817-JAF

                                         )

                  Debtors.               )

_____ )

**RESPONSE OF SIOUX HONEY
ASSOCIATION TO DEBTORS' EIGHTH
OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

Creditor, Sioux Honey Association ("Sioux Honey"), responds to the Debtors' Eighth Omnibus Objection to Overstated Claims as follows:

1.     On September 15, 2005, Sioux Honey filed an unsecured proof of claim in the amount of $152,216.16 representing the balance due for products purchased by the debtors prepetition.  The claim is docketed as claim number 11818.  A copy of the claim is attached hereto as Exhibit A.

2.     By their objection, the Debtors are attempting to reduce the claim to $105,242.21 based upon alleged accounts payable credits and pricing discounts.  Sioux Honey disputes such credits and further asserts that the Debtors have applied pricing discounts to which they are not entitled.

3.     Sioux Honey has not sold any product to the Debtor since March 31, 2005. If the Debtor has purchased any Sioux Honey products subsequent to that date, the purchases were made from other vendors.  Sioux Honey is not responsible for any damaged goods,

coupons or scan down promotions on Sioux Honey products that the Debtor purchased from any other vendors.

4.      Despite the fact that no sales have been made directly to the Debtor by Sioux Honey since March 31, 2005, the Debtor is improperly attempting to take deductions from Sioux Honey for damaged goods, coupons and scan down promotions on products the Debtor obtained after March 31, 2005 from other vendors.  Any such deductions are attributable to the vendors from whom the Debtor purchased the products.  They are not attributable to Sioux Honey and may not be used to reduce Sioux Honey's prepetition claim.

WHEREFORE, the Sioux Honey Association requests the entry of an order (i) denying the Debtors' objection to its claim; (ii) allowing Sioux Honey Association's unsecured claim number 11818 in the amount of $152,216.16 as filed; and (iii) granting such other relief as is appropriate.


**LaFLEUR LAW FIRM**


/s/ *Nina M. LaFleur*
By_____
Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 861128
St. Augustine, Florida 32086
(904) 797-7995
(904) 797-7996 (Facsimile)

Attorneys for Sioux Honey Association

**<u>Certificate of Service</u>**

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202;  David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida  32202, and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 17th day of April, 2006.

/s/ *Nina M. LaFleur*

_____

# Exhibit A

**FORM B10** (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT | Middle | DISTRICT OF | Florida | PROOF OF CLAIM |

| Name of Debtor Winn-Dixie Stores, Inc., et al. | Case Number 05-03817-3F1 |

DEBTOR WINN - DIXIE STORES, INC
U S BANKRU?TCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11818**

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Sioux Honey Association    *411408*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Marci Iseminger
614 Pierce Street
P.O Box 27
Sioux City, Iowa 51102
Telephone number: (712) 277-4561

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
Various - see attached

Check here ☐ replaces ☐ amends  if this claim   a previously filed claim, dated:_____

**1. Basis for Claim**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:**
Nov. 04 - Feb. 05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 152,216.16 ____ (unsecured) _____ (secured) _____ (priority)  $152,216.16 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any. $_____

**6. Unsecured Nonpriority Claim** $ 152,216.16 ____
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY
RECEIVED 2005 SEP 15 AH11:21 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY, INC AS AGENT

Date 9/9/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Lisa Hansel, Credit Manager, Sioux Honey Association

