## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.

Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

(Jointly Administered)

## MELITTA'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM NUMBER 2183

Pursuant to the Notice of Debtors' Eighth Omnibus Objection to Overstated Claims, Melitta USA, Inc. ("Melitta") responds as follows to the Debtors' Objection to Claim Number 2183:

1. On or about May 11, 2005, Melitta filed its proof of claim bearing claim number 2183 (the "Claim"), in the amount of $113,492.88. The Claim is based on goods sold by Melitta to the Debtors.

2. Melitta received a Notice of Debtors' Eighth Omnibus Objection to Overstated Claims indicating that the Debtors are seeking a reduction in the Claim based upon an "accounts payable credit".

3. Melitta denies that the Debtors are entitled to any accounts payable credit against the Claim.

4. Melitta has made requests of the Debtors for information to substantiate any entitlement to a credit against the Claim. However, in spite of these requests, the Debtors have failed or refused to provide any documentation or other support regarding their alleged account payable credit.

WHEREFORE, Melitta requests the entry of an order overruling the Debtors' objection to the Claim, and allowing the Claim in the amount of $113, 492.88.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. Mail on this 17th day of April, 2006, to D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036; James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and the Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602.

/s/ Edwin G. Rice
Edwin G. Rice
Fla. Bar No. 855944
erice@glennrasmussen.com
**Glenn Rasmussen Fogarty & Hooker, P.A.**
Post Office Box 3333
Tampa, FL 33601-3333
(813) 229-3333
(813) 229-5946 (fax)
*Attorneys for Melitta USA, Inc.*

2750-005^P Melittas Response to Debtors' Objection to Claim