**FILED**
JACKSONVILLE, FLORIDA

NOT INCLUDED IN ELECTRONIC FILE**

APR 17 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                             Chapter 11

WINN-DIXIE STORES. INC., et al.                    Case No. 05-03817-3F1
                                                   Jointly Administered

           Debtor(s)

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

VR GLOBAL PARTNERS, L.P. (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest arising under or in connection with unsecured claim (as such is defined in the Transfer of Claim Agreement dated 18th January 2006 by and between CREDIT SUISSE (the Seller/Transferor/Assignor) and VR GLOBAL PARTNERS, L.P. (the Purchaser/Transferee/Assignee) in the amount of $ 2,166,255.45 (the "Bankruptcy Claim"), including the Proof of Claim filed by Falcon Farms, Inc. (the original creditor), which Proof of Claim has been assigned claim no. 976.

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing Evidence of Transfer of Claim, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached Evidence of Transfer of Claim, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

**SELLER/TRANSFEROR/ASSIGNOR:**           **PURCHASER/ASSIGNEE/TRANSFEREE:**

**CREDIT SUISSE**                          **VR GLOBAL PARTNERS, L.P.**

11 Madison Avenue, 5th Floor,              c/o VR Capital Group
New York, NY 10010                         Avrora Business Park
                                           77 Sadovnicheskaya Nab. Bldg. 1
                                           Moscow 115035 Russia
Telephone: (212) 538-5385                  Telephone: (7 495) 787-8181
Fax:       (212) 538-8119                  Fax:       (7 495) 787-8183

By: See attached Evidence                  By: _____
of Transfer of Claim                            (Richard Deitz)

- 10 -

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to VR GLOBAL PARTNERS, L.P. (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Winn-Dixie Procurement, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie, Stores, Inc., et al.*, Chapter 11 Case No. 05-03817-3F1 (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), in the amount of $2,166,255.45 (the "Claim"), including the Proof of Claim filed by Falcon Farms, Inc. (the original creditor) in the Bankruptcy Case, which Proof of Claim has been assigned claim no. 976.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of January, 2006

| VR GLOBAL PARTNERS, L.P. | CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
|---|---|
| By:_____<br>  Name:<br>  Title: | By:_____<br>  Name: Joseph Brosnan<br>  Title: Vice President<br>By:_____<br>  Name: Wendy Beer<br>  Title: Director |

F:\esbin\Agr-Trade Claims\238-541 VRGLOBAL (WINN-DIXIE) exc2.doc

- 10 -

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to VR GLOBAL PARTNERS, L.P. (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Winn-Dixie Procurement, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc., et al.*, Chapter 11 Case No. 05-03817-3F1 (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), in the amount of $2,166,255.45 (the "Claim"), including the Proof of Claim filed by Falcon Farms, Inc. (the original creditor) in the Bankruptcy Case, which Proof of Claim has been assigned claim no. 976.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 day of January, 2006

VR GLOBAL PARTNERS, L.P.

By: _____
Name:  Richard Deitz
Title:  Authorized Signatory

CREDIT SUISSE, CAYMAN ISLANDS BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

F:\esbin\Agr-Trade Claims\238-541 VRGLOBAL (WINN-DIXIE) exc2.doc

# VR GLOBAL PARTNERS

August 01, 2005

TO WHOM IT MAY CONCERN

**Authorized Signatures of VR Global Partners L.P. (the «Company»)**

I, Richard Deitz, the Director of VR Advisory Services Ltd. in its capacity as a General Partner of the Company, do hereby certify that

(1) the persons listed hereafter in this Authorized Signatories List are authorized to sign agreements with counterparties, where the Company enters into
(a) agreements governing financial transactions and arrangements with counterparties and
(b) transactions relating to off-balance sheet products (including, but not limited to, swap transactions), and that

(2) the signatures set above their names are their genuine signatures.

_____
Richard Deitz
Director of VR Advisory Services Ltd. in its capacity as a General Partner

# VR GLOBAL PARTNERS

## LIST OF AUTHORISED SIGNATURES

| Name | Signature | Signature Category | Signature Type |
|---|---|---|---|
| Deitz, Richard | | A | A |
| Johnson, Jeffrey | | A | A+B* |
| Ataullah, Khalid | | B | A+B* |
| Pavlichenkov, Andrei | | B | A+B* |

* Limited to US$20,000,000.00 market value of transaction.

Richard Deitz
Director of VR Advisory Services Ltd. in its capacity as a General Partner