UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 3:05-bk-03817-JAF |
| Winn-Dixie Stores, Inc., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| _____ / | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**GrayRobinson, P.A.** gives notice of its appearance as co-counsel of record for creditors and parties in interest, **James Grady** and **Kyle Todd,** and requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on **James Grady** and **Kyle Todd** also be served on it in care of the undersigned counsel.

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Co-counsel for Creditors
James Grady and Kyle Todd

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of April, 2006, a true copy of the attached Notice of Appearance and Request for Service of Notices has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

Michael C. Markham
Johnson, Pope, Bokor, Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757

_____
Attorney

# 6762 v1