**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO MOTION FOR EXAMINATION**
**OF DEBTOR UNDER BANKRUPTCY RULE 2004**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), object to the Motion for Examination of Debtor Under Bankruptcy Rule 2004 filed by Richard Ehster, Gary Osborne, Scott Hunt, Stan Timbrook, and John Gardner (collectively, the "Movants"), and in support state:

1. On April 5, 2006, the Movants filed a Motion for Examination of Debtor Under Bankruptcy Rule 2004 (the "Motion") (Doc. No. 6925), which seeks discovery from the Debtors relating to the operation of the Debtors' businesses.

2. The Debtors object to the Motion because the discovery requested by the Movants (i) is duplicative of an examination of the Debtors being conducted by the Official Committee of Unsecured Creditors (the "Committee") and therefore

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

would impose duplication and unnecessary expense on these estates, and (ii) is overbroad, unduly burdensome and oppressive.

WHEREFORE, the Debtors respectfully request the Court to enter an order denying the Motion, and granting any further relief as is just.

Dated: April 17, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D. J. Baker  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray <br>    Jane Leamy | By  /s/ Cynthia C. Jackson  <br>    Stephen D. Busey <br>    Cynthia C. Jackson. F.B.N. 498882 <br>    Beau Bowin |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00528980