## EXHIBIT A

## SUMMARY OF EXPENSES

| **Houston Maddox** | |
|---|---:|
| Faxes | $275.65 |
| Courier Service | $23.64 |
| Travel Expenses (1/30/06 Hearing) | $28.34 |
| Total | **$327.63** |
| | |
| **Paul Madsen** | |
| Internet Access While Traveling | $49.50 |
| Long Distance Telephone Calls | $22.00 |
| Postage | $4.00 |
| Total | **$75.50** |
| | |
| **Kenneth Thomas** | |
| Airfare (8/24/05 Meetings) | $251.60 |
| Transportation | $91.15 |
| Total | **$342.75** |
| | |
| **AGGREGATE TOTAL** | **$745.88** |

LEGAL_US_E # 70529143.1