**EXHIBIT B**

WINN-DIXIE STORES JANUARY 19

EXPENSES

2005

910-762-5151

| Prepared By | Initials | Date |
|---|---|---|
| Prepared By | H.M | 3-27 |
| Approved By | | H3M |

© WILSON JONES  G7504 ColumnWrite®

| Date | Check no. | | Description | Receipt (over sheet) | Amount |
|---|---|---|---|---|---|
| 8-1-05 | 6057 | OFFICE DEPOT | FAX FROM OFFICE US TRUSTEE | (over sheet) | 1 30 |
| 8-3-05 | 6058 | OFFICE DEPOT | FAX TO OFFICE US TRUSTEE | ✓ | 5 79 |
| 8-17-05 | 6076 | OFFICE DEPOT | FAX FROM OFFICE US TRUSTEE | over sheet | 2 - |
| 8-17-05 | 6077 | OFFICE DEPOT | FAX FROM PAUL & SCHUTEE | ✓ | 1 50 |
| 8-17-05 | 6078 | OFFICE DEPOT | FAX FROM BRANDIS | ✓ | 1 - |
| 8-14-05 | 6078 | OFFICE DEPOT | FAX FROM LAVARRI | ✓ | 50 |
| 8-23-05 | 6078 | OFFICE DEPOT | FAX FROM LAVARRI | ✓ | 50 |
| 8-23-05 | 6080 | OFFICE DEPOT | FAX FROM PAUL HASTINGS | (over sheet) | 9 50 |
| 8-23-05 | 6081 | OFFICE DEPOT | FAX FROM JEFFERIES | ✓ | 18 50 |
| 8-23-05 | 6082 | OFFICE DEPOT | FAX FROM BRANDIS | ✓ | 2 - |
| 8-23-05 | 6083 | OFFICE DEPOT | FAX FROM PAUL SCHUTEE / PAUL COOPER | ✓ | 13 50 |
| 12 | | | total | | 55 71 |
| 13 | | | cash | | 3 - |
| 14 | | | check | | 52 29 |
| 15 | | | 2020 | | 55 29 |
| 8-31-05 | 6085 | OFFICE DEPOT | FAX FROM PAUL HASTINGS etc | ✓ | 7 50 |
| 8-31-05 | 6086 | OFFICE DEPOT | FAX FROM PAUL HASTINGS etc | ✓ | 7 - |
| 8-31-05 | 6088 | OFFICE DEPOT | FAX FROM TOM PELLUCK, DEBTOR & OTHERS | ✓ | 9 - |
| 8-31-05 | 6090 | OFFICE DEPOT | FAX FROM 3 FAX ADVOCATE CLASSES JEFFERIES KRUID, VILLER | ✓ | 24 8 |
| 8-31-05 | 6091 | OFFICE DEPOT | FAX FROM PAUL HASTINGS LAVARRI | ✓ | 65 - |
| 9-7-05 | 6099 | OFFICE DEPOT | FAX FROM PAUL HASTINGS | ✓ | 1 - |
| 9-19-05 | 6111 | OFFICE DEPOT | FAX INK FILM | ✓ | 26 74 |
| 11-9-05 | 6117 | OFFICE DEPOT | FAX INK FILM | ✓ | 26 74 |
| 11-9-05 | 6164 | OFFICE DEPOT | FAX INK FILM | ✓ | 26 74 |
| 12-7-05 | 6179 | OFFICE DEPOT | FAX PAPER | ✓ | 6 78 |
| 27 | | | | | |
| 28 | | | DRAIN DOEL | | 248 91 |
| 29 | | | | | |

Mr. Houston Maddox
2910 Park Ave.
Wilmington, NC 28403

910-762-5151

Customer / Business Name __Houston Maddox__   Phone _____

Customer Email _____   Fax # _____

Date In __8/1/05__   Date Due _____   Time In _____   Time Due _____   Taken By __SD__

## COPY SERVICES

| COPY | QUANTITY | PAPER | SIDES | COLLATION | IMAGE | TABS | CARBON-LESS FORMS |
|---|---|---|---|---|---|---|---|
| Color | Originals ____ X | Weight ____ | 1 → 1 | ☐ Collated | ☐ Reduce | Tab Font | ☐ 2 Pt. |
| B & W | Copies ____ | Color ____ | 1 → 2 | ☐ Un-collated | ☐ Enlarge | ____ | ☐ 3 Pt. |
| Wide B&W | | Size ____ | 2 → 2 | ☐ Hand Placement | ☐ Shift   Final Size | Tab Text (attach) | ☐ 4 Pt. |
| Wide Color | [ Qty ] | Type ____ | 2 → 1 | | % ____ | [ Qty ] | ☐ Letter  ☐ Legal |

