**EXHIBIT C**

INTERNET CITY LTD
11 Charing Cross Road, London, WC2H 0EP
Tel: 0870 746 0956 Fax: 0870 746 0957
VAT No: 815 1104 76

29/08/2005
13:16:07
Yasmin

HBT6L → Time Code.

£1.00

Total £1.00
Your unused tickets is valid for 7 days.
Please make sure to End Session before leaving the computer
WE ARE OPEN 24 Hrs A DAY
EXCEPT SUNDAY TILL 10:30 PM

```
          29-08-05
       Q        13
       @       .30
       07     3.90
              10.00 CA
               6.10 CG
       Q        13
       №0219   1 CLK
              15-26
```

No. 93    30 / 08 / 05
Received from ...............
the sum of seven pounds, 80p —
VAT No. VAT not recorded    £/€ 7.80 —

No. 90    29 / 8 / 05
Received from ...............
the sum of six pounds and
thirty two pence
VAT No. PHONE    £/€ £ 6.32