**EXHIBIT D**

Search the Web | Search

SBC Yahoo! Mail

Welcome, thomasrltr@sbcglo...
[Sign Out, My Account]

Mail Home | Tutorials | Help

Mail | Addresses | Calendar | Notepad

What's New - Mail Upgrades - Mail Option

Check Mail | Compose | Search Mail | Search the Web

Check Other Mail [Edit]
mail.trueswitch...

Folders [Add - Edit]
Inbox (85)
Draft
Sent
Bulk [Empty]
Trash [Empty]

My Folders [Hide]
Archive (151)
MSN_Mail

Previous | Next | Back to Messages
Printable View - Full Heac

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Sun, 21 Aug 2005 18:13:47 -0500

**From:** "Southwest Airlines" <SouthwestAirlines@mail.southwest.com> Add to Address Book

**To:** thomasrltr@sbcglobal.net

**Subject:** Ticketless Confirmation

$257.60

```
******************** RECEIPT AND ITINERARY ********************

Beginning 12:01 AM local time on the day of departure, you may
check in online and print your boarding pass at southwest.com
by visiting:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=recei

Receipt and Itinerary as of 08/21/05 06:13PM

* * * * * * * * * * * * * * * *
Confirmation Number: 9BFDTG
Confirmation Date: 08/21/05
* * * * * * * * * * * * * * * *

Received: KENNETH

Passenger(s):
THOMAS/KENNETH 526-2776150094-1
Account Number: 00000169714510



Itinerary:
Wednesday, August 24 - OAKLAND CA(OAK) to SAN DIEGO CA(SAN)
Flight 1461 Y
Depart OAKLAND CA(OAK) at 06:00AM and
Arrive in SAN DIEGO CA(SAN) at 07:30AM

Wednesday, August 24 - SAN DIEGO CA(SAN) to OAKLAND CA(OAK)
```

Yellow Cab OF SAN DIEGO

**Fare Receipt**

Date 08/24/05

Passenger:

The sum of $ 59.50

From

To AIRPORT

Cab No. 170 Driver Name Salih

Driver Signature

**PEACEFULL CAB (619) 200-8489**

Date 8/24/05 Fare $ 59.50

From Lintex

To Carmel Valley

Cab # 459 Driver

*Taxi Receipt - Thank You*

**GUEST RECEIPT** 718864

Date 8-24-05 Amount 32.15