UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Debtors | ) | CHAPTER 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This case is before the Court on a Motion to Withdraw as Counsel of Record for By-Pass Partnership by Katherine M. Determan. This Motion is consented to by By-Pass Partnership, withdrawing counsel and by counsel who will continue to represent By-Pass Partnership. It is

**ORDERED**:

1. Katherine M. Determan is discharged from further responsibility of representation of By-Pass Partnership.

2. Brent B. Barriere, Susie Morgan and Timothy P. Shusta of the law firm of Phelps Dunbar, LLP will continue as counsel for By-Pass Partnership.

DATED this _17_ day of April, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

TA.126296.1