

**Bart L. Graham**
Commissioner

State of Georgia
# Department of Revenue
## Compliance Division
Bankruptcy Section
P. O. Box 161108
Atlanta, Georgia 30321
(404) 968-0410

**Edward M. Many**
Deputy Commissioner

FILED
JACKSONVILLE, FLORIDA
APR 17 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

April 5, 2006

U. S. Bankruptcy Court
300 North Hogan Street Suite 3-350
Jacksonville, Florida 32202

Ref: Winn Dixie Montgomery, Inc.
Taxpayer ID: 20001868221
             59-1212119
Case Number: 05-03837-3F1

To Whom It May Concern:

This is to notify you that our claim June 8, 2005 in the amount of $424,870.00, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

Gwyneth Zacahary
Authorized Representative for the
State Revenue Commissioner

cc: File