**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## SHOW CAUSE ORDER REGARDING THE FILING UNDER SEAL OF FIRST AND FINAL APPLICATION OF PAUL, HASTINGS, JANOFSKY & WALKER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

These cases came before the Court upon First and Final Application of Paul, Hastings, Janofsky and Walker LLP ("Paul Hastings") as Counsel to the Official Committee of Equity Security Holders for Compensation and Reimbursement of Expenses (the "Fee Application").

On September 12, 2005 the Court entered Order Requiring Filing Under Seal of Pleadings Related to Appointment of Equity Committee (the "Seal Order"). Pursuant to the Seal Order the Court required pleadings related to Motion for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders (the "Disbandment Motion") to be filed under seal in accordance with Local Rule 5005-4. The Court held that the pleadings shall remain under seal and confidential and shall not be made available to anyone other than (a) the Court and (b) on the condition that they

maintain the confidentiality of the confidential information, the Limited Recipients (as defined by the Seal Order).

Because certain information contained in the Fee Application is subject to the Seal Order, Paul Hastings filed the Fee Application under seal consistent with the Seal Order. The Court has reconsidered the Seal Order and finds no cause for the filing under seal of the Fee Application. Accordingly, it is

**ORDERED:**

1. Any interested party must show cause within fifteen days of the date of this Order why the Fee Application should not be unsealed.

2. In the event that no interested party files a response within fifteen days of the date of this Order, Paul Hastings is directed to forthwith file the Fee Application electronically, serving copies on all appropriate parties.

**DATED** this 17 day of April, 2006 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge