**Precision Plumbing & Air, Inc.**
PO Box 180279
Richland MS 39218
Phone #601-373-2034
Fax # 601-936-6543

April 13, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St. Suite 3-350
Jacksonville FL 32202

RE: Case#05-031817-3F1
Claimant ID WDX-258798-8A-12
Claim #10750

FILED
JACKSONVILLE, FLORIDA
APR 17 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To: United States Bankruptcy Court

    Please accept this as notification of OBJECTION on claim to be reduced. The attached invoice reflects work done to enable the store to operate on a daily basis. The line repairs was not a sanitary sewer line (normally covered by the landlord) on the outside of the building. The repairs were made to the sewer line for the grease trap which your records should indicate the pumping and maintenance was paid for the Winn Dixie Store to allow them to operate their deli. The grease trap belonged to Winn Dixie - not the landlord.

    Thank you for the new consideration of this claim being denied. If you need additional information, please let me know.

Sincerely,

Carman Frank
President

Enclosures (3)

CC: Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York NY 10036

# Invoice

Precision Plumbing & Air, Inc.

P.O. Box 180279
Richland, MS 39218-0279

| Date | Invoice # |
|---|---|
| 12/30/2004 | 15462 |

**Bill To**

Winn Dixie Store Maintenance
P.O. Box 51059
New Orleans, LA 76101

| P.O. No. | Terms | Project |
|---|---|---|
|  |  | Store # 1331 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Bust asphalt --install 2 way cleanout. Make repair on drain line at grease trap | 2,200.00 | 2,200.00T |
|  | pour concrete in 2 areas of parking lot | 650.00 | 650.00T |
|  | Approval: Everitte |  |  |
|  | Sales Tax | 7.00% | 199.50 |

**Total**     $3,049.50

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-258798-8A-12
PRECISION PLUMBING & AIR INC
ATTN MARY S FRANK, OWNER
PO BOX 180279
RICHLAND, MS 39218-0279

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 10750　　　　　　　　　　　　　　　　 CLAIM AMOUNT: $10,885.53　　　　　　　　　　　　　　　　　　 REDUCED AMOUNT: $7,836.03 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS REMOVAL OF $3,049.50 FOR INVOICE NUMBER 15462 AS LANDLORD IS RESPONSIBLE FOR THIS INVOICE, NOT DEBTOR. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before 4:00

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

p.m. Eastern Time on April 24, 2006 (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **May 4, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |