

FINANCIAL ADJUSTMENT SERVICE, INC.

(502) 894-9111
FAX (502) 894-0462
www.fascollections.com

April 13, 2006



CLERK OF THE COURT
UNITED STATES COURTHOUSE
300 NORTH HOGAN ST
SUITE 3-350
JACKSONVILLE FL 32202


#10218    CLAIM AMOUNT: $33,845.94
           CLIENT: UNITED STATIONERS SUPPLY
           DEBTOR: WINN-DIXIE STORES INC


Gentlemen:

We do object to the reduction of our client's claim as outlined in the notice forwarded to our office. We do wish you take notice this is the first inquiry our office has received in regard to supporting documentation not being received making up our total client's claim amount of $33,845.94.

Enclosed you will find invoice #259PZGB in the amount of $396.80, 25BZ6JJ in the amount of $249.46 and 25DSSXT in the amount of $3,414.01.

Thanking you in advance for your cooperation. Should anything further be needed, kindly notify our office accordingly.


Yours truly,

Julie Haysley
District Manager/Forwarding Department
jhaysley@fascollections.com

rd

CC:   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       ATTN: D.J. BAKER
       FOUR TIMES SQUARE
       NEW YORK NY 10036

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |

**NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

Claimant ID: WDX-410963-8A-15
UNITED STATIONERS SUPPLY
CREDIT DEPARTMENT
C/O FINANCIAL ADJUSTMENT SERVICE
ATTN: JULIE HAYSLEY
4010 DUPONT CIRCLE, STE 401
LOUISVILLE KY 40207

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 10218<br>CLAIM AMOUNT: $33,845.94<br><br>REDUCED AMOUNT: $29,783.21 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2.16 AND REMOVAL OF $4,060.57 FOR UNDOCUMENTED CHARGES RELATING TO INVOICE NUMBERS 259PZGB $396.80, 258Z6JJ $249.76, 25DSSXT $3414.01 DESPITE REPEATED INQUIRIES. |

      1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.     **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

      3.     If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

WEBSITE DUPLICATE

| | | |
|---|---|---|
| PAGE 1 OF 1 | INVOICE NUMBER | **259PZGB** |
| NO. OF ORDERS | | |

| CUST PO NO. | 422682 | INVOICE DATE 07/09/04 |
|---|---|---|
| | THIS INVOICE NUMBER MUST ACCOMPANY ALL REMITTANCES AND CORRESPONDENCES | ORDER DATE 07/07/04 |



**REMIT TO:** AZERTY, A DIVISION OF
UNITED STATIONERS SUPPLY CO.
P.O. BOX 952418
ST. LOUIS, MO 63195
800-888-8080

**BILL TO:**
WINN-DIXIE GENERAL MERCH DIS
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO**

| SHIP FROM | |
|---|---|
| CHI | WINN-DIXIE GREENVILLE DC |
| BILL ACCT 008224001 | C/O OLD DOMINION FL 630 LEONARD ROAD |
| SHIP ACCT 008224002 | DUNCAN, SC 29334 |

| | | | |
|---|---|---|---|
| Merchandise not Subject to Discount | 396.80 | Total Merchandise | 396.80 |
| Merchandise Subject to Discount | | Transportation | CARR CODE: ABF |
| Cash Discount | | Net Total | 396.80 |
| Terms | NET 30 DOI | | |
| Cash In Our Bank By: | August 08, 2004 | Pay: | 396.80 |

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE
NO RETURNS WILL BE ACCEPTED WITHOUT WRITTEN AUTHORIZATION
EXPLANATION OF SYMBOLS IN "QTY NOT SHIPPED" COLUMN
TM - CANCELLED PLEASE REORDER - STOCK EXPECTED   SS - ITEM BEING SHIPPED SEPARATELY
IN 15 DAYS OR SOONER   NSU - NO SUCH UNIT
BO - BACK ORDER - WILL BE SHIPPED WHEN AVAILABLE   NSI - ITEM NUMBER WRONG OR
DISC - DISCONTINUED - BY MANUFACTURER OR SUPPLIER   UNAVAILABLE - CHECK PRICER
SOLD BY: AZERTY

| ITEM NUMBER ORDERED AS | DESCRIPTION | LIST PRICE | UNIT | PRICE CODE | QUANTITY NOT SHIPPED | QUANTITY SHIPPED | UNIT | UNIT NET PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| *** | SPECIAL INSTRUCTIONS: MUST SHIP MFG FULL CASE QUANTITIES. ANY QUESTIONS, CALL LAURA X2551 | | | | | | | | |
| CNMCLAMF4707314 532377 | 750845720808CANBC121 BK | 8.25 | EA | U1 N | | 24 | EA | 6.80 | 163.20 |
| RIV01049 | PAPER,8.5X11,20#,1CPK,AST | 7.36 | PK | U1 N | | 80 | PK | 2.92 | 233.60 |

