IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL
## FOR THE BENDERSON LANDLORD ENTITIES

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for:

Ronald Benderson 1995 Trust, Benderson 85-1 Trust, Ron-Ben Associates, BG Turfway,

LLC, Buffalo-Marine Associates, LLC, Buffalo-LOL Associates, Buffalo-W.D.

Associates, NB/85 Associates, Randall Benderson 1993-1 Trust and WR-II Associates

(the "Benderson Landlord Entities"), and under, inter alia, Bankruptcy Rules 2002 and

9007 and Bankruptcy Code § 1109(b), requests that all notices given or required to be

given in this case, and all papers served or required to be served in this case, be given to

and served upon the undersigned.

PLEASE TAKE NOTICE that this request includes not only the notices and

papers referred to in the Bankruptcy Rules and Bankruptcy Code § 1109(b) specified

above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleadings, request, complaint, or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that: (1)

affects or seeks to affect in any way any rights or interests of any creditor or party-in-

interest in this case, with respect to: (a) the debtor; (b) property of the estate or proceeds

thereof, or property in which the debtor may claim an interest; or (c) property or proceeds

thereof in the possession, custody or control of others that the debtor may seek to use; or

(2) requires or seeks to require any act, delivery of any property, payment, or other

conduct by the Benderson Landlord Entities.

PLEASE TAKE NOTICE that the Benderson Landlord Entities intend that neither

this Notice of Appearance nor any later appearance, pleading, claim or suite shall waive:

(1) the Benderson Landlord Entities right to have final orders in noncore matters entered

only after de novo review by a District Judge, (2) the Benderson Landlord Entities right

to trial by jury in any proceeding so triable in this case or any case, or proceeding related

to this case, (3) the Benderson Landlord Entities right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any

other rights, claims, actions, defenses, setoffs, recoupments or remedies to which the

Benderson Landlord Entities may be entitled under agreements, in law or in equity, all of

which rights, claims, actions, defenses, setoffs, recoupments and remedies the Benderson

Landlord Entities expressly reserve.

Dated: April 18, 2006
      University Park, Florida

                    Joey E. Schlosberg, Esq.
                    Co-Counsel for the Benderson Landlord Entities
                    Benderson Development Company, LLC
                    8441 Cooper Creek Boulevard
                    University Park, Florida
                    (941) 359-8303

                  By: /s/ Joey E. Schlosberg
                      Joey E. Schlosberg
                      Florida Bar No. 079685

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically or by first class mail postage prepaid to:

Cynthia C. Jackson
Smith Huley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

-and-

DJ Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

*Counsel for Debtors*

Office of the U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

*U.S. Trustee*

Dennis F. Dunne
Milbank, Tweed, et al.
1 Chase Manhattan Plaza
New York, NY 10005

-and-

John B. MacDonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32203

*Counsel for the Official Committee of Unsecured Creditors*

on this 18th day of April, 2006

/s/ Joey E. Schlosberg
Joey E. Schlosberg