**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

April 18, 2006

Carman Frank, President
Precision Plumbing & Air, Inc.
P.O. Box 180279
Richland, MS 39218

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Frank:

The Court is in receipt of your letter objecting to the Debtors' Notice of Eighth Omnibus Objection to Overstated Claims that you filed on April 17, 2006. A hearing on that Notice has been set for May 4, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Carter*

Susan Carter
Case Manager
(904) 301-6521