IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | |
| | ) | *Chapter 11* |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

The following claims have been filed in these jointly administered cases by Alvin Lapidus & Lois Lapidus, LLC ("Transferor").

| **Debtor** | **Claim no.** | **Claim Amount** |
|---|---|---|
| Winn-Dixie Stores, Inc. | 8283 | $35,599.00 |
| Winn-Dixie Raleigh, Inc. | 8284 | $35,599.00 |
| Winn-Dixie Stores, Inc. | 12295 | $535,027.48 |
| Winn-Dixie Raleigh, Inc. | 12296 | $535,027.48 |

These claims have been transferred and are now the property of IB Property Holdings, LLC ("Transferee").

Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this notice.

| | |
|---|---|
| <u>IB Property Holdings, LLC</u><br>Name of Transferee | <u>Alvin Lapidus & Lois Lapidus, LLC</u><br>Name of Transferor |
| Name and addresses where notices to transferee should be sent: | Court Record Address of Transferor (Court Use Only) |
| 4425 Ponce de Leon Blvd.<br>Suite 500<br>Coral Gables, Florida 33146 | |
| Phone: 305-646-3940<br>Loan #: 200027827 / Winn Dixie Store #2048 | Last four digits of Acct. # _____ |

CLT 927761v2

Current Address of Transferor

Alvin Lapidus & Lois Lapidus, LLC
c/o Held & Israel
Attn: Edwin W. Held, Jr., Esq.
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207

This transfer is unconditional.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 3/30/06
John A. D'Errico
Vice President
IB Property Holdings, LLC

## DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
**CLERK OF THE COURT**