UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                          CASE NO.: 05-03817-3F1
Winn-Dixie Stores, Inc.,
Debtor.
_____/

### NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR

The firm of Hiday & Ricke, P.A., does hereby give notice of its appearance as legal counsel for Brianna Johnson, a minor, by and through her mother and next friend, Jennifer Johnson, creditor in this cause, and requests that copies of all pleadings and papers of any type which are filed herein be sent to the undersigned.

DATED this 18th day of April, 2006.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by U.S. Mail this 18th day of April, 2006 to Elena Escamilla, Esq., United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL. 32801; Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY. 10036; Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; Stephen D. Busey, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Ste. 2500, Jacksonville, FL 32202; and to Patrick P. Patangan, Esq., Akerman Senterfitt, 50 North Laura Street, Ste. 2500, Jacksonville, FL 32202.

Hiday & Ricke, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 200601225


*200601225-178-1-34*