UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             CASE NO.:  05-03817-3F1
Winn-Dixie Stores, Inc.,
Debtor.

_____/

## VERIFIED MOTION TO FIX AND LIQUIDATE AMOUNT OF MEDICAID LIEN

COMES NOW the movant, Brianna Johnson, a minor, by and through her mother

and next friend, Jennifer Johnson, and moves this Court for entry of an Order to fix and

liquidate a Medicaid lien in order for the movant to complete the Claims Resolution

Procedure as authorized by this Court on September 1, 2005, and as grounds therefore

states as follows:

1. Pursuant to this Court's September 1, 2005 Order Approving Claims Resolution

Procedure and Authorizing Debtors to Settle or Liquidate Certain Claims, movant,

through her attorneys in Mobile, Alabama, timely submitted its Questionnaire for

Litigation Claimants to debtor's Claims Agent on or about October 29, 2005, a copy of

which is attached hereto as Composite Exhibit "A."  The nature of movant's underlying

claim is a premises liability bodily injury damage claim that occurred in one of

defendants' stores located in Mobile, Alabama.

2. On November 15, 2005, debtors' Claims Agent issued its response to movant's

attorney denying her claim based upon the need for, "…written documentation from the

Medicare, Medicaid, or other governmental entities which confirms that its claim or lien

against your possible settlement (i) has been waived or satisfied or (ii) will be satisfied in

full upon payment of a fixed sum (which would be deducted from your total settlement

agreement amount)…"  A copy of the response is attached hereto as Exhibit "B."

3.  On November 16, 2006, movant responded to the Claims Agent's denial letter by supplying to the Claims Agent communication from the Alabama Medicaid Agency regarding the subrogable interests for which movant's counsel is required to preserve and reimburse Medicaid, a copy of which is attached hereto as Composite Exhibit "C."

4.  Movant thereafter repeatedly called the Claims Agent to ascertain whether additional supporting documentation was needed to process movant's claim. Each time, the Claims Agent responded that when Medicaid payments have been made to a claimant, such as in this case, it cannot do anything until the Bankruptcy Court tells it how payments should be applied as between Medicaid and a claimant. Each time a call was placed, the Claims Agent indicated that it did not need further supporting documentation. Rather, it was waiting to hear from the Bankruptcy Court for instruction on how it should apply payments on a claim when Medicaid payments to a claimant have been paid such as in this case.

5.  On January 30, 2006, movant supplied to the Claims Agent additional documentation from Medicaid which is the only documentation that Medicaid will provide in personal injury cases where Medicaid has paid medical bills, a copy of which is attached hereto as Composite Exhibit "D."

6.  Movant, through her Alabama counsel, continued to verbally communicate with the Claims Agent regarding the status of the claim and whether further documentation was needed to evaluate the claim. Movant was again told by the Claims Agent that it could not pursue evaluating movant's claim without Order from this Court instructing it how to process such a settlement vis a vis Medicaid's subrogable interest.

7. On March 15, 2006, the Alabama Medicaid Agency established the entire amount of its subrogable interest at $5,960.70 as evidenced in the attached Composite Exhibit "E."

8. Movant has reached maximum medical improvement and no further claims will be made to or will be received by Movant from Medicaid in connection with her injuries.

9. Pursuant to Ala. Code § 22-6-6 (1975), the State of Alabama is subrogated to any settlement movant receives in connection with the cause of action movant has against debtor. Pursuant to this law, movant's Alabama counsel is required to reimburse Medicaid for their lien.

10. Because movant's Medicaid claim is fixed and liquidated, there is no impediment barring debtor's Claims Agent to complete its evaluation of movant's claim.

11. Movant requests entry of an Order from this Court fixing movant's Medicaid lien in the amount of $5,960.70, directing the Claims Agent to complete its evaluation of movant's claim within thirty (30) days, and in the event the Claims Agent reaches a settlement of movant's claim, and in accordance with the settlement procedures contemplated by the Claims Resolution Procedure, the debtor (and the Third Party Indemnitor, if applicable) shall pay the entire settlement claim to movant's Alabama counsel, order said counsel to pay the Medicaid lien within thirty (30) days of receipt of any settlement and requiring movant to indemnify and hold harmless the debtor, Third Party Indemnitor, if applicable, and the Claims Agent from any claims brought against it arising from settling movant's claim.

WHEREFORE, movant requests this Court enter an Order fixing movant's Medicaid lien in the amount of $5,960.70, directing the Claims Agent to complete its evaluation of

movant's claim within thirty (30) days, and in the event the Claims Agent reaches a

settlement of movant's claim, and in accordance with the settlement procedures

contemplated by the Claims Resolution Procedure, the debtor (and the Third Party

Indemnitor, if applicable) shall pay the entire settlement claim to movant's Alabama

counsel, order said counsel to pay the Medicaid lien within thirty (30) days of receipt of

any settlement and requiring movant to indemnify and hold harmless the debtor, Third

Party Indemnitor, if applicable, and the Claims Agent from any claims brought against it

arising from settling movant's claim.

STATE OF ALABAMA

COUNTY OF MOBILE

     I, Brianna Johnson, a minor, by and through her mother and next friend, Jennifer Johnson, the movant in the above-referenced action, having been duly sworn do hereby verify and affirm that I have personal knowledge of all of the allegations and statements contained in the motion filed herein and that the same are true and correct to the best of my knowledge and belief.

> Brianna Johnson, a minor, by and through
> her mother and next friend, Jennifer Johnson

By _Jennifer Johnson_
       Jennifer Johnson

     The foregoing instrument was subscribed to before me this ___17th___ day of April, 2006, by Brianna Johnson, a minor, by and through her mother and next friend, Jennifer Johnson, to me personally known (or who produced ___Known Client___ as identification), who stated under oath that she is the person described in and who executed this motion for the purposes herein expressed.

_Vicki K. Duke_
Notary Public

My Commission Expires:
_11-3-09_
Notary Stamp/Seal

_Vicki L. Duke_
Type or Print Notary Name

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by U.S. Mail this _10_ day of April, 2006 to Elena Escamilla, Esq., United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL. 32801; Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP,  Four Times Square, New York, NY. 10036; Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL  32202; Stephen D. Busey, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY  10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Ste. 2500, Jacksonville, FL  32202; and to Patrick P. Patangan, Esq., Akerman Senterfitt, 50 North Laura Street, Ste. 2500, Jacksonville, FL 32202.

HIDAY & RICKE, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 200601225

*200601225-239-5-32*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1.    If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2.    If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3.    If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

| Creditor No: | Claim No. |
|---|---|
| Name: Jennifer Johnson | |
| Address: 2153 Gibson Street<br>Mobile, Alabama 36617 | |

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



# PART B - CLAIM INFORMATION

1. Give     your date of birth (MM/DD/YY)    10/30/98 _____

2. Date     of injury or claim: (MM/DD/YY)    02/18/02 _____

3. What     is the basis of your claim?    This is a premises liabilty case where minor child, Brianna Johnson, was a business invitee at the Winn-Dixie on St. Stephens Road in Mobile, Alabama Plaintiff alleges negligence and wantoness in the stacking and maintenance of a display of wine coolers. Plaintiff was injured when one or more wine coolers fell from the display and lacerated her eye.

4.     What is the total amount of your claim? (Please estimate if necessary). _____
      $100,000.00

5.     Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
      See attached. _____

6.     Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount.    Please see enclosed medical bills. It appears that Medicaid has paid some of these bills. However, the exact amount of Medicaid's payments and lien are uncertain at this time.

7.     Are you pursuing this claim against any other party?    Yes [x]   No [ ]
If so, against whom (list the name, the addresses and counsel for each party, if known)? MBC-United Wholesale, L.L.C., John N. Leach, Esquire, Post Office Box 2767, Mobile, Alabama 36652

(Attach additional sheets if necessary)

8.     Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing. Yes [X]   No [ ]

9.     Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. 13th Judicial Circuit of Alabama, Mobile County Circuit Court. CV-03-4065

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have?  If applicable, please provide a medical description
of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone e

Laceration to the eye.  See attached medical records.

11. Where did the injury or damage occur?

Winn Dixie, 2306 St. Stephens Road, Mobile, Alabama 36617

Please specify the location and address.

12. How    did the injury or damage occur?
A wine cooler fell from a display.

13. Did you miss any work as a result of your injury or damage? If so, how many days?
Not applicable - - minor child

14. Give the name and address of your employer and your salary at the time of your injury or damage.
Not applicable - - minor child

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
No.

