Hearing Date: **May 18, 2006 at 1:00 p.m.**
Obj. Deadline: **May 8, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' NINTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 503, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through C (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing or reclassifying the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are sections 502, 503, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,000 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was

provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 503, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing or reclassifying the Disputed Claims, as set forth below.

## BASIS FOR RELIEF

A.    No Liability Claims

9.    As a result of their review, the Debtors have identified 39 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims fall into several categories: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records; (b) Proofs of Claim for amounts that arose postpetition; and/or (c) Proofs of Claim for which the legal bases are contested by the Debtors. The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

10.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect,

by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A

to be disallowed.  In the absence of a Response (as defined in paragraph 21 below), the Debtors

will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    No Liability Misclassified Claims

11.    As a result of their review, the Debtors have identified 13 Disputed Claims

with respect to which the Books and Records reflect no amount due and that also appear to

incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No

Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

12.    To the extent that the No Liability Misclassified Claims are not disallowed

in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of

their assertion of secured or priority status.  The No Liability Misclassified Claims have not

asserted any basis for entitlement to secured or priority status under the Bankruptcy Code.

Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified

Claims should be reclassified as unsecured non-priority claims.

13.    The Debtors (a) object to the No Liability Misclassified Claims listed on

Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified

Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety,

the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as

unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection,

to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the

absence of a Response (as defined in paragraph 21 below), the Debtors will present to the Court

the Proposed Order disallowing the No Liability Misclassified Claims.

C.    Misclassified Claims

14.    As a result of their review, the Debtors have identified approximately 43 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims"). A list of the Misclassified Claims is attached as Exhibit C.

15.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code. None of the Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code. The Debtors' Books and Records reflect that all of the Misclassified Claims that allege entitlement to secured status or priority payment for the amounts asserted in such Misclassified Claims are actually claims related to goods or services provided to the Debtors by such claimants that entitle each of such claimants to no more than a prepetition unsecured claim. Therefore, the Misclassified Claims should be reclassified as specified on Exhibit C.

16.    Several of the Misclassified Claims identified on Exhibit C are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors. As a result, such Misclassified Claims partially duplicate the reclamation demands. The Debtors and the reclamation vendors listed on Exhibit C have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to reclassify such Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation

5

claims, as specified on Exhibit C, with the remainder of the Misclassified Claims to be classified as unsecured non-priority claims.

17. The Debtors (a) object to the Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit C. Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit C to be reclassified as specified on Exhibit C. In the absence of a Response (as defined in paragraph 21 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

### SEPARATE CONTESTED MATTERS

18. Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

### RESERVATION OF RIGHTS

19. The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

20. The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such

Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    <u>Filing and Service of Responses</u>

21.    Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **May 8, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

<u>Counsel for the Debtors:</u>

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
<u>djbaker@skadden.com</u>

B.    <u>Timely Response Required; Hearing; Replies</u>

22.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **May 18, 2006, at 1:00**

**p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

23.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reducing the claim without further notice to the claimant.

### NOTICE

24.     As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed or reclassified as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through C.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit D (a) disallowing the No Liability Claims, (b) disallowing the No Liability Misclassified Claims and (c) reclassifying the Misclassified Claims and (iii) grant such other and further relief as is just and proper.

Dated: April 18, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___s/ D. J. Baker___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors


