**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF SECOND QUARTERLY REPORT OF**
**CASH SETTLEMENTS UNDER CLAIMS RESOLUTION PROCEDURE**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Order Authorizing Debtors to Settle or Liquidate Certain Litigation Claims with Cash Payments entered on October 7, 2005 (Docket No. 3838), give notice of service of the second quarterly report of Cash Settlements Under Claims Resolution Procedure on the Unsecured Creditors Committee. This report reflects cash payments made or agreed to by the Debtors as of April 14, 2006.

Dated: April 19, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|   D. J. Baker |   Stephen D. Busey |
|   Sally McDonald Henry |   James H. Post (FBN 175460) |
|   Rosalie Walker Gray |   Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-counsel for Debtors | Co-counsel for Debtors |

## **Certificate of Service**

I certify that a copy of this document was furnished electronically and/or by mail to John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida  32202 and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza New York, New York 10005, this 19th day of April, 2006.



                                                        *s/ James H. Post*
                                                          Attorney

00519056