[31611] [ORDER ABATING MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Agnes Olivieri on April 17, 2006, the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated April 18, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Creditor
US Trustee
Counsel for Official Committee of Unsecured Creditors