UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                   Chapter 11
           Debtors.                        )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Cristina Lemos  (Claim Nos. 7938, 7941, 10125 and 10126) [Docket No. 7241] was furnished by mail on April 19, 2006 to Maria Cristina Lemos c/o Robert M. Roselli, Esq., 3471 North Federal Highway, Suite 600, Fort Lauderdale, Florida 33306.

Dated:  April 19, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By      *s/ James H. Post*<br>         Stephen D. Busey<br>         James H. Post (FBN 175460)<br>         Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC