# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about April 10, 2006, I caused copies of:

- the **Order (A) Reclassifying Misclassified Claims and (B) Continuing Hearing With Respect to Worker's Compensation Claims as Set Forth in the Debtors' Fifth Omnibus Claims Objection**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibits B.

Dated: April 19, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 5D

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Reclassifying Misclassified Claims and
(B) Continuing Hearing With Respect to Workers'
Compensation Claims as Set Forth in the Debtors'
Fifth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 241250-12
3 BROTHERS WELDING MACHINE SHOP INC
ATTN F J PITTS, PRES
4001 MOBILE HIGHWAY
MONTGOMERY, AL 36108

CREDITOR ID: 241370-12
A-1 SAFE & LOCK
ATTN MICHELLE JEANSONNE, MGR
1026 BOREAS DRIVE
BATON ROUGE, LA 70816

CREDITOR ID: 279455-12
ADAMO ENTERPRISES, INC
(PHARMACY STAFFING)
ATTN L ZARAK, PRES
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS FL 33410

CREDITOR ID: 241720-12
AFFORDABLE SUPERIOR SERVICE
ATTN ROBERT GRABERT, GM
PO BOX 409
BOUTTE, LA 70039

CREDITOR ID: 279447-29
ALTECH CONTROLS
ATTN SHIRLEY STEWART
1545 INDUSTRIAL DRIVE
MISSOURI CITY TX 77489

CREDITOR ID: 242204-12
AMERICAN LOUVER COMPANY
ATTN KRISTINE HASSMER, CR MGR
PO BOX 92818
CHICAGO IL 60675

CREDITOR ID: 242386-12
ANDY WALLS/CONTRACTORS
PO BOX 189
AUTAUGAVILLE, AL 36003

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 243647-12
BLUE FRONT BARBECUE SAUCE
ATTN NORRIS NELSON, PRES
810 25TH STREET
WEST PALM BEACH, FL 33407

CREDITOR ID: 403531-15
BRENDLE, INC
ATTN KENT BRENDLE, VP
433 N DECATUR STREET
MONTGOMERY AL 36104

CREDITOR ID: 397780-75
CALLAGHAN TIRE
ATTN JACQUELINE CORCORAN
PO BOX 850001
ORLANDO, FL 32885-0330

CREDITOR ID: 244570-12
CARLSTEDTS
PO BOX 2338
2252 DENNIS STREET
JACKSONVILLE, FL 32203

CREDITOR ID: 244631-12
CAROLINA GEORGIA SOUND INC
ATTN GINGER CONSTANTINI, OFF MGR
PO BOX 212453
AUGUSTA, GA 30917

CREDITOR ID: 244718-12
CARTMASTERS
ATTN JODY JOHNSON, OWNER
PO BOX 881
DUNLAP TN 37327

CREDITOR ID: 245416-12
CINTAS CORPORATION 211
ATTN DESHARA S HUFF
PO BOX 190727
MOBILE, AL 36619

CREDITOR ID: 245423-12
CINTAS CORPORATION 293
ATTN DESHARA S HUFF
PO BOX 190727
MOBILE, AL 36619

CREDITOR ID: 243115-12
CITY OF BATESBURG-LEESVILLE PUBLIC
WORKS DEPT
ATTN JUDY E EDWARDS
PO BOX 2329
BATESBURG-LEESVILLE, SC 29070

