UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about April 10, 2006, I caused copies of:

- the **Order Disallowing No Liability Claims as Set Forth in the Debtors' Sixth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibits B.

Dated: April 19, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 6C

# EXHIBIT A
# SERVICE LIST

## Order Disallowing No Liability Claims as Set Forth
## in the Debtors' Sixth Omnibus Claims Objection

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 403275-83<br>ACADIAN AMBULANCE SERVICE<br>ATTN DEBRA S MARTIN<br>PO BOX 92970<br>LAFAYETTE LA 70509-2970 | CREDITOR ID: 241669-12<br>ADVANTAGE ASSOCIATES INC<br>ATTN DOUGLAS A JOHNSON, VP<br>PO BOX 343549<br>FLORIDA CITY FL 33034 | CREDITOR ID: 381744-15<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 |
| CREDITOR ID: 410770-15<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O LAW OFFICE OF OWEN W KATZ<br>ATTN OWEN W KATZ, ESQ<br>PO BOX 7826<br>PITTSBURGH PA 15215 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 |
| CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | CREDITOR ID: 407760-15<br>BREAU BEAR INC<br>ATTN CAROLYN WISMANN, OWNER<br>100 EPPLER ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 243937-12<br>BREWBAKER MOTORS INC<br>ATTN TERRIE LEONARD<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 406310-15<br>BUNGE NORTH AMERICA EAST, LLC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 | CREDITOR ID: 406011-15<br>CARLTON FIELDS, PA<br>ATTN ROBERT N GILBERT, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1400<br>WEST PALM BEACH FL 33410 | CREDITOR ID: 240169-06<br>CITY OF MILLBROOK<br>ATTN TERESA MERCER<br>PO BOX 630<br>3390 MAIN STREET<br>MILLBROOK AL 36054 |
| CREDITOR ID: 265969-14<br>CITY OF STARKVILLE<br>ATTN VIVIAN COLLIER<br>101 E LAMPKIN STREET<br>STARKVILLE MS 39759-2944 | CREDITOR ID: 404029-15<br>CITY OF STARKVILLE ELECTRIC DEPT<br>ATTN SHANE GRANTHAM<br>101 MEIGS DRIVE<br>PO BOX 927<br>STARKVILLE MS 39759 | CREDITOR ID: 395628-65<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 |
| CREDITOR ID: 408208-15<br>COMMONWEALTH OF PA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHRISTOPHER R MOMJIAN<br>21 S 12TH STREET, 3RD FL<br>PHILADELPHIA PA 19107-3603 | CREDITOR ID: 408208-15<br>COMMONWEALTH OF PA REV DEPT<br>ATTN MICHELLE B JENKINS, CHIEF<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0496 | CREDITOR ID: 411010-15<br>CORDOVA COLLECTION LP TA<br>CORDOVA COLLECTION PENSACOLA FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 244707-12<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 406169-15<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 243426-12<br>DONALDSON, BETTY L<br>1319 NORTHWEST 60TH STREET, APT 5<br>MIAMI FL 33142 |
| CREDITOR ID: 248947-12<br>EMCO OF HAMMOND<br>ATTN CLAUDETTE WATSON<br>8900 S CHOCTAW<br>BATON ROUGE LA 70815 | CREDITOR ID: 411124-15<br>FLORALINE DISPLAY PRODUCTS<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN GREGORY J O'BRIEN, ESQ<br>3500 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND OH 44114 | CREDITOR ID: 250115-12<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 |
