UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )        Case No. 05-03817-3F1
                                                       Chapter 11
                    Debtors.                  )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Quantisha Henley  (Claim No. 5876) [Docket No. 7222] was furnished by mail on April

19, 2006 to Quantisha Henley c/o Herman M. Klemick, Esq., Klemick & Gampel, P.A.,

1953 S.W. 27th Avenue, Miami, Florida 33145.

Dated:  April 19, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  ___*s/ D. J. Baker*___              By  ___*s/ James H. Post*___
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post (FBN 175460)
      Rosalie Gray                            Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      cjackson@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors
00520151.DOC