UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
                    Debtors.                   )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Myra Hise  (Claim Nos. 3168 and 7503) [Docket No. 7219] was furnished by mail on

April 19, 2006 to Myra Hise c/o José A. Negroni, Esq., Gregory E. Monaldi, P.A., 200

S.E. 9th Street, Fort Lauderdale, Florida 33316.

Dated:  April 19, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  _s/ D. J. Baker_                              By  _s/ James H. Post_
     D. J. Baker                                         Stephen D. Busey
     Sally McDonald Henry                         James H. Post (FBN 175460)
     Rosalie Gray                                       Cynthia C. Jackson

Four Times Square                                  225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                             cjackson@smithhulsey.com

Co-Counsel for Debtors                           Co-Counsel for Debtors

00520151.DOC