UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., )     Case No. 05-03817-3F1
                                        Chapter 11
            Debtors. )                  Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Eleanor Chapman  (Claim Nos. 6438 and 8141) [Docket No. 7219] was furnished by mail

on April 19, 2006 to Eleanor Chapman c/o Matthew Donaldson, Esq., Kennedy Law

Group, 5100 W. Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated:  April 19, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By       *s/ James H. Post*
      D. J. Baker                                Stephen D. Busey
      Sally McDonald Henry                       James H. Post (FBN 175460)
      Rosalie Gray                               Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC