UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                 Chapter 11
                 Debtors.               )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Anita Martin  (Claim No. 6052) [Docket No. 7243] was furnished by mail on April 19,

2006 to Anita Martin c/o Tamara Kluger Jacobson, Esq., Law Offices of Robert G.

Harvey, 3431 Prytania Street, New Orleans, Louisiana 70115.

Dated:  April 19, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_                  By      _s/ James H. Post_
      D. J. Baker                               Stephen D. Busey
      Sally McDonald Henry                      James H. Post (FBN 175460)
      Rosalie Gray                              Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com


Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC