**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No. 05-03817-3FI

WINN-DIXIE STORES, INC., et al.,                          Chapter 11

Debtors.                                                  Jointly Administered

_____/

### NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW, Peter D. Russin, Esquire and the law firm of Meland Russin & Budwick,

P.A. and withdraws its appearance filed in this case on behalf of PINES-CARTER OF FLORIDA,

INC.  All future notices and correspondence should be sent to:

Dr. Ricardo Pines
Pines-Carter of Florida, Inc.
3301 Ponce de Leon Blvd.
Suite PH
Coral Gables, FL 33134

                                        /s/ Peter D. Russin
_____         Peter D. Russin
                                        Florida Bar No. 765902
                                        MELAND RUSSIN & BUDWICK, P.A.
                                        3000 Wachovia Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, Florida  33131
                                        Telephone: (305) 358-6363
                                        Telecopy: (305) 358-1221

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD,  MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
J:\DOCS\CLIENTS\5047\5047-1\00148985.WPD.

Case No. 05-03817-3FI

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail

and/or electronically on the 19th day of April, 2006 to:

| | |
|---|---|
| Cynthia C. Jackson, Esq. | David J. Baker, Esq. and Sally Gray, Esq. |
| Smith Hulsey & Busey | Skadden Arps Slate Meagher & Flom, LLP |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, FL 32201 | New York, NY 10036 |
| | |
| Dr. Ricardo Pines | Office of the U.S. Trustee |
| Pines-Carter of Florida, Inc. | 135 W. Central Boulevard |
| 3301 Ponce de Leon Blvd. | Room 620 |
| Suite PH | Orlando, FL 32801 |
| Coral Gables, FL 33134 | |

        /s/ Peter D. Russin

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363
J:\DOCS\CLIENTS\5047\5047-1\00148985.WPD.