UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Hearing Date and Time: April 20, 2006, 1:00 p.m. |
| Debtors. _____/ | CHAPTER 11 |
| | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF LANDLORDS, HECHT PROPERTIES, LTD., VIOLA GAUTIER, JAMES KRAMER, TRUSTEE AND JEFFREY LEFCOURT, TRUSTEE TO DEBTORS' PROPOSED ABANDONMENT**

Hecht Properties, Ltd., a Florida limited partnership, Viola Gautier, James Kramer, trustee, and Jeffrey Lefcourt, trustee, hereby withdraw the Objection of Landlords, Hecht Properties, Ltd., Viola Gautier, James Kramer, Trustee and Jeffrey Lefcourt, Trustee, to Debtors' Proposed Abandonment, filed March 20, 2006 (Docket No. 6570).

Dated: April 19, 2006

DAVID C. PROFILET, P.A.
Attorneys for Hecht Properties, Ltd., a Florida limited partnership, Viola Gautier, James Kramer, Trustee, and Jeffrey Lefcourt, Trustee
P.O. Box 402768
Miami Beach, FL 33140-0768
(305) 531-8741
(305) 532-4108 (facsimile)
dprofilet@the-beach.net

By: /s/ David C. Profilet
    David C. Profilet
    (Fla. Bar No. 516650)

**DAVID C. PROFILET, P.A.**
P.O. Box 402768 ♦ Miami Beach, FL 33140-0768    Telephone (305) 531♦8741
Email dprofilet@the-beach.net    Facsimile (305) 532♦4108