IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,   CASE NO. 05-03817-3FL
*CHAPTER 11*
Debtors.   **Jointly Administered**

_____/

## RESPONSE OF TIMBERLAKE CONSULTANTS, INC., DBA LESCO MEDISEARCH TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Creditor, TIMBERLAKE CONSULTANTS, INC., DBA LESCO MEDISEARCH, by and through its undersigned counsel, hereby responds to the Debtors' Eighth Omnibus Objection to Overstated Claims as it pertains to Claim No. 11477 and says:

1. A significant portion of Claimant's business involves furnishing pharmacists for temporary duties and for permanent placement. Claimant has had a longstanding contract and course of business to provide such services to the Debtor, Winn Dixie Stores, Inc.

2. Claimant filed Claim No. 11477 in the amount of $129,619.50. The only difference from the amount scheduled by the Debtor is the sum of $9,800.00 for Invoice No. 11858, which Debtor refuses to pay because it says that Peter Lallone, the individual referenced in the invoice, was hired directly by the Debtor and not through the Claimant.

3. Attached hereto as Composite Exhibit "A" and made a part hereof is a copy of the invoice in question which Claimant furnished to the Debtor.

4. Also enclosed in Composite Exhibit "A" is a copy of an invoice history and selected invoices showing that Peter Lallone was employed by the Claimant during the time he was working in the Winn Dixie stores and at the time that he was hired by the Debtor on a full-time basis.

5. In keeping with the agreement that the Debtor had with the Claimant, the Claimant

is entitled to receive $9,800.00 upon the permanent hiring of Peter Lallone.

WHEREFORE, this claimant prays that the Court will overrule the Debtors' Eighth Omnibus Objection to Overstated Claims as it pertains to Claim No. 11477, will allow that claim in full as filed, and for such other and further relief as this Court deems just, necessary and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response of Timberlake Consultants, Inc., DBA Lesco Medisearch to Debtors' Eighth Omnibus Objection to Overstated Claims has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **and Attn:  D. J. Baker, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036  this  18th  day of April, 2006.

 /s/ *Charles H. Dittmar, Jr.*
CHARLES H. DITTMAR, JR., ESQUIRE
Fla. Bar No. 503850
1411 N. Westshore Blvd., Suite 203
Tampa, FL 33607-4529
Phone: (813) 639-1920
Fax: (813) 639-9799
Attorney for Creditor LESCO MEDISEARCH