# LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/28/2005 | 11858 |

**BILL TO**

WINN DIXIE STORES INC
ATTN: BILLY MARTIN
3015 COASTLINE DRIVE
ORLANDO FL 32858

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | Placement fee | Pete Lallone | Hired 7/29/2004 | 9,800.00 | 9,800.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total** $9,800.00

*Thank you for choosing Lesco MediSearch!*

2:22 PM
04/12/06
Accrual Basis

# LESCO MEDISEARCH
## Find Report
### All Transactions

| Type | Date | Num | Name | Memo | Account | Clr |
|---|---|---|---|---|---|---|
| Bill | 6/3/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 5/17/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/26/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/19/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/5/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/21/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/15/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/23/2004 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/20/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/13/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/6/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/18/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/8/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/25/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/11/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/7/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 6/30/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/24/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/10/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/24/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/10/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/3/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/28/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/13/2003 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/30/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/16/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/9/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/2/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 11/17/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 11/4/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/21/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/7/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/23/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/16/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/3/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/26/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/19/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/29/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/20/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/15/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 6/17/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 6/1/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/18/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/11/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/4/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/25/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/18/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/8/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/3/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/21/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/7/2002 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/17/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 12/8/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 11/26/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 11/12/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/29/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/15/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 10/1/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/17/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 9/3/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/20/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 8/5/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/21/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 7/9/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 6/25/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 6/10/2001 | | PETER LALLONE | | Accounts Payable | |

2:22 PM
04/12/06
Accrual Basis

# LESCO MEDISEARCH
# Find Report
## All Transactions

| Type | Date | Num | Name | Memo | Account | Clr |
|---|---|---|---|---|---|---|
| Bill | 5/14/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/30/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/16/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/9/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 4/2/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/19/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/12/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 3/5/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 2/26/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/31/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/22/2001 | | PETER LALLONE | | Accounts Payable | |
| Bill | 1/8/2001 | | PETER LALLONE | | Payables | |
| Bill | 1/2/2001 | | PETER LALLONE | | Accounts Payable | |

Total

LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes,  FL  34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/23/2004 | 10730 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | #-741 | 2/16 | P.Lallone |  | 51.00 | 510.00 |

**Total**  $510.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/11/2004 | 10781 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | #-720 | 3/6 | E.Tomassi |  | 51.00 | 408.00 |
| 10 | #-741 | 3/3 | P.Lallone |  | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total**   $918.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2004 | 10839 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | #-720 | 3/20 | E.Tomassi |  | 51.00 | 408.00 |
| 10 | #-741 | 3/17 | P.Lallone |  | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total** $918.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

# Invoice

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

| DATE | INVOICE # |
|---|---|
| 4/7/2004 | 10891 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

*PAID*

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10 | #-741 | 3/31 | P.Lallone | 51.00 | 510.00 |
| 10 | #-720 | 3/31 | E.Tomassi | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total** $1,020.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/19/2004 | 10945 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | #-736 | 4/14 | E.Tomassi |  | 51.00 | 510.00 |
| 10 | #-736 | 4/17 | E.Tomassi |  | 51.00 | 510.00 |
| 10 | #-741 | 4/14 | P.Lallone |  | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total**      $1,530.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

# Invoice

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

| DATE | INVOICE # |
|---|---|
| 4/26/2004 | 10974 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

*PAID*

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10 | #-736 | 4/24 | P.Lallone | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total**    $510.00

*Thank you for choosing Lesco MediSearch!*

LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/17/2004 | 11062 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | #-736 | 5/14 | E.Tomassi |  | 51.00 | 510.00 |
| 10 | #-741 | 5/12 | P.Lallone |  | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total**　　$1,020.00

*Thank you for choosing Lesco MediSearch!*

# LESCO MEDISEARCH

"Your Quality Pharmacy Relief Service"
P.O. Box 1414
Land O' Lakes, FL 34639-1414

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2004 | 11117 |

**BILL TO**

WINN DIXIE STORES--MIAMI
ATTN: KEITH KIMBLE
1141 S.W. 12TH AVENUE
POMPANO BEACH FL 33069

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 10 |  |

| QUANTI... | DESCRIPTION |  |  | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10 | #-741 | 5/26 | P.Lallone | 51.00 | 510.00 |

Please remit to the above address
If you have any questions please call 813-930-9999

**Total**     $510.00

*Thank you for choosing Lesco MediSearch!*