UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON APRIL 20, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on April 20, 2006 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

1.    *Debtors' Motion for Order Authorizing the Debtors to Enter into Surety Agreement with RLI Insurance Company and Granting Related Relief (Docket No. 6899)*

Objection Deadline:  Expired.

Objections:        No objections have been filed.

Status:           The Debtors will proceed with the Motion.

2.    *Debtors' Motion for Authority (I) to Reject Non-Residential Real Property Lease, (II) to Establish Bar Date for any Rejection Damage Claims, and (III) Granting Related Relief (Docket No. 6931)*

Objection Deadline:  Expired.

Objections:        No objections have been filed.

Status:           The Debtors will proceed with the Motion.

3.    *Debtors' Motion for Order Authorizing Rejection of Lease Termination Agreements (Docket No. 6883)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

4.    *Debtors' Application for Order Approving Supplement to Debtors' Retention of the Blackstone Group, L.P. as Financial Advisors (Docket No. 6881)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

5.    *Debtors' Motion for Order Granting Fifth Extension of Exclusive Period for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 6889)*

Objection Deadline:  Expired.

Responses:           Creditors' Committee (Docket No. 6921);
                     Ad Hoc Trade Committee (Docket No. 7097); and
                     Wilmington Trust Company (Docket No. 7122).

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

528358

6.      *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Objection Deadline: Expired.

Objections:            No objections have been filed.

Status:                The Debtors, Liberty Mutual and The Ohio Mutual Casualty Company have agreed to continue the hearing until June 15, 2006.


7.      *Maxine Simmons's Motion for Leave to Allow Late Filing of Proof of Claim (Docket No. 3568)*

Objection Deadline: Expired.

Objections:            No objections have been filed.

Status:                The Debtors and Simmons have agreed to continue the hearing until further notice by either party.

## B.      **Contested Matters**

1.      *Debtors' Motion for an Order Modifying the Claims Resolution Procedure to (I) Increase the Aggregate Amount of Cash Payments the Debtors Can Make to Settle De Minimis Litigation Claims and (II) Require Mediation as a Prerequisite to Stay Relief for Liquidation of Litigation Claims (Docket No. 6875)*

Objection Deadline: Expired.

Objections:            James Grady, et al. (Docket No. 7091); and Jeffrey Lesemann (Docket No. 7126).

Status:                The Debtors will proceed with the Motion.

528358

2.      *Debtors' Seventh Omnibus Objection to Overstated Claims (Docket No. 6620)*

Objection Deadline: Expired.

Responses:              Healthcare Consultants of Central Florida, Inc. (Docket No. 6840);
                        Hilex Poly Co., LLC (Docket No. 6914);
                        Coastal Truck Brokers LLC (Docket No. 6915);
                        Idahoan Fresh Pak, Inc. (Docket No. 6917);
                        Clamp-Swing Pricing Co. (Docket No. 6929);
                        Himmel Nutrition, Inc. (Docket No. 7008);
                        Home Market Foods, Inc. (Docket No. 7010);
                        New Plan Excel Realty Trust, Inc. (Docket No. 7012);
                        Cleco Corporation (Docket No. 7013);
                        Idelle Labs Helen of Troy L.P. (Docket No. 7022); and
                        SPCP Group, L.L.C. (Docket No. 7132).

Status:                 The Debtors will proceed with the Objection.

3.      *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline: Expired.

Objections:             Debtors (Docket No. 5874);
                        Creditors' Committee (Docket No. 5887).

Status:                 The Debtors and the Movant have agreed to continue the hearing to May 4, 2006.

4.      *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline: Expired.

Objections:             No objections have been filed.

Status:                 The Debtors and the Movant have agreed to continue the hearing to May 4, 2006.

5.      *Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief (Docket No. 6556)*

Objection Deadline:  Expired.

Objections:            Hecht Properties, Ltd., et al. (Docket No. 6570).

Status:                The Debtors will proceed with the Motion.

6.      *Rita Ferguson, et al.'s Motion for Examination of Debtor Under Bankr. R. 2004 (Docket No. 6924)*

Objection Deadline:  Expired.

Objections:            Debtors (Docket No. 7235).

Status:                The Debtors and Movants have agreed to continue the hearing until further notice by either party.

528358

7.    *Richard S. Ehster, et al.'s Motion for Examination of Debtor Under Bankr. R. 2004 (Docket No. 6925)*

Objection Deadline:  Expired.

Objections:          Debtors (Docket No. 7234)

Status:              The Debtors have been informed that Movants will proceed with the Motion.

Dated:  April 19, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    *s/ D. J. Baker*
         D. J. Baker
         Sally McDonald Henry
         Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

528358