[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On April 12, 2006, Vladimir Jelisavcic filed a Notice if Transfer of Claim on behalf of Longacre Master Fund, Ltd. without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated April 14, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
United Sugars Corporation, 150 S. Leonard Street and Deinard, Minneapolis, MN 55402
Longacre Master Fund, Ltd., 810 Seventh Ave., 22nd Floor, New York, NY 10004
Attorneys for Debtor
Logan & Company

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Apr 17, 2006
Case: 05-03817                Form ID: pdfdoc        Total Served: 1
```

```
The following entities were served by first class mail on Apr 19, 2006.
cr            +Longacre Master Fund, Ltd.,   810 Seventh Ave., 22nd Floor,   New York, NY 10019-5818

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2006**                              **Signature:** _Joseph Speetjens_