UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### <u>ORDER STRIKING RESPONSE TO DEBTORS' MOTION AND NOTICE OF SECURED LIEN</u>

The Court finds that the Response to Debtors' Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets and Notice of Secured Lien of Broward County, Florida filed by Hollie N. Hawn on behalf of Broward County Revenue Collector on April 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Response to Debtors' Motion to Authorize Sale of its Pompano Beach Distribution Center and Related Assets and Notice of Secured Lien of Broward County, Florida filed by Hollie N. Hawn on behalf of Broward County Revenue Collector on April 13, 2006 is stricken from the record.

**DATED** April 14, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Hollie N. Hawn, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Ft. Lauderdale, FL 33301
Attorneys for Debtor
US Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1             Date Rcvd: Apr 17, 2006
Case: 05-03817              Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Apr 19, 2006.
aty          +Hollie N. Hawn,   Interim Cty Atty for Broward Cty,   Government Center, Suite 423,
              115 South Andrews Ave.,   Ft. Lauderdale, FL 33301-1818

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2006**                    **Signature:** _Joseph Speetjens_