**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |

**OBJECTION BY BENDERSON DEVELOPMENT COMPANY, LLC TO PROPOSED CURE AMOUNT FOR STORE NO. 613**

Benderson Development Company, LLC ("Landlord"), by and through its undersigned counsel, and pursuant to the Notice of Hearing dated April 11, 2006 filed by the debtors, hereby files its objection to the proposed cure amount set forth in Exhibit E to the *Debtor's Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, The Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief* (the "Sale Motion") with respect to Store No. 613, and states as follows:

1. In Exhibit E to the Sale Motion, the debtors set forth a proposed cure amount for Store No. 613 (Bradenton, Florida) of $72,799.57. Landlord, the managing agent for the owner of this real property, objects to this proposed cure amount. As evidenced by the documentation annexed hereto as Exhibit "A", the correct cure amount for this lease of non-residential real property, as of the date of the filing of the instant Objection, excluding any amounts arising after the date of the filing of the instant Objection, is $145,178.04. To the extent that rent, attorneys' fees, or other charges

1

continue to accrue, and/or the Landlord suffers other pecuniary losses with respect to the lease of Store No. 613 pending any ultimate assignment of such lease, Landlord hereby reserves its right to amend its cure amount to reflect such additional amounts or to account for year-end adjustments, including without limitation, adjustments for the years 2005 and 2006 (the "Adjustment Amounts"), which have not yet been billed or have not yet become due under the terms of the lease.  As such, the debtors and/or the assignee of the lease must be responsible to satisfy the Adjustment Amounts, if any, when due in accordance with the terms of the lease, regardless of when such Adjustment Amounts were incurred.

2. In addition, Landlord requests that the debtors and/or the assignee of the lease of Store No. 613 be required to comply with all contractual obligations to indemnify and hold the Landlord harmless with regard to events which may have occurred pre-assumption but which were not known to either the Landlord or the debtors as of the date of the assumption, including, but not limited to claims for personal injury which occurred at the leased premises damage and destruction to the leased premises or property by debtors or its agents, and environmental damage or environmental clean-up.

**WHEREAS**, Landlord respectfully requests that this Court: (i) sustain its objection to the debtors' proposed cure amount; (ii) enter an Order setting the cure amount at $145,178.04, plus any additional pecuniary losses sustained by Landlord; (iii) require that the debtors and/or the assignee of the lease for Store No. 613 to continue to comply with the obligations under the lease to pay indemnification obligations and accrued but not yet billed year-end adjustments in the regular course of business; and (iv) for such other and further relied as this Court deems just and proper.

Dated: April 20, 2006
        University Park, Florida

JOEY E. SCHLOSBERG, ESQ.

By:  /s/ Joey E. Schlosberg

Benderson Development Company, LLC
8441 Cooper Creek Boulevard
University Park, Florida 34201
(941) 359-8303
(941) 359-1836 (facsimile)

-and-

KELLEY, DRYE & WARREN, LLP
James S. Carr
Robert L. LeHane
101 Park Avenue
New York, New York 10178
(212) 808-7573
(212) 808-7897 (facsimile)
rlehane@kelleydrye.com

Attorneys for Benderson
Development Company, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 20th day of April, 2006, served a copy of the foregoing by U.S. Mail and facsimile to:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

-and-

Cynthia C. Jackson
Smith Huley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

                                                    /s/ Joey E. Schlosberg
                                                           OF COUNSEL