# EXHIBIT A

EXHIBIT A

```
                         Print Key Output                              Page    1
    5722SS1 V5R2M0 020719              S1033287           04/15/06  11:21:23

    Display Device  . . . . . :  QPADEV006K
    User  . . . . . . . . . . :  SLA

  56222                       Tenant A/R Ledger
  Tenant . . . . . .    4786 Winn-Dixie Stores, Inc.            Paid    N
  Lease No.. . . . .   54962 Winn Dixie #613                    Co
  Billing Code . . .                            Total LC        Incl LC  N
  From Due Date. . .          To Due Date                       Pre-Petition  Y
  Invoice Number . .          Skip to
SQFT Increased from L# 51815 Totals
  O . . Document. .  Invoice   Due/Rec Bill   Gross           Open          Check/
  P Ty  Number  Itm  Date      Date    Code   Amount          Amount        Item
    RH  3453450 001  02/25/03  03/12/03 EX    66,611.03       12,916.83  WD
    RH  3852064 001  03/12/04  03/27/04 EX    71,505.67       39,640.48  25396.71
    RH  4135590 001  03/04/05  03/19/05 EX    56,997.57       56,997.57
    RN  4195729 001  05/11/05  05/26/05 CO    54,574.53       54,574.53
    RN  4395582 001  12/23/05  01/07/06 CO    57,622.51        8,209.23
                                              --------------  --------------
                              TOTAL           307,311.31      172,338.64
```

ACTUAL — $145178.04

SLA 4/15/06

Opt:1=Inv. 2=Txt    F2=Fmt    F4=Totals   F5=Recpts   F10=Lease   F21=Prt

**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave, Buffalo, NY 14202
(716) 886-0211 • Fax (716) 886-2269

INVOICE No. 3852064

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie
RE # 2420 / 015
Braden River Plaza
4502 E. State Road 64
Bradenton
34205-

Winn-Dixie Stores, Inc.
Winn-Dixie #613
Attn: Ann Burbine
3015 Coastline Drive
Orlando, FL 32808

Date       03/12/04

Account No.        4786

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Lease      54962

Common Area Maintenance Charges for Period: 01/03 through 12/03

| | | |
|---|---|---|
| Total Costs incurred by Landlord . . . . | | 241,183.79 |
| PRO RATA Share . . . . . . . . . . . . . . . | x | .470619 |
| | | 113,505.67 |
| Occupancy Factor . . . . . . . . . . . . . . | x | 1.000000 |
| Your Share of Costs. . . . . . . . . . . . | | 113,505.67 |
| A & O per your Lease . . . . . . . . . . . | + | |
| Total. . . . . . . . . . . . . . . . . . . . . . . | | 113,505.67 |
| Escrow Billings For This Period plus Prior Period Adjustments (if any). . . . | - | 42,000.00 |
| Amount Due before Sales Tax. . . . . . . . | | 71,505.67 |
| Sales Tax @    .000 % . . . . . . . . . . | + | |
| Due After All Escrow Paid. . . . . . . . . | | 71,505.67 |

Note - Please remember to forward your payment to our new P.O. Box noted above. This will assure timely application of your payment.

CK #7220706    LESS PAYMENT 5/10/04     31865.19
               LESS CREDIT ALLOWED      14243.77
               BALANCE DUE            $ 25396.71

0 - *

71,505.67  +
31,865.19  -
14,243.77  -
25,396.71  *

E DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
D PAYABLE UNDER THE TERMS OF YOUR LEASE.

BENDERSON DEVELOPMENT CO., INC.
www.Benderson.com


3852064



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

I N V O I C E    No.  4135590

RE - Winn-Dixie
     2420 / 018
     Braden River Plaza
     4502 E. State Road 64
     Bradenton
     34205-

Remit to - Ron-Ben Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn-Dixie #613
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

