UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| _____ ) | |

## MOTION TO APPEAR *PRO HAC VICE*

THERESA A. FOUDY, of the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP (the "Movant"), pursuant to Local Rule 2090-1(c), hereby moves for special admission to appear, in the above-captioned bankruptcy case as counsel to Wilmington Trust Company, as Successor Indenture Trustee for the eight and seven-eighths percent (8⅞%) Senior Notes due 2008 under an Indenture, dated as of December 26, 2000, by and between Winn-Dixie Stores, Inc., a Florida corporation, and First Union National Bank, a national banking association, as supplemented by the First Supplemental Indenture dated as of March 29, 2001, and the Second Supplemental Indenture, dated as of January 10, 2002, and states as follows:

1. Theresa A. Foudy is an attorney licensed to practice in the State of New York and has been a member in good standing of this Bar since 1994.

2. Theresa A. Foudy is also admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second and Third Circuits. A certificate verifying that Theresa A. Foudy is admitted to practice in the United States District Court for the Southern District of New York is attached hereto as Exhibit "A."

2818551v1

3.  The Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of New York or any other state or federal court. An affidavit of Theresa A. Foudy is attached hereto as Exhibit "B."

4.  The Movant certifies further that she is familiar with and shall be governed by the Local Rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, the Movant respectfully requests entry of the attached proposed order authorizing special admission to practice in these Chapter 11 cases.

> CURTIS, MALLET-PREVOST, COLT
>  & MOSLE LLP
> Attorneys for Wilmington Trust Company
> 101 Park Avenue
> New York, NY  10178-0061
> Telephone:  212-696-6000
> Facsimile:  212-697-1559
>
> By: /s/ Theresa A. Foudy
> Theresa A. Foudy
> New York Bar No. (TF-6268)
> tfoudy@cm-p.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| _____ ) | |

### AFFIDAVIT OF THERESA A. FOUDY IN CONNECTION WITH MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK

COUNTY OF NEW YORK

I, THERESA A. FOUDY, pursuant to 28 U.S.C. § 1746, do state:

1. I am an attorney with the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178-0061, telephone number (212) 696-6000.

2. I am of the full age of majority and not laboring under any disabilities. I declare under penalty of perjury that the foregoing is true and correct.

3. I am a member of good standing of the Bar of the State of New York.

4. I am admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the United States Court of Appeals of the Second and Third Circuits.

5. No disciplinary proceedings or criminal charges have been instituted against me.

2818551v1

6.  I consent to adhere to the Local Rules of this Court.

Executed on April 17, 2006

*[signature]*
THERESA A. FOUDY

STATE OF NEW YORK

COUNTY OF NEW YORK

The foregoing instrument was acknowledged before me on the 17th day of April 2006, by Theresa A. Foudy, who is personally known to me or who has produced a Driver's License as identification, and who did/did not take an oath.

*[signature]*
Notary Public, State of New York

My Commission Expires:

JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires Aug. 12, 2006

-2-

2818551v1