EXHIBIT  A

CSDNY (11/99) Certificate of Good Standing

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, __J. Michael McMahon,__  Clerk of this Court, certify that

THERESA A. FOUDY , Bar # TF6268

was duly admitted to practice in this Court on

APRIL 25TH, 1995 , and is in good standing

as a member of the Bar of this Court.

500 Pearl Street

Dated at    New York, New York    on    APRIL 17th, 2006

J. Michael McMahon    by _____
Clerk    Deputy Clerk