UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

LaFleur Law Firm gives notice of its appearance as counsel of record for **SKS Properties, L.C.** and requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on SKS Properties, L.C. be served on it in care of the undersigned counsel.

**LaFLEUR LAW FIRM**

By /s/ *Nina M. LaFleur*
     Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 861128
St. Augustine, Florida 32086
(904) 797-7995
(904) 797-7996 (Facsimile)

Attorneys for SKS Properties, L.C.

## Certificate of Service

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 20th day of April, 2006.

/s/ *Nina M. LaFleur*
Attorney