UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                              Chapter 11
           Debtors.                               )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Catherine Royster  (Claim No. 2027) [Docket No. 7301] was furnished by mail on April 20, 2006 to Catherine Royster c/o Raymond Martucci, Esq., Law Offices of Marks & Fleischer, P.A., 303 Southwest 6th Street, Ft. Lauderdale, Florida 33315.

Dated:  April 20, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>       D. J. Baker  <br>       Sally McDonald Henry  <br>       Rosalie Gray | By   *s/ James H. Post*  <br>       Stephen D. Busey  <br>       James H. Post (FBN 175460)  <br>       Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC