UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
        Debtors.                               )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Michelle Silvera  (Claim No. 5726) [Docket No. 7304] was furnished by mail on April 20, 2006 to Michelle Silvera c/o Jose A. Fuentes, Esq., Law Offices of Carlos A. Velasquez, P.A., 101 N. Pine Island Road, Suite 201, Plantation, Florida 33324.

Dated:  April 20, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By   *s/ James H. Post*   <br>    Stephen D. Busey <br>    James H. Post (FBN 175460) <br>    Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC