UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.  ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ayanna Johnson  (Claim No. 1155) [Docket No. 7299] was furnished by mail on April 20, 2006 to Ayanna Johnson c/o Stephen H. McNeill, Esq., Law Offices of Richard B. Troutman, P.A., 1101 N. Kentucky Avenue, Winter Park, Florida 32789.

Dated:  April 20, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*   <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By    *s/ James H. Post*   <br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC