# INVOICE

Megatoys
6443 E. Slauson Avenue
Commerce, CA 90040

Telephone: 323-887-8138
Warehouse: MAIN

| Invoice No. | 6792 |
|---|---|
| Customer No. | WIN01 |

**Bill To:**
WINN DIXIE AMERICA'S SUPERMARKET
JACKSONVILLE DIVISION
P.O. BOX 40595
JACKSONVILLE, FL 32203
U.S.A.

**Ship To:**
WINN DIXIE #0069219021000
WINN DIXIE AMERICA'S SUPERMARKET
15500 W. BEAVER ST. BLDG B
JACKSONVILLE, FL 32234
U.S.A.

| Ship Via | F.O.B | Terms | Salesperson |
|---|---|---|---|
| C.H. ROBINSON | DESTINATION | NET 30 DAYS | TRACER MARKETING |

| Invoice Date | Due Date | SO # | Ordered By | PO # | Bill of Lading # |
|---|---|---|---|---|---|
| 10/06/05 | 11/05/05 | 14006 | | 281868 | 01325300000033415 |

| Order Quantity | Shipped Quantity | Carton Quantity | Tax | Item Number / Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 136 | 136 | 136 | N | 22033WD                        U of M: CS PK 24<br>LG XMAS STOCKING W/TOY & CANDY<br>WINN DIXIE SKU# 203395 | 32.160 | 4,373.76 |
| 136 | 136 | 136 | N | 29120WD                        U of M: CS PK 6<br>XMAS TREE BOX W/PLUSH & CANDY<br>WINN DIXIE SKU# 203403 | 36.420 | 4,953.12 |
| 136 | 136 | 136 | N | 29040WD                        U of M: CS PK 6<br>SNOW BEAR W/NESTLE TREAS & CANDY IN TIN BUCKET<br>WINN DIXIE SKU# 203406 | 37.860 | 5,148.96 |

PLEASE REMIT ALL PAYMENT TO:
MEGATOYS
6443 E. SLAUSON AVE.
COMMERCE, CA 90040

| Print Date | 04/20/06 | Total Pieces | 408 | Total Paid | 10,503.11 | Subtotal | 14,475.84 |
|---|---|---|---|---|---|---|---|
| Print Time | | Total Cartons | 408 | | | Freight | 0.00 |
| Page # | 1 | Total Weight | 4760 | Balance Due | 3,972.73 | | |
| | | Total Volume | 1239 | | | Invoice Total | 14,475.84 |

Amount due is based on 'Terms' above.

Exhibit "B"

Megatoys
6443 E. Slauson Avenue
Commerce, CA 90040

# INVOICE

Telephone: 323-887-8138
Warehouse: MAIN

| Invoice No. | 6793 |
|---|---|
| Customer No. | WIN01 |

**Bill To:**
WINN DIXIE AMERICA'S SUPERMARKET
JACKSONVILLE DIVISION
P.O. BOX 40595
JACKSONVILLE, FL 32203
U.S.A.

**Ship To:**
WINN DIXIE #006921902c000
WINN DIXIE STORES, INC.
4401 SEABOARD ROAD
ORLANDO, FL 32808
U.S.A.

| Ship Via | F.O.B | Terms | Salesperson |
|---|---|---|---|
| C.H. ROBINSON | DESTINATION | NET 30 DAYS | TRACER MARKETING |

| Invoice Date | Due Date | SO # | Ordered By | PO # | Bill of Lading # |
|---|---|---|---|---|---|
| 10/06/05 | 11/05/05 | 14009 | | 281880 | 01325300000033422 |

| Order Quantity | Shipped Quantity | Carton Quantity | Tax | Item Number / Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 136 | 136 | 136 | N | 22033WD  U of M: CS PK 24<br>LG XMAS STOCKING W/TOY & CANDY<br>WINN DIXIE SKU# 203395 | 32.160 | 4,373.76 |
| 136 | 136 | 136 | N | 29120WD  U of M: CS PK 6<br>XMAS TREE BOX W/PLUSH & CANDY<br>WINN DIXIE SKU# 203403 | 36.420 | 4,953.12 |
| 136 | 136 | 136 | N | 29040WD  U of M: CS PK 6<br>SNOW BEAR W/NESTLE TREAS & CANDY IN TIN BUCKET<br>WINN DIXIE SKU# 203406 | 37.860 | 5,148.96 |

| Print Date | 04/20/06 |
|---|---|
| Print Time | |
| Page # | 1 |

| Total Pieces | 408 |
|---|---|
| Total Cartons | 408 |
| Total Weight | 4760 |
| Total Volume | 1239 |

| Total Paid | 579.04 |
|---|---|
| Balance Due | 13,896.80 |

| Subtotal | 14,475.84 |
|---|---|
| Freight | 0.00 |
| Invoice Total | 14,475.84 |

Amount due is based on 'Terms' above.

TOTAL P.03