Check Date: 18.Oct.2005                                                                 Check No.        00811840

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDATL | 090204198 | 18.Oct.2005 | A0547534 | -419.66 | 0.00 | -419.66 |
| | AR CR VOUCHER | | | | | |
| WDATL | 090205449 | 18.Oct.2005 | A0547535 | -584.50 | 0.00 | -584.50 |
| | AR CR VOUCHER | | | | | |
| WDATL | 090205450 | 18.Oct.2005 | A0547536 | -6.93 | 0.00 | -6.93 |
| | AR CR VOUCHER | | | | | |
| WDATL | 090206679 | 18.Oct.2005 | A0547537 | -7.26 | 0.00 | -7.26 |
| | AR CR VOUCHER | | | | | |
| WDATL | 090206680 | 18.Oct.2005 | A0547538 | -234.38 | 0.00 | -234.38 |
| | AR CR VOUCHER | | | | | |
| WDATL | 090207742 | 18.Oct.2005 | A0547539 | -7.13 | 0.00 | -7.13 |
| | AR CR VOUCHER | | | | | |
| WDCHR | 110251983 | 18.Oct.2005 | A0617100 | -159.46 | 0.00 | -159.46 |
| | AR CR VOUCHER | | | | | |
| WDCHR | 110253385 | 18.Oct.2005 | A0617103 | -7.26 | 0.00 | -7.26 |
| | AR CR VOUCHER | | | | | |
| WDCHR | 110254675 | 18.Oct.2005 | A0617104 | -1,779.41 | 0.00 | -1,779.41 |
| | AR CR VOUCHER | | | | | |
| WDCHR | 110255881 | 18.Oct.2005 | A0617105 | -53.46 | 0.00 | -53.46 |
| | AR CR VOUCHER | | | | | |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000830935 | PC WOO INC DBA MEGA TOYS | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008118407 | 18.Oct.2005 | $-3,259.45 | $0.00 | $7,381.49 |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn Dixie Stores, Inc.                    WACHOVIA BANK, N.A.                    008118407
Debtor-in-Possession                       Pensacola FL 32534                     63-1012/632
PO Box B
Jacksonville, Florida 32203-0297
                                           Date   18.Oct.2005
                                                                                  Pay Amount $7,381.49***
Pay    ****SEVEN THOUSAND THREE HUNDRED EIGHTY-ONE AND 49/100 US DOLLAR****

To The Order Of                            Winn Dixie Stores, Inc. Consolidated Disbursement Account

PC WOO INC DBA MEGA TOYS
6443 E SLAUSON AVE
COMMERCE, CA 90040
                                                                   KDHardee
                                                                   Authorized Signature

⑈008118407⑈

Exhibit "C"

