To: TERESA

# MEGATOYS

6443 E. Slauson Avenue, Commerce, CA 90040 ph# (323) 887-8138 Fax# (323) 887-8135

| DATE: | 04/11/06 | FAX#: | 904-370-8019 |
|---|---|---|---|
| TO: | WINN DIXIE | FROM: | CINDY |
| ATTN: | DENISE | | |
| PAGE TO FOLLOW: | 32 | | |

RE: OUTSTANDING BALANCE $29588.71

MESSAGES:

Hi Denise,

✓ Attached please find the P.O.D. for inv#6794, Please pay $7,025.04 A.S.A.P.

Our term is Net 30, for the inv#6824, 6905, 6906, 6914, 7451, 7461, 7467, 7492 and 7840 you took 2 % discount, please pay back $3,825.58

On your check#008118407 10/18/05, C/B $1,549.09 are belong to Spencer UPC#22632, attached please find the detail for those C/B. On the same check you deducted $17,189.00, those C/B are belong to 2005 Easter unpaid invoices balance $150,917.12. You shouldn't deduct from current balance, Please pay back $18,738.09 A.S.A.P.

If you have any questions please feel free to contact me at (323) 887-8138 ext. 136

4/13/06

Thanks,

TO

Cindy
cindy@megatoys.com

① $17,189.⁰⁰ has been denied for repayment by Gary Regina. He states these should be pre-petition claims + can only be paid through bankruptcy procedures.

② When did your terms changed to NET & who did you confirm this with at WINN DIXIE?

③ 1,549.⁰⁹ was repaid on ck# 008127958 dated 11/9/05

Denise

Exhibit "D"

TOTAL P.01