UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Debtors | ) | CHAPTER 11 |
| | ) | |
| | ) | JOINTLY ADMINISTERED |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This case is before the Court on a Motion to Withdraw as Counsel of Record for By-Pass Partnership by Katherine M. Determan. This Motion is consented to by By-Pass Partnership, withdrawing counsel and by counsel who will continue to represent By-Pass Partnership. It is

**ORDERED:**

1. Katherine M. Determan is discharged from further responsibility of representation of By-Pass Partnership.

2. Brent B. Barriere, Susie Morgan and Timothy P. Shusta of the law firm of Phelps Dunbar, LLP will continue as counsel for By-Pass Partnership.

DATED this __17__ day of April, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

TA.126296.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Apr 18, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Apr 20, 2006.
aty          +Timothy P. Shusta,   Phelps Dunbar LLP,   100 S. Ashley Drive, Suite 1900,   Tampa, FL 33602-5315

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2006**                         **Signature:**   *Joseph Speetjens*