# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | |
| | ) | **CASE NO. 05-03817-3F1** |
| Debtors. | ) | |
| | ) | **CHAPTER 11** |
| | ) | **JOINTLY ADMINISTERED** |
| | ) | |
| | ) | |

## AMENDED RESPONSE OF JOSEPH ENTERPRISES, INC., TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Joseph Enterprises, Inc., by and through its undersigned counsel, makes this Amended Response to Debtors' Eighth Omnibus Objection to Overstated Claims (the "Objection"), and in support thereof avers:

1. On February 21, 2005, the Debtors-In-Possession ("Debtors") filed a petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the Southern District of New York. The Case was transferred to the Middle District of Florida, Jacksonville Division, on April 14, 2005.

2. On or about April 19, 2006, Joseph Enterprises, Inc., served its Response of Joseph Enterprises, Inc. to Debtors' Eighth Omnibus Objection to Overstated Claims.

3. Joseph Enterprises, Inc., is a California corporation previously doing business with the Debtors herein.

4. By the Objection, Debtors seek to reduce Joseph Enterprises, Inc.'s Claim Number 2573 filed on behalf of Joseph Enterprises, Inc., to reduce the same from

$108,216.00 to $15,830.64 claiming a reduction by a check in the sum of $92,373.61, dated December 16, 2004.

5. Rule 3001 of the Federal Rules of Bankruptcy Procedure provides, at Subsection (f):

> Evidentiary Effect: A proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity of the claim.

6. At the time of the Debtors making payment of the said $92,373.61, there was outstanding to Joseph Enterprises, Inc., balances due on three invoices as reflected in Exhibit A, attached hereto and by this reference hereby incorporated, aggregating a total due in the sum of $200,601.36.

7. Joseph Enterprises, Inc., properly credited the account for the $92,373.61 plus an additional credit claimed of $11.75, leaving the net balance due from Winn-Dixie Stores, Inc., in the sum of $108,216.00. This account explanation is explained in Exhibit A, attached hereto.

8. The net amount due is the same amount as Claim Number 2573 filed herein on behalf of Joseph Enterprises, Inc., and remains the proper calculation of the outstanding obligation.

9. By way of further explanation, attached hereto as Exhibits B, C and D, respectively, are copies of Invoice Nos. 156210, 156273 and 164036, referred to in Exhibit A, the summary of the account.

10. Accordingly, the net amounts due Joseph Enterprises, Inc., are properly reflected in Exhibit A, as supported by Exhibits B, C and D, and giving full credit for the

$92,373.61 check received from Winn-Dixie Stores, Inc., dated December 16, 2004, a copy of which is attached hereto as Exhibit E.

**WHEREFORE**, Joseph Enterprises, Inc., prays that Debtors' Objection to its claimed obligation outstanding of $108,216.00 be overruled and that its claim be allowed in the amount set forth in its Proof of Claim; and for such other and further relief as may be just and required under all of the circumstances.

DATED: April 21, 2006

LAW OFFICES OF
CHARLES W. MCBURNEY, JR.

_/s/ Charles W. McBurney, Jr._
Charles W. McBurney, Jr.
Fla. Bar Number: 354503
Law Office of Charles W. McBurney, Jr.
6550 St. Augustine Road
Suite 105
Jacksonville, Florida  32217
Telephone: (904) 731-0002
Facsimile: (904) 731-3885
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email and to all those entitled to electronic service via CM/ECF system, this _21_ day of April, 2006.

_Charles W. McBurney, Jr._
Attorney

C:\Client Docs\Joseph Enterprises, Inc\Amended Response 42006.doc