# EXHIBIT A

**EXHIBIT A**

**WINN-DIXIE**

**Glove 04-05**
*Theresa Weeks*

| Invoice Number | Invoice Date | Due Date | Due Date | Customer Number | Customer Name | Order Number | PO Number | Invoice Amount | Total Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 156210 | 9/27/04 | 12/16/04 | 3/1/05 | WX1001 | WINN-DIXIE ST | 99002 | 464677 | 121,824.72 | (60,912.36) | 60,912.36 |
| 156273 | 9/27/04 | 12/16/04 | 3/1/05 | WX1001 | WINN-DIXIE ST | 99003 | 464679 | 62,946.00 | (31,473.00) | 31,473.00 |
| 184038 | 1/27/05 | 3/28/05 | | WX1001 | WINN-DIXIE ST | 900969 | 598184 | 15,830.64 | - | 15,830.64 |
| | | | | | | | | 200,601.36 | (92,385.36) | 108,216.00 |

Gross Payment Amount
Returns claimed 11.75
NET PAYMENT AMOUNT (92,373.61) 108,216.00