# EXHIBIT C

**EXHIBIT C**



**Joseph Enterprises**
425 California Street, Suite 300
San Francisco, CA 94104
(415) 397-6992

DUNS # 14-470-8872

## Invoice

**Bill To:**
WINN-DIXIE STORES, INC.
Greenville GMD Dist Ctr.
P.O. Box 40805
Jacksonville FL   32203-0805

**Ship To:**
WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville FL   32254

| PO NUMBER | 464679 | INVOICE NUMBER | 156273 | INVOICE DATE | 9/27/2004 |
|---|---|---|---|---|---|
| DEPT # | | CUSTOMER NUMBER | WX1001 | ORDER DATE | 9/21/2004 |
| BUYER | | ORDER NUMBER | 99003 | SHIP TO ARRIVE | 9/24/2004 |

**TERMS:** SEE BELOW        1% INTEREST PER MONTH ON PAST DUE ACCOUNTS.

| NO. OF CASES | ITEM NUMBER | DESCRIPTION | CASE COST | TOTAL |
|---|---|---|---|---|
| 129 | HH501-18 | HH501-18 OPEN OVE GLOVE, 18 PCK. | $193.68 | $24,984.72 |
| 98 | HH501-36 | HH501-36 OPEN OVE GLOVE, 36 PCK. | $387.36 | $37,961.28 |

**Amount Due**   $62,946.00

Please mail all chargebacks and supporting documents to our San Francisco office so that we may process credits and adjustments promptly.

Tracking No:

50% due 12/16/04. Balance, less returns & freight                                    due 03/01/05.