# EXHIBIT D

**EXHIBIT D**



**Joseph Enterprises**
425 California Street, Suite 300
San Francisco, CA 94104
(415) 397-6992

DUNS # 14-470-8872

Invoice

Bill To:

WINN-DIXIE STORES, INC.
Greenville GMD Dist Ctr.
P.O. Box 40805
Jacksonville FL   32203-0805

Ship To:

WINN-DIXIE STORES, INC.

5050 Edgewood Court
Jacksonville FL   32254

| PO NUMBER | 596184 | INVOICE NUMBER | 164036 | INVOICE DATE | 1/27/2005 |
|---|---|---|---|---|---|
| DEPT # |  | CUSTOMER NUMBER | WX1001 | ORDER DATE | 1/19/2005 |
| BUYER |  | ORDER NUMBER | 900969 | SHIP TO ARRIVE | 1/23/2005 |

**TERMS:** NET 60         1% INTEREST PER MONTH ON PAST DUE ACCOUNTS.

| NO. OF CASES | ITEM NUMBER | DESCRIPTION | CASE COST | TOTAL |
|---|---|---|---|---|
| 42 | HH501-36 | HH501-36 OPEN OVE GLOVE, 36 PCK. | $376.92 | $15,830.64 |

Amount Due    $15,830.64

Please mail all chargebacks and supporting documents to our San Francisco office so that we may process credits and adjustments promptly.

Tracking No: