# EXHIBIT E

**EXHIBIT E**

| Check Date: 16 Dec 2004 | | | | | Check No. | 007407987 |
|---|---|---|---|---|---|---|
| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| WDHDO | | | | | 0.00 | |

# WINN·DIXIE
## the real deal!

| Vendor Number | Name | | | Total Discounts | |
|---|---|---|---|---|---|
| 0000816719 | JOSEPH ENTERPRISES | | | $0.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 007407987 | 16.Dec.2004 | | $92,373.61 | $0.00 | $92,373.61 |