

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Enter into Surety Agreement with RLI Insurance Company and Granting Related Relief Filed by Debtors (6899)

*Granted*
*Ord / Signed*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

RULING: