UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING THE DEBTORS TO ENTER INTO THE SURETY AGREEMENT WITH RLI INSURANCE COMPANY AND GRANTING RELATED RELIEF**

These cases came before the Court for hearing on April 20, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the Debtors to enter into the Surety Agreement in substantially the form attached to the Motion as Exhibit A (the "Motion").[1] The Court has reviewed the Motion and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United Sates Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to enter into the Surety Agreement in substantially the form attached to the Motion as Exhibit A.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3.  The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated April 20, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.