

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application to Approve Supplement to Debtors' Retention of the Blackstone Group, L.P. as Financial Advisors Filed by Debtor (6881)

*Approved.
Ord/Signed*

**APPEARANCES:**

US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
BLACKSTONE GROUP, L.P.: PAUL P. HUFFARD

**RULING:**