**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER APPROVING SUPPLEMENT TO DEBTORS' RETENTION OF**
**THE BLACKSTONE GROUP, L.P. AS FINANCIAL ADVISORS**

These cases came before the Court for hearing on April 20, 2006, upon the application of Winn-Dixie Stores, Inc. and its twenty-three subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order supplementing the terms of the Debtors' previously approved retention under 11 U.S.C. §§ 327(a) and 328 of The Blackstone Group, L.P. ("Blackstone") to include the provision by Blackstone of financial advisory services to the Debtors in connection with the disposition of their interests in supermarket operations in the Bahamas (the "Bahamas Operations") (the "Supplemental Application").[1]   The Court has reviewed the Supplemental Application, the amended letter agreement between the Debtors and Blackstone dated March 16, 2006 and attached as Exhibit A to the Supplemental Application (the "Amended Engagement Letter"), the supporting supplemental declaration of Paul P. Huffard dated March 30, 2006 and attached as Exhibit B to the Supplemental Application, and the Court's Final Order Authorizing Debtors to Employ The Blackstone Group, L.P. as Financial Advisors dated June 3, 2005 and filed at Docket No. 1560 (the "Final Blackstone Order").  The Court has also considered the representations of counsel. Based upon the representations of counsel, after due deliberation and

---

[1]   All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Supplemental Application.

finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Supplemental Application and that granting such relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Supplemental Application is granted.

2.    The terms of the Debtors' previously approved retention of Blackstone are supplemented to include the provision by Blackstone of financial advisory services to the Debtors in connection with the disposition of their interests in the Bahamas Operations on the terms set forth in the Amended Engagement Letter.

3.    Except as supplemented by this Order, the terms of the Debtors' retention of Blackstone shall remain unchanged and shall be governed by the Final Blackstone Order.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Final Blackstone Order.

Dated _____, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

2

1099735-New York Server 7A - MSW