Case 3:05-bk-03817-JAF   Doc 7347   Filed 04/20/06   Page 1 of 1



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Motion for Fifth Extension of Exclusive Period for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans Filed by Debtor (6889)**

- Statement in Support of Debtors' Motion Filed by Official Committee of Unsecured Creditors (6921)
- Response to the Debtors' Motion filed by Ad Hoc Trade Committee (7097)
- Joinder to Debtors' Motion filed by Wilmington Trust Company (7122)

*Granted*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
WILMINGTON TRUST:     ARTHUR SPECTOR
AD HOC TRADE COMM:    MARK FRIEDMAN

**RULING:**

*no obj*