UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER GRANTING FIFTH EXTENSION OF EXCLUSIVE PERIODS
FOR FILING CHAPTER 11 PLANS AND OBTAINING
ACCEPTANCES OF SUCH PLANS**

These cases came before the Court for hearing on April 20, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors")[4], for entry of an order under 11 U.S.C. § 1121(d) further extending their exclusive periods for proposing and obtaining acceptances of one or more plans of reorganization for an additional 70 days (the "Motion"). The Court has reviewed the Motion, considered the evidence, and heard argument of counsel. After due deliberation and good and sufficient cause existing, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors' Exclusive Proposal Period is extended to and including June 29, 2006.

3. The Debtors' Exclusive Solicitation Period is extended to and including August 29, 2006.

---

[4] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

4. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause.

Dated April 20, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.