UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**ORDER FURTHER CONTINUING HEARING WITH RESPECT TO
WORKERS' COMPENSATION CLAIMS AS SET FORTH IN THE
DEBTORS' FIFTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on April 20, 2006, upon the Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed with respect to the proofs of claim listed on Exhibit A to the Objection (the "Workers' Compensation Claims"), as a result of which the Debtors have agreed to further continue the Objection with respect to the Workers' Compensation Claims to the next omnibus hearing. Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. The hearing to consider the Objection with respect to the Workers' Compensation Claims only is continued to the omnibus hearing scheduled for June 15, 2006. The objection deadline to respond to the Objection is extended until June 8, 2006 for Liberty Mutual Insurance Company and The Ohio Casualty Company, only.

Dated this 20 day of April, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.