

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Motion to Modify Claims Resolution Procedure to (i) Increase the Aggregate Amount of Cash Payments the Debtors Can Make to Settle De Minimis Litigation Claims and (ii) Require Mediation as a Prerequisite to Stay Relief for Liquidation of Litigation Claims Filed by Debtor (6875)

    Objection to Debtors' Motion filed by James Grady, et. al. (Doc. 7091)

    Objection to Debtors' Motion filed by Jeffrey Lesemann (Doc. 7126)

*Granted*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:                             ELENA ESCAMILLA
UNSEC. CRED:                            JOHN B. MACDONALD/PATRICK PATANGAN
                                        MATTHEW S. BARR
JAMES GRADY, et al:                     MICHAEL C. MARKHAM
JEFFREY LESEMANN:                       THOMAS ST. GERMAIN

RULING: