

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**April 20, 2006**
**1:00 P.M.**

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Seventh Omnibus Objection to Overstated Claims Filed by Debtors (6620)**

Response to Debtors' Objection Filed by Healthcare Consultants of Central Florida (Doc. 6840)

Response to Debtors' Objection Filed by Creditor Hilex Poly Co., LLC (Doc. 6914)

Response to Debtors' Objection Filed by Coastal Truck Brokers, LLC (Doc. 6915)

Response to Debtors' Objection Filed by Idahoan Fresh Pak, Inc. (Doc. 6917)

Response to Debtors' Objection Filed by Clamp-Swing Pricing Co. (Doc. 6929)

Response to Debtors' Objection Filed by Himmel Nutrition, Inc. (Doc. 7008)

Response to Debtors' Objection Filed by Home Market Foods, Inc. (Doc. 7010)

Response to Debtors' Objection Filed by New Plan Excel Realty Trust, Inc. (Doc. 7012)

Response to Debtors' Objection Filed by Cleco Corp. (Doc. 7013)

Response to Debtors' Objection Filed by Idelle Labs Helen of Troy L.P. (Doc. 7022)

Response to Debtors' Objection Filed by SPCP Group, LLC (Doc. 7132)

*Sustained*
*Ord / Signed*

**APPEARANCES CONTINUED ON PAGE 2**

**RULING:**



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**April 20, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


APPEARANCES CONTINUED:


US TRUSTEE:                                  ELENA ESCAMILLA
UNSEC. CRED:                                 JOHN B. MACDONALD/PATRICK PATANGAN
                                             MATTHEW S. BARR

HEALTHCARE CONSULTANTS/CENTRAL FL:
HILEX POLY CO., LLC:
COASTAL TRUCK BROKERS LLC:
IDAHOAN FRESH PAK, INC:
CLAMP-SWING PRICING CO:
HIMMEL NUTRITION, INC:
HOME MARKET FOODS, INC:
NEW PLAN EXCEL REALTY TRUST, INC:
CLECO CORPORATION:
IDELLE LABS HELEN OF TROY L.P:
SPCP GROUP, LLC: