

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Leave to File Proofs of Claim Without Prejudice Filed by Florida Tax Collectors (4283)

    Objection to Motion Filed by Debtor (Doc. 5874)
    Joinder of Official Committee of Unsecured Creditors to Debtors' Objection (Doc. 5887)

*Cont'd. to 5/4/2006 @ 1:00*

*AOC NFN*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
FL TAX COLLECTORS:     BRIAN T. FITZGERALD

**RULING:**

*Cont'd.*