

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**April 20, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Motion for Adequate Protection Filed by Florida Tax Collectors (4284)

*Cont'd to 5/4/2006*
*@ 1:00*

*AOCNFN*

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA
**UNSEC. CRED:**         JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
**FL TAX COLLECTORS:**   BRIAN T. FITZGERALD

**RULING:**

*cont d.*