

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Amended Motion for an Order (a) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (b) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines, (c) Authorizing the Debtors to Sell Pharmaceutical Assets Free and Clear of Liens, Claims and Interests, (d) Authorizing the Debtors to Abandon Property and (e) Granting Related Relief Filed by Debtor (6556)**

Objection to Debtors' Motion filed by Hecht Properties, Ltd., et al. (Doc. 6570)

*Granted*
*Ord/Signed*

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
HECHT PROPERTIES, LTD, et. al: DAVID C. PROFILET

RULING:

w/p