UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING MOTION TO RETAIN LIQUIDATING AGENT, TO ABANDON PROPERTY AND FOR RELATED RELIEF

These cases came before the Court on the amended motion (Docket No. 6556) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") for entry of (i) an order authorizing the Debtors to retain a liquidating agent and to abandon property, and (ii) for related relief (the "Motion")[1]. The landlord for Store 215 (the "Landlord") filed an objection to the motion to the extent the Motion seeks authority to abandon property (Docket No.6570) (the "Objection"). On April 19, 2006, the Landlord withdrew the Objection (Docket No. 7289). Accordingly, it is

ORDERED AND ADJUDGED THAT:

The Motion is granted.

Dated this 20 day of April, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

529275

---

[1] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the Agency Agreement or, if not defined in the agreement, as defined in the Motion.