

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for 2004 Examination of Debtor(s) Filed by Rita Ferguson, et. al.(6924)

Objection to Motion filed by Debtor (Doc. 7235)

*Tabled pending report by Millbank Tweed.*

*\* Cont'd until further nte. by either party*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
RITA FERGUSON, et al:  JERRETT MCCONNELL

RULING: