

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 20, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for 2004 Examination of Debtor(s) Filed by Richard S. Ehster, et. al. (6925)

Objection to Motion filed by Debtor (Doc. 7234)

*Denied w/o Prejudice*
*Debtor to furnish to movant info. requested in motion on pg. 4, M, N and O*
*G. Cmte. to furnish copy of report and take statement from letter by Cmte.*

*Ord / Busey*

Pg. 4 M, N, O

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
RICHARD EHSTER, et. al:    JERRETT MCCONNELL

RULING:

obj