
Capital Management

April 19, 2006

Hello,

I have enclosed the backup for the claim amounts from the Seventeenth Omnibus Rejection for the Winn-Dixie case #05-3817. Please contact me you have any questions. Thank you.

Sincerely,

Rick Newkirk

Clearing Operations Specialist
Madison Liquidity Investors
6310 Lamar Ave., Ste120
Overland Park, KS 66202
800-896-8913 ext 5007

6143 S. Willow Drive, Suite 200
Greenwood Village, CO 80111
Phone: 303.957.2000
Fax: 303.957.2090

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 3 of 34
Date: 04/03/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 381741<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456<br><br>Counsel: ATTN JEFFREY J GUIDRY, ESQ | 62<br><br>Debtor: WINN-DIXIE STORES, INC. | $67,426.90 | $1,865.47 | CLAIMANT INCLUDES AMOUNTS NOT OWED BY DEBTOR. REDUCED AMOUNT REFLECTS AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 381741<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456<br><br>Counsel: ATTN JEFFREY J GUIDRY, ESQ | 7110<br><br>Debtor: WINN-DIXIE STORES, INC. | $53,670.87 | $13,438.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,219.15 AND RECLAMATION PAYMENTS TOTALING $39,012.77. |
| Creditor Id: 243076<br>BARKER COMPANY LTD<br>ATTN CHRISTINE CARLSON, CONTROLLER<br>PO BOX 478<br>KEOSAUQUA IA 52565-0478<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 2165<br><br>Debtor: WINN-DIXIE STORES, INC. | $142,635.43 | $62,099.43 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIMANT PROVIDES NO DOCUMENTATION FOR REMAINING ASSERTED AMOUNT DESPITE REPEATED INQUIRIES. |
| Creditor Id: 410535<br>BECTON DICKENSON & COMPANY, INC.<br>ATTN ROBERT MANSPEIZER, PARALEGAL<br>1 BECTON DRIVE, MC 089<br>FRANKLIN LAKES NJ 07417 | 8507<br><br>Debtor: WINN-DIXIE STORES, INC. | $52,387.64 | $51,427.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $960.20 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 279205<br>BEIERSDORF INC<br>ATTN PAT CERONE, SR MGR<br>187 DANBURY RD<br>5232 EAST PROVIDENT DRIVE<br>WILTON CT 06897 | 5462<br><br>Debtor: WINN-DIXIE STORES, INC. | $132,887.66 | $65,463.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,922.08 AND $10,115.18, RESPECTIVELY, NET CONSUMPTION WAIVER OF $1,647.44, AND RECLAMATION PAYMENTS TOTALING $52,718.17. |
| Creditor Id: 279341<br>BERRY PLASTICS CORPORATION<br>ATTN: RONDA HALE, CORP CR MGR<br>101 OAKLEY STREET<br>PO BOX 959<br>EVANSVILLE IN 47706<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 4 | 2050<br><br>Debtor: WINN-DIXIE STORES, INC. | $49,726.47 | $23,371.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,491.79, ACCOUNTS RECEIVABLE BALANCE OF $2,100.01, AND RECLAMATION PAYMENTS TOTALING $22,763.23. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279320**<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 | 7825<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $263,271.20 | $62,997.57 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $954.84, RECLAMATION PAYMENTS TOTALING $30,548.28, AND PREPETITION OVERPAYMENTS OF $168,770.71. |
| **Creditor Id: 244941**<br>CG ROXANE<br>ATTN PATRICE MARQUET, VP FIN<br>1210 SO STATE HWY 395<br>OLANCHA, CA 93549<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 7935<br>Debtor: WINN-DIXIE STORES, INC. | $220,561.50 | $192,644.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,279.04 AND REMOVAL OF $18,638.22 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 399272**<br>CHARLIE'S PASTRIES, INC<br>ATTN CHARLES E BOOTHE JR, CEO<br>3430 NW 16TH STREET, SUITE 10<br>LAUDERHILL FL 33311 | 411<br>Debtor: WINN-DIXIE STORES, INC. | $15,984.00 | $169.10 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. REMAINING ASSERTED AMOUNT IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 245145**<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LUNDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | 10989<br>Debtor: WINN-DIXIE STORES, INC. | $20,902.12 | $17,688.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,603.78 AND $1,610.24 FOR POSTPETITION INVOICE NUMBERS 81590 AND 81591, RESPECTIVELY. |
