UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

### NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-243076-8A-12
BARKER COMPANY LTD
ATTN CHRISTINE CARLSON, CONTROLLER
PO BOX 478
KEOSAUQUA IA 52565-0478

Current Transferee ID: WDX-405906-8A
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| 101947012 | CLAIM(S) TO BE REDUCED | |
|---|---|---|
| CLAIM NO.: 2165<br>CLAIM AMOUNT: $142,635.43<br><br>REDUCED AMOUNT: $62,099.43 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIMANT PROVIDES NO DOCUMENTATION FOR REMAINING ASSERTED AMOUNT DESPITE REPEATED INQUIRIES. |

*# 80,536*

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.    If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00**

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim

Debtor Name: **Winn Dixie Stores, Inc.** Case No **05-03817-3FI**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

**319 293 3777**
Telephone No of Creditor

**319 293 3776**
Fax No of Creditor

20234796

WDX-243076-B2-12
BARKER CO
PO BOX 478
KEOSAUQUA IA 52565-0478

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN-DIXIE STORES, INC
U S BANKRUPTCY COURT M D-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 2165**

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars

☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

| Basis for Claim | | |
|---|---|---|
| ☑ Goods sold to debtor(s) | ☐ Taxes | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed for debtor(s) | ☐ Severance agreement | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Goods purchased from debtor(s) | ☐ Refund | Last four digits of SSN _____ |
| ☐ Money loaned | ☐ Real property lease | Unpaid compensation for services performed from |
| ☐ Personal injury/property damage | ☐ Personal property lease | _____ to _____ |
| ☐ Other | ☐ Other contract | (date)        (date) |

2 Date debt was incurred: **Various, see attached aging "A"**    3 If claim is based on a Court Judgment, date obtained _____

4 Total Amount of Claim at Time Case Filed: $ **142,635.43** _____ $ _____ $ _____ $ **142,635.43**
(unsecured)        (secured)        (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5 Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6 Unsecured Nonpriority Claim $ **142,635.43**
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8 Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9 Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| **5-12-05** | Print **Christine Carlson** Title **Controller**<br>Signature **Christine Carlson** |

This Space Is For Court Use Only

**RECEIVED**
**LOGAN & COMPANY, INC.**
**AS AGENT**

**MAY 18 2005**

**U.S. BANKRUPTCY COURT**
**MIDDLE DISTRICT**
**OF FLORIDA**

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

*A/R Aging*

BARKER CO

ERP 5 02 10        Keo

AR01-R    ·

christin 05/12/05 11 21 17

Accounts Receivable Aging Report

Page  1

| Customer Name | City | Prov/St | | |
|---|---|---|---|---|
| Contact | Phone | Terms | Type | Credit Limit |

---

1573 Winn Dixie Stores Inc    Jacksonville    FL

Site  Cen

RETAIL        0 00

| T Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amount | Bucket Amount | Bucket |
|---|---|---|---|---|---|---|
| I  29857 | 0 | 12/31/04 | 01/30/05 | 16,906 92 | 16,906 92 | 91-120 |
| I  29859 | 0 | 12/31/04 | 01/30/05 | 31,500 99 | 31,500 99 | 91-120 |

| | Original | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| Total | 48,407 91 | 0 00 | 0 00 | 0 00 | 48,407 91 | 0 00 |

Site    Keo

Net 30 days            RETAIL        0 00

| T Invoice | Chk/Ref | Inv Date | Due/Pmnt | Original Amount | Bucket Amount | Bucket |
|---|---|---|---|---|---|---|
| I  55182 | 0 | 12/31/04 | 01/30/05 | 12,416 38 | 12,416 38 | 91-120 |
| I  55188 | 0 | 12/31/04 | 01/30/05 | 48,725 94 | 48,725 94 | 91-120 |
| I  55592 | 0 | 01/26/05 | 02/25/05 | 8,900 53 | 8,900 53 | 61-90 |
| I  55636 | 0 | 01/31/05 | 03/02/05 | 309 07 | 309 07 | 61-90 |
| I  56008 | 0 | 02/16/05 | 03/18/05 | 5,968 90 | 5,968 90 | 31-60 |
| I  56009 | 0 | 02/16/05 | 03/18/05 | 17,906 70 | 17,906 90 | 31-60 |
| I  57571 | 0 | 05/04/05 | 05/04/05 | 494 91 | 494 91 | Current |

| | Original | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| Total | 94,722 43 | 494 91 | 23,875 60 | 9,209 60 | 61,142 32 | 0 00 |

| | Original | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| CUSTOMER | 143,130 34 | 494 91 | 23,875 60 | 9,209 60 | 109,550 23 | 0 00 |

| | Original | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| Grand Total | 143,130 34 | 494 91 | 23,875 60 | 9,209 60 | 109,550 23 | 0 00 |

≈ *Invoice Dates ( Date debt incurred)*

= *Amounts owed to Barker Company Ltd.*

```
ERP 5 02 10        Cen                              BARKER CO                              christin 05/12/05 11.30 54
CO18-R                                          Invoice Register Report                                    Page. 1
```

| Invoice | Customer | Name | Order | Cust PO | | Terms | Pre-Paid | Sales Tax |
|---|---|---|---|---|---|---|---|---|
| | Ship To | | | Shp-Date | Prov/ST | Pkg | Misc Chg | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | Total Cost |
| 29857 | 1573 | Winn Dixie Stores Inc | 55530 | WDNOL-1883 | | N30 | 0 00000 | 1,106 06 |
| | 1402 | Winn Dixie #1402 | | 12/22/04 | MS | 0 | 0 00000 | 7F |
| Regular | | | | 12/31/04 | 83 | BST | 605 86000 | 0 00 |
| | | 20010 | | | 0 0000% | | 16,906 92000 | 5,739 21 |

### Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
|---|---|---|---|---|---|
| 1 | 7F | | 1,106 06000 | 15,800 86000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced U/M |
|---|---|---|---|---|---|---|
| 1 | HSO8-FBOM | 1,935 36000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct  31170 | | | | | |
| 2 | HSO8-FBOM | 1,900 03000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct  31170 | | | | | |
| 3 | HSO8-FBOM | 1,903 82000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct  31170 | | | | | |

```
                                    GRAND TOTALS
                                    Prepaid Amt        0 00    Sales Tax·      1,106 06
                                       Misc Chgs       0 00                        0 00
                                        Freight      605.86    Total Cost·     5,739 21
                                     Total Price   16,906 92
```

# Purchase Order

**New Orleans Division**
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WDNOL- 0000001883 | 08/10/2004 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Mammarelle, Crystal | Currency Code | | USD |

Vendor. 0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA



Ship To    WINN-DIXIE STORE #1402
107 HWY  80 EAST
CLINTON MS 39056
USA

Bill To    ATT  J  D  CONNOR
WINN-DIXIE STORES, INC
P  O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N     Tax Exempt ID

| Line-SchdItem | Description | QuantityUOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1 - 1 | 8' S/C PRODUCE MERCHANDISER W/FULL OUT | 3 00 EA | 5,025 00 | 15,075 00 | 08/10/2004 |
| | SHELF | | Schedule Total | 15,075 00 | |
| Mfg ID | | | | | |

Item Total 00000000000003321          15,075 00

PLEASE CONTACT RALPH RUTHERFORD AT (504) 382-8933 TO SET UP DELIVERY DATE

Total PO Amount          15,075 00

*Middle Octbc*

J D CONNOR

# Purchase Order

## New Orleans Division
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WINOL- 0000001905 | 10/11/2004 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Mammarella, Crystel | Currency Code | | USD |

**Vendor:** 0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Ship To    WINN-DIXIE STORE #1402
107 HWY 80 EAST
CLINTON MS 39056
USA

Bill To    ATT J D CONNOR
WINN-DIXIE STORES, INC
P O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N    Tax Exempt ID

| Line-SchdItem | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 8' HOT/COLD CASE | 1 00 | EA | 13,902 15 | 13,902 15 | 10/11/2004 |
| | | | | Schedule Total | 13,902 15 | |
| Mfg ID | | | | | | |
| | Line 22 PTD-8SDH | | | Item Total | 13,902 15 | |
| 2 - 1 | 5' CAKE MERCHANDISER SS - REMOTE | 2 00 | EA | 3,201 18 | 6,402 36 | 10/11/2004 |
| | | | | Schedule Total | 6,402 36 | |
| Mfg ID | | | | | | |
| | Line 3 BDPF-5R | | | Item Total | 6,402 36 | |
| 3 - 1 | 6' LOW TEMP FROZEN CAKE CASE W/MIRROR | 1 00 | EA | 8,727 79 | 8,727 79 | 10/11/2004 |
| | | | | Schedule Total | 8,727 79 | |
| Mfg ID | | | | | | |
| | Line 2   BDPC-6RLT | | | Item Total | 8,727 79 | |
| 4 - 1 | MIRRORED ENDS PAIR FOR BDPF CASE | 1 00 | EA | 304 67 | 304 67 | 10/11/2004 |
| | | | | Schedule Total | 304 67 | |
| Mfg ID | | | | | | |
| | | | | Item Total | 304 67 | |
| 5 - 1 | MIRRORED LEFT END FOR BDPF | 1 00 | EA | 152 34 | 152 34 | 10/11/2004 |
| | | | | Schedule Total | 152 34 | |
| Mfg ID | | | | | | |
| | | | | Item Total | 152 34 | |
| 6 - 1 | MIRRORED RIGHT END FOR BDPF | 1 00 | EA | 152 34 | 152 34 | 10/11/2004 |
| | | | | Schedule Total | 152 34 | |
| Mfg ID | | | | | | |
| | | | | Item Total | 152 34 | |
| 7 - 1 | SANDWICH CASE | 1 00 | EA | 9,224 27 | 9,224 27 | 10/11/2004 |
| | | | | Schedule Total | 9,224 27 | |
| Mfg ID | | | | | | |
| | Line 6   PT-8R-RRS | | | Item Total | 9,224 27 | |
| 8 - 1 | 8' SINGLE SHELF DELI CASE REMOTE | 1 00 | EA | 7,684 09 | 7,684 09 | 10/11/2004 |
| | | | | Schedule Total | 7,684 09 | |
| Mfg ID | | | | | | |
| | Line 8   BMD5I-8R | | | Item Total | 7,684 09 | |

J D CONNOR

```
ERP 5 02 10        Cen                         BARKER CO                        christin 05/12/05 11 31 11
CO18-R                                   Invoice Register Report                                Page  1


Invoice Customer Name                Order   Cust PO              Terms    Pre-Paid        Sales Tax
        Ship To                              Shp-Date   Prov/ST   Pkg      Misc Chg        Tax Code
                 Misc Acct                   Inv-Date   Slsperson Ship     Freight         Weight
                 Freight Acct                Prov/ST    Ord Disc           Total Price     Total Cost
------- -------- ------------------------- ------- ---------- --------- ---- --------------- -------------------
 29859   1573   Winn Dixie Stores Inc      54205 WDNOL-1905            N30     0 00000       2,060 81
         1402   Winn Dixie #1402                 12/17/04   MS         0       0 00000             7F
Regular                                          12/31/04   83         BST     0 00000          0 00
                                                      0 0000%              31,500 99000      5,011 64
```

```
                        Sales Tax Detail

      Tax System Tax Code  Exempt Code       Amount          Basis    Account
      ---------- -------- ----------- ----------------- ----------------- ------------------------------------
          1        7F                    2,060 81000     29,440 18000    20060
```

```
      Line/Rel Item/Description                   Cost  Discount Price      Discount      Ext Price      Qty Invoiced U/M
      -------- ---------------------------- ----------------- ----------------- --------------- ----------------- ----------------- ---
            3  BDPF-5R                         667 36000   3,353 52000      0 0%         3,353 52           1 000 EA
               BDPF Series,Self Serve,Remote
               Sales Acct  31130

            4  BDPF-5R                         761 77000   3,353 52000      0 0%         3,353 52           1 000 EA
               BDPF Series,Self Serve,Remote
               Sales Acct  31130

           10  MO-4-FBOM                       885 23000   3,878 77000      0 0%         3,878 77           1 000 EA
               PF-Series,Self-Cont,Mobile Cart,4'
               Sales Acct  31165

           11  MO-4-FBOM                       897 95000   3,878 77000      0 0%         3,878 77           1 000 EA
               PF-Series,Self-Cont,Mobile Cart,4'
               Sales Acct  31165

           13  FT8R-FBOM                       747 18000   5,635 60000      0 0%         5,635 60           1 000 EA
               FT-Series,Remote
               Sales Acct  31120

           15  FT4-FBOM                      1,052 15000   9,340 00000      0 0%         9,340 00           1 000 EA
               FT-Series,S-Cont
               Sales Acct  31120
```

```
                                        GRAND TOTALS·
                                        Prepaid Amt.        0 00   Sales Tax       2,060 81
                                           Misc Chgs        0 00                       0 00
                                            Freight         0 00   Total Cost·     5,011 64
                                        Total Price    31,500 99
```

```
ERP 5 02 10       Keo                              BARKER CO                        christin 05/12/05 11 32 00
CO18-R                                        Invoice Register Report                              Page 1
```

| Invoice | Customer | Name | Order | Cust PO | | Terms | Pre-Paid | | Sales Tax |
| | Ship To | | | Shp-Date | Prov/ST | Pkg | Misc Chg | | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | | Total Cost |
| ------- | -------- | ------------------------ | ----- | --------- | --------- | ---- | -------------- | | ------------------ |
| 55182 | 1573 | Winn Dixie Stores Inc | 57898 | WDNOL-1993 | | N30 | 0 00000 | | 886 38 |
| | 1440 | Winn-Dixie 1440 | | 12/22/04 | LA | 0 | 0 00000 | | 8 75 |
| Regular | | | | 12/31/04 | 83 | BST | 1,400 00000 | | 0 00 |
| | | 20010 | | | 0 0000% | | 12,416 38000 | | 3,713 99 |

                      Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
| ---------- | -------- | ----------- | -------------- | ---------------- | -------------------------------- |
| 1 | 8 75 | | 886 38000 | 10,130 00000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced | U/M |
| -------- | ---------------- | -------------- | -------------- | --------------- | ----------------- | ---------------- | --- |
| 1 | HSO8-1573-FBOM | 1,856 90000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 | EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | | |
| | Sales Acct  31170 | | | | | | |
| 2 | HSO8-1573-FBOM | 1,857 09000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 | EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | | |
| | Sales Acct  31170 | | | | | | |

```
                              GRAND TOTALS
                              Prepaid Amt.         0 00    Sales Tax         886 38
                                 Misc Chgs         0 00                        0 00
                                  Freight      1,400 00    Total Cost      3,713 99
                              Total Price     12,416 38
```

# Purchase Order

**New Orleans Division**
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WDNOL- 000001993 | 12/01/2004 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| 30 Days | Destination | COMMON |

| Buyer Mammarella, Crystal | Currency Code | USD |
|---|---|---|

**Vendor:** 0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52585
USA

Ship To
WINN-DIXIE STORE #1440
MARRERO SHOPPING CENTER
4627 WS EXPRESSWAY
MARRERO LA 70072
USA

Bill To
ATT. J D CONNOR
WINN-DIXIE STORES, INC
P O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N    Tax Exempt ID

| Line-SchdItem | Description | QuantityUOM | PO Price | Extended AmtDue Date |
|---|---|---|---|---|
| 1 - 1 | 8' S/C PRODUCE MERCHANDISER W/PULL OUT SHELF | 2 00 EA | 5,065.00 | 10,130 00 12/01/2004 |
| | | | Schedule Total | 10,130 00 |
| Mfg ID | | | | |
| | | Item Total | 000000000000003321 | 10,130 00 |
| | | | | |
| 2 - 1 | ESTIMATED TAX & FREIGHT | 1 00 EA | 1,519 50 | 1,519 50 12/01/2004 |
| | | | Schedule Total | 1,519 50 |
| Mfg ID | | | | |
| | | Item Total | | 1,519 50 |

*Jan. 4 per Ralph* (handwritten)

PLEASE SHIP ASAP!!!!

CONTACT RALPH RUTHERFORD AT (504) 382-8933 WITH ANY QUESTIONS

Total PO Amount    11,649 50

*(handwritten) I- 100444 100445 Due 12/10/04 Delivery*

| J D CONNOR |
|---|

```
ERP 5 02 10        Keo                        BARKER CO                          christin 05/12/05 11.32 13
CO18-R                                    Invoice Register Report                                 Page. 1
```

| Invoice | Customer Ship To | Name<br>Misc Acct<br>Freight Acct | Order | Cust PO<br>Shp-Date<br>Inv-Date<br>Prov/ST | Prov/ST<br>Slsperson<br>Ord Disc | Terms<br>Pkg<br>Ship | Pre-Paid<br>Misc Chg<br>Freight<br>Total Price | Sales Tax<br>Tax Code<br>Weight<br>Total Cost |
|---|---|---|---|---|---|---|---|---|
| 55188 | 1573 | Winn Dixie Stores Inc | 54205 | WDNOL-1905 | | N30 | 0 00000 | 3,187 68 |
| | 1402 | Winn Dixie #1402 | | 12/22/04 | MS | 0 | 0 00000 | 7F |
| Regular | | | | 12/31/04 | 83 | BST | 819 14000 | 0 00 |
| | | 20010 | | | 0 0000% | | 48,725 94000 | 12,163 31 |

#### Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
|---|---|---|---|---|---|
| 1 | 7F | | 3,187 68000 | 45,538 26000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced U/M |
|---|---|---|---|---|---|---|
| 1 | BLF 59RB<br>BLFRB Series,Dry,Roll Bin.<br>Sales Acct  31320 | 1,632 54000 | 3,703 67000 | 0 0% | 3,703 67 | 1 000 EA |
| 2 | BDPC-6R<br>6' Remote,Single Deck,Low Temp<br>Sales Acct. 31100 | 271 37000 | 8,727 79000 | 0 0% | 8,727 79 | 1 000 EA |
| 8 | BMD-8R-51-CBOM<br>8' Remote Service Deli Merchandiser<br>Sales Acct 31250 | 2,570 35000 | 7,836 43000 | 0 0% | 7,836 43 | 1 000 EA |
| 9 | BMD-12R-51-CBOM<br>12' Remote Deli Merchandiser<br>Sales Acct  31250 | 3,650 72000 | 10,549.08000 | 0 0% | 10,549 08 | 1 000 EA |
| 22 | SD-8<br>8' Superdome<br>Sales Acct  31100 | 4,038 33000 | 13,902 15000 | 0 0% | 13,902 15 | 1 000 EA |

```
                              GRAND TOTALS
                              Prepaid Amt        0 00    Sales Tax      3,187 68
                              Misc Chgs          0 00                       0 00
                              Freight:         819 14    Total Cost    12,163 31
                              Total Price   48,725 94
```

# Purchase Order

## New Orleans Division
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| MDNOL- 0000001905 | 10/11/2004 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Mammarella, Crystal | | Currency Code | USD |

**Vendor: 0000020268**
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Ship To    WINN-DIXIE STORE #1402
107 HWY 80 EAST
CLINTON MS 39056
USA

Bill To    ATT J D CONNOR
WINN-DIXIE STORES, INC
P O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N    Tax Exempt ID

| Line-SchdItem | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 9 - 1 | 12' SINGLE SHELF DELI CASE REMOTE | 1 0 | EA | 10,396 74 | 10,396 74 | 10/11/2004 |
| | | | | Schedule Total | 10,396 74 | |
| Mfg ID | | | | | | |
| | *Line 9 BMD-BR/51* | | | Item Total | 10,396 74 | |
| 10 - 1 | MIRRORED RIGHT END FOR BMD CASE | 1.0 | EA | 152 34 | 152 34 | 10/11/2004 |
| | | | | Schedule Total | 152 34 | |
| Mfg ID | | | | | | |
| | | | | Item Total | 152 34 | |
| 11 - 1 | MIRRORED LEFT END FOR BMD CASE | 1 0 | EA | 152 34 | 152 34 | 10/11/2004 |
| | | | | Schedule Total | 152 34 | |
| Mfg ID | | | | | | |
| | | | | Item Total | 152 34 | |
| 12 - 1 | BOUQUET CASE | 1 0 | EA | 5,635 60 | 5,635 60 | 10/11/2004 |
| | | | | Schedule Total | 5,635 60 | |
| Mfg ID | | | | | | |
| | *Line 13 FT-8* | | | Item Total | 5,635 60 | |
| 13 - 1 | ROSE CASE S/C | 1 0 | EA | 4,522 79 | 4,522 79 | 10/11/2004 |
| | | | | Schedule Total | 4,522 79 | |
| Mfg ID | | | | | | |
| | *Line 15 FT-3* | | | Item Total | 4,522 79 | |
| 14 - 1 | 3 DOOR REMOTE FLORAL CASE | 1 0 | EA | 7,181 81 | 7,181 81 | 10/11/2004 |
| | | | | Schedule Total | 7,181 81 | |
| Mfg ID | | | | | | |
| | *Line 14 NFD-3R* | | | Item Total | 7,181 81 | |
| 15 - 1 | 2' SLAT WALL FLORAL | 1 0 | EA | 777 02 | 777 02 | 10/11/2004 |
| | | | | Schedule Total | 777 02 | |
| Mfg ID | | | | | | |
| | *Line 19 CWC* | | | Item Total | 777 02 | |
| 16 - 1 | BASE COUNTER WITH 45 DEGREE EXTERIOR MITERS | 1 0 | EA | 4,611 27 | 4,611 27 | 10/11/2004 |
| | | | | Schedule Total | 4,611 27 | |
| Mfg ID | | | | | | |
| | *Line 17+18 CWC* | | | Item Total | 4,611 27 | |

**J D CONNOR**

```
ERP 5 02 10      Keo                              BARKER CO                    christin 05/12/05 11 32 25
CO18-R    ·                              Invoice Register Report                            Page  1
```

| Invoice | Customer | Name | Order | Cust PO | Prov/ST | Terms | Pre-Paid | Sales Tax |
|---------|----------|------|-------|---------|---------|-------|----------|-----------|
| | Ship To | | | Shp-Date | | Pkg | Misc Chg | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | Total Cost |
| 55592 | 1573 | Winn Dixie Stores Inc | 54993 | WDNOL-1855 | | N30 | 0 00000 | 631 65 |
| | 1440 | Winn-Dixie 1440 | | 01/21/05 | LA | 0 | | 8 75 |
| Regular | | | | 01/26/05 | 83 | BST | 1,050 00000 | 0 00 |
| | | 20010 | | | 0 0000% | | 8,900 53000 | 2,662 94 |

### Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
|-----------|----------|-------------|--------|-------|---------|
| 1 | 8 75 | | 631 65000 | 7,218 88000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced | U/M |
|----------|------------------|------|----------------|----------|-----------|--------------|-----|
| 1 | NFTD-3R | 2,662 94000 | 7,218 88000 | 0 0% | 7,218 88 | 1.000 | EA |
| | Framless Doored Floral Merchandiser | | | | | | |
| | Sales Acct  31070 | | | | | | |

```
                              GRAND TOTALS
                         Prepaid Amt        0 00   Sales Tax          631 65
                         Misc Chgs          0 00                        0 00
                         Freight        1,050 00   Total Cost       2,662 94
                         Total Price    8,900 53
```

# Purchase Order

## New Orleans Division
607 Edwards Avenue
Harahan LA 70123
USA



**Vendor** 0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Purchase Order   Date        Revision       Page
Number 000000381 07/31/2004
Payment Term   Freight Term                 Ship
30 days         Destination                 Prepaid
Buyer Emanuelle Crystal   Currency Code     USD

Ship To    WINN-DIXIE STORE #1440
           MAPREDO SHOPPING CENTER
           4627 US BARRESSWAY
           MAPPERO LA 71072
           USA

Bill To    ATT J D CONNOR
           WINN-DIXIE STORES, INC
           P O BOX 8
           JACKSONVILLE FL 32203 (207
           USA

Tax Exempt N     Tax Exempt ID
Line #  Item          Description                    Quantity/UOM      PO Price    Extended Amt/Date
                      NEID + P & D OP TIME MERCHANDISE   1 00 EA        18 05      18 05 07/31/2004
                      1 CASE POPS                                       Spread us       7 218 05

                                                       Item Total              7 218 05

TOTAL CONTRACT KEEPS GUARANTEED TO SHIP AND SELL 12 OFS OF DELIVERY DATE

Total PO Amount            7 218 05

Devd.  — 8/13
Delivery. — 8/20

80 hours

0-45118-1

J D'CONNOR

```
ERP 5 02 10        Keo                                    BARKER CO                           christin 05/12/06 11 32 39
CO18-R                                           Invoice Register Report                                      Page: 1
```

| Invoice | Customer | Name | Order | Cust PO | | Terms | Pre-Paid | Sales Tax |
|---------|----------|------|-------|---------|--|-------|----------|-----------|
| | Ship To | | | Shp-Date | Prov/ST | Pkg | Misc Chg | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | Total Cost |
| 55636 | 1573 | Winn Dixie Stores Inc | 58766 | WDNOL 1905 | | N30 | 0 00000 | 20 22 |
| | 1402 | Winn Dixie #1402 | | 01/26/05 | MS | 0 | 0 00000 | 7F |
| Regular | | | | 01/31/05 | 75 | FPO | 45 93000 | 0 00 |
| | | 20010 | | | 0 0000% | | 309 07000 | 121 46 |

Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
|------------|----------|-------------|--------|-------|---------|
| 1 | 7F | | 20 22000 | 288 85000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced U/M |
|----------|------------------|------|----------------|----------|-----------|------------------|
| 1 | 300252 FanMotor9wAllAngleL/Temp Sales Acct  31900 | 15 18000 | 30 36000 | 0 0% | 91 08 | 3 000 EA |
| 2 | 303044 Thermostat,Electronic-Control,Ranco Sales Acct  31900 | 27 10000 | 54 20000 | 0 0% | 54 20 | 1 000 EA |
| 3 | 300209 Time-Clock,2Hr-Timer,G355-8045-00,120V Sales Acct  31900 | 48 82000 | 97 64000 | 0 0% | 97 64 | 1 000 EA |

```
                            GRAND TOTALS
                            Prepaid Amt        0 00    Sales Tax           20 22
                            Misc Chgs.         0 00                         0 00
                            Freight           45 93    Total Cost         121 46
                            Total Price      309.07
```

# Purchase Order

## New Orleans Division
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | | Page |
|---|---|---|---|---|
| WDNOL- 0000001905 | 10/11/2004 | | | 3 |
| Payment Terms | Freight Terms | | | Ship Via |
| 30 Days | Destination | | | COMMON |
| Buyer Mammarella, Crystal | | Currency Code | | USD |

Ship To   WINN-DIXIE STORE #1402
107 HWY  80 EAST
CLINTON MS 39056
USA

Vendor  0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Bill To   ATT  J  D  CONNOR
WINN-DIXIE STORES, INC
P O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N    Tax Exempt ID

| Line-SchdItem | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 17 - 1 | WATERBOY CABINET | 1 0 | EA | 750 00 | 750 00 | 10/11/2004 |
| | | | | Schedule Total | 750 00 | |
| Mfg ID | | | | | | |
| ⌀ℓ    LiNE 21 | | | Item Total | | 750 00 | |
| 18 - 1 | HANGING PLANT STAND | 1 0 | EA | 350 00 | 350 00 | 10/11/2004 |
| | | | | Schedule Total | 350 00 | |
| Mfg ID | | | | | | |
| | | | Item Total | | 350 00 | |
| 19 - 1 | FLORAL OCTAGON MERCHANDISER | 1 0 | EA | 966 00 | 966 00 | 10/11/2004 |
| | | | | Schedule Total | 966 00 | |
| Mfg ID | | | | | | |
| | | | Item Total | | 966 00 | |
| 20 - 1 | BALLOON CABINET WITH 2 SIDES SLAT WALL | 0 | EA | 824 38 | 824 38 | 10/11/2004 |
| | | | | Schedule Total | 824 38 | |
| Mfg ID | | | | | | |
| ⌀ℓ    LiNE 16 | | | Item Total | | 824.38 | |
| 21 - 1 | BASE COUNTER | 1 0 | EA | 1,561 06 | 1,561 06 | 10/11/2004 |
| | | | | Schedule Total | 1,561 06 | |
| Mfg ID | | | | | | |
| ⌀ℓ    LiNE 20  CWC | | | Item Total | | 1,561 06 | |
| 22 - 1 | 4' MOBILE PRODUCE MERCHANDISER S/C | 2 0 | EA | 3,878 77 | 7,757 54 | 10/11/2004 |
| | | | | Schedule Total | 7,757 54 | |
| Mfg ID | | | | | | |
| ⌀ℓ    LiNE 11 + 10 | | | Item Total | | 7,757 54 | |
| 23 - 1 | 5' PASTRY CASE 5 DOOR SELF SERVICE | 1 0 | EA | 3,399 00 | 3,399 00 | 10/11/2004 |
| | | | | Schedule Total | 3,399 00 | |
| Mfg ID | | | | | | |
| ⌀ℓ    LiNE 1  BDPF-59B | | | Item Total | | 3,399 00 | |

PLEASE REPLACE THIS PO WITH PO# WDNOL1876

CONTACT RALPH RUTHERFORD AT (504) 382-8933 TO SET UP DELIVERY DATE

J D CONNOR

ERP 5 02 10      Keo                          BARKER CO                      christin 05/12/05 11 32 52
CO18-R                               Invoice Register Report                               Page  1

| Invoice | Customer | Name | Order | Cust PO | | Terms | Pre-Paid | Sales Tax |
| | Ship To | | | Shp-Date | Prov/ST | Pkg | Misc Chg | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | Total Cost |

| 56008 | 1573 | Winn Dixie Stores Inc | 57449 | WDPOM-339 | Usel PO# WDPOM | N30 | 0 00000 | 303 90 |
| | 339 | Winn Dixie 339 | | 02/11/05 | FL | 0 | 0 00000 | 6 |
| Regular | | | | 02/16/05 | 83 | BST | 600 00000 | 0 00 |
| | | 20010 | | | 0 0000% | | 5,968 90000 | 1,842 81 |

Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
| --- | --- | --- | --- | --- | --- |
| 1 | 6 | | 303 90000 | 5,065 00000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced U/M |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | HSOB-1573-FBOM | 1,842 81000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,8-Cont,Mobile,8' | | | | | |
| | Sales Acct  31170 | | | | | |

GRAND TOTALS

| | | | | |
| --- | --- | --- | --- | --- |
| Prepaid Amt | 0 00 | Sales Tax | 303 90 |
| Misc Chgs | 0 00 | | 0 00 |
| Freight | 600 00 | Total Cost | 1,842 81 |
| Total Price | 5,968 90 | | |

This is a valid PO#; we cannot locate
the original PO copy

# Purchase Order

## Miami/Pompano Division
1141 S. W. 12th Avenue
Pompano Beach FL 33069
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WDPOM- 0000007065 | 10/19/2004 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Thompson, Rachel | | Currency Code | USD |

Vendor  0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Ship To   WINN-DIXIE STORE #0339
          CARRIAGE HILLS PLAZA
          6431 STIRLING RD
          DAVIE FL 33314
          USA

Bill To   ATT J D CONNOR
          WINN-DIXIE STORES, INC
          P O BOX B
          JACKSONVILLE FL 32203-0297
          USA

Tax Exempt? N   Tax Exempt ID

| Line-Sched Item | Description | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1 - 1 | 8' S/C PRODUCE MERCHANDISER W/PULL OUT SHELF | 3 00 EA | 5,065.00 | 15,195 00 | 01/03/2005 |
| | | | Schedule Total | 15,195 00 | |
| Mfg ID | | | | | |
| | | | Item Total 00000000000003321 | 15,195 00 | |
| 2  1  MC4 SC-PRO | 4' SINGLE DECK PRODUCE MERCHANDISER S/C | 2 00 EA | 3,878 77 | 7,757 54 | 01/03/2005 |
| | | | Schedule Total | 7,757 54 | |
| Mfg ID | | | | | |
| | | | Item Total 00000000000003370 | 7,757 54 | |
| 3 - 1 | LST TAX AND FREIGHT | 1 00 EA | 3,442 89 | 3,442 89 | 01/03/2005 |
| | | | Schedule Total | 3,442 89 | |
| Mfg ID | | | | | |
| | | | Item Total | 3,442 89 | |

PLEASE CONTACT PATTI ONORATI @ 954-513-5641 TO CONFIRM DELIVERY DATE

Total PO Amount    26,395 43

56852 4/2  5
        6
        7

C15186
C15187
C15188

56856 | 11

|

99916
99906

J D CONNOR

```
ERP 5 02 10        Kao                              BARKER CO                        christin 05/12/05 11.33 04
CO18-R                                      Invoice Register Report                                    Page  1
```

| Invoice | Customer | Name | Order | Cust PO | | Terms | Pre-Paid | Sales Tax |
|---|---|---|---|---|---|---|---|---|
| | Ship To | | | Shp-Date | Prov/ST | Pkg | Misc Chg | Tax Code |
| | | Misc Acct | | Inv-Date | Slsperson | Ship | Freight | Weight |
| | | Freight Acct | | Prov/ST | Ord Disc | | Total Price | Total Cost |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56009 | 1573 | Winn Dixie Stores Inc | 57448 | WDPOM-7066 | | N30 | 0 00000 | 911 70 |
| | 336 | Winn Dixie 336 | | 02/11/05 | FL | 0 | 0 00000 | 6 |
| Regular | | | | 02/16/05 | 83 | BST | 1,800 00000 | 0 00 |
| | | 20010 | | | 0 0000% | | 17,906 70000 | 5,527 43 |

### Sales Tax Detail

| Tax System | Tax Code | Exempt Code | Amount | Basis | Account |
|---|---|---|---|---|---|
| 1 | 6 | | 911 70000 | 15,195 00000 | 20060 |

| Line/Rel | Item/Description | Cost | Discount Price | Discount | Ext Price | Qty Invoiced U/M |
|---|---|---|---|---|---|---|
| 1 | HS08-1573-FBOM | 1,842 46000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct 31170 | | | | | |
| 2 | HS08-1573-FBOM | 1,842 58000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct 31170 | | | | | |
| 3 | HS08-1573-FBOM | 1,842 39000 | 5,065 00000 | 0 0% | 5,065 00 | 1 000 EA |
| | HS-Series,S-Cont,Mobile,8' | | | | | |
| | Sales Acct. 31170 | | | | | |

```
                         GRAND TOTALS
                         Prepaid Amt.       0 00    Sales Tax        911 70
                         Misc Chgs          0 00                       0 00
                         Freight.       1,800 00    Total Cost     5,527 43
                         Total Price.  17,906 70
```

# Purchase Order

## Miami/Pompano Division
1141 S W 17th Avenue
Pompano Beach FL 33069
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WDPOM- 0000007066 | 10/19/2004 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Thompson, Rachel | Currency Code | | USD |

Vendor 0000020268
BARKER CO
P O BOX 475
KEOSAUQUA IA 52565
USA

Ship To   WINN-DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
HOLLYWOOD FL 33021
USA

Bill To   ATT J. D CONNOR
WINN-DIXIE STORES, INC
P O BOX B
JACKSONVILLE FL 32203-0297
USA

Tax Exempt? N   Tax Exempt ID

| Line-Sch | Item | Description | Quantity | UOM | PO Price | Extended Amount | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | | 8 S/C VPRODUCE MERCHANDISER W/PULL OUT | 3 00 | EA | 5,065 00 | | 01/03/2005 |
| | | SHELF | | | Schedule Total | 15,195 00 | |
| Mfg ID | | | | | | | |
| | | | | | Item Total 000000000000003321 | 15,195 00 | |
| 2 - 1 | | EST TAX AND FREIGHT | 1 00 | EA | 2,279 25 | 2,279 25 | 01/03/2005 |
| | | | | | Schedule Total | 2,279 25 | |
| Mfg ID | | | | | | | |
| | | | | | Item Total | 2,279 25 | |

PLEASE CONTACT PETE ONO CALL 4 954-553-5641 TO CONFIRM DELIVERY DATE

Total PO Amount   17,474 25

50852 Yr 2
3
4

C15183
C15184
C15185

J D CONNOR

```
ERP 5 02 10        Kao                            BARKER CO                    christin 05/12/05 11 33 15
CO18-R          .                          Invoice Register Report                              Page 1


Invoice Customer Name                   Order    Cust PO              Terms    Pre-Paid        Sales Tax
        Ship To                                  Shp-Date   Prov/ST   Pkg      Misc Chg        Tax Code
                 Misc Acct                       Inv-Date   Slsperson Ship     Freight         Weight
                 Freight Acct                    Prov/ST    Ord Disc           Total Price     Total Cost
------- -------- ------------------------ ------ ---------- --------- ---- ------------- --------------------
 57571    1573   Winn Dixie Stores Inc    60810 CSM18529               CRE    0 00000        32 38
          805    Winn Dixie #805                 05/03/05   NC         0      0 00000            7F
Regular                                          05/04/05   75         FXG   44 57000         0 00
                 20010                                      0 0000%         494 91000        186 48
```

```
                      Sales Tax Detail
   Tax System Tax Code Exempt Code        Amount          Basis    Account
   ---------- -------- ----------- ---------------- ---------------- ------------------------------------
       1        7F                      32 38000       462 53000     20060
```

```
   Line/Rel Item/Description                    Cost  Discount Price    Discount        Ext Price    Qty Invoiced U/M
   -------- -------------------------------- -------- --------------- --------------- ---------------- ----------------- ---
        1   304286                           186 48000      372 96000        0 0%          372 96        1 000 EA
            GlClFlatRg29 875x74 5625NFT,FMI2000Dr
            Sales Acct  31900

        2   Box-Charge                         0 00000       45 00000        0 0%           45 00        1 000 EA
            Box-Charge
            Sales Acct  31900
```

```
                                GRAND TOTALS
                                Prepaid Amt           0 00   Sales Tax           32 38
                                Misc Chgs            0.00                         0 00
                                  Freight           44 57   Total Cost          186 48
                                Total Price        494 91
```

-This is a parts order for
which we did not receive
a PO copy.

# Purchase Order

## New Orleans Division
600 Edwards Avenue
Harahan LA 70123
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WDNOL- 0000001905 | 10/11/2004 | | 4 |
| Payment Terms | Freight Terms | | Ship Via |
| 30 Days | Destination | | COMMON |
| Buyer Mammarella, Crystal | Currency Code | | USD |

Vendor. 0000020268
BARKER CO
P O BOX 478
KEOSAUQUA IA 52565
USA

Ship To    WINN-DIXIE STORE #1402
           107 HWY  80 EAST
           CLINTON MS 39056
           USA

Bill To    ATT  J  D  CONNOR
           WINN-DIXIE STORES, INC.
           P O BOX B
           JACKSONVILLE FL 32203-0297
           USA

Tax Exempt? N    Tax Exempt ID

| Line-SchdItem | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | | Total PO Amount | 95,587 90 | |

J D CONNOR