UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-279341-8A-36
BERRY PLASTICS CORPORATION
ATTN: RONDA HALE, CORP CR MGR
101 OAKLEY STREET
PO BOX 959
EVANSVILLE IN 47706

Current Transferee ID: WDX-405907-8A
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 2050<br>CLAIM AMOUNT: $49,726.47<br><br>REDUCED AMOUNT: $23,371.44 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,491.79, ACCOUNTS RECEIVABLE BALANCE OF $2,100.01, AND RECLAMATION PAYMENTS TOTALING $22,763.23. |

    1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

    2.    **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

    3.    If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    4.    If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before 4:00

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**
Debtor Name: __Winn Dixie__  Case No. __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

20256058
WDX-279341-B2-36
BERRY PLASTICS CORPORATION
C/O RONDA HALE
101 OAKLEY STREET, P.O. BOX 959
EVANSVILLE IN 47706

Telephone No. of Creditor: 812-434-9354
Fax No. of Creditor: 812-434-9454

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above ☐ additional address
Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☒ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** Feb 2005

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____ (unsecured) $ 49,726.47 *Reclamation Claim (secured) $ _____ (priority) $ 49,726.47 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 5/10/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice
Print: Ronda L Hale   Title: Corporate Credit Mgr
Signature: /s/ Ronda Hale

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

# INVOICE

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12096 CS 4.0 | 304833<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH NF KEYLIME L  3024<br>PART #   400131 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br>3024@BX | 217.73 |
| 9000 CS 6.0 | 306093<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF STRKIWI C  1500<br>PART #   400128 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br>1500@BX | 300.60 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.   All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:** 49,726.47

TOTAL P.11

# BERRY PLASTICS CORPORATION
## AND SUBSIDIARIES

Please remit to:
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

**INVOICE**

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST | | | |
| | NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY | | | |
| | SHOW P.O. NO. ON BILL OF LADING AND INVOICE | | | |
| | DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE | | | |
| | SHIP AS ORDERED, NO BACK-ORDERS ACCEPTED | | | |
| 18000 CS 12.0 | 305986 T30208CP,W,3,WINN-DIXIE 8 WDIX PLAIN CUP     1500 PART #    400155 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 601.20 |
| 27000 CS 18.0 | 306000 T30208CP,W,3,WINN-DIXIE 8 WDIX STRAW CUP     1500 PART #    400137 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 901.80 |
| 27000 CS 18.0 | 305999 T30208CP,W,3,WINN-DIXIE 8 WDIX PEACH CUP     1500 PART #    400143 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 901.80 |
| 9000 CS 6.0 | 305985 T30208CP,W,3,WINN-DIXIE 8 WDIX PINEAPPLE CUP     1500 PART #    400145 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 300.60 |
| 9000 CS 6.0 | 305979 T30208CP,W,3,WINN-DIXIE 8 WDIX MANDORANGE CP     1500 PART #    400139 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 300.60 |
| 18000 CS 12.0 | 305989 T30208CP,W,3,WINN-DIXIE 8 WDIX BLUEBERRY CUP     1500 PART #    400147 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 601.20 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**



**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

# INVOICE

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 18000 CS 12.0 | 305990<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX CHERRYVANILLA  1500<br>PART #   400151 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br>1500@BX | 601.20 |
| 9000 CS 6.0 | 305987<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX RASPBERRY CUP  1500<br>PART #   400149 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br>1500@BX | 300.60 |
| 9000 CS 6.0 | 305978<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX LEMON CUP  1500<br>PART #   400141 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br>1500@BX | 300.60 |
| 9000 CS 6.0 | 305984<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX PINACOLADA CP  1500<br>PART #   400135 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br>1500@BX | 300.60 |
| 18000 CS 12.0 | 305988<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX SPICEAPPLE CP  1500<br>PART #   400153 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br>1500@BX | 601.20 |
| 96768 CS 32.0 | 304848<br>L302R,W,3,WINN-DIXIE<br>8 WDIX LOWFAT YOG LD  3024<br>PART #   400268 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 16.6000<br>3024@BX | 1,606.35 |
| 8000 CS 16.0 | 310851<br>T40932CP,W,3,WINN-DIXIE<br>32 WDIX PLAIN CUP  500<br>PART #   400187 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 92.7000<br>500@BX | 741.60 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

**INVOICE**

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR |  | X |  | Net 30 Days |

| QUANTITY | | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CS | 8000<br>4.0 | 308309<br>L409R,W,3,WINN-DIXIE<br>32 WDIX PLAIN YOG LD<br>PART #   400188 | 2000 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 28.2000<br><br>2000@BX | 225.60 |
| CS | 8000<br>16.0 | 311002<br>T40932CP,W,3,WINN-DIXIE<br>32 WDIX VANILLA CUP<br>PART #   400189 | 500 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 92.7000<br><br>500@BX | 741.60 |
| CS | 8000<br>4.0 | 308311<br>L409R,W,3,WINN-DIXIE<br>32 WDIX VANILLA LID<br>PART #   400190 | 2000 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 28.2000<br><br>2000@BX | 225.60 |
| CS | 27000<br>18.0 | 305995<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX NF STRAW CUP<br>PART #   400157 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br><br>1500@BX | 901.80 |
| CS | 18000<br>12.0 | 305993<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX NF MIXBERRY C<br>PART #   400163 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br><br>1500@BX | 601.20 |
| CS | 27000<br>18.0 | 305994<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX NF PEACH CUP<br>PART #   400159 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br><br>1500@BX | 901.80 |
| CS | 36000<br>24.0 | 305991<br>T30208CP,W,3,WINN-DIXIE<br>8 WDIX NF BLUEBERRY<br>PART #   400161 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 33.4000<br><br>1500@BX | 1,202.40 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

## INVOICE

**INVOICE NO.** 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

**SHIP TO**
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CS | 27000 18.0 | 305977 T30208CP,W,3,WINN-DIXIE 8 WDIX NF CHRYAMRETO PART # 400179 | 1500 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 901.80 |
| CS | 27000 18.0 | 305997 T30208CP,W,3,WINN-DIXIE 8 WDIX NF STRCHEESE PART # 400181 | 1500 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 33.4000 1500@BX | 901.80 |
| CS | 48000 48.0 | 309821 T40916CP,W,3,WINN-DIXIE 16 WDIX SRCREAM CUP PART # 400233 | 1000 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 48.9000 1000@BX | 2,347.20 |
| CS | 52000 26.0 | 308304 L409R,W,3,WINN-DIXIE 16 WDIX SOUR CREAM L PART # 400234 | 2000 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 28.2000 2000@BX | 1,466.40 |
| CS | 8000 16.0 | 311001 T40932CP,W,3,WINN-DIXIE 32 WDIX SOURCREAM CP PART # 400235 | 500 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 92.7000 500@BX | 741.60 |
| CS | 8000 4.0 | 308305 L409R,W,3,WINN-DIXIE 32 WDIX SOUR CREAM L PART # 400236 | 2000 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 28.2000 2000@BX | 225.60 |
| CS | 9000 6.0 | 306987 T31408HCP,W,3,WINN-DIXIE 8 WDIX LT SRCREAM CP PART # 400237 | 1500 | SZ #00612578 PO # P001284 BL #00903116 PRO#56748 | 37.4000 1500@BX | 336.60 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices. All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION
## AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH  45263-3485

Tel:  (812) 424-2904
Fax No:  (812) 424-0128

**INVOICE**

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CS | 8000 4.0 | 306842<br>L314R,W,3,WINN-DIXIE<br>8 WDIX LT SRCREAM LD     2000<br>PART #    400238 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 25.8000<br>2000@BX | 206.40 |
| CS | 16000 16.0 | 309822<br>T40916CP,W,3,WINN-DIXIE<br>16 WDIX LT SRCRM CUP    1000<br>PART #    400239 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 48.9000<br>1000@BX | 782.40 |
| CS | 16000 8.0 | 308306<br>L409R,W,3,WINN-DIXIE<br>16 WDIX LT SRCREAM L    2000<br>PART #    400240 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 28.2000<br>2000@BX | 451.20 |
| CS | 9000 6.0 | 306986<br>T31408HCP,W,3,WINN-DIXIE<br>8 WDIX FF SRCREAM CP   1500<br>PART #    400241 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 37.4000<br>1500@BX | 336.60 |
| CS | 16000 16.0 | 309823<br>T40916CP,W,3,WINN-DIXIE<br>16 WDIX NF SRCRM CUP    1000<br>PART #    400243 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 48.9000<br>1000@BX | 782.40 |
| CS | 18000 9.0 | 308307<br>L409R,W,3,WINN-DIXIE<br>16 WDIX FF SRCREAM L    2000<br>PART #    400244 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 28.2000<br>2000@BX | 507.60 |
| CS | 16000 16.0 | 309819<br>T40916CP,W,3,WINN-DIXIE<br>16 WDIX COTCHEESE CP    1000<br>PART #    400205 | SZ #00612578<br>PO # P001284<br>BL #00903116<br>PRO#56748 | 48.9000<br>1000@BX | 782.40 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

**INVOICE**

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CS | 10000 5.0 | 308314 L409R,W,3,WINN-DIXIE 32 WDIX COTCHEESE LD  2000 PART # 400210 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 28.2000 2000@BX | 282.00 |
| CS | 16000 16.0 | 309820 T40916CP,W,3,WINN-DIXIE 16 WDIX LF CHEESE CP  1000 PART # 400211 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 48.9000 1000@BX | 782.40 |
| CS | 16000 8.0 | 308315 L409R,W,3,WINN-DIXIE 16 WDIX LT CHEESE LD  2000 PART # 400212 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 28.2000 2000@BX | 451.20 |
| CS | 16000 32.0 | 310403 T40924CP,W,3,WINN-DIXIE 24 WDIX LF CHEESE CP  500 PART # 400213 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 65.1000 500@BX | 1,041.60 |
| CS | 16000 8.0 | 308316 L409R,W,3,WINN-DIXIE 24 WDIX LF CHEESE LD  2000 PART # 400214 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 28.2000 2000@BX | 451.20 |
| CS | 8000 16.0 | 310401 T40924CP,W,3,WINN-DIXIE 24 WDIX FF CHEESE CP  500 PART # 400217 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 65.1000 500@BX | 520.80 |
| CS | 8000 4.0 | 308318 L409R,W,3,WINN-DIXIE 24 WDIX FF CHEESE LD  2000 PART # 400218 | SZ #00612578 PO # P001284 BL #00903139 PRO#5980 | 28.2000 2000@BX | 225.60 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**



**Please remit to:**

P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

# INVOICE

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

SHIP TO

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 8000 CS 16.0 | 310999<br>T40932CP,W,3,WINN-DIXIE<br>32 WDIX FF CHEESE CP    500<br>PART #    400219 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 92.7000<br><br>500@BX | 741.60 |
| 8000 CS 4.0 | 308319<br>L409R,W,3,WINN-DIXIE<br>32 WDIX FF CHEESE LD    2000<br>PART #    400220 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 28.2000<br><br>2000@BX | 225.60 |
| 8000 CS 16.0 | 310402<br>T40924CP,W,3,WINN-DIXIE<br>24 WDIX LG CURD CUP    500<br>PART #    400221 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 65.1000<br><br>500@BX | 520.80 |
| 8000 CS 4.0 | 308320<br>L409R,W,3,WINN-DIXIE<br>24 WDIX LG CHEESE LD    2000<br>PART #    400222 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 28.2000<br><br>2000@BX | 225.60 |
| 9000 CS 6.0 | 308834<br>T40908CP,W,3,WINN-DIXIE<br>8 WDIX FRENCHONION C    1500<br>PART #    400252 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 39.9000<br><br>1500@BX | 359.10 |
| 10000 CS 5.0 | 308322<br>L409R,W,3,WINN-DIXIE<br>8 WDIX FR ONION LID    2000<br>PART #    400253 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 28.2000<br><br>2000@BX | 282.00 |
| 4000 CS 2.0 | 308325<br>L409R,W,3,WINN-DIXIE<br>8 WDIX RANCH LID    2000<br>PART #    400255 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 28.2000<br><br>2000@BX | 112.80 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.    All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION
## AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

**INVOICE**

INVOICE NO. 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

SHIP TO
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CS | 8000 8.0 | 309824<br>T40916CP,W,3,WINN-DIXIE<br>16 WDIX FRONION CUP       1000<br>PART #    400264 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 48.9000<br><br>1000@BX | 391.20 |
| CS | 8000 4.0 | 308330<br>L409R,W,3,WINN-DIXIE<br>16 WDIX FR ONION LID      2000<br>PART #    400265 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 28.2000<br><br>2000@BX | 225.60 |
| CS | 9000 6.0 | 306078<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH LF PEACH CUP     1500<br>PART #    400102 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br><br>1500@BX | 300.60 |
| CS | 12096 4.0 | 304844<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH LF PEACH LID     3024<br>PART #    400103 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br><br>3024@BX | 217.73 |
| CS | 9000 6.0 | 306076<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH LF BLUEBRY C     1500<br>PART #    400108 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br><br>1500@BX | 300.60 |
| CS | 12096 4.0 | 304843<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH LF BLUEBRY L     3024<br>PART #    400109 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br><br>3024@BX | 217.73 |
| CS | 9000 6.0 | 306091<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF STRAW CUP     1500<br>PART #    400116 | | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br><br>1500@BX | 300.60 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**

# BERRY PLASTICS CORPORATION AND SUBSIDIARIES

**Please remit to:**
P.O. Box 633485
Cincinnati, OH 45263-3485

Tel: (812) 424-2904
Fax No: (812) 424-0128

# INVOICE

**INVOICE NO.** 642031

| SALES NO. | DATE OF INVOICE |
|---|---|
| 204 | 02/15/05 |

**SHIP TO**
WINN DIXIE
1350 W FAIRFIELD RD - DELD
HIGHPOINT NC 27264

WINN-DIXIE MFG ACCOUNTING
P O BOX 41193
JACKSONVILLE FL 32203

| CUSTOMER NO | DATE SHIPPED | SHIPPED VIA | COL | PP | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 65402 | 02/15/05 | SWIFT TRANSPOR | | X | | Net 30 Days |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9000 CS 6.0 | 306089<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF PEACH CUP<br>PART #    400118 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br>1500@BX | 300.60 |
| 12096 CS 4.0 | 304834<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH NF PEACH LID<br>PART #    400119 | 3024 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br>3024@BX | 217.73 |
| 9000 CS 6.0 | 306090<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF RASPBRY C<br>PART #    400120 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br>1500@BX | 300.60 |
| 9000 CS 6.0 | 306086<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF BANA CRM<br>PART #    400124 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br>1500@BX | 300.60 |
| 12096 CS 4.0 | 304831<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH NF BANCRM LD<br>PART #    400125 | 3024 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br>3024@BX | 217.73 |
| 9000 CS 6.0 | 306085<br>T30208CP,W,3,WINN-DIXIE<br>8 DUTCH NF APMANGO C<br>PART #    400126 | 1500 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 33.4000<br>1500@BX | 300.60 |
| 12096 CS 4.0 | 304830<br>L302R,W,3,WINN-DIXIE<br>8 DUTCH NF APMANGO L<br>PART #    400127 | 3024 | SZ #00612578<br>PO # P001284<br>BL #00903139<br>PRO#5980 | 18.0000<br>3024@BX | 217.73 |

Berry Plastics Corporation reserves the right to assess a finance charge up to the maximum rate permitted by law plus costs of collection including attorney fees against all delinquent invoices.

All sales are subject to the standard terms and conditions attached herewith.

**TOTAL:**