UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-244941-8A-12
CG ROXANE
ATTN PATRICE MARQUET, VP FIN
1210 SO STATE HWY 395
OLANCHA, CA 93549

Current Transferee ID: WDX-405906-8A
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

| # 101947367 | **CLAIM(S) TO BE REDUCED** | |
|---|---|---|
| CLAIM NO.: 7935<br>CLAIM AMOUNT: $220,561.50<br><br>REDUCED AMOUNT: $192,644.24 | REASON FOR<br>REDUCTION: | **REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,279.04 AND REMOVAL OF $18,638.22 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES.** |

*27,917.26*

      1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.     **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

      3.     If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.     If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00**

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

CG Roxanne POC Invoice Amounts

| Invoice Amount | Invoice # |
|---|---|
| 4,320.00 | 606353 |
| 4,320.00 | 606354 |
| 4,320.00 | 606355 |
| 4,320.00 | 606356 |
| 4,320.00 | 606357 |
| 4,320.00 | 606358 |
| 4,320.00 | 606359 |
| 4,320.00 | 606360 |
| 4,320.00 | 606361 |
| 4,320.00 | 606364 |
| 4,320.00 | 606365 |
| 4,320.00 | 606366 |
| 4,320.00 | 571939 |
| 4,320.00 | 605975 |
| 4,320.00 | 606971 |
| 4,320.00 | 606972 |
| 3,888.00 | 605973 |
| 3,888.00 | 626289 |
| 3,888.00 | 626290 |
| 3,888.00 | 630427 |
| 3,888.00 | 630428 |
| 3,888.00 | 630429 |
| 4,704.00 | 444714 |
| 4,381.50 | 610214 |
| 4,704.00 | 444697 |
| 4,320.00 | 606338 |
| 4,320.00 | 606340 |
| 4,320.00 | 606341 |
| 4,320.00 | 606342 |
| 4,320.00 | 606343 |
| 4,320.00 | 606344 |
| 4,320.00 | 606346 |
| 4,320.00 | 606347 |
| 4,320.00 | 606348 |
| 4,320.00 | 606349 |
| 4,320.00 | 606350 |
| 4,320.00 | 606345 |
| 4,704.00 | 477703 |
| 2,736.00 | 626937 |
| 2,736.00 | 626938 |
| 2,736.00 | 626939 |
| 2,736.00 | 632918 |
| 2,736.00 | 932919 |
| 2,736.00 | 610219 |
| 2,736.00 | 612291 |
| 2,736.00 | 612292 |
| 4,320.00 | 626287 |
| 11,466.00 | 458937 |
| 4,320.00 | 598930 |
| 11,466.00 | 458943 |
| 4,320.00 | 606977 |

220,561.50

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: **Winn Dixie Stores, Inc**   Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

20236202

WDX-244941-B2-12
CG ROXANE
1210 SO STATE HWY 395
OLANCHA, CA 93549

**760 764 2885**
Telephone No. of Creditor

**760 764 0055**
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above ☐ additional address

Name: _____

Company/Firm: _____

Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS:** If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **Winn Dixie**

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☑ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from
  _____ to _____
  (date)      (date)

**2. Date debt was incurred:** From July 2004 to February 2005

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ **220,561.50** $_____ (unsecured)   $_____ (secured)   $_____ (priority)   $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date **07/22/05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: **Patrice Marquet**   Title: **VP Finance**

Signature: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

2                                          **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                         CLIENT CODE :    23433

      WINN DIXIE - HAMMOND, LA           WINN DIXIE - HAMMOND, LA

      P.O. BOX 40045                     3925 HIGHWAY 190 WEST

      JACKSONVILLE, FL  32203            HAMMOND, LA  70401

      PHONE#:                            PHONE#: 334-240-6265
      FAX#..:                            FAX#..:

   DRIVER SEALED # 1402715  PROTECT FROM FREEZE
   ***PER BOB***APPT MADE 1:05PM ON 1/20***

      606353          2%10 NET 30DAYS                    1-25-2005

                         362  MURPHY TRANSPORTATION

   960 CS  597     ASW 35/0.50L B2/CGR/FC/L    4.9000        4,704.00
      LESS       .4000 DISCOUNT.................           384.00  -
   20    PALLET OUT

                                                   **************
                         TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                   **************

      ** YOU MAY TAKE  2.00 % DISCOUNT OF    86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET 4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097260 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

UNIFORM STRAIGHT BILL OF LADING Original—Not Negotiable—Domestic

# CG Roxane Water Co.
CRYSTAL GEYSER ROAD, BENTON, TN 37307

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.    BILL OF LADING #    97290

___ TN ___ JAN 25 ___ 20 ___ from ___ CG ROXANE - BENTON, TN

the property described below, in apparent good ord___, except as noted (contents and condition of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for him self and his assigns.

Mail or street address of consignee—For purposes of notification only.

Consigned to WINN DIXIE HAMMOND, LA    P.O.# 606353    23433

Address 3925 HIGHWAY 190 WEST

City / State HAMMOND, LA 70401    504-549-6814

Delivering Carrier MURPHY TRANSPORTATION    Vehicle or Car Initial    No. T485884

Message:
DRIVER SEALED # 1432715    PROTECT FROM FREEZE

| | | | | C.O.D. charge to be paid by | Shipper ☐ Consignee ☐ |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per_____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

| NUMBER PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 060 | 997    AGW 25/0.50L WATER/FC LOOSE | 41,200    LBS | | |
| 060 | CASES | 41,200    LBS | | |
| | FREIGHT PREPAID | | | |
| | | | | |
| | PALLETS LEAVING    C G ROXANE    60 | | | |
| | PALLETS RETURNED TO    C G ROXANE | SIGNED | | |
| | ARE OF DELIVERY PROBLEM    PLEASE CALL | 800-95?-6335 | | |
| | WILL NEED YOUR BOL#, CAUSE OF PROBLEM AND | NEW ARRIVAL TIME | | |
| | DESTINATION.    INITIALS | THANK YOU | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE:—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

ROXANE , BENTON, TN    Shippers/Per HAEL    Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.    ②
Permanent post-office address of shipper.    BENTON TN    423 338-5453

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same.)

2                          **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                CLIENT CODE :    23433

      WINN DIXIE - HAMMOND, LA          WINN DIXIE - HAMMOND, LA

      P.O. BOX 40045                    3925 HIGHWAY 190 WEST

      JACKSONVILLE, FL  32203           HAMMOND, LA  70401

      PHONE#:                           PHONE#: 334-240-6265
      FAX#..:                           FAX#..:

   DRIVER SEALED #                   PROTECT FROM FREEZE


      606354            2%10 NET 30DAYS                   1-25-2005

                         478  FIRST FLEET OF CENTRAL FLORIDA


  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
      LESS         .4000 DISCOUNT.................          384.00  -
  20   PALLET OUT

                                             **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                             **************


      ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05
REMIT TO: CG ROXANE LLC     13440 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
       PLEASE , REFER TO INVOICE#    10/097261 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****          1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                        CLIENT CODE :    23433

    WINN DIXIE - HAMMOND, LA            WINN DIXIE - HAMMOND, LA

    P.O. BOX 40045                      3925 HIGHWAY 190 WEST

    JACKSONVILLE, FL   32203            HAMMOND, LA   70401


    PHONE#:                             PHONE#: 334-240-6265
    FAX#..:                             FAX#..:


  DRIVER SEALED # 1402724     PROTECT FROM FREEZE



    606355              2%10 NET 30DAYS                      1-25-2005

                        042   TURBO LOGISTIC, INC.


  960 CS   597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
       LESS      .4000 DISCOUNT..................      384.00  -
  20   PALLET OUT

                                              **************
                        TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                              **************




        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY   2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097262 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                CLIENT CODE :    23433

     WINN DIXIE - HAMMOND, LA              WINN DIXIE - HAMMOND, LA

     P.O. BOX 40045                        3925 HIGHWAY 190 WEST

     JACKSONVILLE, FL   32203              HAMMOND, LA   70401


     PHONE#:                               PHONE#: 334-240-6265
     FAX#..:                               FAX#..:


   DRIVER SEALED # 1403893    PROTECT WATER FROM FREEZING



     606356              2%10 NET 30DAYS                    1-26-2005

                         042   TURBO LOGISTIC, INC.


   960 CS   597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
        LESS        .4000 DISCOUNT.................        384.00   -
   20    PALLET OUT

                                            **************
                           TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                            **************




        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097263 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                      CLIENT CODE :    23433

      WINN DIXIE - HAMMOND, LA          WINN DIXIE - HAMMOND, LA

      P.O. BOX 40045                    3925 HIGHWAY 190 WEST

      JACKSONVILLE, FL  32203           HAMMOND, LA  70401

      PHONE#:                           PHONE#: 334-240-6265
      FAX#..:                           FAX#..:

   DRIVER SEALED # 1403806    PROTECT WATER FROM FREEZING


      606357           2%10 NET 30DAYS                    1-26-2005

                          089  OVERDRIVE LOGISTIC, INC.


   960 CS  597     ASW 35/0.50L B2/CGR/FC/L     4.9000      4,704.00
      LESS       .4000 DISCOUNT.................       384.00  -
   20   PALLET OUT

                                              **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *  4,320.00 *
                                              **************


      ** YOU MAY TAKE  2.00  % DISCOUNT OF   86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097264 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23433

     WINN DIXIE - HAMMOND, LA          WINN DIXIE - HAMMOND, LA

     P.O. BOX 40045                     3925 HIGHWAY 190 WEST

     JACKSONVILLE, FL  32203            HAMMOND, LA  70401

     PHONE#:                            PHONE#: 334-240-6265
     FAX#..:                            FAX#..:


   DRIVER SEALED #          PROTECT WATER FROM FREEZING


     606358          2%10 NET 30DAYS                    1-26-2005

                         089  OVERDRIVE LOGISTIC, INC.


   960 CS  597    ASW 35/0.50L B2/CGR/FC/L    4.9000      4,704.00
       LESS     .4000 DISCOUNT.................         384.00 -
    20   PALLET OUT

                                               **************
                     TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                               **************


       ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
       ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
       ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
       PLEASE , REFER TO INVOICE#   10/097265 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                              **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :    23433

     WINN DIXIE - HAMMOND, LA          WINN DIXIE - HAMMOND, LA

     P.O. BOX 40045                    3925 HIGHWAY 190 WEST

     JACKSONVILLE, FL   32203          HAMMOND, LA   70401

     PHONE#:                           PHONE#: 334-240-6265
     FAX#..:                           FAX#..:

   DRIVER SEALED # 1402771    PROTECT WATER FROM FREEZING
   ***PER BOB***APPT MADE 1:05PM ON 1/20***

     606359            2%10 NET 30DAYS                    1-26-2005

                     362   MURPHY TRANSPORTATION

 960 CS   597     ASW 35/0.50L B2/CGR/FC/L     4.9000       4,704.00
     LESS      .4000 DISCOUNT.................              384.00   -
  20   PALLET OUT

                                          **************
                     TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                          **************

     ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097266 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                              **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
                                                    CLIENT CODE :    23433

      WINN DIXIE - HAMMOND, LA           WINN DIXIE - HAMMOND, LA

      P.O. BOX 40045                     3925 HIGHWAY 190 WEST

      JACKSONVILLE, FL   32203           HAMMOND, LA   70401


      PHONE#:                            PHONE#: 334-240-6265
      FAX#..:                            FAX#..:


   DRIVER SEALED # 1402796    PROTECT WATER FROM FREEZING
   ***PER BOB***APPT MADE 1:05PM ON 1/20***



   606360          2%10 NET 30DAYS                     1-26-2005

                        362   MURPHY TRANSPORTATION



  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000       4,704.00
    LESS        .4000 DISCOUNT.................          384.00    -
  20    PALLET OUT

                                               **************
                        TOTAL AMOUNT DUE THIS INVOICE $ *  4,320.00 *
                                               **************




      ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
         PLEASE , REFER TO INVOICE#   10/097267 WHEN PAYING  THIS BILL
         AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CLIENT CODE :    23433

WINN DIXIE - HAMMOND, LA        WINN DIXIE - HAMMOND, LA

P.O. BOX 40045             3925 HIGHWAY 190 WEST

JACKSONVILLE, FL   32203       HAMMOND, LA   70401

PHONE#:                PHONE#: 334-240-6265
FAX#..:                FAX#..:

DRIVERS EALED #            PROTECT FROM FREEZE

606361       2%10 NET 30DAYS           1-27-2005

            478   FIRST FLEET OF CENTRAL FLORIDA

960 CS   597     ASW 35/0.50L B2/CGR/FC/L    4.9000      4,704.00
   LESS      .4000 DISCOUNT..................        384.00   -
20    PALLET OUT

                                 * * * * * * * * * * * * *
           TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                 * * * * * * * * * * * * *

      ** YOU MAY TAKE   2.00   % DISCOUNT OF    86.40   IF PAID BY    2-14-05
      ** YOU MUST PAY NET   4,320.00   IF PAID BY   3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC     13440 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#    10/097268 WHEN PAYING   THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at   55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395   OLANCHA, CA 93549 or call (760) 764-2885

2         **** I N V O I C E ****   1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

             CLIENT CODE :  23433

  WINN DIXIE - HAMMOND, LA   WINN DIXIE - HAMMOND, LA

  P.O. BOX 40045       3925 HIGHWAY 190 WEST

  JACKSONVILLE, FL 32203    HAMMOND, LA 70401

  PHONE#:         PHONE#: 334-240-6265
  FAX#..:         FAX#..:

 DRIVER SEALED # 1403819 PROTECT FROM FREEZE
 ***PER BOB***APPT MADE 1:05PM ON 1/20***

  606364    2%10 NET 30DAYS      1-28-2005

       362 MURPHY TRANSPORTATION

 960 CS 597  ASW 35/0.50L B2/CGR/FC/L  4.9000   4,704.00
  LESS    .4000 DISCOUNT.................   384.00 -
 20 PALLET OUT

               **************
       TOTAL AMOUNT DUE THIS INVOICE $ *  4,320.00 *
               **************

  ** YOU MAY TAKE 2.00 % DISCOUNT OF  86.40 IF PAID BY  2-14-05
  ** YOU MUST PAY NET 4,320.00 IF PAID BY 3-04-05
  ** YOUR ACCOUNT IS DELINQUENT AFTER 3-06-05

REMIT TO: CG ROXANE LLC  13440 COLLECTIONS CENTER DRIVE  CHICAGO, IL 60693
   PLEASE , REFER TO INVOICE# 10/097269 WHEN PAYING THIS BILL
   AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at 55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395 OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                   CLIENT CODE :    23433

     WINN DIXIE - HAMMOND, LA              WINN DIXIE - HAMMOND, LA

     P.O. BOX 40045                        3925 HIGHWAY 190 WEST

     JACKSONVILLE, FL   32203              HAMMOND, LA   70401

     PHONE#:                               PHONE#: 334-240-6265
     FAX#..:                               FAX#..:

   DRIVERS EALED# 01403812   PROTECT FROM FREEZE
   ***PER BOB***APPT MADE 1:05PM ON 1/20***

     606365              2%10 NET 30DAYS                    1-28-2005

                           362   MURPHY TRANSPORTATION

  960 CS   597      ASW 35/0.50L B2/CGR/FC/L      4.9000        4,704.00
     LESS        .4000 DISCOUNT.................          384.00  -
  20    PALLET OUT

                                                    **************
                        TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                    **************

     ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097270 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****          1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23433

        WINN DIXIE - HAMMOND, LA          WINN DIXIE - HAMMOND, LA

        P.O. BOX 40045                    3925 HIGHWAY 190 WEST

        JACKSONVILLE, FL  32203           HAMMOND, LA  70401

        PHONE#:                           PHONE#: 334-240-6265
        FAX#..:                           FAX#..:

    DRIVER SEALED #1402601        PROTECT FROM FREEZE

    606366            2%10 NET 30DAYS                   1-28-2005

                        478  FIRST FLEET OF CENTRAL FLORIDA

  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS         .4000 DISCOUNT..................        384.00  -
  20   PALLET OUT

                                            **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                            **************

        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097271 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2        **** I N V O I C E ****  12-27-2004

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

              CLIENT CODE : 23436

  WINN DIXIE - CHARLOTTE, NC   WINN DIXIE - CHARLOTTE, NC

  P.O. BOX 40535       2425 NEVADA BLVD

  JACKSONVILLE, FL  32203    CHARLOTTE, NC  28273

  PHONE#:         PHONE#: 904-783-5128
  FAX#..:         FAX#..:

  DRIVER SEALED #
  PROTECT WATER FROM FREEZING

  571939    2%10 NET 30DAYS      12-22-2004

       287  J&E LOGISTICS, INC

 960 CS  597  ASW 35/0.50L B2/CGR/FC/L 4.9000  4,704.00
  LESS  .4000 DISCOUNT.................  384.00  -
 20  PALLET OUT

              **************
      TOTAL AMOUNT DUE THIS INVOICE $ * 4,320.00 *
              **************

  ** YOU MAY TAKE  2.00  % DISCOUNT OF 86.40  IF PAID BY 1-09-05
  ** YOU MUST PAY NET  4,320.00  IF PAID BY  1-29-05
  ** YOUR ACCOUNT IS DELINQUENT AFTER  1-31-05

REMIT TO: CG ROXANE LLC 13440 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693
  PLEASE , REFER TO INVOICE#  10/095755 WHEN PAYING  THIS BILL
  AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                      **** I N V O I C E ****          1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23436


    WINN DIXIE - CHARLOTTE, NC          WINN DIXIE - CHARLOTTE, NC

    P.O. BOX 40535                      2425 NEVADA BLVD

    JACKSONVILLE, FL  32203             CHARLOTTE, NC  28273


    PHONE#:                             PHONE#: 904-783-5128
    FAX#..:                             FAX#..:


  DRIVER SEALED # 1402713 PROTECT FROM FREEZE



    605975           2%10 NET 30DAYS                      1-25-2005

                          155  BIR TRANSPORT



  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS        .4000 DISCOUNT.................             384.00  -
  20   PALLET OUT

                                               **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                               **************






    ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
    ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097274 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                         **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
                                              CLIENT CODE :   23436

     WINN DIXIE - CHARLOTTE, NC        WINN DIXIE - CHARLOTTE, NC

     P.O. BOX 40535                    2425 NEVADA BLVD

     JACKSONVILLE, FL   32203          CHARLOTTE, NC   28273


     PHONE#:                           PHONE#: 904-783-5128
     FAX#..:                           FAX#..:


  DRIVER SEALED #                 PROTECT FROM FREEZE



    606971          2%10 NET 30DAYS                    1-27-2005

                         042   TURBO LOGISTIC, INC.


  960 CS   597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
      LESS        .4000 DISCOUNT.................         384.00  -
  20   PALLET OUT

                                             **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                             **************




      ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097316 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                     **** I N V O I C E ****            1-31-2005
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693

                                                     CLIENT CODE :    23436

        WINN DIXIE - CHARLOTTE, NC          WINN DIXIE - CHARLOTTE, NC

        P.O. BOX 40535                      2425 NEVADA BLVD

        JACKSONVILLE, FL   32203            CHARLOTTE, NC   28273


        PHONE#:                             PHONE#: 904-783-5128
        FAX#..:                             FAX#..:


   DRIVER SEALED #                  PROTECT FROM FREEZE



     606972           2%10 NET 30DAYS                       1-27-2005

                          042   TURBO LOGISTIC, INC.


  960 CS   597      ASW 35/0.50L B2/CGR/FC/L       4.9000       4,704.00
     LESS        .4000 DISCOUNT..................       384.00  -
   20    PALLET OUT

                                                   **************
                          TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                                   **************



        ** YOU MAY TAKE  2.00  % DISCOUNT OF   86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097317 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****          1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23436

    WINN DIXIE - CHARLOTTE, NC          WINN DIXIE - CHARLOTTE, NC

    P.O. BOX 40535                       2425 NEVADA BLVD

    JACKSONVILLE, FL  32203              CHARLOTTE, NC  28273


    PHONE#:                              PHONE#: 904-783-5128
    FAX#..:                              FAX#..:




    605973              2%10 NET 30DAYS                        1-24-2005

                                                             PICK UP



960 CS   735      ASW 35/0.50L S1/CGR/FC/L      4.9000        4,704.00
   LESS        .4000 DISCOUNT...................              384.00  -
        LESS   .4500FREIGHT ALLOWANCE.........                432.00  -
   20   PALLET OUT

                                                     **************
                        TOTAL AMOUNT DUE THIS INVOICE $ *    3,888.00 *
                                                     **************




    ** YOU MAY TAKE  2.00  % DISCOUNT OF    77.76  IF PAID BY    2-14-05
    ** YOU MUST PAY NET   3,888.00  IF PAID BY  3-04-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#    25/000003 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                **** I N V O I C E ****        2-22-2005

 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693

                                       CLIENT CODE :    23436

        WINN DIXIE - CHARLOTTE, NC        WINN DIXIE - CHARLOTTE, NC

        P.O. BOX 40535                    2425 NEVADA BLVD

        JACKSONVILLE, FL  32203           CHARLOTTE, NC  28273

        PHONE#:                           PHONE#: 904-783-5128
        FAX#..:                           FAX#..:

     SEALED #1367322

     626289          2%10 NET 30DAYS                    2-14-2005

                                                        PICK UP

 960 CS  735      ASW 35/0.50L S1/CGR/FC/L    4.9000     4,704.00
    LESS      .4000 DISCOUNT...................         384.00  -
        LESS    .4500FREIGHT ALLOWANCE.........         432.00  -
 20    PALLET OUT

                                           **************
                  TOTAL AMOUNT DUE THIS INVOICE $ *   3,888.00 *
                                           **************

        ** YOU MAY TAKE  2.00  % DISCOUNT OF    77.76  IF PAID BY    3-07-05
        ** YOU MUST PAY NET  3,888.00  IF PAID BY  3-26-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05
 REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   25/000044 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
 As a food product, bottled water is subject to rules and regulations promulgated by a federal Food and Drug Administration (FDA). For further information, contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
 Or call 1-800-4GEYSER.
 Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                                    **** I N V O I C E ****          2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
                                                    CLIENT CODE :   23436

    WINN DIXIE - CHARLOTTE, NC          WINN DIXIE - CHARLOTTE, NC

    P.O. BOX 40535                       2425 NEVADA BLVD

    JACKSONVILLE, FL  32203              CHARLOTTE, NC  28273

    PHONE#:                              PHONE#: 904-783-5128
    FAX#..:                              FAX#..:

    SEALED #1367313

    626290          2%10 NET 30DAYS                  2-14-2005

                                                     PICK UP

  960 CS  735     ASW 35/0.50L S1/CGR/FC/L    4.9000    4,704.00
    LESS        .4000 DISCOUNT.................       384.00  -
          LESS  .4500FREIGHT ALLOWANCE........       432.00  -
  20   PALLET OUT

                                              **************
                  TOTAL AMOUNT DUE THIS INVOICE $ *   3,888.00 *
                                              **************


    ** YOU MAY TAKE  2.00 % DISCOUNT OF   77.76  IF PAID BY   3-07-05
    ** YOU MUST PAY NET  3,888.00  IF PAID BY  3-26-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   25/000045 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                        **** I N V O I C E ****         2-22-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                  CLIENT CODE :    23436

       WINN DIXIE - CHARLOTTE, NC        WINN DIXIE - CHARLOTTE, NC

       P.O. BOX 40535                     2425 NEVADA BLVD

       JACKSONVILLE, FL   32203         CHARLOTTE, NC   28273

       PHONE#:                         PHONE#: 904-783-5128
       FAX#..:                         FAX#..:

       SEALED #1367391

       630427            2%10 NET 30DAYS                   2-18-2005

                                                PICK UP

960 CS   735       ASW 35/0.50L S1/CGR/FC/L     4.9000       4,704.00
   LESS         .4000 DISCOUNT..................           384.00 -
         LESS    .4500FREIGHT ALLOWANCE.........        432.00 -
20    PALLET OUT

                                     **************
                 TOTAL AMOUNT DUE THIS INVOICE $ *    3,888.00 *
                                     **************

             ** YOU MAY TAKE   2.00   % DISCOUNT OF     77.76   IF PAID BY     3-07-05
             ** YOU MUST PAY NET   3,888.00   IF PAID BY   3-26-05
             ** YOUR ACCOUNT IS DELINQUENT AFTER    3-28-05

REMIT TO: CG ROXANE LLC      13440 COLLECTIONS CENTER DRIVE      CHICAGO, IL 60693
       PLEASE , REFER TO INVOICE#    25/000050 WHEN PAYING   THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at   55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395   OLANCHA, CA 93549 or call (760) 764-2885

2                              **** I N V O I C E ****          2-22-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :   23436

     WINN DIXIE - CHARLOTTE, NC        WINN DIXIE - CHARLOTTE, NC

     P.O. BOX 40535                    2425 NEVADA BLVD

     JACKSONVILLE, FL  32203           CHARLOTTE, NC  28273


     PHONE#:                           PHONE#: 904-783-5128
     FAX#..:                           FAX#..:


   SEALED #1367383



   630428           2%10 NET 30DAYS                   2-18-2005

                                              PICK UP



 960 CS  735     ASW 35/0.50L S1/CGR/FC/L     4.9000      4,704.00
    LESS      .4000 DISCOUNT..................          384.00  -
         LESS  .4500FREIGHT ALLOWANCE........          432.00  -
 20    PALLET OUT

                                           **************
                  TOTAL AMOUNT DUE THIS INVOICE $ *   3,888.00 *
                                           **************



       ** YOU MAY TAKE  2.00  % DISCOUNT OF    77.76  IF PAID BY    3-07-05
       ** YOU MUST PAY NET  3,888.00  IF PAID BY  3-26-05
       ** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
       PLEASE , REFER TO INVOICE#   25/000051 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                   **** I N V O I C E ****     2-22-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                         CLIENT CODE :   23436

    WINN DIXIE - CHARLOTTE, NC      WINN DIXIE - CHARLOTTE, NC

    P.O. BOX 40535               2425 NEVADA BLVD

    JACKSONVILLE, FL  32203       CHARLOTTE, NC  28273

    PHONE#:                    PHONE#: 904-783-5128
    FAX#..:                    FAX#..:

   SEALED # 1367337

   630429        2%10 NET 30DAYS              2-18-2005

                                                PICK UP

960 CS  735     ASW 35/0.50L S1/CGR/FC/L    4.9000     4,704.00
  LESS        .4000 DISCOUNT.................       384.00 -
        LESS  .4500FREIGHT ALLOWANCE........      432.00 -
20   PALLET OUT

                                        **************
              TOTAL AMOUNT DUE THIS INVOICE $ *   3,888.00 *
                                        **************

     ** YOU MAY TAKE  2.00  % DISCOUNT OF    77.76  IF PAID BY    3-07-05
     ** YOU MUST PAY NET  3,888.00  IF PAID BY  3-26-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
    PLEASE , REFER TO INVOICE#  25/000052 WHEN PAYING  THIS BILL
    AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                     **\*\*\*\* I N V O I C E \*\*\*\***        7-31-2004

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CLIENT CODE :    23438

WINN DIXIE - ATLANTA, GA        WINN DIXIE - ATLANTA, GA

P.O. BOX B                   5400 FULTON INDUSTRIAL BLVD

JACKSONVILLE, FL   32203       ATLANTA, GA   30336

PHONE#:                    PHONE#: 404-346-2466
FAX#..:                    FAX#..:

DRIVER SEALED 1318650

444714         2%10 NET 30DAYS            7-30-2004

151   MILLER LOGISTICS, INC

| 960 CS | 547 | ASW 35/0.50L B2/CGR/FC/L | 4.9000 | 4,704.00 |
| 20 | PALLET OUT | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TOTAL AMOUNT DUE THIS INVOICE $ \*    4,704.00 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* YOU MAY TAKE  2.00  % DISCOUNT OF     94.08   IF PAID BY     8-16-04
\*\* YOU MUST PAY NET  4,704.00   IF PAID BY   9-01-04
\*\* YOUR ACCOUNT IS DELINQUENT AFTER    9-03-04

REMIT TO: CG ROXANE LLC     13440 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#    10/075490 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

046                                                                    #10 /097476

2                                    **** I N V O I C E ****        2-07-2005
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693

                                              CLIENT CODE :   23438

        WINN DIXIE - ATLANTA, GA        WINN DIXIE - ATLANTA, GA

        P.O. BOX B                      5400 FULTON INDUSTRIAL BLVD

        JACKSONVILLE, FL  32203         ATLANTA, GA  30336


        PHONE#:                         PHONE#: 404-346-2466
        FAX#..:                         FAX#..:


     DRIVER SEALED# 1402571



        610214           2%10 NET 30DAYS                    2-01-2005

                                                            PICK UP



     351 CS  555      ASW 28/0.24L B4/8OZ/CGR/      5.7500      2,018.25
         LESS         2.2500 DISCOUNT.................           789.75  -
               LESS    .2000FREIGHT ALLOWANCE........            70.20  -


     816 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      3,998.40
         LESS          .4000 DISCOUNT.................           326.40  -
               LESS    .5500FREIGHT ALLOWANCE........           448.80  -
      20   PALLET OUT

                                              **************
                       TOTAL AMOUNT DUE THIS INVOICE $ *   4,381.50 *
                                              **************

042                                                                                    #10 /075494

2                                    **** I N V O I C E ****            7-31-2004
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                     1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL  32203            MONTGOMERY, AL  36104


        PHONE#:                            PHONE#: 334-240-6265
        FAX#..:                            FAX#..:


    DRIVER SEALED 1318656



        444697          2%10 NET 30DAYS                    7-30-2004

                        370   XRG LOGISTICS INC


  960 CS  547     ASW 35/0.50L B2/CGR/FC/L       4.9000       4,704.00
    20   PALLET OUT

                                                   * * * * * * * * * * * * *
                        TOTAL AMOUNT DUE THIS INVOICE $  *   4,704.00 *
                                                   * * * * * * * * * * * * *




        ** YOU MAY TAKE  2.00  % DISCOUNT OF    94.08  IF PAID BY    8-16-04
        ** YOU MUST PAY NET  4,704.00  IF PAID BY  9-01-04
        ** YOUR ACCOUNT IS DELINQUENT AFTER    9-03-04

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/075494 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                                    #10 /097275

2                                    **** I N V O I C E ****        1-31-2005
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693

                                                        CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                     1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL  32203            MONTGOMERY, AL  36104


        PHONE#:                            PHONE#: 334-240-6265
        FAX#..:                            FAX#..:


    DRIVER SEALED #  1403832        PROTECT FROM FREEZE



     606338            2%10 NET 30DAYS                        1-27-2005

                        042   TURBO LOGISTIC, INC.



  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS          .4000 DISCOUNT.................           384.00   -
  20    PALLET OUT

                                                    **************
                          TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                    **************




       ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
       ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
       ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05

REMIT TO: CG ROXANE LLC     13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097275 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                    #10 /097277

2                        **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :    23441

     WINN DIXIE - MONTGOMERY, AL       WINN DIXIE - MONTGOMERY, AL

     P.O. BOX 40475                    1550 JACKSON FERRY ROAD

     JACKSONVILLE, FL  32203           MONTGOMERY, AL  36104


     PHONE#:                           PHONE#: 334-240-6265
     FAX#..:                           FAX#..:


   DRIVERS EALED # 1403840   PROTECT FROM FREEZE



   606340            2%10 NET 30DAYS                       1-27-2005

                    042   TURBO LOGISTIC, INC.



 960 CS   597    ASW 35/0.50L B2/CGR/FC/L      4.9000       4,704.00
    LESS          .4000 DISCOUNT..................      384.00   -
 20    PALLET OUT

                                          **************
                   TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                          **************




     ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097277 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                    #10 /097278

2                              **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :    23441

      WINN DIXIE - MONTGOMERY, AL       WINN DIXIE - MONTGOMERY, AL

      P.O. BOX 40475                    1550 JACKSON FERRY ROAD

      JACKSONVILLE, FL  32203           MONTGOMERY, AL   36104


      PHONE#:                           PHONE#: 334-240-6265
      FAX#..:                           FAX#..:


   DRIVER SEALED # 1403833   PROTECT FROM FREEZE



      606341          2%10 NET 30DAYS                   1-27-2005

                         478   FIRST FLEET OF CENTRAL FLORIDA


  960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS         .4000 DISCOUNT..................      384.00  -
  20   PALLET OUT

                                              **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                              **************




      ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097278 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                        #10 /097279

2                          **** I N V O I C E ****              1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                          CLIENT CODE :    23441

      WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

      P.O. BOX 40475                     1550 JACKSON FERRY ROAD

      JACKSONVILLE, FL  32203            MONTGOMERY, AL  36104


      PHONE#:                            PHONE#: 334-240-6265
      FAX#..:                            FAX#..:


   DRIVER SEALED # 1403829    PROTECT WATER FROM FREEZING



     606342            2%10 NET 30DAYS                    1-27-2005

                       042   TURBO LOGISTIC, INC.



  960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS         .4000 DISCOUNT.................          384.00  -
  20   PALLET OUT

                                               **************
                       TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                               **************




     ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097279 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                    #10 /097280

2                          **** I N V O I C E ****        1-31-2005
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693
                                              CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                     1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL  32203            MONTGOMERY, AL  36104

        PHONE#:                            PHONE#: 334-240-6265
        FAX#..:                            FAX#..:

    DRIVER SEALED # 1403822   PROTECT FROM FREEZE

        606343           2%10 NET 30DAYS                   1-27-2005

                        042   TURBO LOGISTIC, INC.

  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
      LESS        .4000 DISCOUNT.................           384.00  -
  20    PALLET OUT

                                                  **************
                       TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                  **************

        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097280 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                              #10 /097281

2                              **** I N V O I C E ****        1-31-2005
  PLEASE PAY THIS INVOICE TO
  CG ROXANE LLC
  13440 COLLECTIONS CENTER DRIVE
  CHICAGO, IL 60693

                                              CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                     1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL  32203            MONTGOMERY, AL  36104


        PHONE#:                            PHONE#: 334-240-6265
        FAX#..:                            FAX#..:

   DRIVERS SEALED# 1403804          PROTECT FROM FREEZE



     606344           2%10 NET 30DAYS                        1-31-2005

                         387  AFC WORLDWIDE EXPRESS, INC


   960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
       LESS      .4000 DISCOUNT..................            384.00  -
   20    PALLET OUT

                                                  **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                  **************




        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097281 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                    #10 /097283

2                          **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                   CLIENT CODE :   23441

     WINN DIXIE - MONTGOMERY, AL          WINN DIXIE - MONTGOMERY, AL

     P.O. BOX 40475                       1550 JACKSON FERRY ROAD

     JACKSONVILLE, FL  32203              MONTGOMERY, AL  36104


     PHONE#:                              PHONE#: 334-240-6265
     FAX#..:                              FAX#..:


     DRIVER SEALED #               PROTECT FROM FREEZE



     606346          2%10 NET 30DAYS                      1-27-2005

                     042   TURBO LOGISTIC, INC.


  960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS         .4000 DISCOUNT.................          384.00  -
  20   PALLET OUT

                                              **************
                         TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                              **************




     ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY   2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097283 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                        #10 /097284

2                          **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                 CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                     1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL   32203           MONTGOMERY, AL   36104


        PHONE#:                            PHONE#: 334-240-6265
        FAX#..:                            FAX#..:


    DRIVER SEALED #                 PROTECT FROM FREEZE



    606347              2%10 NET 30DAYS                      1-27-2005

                        042   TURBO LOGISTIC, INC.



960 CS   597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
    LESS        .4000 DISCOUNT.................      384.00   -
 20   PALLET OUT

                                               **************
                     TOTAL AMOUNT DUE THIS INVOICE $  *    4,320.00 *
                                               **************




    ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
    ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER    3-06-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
    PLEASE , REFER TO INVOICE#   10/097284 WHEN PAYING  THIS BILL
    AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                        #10 /097285

2                                        **** I N V O I C E ****        1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                     CLIENT CODE :    23441

        WINN DIXIE - MONTGOMERY, AL          WINN DIXIE - MONTGOMERY, AL

        P.O. BOX 40475                       1550 JACKSON FERRY ROAD

        JACKSONVILLE, FL  32203              MONTGOMERY, AL  36104

        PHONE#:                              PHONE#: 334-240-6265
        FAX#..:                              FAX#..:

    DRIVER SEALED #1403816            PROTECT FROM FREEZE

      606348              2%10 NET 30DAYS                      1-28-2005

                          042   TURBO LOGISTIC, INC.

  960 CS   597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
     LESS        .4000 DISCOUNT.................           384.00  -
  20   PALLET OUT

                                                ***************
                   TOTAL AMOUNT DUE THIS INVOICE $ *    4,320.00 *
                                                ***************

        ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
        ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
        PLEASE , REFER TO INVOICE#   10/097285 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042

#10 /097286

2                              **** I N V O I C E ****       1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :    23441

     WINN DIXIE - MONTGOMERY, AL      WINN DIXIE - MONTGOMERY, AL

     P.O. BOX 40475                   1550 JACKSON FERRY ROAD

     JACKSONVILLE, FL   32203         MONTGOMERY, AL   36104


     PHONE#:                          PHONE#: 334-240-6265
     FAX#..:                          FAX#..:


  DRIVER SEALED #1403844          PROTECT FROM FREEZE



     606349            2%10 NET 30DAYS                    1-28-2005

                     042   TURBO LOGISTIC, INC.



 960 CS   597     ASW 35/0.50L B2/CGR/FC/L      4.9000        4,704.00
     LESS          .4000 DISCOUNT...................         384.00  -
 20    PALLET OUT

                                              **************
                       TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                              **************




     **  YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
     **  YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     **  YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097286 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

042                                                                      #10 /097287

2                          **** I N V O I C E ****         1-31-2005
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693

                                                   CLIENT CODE :   23441

       WINN DIXIE - MONTGOMERY, AL      WINN DIXIE - MONTGOMERY, AL

       P.O. BOX 40475                   1550 JACKSON FERRY ROAD

       JACKSONVILLE, FL  32203          MONTGOMERY, AL  36104

       PHONE#:                          PHONE#: 334-240-6265
       FAX#..:                          FAX#..:


   DRIVER SEALED #                   PROTECT FROM FREEZE



   606350            2%10 NET 30DAYS                    1-28-2005

                       042   TURBO LOGISTIC, INC.


  960 CS  597      ASW 35/0.50L B2/CGR/FC/L     4.9000     4,704.00
     LESS       .4000 DISCOUNT.................       384.00  -
  20   PALLET OUT

                                            **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                            **************




       ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    2-14-05
       ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
       ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097287 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                           **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                       CLIENT CODE :    23441

     WINN DIXIE - MONTGOMERY, AL        WINN DIXIE - MONTGOMERY, AL

     P.O. BOX 40475                     1550 JACKSON FERRY ROAD

     JACKSONVILLE, FL  32203            MONTGOMERY, AL   36104


     PHONE#:                            PHONE#: 334-240-6265
     FAX#..:                            FAX#..:


     606345          2%10 NET 30DAYS                    1-27-2005

                     482  G & P TRUCKING COMPANY, INC


   960 CS  735     ASW 35/0.50L S1/CGR/FC/L      4.9000     4,704.00
      LESS       .4000 DISCOUNT.................           384.00  -
   20   PALLET OUT

                                              **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                              **************


     ** YOU MAY TAKE  2.00  % DISCOUNT OF   86.40  IF PAID BY   3-06-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE   CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   25/000013 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

```
2                                   **** I N V O I C E ****        9-24-2004
 PLEASE PAY THIS INVOICE TO
 CG ROXANE LLC
 13440 COLLECTIONS CENTER DRIVE
 CHICAGO, IL 60693
                                              CLIENT CODE :   23442

        WINN DIXIE - MIAMI, FL            WINN DIXIE - MIAMI, FL

        P.O. BOX 40026                    3300 NW 123 STREET

        JACKSONVILLE, FL  32203           MIAMI, FL  33167

        PHONE#:                           PHONE#: 954-783-2841
        FAX#..:                           FAX#..:

     DRIVER SEALED # 1353877



     477703          2%10 NET 30DAYS                       9-17-2004

                          168  JRC LOGISTICS


  960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
   20   PALLET OUT
                                                  **************
                            TOTAL AMOUNT DUE THIS INVOICE $ *   4,704.00 *
                                                  **************



     ** YOU MAY TAKE  2.00  % DISCOUNT OF    94.08  IF PAID BY   10-09-04
     ** YOU MUST PAY NET  4,704.00  IF PAID BY 10-26-04
     ** YOUR ACCOUNT IS DELINQUENT AFTER  10-28-04
```

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/078410 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                                    #10 /098458

2                                    **** I N V O I C E ****            2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                        CLIENT CODE :   23442

    WINN DIXIE - MIAMI, FL               WINN DIXIE - MIAMI, FL

    P.O. BOX 40026                       3300 NW 123 STREET

    JACKSONVILLE, FL  32203              MIAMI, FL  33167

    PHONE#:                              PHONE#: 954-783-2841
    FAX#..:                              FAX#..:

    DRIVER SEALED # 1404009


    626937             2%10 NET 30DAYS                    2-16-2005

                                                          PICK UP


960 CS   597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
    LESS         .4000 DISCOUNT..................             384.00  -
         LESS  1.6500FREIGHT ALLOWANCE.........            1,584.00  -
20    PALLET OUT

                                                   **************
                        TOTAL AMOUNT DUE THIS INVOICE $  *   2,736.00 *
                                                   **************



    ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY     3-07-05
    ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-26-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER    3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/098458 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                                    #10 /098459

2                                              **** I N V O I C E ****              2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CLIENT CODE :    23442

WINN DIXIE - MIAMI, FL                         WINN DIXIE - MIAMI, FL

P.O. BOX 40026                                 3300 NW 123 STREET

JACKSONVILLE, FL  32203                        MIAMI, FL  33167

PHONE#:                                        PHONE#: 954-783-2841
FAX#..:                                        FAX#..:

DRIVER SEALED # 1404049

626938              2%10 NET 30DAYS                          2-16-2005

PICK UP

960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000        4,704.00
   LESS          .4000 DISCOUNT..................            384.00  -
       LESS  1.6500FREIGHT ALLOWANCE........            1,584.00  -
20    PALLET OUT

* * * * * * * * * * * * *
TOTAL AMOUNT DUE THIS INVOICE $ *    2,736.00 *
* * * * * * * * * * * * *

** YOU MAY TAKE  2.00 % DISCOUNT OF    54.72  IF PAID BY    3-07-05
** YOU MUST PAY NET  2,736.00  IF PAID BY  3-26-05
** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
    PLEASE , REFER TO INVOICE#    10/098459 WHEN PAYING  THIS BILL
    AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

#10 /098460

2                                    **** I N V O I C E ****         2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                    CLIENT CODE :    23442

      WINN DIXIE - MIAMI, FL          WINN DIXIE - MIAMI, FL

      P.O. BOX 40026                  3300 NW 123 STREET

      JACKSONVILLE, FL   32203        MIAMI, FL   33167

      PHONE#:                         PHONE#: 954-783-2841
      FAX#..:                         FAX#..:

   DRIVER SEALED # 1404033


      626939           2%10 NET 30DAYS                    2-16-2005

                                                          PICK UP


 960 CS  597     ASW 35/0.50L B2/CGR/FC/L     4.9000      4,704.00
     LESS          .4000 DISCOUNT.................          384.00  -
           LESS  1.6500FREIGHT ALLOWANCE.........        1,584.00  -
  20   PALLET OUT

                                                    **************
                            TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                                    **************


      ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY    3-07-05
      ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-26-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER    3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#    10/098460 WHEN PAYING  THIS BILL
         AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                                    #10 /098697

2                                    **** I N V O I C E ****        2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                      CLIENT CODE :   23442

        WINN DIXIE - MIAMI, FL                WINN DIXIE - MIAMI, FL

        P.O. BOX 40026                         3300 NW 123 STREET

        JACKSONVILLE, FL  32203                MIAMI, FL  33167

        PHONE#:                                PHONE#: 954-783-2841
        FAX#..:                                FAX#..:

    DRIVER SEALED # 1403032

        632918          2%10 NET 30DAYS                    2-18-2005

                                                        PICK UP

 960 CS  597      ASW 35/0.50L B2/CGR/FC/L    4.9000      4,704.00
    LESS          .4000 DISCOUNT.................           384.00  -
         LESS  1.6500FREIGHT ALLOWANCE........           1,584.00  -
 20    PALLET OUT

                                              **************
                        TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                              **************

        ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY    3-07-05
        ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-26-05
        ** YOUR ACCOUNT IS DELINQUENT AFTER    3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/098697 WHEN PAYING  THIS BILL
        AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                    #10 /098698

2                          **** I N V O I C E ****          2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                               CLIENT CODE :    23442

        WINN DIXIE - MIAMI, FL          WINN DIXIE - MIAMI, FL

        P.O. BOX 40026                   3300 NW 123 STREET

        JACKSONVILLE, FL  32203          MIAMI, FL  33167


        PHONE#:                          PHONE#: 954-783-2841
        FAX#..:                          FAX#..:


    DRIVER SEALED #



    632919            2%10 NET 30DAYS                   2-18-2005

                                                        PICK UP



960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000       4,704.00
    LESS          .4000 DISCOUNT.................         384.00  -
         LESS  1.6500FREIGHT ALLOWANCE.........       1,584.00  -
20    PALLET OUT

                                            **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                            **************




    ** YOU MAY TAKE   2.00  % DISCOUNT OF    54.72  IF PAID BY    3-07-05
    ** YOU MUST PAY NET  2,736.00  IF PAID BY 3-26-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER   3-28-05
REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
    PLEASE , REFER TO INVOICE#   10/098698 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                    #10 /097477

2                          **** I N V O I C E ****          1-31-2005

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                              CLIENT CODE :    23443

      WINN DIXIE - POMPANO BEACH, FL      WINN DIXIE - POMPANO BEACH, FL

      P.O. BOX 40026                      1141 SW 12TH AVENUE

      JACKSONVILLE, FL  32203             POMPANO BEACH, FL   33069

      PHONE#:                             PHONE#: 954-783-2841
      FAX#..:                             FAX#..:

   DRIVER SEALED # 1402770   PROTECT WATER FROM FREEZING

      610219            2%10 NET 30DAYS                 1-26-2005

                                                  PICK UP

 960 CS   597      ASW 35/0.50L B2/CGR/FC/L      4.9000      4,704.00
    LESS           .4000 DISCOUNT.................        384.00   -
        LESS  1.6500FREIGHT ALLOWANCE........       1,584.00   -
 20    PALLET OUT

                                          **************
                      TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                          **************

      ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY    2-14-05
      ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-04-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   10/097477 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                          #10 /097665

2                           **** I N V O I C E ****          1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                        CLIENT CODE :   23443

    WINN DIXIE - POMPANO BEACH, FL       WINN DIXIE - POMPANO BEACH, FL

    P.O. BOX 40026                       1141 SW 12TH AVENUE

    JACKSONVILLE, FL  32203              POMPANO BEACH, FL  33069

    PHONE#:                              PHONE#: 954-783-2841
    FAX#..:                              FAX#..:

  DRIVER SEALED # 1402668   PROTECT FROM FREEZE


    612291            2%10 NET 30DAYS                    1-31-2005

                                                        PICK UP


  960 CS  597      ASW 35/0.50L B2/CGR/FC/L      4.9000        4,704.00
    LESS          .4000 DISCOUNT.................         384.00   -
          LESS  1.6500FREIGHT ALLOWANCE........        1,584.00   -
  20    PALLET OUT

                                                  * * * * * * * * * * * * * *
                        TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                                  * * * * * * * * * * * * * *




     ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   10/097665 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                    #10 /097666

2                        **** I N V O I C E ****              1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
                                              CLIENT CODE :    23443

    WINN DIXIE - POMPANO BEACH, FL      WINN DIXIE - POMPANO BEACH, FL

    P.O. BOX 40026                      1141 SW 12TH AVENUE

    JACKSONVILLE, FL  32203             POMPANO BEACH, FL  33069


    PHONE#:                             PHONE#: 954-783-2841
    FAX#..:                             FAX#..:


  DRIVER SEALED # 1402670   PROTECT FROM FREEZE



    612292            2%10 NET 30DAYS                   1-31-2005

                                                      PICK UP


960 CS  597      ASW 35/0.50L B2/CGR/FC/L    4.9000      4,704.00
    LESS          .4000 DISCOUNT..................        384.00  -
         LESS  1.6500FREIGHT ALLOWANCE.........        1,584.00  -
  20    PALLET OUT

                                                  **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *   2,736.00 *
                                                  **************



    ** YOU MAY TAKE  2.00  % DISCOUNT OF    54.72  IF PAID BY    2-14-05
    ** YOU MUST PAY NET  2,736.00  IF PAID BY  3-04-05
    ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#    10/097666 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                              #25 /000043

2                                    **** I N V O I C E ****        2-22-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                       CLIENT CODE :    23443

        WINN DIXIE - POMPANO BEACH, FL        WINN DIXIE - POMPANO BEACH, FL

        P.O. BOX 40026                         1141 SW 12TH AVENUE

        JACKSONVILLE, FL  32203                POMPANO BEACH, FL   33069

        PHONE#:                                PHONE#: 954-783-2841
        FAX#..:                                FAX#..:

     SEALED # 1367379

     626287              2%10 NET 30DAYS                        2-15-2005

                         488  AM-CAN TRANSPORT SERVICE, INC

  960 CS  735      ASW 35/0.50L S1/CGR/FC/L      4.9000        4,704.00
     LESS        .4000 DISCOUNT.................              384.00   -
  20   PALLET OUT

                                                    **************
                         TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                    **************

      ** YOU MAY TAKE  2.00  % DISCOUNT OF    86.40  IF PAID BY    3-07-05
      ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-26-05
      ** YOUR ACCOUNT IS DELINQUENT AFTER    3-28-05

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   25/000043 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                          #06 /152834

2                        **** I N V O I C E ****        8-23-2004

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                          CLIENT CODE :   23446

    WINN DIXIE - JACKSONVILLE, FL      WINN DIXIE - JACKSONVILLE, FL

    P.O. BOX 40595                     15500 WEST BEAVER STREET

    JACKSONVILLE, FL  32203            JACKSONVILLE, FL  32234


    PHONE#:                            PHONE#: 904-695-7800
    FAX#..:                            FAX#..:




    458937          2%10 NET 30DAYS                    8-20-2004

                        165  I.C.C.I.


 2340 CS  208     ASW 28/0.24L O4/8OZ/CGR/     5.7500      13,455.00
    LESS        .8500 DISCOUNT..................          1,989.00  -
 20    PALLET OUT

                                          **************
                TOTAL AMOUNT DUE THIS INVOICE $ *  11,466.00 *
                                          **************




    ** YOU MAY TAKE  2.00  % DISCOUNT OF   229.32  IF PAID BY    9-05-04
    ** YOU MUST PAY NET 11,466.00  IF PAID BY  9-24-04
    ** YOUR ACCOUNT IS DELINQUENT AFTER   9-26-04

REMIT TO: CG ROXANE LLC   13440 COLLECTIONS CENTER DRIVE   CHICAGO, IL 60693
     PLEASE , REFER TO INVOICE#   06/152834 WHEN PAYING  THIS BILL
     AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

045                                                                                    #10 /096962

2                                **** I N V O I C E ****            1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                                          CLIENT CODE :    23446

       WINN DIXIE - JACKSONVILLE, FL      WINN DIXIE - JACKSONVILLE, FL

       P.O. BOX 40595                     15500 WEST BEAVER STREET

       JACKSONVILLE, FL  32203            JACKSONVILLE, FL  32234


       PHONE#:                            PHONE#: 904-695-7800
       FAX#..:                            FAX#..:


       DRIVER SEALED #            PROTECT FROM FREEZE
       ***PER KIM***



    598930            2%10 NET 30DAYS                      1-25-2005

                         089  OVERDRIVE LOGISTIC, INC.


  960 CS  597      ASW 35/0.50L B2/CGR/FC/L       4.9000      4,704.00
     LESS        .4000 DISCOUNT.................              384.00  -
  20   PALLET OUT

                                             **************
                  TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                             **************




       ** YOU MAY TAKE  2.00  % DISCOUNT OF   86.40  IF PAID BY    2-14-05
       ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
       ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
REMIT TO: CG ROXANE LLC     13440 COLLECTIONS CENTER DRIVE     CHICAGO, IL 60693
       PLEASE , REFER TO INVOICE#   10/096962 WHEN PAYING  THIS BILL
       AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

2                **** I N V O I C E ****       8-23-2004

PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

                                 CLIENT CODE :    23447

WINN DIXIE - ORLANDO, FL       WINN DIXIE - ORLANDO, FL

P.O. BOX 40043                    4401 SEABOARD ROAD

JACKSONVILLE, FL  32203         ORLANDO, FL  32808

PHONE#:                        PHONE#: 407-578-4000
FAX#..:                        FAX#..:


458943          2%10 NET 30DAYS             8-20-2004

                   165  I.C.C.I.


2340 CS  208     ASW 28/0.24L O4/8OZ/CGR/    5.7500      13,455.00
     LESS         .8500 DISCOUNT.................        1,989.00  -
20  PALLETS OUT

                                **************
              TOTAL AMOUNT DUE THIS INVOICE $ *  11,466.00 *
                                **************


       ** YOU MAY TAKE  2.00  % DISCOUNT OF   229.32  IF PAID BY    9-05-04
       ** YOU MUST PAY NET 11,466.00  IF PAID BY  9-24-04
       ** YOUR ACCOUNT IS DELINQUENT AFTER   9-26-04

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
      PLEASE , REFER TO INVOICE#   06/152838 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885

```
2                                    **** I N V O I C E ****        1-31-2005
PLEASE PAY THIS INVOICE TO
CG ROXANE LLC
13440 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
                                              CLIENT CODE :    23447

      WINN DIXIE - ORLANDO, FL         WINN DIXIE - ORLANDO, FL

      P.O. BOX 40043                   4401 SEABOARD ROAD

      JACKSONVILLE, FL  32203          ORLANDO, FL  32808


      PHONE#:                          PHONE#: 407-578-4000
      FAX#..:                          FAX#..:


    DRIVER SEALED# 1355441
    ***PER REGINA***



    606977          2%10 NET 30DAYS                     1-27-2005

                       453   DON BENNETT TRUCKING


   960 CS  597     ASW 35/0.50L B2/CGR/FC/L      4.9000     4,704.00
       LESS        .4000 DISCOUNT.................          384.00  -
   20  PALLETS OUT

                                                 **************
                    TOTAL AMOUNT DUE THIS INVOICE $ *   4,320.00 *
                                                 **************
```

```
     ** YOU MAY TAKE  2.00  % DISCOUNT OF   86.40  IF PAID BY    2-14-05
     ** YOU MUST PAY NET  4,320.00  IF PAID BY  3-04-05
     ** YOUR ACCOUNT IS DELINQUENT AFTER   3-06-05
```

REMIT TO: CG ROXANE LLC    13440 COLLECTIONS CENTER DRIVE    CHICAGO, IL 60693
    PLEASE , REFER TO INVOICE#   10/097318 WHEN PAYING  THIS BILL
      AS ALWAYS WE GREATLY APPRECIATE YOUR BUSINESS
As a food product, bottled water is subject to rules and regulations promulgat
ed by a federal Food and Drug Administration (FDA). For further information,
contact CG Roxane at  55 Francisco Street, Suite 410, San Francisco, CA 94133
Or call 1-800-4GEYSER.
Or CG Roxane at 1210 S. HWY 395  OLANCHA, CA 93549 or call (760) 764-2885