Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al. Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM [NO DATE HAS YET BEEN SET] |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn Dixie Stores Inc**    Case No **0511063**
(See List of Names and Case Numbers on Reverse Side)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D - FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 2057**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

**405887**

Tyco Adhesives
25 Forge Parkway
Franklin, MA  02038

Telephone No of Creditor: **508-918-1693**
Fax No of Creditor: **508-918-1908**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name _____
Company/Firm _____
Address _____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

This Space is For Court Use Only

Account or Other Number by Which Creditor Identifies Debtor:

**Customer # 236111**

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated _____

1 Basis for Claim
☑ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 USC § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)  (date)

2. Date debt was incurred **12/23/04 to 2/17/05**

3 If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:  $**10,614.27**  $_____  $_____  $**10,614.27**
(unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5 Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

6. Unsecured Nonpriority Claim $ **10,614.27**
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

This Space is For Court Use Only

8 Credits. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **4/28/05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print **Elaine Davis**    Title **Credit Analyst**
Signature **Elaine Davis**

RECEIVED
LOGAN & COMPANY,
AS AGENT
2005 MAY 18 AM 9:
U.S. BANKRUPTCY CO
MIDDLE DISTRICT
OF FLORIDA

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571

# tyco
**Plastics & Adhesives**

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

**INVOICE**

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 12/23/04 | 414302 |

\* R E P R I N T \*

## Tyco Adhesives

**SOLD TO:** 236111

WINN DIXIE STORES INC           414302
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  400

WINN DIXIE STORES INC

2819 WADE HAMMPTON BLVD
GREENVILLE
SC    USA    29607

**New Option!** *Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.*

**A cash discount of $15.26 may be taken if payment is received by February 06, 2005**

TERR#: 561

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 568893 | 12/14/2004 | 1% 45 net 46 | 2/06/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 12/22/2004 | 253327 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 373971 | 373146 | 06304678193 | |

| PRODUCT CODE | | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 702103 | 522924 | WD285-4S 48MM X 9M | 24 | 19.00 | CA | 13.9200 | 264.48 |
| 702104 | 522933 | WD485-2S 48MMX27M | 24 | 10.00 | CA | 31.1184 | 311.18 |
| 702107 | | WD113-2 24MMX55M | 36 | 13.00 | CA | 18.0000 | 234.00 |
| 702036 | 534833 | WD113-3 36MMX55M | 24 | 14.00 | CA | 18.2400 | 255.36 |
| 702037 | 534851 | WD181-6S 48MMX41M | 24 | 12.00 | CA | 38.4000 | 460.80 |
| Sub Total | | | | | | | 1,525.82 |

\*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY\*

\*\*\*ALWAYS SHIP ON PLT 961453 ONLY\*\*\*

MAKE CHECKS PAYABLE TO:
TYCO ADHESIVES
REMIT TO:
TYCO ADHESIVES
DEPT 10450
PALANTINE, IL 60055-0450

| INVOICE NUMBER | PLEASE PAY THIS AMOUNT |
|---|---|
| 414302 | 1,525.82 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

\*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED
OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS
ACT OF 1938 AS AMENDED \*

ORIGINAL    INVOICE

# tyco
## Plastics & Adhesives

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

# INVOICE

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 12/23/04 | 414303 |

\* R E P R I N T \*

## Tyco Adhesives

**SOLD TO:** 236111

WINN DIXIE STORES INC           414303
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111 100

WINN DIXIE STORES INC

5050 EDGEWOOD COURT
JACKSONVILLE
FL     USA     32254

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

**A cash discount of $15.26 may be taken if payment is received by February 06, 2005**

TERR#: 561

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 573634 | 12/20/2004 | 1% 45 net 46 | 2/06/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 12/22/2004 | 254231 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 374817 | 373992 | 06304445940 | |

| PRODUCT CODE | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 702104 | 522933  WD485-2S 48MMX27M | 24 | 45.00 | CA | 31.1184 | 1,400 33 |
| 702107 | WD113-2 24MMX55M | 36 | 7 00 | CA | 18.0000 | 126 00 |
| | Sub Total | | | | | 1,526 33 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

\*\*\*ALWAYS SHIP ON PLT 961453 ONLY\*\*\*

MAKE CHECKS PAYABLE TO:
TYCO ADHESIVES
REMIT TO:
TYCO ADHESIVES
DEPT 10450
PALATINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 414303 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,526.33 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED
OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS
ACT OF 1938 AS AMENDED *

ORIGINAL   INVOICE

**tyco**
**Plastics & Adhesives**

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

# INVOICE

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 1/13/05 | 418314 |

*REPRINT*

**Tyco Adhesives**

**SOLD TO:** 236111

WINN DIXIE STORES INC     418314
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  400

WINN DIXIE STORES INC

2819 WADE HAMMPTON BLVD
GREENVILLE
SC    USA    29607

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

**A cash discount of $15.06 may be taken if payment is received by February 27, 2005**

TERR#: 561

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 590634 | 01/04/2005 | 1% 45 net 46 | 2/27/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 01/13/2005 | 256995 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 378900 | 378075 | 06304681064 | |

| PRODUCT CODE | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 702103 | 522924  WD285-4S 48MM X 9M | 24 | 20 00 | CA | 13.9200 | 278 40 |
| 702104 | 522933  WD485 2S 48MMX27M | 24 | 15 00 | CA | 31 1200 | 466.80 |
| 702107 | WD113-2 24MMX55M | 36 | 6 00 | CA | 18 0000 | 108.00 |
| 702037 | 534851  WD181-6S 48MMX41M | 24 | 17 00 | CA | 38 4000 | 652 80 |
| | Sub Total | | | | | 1,506 00 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

***ALWAYS SHIP ON PLT 961453 ONLY***

**MAKE CHECKS PAYABLE TO:**
TYCO ADHESIVES
**REMIT TO:**
TYCO ADHESIVES
DEPT 10450
PALANTINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 418314 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,506.00 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED*

ORIGINAL   INVOICE

# tyco
## Plastics & Adhesives

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

# INVOICE

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 1/25/05 | 420845 |

*REPRINT*

## Tyco Adhesives

**SOLD TO:** 236111

WINN DIXIE STORES INC        420845
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  400

WINN DIXIE STORES INC

2819 WADE HAMMPTON BLVD
GREENVILLE
SC    USA    29607

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

**A cash discount of $15.15 may be taken**
**If payment is received by March 11, 2005**

TERR#: 561

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 606754 | 01/20/2005 | 1% 45 net 46 | 3/11/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 01/25/2005 | 260428 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 381222 | 380397 | 06304681098 NSH | |

| PRODUCT CODE | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 702103 | 522924  WD285-4S 48MM X 9M | 24 | 19 00 | CA | 13.9200 | 264.48 |
| 702104 | 522933  WD485 2S 48MMX27M | 24 | 13.00 | CA | 31 1184 | 404 54 |
| 702107 | WD113-2 24MMX55M | 36 | 8.00 | CA | 18 0000 | 144.00 |
| 702036 | 534833  WD113-3 36MMX55M | 24 | 9.00 | CA | 18 2400 | 164.16 |
| 702037 | 534851  WD181-6S 48MMX41M | 24 | 14 00 | CA | 38.4000 | 537.60 |
| | Sub Total | | | | | 1,514.78 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

***ALWAYS SHIP ON PLT 961453 ONLY***

**MAKE CHECKS PAYABLE TO:**
TYCO ADHESIVES
**REMIT TO:**
TYCO ADHESIVES
DEPT 10450
PALATINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 420845 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,514.78 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED
OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS
ACT OF 1938 AS AMENDED *

ORIGINAL   INVOICE

**tyco**
**Plastics & Adhesives**

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

# INVOICE

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 2/07/05 | 423856 |

* R E P R I N T *

**Tyco Adhesives**

**SOLD TO:** 236111

WINN DIXIE STORES INC          423856
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  100

WINN DIXIE STORES INC

5050 EDGEWOOD COURT
JACKSONVILLE
FL     USA     32254

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

TERR#: 561

**A cash discount of $15.03 may be taken if payment is received by March 24, 2005**

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 617647 | 02/01/2005 | 1% 45 net 46 | 3/24/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 02/04/2005 | 262959 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 383742 | 382917 | 06304681205 | |

| PRODUCT CODE | | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 702103 | 522924 | WD285-4S 48MM X 9M | 24 | 12 00 | CA | 13 9200 | 167 04 |
| 702104 | 522933 | WD485 2S 48MMX27M | 24 | 36 00 | CA | 31 1184 | 1,120.26 |
| 702107 | | WD113-2 24MMX55M | 36 | 12 00 | CA | 18 0000 | 216 00 |
| Sub Total | | | | | | | 1,503 30 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

***ALWAYS SHIP ON PLT 961453 ONLY***

MAKE CHECKS PAYABLE TO:
TYCO ADHESIVES
REMIT TO:
TYCO ADHESIVES
DEPT 10450
PALANTINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 423856 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,503.30 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED *

ORIGINAL  INVOICE

# tyco
## Plastics & Adhesives

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

# INVOICE

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 2/10/05 | 424787 |

* R E P R I N T *

## Tyco Adhesives

**SOLD TO:** 236111

WINN DIXIE STORES INC        424787
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  400

WINN DIXIE STORES INC

2819 WADE HAMMPTON BLVD
GREENVILLE
SC    USA    29607

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

TERR#: 561

**A cash discount of $15.05 may be taken if payment is received by March 27, 2005**

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 617583 | 02/01/2005 | 1% 45 net 46 | 3/27/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 02/09/2005 | 262958 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 384641 | 383817 | 06304681247 | |

| PRODUCT CODE | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 702103 | 522924  WD285-4S 48MM X 9M | 24 | 15 00 | CA | 13 9200 | 208.80 |
| 702104 | 522933  WD485-2S 48MMX27M | 24 | 14.00 | CA | 31.1184 | 435.66 |
| 702107 | WD113-2 24MMX55M | 36 | 8.00 | CA | 18.0000 | 144.00 |
| 702036 | 534833  WD113-3 36MMX55M | 24 | 14 00 | CA | 18 2400 | 255.36 |
| 702037 | 534851  WD181-6S 48MMX41M | 24 | 12.00 | CA | 38 4000 | 460 80 |
| | Sub Total | | | | | 1,504 62 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

***ALWAYS SHIP ON PLT 961453 ONLY***

**MAKE CHECKS PAYABLE TO:**
TYCO ADHESIVES
**REMIT TO:**
TYCO ADHESIVES
DEPT 10450
PALATINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 424787 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,504.62 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED
OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS
ACT OF 1938 AS AMENDED *

ORIGINAL  INVOICE

# INVOICE

**tyco**
**Plastics & Adhesives**

25 FORGE PARKWAY
FRANKLIN, MA 02038-3135
508-918-1600
www.tycoadhesives.com

| PAGE NO | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 1 OF 1 | 2/17/05 | 426418 |

\* R E P R I N T \*

**Tyco Adhesives**

**SOLD TO:** 236111

WINN DIXIE STORES INC       426418
GENERAL MERCHANDISE DIST CNTR
PO BOX 40805
JACKSONVILLE, FL 32201

**SHIP TO:** 236111  400

WINN DIXIE STORES INC

2819 WADE HAMMPTON BLVD
GREENVILLE
SC    USA    29607

*New Option!* Are you interested in receiving your invoices via fax? Contact us at (800) 248-7659 ext 1695 for information on this option.

A cash discount of $15.33 may be taken
if payment is received by April 03, 2005

TERR#: 561

| CUSTOMER ORDER NUMBER | CUST ORDER DATE | INVOICE TERMS | INVOICE DUE DATE |
|---|---|---|---|
| 627258 | 02/10/2005 | 1% 45 net 46 | 4/03/05 |

| SHIPPED FROM | SHIPPED VIA | SHIPPED DATE | TYCO ORDER NUMBER |
|---|---|---|---|
| Franklin, KY | OLD DOMINION FREIGHT LINE, INC | 02/17/2005 | 264880 |

| BOL NUMBER | LOAD NUMBER | PRO NUMBER | |
|---|---|---|---|
| 386397 | 385572 | 06304446039NSH | |

| PRODUCT CODE | DESCRIPTION | UNITS/CA | QUANTITY | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 702103 | 522824  WD285-4S 48MM X 9M | 24 | 21 00 | CA | 13.9200 | 292 32 |
| 702104 | 522933  WD485-2S 48MMX27M | 24 | 14 00 | CA | 31.1184 | 435.66 |
| 702107 |         WD113-2 24MMX55M | 36 | 8 00 | CA | 18.0000 | 144.00 |
| 702036 | 534833  WD113 3 36MMX55M | 24 | 11 00 | CA | 18 2400 | 200.64 |
| 702037 | 534851  WD181-6S 48MMX41M | 24 | 12.00 | CA | 38.4000 | 460 80 |
| | Sub Total | | | | | 1,533.42 |

*LTL (LESS THAN TRUCKLOAD) USE OLD DOMINION ONLY*

\*\*\*ALWAYS SHIP ON PLT 961453 ONLY\*\*\*

**MAKE CHECKS PAYABLE TO:**
TYCO ADHESIVES
**REMIT TO:**
TYCO ADHESIVES
DEPT 10450
PALANTINE, IL 60055-0450

| INVOICE NUMBER |
|---|
| 426418 |

| PLEASE PAY THIS AMOUNT |
|---|
| 1,533.42 |

TO ENSURE PROMPT CREDITING OF YOUR ACCOUNT
PLEASE NOTE INVOICE NUMBERS WITH YOUR PAYMENT

*ALL GOODS OR SERVICES COVERED BY THIS INVOICE HAVE BEEN MANUFACTURED
OR PERFORMED IN COMPLIANCE WITH THE PROVISIONS OF THE FAIR LABOR STANDARDS
ACT OF 1938 AS AMENDED *

ORIGINAL  INVOICE