UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Associated Grocers of Florida, Inc. hereby appears in the above-captioned case as an interested party through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

> Peter E. Nicandri
> Florida Bar No. 823090
> 208 North Laura Street, Suite 800
> Jacksonville, Florida 32202
> Tel: (904) 357-3660
> Fax: (904) 357-3661

Date: April 21, 2006

        MILAM HOWARD NICANDRI
         DEES & GILLAM, P.A.


        By  _/s/Peter E. Nicandri_
         Peter E. Nicandri
         Florida Bar No. 823090
         208 North Laura Street, Ste 800
         Jacksonville, Florida 32202
         Tel: (904) 357-3660
         Fax: (904) 357-3661

         ATTORNEYS FOR ASSOCIATED
         GROCERS OF FLORIDA, INC.