

P.O. Box 38 • Jefferson, GA • 30549-0038

(706) 367-5281
(706) 367-6102 Fax
www.jacksonemc.com

April 19, 2006

Clerk of the United States Courthouse
300 North Hogan St. Suite 3-350
Jacksonville, Florida 32202

To Whom It May Concern:

In response to Winn-Dixie Stores, Inc. objections to the claim filed by Jackson Electric Membership Corporation, Claim number 228, Case number 05-03817-3F1, in the amount of $30,713.08; We are sending sufficient documentation to substantiate the validity of the claim.

We disagree that the claim should be reduced. We ask that you review the enclosed statements and allow our claim in full.

Sincerely,

Gene Deal
Director, Member Accounts

Case Name: Winn-Dixie Stores, Inc.
Claim No.: 228
Case No.: 05-03817-3F1

c: Attorneys: Skadden, Arps, Slate,
Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036



