

# VAN HOEKELEN GREENHOUSES, INC.

ROUTE 309  P.O. BOX 88  •  MCADOO, PA 18237-0088

TEL: 570-929-2022  •  FAX: 570-929-2260

April 20, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

F I L E D
JACKSONVILLE, FLORIDA
APR 21 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE:  Winn-Dixie Stores, Inc., et al.,
CASE No. 05-03817-3F1

Dear Sirs;

I have received the "Notice of Debtors' Eighth Omnibus Objection to overstated Claims, and do indeed oppose the reduction of this invoice to our claim. I'm enclosing a copy of the signed invoice and would like to note, that it was expressly asked of us to do this for Winn-Dixie as they were sending these plants as a charitable item. We were asked to deliver the cut tulips to a Southern Coffee Service and to bill Winn Dixie direct.

As you can see on the invoice, there is a signature from the person who received it and the name of Lisa Allessandro in Marketing that approved it.

With 100% proof of delivery and receipt of merchandise I will assume this clears up the discrepancies of any thoughts to reducing our claim.

In closing, we do hereby oppose the reduction of invoice # 0099344 but will agree to the accounts payable credit of $68.40.

Thanking you in advance for your attention to this matter,

*Lori A. van Hoekelen*

Lori A. van Hoekelen
Administrative Manager


Cc: Skadden,Arps,Slate,Meagher&Flom LLP
ATT: D.J. Baker

Sent via UPS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        ) Case No. 05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,              ) Chapter 11
                                              )
Debtors.[1]                                   ) Jointly Administered
                                              )

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-278964-8A-30
VAN HOEKELEN GREENHOUSES, INC
ATTN LORI VAN HOEKELEN, SECRETARY
PO BOX 88, RT 309
MCADOO, PA 18237-0088


Claimant's Counsel ID: WDX-278964-8A-30
C/O ANGELINI VINIAR & FREEDMAN LLP
ATTN RICHARD P FREEDMAN, ESQ
413 ROUTE 70 EAST
CHERRY HILL NJ 08034


| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 8405<br>CLAIM AMOUNT: $404,426.80<br><br>REDUCED AMOUNT: $399,858.40 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $68.40 AND REMOVAL OF $4,500 FOR INVOICE NUMBER 0099344 BILLED TO DEBTOR IN ERROR. |

1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.   The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**INVOICE**

PLEASE PAY FROM THIS INVOICE COPY



## van HOEKELEN GREENHOUSES, INC.
ROUTE 309 P.O. BOX 88 • MC ADOO, PA 18237-0088
TEL: 570-929-2022   FAX# 570-929-2260

| P.O. # | LISA |
|---|---|
| ACCT. # | ADLESSANDR |

| INVOICE NO. | 0099344 |
|---|---|
| DATE | 2/10/2005 |
| PAGE | 1 |

**BILL TO:**
WINN DIXIE JACKSONVILLE
5050 EDGEWOOD CT
Attn: Lisa Allessandro – Mktg
JACKSONVILLE, FL 32205

**SHIP TO:**
SOUTHERN COFFEE SERVICE
314 SPEARS AVENUE
CHATTANOOGA, TN 37405

(423) 267-7172 EXT:

| ORDER DATE | TERMS | SHIP VIA | ORDER PLACED BY | SLP | DRV |
|---|---|---|---|---|---|
| 02/03/2005 | Net 30 Days | | | NJS | |

| DESCRIPTION | CASES | UNITS | PRICE | CASE PR | AMOUNT |
|---|---|---|---|---|---|
| CUT TULIPS/10 STEMS PK 25 | 60 | 25 1500 | 3.00 | 75.00 | 4,500.00 |
| CASES 60  UNITS: 1500  CUBES 0.00 | | | | | |

Posted

Check Date _____ Rec'd _____

Check # _____

Net Invoice: 4,500.00
Freight: 0.00
Invoice Total: 4,500.00

---

| TEMP/RECORDER # _____ | DRIVER'S SIGNATURE _____ | STORE SIGNATURE _Bud Sr_ |
|---|---|---|
| TRAILER # _____ | TRUCKING COMPANY _____ | DATE & TIME RECEIVED _____ |
| APPT. DATE _____ TIME _____ | **PLEASE PAY FROM THIS INVOICE COPY** | |

**1. VHG COPY**

ANY CLAIMS MUST BE MADE WITHIN 24 HOURS FROM RECEIPT OF DELIVERY   2% MONTHLY CHARGE ADDED TO ALL INVOICES UNPAID AFTER 30 DAYS.