**Mackay Envelope Company, LLC**
**2100 Elm St SE**
**Minneapolis, Minnesota 55414-2597**

April 20, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St
Suite 3-350
Jacksonville, Florida 32202

F I L E D
JACKSONVILLE, FLOR..

APR 2 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re:  Case No. 05-03817-3F1 – Debtors objection to "overstated" claims

To Whom It May Concern:

We are in dispute of the above referenced objection to the claim amount of $2515. Your notice indicates that this debtor paid this obligation on 8-29-03, their check number 006981216.

For the record, I am enclosing copies of said check which shows this debtor did list this invoice for payment, but then fully deducts the total amount of this invoice on this same check. **The net effect is a zero payment against this invoice.**

The next logical question would be why the full amount of this invoice was deducted. Unfortunately, this debtor has never been able to satisfactorily explain this. For reference, I'm enclosing copies of the bill of lading, proof of delivery and additional correspondence sent by us to this debtor in an attempt to collect this invoice (pre-bankruptcy). These documents clearly show that the full amount of the order was delivered and signed for by this debtor. Furthermore, there is no record of any damage or shortage and there was never any argument from debtor to that effect other than this check. We did call debtor several times but never received a return call or explanation. Initially our thinking was that someone was simply reading these documents incorrectly, which is why the added explanation was given in our letter. As you can see from our production notes, we filled this order according to debtors full specifications and these documents clearly state that the product was delivered and received as ordered without any shortage or damage.

I'm confident that these documents will clearly demonstrate to the court that the amount of $2515 should be reinstated into the claim amount totaling $13,883.50. Thank you.

Sincerely,

Susan Rausch

**Corporate Credit Manger**
**612-378-6207 – Fax 612-378-6241**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-381772-8A-15
MACKAY ENVELOPE COMPANY, LLC
ATTN SUSAN RAUSCH, CORP CR MGR
2100 ELM STREET SE
MINNEAPOLIS MN 55414-2597

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 174<br>CLAIM AMOUNT: $13,883.50<br><br>REDUCED AMOUNT: $11,368.50 | REASON FOR REDUCTION: | REDUCED AMOUNT REFLECTS 8/29/03 PAYMENT OF $2,515.00 FOR INVOICE NUMBER IOWA 5565 DATED 7/30/03 BY CHECK NUMBER 006981216. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 24, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Rec 4/10/06

9708

| | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| ck Date: 29.Aug.2003 | | | | | Check No. | 006981216 |
| 'D | IOWA 5134 | 22.Jul.2003 | 00086121 | 9,189.00 | 0.00 | 9,189.00 |
| ID | IOWA 5564 & 5565 | 30.Jul.2003 | 00091526 | 5,219.50 | 0.00 | 5,219.50 |
| 'D | IOWADD | 22.Jul.2003 | 00086122 iowa 5134 | -680.60  IS134 | 0.00 | -680.60 |
| ID | IOWADD | 30.Jul.2003 | 00091527 iowa 5564 | -225.00  IS564 | 0.00 | -225.00 |
| D | IOWASD | 30.Jul.2003 | 00091528 iowa 5565 | -2,515.00  IS565 | 0.00 | -2,515.00 |
| Q | 2001010861 | 29.Aug.2003 | A0772098 | -9,291.40 | 0.00 | -9,291.40 |
| | AR CR VOUCHER | | | | | |

Requested copy of cl...
Sept copy of claim

FAxed to KAR
9-18-0

Audit co
Backup
PENDING
Debra WADG/AR
904-370-6047
904-370-6047

| or Number | | Name | | Total Discounts | |
|---|---|---|---|---|---|
| 00134784 | | MACKAY ENVELOPE CORP | | $0.00 | |
| Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 981216 | 29.Aug.2003 | | $1,696.50 | $0.00 | $1,696.50 |

---

20824-MACKAY ENVELOPE                              B2

**usbank.**
Five Star Service Guaranteed

Winn Dixie Stores, Inc.                WACHOVIA BANK, N.A.            006981216
PO Box B                               Pensacola, FL 32534            63-1012/632
Jacksonville, Florida 32203-0297

                                        Date   29.Aug.2003      Pay Amount  $1,696.50***

y    ****ONE THOUSAND SIX HUNDRED NINETY-SIX AND 50/100 US DOLLAR****

The Order Of                                Winn Dixie Stores, Inc. Consolidated Disbursement Account

MACKAY ENVELOPE CORP
DS 12-0824
O BOX 86                                                    KDHardee
MINNEAPOLIS, MN 55486-0824                                  Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑆006981216⑆  ⑆063210125⑆  2079940000225⑆

BUSINESS DATE
09/08/2003
REFERENCE NO.
11841
SEQ W/I REFNO
0021
CHECK AMOUNT
$1696.50

WINN-DIXIE
AMERICA'S SUPERMARKET
P.O. BOX 850001, ORLANDO FL 32885-0230
(904) 783-5000

INVOICE ADJUSTMENTS                                     08/31/03

GENERAL MERCHANDISE DIST.CNTR

JACKSONVILLE     FL 32201

INVOICE  IOWA 5564 & 5565 DUE DATE 08/31/03     P.O. DATE 07/07/03
P.O. 377511  RECEIPT 21 215014763
REQUESTER  STAC

VENDOR          134784

MACKAY ENVELOPE CORP
SDS 12-0824
PO BOX 86
MINNEAPOLIS   , MN  55486

*Handwritten notes:*
- R Lake 904-370-6057
- 9708 / GREGG
- Melissa Nelson 904-370-6197
- Cindy Staples 904-370-6176
- Debra Wade -AL 904-370-6047

| ITEM | UPC | PACK/SIZE | DESCRIPTION | | QUANTITY | PER UNIT | DEDUCTNS | PAYMENTS |
|---|---|---|---|---|---|---|---|---|
| 534468 | 00000000000534468 | 999/1000CT | PRINT WALLET ENVLOPE 10 | SHORTAGE DEDUCT | 100.0000 | 25.15 | 2515.00 | |
| 534472 | 00000000000534472 | 999/1000CT | PHOTO ENVELOPE - 1000 | LIST COST DEDUC | 90.0000 | 2.50 | 225.00 | |

                                                    TOTAL            2740.00
                            AMOUNT DEDUCTED FROM INVOICE            2740.00

THE ABOVE AMOUNTS WERE DEDUCTED FROM THE PAYMENT OF YOUR INVOICE NOTED ABOVE.
PLEASE DIRECT ALL CORRESPONDENCE TO THE ABOVE ADDRESS. NOTE OUR REFERENCE ON ALL CORRESPONDENCE.

*Iowa 5565* (handwritten)



**Mackay Envelope Company**
**2100 Elm Street SE**
**Minneapolis, MN 55414-2597**

September 7, 2004

*2nd Request* (handwritten)
*1-14-05* (handwritten)

**CERTIFIED MAIL: 7002 1000 0005 4521 3747**

Winn-Dixie Stores, Inc
Attention Accounts Payable
P.O. Box B
Jacksonville, FL 32203

Re: **Open invoice: iowa 5565 - dated 7-30-0-3 - Amount Due: $2515.00**

To Whom It May Concern:

I am writing regarding an open invoice, which you initially refused payment on indicating that there was a shortage. Your remittance advice, enclosed, did not specify what this shortage involved, but took a deduction for the FULL amount of the invoice.

In further researching this, you will note that the POD references "PLTS" or pallets and delivered "2", and the invoice refers to a quantity in "thousands", having billed for 100,000 envelopes. Furthermore, each pallet contained 50,000 envelopes, so having delivered "2" pallets would have filled the invoice requirement of 100,000. Or, in other words, each pallet contained 50 cartons (or cases) with 1000 envelopes in each carton. Hence, on the attached BOL, you see "100@1000=100,000". This refers to both pallets, 50 cartons of 1000 envelopes each, on each pallet. Here again, we have 100,000 envelopes delivered.

In light of this documentation, enclosed, would you please kindly submit this invoice for payment, or give me sufficient documentation as to why it was refused payment. Additionally, due to the age of this invoice, it would be greatly appreciated if you would put a priority rush on this processing.

Thank you.

Susan Rausch
Corporate Credit Manager

**Susan Rausch**
**Corporate Credit Manager**
**612-378-6207 / 800-622-5299**
**srausch@mackay.com**

Mackay Envelope Company, LLC
Mackay Photopak
(612) 331-9311  Tax ID 1: 41-1983455

Remit to: Mackay Envelope Company, LLC
SDS 12-0824
PO. Box 86
Minneapolis, MN  55486-0824

INVOICE NO  Iowa 5565
PAGE  1
DATE  07/30/03
SALESPERSON  Easton, Jack
INVOICE TYPE:  CONSOLIDATED INVOIC

BILL TO:
9708
Winn-Dixie Stores, Inc.
Attn Accounts Payable
PO Box B
Jacksonville FL 32203
USA

SHIP TO:

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
|  | See Below | 2 |  | 1,800.00 |  | Net 30 |

| LINE/REL. | QTY. ORDERED | QTY. INVOICED | QTY. BACK ORDERED | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
|  | Delivery Order: IA00000909 | | | | |
|  | Date Shipped: 07/24/03 | | | | |
|  | Ship To: WINN DIXIE STORES - GM WA | | | | |
|  |          006921902100E | | | | |
|  |          5050 EDGEWOOD COURT | | | | |
|  |          CALL 904-783-5339 FOR APPT. | | | | |
|  |          JACKSONVILLE   FL   32254-3699 | | | | |
|  |          USA | | | | |
| 1 | 100,000 | 100,000 | 0 | 25.15 | 2,515.00 |
|  | Item: S285399 | | | | |
|  | Description: WINN-DIXIE 5X7.25 PW 7835 FLX | | | | |
|  | U/M: EA | | | | |
|  | DO Line: 1 | | | | |
|  | PO: 377511 | | | | |
|  | Order: C012623-002 | | | | |
|  | Ship To: WINN DIXIE STORES - GM WA | | | | |
|  |          006921902100E | | | | |
|  |          5050 EDGEWOOD COURT | | | | |
|  |          CALL 904-783-5339 FOR APPT. | | | | |
|  |          JACKSONVILLE FL 32254-3699 | | | | |
|  |          USA | | | | |

*Handwritten annotations:*
2 @ 50 cartons
ea carton = 1000
100 cartons @ 100 = 100,000
OL DOMINION/DORHN
OPEN invoice  PRO# - 110072590

Amounts are shown in US dollars.
Thank You!  Mackay Envelope appreciates your business!
Quantities are invoiced in even carton counts.

ORIGINAL INVOICE

| SALES AMOUNT | 2,515.00 |
|---|---|
| MISC CHG | 0.00 |
| UPS CHG | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,515.00 |

JAX

ATL
MR7
③

# DOHRN TRANSFER COMPANY

FEIN 36-3875802
MC 169753
IL CC 65569 MC-CPR

625 3rd Avenue
Rock Island, Illinois 61201
Phone (309) 794-0723
www.dohrn.com

**DATE:** 07/24/03

**FREIGHT BILL NO.** 1100725190-00

**PAGE** 1 of 1

**CONSIGNEE:**
WINN DIXIE                    WINNJA
5050 EDGEWOOD CT
GENERAL MERCHANDISE DIST CTR
JACKSONVILLE, FL    32254

**SHIPPER:**
MACKAY IOWA ENVELOPE          MACIOW
1500 MACKAY AVE
MT PLEASANT, IA    52641

SRFTC INC                     MACKAY
6960 MADISON AVE W
GOLDEN VALLEY, MN 55427

| ORG | DEST | MANIFEST # | TRAILER # | INTERNAL REFERENCE | ADVANCE C/L | BEYOND C/L | PPD/COLLECT |
|---|---|---|---|---|---|---|---|
| RIS | RIS | 31218 | 53305 | kkrieger | | ODFLRI | PPD |

| SHIPPER'S # | PURCHASE ORDER # | ADVANCE C/L # | BEYOND C/L # | ADVANCE SHARE | BEYOND SHARE | DOHRN SHARE |
|---|---|---|---|---|---|---|
| IA00000909 | 377511 | | | | | |

| PLTS | PCS | DESCRIPTION OF ARTICLES | CLASS | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | 2 | CTNS ENVELOPES<br>COPY OF BILL OF LADING ATTACHED | 070 | 1,800 | | |
| 2 | 2 | OLD DOMINION FREIGHT LINE<br>10300936910    RKI | | 1,800 | | |

DEST: JAX    SHIP #    CUBE %
DATE | PCS | CKR# | BAY/UNIT | OSD PCS

DATE: 7-25-03    SHRINK WRAP INTACT: ☐ YES ☐ NO    NO. OF PIECES: ②

RECEIVED ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTED. SHOW COMPLETE SIGNATURE - INITIAL NOT ACCEPTED.
X [signature]

SWSSWE

Carrier Logistics                                                                                                          Page 1 of 1

*Status Information For Probill # 1100725190*

       **Pickup Date:** 07/24/03
       **Origin City:** MT PLEASANT, IA
      **Destination City:** JACKSONVILLE , FL
         **Pieces:** 2
        **Weight:** 1800
        **BOL#:** IA00000909
        **PO #:** 377511

Customer Service Contact Information
   DELIVERY DETAILS
**Delivered Date:** 07/25/03
**Delivered Time:**
**Signature:**  SEE SCANNED POD
**Status:**   DELIVERED OK

http://www.dohrn.com/scripts/cgiip.exe/protrace.htm             8/25/2004

```
                          Straight Bill of Lading                    PHOTO
      DO/BOL: IA00000909                    Date: 07/24/03   Page:   1 of   1
  Pro Number: 1100725190                    Contact Number:
     Carrier: OL DOMINION/ DORHN            Carrier Number:
Vehicle Number:                             FOB:
       Route: PREPAID
```

---

| Consignor | Consignee |
|---|---|
| Mackay Envelope Company | WINN DIXIE STORES - GM WA |
|  |  |
| 1500 Mackay Avenue | 006921902100E |
| Mt. Pleasant IA 52641 | 5050 EDGEWOOD COURT |
| USA | CALL 904-783-5339 FOR APPT. |
|  | JACKSONVILLE FL 32254-3699 |
|  | USA |

---

Prepaid Freight Charges Invoicee

IF FREIGHT CHARGES ARE PREPAID ATTACH A
COPY OF THIS BILL OF LADING TO YOUR
ORIGINAL FREIGHT BILL AND SUBMIT TO:
RUBENSTEIN LOGISTICS SERVICES, INC.
P.O. BOX 5, MINNEAPOLIS, MN 55440
FOR AUDIT

---

| Special Instructions | Freight Charge Terms: (Freight charges are prepaid unless marked otherwise) |
|---|---|
| DO NOT DOUBLE STACK | Collect: ___   Third Party: ___ |
| PO# 377511 |  |
| 2@50CTNS |  |

---

| LN | Pkgs | Pkg Type | Package Description | Weight (LB) |
|---|---|---|---|---|
| 1 | 2 | PALLET | S285399   C12623<br>100@1000=100,000 | 1,800 |

---

```
     # Packages:        2           NMFC: 153040       CLSS: 70
  Total Weight:   1,800 LB
                                    Declared Value:              0.00
```

| Shipper | Carrier |
|---|---|
| Signature: | Signature: |
|   Date: |   Date:         /        / |

RECEIVED subject to individually determined rates or contracts that have been
agreed upon in writing between the carrier and shipper, if applicable,
otherwise to the rates, classifications and rules that have been established
by the carrier and are available to the shipper on request.

**Mackay Envelope Company, LLC**
**Mackay Photopak**
(612) 331-9311   Tax ID 1: 41-1983455

| | |
|---|---|
| Remit to: | Mackay Envelope Company, LLC<br>SDS 12-0824<br>PO. Box 86<br>Minneapolis, MN 55486-0824 |

| | |
|---|---|
| INVOICE NO | iowa 5565 |
| PAGE | 1 |
| DATE | 07/30/03 |
| SALESPERSON | Easton, Jack |
| INVOICE TYPE: | CONSOLIDATED INVOIC |

**BILL TO:**
9708
Winn-Dixie Stores, Inc.
Attn Accounts Payable
PO Box B
Jacksonville FL 32203
USA

**SHIP TO:**

| ORDER# | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| | See Below | 2 | | 1,800.00 | | Net 30 |

| LINE/REL. | QTY. ORDERED | QTY. INVOICED | QTY. BACK ORDERED | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | Delivery Order: IA00000909 | | | | |
| | Date Shipped: 07/24/03 | | | | |
| | Ship To: WINN DIXIE STORES - GM WA | | | | |
| | 006921902100E | | | | |
| | 5050 EDGEWOOD COURT | | | | |
| | CALL 904-783-5339 FOR APPT. | | | | |
| | JACKSONVILLE   FL   32254-3699 | | | | |
| | USA | | | | |
| 1 | 100,000 | 100,000 | 0 | 25.15 | 2,515.00 |
| | Item: S285399 | | | | |
| | Description: WINN-DIXIE 5X7.25 PW 7835 FLX | | | | |
| | U/M: EA | | | | |
| | DO Line: 1 | | | | |
| | PO: 377511 | | | | |
| | Order: C012623-002 | | | | |
| | Ship To: WINN DIXIE STORES - GM WA | | | | |
| | 006921902100E | | | | |
| | 5050 EDGEWOOD COURT | | | | |
| | CALL 904-783-5339 FOR APPT. | | | | |
| | JACKSONVILLE FL 32254-3699 | | | | |
| | USA | | | | |

*OPEN Invoice*

Amounts are shown in US dollars.
Thank You! Mackay Envelope appreciates your business!
Quantities are invoiced in even carton counts.

**ORIGINAL INVOICE**

| | |
|---|---|
| SALES AMOUNT | 2,515.00 |
| MISC CHG | 0.00 |
| UPS CHG | 0.00 |
| SALES TAX | 0.00 |
| PREPAID | |
| TOTAL | 2,515.00 |



**Mackay Envelope Company**
2100 Elm Street SE
Minneapolis, MN 55414-2597

September 7, 2004

**CERTIFIED MAIL: 7002 1000 0005 4521 3747**

Winn-Dixie Stores, Inc
Attention Accounts Payable
P.O. Box B
Jacksonville, FL 32203

Re: **Open invoice: iowa 5565 - dated 7-30-0-3 - Amount Due: $2515.00**

To Whom It May Concern:

I am writing regarding an open invoice, which you initially refused payment on indicating that there was a shortage. Your remittance advice, enclosed, did not specify what this shortage involved, but took a deduction for the FULL amount of the invoice.

In further researching this, you will note that the POD references "PLTS" or pallets and delivered "2", and the invoice refers to a quantity in "thousands", having billed for 100,000 envelopes. Furthermore, each pallet contained 50,000 envelopes, so having delivered "2" pallets would have filled the invoice requirement of 100,000. Or, in other words, each pallet contained 50 cartons (or cases) with 1000 envelopes in each carton. Hence, on the attached BOL, you see "100@1000=100,000". This refers to both pallets, 50 cartons of 1000 envelopes each, on each pallet. Here again, we have 100,000 envelopes delivered.

In light of this documentation, enclosed, would you please kindly submit this invoice for payment, or give me sufficient documentation as to why it was refused payment. Additionally, due to the age of this invoice, it would be greatly appreciated if you would put a priority rush on this processing.

Thank you.

Susan Rausch
Corporate Credit Manager


Susan Rausch
Corporate Credit Manager
612-378-6207 / 800-622-5299
srausch@mackay.com

PRODUCTION ORDER
PLANT 03

**Mackay Envelope Corporation**
2100 Elm Street SE, Minneapolis, MN 55414    Tel. (612) 331-9311

ER NO.  -285399

ORDER DATE 1/23/03    SALESPERSON 639 WHOLESALE/SUE    ENTERED BY NANCY    STORED ORDER-T

TO: Winn-Dixie Stores, Inc.
    Accounts Payable
708 P.O. Box B
    Jacksonville FL 32203

SHIP TO: PER RELEASE

# OF ITEMS TO SHIP 01

P.O. NO.    FORM NO. WINN DIXIE PW    TERMS: NET 30    TAX: .000 NO TAX-OUTSTATE
DATE:    1    SHIP DATE: 0/00/00 PER SCHED    FOB PER RELEAS    VIA OLD DOMINION

| QTY | SIZE AND DESCRIPTION | | PRICE/M | |
|---|---|---|---|---|
| 1,500,000 | 5 X 7-1/4 FLAP NO GUM EXACT RERUN 1 COPIES | FLEXO PW FULL EXPANS PRINTED FLAPS OPEN PAPER DIVDR 3 SCORES | 22.65 OTHER CHARGES FREIGHT | 2.50MI |

RERUN OF P-232762  9/07/01

24 WHITE WOVE

DIE NO.    MAT'L    WIDTH / LENGTH    STYLE FLEXO PW FULL EXPANS    FLAP: FLAP
                                     SHAPE    LEFT    BOTTOM    LOCATION

3 SCORES

FLEXO INLINE                         PRNT FACE,BACK,FLAP    COLOR 3/1
S 321 TEAL    OUTSIDE 198 RED        OUTSIDE 999 BLACK    OUT/IN

WINN DIXIE PW 7835

SAMPLE  SAMPLE

MUST HAVE 50 CASES PER PALLET - VERY CRITICAL
TIONS  SCORE AT 5" AND 1/2" ABOVE/BELOW BOTTOM FOLD

-4-03 mK

TO SALES  10                         ACKNOWLEDGEMENT  NO
                                     SHEETING ORDER

0,000  PRODUCTION QTY OUT    REAMS         TOTAL WEIGHT    0
                                           WEIGHT PER M   .00
       PRODUCTION QTY OUT    REAMS  SHEETS TOTAL WEIGHT
                                           WEIGHT PER M
                             P.O. #    QTY
                             P.O. #    QTY
                             P.O. #    QTY

BULK PACK                    1000   PACK   BOXES
                                    PACK 1,500  CARTONS
                                    PACK        CARTONS

C5031

NO. & DESCRIPTION  SET UP  STD/HR  DUE DATE  MACHINE NO. & DESCRIPTION  SET UP  STD/HR  DATE DUE

```
PRODUCTION ORDER                                                            REPRINT
PLANT 03                                                                    7/26/04   15.50.01

P-285399    1/23/03    639 WHOLESALE/SUE           NANCY            STORED ORDER-T

   Winn-Dixie Stores, Inc.                      PER RELEASE
   Accounts Payable
009708 P.O. Box B
   Jacksonville FL 32203

                   WINN DIXIE PW               # OF ITEMS TO SHIP 01
                   0/00/00 PER SCHED           NET 30            .000 NO TAX-OUTSTATE
         1                                     PER RELEAS   DORHN

1,500,000   5 X 7-1/4          FLEXO PW FULL EXPANS                        22.65
            FLAP               PRINTED
            NO GUM             FLAPS OPEN
            EXACT RERUN        PAPER DIVDR          FREIGHT                2.50MI
            1 COPIES           3 SCORES

                                                          RERUN OF P-232762  9/07/01
                  24 WHITE WOVE    FLEXO PW FULL EXPANS         FLAP

                                                         3 SCORES
PMS# S  FLEXO INLINE     OUTSIDE  198 RED    PRNT FACE,BACK,FLAP  COLOR 3/1
        321 TEAL                                  OUTSIDE 999 BLACK        OUT/IN

        WINN DIXIE PW 7835

        SAMPLE

        MUST HAVE 50 CASES PER PALLET - VERY CRITICAL
        SCORE AT 5" AND 1/2" ABOVE/BELOW BOTTOM FOLD

                                                                             0
                10                                          NO              .00

                                                         1000      1,500
   1500,000       BULK PACK

COST/M       12.53 CONTRIBUTION   7.62  COMM. %   .00
 7/26/04     15.50.01
```