# EXHIBIT "1"

| | |
|---|---|
| Winn Dixie - 2004 RE Taxes | 28,205.23 |
| January 2005 Rent | 25,071.82 |
| February 1 - 21 Rent | 18,803.87 |
| Winn Dixie - 2005 RE Taxes (Jan 1 - Feb 21, 2005) | <u>5,286.95</u> |
| **Total** | **77,367.87** |

Check Date: 25.Mar.2005            Check No.    008010290

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 0240CAM02/05A | 23.Mar.2005 | 00565791 | 298.48 | 0.00 | 298.48 |
| WDHDQ | 0240CAM03/05 | 23.Mar.2005 | 00565783 | 1,193.90 | 0.00 | 1,193.90 |
| WDHDQ | 0240RENT02/05A | 23.Mar.2005 | 00565799 | 5,969.48 | 0.00 | 5,969.48 |
| WDHDQ | 0240RENT03/05 | 23.Mar.2005 | 00565792 | 23,877.92 | 0.00 | 23,877.92 |

POST-PETITION PORTION OF FEBRUARY'S RENTS (CAM + BASE RENT)

677 - Winndixie - A01
2/05 CAM 298.48 ✓
2/05 Rent 5969.48 ✓

3/05 CAM 1,193.90 ✓
3/05 Rent 23,877.92 ✓

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000834509 | SC (WESTLAND PROMENADE) LTD PARTNERSHIP | | $0.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 008010290 | 25.Mar.2005 | | $31,339.78 | $0.00 | $31,339.78 ✓ |

Winn Dixie Stores, Inc. 677-Windixie-A01    WACHOVIA BANK, N.A.      008010290
Debtor-in-Possession    6686/A01      Pensacola, FL 32534      63-1012/632
PO Box B
Jacksonville, Florida 32203-0297
                         Date    25.Mar.2005
                                                         Pay Amount $31,339.78***
Pay    ***THIRTY-ONE THOUSAND THREE HUNDRED THIRTY-NINE AND 78 / 100 US DOLLAR****
To The Order Of                             Winn Dixie Stores, Inc. Consolidated Disbursement Account

SC (WESTLAND PROMENADE) LTD PARTNERSHIP
ONE N CLEMATIS STREET
SUITE 305
WEST PALM BEACH, FL 33401

                                                                KD Hardee
                                                                 Authorized Signature

⑈008010290⑈  ⑉063101263⑉:  202991000225⑈

Check Date: 30.Nov.2004

Check No. 0073947

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amou |
|---|---|---|---|---|---|---|
| WDHDQ | 0240CAM12010001 | 01.Dec.2004 | 00542553 | 1,193.90 | 0.00 | 1,193 |
| WDHDQ | 0240RENT12010001 | 01.Dec.2004 | 00542554 | 23,877.92 | 0.00 | 23,877 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000758513 | HIALEAH PROMENADE LIMITED PARTNERSHI | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amou |
| 007394733 | 30.Nov.2004 | $25,071.82 | $0.00 | $25,071.82 |

Winn Dixie Stores, Inc.
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.
Pensacola, FL 32534

007394733
63-1012/632

Date  30.Nov.2004

Pay Amount $25,071.82***

Pay  ****TWENTY-FIVE THOUSAND SEVENTY-ONE AND 82 / 100 US DOLLAR****
To The Order Of

Winn Dixie Stores, Inc. Consolidated Disbursement Account

HIALEAH PROMENADE LIMITED PARTNERSHIP
%STERLING CENTRECORP MGT SERV
1 N CLEMATIS STREET
STE 305
WEST PALM BEACH, FL 33401

KDHardee
Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑈007394733⑈ ⑆063210125⑆ 207994000022⑈