UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING CERTIFICATE OF SERVICE

The Court finds that the Certificate of Service of Response and Objection to Debtors' Seventh Omnibus Objection to Overstated Claims filed by Maura I. Russell on behalf of Creditor SPCP Group, LLC did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

The Certificate of Service of Response and Objection to Debtors' Seventh Omnibus Objection to Overstated Claims filed by Maura I. Russell on behalf of Creditor SPCP Group, LLC on April 14, 2006 is stricken from the record.

DATED April 19, 2006, at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Maura I. Russell, 655 Third Avenue - 21st Floor, New York, NY 10017
Attorneys for Debtor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1              Date Rcvd: Apr 20, 2006
Case: 05-03817                  Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Apr 22, 2006.
aty         +Maura I Russell,    Traub Bonacquist & Fox LLP,    655 Third Avenue,    21st Floor,
              New York, NY 10017-9107
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2006**                    **Signature:**     *Joseph Speetjens*