| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE DIVISION | Hearing Date: May 4, 2006<br>Time:  1:00 PM |

---------------------------------------------------------X

In re

WINN-DIXIE STORES, INC., et al.,

                    Debtors.

---------------------------------------------------------X

Case No. 05-03817-3F1

(Chapter 11)

Jointly Administered

**RESPONSE OF NATURE'S BOUNTY, INC. AND NBTY, INC. TO
DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS**

    Nature's Bounty, Inc. and NBTY, Inc. (collectively "NBTY") by its counsel Jaspan Schlesinger Hoffman LLP respectfully submits this response to the motion of Winn-Dixie Stores, Inc., et al., the debtors ("Debtors") seeking to reduce two claims filed by NBTY. In support of this response, NBTY represents and alleges as follows:

1. Nature's Bounty, Inc. timely filed Claim Number 10207 in the amount of $32,018.54 and attached to that claim all appropriate documents to substantiate the amount of that claim. NBTY, Inc. timely filed Claim Number 10202 in the amount of $20,443,52 and attached to that claim all appropriate documents to substantiate the amount of that claim.

2. The Debtor has objected to Claim Number 10207 and seeks to reduce the amount of the claim to $11,247.10. The Debtor has also objected to Claim Number 10202 and seeks to reduce the amount of that claim to $13,060.75.

3. The Debtors provide scant reasons for seeking these reductions and, in fact, the first two lines of the "Reason for Reduction" are the same for each of the

two separate claims. In any event, the Debtors provide no proof to support the basis for their objections. Absent the Court and NBTY being supplied some documentary evidence to support these objections, the Debtors' objection should be overruled. 11 U.S.C. § 502; <u>In re St. Johnsburg Trucking Company, Inc.</u> 206 B.R. 318 (Bankr. S.D.N.Y. 1997).

WHEREFORE, NBTY respectfully submits this response to the Debtors' objection to the claims; requests that the objections be overruled in their entirety as to Claim Numbers 10207 and 10202 and such other and further relief as may seem just and proper.

Dated: Garden City, NY
April 24, 2006

        Respectfully submitted,

        JASPAN SCHLESINGER HOFFMAN LLP
        Attorneys for NBTY

        By:  /s/Harold D. Jones
            Harold D. Jones (HDJ-4652)
            A Member of the Firm
            300 Garden City Plaza
            Garden City, New York 11530
            (516) 746-8000