UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
---------------------------------------------------------X
In re                                                                              Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                              (Chapter 11)
                                                                                        Jointly Administered
                            Debtors.
                                                                                        **AFFIDAVIT OF SERVICE**
---------------------------------------------------------X

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NASSAU       )

    Gayle M. Kalin, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER HOFFMAN LLP.

    On April 242006, deponent served the within **Response of Nature's Bounty, Inc. and NBTY, Inc. to Debtors' Eighth Omnibus Objection to Claims via** email and facsimile transmission to the parties attached hereto.

    To:    D. J. Baker, Esq.
              Skadden, Arps, Slate, Meagher & Flom LLP
              Four Times Square
              New York, NY  10036
              (212) 735-2000 – facsimile
              djbaker@skadden.com

                                                                         /s/Gayle M. Kalin_____
                                                                         GAYLE M. KALIN

Sworn to before me this
24th day of April 2006

 /s/Adam P. Wofse_____
Notary Public

GMK/D486206v1/M039155/C0087900