### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Creditor, MeadWestvaco Corporation, hereby appears in the above-captioned case through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper

to:

        Peter E. Nicandri
        pnicandri@milamhoward.com
        Florida Bar No. 823090
        208 North Laura Street, Suite 800
        Jacksonville, Florida 32202
        Tel: (904) 357-3660
        Fax: (904) 357-3661

Date: April 24, 2006

        MILAM HOWARD NICANDRI
        DEES & GILLAM, P.A.

        By   /s/ *Peter E. Nicandri*
           Peter E. Nicandri
           Florida Bar No. 823090
           208 North Laura Street, Ste 800
           Jacksonville, Florida 32202
           Tel: (904) 357-3660
           Fax: (904) 357-3661

        ATTORNEYS FOR
        MEADWESTVACO