UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**RESPONSE TO DEBTOR'S EIGHTH OMNIBUS
OBJECTION TO OVERSTATED CLAIMS**

Creditor, MeadWestvaco Corporation ("MeadWestvaco") by and through its undersigned counsel, files this Response to Debtors' Eighth Omnibus Objection to Overstated Claims and states:

1. MeadWestvaco timely filed a Proof of Claim (Claim No. 8412) in the amount of $34,581.05. The claim is unsecured.

2. Debtors have objected to MeadWestvaco's claim and have sought to remove $31,168.22 for disputed invoices. MeadWestvaco opposes the reduction of the claim and states that the amount stated in the Proof of Claim is due and owing to MeadWestvaco. Debtors have offered no specific reason for disputing any particular invoice or invoices.

3. MeadWestvaco believes that a period of limited discovery is warranted to determine the specific nature of the Debtors' objection so that it may adequately prepare for any hearing on the Proof of Claim and Objection.

WHEREFORE, MeadWestvaco requests that the Court overrule Debtors' Objection and determine that its claim be allowed in the amount set forth in its Proof of Claim and grant such other relief as may be required under the circumstances.

Date: April 24, 2006

                          MILAM HOWARD NICANDRI
                          DEES & GILLAM, P.A.


                          By    /s/ *Peter E. Nicandri*
                             Peter E. Nicandri
                              pnicandri@milamhoward.com
                             Florida Bar No. 823090
                             208 North Laura Street, Ste 800
                             Jacksonville, Florida 32202
                             Tel: (904) 357-3660
                             Fax: (904) 357-3661

                           ATTORNEYS FOR
                           MEADWESTVACO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished via electronic notification to:

| | |
|---|---|
| D.J. Baker, Esq. | Cynthia C. Jackson, Esq. |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Skadden Arps Slate, | Smith Hulsey & Busey |
|  Meagher & Flom, LLP | 225 Water Street |
| 4 Times Square | Suite 1800 |
| New York, NY 10036 | Jacksonville, FL  32202 |

and to all other persons entitled to electronic service this  24th day of April, 2006.

By ___*/s/ Peter E. Nicandri*___
Attorney