

JOHANNA
FOODS, INC.

F I L E D
JACKSONVILLE, FLORIDA

APR 2 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

April 21, 2006

United States Courthouse
Attn: Clerk of the Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Clerk of the Court:

In response to the "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims"
(Winn Dixie Bankruptcy, case #05-03817-3F1), Johanna Foods, Inc. has validated
$602.88 of Winn Dixie's reason for reduction, "Accounts Receivable Balance of
$7,009.27". A spreadsheet giving a breakdown on this balance has been attached.

The remaining balance of $6,406.39 has been determined as invalid. A letter addressed
to Ms. Betty Holton of Winn Dixie on April 21, 2006 outlines the reason for this
discrepancy and has been attached to this document.

Sincerely,

Richard Lilly
Johanna Foods, Inc.

PO Box 272
Flemington, NJ 08822
Phone: 908-788-2200
Fax: 908-788-2737

**Johanna Foods Inc.**



To:  D.J. Baker/Skaddens, Arps, Slate,   From: Richard Lilly

Meagher & Flom LLP

Fax:  917-777-2150                Date:  4/21/06

Phone:                             Pages: 13 (including cover sheet)

**D.J. Baker,**

**Please find attached Johanna Foods, Inc.'s response to Winn Dixie's "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims.  A copy of this facsimile will be forwarded to the United States Courthouse in Jacksonville, Florida and also a copy will be faxed to Ms. Betty Holton of Winn-Dixie Food Stores Inc.**

**If you have any questions regarding Johanna Foods, Inc.'s response, please call me at 908-788-2267.**

**Thank you,**

**Richard Lilly**

**Johanna Foods, Inc.**

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL        E-2) BUSY
E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION

* * *   COMMUNICATION RESULT REPORT ( APR. 20. 2006 10:33PM )   * * *

FAX HEADER:   JOHANNA FOODS

TRANSMITTED/STORED : APR. 20. 2006 10:28PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|
| 734 MEMORY TX |  | 19177772150 | OK | 13/13 |

P. 1

PO Box 272
Flemington, NJ 08822
Phone: 908-788-2200
Fax: 908-788-2737

**Johanna Foods Inc.**

# Fax



To:    D.J. Baker/Skaddens, Arps, Slate,    From: Richard Lilly

       Meagher & Flom LLP

Fax:    917-777-2150                        Date:  4/21/06

Phone:                                      Pages: 13 (including cover sheet)

---

**D.J. Baker,**

Please find attached Johanna Foods, Inc.'s response to Winn Dixie's "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims. A copy of this facsimile will be forwarded to the United States Courthouse in Jacksonville, Florida and also a copy will be faxed to Ms. Betty Holton of Winn-Dixie Food Stores Inc.

If you have any questions regarding Johanna Foods, Inc.'s response, please call me at 908-788-2267.

Thank you,

Richard Lilly

Johanna Foods, Inc.



JOHANNA
FOODS, INC.

April 21, 2006

United States Courthouse
Attn: Clerk of the Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Clerk of the Court:

In response to the "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims"
(Winn Dixie Bankruptcy, case #05-03817-3F1), Johanna Foods, Inc. has validated
$602.88 of Winn Dixie's reason for reduction, "Accounts Receivable Balance of
$7,009.27". A spreadsheet giving a breakdown on this balance has been attached.

The remaining balance of $6,406.39 has been determined as invalid. A letter addressed
to Ms. Betty Holton of Winn Dixie on April 21, 2006 outlines the reason for this
discrepancy and has been attached to this document.

Sincerely,

Richard Lilly
Johanna Foods, Inc.

PO Box 272
Flemington, NJ 08822
Phone: 908-788-2200
Fax: 908-788-2737

**Johanna Foods Inc.**

# Fax

| To: | Ms. Betty Holton/Winn-Dixie Stores | From: Richard Lilly |
| --- | --- | --- |
| Fax: | 904-370-6318 | Date: April 21, 2006 |
| Phone: | | Pages: 10 (including cover sheet) |

Ms. Holton,

Please find attached Johanna Foods, Inc.'s response to Winn Dixie's "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims. A copy of this facsimile will be forwarded to the United States Courthouse in Jacksonville, Florida and also a copy will be faxed to D.J. Baker of Skadden, Arps, Slate, Meagher & Flom LLP at 917-777-2150.

If you have any questions regarding Johanna Foods, Inc.'s response, please call me at 908-788-2267.

Thank you,

Richard Lilly

Johanna Foods, Inc.

NOITƆƎNNOƆ ƎLIMISƆAƎ ON (4-Ǝ)          YSU8 (2-Ǝ)          LIAꟻ ƎNIL ꟻO AU DNAH (1-Ǝ)  ꟻꟼƎWSNA ON (Ɛ-Ǝ)
                                                                                      ꟻOꟻꟻƎ ꟻOꟻ NOSAƎꟻ

01/01          XO                              81Ɛ90ƐⱯ0Ɛ0ⱯⱯⱯ0Ɛ81                    XT YꟻOMƎM 2ƐⱯ
Ǝ⅁Aꟼ          TLUSƎꟻ                           SSƎꟻD⁣DA          Mꟼ85:6  9002 .02 .ꟼꟼA : DƎꟻOTS/DƎTTIMSNAꟻT    ƎDOM ƎLIꟻ
SDOOꟻ ANNAHOՐ  :ꟻƎDAƎH XAꟻ                                                            NOITꟼO                      ƎDOM ƎLIꟻ

*  *  * ( Mꟼ Ɛ0:01 9002 .02 .ꟼꟼA ) TꟼOꟼƎꟻ TLUSƎꟻ NOITAƆINUMMOƆ  *  *  *

ꟼ ·ꟼ

PO Box 272
Flemington, NJ 08822
Phone: 908-788-2200
Fax: 908-788-2737

**Johanna Foods Inc.**

# Fax



To:    Ms. Betty Holton/Winn-Dixie Stores    From: Richard Lilly

Fax:    904-370-6318                          Date: April 21, 2006

Phone:                                         Pages: 10 (including cover sheet)

**Ms. Holton,**

**Please find attached Johanna Foods, Inc.'s response to Winn Dixie's "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims. A copy of this facsimile will be forwarded to the United States Courthouse in Jacksonville, Florida and also a copy will be faxed to D.J. Baker of Skadden, Arps, Slate, Meagher & Flom LLP at 917-777-2150.**

**If you have any questions regarding Johanna Foods, Inc.'s response, please call me at 908-788-2267.**

**Thank you,**

**Richard Lilly**

**Johanna Foods, Inc.**



April 21, 2006

Winn-Dixie Stores, Inc
Attn: Betty Holton
5050 Edgewood Court
Jacksonville, FL 32203

Ms. Holton:

In response to the "Notice of Debtors' Eighth Omnibus Objection to Overstated Claims" (Winn Dixie Bankruptcy, case #05-03817-3FI), Johanna Foods, Inc. has validated $602.88 of Winn Dixie's reason for reduction, "Accounts Receivable Balance of $7,009.27". A spreadsheet giving a breakdown of this balance and a copy of Winn Dixie's Eighth Omnibus Objection have been attached.

The remaining balance of $6,406.39 has been determined as invalid for the following reasons:

On claim # 04 0000620, Winn Dixie claims that Johanna Foods, Inc. offered an off invoice promotion of .72/case on La Yogurt 6oz during a time period running from December 1, 2003 to December 30, 2003. This promotion, however, was revised to .24/case off invoice on August 22, 2003. Bob Schaefer of Winn Dixie was sent documentation by Advantage Sales and Marketing to support this revision.

On claim # 04 0000619, Winn Dixie claims that Johanna Foods, Inc. offered an off invoice promotion of .56/case on Variety 8 Pack 6oz La Yogurt during a time period running from November 3, 2003 to December 2, 2003. This promotion, however, was revised to .32/case off invoice on August 22, 2003. Bob Schaefer of Winn Dixie was sent documentation by Advantage Sales and Marketing to supporting this revision. Since Winn Dixie had later deducted .32/case for this promotion, nothing is due and the claim is invalid in total.

Documentation to support the aforementioned revisions has been attached.

Johanna Foods, Inc. has only received documentation from Winn Dixie to support $6,758.40 of its $7,009.27. Therefore, documentation on the remaining $250.87 is required.

Sincerely,

Richard Lilly
Johanna Foods, Inc.

**Winn Dixie Objection Claim**

| Claim # or Invoice # | Amount | Valid Amount |
|---|---|---|
| 40000619 | $1,235.52 | $0.00 |
| 40001154 | $426.24 | $426.24 |
| 40000620 | $4,920.00 | $0.00 |
| SCAN-000035663 | $176.64 | $176.64 |
| No Back-Up Provided | $250.87 | $0.00 |
| Total | $7,009.27 | $602.88 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*APR 06 2006*

In re:                                          )    Case No. 05-03817-3F1
                                                )
WINN-DIXIE STORES, INC., et al.,                )    *Chapter 11*
                                                )
Debtors. [1]                                    )    Jointly Administered
                                                )

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-384195-8A-47
JOHANNA FOODS, INC
ATTN RICHARD COOK, VP/CFO
PO BOX 272
FLEMINGTON NJ 08822-0272

| CLAIM(S) TO BE REDUCED | |
|---|---|
| CLAIM NO.: 2321<br>CLAIM AMOUNT: $74,651.26<br><br>REDUCED AMOUNT: $67,641.99 | REASON FOR REDUCTION:  **REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $7,009.27.** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 24, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.     Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.     In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.     A hearing will be held on **May 4, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.     The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.     The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By      /s/ D.J. Baker | By      /s/ James H. Post |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |

**Advantage Sales & Marketing**

# Memo

**To:** Bob Schaefer

**From:** Michael Jackson

**Date:** 8/22/03

**Re:** Revised Johanna Foods Promotions

---

In lieu of taking a price increase to combat the rising cost of raw materials, Johanna Foods will be reducing their promotional allowances as follows:

| | Current Promotion | Revised Promotion | New Promoted Retail | % Profit |
|---|---|---|---|---|
| 12/6 oz. La Yogurt | $.72 | $.24 | 5/$2.00 | 25% |
| 8 pack/6 oz. Variety Pack | $.56 | $.32 | $2.99 | 25% |

By not announcing a price increase, we are able to maintain our everyday retails.

Thank you for making these changes.

**WINN·DIXIE**

**WINN-DIXIE STORES, INC.**
**PROMOTIONAL ALLOWANCE / COST CHANGE FORM**

| | Date | 11/22/2002 |
|---|---|---|
| | Category Operations Manager | Bob Schaefer |

**Promotional Allowances:**

Vendor Name **Johanna Foods**
Address **C/o Advantage Sales & Marketing**
CITY **Jacksonville**   STATE **FL**   ZIP **32256**

Vendor Representative Signature _____

Deal Buy Start / Buy End Date   From: **10/27/03**   To: **11/22/03**
Shipping Start / End Date   From: **11/03/03**   To: **12/02/03**
Price Protection:   YES _____   NO _____

Vendor No. **10158**
Phone No. **904-296-8886**
E-MAIL Address **michaeljackson@asmsouth.com**

**SPECIAL ALLOWANCES:**
BACKHAUL: _____
STRAIGHT LOADS: _____
C.M.A.: _____

OTHERS: _____
(LIST) _____

**SPECIAL COMMENTS**

**Cancelled on 8/22/03**

Performance: **$2.99 Retail**

**WD USE ONLY**

LIST COST ARE:
(PLEASE 'X' ONE)   DEL [ ]   FOB [ ]

**SPECIAL NOTE**

ALL INFORMATION BELOW SHOULD SHOULD BE COMPLETED WITH AN X.....

THIS SECTION SHOULD BE COMPLETED FOR ALL ITEMS STOCKED IN EACH D.C. FIRST LIST IN CODE ORDER ALL ITEMS STOCKED IN ALL DISTRIBUTION CENTERS, THEN LIST REMAINING CODES IN DESCENDING ORDER BY EACH DISTRIBUTION CENTER

ALL DEPARTMENTS EXCEPT GMD

EMAIL TO THE APPROPRIATE CATEGORY OPERATIONS MANAGER

| UPC NUMBER | | | | | SELECT | | PRODUCT DESCRIPTION | LIST COST | COST INFORMATION | | | | | | DEAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W/D REQ CODE | MFG. NUMBER | ITEM NUMBER | PACK | SIZE | COST CHANGE | NEW DEAL | | LIST COST | BRACKET 1 | BRACKET 2 | BRACKET 3 | BRACKET 4 | BRACKET 5 | BRACKET 6 | O.I. | B.B. NET COST | NEXT DEAL DATE |
| 90015 | 53600 | 10151 | 8 | 6 OZ. | X | X | La Yogurt Variety Pack Str./Peach | 2.56 | | | | | | | $0.56 | $2.00 | |
| 90016 | 53600 | 10155 | 8 | 6 OZ. | X | X | Sabor Latino Variety Mango/Guava | 2.56 | | | | | | | $0.56 | $2.00 | |

Cancelled on 8/22/03

| ORI | CIT | ALT | NDL | MTG | MID | RAL | POM | MIA | BAR | JAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | X | X | |
| | | | | | | | X | X | X | |

GMD   QVL   JAX

# WINN·DIXIE

## WINN-DIXIE STORES, INC.
## PROMOTIONAL ALLOWANCE / COST CHANGE FORM

| | | |
|---|---|---|
| Date | 11/22/2002 | |
| Category Operations Manager | Bob Schaefer | |

**SPECIAL COMMENTS**

WD USE ONLY

**Vendor Name** Johanna Foods
**Address** C/o Advantage Sales & Marketing
**CITY** Jacksonville   **STATE** FL   **ZIP** 32256
**Vendor Representative Signature**

| Vendor No. | 10158 |
|---|---|
| Phone No. | 904-296-8886 |
| E-MAIL Address | michaeljackson@asmsouth.com |

| Deal Buy Start / Buy End Date | From: | 11/24/03 |
|---|---|---|
| Shipping Start / End Date | From: | 12/01/03 |
| Price Protection: | YES | NO |

OTHERS:
(LIST)   **Cancelled on 8/22/03**

To: 12/20/03
To: 12/30/03

Promotional Allowances:

**SPECIAL ALLOWANCES:**
BACKHAUL:
STRAIGHT LOADS:
C.M.A.:

LIST COST ARE:
(PLEASE 'X' ONE)   DEL ☐   FOB ☐

Performance: 5 /$2.00 Retail

**SPECIAL NOTE**
ALL INFORMATION BELOW SHOULD
SHOULD BE COMPLETED WITH AN X......

THIS SECTION SHOULD BE COMPLETED FOR ALL
ITEMS STOCKED IN EACH D.C. FIRST LIST IN
CODE ORDER ALL ITEMS STOCKED IN ALL
DISTRIBUTION CENTERS, THEN LIST REMAINING
CODES IN DESCENDING ORDER BY EACH
DISTRIBUTION CENTER

ALL DEPARTMENTS EXCEPT GMD

**COST INFORMATION**

| WD REG CODE | MFG NUMBER | ITEM NUMBER | PACK | SIZE | COST CHANGE | NEW DEAL | PRODUCT DESCRIPTION | LIST COST | O.I. | NET COST / NEXT DEAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 89997 | 53600 | 00007 | 12 | 6 oz. | X | | La Yogurt Pina Colada | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 89998 | 53600 | 00008 | 12 | 6 oz. | X | | La Yogurt Strawberry Fruit Cup | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 89996 | 53600 | 00021 | 12 | 6 oz. | X | | La Yogurt Peach | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90006 | 53600 | 00046 | 12 | 6 oz. | X | | La Yogurt Pina Colada | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90007 | 53600 | 00047 | 12 | 6 oz. | X | | La Yogurt Mixed Berry Plus | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 89999 | 53600 | 00051 | 12 | 6 oz. | X | | La Yogurt Strawberry | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90012 | 53600 | 00081 | 12 | 6 oz. | X | | La Yogurt Strawberry Bannana | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90000 | 53600 | 00026 | 12 | 6 oz. | X | | Sabor Latino Mango | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90001 | 53600 | 00027 | 12 | 6 oz. | X | | Sabor Latino Guava | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90002 | 53600 | 00028 | 12 | 6 oz. | X | | Sabor Latino Papaya | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90003 | 53600 | 00030 | 12 | 6 oz. | X | | Sabor Latino Banana | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90008 | 53600 | 68 | 12 | 6 oz. | X | | Sabor Latino Pineapple Banana | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90009 | 53600 | 69 | 12 | 6 oz. | X | | La Yogurt Strawberry Custard | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90010 | 53600 | 70 | 12 | 6 oz. | X | | La Yogurt Vanilla Custard | 3.84 | $0.72 | $3.12 / 3/24/2003 |
| 90011 | 53600 | 72 | 12 | 6 oz. | X | | La Yogurt Peach Custard | 3.84 | $0.72 | $3.12 / 3/24/2003 |

**Cancelled on 8/22/03**

EMAIL TO THE APPROPRIATE CATEGORY OPERATIONS MANAGER

# WINN·DIXIE

**WINN-DIXIE STORES, INC.**
**PROMOTIONAL ALLOWANCE / COST CHANGE FORM**

| | Date | 11/22/2002 |
|---|---|---|
| | Category Operations Manager | Bob Schaefer |

**SPECIAL COMMENTS**  WD USE ONLY

**Promotional Allowances:**

Vendor No. 10156
Phone No. 904-296-8886
E-MAIL Address  michaeljackson@asmsouth.com

Vendor Name  Johanna Foods
Address  C/o Advantage Sales & Marketing
CITY  Jacksonville  STATE FL  ZIP 32256
Vendor Representative Signature _____

Deal Buy Start / Buy End Date  From: 10/27/03
Shipping Start / End Date  From: 11/03/03
Price Protection:  YES _____  NO _____

OTHERS:
( LIST )
To: 11/22/03
To: 12/02/03

SPECIAL ALLOWANCES:
BACKHAUL:
STRAIGHT LOADS:
C.M.A.:

**Performance: $2.99**
**Revised on 8/22/03**
**Retail - Returns a**
**25% Profit Margin.**

LIST COST ARE:
(PLEASE 'X' ONE)
DEL ____  FOB ____

**UPC NUMBER**

**SELECT**

| W-D REG CODE | MFG NUMBER | ITEM NUMBER | PACK | SIZE | COST CHANGE | NEW DEAL | PRODUCT DESCRIPTION | LIST COST | BRACKET 1 | BRACKET 2 | BRACKET 3 | BRACKET 4 | BRACKET 5 | BRACKET 6 | O.T. | B.B. COST | NET COST | NEXT DEAL DAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90015 | 53600 | 10151 | 8 | 6 OZ. | X | X | La Yogurt Variety Pack Str./Peach | 2.56 | | | | | | | $0.32 | $2.24 | | |
| 90016 | 53600 | 10155 | 8 | 6 OZ. | | X | Sabor Latino Variety Mango/Guava | 2.56 | | | | | | | $0.32 | $2.24 | | |

**Revised on 8/22/03**

**COST INFORMATION**

**DEAL INFORMATION**

SPECIAL NOTE
ALL INFORMATION BELOW SHOULD
SHOULD BE COMPLETED WITH AN X....

THIS SECTION SHOULD BE COMPLETED FOR ALL
ITEMS STOCKED IN EACH D.C. FIRST LIST IN
CODE ORDER ALL ITEMS STOCKED IN ALL
DISTRIBUTION CENTERS. THEN LIST REMAINING
CODES IN DESCENDING ORDER BY EACH
DISTRIBUTION CENTER

ALL DEPARTMENTS EXCEPT GMD

| GMD | QTY. JAX | DC | ORL | ATL | NOL | MTG | MIA | JAX | NOL | MTG | MIA | POM | BAR | JAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | X | X | X |
| | | | | | | | | | | | | X | X | X |

EMAIL TO THE APPROPRIATE CATEGORY OPERATIONS MANAGER

# WINN-DIXIE

## WINN-DIXIE STORES, INC.
### PROMOTIONAL ALLOWANCE / COST CHANGE FORM

| Date | 11/22/2002 |
|---|---|
| Category Operations Manager | Bob Schaefer |

**Revised on 8/22/03**

**Performance: 5 /$2.00**
**Retail - Returns a 25%**
**Profit Margin.**

**SPECIAL COMMENTS**

WD USE ONLY

---

Vendor Name **Johanna Foods**
Address **C/o Advantage Sales & Marketing**
CITY **Jacksonville**  STATE **FL**  ZIP **32256**

Vendor No. **10156**
Phone No. **904-296-8886**
E-MAIL Address **michaeljackson@asmsouth.com**

**Promotional Allowances:**

Vendor Representative Signature _____

Deal Buy Start / Buy End Date  From: **11/24/03**
Shipping Start / End Date  From: **12/01/03**
Price Protection: ___  YES ___  NO ___

OTHERS: (LIST)  To: **12/20/03**  To: **12/30/03**

**Revised on 8/22/03**

LIST COST ARE: (PLEASE 'X' ONE)  DEL [ ]  FOB [ ]

SPECIAL ALLOWANCES:
BACKHAUL: ___
STRAIGHT LOADS: ___
C.M.A.: ___

**SPECIAL NOTE**
ALL INFORMATION BELOW SHOULD BE COMPLETED WITH AN X.

THIS SECTION SHOULD BE COMPLETED FOR ALL ITEMS STOCKED IN EACH D.C. FIRST LIST IN CODE ORDER ALL ITEMS STOCKED IN ALL DISTRIBUTION CENTERS. THEN LIST REMAINING CODES IN DESCENDING ORDER BY EACH DISTRIBUTION CENTER

**ALL DEPARTMENTS EXCEPT GMD**

| MIA | POM | W-D REG CODE | MFG NUMBER | ITEM NUMBER | PACK | SIZE | NEW DEAL | PRODUCT DESCRIPTION | LIST COST | O.I. | B.B. NET COST | NEXT DEAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | x | 89997 | 53600 | 00007 | 12 | 6 oz. | x | La Yogurt Pina Colada | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 89998 | 53600 | 00008 | 12 | 6 oz. | x | La Yogurt Strawberry Fruit Cup | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 89996 | 53600 | 00021 | 12 | 6 oz. | x | La Yogurt Peach | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90006 | 53600 | 00046 | 12 | 6 oz. | x | La Yogurt Pina Colada | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90007 | 53600 | 00047 | 12 | 6 oz. | x | La Yogurt Mixed Berry Plus | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 89999 | 53600 | 00051 | 12 | 6 oz. | x | La Yogurt Strawberry | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90012 | 53600 | 00081 | 12 | 6 oz. | x | La Yogurt Strawberry Bannana | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90000 | 53600 | 00026 | 12 | 6 oz. | x | Sabor Latino Mango | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90001 | 53600 | 00027 | 12 | 6 oz. | x | Sabor Latino Guava | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90002 | 53600 | 00028 | 12 | 6 oz. | x | Sabor Latino Papaya | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90003 | 53600 | 00030 | 12 | 6 oz. | x | Sabor Latino Banana | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90008 | 53600 | 68 | 12 | 6 oz. | x | Sabor Latino Pineapple Banana | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90009 | 53600 | 69 | 12 | 6 oz. | x | La Yogurt Strawberry Custard | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90010 | 53600 | 70 | 12 | 6 oz. | x | La Yogurt Vanilla Custard | 3.84 | $0.24 | $3.60 | 3/24/2003 |
| x | x | 90011 | 72 | 12 | 6 oz. | x | La Yogurt Peach Custard | 3.84 | $0.24 | $3.60 | 3/24/2003 |

**Revised on 8/22/03**

EMAIL TO THE APPROPRIATE CATEGORY OPERATIONS MANAGER