F I L E D
JACKSONVILLE, FLORIDA

APR 24 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE DIVISION | |
|---|---|
| Phone Number: | Case Number:<br><br>05-03817-3F1<br>Chapter 11<br>Jointly Administered |
| In re:<br>   WINN-DIXIE STORES, INC., et al.<br>        Debtors | |
| | Division:          Courtroom: |

## OBJECTION TO REDUCTION IN CLAIM

1.   VICORP Restaurants, Inc. ("VICORP"), hereby objects to the Motion filed by Debtors to reduce the amount of claim filed on behalf of VICORP under Claim No. 7274. VICORP originally claimed $30,491.30 and asserts the following.

2.   Of the reduced claim amount, VICORP asserts that $18,417.34 was improperly deducted. Debtors have taken unidentified and unauthorized deductions and shortpays that were not documented by Debtors. To date Debtor has presented no documentation to VICORP to substantiate these unidentified and unauthorized deductions and shortpays.

3.   $4,942.84 represents unauthorized 2% discounts. Attached are the representative invoices concerning the reduced amount of $7,131.12. Each of these invoices represent the 1% discount. All invoices and discounts which were applicable to the Debtors were only valued at 1%. As previously stated, $4,942.84 constitutes a 2% discount which was never authorized, approved, or assented to by VICORP.

_Kent Collard_
Kent Collard
Director/Financial Operations
VICORP Restaurants, Inc.
400 West 48th Avenue
Denver, Colorado 80216
(303) 672-2209

# VICORP
RESTAURANTS, INC.

400 West 48th Avenue
Denver, Colorado 80216

Ship-to address
Winn Dixie-Orlando
4401 Seaboard Dr.
ORLANDO FL   32808
USA

Winn Dixie Frozen
PO Box 40595
JACKSONVILLE FL   32203
USA

**Remit Payment To:**

VICORP Restaurants, Inc.
Dept 337
Denver, CO 80291

**Invoice**
Repeat printout
Invoice Number/Date
90531761 / 02/08/2005
Purchase Order Number/Date
618869 / 02/02/2005
Packing List Number/Date
80513298 / 02/09/2005
Sales Order Number/Date
510060 / 02/02/2005
Customer Number
61031
Plant
0679

Conditions
Terms of payment:      1% 10 NET 30
                       Up to 02/18/2005 you receive 1.000  % discount
                       Up to 03/10/2005 without deduction
Terms of delivery:     CFR
Weights (gross/net) - Volume - Marking
Gross weight:             200.000 LB  Net weight:              200.000 LB

| Material | Description | Qty | Unit Price | Value |
|---|---|---|---|---|
| 31144 | PLRWD 8" LEMON MRNG PIE-6 | 100 CS | 15.84 | 1,584.00 |
| 31184 | PLRWD 8" KEY LIME MRNG PI | 50 CS | 15.84 | 792.00 |
| 31184 | PLRWD 8" KEY LIME MRNG PI | 50 CS | 15.84 | 792.00 |

Final amount                                                    3,168.00

# VICORP RESTAURANTS, INC.

400 West 48th Avenue
Denver, Colorado 80216

Ship-to address
Winn Dixie Frozen
Perishable Bldg C
15500 W. Beaver St. Baldwin C
JACKSONVILLE FL   32234
USA

Winn Dixie Frozen
PO Box 40595
JACKSONVILLE FL   32203
USA

**Remit Payment To:**

VICORP Restaurants, Inc.
Dept 337
Denver, CO 80291

## Invoice

Repeat printout
Invoice Number/Date
90532256 / 02/09/2005
Purchase Order Number/Date
615987 / 01/31/2005
Packing List Number/Date
80513678 / 02/11/2005
Sales Order Number/Date
509718 / 01/31/2005
Customer Number
61031
Plant
0679

Conditions
Terms of payment:       1% 10 NET 30
                        Up to 02/19/2005 you receive 1.000  % discount
                        Up to 03/11/2005 without deduction
Terms of delivery:      CFR
Weights (gross/net) - Volume - Marking
Gross weight:               240.000 LB Net weight:               240.000 LB

| Material | Description | Qty | Unit Price | Value |
|---|---|---|---|---|
| 31144 | PLRWD 8" LEMON MRNG PIE-6 | 6 CS | 15.84 | 95.04 |
| 31144 | PLRWD 8" LEMON MRNG PIE-6 | 30 CS | 15.84 | 475.20 |
| 31144 | PLRWD 8" LEMON MRNG PIE-6 | 14 CS | 15.84 | 221.76 |
| 31184 | PLRWD 8" KEY LIME MRNG PI | 50 CS | 15.84 | 792.00 |
| 32129 | PLRWD 9" APPLE LATTICE PI | 50 CS | 15.84 | 792.00 |
| 32129 | PLRWD 9" APPLE LATTICE PI | 13 CS | 15.84 | 205.92 |
| 32129 | PLRWD 9" APPLE LATTICE PI | 7 CS | 15.84 | 110.88 |
| 32159 | PLRWD 9" PECAN PIE-6/CS | 31 CS | 19.62 | 608.22 |
| 32159 | PLRWD 9" PECAN PIE-6/CS | 39 CS | 19.62 | 765.18 |

Final amount
                                                                    4,066.20