*Madison*
Capital Management

F I L E D
JACKSONVILLE, FLORIDA

APR 2 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

April 21, 2006

Hello,

This packet contains information to support claim #4073 in the Winn-Dixie bankruptcy case #05-14945. This information appears on the Eighth Omnibus Claims Objection.

Thank you,

Rick Newkirk
1-800-986-8913 x 5007
rnewkirk@madisonliquidity.com

6143 S. Willow Drive, Suite 200
Greenwood Village, CO 80111
Phone: 303.957.2000
Fax: 303.957.2090

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|---|
| **Creditor Id:  279336** | 3929 | | $61,549.68 | $42,602.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND |
| AMERICAN SAFETY RAZOR COMPANY | | Debtor: | WINN-DIXIE STORES, INC. | | ACCOUNTS RECEIVABLE BALANCE OF $1,901.50 AND $2,544.00, |
| ATTN BERNARD A MCGOUGH, CREDIT MGR | | | | | RESPECTIVELY, NET CONSUMPTION WAIVER OF $574.17, AND |
| ONE RAZOR BLADE LANE | | | | | RECLAMATION PAYMENTS TOTALING $13,927.84. |
| VERONA  VA  24482 | | | | | |
| | | | | | |
| Transferee: AMROC INVESTMENTS LLC | | | | | |
| **Creditor Id:  279337** | 1050 | | $32,187.72 | $1,907.43 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF |
| ANSELL HEALTHCARE | | Debtor: | WINN-DIXIE STORES, INC. | | $373.30, NET CONSUMPTION WAIVER OF $917.08, AND RECLAMATION |
| ATTN JAMES N ALBETTA, CR MGR | | | | | PAYMENTS TOTALING $28,989.91. |
| 200 SCHULTZ DRIVE | | | | | |
| RED BANK  NJ  07701 | | | | | |
| **Creditor Id:  242849** | 8928 | | $23,609.24 | $22,943.15 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $118.77 |
| ASSEMBLED PRODUCTS CORP | | Debtor: | WINN-DIXIE STORES, INC. | | AND REMOVAL OF $647.32 FOR POSTPETITION INVOICE. |
| ATTN ROBIN KOPEJTKA, COLLECTION MGR | | | | | |
| 115 E LINDEN STREET | | | | | |
| ROGERS,  AR  72756 | | | | | |
| | | | | | |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | | |
| **Creditor Id:  242687** | 3793 | | $61,178.34 | $55,576.89 | REDUCED AMOUNT REFLECTS 10/15/04 PAYMENT OF $5,601.45 FOR |
| AT SYSTEMS TECHNOLOGIES INC | | Debtor: | WINN-DIXIE STORES, INC. | | INVOICE NUMBER 1057221 BY CHECK NUMBER 7350982. |
| ATTN SUZANNE NALL, CORP CONTROLLER | | | | | |
| 6635 EAST 30TH STREET, SUITE B | | | | | |
| PO BOX 19817 | | | | | |
| INDIANAPOLIS  IN  46219-0817 | | | | | |
| **Creditor Id:  242713** | 11535 | | $141,625.99 | $31,976.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,668.56, |
| ATKINS NUTRITIONALS, INC | | Debtor: | WINN-DIXIE STORES, INC. | | ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF |
| ATTN BILL VOGTS, CREDIT MANAGER | | | | | $5,747.55 AND $48,602.15, RESPECTIVELY, RECLAMATION PAYMENTS |
| 2002 ORVILLE DRIVE NORTH, SUITE A | | | | | TOTALING $53,394.06, AND REMOVAL OF UNDOCUMENTED CHARGES OF |
| RONKONKOMA,  NY  11779 | | | | | $236.88. |
| | | | | | |
| Transferee: CACTUS HOLDINGS GROUP LLC | | | | | |
| **Creditor Id:  407448** | 4073 | | $334,745.91 | $274,583.43 | REDUCED AMOUNT REFLECTS AMOUNTS DUE PER BOOKS & RECORDS AS |
| BAKER DISTRIBUTING COMPANY, LLC | | Debtor: | WINN-DIXIE STORES, INC. | | REMAINDER IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |
| ATTN GREG HILTON, CREDIT DIRECTOR | | | | | |
| 7892 BAYMEADOWS WAY | | | | | |
| JACKSONVILLE  FL  32256 | | | | | |
| | | | | | |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | | |

# Richard Newkirk

**From:**    Julie Drouse [JulieDrouse@winn-dixie.com]
**Sent:**    Thursday, April 20, 2006 10:41 AM
**To:**    Richard Newkirk
**Subject:** Baker Distributing Calim #4073

Mr. Newkirk -

Below is the list of invoices that we need support for to close this claim.  Please fax or email invoice copies and proofs of delivery for the following.

Thank you.

| Invoice # | Invoice Date | Amount |
|---|---|---|
| 2166573 | 2/9/2005 | 3,264.80 |
| 9841000 | 11/22/2004 | 3,114.77 |
| 2082996 | 1/20/2005 | 2,345.44 |
| 9866978 | 11/30/2004 | 2,739.38 |
| 2182952 | 2/16/2005 | 2,744.73 |
| 2209471 | 2/22/2005 | 2,993.06 |
| 9976074 | 12/23/2004 | 23,767.80 |
| 9951672 | 1/13/2005 | 2,280.21 |
| 2125717 | 1/31/2005 | 2,286.31 |
| 9973975 | 12/23/2004 | 3,077.32 |
| 9794866 | 1/3/2005 | 3,549.07 |
| 2002630 | 1/3/2005 | 3,062.94 |
| 2036527 | 1/10/2005 | 2,351.13 |
| 2124462 | 1/28/2005 | 2,318.78 |

Julie Drouse
Bankruptcy Claims Group
Winn-Dixie Stores, Inc.
904-783-5073 - phone
904-370-6318 -- fax



# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #431<br>2721 POPLAR STREET<br>MONTGOMERY, AL  36107<br><br>Telephone: 334-263-3863 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2166573**<br><br>2/09/05 |

| SOLD TO | SHIP TO |
|---|---|
| WINN DIXIE V#M2062 WESTERN REG<br>ATTN CHARLES PRICE<br>PO BOX 2029<br>MONTGOMERY, AL  36102-2029 | WINN DIXIE V#M2062 WESTERN REG<br>WINN DIXIE #1906<br>ATTN: HOWARD GOFF<br>990 COX CREEK PKWY<br>FLORENCE, AL  35630 |

## INVOICE                                          PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 513332 | 057 | AAA | PREPAID | |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| MSM23423 | 10.000 | ST 1906 | CHARLES A. PRICE |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>CONTAINS PENTAFLUOROETHANE<br>AND TETRAFLUOROETHANE(HP62)<br>2.2, UN3163 | 400 | LB | 6.1700 | 2,468.00 |
| Cust Item# PLS GET SERIAL # | | | | | |
| CY125<br>  1 - 61977LL<br>  2 - 67882G<br>  3 - 87D95E<br>  4 - 68538X | $125.00 CYLINDER DEPOSIT | 4 | EA | 125.0000 | 500.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2968.00 | 296.80 | .00 | .00 | 3264.80 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                End of Invoice



# Baker
### Distributing Company

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING #383<br>411 NORTH 14TH ST., UNIT #250<br>LEESBURG, FL 34748<br><br>Telephone: 352-728-6222 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL 32886-1765 | **9841000**<br><br>11/22/04 |

| | | |
|---|---|---|
| S<br>O WINN DIXIE CENTRAL REGION<br>L 15500 WEST BEAVER STREET<br>D ATTN: LARRY GOODWIN<br>T BALDWIN, FL 32234<br>O | S<br>H<br>I Customer Pickup<br>P<br>T<br>O | |

# INVOICE                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304470 | 116 | PICKUP | | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| JSM60357 | 7.000 | STORE2262 | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | UM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>CONTAINS PENTAFLUOROETHANE<br>AND TETRAFLUOROETHANE(HP62)<br>2.2, UN3163 | 400 | LB | 5.9400 | 2,376.00 |
| CY125 | $125.00 CYLINDER DEPOSIT | 4 | EA | 125.0000 | 500.00 |
| 99900005 | OPENING FEE | 1 | EA | 35.0000 | 35.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2911.00 | 203.77 | .00 | .00 | 3114.77 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    End of Invoice



### Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #579<br>289 ALICE STREET<br>SPARTANBURG, SC  29303<br><br>Telephone: 864-583-5498 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2082996**<br><br>1/20/05 |

```
S  WINN DIXIE NORTHERN REGION        S  WINN DIXIE NORTHERN REGION
O  PO BOX 411208                     H  WINN DIXIE # 1257 864-597-0811
L  ATTN C.L. YARBOROUGH              P  254 CEDAR SPRINGS
D  CHARLOTTE, NC  28241-1208         T  CEDAR SPRINGS SHOPPING CENTER
T                                    O  SPARTANBURG, SC  29302
O
```

## INVOICE                                              PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304536 | 337 | OUR TRUCK | PREPAID | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| CSM16800 | 7.000 | | FRANK WEAVER |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>CONTAINS PENTAFLUOROETHANE<br>AND TETRAFLUOROETHANE(HP62)<br>2.2, UN3163 | 300 | LB | 5.9400 | 1,782.00 |
| CY125 | $125.00 CYLINDER DEPOSIT | 3 | EA | 125.0000 | 375.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2157.00 | 153.44 | 35.00 | .00 | 2345.44 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    End of Invoice



# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING  #304<br>505 E. MOORE STREET<br>VALDOSTA, GA  31603<br><br>Telephone: 229-244-1313 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **9866978**<br><br>11/30/04 |

S O L D T O: WINN DIXIE CENTRAL REGION
15500 WEST BEAVER STREET
ATTN: LARRY GOODWIN
BALDWIN, FL  32234

S H I P T O: Customer Pickup

# INVOICE
**PAGE**  1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304470 | 116 | PICKUP | | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| JSM20655 | 7.000 | LAKEPARK | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3DS3A150ETFC800 | 3DS3A150E-TFC-800 COMPRESSOR*R<br>Serial # 04B61955R<br>APPLICATIONS:<br>MEDIUM TEMP: R22, R502, R404A,<br>          R507 | 1 | EA | 2560.1700 | 2,560.17 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2560.17 | 179.21 | .00 | .00 | 2739.38 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE

**End of Invoice**



# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #308<br>2000 DIVERSIFIED WAY<br>ORLANDO, FL  32804<br><br>Telephone: 407-849-6090 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2182952**<br><br>2/16/05 |

```
S  WINN DIXIE CENTRAL REGION          S  WINN DIXIE CENTRAL REGION
O  15500 WEST BEAVER STREET           H  STORE 2257
L  ATTN: LARRY GOODWIN                P  436 & E/W EXPRESSWAY
D                                     T
T  BALDWIN, FL  32234                 O  ORLANDO, FL  32806
O
```

# INVOICE                                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304470 | 116 | OUR TRUCK | | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| JSM23789 | 7.000 | STORE 2257 | STEVE |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3DS3A150ETFC800 | 3DS3A150E-TFC-800 COMPRESSOR*R<br>Serial #  05A61335R<br>APPLICATIONS:<br>MEDIUM TEMP: R22, R502, R404A,<br>       R507 | 1 | EA | 2560.1700 | 2,560.17 |

| | | | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 2560.17 | 179.56 | .00 | 5.00 | 2744.73 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                                    End of Invoice



**Baker**
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING #306<br>2121 EDISON AVE.<br>JACKSONVILLE, FL 32204<br><br>Telephone: 904-354-6685 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL 32886-1765 | **2209471**<br><br>2/22/05 |

```
S  WINN DIXIE CENTRAL REGION        S  WINN DIXIE CENTRAL REGION
O  15500 WEST BEAVER STREET         H  WINN DIXIE STORE #2384
L  ATTN: LARRY GOODWIN              I  1074 MONTGOMERY ROAD
D  BALDWIN, FL 32234               P  ATTN. STORE MANAGER
T                                   T
O                                   O  ALTOMONTE SPRINGS, FL 32714
```

# INVOICE                                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 304470 | 116 | AAA-GUARANTEED | PREPAY & ADD | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| JSM24187 | 7.000 | STORE #2384 | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3DS3A100ETFD800 | 3DS3A100E-TFD-800 COMPRESSOR*R<br>Serial # 04H61872R | 1 | EA | 2502.4200 | 2,502.42 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2502.42 | 195.81 | 294.83 | .00 | 2993.06 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    End of Invoice



# Baker
## Distributing Company

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #397<br>14610 BREAKERS DRIVE<br>SUITE 100 A<br>JACKSONVILLE, FL  32258<br><br>Telephone: 904-407-4313 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **9976074**<br><br>12/23/04 |

S O L D T O
WINN DIXIE EQUIP PURCHASING
5050 EDGEWOOD COURT
ATTN: J.D. CONNOR
JACKSONVILLE, FL  32205

S H I P T O
WINN DIXIE EQUIP PURCHASING
N050 EDGEWOOD COURT
ATTN: J.D. CONNOR
JACKSONVILLE, FL  32205

## ** CREDIT MEMO **                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 644050 | 110 | FREIGHT LINE | PREPAID | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| WDJAX-2596 | 7.000 | | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| /D0400746193 | BRH-106 208/230-3 INCLUDES<br>INDIVIDUAL CONTACTORS & FUSES<br>RACK A HAS 12 CIRCUITS<br>RACK C HAS 30 CIRCUITS | 1- | EA | 1138.3800 | 11,138.38- |
| /D0400746194 | BRH-106 208/230-3 INCLUDES<br>INDIVIDUAL CONTACTORS & FUSES<br>RACK B HAS 10 CIRCUITS<br>RACK D HAS 32 CIRCUITS<br>REFERENCE INVOICE # 9835827<br>BILLED TO WRONG ACCOUNT # | 1- | EA | 1138.3800 | 11,138.38- |

| SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|
| 22276.76- | 1559.37- | .00 | .00 | 23836.13- |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    End of Invoice


# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS | PLEASE REMIT TO | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING  #397<br>14610 BREAKERS DRIVE<br>SUITE 100 A<br>JACKSONVILLE, FL  32258<br><br>Telephone: 904-407-4313 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **9951672**<br><br>1/13/05 |

| | | | |
|---|---|---|---|
| **S**<br>**O**<br>**L**<br>**D**<br>**T**<br>**O** | WINN DIXIE EQUIP PURCHASING<br>5050 EDGEWOOD COURT<br>ATTN: J.D. CONNOR<br>JACKSONVILLE, FL  32205 | **S**<br>**H**<br>**I**<br>**P**<br>**T**<br>**O** | WINN DIXIE EQUIP PURCHASING<br>WINN-DIXIE STORE #0481<br>ATTN: STEVE WOOLEY<br>3621 US HWY 231 NORTH<br>PANAMA CITY, FL  32404 |

# INVOICE                                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 644050 | 110 | DIRECT | PREPAY & ADD | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| WDMTG-3614 | 7.000 | | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| /E3200756053 | RAP400 AIRPOT BREWER GRINDMAST | 2 | EA | 986.5000 | 1,973.00 |
| /E3200756054 | 70601 SIGN FOR HOLDER | 0 | EA | 1.0000 | .00 |
| /E3200756055 | 70654 (AR6) RACK W/6 POTS | 0 | EA | 383.0000 | .00 |
| /E3200756056 | 70273C(CASE OF 6 AIRPOTS) | 0 | EA | 214.5000 | .00 |
| /E3200756057 | 70583 CONDIMENT HOLDER | 0 | EA | 31.7000 | .00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 1973.00 | 149.17 | 158.04 | .00 | 2280.21 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    **End of Invoice**

# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #308<br>2000 DIVERSIFIED WAY<br>ORLANDO, FL  32804<br>        ONVILLE, FL  32258<br><br>Telephone: 407-849-6090 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2125717**<br><br>1/31/05 |

```
S  WINN DIXIE ORLANDO CLOSED            S                    Customer Pickup
O  P.O. BOX 585200                      H
L  ATTN: RAY BAZEMORE                   I
D  ORLANDO, FL  32858                   P
T                                       T
O                                       O
```

# INVOICE                                    PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304492 | 110 | PICKUP | | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| OSM-20897 | 6.500 | | BILL RICH |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | WE ARE YOUR COPELAND PRIMESOURCE DEALER. THANKS FOR YOUR SUPPORT! | | | | |
| 3DB3A100ETFC800 | 3DB3A100E-TFC-800 COMPRESSOR*R<br>Serial #  04D68382R<br>     M404A | 1 | EA | 2146.7700 | 2,146.77 |
| HAND TICKET 308-108143 | | | | | |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2146.77 | 139.54 | .00 | .00 | 2286.31 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE

                                                End of Invoice

# **Baker**
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #711<br>2113A NORTH HAMILTON STREET<br>RICHMOND, VA  23230<br>        ONVILLE, FL  32258 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **9973975**<br>**12/23/04** |
| Telephone: 804-727-7000 | | |

S O L D   T O
WINN DIXIE CLOSED
PO BOX 8000
ATTN: STEVE PEAY
CLAYTON, NC  27520

S H I P   T O
WINN DIXIE CLOSED
WINN DIXIE STORE 959
THE CROSSING SHOPPING CENTER
5260 OAKLAWN BLVD
HOPEWELL, VA  23860

# INVOICE                                           PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 304525 | 337 | OUR TRUCK | | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| RSM16437 | 7.000 | STORE 959 | MT |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>CONTAINS PENTAFLUOROETHANE<br>AND TETRAFLUOROETHANE(HP62)<br>2.2, UN3163 | 400 | LB | 5.9400 | 2,376.00 |
| | Cust Item# PLS GT SERIAL#<br>--DELIVER TO --<br>WINN DIXIE STORE 959<br>THE CROSSING SHOPPING CENTER<br>5260 OAKLAWN BLVD<br>HOPEWELL VA 23860<br>(804)485-1744 | | | | |
| CY125 | $125.00 CYLINDER DEPOSIT | 4 | EA | 125.0000 | 500.00 |

| | | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | 2876.00 | 201.32 | .00 | .00 | 3077.32 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    **End of Invoice**

# Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS: | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #463<br>350 WESTERN DRIVE<br>MOBILE, AL  36607<br>      ONVILLE, FL  32258<br><br>Telephone: 251-476-2263 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **9794866**<br><br>1/03/05 |

| S<br>O<br>L<br>D<br>T<br>O | WINN DIXIE CLOSED<br>PO BOX 51059<br>ATTN: STORE MAINTENANCE<br>NEW ORLEANS, LA  70151 | S<br>H<br>I<br>P<br>T<br>O | WINN DIXIE CLOSED<br>WINN DIXIE<br>C/O:BAKER DIST.<br>1801 PASS RD.<br>GULFPORT, MS  39501 |

# INVOICE                          PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 304562 | 051 | DIRECT | PREPAID | NET 10TH PROX |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| NOSMPATRI | 9.000 | | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| (<br><br>4DN3A101ETSK800 | 4DN3A101E-TSK-800 COMPRESSOR*R<br>****WARRANTY POLICY CHANGE****<br>COPELAND WILL NO LONGER GIVE<br>WARRANTY ON ANY 4,6, OR 8<br>FAMILY SERIES COMPRESSOR FOUND<br>TO HAVE FAILED DUE TO A SINGLE<br>PHASE MOTOR BURN. THE CONTACT-<br>OR(S) SHOULD BE REPLACED WHEN<br>INSTALLING THIS COMPRESSOR TO<br>AVOID SINGLE PHASE MOTOR BURN.<br>EFFECTIVE (01/01/01) | 1 | EA | 3256.0300 | 3,256.03 |

| | | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | 3256.03 | 293.04 | .00 | .00 | 3549.07 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                          End of Invoice



## Baker
**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES   .

| MAIL ADDRESS | PLEASE REMIT TO | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING    #459<br>1403 FLORIDA AVENUE<br>PANAMA CITY, FL  32401<br>     ONVILLE, FL  32258<br><br>Telephone: 850-763-0726 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2002630**<br><br>1/03/05 |

S O L D T O
WINN DIXIE V#M2062 WESTERN REG
ATTN CHARLES PRICE
PO BOX 2029
MONTGOMERY, AL  36102-2029

S H I P T O

Customer Pickup

# INVOICE                              PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 513332 | 057 | PICKUP | | |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| MSM21606 | 6.500 | | |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>  70 LIQUIFIED GAS,N.O.S.<br>  CONTAINS PENTAFLUOROETHANE<br>  AND TETRAFLUOROETHANE(HP62)<br>  2.2, UN3163 | 400 | LB | 5.9400 | 2,376.00 |
| Cust Item# PLS | GET SERIAL # | | | | |
| CY125 | $125.00 CYLINDER DEPOSIT | 4 | EA | 125.0000 | 500.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2876.00 | 186.94 | .00 | .00 | 3062.94 |

PLEASE REMIT PAYMENT TO THE "REMIT TO" ADDRESS PRINTED ABOVE                    End of Invoice

# **Baker**
## **Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES

| MAIL ADDRESS | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING #442<br>500 35TH STREET N., UNIT 6A<br>BIRMINGHAM, AL 35222<br>ONVILLE, FL 32258<br><br>Telephone: 205-324-6515 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL 32886-1765 | **2036527**<br><br>**1/10/05** |

```
S  WINN DIXIE V#M2062 WESTERN REG       S      Customer Pickup
O  ATTN CHARLES PRICE                   H
L  PO BOX 2029                          I
D  MONTGOMERY, AL  36102-2029           P
T                                       T
O                                       O
```

# INVOICE                                              PAGE    1

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 513332 | 057 | PICKUP | | |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| MSM21684 | 9.000 | ST547 | BRENT |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>CONTAINS PENTAFLUOROETHANE<br>AND TETRAFLUOROETHANE(HP62)<br>2.2, UN3163 | 300 | LB | 5.9400 | 1,782.00 |
| Cust Item# PLS GET SERIAL # | | | | | |
| CY125 | $125.00 CYLINDER DEPOSIT | 3 | EA | 125.0000 | 375.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2157.00 | 194.13 | .00 | .00 | 2351.13 |

PLEASE REMIT PAYMENT TO THE 'REMIT TO' ADDRESS PRINTED ABOVE                     End of Invoice



**Distributing Company**

GENERAL OFFICE JACKSONVILLE, FLORIDA
WHOLESALE ONLY / AIR CONDITIONING - REFRIGERATION
HEATING - PARTS - EQUIPMENT - SUPPLIES   .

| MAIL ADDRESS | PLEASE REMIT TO: | INVOICE NUMBER |
|---|---|---|
| BAKER DISTRIBUTING     #480<br>4308 NORTH PALAFOX ST.<br>PENSACOLA, FL  32505<br>        ONVILLE, FL  32258<br><br>Telephone: 850-434-7581 | BAKER DISTRIBUTING COMPANY<br>P.O. Box 861765<br>ORLANDO, FL  32886-1765 | **2124462**<br><br>1/28/05 |

S O L D   T O   WINN DIXIE V#M2062 WESTERN REG
ATTN CHARLES PRICE
PO BOX 2029
MONTGOMERY, AL  36102-2029

S H I P   T O

Customer Pickup

# INVOICE

**PAGE     1**

| CUSTOMER # | ENTERED BY | SHIPPED VIA | F.O.B | TERMS |
|---|---|---|---|---|
| 513332 | 057 | PICKUP | | |

| CUSTOMER PURCHASE ORDER | TAX RATE | REFERENCE | ORDERED BY |
|---|---|---|---|
| MSM22852 | 7.500 | STORE 566 | JAMES |

| ITEM NUMBER | ITEM DESCRIPTION | QTY | U/M | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| HP62100 | HP62 100LB PER LB +$125 R404A<br>70 LIQUIFIED GAS,N.O.S.<br>  CONTAINS PENTAFLUOROETHANE<br>  AND TETRAFLUOROETHANE(HP62)<br>  2.2, UN3163<br>Cust Item# PLS GET SERIAL # | 300 | LB | 5.9400 | 1,782.00 |
| CY125 | $125.00 CYLINDER DEPOSIT | 3 | EA | 125.0000 | 375.00 |

| | SUB-TOTAL | TAX | OTHER CHARGES | FUEL SURCHARGE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 2157.00 | 161.78 | .00 | .00 | 2318.78 |

PLEASE REMIT PAYMENT TO THE "REMIT TO' ADDRESS PRINTED ABOVE

**End of Invoice**