

F I L E D
JACKSONVILLE, FLORIDA

APR 2 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**April 18, 2006**

**Clerk of the Court**
**United States Courthouse**
**300 North Hogan, Street**
**Suite 3-350**
**Jacksonville, Florida 32202**

**Re: Objection To Claim No.2570 Reduction/Case No. 05-03817-3F1**

Please take notice that we are not in agreement with the reduced amount reflected on claim#WDX-406135-8A issued on April 4, 2006. We are requesting that the full amount of $44,537.28 be paid to J & J Snack Sales Corporation.

Enclosed you will find copies of the backup documentation originally submitted and received on May 23, 2005 by the US Bankruptcy Court.

If you have any questions, feel free to contact me at (856) 665-9534 ext. 232

Sincerely,

Mr. Harry A. McLaughlin,
V.P. Controller

6000 Central Highway, Pennsauken, NJ 08109 • (856) 665-9533  Fax (856) 665-6718 • www.jjsnack.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | ) | Case No. 05-03817-3F1 |
|---|---|---|
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS

Claimant ID: WDX-384180-8A-47
J&J SNACK FOODS CORP
PO BOX 7777-W2855
PHILADELPHIA, PA 19175



Additional Notice Party ID: WDX-406135-8A
J&J SNACK SALES CORP
ATTN I IRIZARRY OR H MCLAUGHLIN
6000 CENTRAL HIGHWAY
PENNSAWKEN NJ 08081

| CLAIM(S) TO BE REDUCED | |
|---|---|
| CLAIM NO.: 2570<br>CLAIM AMOUNT: $44,537.28<br><br>REDUCED AMOUNT: $35,698.15 | **REASON FOR REDUCTION:**    **REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $748.92 AND $8,090.21, RESPECTIVELY.** |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

      3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.    If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 24, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.    Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **May 4, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you have a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By    /s/ D.J. Baker
      D.J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By    /s/ James H. Post
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com



May 18, 2005

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
Winn Dixie Claims Docketing Center
C/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ   07043

Gentlemen:

Enclosed is our proof of claim having to do with Winn Dixie Stores. The total claim being submitted is for $44,537.28 broken down as follows:

| Case# | Claim Amount |
|-------|-------------|
| 05-03817-3F1 | $ 44,537.28 |

Corresponding invoice copies and supporting documentation are attached.  If there is any additional information required with regard to the filing of this claim, please advise us.

Sincerely,

Harry A. McLaughlin
Controller

HAM:n
enclosures

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name **Winn Dixie Stores**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

||||| 20241380

WDX-252396B2-12
J&J SNACK FOODS CORP
PO BOX 7777-W2855
PHILADELPHIA, PA 19175

38418∅

Telephone No of Creditor (856)665-9533

Fax No of Creditor (856) 488-7587

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 2570

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim. EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check if): ☐ replaces address above ☑ additional address

Name **J & J Snack Sales Corp.**

Company/Firm **6000 Central Highway**

Address **Pennsauken, NJ 08081**

**Attn: Iris M Irizarry/Harry McLaughlin**

Account or Other Number by Which Creditor Identifies Debtor
**783500000**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars

☐ Check box if you have never received any notices in this case

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated

| 1 Basis for Claim | | |
|---|---|---|
| ☑ Goods sold to debtor(s) | ☐ Taxes | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed for debtor(s) | ☐ Severance agreement | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Goods purchased from debtor(s) | ☐ Refund | Last four digits of SSN |
| ☐ Money loaned | ☐ Real property lease | Unpaid compensation for services performed from |
| ☐ Personal injury/property damage | ☐ Personal property lease | ___ to ___ |
| ☐ Other | ☐ Other contract | (date)   (date) |

2 Date debt was incurred: **12/25/04 - 2/18/05**   3. If claim is based on a Court Judgment, date obtained

4. Total Amount of Claim at Time Case Filed $ **44,537.28** (unsecured)   $ ___ (secured)   $ ___ (priority)   $ **44,537.28** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other ___

Value of Collateral $ ___

Amount of arrearage and other charges at time case filed included in secured claim, if any $ ___

6. Unsecured Nonpriority Claim $ **44,537.28**
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ ___
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. Supporting Documents Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

10 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date **5/20/05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print **Harry A. McLaughlin**   Title **VP/Controller**

Signature ___

This Space Is For Court Use Only

LOGAN & COMPANY, INC.
AS AGENT
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

RECEIVED
2005 MAY 23 PM 1: 14

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

```
05/18/2005 77                          J & J SNACK FOODS CORP - NJ                    05/18/05    PAGE 1
    1.4.1              A/R AGED TRIAL BALANCE TO DATE 05/18/2005 BY ACCOUNT, AGED BY INVOICE      9:42 AM  (CARATB)
                                  ( Invoices Dated: 01/01/1960 - 12/31/2040 )
```

| CUSTOMER ORD# | TERMS | INVOICE ORD# | NUMBER | DATE | CURR DYS | RATE CODE | TYPE | FUTURE | CURRENT | 1- 30 | 31- 60 | 61- 90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 783500000 WINN DIXIE BAD DEBT ACCOUNT | | | | Credit Limit | | | | .00 | On/Acct Amt | | .00 | | | |
| CC: H    JACKSONVILLE | | FL 322030975 | | Last Pmt | | | | .00 | | | | | | |
| Class: ZZWD Terms: COD | | | Contact: | | | | | | 9047835000 | | | | | |

```
I/T 90000000 783500000 137804 01/28/05 110                                                            4483.80
I/T 90000000 783500000 138279 02/07/05 100                                                            5520.30
I/T 90000000 783500000 138561 02/07/05 100                                                            6190.62
I/T 90000000 783500000 138562 02/04/05 103                                                            3143.28
I/T 90000000 783500000 138638 02/07/05 100                                                            4258.20
I/T 90000000 783500000 138639 02/04/05 103                                                            8747.52
I/T 90000000 783500000 138916 02/16/05 91                                                             4919.82
I/T 90000000 783500000 139214 02/15/05 92                                                             2600.70
I/T 90000000 783500000 139629 02/18/05 89                                              4291.20
I/T 90000000 783500000 M70974 12/25/04 144                                                                      69.84
I/T 90000000 783500000 M70980 12/25/04 144                                                                     312.00
CUSTOMER 783500000            NET:    46537.28       .00      .00      .00      .00    4291.20       39864.24      381.84
```



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| | |
|---|---|
| PAGE: 001 | |
| INVOICE NUMBER | 137804 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS          LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,              LA 70401

DUNS NUMBER: 05-473-2839

| DATE | | CUSTOMER P O NO | |
|---|---|---|---|
| 01/28/05 | ORDER # 137804   ** | 607227 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 70 | 25.1300 | 1759.10 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 70- | 1.8500 | 129.50- |
| 72 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 56 | 25.1300 | 1407.28 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 56- | 1.8500 | 103.60- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 54 | 25.1300 | 1357.02 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 54- | 1.8500 | 99.90- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |

TUESDAY DELIVERY              MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED

**REMIT TO** ▶

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175

**SUPERPRETZEL** **J&J SNACK FOODS** CORP

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp **INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 137804 |
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 002

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS          LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,          LA 70401

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER PO NO | |
|---|---|---|---|---|
| 01/28/05 | ORDER # 137804  ** | | 607227 | |
| TERMS | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE | | | |
| | Total Cases: | 200 | | |
| $97.49 Discount On | $4,874.40 | $4,386.31 Due If Paid By: 02/07/05 | | |
| | | $4,483.80 Due if Paid By: 02/27/05 | | |
| | | | | 4483.80 |

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175

REMIT TO



J & J Snack Foods Sales Corp          **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

PAGE: 001

| INVOICE NUMBER | 138279 |
| --- | --- |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345160000                                345160001

WINN DIXIE - ORLANDO                     WINN DIXIE
PO BOX 585200                            4401 SEABOARD ROAD

ORLANDO          FL 32858               ORLANDO,          FL 32858

DUNS NUMBER 05-473-2839

| DATE | | CUSTOMER PO NO | |
| --- | --- | --- | --- |
| 02/07/05 | ORDER # 138279 ** | 613218 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 90 | 17.5500 | 1579.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 90- | 2.8800 | 259.20- |
| 3531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 98 | 25.1300 | 2462.74 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 98- | 1.8500 | 181.30- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 32 | 25.1300 | 804.16 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 32- | 1.8500 | 59.20- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 50 | 17.5500 | 877.50 |

** CONTINUED **

REMIT TO ►

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp    **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 138279 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345160000                           345160001

WINN DIXIE - ORLANDO                WINN DIXIE
PO BOX 585200                       4401 SEABOARD ROAD

ORLANDO         FL 32858            ORLANDO,           FL 32858

DUNS NUMBER 05-473-2839

| DATE | | CUSTOMER P O NO |
|---|---|---|
| 02/07/05 | ORDER # 138279 ** | 613218 |

| TERMS | | BROKER | SALESMAN |
|---|---|---|---|
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3936 | LUIGIS ITA ICE PRO ALLOW. DEAL CODE: 05EDLP/LII | 50- | 2.8800 | 144.00- |
| | TUESDAY DELIVERY          MHARTNEETT@JJSNACK.COM | | | |
| | SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST | | | |
| | PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS | | | |
| | NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY | | | |
| | SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED | | | |
| | DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE | | | |
| | Total Cases: | 300 | | |

$125.01 Discount On     $6,250.40      $5,395.29 Due If Paid By: 02/17/05
                                       $5,520.30 Due if Paid By: 03/09/05

| | | | | 5520.30 |
|---|---|---|---|---|

**REMIT TO**     J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| | PAGE: 001 |
|---|---|
| INVOICE NUMBER | 138561 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,        AL 36108

DUNS NUMBER: 05-473-2839

| DATE | | | | | CUSTOMER P O NO |
|---|---|---|---|---|---|
| 02/07/05 | ORDER # 138561 ** | | | | 617101 |
| TERMS | | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 50 | 17.5500 | 877.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 50- | 2.8800 | 144.00- |
| 3531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 84 | 25.1300 | 2110.92 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 84- | 1.8500 | 155.40- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 64 | 25.1300 | 1608.32 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 64- | 1.8500 | 118.40- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| | ** CONTINUED ** | | | |

REMIT TO ▶

J & J Snack Foods Corp.
P O. Box 7777 - W 2855
Philadelphia, PA 19175



PAGE: 002

| INVOICE NUMBER | 138561 |
| --- | --- |
| CUSTOMER ID NUMBER | 900000002 |

J & J Snack Foods Sales Corp   **INVOICE**

**J&J SNACK FOODS CORP.**
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,        AL 36108

DUNS NUMBER. 05-473-2839

| DATE 02/07/05 | ORDER # 138561   ** | | CUSTOMER P O NO 617101 | |
| --- | --- | --- | --- | --- |
| TERMS 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | BROKER 563 | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 336 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |

TUESDAY DELIVERY              MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                    314

$138.11 Discount On      $6,905.42      $6,052.51 Due If Paid By: 02/17/05
                                        $6,190.62 Due if Paid By: 03/09/05

6190.62

**REMIT TO**

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

**INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| PAGE: 001 | |
|---|---|
| INVOICE NUMBER | 138562 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS            LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,            LA 70401

DUNS NUMBER: 05-473-2839

| DATE 02/04/05 | ORDER # 138562 ** | | CUSTOMER P O NO 617114 | |
|---|---|---|---|---|
| TERMS 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | BROKER 563 | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 28 | 25.1300 | 703.64 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 28- | 1.8500 | 51.80- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 20 | 18.7200 | 374.40 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 20- | 3.1200 | 62.40- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII<br>** CONTINUED ** | 30- | 2.8800 | 86.40- |

**REMIT TO** ▶



PAGE: 002

| INVOICE NUMBER | 138562 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp     **INVOICE**

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS          LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,          LA 70401

DUNS NUMBER 05-473-2839

| DATE | | CUSTOMER P O NO |  |
|---|---|---|---|
| 02/04/05 | ORDER # 138562  ** | 617114 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 18 | 25.1300 | 452.34 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 18- | 1.8500 | 33.30- |
| ⌡88 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |

TUESDAY DELIVERY            MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                  186

$72.73 Discount On      $3,636.38      $3,070.55 Due If Paid By: 02/14/05
                                       $3,143.28 Due if Paid By: 03/06/05

3143.28

REMIT TO ➤

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 138638 |
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE          FL 32203 0975

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,          FL 32234

DUNS NUMBER: 05-473-2839

| DATE | | CUSTOMER P O NO | | |
|---|---|---|---|---|
| 02/07/05 | ORDER # 138638 ** | 617767 | | |
| TERMS | | BROKER | | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 3792 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 49 | 25.1300 | 1231.37 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 49- | 1.8500 | 90.65- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 30 | 18.7200 | 561.60 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 30- | 3.1200 | 93.60- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 40 | 25.1300 | 1005.20 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S<br>** CONTINUED ** | 40- | 1.8500 | 74.00- |

REMIT TO ▶

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**SUPER PRETZEL**   **J & J SNACK FOODS**
CORP

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp   **INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 138638 |
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 002

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE       FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,       FL 32234

DUNS NUMBER: 05-473-2839

| DATE | | | CUSTOMER P O. NO | |
|---|---|---|---|---|
| 02/07/05 | ORDER # 138638  ** | | 617767 | |
| TERMS | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |

TUESDAY DELIVERY       MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                      215

$95.12 Discount On      $4,755.85      $4,163.08 Due If Paid By: 02/17/05
                                       $4,258.20 Due if Paid By: 03/09/05

4258.20

REMIT TO ➤     J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**   **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| | |
|---|---|
| PAGE: 001 | |
| INVOICE NUMBER | 138639 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345060000

WINN DIXIE - FT LAUDERDALE
P O BOX 40975

JACKSONVILLE        FL 32203 0975

345060004

WINN DIXIE-FT LAUDERDALE
3300 NW 123RD STREET

MIAMI              FL 33167

DUNS NUMBER: 05-473-2839

| DATE | | CUSTOMER PO NO | |
|---|---|---|---|
| 02/04/05 | ORDER # 138639  ** | 617772 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |
| 992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 80 | 17.5500 | 1404.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 80- | 2.8800 | 230.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 56 | 25.1300 | 1407.28 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 56- | 1.8500 | 103.60- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 150 | 18.7200 | 2808.00 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 150- | 3.1200 | 468.00- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 32 | 25.1300 | 804.16 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S<br>** CONTINUED ** | 32- | 1.8500 | 59.20- |

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp   **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 138639 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 002

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345060000

WINN DIXIE - FT LAUDERDALE
P O BOX 40975

JACKSONVILLE        FL 32203 0975

345060004

WINN DIXIE-FT LAUDERDALE
3300 NW 123RD STREET

MIAMI                          FL 33167

DUNS NUMBER: 05-473-2839

| DATE | ORDER # 138639 ** | | CUSTOMER P O NO 617772 | |
|---|---|---|---|---|
| 02/04/05 | | | | |
| TERMS | J & J SNACK FOODS CORP.-NJ | | BROKER 563 | SALESMAN 00309 |
| 2 PER 10 NET 30 | | | | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 03526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |

```
TUESDAY DELIVERY              MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                              514
```

$202.72 Discount On    $10,136.12       $8,544.80 Due If Paid By: 02/14/05
                                        $8,747.52 Due if Paid By: 03/06/05

|  |
|---|
| 8747.52 |

REMIT TO ►

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**6000 Central Highway**
**Pennsauken, NJ 08109**
**(856) 665-9533**
**FAX (856) 488-7587**

J & J Snack Foods Sales Corp   **INVOICE**

| | |
|---|---|
| PAGE: 001 | |
| INVOICE NUMBER | 138916 |
| CUSTOMER I D NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

**SHIPPED TO** *(same as "SOLD TO" unless otherwise indicated below )*

345160000                    345160001

WINN DIXIE - ORLANDO          WINN DIXIE
PO BOX 585200                 4401 SEABOARD ROAD

ORLANDO        FL 32858       ORLANDO,          FL 32858

DUNS NUMBER 05-473-2839

| DATE 02/16/05 | ORDER # 138916 ** | CUSTOMER P O NO 622564 | |
|---|---|---|---|
| TERMS 2 PER 10 NET 30 | GRESS REFRIGERATED WHSE | BROKER 563 | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 10 | 17.5500 | 175.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 10- | 2.8800 | 28.80- |
| 392 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 180 | 18.7200 | 3369.60 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 180- | 3.1200 | 561.60- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 16 | 25.1300 | 402.08 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 16- | 1.8500 | 29.60- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| | ** CONTINUED ** | | | |

**REMIT TO** ➤   J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 138916 |
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 002

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345160000

WINN DIXIE - ORLANDO
PO BOX 585200

ORLANDO            FL 32858

345160001

WINN DIXIE
4401 SEABOARD ROAD

ORLANDO,              FL 32858

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER P.O NO |
|---|---|---|---|
| 02/16/05 | ORDER # 138916  ** | | 622564 |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | GRESS REFRIGERATED WHSE | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 18 | 25.1300 | 452.34 |
| 3520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 18- | 1.8500 | 33.30- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |

TUESDAY DELIVERY            MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                    304

$116.07 Discount On      $5,803.52      $4,803.75 Due If Paid By: 02/26/05
                                        $4,919.82 Due if Paid By: 03/18/05

4919.82

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

PAGE: 001

| INVOICE NUMBER | 139214 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345130000

WINN DIXIE - ATLANTA
P.O. BOX 44110

JACKSONVILLE      FL 32231 4110

345130001

WINN DIXIE-ATLANTA
5400 FULTON IND BLVD

ATLANTA,          GA 30301

DUNS NUMBER. 05-473-2839

| DATE | | CUSTOMER P O NO | |
|---|---|---|---|
| 02/15/05 | ORDER # 139214 ** | 627242 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | GRESS REFRIGERATED WHSE | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |
| 3531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 28 | 25.1300 | 703.64 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 28- | 1.8500 | 51.80- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 27 | 25.1300 | 678.51 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 27- | 1.8500 | 49.95- |

TUESDAY DELIVERY          MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                        145
** CONTINUED **

**REMIT TO** ▶ J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp   **INVOICE**

J & J Snack Foods
CORP
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 139214 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345130000

WINN DIXIE - ATLANTA
P.O. BOX 44110

JACKSONVILLE        FL 32231 4110

345130001

WINN DIXIE-ATLANTA
5400 FULTON IND BLVD

ATLANTA,                     GA 30301

DUNS NUMBER 05-473-2839

| DATE | ORDER # 139214  ** | CUSTOMER PO NO 627242 | | |
|---|---|---|---|---|
| 02/15/05 | | | | |
| TERMS | GRESS REFRIGERATED WHSE | BROKER | SALESMAN | |
| 2 PER 10 NET 30 | | 563 | 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| $59.23 Discount On | $2,961.65 | $2,541.47 Due If Paid By: 02/25/05 | | |
| | | $2,600.70 Due if Paid By: 03/17/05 | | |
| | | | | 2600.70 |

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

## INVOICE

| INVOICE NUMBER | 139629 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE       FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,       FL 32234

DUNS NUMBER: 05-473-2839

| DATE 02/18/05 | ORDER # 139629  ** | CUSTOMER P O NO 633045 | |
|---|---|---|---|
| TERMS 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | BROKER 563 | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| ?92 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 35 | 25.1300 | 879.55 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 35- | 1.8500 | 64.75- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 110 | 18.7200 | 2059.20 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 110- | 3.1200 | 343.20- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII<br>** CONTINUED ** | 30- | 2.8800 | 86.40- |

REMIT TO ▶

J & J Snack Foods Corp.
P.O Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| INVOICE NUMBER | 139629 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,        FL 32234

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER P O NO | |
|---|---|---|---|---|
| 02/18/05 | ORDER # 139629   ** | | 633045 | |
| TERMS | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |

TUESDAY DELIVERY        MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                              265

$100.90 Discount On      $5,044.75      $4,190.30 Due If Paid By: 02/28/05
                                        $4,291.20 Due if Paid By: 03/20/05

4291.20

**REMIT TO**

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7567

**INVOICE**

| | PAGE: 001 |
|---|---|
| INVOICE NUMBER | M70974 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345100000

WINN DIXIE - CHARLOTTE
P O BOX 411208

CHARLOTTE          NC 28241 1208

345100002

WINN DIXIE-CHARLOTTE
FROZEN FOOD FREEZER
12520 GENERAL DRIVE
CHARLOTTE,          NC 28273

DUNS NUMBER. 05-473-2839

| DATE | | CUSTOMER P O NO |
|---|---|---|
| 12/25/04 | ORDER # 132663  ** | 511176 |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | DEFAULT BILLING | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 3 | 25.1300 | 75.39 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 3- | 1.8500 | 5.55- |
| | Total Cases: | 3 | | |
| | | | | 69.84 |

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175

REMIT TO



J & J Snack Foods Sales Corp    **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | M70980 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

**SHIPPED TO** *(same as "SOLD TO" unless otherwise indicated below)*

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,        AL 36108

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER P O NO | |
|---|---|---|---|---|
| 12/25/04 | ORDER # 126873  ** | | 07723445 | |
| TERMS | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | DEFAULT BILLING | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 20 | 18.7200 | 374.40 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 20- | 3.1200 | 62.40- |
| | Total Cases: | 20 | | |
| | | | | 312.00 |

**REMIT TO** ▶ J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

## INVOICE

| INVOICE NUMBER | |
|---|---|
| CUSTOMER I D NUMBER | |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

DUNS NUMBER  05-473-2839

| DATE | | CUSTOMER P O  NO | |
|---|---|---|---|
| TERMS | | BROKER | SALESMAN |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

REMIT TO  ➤

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 137804 |
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS        LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,        LA 70401

DUNS NUMBER 05-473-2839

| DATE | | CUSTOMER P O NO |
|---|---|---|
| 01/28/05 | ORDER # 137804  ** | 607227 |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12 UPC #: 002500003531 DEAL CODE: 05EDLP/MMJB | 70 | 25.1300 | 1759.10 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE DEAL CODE: 05EDLP/MMJB | 70- | 1.8500 | 129.50- |
| 372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL UPC #: 007332103372 DEAL CODE: 05EDLP/BARQ'S | 56 | 25.1300 | 1407.28 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW UPC #: 007332133721 DEAL CODE: 05EDLP/BARQ'S | 56- | 1.8500 | 103.60- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL UPC #: 002500003526 DEAL CODE: 05EDLP/MMSFL | 54 | 25.1300 | 1357.02 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO DEAL CODE: 05EDLP/MMSFL | 54- | 1.8500 | 99.90- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ UPC #: 007332100027 DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW. DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |

TUESDAY DELIVERY            MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED

**REMIT TO** ➤

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175

**SUPERPRETZEL**  **J&J SNACK FOODS CORP**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp   **INVOICE**

| | |
|---|---|
| PAGE: 002 | |
| INVOICE NUMBER | 137804 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below)*

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS          LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,              LA 70401

DUNS NUMBER 05-473-2839

| DATE 01/28/05 | ORDER # 137804  ** | CUSTOMER P O NO 607227 | |
|---|---|---|---|
| TERMS 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | BROKER | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE | | | |
| | Total Cases: | 200 | | |
| $97.49 Discount On | $4,874.40 | $4,386.31 Due If Paid By: 02/07/05 | 563 | |
| | | $4,483.80 Due if Paid By: 02/27/05 | | |
| | | | | 4483.80 |

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

**J&J SNACK FOODS CORP**
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| INVOICE NUMBER | 138279 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345160000

WINN DIXIE - ORLANDO
PO BOX 585200

ORLANDO          FL 32858

345160001

WINN DIXIE
4401 SEABOARD ROAD

ORLANDO,          FL 32858

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER P O NO | |
|---|---|---|---|---|
| 02/07/05 | ORDER # 138279 ** | | 613218 | |
| TERMS | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 90 | 17.5500 | 1579.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 90- | 2.8800 | 259.20- |
| 3531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 98 | 25.1300 | 2462.74 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 98- | 1.8500 | 181.30- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 32 | 25.1300 | 804.16 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 32- | 1.8500 | 59.20- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 50 | 17.5500 | 877.50 |
| | ** CONTINUED ** | | | |

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| | |
|---|---|
| PAGE: 002 | |
| INVOICE NUMBER | 138279 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345160000

WINN DIXIE - ORLANDO
PO BOX 585200

ORLANDO          FL 32858

345160001

WINN DIXIE
4401 SEABOARD ROAD

ORLANDO,          FL 32858

DUNS NUMBER 05-473-2839

| DATE | ORDER # 138279 ** | CUSTOMER P O NO |  |
|---|---|---|---|
| 02/07/05 | | 613218 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3936 | LUIGIS ITA ICE PRO ALLOW. DEAL CODE: 05EDLP/LII | 50- | 2.8800 | 144.00- |
| | TUESDAY DELIVERY    MHARTNEETTT@JJSNACK.COM SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE Total Cases: | 300 | | |

$125.01 Discount On     $6,250.40     $5,395.29 Due If Paid By: 02/17/05
                                       $5,520.30 Due if Paid By: 03/09/05

5520.30

REMIT TO ➤

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp   **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 138561 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

**SHIPPED TO** (same as "SOLD TO" unless otherwise indicated below )

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,        AL 36108

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER P O NO | |
|---|---|---|---|---|
| 02/07/05 | ORDER # 138561   ** | | 617101 | |
| **TERMS** | | | **BROKER** | **SALESMAN** |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 50 | 17.5500 | 877.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 50- | 2.8800 | 144.00- |
| 3531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 84 | 25.1300 | 2110.92 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 84- | 1.8500 | 155.40- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 64 | 25.1300 | 1608.32 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 64- | 1.8500 | 118.40- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| | ** CONTINUED ** | | | |

**REMIT TO**

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| INVOICE NUMBER | 138561 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,         AL 36108

DUNS NUMBER 05-473-2839

| DATE | | | CUSTOMER PO NO |
|------|--|--|----------------|
| 02/07/05 | ORDER # 138561  ** | | 617101 |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|------|-------------|---------------|-----------------|--------|
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |

TUESDAY DELIVERY            MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
·Total Cases:                314

$138.11 Discount On      $6,905.42      $6,052.51 Due If Paid By: 02/17/05
                                        $6,190.62 Due if Paid By: 03/09/05

| | 6190.62 |

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Corp**
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp    **INVOICE**

| | | |
|---|---|---|
| | | PAGE: 001 |
| INVOICE NUMBER | | 138562 |
| CUSTOMER ID NUMBER | | 900000002 |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345110000

WINN DIXIE - LOUISIANA
PO BOX 51059

NEW ORLEANS            LA 70151

345110001

WINN DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST

HAMMOND,                 LA 70401

DUNS NUMBER: 05-473-2839

| DATE | | | CUSTOMER PO NO |
|---|---|---|---|
| 02/04/05 | ORDER # 138562 ** | | 617114 |
| TERMS | | | BROKER / SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | 563 / 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 28 | 25.1300 | 703.64 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 28- | 1.8500 | 51.80- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 20 | 18.7200 | 374.40 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 20- | 3.1200 | 62.40- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII<br>** CONTINUED ** | 30- | 2.8800 | 86.40- |

REMIT TO ➤

**J & J Snack Foods Corp.**
**P.O. Box 7777 - W 2855**
**Philadelphia, PA 19175**



J & J Snack Foods Sales Corp    **INVOICE**

| | |
|---|---|
| PAGE: 002 | |
| INVOICE NUMBER | 138562 |
| CUSTOMER I D NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345110000                                    345110001

WINN DIXIE - LOUISIANA                       WINN DIXIE HAMMOND WAREHOUSE
PO BOX 51059                                 3925 HIGHWAY 190 WEST

NEW ORLEANS          LA 70151                HAMMOND,              LA 70401

DUNS NUMBER. 05-473-2839

| DATE | ORDER # 138562 ** | CUSTOMER P O NO | | |
|---|---|---|---|---|
| 02/04/05 | | 617114 | | |
| TERMS | J & J SNACK FOODS CORP.-NJ | BROKER | SALESMAN | |
| 2 PER 10 NET 30 | | 563 | 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 18 | 25.1300 | 452.34 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 18- | 1.8500 | 33.30- |
| )88 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |

TUESDAY DELIVERY            MHARTNEETIT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                186

$72.73 Discount On     $3,636.38      $3,070.55 Due If Paid By: 02/14/05
                                      $3,143.28 Due if Paid By: 03/06/05

3143.28

REMIT TO →

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (858) 488-7587

**INVOICE**

| INVOICE NUMBER | 138638 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,        FL 32234

DUNS NUMBER 05-473-2839

| DATE | 02/07/05 | ORDER # 138638  ** | | CUSTOMER P O NO 617767 | | |
|---|---|---|---|---|---|---|
| TERMS | 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | BROKER 563 | SALESMAN 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 49 | 25.1300 | 1231.37 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 49- | 1.8500 | 90.65- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 30 | 18.7200 | 561.60 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 30- | 3.1200 | 93.60- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 40 | 25.1300 | 1005.20 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S<br>** CONTINUED ** | 40- | 1.8500 | 74.00- |

REMIT TO ►

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

**6000 Central Highway**
**Pennsauken, NJ 08109**
**(856) 665-9533**
**FAX (856) 488-7587**

**INVOICE**

PAGE: 002

| INVOICE NUMBER | 138638 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE          FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,          FL 32234

DUNS NUMBER. 05-473-2839

| DATE | | | | CUSTOMER P O NO | |
|---|---|---|---|---|---|
| 02/07/05 | ORDER # 138638  ** | | | 617767 | |
| TERMS | | | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |

TUESDAY DELIVERY                    MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                        215

$95.12 Discount On      $4,755.85      $4,163.08 Due If Paid By: 02/17/05
                                      $4,258.20 Due if Paid By: 03/09/05

4258.20

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp

**INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 138639 |
|---|---|
| CUSTOMER I D NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

| 345060000 | 345060004 |
|---|---|
| WINN DIXIE - FT LAUDERDALE | WINN DIXIE-FT LAUDERDALE |
| P O BOX 40975 | 3300 NW 123RD STREET |
| JACKSONVILLE     FL 32203 0975 | MIAMI     FL 33167 |

DUNS NUMBER 05-473-2839

| DATE | ORDER # 138639    ** | CUSTOMER P O NO |  |  |
|---|---|---|---|---|
| 02/04/05 |  | 617772 |  |  |
| TERMS | J & J SNACK FOODS CORP.~NJ | BROKER | SALESMAN |  |
| 2 PER 10 NET 30 |  | 563 | 00309 |  |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |
| 392 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 80 | 17.5500 | 1404.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 80- | 2.8800 | 230.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 56 | 25.1300 | 1407.28 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 56- | 1.8500 | 103.60- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 150 | 18.7200 | 2808.00 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 150- | 3.1200 | 468.00- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 32 | 25.1300 | 804.16 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S<br>** CONTINUED ** | 32- | 1.8500 | 59.20- |

REMIT TO ▶

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**   **INVOICE**

J & J SNACK FOODS CORP.
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

PAGE: 002

| INVOICE NUMBER | 138639 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345060000

WINN DIXIE - FT LAUDERDALE
P O BOX 40975

JACKSONVILLE      FL 32203 0975

345060004

WINN DIXIE-FT LAUDERDALE
3300 NW 123RD STREET

MIAMI                 FL 33167

DUNS NUMBER: 05-473-2839

| DATE | | | | CUSTOMER P O NO | | |
|---|---|---|---|---|---|---|
| 02/04/05 | ORDER # 138639 ** | | | 617772 | | |
| TERMS | | | | BROKER | | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | | | 563 | | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 40 | 17.5500 | 702.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 40- | 2.8800 | 115.20- |
| 3526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 36 | 25.1300 | 904.68 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 36- | 1.8500 | 66.60- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |

```
        TUESDAY DELIVERY           MHARTNEETT@JJSNACK.COM
        SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
        PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
        NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
        SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
        DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
        Total Cases:              514
```

$202.72 Discount On    $10,136.12       $8,544.80 Due If Paid By: 02/14/05
                                        $8,747.52 Due if Paid By: 03/06/05

8747.52

REMIT TO ➤

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

**SUPERPRETZEL**

**J&J SNACK FOODS CORP**
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

**INVOICE**

| INVOICE NUMBER | 138916 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

PAGE- 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345160000

WINN DIXIE - ORLANDO
PO BOX 585200

ORLANDO          FL 32858

345160001

WINN DIXIE
4401 SEABOARD ROAD

ORLANDO,                    FL 32858

DUNS NUMBER. 05-473-2839

| DATE | ORDER # 138916  ** | CUSTOMER P O NO | | |
|---|---|---|---|---|
| 02/16/05 | | 622564 | | |
| TERMS | GRESS REFRIGERATED WHSE | BROKER | SALESMAN | |
| 2 PER 10 NET 30 | | 563 | 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 10 | 17.5500 | 175.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 10- | 2.8800 | 28.80- |
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 20 | 17.5500 | 351.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 20- | 2.8800 | 57.60- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 180 | 18.7200 | 3369.60 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 180- | 3.1200 | 561.60- |
| 3372 | BARQ'S RTBR 72/4OZ CUPS-RETAIL<br>UPC #: 007332103372<br>DEAL CODE: 05EDLP/BARQ'S | 16 | 25.1300 | 402.08 |
| 33721 | BARQS-RTBR-CUPS-PROMO ALLOW<br>UPC #: 007332133721<br>DEAL CODE: 05EDLP/BARQ'S | 16- | 1.8500 | 29.60- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| | ** CONTINUED ** | | | |

**REMIT TO**

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J SNACK FOODS CORP**
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp   **INVOICE**

| PAGE: 002 | |
|---|---|
| INVOICE NUMBER | 138916 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345160000                           345160001

WINN DIXIE - ORLANDO                WINN DIXIE
PO BOX 585200                       4401 SEABOARD ROAD

ORLANDO         FL 32858           ORLANDO,              FL 32858

DUNS NUMBER 05-473-2639

| DATE | | CUSTOMER P O NO | |
|---|---|---|---|
| 02/16/05 | ORDER # 138916  ** | 622564 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | GRESS REFRIGERATED WHSE | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 18 | 25.1300 | 452.34 |
| 03520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 18- | 1.8500 | 33.30- |
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |

TUESDAY DELIVERY            MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                304

$116.07 Discount On    $5,803.52    $4,803.75 Due If Paid By: 02/26/05
                                    $4,919.82 Due if Paid By: 03/18/05

4919.82

REMIT TO ►

J & J Snack Foods Corp
P O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**  **INVOICE**

J&J SNACK FOODS CORP
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| | |
|---|---|
| PAGE: 001 | |
| INVOICE NUMBER | 139214 |
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below )

345130000

WINN DIXIE - ATLANTA
P.O. BOX 44110

JACKSONVILLE          FL 32231 4110

345130001

WINN DIXIE-ATLANTA
5400 FULTON IND BLVD

ATLANTA,                    GA 30301

DUNS NUMBER. 05-473-2839

| DATE | ORDER # 139214  ** | CUSTOMER P O NO | | |
|---|---|---|---|---|
| 02/15/05 | | 627242 | | |
| TERMS | GRESS REFRIGERATED WHSE | BROKER | SALESMAN | |
| 2 PER 10 NET 30 | | 563 | 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 60 | 17.5500 | 1053.00 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 60- | 2.8800 | 172.80- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 28 | 25.1300 | 703.64 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 28- | 1.8500 | 51.80- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103526N | 12/7/4OZ MM SFL TUBES-RTL<br>UPC #: 002500003526<br>DEAL CODE: 05EDLP/MMSFL | 27 | 25.1300 | 678.51 |
| 103520 | MM SOFT FROZEN LEMONADE PROMO<br>DEAL CODE: 05EDLP/MMSFL | 27- | 1.8500 | 49.95- |

TUESDAY DELIVERY              MHARTNEETTT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                            145
** CONTINUED **

**REMIT TO**

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp   **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

PAGE: 002

| INVOICE NUMBER | 139214 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345130000

WINN DIXIE - ATLANTA
P.O. BOX 44110

JACKSONVILLE       FL 32231 4110

345130001

WINN DIXIE-ATLANTA
5400 FULTON IND BLVD

ATLANTA,              GA 30301

DUNS NUMBER 05-473-2839

| DATE | ORDER # 139214   ** | CUSTOMER P O NO |  |  |
|---|---|---|---|---|
| 02/15/05 | | 627242 | | |
| TERMS | GRESS REFRIGERATED WHSE | BROKER | SALESMAN | |
| 2 PER 10 NET 30 | | 563 | 00309 | |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| $59.23 Discount On | $2,961.65 | $2,541.47 Due If Paid By: 02/25/05 | | |
| | | $2,600.70 Due if Paid By: 03/17/05 | | |
| | | | | 2600.70 |

REMIT TO

**J & J Snack Foods Corp.**
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



J & J Snack Foods Sales Corp  **INVOICE**

J&J SNACK FOODS CORP
6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| INVOICE NUMBER | 139629 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

**SHIPPED TO** *(same as "SOLD TO" unless otherwise indicated below)*

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE      FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,      FL 32234

DUNS NUMBER· 05-473-2639

| DATE | ORDER # 139629 ** | CUSTOMER P O NO 633045 | |
|---|---|---|---|
| 02/18/05 | | | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3985 | LUIGIS CHERRY ITA ICE 6OZ<br>UPC #: 007332100025<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 3992 | LUIGIS ST/LM ITA VAR PK<br>UPC #: 007332100023<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 35 | 25.1300 | 879.55 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 35- | 1.8500 | 64.75- |
| 3022 | RETAIL SUPERPRETZEL<br>UPC #: 007332100018<br>DEAL CODE: 05EDLP/SP | 110 | 18.7200 | 2059.20 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/SP | 110- | 3.1200 | 343.20- |
| 3738 | LUIGIS SWRL STRW/BNN&BLURAZ LM<br>UPC #: 007332100022<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII<br>** CONTINUED ** | 30- | 2.8800 | 86.40- |

**REMIT TO** ➤

J & J Snack Foods Corp.
P.O Box 7777 - W 2855
Philadelphia, PA 19175



PAGE: 002

| INVOICE NUMBER | 139629 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

J & J Snack Foods Sales Corp    **INVOICE**

Amounts not paid within invoice payment terms are subject to
interest at the rate of 1-1/2 percent per month

SHIPPED TO (same as "SOLD TO" unless otherwise indicated below)

345140000

WINN DIXIE RETAIL/JACKSONVILLE
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345140001

WINN DIXIE STORES
PERISHABLE WAREHOUSE
15500 WEST BEAVER STREET
JACKSONVILLE,        FL 32234

DUNS NUMBER 05-473-2839

| DATE | | CUSTOMER P O NO | |
|---|---|---|---|
| 02/18/05 | ORDER # 139629 ** | 633045 | |
| TERMS | | BROKER | SALESMAN |
| 2 PER 10 NET 30 | J & J SNACK FOODS CORP.-NJ | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3988 | LUIGIS LEMON ITA ICE 6OZ<br>UPC #: 007332100027<br>DEAL CODE: 05EDLP/LII | 30 | 17.5500 | 526.50 |
| 3936 | LUIGIS ITA ICE PRO ALLOW.<br>DEAL CODE: 05EDLP/LII | 30- | 2.8800 | 86.40- |

TUESDAY DELIVERY                MHARTNEETT@JJSNACK.COM
SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
Total Cases:                        265

$100.90 Discount On      $5,044.75      $4,190.30 Due If Paid By: 02/28/05
                                       $4,291.20 Due if Paid By: 03/20/05

4291.20

REMIT TO

J & J Snack Foods Corp.
P.O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

### INVOICE

PAGE: 001

| INVOICE NUMBER | M70974 |
|---|---|
| CUSTOMER ID NUMBER | 900000002 |

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345100000

WINN DIXIE - CHARLOTTE
P O BOX 411208

CHARLOTTE          NC 28241 1208

345100002

WINN DIXIE-CHARLOTTE
FROZEN FOOD FREEZER
12520 GENERAL DRIVE
CHARLOTTE,              NC 28273

DUNS NUMBER. 05-473-2839

| DATE | | | CUSTOMER P O NO |
|---|---|---|---|
| 12/25/04 | ORDER # 132663  ** | | 511176 |

| TERMS | | BROKER | SALESMAN |
|---|---|---|---|
| 2 PER 10 NET 30 | DEFAULT BILLING | 563 | 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 103531 | MMJB MPAK-C/O/G-2.25OZ 12/12<br>UPC #: 002500003531<br>DEAL CODE: 05EDLP/MMJB | 3 | 25.1300 | 75.39 |
| 103530 | MM JUICE BAR PROMO ALLOWANCE<br>DEAL CODE: 05EDLP/MMJB | 3- | 1.8500 | 5.55- |
| | Total Cases: | 3 | | |
| | | | | 69.84 |

REMIT TO

J & J Snack Foods Corp.
P O. Box 7777 - W 2855
Philadelphia, PA 19175



**J & J Snack Foods Sales Corp**    **INVOICE**

6000 Central Highway
Pennsauken, NJ 08109
(856) 665-9533
FAX (856) 488-7587

| | |
|---|---|
| INVOICE NUMBER | M70980 |
| CUSTOMER I D NUMBER | 900000002 |

PAGE: 001

Amounts not paid within invoice payment terms are subject to interest at the rate of 1-1/2 percent per month

SHIPPED TO *(same as "SOLD TO" unless otherwise indicated below )*

345120000

WINN DIXIE MONTGOMERY INC
P.O. BOX 40975

JACKSONVILLE        FL 32203 0975

345120002

WINN DIXIE MONTGOMERY INC.
6080 MOBILE HWY.

MONTGOMERY,            AL 36108

DUNS NUMBER 05-473-2839

| DATE 12/25/04 | ORDER # 126873  ** | CUSTOMER P O NO 07723445 | |
|---|---|---|---|
| TERMS 2 PER 10 NET 30 | DEFAULT BILLING | BROKER 563 | SALESMAN 00309 |

| CODE | DESCRIPTION | CASES SHIPPED | CASE/UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 3022 | RETAIL SUPERPRETZEL UPC #: 007332100018 DEAL CODE: 05EDLP/SP | 20 | 18.7200 | 374.40 |
| 3021 | RETAIL PRETZEL PROMO ALLOWANCE DEAL CODE: 05EDLP/SP | 20- | 3.1200 | 62.40- |
| | Total Cases: | 20 | | |
| | | | | 312.00 |

REMIT TO ▶

J & J Snack Foods Corp.
P O. Box 7777 - W 2855
Philadelphia, PA 19175