UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                 Case No. 3:05-bk-03817-JAF

         Debtors.                                         Jointly Administered
_____/

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for Greater Properties, Inc. and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Bush Ross, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Attention: Jeffrey W. Warren, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, notices and papers with respect to any application, motion, petition, pleading, disclosure statement, plan of reorganization, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, and whether sent by the Court, the Debtor or any other party, which affects the Debtor or the property of the Debtor.

-2-

      PLEASE TAKE FURTHER NOTICE that the undersigned requests to be added to the Court's master mailing matrix.

Dated: Tampa, Florida
       April 24, 2006

                                    BUSH ROSS, P.A.
                                    Post Office Box 3913
                                    Tampa, Florida 33601-3913
                                    (813) 224-9255
                                    (813) 223-9620 (telecopy)
                                    Attorneys for Greater Properties, Inc.

                                 By: /s/ Adam Lawton Alpert
                                       Jeffrey W. Warren
                                       Florida Bar No. 150024
                                       Adam Lawton Alpert
                                       Florida Bar No. 0490857

381036.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2006, I electronically filed a true and correct copy of the Notice of Appearance and Demand for Service of Papers with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:



/s/ Adam Lawton Alpert
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Assistant United States Trustee
D. Jan Baker, Esq.
Stephen D. Busey, Esq.
Dennis Dunne, Esq.

**Via first class United States Mail, postage prepaid, to:**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254

381036.2