UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.

Reorganized Debtor.

Confirmed Chapter 11

Case No. 05-03817-3F1

**AFFIDAVIT OF KAREN LORITZ IN SUPPORT OF SCHNEIDER NATIONAL, INC.'S RESPONSE TO OMNIBUS OBJECTION TO ALLOWANCE OF CLAIMS AND REQUEST TO REDUCE AND ALLOW OR DISALLOW AND EXPUNGE CERTAIN CLAIMS**

STATE OF WISCONSIN )
) ss.
COUNTY OF BROWN )

KAREN LORITZ, being duly sworn, deposes and says:

1. I am an Assistant Credit and Collections Manager with Schneider National, Inc. ("Schneider"), whose principal place of business is located in Green Bay, Wisconsin. Schneider, through one or more of its subsidiaries, is the leading provider of premium truckload and intermodal services. I have been employed by Schneider for fourteen (14) years.

2. I have general knowledge of Schneider's books and records, and I am familiar with the Schneider's billing and collecting procedures. I am authorized to submit this affidavit (the "Affidavit") on behalf of and in support of Schneider's response to the Omnibus Objection to Allowance of Claims and Request to Reduce and Allow or Disallow and Expunge Certain Claims (the "Omnibus Objection").

EXHIBIT
A

3. All facts set forth herein are based upon my personal knowledge and/or my review of the relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth in this Affidavit.

4. Prior to Winn-Dixie Stores, Inc.'s (the "Debtor") petition date of February 21, 2005, (the "Petition Date"), Schneider, through one or more of its subsidiaries, provided shipping and truckload services to the Debtor.

5. As of the Petition Date, the Debtor owed Schneider $48,914.18 for unpaid invoices (the "Pre-Petition Invoices"), each as described in Schneider's timely filed proof of claim (the "Claim"), a copy of which is attached hereto as Exhibit "1" and incorporated by reference herein.

6. By the Omnibus Objection, I understand that the Debtor seeks to reduce and allow Schneider's Claim in the amount of $10,477.12, because the amount set forth in the Proof of Claim is inconsistent with the Debtor's books and records.

7. The Debtor's book and records are incorrect, in that the outstanding pre-Petition Date balance still due Schneider is $48,914.18, as set forth in Exhibit "2" attached hereto.

Karen Loritz

Subscribed and sworn to before me this
24th day of April, 2006

Connie M. Fleigle
Notary Public, State of Wisconsin
My commission: 10/7/07

FORM B10 (Official Form 10) (12/03)

UNITED STATES BANKRUPTCY COURT Middle DISTRICT OF Florida

**PROOF OF CLAIM**

Name of Debtor: Winn Dixie Stores, Inc.

Case Number: 05-03817

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Schreiber National Inc.

Name and address where notices should be sent: PO Box 19010, Green Bay, WI 54307-9010

Telephone number: 920-455-3113

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAY - 6 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: N-09932

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ________

1. Basis for Claim

- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ________
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last four digits of SS #: ________

Unpaid compensation for services performed from ________ to ________ (date) (date)

2. Date debt was incurred: Various

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 48,914.18 (unsecured) ________ (secured) ________ (priority) 48,914.18 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate ☐ Motor Vehicle ☐ Other ________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

6. Unsecured Nonpriority Claim $ 48,914.18

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________

Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 5/02/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Karen Rouda - Credit Analyst

EXHIBIT 1

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
[illegible] Date: 04/13/06          ACH SUBMISSION PARAMETERS
     Time: 15.25

User Name: [illegible]
Job Name : AR253
Step Nbr : 2

*********************************************************************************
*                Company.      1                                                *
*            As of Date  04/306       Qualify Future Applications: N   No       *
*********************************************************************************
* Customer                                                                      *
*                                                                               *
*                 Customer:       [illegible]                                   *
*    Or       Customer List:                                                    *
*            Credit Analyst:                                                    *
*               Major Class:                 Minor Class:                       *
*      Balance Greater Than:                                                    *
*    Past Due Balances Only: N                                                  *
*********************************************************************************
* Transactions1                                                                 *
*                                                                               *
*                  Activity:                        or Activity List:           *
*             Process Level:                                                    *
*               User 1 Open:            -                                       *
*      Sales Representative:        -                                           *
*   Exempt Finance Charges  N   Do Not Omit Finance Charges                     *
*********************************************************************************
* Transactions2                                                                 *
*                                                                               *
*         Include Invoices: Y        Include Credits: Y                         *
*           Include Debits: Y       Include Payments: Y                         *
*   Transaction Open Amount:           Payment Open Amount:                     *
*         Days Past Due Date:      -      Days Past Tran Date:        -         *
*********************************************************************************
* Aging Rules                                                                   *
*                                                                               *
*              Current Days:                       Periods:                     *
*                Aging Date:                      Payments:                     *
*                   Credits:                      Disputes:                     *
*         National Summary: N             Payment Average: I                    *
*           Audit or Period:                    Gain, Loss: N                   *
*********************************************************************************
* Format                                                                        *
*                                                                               *
*                                                                               *
*         Expanded Heading: N        Detail Transaction: Y                      *
*          Report Sequence: C         Customer Sequence: N                      *
*         Currency Display: B           Create CSV File: Y                      *
*         Truncate Amounts: N      Transaction Sequence:                        *
*                                                                               *
*                                                                               *
*                                                                               *
*********************************************************************************
```

EXHIBIT

1

[Page too faded/low-resolution to reliably transcribe the aging report data.]

[Page illegible — low-resolution scan of tabular aging/data report]

[Page is a low-resolution scan of a Winn-Dixie Company Aging Report; individual line items are illegible.]

Run Date 04/13/06 Company 1 SCHREIBER NATIONAL, INC USD Page 4
Time [illegible] Company Aging Report Aging As Of: 04/13/06

| Customer | Name | As Of Total | Terms | L.P.A. | Cur Ytd: | Sales Rep: |
|---|---|---|---|---|---|---|
| [illegible] | WINN DIXIE STORES INC | 48,[illegible].10 | 15DAY | | 0.00 | [illegible] |

| Transaction | P F Due date | Future | Current | 1 - 15 | 16 - 30 | 31 - 60 | 61 - 90 | Over - 90 |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| [illegible] | 03/23/05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| [illegible] | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| [illegible] | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| [illegible] | [illegible] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| Customer Total: | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48,[illegible].10 |
| | | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 100.00 % |

[illegible] Avg [illegible]

[illegible] Date 04/[illegible]/06 Company 1 [illegible] NATIONAL, INC USD Page 1
Time [illegible] Company Aging Report Aging As Of: 04/[illegible]/06

| | Future | Current | 1 - 15 | 16 - 30 | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|
| Report Totals: 48,[illegible].10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 100.00 % |

[illegible] Avg [illegible]

** Report Completed ***

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re. | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

Claimant ID: WDX-403485-8A-15
SCHNEIDER NATIONAL INC
ATTN KAREN LOUTZ
PO BOX 2545
GREEN BAY WI 54306-2545

| CLAIM(S) TO BE REDUCED | | |
|---|---|---|
| CLAIM NO.: 3052<br>CLAIM AMOUNT: $48,914.18<br><br>REDUCED AMOUNT: $10,477.12 | REASON FOR REDUCTION: | **REDUCED AMOUNT REFLECTS REMOVAL OF $143.88 FOR INVOICE NUMBER QK34943-01 AS IT LACKS PURCHASE ORDER, $999.69 FOR INVOICE NUMBER QP44664-01 AS CLAIMANT IS RESPONSIBLE FOR FREIGHT COST, AND $37,293.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.** |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 4, 2006 their Eighth Omnibus Objection to Overstated Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before 4:00 p.m. Eastern Time on April 24, 2006 (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on May 4, 2006 to consider the Objection. The hearing will be held at 1:00 p.m. Eastern Time in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By /s/ D.J. Baker
D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By /s/ James H. Post
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com