[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT FOR STORE 240

This case came on for consideration upon the Court's own motion. On April 23, 2006, Bradley S. Shraiberg filed Objection by Landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store #240 without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Objection by Landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store #240 is stricken from the record.

Dated April 24, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Bradley S. Shraiberg, Attorney for Movant, 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors