[31634] [Order Waiving the Requirement for Local Counsel]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                    Case No. 3:05−bk−03817−JAF
                                                          Chapter 11


Winn−Dixie Stores, Inc




_____   Debtor(s)   _____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Theresa A. Foudy , a non−resident of Florida and counsel for Wilmington Trust Company , pursuant to Local Rule 2090−1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090−1 permits appearance without formal admission of a non−resident of Florida and the requirement for local counsel is waived.


Dated April 24, 2006 .


Jerry A. Funk
United States Bankruptcy Judge



Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Theresa A. Foudy, 101 Park Avenue, New York, NY 10178−0061