**Resident Ledger**

|  |  |
|---|---|
| Date: | 4/20/2006 |
| Resident Code: | t0005730 |
| Property: | taw01201 |
| Unit: | F27 |
| Status: | Current |
| Rent: | $40,469.33 |

**WINN DIXIE #217**
**Attn: Area Property Mgr.**
**1141 S.W 12th Avenue**
**Pompano Beach, FL, 33069**

|  |  |
|---|---|
| Deposit: | $0.00 |
| Move In Date: | 10/25/89 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | (904)370-6123 |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 04/01/05 | 2004 Water Rec | 5,895.00 | | 5,895.00 |
| 06/15/05 | Water 2/1/05-6/2/05 | 147.23 | | 6,042.23 |
| 12/02/05 | 2005 RET Reconciliation. | 75,880.29 | | 81,922.52 |
| 12/15/05 | Water 09/01/05 to 12/01/2005. | 641.48 | | 82,564.00 |
| 01/09/06 | Chk# 8148053 | | 65,069.95 | 17,494.05 |
| 05/01/06 | Prorated rent - 5/1/06 to 5/18/06 | 16,971.01 | | 34,465.00 |
| 05/01/06 | Prorated CAM - 5/1/06 to 5/18/06 | 207.00 | | 34,672.06 |
| 05/01/06 | Prorated RET from 1/1/06 to 5/18/06 | 30,920.52 | | 65,592.58 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 48,098.53 | 0.00 | 0.00 | 17,494.05 | 65,592.58 |

EXHIBIT B