Case 3:05-bk-03817-JAF   Doc 7402   Filed 04/24/06   Page 1 of 1



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

# PRO MEMO

Monday
April 24, 2006

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    FILING DATE: 02/21/2005    HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN / S. BUSEY / C. JACKSON / J. POST / L. PRENDERGAST
~~Trustee:~~

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY LILA SUSAN WINEBARGER (6865)

(R/S)   A/P   F/HRG

ORDER: O/S

APPEARANCES:

LILA SUSAN WINEBARGER: EDWARD JACKSON
US TRUSTEE: ELENA ESCAMILLA