**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE  DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter  11 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Objection to Cure Amount and Limited Objection of Principal Life Insurance Company to the Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid (and electronic mail, where indicated) on the parties listed below on April 25, 2006.

D.J. Baker
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL  32202
cjackson@smithhulsey.com

United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, FL  32801

Dennis F. Dunne

2

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

/s/ Wendy M. Simkulak
Wendy M. Simkulak

DM3\357917.1