## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER ON MOTION FOR RELIEF
## FROM STAY FILED BY LILA WINEBARGER

This case is before the Court upon the motion for relief from the automatic stay filed by Lila Winebarger on March 30, 2006 (Docket No. 6865) (the "Motion"). Upon the hearing held on April 24, 2006, the Court finds that (i) the Motion is based upon a personal injury claim, (ii) the Movant has complied with, and exhausted, the Claims Resolution Procedure,[1] and (iii) no party filed an objection to the Motion. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay imposed by 11 U.S.C. § 362 is modified for the sole purpose of allowing Movant to commence and prosecute a civil action against debtor Winn-Dixie Stores, Inc. for the sole purpose of liquidating her claim. The Movant shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors, the property of the Debtors or the property of the Debtors' estates and shall not seek any distribution from the Debtors' estates.

---

[1] All capitalized terms not defined herein shall have the respective meanings ascribed to them in the Motion.

3. In the event the Movant obtains a recovery or judgment against the Debtor, the Movant shall enforce the recovery or judgment solely against the proceeds of any applicable insurance.

4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

Dated this ____ day of April, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

529456

2