**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.¹ | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING TIME
REQUIREMENTS ON MOTION FOR RELIEF FROM
STAY FILED BY SES GROUP MIAMI SPRINGS, LTD.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and SES Group Miami Springs, Ltd. (collectively, "SES") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by SES (the "Motion") (Docket No. 6189). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or after July 17, 2006 and (ii) the continuation of the

---

¹ In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

automatic stay in effect pending the conclusion of such hearing and determination of the Motion under § 362(d).

Dated: April 25, 2006

| STUTSMAN, THAMES & MARKEY, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Bradley R. Markey**  <br>   Richard R. Thames  <br>   Bradley R. Markey  <br><br>Florida Bar Number 0718459  <br>Florida Bar Number 0984213  <br>50 North Laura Street, Suite 1600  <br>Jacksonville, Florida 32202  <br>(904) 358-4000  <br>(904) 358-4001  <br>brmarkey@Stutsman-thames.com  <br><br>Attorneys for SES Group Miami Springs, Ltd.  <br><br>*Counsel has authorized his electronic signature. | By  *s/ James H. Post*  <br>   James H. Post  <br><br>Florida Bar Number 175460  <br>225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com  <br><br>   -and-  <br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  <br>D. J. Baker  <br>Sally McDonald Henry  <br>Rosalie Gray  <br>Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(212) 735-2000 (facsimile)  <br>rgray@skadden.com  <br><br>Attorneys for the Debtors |

529782