### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:  
WINN-DIXIE STORES, INC., et al,

CHAPTER 11  
CASE NO.: 05-03817-JAF

        Debtor.

### NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby enters a limited appearance on behalf of VOGEL AND VOGEL, an Arkansas General partnership, in the above-styled cause, for the purpose of filing and litigating, if necessary, the Objection of Vogel and Vogel, an Arkansas General Partnership, to Debtors' Proposed Cure Amount for Store No. 1571.

Dated: April 25, 2006.

SCRUGGS & CARMICHAEL, P.A.

/s/ Karen K. Specie, Esquire  
KAREN K. SPECIE, ESQUIRE  
P.O. Box 23109  
Gainesville, FL 32602  
PH: (352) 376-5242  
FAX: (352)375-0690  
Florida Bar ID# 260746  
Attorney for Vogel and Vogel

AND

J. Maurice Rogers  
Hilburn, Calhoon, Harper,  
Pruniski & Calhoun, Ltd.  
P. O. Box 5551  
North Little Rock, Arkansas 72119  
Telephone: (501) 372-0110  
Attorneys for Vogel and Vogel,  
an Arkansas General Partnership

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Limited Appearance was electronically filed with the U. S. Bankruptcy Court on this 25th day of April, 2006, and that a copy of this

document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL  32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY  10005; **John B. Macdonald, Esq.,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL  32202; and  **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL  32801.

/s/ Terri L. Darden