| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEM.S | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 30045-40-400G0 | | 30,630 | | 30,630 | 2232 |

1801 N PINE ISLAND RD FT LAUD
RM 102 BUILDING/LEASING ACCOUNT

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

JACARANDA SQUARE SHOPPING CENT
& GATOR INVESTMENTS
1595 NE 163 ST
NORTH MIAMI BEACH FL 33162

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 183.28 |
| CAPITAL PROJECTS | .3104 | | | 9.51 |
| DEBT SERVICE | .4888 | | | 14.97 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 178.91 |
| CAPITAL OUTLAY | 2.0000 | | | 61.26 |
| DEBT SERVICE | .2213 | | | 6.78 |
| SFWMD DISTRICT | .2840 | | | 8.70 |
| OKEECHOBEE BASIN | .3130 | | | 9.59 |
| EVERGLADES C.P. | .1000 | | | 3.06 |
| N HOSPITAL | 2.1746 | | | 66.61 |
| CHILDREN SVS COUNCIL | .4231 | | | 12.96 |
| PLANTATION | 4.5889 | | | 140.56 |
| FL INLAND NAVIGATION | .0385 | | | 1.18 |

NOV 16 2005

TOTAL MILLAGE 22.7674  AD VALOREM TAXES  697.37

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|

NON-AD VALOREM ASSESSMENTS

| COMBINED TAXES AND ASSESSMENTS | 697.37 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |

2005 COMMERCIAL PERSONAL PROPERTY  50373.0000

BROWARD COUNTY, FLORIDA
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 30045-40-400G0 | | 30,630 | | 30,630 | 2232 |

1801 N PINE ISLAND RD FT LAUD
RM 102 BUILDING/LEASING ACCOUNT

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

JACARANDA SQUARE SHOPPING CENT
& GATOR INVESTMENTS
1595 NE 163 ST
NORTH MIAMI BEACH FL 33162

MAKE CHECKS PAYABLE TO: BROWARD COUNTY REVENUE COLLECTOR GOVERNMENTAL CENTER ANNEX, 115 S. ANDREWS AVE., FT. LAUDERDALE, FL 33301-1895

| If Paid By Please Pay | NOV 30 2005 669.48 | DEC 31 2005 676.45 | JAN 31 2006 683.42 | FEB 28 2006 690.40 | MAR 31 2006 697.37 |

0000000000 0000069737 0000000503730000 0003 8

EXHIBIT "A"

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

JACARANDA PARCEL 254
119-16 B
PARCEL 254

GATOR JACARANDA LTD
% GATOR INVESTMENTS
1595 NE 163 ST
N MIAMI BEACH FL   33162-4717

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 110,465.32 |
| CAPITAL PROJECTS | .3104 | | | 5,730.21 |
| DEBT SERVICE | .4888 | | | 9,023.60 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 107,829.12 |
| CAPITAL OUTLAY | 2.0000 | | | 36,921.46 |
| DEBT SERVICE | .2213 | | | 4,085.36 |
| SFWMD DISTRICT | .2840 | | | 5,242.85 |
| OKEECHOBEE BASIN | .3130 | | | 5,778.21 |
| EVERGLADES C.P. | .1000 | | | 1,846.07 |
| N HOSPITAL | 2.1746 | | | 40,144.70 |
| CHILDREN SVS COUNCIL | .4231 | | | 7,810.73 |
| PLANTATION | 4.5889 | | | 84,714.44 |
| FL INLAND NAVIGATION | .0385 | | | 710.74 |

NOV 16 2005

| TOTAL MILLAGE | 22.7674 | AD VALOREM TAXES | 420,302.81 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| OLD PLANTATION DRAINAGE | 1,888.98 |
| | |
| NON-AD VALOREM ASSESSMENTS | 1,888.98 |

| COMBINED TAXES AND ASSESSMENTS | 422,191.79 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |

---

2005  REAL ESTATE   360321.0000
BROWARD COUNTY, FLORIDA   NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 19132-19-00100 | | 18,460,730 | | 18,460,730 | 2232 |

JACARANDA PARCEL 254
119-16 B
PARCEL 254

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

GATOR JACARANDA LTD
% GATOR INVESTMENTS
1595 NE 163 ST
N MIAMI BEACH FL   33162-4717

MAKE CHECKS PAYABLE TO: BROWARD COUNTY REVENUE COLLECTOR GOVERNMENTAL CENTER ANNEX, 115 S. ANDREWS AVE., FT. LAUDERDALE, FL 33301-1895

| If Paid By Please Pay | NOV 30 2005 405,304.12 | DEC 31 2005 409,526.04 | JAN 31 2006 413,747.95 | FEB 28 2006 417,969.87 | MAR 31 2006 422,191.79 |

0000000000  0042219179  0000003603210000  0001 4



JAN 0 6 2006

December 28, 2005

Gator Jacaranda LTD
c/o Gator Investments
1595 NE 163rd Street
N Miami Beach, FL 33162

*Via Telecopy with Confirmation and Certified mail, Return Receipt*
7100 6921 9020 0006 _(._

6069

Re: Store # 0211

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $63,506.31 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $54,458.84.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

## 2005 REAL ESTATE TAX RECONCILIATION
## JACARANDA SQUARE SHOPPING CENTER

### WINN-DIXIE STORES, INC., #211 *

| | |
|---|---:|
| TOTAL REAL ESTATE TAX EXPENSE | $404,160.18 |
| LESS BASE YEAR EXPENSES | $108,792.92 |
| | |
| INCREASE IN REAL ESTATE TAXES | $295,367.26 |
| RETAIL SHOPPING CENTER % | .89104 |
| | |
| BILLABLE REAL ESTATE TAXES | $ 263,184.04 |
| TENANT'S PRO RATA PERCENTAGE | 0.2413 |
| | |
| TENANT'S PRO RATA SHARE | $63,506.31 |
| | |
| AMOUNT PREVIOUSLY BILLED | 0.00 |
| | |
| BALANCE DUE | $63,506.31 |
| | |
| SALES TAX | $0.00 |
| | |
| **TOTAL AMOUNT DUE** | **$ 63,506.31** |

### BREAKDOWN OF 2005 REAL ESTATE TAXES:

| | |
|---|---:|
| REAL ESTATE TAXES | $403,490.70 * |
| COMMERCIAL PERSONAL PROPERTY | $669.48 |
| **BILLABLE REAL ESTATE TAXES** | **$404,160.18** |

* Less Old Plantation Drainage and with 4% discount.

# Gator Investments

VIA FACSIMILE (904) 370-6055
and VIA PRIORITY MAIL

December 7, 2005

Winn-Dixie Stores, Inc. - Store # 211
Attention: Jane Dewitte
5050 Edgewood Court
Jacksonville, FL 32254

RE: 2005 REAL ESTATE TAXES - STORE #211
JACARANDA SQUARE SHOPPING CENTER

Dear Ms. Dewitte:

Enclosed please find a breakdown of the 2005 Real Estate Tax Reconciliation for your premises at Jacaranda Square Shopping Center. In accordance with the terms of your Lease Agreement, you are obligated to pay your proportionate share of any increase in the Real Estate Taxes over the base year. The total amount due is $63,506.31. Please remit payment in full upon receipt of this notice.

If you should have any questions, please do not hesitate to call me at the number listed below.

Sincerely,

Yesenia Bonilla
Lease Administrator -
GATOR JACARANDA, LTD.
BY: GATOR JACARANDA SQUARE, INC.
GENERAL PARTNER

Enclosure

1595 N.E. 163rd Street • N. Miami Beach, FL 33162 • (305) 949-9049 • Fax: (305) 948-8478

072556

# Delinquency / Aging Report (Detailed)
### PROPERTY : GATOR JACARANDA, LTD.
### (JACA) PLANTATION, FLORIDA 33322
### AS OF 01/06/2006

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | 28 | WINN-DIXIE STORES, INC | 0.00 | 87,391.31 | 83,518.06 | | 3,873.25 | |
| | Contact : | JANE DEWITE | | | | | | |
| | Phone : | (904) 783-5065 | | | | | | |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | |
|---|---|---|---|---|
| BRE | BASE RENT TAX EXEMPT | 11/01/2005 | | 3,873.25 |
| RYE | REAL ESTATE TAX-YR END 2005 | 12/16/2005 | 63,506.31 | |
| BRE | BASE RENT TAX EXEMPT | 01/01/2006 | 19,708.54 | |
| CMN | C.A.M. - TAX EXEMPT | 01/01/2006 | 303.21 | |

$63,506.31 - 05 RET.

pre petition - 11/1/05 - 2/21/05 - 52 days - $9,047.47.
post petition - 2/22/05 - 12/31/05 - 313 days - $54,458.84

TN paid - $54,458.84  ck# 8148342

# interoffice
## MEMORANDUM

**TO:** Accounting
**FROM:** Yesenia Bonilla, Lease Administrator
**SUBJECT:** WINN DIXIE
JACARANDA SQUARE SHOPPING CENTER
**DATE:** JANUARY 6, 2006

Please post the attached check #8148342 in the amount of $54,458.84 to the above referenced Tenant's account (JACA-28) as the post petition payment for the 2005 Real Estate Taxes.

Thank you.

| 008148342 | 30.Dec.2005 | | $54,458.84 | $0.00 | $54,458.84 |

| Winn Dixie Stores, Inc. | | WACHOVIA BANK, N.A. | 008148342 |
| Debtor-in-Possession | | | 63-125/632 |
| PO Box | | | |
| Jacksonville, Florida 32203-0297 | | Date  30.Dec.2005 | |
| Pay  FIFTY-FOUR THOUSAND FOUR HUNDRED FIFTY-EIGHT AND 84/100 DOLLARS | | Pay Amount $54,458.84 | |
| To The Order Of | | Winn Dixie Stores, Inc. Consolidated Disbursement Account | |
| GATOR | | | |
| ATTN W | | | |
| 1595 NE 163RD STREET | | | |
| N MIAMI BEACH FL 33162-0000 | | Authorized Signature | |

VOID IF NOT PRESENTED WITHIN 120 DAYS

⑈008148342⑈ ⑆063210125⑆ 207994000022 5⑈

cc: LM, LG