**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No.  05-03817-3F1 |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | Re: Docket No. 7092 |

**OBJECTION OF INLAND SOUTHEAST COUNTRYSIDE LIMITED
PARTNERSHIP TO CURE AMOUNT PROPOSED IN CONNECTION
WITH DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE
SALE OF ADDITIONAL STORES AND RELATED EQUIPMENT
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR
ALTERNATIVELY, THE REJECTION OF LEASES AND ESTABLISHING
A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF**

Inland Southeast Countryside Limited Partnership ("Inland"), by and through its undersigned counsel, hereby objects to the cure amount proposed by the above-captioned debtors ("Debtors") in connection with their *Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief* [Docket No. 7092] ("Sale Motion"), and in support thereof, respectfully states as follows:

**BACKGROUND**

1.   On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"). Upon information and belief, the Debtors are continuing to operate their businesses and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. Prior to the Petition Date, Inland and/or its predecessor in interest, as landlord, and Winn-Dixie Stores, Inc. and/or its predecessor in interest, one of the Debtors, as tenant, entered into an unexpired lease of non-residential real property (the "Lease" ) for certain premises that is located at Countryside Winn-Dixie Shopping Center in Naples, Florida (the "Premises").

3. On April 11, 2006, the Debtors filed the Motion, pursuant to which the Debtors are seeking authority to, among other things, conduct an auction of the Lease, and if the Auction is successful, to sell and assume and assign the Lease to the highest and best bidder. If the Lease is assumed and assigned, the Debtors propose to pay to Inland the sum of $32,506.43 ("Proposed Cure Amount") to cure defaults that exist under the Lease.

## OBJECTIONS AND BASIS THEREFOR

4. According to Inland's books and records, the actual amount due under the Lease through the Petition Date is $65,956.27 ("Actual Cure Amount"), which is comprised of (i) real taxes totaling $9,405.73, (ii) common area maintenance charges totaling $33,706.07, and (iii) insurance charges totaling $22,844.47. Accordingly, Inland objects to any assumption or assignment of the Lease absent payment of the Actual Cure Amount to Inland.

5. Further, the Debtors should be required to pay all additional amounts, if any, that become due under the Lease from the date of this objection through the date upon which the Lease is actually assumed and assigned.

**WHEREFORE**, Inland respectfully requests that this Court enter an order that requires the Debtors to pay the Actual Cure Amount as a prerequisite to any assumption

and assignment of the Lease, and that grants Inland such further and additional relief as the Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this 25th day of April 2006.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Jimmy D. Parrish
Florida Bar No. 526401
GRONEK & LATHAM, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32802-3353
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Inland*

-and-

Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Inland*

**Certificate of Service**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing, together with all exhibits, has been furnished by either electronic transmission and/or U.S. First Class mail, postage prepaid, to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, a/f OCUC, 1 Chase Manhattan Plaza, New York, New York 10005; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; Karen C. Bifferato, Connolly Bove Lodge & Hutz LLP, The Nemours Building, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899Bert K. Bittourna, The Inland Real Estate Group, Inc., 2901 Butterfield Rd., Oak Brook, IL 60523.

  **DATED** this 25th day of April 2006.

                /s/ R. Scott Shuker
                R. Scott Shuker
                Florida Bar No. 984469
                Jimmy D. Parrish
                Florida Bar No. 526401
                **GRONEK & LATHAM, LLP**
                390 N. Orange Avenue, Suite 600
                P. O. Box 3353 (32802)
                Orlando, Florida  32801
                Telephone:  (407) 481-5800
                Facsimile:  (407) 481-5801
                Attorneys for Inland