IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-----------------------------------------------------------x
In re:                                                      :   CHAPTER 11
                                                            :
                                                            :   CASE NO. 05-03817-3F1
WINN-DIXIE STORES, INC., et al.,                            :
                                                            :   (Jointly Administered)
                    Debtors.                                :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dillon, Bitar & Luther, LLC, hereby appears on behalf of Spectrum Investment Partners, LP, in the above-captioned case under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and section 1109(b) of the Bankruptcy Code requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon:

> Dillon, Bitar & Luther, LLC
> 53 Maple Avenue, PO Box 398
> Morristown, New Jersey 07963-0398
> (973) 539-3100 (Office)
> (973) 292-2960 (Fax)
> **Attention:** Michael L. Rich, Esq.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure

- 2 -

statements, whether transmitted or conveyed by ECF, mail, courier service, telegraph, telex, telefax or otherwise, that affect the above captioned debtor or the debtor's estate.

Dated:  April 25, 2006

                                      DILLON, BITAR & LUTHER, LLC

                                      By: _____
                                              Michael L. Rich, Esq.
                                              A Member of the Firm

                                      Attorneys for
                                      Spectrum Investment Partners, LP