KELLEY DRYE & WARREN LLP

101 Park Avenue

New York, New York  10178

James S. Carr ( JC-1603)

Robert L. LeHane ( RL-9422)

Tel:  (212) 808-7800

Fax: (212) 808-7897

     -and-

HELD & ISRAEL

1301 Riverplace Blvd., Ste. 1916

Jacksonville, FL  32207-9024

Edwin W. Held (0162574)

Tel: (904) 398-7036

Fax:  (904) 398-4283

Attorneys for JDN Realty AL, Inc.

**Hearing Date:  May 18, 2006**
**Cure Objection Deadline:   April 25, 2006**

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

(JACKSONVILLE DIVISION)

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**OBJECTION OF JDN REALTY AL, INC. TO DEBTORS' MOTION
FOR AN ORDER (A) AUTHORIZING THE SALE OF ADDITIONAL
STORES AND RELATED EQUIPMENT FREE AND CLEAR
OF LIENS, CLAIMS AND INTERESTS, (B) AUTHORIZING THE
ASSUMPTION, OR ALTERNATIVELY, THE REJECTION OF LEASES AND
ESTABLISHING A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF**

JDN Realty AL, Inc. (the "Landlord"), by and through their attorneys, Kelley Drye &

Warren LLP and Held & Israel, hereby submit this objection (the "Objection") to the Cure

Statement (the "Cure Statement") set forth in the Motion (the "Motion"), dated April 16, 2006

for entry of an order approving (i) the sale of additional stores and related equipment free and

clear of liens, claims and interests; (b) the assumption, or alternatively, the rejection of leases and establishing a claims bar; and (c) granting related relief of Winn-Dixie Stores, Inc., *et al.* (the "Debtors").  In support of this Objection, the Landlord respectfully states as follows:

## BACKGROUND

1.      On or about February 23, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code.  The Debtors remain in possession of their properties and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      The Landlord is the owner, or the managing agent for the owner at the premises located at Pepperell Corners, Opelika, Alabama, Store No. 409 (the "Leased Premises") which the Debtors lease from the Landlord pursuant to a written lease (the "Lease").

## CURE OBJECTION

3.      Pursuant to the Cure Statement, the Debtors claim that the cure amount under the Lease is $27,703.17.

4.      The Debtors' proposed cure amount, however, is incorrect.  Pursuant to the Lease, the Debtors are obligated to pay regular installments of fixed monthly rent as well as a pro rata share of common area maintenance costs, real estate taxes and insurance.  In addition, prior to the assignment of the Lease, the Debtors are required, pursuant to section 365(b)(1) of the Bankruptcy Code, to cure all outstanding defaults under the Lease.  In conjunction with this duty, the Debtors must compensate the Landlord for any actual pecuniary loss, including the payment of attorneys' fees.  *See* 11 U.S.C. §365(b)(1)(B).  Attorneys' fees due under the Leases are compensable.  *See LJC Corp. v. Boyle*, 768 F.2d 1489, 1494-6 (D.C. Cir. 1985); *Andrew v. KMR Corp.*, 17 B.R. 438, 439 (Bankr. 9th Cir. 1982); *In re BAB Enterprises, Inc.,* 100 B.R. 982 (Bankr. W.D. Tenn. 1989); *In re Westview 74th St. Drug Corp.,* 59 B.R. 747, 752-4 (Bankr. S.D.N.Y. 1986); *In re Ribs of Greenwich Vill., Inc.,* 57 B.R. 319, 321 (Bankr. S.D.N.Y. 1986).

2

Accordingly, as part of their pecuniary loss, the Landlord is entitled to such fees in connection with the Debtors' obligation to cure all monetary defaults under the Leases.

5.      As set forth on Exhibit A, as of the date of the filing of the Objection, excluding any amounts accruing after April 11, 2006, and including interest and the approximate attorneys' fees incurred to date, the amount outstanding under the Lease is $4,500.00.  To the extent that rent, attorneys' fees, or other charges continue to accrue, and/or the Landlord suffers other pecuniary losses with respect to the Lease pending any ultimate assignment of the Lease, the Landlord hereby reserves its right to amend its cure amounts to reflect such additional amounts or to account for year-end adjustments, including without limitation, adjustments for the years 2005 and 2006 (the "Adjustment Amounts"), which have not yet been billed or have not yet become due under the terms of the Lease.  As such, the Debtors and/or the assignee of the Lease must be responsible to satisfy the Adjustment Amounts, if any, when due in accordance with the terms of the Lease, regardless of when such Adjustment Amounts were incurred.

6.      In addition, the Landlord requests that the Debtors and/or the assignee of the Lease be required to comply with all contractual obligations to indemnify and hold the Landlord harmless with regard to events which may have occurred pre-assumption but which were not known to either the Landlord or the Debtors as of the date of the assumption, including, but not limited to claims for personal injury which occurred at the Leased Premises, damage and destruction to the Leased Premises or property by Debtors or its agents, and environmental damage or environmental clean-up.

**WHEREFORE**, the Landlord requests that (i) the Debtors and/or the assignee for the Lease be required to pay the cure amounts as set forth on Exhibit A, plus any additional pecuniary losses suffered by the Landlord, including reasonable attorneys' fees; (ii) the Debtors and/or the assignee for the Lease be required to continue to comply with the obligations under

the Lease to pay indemnification obligations and accrued but not yet billed year-end adjustments

in the regular course of business; and (iii) for such other and further relief as the Court deems

just and proper.

Dated: New York, New York
      April 25, 2006

                KELLEY DRYE & WARREN LLP

                By:/s/ *Robert L. LeHane*
                   James S. Carr (JC-1603)
                   Robert L. LeHane (RL-9422)
                   101 Park Avenue
                   New York, New York 10178
                   Phone:  (212) 808-7800
                   Fax:  (212) 808-7897

                   - and -

                HELD & ISRAEL
                Edwin W. Held (0162574)
                1301 Riverplace Blvd., Ste. 1916
                Jacksonville, FL  32207-9024
                Tel: (904) 398-7036
                Fax:  (904) 398-4283

                Attorneys for JDN Realty AL, Inc.

## EXHIBIT A

Winn-Dixie #409
Pepperell Corners
Opelika, AL
Tenant #190175-JD1392
Landlord: JDN Realty AL, Inc.
Cure Statement: For all amounts due through April 30, 2006

| Date | Common Area Maintenance, Prior Year | Insurance, Prior Year | Real Estate Tax | Total |
|------|------|------|------|------|
| 5/13/2005 | $ 14,360.28 | $ 10,152.10 | $ - | $ 24,512.38 |
| 12/7/2005 | $ - | $ - | $ 3,992.40 | $ 3,992.40 |
| 3/16/2006 | $ 13,501.09 | $ 9,615.67 | $ - | $ 23,116.76 |
| **Total** | **$ 27,861.37** | **$ 19,767.77** | **$ 3,992.40** | **$ 51,621.54** |

**Attorneys Fees: $4,500.00**

**LANDLORD'S TOTAL CURE AMOUNT: 56,121.54**

**CERTIFICATE OF SERVICE**

On April 25, 2006, I caused to be served the *OBJECTION OF JDN REALTY AL, INC. TO DEBTORS' MOTION FOR AN ORDER (A) AUTHORIZING THE SALE OF ADDITIONAL STORES AND RELATED EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION, OR ALTERNATIVELY, THE REJECTION OF LEASES AND ESTABLISHING A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF*, upon the parties listed below via telecopier and United States First Class mail.

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Fl. 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax: 212-530-5219 |

*/s/ Robert L. LeHane*
Robert L. LeHane