IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 3-05-bk-3817 (JAF) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERIVCE OF OBJECTION BY LANDLORD, SC WESTLAND PROMENADE LP, TO DEBTORS' PROPOSED CURE AMOUNT FOR STORE NO. 240

I HEREBY CERTIFY that true and correct copy of the Objection by Landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store No. 240 was served via U.S. mail this _25_ day of April, 2006, to all parties on the attached Service List.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Kluger, Peretz, Kaplan & Berlin, P.L.
Attorneys for SC Westland
2385 NW Executive Center Drive, Suite 300
Boca Raton, Fl 33431
Tel. 561-961-1830/Fax 561-961-1831
Email: bshraiberg@kpkb.com

By: _____
Bradley S. Shraiberg, Esq.
Fla. Bar. No. 121622

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE | ) CHAPTER 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al. | ) CASE NO. 3-05-bk-3817 (JAF) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | ) |

**OBJECTION BY LANDLORD, SC WESTLAND PROMENADE LP, TO DEBTORS'
PROPOSED CURE AMOUNT FOR STORE NO. 240**

COME NOW Creditor, SC Westland Promenade LP ("Landlord"), by and through undersigned counsel, and hereby files this OBJECTION BY LANDLORD TO DEBTORS' PROPOSED CURE AMOUNT FOR STORE NO. 240, and states as follows:

1. Landlord is a landlord under a lease for real property in a shopping center with Debtors' as tenants. Debtors' refer to this leasehold interest as Store No. 240.

2. On or around April 11, 2006, Debtors filed a Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c) Granting Related Relief [C.P. # 7092](the "Sale Motion") with respect to, *inter alia*, Store No. 240.

3. Debtors have listed the cure amount in Exhibit "E" to the Sale Motion for Store No. 240 as $70,851.13.

4. Landlord hereby objects to the proposed cure amount in Exhibit E of the Sale Motion. As evidenced by the documentation attached hereto as Exhibit "1," the correct cure amount is $77,367.87.

5. In addition, Landlord requests that the Debtors and/or the assignee of the lease of Store No. 240 be required to comply with all contractual obligations to indemnify and hold the Landlord harmless with regard to events which may have occurred pre-assumption, including but not limited to claims for personal injury which occurred at the leased premises, damage and destruction to the leased premises or property by Debtors or its agents, and environmental damage or environmental clean-up.

6. Therefore, Landlord hereby objects to the cure amount proposed in the Sale Motion and demand that the cure amount be properly adjusted to reflect Debtors' obligations under the leases at issue.

7. Landlord hereby reserves its right to amend or supplement this amount.

WHEREFORE, SC WESTLAND PROMENADE, requests this Court enter an Order Denying Debtor's Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c) Granting Related Relief and for such further relief as this Court deems appropriate.

Dated: April 23, 2006
Boca Raton, Florida

                Kluger, Peretz, Kaplan & Berlin, P.L.
                Attorneys for Landlords
                2385 NW Executive Center Dr, St 300
                Boca Raton, Fl  33431
                Tel. 561-443-0801/Fax 561-961-1831
                Email: bshraiberg@kpkb.com

                By:_/s/_____
                    Bradley S. Shraiberg, Esq.
                    Fla. Bar. No. 121622

## SERVICE LIST

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

{W:\Bankrupt\5766\0001\M0304882 v.1; 4/25/2006 10:56 AM}

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202