IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NO. 3-05-bk-3817 (JAF) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| _____ | ) | |

**NOTICE OF FILING SUPPLEMENTAL DOCUMENT TO OBJECTION BY LANDLORD, SC WESTLAND PROMENADE LP, TO DEBTORS' PROPOSED CURE AMOUNT FOR STORE NO. 240 C.P. 7376**

COME NOW Creditor, SC Westland Promenade LP ("Landlord"), by and through undersigned counsel, and hereby files this Supplemental Document to Objection by landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store No. 240.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing was served via U.S. mail this ___ day of April, 2006, to all parties on the attached Service List.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Kluger, Peretz, Kaplan & Berlin, P.L.
Attorneys for SC Westland
2385 NW Executive Center Drive, Suite 300
Boca Raton, Fl 33431
Tel. 561-961-1830/Fax 561-961-1831
Email: bshraiberg@kpkb.com

By:_____
Bradley S. Shraiberg, Esq.
Fla. Bar. No. 121622

SC Westland Promenade LP
One North Clematis Street
Suite 305
West Palm Beach, FL 33401-5550

# -STATEMENT-

Date:     4/24/06

Winn Dixie - Store #240
1141 SW 12th Avenue              Amount enclosed: _____
Pompano Beach, FL 33069

**Please enclose this portion with your remittance**

*Make check payable to:*
SC Westland Promenade LP
c/o Wachovia Bank, NA
PO Box 60181
Charlotte, NC 28260-0181
Loan #05-1291

| Unit | | Description | Amount |
|---|---|---|---|
| A-01 | 11/16/04 | 2004 Non-Taxable RE Tax | 28,205.23 |
| A-01 | 12/1/04 | Non-Taxable Base Rent | 23,877.92 |
|      |         | Non-Taxable CAM | 1,193.90 |
|      | 12/7/04 | Received ch# 7394733 | (25,071.82) |
|      |         | Dec/04 Rent Payment | |
| A-01 | 1/1/05 | Non-Taxable Base Rent | 23,877.92 |
|      |        | Non-Taxable CAM | 1,193.90 |
| A-01 | 2/1/05 | Non-Taxable Base Rent | 23,877.92 |
|      |        | Non-Taxable CAM | 1,193.90 |
| A-01 | 3/1/05 | Non-Taxable Base Rent | 23,877.92 |
|      |        | Non-Taxable CAM | 1,193.90 |
|      | 4/1/05 | Received ch# 8010290 | (31,339.78) |
|      |        | Partial 2/05 and all 3/05 Rent Payment | |
| A-01 | 11/16/04 | 2004 Non-Taxable RE Tax | 37,110.30 |
|      | 12/20/05 | Received ch# 8143888 | (31,823.35) |
|      |          | 313/365 days of 2005 RE Taxes | |

Balance Due:     **77,367.86**

Check Date: 30.Nov.2004　　　　　　　　　　　　　　　　　　　　　　Check No.　　0073947.

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amou |
|---|---|---|---|---|---|---|
| WDHDQ | 0240CAM12010001 | 01.Dec.2004 | 00542553 | 1,193.90 | 0.00 | 1,193 |
| WDHDQ | 0240RENT12010001 | 01.Dec.2004 | 00542554 | 23,877.92 | 0.00 | 23,877 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000758513 | HIALEAH PROMENADE LIMITED PARTNERSHI | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amou |
| 007394733 | 30.Nov.2004 | $25,071.82 | $0.00 | $25,071.82 |

Winn Dixie Stores, Inc.　　　　　　　　　　　WACHOVIA BANK, N.A.　　　　　007394733
PO Box B　　　　　　　　　　　　　　　　　Pensacola, FL 32534　　　　　　63-1012/632
Jacksonville, Florida 32203-0297

　　　　　　　　　　　　　　　　　　　Date　30.Nov.2004　　　　　　　Pay Amount $25,071.82***

Pay　****TWENTY-FIVE THOUSAND SEVENTY-ONE AND 82 / 100 US DOLLAR****
To The Order Of　　　　　　　　　　　　　　　Winn Dixie Stores, Inc. Consolidated Disbursement Account

HIALEAH PROMENADE LIMITED PARTNERSHIP
%STERLING CENTRECORP MGT SERV
1 N CLEMATIS STREET
STE 305
WEST PALM BEACH, FL 33401　　　　　　　　　　　　　　　　　　　KD Hardee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑆007394733⑆ ⑈063210125⑈ 20799400002 25⑆

Check Date: 25.Mar.2005                                                                                    Check No.        008010290

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 0240CAM02/05A | 23.Mar.2005 | 00565791 | 298.48 | 0.00 | 298.48 |
| WDHDQ | 0240CAM03/05 | 23.Mar.2005 | 00565783 | 1,193.90 | 0.00 | 1,193.90 |
| WDHDQ | 0240RENT02/05A | 23.Mar.2005 | 00565799 | 5,969.48 | 0.00 | 5,969.48 |
| WDHDQ | 0240RENT03/05 | 23.Mar.2005 | 00565792 | 23,877.92 | 0.00 | 23,877.92 |

POST-PETITION PORTION OF FEBRUARYS RENTS (CAM + BASE RENT)

677 - Winndixie - A01
2/05 CAM 298.48 ✓
2/05 Rent 5969.48 ✓

3/05 CAM 1,193.90 ✓
3/05 Rent 23,877.92 ✓

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000834509 | SC (WESTLAND PROMENADE) LTD PARTNERSHIP | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008010290 | 25.Mar.2005 | $31,339.78 | $0.00 | $31,339.78 ✓ |

Winn Dixie Stores, Inc.    6677-Windixie-A01    WACHOVIA BANK, N.A.    008010290
Debtor-in-Possession       6686/A01              Pensacola, FL 32534     63-1012/632
PO Box B
Jacksonville, Florida 32203-0297
                                          Date    25.Mar.2005
                                                                         Pay Amount $31,339.78****
Pay  ****THIRTY-ONE THOUSAND THREE HUNDRED THIRTY-NINE AND 78 / 100 US DOLLAR****
To The Order Of
                                          Winn Dixie Stores, Inc. Consolidated Disbursement Account
SC (WESTLAND PROMENADE) LTD PARTNERSHIP
ONE N CLEMATIS STREET
SUITE 305                                                KDHardee
WEST PALM BEACH, FL 33401
                                                         Authorized Signature

Check Date: 20.Dec.2005                                                                                          Check No.    008143888

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 0240RET2005 | 07.Dec.2005 | 00686279 | 31,823.35 | 0.00 | 31,823.35 |

2005 RE Tax rec        $37,110.30

Divided by 365 days =    $101.67/day

Post Petition from Feb/22/05 - Dec/31/05 = 313 days

313 days @ 101.67 = $31,822.71 ✓

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000834509 | SC (WESTLAND PROMENADE) LTD PARTNERSHIP | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008143888 | 20.Dec.2005 | $31,823.35 | $0.00 | $31,823.35 ✓ |

Winn Dixie Stores, Inc.  64677-6686-A01           WACHOVIA BANK, N.A.                008143888
Debtor-in-Possession                              Pensacola, FL 32534                63-1012/632
PO Box B
Jacksonville, Florida 32203-0297
                                                  Date    20.Dec.2005
                                                                               Pay Amount  $31,823.35***
Pay   ****THIRTY-ONE THOUSAND EIGHT HUNDRED TWENTY-THREE AND 35/100 US DOLLAR****
To The Order Of                                   Winn Dixie Stores, Inc. Consolidated Disbursement Account

SC (WESTLAND PROMENADE) LTD PARTNERSHIP
ONE N CLEMATIS STREET
SUITE 305
WEST PALM BEACH, FL 33401

                                                                         KDHardee
                                                                         Authorized Signature

⑈008143888⑈ ⑆063210125⑆ 20799400002 25⑈

SERVICE LIST

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. ,**
*Creditor Committee*
**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202