**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                              CHAPTER 11
WINN-DIXIE STORES, INC., et al,                     CASE NO.: 05-03817-JAF

      Debtor.

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby enters a limited appearance on behalf of WESTON ROAD SHOPPING CENTER, LLC, in the above-styled cause, for the purpose of filing and litigating, if necessary, the Objection by Landlord, Weston Road Shopping Center, LLC to Debtors' Proposed Cure Amount for Store No. 310.

Dated: April 25, 2006.

                                SCRUGGS & CARMICHAEL, P.A.

                                /s/ Karen K. Specie, Esquire
                                KAREN K. SPECIE, ESQUIRE
                                Post Office Box 23109
                                Gainesville, FL 32602
                                Telephone: 352-376-5242
                                Fascimile: 352-375-0690
                                Florida Bar No. 260746
                                Attorney for Weston Road Shopping Center, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Limited Appearance was electronically filed with the U. S. Bankruptcy Court on this 25th day of April, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esq.,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

                                /s/ Terri L. Darden