UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.                          Jointly Administered

---

LIMITED OBJECTION OF CAIRO SUN PROPERTIES, LTD. LLLP
TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF
ADDITIONAL STORES AND RELATED EQUIPMENT FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS (B) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OR ALTERNATIVELY, THE REJECTION OF LEASES AND
ESTABLISHING A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF

Cairo Sun Properties, Ltd. LLLP, ("Cairo"), by and through its undersigned counsel, objects to the Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (the "Motion"), and states as follows:

1. This objection is in the nature of a cure objection.

2. Cairo is the Landlord pursuant to a lease agreement identified by the Debtors as Store No. 192.

3. Store No. 192 is one of the thirty-five Additional Stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors wish to either sell or reject the lease for Store No. 192.

4. Exhibit "E" of the Debtors' Motion schedules the Cure Amount for Store No. 192 in the amount of $0.00. Cairo objects to the Cure Amount set forth in Exhibit "E". Cairo is owed $5,714.68 for ad valorem taxes, which the Debtors have yet to pay. Cairo is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5. Cairo reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 25 day of April, 2006.

HELD & ISRAEL

By: /s/ 

Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile