**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                        Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,              Chapter 11

      Debtors.
_____/

**OBJECTION OF TREASURE COAST PLAZA DEVELOPMENT
JOINT VENTURE TO CURE AMOUNT FOR STORE NO. 2357
(VERO BEACH, FLORIDA) PROPOSED IN DEBTORS' MOTION
FOR ORDER (A) AUTHORIZING THE SALE OF ADDITIONAL
STORES AND RELATED EQUIPMENT FREE AND CLEAR OF
LIENS, CLAIMS AND INTERESTS (B) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OR ALTERNATIVELY, THE
REJECTION OF LEASES AND ESTABLISHING A CLAIMS BAR
DATE AND (C) GRANTING RELATED RELIEF**

Treasure Coast Plaza Development Joint Venture ("Lessor"), by and through its

undersigned counsel, files this  Objection to Cure Amount for Store No. 2357 (Vero

Beach, Florida) Proposed in Debtors' Motion, dated April 11, 2006 (C.P. 7092),  for an

Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free And

Clear of Liens, Claims and Interests (b) Authorizing the Assumption and Assignment or

Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c)

Granting Related Relief (the "Sale Motion"), and states as follows:

    1.      Lessor leases the premises located at 415 21st Street, Vero Beach, Florida

(Store No. 2357) to debtor Winn-Dixie Stores, Inc., as tenant, pursuant to a lease dated

September 23, 1994 (the "Vero Beach Lease").

    2.      Exhibit E of the Sale Motion proposes $1,264.30 as the cure amount for

the Vero Beach Lease.  The correct amount to cure the monetary defaults under the Vero

Beach Lease is $ 60,349.78, as set forth in greater detail on the schedule attached hereto as Exhibit "A".

WHEREFORE, Lessor respectfully requests that this Court modify the cure amount specified in the Sale Motion for the Vero Beach Lease to $60,349.78, and grant it such other and further relief as the Court deems just and proper.

Dated: April 25, 2006
Miami, Florida

**GREENBERG TRAURIG, P.A.**
Counsel for Treasure Coast Plaza
Development Joint Venture
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

By:    /s/ James P.S. Leshaw
       JAMES P.S. LESHAW
       Florida Bar No. 917745
       PAUL J. KEENAN, JR.
       Florida Bar No. 0594687

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF transmission and/or by first class, U.S. Mail on this 25th day of April, 2006 to all parties on the attached service list.

/s/ James P.S. Leshaw
JAMES P.S. LESHAW

MIA-FS1\828055v01

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## SERVICE LIST

**Winn-Dixie Stores, Inc**
Attention:  Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
larryappel@winn-dixie.com

**Kenneth C. Meeker**
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
**Ken.meeker@usdoj.gov**

**Elena L. Escamilla**
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
**Elenal.escamilla@usdoj.gov**

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
cjackson@smithhulsey.com

**DJ Baker**
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
djbaker@skadden.com

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
john.macdonald@akerman.com

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
patrick.patangan@akerman.com

MIA-FS1\828136v01