**EXHIBIT "A"**

**Tenant: Winn-Dixie Stores, Inc.**
**Landlord: Treasure Coast Plaza Development Joint Venture**
**Store # 2357**

| Invoice Date | Bill Code | Bill Code Description | Invoiced Amount | Amount Outstanding |
|---|---|---|---:|---:|
| 1/1/2005 | CAM | EQY - CAM | 3,192.47 | 722.46 |
| 2/1/2005 | CAM | EQY - CAM | 3,192.47 | 322.56 |
| 3/30/2005 | CMP | EQY - CAM Prior Year | 3,002.81 | 3,002.81 |
| 3/30/2005 | INP | EQY - Insurance Prior Year | 7,889.18 | 7,889.18 |
| 12/5/2005 | RET | EQY - Real Estate Taxes 2005 | 62,164.00 | 8,856.24 |
| 1/1/2006 | CAM | EQY - CAM | 3,610.60 | 471.83 |
| 2/1/2006 | INS | EQY - Insurance | 691.11 | 691.11 |
| 3/1/2006 | INS | EQY - Insurance | 691.11 | 691.11 |
| 3/29/2006 | CMP | EQY - CAM Prior Year 2005 | 5,117.68 | 5,117.68 |
| 3/29/2006 | INP | EQY - Insurance Prior Year | 438.67 | 438.67 |
| 4/1/2006 | CAM | EQY - CAM | 3,610.60 | 471.83 |
| | | Legal Costs and Expenses (Estimated) | | 10,000.00 |
| | | | 93,600.70 | 38,675.48 |

**Real Estate Taxes**

| | | |
|---|---:|---:|
| Winn-Dixie Annual 2006 RET share | $ | 65,022.91 |
| Monthly | $ | 5,418.58 |
| | | |
| Jan-06 | $ | 5,418.58 |
| Feb-06 | $ | 5,418.58 |
| Mar-06 | $ | 5,418.58 |
| Apr-06 | $ | 5,418.58 |
| | | |
| Total Pro Rata RE Taxes thru April 2006 | $ | 21,674.30 |
| | | |
| **Total past due** | **$** | **38,675.48** |
| **Accrued Real Estate Taxes** | **$** | **21,674.30** |
| | | |
| **Total Due** | **$** | **60,349.78** |