UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3Fl |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ADDITIONAL STORES AND RELATED EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR ALTERNATIVELY, THE REJECTION OF LEASES AND ESTABLISHING A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF

NOW COMES Turney Dunham Plaza Partners Limited Partnership, an Ohio limited partnership ("TDPP"), lessor of non-residential real property located at 6300 North Wickham Rd., Melbourne, Florida (Store No. 2298), by and through the undersigned counsel, and submits this limited objection to Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c) Granting Related Relief (the "Motion"). In support of its objection, TDPP states as follows:

1. TDPP is the lessor of two shopping centers located Back Beach Road @ State Route 30, Panama City, Florida and 6300 North Wickham Rd., Melbourne, Florida, at which Debtor Winn-Dixie Stores, Inc. is a tenant (the "Lease").

1

2. The above-captioned bankruptcy proceedings were commenced on February 21, 2005 by the referenced Debtor and approximately 21 of its affiliates (collectively, "Debtors"). The statutory period in which Debtors were to elect to assume or reject executory contracts and unexpired leases would have expired on or about April 22, 2005, but for the four prior extensions granted by the Court. Pursuant to the Court's Order Granting Fourth Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property entered on or about March 10, 2006, the current period with respect to TDPP's Lease expired April 20, 2006. Presumably, the Motion is to be construed as Debtors' effort to assume or reject TDPP's Lease prior to the April 20, 2006 deadline.

3. In Exhibit E to the Motion, Debtors set forth a proposed cure amount for Store No. 2298 of $4,362.62 for outstanding Common Area and Maintenance ("CAM") charges. However, the correct cure amount for the Lease as of the date of the filing of the instant Objection is $10,914.20, which includes the CAM charges recited by Debtor, as the same may continue to accrue going forward, as well as real estate taxes in the amount of $6,551.58 unpaid by Debtors. Proof of TDPP's payment of such real estate taxes on behalf of Debtor is attached hereto as **Exhibit A**.

4. To the extent that rent, attorneys' fees, and other charges continue to accrue and/or TDPP suffers other pecuniary losses with respect to the Lease pending ultimate assumption or rejection of the Lease, TDPP hereby reserves the right to amend the cure amount to reflect such additional sums, including any adjustments which have not yet been calculated or billed.

3

WHEREFORE, TDPP respectfully requests that this Court: (i) sustain this Objection to Debtor's proposed cure amount; (ii) enter an order setting the cure amount at $10,914.20, plus any additional pecuniary losses sustained by TDPP and granting such other and further relief as the Court deems proper and just.

Dated: April 25, 2006                                    Respectfully submitted:


                                                        /s/ T. David Mitchell
                                                        T. David Mitchell, Of Counsel
                                                        (OH Bar No. 0042601)
                                                        (FL Bar No. 0016789)
                                                        BRENNER KAPROSY, L.L.P.
                                                        50 East Washington Street
                                                        Chagrin Falls, Ohio 44022
                                                        Tel: 440-247-5555
                                                        Fax: 440-247-5551

                                                        Attorney for Turney Dunham Plaza
                                                        Partners Limited Partnership

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appearance and Request for Notices was served by electronic mail to the following this 25th day of April, 2006:

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.
djbaker@skadden.com

Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attn: Cynthia C. Jackson
cjackson@smithhulsey.com

/s/ T. David Mitchell