**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearing to consider Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (the "Objection"), previously scheduled for **May 4, 2006,** is rescheduled for **May 18, 2006 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Only responses filed and served on Leanne McKnight Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 so as to be received by **May 12, 2006** will be considered by the Bankruptcy Court at the hearing.   The relief requested in the Objection may be granted without a hearing if no response is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


Dated:  April 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By    *s/ Leanne McKnight Prendergast*
      D. J. Baker                                     Stephen D. Busey
      Sally McDonald Henry                            James H. Post
      Rosalie Gray                                    Leanne McKnight Prendergast

Four Times Square                              Florida Bar No. 0059544
New York, New York 10036                       225 Water Street, Suite 1800
(212) 735-3000                                 Jacksonville, Florida  32202
(917) 777-2150 (facsimile)                     (904) 359-7700
djbaker@skadden.com                            (904) 359-7708 (facsimile)
                                               lprendergast@smithhulsey.com
Co-Counsel for Debtors
                                               Co-Counsel for Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and/or by mail to Marcio Valladares, Esq., Assistant United States Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202, Gary Kurz, Esq., Assistant Regional Counsel, Office of the General Counsel, Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 5M60, Atlanta, Georgia 30303-8909, Ronald L. Smith, Chief, Medicare Financial Management Branch, Division of Medicare Financial Management, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 4T20, Atlanta, Georgia 30303-8909 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 26th day of April, 2006.


*s/ Leanne McKnight Prendergast*
Attorney

529784