UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| ------------------------------------------------x | |

### CERTIFICATE OF SERVICE

I, Diane Romanik, hereby certify that on April 14, 2006, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C. to Debtors' Seventh Omnibus Objection to Overstated Claims,* in the above captioned proceeding was served via email on D.J. Baker (djbaker@Skadden.com) and Jane Leamy (Jleamy@skadden.com) of Skadden, Arps, Slate, Meagher & Flom, LLP.

_____
Diane Romanik

Sworn to before me this
14th day of April, 2006

_____
Anthony Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2007