Hearing Date: May 18, 2006 1:00 pm
Objection Deadline May 8, 2006, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors[1] | ) | |

WRITTEN RESPONSE OF THE COUNTY OF HENRICO, VIRGINIA
IN OPPOSITION TO DEBTOR'S OMNIBUS OBJECTION TO
TAX CLAIMS AND MOTION FOR DETERMINING
TAX VALUES AND TAX LIABILITIES

COMES NOW the County of Henrico, Virginia ("Henrico"), by counsel, and opposes the Debtors' Omnibus Objection to Tax Claims and Motion For Determining Tax Values and Tax Liabilities ("Debtor's Objection") as it relates to Henrico's personal property tax proof of claim filed in this case based on the following:

1. Henrico filed an $11,610.38 proof of claim on July 21, 2005 for 2005 personal property taxes owed by the debtors for property at two stores Debtor operated in Henrico: the Gayton Road store and the Airport Drive store (a copy of this claim is attached as Exhibit A).

2. Debtors assert that Henrico's claim should be reduced by $851.65 based on their appraiser's opinion that the property located at the Gayton Road location was worth $208,167

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwick Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

rather than $222,711 in 2004 (since 2004 had been paid, these taxes were not included in Henrico's claim) and was worth $180,268 rather than $190,057 in 2005. (Debtor's Objection Exhibit A at p. 9 of 12 attached hereto as Exhibit B).

3. Henrico's valuation was based upon the values declared in the tangible property tax return filed by the debtors' agent, John P. Taylor, Property Tax Manager on February 3, 2005 (see return attached as Exhibit C).

4. Debtors failed to provide any information about how the 2004-2005 assessments were addressed by the appraiser they hired, why this appraisal should supercede the cost information provided under oath by their agent and whether the reduction is proper under Virginia law.

5. Disallowance or reduction of a claim to which an objection is made in bankruptcy is not automatic. Rather, absent a finding of a statutorily enumerated reason, the claim should be considered allowed. See, 11 U.S.C. §502 (b); Rule 3001 (f). and In re Bateman, 331 F.3d 821, 827 (11th Cir.2003). Since the Debtor has not met its burden of producing evidence to rebut the presumption of the validity of Henrico's claim, Henrico is clearly entitled to full payment of the 2005 tax year with penalty and interest. In addition, no reduction of Henrico's claim nor set off of further tax payments should be allowed based on the 2004 tax year which was paid in full and not a part of this bankruptcy proceeding.

WHEREFORE, Henrico prays that:

1. The Debtor's objection to Henrico's claim be denied in its entirety;

2. That the Debtor be required to promptly pay Henrico's $11,610.38 proof of claim with interest; and,

3. That Henrico be granted its costs incurred in the defense of the Debtor's Objection and for such other future relief as is appropriate.

Respectfully submitted,

COUNTY OF HENRICO, VIRGINIA

By  /s/ Rhysa Griffith South
 Rhysa Griffith South
 Assistant Henrico County Attorney

Rhysa Griffith South, (VSB #25944)
 Assistant County Attorney
Office of County Attorney
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Telephone:   (804) 501-5091
Facsimile:   (804) 501-4140

-4-

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing Written Response of the County of Henrico, Virginia in Opposition to Debtor's Omnibus Objection to Tax Claims and Motion for Determining Tax Values and Tax Liabilities was filed with the Bankruptcy Court for the Middle District of Florida, Jacksonville Division via the Court's electronic filing procedures and a copy was faxed to D. J. Baker, Four Times Square, New York, New York 10036 (212) 735-2000 (facsimile) and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (904) 359-7708 (facsimile) this 26th day of April, 2006.

                                                      /s/ Rhysa Griffith South  
                                                         Rhysa Griffith South, Esquire

FORM B10 (Official Form 10) (04/04)

*ANY ATTACHMENTS MUST BE 8-1/2 x 11"

| UNITED STATES BANKRUPTCY COURT | MIDDLE | DISTRICT OF | FLORIDA | PROOF OF CLAIM |

Name of Debtor: WINN-DIXIE STORES, INC.
Case Number: 05-03817 JACKSONVILLE

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
HENRICO COUNTY, VIRGINIA

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
RHYSA GRIFFITH SOUTH
ASSISTANT HENRICO COUNTY ATTORNEY
P.O. BOX 27032
RICHMOND, VIRGINIA 23273-7032

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 804 501 4200

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
W 07150030-GAYTON  = W 07150010-AIRPORT =W 07150021-MECH

Check here ☐ replaces   a previously filed claim, dated:_____
if this claim ☐ amends

EXHIBIT A

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☒ Taxes
   - ☐ Other  SECURED TO EQUITY;EXCESS507(a)(8)PRIORITY
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
        Last four digits of SS #: _____
        Unpaid compensation for services performed
        from _____ to _____
              (date)      (date)

2. Date debt was incurred: 2005 PERSONAL PROPERTY TAX

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ / 11,610.38 / _____ / 11,610.38+4%INT
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☒ Other  FURN. & FIX.

   Value of Collateral: $ 315,911.00

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 11,609.75

6. **Unsecured Nonpriority Claim** $_____

   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 21 PM 12:57
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date: 7/18/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ RHYSA GRIFFITH SOUTH, ASSISTANT COUNTY ATTORNEY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF HENRICO, VA (County and State: HENRICO, VA) | | | | | | | | | | | | | | |
| Airport store → | 0956 | PP | Secured | 7/21/2005 | 7447 | 05-03817 | $11,610.38 | W0715 0010 | 2005 | 146,557 | $4,404.90 | 146,557 | $4,404.90 | OK |
| Gayton store { | 0942 | PP | | | NIC | | | W0715 0030 | 2004 | 222,711 | $7,794.88 | 208,167 | $7,285.85 | A |
| | 0942 | PP | Secured | 7/21/2005 | 7447 | 05-03817 | $11,610.38 | W0715 0030 | 2005 | 190,057 | $5,652.00 | 180,268 | $5,309.38 | A |
| | | | | | | | | | Tax Subtotals | | $18,851.78 | | $18,000.13 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.



EXHIBIT B

Form 740 A a

**2005**

**COUNTY OF HENRICO, VIRGINIA**
Department of Finance • P.O. Box 27032 — Richmond, Virginia 23273-7032
**BUSINESS RETURN OF TANGIBLE PERSONAL PROPERTY**
**FOR BUSINESSES AND PROFESSIONS**
(MANUFACTURERS USE FORM 740 M&T TO REPORT MACHINERY AND TOOLS)
For assistance call (804) 501-4310 or visit our website at www.co.henrico.va.us/finance

Filing date on or before March 1, 2005. Penalty for late filing is 10%.

| Account Number (Use in all correspondence) | Federal ID or SSN | Retailers VA Sales & Use No. | Date Business Began in Henrico | Date Business Ceased Operation in Henrico |
|---|---|---|---|---|
| W07150030 | 56-0670665 | | | |

Business Phone Number: (904) 783-5220

Report Below Any Changes in Preprinted Information

Type of Business: Winn Dixie

Individual ☐  Partnership ☐  Corporation ☐  LLC ☐  Other ☐

Taxpayer Name: WINN-DIXIE RALEIGH, INC.
Trade Name:
Mailing Address: PROPERTY TAX DEPT 5050 EDGEWOOD COURT
City/State/Zip: JACKSONVILLE, FL 32254-3699
Location of Property: 12450 GAYTON ROAD, RICHMOND, VA 23233

02-15-2005  031968

REPORT ORIGINAL COST OF ALL TANGIBLE PERSONAL PROPERTY OWNED AND LOCATED IN HENRICO COUNTY AS OF **JANUARY 1, 2005** SUPPORTED BY A DETAILED ITEMIZED LIST.

**SCHEDULE 80:** TANGIBLE PERSONAL PROPERTY (Excluding Computer Equipment but Including Outdoor Signs.
NOTE: Do not include licensed motor vehicles.)

001

| YEAR PURCHASED | COST OF PROPERTY (A) | ADDITIONS (B) | DISPOSALS (C) | TOTAL (A plus B) minus C | OFFICE USE ONLY |
|---|---|---|---|---|---|
| Purchased in 2004 | | | | 5837 | |
| Purchased in 2003 | | | | 2710 | |
| Purchased in 2002 | | | | | |
| Purchased in 2001 | | | | 5119 | |
| Purchased in 2000 | | | | 4101 | |
| Purchased in 1999 | | | | 6170 | |
| Purchased in 1998 | | | | 365,446 | |
| Purchased in 1997 | | | | 24,652 | |
| Purchased in 1996 | | | | | |
| Purchased in 1995 & Prior | | | | 735,610 | 183,726 |

**SCHEDULE 85:** PERSONAL AND MAINFRAME COMPUTERS AND PERIPHERAL EQUIPMENT
(Including CPUs, computer-based telephones, computer-based medical equipment, disk drives, docking stations, fax machines, modem, monitors, mouse, printers, satellite equipment, scanners, storage units, supercomputers, uninterrupted power supplies, etc.) owned & located in Henrico County as of January 1, 2005.

| YEAR PURCHASED | COST OF PROPERTY (A) | ADDITIONS (B) | DISPOSALS (C) | TOTAL (A plus B) minus C | OFFICE USE ONLY |
|---|---|---|---|---|---|
| Purchased in 2004 | | | | 759 | |
| Purchased in 2003 | | | | 5974 | |
| Purchased in 2002 | | | | 12,245 | |
| Purchased in 2001 | | | | | |
| Purchased in 2000 | | | | | |
| Purchased in 1999 & Prior | | | | 32,725 | 6,331 |

**SCHEDULE 95:** Tangible Personal Property leased or rented from others in Henrico County as of January 1, 2005

| NAME OF OWNER | ADDRESS OF OWNER | LEASE NO. ID/SERIAL/MODEL/TITLE NOS. | DESCRIPTION OF ITEM AND BEGINNING AND ENDING DATES OF LEASE | MONTHLY RENT |
|---|---|---|---|---|
| | | | | |

Please enter below:
Contact Person _____ John P. Taylor, Property Tax Manager   Date FEB 03 2005   Have a question about your return.

Failure to file this ret  Winn-Dixie Stores, Inc.   -109) UNSIGNED RETURNS WILL NOT BE ACCEPTED.
DECLARATION: I d  (904) 783-5220   true, full and correct to the best of my knowledge and belief.

Phone # _____

TAXPAYER SIGNATURE: _____   DATE: 02/02/05

NOTE: It is a Class 1 Misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter. (Code of VA. §58.1-11)   SEE REVERSE SIDE FOR INSTRUCTIONS

For Office Use
AL
ZR
IR

Run Date: 02/02/05, Acct No: W07150030, Location (PTS):0942, Property Descr:GAYTON CENTER,

KDJ 2/17/05

KDJ 2/17/05

EXHIBIT C