**EXHIBIT A - <u>EXAMINEES</u>**

| **Note Underwriters** | Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>First Union Securities, Inc. | Fleet Securities, Inc.<br>BMO Nesbitt Burns Corp.<br>CIBC World Markets Corp. | Credit Lyonnais Securities (USA) Inc.<br>SunTrust Equitable Securities Corporation |
|---|---|---|---|