**EXHIBIT C – <u>PROPOSED ORDER</u>**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER
AUTHORIZING RULE 2004 EXAMINATIONS
AND COMPELLING THE PRODUCTION OF
DOCUMENTS RELATING TO DEBTORS' NOTE ISSUANCE**

Upon the Application of the Ad Hoc Committee of Trade Creditors (the "<u>Trade Committee</u>") of Winn-Dixie Stores, Inc., <u>et al.</u>, (the "<u>Debtors</u>") for the entry of an order authorizing Rule 2004 examinations and compelling the production of documents relating to the Debtors' note issuance, there being good and sufficient grounds to grant the Application, and after due deliberation, it is

ORDERED that the Application be, and hereby is, granted; and it is further

ORDERED that the Trade Committee shall be, and hereby is authorized to (i) conduct Rule 2004 examinations of the parties listed in Exhibit A of the Application (the "<u>Examinees</u>"); (ii) obtain from the Examinees, the documents listed in Exhibit B to the Application, either in their possession or obtainable by them, at least two days prior to the examination date(s) or at a mutually convenient time and place arranged between the counsel for the Trade Committee and

the Examinees and/or the Examinees' counsel; and (iii) serve subpoenas or utilize such other procedures as are appropriate to require compliance with the terms of this Order, and it is further

ORDERED the examination(s) are to be held on at least five days notice at the time and place indicated on a notice of deposition or on a subpoena or at a mutually convenient time and place arranged between counsel for the Trade Committee and the Examinees and/or the Examinees' respective counsel; and it is further

ORDERED that the Examinees shall be, and hereby are directed to (i) designate one or more officers or employees familiar with business operations of the Debtors, and the existence, location and organization of the information requested in Exhibit B of the Application, and (ii) make such officers or employees available for examination by the Trade Committee at the time and location specified; and it is further

ORDERED that originals or photocopies of the information requested shall be produced, in their original form, as maintained, and complete with all attachments, at the offices of DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, New York, NY  10020  Attn: Thomas R. Califano, Esq., in such a manner so as to be delivered at least two (2) days prior to the examination date or at a mutually convenient time and place arranged between the counsel for the Trade Committee and Examinees and/or the Examinee's respective counsel; and it is further

ORDERED that the Trade Committee may Supplement Exhibit A to the Application with additional parties to be examined for the purposes set forth in the Application.

Dated: Jacksonville, Florida
            _____, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

~NEWY1:7989547.v2