UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about April 14, 2006, I caused copies of:

- the **Notice of Debtors' Ninth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims and (C) Misclassified Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as **Exhibit A (No Liability Claimants)**, **Exhibit B (No Liability and Misclassified Claimants)** and **Exhibit C (Misclassified Claimants)**. A copy of the served Notices as listed above is attached hereto as Exhibits D through F.

Dated: April 26, 2006

                                                              Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 9A,9B,9C

SERVICE LIST

EXHIBIT A
NO LIABILITY CLAIMANTS

Notice of Debtors' Ninth Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified
Claisms and (C) Misclassfied Claims
[Exhibit A - Claimants]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                              **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 407557-15<br>BARBARA H GORMLEY PA LAW OFFICE<br>ATTN BARBARA H GORMLEY, ESQ<br>2831 RINGLING BLVD, SUITE 214E<br>SARASOTA FL 34237 | CREDITOR ID: 243552-12<br>BIOMERIEUX INC<br>ATTN CLARY CHESTON<br>PO BOX 500308<br>ST LOUIS MO 63150-0308 | CREDITOR ID: 411270-15<br>BLOWFISH PLASTICS, INC<br>C/O MCCLANE TESSITORE LAW FIRM<br>ATTN MICHAEL TESSITORE, ESQ<br>215 EAST LIVINGSTON STREET<br>ORLANDO FL 32801 |
| CREDITOR ID: 406177-15<br>BRIDGESTONE FIRESTONE NA TIRE, LLC<br>ATTN JAY STAPP<br>535 MARRIOTT DRIVE, 9TH FLOOR<br>NASHVILLE TN 37214 | CREDITOR ID: 394048-61<br>BROUGHTON ASSOCIATES, INC<br>ATTN HERMAN GRAY BROUGHTON, OWNER<br>6802 PATTERSON AVENUE<br>RICHMOND, VA 23226 | CREDITOR ID: 405916-99<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 |
| CREDITOR ID: 407716-15<br>CLARK CONSULTING, INC<br>ATTN SUSAN LINDER, SR VP & ESQ<br>2121 SAN JACINTO STREET, SUITE 2200<br>DALLAS TX 75201-7906 | CREDITOR ID: 246568-12<br>COBY MILLER'S LAWN CARE, INC<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364 | CREDITOR ID: 410360-15<br>COLUMBUS SHOWCASE COMPANY, THE<br>KEGLER BROWN HILL & RITTER<br>ATTN STEWART H CUPPS, ESQ<br>CAPITOL SQUARE, SUITE 1800<br>65 E STATE STREET<br>COLUMBUS OH 43215-4294 |
| CREDITOR ID: 410360-15<br>COLUMBUS SHOWCASE COMPANY, THE<br>ATTN JOHN GREGA, VP/CFO<br>4401 EQUITY DRIVE<br>COLUMBUS OH 43228 | CREDITOR ID: 246802-12<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | CREDITOR ID: 411268-15<br>DALES DOUGHNUT CORP DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 429<br>ATTN CHRISTOPHER D SMITH, VP<br>465 W 23RD STREET<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 411241-15<br>DALES DOUGHNUTS OF DOTHAN INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 455<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 248135-12<br>DIGITAL 1 STOP<br>ATTN SCOTT MOSS, VP<br>2445 NEVADA AVENUE NORTH<br>GOLDEN VALLEY, MN 55427 |
| CREDITOR ID: 269235-16<br>DIRECT SHIPPERS ASSOCIATION, INC<br>C/O RONALD HOROWITZ<br>TINDALL PROFESSIONAL PLAZA<br>14 TINDALL ROAD<br>MIDDLETOWN, NJ 07748 | CREDITOR ID: 279003-32<br>DOUBLE EAGLE DISTRIBUTING, INC<br>ATTN JOSEPH E HORSFALL, VP<br>50 LOCK ROAD<br>DEERFIELD BEACH FL 33442-1580 | CREDITOR ID: 408209-15<br>ECAST SETTLEMENT CORP, SUCCESSOR<br>AMERICAN EXPRESS CENTURION BANK<br>PO BOX 35480<br>NEWARK NJ 07193-5480 |
| CREDITOR ID: 408209-15<br>ECAST SETTLEMENT CORP, SUCCESSOR<br>C/O BECKETT & LEE LLP<br>ATTN THOMAS A LEE, III, ESQ<br>16 GENERAL WARREN BOULEVARD<br>PO BOX 3001<br>MALVERN PA 19355 | CREDITOR ID: 407593-15<br>FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 411269-15<br>GILBERT, ESTATE OF LILLIAN FAYE<br>C/O KEELI L RULE, ESQ.<br>PO BOX 339<br>ANNA TX 75409 |
| CREDITOR ID: 250839-12<br>GREATER MIAMI CHAMBER OF COMMERCE<br>1601 BISCAYNE BLVD<br>MIAMI FL 33132-1260 | CREDITOR ID: 417343-15<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 143965-09<br>HELM, CHRIS<br>10620 SQUIRES CT<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 251916-12<br>HUDSON WATER WORKS INC<br>ATTN DURWOOD HORAK<br>14309 OLD DIXIE HWY<br>HUDSON, FL 34667-1133 | CREDITOR ID: 382668-51<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | CREDITOR ID: 399284-15<br>MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 |

Case 3:05-bk-03817-JAF   Doc 7434   Filed 04/26/06   Page 4 of 18

SERVICE LIST
Page 2 of 2

Notice of Debtors' Ninth Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified
Claisms and (C) Misclassfied Claims
[Exhibit A - Claimants]

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.                                    **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 376195-44<br>MERCADO LATINO INC<br>ATTN ALFREDO GOMEZ, AR SUPERV<br>245 BALDWIN PARK BLVD<br>INDUSTRY CA 91746 | CREDITOR ID: 417088-15<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, A/R MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | CREDITOR ID: 410798-15<br>NATUROPATHIC LABORATORIES INT'L<br>ATTN GARY PARSONS, PRES<br>620 FIFTH AVENUE, SUITE 214<br>NEW YORK NY 10020 |
| CREDITOR ID: 257123-12<br>NEW CENTURY LLC<br>ATTN GEROGE LU, MANAGER<br>ROUNDHOUSE PLAZA, SUITE B<br>2 LOMBARD STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 257123-12<br>NEW CENTURY LLC<br>C/O CHAN DOI & LEAL LLP<br>ATTN LAURENCE YOUNG<br>595 MARKET ST, #1100<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 399355-15<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 |
| CREDITOR ID: 259423-12<br>REIDSVILLE TRUCK & TRAILER REPAIR<br>ATTN PEGGY S LOFTIS<br>PO BOX 2691<br>REIDSVILLE NC 27323-2691 | CREDITOR ID: 269350-16<br>SERVICE FORCE USA, LLC<br>ATTN CHAD MACDONALD, PRESIDENT<br>45662 TERMINAL DRIVE, SUITE 200<br>DULLES, VA 20166-4340 | CREDITOR ID: 261402-12<br>SOUTHERN GRAPHIC SYSTEMS INC<br>ATTN PATRICIA S JOHNSON, CR MGR<br>6603 W BROAD STREET<br>RICHMOND VA 23230 |
| CREDITOR ID: 406174-15<br>STERLING COMMERCE AMERICAS, INC<br>ATTN THERESA W BLUNT<br>4600 LAKEHURST COURT<br>DUBLIN OH 43016 | CREDITOR ID: 403441-15<br>SUDDATH VAN LINES<br>ATTN CHRISTINE VALLES<br>5266 HIGHWAY AVE<br>JACKSONVILLE FL 32247 | CREDITOR ID: 222888-09<br>TILLMAN, LAURA A<br>2195 SUMMERLIN BAYOU ROAD<br>VANCLEAVE MS 39565 |
| CREDITOR ID: 410963-15<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 | CREDITOR ID: 403437-15<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | CREDITOR ID: 397348-15<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 |

**Total:   42**

SERVICE LIST

EXHIBIT B
NO LIABILITY & MISCLASSIFIED CLAIMANTS

Case 3:05-bk-03817-JAF  Doc 7434  Filed 04/26/06  Page 6 of 18

SERVICE LIST  Page 1 of 1
Notice of Debtors' Ninth Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified
Claisms and (C) Misclassfied Claims
[Exhibit B - Claimants]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 82972-09<br>ADAMS, CANEITHA R<br>2012 CAMELLIA LANE<br>JACKSON MS 39204 | CREDITOR ID: 245547-12<br>CITY OF AUBURN<br>ATTN LATICE MOSE<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | CREDITOR ID: 240166-06<br>CITY OF MIAMI, FL<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN MARIA J SANTOVENIA, ESQ<br>444 SW 2ND AVENUE, SUITE 945<br>MIAMI FL 33130 |
| CREDITOR ID: 317517-42<br>CITY OF OWENSBORO<br>ATTN DAVID C FOWLER, ESQ<br>PO BOX 10003<br>OWENSBORO KY 42302-0638 | CREDITOR ID: 406116-15<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 252769-12<br>JANITORIAL SVCS<br>ATTN JAROSLAV KARMAZIN<br>230 WILSHIRE DRIVE<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 154474-09<br>JOHNSON, JUSTIN M<br>53 LEE RD, APT 2006<br>PHENIX CITY AL 36867 | CREDITOR ID: 173671-09<br>MCCRAY, NIKITA M<br>PO BOX 8224<br>CLINTON LA 70722 | CREDITOR ID: 410415-15<br>PRO SWEEP OF LOUISIANA, LLC<br>ATTN S JASON HEWITT, PRESIDENT<br>12522 WINDERMERE OAKS<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 201376-09<br>ROBINSON, JACQUELINE<br>4199 LILLIAN CT<br>ORLANDO FL 32822 | CREDITOR ID: 201802-09<br>ROCKETT, DAVID C<br>757 77TH WAY SOUTH<br>BIRMINGHAM AL 35206 | CREDITOR ID: 407550-15<br>STATE OF LOUISIANA LABOR DEPT<br>OFFICE OF REGULATORY SERVICES<br>ATTN STEPHANIE ROSAYA, TAX OP CHIEF<br>PO BOX 44127<br>BATON ROUGE LA 70804-4127 |
| CREDITOR ID: 411313-15<br>STATE OF NORTH CAROLINA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROY COOPER OR DONALD LATON, ESQS<br>DEPARTMENT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | CREDITOR ID: 411313-15<br>STATE OF NORTH CAROLINA REV DEPT<br>COLLECTIONS EXAMINATION DIVISION<br>ATTN ANGELA C FOUNTAIN, BANKR MGR<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | |

**Total: 14**

SERVICE LIST

EXHIBIT C
MISCLASSIFIED CLAIMANTS

Case 3:05-bk-03817-JAF Doc 7434 Filed 04/26/06 Page 8 of 18

SERVICE LIST                                                    Page 1 of 2
Notice of Debtors' Ninth Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified
Claisms and (C) Misclassfied Claims
[Exhibit C - Claimants]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

CREDITOR ID: 244410-12
CAMERICAN INTERNATIONAL
ATTN DIANE LENAHAN, CREDIT MGR
45 EISENHOWER DRIVE
PARAMUS NJ 07652

CREDITOR ID: 244473-12
CAPITAL PROPERTIES ASSOCIATES
ATTN CHARLES W WEST, MGR
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 382000-36
CITGO PETROLEUM CORP
C/O MCQUEEN RAINS & TRESCH, LLP
ATTN STUART A RAINS, ESQ
6100 S YALE AVE, SUITE 618
TULSA OK 74136

CREDITOR ID: 416252-BD
CITY OF FAYETTEVILLE PUBLIC WORKS
ATTN BEVAN E GRICE, CUST SVCE DIR
955 WILMINGTON ROAD
FAYETTEVILLE NC 28302

CREDITOR ID: 240148-06
CITY OF LIVE OAK
ATTN DEBORAH J DAVIS, FIN DIR
101 SE WHITE AVENUE
LIVE OAK FL 32064

CREDITOR ID: 623-03
CITY OF MILTON
ATTN DEWITT NOBLES
PO BOX 909
MILTON FL 32572-0909

CREDITOR ID: 246004-12
CITY OF NEWBERRY
ATTN MARIE M HICKMAN, FIN DIR
PO BOX 538
NEWBERRY SC 29108-0538

CREDITOR ID: 246044-12
CITY OF OVIEDO
ATTN CYNTHIA LINDSAY
400 ALEXANDRIA BLVD
OVIEDO, FL 32765

CREDITOR ID: 374343-44
CITY OF TARPON SPRINGS
FRAZER HUBBARD BRANDT TRASK, ET AL
ATTN THOMAS J TRASK, ESQ
595 MAIN STREET
DUNEDIN FL 34698

CREDITOR ID: 374343-44
CITY OF TARPON SPRINGS
PO BOX 5004
TARPON SPRINGS, FL 34688-5004

CREDITOR ID: 240312-06
CITY OF TITUSVILLE
ATTN DWIGHT W SEVERS, ESQ
PO BOX 2806
TITUSVILLE FL 32781-2806

CREDITOR ID: 317547-42
CITY OF VIDALIA, GA
ATTN KIM M BARNES, CITY CLERK
PO BOX 280
VIDALIA, GA 30475-0280

CREDITOR ID: 399447-15
CITY OF WALTERBORO UTILITIES DEPT
ATTN JEFFREY V LORD, FIN DIR
248 HAMPTON STREET
WALTERBORO SC 29488

CREDITOR ID: 246253-12
CITY OF WAUCHULA
ATTN JAMES A BRADDOCK, FIN DIR
PO BOX 818
WAUCHULA, FL 33873-0818

CREDITOR ID: 240480-06
COUNTY OF HAMILTON, TN
ATTN W F KNOWLES, RM 201
HAMILTON COUNTY COURTHOUSE
CHATTANOOGA TN 37402

CREDITOR ID: 452-03
COUNTY OF HENRICO, VA
C/O ASSISTANT HENRICO COUNTY ATTY
ATTN RHYSA GRIFFITH SOUTH, ESQ.
PO BOX 27032
RICHMOND VA 23273-7032

CREDITOR ID: 492-03
COUNTY OF INDIAN RIVER UTILITIES
ATTN W ERIK OLSON, DIRECTOR
1840 25TH STREET
VERO BEACH, FL 32961

CREDITOR ID: 240541-06
COUNTY OF LEXINGTON, SC
ATTN WILLIAM O ROWELL, TREASURER
212 S LAKE DR
LEXINGTON SC 29072-3499

CREDITOR ID: 241014-11
COUNTY OF PRINCE GEORGE, VA
ATTN CHERYL RIGGINS
PO BOX 156
PRINCE GEORGE, VA 23875-0156

CREDITOR ID: 247621-12
DART CONTAINER CORP
ATTN FRANCIS X LIESMAN, LEGAL DEPT
500 HOGSBACK ROAD
MASON MI 48854

CREDITOR ID: 247731-12
DAVIS EXPRESS, INC
ATTN JAMES A DAVIS JR, SECRETARY
PO BOX 1276
STARKE, FL 32091-1276

CREDITOR ID: 382007-36
DEL PHARMACEUTICALS, INC
ATTN R DENTON/M LYONS
178 EAB PLAZA
PO BOX 9357
UNIONDALE NY 11553-9357

CREDITOR ID: 247926-12
DELNICE CORP NV
C/O BERGER SINGERMAN, PA
ATTN JORDI GUSO, ESQ
200 S BISCAYNE BLVD, SUITE 1000
MIAMI FL 33131-5308

CREDITOR ID: 247926-12
DELNICE CORP NV
ATTN QUINZIO SPAGGIARI, PRESIDENT
PO BOX 016727
MIAMI, FL 33101

CREDITOR ID: 248591-12
DUVAL JANITOR SERVICE INC
ATTN TIMOTHY C KING, VP
4301 ROOSEVELT BOULEVARD
JACKSONVILLE, FL 32210

CREDITOR ID: 249554-12
FIRST COAST PALLET INC
ATTN: CHRIS SPENCE, VP
PO BOX 1647
YULEE, FL 32041

CREDITOR ID: 249554-12
FIRST COAST PALLET INC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

Case 3:05-bk-03817-JAF    Doc 7434    Filed 04/26/06    Page 9 of 18

SERVICE LIST
Page 2 of 2

Notice of Debtors' Ninth Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified
Claisms and (C) Misclassfied Claims
[Exhibit C - Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406129-97<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW DRIVE<br>YULEE FL 32097 | CREDITOR ID: 403536-15<br>FISKARS BRANDS, INC<br>ATTN ROB HANUS, CR MGR<br>2537 DANIELS STREET<br>MADISON WI 53718 | CREDITOR ID: 410769-15<br>FRIEDA'S, INC<br>C/O MEUERS LAW FIRM PL<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 |
| CREDITOR ID: 264812-12<br>HALL, WILLIAM H<br>2720 PARK STREET, SUITE 204<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 2684-07<br>HALL, WILLIAM H<br>2720 PARK STREET, SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 |
| CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 255885-12<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 |
| CREDITOR ID: 410806-15<br>MERCHANDISING CORP OF AMERICA<br>C/O KILPATRICK STOCKTON LLP<br>ATTN DEBORAH L. FLETCHER, ESQ<br>214 N TYRON STREET, SUITE 2500<br>CHARLOTTE NC 28202-2381 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 257868-12<br>P&G COMMUNICATIONS INC<br>ATTN BRIAN DEHLS, VP<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 |
| CREDITOR ID: 381936-15<br>PIONEER PAPER & PLASTICS, INC<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 410449-15<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 259432-12<br>RELIABLE ONE STAFFING SERVICES<br>ATTN THOMAS B LANGLAS, COO<br>35980 WOODWARD AVENUE, SUITE 325<br>BLOOMFIELD HILLS MI 48304-0903 | CREDITOR ID: 381757-15<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 407521-93<br>SILVER SPURS ARENA<br>ATTN MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 382088-36<br>SYSCO FOOD SVC SOUTH OF FLORIDA<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW , STE 310<br>WASHINGTON DC 20016 | CREDITOR ID: 382089-36<br>SYSCO FOOD SVCS OF CENTRAL AL, INC<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW, STE 310<br>WASHINGTON DC 20016 | CREDITOR ID: 262382-12<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 |
| CREDITOR ID: 279402-36<br>US SMOKELESS TOBACCO BRANDS, INC<br>C/O UST INC<br>ATTN TRACY/FRANK RICCIO/K R HOPSON<br>100 WEST PUTNAM AVE<br>GREENWICH  CT 06830 | CREDITOR ID: 264701-12<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>PO BOX 1248<br>JACKSON, MS 39215-1248 | |

        Total:    50

# EXHIBIT D
# NOTICE TO NO LIABILITY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS**

Claimant's Name & Address:           Counsel:

Additional Notice Party:             Transferee:

| **CLAIM(S) TO BE DISALLOWED** ||
|---|---|
| Claim No.:<br>Claim Amount: | Reason for<br>Disallowance: |

    1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 18, 2006 their Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

    2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

    3.    If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    4.    If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 8, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

    5.    Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

    6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

      7.      A hearing will be held on **May 18, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

      8.      If the Bankruptcy Court does <u>not</u> disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

      9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

      10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  April 18, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D.J. Baker*  <br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  */s/ James H. Post*  <br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

# EXHIBIT E

# NOTICE TO
# NO LIABILITY & MISCLASSIFIED CLAIMANTS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS**

Claimant's Name & Address:        Counsel:

Additional Notice Party:             Transferee:

| **CLAIM(S) TO BE DISALLOWED** ||
|---|---|
| Claim No.: | Modified Class Status: |
| Claim Amount: | |
| Claim Class Status: | Reason for Disallowance and Reclassification: |

1.	PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 18, 2006 their Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.	**The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.**

3.	If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.	If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 8, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.	Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing

---

[1]	In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

   6.  In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

   7.  A hearing will be held on **May 18, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

   8.  If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

   9.  The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

   10.  **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: April 18, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By */s/ D.J. Baker*<br>  D.J. Baker<br>  Sally McDonald Henry<br>  Rosalie Walker Gray<br>  Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By */s/ James H. Post*<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson<br>  Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

# EXHIBIT F

# NOTICE TO MISCLASSIFIED CLAIMANTS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors.<sup>1</sup> | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS
(B) NO LIABILITY MISCLASSIFIED CLAIMS  AND (C) MISCLASSIFIED CLAIMS**

Claimant's Name & Address:        Counsel:


Additional Notice Party:          Transferee:


| **CLAIM(S) TO BE RECLASSIFIED** ||
|---|---|
| Claim No.: <br> Claim Amount: <br> Claim Class Status: | Modified Class Status: <br><br> Reason for Reclassification: |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on April 18, 2006 their Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      **2.      Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification(s) listed above to the classification(s) listed above under "Modified Class Status."**

      3.      If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.      If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 8, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

      5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **May 18, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  April 18, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    */s/ D.J. Baker*<br>        D.J. Baker<br>        Sally McDonald Henry<br>        Rosalie Walker Gray<br>        Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By    */s/ James H. Post*<br>        Stephen D. Busey<br>        James H. Post<br>        Cynthia C. Jackson<br>        Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |