## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about April 24, 2006, I caused copies of:

• the **Order Reducing Overstated Clais as Set Forth in the Debtors' Seventh Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibits B.

Dated: April 26, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Order Reducing Overstated Claims as Set Forth
in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 403502-15
AADITYA, INC.
ATTN OJASH JARIWALA
3748 MT DIABLO BLVD
LAFAYETTE CA 94549

CREDITOR ID: 407423-15
ABBYLAND FOODS, INC
ATTN PAUL HESS, CONTROLLER
PO BOX 69
ABBOTSFORD WI 54405

CREDITOR ID: 395560-15
ADAIR DISTRIBUTING, INC
ATTN KIM ADAIR, VP, CONTROLLER
2560 MANORCA AVE
NAPLES FL 34112

CREDITOR ID: 394052-61
ADAMS & ADAMS, LLP
ATTN BRIAN DAVIS
155 S MIAMI AVE, 9TH FLOOR
MIAMI, FL 33130

CREDITOR ID: 403534-15
ADAMS RESPIRATORY THERAPEUTICS
ATTN WALTER E RIEHEMANN, ESQ
425 MAIN STREET
CHESTER NJ 07930

CREDITOR ID: 241653-12
ADVANCED FOOD PRODUCTS LLC
ATTN KAREN KWIAT, SUPV
PO BOX 7247-8377
PHILADELPHIA, PA 19170-8377

CREDITOR ID: 410692-97
AFP ADVANCED FOOD PRODUCTS LLC
ATTN: WILLIAM ORBAN, CFO
PO BOX 72447-8377
PHILADELPHIA PA 19170-8377

CREDITOR ID: 241766-12
AIRGAS SOUTH, INC
ATTN B HIRTH/JOSHUA T WILKINS
PO BOX 532609
ATLANTA, GA 30353-2609

CREDITOR ID: 242115-12
AMCOR PET PACKAGING USA INC
ATTN WILLIAM CASSELL, GROUP MGR
10521 S HWY M-52
MANCHESTER MI 48158

CREDITOR ID: 395536-15
AMERICAN ELECTRIC POWER
ATTN DEBRA CROUCH
PO BOX 2021
ROANOKE VA 24022-2121

CREDITOR ID: 381751-15
AMERICAN STAR PLASTICS
C/O EAST CONTINENTAL SUPPLIES
ATTN GIGI WOLF, MGR
440 WEST 20 STREET
HIALEAH FL 33010

CREDITOR ID: 242321-12
AMERIPLUS INC
ATTN STEVEN W POIRIER, PRES
PO BOX 1739
OLDSMAR FL 34677

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 410755-15
AMROC INVESTMENTS LLC, ASSIGNEE
RX LABEL TECHNOLGY
ATTN DAVID S LEINWAND, ESQ
535 MADISON AVENUE, 15TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 403478-15
AMSW, INC
C/O STOVASH, CASE & TINGLEY, PA
ATTN RACHEL E ADAMS, ESQ
200 S ORANGE AVENUE, SUITE 1200
ORLANDO FL 32801

CREDITOR ID: 404156-95
ARNOLD TRANSPORTATION SERVICES
ATTN BILL TOOMEY, CR & COLL SUPERV
451 FREIGHT STREET
CAMP HILL PA 17011

CREDITOR ID: 382392-51
ASCENTIAL SOFTWARE
50 WASHINGTON STREET
WESTBORO, MA 01581

CREDITOR ID: 382392-51
ASCENTIAL SOFTWARE
MIRICK O'CONNELL
ATTN PAUL W CAREY, ESQ
100 FRONT STREET
WORCESTER MA 01608

CREDITOR ID: 242637-12
ASKER DISTRIBUTORS, INC
ATTN ALAN G ASKER, PRESIDENT
PO BOX 13152
TALLAHASSEE, FL 32317-3152

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 242964-12
BAKERY CRAFT
ATTN KIMBERLY MILAZZO, AR SUPERV
PO BOX 37
WEST CHESTER, OH 45071

CREDITOR ID: 243071-12
BAREFOOT BAY WATER & SEWER DIST
C/O COUNTY OF BREVARD ATTORNEY
ATTN BARBARA B AMMAN, ESQ
2725 JUDGE FRAN JAMIESON WAY
VIERA FL 32940

CREDITOR ID: 243071-12
BAREFOOT BAY WATER & SEWER DIST
BREVARD COUNTY BD OF COUNTY COMM
931 BAREFOOT BLVD, STE 2
BAREFOOT BAY, FL 32976-7619

CREDITOR ID: 243135-12
BAUMER FOOD PRODUCTS
ATTN TAMMY A ROSER
PO BOX 54692
NEW ORLEANS, LA 70154-4692

CREDITOR ID: 243169-12
BAYS MICHIGAN CORPORATION
ATTN CARY E BOSS, CONTROLLER
PO BOX 1455
CHICAGO, IL 60690-1455

CREDITOR ID: 243173-12
BBF PRINTING SOLUTIONS
ATTN TAMMY LYONS
PO BOX 250
PINELLAS PARK FL 33780-0250

CREDITOR ID: 243198-12
BEARINGS & DRIVES INC
ATTN ANDREW H NATIONS, PRESIDENT
PO BOX 116733
ATLANTA, GA 30368-6733

CREDITOR ID: 243210-12
BEAUTY ENTERPRISES
ATTN CAROL HARRISON, CR MGR
150 MEADOW ST
HARTFORD, CT 06114

CREDITOR ID: 243349-12
BERNER FOODS INC
ATTN THOMAS D DICKSON, VP/CFO
2034 E FACTORY RD
DAKOTA IL 61018

CREDITOR ID: 243348-12
BERNER FOODS INC
PO BOX 778
FREEPORT, IL 61032

SERVICE LIST
**Order Reducing Overstated Claims as Set Forth**
**in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 399396-15
BEST ACCESS SYSTEMS
ATTN RAY MINCE
6161 E 75TH STREET
INDIANAPOLIS IN 46250

CREDITOR ID: 243604-12
BLAIREX LABORATORIES, INC
ATTN: GLENN A DODGE, CFO
PO BOX 2127
COLUMBUS, IN 47202-2127

CREDITOR ID: 381780-15
BLISTEX INC
ATTN DANIEL S LISZKA, CR MGR
1800 SWIFT DRIVE
OAK BROOK IL 60523

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
C/O THOMPSON HINE LLP
ATTN JERRY VANDE WERKEN, ESQ
10 W BROAD STREET, SUITE 700
COLUMBUS OH 43215-3435

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
PO BOX 243
NEW LEXINGTON, OH 43764

CREDITOR ID: 408215-15
BREVARD COUNTY ATTORNEY
BREVARD CO BOARD CO COMMISSIONERS
ATTN BARBARA B AMMAN, ASST CO ATTY
2725 JUDGE FRAN JAMIESON WAY
VIEVA FL 32940

CREDITOR ID: 244035-12
BROOKS STREET BAKERY
PO BOX 8767
ROLAND HEIGHTS CA 91748-0767

CREDITOR ID: 406073-15
BROOKS STREET BAKERY
ATTN PAM SCALZO OR W WEBER
5560 BROOKS STREET
MONTCLAIR CA 91763

CREDITOR ID: 244120-12
BRYANT'S MEATS INC
ATTN ROBERT H HUNT, OWNER
PO BOX 321
TAYLORSVILLE, MS 39168-0321

CREDITOR ID: 410542-15
BUMBLE BEE FOODS, LLC
ATTN DAVID HERBST, FIN DIR
PO BOX 85362
SAN DIEGO CA 92186-5362

CREDITOR ID: 384021-47
BUMBLE BEE SEAFOOD LLC
PO BOX 90335
CHICAGO, IL 60696-0035

CREDITOR ID: 244185-12
BURD & FLETCHER COMPANY
ATTN DONALD C HULFELD, VP FIN
5151 EAST GEOSPACE DRIVE
INDEPENDENCE MO 64056

CREDITOR ID: 406167-15
BURRIS LOGISTICS
ATTN: MIKE SCARBOROUGH
501 SE 5TH STREET
MILFORD DE 19963

CREDITOR ID: 406166-15
BURRIS REFRIGERATED LOGISTICS
ATTN MIKE SCARBOROUGH, ASST SEC
4501 DIGNAN STREET
JACKSONVILLE FL 32254

CREDITOR ID: 244250-12
BWI COMPANIES, INC
ATTN ART PHELPS, CORP CR MGR
PO BOX 990
NASHVILLE TN 75569

CREDITOR ID: 408162-97
CABOT CREAMERY COOPERATIVE INC
ATTN: ED TOWNLEY, VP CONTROLLER
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 244330-12
CABOT CREAMERY COOPERATIVE INC
ATTN LAURA DEPRATO, CREDIT MGR
1 HOME FARM WAY
MONTPELIER VT 05602

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244420-12
CAMP TRANSPORTATION, INC
ATTN RICHARD E CAMP, PRESIDENT
PO BOX 6722
JACKSONVILLE, FL 32236-6722

CREDITOR ID: 410541-15
CAMP TRANSPORTATION, INC
ATTN RICHARD E CAMP, PRESIDENT
6200 SOUTEL DRIVE
JACKSONVILLE FL 32219

CREDITOR ID: 244462-12
CAPITAL CITY PRESS
ATTN KAY RICE, CR MGR
PO BOX 588
BATON ROUGE, LA 70821

CREDITOR ID: 244538-12
CARL BUDDIG & CO
PO BOX 72238
CHICAGO, IL 60678-2238

CREDITOR ID: 407492-15
CARL BUDDIG & CO
ATTN SHELLY DUTKA, CUST SRVC SUPV
950 W 175TH STREET
HOMEWOOD IL 60430

CREDITOR ID: 244625-12
CAROLINA DOOR CONTROLS INC
ATTN RUFUS R MINOR, II, MGR
PO BOX 890277
CHARLOTTE, NC 28289-0277

CREDITOR ID: 244698-12
CARRIER SALES & DISTRIBUTION
ATTN RON REITLER
PO BOX 668109
CHARLOTTE, NC 28266

CREDITOR ID: 244804-12
CCA INDUSTIRES INC
ATTN ROBIN LYNN DECHERT, ASST CONTR
200 MURRAY HILL PKY
EAST RUTHERFORD, NJ 07073-2113

CREDITOR ID: 406141-15
CENTRE STAGE LIMITED PARTNERSHIP
C/O BREGMAN BERBERT ET AL
ATTN LAURENCE H BERBERT, ESQ
7315 WINSCONSIN AVE, SUITE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 406164-15
CHAFFEE POINT HOSPITALITIES LLC DBA
HAMPTON INN
ATTN JANE P MOTLEY, MANAGING MEMBER
548 CHAFFEE POINT BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 245007-12
CHARDON LABORATORIES INC
ATTN CHARLES L FULLER, CFO
7300 TUSSING RD
REYNOLDSBURG OH 43068-4111

CREDITOR ID: 245159-12
CHELSEA MILLING CO
ATTN ROBERT NEESAM, CONTROLLER
PO BOX 460
CHELSEA, MI 48118-0460

SERVICE LIST

**Order Reducing Overstated Claims as Set Forth
in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

CREDITOR ID: 399299-15
CHEM-AQUA
ATTN SUSAN RICHEY, CR SUPERV
2727 CHEMSEARCH BLVD
IRVING TX 75062

CREDITOR ID: 245167-12
CHEMPOINT.COM
ATTN CHRIS JARDINE, FIN DIR
411 108TH AVENUE NE, SUITE 1050
BELLUVUE, WA 98004

CREDITOR ID: 407592-99
CHEP EQUIPMENT POOLING SYSTEMS
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 245219-12
CHEVRON PRODUCTS COMPANY
ATTN FRED TAYLOR, CREDIT ANALYST
PO BOX 9400
CONCORD CA 94524-1940

CREDITOR ID: 240014-06
CITY OF DAYTONA BEACH
ATTN A JACKSON, ASST CITY ATTORNEY
PO BOX 2451
DAYTONA BEACH FL 32115-2451

CREDITOR ID: 240034-06
CITY OF DURHAM
COLLECTIONS DIVISION
ATTN DONALD D POWELL OR DON DANIEL
101 CITY HALL PLAZA
DURHAM NC 27701

CREDITOR ID: 245753-12
CITY OF FLORENCE WATER DEPT
ATTN LYNWOOD F GIVENS
CITY-COUNTY COMPLEX ZZ
180 N IRBY ST
FLORENCE, SC 29501

CREDITOR ID: 245781-12
CITY OF GASTONIA TAX DEPT
ATTN SALLY BARKOWSKI
PO BOX 1748
GASTONIA, NC 28053

CREDITOR ID: 403414-15
CITY OF GREENSBORO, NC
ATTN CHRISTOPHER S PAYNE TAX COLL
PO BOX 3136
GREENSBORO NC 27402-3136

CREDITOR ID: 240092-06
CITY OF HALLANDALE BEACH
ATTN DAVID JOVE, CITY ATTORNEY
400 S FEDERAL HIGHWAY
HALLANDALE BEACH FL 33309

CREDITOR ID: 265621-14
CITY OF HALLANDALE BEACH FIN DEPT
ATTN MARK ANTONIO, FIN DIR
400 S FEDERAL HWY
HALLANDALE FL 33009-6433

CREDITOR ID: 245980-12
CITY OF MOULTRIE
C/O WHELCHEL CARLTON & WALLER LLP
ATTN MICKEY E WALLER, ESQ
PO BOX 758
MOULTRIE GA 31776

CREDITOR ID: 245980-12
CITY OF MOULTRIE
PO BOX 3368
MOULTRIE, GA 31776

CREDITOR ID: 246116-12
CITY OF RAYNE
ATTN LARRY T RICHARDS, ESQ
PO BOX 69
RAYNE, LA 70578-0069

CREDITOR ID: 404403-95
CITY OF WEST PALM BEACH, FL
C/O CITY OF W PALM BEACH ATTORNEY
ATTN LISA M CONFORTI, ESQ
200 2D STREET
PO BOX 3366
WEST PALM BEACH FL 33402

CREDITOR ID: 404403-95
CITY OF WEST PALM BEACH, FL
PO BOX 3506
WEST PALM BEACH FL 33402-3506

CREDITOR ID: 246291-12
CJ'S SALES & SERVICE
ATTN DUDLEY A HARGROVE, OWNER
132 NE 17TH PLACE
OCALA, FL 34470

CREDITOR ID: 246300-12
CLAMP SWING PRICING COMPANY
ATTN BEN GARFINKLE, PRESIDENT
8386 CAPWELL DR
OAKLAND, CA 94621

CREDITOR ID: 411190-15
CLECO
ATTN GARY CARTER, DIR CUST SYS/CRED
2030 DONAHUE FERRY ROAD
PINEVILLE LA 71360

CREDITOR ID: 404427-95
COASTAL TRUCK BROKERS LLC
ATTN SCOTT J COMFAUX, CONTROLLER
PO BOX 485
CARENCRO LA 70520

CREDITOR ID: 246617-12
COLGIN CO
ATTN KERRY THORNHILL, VP
2230 VALDINA
DALLAS TX 75207

CREDITOR ID: 246744-12
COMMERCIAL SHUTTLE SERVICE
ATTN MELBA J COLLINS, PRES
PO BOX 50575
ALBANY, GA 31703-0575

CREDITOR ID: 378305-15
CONAIR CORPORATION
ATTN A LUCAS & J DEOL
150 MILFORD ROAD
EAST WINDSOR NJ 08520

CREDITOR ID: 246874-12
CONROS CORPORATION
ATTN MAHENDRA VARIYA, CONTROLLER
41 LESMILL ROAD
NORTH YORK ON M3B2T3
CANADA

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 246959-12
COOKE COMMUNICATIONS LLC DBA
KEY WEST CITIZEN
ATTN PAUL CLAKIN, CFO
PO BOX 1800
KEY WEST, FL 33041-1800

CREDITOR ID: 246974-12
COOPERATIVE PROPANE INC
ATTN JUDY M BRAGG
414 TWAIN CURVE
MONTGOMERY, AL 36117

CREDITOR ID: 266187-14
COUNTY OF BAY
C/O BURKE BLUE HUTCHISON & WALTERS
ATTN WILLIAM C HENRY, ESQ
221 MCKENZIE AVENUE
PANAMA CITY FL 32401

CREDITOR ID: 618-03
COUNTY OF MIAMI DADE WATER & SEWER
ATTN LINDA KENT, CUSTOMER SVC SUP 1
PO BOX 330316
MIAMI FL 33233

CREDITOR ID: 247198-12
CREST STEP ON INC
ATTN DAVID C DUPONT, PRES
PO BOX 920706
HOUSTON, TX 77292-0706

**SERVICE LIST**
**Order Reducing Overstated Claims as Set Forth**
**in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410920-15
CRYSTAL LAKE AT ORLANDO
C/O FRAZIER HOTTE & ASSOCIATES
ATTN ROBERT W FRAZIER, JR
6550 N FEDERAL HWY #220
FT LAUDERDALE FL 33308

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

CREDITOR ID: 247577-12
DANKA OFFICE IMAGING CO
ATTN LEE ACEVEDO
11401 16TH COURT N
ST PETERSBURG FL 33778

CREDITOR ID: 247777-12
DAYTONA TIMES
ATTN PUBLISHER/GEN MGR
PO BOX 1110
DAYTONA BEACH, FL 32115-1110

CREDITOR ID: 248046-12
DERST BAKING COMPANY
ATTN HEATHER SMITH SR, VP FIN
PO BOX 22849
SAVANNAH, GA 31403

CREDITOR ID: 404558-95
DISPLAY SPECIALTIES, INC
PO BOX 115
FT THOMAS KY 41075

CREDITOR ID: 399434-15
DISPLAY SPECIALTIES, INC
ATTN LAUREN HARVEY
9 BEACON DRIVE
WILDER KY 41076

CREDITOR ID: 248479-12
DOVER CONE
ATTN RICHARD BRONOWICKI, DIR OF OP
4350 HARVESTER ROAD
BURLINGTON, ON L7R 3Y7
CANADA

CREDITOR ID: 248629-12
E&B GIFTWARE, LLC
ATTN JOHN SERVIDIO, COLLECTION MGR
4 EXECUTIVE PLAZA
YONKERS NY 10701

CREDITOR ID: 243782-12
EARL W COLVARD, INC DBA
BOULEVARD TIRE CENTER
816 S WOODLAND BLVD
DE LAND FL 32720

CREDITOR ID: 248659-12
EARTHSTONE INTERNATIONAL LLC
ATTN RICHARD L KILEY, CEO
555 REPUBLIC DRIVE, SUITE 440
PLANO, TX 75024

CREDITOR ID: 248659-12
EARTHSTONE INTERNATIONAL LLC
C/O MCCLAUGHERTY & SILVER, PC
ATTN JOHN K SILVER, ESQ
PO BOX 8680
SANTA FE NM 87504-8680

CREDITOR ID: 248818-12
EDWARDS MANUFACTURING
ATTN KARL HEROLD, CONTROLLER
1316 TECH BLVD
TAMPA FL 33619

CREDITOR ID: 410684-15
ELMERS PRODUCTS INC
ATTN MICHELLE VICKERS
PO BOX 42336
CINCINNATI OH 45242

CREDITOR ID: 248625-12
ET BROWNE DRUG CO, INC
ATTN GERMAINE HALAS, CONTROLLER
440 SYLVAN AVE
PO BOX 1613
ENGLEWOOD CLIFFS, NJ 07632

CREDITOR ID: 249239-12
EVENFLO COMPANY, INC
ATTN TERESA MILEY, CREDIT MGR
NORTHWOODS BUSINESS CENTER II
707 CROSSROADS COURT
VANDALIA, OH 45377

CREDITOR ID: 399347-15
EVENING POST PUBLISHING DBA
THE POST AND COURIER
ATTN H CLARK OR D GARNER
134 COLUMBUS STREET
CHARLESTON SC 29403

CREDITOR ID: 249270-12
EXCELL REFRIGERATION INC
ATTN RAYMOND TAYLOR, PRES
605 WHITNEY AVENUE
LANTANA, FL 33462

CREDITOR ID: 249270-12
EXCELL REFRIGERATION INC
C/O CLICKMAN WITTERS AND MARELL
ATTN WILLIAM J MARELL ESQ
1601 FORUM PLACE, STE 1101
WEST PALM BEACH FL 33401

CREDITOR ID: 410361-15
FARMLAND DAIRIES LLC
ATTN NANCY SWEENEY, DIR
520 MAIN AVENUE
WALLINGTON NJ 07057

CREDITOR ID: 407677-15
FEDERAL EXPRESS CORPORATION
ATTN CINDY MEACHA, REV REC/BANKRUP
2005 CORPORATE AVENUE, 2ND FLOOR
MEMPHIS TN 38132

CREDITOR ID: 249505-12
FILMART
ATTN JUDITH LEFKOWITZ
4111 GLENWOOD RD
BROOKLYN, NY 11210-2024

CREDITOR ID: 249626-12
FLANDERS PRECISIONAIRE
CORPORATE OFFICES
ATTN PAMELA M BRANDEN,  PARALEGAL
PO BOX 7568
ST PETERSBURG FL 33734-7560

CREDITOR ID: 411385-97
FLANDERS PRECISIONAIRE
ATTN: JOHN HODSON
2399 26TH AVENUE N
ST PETERSBURG FL 33713

CREDITOR ID: 404048-15
FLAV-O-RICH, INC
ATTN TERESA SMITH
221 HAL ROGERS PARKWAY
LONDON KY 40741

CREDITOR ID: 384126-47
FLORIDA EAST COAST RAILWAY
ATTN WILLIAM A COGGINS, JR, CR MGR
ONE MALAGA STREET
PO BOX 1048
ST AUGUSTINE FL 32085-1048

CREDITOR ID: 384126-47
FLORIDA EAST COAST RAILWAY
VOLPE BAJALIA WICKES ROGERSON ET AL
RIVERPLACE TOWER
1301 RIVERPLACE BLVD, SUITE 1700
JACKSONVILLE FL 32207

CREDITOR ID: 404702-95
FOX PROTECTIVE SERVICES INC
ATTN BRIAN FOX, PRESIDENT
4905 W LAUREL STREET, SUITE 301
TAMPA FL 33607-3838

CREDITOR ID: 250115-12
FREUDENBERG HOUSEHOLD PRODUCTS
ATTN MARY JAY, CREDIT MGR
PO BOX 73181
CHICAGO, IL 60673-7181

CREDITOR ID: 250239-12
GALDERMA LABORATORIES
ATTN GENERAL COUNSEL
14501 NORTH FREEWAY
FORT WORTH TX 76177

**SERVICE LIST**
**Order Reducing Overstated Claims as Set Forth**
**in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 250251-12
GAMBINO'S BAKERIES & FOOD GROUP INC
C/O ADAMS & REESE LLP
ATTN CONRAD MEYER IV, ESQ
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4500
NEW ORLEANS LA 70139

CREDITOR ID: 423151-97
GAMBINO'S BAKERIES & FOOD GROUP INC
C/O ADAMS & REESE LLP
ATTN: CONRAD MEYER IV, ESQ
ONE SHELL SQUARE
701 POYDRAS ST, STE 4500
NEW ORLEANS LA 4506

CREDITOR ID: 250251-12
GAMBINO'S BAKERIES & FOOD GROUP INC
ATTN: SAM SCELFO, PRES
PO BOX 857
KENNER, LA 70063

CREDITOR ID: 250322-12
GATOR FINER FOODS INC & COMMERCIAL
BUSINESS FINANCE
ATTN ANDREW RUSSO, PRES
PO BOX 1209
WINTER PARK FL 32790

CREDITOR ID: 381917-15
GMAC COMMERCIAL FINANCE LLC
ATTN CRAIG GALLETTO, ASST VP
1290 AVENUE OF THE AMERICAS, 3RD FL
NEW YORK NY 10104

CREDITOR ID: 380945-47
GONZALEZ & TAPANES FOODS DBA
SANTA FE INTERNATIONAL
ATTN FERNANDO GONZALEZ, SALES MGR
9151 NW 97 TERRACE
MEDLEY FL 33178

CREDITOR ID: 410934-15
GREEN MOUNTAIN COFFEE ROASTERS, INC
C/O MERRITT & MERRITT & MOULTON
ATTN H KENNETH MERRITT JR, ESQ
PO BOX 5839
BURLINGTON VT 05402

CREDITOR ID: 250874-12
GREENS-R-US
ATTN S KAY FISH, CO-OWNER
16150 CREWS ROAD
GLEN ST MARY FL 32040

CREDITOR ID: 250908-12
GREENWOOD PACKING PLANT
PO BOX 751645
CHARLOTTE NC 28275

CREDITOR ID: 404780-95
GREENWOOD PACKING PLANT
C/O CAROLINA PRIDE FOODS INC
ATTN MARK LITTS, CONTROLLER
PO BOX 188
GREENWOOD SC 29648-0188

CREDITOR ID: 251084-12
H&T SEAFOOD INC
ATTN LU THONG, PRES
5598 LINDBERGH LANE
BELL, CA 90201

CREDITOR ID: 251122-12
HABETZ ROOF SERVICE, INC
ATTN SANDRA B HABETZ, OFF MGR
4217 ROBERTS COVE ROAD
RAYNE, LA 70578

CREDITOR ID: 251286-12
HARRIS TRANSPORT COMPANY
ATTN C R HIGHLANDS, VP COLLECTIONS
PO BOX 529
MONROE, NC 28111

CREDITOR ID: 384153-47
HC BRILL COMPANY INC
ATTN STEPHANIE OWENS, AR SUPERV
1912 MONTREAL ROAD
TUCKER, GA 30084

CREDITOR ID: 407556-15
HEALTHCARE CONSULTANTS OF CTL FL
DBA HEALTHCARE CONSULTANTS PHARMACY
C/O MATEER & HARBERT
ATTN DAVID M LANDIS, ESQ
PO BOX 2854
ORLANDO FL 32802-2854

CREDITOR ID: 251391-12
HEALTHTEX DIST CORP
ATTN NATTY R ELIAS, PRES
3555 NW 41ST ST
MIAMI, FL 33142

CREDITOR ID: 251514-12
HERBONICS INC/SHENANDOAH
GROWERS, INC.
ATTN TIMOTHY HEYDON, PRESIDENT
PO BOX 228
LACEY SPRING VA 22833

CREDITOR ID: 251521-12
HERITAGE FOODS
PO BOX 54720
LOS ANGELES, CA 90054-0720

CREDITOR ID: 406299-15
HERITAGE FOODS LLC
ATTN JACK P NOENICKX, VP
4002 WEST WESTMINSTER
SANTA ANA CA 92703

CREDITOR ID: 407595-15
HIGHLAND LAKES CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 251617-12
HILEX POLY CO LLC
ATTN JACK JOSEY, CREDIT MGR
101 E CAROLINA AVENUE
HARTSVILLE SC 29550

CREDITOR ID: 251649-12
HIMMEL NUTRITION
PO BOX 845449
BOSTON, MA 02284-5449

CREDITOR ID: 410370-15
HIMMEL NUTRITION, INC
ATTN DEBRA CARDILLO, CFO
1926 10TH AVENUE NORTH, SUITE 303
LAKE WORTH FL 33461

CREDITOR ID: 251658-12
HINSDALE FARMS
ATTN MILTON SMITH, PRES
DEPT 77-6533
CHICAGO, IL 60678-6533

CREDITOR ID: 251760-12
HOLLOWAY HOUSE INC
ATTN CAMERON N ECK, CFO
PO BOX 50126
INDIANAPOLIS, IN 46250

CREDITOR ID: 251783-12
HOMADE FOODS SALES, INC
ATTN HOWARD H BURRIS/JEAN ROOK
4641 FORSYTH STREET
PO BOX 505
BAGDAD, FL 32530-0505

CREDITOR ID: 250097-12
HOME MARKET FOODS INC DBA
FREEZER QUEEN FOODS INC
ATTN STEVEN SMITH, GM
975 FUHRMANN BLVD
BUFFALO NY 14203

CREDITOR ID: 251808-12
HONEYWELL CONSUMER PRODUCTS GROUP
ATTN STEVEN WURST, CR MGR
39 OLD RIDGEBURY ROAD
DANBURY CT 06810

CREDITOR ID: 404841-95
HOSA INTERNATIONAL
ATTN LAURA CEPERO, COMPTROLLER
1617 NW 84TH AVE
MIAMI FL 33126

CREDITOR ID: 410411-15
HOUSE AUTRY MILLS, INC
ATTN PAUL PARKS, VP FINANCE
7000 US HWY 301 SOUTH
PO BOX 460
FOUR OAKS NC 27524-0460

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 251932-12
HUISH DETERGENTS INC
ATTN MANDY SEXTON, A/R SUPERV
PO BOX 25057
SALT LAKE CITY, UT 84125

CREDITOR ID: 252027-12
IDAHO FRESH PAK INCORPORATED
ATTN RICHARD A NELSON, CONTROLLER
ONE POTATO PLACE
PO BOX 130
LEWISVILLE, ID 83431-0130

CREDITOR ID: 403390-15
IDELLE LABS
ATTN PAUL S LEVY, CR MGR
ONE HELEN OF TROY PLAZA
EL PASO TX 79912

CREDITOR ID: 384172-47
IMPERIAL DISTRIBUTING INC
ATTN CAROLYN DUNLAP, CR MGR
8016 HIGHWAY 90 A
SUGAR LAND TX 77487

CREDITOR ID: 252216-12
INTEGRATED BRANDS INC
ATTN ANTHONY DELPIANO, CONTROLLER
4175 VETERANS HWY, 3RD FL
RONKONKOMA, NY 11779

CREDITOR ID: 251977-12
I-TECH PERSONNEL SERVICES, INC
ATTN MARCO H TRAN, PRES
POST OFFICE BOX 60846
JACKSONVILLE, FL 32236

CREDITOR ID: 252929-12
JELLY BELLY CANDY COMPANY
ATTN CYNTHIA KING, AR SUPERV
ONE JELLY BELLY LANE
FAIRFIELD CA 94533

CREDITOR ID: 253229-12
JOHN J JERUE TRANSPORTATION INC
ATTN BRENDA KOON, CR MGR
PO BOX 9007
BARTOW FL 33831-9007

CREDITOR ID: 253696-12
KEELCO INC
ATTN OWNER
14476 DUVAL PLACE WEST, SUITE 202
JACKSONVILLE, FL 32218

CREDITOR ID: 411286-97
KEN ROBINSON OF FLORIDA
DIV OF WHITE ELECTRICAL CONST CO
ATTN: SAM I DUBOSE
1730 CHATTAHOOCHEE AVE
ATLANTA GA 30318

CREDITOR ID: 408158-15
KEN ROBINSON OF FLORIDA
C/O WHITE ELECTRICAL CONSTRUCTION
ATTN SAM DUBOSE, CORP SEC
PO BOX 19629
ATLANTA GA 30325-0629

CREDITOR ID: 407697-15
KEN ROBINSON OF FLORIDA, DIVISION
OF WHITE ELECTRICAL CONSTRUCTION CO
3225 EAST 4TH AVENUE
TAMPA FL 33605

CREDITOR ID: 254010-12
KING RETAIL SOLUTIONS INC
ATTN PAUL R GERMANI, CONTROLLER
PO BOX 21910
EUGENE, OR 97402

CREDITOR ID: 410735-15
KITE EAGLE CREEK, LLC
C/O ICE MILLER
ATTN MARK A BOGDANOWICZ, ESQ
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS IN 46282-0200

CREDITOR ID: 254201-12
KYSOR PANEL SYSTEMS
ATTN RICK RINN, CFO
PO BOX 951613
DALLAS, TX 75395-1613

CREDITOR ID: 254234-12
L&J GENERAL INTERNATIONAL
(EL SEMBRADOR)
2424 NW 46TH STREET
MIAMI, FL 33142

CREDITOR ID: 254255-12
LA QUINTA ORLANDO WINTERPARK
ATTN ROBERT GEDCON, ASST GM
626 LEE ROAD
ORLANDO, FL 32810

CREDITOR ID: 254917-12
LMS INTELLIBOUND, INC
ATTN REBECCA W HOLDERREAD, CFO
1979 LAKESIDE PARKWAY, SUITE 180
TUCKER, GA 30084

CREDITOR ID: 254919-12
LNK INTERNATIONAL INC
ATTN ROBERT KORLOWSKI, CONTROLLER
60 ARKAY DRIVE
HAUPPAUGE, NY 11788

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 403332-83
MASTER TRACE, INC
ATTN EUGENE MARCHESE, JR, PRES
4700 HIATUS ROAD, SUITE 355
SUNRISE FL 33351

CREDITOR ID: 407645-15
MATTEL TOYS AKA
MATTEL SALES CORP
ATTN KATHLEEN SIMPSON-TAYLOR, VP FN
MAIL STOP M1-1201
333 CONTINENTAL BLVD
EL SEGUNDO CA 90245-5012

CREDITOR ID: 256079-12
MERCHSOURCE, LLC
ATTN KIRK MCLEAN
19511 PAULING
FOOTHILL RANCH, CA 92610

CREDITOR ID: 410514-15
MILLSTONE COFFEE, INC
THE PROCTOR & GAMBLE DIST CO
ATTN G M JONES, SR CREDIT MGR
8500 GOVERNORS HILL DRIVE
CINCINNATI OH 45249

CREDITOR ID: 256978-12
NATIONAL FREIGHT INC
ATTN JOSIAH KNAPP, SR VP & ESQ
1515 BURNT MILL ROAD
CHERRY HILL NJ 08003

CREDITOR ID: 410995-15
NEW PLAN EXCEL REALTY TRUST INC TA
MARKETPLACE AT WYCLIFFE, LK WORTH
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 257210-12
NEWS JOURNAL CORPORATION
ATTN JUDITH K BENNETT, CR MGR
PO BOX 2831
DAYTONA BEACH, FL 32120-2831

CREDITOR ID: 408390-97
ORLANDO PROVISIONS LLC
GATOR FINER FOODS INC
ATTN: FRANK ELEFANTI
7810 KINGSPOINT PKWY
ORLANDO FL 32819

CREDITOR ID: 257772-12
ORLANDO SENTINEL
633 N ORANGE AVE MP 63
ORLANDO, FL 32801

CREDITOR ID: 397815-75
PARTS STORE, THE DBA EQUIPMENT SALE
ATTN CHESLEY PIERCE
PO BOX 7393
MOBILE, AL 36670

**SERVICE LIST**
**Order Reducing Overstated Claims as Set Forth**
**in the Debtors' Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 258275-12
PELICAN ICE & COLD STORAGE INC
ATTN CHERIE MCKEOUGH, AR MGR
PO BOX 2131
KENNER, LA 70063-2131

CREDITOR ID: 258430-12
PHARMACEUTICAL FORMULATIONS, INC
ATTN SCOTT L KAHN, CONTROLLER
460 PLAINFIELD AVENUE
PO BOX 1904
EDISON NJ 08818-1904

CREDITOR ID: 410545-15
PINNACLE MANAGEMENT, INC
ATTN BARRY S CLIFTON, PRESIDENT
PO BOX 325
COTTLEVILLE MO 63338

CREDITOR ID: 259032-12
PURCELL INTERNATIONAL
ATTN WILLIAM E PURCELL, PRESIDENT
PO BOX 5043
WALNUT CREEK, CA 94596-1097

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 259159-12
RM PALMER COMPANY
ATTN CHARLES W SHEARER JR
PO BOX 1723
READING PA 19603-1723

CREDITOR ID: 406272-97
RM PALMER COMPANY
ATTN: CHARLES W SHEARER JR
77 SECOND AVENUE
WEST READING PA 19611

CREDITOR ID: 259884-12
RODGERS LAWN CARE
ATTN RUSSELL RODGERS, OWNER
21333 S BUCKHILL ROAD
CLERMONT, FL 34711

CREDITOR ID: 260026-12
ROTHBURY FARMS
1091 MOMENTUM PLACE
CHICAGO, IL 60689-5310

CREDITOR ID: 407575-15
ROTHBURY FARMS
ATTN JOHN E LALLO, CFO
4880 CORPORATE EXCHANGE
GRAND RAPIDS MI 49512

CREDITOR ID: 407574-15
ROTHBURY FARMS
ATTN JOHN E LALLO, CFO
4880 CORPORATE EXCHANGE
PO BOX 202
GRAND RAPIDS MI 49501-0202

CREDITOR ID: 411287-97
RX LABEL TECHNOLGY
ATTN: JOHN HANBY
3301 ENTERPRISE AVE
JOPLIN MO 64801-9783

CREDITOR ID: 417110-97
SEWARD & KISSEL LLP
ATTN: RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
ATTN SIDNEY KOHL, PROP MGR
340 ROYAL POINCIANA WAY, SUITE 305
PALM BEACH, FL 33480

CREDITOR ID: 377086-44
SM COCHRANE
ATTN STEVE COCHRANE, OWNER
3837 CAMPBELL ROAD
CHESAPEAKE, VA 23322

CREDITOR ID: 261302-12
SOUTH GEORGIA MEDIA GROUP
PO BOX 968
VALDOSTA, GA 31603-0968

CREDITOR ID: 406015-15
SOUTH GEORGIA MEDIA GROUP
ATTN BOBBIE F BRIGMAN, CR MGR
PO BOX 2349
MOULTRIE GA 31776

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 261911-12
STEAK-UMM COMPANY INC, THE
ATTN WILLIAM C BALLOU, CFO
153 SEARLES RD
POMFRET CENTER CT 06259

CREDITOR ID: 263217-12
TONE BROTHERS INC
ATTN KEVIN ROBY
2301 SE TONES DRIVE
ANKENY IA 50021

CREDITOR ID: 406115-15
VALASSIS COMMUNICATIONS, INC
ATTN RON SCHOMER/RHONDA COPELAND
19975 VICTOR PARKWAY
LIVONIA MI 48152

CREDITOR ID: 382190-51
VALASSIS SALES AND MARKETING, INC
19975 VICTOR PARKWAY
LIVONIA, MI 48152

CREDITOR ID: 264513-12
WAYNE AUTO FIRE SPRINKLER, INC
ATTN ROBERT W FULLER, CONTROLLER
222 CAPITOL CT
OCOEE, FL 34761-3033

**Total:    204**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
## IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on April 20, 2006,

upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Several formal and

informal objections to the Objection were raised or filed, as a result of which the

Debtors have agreed to continue the Objection with respect to (i) claim no. 6870

filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC,

(iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 6063 filed by

H&T Seafood, Inc., (v) claim no. 4242 filed by Healthcare Consultants of Central

Florida, (vi) claim no. 923 filed by Idelle Labs, (vii) claim no. 9835 filed by Jelly

Belly Candy Company, (viii) claim no. 5067 filed by Ken Robinson of Florida, (ix)

claim no. 4861 filed by Mattel Toys, (x) claim no. 10293 filed by New Plan Excel

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Realty Trust, (xi) claim no. 2055 filed by RM Palmer Company and (xii) claim no.

4197 filed by The Steak-Umm Company, Inc. (collectively, the "Unresolved

Objections"), which claims have been removed from Exhibit A. In addition, the

Debtors have withdrawn without prejudice their objection to (i) claim no. 7664 filed

by Clamp Swing Pricing Company, (ii) claim nos. 11285 and 11292 filed by Cleco,

(iii) claim no. 2324 filed by Coastal Truck Brokers, LLC and (iv) claim no. 7320

filed by Himmel Nutrition, which claims have been removed from Exhibit A. Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Overstated Claims listed on Exhibit A are reduced to the

amounts set forth on Exhibit A under the heading Reduced Amount and the amounts

exceeding the Reduced Amount are disallowed.

3.    Each claim and the objections by the Debtors to such claim as

addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each

claim. Any stay of this Order pending appeal by any of the claimants whose claims

are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

4.    The hearing to consider the Objection with respect to the

Unresolved Objections is continued until further order of the Court upon the motion

of any party in interest.

2

5.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.      This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this   day of April, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.

SEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A - CLAIMS TO BE REDUCED

Page: 1 of 23

Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  407423**<br>ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD  WI  54405 | 3876<br>**Debtor:  WINN-DIXIE STORES, INC.** | $319,376.53 | $317,320.09 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,056.44 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  395560**<br>ADAIR DISTRIBUTING, INC<br>ATTN KIM ADAIR, VP, CONTROLLER<br>2560 MANORCA AVE<br>NAPLES  FL  34112 | 11425<br>**Debtor:  WINN-DIXIE STORES, INC.** | $3,799.62 | $3,280.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $519.41. |
| **Creditor Id:  394052**<br>ADAMS & ADAMS, LLP<br>ATTN BRIAN DAVIS<br>155 S MIAMI AVE, 9TH FLOOR<br>MIAMI, FL  33130 | 7614<br>**Debtor:  WINN-DIXIE STORES, INC.** | $41,728.98 | $35,855.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,813.33 FOR DUPLICATE INVOICES LISTED IN PROOF OF CLAIM (INVOICE NUMBERS 37,41, AND 43) AND PAYMENT OF $60.00 TO PROCESS SERVICE COMPANY ON 10/1/04 BY SEDGWICK CHECK NUMBER 6221931. |
| **Creditor Id:  403534**<br>ADAMS RESPIRATORY THERAPEUTICS<br>ATTN WALTER E RIEHEMANN, ESQ<br>425 MAIN STREET<br>CHESTER  NJ  07930 | 1388<br>**Debtor:  WINN-DIXIE STORES, INC.** | $92,989.04 | $90,829.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,159.14 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  241653**<br>ADVANCED FOOD PRODUCTS LLC<br>ATTN KAREN KWIAT, SUPV<br>PO BOX 7247-8377<br>PHILADELPHIA, PA  19170-8377<br><br>Transferee: ASM CAPITAL LP | 5504<br>**Debtor:  WINN-DIXIE STORES, INC.** | $33,840.01 | $25,412.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $263.23 AND $8,164.36, RESPECTIVELY. |
| **Creditor Id:  241766**<br>AIRGAS SOUTH, INC<br>ATTN B HIRTH/JOSHUA T WILKINS<br>PO BOX 532609<br>ATLANTA, GA  30353-2609 | 6353<br>**Debtor:  WINN-DIXIE STORES, INC.** | $7,787.51 | $6,032.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $171.99 FOR CALCULATION ERROR, $127.47 FOR IMPERMISSIBLE FINANCE CHARGE, $1,455.40 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id:  242115**<br>AMCOR PET PACKAGING USA INC<br>ATTN WILLIAM CASSELL, GROUP MGR<br>10521 S HWY M-52<br>MANCHESTER  MI  48158 | 7469<br>**Debtor:  WINN-DIXIE STORES, INC.** | $623,421.23 | $610,817.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $12,603.92 FOR PRICING DIFFERENCES BETWEEN PURCHASE ORDERS AND INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 2 of 23
Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 395536<br>AMERICAN ELECTRIC POWER<br>ATTN DEBRA CROUCH<br>PO BOX 2021<br>ROANOKE VA 24022-2121 | 307<br>Debtor: WINN-DIXIE STORES, INC. | $28,146.47 | $14,664.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,482 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 381751<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 | 83<br>Debtor: WINN-DIXIE STORES, INC. | $8,957.59 | $5,907.96 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $102.58 AND PAYMENT OF $2,947.05 ($443.50 PAID 7/16/04, $532.25 PAID 1/5/05, $875.10 PAID 1/31/05, $716.75 PAID 2/4/05, AND $379.45 PAID 2/11/05 BY CHECK NUMBERS 7276544, 7413904, 7429190, 7438714, AND 7450638, RESPECTIVELY). |
| Creditor Id: 242321<br>AMERIPLUS INC<br>ATTN STEVEN W POIRIER, PRES<br>PO BOX 1739<br>OLDSMAR FL 34677<br><br>Transferee: ASM CAPITAL LP | 1650<br>Debtor: WINN-DIXIE STORES, INC. | $17,656.90 | $16,384.07 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,269.75 AND $3.08, RESPECTIVELY. |
| Creditor Id: 410755<br>AMROC INVESTMENTS LLC, ASSIGNEE<br>RX LABEL TECHNOLGY<br>ATTN DAVIS S LEINWAND, ESQ<br>535 MADISON AVENUE, 15TH FLOOR<br>NEW YORK NY 10022<br><br>Transferee: AMROC INVESTMENTS LLC | 9787<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $77,384.79 | $75,332.79 | REDUCED AMOUNT REFLECTS 1/26/05 PAYMENT OF $2,052.00 FOR INVOICE NUMBER 3004176 BY CHECK NUMBER 7437011. |
| Creditor Id: 403478<br>AMSW, INC<br>C/O STOVASH, CASE & TINGLEY, PA<br>ATTN RACHEL E ADAMS, ESQ<br>200 S ORANGE AVENUE, SUITE 1200<br>ORLANDO FL 32801 | 1034<br>Debtor: WINN-DIXIE STORES, INC. | $58,572.44 | $57,093.05 | REDUCED AMOUNT REFLECTS 9/10/04 PAYMENT OF $1,361.72 FOR INVOICE NUMBERS 41323, 41325, AND 41338 BY CHECK NUMBER 7324213 AND REMOVAL OF $117.67 FOR IMPERMISSIBLE LATE FEES. |
| Creditor Id: 404156<br>ARNOLD TRANSPORTATION SERVICES<br>ATTN BILL TOOMEY, CR & COLL SUPERV<br>451 FREIGHT STREET<br>CAMP HILL PA 17011 | 4113<br>Debtor: WINN-DIXIE STORES, INC. | $45,712.93 | $29,223.62 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,489.31 FOR UNDOCUMENTED CHARGES. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 382392<br>ASCENTIAL SOFTWARE<br>50 WASHINGTON STREET<br>WESTBORO, MA 01581<br><br>Counsel: ATTN PAUL W CAREY, ESQ | 9926<br>Debtor: WINN-DIXIE STORES, INC. | $131,052.41 | $48,157.86 | REDUCED AMOUNT REFLECTS REMOVAL OF $82,894.55 FOR POSTPETITION INVOICES. |
| Creditor Id: 242637<br>ASKER DISTRIBUTORS, INC<br>ATTN ALAN G ASKER, PRESIDENT<br>PO BOX 13152<br>TALLAHASSEE, FL 32317-3152 | 7643<br>Debtor: WINN-DIXIE STORES, INC. | $25,365.36 | $25,121.77 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 242964<br>BAKERY CRAFT<br>ATTN KIMBERLY MILAZZO, AR SUPERV<br>PO BOX 37<br>WEST CHESTER, OH 45071 | 9211<br>Debtor: WINN-DIXIE STORES, INC. | $1,471.56 | $716.15 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $755.41. |
| Creditor Id: 243071<br>BAREFOOT BAY WATER & SEWER DIST<br>BREVARD COUNTY BD OF COUNTY COMM<br>931 BAREFOOT BLVD, STE 2<br>BAREFOOT BAY, FL 32976-7619<br><br>Counsel: ATTN BARBARA B AMMAN, ESQ | 6212<br>Debtor: WINN-DIXIE STORES, INC. | $2,143.79 | $1,387.97 | REDUCED AMOUNT REFLECTS 7/22/05 PAYMENT OF $755.82 FOR POSTPETITION INVOICE BY CHECK NUMBER 008077968. |
| Creditor Id: 243135<br>BAUMER FOOD PRODUCTS<br>ATTN TAMMY A ROSER<br>PO BOX 54692<br>NEW ORLEANS, LA 70154-4692 | 7877<br>Debtor: WINN-DIXIE STORES, INC. | $72,508.84 | $49,847.85 | REDUCED AMOUNT REFLECTS ACCOUNT PAYABLE CREDIT OF $3,720.71 AND REMOVAL OF $7,773.24 FOR IMPERMISSIBLE LATE FEES AND $11,167.04 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 243169<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO, IL 60690-1455 | 4003<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $17,714.16 | $13,250.57 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,463.59. |
| Creditor Id: 243173<br>BBF PRINTING SOLUTIONS<br>ATTN TAMMY LYONS<br>PO BOX 250<br>PINELLAS PARK FL 33780-0250 | 1936<br>Debtor: WINN-DIXIE STORES, INC. | $30,525.87 | $14,138.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,046.11 FOR GOODS THAT WERE TO BE DELIVERED AT NO CHARGE AND $341.33 FOR UNDOCUMENTED CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 243198<br>BEARINGS & DRIVES INC<br>ATTN ANDREW H NATIONS, PRESIDENT<br>PO BOX 116733<br>ATLANTA, GA 30368-6733 | 7506<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $30,665.30 | $29,796.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $868.67 AS INVOICE NUMBER 680970 SHOULD BE $37.72 INSTEAD OF $906.39 ASSERTED BY CLAIMANT. CLAIMANT AGREES TO THE REDUCED AMOUNT. |
| **Creditor Id:** 243349<br>BERNER FOODS INC<br>ATTN THOMAS D DICKSON, VP/CFO<br>2034 E FACTORY RD<br>DAKOTA IL 61018<br>Transferee: REDROCK CAPITAL PARTNERS LLC | 1626<br>**Debtor:** WINN-DIXIE STORES, INC. | $13,213.44 | $11,044.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,169.36 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES |
| **Creditor Id:** 399396<br>BEST ACCESS SYSTEMS<br>ATTN RAY MINCE<br>6161 E 75TH STREET<br>INDIANAPOLIS IN 46250 | 573<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,516.40 | $7,888.05 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,628.35. |
| **Creditor Id:** 243604<br>BLAIREX LABORATORIES, INC<br>ATTN: GLENN A DODGE, CFO<br>PO BOX 2127<br>COLUMBUS, IN 47202-2127<br>Transferee: ASM CAPITAL LP | 825<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,698.72 | $9,664.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,033.83. |
| **Creditor Id:** 381780<br>BLISTEX INC<br>ATTN DANIEL S LISZKA, CR MGR<br>1800 SWIFT DRIVE<br>OAK BROOK IL 60523 | 182<br>**Debtor:** WINN-DIXIE STORES, INC. | $45,014.28 | $12,171.19 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,691.00 AND $30,152.09, RESPECTIVELY. |
| **Creditor Id:** 243650<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH 43764<br>Counsel: ATTN JERRY VANDE WERKEN, ESQ | 9738<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $10,510.57 | $5,670.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,840.57 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |
| **Creditor Id:** 244035<br>BROOKS STREET BAKERY<br>PO BOX 8767<br>ROLAND HEIGHTS CA 91748-0767 | 2416<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $28,393.70 | $24,494.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,899.30 FOR UNDOCUMENTED CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id:  244120<br>BRYANT'S MEATS INC<br>ATTN ROBERT H HUNT, OWNER<br>PO BOX 321<br>TAYLORSVILLE, MS 39168-0321 | 1443<br>Debtor:  WINN-DIXIE STORES, INC. | $30,335.42 | $14,897.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $134.87 AND REMOVAL OF $15,032.41 FOR UNDOCUMENTED CHARGES AND $270.60 FOR POSTPETITION ITEM. |
| Creditor Id:  244185<br>BURD & FLETCHER COMPANY<br>ATTN DONALD C HULFELD, VP FIN<br>5151 EAST GEOSPACE DRIVE<br>INDEPENDENCE  MO  64056 | 3193<br>Debtor:  WINN-DIXIE STORES, INC. | $35,320.68 | $34,133.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $570.29 AND REMOVAL OF $616.9 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id:  406166<br>BURRIS REFRIGERATED LOGISTICS<br>ATTN MIKE SCARBOROUGH, ASST SEC<br>4501 DIGNAN STREET<br>JACKSONVILLE  FL  32254 | 3520<br>Debtor:  WINN-DIXIE STORES, INC. | $35,921.00 | $34,996.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $924.54. |
| Creditor Id:  244250<br>BWI COMPANIES, INC<br>ATTN ART PHELPS, CORP CR MGR<br>PO BOX 990<br>NASHVILLE  TN  75569 | 2580<br>Debtor:  WINN-DIXIE STORES, INC. | $24,956.08 | $18,559.47 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $490.92 AND REMOVAL OF $5,905.69 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id:  244330<br>CABOT CREAMERY COOPERATIVE INC<br>ATTN LAURA DEPRATO, CREDIT MGR<br>1 HOME FARM WAY<br>MONTPELIER  VT  05602<br><br>Transferee: ASM CAPITAL LP | 3400<br>Debtor:  WINN-DIXIE STORES, INC. | $22,913.52 | $16,460.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $212.52 AND 3/3/05 PAYMENT OF $6,240.36, BY CHECK NUMBER 008002193 FOR POSTPETITION INVOICE. |
| Creditor Id:  244420<br>CAMP TRANSPORTATION, INC<br>ATTN RICHARD E CAMP, PRESIDENT<br>PO BOX 6722<br>JACKSONVILLE, FL  32236-6722 | 9514<br>Debtor:  WINN-DIXIE STORES, INC. | $39,692.37 | $21,719.35 | REDUCED AMOUNT REFLECTS PREPETITION PAYMENTS AGGREGATING $17,973.02 TO CITI CAPITAL, ASSIGNEE OF CLAIMANT'S RECEIVABLES. |
| Creditor Id:  244462<br>CAPITAL CITY PRESS<br>ATTN KAY RICE, CR MGR<br>PO BOX 588<br>BATON ROUGE, LA  70821 | 4383<br>Debtor:  WINN-DIXIE STORES, INC. | $18,407.75 | $13,894.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,672.55 AND REMOVAL OF $2,840.56 FOR POSTPETITION CHARGES. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 244538<br>CARL BUDDIG & CO<br>PO BOX 72238<br>CHICAGO, IL 60678-2238 | 4116<br><br>Debtor: WINN-DIXIE STORES, INC. | $356,753.85 | $340,901.14 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $525.96 AND $41.87, RESPECTIVELY, AND 3/23/05 PAYMENT OF $15,284.88 FOR POSTPETITION RECEIPT OF GOODS LISTED IN PREPETITION INVOICES BY CHECK NUMBER 008009046. |
| Creditor Id: 244625<br>CAROLINA DOOR CONTROLS INC<br>ATTN RUFUS R MINOR, II, MGR<br>PO BOX 890277<br>CHARLOTTE, NC 28289-0277 | 8788<br><br>Debtor: WINN-DIXIE STORES, INC. | $26,079.15 | $23,017.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,061.52 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 244698<br>CARRIER SALES & DISTRIBUTION<br>ATTN RON REITLER<br>PO BOX 668109<br>CHARLOTTE, NC 28266 | 2069<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | $13,711.64 | $244.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $6,649.92 AND REMOVAL OF $6,817.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 244804<br>CCA INDUSTIRES INC<br>ATTN ROBIN LYNN DECHERT, ASST CONTR<br>200 MURRAY HILL PKY<br>EAST RUTHERFORD, NJ 07073-2113 | 1674<br><br>Debtor: WINN-DIXIE STORES, INC. | $30,122.59 | $8,589.14 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,533.45. |
| Creditor Id: 406141<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | 12092<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | $304,800.58 | $296,709.09 | CLAIMANT OVERSTATES TAX LIABILITY AND REJECTION DAMAGES. REDUCED AMOUNT CONSISTS OF $21,731.91 FOR TAXES, $33,174.18 FOR COMMON AREA MAINTENANCE, AND $241,803.00 FOR REJECTION DAMAGES. |
| Creditor Id: 406164<br>CHAFFEE POINT HOSPITALITIES LLC DBA<br>HAMPTON INN<br>ATTN JANE P MOTLEY, MANAGING MEMBER<br>548 CHAFFEE POINT BLVD<br>JACKSONVILLE FL 32221 | 3488<br><br>Debtor: WINN-DIXIE STORES, INC. | $6,269.95 | $5,106.56 | REDUCED AMOUNT REFLECTS 6/7/05 PAYMENT OF $1,163.39 BY CHECK NUMBER 008053222 FOR POSTPETITION INVOICES. |
| Creditor Id: 245007<br>CHARDON LABORATORIES INC<br>ATTN CHARLES L FULLER, CFO<br>7300 TUSSING RD<br>REYNOLDSBURG OH 43068-4111 | 1379<br><br>Debtor: WINN-DIXIE LOGISTICS, INC. | $1,924.72 | $962.36 | REDUCED AMOUNT REFLECTS PAYMENT OF POSTPETITION INVOICE NUMBERS 104939 AND 106432, EACH IN THE AMOUNT OF $481.18 BY CHECK NUMBERS 008033340 AND 008046062, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 245159<br>CHELSEA MILLING CO<br>ATTN ROBERT NEESAM, CONTROLLER<br>PO BOX 460<br>CHELSEA, MI 48118-0460 | 7850<br>Debtor: WINN-DIXIE STORES, INC. | $33,063.12 | $29,096.06 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,803.84 AND $1,163.22, RESPECTIVELY. |
| Creditor Id: 399299<br>CHEM-AQUA<br>ATTN SUSAN RICHEY, CR SUPERV<br>2727 CHEMSEARCH BLVD<br>IRVING TX 75062 | 453<br>Debtor: WINN-DIXIE STORES, INC. | $36,630.80 | $27,562.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,068.30 FOR INVOICES THAT ARE NOT LIABILITIES OF ANY OF THE DEBTORS. |
| Creditor Id: 245167<br>CHEMPOINT.COM<br>ATTN CHRIS JARDINE, FIN DIR<br>411 108TH AVENUE NE, SUITE 1050<br>BELLUVUE, WA 98004 | 1782<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $27,661.00 | $372.60 | REDUCED AMOUNT REFLECTS 6/3/05 PAYMENT OF $27,288.40 FOR POSTPETITION INVOICE NUMBER 411088 BY CHECK NUMBER 008052190. |
| Creditor Id: 407592<br>CHEP EQUIPMENT POOLING SYSTEMS<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 4474<br>Debtor: WINN-DIXIE STORES, INC. | $11,289.67 | $9,150.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,139.67 FOR CHARGEBACK OF DEDUCTION PREVIOUSLY TAKEN DUE TO DOUBLE PAYMENT. |
| Creditor Id: 245219<br>CHEVRON PRODUCTS COMPANY<br>ATTN FRED TAYLOR, CREDIT ANALYST<br>PO BOX 9400<br>CONCORD CA 94524-1940 | 11245<br>Debtor: WINN-DIXIE STORES, INC. | $73,295.29 | $47,528.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $119.44 AND $150.23, RESPECTIVELY, AND 8/15/05 PAYMENT OF $25,497.36 FOR POSTPETITION INVOICE NUMBER 623157605 BY CHECK NUMBER 008086205. |
| Creditor Id: 240014<br>CITY OF DAYTONA BEACH<br>ATTN A JACKSON, ASST CITY ATTORNEY<br>PO BOX 2451<br>DAYTONA BEACH FL 32115-2451 | 8931<br>Debtor: WINN-DIXIE STORES, INC. | $5,045.03 | $540.56 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT DID NOT PROVIDE INVOICES DESPITE SEVERAL REQUESTS. |

WINN-DIXIE STORES, INC., ET AL.

SEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 240034<br>CITY OF DURHAM<br>COLLECTIONS DIVISION<br>ATTN DONALD D POWELL OR DON DANIEL<br>101 CITY HALL PLAZA<br>DURHAM NC 27701 | 1676<br>Debtor: WINN-DIXIE STORES, INC. | $1,805.38 | $778.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $860.00 FOR UNDOCUMENTED CHARGES AND $167 FOR POSTPETITION PORTION OF INVOICE NUMBER MSTA-001253. |
| Creditor Id: 245753<br>CITY OF FLORENCE WATER DEPT<br>ATTN LYNWOOD F GIVENS<br>CITY-COUNTY COMPLEX ZZ<br>180 N IRBY ST<br>FLORENCE, SC 29501 | 1490<br>Debtor: WINN-DIXIE STORES, INC. | $3,999.04 | $2,725.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,273.64 FOR POSTPETITION INVOICES. |
| Creditor Id: 245781<br>CITY OF GASTONIA TAX DEPT<br>ATTN SALLY BARKOWSKI<br>PO BOX 1748<br>GASTONIA, NC 28053 | 3155<br>Debtor: WINN-DIXIE STORES, INC. | $38,682.97 | $28,730.57 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,952.40 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 403414<br>CITY OF GREENSBORO, NC<br>ATTN CHRISTOPHER S PAYNE TAX COLL<br>PO BOX 3136<br>GREENSBORO NC 27402-3136 | 927<br>Debtor: WINN-DIXIE STORES, INC. | $3,781.26 | $1,862.38 | REDUCED AMOUNT REFLECTS PAYMENTS OF PREPETITION INVOICE NUMBERS 2200002524 OF $767.63 AND 2200003514 OF $1,001.25 ON 03/25/05 BY CHECK NUMBER 009901108 AND 2200003877 OF $50.00, 2200002608 OF $50.00, AND 1100388330 OF $50 ON 05/05/05 BY CHECK NUMBER 008034441 PURSUANT TO UTILITIES ORDER (DKT NO. 1327). |
| Creditor Id: 265621<br>CITY OF HALLANDALE BEACH FIN DEPT<br>ATTN MARK ANTONIO, FIN DIR<br>400 S FEDERAL HWY<br>HALLANDALE FL 33009-6433 | 10624<br>Debtor: WINN-DIXIE STORES, INC. | $20,640.94 | $7,198.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,442.28 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 245980<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE, GA 31776<br><br>Counsel: ATTN MICKEY E WALLER, ESQ | 9555<br>Debtor: WINN-DIXIE STORES, INC. | $48,884.23 | $12,553.69 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,065.26 FOR UNDOCUMENTED CHARGES AND $29,265.28 FOR POSTPETITION INVOICES. |
| Creditor Id: 246116<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | 1808<br>Debtor: WINN-DIXIE STORES, INC. | $29,267.17 | $17,862.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,404.27 FOR POSTPETITION CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 9 of 23
Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 404403**<br>CITY OF WEST PALM BEACH, FL<br>PO BOX 3506<br>WEST PALM BEACH FL 33402-3506<br><br>Counsel: ATTN LISA M CONFORTI, ESQ | 5524<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $6,024.11 | $115.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,909.11 FOR POSTPETITION CHARGES. |
| **Creditor Id: 246291**<br>CJ'S SALES & SERVICE<br>ATTN DUDLEY A HARGROVE, OWNER<br>132 NE 17TH PLACE<br>OCALA, FL 34470<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 1401<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $24,080.56 | $12,644.72 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,435.84 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11275<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $18,587.95 | $12,693.86 | VENDOR SENT FINAL BILL FOR 11 DAYS OF SERVICE FROM 02/11 TO 02/21 BUT BILLED DEBTOR FOR 24 DAYS OF SERVICE. REDUCED AMOUNT REFLECTS AMOUNT DUE FOR 11 DAYS OF SERVICE. |
| **Creditor Id: 246617**<br>COLGIN CO<br>ATTN KERRY THORNHILL, VP<br>2230 VALDINA<br>DALLAS TX 75207 | 2281<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $4,786.09 | $1,333.30 | REDUCED AMOUNT REFLECTS REMOVAL OF $528.00 FOR INVOICE NUMBER 15291 ADMITTED BY CLAIMANT TO BE INVALID INVOICE NUMBER, CREDITS AGGREGATING $21.23 FOR INVOICE NUMBERS 20071 AND 21259, AND PAYMENTS OF $527.90 ON 1/20/04 FOR INVOICE NUMBER 15290 BY CHECK NUMBER 7102660, $527.90 ON 7/19/04 FOR INVOICE NUMBER 15434 BY CHECK NUMBER 7272296, $528.00 ON 4/1/02 FOR INVOICE NUMBER 14344 BY CHECK NUMBER 6413427, AND $1,319.76 ON 7/19/04 FOR INVOICE NUMBER 13792 (BUT REFERRED TO NUMBER 15487) BY CHECK NUMBER 7272296. |
| **Creditor Id: 246744**<br>COMMERCIAL SHUTTLE SERVICE<br>ATTN MELBA J COLLINS, PRES<br>PO BOX 50575<br>ALBANY, GA 31703-0575 | 1593<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $2,451.59 | $772.59 | REDUCED AMOUNT REFLECTS TWO ACH PAYMENTS EACH IN THE AMOUNT OF $839.50 ON 12/30/04 AND 1/7/05 BY CHECK NUMBERS 00109002 AND 00109457, RESPECTIVELY. |
| **Creditor Id: 378305**<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 10011<br><br>**Debtor:** WINN-DIXIE STORES, INC. | $107,070.57 | $93,097.67 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,722.26 AND REMOVAL OF $9,250.64 ALREADY INCLUDED AND ALLOWED IN CLAIM NUMBER 16. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 246874**<br>CONROS CORPORATION<br>ATTN MAHENDRA VARIYA, CONTROLLER<br>41 LESMILL ROAD<br>NORTH YORK  ON  M3B2T3 CANADA | 9489<br>Debtor: WINN-DIXIE STORES, INC. | $64,590.82 | $60,149.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,312.40 AND $3,129.07, RESPECTIVELY. |
| **Creditor Id: 246959**<br>COOKE COMMUNICATIONS LLC DBA<br>KEY WEST CITIZEN<br>ATTN PAUL CLAKIN, CFO<br>PO BOX 1800<br>KEY WEST, FL  33041-1800 | 9771<br>Debtor: WINN-DIXIE STORES, INC. | $13,243.42 | $11,092.35 | REDUCED AMOUNT REFLECTS AMOUNT DUE IF CLAIMANT USED APPROPRIATE DISCOUNT RATE. |
| **Creditor Id: 246974**<br>COOPERATIVE PROPANE INC<br>ATTN JUDY M BRAGG<br>414 TWAIN CURVE<br>MONTGOMERY, AL  36117 | 9272<br>Debtor: WINN-DIXIE STORES, INC. | $3,173.25 | $1,935.90 | REDUCED AMOUNT REFLECTS PAYMENTS OF $121.00 FOR INVOICE NUMBERS 39960 AND 39963 ON 8/2/04 BY CHECK NUMBER 007312370 AND $94.60 FOR INVOICE NUMBER 41453 ON 1/7/05 BY CHECK NUMBER 007424069 DATED 1/07/05 AND REMOVAL OF $1,021.75 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 266187**<br>COUNTY OF BAY<br>C/O BURKE BLUE HUTCHISON & WALTERS<br>ATTN WILLIAM C HENRY, ESQ<br>221 MCKENZIE AVENUE<br>PANAMA CITY  FL  32401 | 7430<br>Debtor: WINN-DIXIE STORES, INC. | $2,453.61 | $673.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $556.70 FOR IMPERMISSIBLE LATE FEES AND $170.52 AND $1,052.97 FOR POSTPETITION INVOICES IN ACCOUNTS 17-00 AND 9-03, RESPECTIVELY. |
| **Creditor Id: 618**<br>COUNTY OF MIAMI DADE WATER & SEWER<br>ATTN LINDA KENT, CUSTOMER SVC SUP 1<br>PO BOX 330316<br>MIAMI  FL  33233 | 3468<br>Debtor: WINN-DIXIE STORES, INC. | $64,059.65 | $59,215.33 | REDUCED AMOUNT REFLECTS REMOVAL OF $115.82 FOR IMPERMISSIBLE LATE CHARGES AND $4,728.50 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 247198**<br>CREST STEP ON INC<br>ATTN DAVID C DUPONT, PRES<br>PO BOX 920706<br>HOUSTON, TX  77292-0706 | 1945<br>Debtor: WINN-DIXIE STORES, INC. | $7,768.80 | $3,905.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,863.80 FOR UNDOCUMENTED CHARGES DESPITE DEBTOR'S REPEATED INQUIRIES. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 1238<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | 10091<br>Debtor: WINN-DIXIE STORES, INC. | $29,035.73 | $21,338.66 | CLAIMANT OVERSTATES 2003 AND 2004 REAL ESTATE TAXES OWED. REDUCED AMOUNT REFLECTS REDUCTION OF THOSE TAXES BY $3,614 AND $4,083.07, RESPECTIVELY. |
| Creditor Id: 247577<br>DANKA OFFICE IMAGING CO<br>ATTN LEE ACEVEDO<br>11401 16TH COURT N<br>ST PETERSBURG FL 33778 | 1649<br>Debtor: WINN-DIXIE RALEIGH, INC. | $8,916.72 | $3,447.50 | REDUCED AMOUNT REFLECTS 5/23/05 PAYMENT OF $5,469.22 ON POSTPETITION INVOICE NUMBER 703404096 BY CHECK NUMBER 008044664. |
| Creditor Id: 247777<br>DAYTONA TIMES<br>ATTN PUBLISHER/GEN MGR<br>PO BOX 1110<br>DAYTONA BEACH, FL 32115-1110 | 7750<br>Debtor: WINN-DIXIE STORES, INC. | $6,930.00 | $5,544.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT DOUBLE BILLED TWO ADVERTISEMENTS IN THE AGGREGATE AMOUNT OF $1,386.00. |
| Creditor Id: 248046<br>DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | 944<br>Debtor: WINN-DIXIE STORES, INC. | $140,715.75 | $138,911.07 | REDUCED AMOUNT REFLECTS CLAIMANT'S AGREEMENT TO DEDUCTIONS OF $1,804.68. |
| Creditor Id: 248479<br>DOVER CONE<br>ATTN RICHARD BRONOWICKI, DIR OF OP<br>4350 HARVESTER ROAD<br>BURLINGTON, ON L7R 3Y7 CANADA<br><br>Transferee: ASM CAPITAL LP | 125<br>Debtor: WINN-DIXIE STORES, INC. | $31,939.07 | $28,192.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $519.45 AND 4/13/05 PAYMENT OF $3,227.32 BY CHECK NUMBER 008020641 FOR GOODS RECEIVED POSTPETITION ON PREPETITION INVOICE NUMBER 82339. |
| Creditor Id: 248629<br>E&B GIFTWARE, LLC<br>ATTN JOHN SERVIDIO, COLLECTION MGR<br>4 EXECUTIVE PLAZA<br>YONKERS NY 10701<br><br>Transferee: ASM CAPITAL LP | 4646<br>Debtor: WINN-DIXIE STORES, INC. | $70,546.56 | $69,275.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,271.39. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 243782**<br>EARL W COLVARD, INC DBA<br>BOULEVARD TIRE CENTER<br>816 S WOODLAND BLVD<br>DE LAND  FL  32720 | 10473<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $9,448.39 | $6,323.53 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,124.86 FOR POSTPETITION INVOICES. |
| **Creditor Id: 248659**<br>EARTHSTONE INTERNATIONAL LLC<br>ATTN RICHARD L KILEY, CEO<br>555 REPUBLIC DRIVE, SUITE 440<br>PLANO, TX  75024<br><br>Counsel: ATTN JOHN K SILVER, ESQ | 7021<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $32,150.40 | $29,356.57 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,793.83. |
| **Creditor Id: 248818**<br>EDWARDS MANUFACTURING<br>ATTN KARL HEROLD, CONTROLLER<br>1316 TECH BLVD<br>TAMPA  FL  33619 | 3934<br>Debtor: WINN-DIXIE STORES, INC. | $50,677.61 | $48,455.52 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,222.09. |
| **Creditor Id: 410684**<br>ELMERS PRODUCTS INC<br>ATTN MICHELLE VICKERS<br>PO BOX 42336<br>CINCINNATI  OH  45242 | 9672<br>Debtor: WINN-DIXIE STORES, INC. | $14,697.86 | $8,057.02 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $359.51 AND $1,421.56, RESPECTIVELY, AND REMOVAL OF $4,859.77 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 248625**<br>ET BROWNE DRUG CO. INC<br>ATTN GERMAINE HALAS, CONTROLLER<br>440 SYLVAN AVE<br>PO BOX 1613<br>ENGLEWOOD CLIFFS, NJ  07632 | 4389<br>Debtor: WINN-DIXIE STORES, INC. | $24,457.94 | $21,072.34 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,385.60. |
| **Creditor Id: 249239**<br>EVENFLO COMPANY, INC<br>ATTN TERESA MILEY, CREDIT MGR<br>NORTHWOODS BUSINESS CENTER II<br>707 CROSSROADS COURT<br>VANDALIA, OH  45377 | 5215<br>Debtor: WINN-DIXIE STORES, INC. | $12,352.74 | $11,258.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $114.72 AND $979.27, RESPECTIVELY. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 399347<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | 2384<br>Debtor: WINN-DIXIE STORES, INC. | $1,250.76 | $398.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $852.68 FOR POSTPETITION INVOICE. |
| Creditor Id: 249270<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462<br><br>Counsel: ATTN WILLIAM J MARELL ESQ | 10336<br>Debtor: WINN-DIXIE STORES, INC. | $38,955.98 | $34,611.04 | REDUCED AMOUNT REFLECTS 10/25/05 PAYMENT OF $4,344.94. FOR POSTPETITION INVOICE NUMBER 273024 BY CHECK NUMBER 8120944. |
| Creditor Id: 410361<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | 7287<br>Debtor: WINN-DIXIE STORES, INC. | $11,047.50 | $9,202.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,751.43 AND $93.30, RESPECTIVELY. |
| Creditor Id: 407677<br>FEDERAL EXPRESS CORPORATION<br>ATTN CINDY MEACHA, REV REC/BANKRUP<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS TN 38132 | 4949<br>Debtor: WINN-DIXIE STORES, INC. | $86,113.55 | $84,814.48 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,299.07 FOR POSTPETITION CHARGES. |
| Creditor Id: 249505<br>FILMART<br>ATTN JUDITH LEFKOWITZ<br>4111 GLENWOOD RD<br>BROOKLYN, NY 11210-2024 | 1048<br>Debtor: WINN-DIXIE STORES, INC. | $21,933.00 | $17,794.80 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,138.20. |
| Creditor Id: 249626<br>FLANDERS PRECISIONAIRE<br>CORPORATE OFFICES<br>ATTN PAMELA M BRANDEN, PARALEGAL<br>PO BOX 7568<br>ST PETERSBURG FL 33734-7560<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 11309<br>Debtor: WINN-DIXIE STORES, INC. | $115,770.64 | $81,267.93 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4.91 AND $600.00, RESPECTIVELY, AND REMOVAL OF $33,897.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  404048**<br>FLAV-O-RICH, INC<br>ATTN TERESA SMITH<br>221 HAL ROGERS PARKWAY<br>LONDON KY 40741 | 2003<br><br>Debtor:  **WINN-DIXIE STORES, INC.** | $2,998.51 | $911.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,086.71 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  384126**<br>FLORIDA EAST COAST RAILWAY<br>ATTN WILLIAM A COGGINS, JR, CR MGR<br>ONE MALAGA STREET<br>PO BOX 1048<br>ST AUGUSTINE  FL  32085-1048<br><br>Counsel: RIVERPLACE TOWER | 7290<br><br>Debtor:  **WINN-DIXIE STORES, INC.** | $378,979.03 | $343,380.85 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,044.10 FOR INVOICE NUMBER 615835 ON 8/5/04 BY CHECK NUMBER 007299166, $9,412.15 FOR POSTPETITION INVOICE NUMBERS 75560305 , 75560605, 75649405, 75649605, 75650005, 75650405, 75650505, 75650705, 75650805, 75650605, AND 75651805 ON 3/11/05 BY CHECK NUMBER 008004699, $572.25 FOR POSTPETITION INVOICE NUMBER 75562005 ON 4/1/05 BY CHECK NUMBER 008015001, AND $1,128.15 FOR POSTPETITION INVOICE NUMBER 75653105 ON 4/4/05 BY CHECK NUMBER 008015828 AND REMOVAL OF $4,535.92 AND 18,905.61 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  404702**<br>FOX PROTECTIVE SERVICES INC<br>ATTN BRIAN FOX, PRESIDENT<br>4905 W LAUREL STREET, SUITE 301<br>TAMPA  FL  33607-3838 | 5026<br><br>Debtor:  **WINN-DIXIE STORES, INC.** | $24,492.24 | $22,819.96 | REDUCED AMOUNT REFLECTS 3/11/05 PAYMENT OF $1,672.28 FOR POSTPETITION PORTION OF INVOICE NUMBER 3379 BY CHECK NUMBER 008004698. |
| **Creditor Id:  250115**<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL  60673-7181 | 3515<br><br>Debtor:  **WINN-DIXIE STORES, INC.** | $224,232.89 | $170,160.59 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,697.44 AND $49,374.86, RESPECTIVELY. |
| **Creditor Id:  250239**<br>GALDERMA LABORATORIES<br>ATTN GENERAL COUNSEL<br>14501 NORTH FREEWAY<br>FORT WORTH TX  76177 | 6779<br><br>Debtor:  **WINN-DIXIE STORES, INC.** | $17,322.94 | $6,852.92 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $10,470.02. |
| **Creditor Id:  250251**<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>ATTN: SAM SCELFO, PRES<br>PO BOX 857<br>KENNER, LA  70063<br><br>Counsel: ATTN CONRAD MEYER IV, ESQ | 2484<br><br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $4,141.44 | $1,980.45 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21.15 AND REMOVAL OF $2,139.84 FOR POSTPETITION INVOICE NUMBER 63218. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 250322<br>GATOR FINER FOODS INC & COMMERCIAL<br>BUSINESS FINANCE<br>ATTN ANDREW RUSSO, PRES<br>PO BOX 1209<br>WINTER PARK  FL  32790<br><br>Transferee: ASM CAPITAL LP | 271<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,842.88 | $16,691.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,151.87. |
| **Creditor Id:** 381917<br>GMAC COMMERCIAL FINANCE LLC<br>ATTN CRAIG GALLETTO, ASST VP<br>1290 AVENUE OF THE AMERICAS, 3RD FL<br>NEW YORK  NY  10104 | 215<br>**Debtor:** WINN-DIXIE STORES, INC. | $91,936.32 | $86,936.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $5,000.00. |
| **Creditor Id:** 380945<br>GONZALEZ & TAPANES FOODS DBA<br>SANTA FE INTERNATIONAL<br>ATTN FERNANDO GONZALEZ, SALES MGR<br>9151 NW 97 TERRACE<br>MEDLEY  FL  33178 | 10915<br>**Debtor:** WINN-DIXIE STORES, INC. | $226,988.64 | $220,362.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $6,625.69. |
| **Creditor Id:** 410934<br>GREEN MOUNTAIN COFFEE ROASTERS, INC<br>C/O MERRITT & MERRITT & MOULTON<br>ATTN H KENNETH MERRITT JR, ESQ<br>PO BOX 5839<br>BURLINGTON  VT  05402 | 10165<br>**Debtor:** WINN-DIXIE STORES, INC. | $18,433.80 | $12,636.65 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $15.55 AND 2/4/05 PAYMENTS OF $3,070.80 AND $2,710.80 FOR INVOICE NUMBERS 2877654 AND 2708307, RESPECTIVELY, BY CHECK NUMBER 007444602. |
| **Creditor Id:** 250874<br>GREENS-R-US<br>ATTN S KAY FISH, CO-OWNER<br>16150 CREWS ROAD<br>GLEN ST MARY  FL  32040 | 11629<br>**Debtor:** WINN-DIXIE STORES, INC. | $13,733.00 | $12,667.00 | REDUCED AMOUNT REFLECTS 3/4/05 PAYMENT OF $1,066.00 FOR POSTPETITION INVOICE NUMBER 642716 BY CHECK NUMBER 008002549. |
| **Creditor Id:** 250908<br>GREENWOOD PACKING PLANT<br>PO BOX 751645<br>CHARLOTTE  NC  28275 | 1629<br>**Debtor:** WINN-DIXIE STORES, INC. | $122,874.06 | $108,751.66 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,467.10 AND $480.00, RESPECTIVELY, AND REMOVAL OF $12,175.30 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id:  251122<br>HABETZ ROOF SERVICE, INC<br>ATTN SANDRA B HABETZ, OFF MGR<br>4217 ROBERTS COVE ROAD<br>RAYNE, LA  70578 | 277<br>Debtor:  WINN-DIXIE STORES, INC. | $2,653.00 | $963.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,270.00 ON 3/29/05 FOR POSTPETITION INVOICE NUMBER 2044 BY CHECK NUMBER 008012058 AND $420.00 ON 4/29/05 FOR POSTPETITION INVOICE NUMBER 2042 BY CHECK NUMBER 009901621. |
| Creditor Id:  251286<br>HARRIS TRANSPORT COMPANY<br>ATTN C R HIGHLANDS, VP COLLECTIONS<br>PO BOX 529<br>MONROE, NC  28111 | 3492<br>Debtor:  WINN-DIXIE LOGISTICS, INC. | $64,703.29 | $58,603.29 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,653.00 FOR INVOICE NUMBERS BT3346 (STATED TWICE IN PROOF OF CLAIM), B35121, AND B35293 AS THERE IS NO PROOF OF DELIVERY AND $1,447.00 FOR POSTPETITION INVOICE NUMBER B39279. |
| Creditor Id:  384153<br>HC BRILL COMPANY INC<br>ATTN STEPHANIE OWENS, AR SUPERV<br>1912 MONTREAL ROAD<br>TUCKER, GA  30084 | 3459<br>Debtor:  WINN-DIXIE STORES, INC. | $107,591.14 | $95,029.97 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,206.80 AND REMOVAL OF $9,354.37 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. |
| Creditor Id:  251391<br>HEALTHTEX DIST CORP<br>ATTN NATTY R ELIAS, PRES<br>3555 NW 41ST ST<br>MIAMI, FL  33142 | 6717<br>Debtor:  WINN-DIXIE STORES, INC. | $40,182.21 | $36,768.31 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $3,413.90. |
| Creditor Id:  251514<br>HERBONICS INC/SHENANDOAH GROWERS, INC.<br>ATTN TIMOTHY HEYDON, PRESIDENT<br>PO BOX 228<br>LACEY SPRING  VA  22833 | 7009<br>Debtor:  WINN-DIXIE STORES, INC. | $3,705.14 | $1,253.70 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,683.46 AND REMOVAL OF $767.98 FOR UNDOCUMENTED CHARGES. |
| Creditor Id:  251521<br>HERITAGE FOODS<br>PO BOX 54720<br>LOS ANGELES, CA  90054-0720 | 3781<br>Debtor:  WINN-DIXIE STORES, INC. | $78,285.99 | $76,067.06 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,218.93. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 4542<br><br>**Debtor:**  WINN-DIXIE SUPERMARKETS, INC. | $58,424.09 | $56,681.15 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT OVERSTATES 2004 TAX LIABILITY BY $1,243.95 AND DOES NOT DOCUMENT $498.99 LIABILITY DESPITE DEBTOR'S REPEATED INQUIRIES. |
| **Creditor Id: 251617**<br>HILEX POLY CO LLC<br>ATTN JACK JOSEY, CREDIT MGR<br>101 E CAROLINA AVENUE<br>HARTSVILLE  SC  29550 | 7442<br><br>**Debtor:**  WINN-DIXIE PROCUREMENT, INC. | $139,040.99 | $133,958.87 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 251658**<br>HINSDALE FARMS<br>ATTN MILTON SMITH, PRES<br>DEPT 77-6533<br>CHICAGO, IL  60678-6533 | 1512<br><br>**Debtor:**  WINN-DIXIE STORES, INC. | $5,975.20 | $3,647.20 | REDUCED AMOUNT REFLECTS 8/31/05 PAYMENT OF $2,328.00 FOR POSTPETITION INVOICES BY WIRE TRANSFER. |
| **Creditor Id: 251760**<br>HOLLOWAY HOUSE INC<br>ATTN CAMERON N ECK, CFO<br>PO BOX 50126<br>INDIANAPOLIS, IN  46250 | 3641<br><br>**Debtor:**  WINN-DIXIE STORES, INC. | $5,616.00 | $1,063.65 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,552.35. |
| **Creditor Id: 251783**<br>HOMADE FOODS SALES, INC<br>ATTN HOWARD H BURRIS/JEAN ROOK<br>4641 FORSYTH STREET<br>PO BOX 505<br>BAGDAD, FL  32530-0505 | 7926<br><br>**Debtor:**  WINN-DIXIE STORES, INC. | $12,460.28 | $10,018.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,281.04 AND $160.86, RESPECTIVELY. |
| **Creditor Id: 250097**<br>HOME MARKET FOODS INC DBA<br>FREEZER QUEEN FOODS INC<br>ATTN STEVEN SMITH, GM<br>975 FUHRMANN BLVD<br>BUFFALO NY  14203 | 4409<br><br>**Debtor:**  WINN-DIXIE STORES, INC. | $149,764.65 | $48,556.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 251808<br>HONEYWELL CONSUMER PRODUCTS GROUP<br>ATTN STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | 2203<br>Debtor: WINN-DIXIE STORES, INC. | $204,832.32 | $190,186.74 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,104.26, CREDIT MEMO 2656687 DATED 3/9/04 OF $99.72, AND REMOVAL OF $12,441.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 404841<br>HOSA INTERNATIONAL<br>ATTN LAURA CEPERO, COMPTROLLER<br>1617 NW 84TH AVE<br>MIAMI FL 33126 | 11709<br>Debtor: WINN-DIXIE STORES, INC. | $188,447.78 | $78,078.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $839.16 FOR INVOICE NUMBER 385503 AS THE DEBTOR HAS NO PROOF OF DELIVERY AND PURCHASE ORDER NUMBER LISTED IS INVALID AND $109,530.37 AS NOT OWED BY THE DEBTOR ($10,950.10 OWED BY BOUQUET COLLECTION, $5,082.63 BY NATURE'S FLOWERS, $38,219.02 BY RIVERDALE FARMS, AND $55,278.62 BY FALCON). |
| Creditor Id: 410411<br>HOUSE AUTRY MILLS, INC<br>ATTN PAUL PARKS, VP FINANCE<br>7000 US HWY 301 SOUTH<br>PO BOX 460<br>FOUR OAKS NC 27524-0460 | 7472<br>Debtor: WINN-DIXIE STORES, INC. | $6,173.98 | $3,536.04 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,637.94. |
| Creditor Id: 251932<br>HUISH DETERGENTS INC<br>ATTN MANDY SEXTON, A/R SUPERV<br>PO BOX 25057<br>SALT LAKE CITY, UT 84125 | 2930<br>Debtor: WINN-DIXIE STORES, INC. | $238,611.20 | $235,328.62 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $148.00 AND $3,134.58, RESPECTIVELY. |
| Creditor Id: 251977<br>I-TECH PERSONNEL SERVICES, INC<br>ATTN MARCO H TRAN, PRES<br>622 CASSAT AVENUE, SUITE 13<br>JACKSONVILLE, FL 32205 | 231<br>Debtor: ASTOR PRODUCTS, INC. | $7,650.98 | $1,280.50 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $6,215.35 BY CHECK NUMBER 009900966 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND REMOVAL OF $155.13 FOR IMPERMISSIBLE FINANCE CHARGES. |
| Creditor Id: 252027<br>IDAHO FRESH PAK INCORPORATED<br>ATTN RICHARD A NELSON, CONTROLLER<br>ONE POTATO PLACE<br>PO BOX 130<br>LEWISVILLE, ID 83431-0130 | 2327<br>Debtor: WINN-DIXIE STORES, INC. | $3,510.00 | $2,256.93 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,253.07. |

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 384172**<br>IMPERIAL DISTRIBUTING INC<br>ATTN CAROLYN DUNLAP, CR MGR<br>8016 HIGHWAY 90 A<br>SUGAR LAND TX 77487 | 2315<br><br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $248,167.00 | $222,280.81 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,405.87 AND $457.07, RESPECTIVELY, AND REMOVAL OF $24,023.25 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 252216**<br>INTEGRATED BRANDS INC<br>ATTN ANTHONY DELPIANO, CONTROLLER<br>4175 VETERANS HWY, 3RD FL<br>RONKONKOMA, NY 11779 | 2181<br><br>Debtor: WINN-DIXIE STORES, INC. | $302,627.36 | $189,285.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,579.14 AND $6,486.19, RESPECTIVELY, AND REMOVAL OF $104,276.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 253229**<br>JOHN J JERUE TRANSPORTATION INC<br>ATTN BRENDA KOON, CR MGR<br>PO BOX 9007<br>BARTOW FL 33831-9007 | 1066<br><br>Debtor: WINN-DIXIE LOGISTICS, INC. | $106,868.13 | $103,776.64 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,800.00 ON 1/21/05 FOR INVOICE NUMBER 1890 BY CHECK NUMBER 7434106 AND REMOVAL OF $800 FOR INVOICES CONFIRMED BY CLAIMANT NOT TO EXIST, $180 FOR INVOICE NUMBER 150650 LISTED AS BEING $1,860 INSTEAD OF $1,680, AND $311.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 253696**<br>KEELCO INC<br>ATTN OWNER<br>14476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 | 379<br><br>Debtor: WINN-DIXIE STORES, INC. | $17,725.00 | $9,450.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,500.00 FOR INVOICE NUMBER 10059 DATED 2/1/05 WHICH DUPLICATES INVOICE NUMBER 10058 AND 3/1/05 PAYMENT OF $775.00 FOR INVOICE NUMBER 10067 DATED 2/6/05 AND INVOICE NUMBER 10078 DATED 2/7/05 BY CHECK NUMBER 00990317 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| **Creditor Id: 254010**<br>KING RETAIL SOLUTIONS INC<br>ATTN PAUL R GERMANI, CONTROLLER<br>PO BOX 21910<br>EUGENE, OR 97402 | 2596<br><br>Debtor: WINN-DIXIE STORES, INC. | $56,904.80 | $55,394.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $609.96 AND $900.00 FOR POSTPETITION INVOICE NUMBERS 32309 AND 32311, RESPECTIVELY. |
| **Creditor Id: 410735**<br>KITE EAGLE CREEK, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-0200 | 9592<br><br>Debtor: WINN-DIXIE STORES, INC. | $205,197.68 | $195,944.89 | CLAIMANT AGREES TO THE REDUCED AMOUNT COMPRISED OF $91,938.70 AND $1,909.54 FOR COMMON AREA MAINTENANCE CHARGES, $22,585.99 FOR INSURANCE, AND $79,510.66 FOR REAL ESTATE TAXES. |
| **Creditor Id: 254201**<br>KYSOR PANEL SYSTEMS<br>ATTN RICK RINN, CFO<br>PO BOX 951613<br>DALLAS, TX 75395-1613 | 10788<br><br>Debtor: WINN-DIXIE STORES, INC. | $12,135.12 | $11,302.12 | REDUCED AMOUNT REFLECTS 1/7/05 PAYMENT OF $180.50 BY VISA AND REMOVAL OF $652.50 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.

SEVENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A - CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 254234<br>L&J GENERAL INTERNATIONAL<br>(EL SEMBRADOR)<br>2424 NW 46TH STREET<br>MIAMI, FL 33142 | 5721<br>Debtor: WINN-DIXIE STORES, INC. | $90,971.14 | $87,475.54 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $337.14 AND REMOVAL OF $ 459.55 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $2,698.91 FOR IMPERMISSIBLE POSTPETITION INTEREST. |
| Creditor Id: 254255<br>LA QUINTA ORLANDO WINTERPARK<br>ATTN ROBERT GEDCON, ASST GM<br>626 LEE ROAD<br>ORLANDO, FL 32810 | 1220<br>Debtor: WINN-DIXIE STORES, INC. | $5,123.82 | $3,005.17 | REDUCED AMOUNT REFLECTS REMOVAL OF $122.66 FOR POSTPETITION INVOICE NUMBER 07850000454 AND $1,995.99 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 254917<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084 | 5072<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,532.00 | $744.38 | REDUCED AMOUNT REFLECTS ACCOUNT RECEIVABLE BALANCE OF $787.62. |
| Creditor Id: 254917<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084<br><br>Transferee: AMROC INVESTMENTS LLC | 5074<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $2,750.00 | $2,100.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $135.00, $340.00, AND $175.00 FOR INVOICE NUMBERS 55483, 55839, AND 56194, RESPECTIVELY, ALREADY INCLUDED IN CLAIM NUMBER 5072. |
| Creditor Id: 254917<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084<br><br>Transferee: AMROC INVESTMENTS LLC | 5079<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $92,436.46 | $91,554.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $882.00 FOR INVOICE NUMBER 100468 ALSO INCLUDED IN CLAIM NUMBER 5072. |
| Creditor Id: 254919<br>LNK INTERNATIONAL INC<br>ATTN ROBERT KORLOWSKI, CONTROLLER<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY 11788 | 4095<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $35,253.84 | $32,356.52 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $736.32 AND $2,161.00, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 21 of 23
Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 403332<br>MASTER TRACE, INC<br>ATTN EUGENE MARCHESE, JR, PRES<br>4700 HIATUS ROAD, SUITE 355<br>SUNRISE FL 33351 | 3516<br>Debtor: WINN-DIXIE STORES, INC. | $8,682.00 | $6,612.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 256079<br>MERCHSOURCE, LLC<br>ATTN KIRK MCLEAN<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610<br><br>Transferee: ASM CAPITAL LP | 641<br>Debtor: WINN-DIXIE STORES, INC. | $350,410.05 | $253,654.26 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $86,519.82 AND REMOVAL OF $10,235.97 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 410514<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 8838<br>Debtor: WINN-DIXIE STORES, INC. | $5,646.97 | $4,284.43 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $855.62 AND REMOVAL OF $506.92 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 410514<br>MILLSTONE COFFEE, INC<br>THE PROCTOR & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 8839<br>Debtor: WINN-DIXIE RALEIGH, INC. | $4,048.74 | $2,686.20 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $855.63 AND REMOVAL OF $506.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 256978<br>NATIONAL FREIGHT INC<br>ATTN JOSIAH KNAPP, SR VP & ESQ<br>1515 BURNT MILL ROAD<br>CHERRY HILL NJ 08003 | 12492<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $17,594.09 | $10,242.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,352.03 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 257210<br>NEWS JOURNAL CORPORATION<br>ATTN JUDITH K BENNETT, CR MGR<br>PO BOX 2831<br>DAYTONA BEACH, FL 32120-2831 | 747<br>Debtor: WINN-DIXIE STORES, INC. | $50,953.69 | $39,637.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,316.61 FOR POSTPETITION CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 22 of 23
Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 257772<br>ORLANDO SENTINEL<br>633 N ORANGE AVE MP 63<br>ORLANDO, FL 32801 | 1645<br>Debtor: WINN-DIXIE STORES, INC. | $69,883.11 | $65,525.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,358.04 AS AGREED TO BY CLAIMANT. |
| Creditor Id: 397815<br>PARTS STORE, THE DBA EQUIPMENT SALE<br>ATTN CHESLEY PIERCE<br>PO BOX 7393<br>MOBILE, AL 36670 | 7549<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $7,136.14 | $6,275.45 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $860.69. |
| Creditor Id: 258275<br>PELICAN ICE & COLD STORAGE INC<br>ATTN CHERIE MCKEOUGH, AR MGR<br>PO BOX 2131<br>KENNER, LA 70063-2131 | 1453<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $18,802.97 | $18,384.09 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 258430<br>PHARMACEUTICAL FORMULATIONS, INC<br>ATTN SCOTT L KAHN, CONTROLLER<br>460 PLAINFIELD AVENUE<br>PO BOX 1904<br>EDISON NJ 08818-1904 | 3383<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $56,084.35 | $48,670.71 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $632.16, REMOVAL OF $5,376.86 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, AND 3/25/05 PAYMENT OF $1,404.62 BY CHECK NUMBER 8010087 FOR POSTPETITION INVOICE NUMBER 201995. |
| Creditor Id: 410545<br>PINNACLE MANAGEMENT, INC<br>ATTN BARRY S CLIFTON, PRESIDENT<br>PO BOX 325<br>COTTLEVILLE MO 63338 | 8529<br>Debtor: WINN-DIXIE STORES, INC. | $24,924.86 | $23,924.86 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,000.00 FOR INVOICE NUMBER 03-11797 FOR STORE NUMBER 581 AS CLAIMANT WAS NOT AUTHORIZED TO DO BUSINESS IN THAT LOCATION. |
| Creditor Id: 259032<br>PURCELL INTERNATIONAL<br>ATTN WILLIAM E PURCELL, PRESIDENT<br>PO BOX 5043<br>WALNUT CREEK, CA 94596-1097 | 4105<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $330,935.55 | $330,108.20 | REDUCED AMOUNT REFLECTS REMOVAL OF UNDOCUMENTED CHARGES OF $827.35. |
| Creditor Id: 259884<br>RODGERS LAWN CARE<br>ATTN RUSSELL RODGERS, OWNER<br>21333 S BUCKHILL ROAD<br>CLERMONT, FL 34711 | 262<br>Debtor: WINN-DIXIE STORES, INC. | $4,200.00 | $3,675.00 | REDUCED AMOUNT REFLECTS 3/21/05 PAYMENT OF $525.00 FOR POSTPETITION PORTION OF FEBRUARY BILL BY CHECK NUMBER 008007601. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - CLAIMS TO BE REDUCED

Page: 23 of 23
Date: 04/19/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 260026<br>ROTHBURY FARMS<br>1091 MOMENTUM PLACE<br>CHICAGO, IL 60689-5310 | 4404<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $39,420.00 | $38,726.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $236.00 AND $457.05, RESPECTIVELY. |
| Creditor Id: 2558<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 | 10117<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $48,798.95 | $23,364.72 | REDUCED AMOUNT REFLECTS CREDIT OF $1,132.67 FOR COMMON AREA MAINTENANCE CHARGES AND REMOVAL OF $1,173.54 AND $23,128.02 FOR OVERSTATED INSURANCE LIABILITY AND REAL ESTATE TAXES, RESPECTIVELY. |
| Creditor Id: 377086<br>SM COCHRANE<br>ATTN STEVE COCHRANE, OWNER<br>3837 CAMPBELL ROAD<br>CHESAPEAKE, VA 23322 | 6679<br>Debtor: WINN-DIXIE RALEIGH, INC. | $2,764.54 | $2,114.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $650.48 FOR POSTPETITION SERVICES LISTED IN INVOICE NUMBER 102182. |
| Creditor Id: 261302<br>SOUTH GEORGIA MEDIA GROUP<br>PO BOX 968<br>VALDOSTA, GA 31603-0968 | 2903<br>Debtor: WINN-DIXIE STORES, INC. | $26,470.82 | $25,568.49 | REDUCED AMOUNT REFLECTS REMOVAL OF $255.00 AND $647.33 FOR POSTPETITION INVOICES FOR CORDELE DISPATCH AND SUNBELT SHOPPER, RESPECTIVELY. |
| Creditor Id: 263217<br>TONE BROTHERS INC<br>ATTN KEVIN ROBY<br>2301 SE TONES DRIVE<br>ANKENY IA 50021 | 3005<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $6,957.90 | $6,388.85 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $569.05. |
| Creditor Id: 406115<br>VALASSIS COMMUNICATIONS, INC<br>ATTN RON SCHOMER/RHONDA COPELAND<br>19975 VICTOR PARKWAY<br>LIVONIA MI 48152 | 3310<br>Debtor: WINN-DIXIE STORES, INC. | $61,744.73 | $59,242.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,502.00. |
| Creditor Id: 264513<br>WAYNE AUTO FIRE SPRINKLER, INC<br>ATTN ROBERT W FULLER, CONTROLLER<br>222 CAPITOL CT<br>OCOEE, FL 34761-3033 | 1560<br>Debtor: WINN-DIXIE STORES, INC. | $20,269.32 | $19,234.12 | REDUCED AMOUNT REFLECTS 4/27/05 PAYMENT OF $1,035.20 BY CHECK NUMBER 008029197 FOR POSTPETITION INVOICE NUMBER 099672. |

| | |
|---|---|
| Total Claims to be Reduced: | 147 |
| Total Amount to be Reduced: | $8,892,679.38    Plus Unliquidated Amounts, If Any |
| Total Reduced Amount: | $7,465,028.31 |