# UNITED STATES BANKRUPTCY COURT FOR
# FLORIDA MIDDLE BANKRUPTCY COURT

In re: Winn-Dixie Stores, Inc. - Lease Rejections

Debtor.

Chapter 11
Case Nos.  05-03817

Claim No. 12233

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:     **MADISON STATION PROPERTIES LLC**     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **6360 I-55 NORTH, SUITE 210**

   **JOHN STRATTON II**
   **JACKSON , MS 39211**

2. Please take notice of the transfer of $ **448,342.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $448,342.00 to:**
   **Madison Investment Trust - Series 1**     ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave.  Suite 120**

   **Overland Park, KS     66202**

No action is required if you do not object to the transfer of your claim.

*/s/ Rick Newkirk*

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

April 27, 2006

Florida Middle Bankruptcy Court
FL

RE: **Winn-Dixie Stores, Inc. - Lease Rejections**

      Buyer: Madison Investment Trust - Series 1

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
MADISON STATION PROPERTIES LLC
6360 I-55 NORTH, SUITE 210
JOHN STRATTON II
JACKSON , MS  39211

Social Sec. No./Tax ID: 43-2049657

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102405054

EVIDENCE OF TRANSFER OF CLAIM

TO:        Middle District of Florida Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

Madison Station Properties, LLC [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Raleigh, Inc. in the Middle District of Florida Bankruptcy Court, The case entitled In re Winn-Dixie Raleigh, Inc., with a Case Number of 05-03839 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 4/21/06

Name: Madison Station Properties, LLC
By: _____
(Signature of Claimant)

Print Name: John S. Stratton
(Address) 6360 I-55 North, Suite 210
(Address) Jackson, MS 39211
(SS#/Tax ID) 43-2049657

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address) _____
(Address) _____
(SS#/Tax ID) _____

Transfer Agreement Number: 102405054

Accepted: Madison Liquidity Investors, LLC
By: _____

379705v1

# File a Court document:

3:05-bk-03817-JAF Winn-Dixie Stores, Inc **CASE FILED prior to 10/17/05**

**U.S. Bankruptcy Court**

**Middle District of Florida**

Notice of Electronic Filing

The following transaction was received from Madison Liquidity Investors, LLC, entered on 4/27/2006 at 9:39 AM EDT and filed on 4/27/2006
**Case Name:** Winn-Dixie Stores, Inc
**Case Number:** 3:05-bk-03817-JAF
**Document Number:** 7448

**Docket Text:**
Notice of Transfer/Assignment of Claim and Waiver of Opportunity to Object. Original Claimant: Madison Station Properties, Transferee: Madison Investment Trust- Series 1. (Madison Liquidity Investors, LLC, )

The following document(s) are associated with this transaction:

**Case Number: 3:05-bk-03817-JAF**
**Document description:**
**Original filename:** S:\RNewkirk\AR-M620N_20060427_081944.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=4/27/2006] [FileNumber=14250419-0] [a186529e6cc49d8b150a170cfe889f7dd38a5887e4980d317617de63723c3de6bf d162cc87fc2dc8e1dc1dab2d2abde6afd31f61e5af84b57026d808d9498b5f]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Albert H Adams     irbylawfirm@bellsouth.net,

Rachel E Adams     radams@sctlaw.com,

Adam L Alpert     aalpert@bushross.com, bnkecf@bushross.com;adgross@bushross.com

Amroc Investments, LLC     dleinwand@amrocinvestments.com,

Rod Anderson     rod.anderson@hklaw.com, wendysue.henry@hklaw.com

Elizabeth T Baer     bbaer@balch.com,

D. J. Baker     djbaker@skadden.com,

Kenneth C Baker     kcbaker@eastmansmith.com,