# UNITED STATES BANKRUPTY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

    1.    I am of legal age and I am not a party to this action.

    2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

    3.    On or about April 19, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: April 27, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claims Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 241974-12
ALLEGRO MFG INC
ATTN GARY DOSHAY CR MGR
7250 EAST OXFORD WAY
COMMERCE, CA 90040

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 452052-98
HENRY J CAWICKI, III TRUSTEE
C/O SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON, ESQ
FOUR SEAGATE, NINTH FLOOR
TOLEDO OH 43604

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 279076-32
UNITED SUGARS CORPORATION
C/O LENARD, STREET AND DEINARD
ATTN LARRY B RICKE, ESQ
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

**Total:   8**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

                                                      Docket No.: 7131

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALLEGRO MFG INC    ID: 241974                ASM CAPITAL LP    ID: 399729

Name of Transferor                           Name of Transferee

ALLEGRO MFG INC                              ASM CAPITAL LP
ATTN GARY DOSHAY CR MGR                      ATTN ADAM MOSKOWITZ
7250 EAST OXFORD WAY                         7600 JERICHO TPK STE 302
COMMERCE, CA 90040                           WOODBURY NY 11797


Phone:                                       Phone: 5162246040




Claim No.: 4                                 Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 02/28/2005                 Amount: $7,439.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 04/19/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 19, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7130**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAWICKI REALTY CO    ID: 260495

Name of Transferor

SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

Phone: 419 381 0861

HENRY J CAWICKI, III TRUSTEE    ID: 452052

Name of Transferee

HENRY J CAWICKI, III TRUSTEE
C/O SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

Phone:

Claim No.: 11981

Date Claim Filed: 10/14/2005

Full Transfer:    (X)        Partial Transfer:

Amount: $0.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 19, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7094**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED SUGARS CORPORATION     ID: 279076

Name of Transferor

LONGACRE MASTER FUND LTD     ID: 452051

Name of Transferee

UNITED SUGARS CORPORATION
C/O LENARD, STREET AND DEINARD
ATTN LARRY B RICKE, ESQ
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

Phone: 612 335 1500

Phone:

Claim No.: 6855

Date Claim Filed: 07/19/2005

Full Transfer:     (X)          Partial Transfer:

Amount: $381,939.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 19, 2006.