# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about April 25, 2006, I caused copies of:

•  the **Notice of Transfer of Claim Other Than For Security**

     to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: April 27, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Transfer of Claims Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:  05-03817-3F1**

CREDITOR ID: 408295-99
ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
ATTN CHRISTOPHER A SARPY
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 410700-15
CREDIT SUISSE, ASSIGNEE OF FALCON
FARMS, INC
ATTN WENDY BEER, ESQ
11 MADISON AVENUE, 5TH FLOOR
NEW YORK NY 10010

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 315848-40
FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 410368-15
GREENWOOD PLAZA, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 384153-47
HC BRILL COMPANY INC
ATTN STEPHANIE OWENS, AR SUPERV
1912 MONTREAL ROAD
TUCKER, GA 30084

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 381832-99
KOZYAK TROPIN & THROCKMORTON PA
ATTN: JOHN KOZYAK/LAURE ISICOFF
2525 PONCE DE LEON, 9TH FL
CORAL GABLES FL 33134

CREDITOR ID: 258375-12
PERIMETER PLACE ASSOCIATES
ATTN FRANCIS LOTT, PRESIDENT
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269

CREDITOR ID: 452098-97
PERIMETER PLACE ASSOCIATES
C/O COTTINGHAM & PORTER PC
ATTN: WILLIAM L THOMPSON, ESQ
319 EAST ASHLEY STREET
DOUGLAS GA 31533-3810

CREDITOR ID: 452058-98
SASCO 1996-CFL DOUGLAS CENTER LP
C/O LNR PARTNERS, INC
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

       **Total:   15**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7256

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALVIN LAPIDUS & LOIS LAPIDUS, LLC

Name of Transferor

IB PROPERTY HOLDINGS LLC

Name of Transferee

ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 904 398 7038
Account No.: 408295

Phone: 305 646 3940
Account No.: 452060

Claim No.: 8283
Date Claim Filed: 07/27/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $35,599.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on April 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　Case No.: **05-03817-3F1**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: **7256**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALVIN LAPIDUS & LOIS LAPIDUS, LLC _____

Name of Transferor

ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

Phone: 904 398 7038
Account No.:  408295

IB PROPERTY HOLDINGS LLC _____

Name of Transferee

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 305 646 3940
Account No.:  452060

Claim No.: 12296　　　　　　　　　　　　　　Full Transfer: <u>(X)</u>　　　　Partial Transfer:

Date Claim Filed: 10/27/2005　　　　　　　　Transfer Amount: $535,027.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006　　　　　　　　　　　　　/s/ Logan & Company, Inc. _____

　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 7256

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALVIN LAPIDUS & LOIS LAPIDUS, LLC                  IB PROPERTY HOLDINGS LLC

Name of Transferor                                 Name of Transferee

ALVIN LAPIDUS & LOIS LAPIDUS, LLC                  IB PROPERTY HOLDINGS LLC
C/O HELD & ISRAEL                                  ATTN JOHN A D'ERRICO VP
ATTN EDWIN W HELD, JR, ESQ                         4425 PONCE DE LEON BLVD SUITE 500
1301 RIVERPLACE BLVD, SUITE 1916                   CORAL GABLES FL 33146
JACKSONVILLE FL 32207

Phone: 904 398 7038                                Phone: 305 646 3940
Account No.:  408295                               Account No.:  452060

Claim No.: 12295                                   Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 10/27/2005                       Transfer Amount: $535,027.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7256

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALVIN LAPIDUS & LOIS LAPIDUS, LLC

Name of Transferor

IB PROPERTY HOLDINGS LLC

Name of Transferee

ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 904 398 7038
Account No.:  408295

Phone: 305 646 3940
Account No.:  452060

Claim No.: 8284
Date Claim Filed: 07/27/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $35,599.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7248

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BUNKIE INVESTMENT CO, LLC | CSFB 1998-C1 SHIRLEY ROAD LLC |
| Name of Transferor | Name of Transferee |
| | |
| BUNKIE INVESTMENT CO, LLC | CSFB 1998-C1 SHIRLEY ROAD LLC |
| ATTN CHRISTOPHER A SARPY | C/O LNR PARTNERS, INC |
| 3621 RIDGELAKE DRIVE, SUITE 203 | ATTN MR ARNE SHULKIN |
| METAIRIE LA 70002-1739 | 1601 WASHINGTON AVENUE SUITE 700 |
| | MIAMI BEACH FL 33139 |
| | |
| Phone: | Phone: |
| Account No.: 2099 | Account No.: 452057 |
| | |
| KOZYAK TROPIN & THROCKMORTON PA | |
| ATTN: JOHN KOZYAK/LAURE ISICOFF | |
| 2525 PONCE DE LEON, 9TH FL | |
| CORAL GABLES FL 33134 | |

Phone: 305 372 1800
Account No.: 381832

| | |
|---|---|
| Claim No.: 12375 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 11/01/2005 | Transfer Amount: $761,545.21 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7249**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BUNKIE INVESTMENT CO, LLC

Name of Transferor

BUNKIE INVESTMENT CO, LLC
ATTN CHRISTOPHER A SARPY
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CSFB 1998-C1 SHIRLEY ROAD LLC

Name of Transferee

CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

Phone:
Account No.:  2099

Phone:
Account No.:  452057

KOZYAK TROPIN & THROCKMORTON PA
ATTN: JOHN KOZYAK/LAURE ISICOFF
2525 PONCE DE LEON, 9TH FL
CORAL GABLES FL 33134

Phone: 305 372 1800
Account No.:  381832

Claim No.: 12374
Date Claim Filed: 11/01/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $761,545.21

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7230

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CREDIT SUISSE, ASSIGNEE OF FALCON

Name of Transferor

VR GLOBAL PARTNERS, LP

Name of Transferee

CREDIT SUISSE, ASSIGNEE OF FALCON
FARMS, INC
ATTN WENDY BEER, ESQ
11 MADISON AVENUE, 5TH FLOOR
NEW YORK NY 10010

VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035 RUSSIA

Phone: 212 538 5385

Account No.:  410700

Phone: 7 495 787 8181

Account No.:  452056

Claim No.: 9549

Date Claim Filed: 07/27/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,166,255.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7251

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GREENWOOD PLAZA, LTD | FUCMS 1999-C1 MERIDIAN GROCERY LLC |
| Name of Transferor | Name of Transferee |
| | |
| GREENWOOD PLAZA, LTD | FUCMS 1999-C1 MERIDIAN GROCERY LLC |
| C/O BRADLEY ARANT ROSE & WHITE LLP | C/O LNR PARTNERS |
| ATTN SHERRI TUCKER FREEMAN, ESQ | ATTN ARNE SHULKIN |
| ONE FEDERAL PLACE | 1601 WASHINGTON AVE SUITE 700 |
| 1819 FIFTH AVENUE NORTH | MIAMI BEACH FL 33139 |
| BIRMINGHAM AL 35203-2104 | |
| | |
| Phone: 205 521 8000 | Phone: |
| Account No.: 410368 | Account No.: 452059 |

FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242

Phone:
Account No.: 315848

| | |
|---|---|
| Claim No.: 12579 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 11/23/2005 | Transfer Amount: $439,611.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7251

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GREENWOOD PLAZA, LTD                              FUCMS 1999-C1 MERIDIAN GROCERY LLC

Name of Transferor                               Name of Transferee

GREENWOOD PLAZA, LTD                             FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O BRADLEY ARANT ROSE & WHITE LLP              C/O LNR PARTNERS
ATTN SHERRI TUCKER FREEMAN, ESQ                 ATTN ARNE SHULKIN
ONE FEDERAL PLACE                               1601 WASHINGTON AVE SUITE 700
1819 FIFTH AVENUE NORTH                         MIAMI BEACH FL 33139
BIRMINGHAM AL 35203-2104

Phone: 205 521 8000                             Phone:
Account No.:  410368                            Account No.:  452059

FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242


Phone:
Account No.:  315848


Claim No.: 12578                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 11/23/2005                    Transfer Amount: $439,611.75


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 04/25/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 7233

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC
Name of Transferor                            Name of Transferee

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC
ATTN STEPHANIE OWENS, AR SUPERV               ATTN ALPA JIMENEZ
1912 MONTREAL ROAD                            411 WEST PUTNAM AVE S-225
TUCKER, GA 30084                              GREENWICH CT 06830

Phone: 770 938 3823                           Phone: 203 862 8236
Account No.: 384153                           Account No.: 416956

Claim No.: 3457                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/03/2005                  Transfer Amount: $87,463.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                    Docket No.: **7233**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC

Name of Transferor                            Name of Transferee

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC
ATTN STEPHANIE OWENS, AR SUPERV               ATTN ALPA JIMENEZ
1912 MONTREAL ROAD                            411 WEST PUTNAM AVE S-225
TUCKER, GA 30084                              GREENWICH CT 06830

Phone: 770 938 3823                           Phone: 203 862 8236
Account No.:  384153                          Account No.:  416956

Claim No.: 3459                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/03/2005                  Transfer Amount: $107,591.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7233

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC

Name of Transferor                            Name of Transferee

HC BRILL COMPANY INC                          CONTRARIAN FUNDS, LLC
ATTN STEPHANIE OWENS, AR SUPERV               ATTN ALPA JIMENEZ
1912 MONTREAL ROAD                            411 WEST PUTNAM AVE S-225
TUCKER, GA 30084                              GREENWICH CT 06830


Phone: 770 938 3823                           Phone: 203 862 8236
Account No.: 384153                           Account No.: 416956


Claim No.: 3455                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/03/2005                  Transfer Amount: $11,166.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 04/25/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7233**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC

Name of Transferor

CONTRARIAN FUNDS, LLC

Name of Transferee

HC BRILL COMPANY INC
ATTN STEPHANIE OWENS, AR SUPERV
1912 MONTREAL ROAD
TUCKER, GA 30084

CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 770 938 3823
Account No.: 384153

Phone: 203 862 8236
Account No.: 416956

Claim No.: 3454                                Full Transfer: (X)         Partial Transfer:

Date Claim Filed: 06/03/2005                   Transfer Amount: $30,164.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7233

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC

Name of Transferor

CONTRARIAN FUNDS, LLC

Name of Transferee

HC BRILL COMPANY INC
ATTN STEPHANIE OWENS, AR SUPERV
1912 MONTREAL ROAD
TUCKER, GA 30084

CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 770 938 3823
Account No.: 384153

Phone: 203 862 8236
Account No.: 416956

Claim No.: 3458
Date Claim Filed: 06/03/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $75,271.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **7233**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC                         CONTRARIAN FUNDS, LLC

Name of Transferor                           Name of Transferee

HC BRILL COMPANY INC                         CONTRARIAN FUNDS, LLC
ATTN STEPHANIE OWENS, AR SUPERV              ATTN ALPA JIMENEZ
1912 MONTREAL ROAD                           411 WEST PUTNAM AVE S-225
TUCKER, GA 30084                             GREENWICH CT 06830

Phone: 770 938 3823                          Phone: 203 862 8236
Account No.:  384153                         Account No.:  416956

Claim No.: 3453                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/03/2005                 Transfer Amount: $67,607.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**

**Docket No.: 7233**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HC BRILL COMPANY INC

Name of Transferor

HC BRILL COMPANY INC
ATTN STEPHANIE OWENS, AR SUPERV
1912 MONTREAL ROAD
TUCKER, GA 30084


Phone: 770 938 3823
Account No.: 384153

CONTRARIAN FUNDS, LLC

Name of Transferee

CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830


Phone: 203 862 8236
Account No.: 416956

Claim No.: 3452

Date Claim Filed: 06/03/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $78,462.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 7233 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HC BRILL COMPANY INC | CONTRARIAN FUNDS, LLC |
| Name of Transferor | Name of Transferee |
| | |
| HC BRILL COMPANY INC | CONTRARIAN FUNDS, LLC |
| ATTN STEPHANIE OWENS, AR SUPERV | ATTN ALPA JIMENEZ |
| 1912 MONTREAL ROAD | 411 WEST PUTNAM AVE S-225 |
| TUCKER, GA 30084 | GREENWICH CT 06830 |
| | |
| Phone: 770 938 3823 | Phone: 203 862 8236 |
| Account No.: 384153 | Account No.: 416956 |

| | |
|---|---|
| Claim No.: 3456 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 06/03/2005 | Transfer Amount: $19,813.17 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 04/25/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.      Case No.: 05-03817-3F1

Docket No.: 7250

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PERIMETER PLACE ASSOCIATES

Name of Transferor

PERIMETER PLACE ASSOCIATES
ATTN FRANCIS LOTT, PRESIDENT
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269


Phone: 912 384 0700
Account No.: 258375

PERIMETER PLACE ASSOCIATES
C/O COTTINGHAM & PORTER PC
ATTN: WILLIAM L THOMPSON, ESQ
319 EAST ASHLEY STREET
DOUGLAS GA 31533-3810


Phone:
Account No.: 452098


Claim No.: 12066
Date Claim Filed: 10/18/2005

SASCO 1996-CFL DOUGLAS CENTER LP

Name of Transferee

SASCO 1996-CFL DOUGLAS CENTER LP
C/O LNR PARTNERS, INC
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139


Phone:
Account No.: 452058


Full Transfer: (X)      Partial Transfer:

Transfer Amount: $681,387.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/25/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  April 25, 2006.