FILED
JACKSONVILLE, FLORIDA
APR 24 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

REQUEST TO PROCEED *IN FORMA PAUPERIS* AND
DECLARATION IN SUPPORT THEREOF

I, **JOE LOUIS AMERSON JR**, am the plaintiff in the above entitled case and request leave to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes_____ No **X**

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer. **N/A**

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received. **06-09-01  1.500, dollars a Month**

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment? Yes_____ No **X**

   b. Rent payments, interest, or dividends? Yes_____ No **X**

   c. Pensions, annuities, or life insurance payments? Yes_____ No **X**

   d. Gifts or inheritances? Yes_____ No **X**

   e. Any other sources? Yes_____ No **X**

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own any cash or do you have money in a checking or savings account? Yes_____ No **X** (Include any funds in prison accounts)

   If the answer is yes, state the total value owned. **NONE**

5

4. Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding household furnishings and clothing)? Yes_____ No __X__

   If the answer is yes, describe the property and state its approximate value. __NONE__

5. List the persons who are dependent upon you for support; state your relationship to those person; and indicate how much you contribute their support. __0__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

_____ #36217
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20th__ day of __April__, 20 __06__.

_____
Signature of Plaintiff

6

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

I, __JOE LOUIS AMERSON JR__, __36214__
   (Name of Plaintiff)                           (MDOC Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____
(Signature of Plaintiff)

__4-19-06__
(Date)

---

| IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW |

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __.13¢__ on account to his credit at the __GENERAL MISSISSIPPI CORRECTION__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_____

I further certify that during the last six (6) months the
   plaintiff's average monthly **balance** was $ __25.00__.

I further certify that during the last six (6) months the
   plaintiff's average monthly **deposit** was $ __26.00__.

__601-932-2880 ext 6791__                 _____
TELEPHONE NUMBER OF                       AUTHORIZED OFFICER OF INSTITUTION
OFFICER FOR VERIFICATION                  __CAPT ANTHONY ARMSTRONG__
                                          PRINT NAME OF AUTHORIZED OFFICER
__4-19-06__
DATE                                      RETURN COMPLETED FORM TO:
                                          U. S. DISTRICT COURT
                                          245 E. CAPITOL ST., ROOM 316
                                          JACKSON, MS 39201

7

United States Bankruptcy Court
Middle District of Florida

April 11 2006
Susan Carter
300 North Hogan Street Suite 3-350
Jacksonville, Florida - 32202

FILED
JACKSONVILLE, FLORIDA
APR 2 4 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: Winn Dixie Stores, Inc.
Case # 05-bk-3817-3F1

Dear Ms/Mrs. Clerk of the Bankruptcy Court

Plaintiff are in receipt of your letter dated February 22, 2006.

Plaintiff Joe Louis Amerson Jr pleading to the Removal of the Civil Action No. 05CV129-R Jeff Anderson Hospital and Winn Dixie Stores, Inc. NO-0511063, proceed in the Circuit Court of Lauderdale County, Meridian, Mississippi.

Comes now Pro'se Plaintiff to the Bankruptcy Court of the Middle District of Jacksonville, Florida. Requesting to Proceeded in Forma Pauperis and Declaration in Support Thereof.

Plaintiff Pleading Properly Styled and Captioned; Pursuant to 28 U.S.C. §1452, Federal Rules of Bankruptcy Procure 7001(10), 9027:

Sincerely,
Joe L Amerson Jr
M.D.O.C. # 36214

Sworn and Subscribed before This 20th day of April 2006
Notary Public Laura Quarles

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Aug 25, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

[Notary Seal: LAURA QUARLES NOTARY PUBLIC HINDS COUNTY, MS]