Dear Mr / Mrs

I Joe L. Amerson Jr. are sending you or your orginazation these documents providing you with the information of my potential claim.

Yes, I certainly agree with Mr. Gary Williams, team of attorneys and staff that I have been hurted that gives not anyone the right to make their decision fore my protential case.

I Joe L Amerson, are suiting the company Winn Dixie for damages that occurred August 03, 2004 as a result of that accident. Also pursuant I Joe L Amerson are suiting the Jeff Anderson Hospital in pursue the like of discriminal nation of my cilver rights has been voilated.

I have documents to this or these claims, that accurred before my incarseration it's not right to be misrepresent by the Bar of Attorney Association in the state Mississippi.
These accidences accurred before my incarseration and further I states that while this document hereby enter your present. I hereby release claims against releasee that no payment has been agreed upon.

Medical and nursing care and treatment has been obtained in the past or to be so obtained in the future, loss of earning in the past and any loss of auilih or injuries to earn money sustained in the past and any such or injuries derivative damages to include any loss of support services, comfort, society and attentions in the past and in the future and personal XXXXXX damages.

Recognizing this necessary and customary disclosure I hereby retained from the releasee medical information of Jeff Anderson Hospital personnel(Dr. Anderson) based on the Health Portability and Accountability Act of 1996, as amended.
I Joe L Hmerson hold Jeff Anderson Hospital medically discriminal national lied
I Joe L Amerson hold Winn Dixie damages and liability compensation lied

It is further acknowledged that there is no agreement or compromise on the part of said to do or omitt to do any act or thing not herein mentioned, and the above consideration is in full and all lawsuits and all damages to the undersigned arising from or out of any all matters aforementioned

I HEREby CERTIFY that on this day, before ME, AN offer duly Authorized in the State of Mississippi And County AforeSAid to take ACKNOWledGMENts, PERSONAlly APpEAREd JOE L AMERSON, JK. upon HIS OAth, deposes And SAy that HE is the PERSON described HEREIN ANd HE Executed the foreGoiNG Release of All CIAIMS, Hold ANd HARIMS the AGREEMENts of His Rights.

_____
JOE  L  AMERSON, JR.

_____          _____
             WITNESS                                              WITNESS

_____          _____
             AddRESS                                             AddRESS

State of Mississippi
Count___Rankin_____

IN the PRESENCE of A SubSCRibiNG witNESS, for the PuRPOSES Stated theREIN, ANd ACKNOWledGE that HE Executed the SAME Freely ANd voluNtARily.

IN WITNESS WHEREOR, I HEREbY set MY hand ANd Affixed MY official SEAl IN the State of Mississippi ANd County AforeSAid this _21_ dAy of _April_____ 2005

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: June 21, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_____
NOTARY  PUBlic

CHRISTIE E. SCOTT
NOTARY
PUBLIC
RANKIN COUNTY, MS

# GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, McMANUS, WATSON & SPERANDO, P.L.

### ATTORNEYS AND COUNSELORS AT LAW

<table>
<tr>
<td>WATERSIDE PROFESSIONAL BUILDING<br>221 E. OSCEOLA STREET<br>STUART, FLORIDA 34994<br>(772) 283-8260<br>FAX NO. (772) 220-3343<br>1-800-329-4279</td>
<td></td>
<td>W. E. GARY PROFESSIONAL CENTER<br>320 S. INDIAN RIVER DRIVE<br>POST OFFICE BOX 3390<br>FT. PIERCE, FLORIDA 34948-3390<br>(772) 464-2352<br>FAX NO. (772) 464-4226<br>1-800-330-2832</td>
</tr>
</table>

PLEASE REPLY TO:
## STUART
## February 1, 2005

PARTNERS
Willie E. Gary
Lorenzo Williams
†Robert V. Parenti
*Linnes Finney, Jr.
Michael A. Lewis
****F. Shields McManus
Donald N. Watson
††Maria P. Sperando
Paul P. McMahon
**Gloretta H. Hall
Madison B. McClellan
•****Tricia P. Hoffler
Sekou M. Gary

ASSOCIATES
**Paul D. Mark Lucas
Jean Laws Scott
**†††**Linda L. Weiksnar
Thomas E. Weiksnar, LL.M.
••††••Maryann Diaz
Victor G. Swift
•Phyllis M. Gillespie
Ginger J. Cartwright
∆**∆∆∆Alton C. Hale, Jr.
Tanisha Nunn Gary
Jason L. Williams
André G. Crenshaw
∆Marka B. Fleming
Brian C. Duran
Lisa Trempe
†Debra S. Nolan
Arnold S. Gaines
††Ana Amarante
**Charlene Banks
Mark Miller

OF COUNSEL
***Bill Campbell

GENERAL COUNSEL
***Chan Bryant Abney

* Board Certified
Civil Trial Lawyer

Also Admitted
** D.C. Bar
*** MD Bar
† MI Bar
†† NY Bar
††† NJ Bar
• TN Bar
•• CT Bar
••• MA Bar
• PA Bar
•• VA Bar
••• GA Bar
∆NC Bar
∆∆∆MS Bar

## VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED

ID# D27233
Joe Anderson, Jr. 36217
CMCF B-Zone Bldg. B #103
P.O. Box 08855
Pearl, MS 39288


RE:    Potential Case

Dear Mr. Anderson:

Our team of attorneys and staff have carefully reviewed and discussed the documentation and facts you have provided and have determined that we cannot assist you with your potential claim.

I certainly understand and respect the wrong you feel has been done to you. The decision not to take on your case was a difficult one to make. A variety of factors, many of which have nothing to do with the nature or quality of your potential case, entered into the decision. Nothing we have discussed or have set forth in this letter is an expression of our view of the likelihood of success or the desirability of filing suit. Thus, if you wish to pursue this matter, you should promptly seek the advice of other counsel.

Please note that this firm has not taken any formal action on your behalf, nor will we be taking any action. Your claim may be subject to one or more statutes of limitation meaning a lawsuit must be filed within a certain period of time or your claim will be forever barred. Because of this, it is important if you are interested in pursuing this matter through another law firm, that you do so immediately if you wish to preserve your right to sue.

February 1, 2005
Page 2

Mr. Gary has asked me to personally thank you for considering our firm for representation.

We hope we have been of some assistance to you and again thank you for allowing our firm the opportunity to consider your case.  Please feel free to contact us in the future.  Since we are not undertaking representation, we are returning your documents and closing our file regarding this matter.

Sincerely,

**GARY, WILLIAMS, PARENTI, FINNEY,**
**LEWIS, McMANUS, WATSON & SPERANDO, P.L.**

Tricia P. Hoffler, Esq.
For the Firm

TPH:bjr
Encls.