UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING OBJECTION TO CURE AMOUNT

The Court finds that the Objection to Cure Amount and Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and ( c ) Granting Related Relief filed by Wendy Simkulak on behalf of Creditor Principal Life Insurance Company did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Objection to Cure Amount and Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c) Granting Related Relief filed by Wendy Simkulak on behalf of Creditor Principal Life Insurance Company on April 25, 2006 is stricken from the record.

**DATED April 27, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Wendy Simkulak, One Liberty Place, Suite 4200, Philadelphia, PA 19103
Attorneys for Debtor
US Trustee
Dennis Dunne, Counsel for Official Committee of Unsecured Creditors