UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING CERTIFICATE OF SERVICE

The Court finds that the Certificate of Service of Response and Objection to Debtors' Seventh Omnibus Objection to Overstated Claims filed by Maura I. Russell on behalf of Creditor SPCP Group, LLC did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

The Certificate of Service of Response and Objection to Debtors' Seventh Omnibus Objection to Overstated Claims filed by Maura I. Russell on behalf of Creditor SPCP Group, LLC on April 26, 2006 is stricken from the record.

**DATED April 27, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Maura I. Russell, 655 Third Avenue - 21st Floor, New York, NY 10017
Attorneys for Debtor