**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

April 24, 2006

Lori A. van Hoekelen
Administrative Manager
Van Hoekelen Greenhouses
Route 309, P.O. Box 88
McAdoo, PA 18237-0088

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Ms. van Hoekelen:

The Court is in receipt of your letter objecting to the Debtors' Notice of Eighth Omnibus Objection to Overstated Claims that you filed on April 21, 2006. A hearing on that Notice has been set for May 4, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Carter*
Susan Carter
Case Manager
(904) 301-6521

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1             Date Rcvd: Apr 25, 2006
Case: 05-03817              Form ID: pdfdoc        Total Served: 1
```

The following entities were served by first class mail on Apr 27, 2006.
cr          Van Hoekelen Greenhouses, Inc.,   Route 309,   P.O. Box 88,   McAdoo, PA  18237-0088

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2006**                    **Signature:**     *Joseph Speetjens*