[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No. 3:05-bk-03817-JAF
                                                                                          Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT FOR STORE 240

   This case came on for consideration upon the Court's own motion. On April 23, 2006, Bradley S. Shraiberg filed Objection by Landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store #240 without original signature as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Objection by Landlord, SC Westland Promenade LP, to Debtors' Proposed Cure Amount for Store #240 is stricken from the record.

Dated April 24, 2006

                                                                                          /s/ Jerry A. Funk
                                                                                          Jerry A. Funk
                                                                                          United States Bankruptcy Judge

Copies furnished to:
Bradley S. Shraiberg, Attorney for Movant, 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Apr 25, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Apr 27, 2006.
aty          +Bradley S Shraiberg,   Kluger Peretz Kaplan & Berlin,   20283 State Road 7,   Suite 300,
               Boca Raton, FL 33498-6903

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 27, 2006**              **Signature:**    _Joseph Speetjens_