### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### <u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

### JEA'S LIMITED OBJECTION TO DEBTOR'S MOTION
### FOR ORDER APPROVING THE DEBTORS' ASSUMPTION
### <u>OF MODIFIED ELECTRICAL SERVICE AGREEMENTS WITH JEA</u>

JEA, a utility provider and creditor of this estate, responds to the Debtors' motion for order approving the assumption of two modified electrical service agreements with JEA and states that it has no objection to the assumption to the contracts, provided the Debtors pay $606,537.84 to cure the monetary defaults under such contracts not $583,897.72 as stated in the motion. The difference between the two figures is attributable to JEA's provision of water and other utility services to the debtors prepetition. Pursuant to § 21.04(ee)(1) of JEA's Charter, which can be found in Article 21 of the Jacksonville City Code, all customers of JEA must remain current on *all* utility bills to avoid termination of services. Pursuant to

11 U.S.C. § 365(b)(1), the Debtors must therefore pay the additional prepetition charges due JEA as a condition to assumption of the subject electrical contracts.

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA

## Certificate of Service

I certify that, on April **28**, 2006, a copy of the foregoing was filed with the Court's CM/ECF filing system which in turn will generate a notice of filing to the following persons:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

*/s/ Richard R. Thames*

_____
Attorney

59217