**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

          Debtors.                          Jointly Administered

_____/

**AMENDED CERTIFICATE OF SERVICE CONCERNING CONVERGINT**
**TECHNOLOGIES LLC'S MOTION FOR RELIEF FROM STAY TO INITIATE STATE**
**COURT GARNISHMENT PROCEEDINGS UPON THE DEBTORS  IN AN EFFORT TO**
**OBTAIN EXECUTION OF A JUDGMENT AGAINST A NON-DEBTOR THIRD PARTY**
(Related Docket Item No. 7038)

CONVERGINT TECHNOLOGIES LLC ("CONVERGINT"), through its undersigned attorneys, files this Amended Certificate of Service and states:

I, Robert D. Wilcox, hereby certify that on  April 19, 2006 I caused a copy of *CONVERGINT TECHNOLOGIES LLC'S MOTION FOR RELIEF FROM STAY TO INITIATE STATE COURT GARNISHMENT PROCEEDINGS UPON THE DEBTORS IN AN EFFORT TO OBTAIN EXECUTION OF A JUDGMENT AGAINST A NON-DEBTOR THIRD PARTY and NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING* (Docket Item 7308) on the Debtor by  James H. Post, Esq.,  Debtor's Counsel,  John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors,  Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically, and by U.S. Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254; D.J. Baker, Esq., Sally McDonald Henry, Esq. and Rosalie Gray, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

Respectfully submitted April 28, 2006.          WILCOX LAW FIRM

                                        /s/ *Robert Wilcox*
                                       Florida Bar No. 755168
                                       6817 Southpoint Parkway
                                       Suite 1302
                                       Jacksonville, FL 32216
                                       (904) 281-0770
                                       (904) 513-9201 Fax
                                       rwilcox@wilcoxlawfirm.com

And

MOORE & GOODMAN, P.A.
Attorneys for Convergint Technologies LLC
2900 East Oakland Park Boulevard
Third Floor
Fort Lauderdale, Florida 33306
Tel: (954) 564-8446; Fax: (954) 564-8666
bruce@mooregoodman.com