UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING OBJECTION TO CURE AMOUNT

The Court finds that the Objection to Cure Amount and Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and ( c ) Granting Related Relief filed by Wendy Simkulak on behalf of Creditor Principal Life Insurance Company did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

The Objection to Cure Amount and Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (c) Granting Related Relief filed by Wendy Simkulak on behalf of Creditor Principal Life Insurance Company on April 25, 2006 is stricken from the record.

**DATED April 27, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Wendy Simkulak, One Liberty Place, Suite 4200, Philadelphia, PA 19103
Attorneys for Debtor
US Trustee
Dennis Dunne, Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1            Date Rcvd: Apr 27, 2006
Case: 05-03817                Form ID: pdfdoc        Total Served: 2
```

The following entities were served by first class mail on Apr 29, 2006.
aty              Wendy M Simkulak,    4200 One Liberty Place,    Philadelphia, PA  19103-7396
               +Wendy Simkulak,    One Liberty Place, Suite 4200,    Philadelphia, PA 19103-7301

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2006**                      **Signature:** _Joseph Speetjens_