F I L E D
JACKSONVILLE, FLORIDA

APR 28 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                          )
                                )    Case No. 05-03817-JAF
WINN-DIXIE STORES, INC. et al.  )
                                )    Chapter 11
         Debtors.               )    Jointly Administered

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Valerie Bailey-Rihn on behalf of Ned R. Nashban, of the firm Quarles & Brady LLP (hereinafter "Movant"), who respectfully requests that Mr. Nashban be permitted to withdraw as counsel of record for Schreiber Foods Inc. in the above-captioned action as he has left the law firm of Quarles & Brady LLP. In support of this motion, Movant represents that she has discussed this matter with Mr. Nashban and he requested that Movant file this Motion on his behalf. Further, Movant represents that Schreiber Foods, Inc. has consented to withdrawal of Mr. Nashban as counsel and that Schreiber Foods, Inc. will continue to be represented by Valerie Bailey-Rihn of the law firm of Quarles & Brady, LLP.

QUARLES & BRADY LLP

By: _____
Valerie Bailey-Rihn
One South Pinckney Street
Suite 600
Madison, WI 53703-2808
608-251-5000
608-251-9166 - Facsimile

BOC-FS1\NashbanN\403182v01