**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

May 1, 2006

Dr. Ricardo Pines
Pines-Carter of Florida, Inc.
3301 Ponce de Leon Blvd., Suite PH
Coral Gables, FL 33134

Re:      Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Dr. Pines:

The Court is in receipt of the Notice of Withdrawal of Appearance filed by Attorney, Peter D. Russin, indicating he is no longer representing Pines-Carter of Florida, Inc.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Carter*
Susan Carter
Case Manager
(904) 301-6521