UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF ANN WIGGINS (CLAIM NO. 12720)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Ann Wiggins (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 12720 filed by Claimant is allowed as a unsecured non-priority claim in the amount of $3,000 against Winn-Dixie Raleigh, Inc. in Case No. 05-03839 which the Debtors are authorized to pay in full in accordance with the claims Resolution Procedure.

2. This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 12720 and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, including, without limitation, Sedgwick Claims Management Service, Inc. and

its employees, including, without limitation, Richard J. Law, as of the date of this Agreed Order all of which are forever waived, discharged and released.

3. Ann Wiggins, Ralph Wiggins, and the Law Offices of Blake Maislin, LLC shall dismiss with prejudice the action they filed against "Winn-Dixie Store #1777", Sedgwick Claims Management Services, Inc. and Richard J. Law, currently pending in the United States Bankruptcy Court for the Southern District of Ohio, Western (Cincinnati) Division, as Adversary No. 1:06-ap-01097.

4. Winn-Dixie Raleigh, Inc. shall dismiss the adversary proceeding it filed against Ann Wiggins, Ralph Wiggins, and the Law Offices of Blake Maislin, LLC pending herein as Adversary No. 3:06-ap-00126-JAF.

5. The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation Claim, or make any admission of liability. The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __1__ day of _May_____, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors

LAW OFFICES OF BLAKE MAISLIN, LLC

By _____
    Randy A. Byrd

Ohio Bar Number 0042192
Maislin Professional Center
214 East Ninth Street, 5th Floor
Cincinnati, Ohio 45202
(513) 721-5555
(513) 721-5557

Attorneys for Ann Wiggins, Ralph Wiggins, and the Law Offices of Blake Maislin, LLC

527696