**Deanna Gantert**

| | |
|---|---|
| **From:** | Cynthia C. Jackson [cjackson@smithhulsey.com] |
| **Sent:** | Friday, July 08, 2005 12:28 PM |
| **To:** | Doug Noble (753 J.O ) |
| **Subject:** | RE: FW: Crowder Family |

Call me if there is any problem along the way.

-----Original Message-----
From: Doug Noble (753 J.O.) [mailto:NOBLED@phelps.com]
Sent: Friday, July 08, 2005 12:28 PM
To: Cynthia C. Jackson; Adam Ravin
Cc: Michael Chlebovec; pwindham@xroadsllc.com; Doug Noble (753 J.O.)
Subject: RE: FW: Crowder Family


Thank you for this courtesy, Cindy. I am hopeful that we will be able
to resolve all this and look forward to working with you to do so before
7/24.

> -----Original Message-----
> From: Cynthia C. Jackson [mailto:cjackson@smithhulsey.com]
> Sent: Friday, July 08, 2005 11:23 AM
> To: Doug Noble (753 J.O.); Adam Ravin
> Cc: Michael Chlebovec; pwindham@xroadsllc.com
> Subject: RE: FW: Crowder Family
>
>
> In an effort to reach a resolution  of your objection we are happy to
> extend the time in which you must object to the proposed cure amount
> by 10 days (or until July 24, 2005.)  Please call me if you have any
> questions.
>
> -----Original Message-----
> From: Doug Noble (753 J.O.) [mailto:NOBLED@phelps.com]
> Sent: Thursday, June 23, 2005 9:20 AM
> To: 'Adam Ravin'
> Subject: RE: FW: Crowder Family
>
>
> Sure.  2:00 p.m. Eastern Time.  I'll call you.
>
> > -----Original Message-----
> > From: Adam Ravin [mailto:ARAVIN@skadden.com]
> > Sent: Thursday, June 23, 2005 8:13 AM
> > To: NOBLED@phelps.com
> > Subject: RE: FW: Crowder Family
> >
> >
> > Let's say 2:00.  Do you want to call me?
> >
> > Adam S. Ravin
> > Skadden, Arps, Slate, Meagher & Flom LLP
> > Four Times Square
> > New York, NY 10036-6522
> > Tel:  (212) 735-3389
> > Fax: (917) 777-3389
> > aravin@skadden.com
> >
> > >>> "Doug Noble (753 J.O.)" <NOBLED@phelps.com> 06/23/05 9:10 AM >>>
> > That's no problem, Adam.  Anytime Tuesday is fine with me,
> as I'm free
>

1

**Exhibit A**

```
> > all day, too.
> >
> > > -----Original Message-----
> > > From: Adam Ravin [mailto:ARAVIN@skadden.com]
> > > Sent: Thursday, June 23, 2005 6:41 AM
> > > To: NOBLED@phelps.com
> > > Subject: Re: FW: Crowder Family
> > >
> > >
> > > Doug:
> > >
> > > I will be traveling today and tomorrow. Could we plan to
> speak early
>
> > > next week?  Tuesday would be best for me. Could you
> suggest a time?
> > > I am free most of the day.
> > >
> > > Adam
> > >
> > > Adam S. Ravin
> > > Skadden, Arps, Slate, Meagher & Flom LLP
> > > Four Times Square
> > > New York, NY 10036-6522
> > > Tel:  (212) 735-3389
> > > Fax: (917) 777-3389
> > > aravin@skadden.com
> > >
> > > >>> "Doug Noble (753 J.O.)" <NOBLED@phelps.com> 06/22/05 11:06 AM
> > >>>>
> > > Adam,
> > >
> > > Below is the report generated by our inspector resulting from his
> > > meeting with the WD personnel several days ago.  As you can see,
> > > there
> > remain
> > > numerous matters that have not been repaired, thus
> meaning that the
> > 60
> > > day
> > > default period has passed without sufficient curative
> action by the
> > > debtor, and my client has the right to terminate the lease.  Of
> > > course, it
> > was
> > > announced that the debtors intend to cease operations in
> MS, which
> > > presumably means rejection of this lease anyway, however
> we are not
> > > interested in further deterioration of the property in the coming
> > > months pending rejection and evacuation.
> > >
> > > So, I would appreciate some input from you as to a
> definite timeline
>
> > > for when we can expect evacuation through the rejection
> process.  I
> > would
> > > prefer
> > > not to create conflict in the interim period, but if we aren't
> > > sufficiently certain of the debtor's rejection and
> vacation, we may
> > > very well
> > need
> > > to
> > > invoke our termination rights and expedite that process.  I am
> > > generally available to discuss any of this with you when you are
```

```
> > > free to do
> > > so.
> > >
> > >  <<AlphaInspection.pdf>>
> > > Douglas C. Noble
> > > PHELPS DUNBAR LLP
> > > 111 East Capitol, Suite 600
> > > Jackson, Mississippi 39201
> > > Post Office Box 23066
> > > Jackson, Mississippi 39225-3066
> > > Main  (601) 352-2300
> > > Direct      (601) 360-9753
> > > Fax   (601) 360-9777
> > > www.phelpsdunbar.com
> > >
> > >
> > >
> > > ------------------------------------------------------------
> > > To ensure compliance with Treasury Department regulations, we
> > > advise you that, unless otherwise expressly indicated, any federal

> > > tax advice contained in this message was not intended or written
> > > to be used, and cannot be used, for the purpose of
> > > (i) avoiding tax-related penalties under the Internal Revenue
> > > Code or applicable state or local tax law provisions or (ii)
> > > promoting, marketing or recommending to another party any
> > > tax-related matters addressed herein.
> > >
> > > ***************************************************
> > > This e-mail and any attachments thereto, is intended only for use
> > > by the addressee(s) named herein and may contain legally
> > > privileged and/or confidential information. If you are not the
> > > intended recipient of this e-mail, you are hereby notified any
> > > dissemination, distribution or copying of this email, and any
> > > attachments thereto, is strictly prohibited. If you receive this
> > > email in error please immediately notify me at (212) 735-3000 and
> > > permanently delete the original copy and any copy of any e-mail,
> > > and any printout thereof.
> > >
> > > Further information about the firm, a list of the Partners and
> > > their professional qualifications will be provided
> upon request.
> > > ***************************************************
> > > ====================================================================
> > >
> >
> >
> > ------------------------------------------------------------
> > To ensure compliance with Treasury Department regulations, we advise

> > you that, unless otherwise expressly indicated, any federal tax
> > advice contained in this message was not intended or written to be
> > used, and cannot be used, for the purpose of
> > (i) avoiding tax-related penalties under the Internal Revenue
> > Code or applicable state or local tax law provisions or (ii)
> > promoting, marketing or recommending to another party any
> > tax-related matters addressed herein.
> >
> > ====================================================================
> >
>
>
> The information contained in this communication may be
> confidential, is intended only for the use of the
> recipient(s) named above, and may be legally privileged. If
> the reader of this message is not the intended recipient, you
> are hereby notified that any dissemination, distribution, or
```

> copying of this communication, or any of its contents, is
> strictly prohibited. If you have received this communication
> in error, please return it to the sender immediately.
>
>
>