**Deanna Gantert**

| | |
|---|---|
| **From:** | Adam Ravin [ARAVIN@skadden.com] |
| **Sent:** | Tuesday, May 31, 2005 9:27 AM |
| **To:** | NOBLED@phelps.com |
| **Subject:** | RE: Store No. 1328- Crowder Family Joint Venture |

Doug:

Why don't you give me the name and contact number (cell and land line would probably be best) of the person with whom they will be meeting, so that I can pass it along. That way, if there is any need to coordinate, logistics, they can do so directly.

Thanks.

Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, NY 10036-6522
Tel:  (212) 735-3389
Fax: (917) 777-3389
aravin@skadden.com

>>> "Doug Noble (753 J.O.)" <NOBLED@phelps.com> 05/31/05 9:23 AM >>>
Great.

> -----Original Message-----
> From: Adam Ravin [mailto:ARAVIN@skadden.com]
> Sent: Tuesday, May 31, 2005 6:55 AM
> To: NOBLED@phelps.com
> Subject: RE: Store No. 1328- Crowder Family Joint Venture
>
>
> Yes. June 8th at 8:00 a.m. has been confirmed.
>
> Adam S. Ravin
> Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York,
> NY 10036-6522
> Tel:  (212) 735-3389
> Fax: (917) 777-3389
> aravin@skadden.com
>
> >>> "Doug Noble (753 J.O.)" <NOBLED@phelps.com> 05/27/05 11:50 AM
>>>
> Confirmed, and I presume the time will be at or around 8:00 a.m. as
I
> previously mentioned?  If not, let me know what time to have our
> representative there.  Thanks again for the prompt response.
>
> > -----Original Message-----
> > From: Adam Ravin [mailto:ARAVIN@skadden.com]
> > Sent: Friday, May 27, 2005 6:12 AM
> > To: NOBLED@phelps.com
> > Cc: Sally McDonald Henry; KeithCherry@winn-dixie.com;
> > MichaelChlebovec@winn-dixie.com; RickMeadows@winn-dixie.com
> > Subject: RE: Store No. 1328- Crowder Family Joint Venture
> >
> >
> > Doug:
> >
> > The Company has indicated that Wednesday June 8 is best.  Please
> > confirm that this time works for your client, and the Company will
> > arrange to have its Maintenance Supervisor, and District
Maintenance
> > Supervisor there.
> >

1

**Exhibit B**

```
> > Adam S. Ravin
> > Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York,
> > NY 10036-6522
> > Tel:   (212) 735-3389
> > Fax: (917) 777-3389
> > aravin@skadden.com
> >
> > >>> "Doug Noble (753 J O.)" <NOBLED@phelps.com> 05/26/05 10:12 AM
> >>>
> > Adam,
> >
> > My client is grateful for your cooperation and willingness to meet
> to
> > do
> > this.  My clinet rep can be available in the mornings of the
> following
> > (around 8:00 am is preferrable):
> >
> > Thurs, June 2
> > Mon, June 6; or
> > Wed, June 8
> >
> > If none of these dates are good, please suggest others that will
be
> > and
> > we'll try it again.  Thanks again.
> >
> > > -----Original Message-----
> > > From: Adam Ravin [mailto:ARAVIN@skadden.com]
> > > Sent: Wednesday, May 25, 2005 6:55 AM
> > > To: NOBLED@phelps.com
> > > Cc: Sally McDonald Henry; KeithCherry@winn-dixie.com;
> > > MichaelChlebovec@winn-dixie.com; RickMeadows@winn-dixie.com
> > > Subject: Store No  1328- Crowder Family Joint Venture
> > >
> > >
> > > Doug:
> > >
> > > Good speaking with you yesterday. I look forward to receiving
the
> > > follow up information you mentioned regarding additional
> maintenance
> > > issues that your client has identified.  The Company has indicated
> > > that it is willing have a supervisor walk through the property
> > > with a representative of your client for the purpose of listing
> > > and acknowledging the various requests being made. As you may have
> > gleaned
> > > from our status call yesterday, most minor requests can be
> promptly
> > > handled, whereas major requests require additional time while
bids
> > and
> > > the requisite approvals are obtained. We appreciate your
patience
> in
> > > this regard.
> > >
> > > Please suggest a few possible dates that your client's
> > representative
> > > would be available for a walk through and I will try to coordinate
> > > with the Company.
> > >
> > > Regards,
> > >
> > > Adam
> > >
> > > Adam S. Ravin
```

2

```
> > > Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New
> > > York, NY 10036-6522
> > > Tel:  (212) 735-3389
> > > Fax: (917) 777-3389
> > > aravin@skadden.com
> > >
> > > ------------------------------------------------------------
> > > -----------------
> > > ************************************************************
> > > This e-mail and any attachments thereto, is intended only for use
> > > by the addressee(s) named herein and may contain legally
> > > privileged and/or confidential information. If you are not the
> > > intended recipient of this e-mail, you are hereby notified any
> > > dissemination, distribution or copying of this email, and any
> > > attachments thereto, is strictly prohibited.
> > > If you receive this email in error please immediately notify me at
> > > (212) 735-3000 and permanently delete the original copy and any
> > > copy of any e-mail, and any printout thereof.
> > >
> > > Further information about the firm, a list of the Partners and
> > > their professional qualifications will be provided upon
> request.
> > > ************************************************************
> > > ============================================================
> > > =================
> > >
> >
> >
>
>
```