## Adam Frisch

**From:** Doug Noble (753 J.O.) [NOBLED@phelps.com]
**Sent:** Thursday, July 07, 2005 10:09 AM
**To:** 'aravin@skadden.com'
**Subject:** Crowder Family Joint Venture -- Winn Dixie

Adam,

Obviously, our focus has now changed given the filing of the sale motion. We met with the prospective purchaser of our store yesterday and are in discussions with him about the transaction. In connection with the motion and transaction, I have a few new questions that I need your assistance on:

1. The cure amount listed in the motion for our lease is $14,683.16. This amount is not correct because it does not include the percentage rent payment for 2004 that has not been paid.

2. Further to that point, as we stated in our POC, we haven't been provided with the sales information to determine what that amount is, so it would be helpful if you could get that to us in short order -- both for cure amount purposes and to assist us in negotiations with Kaye.

3. Also regarding cures, you already know that the non-monetary cures are of paramount concern to my client, and these aren't mentioned in the motion either. I think that neither of us can quantify the costs to cure those defaults, and we may need to work together to try and do so. So, I would like to talk to you about how to address this.

4. In connection with the cures, I would like to try and resolve all these matters without filing anything and to reduce cost and effort for both of us. So, add this matter to the list of things to discuss and try and work out.

Thanks. I am available to talk at 4:00 EST and will look forward to it.

Douglas C Noble
PHELPS DUNBAR LLP
111 East Capitol, Suite 600
Jackson, Mississippi 39201
Post Office Box 23066
Jackson, Mississippi 39225-3066
Main   (601) 352-2300
Direct  (601) 360-9753
Fax    (601) 360-9777
www.phelpsdunbar.com

**Exhibit C**

4/27/2006