## Deanna Gantert

**From:** Doug Noble (753 J.O.) [NOBLED@phelps.com]
**Sent:** Monday, August 01, 2005 9:49 AM
**To:** 'Cynthia C. Jackson'; Adam Ravin
**Cc:** Doug Noble (753 J.O.)
**Subject:** RE: Crowder Family -- Store 1328

Can either of you update me on the status, procedurally, of where the debtor is on cures, particularly how you want to go about information exchange, when, timing, etc. and when you expect the hearing to be. I will check with my client and see what they have so that I can be prepared to give you what we have when we're in agreement on process. Thanks.

Douglas C. Noble
PHELPS DUNBAR LLP
111 East Capitol, Suite 600
Jackson, Mississippi 39201
Post Office Box 23066
Jackson, Mississippi 39225-3066
Main    (601) 352-2300
Direct      (601) 360-9753
Fax    (601) 360-9777
www.phelpsdunbar.com

1

**Exhibit D**