# PHELPS DUNBAR LLP
### ———— COUNSELORS AT LAW ————

| | | |
|---|---|---|
| New Orleans, LA | 111 East Capitol Street • Suite 600 | Jackson MS |
| Baton Rouge LA | Jackson, Mississippi 39201-2122 | Tupelo MS |
| Houston, TX | P. O. Box 23066 | Gulfport MS |
| London, England | Jackson, Mississippi 39225-3066 | Tampa FL |
| | (601) 352-2300 • Fax (601) 360-9777 | |

NOBLED@PHELPS.COM

www.phelpsdunbar.com

May 9, 2005

DOUGLAS C. NOBLE
Partner
Resident in Mississippi
Direct (601) 360-9753

20835.1

**FAXED TO: (917) 777-3389**
Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**FAXED TO: (212) 530-5219**
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Re:   In re: Winn-Dixie Stores, Inc., et al.

Gentlemen:

I represent the Crowder Family Joint Venture ("CFJV") in connection with a lease under which it is the Landlord and Winn-Dixie Montgomery, Inc. is the Tenant. Under the subject lease, the Debtor has continuing and ongoing obligations with regard to maintenance of the premises, and CFJV believes that the Debtor is and has remained in continuous default of these ongoing obligations.

I recently received a copy of the Court's <u>Order Under 11 U.S.C. § 365(d)(4) Granting Extension Of Time To Assume Or Reject Unexpired Leases Of Non-Residential Real Property</u> dated May 6, 2005. In accordance with the terms of that Order, I forward to both of you a copy my prior correspondence to the Debtor regarding its breach of these obligations, which we believe clearly constitute "Postpetition Rental Obligations" as defined in the May 6, 2005 Order.

JO:99294453-1

**Exhibit E**

Adam S. Ravin
Dennis F. Dunne
May 9, 2005
Page 2

After you have reviewed the attached correspondence and the lease, I look forward to discussing this matter further with each of you. Also, if you need additional information from me or from my client, please do not hesitate to contact me.

                Sincerely,

                PHELPS DUNBAR LLP

                Douglas C. Noble

DCN:kh
Enclosure
cc: Kathy Kirchmayr

JO:99294453-1