## Adam Frisch

**From:** Doug Noble (753 J.O.) [NOBLED@phelps.com]
**Sent:** Friday, April 28, 2006 10:03 AM
**To:** Adam Frisch
**Subject:** FW: Store No. 1328- Crowder Family Joint Venture

```
> -----Original Message-----
> From: Adam Ravin [mailto:ARAVIN@skadden.com]
> Sent: Thursday, May 19, 2005 5:49 AM
> To: nobled@phelps.com
> Cc: Rosalie Gray; Sally McDonald Henry;
> MichaelChlebovec@winn-dixie.com
> Subject: Store No. 1328- Crowder Family Joint Venture
>
>
> Doug:
>
> Good speaking with you yesterday.
>
> Further to your letters of May 9th and May 17th, the Company informs
> me that they had two supervisors at the location on Tuesday and that
> most of the smaller maintenance items referenced in your May 9th
> letter have now been corrected.
> Additionally, I have been informed that the water line was repaired on
> Tuesday. The Company is, as I mentioned in our call, awaiting price
> quotes as to certain of the other issues you raised.  I look forward
> to speaking with you next Tuesday at 11:00 a.m.
> (Eastern) and providing you with a further status update.  If you have
> any questions in the interim, please do not hesitate to call.
>
> Regards,
>
> Adam
>
>
>
>
> Adam S. Ravin
> Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York,
> NY 10036-6522
> Tel:  (212) 735-3389
> Fax: (917) 777-3389
> aravin@skadden.com
>
>
> ------------------------------------------------------------------
> -----------------
> ****************************************************
> This e-mail and any attachments thereto, is intended only for use by
> the addressee(s) named herein and may contain legally privileged
> and/or confidential information. If you are not the intended recipient
> of this e-mail, you are hereby notified any dissemination,
> distribution or copying of this email, and any attachments thereto, is
> strictly prohibited.
> If you receive this email in error please immediately notify me at
> (212) 735-3000 and permanently delete the original copy and any copy
> of any e-mail, and any printout thereof.
>
> Further information about the firm, a list of the Partners and their
> professional qualifications will be provided upon request.
> ****************************************************
```

1

**Exhibit F**