**Deanna Gantert**

**From:**      Kim Hoffman (329 J.O.) [Hoffmank@phelps com]
**Sent:**       Wednesday, June 29, 2005 12:07 PM
**To:**          Doug Noble (753 J.O.)
**Subject:**   June 17, 2004 Alpha Inspection Report



AlphaInspectionRep
ortJune17,20

                        <<AlphaInspectionReportJune17,2004.pdf>>

```
Kim Hoffman
Secretary for James W. O'Mara
and Douglas C. Noble
Phelps Dunbar LLP
111 E. Capitol Street
Suite 600
Jackson, MS 39201
(601) 352-2300 Ext. 329
(601) 360-9777 (Fax)
```

**Exhibit G**



*Make a smart move, call Alpha*

Charlie Sessums   601 992 4142

17 June 2004

Cathy Kirchmayer

Re      Grand Ave Winn Dixie
        Yazoo City, MS

At your request, and in your presence, a visual inspection of the above referenced property was conducted today. This inspection report reflects the visual conditions of the property at the time of the inspection only. Hidden or concealed defects cannot be included in this report. No warranty is either expressed or implied. This report is not an insurance policy, nor a warranty service

An earnest effort was made on your behalf to discover all visible defects. The following is an opinion report, expressed as a result of the inspection. Overall, the building was constructed in a workmanlike manner, consistent with the local building trades and codes in effect at the time of construction, and has average maintenance in most areas. However the following items should be addressed:

## ROOF

1.  Transition flashing between the parapet cap and wall should be repaired and all seems sealed
2.  Debris should be removed from the roof and a program established to verify/ensure it is kept debris free. This will prevent the drains from becoming clogged. Pruning of the tree limbs will aid in this effort.
3.  Drain screens that are damaged or missing should be replaced.
4.  All gutters should be cleared of debris. Gutters that are damaged should be repaired and proper slope verified. A program should be established to verify/ensure they are kept debris free.
5.  Repair/replace damaged vent flashings.
6.  Post that act as equipment stands need to be sealed. The top of this seal should be crowned so as to not hold water.
7.  Ventilation fan for the mechanical room should be repaired and the guard pit back in place.
8.  Ventilation fan at the right front corner has been removed and the curb sealed. Replace this fan so that it may serve it's original purpose.
9.  On portions of the roof where no parapet wall exist; the union of the metal flashing an roofing material should be verified and resealed where neccessary

## ELECTRICAL

10. All equipment disconnects, on roof mounted equipment, mechanical room equipment and any other locations, should have the missing/damaged/unsecured required covers, deadfronts and internal shields repaired/installed as needed.
11. Conduit passing through the roof or parapet wall should be resealed.
12. Conduit to the mechanical room ventilation fan should be properly installed
13. Electrical connection at the furnace should be enclosed in a listed enclosure.
14. Scorched/ heat damaged lighting fixtures should be inspected then replaced or refinished as neccessary.
15. Junction box at the floor maintenance equipment charging station should be rigidly mounted to the wall. Covers should be installed on open junction boxes viewed in the warehouse.

16. Electrical panels should be inspected & securing hardware replaced where damaged or missing.
17. Cause of tripped breakers investigated.
18. Single pole breakers ganged together for 3 phase service should use the manufacturer provided device not a piece of wire.
19. In Subpanel B Numerous scorched wires were viewed. Investigate the cause and repair.
20. In the unlabeled subpanel to the far right it is noted the MC conduit is damaged and the appropriate insulator was not used.
21. All loose, unused wiring, within equipment panels should be properly terminated.
22. In the panel labeled C 36' DDC12m SMK MEAT the double tapping of a breaker was viewed. This is not allowed
23. Unprotected openings in panels should be plugged.
24. GFCI outlet at the water fountain should be replaced
25. Have the electrical equipment as a whole reviewed by a licsened electrician .

## PLUMBING

26. IPR valves on both water heaters are improperly piped. Replace the valves and rework the piping.
27. Furnace vent pipe should be replaced and the related connections inspected.
28. A catch pan and a drain line to a plumbing waste line should be fashioned under the break room air conditioner. Water dripping on the stairs is a hazard
29. The drain at the loading dock should be cleared of debris and it's proper operation verified. A program should be established to verify/ensure it is kept debris free.
30. All three toilets are loose at the floor. Replace the wax rings and secure to the floor.

## SPECIALTY CONTRACTOR

31. Damage to the guard rail system & concrete at the loading dock should be repaired. Cracks in the block at the loading dock should be filled and painted
32. Vegetation should be removed from the building. These areas should be kept maintained.
33. Concrete should be repaired at the gas meter and open joints (such as viewed at the front of the store) should be kept sealed to prevent water from traveling under the walk & lot This will degrade the lot
34. EFIS siding material at the front of the store has been patched withe plywood. It should be removed and a proper repair made.
35. Refrigeration lines in the building should be fully insulated to prevent damage to the ceiling and drywall system. Areas over the meat department and the refrigerated rooms were viewed to suffer from this condition.
36. Damaged floor tiles should be replaced. If damaged by water the source should be eliminated before repair is implemented. Areas where the floor is uneven can have a floor leveling compound applied before new tile is installed
37. No determination was made to the cause of the uneven floor along the north wall of the sales floor.
38. The double doors for equipment access to the mechanical room should be properly secured.
39. Bathroom partitions should be rigidly secured and missing components replaced.

Each of these items will likely require further evaluation and repair by licensed tradespeople. Obtain competitive estimates for these items. Thank you for selecting our firm to do your deferred maintenance inspection. If you have any questions regarding the inspection report or the home, please feel free to call us.

Sincerely,

Charlie Sessums
Alpha Inspection
Mississippi License #0187