

Charlie Sessums
216 Shenandoah Rd
Brandon, MS 39047
601-992-4142

9 June 2005

Kathy Kirchmayer

Re:    Grand Avenue Winn Dixie Maintenance and Repair Compliance Inspection

At your request I met with Robert Gauthier and Lee Barnes on Wednesday, June 8, 2005.
The items mentioned will correspond to the item numbers on the report from June 17,
2004. Each will be identified as "satisfactorily addressed", "unsatisfactorily addressed"
"not addressed" along with explanations when necessary.

## ROOF

1.    not addressed
2.    not addressed
3.    satisfactorily addressed
4.    unsatisfactorily addressed:  The gutters are still damaged and improperly
      sloped  Mr. Gauthier agreed the roof's gravel ballast should have already been
      removed with the rest of the debris.  Repairs to the gutters have been included
      with his request for a capital expenditure for repairing the entire roof system.
5.    not addressed
6.    not addressed
7.    satisfactorily addressed
8.    satisfactorily addressed:  The fan was discarded and the hole was satisfactorily
      closed and sealed.
9     not addressed

NOTE: Mr. Gauthier acknowledged they had 60 days to address the issues in the initial
report and the Winn Dixie management has failed to approve spending

## ELECTRICAL

10.   unsatisfactorily addressed:  several equipment enclosures do not have secure
      covers
11.   satisfactorily addressed
12.   satisfactorily addressed
13.   satisfactorily addressed
14.   unsatisfactorily addressed:  several scorched fixtures remained
15.   satisfactorily addressed
16.   satisfactorily addressed
17.   satisfactorily addressed
18.   satisfactorily addressed
19.   satisfactorily addressed

**Exhibit H**



Charlie Sessums
216 Shenandoah Rd
Brandon, MS 39047
601-992-4142

20      satisfactorily addressed
21.     satisfactorily addressed
22      satisfactorily addressed
23.     satisfactorily addressed
24.     satisfactorily addressed
25.     satisfactorily addressed

## PLUMBING

26.     satisfactorily addressed
27.     satisfactorily addressed
28.     satisfactorily addressed
29      satisfactorily addressed
30      unsatisfactorily addressed:  Mr. Barnes stated his men have been unable to properly repair the toilets after several attempts

## SPECIALTY CONTRACTOR

31.     satisfactorily addressed
32      satisfactorily addressed
33.     unsatisfactorily addressed:  Repair was made with improper materials and has now failed
34.     unsatisfactorily addressed:  EFIS has been repaired poorly and the finished product does not match the surrounding walls.
35      satisfactorily addressed
36.     satisfactorily addressed:  This is an ongoing process as the store configuration changes
37      Not applicable
38.     satisfactorily addressed
39.     not addressed:  hardware is available at most acoustic dealers

In addition the swinging doors between the sales floor and the warehouse base are heavily damaged since my last visit and should be replaced.

Many of the items that were not addressed or were unsatisfactorily addressed could be corrected in a timely manner.  I would be happy to assist you in finding contractors to help with these items.

Sincerely,

Charlie Sessums
Alpha Inspection
Your Personal Building Consultant