# PHELPS DUNBAR LLP
## COUNSELORS AT LAW

| | | |
|---|---|---|
| New Orleans LA | 111 East Capitol Street • Suite 600 | Jackson MS |
| Baton Rouge LA | Jackson, Mississippi 39201-2122 | Tupelo MS |
| Houston TX | P. O. Box 23066 | Gulfport MS |
| | Jackson, Mississippi 39225-3066 | |
| London England | (601) 352-2300 • Fax (601) 360-9777 | Tampa FL |

NOBLED@PHELPS.COM

www.phelpsdunbar.com

DOUGLAS C. NOBLE
Partner
Resident in Mississippi
Direct (601) 360-9753

May 17, 2005

20835 1

**VIA FAX TO: (917) 777-3389 and U.S. MAIL**
Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**VIA FAX TO: (212) 530-5219 and U.S. MAIL**
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Re: In re: Winn-Dixie Stores, Inc., et al.

Gentlemen:

This letter is a follow up to my prior letter to both of you dated May 9, 2005, a copy of which is attached hereto for reference.

Pursuant to the procedures implemented by court order, you were provided five (5) business days to respond to the allegations contained in my prior letter regarding "Postpetition Rental Obligations" as defined in the order. As of this afternoon, I have received no such response. Furthermore, in addition to the matters identified in my prior letters, my client, the Crowder Family Joint Venture, has informed me that a water line broke on the property approximately a week ago and has not been repaired. My client is informed that the store manager has notified Winn-Dixie personnel in Jacksonville, but it appears that immediate attention has not been given to this matter.

While the court-implemented procedures permit me to file a motion with the court regarding the Postpetition Rental Obligations, we would very much prefer not to have to do so. Instead, we would appreciate being able to open dialogue with you regarding your intentions with respect to this property; if your intention is to reject the lease, we are happy to assist and

JO:99295244-1

**Exhibit I**

Adam S. Ravin
Dennis F. Dunne
May 17, 2005
Page 2

facilitate rejection and to negotiate the various outstanding issues with respect to defaults and other matters arising under the lease.

Therefore, we would appreciate a response of some sort and the opportunity to discuss this matter further with you.

                Sincerely,

                PHELPS DUNBAR LLP

                Douglas C. Noble

DCN:kh
Enclosure
cc: Kathy Kirchmayr

JO:99295244-1