## Deanna Gantert

| | |
|---|---|
| **From:** | Doug Noble (753 J.O.) [NOBLED@phelps.com] |
| **Sent:** | Wednesday, September 07, 2005 5:21 PM |
| **To:** | 'cjackson@smithhulsey.com'; 'aravin@skadden.com' |
| **Cc:** | 'wmorris@bassberry.com"; Doug Noble (753 J.O.); 'stephenjjr@bellsouth.net' |
| **Subject:** | FW: Estimates for Cures |

 

Estimates.pdf (206 KB)   RepairAmounts.pdf (53 KB)

```
>   -----Original Message-----
> From:     Doug Noble (753 J.O.)
> Sent:     Wednesday, September 07, 2005 9:27 AM
> To: 'cjackson@smithhulsey.com'; 'aravin@skadden.com'
> Cc: 'wmorris@bassberry.com'; Doug Noble (753 J.O.);
> 'stephenjjr@bellsouth.net'
> Subject:  Estimates for Cures
>
> Cyndi/Adam,
>
> Attached are estimates my client has gotten for the repairs.
> We received from the debtor the information on gross sales for the
> year ended June 30, 2005.  My client tells me that we still do not
> have information for the previous year and have not been paid
> therefor.  We received payment for the $14K amount that was owed as an
> undisputed cure for unpaid taxes.
> Please advise or contact me with questions regarding resolution of
> these matters.
>
>  <<Estimates.pdf>>   <<RepairAmounts.pdf>>
>
> Douglas C. Noble
> PHELPS DUNBAR LLP
> 111 East Capitol, Suite 600
> Jackson, Mississippi 39201
> Post Office Box 23066
> Jackson, Mississippi 39225-3066
> Main       (601) 352-2300
> Direct     (601) 360-9753
> Fax (601) 360-9777
> www.phelpsdunbar.com
>
>
```

1

**Exhibit J**

W.D. Store 1328

Bids for Repair Work:

Roofing: Canton Sheet Metal & Roofing - $122,407.00 + taxes
Independent Roofing - $127,128.00 includes taxes

Back Wall:
RaJa M, Inc. $9,430.00 + new door $1,702.00

Azzone Masonry Contractor, Inc. $3,425.00
(does not include installing temporary security wall or reinstalling door)

**RaJaM, Inc.**
2058 Jerry Clower Blvd.
Yazoo City, Mississippi
Ph. 662 716-9414
Fx. 662 716-9440

July 22, 2005

To: Mr. Stephen Kirchmyar
3638 Cavarier Drive
Jackson, Mississippi, 39216

Subject: **Repairs at Winn Dixie Store in Yazoo City, Mississippi**

Stephen,

We have arrived at an Estimated Cost for the subject work discussed in our last meeting and described below:

Description of Work and Cost Breakdown:

Remove existing gutter and awning where concrete block wall is damaged; support roof load and remove damaged portion of concrete block wall and existing roll-up door; install temporary security wall as necessary; install new concrete block wall section and prime with block sealer; re-install metal roll-up door; re-install gutter and awning.
Estimated Cost: $ 9,430.00
**Note:** Add $1,702.00 for a new roll-up door.

Remove excess mortar from vertical joint in concrete block wall, install backer rod, sealer, and paint.
Estimated Cost: $ 400.00

Saw-cut and break-out a 2'6 x 6'6 damaged section of existing concrete pad, install protective sleeve around gas piping, and re-install concrete.
Estimated Cost: $ 920.00

Repair E.I.F.S. (simulated stucco) at SW corner of the building that was improperly installed.
Estimated Cost: $ 1,725.00

Replace toilet partitions in Men's and Women's restrooms.   Estimated Cost: $ 1,725.00

Replace heavy-duty, double-acting metal doors between warehouse and store.
Estimated Cost: $ 4,600.00

Repair and paint approximately 16 sq. ft. of damaged sheetrock on wall near Milk Department.
Estimated Cost: $ 350.00

Repair electrical panel covers on Panels "A", "LA1", and "LA2" to meet Code.
Estimated Cost: $ 675.00



# AZZONE
## MASONRY CONTRACTOR, INC.

Estimate "Bid"

To: Mrs. Kathy Kirchmayr

"Labor"

For demolition of wall both sides and over door, Clean out joints & Prepare for installation of block wall — — 3 days @ $465.00 — $1395.00

To install said blocks 3 days @ $465.00 — 1395.00

Clean debrie from site dumpster fee — 250.00

"+ —" subtotal $3040.00

"Material"

100 — 8x8x16 Stretcher block @ $1.50 — $150.00

Sand @ 60.00 — 60.00

Delivery — 68.00

Steel — 50.00

Angle Iron for over Roll up door — 60.00

+ — subtotal $385.00

Estimate only for said days "+ — " if necessary    total $3425.00

Thanks
Joseph Azzone

732 OLD 49 SOUTH • RICHLAND, MISSISSIPPI 39218 • (601) 939-7177

# Canton Sheet Metal & Roofing
1105 E. Peace St.
Canton, MS 39046
Phone: 601-859-3091
Fax: 601-859-3117



## PROPOSAL

To: Kathy Kirchmayr
3638 Cavalier Drive
Jackson, MS  39216-3501

Re: Reroof old Winn Dixie
    Grand Avenue,
    Yazoo City, MS

We propose to provide labor and materials for the following scope of work:

Seal red and white awning to brick structure on both sides of entrance way to building.
**Price:  $175.00 plus applicable taxes**
(One hundred seventy five dollars plus applicable taxes)

Lower drain on right end of canopy facing the building to remove standing water.
**Price:  $300.00 plus applicable taxes**
(Three hundred dollars plus applicable taxes)

Tear off roof on existing canopy on both ends and replace with a 20 year NDL roof.
**Price:  $ 1,858.00 plus applicable taxes**
(One thousand eight hundred fifty eight dollars plus applicable taxes)

Tear off roof down to deck, disposing of debris. This roof consists of approximately 136 squares. The price in this section covers installing a mopped on application of 1 layer of 1 ½" poly iso and 1 layer of ½" perlite, Tamko 2 ply modified system consisting of a base layer and one cap layer. Covers all of the perimeter flashing, and an 80 ft. expansion joint where the two buildings join. Remove approximately 23 penetrations that are inactive. There will be counter flashing placed under the cap flashing on the existing parapet wall. Includes taking down wall and the R-panels on the vertical wall which connect the lower section to upper section. This price includes reworking all the walls on the lower section with a modified cap.
**Price: $84,879.00 plus applicable taxes**
(Eighty four thousand eight hundred seventy nine dollars plus applicable taxes)
Includes 20 year NDL warranty

Cover 188 ft. of ductwork with "A" frame.
**Price: $ 2,700.00 plus applicable taxes**
(Twenty seven hundred dollars plus applicable taxes)

Tear off upper section of roof down to deck, disposing of debris. This roof consists of approximately 52 squares. The price in this section covers installing a Tamko 2 ply modified system consisting of a base layer and one cap layer. Covers all the walls and perimeter flashing, and two downspouts.   $32,495.00 plus taxes
(Thirty two thousand four hundred ninety five dollars plus applicable taxes)
Includes a 20 year NDL warranty

Thank you,

Posey Waldrup

Accepted by: _____
                                                              Date



# INDEPENDENT ROOFING SYSTEMS, INC.

5090 McRaven Rd • Jackson, MS 39204 • (601) 922-4301 • FAX (601) 922-8602
www.roofing.ms

July 18, 2005

Stephen J. Kirchmayer
3638 Cavalier Drive
Jackson, MS. 39216

RE: Winn Dixie/ Yazoo City

Independent Roofing Systems, Inc. proposes to re-roof the above project as follows.

(1) Remove loose gravel.
(2) Remove unused penetrations
(3) Over existing roof install ½ inch insulation board
(4) Over insulation board install Carlisle .045 mil TPO white membrane roof system.

Low Roof - $60,976.00

High Roof - $21,836.00

Cover Duct Work - $2,486.00

Exclusions:
Asbestos testing or abatement.

Thank you,

Kent Slaughter
Independent Roofing Systems, Inc.

**stephenjjr@bellsouth.net**  *Independent Roofing*

**From:** "Kent Slaughter" <kslaughter@roofing.ms>
**To:** <STEPHENJJR@BELLSOUTH.NET>
**Sent:** Wednesday, July 20, 2005 4:32 PM
**Subject:** WINN DIXIE/ YAZOO CITY

ADD REMOVAL OF EXISTING ROOF AND INSULATION TO METAL DECK. ADD NEW INSULATION AND ACCESSORIES AT THE UPPER ROOF WILL ADD $12,224.00

ADD REMOVAL OF ROOF DOWN TO LIGHTWEIGHT CONCRETE ON LOWER ROOF WILL ADD $25,686.00

ADD REMOVAL OF ASBESTOS FLASHING $3920.00

THESE COST TO BE ADDED TO PREVIOUS PRICES AND INCLUDE TRASH FEES AND TAX.

IF YOU NEED MORE JUST CALL.

THANKS
KENT

7/20/2005

## Independent Roofing

Low Roof
$60,976.00 +
$25,686.00

**$86662.00**

High Roof
$21,836.00 +
$12,224.00

**$34,060.00**

Removal of asbestos

**$3920.00**

Cover Duct Work

**$2,486.00**

Total

$127,128.00

**Prices include trash fees and tax...**

Crowder Family Joint Venture

Repair Amounts - WD #1328

with tax

$130,975.00  Roof           (127,128.00 without tax)
9,432.00   Loading Dock (back) wall
1702.00    Roll-up door
400.00     East back wall
920.00     Replacing concrete pad around gas line - bring up to code
1725.00    Repair to E.I.F.S. (or simulated stucco at southwest corner of building that was improperly installed)
1725.00    Replacing toilet petitions in men's/women's restrooms.
4600.00    Replace heavy double action doors between warehouse & store front
3570.00    Replace 16' section sheetrock that's damaged/near milk section
675.00     Replace electrical panel covers to meet code
[new] * 2000.00  Automatic doors - gears replaced (Matt's people's estimate)
2500.     Delta Tree Service - work on trees hanging over roof.

total
$157,002.00    (153,155)

$10,000.00  Rent for July 2005, August 2005