## Deanna Gantert

| | |
|---|---|
| **From:** | Doug Noble (753 J.O.) [NOBLED@phelps.com] |
| **Sent:** | Monday, September 12, 2005 3:06 PM |
| **To:** | 'cjackson@smithhulsey.com'; 'Aravin@skadden.com' |
| **Cc:** | 'stephenjjr@bellsouth.net'; Doug Noble (753 J.O.) |
| **Subject:** | RE: In re: Winn-Dixie Stores, Inc., et al.; Disputed Cure Amounts for Store #1328 |

 

Estimates.pdf (206 KB)   RepairAmounts.pdf (53 KB)

Cyndi/Adam,

My client informed me that the effects of the hurricane caused damage to our new tenant's (Kaye) goods due to leaks in the roof that remain unrepaired.
Obviously, Kaye is not happy and, now more than ever, wants this issue resolved, which is quite understandable.

I have not received any feedback from the debtor in response to my prior submissions of estimates for cure amounts. Thus, I am sending this correspondence to notify you that, in the event the cure amounts are not resolved forthwith, my client will be forced to borrow funds to begin curing the debtor's non-monetary defaults that remain uncured and unattended to.
This duty and the costs associated with performing it are clearly the debtor's and have not been addressed. We will use our best business judgment in hiring a contractor to perform the roof repairs, and one of the determining factors will be how soon construction can begin. All costs my client incurs in fulfilling the debtor's obligations, including interest on funds it is forced to borrow, will constitute cure amounts and will be included in the final calculation of the aggregate cure amount my client is entitled to.
We believe that we have provided the debtor with more than ample opportunities to address this, particularly with respect to the roof repair.

If the debtor intends to act prior to our having to undertake these efforts, please notify me immediately so as to minimize any duplication of effort and avoid further cost. I again attach the estimates that we have obtained and which I have previously sent to you by e-mail and U.S. Mail. I respectfully request your immediate attention to this matter. I hope to hear from you soon.

 <<Estimates.pdf>>  <<RepairAmounts.pdf>> Douglas C. Noble PHELPS DUNBAR LLP
111 East Capitol, Suite 600
Jackson, Mississippi 39201
Post Office Box 23066
Jackson, Mississippi 39225-3066
Main    (601) 352-2300
Direct        (601) 360-9753
Fax    (601) 360-9777
www.phelpsdunbar.com

**Exhibit K**

1