

# QUINN ROOFING AND SHEET METAL, INC.
## DBA
# GREENWOOD SHEET METAL AND ROOFING

1605 HWY 82 WEST    POST OFFICE BOX 9967    PHONE 662-453-2724    FAX 662-453-2727

GREENWOOD, MISSISSIPPI 38930

October 3, 2005

Crowder Family Joint Venture
3638 Cavalier Dr
Jackson, MS 39216
Attn: Mr. Stephen Kirchmayr

Dear Mr Kirkmayr:

Reference our recent examination of the roof on the building at 1206 Grand Ave. in Yazoo City, MS

We recommend that the following work be done:

I.   THE MAIN STORE AND TWO FRONT FLAT AWNING AREAS

   1. The existing gravel surfaced built-up roofing and roof insulation will be removed over the gypsum roof deck areas. The loose gravel only will be removed from the roof area with metal roof decking.
   2. The unused metal A/C support frames will be removed
   3. New galvanized metal heater vents will be installed to replace the existing ones
   4. A layer of Firestone MB basesheet will be nailed to the gypsum decking with LWC fasteners. A layer of 1 1/2" Isocyanurate roof insulation will be adhered to the basesheet using Type III asphalt
   5. A layer of 1/2" woodfiber roof insulation will be mechanically attached over the metal roof deck area
   6. New Colorklad metal eavestrip will be installed along the open eaves of the roof. Joint covers will be installed at the ends of the eavestrip to allow for expansion and contraction.
   7. New TPO coated metal pitch pans will be installed to replace the existing pitch pans.
   8. A new white Firestone TPO Adhered Roof System will be installed over the gypsum roof deck areas, and a white Firestone Mechanically Attached Roof System will be installed over the metal deck areas. Reinforced 045 TPO membrane will be used in accordance with Firestone's specifications

**Exhibit L**

9. The A/C ductwork will be waterproofed on the top and sides with TPO membrane.
10. A 15-year Firestone Red Shield Warranty will be supplied to the owner upon completion

The above will be done for the sum of $85,160.00 *KCK*

II   THE REAR WAREHOUSE ROOF AREA *to be completed at a later date*

1. The loose gravel will be removed from the roof surface
2. A layer of 1/2" woodfiber roof insulation will be mechanically attached over this roof area
3. New TPO coated metal pitch pans will be installed to replace the existing pitch pans
4. Colorklad metal eavestrip will be installed along the open eaves of the roof. Joint covers will be installed at the ends of the eavestrip to allow for expansion and contraction
5. A white Firestone TPO Mechanically Attached Roof System will be installed over this roof area using 045 reinforced TPO membrane in accordance with Firestone's specifications.
6. A 15-year Firestone Red Shield Warranty will be supplied to the owner upon completion

*Was Completed Feb '06*

The above will be done for the sum of $19,375.00

For your convenience, we are enclosing two copies of this proposal. If it meets with your approval, please circle the amounts of the work that you desire to have done, and sign, date, and return one copy for our records.

Cordially,

*Jesse Quinn III*
Jesse Quinn, III
Quinn Roofing and Sheet Metal, Inc.
D.b.a. Greenwood Sheet Metal and Roofing

ACCEPTED BY: *Kathy C. Kuehnau*   DATE: 10/11/05