QUINN ROOFING & SHEET METAL, INC.
P.O. BOX 9967
1605 HWY. 82 W
GREENWOOD, MS  38930
U.S.A.
Voice:  601-453-2724
Fax:    601-453-2727

# Statement

Statement Date:
Oct 31, 2005

Customer ID:
CROWDER FAMILY VENTU

**Account Of:**
STEPHEN KIRCHMAYR
3638 CAVALIER DRIVE
JACKSON, MS  39216

Amount Enclosed
$

| Date | Date Due | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/28/05 | 11/10/05 | 8795 | | | 36,502.00 | 36,502.00 |
| | | | | TOTAL | | 36,502.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 36,502.00 | 0.00 | 0.00 | 0.00 |

Thanks for your business.

**Exhibit M**

QUINN ROOFING AND SHEET METAL, INC.
DBA
# GREENWOOD SHEET METAL AND ROOFING

PHONE: (662) 453-2724
FAX: (662) 453-2727
1605 HIGHWAY 82 WEST

ROOFING & SHEET METAL
SINCE 1931

P. O. BOX 9967
GREENWOOD, MS 38930

OCTOBER 28, **8795**
2005
_____, 20 ___

CROWDER FAMILY JOINT VENTURE

3638 CAVALIER DRIVE

JACKSON, MS 39216

ATT: STEPHEN KIRCHMAYR

JOB _____

| | | | |
|---|---|---|---|
| LABOR  ( KAYE'S FOOD MART ) YAZOO CITY, MS | $48,658.00 | | |
| MATERIALS | $36,502.00 | | |
| ~~TOTAL SUM PER OUR LETTER DATED 10/3/05~~ | ~~$85,160.00~~ | | |
| AMOUNT NOW DUE FOR MATERIALS DELIVERED TO JOB SITE: | $ 36,502.00 | | |

*Paid $36,502.00*
*Check #429*
*10/31/05*

TOTAL NOW DUE     $ 36,502.00

TERMS: Net 10th of month following date of purchase.  A FINANCE CHARGE OF 1½% PER MONTH ANNUAL PERCENTAGE RATE of 18% is made on all accounts not paid by 25th of month following due date