QUINN ROOFING & SHEET METAL, INC.
P.O. BOX 9967
1605 HWY. 82 W
GREENWOOD, MS  38930
U.S.A.
Voice:  601-453-2724
Fax:    601-453-2727

# Statement

Statement Date:
Dec 29, 2005

Customer ID:
CROWDER FAMILY VENTU

**Account Of:**
STEPHEN KIRCHMAYR
3638 CAVALIER DRIVE
JACKSON, MS  39216

Amount Enclosed
$

| Date | Date Due | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/23/05 | 1/10/06 | 8858 | | | 50,260.00 | 50,260.00 |

*Paid 1/10/06 ck #439*

TOTAL  50,260.00

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 50,260.00 | 0.00 | 0.00 | 0.00 |

Thanks for your business.

**Exhibit N**

# QUINN ROOFING AND SHEET METAL, INC.
## DBA
# GREENWOOD SHEET METAL AND ROOFING

PHONE: (662) 453-2724  
FAX: (662) 453-2727  
1605 HIGHWAY 82 WEST

ROOFING & SHEET METAL  
SINCE 1931

P. O. BOX 9967  
GREENWOOD, MS 38930

**8858**

DECEMBER 23, 2005

, 20 ___

~~CROWDER FAMILY JOINT VENTURE~~  
3638 CAVALIER DRIVE  
~~JACKSON, MS 39216~~

JOB _____

| Description | Amount | | | |
|---|---|---|---|---|
| ~~RE: KAYE'S FOOD MART~~ YAZOO CITY, MS | | | | |
| ~~BALANCE DUE TO REROOF THE MAIN STORE AND THE TWO FRONT AWNING AREA'S OF KAYE'S FOOD MARKET~~ | $48,658.00 | | | |
| ~~LABOR AND MATERIALS TO DO THE FOLLOWING:~~ ~~1. REPLACE THE SHOP MADE DRAIN IN THE SOUTHWEST CORNER OF THE MAIN ROOF.~~ | $ 353.00 | | | |
| ~~2. REPLACE THE DETERIORATED WOOD BLOCKING AT THE EAVES OF THE MAIN ROOF AND FRONT AWNING ROOFS.~~ | $ 630.00 | | | |
| ~~3. REPAIR THREE PLACES IN THE GYPSUM DECKING.~~ | ~~$ 173.00~~ | | | |
| 4. REPAIR THE SAGGED AREA OF THE A/C DUCTWORK BY STRAIGHTENING ~~THE DUCTWORK, REINFORCING THE TOP OF THE DUCT WITH PLYWOOD~~ AND WATER PROOFING THE DUCT. | $446.00 | | | |
| SUB-TOTAL.- ~~TAX~~ | $50,260.00 | | | |
| TOTAL- | $50,260.00 | | | |

TERMS: Net 10th of month following date of purchase. A FINANCE CHARGE OF 1½% PER MONTH, ANNUAL PERCENTAGE RATE of 18% is made on all accounts not paid by 25th of month following due date.