

# QUINN ROOFING AND SHEET METAL, INC.
## DBA
# GREENWOOD SHEET METAL AND ROOFING

1605 HWY 82 WEST   POST OFFICE BOX 9967   PHONE 662-453-2724   FAX 662-453-2727
GREENWOOD MISSISSIPPI 38930

2/10/06

CROWDER FAMILY JOINT VENTURE
3638 CAVALIER DRIVE
JACKSON, MS 39216

ATTN: Stephen Kirchmayr

Dear Mr. Kirchmayr

Enclosed you will find 2 copies of the info you requested, in reference to the
(high roof) Kaye's Food Mart in Yazoo City, Ms.
1. Contract
2. Invoice for materials

If you could please date and sign one of the copies, keeping the other for your records
We can begin to move forward with the above roof system dated per our letter 10/3/05.

We are expecting the materials to arrive today (Friday) or Monday, and we are looking to
begin this job on the 2/24/06 or 2/27/06 pending good weather conditions.

Sincerely,

Brenda Quinn

Exhibit O