## QUINN ROOFING AND SHEET METAL, INC.
### DBA
# GREENWOOD SHEET METAL AND ROOFING

PHONE: (662) 453-2724  
FAX: (662) 453-2727  
1605 HIGHWAY 82 WEST

**ROOFING & SHEET METAL**  
**SINCE 1931**

P. O. BOX 9967  
GREENWOOD, MS 38930

**8551**

Crowder Family Joint Venture          2/10, 2006
3638 Cavalier Drive       JOB  Kaye's Market
Jackson, MS 39216              Yazoo City, MS
Attn: Stephen Kirchmayr

| Description | Amount |
|---|---|
| Materials for the Rear warehouse Roof area | $8,574.00 |

TERMS: Net 10th of month following date of purchase. A FINANCE CHARGE OF 1½% PER MONTH ANNUAL PERCENTAGE RATE of 18% is made on all accounts not paid by 25th of month following due date

Exhibit P