## QUINN ROOFING AND SHEET METAL, INC.
### DBA
# GREENWOOD SHEET METAL AND ROOFING

PHONE: (662) 453-2724  
FAX: (662) 453-2727  
1605 HIGHWAY 82 WEST

ROOFING & SHEET METAL  
SINCE 1931

P. O. BOX 9967  
GREENWOOD, MS 38930

**6859**

Crowder Family Joint Venture      2/28, 2006  
3638 Cavalier Dr.   JOB: Rear Warehouse Roof  
Jackson, MS 39216   Kaye's Market - Yazoo City, MS  
Attn: Mr. Stephen Kirchmayr

| Description | Amount |
|---|---|
| Labor and materials to apply a new Firestone TPO Mechanically Attached Roof System | $19,375.00 |
| Less Payment for Materials | -$8,574.00 |
| | $10,801.00 |
| Labor and materials to reinforced 32' of A/C ductwork with plywood and waterproof it | $665.00 |
| **Total Now Due** | **$11,466.00** |

TERMS: Net 10th of month following date of purchase. A FINANCE CHARGE OF 1½% PER MONTH ANNUAL PERCENTAGE RATE of 18% is made on all accounts not paid by 25th of month following due date

**Exhibit Q**