RaJaM Enterprises, Inc.

# Invoice

2058 Jerry Clower Blvd
Yazoo City, MS 39194

| Date | Invoice # |
|------|-----------|
| 2/9/2006 | 318 |

| Bill To |
|---------|
| Kathy Kirchmyer<br>Kayye's Food Center<br>Crowder Family Joint Venture<br>3638 Cavalier Dr<br>Jackson, Ms 39216-3501 |

| P.O. No | Terms | Project |
|---------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Remove and install existing gutter, awning, damaged block wall, roll-up door and security wall | 9,430.00 | 9,430.00 |
| 1 | Remove mortar in block wall and install backer rod and sealer | 400.00 | 400.00 |
| 1 | Repair 2'6 x 6'6 damaged concrete pad, install sleeve around gas piping | 920.00 | 920.00 |
| 1 | Repair stucco | 2,097.00 | 2,097.00 |
| 1 | Replace toilet partitions in men's and women's restrooms | 1,725.00 | 1,725.00 |
| 1 | New roll-up door | 1,702.00 | 1,702.00 |
| 1 | New dock pads, gutter extension and new sump pump discharge line. | 2,035.50 | 2,035.50 |
| 1 | Take down and reinstall air conditioner grills-our cost plus 15% | 436.52 | 436.52 |
| 1 | Sump-pump- rental and time delay | 75.00 | 75.00 |

Thank you for your business!

| **Total** | $18,821.02 |
|-----------|------------|

**Exhibit R**