## Williams Electrical Service

11901 HWY 16 East • Benton, MS 39039
Phone: (662) 673-0181 • Fax: (662) 673-0199
Pager: (601) 715-2290 • Afterhours: (662) 673-9973
E-Mail: hrobe@bellsouth.net

**JOB INVOICE**

| | |
|---|---|
| CUSTOMERS ORDER NO. | DATE ORDERED: 10-10-05 |
| ORDER TAKEN BY | DATE PROMISED □ A.M. □ P.M. |
| BILL TO: Crowder Family | PHONE |
| ADDRESS | MECHANIC |
| CITY: Jackson, MS | HELPER |
| JOB NAME AND LOCATION: Kaye's Foodmarket Yazoo City, MS | ☐ DAY WORK ☐ CONTRACT ☐ EXTRA |
| DESCRIPTION OF WORK: Replace latches on Elec. Panels. Replace Door latch. Install Blanks on Elec Panel | |

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| | Materials | | 262.50 |

| HOURS | LABOR | | AMOUNT | | |
|---|---|---|---|---|---|
| 3½ | MECHANICS 1 @ 50.00 | | 175.00 | TOTAL MATERIALS | 262.50 |
| 1½ | HELPERS 1 @ 15.00 | | 22.50 | TOTAL LABOR | 197.50 |
| | TOTAL LABOR | | 197.50 | | |
| | DATE COMPLETED | | | TOTAL | 460.00 |

I hereby acknowledge the satisfactory completion of the above described work:
SIGNATURE

**Exhibit S**