Stonewall Plumbing
P.O. Box 181
Yazoo City, MS 39194

**276122**

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 1-24-06 |
|---|---|---|
| NAME | Kings Foods | |
| ADDRESS | Grand Ave | |
| CITY, STATE, ZIP | Yazoo City, MS | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Take out 1 roof drain | | |
| 2 | & move 6' plumbing in | | |
| 3 | 4" line with san. tee | | |
| 4 | | | |
| 5 | | | |
| 6 | Service & Parts | | 745 00 |
| 7 | | | |
| 8 | Tax | | 52 19 |
| 9 | | | |
| 10 | Total | | 797 58 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | Thanks Phil | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

RECEIVED BY

adams
5805

KEEP THIS SLIP FOR REFERENCE

Exhibit T