

**Equipment Services**
A division of SUPERVALU
PO BOX 1377 Minneapolis, MN 55440
PH 800-835-0165  Fax 952-914-5850

# INVOICE

| Number | Date | Page |
|---|---|---|
| DSG 100417532 | 10/05/05 | Page 1 of 1 |

Bill To: KAYES FOOD MARKET #10
1206 GRAND AVE

YAZOO CITY    MS  39194

Ship To: KAYES FOOD MARKET #10
1206 GRAND AVE

YAZOO CITY    MS  39194

| Customer | | | Customer PO Number | Terms | Due Date |
|---|---|---|---|---|---|
| 1 | 716333 | KAYES FOOD MARKET #10 | T MCNAIR | NET10 | 10/15/05 |
| Special Instructions | GEN STOR | | | | |

| No. | SKU Code/Description/Comments | Taxable | Quantity | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| 1 | 2000DP7290 | Yes | 1.00 | EA | 448.3400 | 448.34 |
| | DOOR, CHASE TRAFFIC SHEET DOOR, DOUBLE PANEL, MODEL SD2000, 72"Wx90"H, SHEET ALUMINUM, NON/GASKETED, NON/INSULATED, TYPE F HINGING, STD WINDOWS, NO OPTIONS - CHASE DIVISION, CHASE CHASE DOORS 604782 | | | | | |
| 2 | Shipping | Yes | 1.00 | EA | 126.0000 | 126.00 |
| 3 | Tax : MS STATE TAX | No | 1.00 | | 40.2000 | 40.20 |

r_ar_invprint

| | |
|---|---|
| Subtotal | $574.34 |
| Sales Tax | $40.20 |
| Invoice Total | $614.54 |
| Payment Received | $0.00 |
| Discounts Given | $0.00 |
| Balance Due | $614.54 |

paid 11/5/05
ck# 430
$614.54

Exhibit U