## Adam Frisch

| | |
|---|---|
| **From:** | Cynthia C. Jackson [cjackson@smithhulsey.com] |
| **Sent:** | Tuesday, March 07, 2006 2:51 PM |
| **To:** | Adam Frisch; Elizabeth M. Schule |
| **Subject:** | RE: Store No. 1328--Status |

This store was sold and any damage occurred after closing and is either the landlords or the purchaser's responsibility.

-----Original Message-----
From: Adam Frisch [mailto:Adam@hilawfirm.com]
Sent: Tuesday, March 07, 2006 9:45 AM
To: Elizabeth M. Schule
Cc: Cynthia C. Jackson
Subject: RE: Store No. 1328--Status

Liz,

We need to tell our client something regarding these repairs. What do they need to do to get the repairs taken care of? Do they need to sue?
Is WD willing to discuss it? We have not heard anything about the repairs since that meeting in your office awhile back, and the client is getting impatient. If WD is not willing to take care of the repairs, let me know so we can advise the client as to what course of action they should take. Right now, we're in limbo and have no idea what WD's position is. Please advise.


Adam N. Frisch
Held & Israel
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL  32207-9024
(904) 398-7038 Telephone
(904) 398-4283 Fax
afrisch@hilawfirm.com


CONFIDENTIALITY NOTICE: This message is intended only for the person(s) named above. If you have received this transmission in error, please notify the sender immediately via return e-mail. Destroy the original message and all copies.

To ensure compliance with requirement imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


-----Original Message-----
From: Elizabeth M. Schule [mailto:ESchule@smithhulsey.com]
Sent: Monday, March 06, 2006 5:40 PM
To: Adam Frisch
Cc: Cynthia C. Jackson
Subject: RE: Store No. 1328--Status

Hi Adam,

As far as I know, there have been no developments beyond what has already been discussed regarding this store. If I become aware of any new developments I will let you know.

Liz

-----Original Message-----
From: Adam Frisch [mailto:Adam@hilawfirm.com]

1

**Exhibit V**

Sent: Friday, March 03, 2006 11:48 AM
To: Elizabeth M. Schule
Cc: Douglas C. Noble
Subject: Store No. 1328--Status


To date, we have not had any response regarding the repairs to Store No. 1328. I have previously sent e-mails to Bryan Gaston of Xroads, Erin O'Carroll of Winn Dixie, and to you and Cindy regarding these repairs, but I never heard back. Please inquire about the status of this store with Winn Dixie, and advise as soon as possible what WD's position is with respect to the repairs of this store.

Once again, thanks for all your help.

Adam N. Frisch
Held & Israel
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207-9024
(904) 398-7038 Telephone
(904) 398-4283 Fax
afrisch@hilawfirm.com

CONFIDENTIALITY NOTICE: This message is intended only for the person(s) named above. If you have received this transmission in error, please notify the sender immediately via return e-mail. Destroy the original message and all copies.

To ensure compliance with requirement imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.