Invoice No.    111705

*GREATER PROPERTIES INC  1033 STATE ROAD 436 #121 CASSELBERRY FL*
*32707  407-331-8290*

# INVOICE

**Customer**

| | |
|---|---|
| Name | Goodings Inc. |
| Address | PO Box 691329 |
| City | Orlando   State FL   ZIP 32869-1329 |
| Phone | |

**Misc**

| | |
|---|---|
| Date | 11/17/2005 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
|  | 2005 Real Estate Taxes | | |
| 1 | Property ID#21-21-30-300-003B-0000 | $ 15,637.08 | $ 15,637.08 |
| 1 | Sales Tax | $ 1,094.59 | $ 1,094.59 |
|  | If Paid After 11/30/05 -  $16905.95 | | |
|  | If Paid After 12/31/05 -  $17080.24 | | |
|  | If Paid After 01/31/06 -  $17254.53 | | |
|  | If Paid After 02/28/06 -  $17428.82 | | |
|  | MUST BE PAID PRIOR TO 3/31/006 | | |

|  |  |
|---|---|
| SubTotal | $ 16,731.67 |
| Shipping | |
| Tax Rate(s) | |
| **TOTAL** | **$ 16,731.67** |

**Payment**  Check

Comments _____
Name _____
CC # _____
Expires _____

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

**2005 REAL ESTATE REMINDER**    TAX BILL NUMBER 114041
NOTICE OF AD-VALOREM TAXES AND NON AD-VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 21-21-30-300-003L-0000 | | 3,163,061 | 0 | 3,163,061 | C1 |

R 0001553 01 AV 0.293  **AUTO   T5 0 1220 32707- 2

GREATER PROPERTIES INC
1033 SR 436 STE 121
CASSELBERRY FL 32707-5724

LEG SEC 21 TWP 21S RGE 30E
BLDG ONLY DESC AS BEG 842.81 FT
N OF NE COR OF SE 1/4 OF SW 1/4
RUN N 246 FT W TO ELY R/W SR 436
SLY ALONG ELY R/W TO A PT W OF
BEG E TO BEG
PAD: E 436



PAY IN U.S. FUNDS TO RAY VALDES • TAX COLLECTOR • P.O. BOX 630 • SANFORD, FL 32772-0630

| PAY ONLY ONE AMOUNT ▶ | MAR 1 - MAR 31 | APR 1 - MAY 23 | •IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE. •AFTER MARCH 31ST, CERTIFIED FUNDS ONLY. •TAX CERTIFICATE SALE DATE 05/24/2006. |
|---|---|---|---|
| | 58,927.83 | 60,695.66 | |

PLEASE DETACH AT PERFORATION

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

**2005 REAL ESTATE REMINDER**    TAX BILL NUMBER 114041
NOTICE OF AD-VALOREM TAXES AND NON AD-VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 21-21-30-300-003L-0000 | | 3,163,061 | 0 | 3,163,061 | C1 |

0001553 01 AV 0.293  **AUTO   T5 0 1220 32707- 2
R
GREATER PROPERTIES INC
1033 SR 436 STE 121
CASSELBERRY FL 32707-5724

LEG SEC 21 TWP 21S RGE 30E
BLDG ONLY DESC AS BEG 842.81 FT
N OF NE COR OF SE 1/4 OF SW 1/4
RUN N 246 FT W TO ELY R/W SR 436
SLY ALONG ELY R/W TO A PT W OF
BEG E TO BEG
PAD: E 436

PAY IN U.S. FUNDS TO RAY VALDES • TAX COLLECTOR • P.O. BOX 630 • SANFORD, FL 32772-0630

| PAY ONLY ONE AMOUNT ▶ | MAR 1 - MAR 31 | APR 1 - MAY 23 | •IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE. •AFTER MARCH 31ST, CERTIFIED FUNDS ONLY. •TAX CERTIFICATE SALE DATE 05/24/2006. |
|---|---|---|---|
| | 58,927.83 | 60,695.66 | |

0200  0021213030  0003L00008  000000000  00000  00058927831