## UNITED STATES BANKRUPTCY COURT FOR
## FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re:  Winn-Dixie Raleigh, Inc - Trade Claims  **Debtor.** | Chapter 11<br>Case Nos.   05-03817<br><br>Claim No.   2844 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:     **ABLEST INC**_____ ("Transferor")

[TRANSFEROR NAME & ADDRESS]

**PO BOX 116295**_____

_____

**ATLANTA, GA 30368-6295**_____


2.    Please take notice of the transfer of $ **3,488.78**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $3,488.78 to:

**Madison Investment Trust - Series 3**_____ ("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Ave.  Suite 120**_____

_____

**Overland Park, KS         66202**_____


No action is required if you do not object to the transfer of your claim.

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.

### 6310 Lamar Ave, Suite 120
### Overland Park, KS 66202
### Phone: (800) 896-8913  Fax: (913) 982-5039

May 03, 2006

Florida Middle Bankruptcy Court
FL

RE: **Winn-Dixie Raleigh, Inc - Trade Claims**

> Buyer: Madison Investment Trust - Series 3

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
ABLEST INC
PO BOX 116295
ATLANTA, GA  30368-6295

Social Sec. No./Tax ID: 65-0978462

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102405433

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Florida Middle Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

_Ablest Inc._ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Raleigh, Inc - Trade Claims in the Florida Middle Bankruptcy Court , The case entitled In re Winn-Dixie Raleigh, Inc - Trade Claims, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _28th of April 2006_

[NAME OF CLAIMANT] _Ablest Inc._

By: _Nancy Hughes_
(Signature of Claimant)

Print Name: _Nancy Hughes, Controller_

_1511 N. Westshore Blvd., Ste. 900_
(Address)

_Tampa, FL 33607_
(Address)

_65-0978462_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102405433

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

_Rick Newkirk_
                    (print name)

05-03-06 A 10:08 RCVD