UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON MAY 4, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on May 4, 2006 at 1:00 p.m. (ET):

A.    **Uncontested Matters**

1.    *Application for Authority to Retain Jenner & Block LLP as Special Insurance Litigation Counsel to the Debtors (Docket No. 7148)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

2.    *Application for Order Approving Supplement to Debtors' Retention of PricewaterhouseCoopers LLP (Docket No. 7259)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

3.      *Application for Authority to Retain Deloitte Financial Advisory Services LLP and Deloitte Consulting LLP to Provide Fresh-Start Accounting Services (Docket No. 7261)*

Objection Deadline:  Expired.

Objections:             No objections have been filed.

Status:                 The Debtors will proceed with the Motion.


4.      *Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of May 4, 2006 (Docket No. 7124)*

Objection Deadline:  Expired.

Objections:             No objections have been filed.

Status:                 The Debtors will proceed with the Motion.


5.      *Case Management Conference on Debtors' Objection to Louisiana Tax Claims (Docket No. 7392)*

Objection Deadline:  None.

Objections:             No objections have been filed.

Status:                 The parties have agreed to continue the hearing on this matter until the May 18, 2006 omnibus hearing.

00528956.DOC

B.    **Contested Matters**

1.    *Eighth Omnibus Objection to Overstated Claims (Docket No. 6911)*

Objection Deadline:  Expired.

Responses:             Mello Smello LLC (Docket No. 7217);
                       Sioux Honey Association (Docket No. 7227);
                       Melitta USA, Inc. (Docket No. 7229);
                       Precision Plumbing & Air, Inc. (Docket No. 7246);
                       United Stationers Supply (Docket No. 7247);
                       Lesco Medisearch (Docket No. 7292);
                       PC Woo, Inc. (Docket No. 7330);
                       Madison Liquidity Investors, LLC (Docket No. 7363);
                       Van Hoekelen Greenhouses, Inc. (Docket No. 7367);
                       Mackay Envelope Company, LLC (Docket No. 7368);
                       CSX Transportation (Docket No. 7379);
                       Nature's Bounty, Inc., et al (Docket No. 7380);
                       MeadWestvaco Corporation (Docket No. 7382);
                       Johanna Foods, Inc. (Docket No. 7383);
                       VICORP Restaurants, Inc. (Docket No. 7384);
                       Madison Capital Management (Docket No. 7385);
                       J & J Snack Foods Corp. (Docket No. 7386);
                       Joseph Enterprises, Inc. (Docket No. 7338); and
                       Schneider National, Inc. (Docket 7390).

Status:                The Debtors will proceed with the Objection.

2.    *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline:  Expired.

Objections:            Debtors (Docket No. 5874); and
                       Creditors' Committee (Docket No. 5887).

Status:                The Debtors and the Movant have agreed to continue the hearing to June 1, 2006.

3.      *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline:  None.

Objections:              Debtors (Docket No. 7537).

Status:                    The Debtors and the Movant have agreed to continue the hearing to June 1, 2006.

4.      *Motion for Order Approving the Debtors Assumption of Modified Electric Service Agreements with the Jacksonville Electric Authority (Docket No. 7265)*

Objection Deadline:  Expired.

Objections:              JEA (Docket No. 7509).

Status:                    The Debtors will proceed with the Motion.


Dated:  May 3, 2006


SKADDEN, ARPS, SLATE, MEAGHER       SMITH HULSEY & BUSEY
& FLOM LLP

By  *s/ D. J. Baker*                          By  *s/ Cynthia C. Jackson*
     D. J. Baker                                       Stephen D. Busey
     Sally McDonald Henry                        James H. Post
     Rosalie Walker Gray                           Cynthia C. Jackson, F.B.N. 498882

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida 32202
(212) 735-3000                                   (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors

4