**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

May 1, 2006

Dr. Ricardo Pines
Pines-Carter of Florida, Inc.
3301 Ponce de Leon Blvd., Suite PH
Coral Gables, FL 33134

Re:		Winn-Dixie Stores, Inc.
Case No.:	05-3817-3F1

Dear Dr. Pines:

The Court is in receipt of the Notice of Withdrawal of Appearance filed by Attorney, Peter D. Russin, indicating he is no longer representing Pines-Carter of Florida, Inc.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Carter*
Susan Carter
Case Manager
(904) 301-6521

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1             Date Rcvd: May 01, 2006
Case: 05-03817              Form ID: pdfdoc         Total Served: 2
```

The following entities were served by first class mail on May 03, 2006.
            +Dr. Ricardo Pines,   Pines-Carter of Florida, Inc.,   3301 Ponce de Leon Blvd., Suite PH,
              Coral Gables, FL 33134-7273
cr          +Pines-Carter of Florida, Inc.,   c/o Jonathan R. Williams, Esq.,   Meland Russin et al.,
              200 S. Biscayne Blvd.,   Ste 3000,   Miami, FL 33131-2305

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2006**                   **Signature:**   _Joseph Speetjens_