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

SEP 1 4 2005

# WINN-DIXIE

| Customer # | Address | Amount due to Sioux Honey Assn. | Invoice Number |
|---|---|---|---|
| 102320 | PO Box 2320 Jacksonville, FL 32203 | $2,515 20 | 26419 |
| 104053 | PO Box 40535 Jacksonville, FL | $5,384.40 | 25876 |
| 104053 | PO Box 40535 Jacksonville, FL | $6,895.20 | 26667 |
| 104004 | PO Box 40045 Jacksonville, FL 32203 | $13,459.20 | 25875 |
| 104004 | PO Box 40045 Jacksonville, FL 32203 | $7,578 00 | 26665 |
| 140995 | PO Box 40995 Jacksonville, FL 32203 | -$1,073.28 | 22817 |
| 104047 | PO Box 40475 Jacksonville, FL 40475 | $3,501.60 | 25848 |
| 104047 | PO Box 40475 Jacksonville, FL 40475 | $14,260.32 | 26389 |
| 104047 | PO Box 40475 Jacksonville, FL 40475 | $8,740.56 | 26666 |
| 104059 | PO Box 40595 Jacksonville, FL 32203 | $6,577 80 | 25958 |
| 104059 | PO Box 40595 Jacksonville, FL 32203 | $8,889 60 | 26905 |
| 104002 | PO Box 40026 Jacksonville, FL 33340 | $3,348.00 | 25742 |
| 104002 | PO Box 40026 Jacksonville, FL 33340 | $20,616.00 | 26425 |
| 104002 | PO Box 40026 Jacksonville, FL 33340 | $11,064.96 | 26628 |
| 104002 | PO Box 40026 Jacksonville, FL 33340 | $12,559.20 | 27111 |
| 104002 | PO Box 40026 Jacksonville, FL 33340 | $5,234 40 | 27112 |
| 140043 | PO Box 40043 Jacksonville, FL 33340 | $15,109.80 | 26001 |
| 140043 | PO Box 40043 Jacksonville, FL 33340 | $7,555 20 | 27117 |

**TOTALS**                                **$152,216.16**

Prepared by Lisa Hansel, Credit Manager
Sioux Honey Association                                        Current as of 9/2/05

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| PAGE NO. | INVOICE NUMBER |
|---|---|
| 1 | 26419 |

| | INVOICE DATE |
|---|---|
| | 1/24/05 |

102320
WINN-DIXIE ATLANTA INC
PO BOX 2320
JACKSONVILLE, FL 322032320

B  
I  
L  
L  

T  
O  

2320
WINN-DIXIE STORES (ATL)
GROCERY
5400 FULTON INDUSTRIAL BLV
ATLANTA, GA 30336

S  
H  
I  
P  

T  
O  

| ITEM NUMBER | TERMS | BROKER | ITEM DESCRIPTION / COMMENTS | FOB | DATE ORDERED | U/M | QUANTITY ORDERED | DATE REQUESTED | DATE SHIPPED | QUANTITY SHIPPED | REFERENCE NUMBER | QUANTITY BACK ORDERED | T A X | SHIP-VIA | UNIT PRICE | U/P | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 N30 | B06 | ACOSTA S | DESTINATION | | 1/17/05 | | | 1/27/05 | 1/24/05 | | 603580 | | | OLD DOMINION | | | 24221 |

EDI 306/0707
NORTH AMERICAN 6/3 LB HONEY    CA                                64                        64                    0    N    39.30    CA    25.15.20
Lot Number -          LE13C Lot Quantity                                                            Invoice Amount                      2515.20

Cash Discount Of $50.30 Is Available Through 2/03/05

ORIGINAL INVOICE

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| PAGE NO. | 1 |
| --- | --- |

| INVOICE NUMBER | 25876 |
| --- | --- |
| INVOICE DATE | 1/17/05 |

**104053**
WINN-DIXIE CHARLOTTE INC
PO BOX 40535
JACKSONVILLE, FL 32203

**4053**
WINN-DIXIE CHARLOTTE GROC
2425 NEVADA BLVD
(GENERAL DR)
CHARLOTTE, NC 28273

| TERMS | BROKER | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE/INV.NUMBER | SHIP VIA | ORDER NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 810 N30 | ACOSTA S | DESTINATION | 1/12/05 | 1/19/05 | 1/17/05 599139 | OLD DOMINION | 24095 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | U/M | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B13 | EDI 313/2831 | | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY CA | | 34 | 34 | 0 | N | 33.00 CA | | 1122.00 |
| | Lot Number - LE16G  Lot Quantity 48 | | 48 | 34 | 0 | N | 33.00 CA | | 1122.00 |
| | NORTH AMERICAN 6/3 LB HONEY CA | | 48 | 48 | 0 | N | 39.30 CA | | 1886.40 |
| | Lot Number - IE15A  Lot Quantity 72 | | 72 | 72 | 0 | N | 33.00 CA | | 2376.00 |
| | SUE BEE 12/12 OZ SQ BEAR HONEY CA | | | 72 | | | | | |
| | Lot Number - LE06K  Lot Quantity | | | | | | | | |
| | | | | | | Subtotal | | | 5364.40 |
| | | | | | | Invoice Amount | | | 5384.40 |

A Cash Discount Of $107.69 Is Available Through 1/27/05.

# INVOICE

| PAGE NO. | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1 | 26667 | 2/01/05 |

**SIOUX HONEY ASSOCIATION**
1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

WORLD'S LARGEST HONEY MARKETING ORGANIZATION

**Sold To:**
104053
WINN-DIXIE CHARLOTTE INC
PO BOX 40535
JACKSONVILLE, FL 32203

**Ship To:**
4053
WINN-DIXIE CHARLOTTE GROC
2425 NEVADA BLVD
(GENERAL DR)
CHARLOTTE, NC 28273

| TERMS | BROKER | DESTINATION FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 810 N30 | 313 ACOSTA S | | 1/24/05 | 2/04/05 | 2/01/05 | 610116 | OLD DOMINION | 24790 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TX | UNIT PRICE | UPI | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | EDI 313/2831 | | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY CA | | | 34 | | N | 33.00 CA | | 1122.00 |
| | Lot Number - LE16G Lot Quantity | | 34 | 34 | 0 | | | | |
| | SUE BEE 12/24 OZ HONEY CA | | | 30 | | N | 55.80 CA | | 1674.00 |
| | Lot Number - LE30L Lot Quantity | | 30 | 30 | 0 | | | | |
| | NORTH AMERICAN 6/3 LB HONEY CA | | | 64 | | N | 39.30 CA | | 2515.20 |
| | Lot Number - AF03F Lot Quantity | | 64 | 64 | 0 | | | | |
| | SUE BEE 12/12 OZ SQ BEAR HONEY CA | | | 48 | | N | 33.00 CA | | 1584.00 |
| | Lot Number - LE08K Lot Quantity | | 48 | 48 | 0 | | | | |

Subtotal 6895.20

Invoice Amount 6895.20

A Cash Discount Of $137.90 Is Available Through 2/11/05

ORIGINAL INVOICE

## SIOUX HONEY ASSOCIATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION



**INVOICE**

PAGE NO. 1

| INVOICE NUMBER | 25875 |
|---|---|
| INVOICE DATE | 1/17/05 |

**B** 104004
**I** WINN-DIXIE LOUISIANA INC
**L** PO BOX 40045
**L** JACKSONVILLE, FL 322030955
**T**
**O**

**S** 4004
**H** WINN-DIXIE NEW ORLEANS GRO
**I** HAMMOND WAREHOUSE
**P** 3925 HIGHWAY 190 WEST
**T** HAMMOND, LA 70401
**O**

| TERMS | BROKER | FOB DESTINATION | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 1% 10 N30 | 404 ACOSTA S | | 1/12/05 | 1/19/05 | 1/17/05 | 598999 | OLD DOMINION | 24090 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | EDI 404/1601 | | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY CA | | 102 | 102 | 0 | N | 33.00 CA | | 3366.00 |
| | Lot Number - LE16G Lot Quantity | | 102 | 102 | | | | | |
| | SUE BEE 12/24 OZ HONEY CA | | 102 | 102 | 0 | N | 55.80 CA | | 5691.60 |
| | Lot Number - LE30L Lot Quantity | | 102 | 102 | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY CA | | 112 | 112 | 0 | N | 39.30 CA | | 4401.60 |
| | Lot Number - IE15A Lot Quantity | | 112 | 112 | | | | | |
| | | | | | | | Subtotal | | 13459.20 |
| | | | | | | | Invoice Amount | | 13459.20 |
| | Cash Discount Of $269.18 Is Available Through 1/27/05 | | | | | | | | |



**SIOUX HONEY ASSOCIATION**

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

**INVOICE**

| | |
|---|---|
| PAGE NO. | 1 |
| INVOICE NUMBER | 26665 |
| INVOICE DATE | 2/01/05 |

| B I L L T O | S H I P T O |
|---|---|
| 104004<br>WINN-DIXIE LOUISIANA INC<br>PO BOX 40045<br>JACKSONVILLE, FL 322030955 | 4004<br>WINN-DIXIE NEW ORLEANS GRO<br>HAMMOND WAREHOUSE<br>3925 HIGHWAY 190 WEST<br>HAMMOND, LA 70401 |

| TERMS | BROKER | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 810 N30 | 404 ACOSTA S | DESTINATION | 1/24/05 | 2/07/05 | 2/01/05 | 610112 | OLD DOMINION | 24779 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | EDI 404/1601 | | | | | | | | |
| | SUE BEE 12/24 OZ HONEY | CA | 102 | 102 | 0 | N | 55.80 | CA | 5691.60 |
| | Lot Number - LE30L | | | | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY | CA | 48 | 48 | 0 | N | 39.30 | CA | 1886.40 |
| | Lot Number - AF03F | | | | | | | | |
| | Lot Quantity | | 48 | | | | | | |
| | | | | | | | Subtotal | | 7578.00 |
| | | | | | | | Invoice Amount | | 7578.00 |
| | A Cash Discount Of $151.56 Is Available Through 2/11/05 | | | | | | | | |

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

## INVOICE

| PAGE NO. | 1 |
| INVOICE NUMBER | 22817 |
| INVOICE DATE | 11/15/04 |

B
I
L
L

T
O

140995
WINN-DIXIE MIDWEST INC
PO BOX 40995
JACKSONVILLE, FL 32203

S
H
I
P

T
O

40995
WINN-DIXIE (GROCERY)
720 LOCUST LANE
LOUISVILLE, KY 40217

| TERMS | BROKER | DESTINATION | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 810 N30 | 210 ACOSTA S | DESTINATION | | 11/15/04 | 11/15/04 | 11/15/04 | 06267928 | BEST WAY | 21538 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| EDI 210/1532 | SUE BEE 12/16. OZ SPUN BL HONEYCA | | 26- | 26- | 0 | N | 41.28 CA | | 1073.28 |
| | ***CM FOR INVOICE #10216.  DISCONTINUED ITEM*** | | | | | | | | |
| | Lot Number -    JD03N Lot Quantity | | | | | | | | |
| | Cash Discount Of $21.47 Is Available Through 11/25/04 | | | | | | | | |
| | | | | | | | Invoice Amount | | 1073.28 |



SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| | |
|---|---|
| PAGE NO. | 1 |
| INVOICE NUMBER | 25848 |
| INVOICE DATE | 1/14/05 |

**S H I P T O**

104047
WINN-DIXIE MONTGOMERY INC
PO BOX 40475
JACKSONVILLE, FL 36104

**S H I P T O**

4047
WINN-DIXIE GROCERY
MONTGOMERY
1550 JACKSON FERRY ROAD
MONTGOMERY, AL 36104

| TERMS | BROKER | DESTINATION | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 810 N30 | 801 ACOSTA S | | | 1/10/05 | 1/17/05 | 1/14/05 | 596905 | OLD DOMINION | 24069 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | U/P | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| EDI 301/0022 | SUE BEE 12/12 OZ CLOVER HONEY | CA | 68 | 68 | 0 | N | 33.00 | CA | 2244.00 |
| | Lot Number - KE19F | Lot Quantity | 32 | | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY | CA | | 32 | | | | | |
| | Lot Number - IE15A | Lot Quantity | 32 | 32 | 0 | N | 39.30 | CA | 1257.60 |
| | | | | | | | Subtotal | | 3501.60 |
| | | | | | | | Invoice Amount | | 3501.60 |
| Cash Discount Of $70.03 Is Available Through | | | | | 1/24/05 | | | | |

ORIGINAL INVOICE

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| PAGE NO. | 1 |
| --- | --- |

| INVOICE NUMBER | 26389 |
| --- | --- |
| INVOICE DATE | 1/21/05 |

**B** 104047
**L** WINN-DIXIE MONTGOMERY INC
**L** PO BOX 40475
**T** JACKSONVILLE, FL 36104
**O**

**S** 4047
**H** WINN-DIXIE GROCERY
**I** MONTGOMERY
**P** 1550 JACKSON FERRY ROAD
**T** MONTGOMERY, AL 36104
**O**

| TERMS | ITEM NUMBER | BROKER | ITEM DESCRIPTION / COMMENTS | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N30 | 301 | ACOSTA S | DESTINATION | 1/13/05 | 1/24/05 | 1/21/05 | 600256 | OLD DOMINION | 24220 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UNIT | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | T A X | UNIT PRICE | U/P | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EDI 301/0022 | | | | | | | | | |
| SUE BEE 12/12 OZ CLOVER HONEY | CA | | 102 | 102 | 0 | N | 33.00 | CA | 3366.00 |
| Lot Number - | 1E16G | Lot Quantity | 102 | 102 | | | | | |
| SUE BEE 12/24 OZ HONEY | CA | | 90 | 90 | 0 | N | 55.80 | CA | 5022.00 |
| Lot Number - | AF03K | Lot Quantity | 90 | 51 | | | | | |
| Lot Number - | 1E30L | Lot Quantity | | 39 | | | | | |
| NORTH AMERICAN 6/3 LB HONEY | CA | | 32 | 32 | 0 | N | 39.30 | CA | 1257.60 |
| Lot Number - | 1E15A | Lot Quantity | | 32 | | | | | |
| AUNT SUE 12/2 LB RAW KL HONEY | CA | | 88 | 88 | 0 | N | 52.44 | CA | 4614.72 |
| Lot Number - | HE20D | Lot Quantity | | 46 | | | | | |
| Lot Number - | 1E17A | Lot Quantity | | 42 | | | | | |
| | Subtotal | | | | | | | | 14260.32 |
| | Invoice Amount | | | | | | | | 14260.32 |
| Cash Discount Of $285.21 Is Available Through | 1/31/05 | | | | | | | | |

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197



# INVOICE

| PAGE NO. | 1 |
|---|---|
| INVOICE NUMBER | 26666 |
| INVOICE DATE | 2/01/05 |

**SOLD TO:**
104047
WINN-DIXIE MONTGOMERY INC
PO BOX 40475
JACKSONVILLE, FL 36104

**SHIP TO:**
4047
WINN-DIXIE GROCERY
MONTGOMERY
1550 JACKSON FERRY ROAD
MONTGOMERY, AL 36104

| TERMS | BROKER | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 810 N30 | 301 ACOSTA S | DESTINATION | 1/24/05 | 2/04/05 | 2/01/05 | 610110 | OLD DOMINION | 24778 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UNIT | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | U/P | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| EDI 301/0022 | SUE BEE 12/12 OZ CLOVER HONEY | CA | 68 | 68 | 0 | N | 33.00 | CA | 2244.00 |
| | Lot Number - AF07F | Lot Quantity | | 51 | | | | | |
| | Lot Number - AF16G | Lot Quantity | | 17 | | | | | |
| | SUE BEE 12/24 OZ HONEY | CA | 30 | 30 | 0 | N | 55.80 | CA | 1674.00 |
| | Lot Number - LB30L | Lot Quantity | | 30 | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY | CA | 64 | 64 | 0 | N | 39.30 | CA | 2515.20 |
| | Lot Number - AF03E | Lot Quantity | | 64 | | | | | |
| | AUNT SUE 12/2 LB RAW KL HONEY | CA | 44 | 44 | 0 | N | 52.44 | CA | 2307.36 |
| | Lot Number - IE17A | Lot Quantity | | 44 | | | | | |
| | | | | | | | Subtotal | | 8740.56 |
| | | | | | | | Invoice Amount | | 8740.56 |

Cash Discount Of $174.81 Is Available Through 2/11/05

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197



**INVOICE**

| | |
|---|---|
| PAGE NO. | 1 |
| INVOICE NUMBER | 25958 |
| INVOICE DATE | 1/19/05 |

**B** 104059
**I** WINN-DIXIE STORES INC
**L** PO BOX 40595
**L** JACKSONVILLE, FL 322030595
**T**
**O**

**S** 4059
**H** WINN-DIXIE (GROCERY)
**I** RETAIL SUPPORT CENTER
**P** 15550 W BEAVER
**T** BALDWIN BUILDING B
**O** JACKSONVILLE, FL 32234

| TERMS | BROKER | | FOB | | | | | SHIPVIA | |
|---|---|---|---|---|---|---|---|---|---|
| %10 N30 | 303 ACOSTA S | | DESTINATION | | | | | BEST WAY | |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | QUANTITY BACK ORDERED | T A X | UNIT PRICE | UPI | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/14/05 | 1/21/05 | 1/19/05 | 602012 | | | | | 24181 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UNIT | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | T A X | UNIT PRICE | UPI | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| EDI 303/0482 | SUE BEE 12/12 OZ CLOVER HONEY CA | | 85 | 85 | 0 | Y | 33.00 CA | | 2805.00 |
| | Lot Number - AF07F | Quantity | 33 | | | | | | |
| | Lot Number - KE01K | Quantity | 52 | | Y | | | | |
| | NORTH AMERICAN 6/3 LB HONEY CA | Quantity | 96 | 96 | 0 | Y | 39.30 CA | | 3772.80 |
| | Lot Number - LE13C | Quantity | | 96 | | | | | |

Cash Discount Of $131.56 Is Available Through 1/29/05

Invoice Amount

Subtotal 6577.80

6577.80

# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60877-1007
Phone 712-258-0638
Duns # 00-694-2197

## INVOICE

| PAGE NO. |
| --- |
| 1 |

**BILL TO:**
104059
WINN-DIXIE STORES INC
PO BOX 40595
JACKSONVILLE, FL 322030595

**SHIP TO:**
4059
WINN-DIXIE (GROCERY)
RETAIL SUPPORT CENTER
15550 W BEAVER
BALDWIN BUILDING B
JACKSONVILLE, FL 32234

| INVOICE NUMBER | INVOICE DATE |
| --- | --- |
| 26905 | 2/02/05 |

| TERMS | BROKER | FOB DESTINATION | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | INVOICE DATE | ORDER NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 810 N30 | 303 ACOSTA S | DESTINATION | 1/24/05 | 2/04/05 | 2/02/05 | 610105 | BEST WAY | 2/02/05 | 24787 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | U/P | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EDI 303/0482 | | | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY | CA | 136 | 136 | 0 | Y | 33.00 | CA | 4488.00 |
| | Lot Number - AF07F Lot Quantity 136 | | | | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY | CA | 112 | 112 | 0 | Y | 39.30 | CA | 4401.60 |
| | Lot Number - LE13C Lot Quantity 112 | | | 112 | | | | | |
| | | | | | | | Subtotal | | 8889.60 |
| | | | | | | | Invoice Amount | | 8889.60 |

A Cash Discount Of $177.79 Is Available Through 2/12/05



**SIOUX HONEY ASSOCIATION**

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| PAGE NO. | 1 |
| --- | --- |
| INVOICE NUMBER | 25742 |
| INVOICE DATE | 1/11/05 |
| ORDER NUMBER | 23558 |

B  104002
I  WINN-DIXIE STORES INC-MIA
L  PO BOX 40026
L  JACKSONVILLE, FL 33340
T
O

S  4002
H  WINN-DIXIE (GROCERY)
I  3300 NW 123 STREET
P  MIAMI, FL 33167
T
O

| TERMS | BROKER | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1% 10 N30 | 303 ACOSTA S | DESTINATION | 1/03/05 | 1/10/05 | 1/10/05 | 588377 | OLD DOMINION |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 303 | EDI 303/0576 SUE BEE 12/24 OZ. HONEY CA LE03K Lot Number - Lot Quantity | | 60 | 60 / 60 | 0 | N | 55.80 CA | | 3348.00 / 3348.00 |

A Cash Discount Of $66.96 Is Available Through 1/21/05

Invoice Amount        3348.00



# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

# INVOICE

| | |
|---|---|
| PAGE NO. | 1 |
| INVOICE NUMBER | 26425 |
| INVOICE DATE | 1/24/05 |

**B** 104002
**I** WINN-DIXIE STORES INC-MIA
**L** PO BOX 40026
**T** JACKSONVILLE, FL 33340
**O**

**S** 4002
**H** WINN-DIXIE (GROCERY)
**I** 3300 NW 123 STREET
**P** MIAMI, FL 33167
**T**
**O**

| TERMS | BROKER | | | | | | | SHIP-VIA: | | ORDER NUMBER: |
|---|---|---|---|---|---|---|---|---|---|---|
| 810 N30 | 303 ACOSTA S | | | | | | | OLD DOMINION | | 24091 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | T/X | UNIT PRICE | U/P | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | EDI 303/05576 | | 1/12/05 | 1/19/05 | 1/24/05 598983 | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY | CA | | | | 136 | 136 | 0 | N | 33.00 | CA | 4488.00 |
| | Lot Number - AF07F Lot Quantity | | | | | | 53 | | | | | |
| | Lot Number - LE16G Lot Quantity | | | | | | 83 | | | | | |
| | SUE BEE 12/24 OZ HONEY | CA | | | | 120 | 120 | 0 | N | 55.80 | CA | 6696.00 |
| | Lot Number - AF03K Lot Quantity | | | | | | 120 | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY | CA | | | | 240 | 240 | 0 | N | 39.30 | CA | 9432.00 |
| | Lot Number - LE13C Lot Quantity | | | | | | 240 | | | | | |
| | | | | | | | | | | Subtotal | | 20616.00 |
| | A Cash Discount Of $412.32 Is Available Through 2/03/05 | | | | | | | | | Invoice Amount | | 20616.00 |



# SIOUX HONEY ASSOCIATION

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

## INVOICE

| PAGE NO. | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1 | 26628 | 1/31/05 |

B&#x20;
I
L
L
T
O

104002
WINN-DIXIE STORES INC-MIA
PO BOX 40026
JACKSONVILLE, FL 33340

S
H
I
P
T
O

40026
WINN-DIXIE (GROCERY)
POMPANO WAREHOUSE
1141 SW 12TH AVENUE STE 1
POMPANO BEACH, FL 33069

| TERMS | BROKER | DESTINATION FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 810 N30 | 303 ACOSTA S | | 1/12/05 | 1/19/05 | 1/31/05 | 599136 | OLD DOMINION | 24093 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | U/P | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | EDI 303/0584 | | | | | | | | |
| | SUE BEE 12/12 OZ CLOVER HONEY CA | CA | 85 | 85 | 0 | N | 33.00 | CA | 2805.00 |
| | Lot Number - AF07F Lot Quantity | | | | | | | | |
| | SUE BEE 12/24 OZ HONEY CA | CA | 45 | 45 | 0 | N | 55.80 | CA | 2511.00 |
| | Lot Number - AF03K Lot Quantity | | | | | | | | |
| | NORTH AMERICAN 6/3 LB HONEY CA | CA | 96 | 96 | 0 | N | 39.30 | CA | 3772.80 |
| | Lot Number - LE13B Lot Quantity | | | | | | | | |
| | SUE BEE 12/16 OZ ORNG KT HONEY CA | CA | 46 | 46 | 0 | N | 42.96 | CA | 1976.16 |
| | Lot Number - AF05Y Lot Quantity | | | | | | | | |
| | | | | | | | Subtotal | | 11064.96 |
| | | | | | | | Invoice Amount | | 11064.96 |

A Cash Discount Of $221.30 Is Available Through 2/10/05

ORIGINAL INVOICE



# SIOUX HONEY ASSOCIATION

WORLD'S LARGEST HONEY MARKETING ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

## INVOICE

| PAGE NO. | 1 |
| --- | --- |
| INVOICE NUMBER | 27111 |
| INVOICE DATE | 2/04/05 |

**B I L L   T O**
104002
WINN-DIXIE STORES INC-MIA
PO BOX 40026
JACKSONVILLE, FL 33340

**S H I P   T O**
4002
WINN-DIXIE (GROCERY)
3300 NW 123 STREET
MIAMI, FL 33167

| ITEM NUMBER | TERMS | BROKER | ITEM DESCRIPTION / COMMENTS | FOB DESTINATION | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 303 | B10 N30 | ACOSTA S | DESTINATION | | 1/24/05 | 2/04/05 | 2/04/05 | 610107 | | | | | | | 24786 |
| | | | EDI 303/0576 | | | | | | | | | | | | |
| | | | SUE BEE 12/24 OZ HONEY AF03K CA | | | | | | 180 | 180 | 0 | N | 55.80 CA | | 100,44.00 |
| | | | Lot Number - Quantity | | | | | | | 180 | | | | | |
| | | | NORTH AMERICAN 6/3 LB HONEY AF03F CA | | | | | | 64 | 64 | 0 | N | 39.30 CA | | 2515.20 |
| | | | Lot Number - Quantity | | | | | | | 64 | | | | | |

SHIP VIA: OLD DOMINION

Subtotal 1259.20
Invoice Amount 1259.20

Cash Discount Of $251.18 Is Available Through 2/14/05

# SIOUX HONEY ASSOCIATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION



## INVOICE

| PAGE NO. | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1 | 27112 | 2/04/05 |

**Bill To:**
104002
WINN-DIXIE STORES INC-MIA
PO BOX 40026
JACKSONVILLE, FL 33340

**Ship To:**
40026
WINN-DIXIE (GROCERY)
POMPANO WAREHOUSE
1141 SW 12TH AVENUE STE 1
POMPANO BEACH, FL 33069

| ITEM NUMBER | TERMS | BROKER | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 810 N30 | 303 ACOSTA S | DESTINATION | 1/24/05 | 2/04/05 | 2/04/05 | 610114 | OLD DOMINION | 24789 |

| ITEM DESCRIPTION / COMMENTS | UM | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UP | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| EDI 303/0584 | | | | | | | | |
| SUE BEE 12/24 OZ HONEY    AF03K | CA | 60 | 60 | 0 | N | 55.80 | CA | 3348.00 |
| Lot Number -        Quantity | | | 60 | | | | | |
| NORTH AMERICAN 6/3 LB HONEY    AF03F | CA | 48 | 48 | 0 | N | 39.30 | CA | 1886.40 |
| Lot Number -        Quantity | | | 48 | | | | | |
| | | | | | | Subtotal | | 5234.40 |
| | | | | | | Invoice Amount | | 5234.40 |

Cash Discount Of $104.69 Is Available Through 2/14/05



# INVOICE

| PAGE NO. | 1 |
| --- | --- |
| INVOICE NUMBER | 26001 |
| INVOICE DATE | 1/20/05 |

**SIOUX HONEY ASSOCIATION**

WORLD'S
LARGEST
HONEY
MARKETING
ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 712-258-0638
Duns # 00-694-2197

B - 140043
I - WINN-DIXIE STORES ORLANDO
L - PO BOX 40043
L - JACKSONVILLE, FL 33340
T
O

S - 40043
H - WINN-DIXIE STORES GROCERY
I - 4401 SEABOARD ROAD
P - ORLANDO, FL 32808
T
O

| ITEM NUMBER | TERMS | BROKER | ITEM DESCRIPTION / COMMENTS | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | SHIP VIA | UNIT PRICE | U/P | EXTENDED PRICE | ORDER NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 307 | N30 | ACOSTA S | | | | | | | | | | OLD DOMINION | | | | 24096 |

FOB DESTINATION
Date Ordered 1/12/05
Date Requested 1/19/05
Date Shipped 1/20/05
Reference Number 599144

EDI 307/0625
SUE BEE 12/12 OZ CLOVER HONEY CA
Lot Number - LE16G    Quantity 153    153    0    N    33.00 CA    50,49.00
NORTH AMERICAN 6/3 LB HONEY CA
Lot Number - AF03F    Quantity 256    256    217    39    0    N    39.30 CA    100,60.80
Lot Number - LE13C    Quantity

Cash Discount Of $302.20 Is Available Through 1/30/05

Invoice Amount

Subtotal

# SIOUX HONEY ASSOCIATION



WORLD'S LARGEST HONEY MARKETING ORGANIZATION

1724 Solutions Center
Chicago, IL 60677-1007
Phone 312-258-0638
Duns # 00-694-2197

## INVOICE

| PAGE NO. | 1 |
|---|---|

| INVOICE NUMBER | 27117 |
|---|---|
| INVOICE DATE | 2/04/05 |

B – L – O – T

140043
WINN-DIXIE STORES ORLANDO
PO BOX 40043
JACKSONVILLE, FL 33340

S – H – I – P – T – O

40043
WINN-DIXIE STORES GROCERY
4401 SEABOARD ROAD
ORLANDO, FL 32808

| ITEM NUMBER | TERMS | BROKER | ITEM DESCRIPTION / COMMENTS | FOB | DATE ORDERED | DATE REQUESTED | DATE SHIPPED | REFERENCE NUMBER | SHIP VIA | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | 810 N30 | 307 ACOSTA S | DESTINATION | | 1/24/05 | 2/04/05 | 2/04/05 | 610119 | OLD DOMINION | 24784 |

| ITEM NUMBER | ITEM DESCRIPTION / COMMENTS | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORDERED | TAX | UNIT PRICE | UPI | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| EDI 307/0625 | | | | | | | | | |
| SUE BEE 12/12 OZ CLOVER HONEY | Lot Number - AF07F | CA | 102 | 102 | 0 | N | 33.00 CA | | 3366.00 |
| | Lot Quantity | | | 102 | | | | | |
| SUE BEE 12/24 OZ HONEY | Lot Number - AF03K | CA | 30 | 30 | 0 | N | 55.80 CA | | 1674.00 |
| | Lot Quantity | | | 30 | | | | | |
| NORTH AMERICAN 6/3 LB HONEY | Lot Number - LE13B | CA | 64 | 64 | 0 | N | 39.30 CA | | 2515.20 |
| | Lot Quantity | | | 64 | | | | | |

Subtotal 7555.20

Invoice Amount 7555.20

Cash Discount Of $151.10 Is Available Through 2/14/05