## FINISHING SERVICES

| BINDING | STAPLING | CUTTING | FOLDING | LAMINATING | DRILLING |
|---|---|---|---|---|---|

**BINDING**
- Front ____
- Back ____
- Spine ____
- Binder ____

COIL BINDING
COMB BINDING
TAPE BINDING
BOOKLET

[ Qty ]

**STAPLING**

[ Qty ]

**CUTTING**

Final Size ____
___ x ___
Yield:
____ pieces

**FOLDING**

Hand    Machine

Text:   IN    OUT

☐ See Sample

[ Qty ]

**LAMINATING**

L T R    L G L    L G R    Sq. Ft = L" x W" / 144 (Round up)

- ☐ Bus. Card
- ☐ Luggage Tag
- ☐ ID Badge
- ☐ 24" x 36"
- ☐ 36" x 48"
- ☐ 24" x 36" Board
- ☐ Sq. Ft.

[ Qty ]

**DRILLING**

☐ See Sample

[ Qty ]

## OTHER SERVICES                     SPECIAL INSTRUCTIONS

| PADDING | EDITING | CALENDAR |
|---|---|---|

**PADDING**

☐ NCR   ☐ Glue

GLUE SIDE:

[ ]   [ ]

[ Qty ]   [ Sheets ]

**EDITING**
- ☐ Clean-Up
- ☐ Typesetting
- ☐ Paste-Up
- ☐ File Manipulation
- ☐ Hand Cut
- ☐ Hand Insert
- ☐ Hand Collate
- ☐ Shrink-wrap

**CALENDAR**
- ☐ Landscape
- ☐ Portrait
- ☐ At- a-Glance

[ Qty ]

| | Completed By | Proofed By |
|---|---|---|
| COPY | | |
| FINISHING | | |
| EDITING | | |

| SKU | Qty | X | Price | = | Extended |
|---|---|---|---|---|---|
| 3 x 833211 | | | | | 1.50 |
| | | | | | |
| | | | | | |
| | | | | | |

```
                OFFICE DEPOT
             3727 OLEANDER DRIVE
             WILMINGTON, NC  28403
                910-392-9013
   SALE        01970142728 EMP 195884
   11/09/05      09:54      POS 4.19

   037988809455 REF,FILM,KX-FA93
    1 @ 24.99                   24.99
   MEMBER # 1352295750

   Thank you for your Advantage purchase.
   Your Advantage member number is
   1352295750

            SUBTOTAL          24.99
        NC 7% SALES TAX         1.75
            TOTAL             26.74
         CHECK 06142          26.74
   ***********************************
```

```
                OFFICE DEPOT
             3727 OLEANDER DRIVE
             WILMINGTON, NC  28403
                910-392-9013

   Employee 435987       09/19/05 17:18
   Store #0197    Reg #014  Tran #3229
   SALE              POS Version 4.18A

   037988809455 REF,FILM,KX-FA93
    1 @ 24.99                   24.99

   MEMBER # 1352295750

   Thank you for your Advantage purchase
   Your Advantage member number is
   1352295750

            SUBTOTAL          24.99
        NC 7% SALES TAX         1.75
            TOTAL             26.74

         CHECK 06117          26.74
```

```
                OFFICE DEPOT
             3727 OLEANDER DRIVE
             WILMINGTON, NC  28403
                910-392-9013
   SALE       STR0197 REG014  TRN0659
   12/19/05 17.46  EMP 435987  POS 5.00

   032476545501 PPR,COPY,OD,REAM
    2 @ 2.99                    5.98
   MEMBER # 1352295750

   Today's purchase may add to your
   Advantage Reward credit balance for
   the Reward Period ending on 02/28
   Check your Reward Status at
   www.officedepot.com/Advantage

            SUBTOTAL           5.98
        NC 7% SALES TAX         0.42
            TOTAL              6.40
         CHECK
```

```
             3727 OLEANDER DRIVE
             WILMINGTON, NC  28403
                910-392-9013
   SALE        01970148506 EMP 195884
   12/09/05      11:23      POS 4.19

   037988809455 REF,FILM,KX-FA93
    1 @ 24.99                   24.9
   MEMBER # 1352295750

   Today's purchase may add to your
   Advantage Reward credit balance for
   the Reward Period ending on 02/28
   Check your Reward Status at
   www.officedepot.com/Advantage

            SUBTOTAL          24.9
        NC 7% SALES TAX         1.7
            TOTAL             26.7
         CHECK 06164          26.7
   ***********************************
```

Customer / Business Name __Houston Maddox__    Phone _____

Customer Email _____    Fax # _____

Date In __8|18__    Date Due_____    Time In_____    Time Due_____    Taken By __SUD__

---

## COPY SERVICES

| PAPER | SIDES | COLL |
|---|---|---|
| Weight_____ | 1 → 1 | ☐ Coll: |
| Color_____ | 1 → 2 | ☐ Un- |
| Size_____ | 2 → 2 | ☐ Har |
| Type_____ | 2 → 1 | |

## FINISHING SERVICE

| NG | CUTTING | FOLDING |
|---|---|---|
| | | Hand    Machin |
| | | |

Text:    IN    OUT

Final Size:    ☐ See Sample

x

Yield: ____    Qty

pieces

---

CALENDAR

☐ Landscape
☐ Portrait
☐ At- a-Glance

Qty

---

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 241994        08/02/05 16:07
Store #0197     Reg #011     Tran #6527
SALE                  POS Version 4.18A

833081 FAXSENDLD
  1 @ 1.790                      1.79E

833091 FAXSENDLDEAADDLPAG
  4 @ 1.000                      4.00E

          SUBTOTAL          5.79
          SALES TAX         0.00
          TOTAL            5.79

          CHECK 0605       5.79

*****************************
#605

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 241994        08/17/05 16:32
Store #0197     Reg #002     Tran #9614
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
  4 @ 0.500                      2.00E

          SUBTOTAL          2.00
          SALES TAX         0.00
          TOTAL            2.00

          CHECK 06076      2.00
          8+705

---

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 166072        08/18/05 16:02
Store #0197     Reg #011     Tran #0463
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
  2 @ 0.500                      1.00E

          SUBTOTAL          1.00
          SALES TAX         0.00
          TOTAL            1.00

          CHECK 06078      1.00

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 200819        08/19/05 16:28
Store #0197     Reg #003     Tran #1306
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
  1 @ 0.500                      0.50E

          SUBTOTAL          0.50
          SALES TAX         0.00
          TOTAL            0.50

          CASH             0.50
          CHANGE           0.00

---

| | Completed By | Proofed By |
|---|---|---|
| COPY | | |
| FINISHING | | |
| EDITING | | |

| SKU | Qty | X | Price | = | Extended |
|---|---|---|---|---|---|
| 3 x 833211 | | | | | 1.50 |
| | | | #6078  818 | | |
| | | | | | |
| | | | | | |
| | | | | | |

Customer / Business Name _Mr. Houston Maddox_   Phone _1080 5151_

_____ Fax # _____

_____ Time In _____ Time Due _____

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 258679        08/23/05 14:45
Store #0197    Reg #003  Tran #1912
SALE                POS Version 4.18A

833211 INTFAXRECEIVING
1 @ 0.500                        0.50E

        SUBTOTAL        0.50
        SALES TAX       0.00
        TOTAL           0.50

        CASH            0.50
        CHANGE          0.00

| COPY SERVICES | | |
| --- | --- | --- |
| **APER** | **SIDES** | **COLLATION** |
| eight_____ | 1 → 1 | ☐ Collated |
| olor_____ | 1 → 2 | ☐ Un-collated |
| ze_____ | 2 → 2 | ☐ Hand Placement |
| pe_____ | 2 → 1 | |

| FINISHING SERVICES | | | | |
| --- | --- | --- | --- | --- |
| **PLING** | **CUTTING** | **FOLDING** | | **LAN** |
| | | Hand   Machine | | L T R |
| | | Text:  IN  OUT | | |
| | Final Size: | ☐ See Sample | | |
| | ___ X ___ | | | |
| | Yield: | | | |
| | | Qty | | |
| | pieces | | | |

| SPECIAL IN | |
| --- | --- |
| **CALENDAR** | |
| ☐ Landscape | |
| ☐ Portrait | |
| ☐ AI- a-Glance | |
| Qty | |

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 438188    08/23/05 11:15
Store #0197    Reg #003  Tran #1821
            POS Version 4.18A

833211 INTFAXRECEIVING
37 @ 0.500                      18.50E

        SUBTOTAL        18.50
        SALES TAX        0.00
        TOTAL           18.50

        CHECK 0608      18.50

GLUE SIDE
☐ Clean-Up
☐ Typesetting

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 435987       08/23/05 15:56
Store #0197    Reg #002  Tran #0725
SALE            POS Version 4.18A

833211 INTFAXRECEIVING
4 @ 0.500                        2.00E

        SUBTOTAL         2.00
        SALES TAX        0.00
        TOTAL            2.00

        CASH             5.00
        CHANGE          -3.00

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 258679        08/25/05 15:05
Store #0197    Reg #011  Tran #2198
SALE                POS Version 4.18A

833211 INTFAXRECEIVING
1 @ 0.500                        0.50E

833211 INTFAXRECEIVING
1 @ 0.500                        0.50E

833211 INTFAXRECEIVING
23 @ 0.500                      11.50E

        SUBTOTAL        12.50
        SALES TAX        0.00
        TOTAL           12.50

        CHECK 0608      12.50

**OFFICE DEPOT**
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013

Employee 258679        08/29/05 12
Store #0197    Reg #003  Tran #3
SALE                POS Version 4

833211 INTFAXRECEIVING
14 @ 0.500                      7.

        SUBTOTAL         7.
        SALES TAX        0.
        TOTAL            7.

        CHECK 0608       7.

************************************

| SKU | Qty | X | Price | Extended |
| --- | --- | --- | --- | --- |
| 833211 | 19 | | .50 | |

Proofed By



Customer / Business Name __Houston Maddox__

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC 28403
910-392-9013

Employee 258679        08/31/05 10:14
Store #0197    Reg #003   Tran #3638
SALE (TPI)              POS Version 4.18A

833211 Fax
126 @ 0.500                        63.00

SUBTOTAL           63.00
SALES TAX           0.00
TOTAL           63.00

CHECK 6091              63.00

---

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC 28403
910-392-9013

Employee 166072        08/30/05 15:44
Store #0197    Reg #002   Tran #2485
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
1 @ 0.500                      0.50E

833211 INTFAXRECEIVING
17 @ 0.500                     8.50E

SUBTOTAL        9.00
SALES TAX       0.00
TOTAL        9.00

CHECK 6088          9.00

---

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC 28403
910-392-9013

Employee 419764        08/30/05 19:55
Store #0197    Reg #011   Tran #3612
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
49 @ 0.500                    24.50E

SUBTOTAL       24.50
SALES TAX       0.00
TOTAL       24.50

CHECK 0609          24.50

---

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC 28403
910-392-9013

Employee 448285        08/27/05 14:24
Store #0197    Reg #003   Tran #2920
SALE                  POS Version 4.18A

833211 INTFAXRECEIVING
5 @ 0.500                      2.50E

SUBTOTAL        2.50
SALES TAX       0.00
TOTAL        2.50

CHECK 6085          2.50

© WILSON JONES    G7504 ColumnWrite ®

HOUSTON MADDOX EXPENSES

| Date | Check No | Name | Description | Recent | Current |
|------|------|------|-------------|--------|---------|
| 1-26-06 | 6198 | Office Depot | Ink Film | ✓ | 7424 |
| 1-26-06 | 6508 | Office Depot | UPS Bankruptcy Court | ✓ | 2364 |
|  |  | EXPENSES OF TRAVEL FROM Wilde |  |  |  |
|  |  | Wilmington, NC to Jacksonville |  |  |  |
|  |  | FLOOR HEARING AT BANKRUPTCY COURT |  |  |  |
|  |  | January 30, 2006 |  |  |  |
|  |  |  | JANUARY 29 |  |  |
|  |  |  | MILEAGE to airport FROM |  |  |
|  |  |  | AIRPORT by WIFE 6X |  |  |
|  |  |  | .445 IRS MILEAGE RATE |  | 267 |
|  |  |  | PARKING METER |  | 2- |
|  |  |  | LUNCH |  | 5- |
|  |  | JEFFERIES credit card all | CAR SERVICE TIP FROM |  |  |
|  |  | RESERVATIONS | AIRPORT to HOTEL |  | 5- |
|  |  |  | BAGGAGE TIP AT HOTEL |  | 2- |
|  |  | AIRLINE ROUND TRIP 326 30 | Total |  | 1667 |
|  |  | ROOM 1-29-06   224 87 | JANUARY 30 |  |  |
|  |  | SUPPER 1-29-06   9 26 | BREAKFAST coupon |  | - |
|  |  | LUNCH 1-30-06   14 01 | HOTEL BAGGAGE Tip |  | 2- |
|  |  | Total   574 77 | CAR SERVICE Tip FROM |  |  |
|  |  |  | HOTEL to AIRPORT |  | 5 |
|  |  |  | MILEAGE to airport FROM |  |  |
|  |  |  | AIRPORT by WIFE |  |  |
|  |  |  | 6 X .445 IRS 2006 RATE |  | 267 |
|  |  |  | PARKING METER |  | 2- |
|  |  |  | Total |  | 1167 |

**Mileage deductions**
The standard allowance for deducting mileage was adjusted in 2005.

|  | Jan. 1-Aug. 31 | Sept. 1-Dec. 31 | Jan. 1, 2006 |
|--|----------------|-----------------|--------------|
| Business | 40.5 cents | 48.5 cents | 44.5 cents |
| Moving | 15 cents | 22 cents | 18 cents |
| Medical | 15 cents | 22 cents | 18 cents |
| Charity | .14 " | .14 " | .14 " |

Source: IRS

GRAND total 1-29 and 1-30   2834
GRAND total   782
WORK paper PREVIOUSLY 6-1-05/12-19-05 PI   24891
GRAND total   32763

PAUL HASTINGS, ETC   2-9-06
ATT: KAROL DENNISTON
600 PEACHTREE STNE
SUITE 2400
ATLANTA GA 30308

Mr. Houston Maddox
2910 Park Ave.
Wilmington, NC 28403

910-762-5151

**Office DEPOT** *taking care of Business*

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013
SALE      STR0197  REG014  TRN5455
01/16/06 13:15  EMP 195884   POS 5.00

037988809455 REF,FILM,KX-FA93
  1 @ 24.99                    24.99
MEMBER # 1352295750

Today's purchase may add to your
Advantage Reward credit balance for
the Reward Period ending on 02/28
Check your Reward Status at
www.officedepot.com/Advantage

              SUBTOTAL        24.99
    NC 7% SALES TAX            1.75
               TOTAL          26.74
        CHECK 06198           26.74

OFFICE DEPOT
3727 OLEANDER DRIVE
WILMINGTON, NC  28403
910-392-9013
SALE      STR0197  REG011  TRN1439
01/26/06 15:44  EMP 241994   POS 5.00

373291 UPS NEXT DAY AIR
  1 @ 23.64                   23.64E
  FORM # 1262006
            SUBTOTAL          23.64
          SALES TAX            0.00
               TOTAL          23.64
        CHECK 06205           23.64

**Customer Information:**
Houston Maddox
2910 Park Ave
Wilmington, NC 28403
Telephone: (910)762-5151

Ship Date: 1/26/2006

| Description | Price | Recipient Information |
|---|---|---|
| UPS Next Day Air ®<br>Content:Documents<br>SKU:373291<br>Declared Value: $0.00<br>Trk<br>#:1ZA9386R0100051095<br>Actual WT: 0.15 LBS<br>Zn: 104<br>Delivery Date:<br>01/27/2006  *10:30 a* | $23.64<br>*A p ber*<br>*r rbudf* | Mr.Mike Shadburn<br>U.S. Bankruptcy Court for the ...<br>300 North Hogan Street<br>JACKSONVILLE, FL 32202<br><br>*1800- 742 -5877* |

**Total $23.64**

**...ANT INFORMATION REGARDING**
**...KING SHIPPING PROGRAM**

...arantee delivery or pickup on 01/02/2006.
... be liable for damage to parcels improperly packed.
...l not ship any hazardous materials. Please see an Office Depot associate if you have

...on request at the shipping counter.
...tel does not exceed $100 unless otherwise stated on this receipt and the appropriate

...els must be made at the same Office Depot location that shipped the parcel.
...ed your receipt must be validated when you pay and returned to the Copy Center.

...our package can be tracked online at www.UPS.com