WEBSITE DUPLICATE

| | |
|---|---|
| PAGE | 1 OF 1 |
| NO. OF ORDERS | |
| INVOICE NUMBER | **25BZ6JJ** |
| CUST PO NO. | 480107 |
| INVOICE DATE | 10/06/04 |
| ORDER DATE | 10/05/04 |

THIS INVOICE NUMBER MUST ACCOMPANY ALL REMITTANCES AND CORRESPONDENCES

**REMIT TO:**
AZERTY, A DIVISION OF
UNITED STATIONERS SUPPLY CO.
P.O. BOX 952418
ST. LOUIS, MO 63195
800-888-8080

**BILL TO:**
WINN-DIXIE GENERAL MERCH DIS
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:**
SHIP FROM: CHI
BILL ACCT: 008224001
SHIP ACCT: 003227001

WINN-DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

| | |
|---|---|
| Merchandise not Subject to Discount | 249.76 |
| Merchandise Subject to Discount | |
| Cash Discount | |
| Total Merchandise | 249.76 |
| Transportation | CARR CODE: UPS |
| Net Total | 249.76 |

Terms: NET 30 DOI
Cash In Our Bank By: **November 05, 2004**    Pay: 249.76

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE
NO RETURNS WILL BE ACCEPTED WITHOUT WRITTEN AUTHORIZATION
EXPLANATION OF SYMBOLS IN "QTY NOT SHIPPED" COLUMN
TM - CANCELLED PLEASE REORDER - STOCK EXPECTED IN 15 DAYS OR SOONER
BO - BACK ORDER - WILL BE SHIPPED WHEN AVAILABLE
DISC - DISCONTINUED - BY MANUFACTURER OR SUPPLIER
SS - ITEM BEING SHIPPED SEPARATELY
NSU - NO SUCH UNIT
NSI - ITEM NUMBER WRONG OR UNAVAILABLE - CHECK PRICER
SOLD BY: AZERTY

| ITEM NUMBER ORDERED AS | DESCRIPTION | LIST PRICE | UNIT | PRICE CODE | QUANTITY NOT SHIPPED | QUANTITY SHIPPED | UNIT | UNIT NET PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| *** | SPECIAL INSTRUCTIONS: MUST SHIP MFG FULL CASE QUANTITIES. ANY QUESTIONS, CALL LAURA X2551 | | | | | | | | |
| PRUCC0215C | 812934020098P1BC1BK/BK | 9.99 | PK | U1 N | | 24 | PK | 5.54 | 132.96 |
| RIV01048 | PAPER,LTR,ARY,20#1CPK,AST | 7.73 | PK | U1 N | | 40 | PK | 2.92 | 116.80 |



| | | WEBSITE DUPLICATE | | PAGE 1 OF 1 NO. OF ORDERS | | INVOICE NUMBER | 25DSSXT |
|---|---|---|---|---|---|---|---|
| REMIT TO: | | | CUST PO NO. | 25DRKXL | | | INVOICE DATE 01/20/05 |
| | | | | THIS INVOICE NUMBER MUST ACCOMPANY ALL REMITTANCES AND CORRESPONDENCES | | | ORDER DATE 01/18/05 |

SHIP TO

| BILL TO: WINN-DIXIE GENERAL MERCH DIS PO BOX 40805 JACKSONVILLE, FL 32201 | SHIP FROM CHI | WINN-DIXIE 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 |
|---|---|---|
| | BILL ACCT 008224001 | |
| | SHIP ACCT 003227001 | |

| | Merchandise not Subject to Discount | 3,414.01 | Total Merchandise | 3,414.01 |
|---|---|---|---|---|
| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE NO RETURNS WILL BE ACCEPTED WITHOUT WRITTEN AUTHORIZATION EXPLANATION OF SYMBOLS IN "QTY NOT SHIPPED" COLUMN | Merchandise Subject to Discount | | Transportation | CARR CODE: AFW |
| TM - CANCELLED PLEASE REORDER - STOCK EXPECTED    SS - ITEM BEING SHIPPED SEPARATELY IN 15 DAYS OR SOONER                                       NSU - NO SUCH UNIT BO - BACK ORDER - WILL BE SHIPPED WHEN AVAILABLE    NSI - ITEM NUMBER WRONG OR DISC - DISCONTINUED - BY MANUFACTURER OR SUPPLIER    UNAVAILABLE - CHECK PRICER | Cash Discount | | Net Total | 3,414.01 |
| | Terms NET 30 DOI | | | |
| SOLD BY: AZERTY | Cash in Our Bank By: February 19, 2005 | | Pay: | 3,414.01 |

| ITEM NUMBER ORDERED AS | DESCRIPTION | LIST PRICE | UNIT | PRICE CODE | QUANTITY NOT SHIPPED | QUANTITY SHIPPED | UNIT | UNIT NET PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| *** | SPECIAL INSTRUCTIONS: MUST SHIP MFG FULL CASE QUANTITIES. ANY QUESTIONS, CALL LAURA X2551 | | | | | | | | |
| AVE18160 | LABEL,ADDRESS,1X2-5/8,30 | 6.04 | PK | U1 N | | 5 | PK | 3.29 | 16.45 |
| AVE18162 | LABEL,ADDRESS,1-1/3X4,14 | 6.04 | PK | U1 N | | 15 | PK | 3.29 | 49.35 |
| CNMCLAMF4707314 | 750845720808CANBC121 BK | 8.75 | EA | U1 N | | 24 | EA | 6.89 | 165.36 |
| END096000 | SPRAY,ANTI-STATIC,AEROS | 5.99 | EA | U1 N | | 12 | EA | 2.43 | 29.16 |
| END257000 | DUSTER,COMP GAS,7OZ. | 4.99 | EA | U1 N | | 36 | EA | 2.56 | 92.16 |
| END259000 | WIPES,ANTI-STATIC,70/TUB | 6.99 | EA | U1 N | | 24 | EA | 2.98 | 71.52 |
| EPSCLAMS020187 | 01034381482EPS187 BK | 24.95 | EA | U1 N | | 24 | EA | 17.74 | 425.76 |
| FEL99942 | LABEL,CD&DVD,MATTE,40/PK | 14.95 | PK | U1 N | | 10 | PK | 6.80 | 68.00 |
| HEWC6039A | PAPER,PREMIUM PHOTO,15/SH | 9.99 | BX | U1 N | | 10 | BX | 7.17 | 71.70 |
| HEWC6044A | PAPER,CARD,GLOSSY,10/PK | 8.99 | PK | U1 N | | 10 | PK | 6.46 | 64.60 |
| IMN11916 | DISK,3.5",1.44MB,FRMT,NE | 6.56 | BX | U1 N | | 20 | BX | 3.69 | 73.80 |
| IMN41085 | CASE,COLOR JEWEL 25/PK | 12.22 | PK | U1 N | | 8 | PK | 5.49 | 43.92 |
| IMN41179 | DISC,CDR,48X,5/PK,MUSIC | 9.98 | PK | U1 N | | 25 | PK | 5.75 | 143.75 |
| LEXCLAM12A1970 | 734646120624LEX70 BK | 33.99 | EA | U1 N | | 24 | EA | 25.45 | 610.80 |
| LEXCLAM12A1980 | 734646120617LEX80 CLR | 41.99 | EA | U1 N | | 24 | EA | 31.00 | 744.00 |
| LEXCLAM17G0050 | 734646163965LEX50 BK | 31.99 | EA | U1 N | | 24 | EA | 23.77 | 570.48 |
| PRUUR2000C | 812934010013P1REF KIT | 29.99 | EA | U1 N | | 3 | EA | 18.80 | 56.40 |
| RIV01049 | PAPER,8.5X11,20#,1CPK,AST | 7.73 | PK | U1 N | | 40 | PK | 2.92 | 116.80 |