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge
of (your) injury or damages (including, but not limited to, any representatives or agents of the D

Unknown Winn-Dixie employees, treating physicians, Grandmother - Cynthia Johnson (same contact information as claimant)

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☒
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.) _____
_____
_____

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this
   injury.
   Include treatment dates. (Attach additional sheets if necessary) _____
   USA Women & Children's Hospital, 1700 Center Street, Mobile, Alabama _____
   USA Knollwood Park Hospital, 5600 Girby Road, Mobile, Alabama _____
   Vision Partners, 601 Providence Park Drive, Mobile, Alabama _____
   _____

   b. Itemize all damages you claim, including any damages for emotional distress,
   loss of consortium or pain and suffering. _____

   Medical Bills $10,202.94, Pain and Suffering $44,898.53, Mental Anguish _____
   $44,898.53 _____
   _____

   c. Give the total amount of the medical bills you incurred as a result of your claim. _____
   _____ $10,202.94 _____
   _____
   _____

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are
   making a claim. _____
   None. _____
   _____
   _____
   _____

   f. Give a list of medical expenses and amounts paid by your insurance company as a result
   of   injury. _____ See response to number 6. _____
   your _____
   _____
   _____

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.   Give the name, address and policy number of your insurance company. _____
      Medicaid _____
      _____
      _____

19.   To the extent not already furnished in your response to questions 1 through **18** above, please
      provide the following information:

a. Itemize          the damages you claim. _____
                    _____
                    _____
                    _____
                    _____

b.   Give the total amount of each item of damage. _____
      _____
      _____

20.   **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the
      amount that you will receive on account of your claim.  The amount you will receive
      depends** _____
      **upon the plan or plans of reorganization that may be approved.)**   **$45,000.00**
      _____
      _____
      _____
      _____

Please make corrections to your personal information below and include phone and email address
information:

| Creditor No:<br>Name<br>Address | Corrections (if any)<br><br>Name: _____<br>Address:<br>_____<br><br>City/State/Zip:<br>_____<br><br>Phone: _____<br>Address: _____<br>Fax _____ |
|---|---|

Email _____

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _10/29/05_          _Jennifer Johnson, on behalf of_
                          Claimant's Signature   _Brianna Johnson_

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter.  If completed, all future notices will
go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)        Edward P. Rowan, Esquire

Address        Post Office Box 264

City/State/Zip        Mobile, Alabama 36601-0264

Relationship to Claimant        Counsel

Phone Number        251-432-0525

Fax Number        251-432-0526

Email Address r        erowan@lkrhmobile.com

### PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION
CLAIM.
        A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court ___MIDDLE___ District of ___FLORIDA___ | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor WINN DIXIE STORES, INC. | Case Number |
|---|---|
| | 3-05-bk-3817 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>BRIANNA JOHNSON, a minor, by and through her<br>mother and next friend, JENNIFER JOHNSON | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br>EDWARD P. ROWAN, ESQUIRE<br>POST OFFICE BOX 6505<br>MOBILE, ALABAMA 36603<br><br>Telephone number: (251) 432-0525 | ☑ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor:<br>MOBILE CO. CIRCUIT COURT #CV03-4065 | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #:
  Unpaid compensation for services performed
  from _____ to _____
      (date)         (date)

| 2. Date debt was incurred:<br>FEBRUARY 18, 2002 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ _100,00.00_____
         (unsecured)      (secured)     (priority)     (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
     ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_100,000.00_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>AUGUST 1, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (04/04)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## — DEFINITIONS —

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

---

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**7. Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above.) A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.




# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

November 15, 2005

Edward P.Rowan, Esquire
Lyons, Kittrell, Rowan & Horn, LLC
259 North Jackson Street
Mobile, AL  36603

| | | |
|---|---|---|
| Re: | Claimant: | Brianna Johnson |
| | Claim #: | A311207765-0001-01 |
| | Proof of Claim No.: | 11556 |
| | Incident Date: | 02/18/2002 |
| | Entity: | Winn Dixie Montgomery, Inc. |
| | Location: | Winn-Dixie #0581 |
| | | 2312 St. Stephens Road, Mobile, AL |

Dear Attorney Rowan:

Sedgwick Claims Management Services, Inc. is the third party claims administrator for Winn-Dixie Stores Inc. and their subsidiaries. We received a copy of your proof of claim. We respectfully deny the amount you claimed in your proof of claim (and/or questionnaire). However, further consideration of your claim may be granted including the discussion of a potential compromise settlement dependant on an analysis of liability in this matter, and within the boundaries and restrictions as set forth in the Claims Resolution Procedure found in the Chapter 11 bankruptcy documents filed by Winn Dixie Stores Inc. and their subsidiaries.

We have reason to believe that all or a portion of your medical bills were paid by Medicare, Medicaid, or other governmental entities. If correct, Medicare, Medicaid, or other governmental entities would have a lien against your claim with Winn Dixie Stores Inc. or their subsidiaries.

In order to evaluate your claim for settlement consideration, we must receive written documentation from the Medicare, Medicaid, or other governmental entities which confirms that its claim or lien against your possible settlement (i) has been waived or satisfied or (ii) will be satisfied in full upon payment of a fixed sum (which would be deducted from your total settlement agreement amount).Please contact your Medicare, Medicaid, or other governmental entity payer representative to obtain this written documentation and fax or mail to me as soon as possible.

Any settlement agreement shall not be binding on Winn Dixie unless and until there are sufficient funds available from the prospective distribution on your claim to pay the amount required by Medicare, Medicaid, or other applicable governmental entity.

If you (your client) can attest that none of his/her medical bills relating to this accident were submitted to Medicare, Medicaid or other governmental entities and that you (your client) are/is not eligible for future Medicare, Medicaid, or benefits from another governmental entity as a result of this accident, please send me a letter of explanation. Winn Dixie reserves the right to deny your claim due to liability issues or any other valid consideration.

Sincerely,

Angela Williams
Angela Williams
Claims Examiner III

# LYONS, KITTRELL, ROWAN & HORN, LLC

ATTORNEYS AT LAW
259 NORTH JACKSON STREET
## MOBILE, ALABAMA 36603

EDWARD P. ROWAN*
W. BRADFORD KITTRELL
CHAMP LYONS, III
ALLWIN E. HORN, IV

*ALSO LICENSED IN MISSISSIPPI

(251) 432-0525
FAX (251) 432-0526
WWW.LKRHLAW.COM

MAILING ADDRESS:
P.O. BOX 264
MOBILE, ALABAMA 36601

BIRMINGHAM OFFICE
1130 SOUTH 22ND STREET
SUITE 4500
BIRMINGHAM, ALABAMA 35205
(205) 877-8700
FAX (205) 877-7330

November 16, 2005

**Via Facsimile (904) 419-5365**
Angela D. Williams
Claims Examiner III
Sedgwick CMS
Post Office Box 24787
Jacksonville, Florida 32241-4787

> Re:  Brianna Johnson et al. v. Winn-Dixie et al.
> CV-03-00465-RGK
> My client/claimant: Brianna Johnson
> Proof of claim #: 11556
> Sedgwick CMS claim #: A311207765-0001-01
> DOL: February 18, 2002

Dear Mrs. Williams:

Please find enclosed a Blanket Release from Medicaid, pursuant to my client's claim. I am required by law to reimburse Medicaid for their lien, and this letter serves to put me on notice of said lien. This is all that should be required in order for you to settle this case.

I have contacted Alabama Medicaid representative Marvie Frazer. She indicated that this letter is all that her office generates, pursuant to notification and preservation of their lien. If you have any questions, please feel free to contact her at (334) 242-2322..

I look forward to hearing from you soon with your response to our settlement demand.

Highest regards,

EDWARD P. ROWAN, ESQUIRE
For the Firm



# ALAᴅAMA MEDICAID AɢENCY

**501 Dexter Avenue**
**P. O. Box 5624**
**Montgomery, Alabama 36103-5624**
**www.medicaid.state.al.us**
**e-mail: almedicaid@medicaid.state.al.us**
**TDD: 1-800-253-0799**
**(334) 242-5000**



**DON SIEGELMAN**
Governor

**MIKE LEWIS**
Commissioner

JUNE 26, 2002

MOORE AND WOLFE
ATTORNEYS AT LAW
1252 DAUPHIN STREET
MOBILE, ALABAMA 36604
ATTN: STEPHEN C. MOORE

NAME: Brianna N. Johnson
MEDICAID NUMBER: 000419490966
DATE OF INCIDENT: 02/18/02 – PRESENT

Dear Mr. Moore:

This letter is to advise any provider of medical service that we have no objections to their releasing medical records and or bills on the above named Medicaid recipient(s). However, any medical records and or bills released must have the following note stamped or written in a prominent place: **MEDICAID HAS SUBROGATION RIGHT TO BENEFITS RECIPIENT MIGHT RECEIVE.** A copy of this letter should accompany your request to the provider.

**The Medicaid Agency will be notifying you of Medicaid's subrogation interest in this case. If you have questions concerning Medicaid's subrogation amount you may call one of the following numbers according to the recipient's last name: 334-242-5312 (A-G), 334-242-5316 (H-P), or 334-242-5267 (Q-Z).**

Sincerely,

Marvie E. Frazer
Benefit Recovery
Third Party Division
(334) 242-2322

**Our Mission - to provide an efficient and effective system of financing health care for our beneficiaries.**

# LYONS, KITTRELL, ROWAN & HORN, LLC

ATTORNEYS AT LAW
259 NORTH JACKSON STREET
**MOBILE, ALABAMA 36603**

EDWARD P. ROWAN*
W. BRADFORD KITTRELL
CHAMP LYONS, III
ALLWIN E. HORN, IV

*ALSO LICENSED IN MISSISSIPPI

(251) 432-0525
FAX (251) 432-0526
WWW.LKRHLAW.COM

MAILING ADDRESS:
P.O. BOX 264
MOBILE, ALABAMA 36601

**BIRMINGHAM OFFICE**
1130 SOUTH 22ND STREET
SUITE 4500
BIRMINGHAM, ALABAMA 35205
(205) 877-8700
FAX (205) 877-7330

November 16, 2005

**<u>Via Facsimile (904) 419-5365</u>**
Angela D. Williams
Claims Examiner III
Sedgwick CMS
Post Office Box 24787
Jacksonville, Florida 32241-4787

Re:     Brianna Johnson et al. v. Winn-Dixie et al.
        CV- 03-00465-RGK
        My client/claimant: Brianna Johnson
        Proof of claim #: 11556
        Sedgwick CMS claim #: A311207765-0001-01
        DOL: February 18, 2002

Dear Mrs. Williams:

        Confirming your conversation with my staff yesterday, you have mailed a letter to me today regarding Sedgwick's response to our demand for settlement of $45,000.00.  I would appreciate an advance copy of said letter via facsimile.

        As we previously discussed, my address and telephone # is as indicated on this letterhead.  Please do not send any correspondence to any other address than what is indicated herein.

        I look forward to hearing from you soon.

Highest regards,

EDWARD P. ROWAN, ESQUIRE
For the Firm

EPR/kvc

*P.O. Box 264*
*Mobile, Alabama  36601-0264*
*(251) 432-0525*
*(251) 432-0526 – Fax*
*erowan@lkrhmobile.com*

| | |
|---|---|
| | **LYONS, KITTRELL, ROWAN &** |
| | **HORN, L.L.C.** |

# FAX

| | |
|---|---|
| TO:  Angela D. Williams, Claims Examiner III | FROM: EDWARD P. ROWAN, ESQUIRE |
| FAX #:  **(904) 419-5365** | DATE:  January 30, 2006 |
| PHONE #: | PAGES:  2 (including cover) |
| RE:  Brianna Johnson et al. v. Winn-Dixie et al. | |

__Urgent  X  For Review  ___  Please Comment  ___Please Reply  ___Please Recycle

COMMENTS:

  Please find enclosed additional documentation from Medicaid, which is the only type of document that they provide in personal injury cases where they have paid medical bills.  We agree to satisfy their lien from any settlement.

  Please advise as to the status of this claim.

**NOTICE OF CONFIDENTIALITY**

This Facsimile transmission may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by telephone to arrange for return of the documents.



# Alabama Medicaid Agency

**501 Dexter Avenue**
**P.O. Box 5624**
**Montgomery, Alabama 36103-5624**

www.medicaid.state.al.us
e-mail: almedicaid@medicaid.state.al.us
Telecommunication for the Deaf: 1-800-253-0799
1-800-362-1504        (334) 293-5500



BOB RILEY
Governor

CAROL A. HERRMANN-STECKEL, MPH
Commissioner

## Acknowledgment of Request for Medical Records

☒ This is in response to your request for medical records concerning the Medicaid recipient identified below. *This signed form will serve as notice to medical providers that Medicaid is aware of your request for records and no further notification to Medicaid (by the provider) of your request is required.*

**NOTICE:** If this request is related to a possible cause of action against any third party, including the recipient's own health or liability insurance plan, **this form will also serve as notification of Medicaid's assignment / subrogation rights** against any recovery that may result from action filed against a third party. One of Medicaid's Benefit Recovery caseworkers will notify you of Medicaid's subrogation amount as soon as possible. Cases are handled based upon the recipient's last name as follows: A – G (Mrs. Johnson: 334-242-5692); H – P (Mrs. Lane – 334-242-5316) and Q – Z (Mrs. Whitlow – 334-242-5267).

---

*Records Requested By* ☒ Attorney ☐ Recipient ☐ Insurance Company ☐ Provider

Name / Firm      Lyons, Kittrell, Rowan & Horn, LLC

Address   250 North Jackson Street, Mobile, Alabama 36603

Phone 205-877-8700   Claim/Case #

Records Requested for Dates of Service 2/18/02

---

*Medicaid Recipient Information*

Name Brianna Johnson      Date of Birth 10/3/98

SSN / Medicaid Number 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      Date of Injury 2/18/02

---

**Questions / Notices Regarding Requests for Medical Records Relating to a Tort Action Should be Directed to:**

Barry Fencher  (334-242-5312)

Alabama Medicaid Agency
501 Dexter Avenue
P.O. Box 5624
Montgomery, AL 36103-5624

---

*For Completion by Third Party Division, Alabama Medicaid Agency*
☒ Medicaid has no objection to release of information to the requesting party related to the above-stated date of injury / medical care.

Barry Fencher / Zeffie Smith                              Date   1/18/06

---

**Our Mission - to provide an efficient and effective system of financing health care for our beneficiaries.**

Case 3:05-bk-03817-JAF    Doc 7258    Filed 04/18/06    Page 20 of 35

Rx Date/Time       APR-07-2006(FRI) 09:51        3343535375                        P. 003
APR-07-2006 09:47 From:THIRD PARTY        3343535375        To:2514320526        P.3/18



# Alabama Medicaid Agency

501 Dexter Avenue
P.O. Box 5624
Montgomery, Alabama 36103-5624
www.medicaid.state.al.us
e-mail: almedicaid@medicaid.state.al.us
Telecommunication for the Deaf 1-800-253-0799
334-242-5000    1-800-362-1504



**BOB RILEY**
Governor

**CAROL A. HERRMANN-STECKEL, MPH**
Commissioner

March 15, 2006

Lyons, Kittrell, Rowan & Horn LLC
Attn: Edward P. Rown
P. O. Box 264
Mobile , Alabama 36601

RE: Brianna N. Johnson
Medicaid # 000-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
DOI: 02/17/2002

Dear Mr. Rown:

On February 15, 2006, we notified your office of Medicaid payment in the amount of $241.67 on behalf of the above-named Medicaid recipient. Since that time, we have identified additional claims that are related in the amount of $5,719.03 making the total amount of our subrogation to this date $5,960.70. Attached you will find an itemized listing of Medicaid payment showing the name of prescription or diagnosis codes and providers of service for your convenience in assessing our claim.

If settlement is reached in favor of our Medicaid recipient, we shall appreciate you forwarding a check in the amount of $5,960.70 payable to the ALABAMA MEDICAID AGENCY to the attention of THIRD PARTY DIVISION.

If you have any questions please call me at (334) 242-5316. Your cooperation with this Agency is appreciated.

Sincerely,

Palastine J. Lane, Benefit Specialist
Third Party Division
Benefit Recovery Section

/pjl
enclosure

Our Mission - to provide an efficient and effective system of financing health care for our beneficiaries.

Case 3:05-bk-03817-JAF   Doc 7258   Filed 04/18/06   Page 21 of 35

Rx Date/Time      APR-07-2006(FRI) 09:51
APR-07-2006 09:47 From:THIRD PARTY          3343535375          To:2514320526
P.004
P.4/18
3343535375

02/23/2006
PAGE 83
MSCGG503

**S T A T E   O F   A L A B A M A**
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

TAPE DATE IS 05/01/02

CURRENT PCN: 000419490966-5          NAME: JOHNSON          BRIANNA          N

**GENERAL**

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE | PRC CLK | CLM-ND CREDIT | COPAY AMT | DATE PAID | REMB AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| J 050213522921 | 1 | P | | 00/00/00 | AEV | 000000000000 | 0 | 05/17/02 | $131.77 |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |
|---|---|---|---|---|---|---|---|---|

EPSDT REFERRED:

HDR EOB: 354

**RECIPIENT**

| ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | RETRO FLG- | REC | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP | DHB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000419490966-5 | 10/30/98 | 3 | 2 | 2 | | 49 | C | 14 | 41949D5622Z | | | |

BUYIN FLG: N
AID CAT 52          CNTY 49

**PROVIDER**

| NUMBER | NAME | LC CD | SP CD | TY CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|---|
| 6300000014 | FRANKLIN PRIM HEALTH | 1 | F2 | 49 | 6300000014 | 49 |

PRESCRIPTION DISP SUP
NUMBER 08-11650

**BILLING**

| PROV NO | TOT-CHG | NET-CHG | 3RD-PTY-AMT | NON-COV-CHG | LIABILITY AMOUNT | DIAG 1/2 CODES 3/4 | ACC JOB | TP-INS TP-IND | NO LINES |
|---|---|---|---|---|---|---|---|---|---|
| 631404113 | $214.77 | $214.77 | $0.00 | $0.00 | $0.00 | 9189 | | N | 02 |

| 1ST PROC DATE | LST PROC DATE | | | | | |
|---|---|---|---|---|---|---|
| 02/18/02 | 02/18/02 | | | | | |
| 02/18/02 | 02/18/02 | | | | | |

| PROV NO U | FDOS LDOS 02/18/02 02/18/02 | TOS | POS | UNITS SERV | SUBMITTED CHARGES | ALLOWED CHARGE | COPAY EX-IND | DIAG TREAT | PA IND | PRIOR AUTH # | TOOTH NUMB | SURFACE NUMB | DTL EOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 21 | 1.0 | $83.00 | $45.00 | S | 9189 | 0 | 0 | | | 354 |
| | | 1 | 11 | 1.0 | $131.77 | $131.77 | S | 9189 | 0 | 0 | | | 367 |

| LINE STAT | INV CAT | PRCD CODE | PRCD MOD | | |
|---|---|---|---|---|---|
| 1 | 072 | 99221 | | | |
| 1 | 072 | 25258 | | | |

STATE OF ALABAMA
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

02/23/2006
PAGE 69
MSCC503

TAPE DATE IS 08/01/02

CURRENT PCN: 0004194D0966-5

**GENERAL**

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PRC PD DATE | PRC CLK DMD | CLM-NO CREDIT | COPAY AMT | DATE PAID | REMB AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| J 0502217203026 | 1 | P | | 00/00/00 | | 0000000000 | 0 | 08/16/02 | $42.00 |
| ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | |

NAME: JOHNSON   BRIANNA   N

EPSDT REFERRED:

**RECIPIENT**

| ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | BUYIN FLG: N | AID CAT | REC CNTY | ADULT CHILD | RETRO FLG: N | HDR EOB: 000 | CERTIFY PROGRAM | MEDICARE NO. | CHIP OBB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004194D0966-5 | 10/30/98 | 3 | 2 | 2 | | 52 | 49 | C | | | N | 419490966ZZZ | C | |
| | | | | | SP CD E3 | TY CD 01 | LC CD 1 | | | | | | | |
| | | | | | | | | | | | ERROR NUMBER 000 | | |

**PROVIDER**

| NUMBER | NAME | GROUP CD | CTY CD |
|---|---|---|---|
| 529003900 | USA CHILDREN D WOMEN | 529003900 | 49 |
| | | | ERROR NUMBER 000 |

**BILLING**

| | TOT-CHG NET-CHG | 3RD-PTY-AMT NON-COV-CHG | LIABILITY AMOUNT | DIAG CODES 3/4 | ACC | TP-INS TP-IND | PRIOR AUTH: | NO LINES |
|---|---|---|---|---|---|---|---|---|
| FDDS LDDS 02/18/02 02/18/02 | $85.75 $85.75 | $0.00 $0.00 | $0.00 | B711 | JDB | T NT | 0 | 01 |

PROV NO 529003330   PROV NO 051551332   PROV NO 501448165

**LINE STAT 1**

| INV CAT | PRCD CODE | PRCD MOD | 1ST PRDC DATE | LST PRDC DATE | TOS | POS | UNITS SERV | SUBMITTED CHARGES | ALLOWED CHARGE | COPAY EX-IND | DIAG TREAT | PA IND | TOOTH NUMB | SURFACE NUMB | DTL EOB | DTL ERR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 054 | 99283 | | 02/18/02 | 02/18/02 | 1 | 23 | 1.0 | $85.75 | $42.00 | S | B711 | 0 | | | 357 | 0505 |

02/23/2006
PAGE 116
MSCC503

TAPE DATE IS 04/01/02

S T A T E   O F   A L A B A M A
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

CURRENT PCN: 000419490966-5        NAME:        JOHNSON        BRIANNA        N

**GENERAL**

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE | PRC CLK | CLM-NO CREDIT | DATE PAID | REMB AMOUNT |
|---|---|---|---|---|---|---|---|---|
| J 5102DB6224172 | 1 | | P | 03/08/02 | AEV | 020632065807 | 04/19/02 | $675.00 |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |

EPSDT REFERRED:                BUYIN FLG:  N        HDR EOB: 000

**RECIPIENT**

| ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | AID CAT | REC CNTY | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP | QMB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000419490966-5 | 10/30/98 | 3 | 2 | 2 | 52 | 49 | C | M | 419490966ZZZ | | | |

**PROVIDER**

| NUMBER | NAME | | | SP CD | TY CD | LC CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|---|---|---|
| 529907330 | VISION PARTNE | | | 18 | 01 | | 529907330 | 49 |

PRESCRIPTION   DISP   SER
NUMBER
4B429C02D1GV

**BILLING**

| FDDS | TOT-CHG | 3RD-PTY-AMT | LIABILITY AMOUNT | SUBMITTED CHARGES | UNITS SERV | POS | DIAG 1/2 CODES 3/4 | ALLOWED CHARGE | TP-INS TP-IND T NT |
|---|---|---|---|---|---|---|---|---|---|
| | TOT-CHG | 3RD-PTY-AMT | | | | | 8711 | | |
| LDDS | NET-CHG | NON-COV-CHG | $0.00 | $71.00 | 1.0 | | | $42.00 | |
| 02/18/02 | $1565.00 | $0.00 | | $1494.00 | 1.0 | | | $693.00 | |
| 02/18/02 | $1565.00 | $0.00 | | | | | | | |

| PRCD CODE 99283 | 1ST PROC DATE 02/18/02 | LST PROC DATE 02/18/02 | TOS | PRCD KOD 57 | DATE 02/18/02 |
| PRCD CODE 65285 | LT | 02/18/02 | | | 02/18/02 |

| LINE STAT | INV CAT | PRCD CODE | PRCD KOD | | TOS | POS | DIAG TREAT | COPAY EX-IND | ACC JOB | PA IND | TOOTH NUMB | SURFACE NUMB | PRIOR AUTH # | NO LINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 054 | 99283 | 57 | | 1 | 22 | 8711 | S | | 0 | | | 0 | 02 |
| 1 | 054 | 65285 | LT | | 2 | 22 | 8711 | S | | 0 | | | | |

| DTL EOB 357 | DTL ERR 000 |
| DTL EOB 357 | DTL ERR 000 |



```
                                    S T A T E   O F   A L A B A M A
                                       ALABAMA MEDICAID AGENCY
                                        PURGE HISTORY DETAIL

TAPE DATE IS 05/01/02                                                                          02/23/2006
                                                                                               PAGE   81
CURRENT PCN: 0004194909S5-5    NAME:    JOHNSON              BRIANNA          N                 MSCC503

GENERAL    CD ICN          STATUS  ENC                  ORIGINAL  PRC   CLK-NO                              REMB
                           CODE    IND  BP PROCESSING    PD DATE   CLK   CREDIT          COPAY   DATE       AMOUNT
           J 050213521O517  1           P                00/00/00  REV   0000000000000   AMT  0  PAID       $131.77
                                                                                                05/17/02

           ERROR    ERROR   ERROR        ERROR           ERROR           ERROR           ERROR   ERROR      ERROR
           NUMBER   NUMBER  NUMBER       NUMBER          NUMBER          NUMBER          NUMBER  NUMBER     NUMBER
           000      000     000          000             000             000             000     000        000

           EPSDT REFERRED:                       BUYIN FLG:  N    HDR EOB: 354

RECIPIENT  ORIGINAL PCN     BIRTH       AGE SEX RACE      AID   REC  ADULT   CERTIFY     MEDICARE NO.  CHIP  ONB   REV
                            DATE                          CAT   CNTY CHILD   PROGRAM                         IND   NO.
           0004194909S6-5   10/30/98    3   2   2         52    49   C       N           41949096Z2Z

PROVIDER   NUMBER          NAME                             SP CD  TY CD    LC CD  GROUP CD      CTY CD
           63O000014       FRANKLIN PRIMY HEALTH            F2     49       1      630000014     49

                                          PRESCRIPTION  DISP  SHR
           UNIQUE    REFERRING  PERFORMING
           U                    63140411 3     08-11660

BILLING    PCDS             TOT-CHG     3RD-PTY-AMT       LIABILITY         DIAG  1/2      ACC   DIAG       TP-INS
           LCDS             NET-CHG     NON-COV-CHG       AMOUNT            CODES 3/4      JOB   TREAT      TP-IND
           02/19/02         $166.77     $0.00            $0.00             9189                 9189       N
           02/19/02         $166.77     $0.00                                                   9189       NN
                                        $0.00

LINE  INV  PRCD  PRCD  1ST PRCD  LST PROC  TOS  POS  UNITS  SUBMITTED   ALLOWED   COPAY     PA   DIAG       PRIOR
STAT  CAT  CODE  MOD   DATE      DATE                SERV   CHARGES     CHARGE    EX-IND    IND  TREAT      AUTH #
1     072  99231       02/19/02  02/19/02  1    21   1.0    $55.00      $24.00    S         0    9189
1     072  25298       02/19/02  02/19/02  1    11   1.0    $131.77     $131.77   S         0    9189
```

02/23/2006
PAGE 106
NSCC503

S T A T E   O F   A L A B A M A
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

TAPE DATE IS 03/01/02

CURRENT PCN: 00041949O966-5

GENERAL

| CD ICN | STATUS CODE | NAME: JOHNSON   BRIANNA   N | ENC IND | BP PROCESSING |
|---|---|---|---|---|
| J 050207121448 3 | 1 | | | P |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | CLM-NO CREDIT 0000000000 | COPAY AMT 0 | DATE PAID 03/22/02 | REMS AMOUNT $84.30 |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ORIGINAL PD DATE 00/00/00 | PRC CLK AEV | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |

EPSDT REFERRED:                    HDR EOB: 000

RECIPIENT

| ORIGINAL PCN 00041949O966-5 | BIRTH DATE 10/30/98 | AGE 3 | SEX 2 | RACE 2 | AID CAT 52 | REC CNTY 49 | ADULT CHILD C | CERTIFY PROGRAM N | MEDICARE NO. 41949O966ZZZ | CHIP ONB IND | REV NO. |

BUYIN FLG: N                    RETRO FLG:

PROVIDER

| NUMBER 559800030 | NAME USA HOSPITALS | SP CD 05 | TY CD 01 | LC CD 1 | GROUP CD 559800030 | CTY CD 49 |

UNIQUE 000021261        PRESCRIPTION 2057000330        DISP SHR

BILLING

| FDDS LDDS 02/19/02 02/19/02 | TOT-CHG $750.00 NET-CHG $750.00 | 3RD-PTY-AMT $0.00 NON-COV-CHG $0.00 | 1ST PROC DATE 02/19/02 | LST PROC DATE 02/19/02 | TOS 7 | POS 21 | UNITS SERV 140.0 | LIABILITY AMOUNT $0.00 | SUBMITTED CHARGES $750.00 | DIAG 1/2 CODES 3/4 9181 | ACC JOB H H | TP-INS TP-IND N NMH | PRIOR AUTH # 0 | NO LINES 01 |

| LINE STAT 1 | INV CAT CODE 054 | PRCD CODE 00140 | PRCD MOD OK | 1ST PROC DATE 02/19/02 | ALLOWED CHARGE $84.30 | COPAY EX-IND 5 | DIAG TREAT 9181 | PA IND 0 | TOOTH NUMB | SURFACE NUMB | DTL EOB 357 | DTL ERR 000 |

02/23/2006
PAGE  B2
MSCC5D3

**S T A T E   O F   A L A B A M A**
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

TAPE DATE IS 05/01/02

CURRENT PCN: 00041949D966-5

| GENERAL | CD  ICN | NAME: JOHNSON | | | BRIANNA | | N | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J 050213521773D | STATUS CDE 1 | ENC IND P | BP PROCESSING | ORIGINAL PD DATE DD/DD/DD | PRC CLK AEV | CLM-ND CREDIT 00000000000 | COPAY AMT  0 | DATE PAID 05/17/02 | REMB AMOUNT $131.77 | | | | | |
| | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | | ERROR NUMBER 000 | | | | |

EPSDT REFERRED:                                    BUYIN FLG: N          RETRO FLG:        HDR EOB: 354

| RECIPIENT | ORIGINAL PCN | BIRTH DATE 10/30/98 | AGE 3 | SEX 2 | RACE 2 | AID CAT 52 | REC CNTY 49 | ADULT CHILD C | CERTIFY PROGRAM M | MEDICARE ND. 419490966ZZZ | CHIP OVB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00041949D966-5 | | | | | | | | | | | |

| PROVIDER | NUMBER 630000014 | NAME FRANKLIN PRIMY HEALTH | | SP CD F2 | TY CD 49 | LC CD 1 | GROUP CD 630000014 | CTY CD 49 |
|---|---|---|---|---|---|---|---|---|

UNIQUE   REFERRING   PERFORMING   PRESCRIPTION  DISP SHR
U                              631404113    08-11660

| BILLING | FDDS | TOT-CHG NET-CHG $186.77 $186.77 | 3RD-PTY-AMT NON-COV-CHG $0.00 $0.00 | LIABILITY AMOUNT $0.00 | DIAG 1/2 CODES 3/4 9189 | ALLOWED CHARGE $24.00 | COPAY EX-IND S | DIAG TREAT 9189 | TP-INS TP-IND N | PRIOR AUTH # O | NO LINES 02 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LDDS 02/20/02 02/20/02 | | SUBMITTED CHARGES $55.00 $131.77 | | | $131.77 | S | 9189 | | | |

| LINE STAT 1 1 | INV CAT 072 072 | PRCD CODE 99231 25298 | PRCD MOD | 1ST PROC DATE 02/20/02 02/20/02 | LST PROC DATE 02/20/02 02/20/02 | TDS 1 1 | POS 21 11 | UNITS SERV 1.0 1.0 | DIAG 1/2 | COPAY EX-IND | DIAG TREAT | PA IND 0 0 | TP-IND 0 0 | TOOTH NUMB | SURFACE NUMB | DTL EOB 354 367 | DTL ERR 000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rx Date/Time     APR-07-2006(FRI) 09:51                    3343535375                                    P.010
APR-07-2006 09:49 From:THIRD PARTY          3343535375          To:2514320526                    P.10/18

02/23/2006
PAGE   80
MSCCS03

# S T A T E   O F   A L A B A M A
## ALABAMA MEDICAID AGENCY
## PURGE HISTORY DETAIL

TAPE DATE IS 07/01/02

CURRENT PCN:  0004194909G6-5

GENERAL      CD  ICN                                          NAME:   JOHNSON          BRIANNA        N

| | STATUS CODE | | ENC IND | BP | PROCESSING | | ORIGINAL PD DATE | PRC CLK JPS | INV CAT | CLM-NO CREDIT | | COPAY AMT | | DATE PAID | | REMB AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S  9B0219D451015 | 1 | | | P | N | | 00/00/00 | 011 | | 000000000000 | | 0 | | 07/19/02 | | $3469.62 | |
| ERROR NUMBER 000 | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | |

EPSDT REFERRED:                          HDR EOB: 357

RECIPIENT     ORIGINAL PCN          BIRTH DATE       AGE  SEX RACE      AID CAT  REC CNTY  ADULT CHILD   CERTIFY PROGRAM    MEDICARE NO.    CHIP IND  DMB IND   REV NO.
              0004194909G6-5        10/30/98         3    2   2         52       49        C             M                  41949096EZZZ             

| ERROR NUMBER 000 | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | | ERROR NUMBER 000 | |

                                              RETRO FLG: 1

PROVIDER      NUMBER               NAME                            SP CD  TY CD  LC CD   GROUP CD        CTY CD
              HDSO119H             USA CHILDRENS WOMENS HI         W6     05     1       HDSO119H        49

              UNIQUE          REFERRING    PERFORMING     PRESCRIPTION DISP SHR
              ━━━━━━━         ━━━━━━━━━     HDSO119H       501446153
              528300330

BILLING       TOT-CHG              3RD-PTY-AMT          LIABILITY AMOUNT       DIAG 1/2              TP-INS     PRIOR
              NET-CHG              NON-COV-CHG          $0.00                  CODES 3/4   TP-IND    AUTH #  0
FDOS          $7064.75             $0.00                                      B711        T                  ND LINES
LDOS          $7064.75             $0.00                                                  NTN
02/18/02
02/21/02                                                                                                     08

INST-DATA     SURGERY-INFO         OPR-SURG   NATR ADM  ADM DATE  DISCHARGE    DAYS-BILLED   COV-DAYS    TYPE BILL    CONDITION CODES
ATTD PHYS     SVCD PRCD DATE       7757                 ADM HOUR  DATE DEST    DAYS-CTFY     NCOV-DAYS                OCCURRENCE CODES
REFER PHYS    02/19/02                                  02/18/02  02/21/02     03            03                       X2
7757   IG     1151    00/00/00                          23                     D04           00           1          05
528300330

LINE     UNITS OF      SUBMITTED      ALLOWED     COPAY     REVENUE    SUBM UNIT    PROV-CHG          NCOV
STAT     SERVICE       CHARGES        CHARGE      EX-IND    CODE       RATE         RT-FILE  FACT     CHARGE
         03.0          $903.00        $0.00                 113        $0.00        H                 $0.00
         43.0          $2071.75       $0.00                 250        $0.00        H        H        $0.00
         02.0          $70.25         $0.00                 270        $0.00        H                 $0.00
         02.0          $146.50        $0.00                 272        $0.00        H                 $0.00
         11.0          $2147.50       $0.00                 360        $0.00        H                 $0.00
         17.0          $1088.00       $0.00                 370        $0.00        H                 $0.00
         01.0          $209.00        $0.00                 450        $0.00        H                 $0.00
         06.0          $428.75        $0.00                 710        $0.00        H                 $0.00

| | DTL EOB | DTL ERR |
|---|---|---|
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |
| | 000 | 000 |

BUYIN FLG: N
ACC  JOB  N  N

```
                          S T A T E   O F   A L A B A M A
                             ALABAMA MEDICAID AGENCY
                             PURGE HISTORY DETAIL                      02/23/2006
                                                                      PAGE  84
                                                                      MSCC503
TAPE DATE IS 05/01/02

CURRENT PCN: 000419490966-5

GENERAL    CD  ICN         NAME:  JOHNSON          BRIANNA        N
                           STATUS  ENC
           J 050213525179  CODE    IND  BP PROCESSING
                           1       P
           ERROR   ERROR   ERROR   ERROR   ORIGINAL  PRC   CLM-ND        COPAY   DATE      REHB
           NUMBER  NUMBER  NUMBER  NUMBER  PD DATE   CLK   CREDIT        AMT  0  PAID      AMOUNT
           000     000     000     000     00/00/00  AEV   0000000000000        05/17/02  $131.77

           ERROR   ERROR   ERROR   ERROR   ERROR           ERROR                 ERROR     ERROR
           NUMBER  NUMBER  NUMBER  NUMBER  NUMBER          NUMBER                NUMBER    NUMBER
           000     000     000     000     000             000                   000       000

           EPSDT REFERRED:                 BUYIN FLG: N    RETRO FLG:      HDR EOB: 354

RECIPIENT  ORIGINAL PCN   BIRTH    AGE SEX RACE   AID  REC  ADULT  CERTIFY   MEDICARE ND.   CHIP QRB  REV
                          DATE                    CAT  CNTY CHILD  PROGRAM   41949096622Z   IND       NO.
           000419490966-5 10/30/98  3   2   2     52   49   C      M

PROVIDER   NUMBER           NAME                                  SP CD  TY CD  LC CD  GROUP CD      CTY CD
           630000014        FRANKLIN PRIMY HEALTH                 F2     49     1      630000014     49

           UNIQUE    REFERRING  PERFORMING        PRESCRIPTION DISP SHR
           PROC-ND   PROC-ND    PROC-ND
           U                    631404113         08-11660

BILLING    FDBS      TOT-CHG    3RD-PTY-AMT        LIABILITY    SUBMITTED    DIAG 1/2    ALLOWED    PRIOR
           LDDS      NET-CHG    NON-COV-CHG        AMOUNT       CHARGES      CODES 3/4   CHARGE     AUTH #  0
           02/21/02  $206.77    $0.00              $0.00        $75.00       9189                   TP-INS
           02/21/02  $206.77    $0.00                           $131.77                 $44.00      TP-IND
                                                                                        $131.77     N
                                                                                                    NN
                                                                             DIAG       COPAY       PA
                                                                             TREAT      EX-IND      IND
                                                                             9189       S           0
                                                                             9189       S           0

LINE  INV  PRCD  PRCD  1ST PROC  LST PROC  TDS  POS  UNITS  ACC   COPAY   TOOTH SURFACE   NO LINES   DTL
STAT  CAT  CODE  MOD   DATE      DATE                 SERV  JOB   EX-IND  NUMB  NUMB                 EOB  ERR
 1    072  9923B       02/21/02  02/21/02   1   21    1.0   JOB   S                        02         354  000
 1    072  Z529B       02/21/02  02/21/02   1   11    1.0         S                        DTL        367
```

Case 3:05-bk-03817-JAF    Doc 7258    Filed 04/18/06    Page 29 of 35

Rx Date/Time    APR-07-2006(FRI) 09:51    3343535375    P.012
APR-07-2006 09:50 From:THIRD PARTY         3343535375    To:2514320526    P.12/18

02/23/2006
PAGE 80
MSCC503

**S T A T E   O F   A L A B A M A**
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

TAPE DATE IS 05/01/02

CURRENT PCN: 00041949O966-5       NAME:    JOHNSON       BRIANNA       N

| GENERAL | CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE | PRC CLK | CLM-NO CREDIT | COPAY AMT | DATE PAID | REMB AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | J 05021152141BO | 1 | P | | 00/00/00 | AEV | 0000000000 | 0 | 05/03/02 | $131.77 |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |

EPSDT REFERRED:       BUYIN FLG: N       RETRO FLG:       HDR EOB: 354

| RECIPIENT | ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | AID CAT | REC CNTY | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP IND | ONB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00041949O966-5 | 10/30/98 | 3 | 2 | 2 | 52 | 49 | C | N | 41949O966222 | | | |

| PROVIDER | NUMBER | NAME | | | | SP CD | TY CD | LC CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|---|---|---|---|---|
| | 630000014 | FRANKLIN PRIMY HEALTH | | | | F2 | 49 | 1 | 630000014 | 49 |

| | REFERRING | | PERFORMING | | PRESCRIPTION | DISP | SHR |
|---|---|---|---|---|---|---|---|
| UNIQUE | | | | PRESCRIP | 080011660 | STATUS | |
| U | | | 631404078 | | | | |

| BILLING | FDDS LDDS | TOT-CHG NET-CHG | 3RD-PTY-AMT NON-COV-CHG | LIABILITY AMOUNT | DIAG 1/2 CODES 3/4 | ALLOWED CHARGE | SUBMITTED CHARGES |
|---|---|---|---|---|---|---|---|
| | 04/25/02 | $176.77 | $0.00 | $0.00 | 8714 | $29.00 | $45.00 |
| | 04/25/02 | $176.77 | $0.00 | | | $131.77 | $131.77 |

| LINE STAT | INV CAT | PRCD CODE | PRCD MOD | 1ST PROC DATE | LST PROC DATE | TOS | POS | UNITS SERV | COPAY EX-IND | ACC JOB | DIAG TREAT | TP-INS TP-IND T NT | PA IND | PRIOR AUTH # | TOOTH NUMB | SURFACE NUMB | DTL EOB | DTL ERR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 072 | 99212 | | 04/25/02 | 04/25/02 | 1 | 11 | 1.0 | S | | 8714 | O | O | O | | | 354 | 000 |
| 1 | 072 | 25298 | | 04/25/02 | 04/25/02 | 1 | 11 | 1.0 | S | | 8714 | O | O | O | | | 367 | 000 |

NO LINES          02

Rx Date/Time   APR-07-2006(FRI) 09:51                                3343535375                          P.013
APR-07-2006 09:50 From:THIRD PARTY                                   3343535375        To:2514320526      P.13/18

```
                                    S T A T E   O F   A L A B A M A
                                      ALABAMA MEDICAID AGENCY
                                       PURGE HISTORY DETAIL                              02/23/2006
                                                                                        PAGE  107
                                                                                        MSCC503
TAPE DATE IS 06/01/02

CURRENT PCN:  000419490966-5

GENERAL    CD  ICN              NAME:  JOHNSON              BRIANNA           N
           J  050214020537T

                               STATUS   ENC                ORIGINAL  PRC    CLM-NO
                               CODE     IND  BP PROCESSING  PD DATE   CLK    CREDIT        COPAY        DATE          REMB
                                1            P               00/00/00 AEV    00000000000   AMT    0     PAID          AMOUNT
           ERROR    ERROR    ERROR    ERROR    ERROR         ERROR           ERROR         ERROR        05/07/02      $170.50
           NUMBER   NUMBER   NUMBER   NUMBER   NUMBER        NUMBER          NUMBER        NUMBER       ERROR         ERROR
           000      000      000      000      000           000             000           000          NUMBER        NUMBER
                                                                                                        000           000

           EPSDT REFERRED:              BUYIN FLG:  N       RETRO FLG:   HDR EOB: 000

RECIPIENT  ORIGINAL PCN    BIRTH          AGE  SEX  RACE    AID   REG   ADULT  CERTIFY     MEDICARE NO.  CHIP    ONB   REV
                           DATE                            CAT   CNTY  CHILD  PROGRAM                          IND   NO.
           000419490966-5  10/30/98       3    2    2      52    49    C      M            419490966ZZZ   IND

PROVIDER   NUMBER         NAME                               SP CD  TY CD     LC CD        GROUP CD      CTY CD
           529907330      VISION PARTNE                      18     01        1            529907330     49

           UNIQUE         REFERRING      PERFORMING      PRESCRIPTION  DISP  SHR
                          630000014      009994540        4842900501  13F

BILLING    FDOS           TOT-CHG        3RD-PTY-AMT      UNITS  SUBMITTED    LIABILITY    DIAG  1/2                     PRIOR        ND LINES
           LDOS           NET-CHG        NON-COV-CHG      SERV   CHARGES      AMOUNT       CODES 3/4                     AUTH #  0
           05/13/02       $634.00        $0.00           1.0    $166.00      $166.00      8711                                         03
           05/13/02       $634.00        $0.00           1.0    $100.00      $100.00                                                     02
                                         $0.00           1.0    $368.00                                                               ...

LINE  INV  PRCD  PRCD  1ST PROC  LST PROC  TOS  POS  UNITS  SUBMITTED   ALLOWED   COPAY   ACC   DIAG    TP-INS   PA   TOOTH  SURFACE   DTL  DTL
STAT  CAT  CODE  MOD   DATE      DATE                SERV   CHARGES     CHARGE    EX-IND  JOB   TREAT   TP-IND   IND  NUMB   NUMB      EOB  ERR
 1    054  65222   51  05/13/02  05/13/02   2    22   1.0   $166.00     $95.00    S       S     8711    T        0           357  357  000
 1    054  68200   51  05/13/02  05/13/02   2    22   1.0   $100.00     $41.50    S       S     8711    NT       0           357  357  000
 1    054  92018   51  05/13/02  05/13/02   1    22   1.0   $368.00     $34.00    S       S     8711             0           357  357  000
```

Case 3:05-bk-03817-JAF   Doc 7258   Filed 04/18/06   Page 31 of 35

Rx Date/Time   APR-07-2006(FRI) 09:51   3343535375   P.014
APR-07-2006 09:51 From:THIRD PARTY   3343535375   To:2514320526   P.14/18

02/23/2005
PAGE 110
MSCC503

**STATE OF ALABAMA**
**ALABAMA MEDICAID AGENCY**
**PURGE HISTORY DETAIL**

TAPE DATE IS 06/01/02

CURRENT PCN: 000419490966-5   NAME: JOHNSON   BRIANNA   N

**GENERAL**

CD ICN   STATUS CODE 1
J 050216420422Z

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ORIGINAL PD DATE 00/00/00 | PRC CLK AEV | CLM-NO CREDIT 0000000000000 | COPAY AMT 0 | DATE PAID 06/21/02 | REMB AMOUNT $44.96 | ERROR NUMBER 000 |

EPSDT REFERRED:   BUYIN FLG: N   RETRO FLG:   HDR EOB: 000

**RECIPIENT**

ORIGINAL PCN 000419490966-5
BIRTH DATE 10/30/98
AGE 3 SEX 2 RACE 2
AID 52 CAT REC CNTY 49
ADULT CHILD C
CERTIFY PROGRAM N
MEDICARE NO. 419490966ZZZ
CHIP OWB IND
REV NO.

**PROVIDER**

NUMBER 559800030   NAME USA HOSPITALS
SP CD 05   TY CD 01   LC CD 1   GROUP CD 559BD0030   CTY CD 49

UNIQUE   REFERRING   PERFORMING 000077963   PRESCRIPTION 216200085A85   DISP SHR

**BILLING**

FDOS
LDOS
05/13/02
05/13/02

TOT-CHG $400.00
NET-CHG $400.00

3RD-PTY-AMT
NON-COV-CHG $0.00 $0.00

UNITS SERV 35.0
TDS 7   PDS 22

1ST PROC DATE 05/13/02   LST PROC DATE 05/13/02

LIABILITY AMOUNT $0.00
SUBMITTED CHARGES $400.00
DIAG 1/2 CODES 3/4 36813 37102
ALLOWED CHARGE $44.96
COPAY EX-IND 5
ACC JOB
DIAG TREAT 36813
TP-INS TP-IND N NN
PA IND 0
PRIOR AUTH # 0
TOOTH NUM3 SURFACE NUM3

NO LINES 01

**LINE STAT**

INV CAT 054
PRD CODE 00140
PRD NOD
PRCD QY

DTL EOB 357
DTL ERR 000

02/23/2006
PAGE 77
MSGC503

TAPE DATE IS 07/01/02

CURRENT PCN: 000419490966-5    NAME:    JOHNSON    BRIANNA    N

S T A T E   O F   A L A B A M A
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

**GENERAL**

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE | PRC CLK | CLM-NO CREDIT | COPAY AMT | DATE PAID | REMB AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| M 05021724010g0 | 1 | | P | 00/00/00 | UPS | 00000000000 | 0 | 07/05/02 | $386.36 |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |
|---|---|---|---|---|---|---|---|

EPSDT REFERRED:    HDR EOB: 000    RETRO FLG: N    BUYIN FLG: N

**RECIPIENT**

| ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | AID CAT | REC CNTY | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP | DMB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000419490966-5 | 10/30/98 | 3 | 2 | 2 | 52 | 49 | C | A | 419490965ZZZ | | IND | |

**PROVIDER**

| NUMBER | SP CD | TY CD | LC CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|
| HDSO152H | W5 | 05 | 1 | HDSO152H | 49 |

UNIQUE    REFERRING    PERFORMING    PRESCRIPTION    DISP    SHR
630004014    HDSO152H    602491516

**BILLING**

| FDOS | TOT-CHG | 3RD-PTY-AMT | LIABILITY AMOUNT | DIAG | CODES | DIAG | TP-INS | TP-IND | PRIOR AUTH # | NO LINES |
|---|---|---|---|---|---|---|---|---|---|---|
| LDOS | NET-CHG | NON-COV-CHG | | 1/2 | 3/4 | ACC JOB | | | | |
| 05/13/02 | $1991.81 | $0.00 | $0.00 | 37102 | | N | N | 0 | 02 |
| 05/13/02 | $1991.81 | $0.00 | | | | N | NRN | | |

**OUTP-DATA**

| ATTD PHYS | SURGERY INFO | CONDITION CODES | | |
|---|---|---|---|---|
| REFER PHYS | SVCD PRCD DATE | OCCURRENCE CODES | | |
| 9396 | 00/00/00 | X2 | | |
| 630004014 | 00/00/00 | | | |

| LINE STAT | INV CAT | PRCD CODE | PRCD MOD | 1ST PRCD DATE | LST PRCD DATE | TOS | POS | UNITS SERV | SUBMITTED CHARGES | ALLOWED CHARGE | COPAY EX-IND | DIAG TREAT | PA IND | REV CODE | SURFACE NUMB | DTL EOB | DTL ERR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 012 | 92018 | LT | 05/13/02 | 05/13/02 | S | S | 1.0 | $1327.87 | $193.18 | S | 37102 | 0 | | | 357 | 000 |
| 1 | 012 | 15950 | LT | 05/13/02 | 05/13/02 | S | S | 1.0 | $663.94 | $193.18 | S | 37102 | 0 | | | 357 | DB22 |

Case 3:05-bk-03817-JAF   Doc 7258   Filed 04/18/06   Page 33 of 35

Rx Date/Time   APR-07-2006(FRI) 09:51   3343535375   P.016
APR-07-2006 09:51 From:THIRD PARTY   3343535375   To:2514320526   P.16/18

02/23/2006
PAGE  111
MSCC503

**S T A T E   O F   A L A B A M A**
ALABAMA MEDICAID AGENCY
PURGE HISTORY DETAIL

TAPE DATE IS 06/01/02

CURRENT PCN: 000419490966-5   NAME: JOHNSON   BRIANNA   N

**GENERAL**

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE 00/00/00 | PRC CLK AEV | CLM-NO CREDIT 000000000000 | COPAY AMT 0 | DATE PAID 06/21/02 | REHB AMOUNT $37.67 | |
|---|---|---|---|---|---|---|---|---|---|---|
| J 0502168205393 | 1 | P | | | | | | | | |

| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |
|---|---|---|---|---|---|---|---|

EPSDT REFERRED:   BUYIN FLG: N   RETRO FLG:   HDR EOB: 000

**RECIPIENT**

| ORIGINAL PCN | BIRTH DATE | AGE SEX RACE | AID CAT | REC CNTY | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP | QNB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 000419490966-5 | 10/30/98 | 3  2  2 | 52 | 49 | C | M | 41949096622Z | | IND | |

**PROVIDER**

| NUMBER | NAME | | SP CD | TY CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|---|
| 008601800 | CLASSIC OPTIC LABORATOS | | X3 | 22 | 008601800 | 99 |

UNIQUE   REFERRING   PERFORMING   PRESCRIPTION   DISP SHR
   008601800   1943548

**BILLING**

| FDOS | TOT-CHG | 3RD-PTY-AMT | LIABILITY AMOUNT | DIAG 1/2 | ACC | TP-INS | PRIOR | NO LINES |
|---|---|---|---|---|---|---|---|---|
| LDOS | NET-CHG | NON-COV-CHG | | CODES 3/4 | JDB | TP-IND | AUTH # | 02 |
| 05/29/02 | $37.67 | $0.00 | $0.00 | V720 | | N | 0 | |
| 05/29/02 | $37.67 | $0.00 | | | | NN | | |

| LINE STAT | INV CAT | PRCD CODE | PRCD MOD | 1ST PROC DATE | LST PROC DATE | TOS | POS | UNITS | SERV | SUBMITTED CHARGES | ALLOWED CHARGE | COPAY EX-IND | DIAG TREAT | PA IND | TOOTH NUMB | SURFACE NUMB | DTL EOB | NO LINES DTL EOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 057 | V2799 | | 05/29/02 | 05/29/02 | 9 | 11 | 2.0 | | $24.72 | $24.72 | S | V720 | 0 | | | 367 | |
| 1 | 057 | 25399 | | 05/29/02 | 05/29/02 | 9 | 11 | 1.0 | | $12.95 | $12.95 | S | V720 | 0 | | | 367 | |

Rx Date/Time   APR-07-2006(FRI) 09:51
APR-07-2006 09:51 From:THIRD PARTY          3343535375          To:2514320526          P.017   P.17/18

02/23/2006
PAGE 109
MSCC503

**STATE OF ALABAMA**
**ALABAMA MEDICAID AGENCY**
**PURGE HISTORY DETAIL**

TAPE DATE IS 06/01/02

CURRENT PCN: 0004194909B6-5   NAME:   JOHNSON          BRIANNA          N

### GENERAL

| CD ICN | STATUS CODE | ENC IND | BP PROCESSING | ORIGINAL PD DATE 00/00/00 | PRC CLK AEV | CLM-ND CREDIT 00000000000 | COPAY AMT O | DATE PAID 06/07/02 | REMB AMOUNT $18.00 |
|---|---|---|---|---|---|---|---|---|---|
| J 0502150216295 | 1 | P | | | | | | | |
| ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 | ERROR NUMBER 000 |

EPSDT REFERRED:          BUYIN FLG: N          RETRO FLG:          HDR EOB: 000

### RECIPIENT

| ORIGINAL PCN | BIRTH DATE | AGE | SEX | RACE | AID CAT | REC CNTY | ADULT CHILD | CERTIFY PROGRAM | MEDICARE NO. | CHIP IND | OBB IND | REV NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004194909B6-5 | 10/30/98 | 3 | 2 | 2 | 52 | 49 | C | M | 419490966ZZZ | | | |

### PROVIDER

| NUMBER | NAME | SP CD | TY CD | LC CD | GROUP CD | CTY CD |
|---|---|---|---|---|---|---|
| 529903000 | OPTICAL DIMENONS | X4 | 22 | 1 | 529903000 | 4B |

| UNIQUE | REFERRING | PERFORMING | PRESCRIPTION | DISP SHR |
|---|---|---|---|---|
| 529903000 | | 00995121O | 4009 | |

### BILLING

| FODS LDDS | TGT-CHG NET-CHG | 3RD-PTY-AMT NON-COV-CHG | TDS | POS | LIABILITY AMOUNT $0.00 | SUBMITTED CHARGES $25.00 | DIAG 1/2 CODES 3/4 3670 | ALLOWED CHARGE $18.00 | COPAY EX-IND 5 | ACC JDB | DIAG TREAT 3670 | TP-INS TP-IND N | PRIOR AUTH # O | TOOTH MUMB | SURFACE MUMB | NO LINES 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/02 | $25.00 | $0.00 | 1 | 11 | | | | | | | | | | | | |
| 05/30/02 | $25.00 | $0.00 | | | | | | | | | | | | | | |

| LINE STAT | INV CAT CODE | PRCD CODE | PRCD MOD | 1ST PROC DATE | LST PROC DATE | | | UNITS SERV 1.0 | | | | DIAG TREAT 3670 | PA IND O | | | DTL EOB 357 | DTL ERR 000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 056 | 92340 | | 05/30/02 | 05/30/02 | | | | | | | | | | | | |

```
                                    S T A T E   O F   A L A B A M A                          02/23/2006
                                    ALABAMA MEDICAID AGENCY                                   PAGE   78
                                    PURGE HISTORY DETAIL                                      MSCC503
TAPE DATE IS 07/01/02

CURRENT PCN:  000419490966-5   NAME:          JOHNSON        BRIANNA         N

GENERAL    CD  ICN          STATUS  ENC                ORIGINAL   PRC  CLM-NO        COPAY    DATE        REMB
                            CODE    IND  BP PROCESSING  PD DATE   CLK  CREDIT        AMT   O  PAID        AMOUNT
           J 050217921239A  1            P              00/00/00  AEV  0000000000             07/05/02    $131.77

           ERROR            ERROR        ERROR          ERROR          ERROR         ERROR       ERROR      ERROR
           NUMBER           NUMBER       NUMBER         NUMBER         NUMBER        NUMBER      NUMBER     NUMBER
           000              000          000            000            000           000         000        000

           EPSDT REFERRED:                BUYIN FLG· N   .RETRO FLG:    HDR EOB: 354

RECIPIENT  ORIGINAL PCN      BIRTH        AGE SEX RACE   AID  REC  ADULT  CERTIFY     MEDICARE NO.   CHIP QMB   REV
                             DATE                        CAT  CNTY CHILD  PROGRAM                         IND   NO.
           000419490966-5    10/30/98     3   2   2      52   49   C      N           41949096ZZZ

PROVIDER   NUMBER           NAME                          SP CD  TV CD  LC CD   GROUP CD      CTY CD
           6300000014       FRANKLIN PRIMY HEALTH         F2     49     1       630000014     49

           UNIQUE           REFERRING    PERFORMING     PRESCRIPTION  DISP  SHR
                                         631404088      080011660

BILLING    FDOS             TOT-CHG      3RD-PTY-AMT    LIABILITY     DIAG  1/2   ACC   COPAY    TP-INS     PRIOR        NO LINES
           LDOS             NET-CHG      NON-COV-CHG    AMOUNT        CODES 3/4   JOB   EX-IND   TP-IND     AUTH  #
           06/27/02         $193.77      $0.00          $0.00         07999                                         O           02
           06/27/02         $193.77      $0.00          SUBMITTED     ALLOWED         COPAY            N           TOOTH SURFACE
                                                        CHARGES       CHARGE          EX-IND    NN

LINE  INV PRCD PRCD  1ST PROC  LST PROC  TOS POS  UNITS    LIABILITY            DIAG    PA   TOOTH SURFACE   DTL   DTL
STAT  CAT CODE MOD   DATE      DATE               SERV     $62.00      $39.00   TREAT   IND  NUMB   NUMB     EOB   ERR
  1   072 99213       06/27/02 06/27/02   1   11   1.0     $131.77     $131.77  07999   O    354              354  000
  1   072 25298       06/27/02 06/27/02   1   11   1.0                          07999   O    367              367
```