SMITH HULSEY & BUSEY

By ___s/ James H. Post___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

452614-Wilmington Server 1A - MSW

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407557**<br>BARBARA H GORMLEY PA LAW OFFICE<br>ATTN BARBARA H GORMLEY, ESQ<br>2831 RINGLING BLVD, SUITE 214E<br>SARASOTA FL 34237 | 4243<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | NOT LIABILITY OF ANY OF THE DEBTORS. CLAIMANT SEEKS ATTORNEY FEES FOR SERVICES TO WORKERS' COMPENSATION CLAIMANT WHOSE CASE HAS BEEN SETTLED. CLAIMANT SHOULD RECOVER FROM THAT INDIVIDUAL. |
| **Creditor Id: 243552**<br>BIOMERIEUX INC<br>ATTN CLARY CHESTON<br>PO BOX 500308<br>ST LOUIS MO 63150-0308 | 2499<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,815.00 | NO LIABILITY. CLAIMANT IS SEEKING TO CHARGE BACK DISPUTED AMOUNTS DEDUCTED FROM PREVIOUSLY PAID INVOICE NUMBER 1571373. |
| **Creditor Id: 411270**<br>BLOWFISH PLASTICS, INC<br>C/O MCCLANE TESSITORE LAW FIRM<br>ATTN MICHAEL TESSITORE, ESQ<br>215 EAST LIVINGSTON STREET<br>ORLANDO FL 32801 | 11598<br>**Debtor:** WINN-DIXIE STORES, INC. | $39,299.68 | NO LIABILITY. DEBTOR DISPUTES ALL CLAIMS ASSERTED BY CLAIMANT . CLAIMANT IMPROPERLY DELIVERED PRODUCTS THAT WERE NOT ORDERED. |
| **Creditor Id: 406177**<br>BRIDGESTONE FIRESTONE NA TIRE, LLC<br>ATTN JAY STAPP<br>535 MARRIOTT DRIVE, 9TH FLOOR<br>NASHVILLE TN 37214 | 3509<br>**Debtor:** WINN-DIXIE STORES, INC. | $16,888.14 | NO LIABILITY AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 394048**<br>BROUGHTON ASSOCIATES, INC<br>ATTN HERMAN GRAY BROUGHTON, OWNER<br>6802 PATTERSON AVENUE<br>RICHMOND, VA 23226 | 2235<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $4,475.00 | NO LIABILITY. DEBT OWED BY FAISAL S. QURESHI, ESQ., NOT DEBTOR. |
| **Creditor Id: 405916**<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 | 3671<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $64,753.07 | NO LIABILITY. AMOUNTS DUE WERE PAID 4/1/2005 BY CHECK NUMBER 00990127 PURSUANT TO ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 435). |
| **Creditor Id: 407716**<br>CLARK CONSULTING, INC<br>ATTN SUSAN LINDER, SR VP & ESQ<br>2121 SAN JACINTO STREET, SUITE 2200<br>DALLAS TX 75201-7906 | 5314<br>**Debtor:** WINN-DIXIE STORES, INC. | $14,250.00 | NO LIABILITY. CLAIM FOR SERVICES COVERED IN ANNUAL CONTRACT WAS PAID IN FULL BY MSP ADMINISTRATOR AT THE BEGINNING OF THE PLAN YEAR. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 246568**<br>COBY MILLER'S LAWN CARE, INC<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364 | 5394<br>Debtor: | $1,550.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. $775.00 PAID 7/5/05 BY CHECK NUMBER 009903267 AND $581.25 PAID 7/15/05 BY CHECK NUMBER 009903266 PURSUANT TO ORDER TO PAY ON SITE PROVIDER CLAIMS (DKT NO. 429) AND REMAINING AMOUNT OF $193.75 INCURRED AND PAID POSTPETITION BY CHECK NUMBER 008073921. |
| Transferee: DEBT ACQUISITION COMPANY OF AMERICA | | | |
| **Creditor Id: 410360**<br>COLUMBUS SHOWCASE COMPANY, THE<br>ATTN JOHN GREGA, VP/CFO<br>4401 EQUITY DRIVE<br>COLUMBUS OH 43228 | 7283<br>Debtor: | $34,016.01<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT CONFIRMED THAT DEBTOR CANCELLED ORDER BEFORE SHIPMENT. |
| Counsel: ATTN STEWART H CUPPS, ESQ | | | |
| **Creditor Id: 246802**<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | 6826<br>Debtor: | $1,636.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. $1,227.00 WAS PAID 5/11/05 BY CHECK NUMBER 0002238337 PURSUANT TO ORDER AUTHORIZING PAYMENT TO ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND $409.00 WAS INCURRED POSTPETITION AND PAID 7/14/05 BY CHECK NUMBER 008073779. |
| **Creditor Id: 411268**<br>DALES DOUGHNUT CORP DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 429<br>ATTN CHRISTOPHER D SMITH, VP<br>465 W 23RD STREET<br>PANAMA CITY FL 32405 | 11595<br>Debtor: | $47,164.63<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 411241**<br>DALES DOUGHNUTS OF DOTHAN INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 455<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE FL 32301 | 11506<br>Debtor: | $37,689.18<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 248135**<br>DIGITAL 1 STOP<br>ATTN SCOTT MOSS, VP<br>2445 NEVADA AVENUE NORTH<br>GOLDEN VALLEY, MN 55427 | 5499<br>Debtor: | $66,314.75<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. CLAIMANT IS SEEKING TO CHARGE BACK DISPUTED AMOUNTS ON PREVIOUSLY PAID INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 269235**<br>DIRECT SHIPPERS ASSOCIATION, INC<br>C/O RONALD HOROWITZ<br>TINDALL PROFESSIONAL PLAZA<br>14 TINDALL ROAD<br>MIDDLETOWN, NJ 07748 | 4033<br>Debtor: | $7,661.06<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS & RECORDS.  ASSERTED AMOUNT REFLECTS FREIGHT CHARGES OWED BY VENDOR OF GOODS ($5,546.06 BY PENOBSCOTT FROZEN FOODS AND $2,115 BY COLUMBIA TEL COMMUNICATIONS), NOT DEBTOR. |
| **Creditor Id: 279003**<br>DOUBLE EAGLE DISTRIBUTING, INC<br>ATTN JOSEPH E HORSFALL, VP<br>50 LOCK ROAD<br>DEERFIELD BEACH  FL  33442-1580 | 8780<br>Debtor: | $2,092.80<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT NO AMOUNT DUE AND ASSERTED AMOUNT LACKS ADEQUATE DOCUMENTATION. |
| **Creditor Id: 408209**<br>ECAST SETTLEMENT CORP, SUCCESSOR<br>AMERICAN EXPRESS CENTURION BANK<br>PO BOX 35480<br>NEWARK NJ 07193-5480<br><br>Counsel: ATTN THOMAS A LEE, III, ESQ | 6203<br>Debtor: | $3,133.77<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 407593**<br>FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH  FL  33409 | 4539<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY.  CLAIMANT SHOULD RECOVER FROM ITS CLIENT, NOT DEBTOR. |
| **Creditor Id: 411269**<br>GILBERT, ESTATE OF LILLIAN FAYE<br>C/O KEELI RULE, ESQ.<br>PO BOX 339<br>ANNA TX 75409 | 11597<br>Debtor: | $2,200.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 250839**<br>GREATER MIAMI CHAMBER OF COMMERCE<br>1601 BISCAYNE BLVD<br>MIAMI  FL  33132-1260 | 11310<br>Debtor: | $5,000.00<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY.  ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE NUMBER 47591 DATED 7/1/2005. |
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM  AL  35203 | 12937<br>Debtor: | $594.76<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 12938<br>**Debtor:** WINN-DIXIE STORES, INC. | $165.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 12939<br>**Debtor:** WINN-DIXIE STORES, INC. | $60.46 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |
| **Creditor Id: 143965**<br>HELM, CHRIS<br>10620 SQUIRES CT<br>JACKSONVILLE FL 32257 | 10918<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 251916**<br>HUDSON WATER WORKS INC<br>ATTN DURWOOD HORAK<br>14309 OLD DIXIE HWY<br>HUDSON, FL 34667-1133 | 1750<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT AGREES. |
| **Creditor Id: 382668**<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | 6935<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,500.00 | NO LIABILITY. ON 7/6/05 CLAIMANT ISSUED $3,500 CREDIT MEMO 45802 FOR INVOICE NUMBER 13808 DATED 01/28/05. |
| **Creditor Id: 399284**<br>MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | 430<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id: 376195**<br>MERCADO LATINO INC<br>ATTN ALFREDO GOMEZ, AR SUPERV<br>245 BALDWIN PARK BLVD<br>INDUSTRY CA 91746 | 9385<br>**Debtor:** WINN-DIXIE STORES, INC. | $14,310.62 | NO LIABILITY. CLAIMANT IS ATTEMPTING TO CHARGE BACK PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 417088**<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, A/R MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | 12911<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $720.00 | NO PREPETITION LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION CHARGES. ALSO LATE. |
| **Creditor Id: 410798**<br>NATUROPATHIC LABORATORIES INT'L<br>ATTN GARY PARSONS, PRES<br>620 FIFTH AVENUE, SUITE 214<br>NEW YORK NY 10020 | 10926<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $77,168.40 | NO LIABILITY. CLAIMANT SEEKS TO CHARGE BACK AMOUNTS PREVIOUSLY DEDUCTED ON PAID AND DISPUTED INVOICES. |
| **Creditor Id: 257123**<br>NEW CENTURY LLC<br>ATTN GEROGE LU, MANAGER<br>ROUNDHOUSE PLAZA, SUITE B<br>2 LOMBARD STREET<br>SAN FRANCISCO CA 94111<br><br>Counsel: ATTN LAURENCE YOUNG | 9625<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $62,167.57 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 7/8/04 PAYMENT OF $5,471.80 BY CHECK NUMBER 72877766. AS TO REMAINING ASSERTED AMOUNT, CLAIMANT IS ATTEMPTING TO CHARGE BACK FREIGHT CHARGES OF $41,789.54 THAT ARE NOT LIABILITIES OF THE DEBTOR AND DISCREPANCIES OF $14,906.23 BETWEEN PRICE ON PURCHASE ORDERS AND PRICE ON INVOICES. |
| **Creditor Id: 399355**<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 | 507<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $6,218.61 | NO LIABILITY. CLAIM FOR FREIGHT CHARGES NOT OWED BY DEBTOR AS THEY WERE TO BE PAID BY CLAIMANT. |
| **Creditor Id: 259423**<br>REIDSVILLE TRUCK & TRAILER REPAIR<br>ATTN PEGGY S LOFTIS<br>PO BOX 2691<br>REIDSVILLE NC 27323-2691 | 1841<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $175.00 | NO LIABILITY. POSTPETITION INVOICE NUMBER 025544 FOR $175.00 WAS PAID 5/12/2005 BY CHECK NUMBER 008038276. |
| **Creditor Id: 269350**<br>SERVICE FORCE USA, LLC<br>ATTN CHAD MACDONALD, PRESIDENT<br>45662 TERMINAL DRIVE, SUITE 200<br>DULLES, VA 20166-4340 | 9859<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $208,975.24 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT FLOOR STRIPPING FEES WERE INCLUDED IN WEEKLY INVOICES DEBTOR PAID. |
| **Creditor Id: 261402**<br>SOUTHERN GRAPHIC SYSTEMS INC<br>ATTN PATRICIA S JOHNSON, CR MGR<br>6603 W BROAD STREET<br>RICHMOND VA 23230 | 2178<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $13,356.10 | NO LIABILITY. WHEN DEBTOR FILED FOR BANKRUPTCY PROTECTION, CLAIMANT DID NOT COMPLETE PERFORMANCE ON CONTRACT. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406174**<br>STERLING COMMERCE AMERICAS, INC<br>ATTN THERESA W BLUNT<br>4600 LAKEHURST COURT<br>DUBLIN OH 43016 | 3501<br>Debtor: **WINN-DIXIE STORES, INC.** | $34,336.20 | NO LIABILITY. DEBTOR PAID CLAIMANT IN ADVANCE AND HAS NO LIABILITY FOR PREPETITION PERIOD. ASSERTED AMOUNT RELATES TO POSTPETITION INVOICE BUT CLAIMANT PROVIDED NO POSTPETITION SERVICES. |
| **Creditor Id: 222888**<br>TILLMAN, LAURA A<br>2195 SUMMERLIN BAYOU ROAD<br>VANCLEAVE MS 39565 | 1080<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410963**<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 | 10220<br>Debtor: **WINN-DIXIE STORES, INC.** | $37,630.90 | NO LIABILITY. $33,845.94 OF ASSERTED AMOUNT DUPLICATES CLAIM NUMBER 10218 AND REMAINING $3,784.96 IS UNDOCUMENTED. |
| **Creditor Id: 403437**<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | 1539<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,243.93 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR'S RELOCATION VENDOR HAS NO RECORD OF INDIVIDUALS LISTED ON INVOICES. |
| **Creditor Id: 397348**<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 | 749<br>Debtor: **KWIK CHEK SUPERMARKETS, INC.** | $221.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. INVOICES DATED 1998 ARE NOT SUPPORTED BY ADEQUATE DOCUMENTATION. |

**Total Claims to be Disallowed:** 39

**Total Amount to be Disallowed:** $1,127,783.36    Plus Unliquidated Amounts, If Any

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 82972**<br>ADAMS, CANEITHA R<br>2012 CAMELLIA LANE<br>JACKSON MS 39204 | 2942 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 245547**<br>CITY OF AUBURN<br>ATTN LATICE MOSE<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | 1381 | $37,986.06 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR PAID $33,658.63 ON 4/1/06 BY CHECK NUMBER 009901289 FOR THE RELEVANT TAX PERIOD PURSUANT TO ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 435). REMAINING ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 240166**<br>CITY OF MIAMI, FL<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN MARIA J SANTOVENIA, ESQ<br>444 SW 2ND AVENUE, SUITE 945<br>MIAMI FL 33130 | 11688 | $13,533.10 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE SEVERAL INQUIRIES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 317517**<br>CITY OF OWENSBORO<br>ATTN DAVID C FOWLER, ESQ<br>PO BOX 10003<br>OWENSBORO KY 42302-0638 | 2736 | $115.09 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION INTEREST AND PENALTIES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 406116**<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | 11672 | $17,395.86 | Priority | Unsecured<br>Non-Priority | NO LIABILITY. ASSERTED AMOUNT REFLECTS LIABILITY OF DEBTOR'S LANDLORD FOR ENTIRE SHOPPING CENTER. LANDLORD WILL BILL DEBTOR APPROPRIATE PRO-RATA SHARE OF COMMON AREA MAINTENANCE CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 252769**<br>JANITORIAL SVCS<br>ATTN JAROSLAV KARMAZIN<br>230 WILSHIRE DRIVE<br>CASSELBERRY FL 32707 | 9463 | $5,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. CLAIMANT SHOULD SEEK PAYMENT FROM ITS EMPLOYER, DIVERSIFIED MAINTENANCE SYSTEMS INC, NOT FROM DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 154474**<br>JOHNSON, JUSTIN M<br>53 LEE RD, APT 2006<br>PHENIX CITY AL 36867<br><br>Debtor: WINN-DIXIE STORES, INC. | 3447 | $1,632.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 173671**<br>MCCRAY, NIKITA M<br>PO BOX 8224<br>CLINTON LA 70722<br><br>Debtor: WINN-DIXIE STORES, INC. | 4815 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410415**<br>PRO SWEEP OF LOUISIANA, LLC<br>ATTN S JASON HEWITT, PRESIDENT<br>12522 WINDERMERE OAKS<br>BATON ROUGE LA 70810<br><br>Debtor: WINN-DIXIE STORES, INC. | 7483 | $20,030.04 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT PAYMENTS OF $12,198.00 ON 7/25/05 FOR DECEMBER AND JANUARY SERVICES BY CHECK NUMBER 00900274 AND $6,163.20 ON 7/26/05 FOR FEBRUARY SERVICES BY CHECK NUMBER 00990273 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND NO PROOF OF SERVICES OF $1,668.84 DESPITE REPEATED INQUIRIES. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 201376**<br>ROBINSON, JACQUELINE<br>4199 LILLIAN CT<br>ORLANDO FL 32822<br><br>Debtor: WINN-DIXIE STORES, INC. | 1132 | $39.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. INADEQUATE SUPPORTING DOCUMENTATION AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 201802**<br>ROCKETT, DAVID C<br>757 77TH WAY SOUTH<br>BIRMINGHAM AL 35206<br><br>Debtor: WINN-DIXIE STORES, INC. | 1463 | $50,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 407550**<br>STATE OF LOUISIANA LABOR DEPT<br>OFFICE OF REGULATORY SERVICES<br>ATTN STEPHANIE ROSAYA, TAX OP CHIEF<br>PO BOX 44127<br>BATON ROUGE  LA  70804-4127 | 4202 | $353.80 | Secured | Unsecured<br>Non-Priority | NO LIABILITY. INADEQUATE DOCUMENTATION AND UNKNOWN<br>BASIS OF CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 411313**<br>STATE OF NORTH CAROLINA REV DEPT<br>COLLECTIONS EXAMINATION DIVISION<br>ATTN ANGELA C FOUNTAIN, BANKR MGR<br>PO BOX 1168<br>RALEIGH  NC  27602-1168 | 11750 | $12,646.28 | Administrative<br>Secured | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT<br>6/10/05 PAYMENT OF $11,172.98 BY WIRE TRANSFER NUMBER<br>589873 AND REQUEST TO WAIVE $1,473.30 IN ASSERTED<br>INTEREST AND PENALTIES BASED ON DEBTOR'S PAYMENT<br>HISTORY. ALSO, MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE RALEIGH, INC. | | | | | |
| Counsel: ATTN: ROY COOPER OR DONALD LATON, ESQS | | | | | |

**Total Claims to be Disallowed/Reclassified:**   13

**Total Amount to be Disallowed/Reclassified:**   $158,731.23      Plus Unliquidated Amounts, If Any

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 244410**<br>CAMERICAN INTERNATIONAL<br>ATTN DIANE LENAHAN, CREDIT MGR<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 | 2899<br><br>Debtor: | $20,174.00<br><br>WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $19,367.04 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $806.96 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 244473**<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | 273<br><br>Debtor: | $23,520.40<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 382000**<br>CITGO PETROLEUM CORP<br>C/O MCQUEEN RAINS & TRESCH, LLP<br>ATTN STUART A RAINS, ESQ<br>6100 S YALE AVE, SUITE 618<br>TULSA OK 74136 | 6794<br><br>Debtor: | $41,910.54<br><br>WINN-DIXIE STORES, INC. | Priority | Multiple Classes | MISCLASSIFIED CLAIM. RECLASSIFY $40,234.12 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,676.42 TO UNSECURED NON-PRIORITY. |
| **Creditor Id: 416252**<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE, CUST SVCE DIR<br>955 WILMINGTON ROAD<br>FAYETTEVILLE NC 28302 | 12789<br><br>Debtor: | $72,033.29<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 240148**<br>CITY OF LIVE OAK<br>ATTN DEBORAH J DAVIS, FIN DIR<br>101 SE WHITE AVENUE<br>LIVE OAK FL 32064 | 3316<br><br>Debtor: | $1,174.75<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 623**<br>CITY OF MILTON<br>ATTN DEWITT NOBLES<br>PO BOX 909<br>MILTON FL 32572-0909 | 2039<br><br>Debtor: | $3,223.77<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 246004**<br>CITY OF NEWBERRY<br>ATTN MARIE M HICKMAN, FIN DIR<br>PO BOX 538<br>NEWBERRY SC 29108-0538 | 1127<br><br>Debtor: | $22,986.05<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 246044**<br>CITY OF OVIEDO<br>ATTN CYNTHIA LINDSAY<br>400 ALEXANDRIA BLVD<br>OVIEDO, FL 32765 | 1798 | $542.74 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 374343**<br>CITY OF TARPON SPRINGS<br>PO BOX 5004<br>TARPON SPRINGS, FL 34688-5004 | 10433 | $1,775.51 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN THOMAS J TRASK, ESQ | | | | | |
| **Creditor Id: 240312**<br>CITY OF TITUSVILLE<br>ATTN DWIGHT W SEVERS, ESQ<br>PO BOX 2806<br>TITUSVILLE FL 32781-2806 | 3287 | $1,689.82 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 317547**<br>CITY OF VIDALIA, GA<br>ATTN KIM M BARNES, CITY CLERK<br>PO BOX 280<br>VIDALIA, GA 30475-0280 | 246 | $643.14 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 399447**<br>CITY OF WALTERBORO UTILITIES DEPT<br>ATTN JEFFREY V LORD, FIN DIR<br>248 HAMPTON STREET<br>WALTERBORO SC 29488 | 651 | $803.70 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| **Creditor Id: 246253**<br>CITY OF WAUCHULA<br>ATTN JAMES A BRADDOCK, FIN DIR<br>PO BOX 818<br>WAUCHULA, FL 33873-0818 | 1881 | $1,144.92 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240480**<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA  TN  37402<br><br>Debtor:  WINN-DIXIE STORES, INC. | 5781 | $1,375.45 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  452**<br>COUNTY OF HENRICO, VA<br>C/O ASSISTANT HENRICO COUNTY ATTY<br>ATTN RHYSA GRIFFITH SOUTH, ESQ.<br>PO BOX 27032<br>RICHMOND  VA  23273-7032<br><br>Debtor:  WINN-DIXIE STORES, INC. | 7429 | $2,627.24 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  492**<br>COUNTY OF INDIAN RIVER UTILITIES<br>ATTN W ERIK OLSON, DIRECTOR<br>1840 25TH STREET<br>VERO BEACH, FL  32961<br><br>Debtor:  WINN-DIXIE STORES, INC. | 1562 | $1,891.02 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  240541**<br>COUNTY OF LEXINGTON, SC<br>ATTN WILLIAM O ROWELL, TREASURER<br>212 S LAKE DR<br>LEXINGTON  SC  29072-3499<br><br>Debtor:  WINN-DIXIE STORES, INC. | 2515 | $751.58 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  241014**<br>COUNTY OF PRINCE GEORGE, VA<br>ATTN CHERYL RIGGINS<br>PO BOX 156<br>PRINCE GEORGE, VA  23875-0156<br><br>Debtor:  WINN-DIXIE STORES, INC. | 11673 | $351.24 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  247621**<br>DART CONTAINER CORP<br>ATTN FRANCIS X LIESMAN, LEGAL DEPT<br>500 HOGSBACK ROAD<br>MASON MI  48854<br><br>Debtor:  WINN-DIXIE STORES, INC. | 2197 | $134,442.03 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART.  RECLASSIFY $26,205.57 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $108,236.46 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id:  247731**<br>DAVIS EXPRESS, INC<br>ATTN JAMES A DAVIS JR, SECRETARY<br>PO BOX 1276<br>STARKE, FL  32091-1276<br><br>Debtor:  WINN-DIXIE STORES, INC. | 11615 | $639.39 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 382007**<br>DEL PHARMACEUTICALS, INC<br>ATTN R DENTONIM LYONS<br>178 EAB PLAZA<br>PO BOX 9357<br>UNIONDALE NY 11553-9357<br><br>Debtor:    WINN-DIXIE STORES, INC. | 5641 | $209,676.34 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $18,316.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $191,359.54 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 247926**<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101<br><br>Debtor:    WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN JORDI GUSO, ESQ | 4039 | $18,920.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 248591**<br>DUVAL JANITOR SERVICE INC<br>ATTN TIMOTHY C KING, VP<br>4301 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32210<br><br>Debtor:    WINN-DIXIE STORES, INC.<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC | 510 | $5,087.58 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 249554**<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br><br>Debtor:    WINN-DIXIE LOGISTICS, INC.<br><br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 961 | $61,135.26 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART: RECLASSIFY $2,080.08 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $59,055.18 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 403536**<br>FISKARS BRANDS, INC<br>ATTN ROB HANUS, CR MGR<br>2537 DANIELS STREET<br>MADISON WI 53718<br><br>Debtor:    WINN-DIXIE STORES, INC. | 1327 | $4,866.77 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART: RECLASSIFY $1,234.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,632.40 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410769**<br>FRIEDA'S, INC<br>C/O MEUERS LAW FIRM PL<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109<br><br>Debtor:    WINN-DIXIE STORES, INC. | 9765 | $22,469.10 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART.  CLAIM FILED AS SECURED AND UNSECURED NON-PRIORITY.  RECLASSIFY $1,034.40 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $21,434.70 TO UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 264812**<br>HALL, WILLIAM H<br>2720 PARK STREET, SUITE 204<br>JACKSONVILLE, FL 32205 | 12898 | $8,426.71 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 2684**<br>HALL, WILLIAM H<br>2720 PARK STREET, SUITE 204<br>JACKSONVILLE, FL 32205-7645 | 12831 | $9,181.14 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 1455**<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | 2649 | $29,974.71 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN JOSEPH N PERLMAN, ESQ | | | | | |
| **Creditor Id: 255885**<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 | 233 | $537.40 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 410806**<br>MERCHANDISING CORP OF AMERICA<br>C/O KILPATRICK STOCKTON LLP<br>ATTN DEBORAH L FLETCHER, ESQ<br>214 N TYRON STREET, SUITE 2500<br>CHARLOTTE NC 28202-2381 | 10633 | $92,000.00 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 257668**<br>P&G COMMUNICATIONS INC<br>ATTN BRIAN DEHLS, VP<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 | 1310 | $2,404.24 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

Page: 6 of 7
Date: 04/17/2006

**WINN-DIXIE STORES, INC., ET AL.**
**NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 381936**<br>PIONEER PAPER & PLASTICS, INC<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE  FL  32257 | 244 | $285,753.63 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $87,391.89 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $198,361.74 TO UNSECURED NON-PRIORITY. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |
| **Creditor Id: 410449**<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO  IL  60606 | 11880 | $18,548.87 | Secured | Administrative | MISCLASSIFIED CLAIM (RECLAMATION). |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |
| Transferee: LIQUIDITY SOLUTIONS, INC |  |  |  |  |  |
| **Creditor Id: 259432**<br>RELIABLE ONE STAFFING SERVICES<br>ATTN THOMAS B LANGLAS, COO<br>35980 WOODWARD AVENUE, SUITE 325<br>BLOOMFIELD HILLS  MI  48304-0903 | 10275 | $14,363.90 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |
| **Creditor Id: 381757**<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY  AL  36102-2189 | 965 | $101,187.97 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $81,413.39 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $19,774.58 REMAINS UNSECURED NON-PRIORITY. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |
| **Creditor Id: 407521**<br>SILVER SPURS ARENA<br>ATTN MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE  FL  34744 | 6933 | $7,500.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |
| **Creditor Id: 382088**<br>SYSCO FOOD SVC SOUTH OF FLORIDA<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW , STE 310<br>WASHINGTON  DC  20016 | 9783 | $4,615.90 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $4,431.26 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $184.64 REMAINS UNSECURED NON-PRIORITY. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |

**WINN-DIXIE STORES, INC., ET AL.**
**NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 382089**<br>SYSCO FOOD SVCS OF CENTRAL AL, INC<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW, STE 310<br>WASHINGTON DC 20016<br><br>Debtor: WINN-DIXIE STORES, INC. | 9784 | $783.96 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $665.01 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $118.95 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 262382**<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122<br><br>Debtor: WINN-DIXIE STORES, INC. | 827 | $2,575.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 262382**<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | 828 | $5,535.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 279402**<br>US SMOKELESS TOBACCO BRANDS, INC<br>C/O UST INC<br>ATTN TRACY/FRANK RICCIO/K R HOPSON<br>100 WEST PUTNAM AVE<br>GREENWICH CT 06830<br><br>Debtor: WINN-DIXIE STORES, INC. | 7744 | $22,228.20 | Multiple Classes | Multiple Classes | ASSERTED IN INCONSISTENT CLASSIFICATION. RECLASSIFY $21,339.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $889.13 TO UNSECURED NON-PRIORITY. |
| **Creditor Id: 264701**<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>PO BOX 1248<br>JACKSON, MS 39215-1248<br><br>Debtor: WINN-DIXIE STORES, INC. | 4362 | $10,978.75 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |

Total Claims to be Reclassified: 43
Total Amount to be Reclassified: $1,272,451.01    Plus Unliquidated Amounts, If Any

**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                     )       Case No. 05-03817-3F1
                                                           )
WINN-DIXIE STORES, INC., et al., )       *Chapter 11*
                                                           )
Debtors. [1]                                          )       Jointly Administered
                                                           )

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING**
**NO LIABILITY MISCLASSIFIED CLAIMS AND (C) RECLASSIFYING**
**MISCLASSIFIED CLAIMS AS SET FORTH IN THE DEBTORS' NINTH**
**OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on May 18, 2006, upon

the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A through C (the "Disputed Claims").[2] Upon

consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in

their entirety.

3.      The No Liability Misclassified Claims listed on Exhibit B are

disallowed in their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

4.      The secured, priority or multiple class status alleged for each of the Misclassified Claims listed on Exhibit C is denied; and the Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of May, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

3