CREDITOR ID: 3001-04
CITY OF FERNANDINA
ATTN MELISSA S HOWARD
PO BOX 418
FERNANDINA BEACH FL 32035-0418

CREDITOR ID: 245784-12
CITY OF GEORGETOWN
ATTN DEBRA BIVENS, REV MGR
PO DRAWER 939
GEORGETOWN, SC 29442

CREDITOR ID: 252077-12
CITY OF IMMOKALEE WATER & SEWER
ATTN EVA J DEYO
1020 SANITATION RD
IMMOKALEE, FL 34142

CREDITOR ID: 245894-12
CITY OF LABELLE
ATTN DELIA VASQUEZ, FINANCE OFFICER
PO BOX 458
LABELLE, FL 33975

CREDITOR ID: 559-03
CITY OF LEEDS WATER WORKS BOARD
ATTN CARLA C FORD
PO BOX 100
LEEDS AL 35094-0100

CREDITOR ID: 246010-12
CITY OF NORCROSS
ATTN RUDOLPH SMITH, FIN DIR
65 LAWRENCEVILLE STREET
NORCROSS, GA 30071-2556

CREDITOR ID: 265899-31
CITY OF ORLANDO
ATTN WESLEY C POWELL, ESQ
400 S ORANGE AVE, 3RD FLOOR
ORLANDO FL 32801-3360

CREDITOR ID: 395539-15
CITY OF RALEIGH, NC
C/O CITY ATTORNEY'S OFFICE
ATTN D HESTER & T MCCORMICK, ESQ
PO BOX 590
RALEIGH NC 27602

CREDITOR ID: 246584-12
CODING PRODUCTS
ATTN GAIL JONES, ACCT RECV
PO BOX 75327
CHICAGO IL 60675-5327

CREDITOR ID: 247332-12
CUMMINGS STRIPING & SWEEPING
ATTN LARRY CUMMINGS, OWNER
11239 GENERAL OTT ROAD
HAMMOND, LA 70403

**Order (A) Reclassifying Misclassified Claims and**
**(B) Continuing Hearing With Respect to Workers'**
**Compensation Claims as Set Forth in the Debtors'**
**Fifth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247477-12<br>DAILY LEADER, THE<br>ATTN THERESA MILHDER, OFF MGR<br>PO BOX 551<br>BROOKHAVEN, MS 39602-0551 | CREDITOR ID: 247632-12<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| CREDITOR ID: 247911-12<br>DEL REY ENTERPRISES INC<br>ATTN CARMEN CHERENEK<br>2508 METAIRIE LAWN DR<br>METAIRIE, LA 70002 | CREDITOR ID: 248437-12<br>DOUBLE COLA CO<br>ATTN MARY SALTZMAN, CONTROLLER<br>537 MARKET ST, SUITE 100<br>CHATTANOOGA, TN 37402-1229 | CREDITOR ID: 397354-15<br>EAMES DOCK EQUIP SALES & SVCE, INC<br>ATTN THERESA OR JAMES EAMES<br>1274 HIGHWAY 124<br>HOSCHTON GA 30548 |
| CREDITOR ID: 248998-12<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 | CREDITOR ID: 395540-15<br>EXCALIBUR SEASONING CO, LTD<br>ATTN TOM HORNSTEIN, COO<br>1800 RIVERWAY DRIVE<br>PEKIN IL 61554 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 249495-12<br>FIELD TRIP FACTORY<br>ATTN SUSAN SINGER, PRES<br>2211 NORTH ELSTON, SUITE 304<br>CHICAGO, IL 60614 | CREDITOR ID: 249667-12<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003 | CREDITOR ID: 250193-12<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427 |
| CREDITOR ID: 397352-15<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446 | CREDITOR ID: 407637-15<br>HAMPTON INN & SUITES<br>C/O GNP GROUP OF PINEVILLE LLC<br>ATTN ELIZABETH FLEMING, OFFICE MGR<br>6428 BANNINGTON ROAD, SUITE B<br>CHARLOTTE NC 28226 | CREDITOR ID: 251204-12<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE, NC 28134 |
| CREDITOR ID: 399626-15<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | CREDITOR ID: 251278-12<br>HARPER CORP DBA TXF PRODUCTS<br>PO BOX 915194<br>DALLAS, TX 75391 | CREDITOR ID: 411242-15<br>HARPER CORP DBA TXF PRODUCTS<br>ATTN GLENNA TERRELL, A/R MGR<br>320 WESTWAY PLACE #547<br>ARLINGTON TX 76018 |
| CREDITOR ID: 251549-12<br>HERTZ EQUIPMENT RENTAL<br>ATTN DOVIE BORTH, MGR<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | CREDITOR ID: 251902-12<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | CREDITOR ID: 252100-12<br>INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>15908 NW 48TH AVENUE<br>MIAMI, FL 33014 |
| CREDITOR ID: 384181-47<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | CREDITOR ID: 252682-12<br>JAMES ODELL SALES<br>ATTN JAMES O'DELL, OWNER<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | CREDITOR ID: 254346-12<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255834-12<br>MAY ADVERTISING INTERNATIONAL LTD<br>ATTN MARY JOHNSON<br>PO BOX 40610<br>FT WORTH, TX 76140-0610 |

SERVICE LIST

**Order (A) Reclassifying Misclassified Claims and
(B) Continuing Hearing With Respect to Workers'
Compensation Claims as Set Forth in the Debtors'
Fifth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255888-12<br>MCGINN WINDSHIELD PECK REPAIR<br>ATTN JERRY MCGINN, OWNER<br>719 AL HWY 143<br>ELMORE, AL 36025 | CREDITOR ID: 256754-12<br>MS INDUSTRIAL WASTE DISPOSAL<br>ATTN DANITA OWENS, OFF MGR<br>PO BOX 801<br>COLUMBUS, MS 39703-0801 | CREDITOR ID: 384263-47<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 |
| CREDITOR ID: 257590-12<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | CREDITOR ID: 257785-12<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 | CREDITOR ID: 257787-12<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 258098-12<br>PATHCON LABORATORIES<br>ATTN GENEASE MATTHEWS<br>270 SCIENTIFIC DR, STE 3<br>NORCROSS, GA 30092 | CREDITOR ID: 258288-12<br>PENINSULA BEVERAGE LLC<br>ATTN JOYCE FINN<br>2315 STIRLING ROAD<br>DANIA FL 33312 | CREDITOR ID: 258813-12<br>PREMIER COMMUNICATIONS<br>ATTN WALLACE MESSINA, OWNER<br>120 WHARTON ST<br>COVINGTON, LA 70433 |
| CREDITOR ID: 258981-12<br>PROGRESSIVE STAFFING NETWORK<br>ATTN SEAN HARRISON, PRES<br>510 TRIBAL WOODS<br>COLLIERVILLE, TN 38017 | CREDITOR ID: 259102-12<br>QUEEN CITY PLUMBING HEATING &<br>AIR CONDITIONING INC<br>ATTN HUEY CHEVALON, PRES<br>1703 WEEKS ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 259242-12<br>RANDOLPH AUSTIN CO<br>ATTN MARTHA CAPONE<br>PO BOX 988<br>2119 FM 1626<br>MANCHACA TX 78652 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 259476-12<br>RESOURCE DATA SERVICES, INC<br>ATTN SECRETARY<br>12614 KROLL DRIVE<br>ALSIP, IL 60803-3222 |
| CREDITOR ID: 259496-12<br>REVEL'S BARBECUE CENTER<br>ATTN ROCHELL CARROLL, OWNER<br>685 HWY 15 401 E<br>BENNETTSVILLE, SC 29512 | CREDITOR ID: 254424-12<br>ROBERTSON, LARRY A<br>10 STRAWBERRY DR<br>GREENVILLE, SC 29617 | CREDITOR ID: 260027-12<br>ROTO ROOTER<br>ATTN JOYCE T DEES, PRES<br>112 LOFTIN ROAD<br>DOTHAN, AL 36303 |
| CREDITOR ID: 399371-15<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | CREDITOR ID: 382114-51<br>SANFORD HERALD<br>ATTN JIMMIE J HOLT<br>PO BOX 100<br>SANFORD, NC 27331 | CREDITOR ID: 376966-44<br>SCARIANO BROTHERS INC<br>ATTN ANDREW J CZUBAK, CONTROLLER<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009 |
| CREDITOR ID: 260522-12<br>SCARIANO BROTHERS LLC<br>ATTN: ANN H. BILDNER<br>PO BOX 95334<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 260770-12<br>SEVERN TRENT LABORATORIES INC<br>PO BOX 7777 W4305<br>PHILADELPHIA PA 19175-4305 | CREDITOR ID: 408203-15<br>SEVERN TRENT LABORATORIES INC<br>ATTN MARSHA HEMMERICH, CREDIT MGR<br>4101 SHUFFEL DRIVE NW<br>N CANTON OH 44720 |
| CREDITOR ID: 395543-15<br>SNAP ON TOOLS<br>ATTN KEN GHEORGE, PRES<br>10940 LAKE VIEW DRIVE<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 261225-12<br>SODDY DAISY FALLING WATER<br>ATTN ROBIN PHILLIPS, OFF MGR<br>PO BOX 575<br>SODDY DAISY, TN 37384 | CREDITOR ID: 261375-12<br>SOUTHERN BUSINESS EQUIPMENT<br>ATTN GARY W LEE, PRES<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466 |

**SERVICE LIST**
**Order (A) Reclassifying Misclassified Claims and**
**(B) Continuing Hearing With Respect to Workers'**
**Compensation Claims as Set Forth in the Debtors'**
**Fifth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384370-47 | CREDITOR ID: 262374-12 | CREDITOR ID: 973-03 |
| STAFFING SOLUTIONS | SYSTEL BUSINESS EQUIPMENT | TOWN OF WILLIAMSTON |
| ATTN ANTOINETTE WICKERSON | ATTN JACLYN JOHNSON | ATTN JENEANE EVERETT |
| 1801 DOWNTOWN WEST BLVD | PO BOX 35870 | PO BOX 506 |
| KNOXVILLE TX 37922 | FAYETTEVILLE, NC 28303-0870 | WILLIAMSTON NC 27892 |
| | | |
| CREDITOR ID: 399395-98 | CREDITOR ID: 263495-12 | CREDITOR ID: 263543-12 |
| TRADE-DEBT.NET | TRI COUNTY PLUMBING | TRIPLE T CONSTRUCTION |
| ATTN TIMOTHY MCGUIRE | ATTN: RUBY PESNELL, OWNER | ATTN DEXTER TILL, PRES |
| PO BOX 1487 | 30934 HIGHWAY 431 | 2113 HIGHWAY 43 N |
| WEST BABYLON NY 11704 | HEFLIN, AL 36264 | PELAHATCHIE, MS 39145 |
| | | |
| CREDITOR ID: 263710-12 | CREDITOR ID: 403514-15 | CREDITOR ID: 263711-12 |
| UAC CORP | UAC CORP | UBF FOOD SOLUTIONS UBFNA |
| PO BOX 275 | ATTN CHARLES BERNINS | C/O UNILEVER FOOD SOLUTIONS, NA |
| MARTINSVILLE NJ 08836 | 2385 BERYLLIUM RD | ATTN RICHARD BELLIS |
| | SCOTCH PLAINS NJ 07076 | 2200 CABOT DR, SUITE 200 |
| | | LISLE IL 60532 |
| | | |
| CREDITOR ID: 263792-12 | CREDITOR ID: 263875-12 | CREDITOR ID: 264061-12 |
| UNITED ENTERPRISES, INC | UNIVERSITY OF FLORIDA JACKSONVILLE | VENTURECOM, INC |
| ATTN GERALDINE RUIS, CEO | ATTN JOY L BROOM, SPECIAL PROJECTS | ATTN CHUCK CRUMPTON, PRES |
| PO BOX 1319 | PO BOX 44008 | 53 RABBIT ROAD |
| FLOWERY BRANCH, GA 30542 | JACKSONVILLE FL 32231-4008 | TRAVELERS REST, SC 29690 |
| | | |
| CREDITOR ID: 395755-65 | CREDITOR ID: 264318-12 | CREDITOR ID: 399363-15 |
| VIGIL INC | WADE HARDIN PLUMBING INC | WEINSTEIN WHOLESALE MEATS, INC |
| ATTN WAYNE VIGIL, OWNER | ATTN WADE HARDIN, PRESIDENT | ATTN JOANNE VELEZ ACCT MGR |
| PO BOX 273787 | 2520 GILLESPIE STREET | 1328 W RANDOLPH ST |
| TAMPA, FL 33688 | FAYETTEVILLE, NC 28306 | CHICAGO IL 60607 |

**Total:   96**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS AND
(B) CONTINUING HEARING WITH RESPECT TO WORKERS'
COMPENSATION CLAIMS AS SET FORTH IN THE
DEBTORS' FIFTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on March 23, 2006,
upon the Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and
twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the
proofs of claim listed on Exhibits A and B to the Objection (the "Disputed Claims").[2]
Several formal and informal objections to the Objection were raised or filed with
respect to the proofs of claim listed on Exhibit A to the Objection (the "Workers
Compensation Claims"), as a result of which the Debtors have agreed to continue the
Objection with respect to the Workers Compensation Claims to the next omnibus
hearing. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained in part, as set forth below.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.      The secured or priority status alleged for each of the Misclassified Claims listed on Exhibit B is denied, and the Misclassified Claims are reclassified as unsecured non-priority claims.

3.      The objection filed by RX Solutions, Inc. (Docket No. 6458) is overruled.

4.      The hearing to consider the Objection with respect to the Workers' Compensation Claims only is continued to the omnibus hearing scheduled for April 20, 2006. The objection deadline to respond to the Objection is extended until April 13, 2006 for Liberty Mutual Insurance Company and The Ohio Casualty Company, only.

5.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.      This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect

2

Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this 23 day of March, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 241250**<br>3 BROTHERS WELDING MACHINE SHOP INC<br>ATTN F J PITTS, PRES<br>4001 MOBILE HIGHWAY<br>MONTGOMERY, AL 36108 | 2527 | $4,959.45 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | | |
| **Creditor Id: 241370**<br>A-1 SAFE & LOCK<br>ATTN MICHELLE JEANSONNE, MGR<br>1026 BOREAS DRIVE<br>BATON ROUGE, LA 70816 | 7639 | $802.40 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 279455**<br>ADAMO ENTERPRISES, INC<br>(PHARMACY STAFFING)<br>ATTN L ZARAK, PRES<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS FL 33410 | 2789 | $30,361.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| **Creditor Id: 241720**<br>AFFORDABLE SUPERIOR SERVICE<br>ATTN ROBERT GRABERT, GM<br>PO BOX 409<br>BOUTTE, LA 70039 | 432 | $2,500.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 279447**<br>ALTECH CONTROLS<br>ATTN SHIRLEY STEWART<br>1545 INDUSTRIAL DRIVE<br>MISSOURI CITY TX 77489 | 414 | $65,514.15 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 242204**<br>AMERICAN LOUVER COMPANY<br>ATTN KRISTINE HASSMER, CR MGR<br>PO BOX 92818<br>CHICAGO IL 60675 | 1470 | $476.96 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 242386<br>ANDY WALLS/CONTRACTORS<br>PO BOX 189<br>AUTAUGAVILLE, AL 36003 | 370 | $3,560.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 243647<br>BLUE FRONT BARBECUE SAUCE<br>ATTN NORRIS NELSON, PRES<br>610 25TH STREET<br>WEST PALM BEACH, FL 33407 | 345 | $1,245.00 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 403531<br>BRENDLE, INC<br>ATTN KENT BRENDLE, VP<br>433 N DECATUR STREET<br>MONTGOMERY AL 36104 | 1384 | $4,148.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 397780<br>CALLAGHAN TIRE<br>ATTN JACQUELINE CORCORAN<br>PO BOX 850001<br>ORLANDO, FL 32885-0330 | 2381 | $470.94 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| Creditor Id: 244570<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 | 3250 | $2,551.25 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 244570<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 | 3251 | $617.20 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.,
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 244631<br>CAROLINA GEORGIA SOUND INC<br>ATTN GINGER CONSTANTINI, OFF MGR<br>PO BOX 212453<br>AUGUSTA, GA 30917 | 11428 | $2,892.89 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 244718<br>CARTMASTERS<br>ATTN JODY JOHNSON, OWNER<br>PO BOX 881<br>DUNLAP TN 37327 | 1200 | $546.98 | Multiple Classes<br><br>Debtor: DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 245416<br>CINTAS CORPORATION 211<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | 11427 | $816.25 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 245423<br>CINTAS CORPORATION 293<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | 11426 | $909.46 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 243115<br>CITY OF BATESBURG-LEESVILLE PUBLIC<br>WORKS DEPT<br>ATTN JUDY E EDWARDS<br>PO BOX 2329<br>BATESBURG-LEESVILLE, SC 29070 | 1426 | $135.33 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 3001<br>CITY OF FERNANDINA<br>ATTN MELISSA S HOWARD<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 | 7524 | $3,722.78 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 245784<br>CITY OF GEORGETOWN<br>ATTN DEBRA BIVENS, REV MGR<br>PO DRAWER 939<br>GEORGETOWN, SC 29442 | 5396 | $1,320.95 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 252077**<br>CITY OF IMMOKALEE WATER & SEWER<br>ATTN EVA J DEYO<br>1020 SANITATION RD<br>IMMOKALEE, FL  34142 | 4008 | $660.65 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 245894**<br>CITY OF LABELLE<br>ATTN DELIA VASQUEZ, FINANCE OFFICER<br>PO BOX 458<br>LABELLE, FL  33975 | 5187 | $3,031.38 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 559**<br>CITY OF LEEDS WATER WORKS BOARD<br>ATTN CARLA C FORD<br>PO BOX 100<br>LEEDS AL  35094-0100 | 1097 | $196.85 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 246010**<br>CITY OF NORCROSS<br>ATTN RUDOLPH SMITH, FIN DIR<br>65 LAWRENCEVILLE STREET<br>NORCROSS, GA  30071-2556 | 1730 | $1,012.78 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 265989**<br>CITY OF ORLANDO<br>ATTN WESLEY C POWELL, ESQ<br>400 S ORANGE AVE, 3RD FLOOR<br>ORLANDO  FL  32801-3360 | 9793 | $2,000.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 395539**<br>CITY OF RALEIGH, NC<br>C/O CITY ATTORNEYS OFFICE<br>ATTN D HESTER & T MCCORMICK, ESQ<br>PO BOX 590<br>RALEIGH NC  27602 | 312 | $1,148.61 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 246584**<br>CODING PRODUCTS<br>ATTN GAIL JONES, ACCT RECV<br>PO BOX 75327<br>CHICAGO IL  60675-5327 | 4698 | $372.78 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.,
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 247332**<br>CUMMINGS STRIPING & SWEEPING<br>ATTN LARRY CUMMINGS, OWNER<br>11239 GENERAL OTT ROAD<br>HAMMOND, LA 70403 | 128 | $29,750.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | | |
| **Creditor Id: 247477**<br>DAILY LEADER, THE<br>ATTN THERESA MILHDER, OFF MGR<br>PO BOX 551<br>BROOKHAVEN, MS 39602-0551 | 978 | $10,973.91 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 247832**<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | 3185 | $2,928.99 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 247832**<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | 3189 | $3,907.78 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 247811**<br>DEL REY ENTERPRISES INC<br>ATTN CARMEN CHERENEK<br>2508 METAIRIE LAWN DR<br>METAIRIE, LA 70002 | 1295 | $868.25 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 248437**<br>DOUBLE COLA CO<br>ATTN MARY SALTZMAN, CONTROLLER<br>537 MARKET ST, SUITE 100<br>CHATTANOOGA, TN 37402-1229 | 11585 | $97.35 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 397354**<br>EAMES DOCK EQUIP SALES & SVCE, INC<br>ATTN THERESA OR JAMES EAMES<br>1274 HIGHWAY 124<br>HOSCHTON GA 30548 | 403 | $1,362.11 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 249898<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474<br><br>Debtor: WINN-DIXIE STORES, INC. | 879 | $3,676.17 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 395540<br>EXCALIBUR SEASONING CO. LTD<br>ATTN TOM HORNSTEIN, COO<br>1800 RIVERWAY DRIVE<br>PEKIN IL 61554<br><br>Debtor: WINN-DIXIE STORES, INC. | 313 | $22,079.70 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 249495<br>FIELD TRIP FACTORY<br>ATTN SUSAN SINGER, PRES<br>2211 NORTH ELSTON, SUITE 304<br>CHICAGO, IL 60614<br><br>Debtor: WINN-DIXIE STORES, INC. | 1279 | $10,353.41 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 249667<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003<br><br>Debtor: WINN-DIXIE STORES, INC.<br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 4740 | $5,304.85 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 250193<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427<br><br>Debtor: WINN-DIXIE STORES, INC. | 2185 | $8,173.40 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 397352<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446<br><br>Debtor: WINN-DIXIE STORES, INC. | 401 | $1,000.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 251204<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE, NC 28134 | 4681 | $5,323.54 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE RALEIGH, INC. | | |
| Creditor Id: 399626<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | 720 | $1,323.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 399626<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | 6813 | $659.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 251276<br>HARPER CORP DBA TXF PRODUCTS<br>PO BOX 915194<br>DALLAS, TX 75391 | 11544 | $3,122.40 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 251549<br>HERTZ EQUIPMENT RENTAL<br>ATTN DOVIE BORTH, MGR<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | 8890 | $1,443.71 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| Creditor Id: 251902<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3182<br>LAFAYETTE, LA 70502 | 1342 | $528.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 251902**<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | 11755 | $437.50 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 252100**<br>INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>13908 NW 48TH AVENUE<br>MIAMI, FL 33014 | 371 | $1,038.10 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| **Creditor Id: 384181**<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1186 | $340.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| **Creditor Id: 384181**<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1187 | $233.50 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| **Creditor Id: 384181**<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1188 | $456.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| **Creditor Id: 384181**<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1189 | $341.50 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1190 | $133.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1191 | $474.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 384181<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | 1192 | $267.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 252692<br>JAMES ODELL SALES<br>ATTN JAMES ODELL, OWNER<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | 5948 | $271.83 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 254346<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 | 2929 | $240.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 255834<br>MAY ADVERTISING INTERNATIONAL LTD<br>ATTN MARY JOHNSON<br>PO BOX 40610<br>FT WORTH, TX 76140-0610 | 1578 | $1,238.31 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: FAIR HARBOR CAPITAL LLC | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 255888<br>MCGINN WINDSHIELD PECK REPAIR<br>ATTN JERRY MCGINN, OWNER<br>719 AL HWY 143<br>ELMORE, AL 36025 | 11500 | $135.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE MONTGOMERY, INC. | | |
| Creditor Id: 256754<br>MS INDUSTRIAL WASTE DISPOSAL<br>ATTN DANITA OWENS, OFF MGR<br>PO BOX 801<br>COLUMBUS, MS 39703-0801 | 2282 | $354.53 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 384263<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 | 1879 | $116,754.88 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 257590<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | 7862 | $2,791.25 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 257590<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | 7862 | $13,484.63 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 257785<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 | 3283 | $2,275.91 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 257787<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 | 3248 | $9,957.93 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id:  258098 PATHCON LABORATORIES ATTN GENEASE MATTHEWS 270 SCIENTIFIC DR, STE 3 NORCROSS, GA 30092 | 7514 | $918.24 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id:  258268 PENINSULA BEVERAGE LLC ATTN JOYCE FINN 2315 STIRLING ROAD DANIA  FL  33312 | 1093 | $1,368.18 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id:  258813 PREMIER COMMUNICATIONS ATTN WALLACE MESSINA, OWNER 120 WHARTON ST COVINGTON, LA  70433 | 6845 | $2,193.82 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Creditor Id:  258981 PROGRESSIVE STAFFING NETWORK ATTN SEAN HARRISON, PRES 510 TRIBAL WOODS COLLIERVILLE, TN  38017 | 3542 | $4,340.92 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE MONTGOMERY, INC. | | |
| Creditor Id:  259102 QUEEN CITY PLUMBING HEATING & AIR CONDITIONING INC ATTN HUEY CHEVALON, PRES 1703 WEEKS ST NEW IBERIA, LA  70560 | 1460 | $781.14 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| | Transferee: DEBT ACQUISITION COMPANY OF AMERICA | | | | |
| Creditor Id:  259242 RANDOLPH AUSTIN CO ATTN MARTHA CAPONE PO BOX 988 2119 FM 1626 MANCHACA  TX  78652 | 1569 | $1,010.50 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | | CRACKIN' GOOD, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B – MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 259476<br>RESOURCE DATA SERVICES, INC<br>ATTN SECRETARY<br>12814 KROLL DRIVE<br>ALSIP, IL 60803-3222 | 268 | $2,160.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 259496<br>REVEL'S BARBECUE CENTER<br>ATTN ROCHELL CARROLL OWNER<br>685 HWY 15 401 E<br>BENNETTSVILLE, SC 29512 | 1998 | $152.50 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 254424<br>ROBERTSON, LARRY A<br>10 STRAWBERRY DR<br>GREENVILLE, SC 29617 | 2124 | $1,360.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 260027<br>ROTO ROOTER<br>ATTN JOYCE T DEES, PRES<br>112 LOFTIN ROAD<br>DOTHAN, AL 36303 | 2250 | $241.77 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 399371<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | 2213 | $41,386.24 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 382114<br>SANFORD HERALD<br>ATTN JIMMIE J HOLT<br>PO BOX 100<br>SANFORD, NC 27331 | 1432 | $11,404.02 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 376966<br>SCARIANO BROTHERS INC<br>ATTN ANDREW J CZUBAK, CONTROLLER<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009 | 4745 | $8,063.30 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Transferee: LIQUIDITY SOLUTIONS, INC | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 260770<br>SEVERN TRENT LABORATORIES INC<br>PO BOX 7777 W4305<br>PHILADELPHIA PA 19175-4305 | 6182 | $820.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 395543<br>SNAP ON TOOLS<br>ATTN KEN GHEORGE, PRES<br>10940 LAKE VIEW DRIVE<br>CORAL SPRINGS FL 33071 | 318 | $716.55 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 261225<br>SODDY DAISY FALLING WATER<br>ATTN ROBIN PHILLIPS, OFF MGR<br>PO BOX 575<br>SODDY DAISY, TN 37384 | 2509 | $225.06 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 261375<br>SOUTHERN BUSINESS EQUIPMENT<br>ATTN GARY W LEE, PRES<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466 | 2187 | $240.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| Creditor Id: 384370<br>STAFFING SOLUTIONS<br>ATTN ANTOINETTE WICKERSON<br>1801 DOWNTOWN WEST BLVD<br>KNOXVILLE TX 37922 | 1958 | $1,783.31 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 262374<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE NC 28303-0870 | 638 | $6,178.01 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 973<br>TOWN OF WILLIAMSTON<br>ATTN JENEANE EVERETT<br>PO BOX 506<br>WILLIAMSTON NC 27892 | 1814 | $176.95 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 263495<br>TRI COUNTY PLUMBING<br>ATTN: RUBY PESNELL, OWNER<br>30934 HIGHWAY 431<br>HEFLIN, AL 36264 | 1802 | $241.50 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Transferee: TRADE-DEBT.NET | | | | | |
| Creditor Id: 263543<br>TRIPLE T CONSTRUCTION<br>ATTN DEXTER TILL, PRES<br>2113 HIGHWAY 43 N<br>PELAHATCHIE, MS 39145 | 590 | $10,570.55 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE MONTGOMERY, INC. | | | |
| Creditor Id: 263543<br>TRIPLE T CONSTRUCTION<br>ATTN DEXTER TILL, PRES<br>2113 HIGHWAY 43 N<br>PELAHATCHIE, MS 39145 | 591 | $21,698.35 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 263710<br>UAC CORP<br>PO BOX 275<br>MARTINSVILLE NJ 08836 | 1286 | $461.37 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: | | DEEP SOUTH PRODUCTS, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTH OMNIBUS CLAIMS OBJECTION ORDER**
**EXHIBIT B - MISCLASSIFIED CLAIMS**
**TO BE RECLASSIFIED AS SHOWN**

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 263711**<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | 10022 | $18,384.11 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 263792**<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 | 812 | $9,350.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| **Creditor Id: 263875**<br>UNIVERSITY OF FLORIDA JACKSONVILLE<br>ATTN JOY L BROOM, SPECIAL PROJECTS<br>PO BOX 44008<br>JACKSONVILLE FL 32231-4008 | 11148 | $780.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | SUNBELT PRODUCTS, INC. | | |
| **Creditor Id: 264051**<br>VENTURECOM, INC<br>ATTN CHUCK CRUMPTON, PRES<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 | 193 | $10,674.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 395765**<br>VIGIL INC<br>ATTN WAYNE VIGIL, OWNER<br>PO BOX 273787<br>TAMPA, FL 33688 | 1483 | $6,210.63 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id: 264318**<br>WADE HARDIN PLUMBING INC<br>ATTN WADE HARDIN, PRESIDENT<br>2520 GILLESPIE STREET<br>FAYETTEVILLE, NC 28306 | 4264 | $796.39 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

Transferee: DEBT ACQUISITION COMPANY OF AMERICA

WINN-DIXIE STORES, INC., ET AL.
FIFTH OMNIBUS CLAIMS OBJECTION ORDER
EXHIBIT B - MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

| Name of Claimant | Claim No. | Claim Amount | Claim Priority Status | Modified Priority Status | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 399363
WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607 | 512 | $290,002.31 | Multiple Classes | Unsecured
Non-Priority | MISCLASSIFIED CLAIM. |

Debtor:   WINN-DIXIE STORES, INC.

Transferee: QVT FUND LP

Total Claims to be Reclassified:     95

Total Amount to be Reclassified:     $855,464.79     Plus Unliquidated Amounts, if Any