| CREDITOR ID: 407632-15<br>GALLIVAN WHITE & BOYD, PA<br>ATTN J EDWARD HERREN JR<br>55 BEATTLE PLACE, SUITE 1200<br>PO BOX 10589<br>GREENVILLE SC 29603 | CREDITOR ID: 416977-15<br>GENERAL CREDIT SERVICE, INC<br>299 FOREST AVENUE<br>PARAMUS NJ 07652 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 416976-15<br>HANJIN SHIPPING CO, LTD<br>ATTN CATHY HAPY, PORT MANAGER<br>2128 BURNETT BLVD<br>WILMINGTON NC 28401 | CREDITOR ID: 251589-12<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 251834-12<br>HORNBUCKLE WHOLESALE FLORIST<br>ATTN BETTY HORNBUCKLE<br>PO BOX 37<br>OMEGA GA 31775-0037 |
| CREDITOR ID: 380973-47<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 407691-15<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN A TODESCO, SR, PRESIDENT<br>8401 DRURY ST<br>METAIRIE LA 70003 | CREDITOR ID: 410736-15<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 |
| CREDITOR ID: 256056-12<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | CREDITOR ID: 407631-15<br>MILLER, DAVID & RUTH<br>1923 CAMINO RANCH<br>SIERRA VISTA AZ 85635 | CREDITOR ID: 257459-12<br>NORTHWEST DRYWALL COMPANY INC<br>ATTN JOE STEPP, MGR<br>PO BOX 1630<br>HICKORY NC 28603 |
| CREDITOR ID: 257459-12<br>NORTHWEST DRYWALL COMPANY INC<br>C/O HOLBROCK & JONSON<br>ATTN GEORGE N JONSON, ESQ<br>315 SOUTH MONUMENT AVENUE<br>PO BOX 687<br>HAMILTON OH 45012-0687 | CREDITOR ID: 411137-15<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 402088-15<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 |
| CREDITOR ID: 381937-15<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 260675-12<br>SECURITY DISPOSAL INC<br>ATTN W H GILLIS, OWNER<br>PO BOX 2047<br>3077 BROWN DRIVE<br>WAYCROSS, GA 31502 | CREDITOR ID: 214206-09<br>SNIPE, CONNIE F<br>105 BARLEY COURT<br>WALTERBORO SC 29488 |
| CREDITOR ID: 411406-15<br>SOUTHERN HEALTH CENTER<br>C/O PARNELL & CRUM, PA<br>ATTN BRITT BATSON GRIGGS, ESQ.<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 261739-12<br>ST MATHEWS THE APOSTLE SCHOOL<br>ATTN JILL CONNOR<br>10021 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGG RENKES, ESQ<br>DIAMOND COURTHOUSE<br>PO BOX 110300<br>JUNEAU AK 99811-0300 |
| CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>ATTN STEVE KELLY, DEPUTY AUDITOR<br>1400 W 3RD<br>LITTLE ROCK AR 72201 | CREDITOR ID: 411284-15<br>STATE OF FLORIDA ENV PROTECT DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411284-15<br>STATE OF FLORIDA ENV PROTECT DEPT<br>ATTN JONATHAN H ALDEN, ESQ.<br>3900 COMMONWEALTH BLVD, MS 35<br>TALLAHASSEE FL 32399-3000 |
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 |
| CREDITOR ID: 410742-15<br>STATE OF WEST VIRGINIA TREASURER<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: DARRELL VIVIAN MCGRAW JR, ESQ<br>STATE CAPITOL<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 | CREDITOR ID: 410742-15<br>STATE OF WEST VIRGINIA TREASURER<br>ATTN CAROLYN ATKINSON<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON WV 25311 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |

**Order Disallowing No Liability Claims as Set Forth
in the Debtors' Sixth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 373714-44<br>WILLIAMS, ANNIE<br>2400 LYDIA STREET<br>LAKE WALES, FL 33853 | CREDITOR ID: 411316-15<br>XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE TN 37219 |

**Total:   63**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**ORDER DISALLOWING NO LIABILITY CLAIMS AS SET FORTH
IN THE DEBTORS' SIXTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on April 6, 2006, upon the Sixth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 10306 filed by Aronov Property Management on behalf of Cordova Collection LP, (ii) claim no. 9591 filed by KRG Waterford Lakes, LLC, and (iii) claim nos. 4434, 10626 and 11090 filed by the State of Georgia Department of Revenue, which claims have been removed from Exhibit A. In addition, the Debtors have withdrawn without prejudice their objection to (i) claim no. 2885 filed by Carlton Fields, PA

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

and (ii) claim no. 11789 filed by Southern Health Center, which claims have been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3. Upon consent of the claimant, claim no. 2885, filed by Carlton Fields, is fixed and allowed as an unsecured non-priority claim in the amount of $30,705.71.

4. The hearing to consider the Objection with respect to (i) claim no. 10306 filed by Aronov Property Management on behalf of Cordova Collection LP, (ii) claim no. 9591 filed by KRG Waterford Lakes, LLC, and (iii) claim nos. 4434, 10626 and 11090 filed by the State of Georgia Department of Revenue, is continued until further order of the Court upon the motion of any party in interest.

5. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

7. To the extent any of the Disputed Claims are not disallowed pursuant to this Order or any other order of the Court, this Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this \_\_\_ day of April, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 9
Date: 04/05/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 403275<br>ACADIAN AMBULANCE SERVICE<br>ATTN DEBRA S MARTIN<br>PO BOX 92970<br>LAFAYETTE LA 70509-2970 | 2458<br>**Debtor:** WINN-DIXIE STORES, INC. | $642.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id:** 241669<br>ADVANTAGE ASSOCIATES INC<br>ATTN DOUGLAS A JOHNSON, VP<br>PO BOX 343549<br>FLORIDA CITY FL 33034 | 3841<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,933.38 | NO LIABILITY. ASSERTED AMOUNT RELATES TO 2000-2001 NEWSPAPER AUDITS THAT DEBTOR ALREADY PAID. |
| **Creditor Id:** 381744<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 | 65<br>**Debtor:** WINN-DIXIE STORES, INC. | $175,113.16 | NO LIABILITY PER BOOKS AND RECORDS, INADEQUATE DOCUMENTATION, AND NO PROOF OF DELIVERY. |
| **Creditor Id:** 410770<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 9760<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY AND NO DOCUMENTATION. |
| **Creditor Id:** 1102<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222<br>Counsel: ATTN OWEN W KATZ, ESQ | 2390<br>**Debtor:** WINN-DIXIE STORES, INC. | $111,979.97 | NO LIABILITY. CLAIMANT ASSERTED ANTICIPATORY REJECTION DAMAGE CLAIM BUT LEASE WAS ASSUMED AND ASSIGNED. |
| **Creditor Id:** 240811<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | 2231<br>**Debtor:** WINN-DIXIE STORES, INC. | $58.71 | NO LIABILITY. ASSERTED AMOUNT REFLECT POSTPETITION OBLIGATIONS. |
| **Creditor Id:** 407760<br>BREAU BEAR INC<br>ATTN CAROLYN WISMANN, OWNER<br>100 EPPLER ROAD<br>LAFAYETTE LA 70506 | 5430<br>**Debtor:** WINN-DIXIE STORES, INC. | $710.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE PAID 7/8/05 BY CHECK NUMBER 008071463. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 243937<br>BREWBAKER MOTORS INC<br>ATTN TERRIE LEONARD<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117 | 2336<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,401.90 | NO LIABILITY. $1,166.90 AND $235.00 WERE PAID 6/22/05 BY SEDGWICK CLAIMS MANAGEMENT SERVICES BY CHECK NUMBERS 0007998193 AND 0007998194, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING PAYMENT OF AUTOMOBILE LIABILITY CLAIMS (DKT NO. 1065). |
| Creditor Id: 406310<br>BUNGE NORTH AMERICA EAST, LLC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 | 3682<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $8,661.42 | NO LIABILITY. DEBTOR PAID AMOUNT QUOTED AND LISTED ON PURCHASE ORDER RATHER THAN HIGHER AMOUNT CHARGED ON INVOICE. |
| Creditor Id: 240169<br>CITY OF MILLBROOK<br>ATTN TERESA MERCER<br>PO BOX 630<br>3390 MAIN STREET<br>MILLBROOK AL 36054 | 1842<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY AND NO DOCUMENTATION. |
| Creditor Id: 265969<br>CITY OF STARKVILLE<br>ATTN VIVIAN COLLIER<br>101 E LAMPKIN STREET<br>STARKVILLE MS 39759-2944 | 1947<br>Debtor: WINN-DIXIE STORES, INC. | $6,442.27 | NO LIABILITY. UNDOCUMENTED AND UNKNOWN BASIS OF CLAIM DESPITE DEBTOR'S REPEATED REQUESTS FOR INFORMATION. |
| Creditor Id: 395628<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 | 1396<br>Debtor: WINN-DIXIE STORES, INC. | $3,880.60 | NO LIABILITY. AGGREGATE OF $3,488.23 PAID 5/20/05 BY CHECK NUMBERS 9903183 AND 9903184 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND REMAINING $392.37 IS UNDOCUMENTED. |
| Creditor Id: 408208<br>COMMONWEALTH OF PA REV DEPT<br>ATTN MICHELLE B JENKINS, CHIEF<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0496<br>Counsel: ATTN: CHRISTOPHER R MOMJIAN | 6201<br>Debtor: KWIK CHEK SUPERMARKETS, INC. | $4,981.00 | NO LIABILITY. CLAIM ASSERTED FOR 1996, 1997, AND 1998 TAXES, INTEREST, AND PENALTIES WITHOUT SUPPORTING DOCUMENTATION. DEBTOR DOES NOT KNOW BASIS OF CLAIM AND STATUTE OF LIMITATION THEREON HAS EXPIRED. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 244707**<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON TN 37643 | 1242<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY. CLAIMANT APPEARS TO ASSERT AMOUNTS DUE FOR BUSINESS LICENSES FOR STORES THAT WERE CLOSED OR SOLD. ALL LICENSES FOR THOSE LOCATIONS WERE PAID PRIOR TO DISPOSITION. |
| **Creditor Id: 406169**<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | 3493<br>Debtor: WINN-DIXIE STORES, INC. | $1,651.73 | CLAIMANT SEEKS REIMBURSEMENT OF INSURANCE COSTS FOR FIRST QUARTER 2005. STORE WAS SOLD TO WAL-MART STORES EAST, LP ON 10/5/2005. CLAIMANT WAS GIVEN NOTICE OF THE SALE AND OF THE REQUIREMENT TO PROVIDE CURE COST INFORMATION. NONE WAS GIVEN. |
| **Creditor Id: 243426**<br>DONALDSON, BETTY L<br>1319 NORTHWEST 60TH STREET, APT 5<br>MIAMI FL 33142 | 1525<br>Debtor: WINN-DIXIE STORES, INC. | $950.00 | NO LIABILITY. CLAIM FOR GROCERIES PREVIOUSLY PURCHASED SHOULD BE DISALLOWED. |
| **Creditor Id: 248947**<br>EMCO OF HAMMOND<br>ATTN CLAUDETTE WATSON<br>8900 S CHOCTAW<br>BATON ROUGE LA 70815 | 2169<br>Debtor: WINN-DIXIE STORES, INC. | $90.95 | NO LIABILITY. ASSERTED AMOUNT REFLECTS PAID POSTPETITION OBLIGATION (INVOICE NUMBER 617795 PAID 4/14/05 BY CHECK NUMBER 008040169). |
| **Creditor Id: 411124**<br>FLORALINE DISPLAY PRODUCTS<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN GREGORY J O'BRIEN, ESQ<br>3500 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND OH 44114 | 11112<br>Debtor: WINN-DIXIE RALEIGH, INC. | $100,795.00 | NO LIABILITY. INADEQUATE DOCUMENTATION, AND THREE YEAR STATUTE OF LIMITATION HAS EXPIRED. |
| **Creditor Id: 250115**<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 | 4552<br>Debtor: WINN-DIXIE STORES, INC. | $19,948.64 | NO LIABILITY. CLAIMANT IS ATTEMPTING TO CHARGE BACK AMOUNTS PREVIOUSLY DEDUCTED ON PAID INVOICES. |
| **Creditor Id: 407632**<br>GALLIVAN WHITE & BOYD, PA<br>ATTN J EDWARD HERREN JR<br>55 BEATTLE PLACE, SUITE 1200<br>PO BOX 10589<br>GREENVILLE SC 29603 | 4661<br>Debtor: WINN-DIXIE STORES, INC. | $21,622.77 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICES. |

Page: 4 of 9
Date: 04/05/2006

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 381764<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE  MS  38701<br>Counsel: ATTN: NINA STUBBLEFIELD TOLLISON, ESQ | 151<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. DEBTOR KNOWS OF NO EPA VIOLATIONS AT THIS LOCATION AND THUS NO KNOWN LIABILITY EXISTS FOR THAT SITE. |
| Creditor Id: 416976<br>HANJIN SHIPPING CO, LTD<br>ATTN CATHY HAPY, PORT MANAGER<br>2128 BURNETT BLVD<br>WILMINGTON  NC  28401 | 12594<br>Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | NO LIABILITY.  UNKNOWN BASIS FOR CLAIM. |
| Creditor Id: 251589<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC  27261 | 626<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $104.32 | NO LIABILITY PER BOOKS AND RECORDS. |
| Creditor Id: 251589<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC  27261 | 1161<br>Debtor: WINN-DIXIE STORES, INC. | $104.32 | NO LIABILITY PER BOOKS AND RECORDS. |
| Creditor Id: 410745<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON  FL  33433<br>Counsel: ATTN CRAIG A PUGATCH, ESQ | 9576<br>Debtor: WINN-DIXIE STORES, INC. | $34,120.69 | NO LIABILITY AND NO DOCUMENTATION PROVIDED DESPITE SEVERAL TELEPHONIC REQUESTS. |
| Creditor Id: 251834<br>HORNBUCKLE WHOLESALE FLORIST<br>ATTN BETTY HORNBUCKLE<br>PO BOX 37<br>OMEGA  GA  31775-0037 | 11449<br>Debtor: WINN-DIXIE STORES, INC. | $63,513.10 | NO LIABILITY, UNKNOWN BASIS FOR CLAIM, AND UNDOCUMENTED. CLAIMANT SEEMS TO SEEK TO RECOVER $12,528.21 IN CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  CLAIMANT DOES NOT DOCUMENT REMAINING AMOUNT SOUGHT. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA  70063-1093 | 5088<br>Debtor: WINN-DIXIE STORES, INC. | $8,600.00 | NO LIABILITY.  ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5096<br>Debtor: WINN-DIXIE STORES, INC. | $1,200.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 9099 1/13/05 BY CHECK NUMBER 0074282273. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5099<br>Debtor: WINN-DIXIE STORES, INC. | $2,100.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5109<br>Debtor: WINN-DIXIE STORES, INC. | $767.50 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10057 ON 1/4/05 BY CHECK NUMBER 0074421207. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5110<br>Debtor: WINN-DIXIE STORES, INC. | $374.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10058 ON 1/4/05 BY CHECK NUMBER 0074421207. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5111<br>Debtor: WINN-DIXIE STORES, INC. | $137.50 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10059 ON 1/4/05 BY CHECK NUMBER 0074421207. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5126<br>Debtor: WINN-DIXIE STORES, INC. | $17,506.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 4135-A ON 3/2/04 BY CHECK NUMBER 0071599959. |
| Creditor Id: 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5127<br>Debtor: WINN-DIXIE STORES, INC. | $8,200.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7042 ON 4/8/04 BY CHECK NUMBER 0071594592. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 380973**<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5129<br>Debtor: WINN-DIXIE STORES, INC. | $9,000.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7043-A ON 5/1/03 BY CHECK NUMBER 006857643. |
| **Creditor Id: 380973**<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5130<br>Debtor: WINN-DIXIE STORES, INC. | $2,600.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7083 ON 1/23/04 BY CHECK NUMBER 007121313. |
| **Creditor Id: 380973**<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5131<br>Debtor: WINN-DIXIE STORES, INC. | $280.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10061 ON 1/6/05 BY CHECK NUMBER 007422900. |
| **Creditor Id: 255056**<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | 11586<br>Debtor: WINN-DIXIE STORES, INC. | $507.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id: 407631**<br>MILLER, DAVID & RUTH<br>1923 CAMINO RANCH<br>SIERRA VISTA AZ 85635 | 4659<br>Debtor: WINN-DIXIE STORES, INC. | $10,380.00 | DEBTOR HAS NO RECORD OF CLAIMANT IN ITS BOOKS AND RECORDS. IF CLAIMANT IS BONDHOLDER, THEN CLAIM DUPLICATES CLAIM 8393 FILED BY WILMINGTON TRUST COMPANY, THE INDENTURE TRUSTEE. |
| **Creditor Id: 257459**<br>NORTHWEST DRYWALL COMPANY INC<br>ATTN JOE STEPP, MGR<br>PO BOX 1630<br>HICKORY NC 28603 | 2439<br>Debtor: WINN-DIXIE STORES, INC. | $77.04 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION SERVICES (INVOICE NUMBER 87745). |
| **Creditor Id: 411137**<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201<br>Counsel: ATTN GEORGE N JONSON, ESQ | 11142<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. CLAIM SEEMINGLY FILED BY LANDLORD'S LENDER SHOULD BE DISALLOWED AS STORE SOLD IN AUGUST 2005 AND NO AMOUNT IS DUE ON THE LEASE. |

WINN-DIXIE STORES, INC., ET AL
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 402088<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 | 1627<br>Debtor: WINN-DIXIE STORES, INC. | $552,437.64 | NO LIABILITY. DEBTOR PAID $523,722.74 ON 6/24/05 BY CHECK NUMBER 008063388 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DKT NO. 435). REMAINING ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION CHARGES. |
| Creditor Id: 381937<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | 245<br>Debtor: WINN-DIXIE STORES, INC. | $2,951,568.51 | NO LIABILITY. LEASE HAS BEEN ASSUMED AND ALL PREPETITION AND POSTPETITION AMOUNTS OWED HAVE BEEN PAID 12/23/05 BY CHECK NUMBER 009904088 IN THE AMOUNT OF $125,199.03. |
| Creditor Id: 260675<br>SECURITY DISPOSAL INC<br>ATTN W H GILLIS, OWNER<br>PO BOX 2047<br>3077 BROWN DRIVE<br>WAYCROSS, GA 31502 | 1830<br>Debtor: WINN-DIXIE STORES, INC. | $1,715.35 | NO LIABILITY. DEBTOR PAID $895.70 ON 11/14/04 BY CHECK NUMBER 007378681 AND, PURSUANT TO ORDER AUTHORIZING PAYMENT TO ON SITE PROVIDER CLAIMS (DOCKET NUMBER 429), $870.35 ON 5/20/05 BY CHECK NUMBER 009903172. |
| Creditor Id: 214206<br>SNIPE, CONNIE F<br>105 BARLEY COURT<br>WALTERBORO SC 29488 | 3207<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY AND NO DOCUMENTATION. CLAIMANT DID NOT RETURN TELEPHONE CALLS REGARDING CLAIMS INQUIRY. |
| Creditor Id: 261739<br>ST MATHEWS THE APOSTLE SCHOOL<br>ATTN JILL CONNOR<br>10021 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | 2383<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. DEBTOR PAID $1,800 ON 4/29/05 BY CHECK NUMBER 9902149 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| Creditor Id: 406315<br>STATE OF ARKANSAS AUDITOR<br>ATTN STEVE KELLY, DEPUTY AUDITOR<br>1400 W 3RD<br>LITTLE ROCK AR 72201<br>Counsel: ATTN: GREGG RENKES, ESQ | 3831<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY AND UNKNOWN BASIS FOR CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411284**<br>STATE OF FLORIDA ENV PROTECT DEPT<br>ATTN JONATHAN H ALDEN, ESQ.<br>3900 COMMONWEALTH BLVD, MS 35<br>TALLAHASSEE FL 32399-3000<br>Counsel: ATTN: CHARLES J CRIST, JR, ESQ | 11668<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br>Counsel: ATTN: OSCAR B FEARS III | 4436<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $424,870.00 | NO LIABILITY. DEBTOR PAID ASSERTED AMOUNT ON 4/28/04 BY WIRE TRANSFER. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br>Counsel: ATTN: OSCAR B FEARS III | 10991<br>Debtor: ECONOMY WHOLESALE DISTRIBUTORS, INC. | $20.00 | NO LIABILITY. DEBTOR PAID $10 FOR YEAR ENDING 6/30/04 ON 9/2/2004 BY CHECK NUMBER 7322644 (BEFORE THE CHAPTER 11 FILING) AND $10.00 FOR YEAR ENDING 2/21/2005 ON 9/13/2005 BY CHECK NUMBER 8103307 PURSUANT TO FINAL ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 461<br>Debtor: TABLE SUPPLY FOOD STORES CO., INC. | $259.22 | NO LIABILITY AND NO DOCUMENTATION. DEBTOR'S FILED RETURNS SHOW NO CORPORATE TAX DUE AS CORPORATION IS INACTIVE AND FRANCHISE TAX OF $10 WAS PAID 5/19/05 BY CHECK NUMBER 8043123 PURSUANT TO FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 430). |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 462<br>Debtor: SUNBELT PRODUCTS, INC. | $259.22 | NO LIABILITY, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. DEBTOR'S FILED RETURNS SHOW NO CORPORATE TAX DUE AS CORPORATION IS INACTIVE AND FRANCHISE TAX OF $10 WAS PAID 5/19/05 BY CHECK NUMBER 8043123 PURSUANT TO FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 430). |
| **Creditor Id: 410742**<br>STATE OF WEST VIRGINIA TREASURER<br>ATTN CAROLYN ATKINSON<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON WV 25311<br>Counsel: ATTN: DARRELL VIVIAN MCGRAW JR, ESQ | 9579<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY AND UNKNOWN BASIS FOR CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 264147<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br>Counsel: ATTN EARL M BARKER JR, ESQ | 8689<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $10,980.38 | NO LIABILITY. DEBTOR PAID 2004 TAXES IN THE AMOUNT OF $10,980.38 ON 2/3/05 BY CHECK NUMBER 007443931. |
| Creditor Id: 264147<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br>Counsel: ATTN EARL M BARKER JR, ESQ | 8690<br>Debtor: WINN-DIXIE STORES, INC. | $10,980.38 | NO LIABILITY. WINN-DIXIE MONTGOMERY, INC. PAID 2004 TAXES OF $10,980.38 ON 2/3/05 BY CHECK NUMBER 007443931. ACCORDINGLY, DEBTOR, GUARANTOR OF THE LEASE, HAS NO LIABILITY FOR SUCH TAXES. |
| Creditor Id: 373714<br>WILLIAMS, ANNIE<br>2400 LYDIA STREET<br>LAKE WALES, FL 33853 | 2590<br>Debtor: WINN-DIXIE STORES, INC. | $961.69 | NO LIABILITY. CLAIMANT ASSERTS BEING MEMBER OF CLASS WHOSE CLASS ACTION WAS SETTLED WITH CASH AND GIFT CARD. CLAIMANT PURPORTS GIFT CARD WAS DISHONORED POSTPETITION BUT PROVIDES NO DOCUMENTATION OF HAVING A GIFT CARD. |
| Creditor Id: 411316<br>XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE TN 37219 | 11194<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS DO NOT REFLECT ANY BONDS ISSUED BY CLAIMANT. |

Total Claims to be Disallowed: 57
Total Amount to be Disallowed: $4,579,487.36    Plus Unliquidated Amounts, if Any