Date        03/04/05

Account No.   100204

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Lease       54962

Common Area Maintenance Charges for Period: 01/01/04  through  12/31/04

Total Costs incurred by Landlord . . . .                    262,237.02

PRO RATA Share . . . . . . . . . . . . .     x     .446152

                                                            116,997.57

Occupancy Factor . . . . . . . . . . . .     x    1.000000

Your Share of Costs. . . . . . . . . . .                    116,997.57

A & O per your Lease . . . . . . . . . .     +

Total. . . . . . . . . . . . . . . . . .                    116,997.57

Escrow Billings For This Period plus
Prior Period Adjustments (if any). . . .     -     60,000.00

Amount Due before Sales Tax. . . . . . .            56,997.57

Sales Tax @    .000 % . . . . . . . . .      +

Due After All Escrow Paid. . . . . . . .            56,997.57

Note - Please remember to forward your payment to our new P.O. Box noted
       above. Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


4135590



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn-Dixie #613
Attn: Chrissy Norris
       Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

Invoice Date    Invoice No
  05/11/05       04195729

Account No.
 00054962

RE - 2420    UNIT - 018
Braden River Plaza

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4195729-001   2004 REAL ESTATE TAX                    54,574.53
              Total Amount Due                        54,574.53

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04195729

INVOICE #   4195729

Winn-Dixie                                                      ACCOUNT #     54962

2004 REAL ESTATE TAX

PROPERTY #   2420
4502 E. State Road 64
Bradenton, FL

TAX AMOUNT(s):

| | | | |
|---|---|---|---:|
| | #SBL | 11272.7040/1 | 46,145.41 |
| | #SBL | 11272.7045/0 | 83,833.77 |

| | |
|---|---:|
| TOTAL TAXES ................... | 129,979.18 |
| LESS: TAX BASE (if applicable) | 0.00 |
| NET TAXES FOR BILLING ......... | 129,979.18 |
| X PRORATED SHARE .............. | 41.9871% |
| YOUR SHARE OF TAXES ........... | 54,574.53 |
| ESCROW BILLING FOR PERIOD ..... | 0.00 |
| BALANCE FROM PRIOR BILLINGS ... | 0.00 |
| TOTAL REAL ESTATE TAX DUE | 54,574.53 |

PLEASE REFERENCE ACCOUNT #    54962    WITH YOUR REMITTANCE



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - Ron-Ben Associates
         Braden River Post Office, PO Box 21199
         Bradenton, FL 34204-1199

```
Winn-Dixie Stores, Inc.                      Invoice Date    Invoice No
Winn-Dixie #613                                 12/23/05      04395582
Attn: Chrissy Norris
     Area Property Manager                      Account No.
1141 SW 12th Avenue                              00054962
Pompano Beach, FL 33069
                                          RE -  2420    UNIT -  018
                                          Braden River Plaza
```

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

```
4395582-001   2005 REAL ESTATE TAX                    57,622.51
              Total Amount Due                        57,622.51
```

Note - Please remember to forward your payment to our new P.O. Box noted
       above. Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*1/23/06 - Less Payment (Ck 8154762)   49413.28*
*Balance Due                          $ 8209.23*

```
      0. *

      0. *

57,622.51 ÷
   365. =
157.86989041 *

157.86989041 x
      52. =
 8,209.23430132 *
```

*Pre-Petition Share*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04395582

INVOICE #   4395582

Winn-Dixie                                              ACCOUNT #    54962

                        2005 REAL ESTATE TAX

                        PROPERTY #    2420
                        4502 E. State Road 64
                        Bradenton, FL

TAX AMOUNT(s):
            #SBL    11272.7040/1                          46,740.71
            #SBL    11272.7045/0                         102,270.27
                                                      -------------

                    TOTAL TAXES ..................      149,010.98

                    LESS: TAX BASE (if applicable)            0.00
                                                      -------------

                    NET TAXES FOR BILLING .........      149,010.98

                    X PRORATED SHARE ..............         38.6700%
                                                      -------------

                    YOUR SHARE OF TAXES ...........       57,622.51

                    ESCROW BILLING FOR PERIOD .....            0.00

                    BALANCE FROM PRIOR BILLINGS ...            0.00
                                                      -------------

                    TOTAL REAL ESTATE TAX DUE              57,622.51
                                                      =============

        PLEASE REFERENCE ACCOUNT #    54962    WITH YOUR REMITTANCE