Check Date: 18.Oct.2005  
Check No. 008118407

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDMTG | 070230489 AR CR VOUCHER | 18.Oct.2005 | A0650153 | -400.82 | 0.00 | -400.82 |
| WDMTG | 070230490 AR CR VOUCHER | 18.Oct.2005 | A0650154 | -136.46 | 0.00 | -136.46 |
| WDMTG | 070232276 AR CR VOUCHER | 18.Oct.2005 | A0650155 | -6.93 | 0.00 | -6.93 |
| WDMTG | 070232277 AR CR VOUCHER | 18.Oct.2005 | A0650156 | -585.06 | 0.00 | -585.06 |
| WDMTG | 070233904 AR CR VOUCHER | 18.Oct.2005 | A0650157 | -14.50 | 0.00 | -14.50 |
| WDMTG | 070233905 AR CR VOUCHER | 18.Oct.2005 | A0650158 | -769.94 | 0.00 | -769.94 |
| WDMTG | 070233906 AR CR VOUCHER | 18.Oct.2005 | A0650159 | -21.65 | 0.00 | -21.65 |
| WDMTG | 070235412 AR CR VOUCHER | 18.Oct.2005 | A0650160 | -189.62 | 0.00 | -189.62 |
| WDMTG | 070236859 AR CR VOUCHER | 18.Oct.2005 | A0650161 | -64.48 | 0.00 | -64.48 |
| WDNOL | 080210246 AR CR VOUCHER | 18.Oct.2005 | A0623448 | -226.76 | 0.00 | -226.76 |
| WDNOL | 080210247 AR CR VOUCHER | 18.Oct.2005 | A0623449 | -21.19 | 0.00 | -21.19 |
| WDNOL | 080210248 AR CR VOUCHER | 18.Oct.2005 | A0623450 | -15.10 | 0.00 | -15.10 |
| WDNOL | 080211692 AR CR VOUCHER | 18.Oct.2005 | A0623451 | -6.93 | 0.00 | -6.93 |
| WDNOL | 080211693 AR CR VOUCHER | 18.Oct.2005 | A0623452 | -326.48 | 0.00 | -326.48 |
| WDNOL | 080211694 AR CR VOUCHER | 18.Oct.2005 | A0623453 | -219.23 | 0.00 | -219.23 |
| WDNOL | 080213175 AR CR VOUCHER | 18.Oct.2005 | A0623454 | -310.87 | 0.00 | -310.87 |
| WDNOL | 080214561 AR CR VOUCHER | 18.Oct.2005 | A0623455 | -262.03 | 0.00 | -262.03 |
| WDNOL | 080214562 AR CR VOUCHER | 18.Oct.2005 | A0623456 | -2.28 | 0.00 | -2.28 |
| WDNOL | 080218678 AR CR VOUCHER | 18.Oct.2005 | A0623457 | -2.28 | 0.00 | -2.28 |
| WDNOL | 080220237 AR CR VOUCHER | 18.Oct.2005 | A0623458 | -123.20 | 0.00 | -123.20 |
| WDCHR | 110251984 AR CR VOUCHER | 18.Oct.2005 | A0617101 | -49.50 | 0.00 | -49.50 |
| WDCHR | 110253384 AR CR VOUCHER | 18.Oct.2005 | A0617102 | -386.32 | 0.00 | -386.32 |
| WDCHR | 110255882 AR CR VOUCHER | 18.Oct.2005 | A0617106 | -7.15 | 0.00 | -7.15 |
| WDCHR | 110257201 AR CR VOUCHER | 18.Oct.2005 | A0617107 | -7.02 | 0.00 | -7.02 |
| WDCHR | 110257202 AR CR VOUCHER | 18.Oct.2005 | A0617108 | -14.40 | 0.00 | -14.40 |
| WDORL | 120218041 | 18.Oct.2005 | A0679195 | -125.91 | 0.00 | -125.91 |

Check Date: 18.Oct.2005  Check No. 008118407

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDJAX | AR CR VOUCHER 010234874 | 18.Oct.2005 | A0646545 | -335.36 | 0.00 | -335.36 |
| WDJAX | AR CR VOUCHER 010236326 | 18.Oct.2005 | A0646546 | -168.33 | 0.00 | -168.33 |
| WDJAX | AR CR VOUCHER 010237890 | 18.Oct.2005 | A0646547 | -59.81 | 0.00 | -59.81 |
| WDJAX | AR CR VOUCHER 010240645 | 18.Oct.2005 | A0646548 | -20.44 | 0.00 | -20.44 |
| WDTPA | AR CR VOUCHER 020209030 | 18.Oct.2005 | A0548097 | -235.29 | 0.00 | -235.29 |
| WDTPA | AR CR VOUCHER 020210143 | 18.Oct.2005 | A0548098 | -142.67 | 0.00 | -142.67 |
| WDTPA | AR CR VOUCHER 020211145 | 18.Oct.2005 | A0548099 | -21.32 | 0.00 | -21.32 |
| WDPOM | AR CR VOUCHER 030232659 | 18.Oct.2005 | A0726939 | -543.67 | 0.00 | -543.67 |
| WDPOM | AR CR VOUCHER 030232660 | 18.Oct.2005 | A0726940 | -149.63 | 0.00 | -149.63 |
| WDPOM | AR CR VOUCHER 030234533 | 18.Oct.2005 | A0726941 | -1,212.71 | 0.00 | -1,212.71 |
| WDPOM | AR CR VOUCHER 030234534 | 18.Oct.2005 | A0726942 | -96.95 | 0.00 | -96.95 |
| WDPOM | AR CR VOUCHER 030236204 | 18.Oct.2005 | A0726943 | -1,399.37 | 0.00 | -1,399.37 |
| WDPOM | AR CR VOUCHER 030236205 | 18.Oct.2005 | A0726944 | -22.67 | 0.00 | -22.67 |
| WDPOM | AR CR VOUCHER 030237959 | 18.Oct.2005 | A0726945 | -168.25 | 0.00 | -168.25 |
| WDPOM | AR CR VOUCHER 030237960 | 18.Oct.2005 | A0726946 | -7.55 | 0.00 | -7.55 |
| WDPOM | AR CR VOUCHER 030239583 | 18.Oct.2005 | A0726947 | -58.38 | 0.00 | -58.38 |
| WDPOM | AR CR VOUCHER 030239584 | 18.Oct.2005 | A0726948 | -14.40 | 0.00 | -14.40 |
| WDPOM | AR CR VOUCHER 030241018 | 18.Oct.2005 | A0726949 | -20.44 | 0.00 | -20.44 |
| WDPOM | AR CR VOUCHER 030242462 | 18.Oct.2005 | A0726950 | -80.09 | 0.00 | -80.09 |
| WDDIS | AR CR VOUCHER 050211825 | 18.Oct.2005 | A0607360 | -139.22 | 0.00 | -139.22 |
| WDDIS | AR CR VOUCHER 050213067 | 18.Oct.2005 | A0607361 | -61.14 | 0.00 | -61.14 |
| WDDIS | AR CR VOUCHER 050213068 | 18.Oct.2005 | A0607362 | -6.93 | 0.00 | -6.93 |
| WDDIS | AR CR VOUCHER 050214159 | 18.Oct.2005 | A0607363 | -14.17 | 0.00 | -14.17 |
| WDDIS | AR CR VOUCHER 050214160 | 18.Oct.2005 | A0607364 | -423.71 | 0.00 | -423.71 |
| WDMTG | AR CR VOUCHER 070230488 AR CR VOUCHER | 18.Oct.2005 | A0650152 | -6.95 | 0.00 | -6.95 |

Check Date: 18.Oct.2005     Check No. 008118407

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | SCAN-000036359 AR CR VOUCHER | 18.Oct.2005 | A0932896 | -561.94 | 0.00 | -561.94 |
| WDHDQ | SCAN-000036631 AR CR VOUCHER | 18.Oct.2005 | A0932897 | -378.61 | 0.00 | -378.61 |
| WDHDQ | SCAN-000036896 AR CR VOUCHER | 18.Oct.2005 | A0932898 | -317.68 | 0.00 | -317.68 |
| WDHDQ | SCAN-000037129 AR CR VOUCHER | 18.Oct.2005 | A0932899 | -1,925.45 | 0.00 | -1,925.45 |
| WDHDQ | SCAN-000037434 AR CR VOUCHER | 18.Oct.2005 | A0932900 | -1,338.44 | 0.00 | -1,338.44 |
| WDHDQ | SCAN-000037510 AR CR VOUCHER | 18.Oct.2005 | A0932901 | -246.37 | 0.00 | -246.37 |
| WDHDQ | SCAN-000037719 AR CR VOUCHER | 18.Oct.2005 | A0932902 | -330.09 | 0.00 | -330.09 |
| WDHDQ | SCAN-000037799 AR CR VOUCHER | 18.Oct.2005 | A0932903 | -228.83 | 0.00 | -228.83 |
| WDHDQ | SCAN-000038078 AR CR VOUCHER | 18.Oct.2005 | A0932904 | -273.26 | 0.00 | -273.26 |
| WDHDQ | SCAN-000038367 AR CR VOUCHER | 18.Oct.2005 | A0932905 | -240.71 | 0.00 | -240.71 |
| WDHDQ | SCAN-000038672 AR CR VOUCHER | 18.Oct.2005 | A0932906 | -247.90 | 0.00 | -247.90 |
| WDHDQ | SCAN-000038953 AR CR VOUCHER | 18.Oct.2005 | A0932907 | -184.42 | 0.00 | -184.42 |
| WDHDQ | SCAN-000039229 AR CR VOUCHER | 18.Oct.2005 | A0932908 | -127.60 | 0.00 | -127.60 |
| WDHDQ | SCAN-000039527 AR CR VOUCHER | 18.Oct.2005 | A0932909 | -129.58 | 0.00 | -129.58 |
| WDHDQ | SCAN-000039851 AR CR VOUCHER | 18.Oct.2005 | A0932910 | -141.17 | 0.00 | -141.17 |
| WDHDQ | SCAN-000040181 AR CR VOUCHER | 18.Oct.2005 | A0932911 | -156.61 | 0.00 | -156.61 |
| WDHDQ | SCAN-000040503 AR CR VOUCHER | 18.Oct.2005 | A0932912 | -109.69 | 0.00 | -109.69 |
| WDHDQ | SCAN-000040824 AR CR VOUCHER | 18.Oct.2005 | A0932913 | -76.35 | 0.00 | -76.35 |
| WDHDQ | SCAN-000041170 AR CR VOUCHER | 18.Oct.2005 | A0932914 | -73.80 | 0.00 | -73.80 |
| WDHDQ | SCAN-000041507 AR CR VOUCHER | 18.Oct.2005 | A0932915 | -61.36 | 0.00 | -61.36 |
| WDHDQ | SCAN-000041855 AR CR VOUCHER | 18.Oct.2005 | A0932916 | -71.75 | 0.00 | -71.75 |
| WDHDQ | SCAN-000042182 AR CR VOUCHER | 18.Oct.2005 | A0932917 | -134.10 | 0.00 | -134.10 |
| WDHDQ | SCAN-000042539 AR CR VOUCHER | 18.Oct.2005 | A0932918 | -40.42 | 0.00 | -40.42 |
| WDJAX | 010233438 AR CR VOUCHER | 18.Oct.2005 | A0646542 | -10.78 | 0.00 | -10.78 |
| WDJAX | 010233439 AR CR VOUCHER | 18.Oct.2005 | A0646543 | -236.26 | 0.00 | -236.26 |
| WDJAX | 010233440 | 18.Oct.2005 | A0646544 | -6.69 | 0.00 | -6.69 |

Check Date: 18.Oct.2005

Check No. 008118407

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| | AR CR VOUCHER | | | | | |
| WDORL | 120218042 | 18 Oct 2005 | A0679196 | -2.28 | 0.00 | -2.28 |
| | AR CR VOUCHER | | | | | |
| WDORL | 120219387 | 18 Oct 2005 | A0679197 | -44.24 | 0.00 | -44.24 |
| | AR CR VOUCHER | | | | | |
| WDORL | 120220664 | 18 Oct 2005 | A0679198 | -204.79 | 0.00 | -204.79 |
| | AR CR VOUCHER | | | | | |
| WDORL | 120220665 | 18 Oct 2005 | A0679199 | -14.29 | 0.00 | -14.29 |
| | AR CR VOUCHER | | | | | |
| WDORL | 120221962 | 18 Oct 2005 | A0679200 | -99.10 | 0.00 | -99.10 |
| | AR CR VOUCHER | | | | | |
| WDORL | 120226034 | 18 Oct 2005 | A0679201 | -11.58 | 0.00 | -11.58 |
| | AR CR VOUCHER | | | | | |
| WDP01 | 6792 | 06 Oct 2005 | 00291667 | 14,475.84 | 289.52 | 14,186.32 |
| WDP12 | 6793 | 06 Oct 2005 | 00310658 | 14,475.84 | 289.52 | 14,186.32 |

| Vendor Number | Name | Total Discounts | |
|---|---|---|---|
| 0000830935 | PC WOO INC DBA MEGA TOYS | $579.04 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008118407 | 18 Oct 2005 | $11,219.98 | $579.04 | $7,381.49 |

TOTAL P.07