| **Creditor Id: 381965**<br>CHEVRON PHILLIPS CHEMICAL CO, LP<br>C/O MCCLAIN LEPPERT & MANEY, PC<br>ATTN MICHAEL LEPPERT, ESQ<br>SOUTH TOWER, PENNZOIL PLACE<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 | 11111<br>Debtor: WINN-DIXIE STORES, INC. | $402,030.50 | $342,737.42 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,796.76 AND RECLAMATION PAYMENTS TOTALING $57,496.32. |
| **Creditor Id: 399402**<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706<br><br>Transferee: ASM CAPITAL LP | 586<br>Debtor: WINN-DIXIE STORES, INC. | $145,020.08 | $89,252.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $43,553.24 AND $900.23, RESPECTIVELY, AND REMOVAL OF $11,314.12 FOR POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 411408<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY IA 51102 | 11818<br>**Debtor:** WINN-DIXIE STORES, INC. | $152,216.16 | $105,242.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $46,090.79 AND $883.16, RESPECTIVELY. |
| **Creditor Id:** 399342<br>SNACK ALLIANCE INC<br>ATTN VALERIE SANDERS, AR MGR<br>1900-1030 WEST GEORGIA STREET<br>VANCOUVER BC V6E 2Y3 CANADA<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 479<br>**Debtor:** WINN-DIXIE STORES, INC. | $28,585.70 | $27,048.10 | REDUCE AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,537.60. |
| **Creditor Id:** 261348<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br><br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 955<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $8,276.00 | $5,100.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,487.00 ON 1/14/05 FOR INVOICE NUMBER 12039 BY CHECK NUMBER 007428994 AND $1,689.00 ON 2/3/05 FOR INVOICE NUMBER 12125 BY CHECK NUMBER 007443932. |
| **Creditor Id:** 403444<br>SOUTHERN BAKERIES, INC<br>ATTN KENNETH C REEVES, CONTROLLER<br>3355 W MEMORIAL BLVD<br>LAKELAND FL 33815 | 1019<br>**Debtor:** WINN-DIXIE STORES, INC. | $23,798.22 | $22,895.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $902.95. |
| **Creditor Id:** 261503<br>SPANGLER CANDY COMPANY<br>ATTN ROGER SCHWENDER, CREDIT MGR<br>PO BOX 71<br>BRYAN, OH 43506-0071 | 4726<br>**Debtor:** WINN-DIXIE STORES, INC. | $31,262.40 | $28,053.46 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,208.94. |
| **Creditor Id:** 261835<br>STAR BAKERY INC<br>ATTN ANA G SENDINA<br>3914 NW 32 AVE<br>MIAMI, FL 33142 | 2180<br>**Debtor:** WINN-DIXIE STORES, INC. | $17,929.93 | $16,476.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $929.07 FOR POSTPETITION INVOICES AND $524.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 263306<br>TOWN OF EDENTON<br>ATTN DARLENE CARTER OR AM KNIGHTON<br>PO BOX 300<br>EDENTON, NC 27932-0300 | 2359<br>**Debtor:** WINN-DIXIE STORES, INC. | $12,024.73 | $10,387.41 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,637.32 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id:** 574<br>TOWN OF LOUISBURG<br>ATTN JILL S WETSER<br>110 W NASH STREET<br>LOUISBURG NC 27549 | 10777<br>**Debtor:** WINN-DIXIE STORES, INC. | $31,288.86 | $16,450.37 | REDUCED AMOUNT REFLECTS CLAIMANT'S AGREEMENT OF PREPETITION AMOUNT DUE. |
| **Creditor Id:** 279077<br>TRIDENT SEAFOODS CORP<br>ATTN PATRICIA K SINGER, CR MGR<br>5303 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | 962<br>**Debtor:** WINN-DIXIE STORES, INC. | $16,068.75 | $160.69 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $160.43, NET CONSUMPTION WAIVER OF $482.05, AND RECLAMATION PAYMENTS TOTALING $15,265.57. |
| **Creditor Id:** 279400<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER CO 80237 | 9336<br>**Debtor:** WINN-DIXIE STORES, INC. | $13,964.28 | $6,121.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $104.53, NET CONSUMPTION WAIVER OF $237.66, AND RECLAMATION PAYMENTS TOTALING $7,500.69. |
| **Creditor Id:** 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115 | 1064<br>**Debtor:** WINN-DIXIE STORES, INC. | $41,592.69 | $38,419.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $776.88 AND $2,396.40, RESPECTIVELY. |
| Transferee: ASM CAPITAL LP | | | | |
| **Creditor Id:** 405887<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038 | 2057<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,614.27 | $9,992.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $622.00. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |