IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al. | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

**MELITTA'S AMENDED RESPONSE TO**
**DEBTOR'S OBJECTION TO CLAIM NUMBER 2183**

This amends Melitta USA, Inc.'s ("Melitta") response to the Debtor's objection to claim number 2183:

1. On or about May 11, 2005, Melitta filed its proof of claim bearing claim number 2183 (the "Claim"), in the amount of $113,492.88. The Claim is based on goods sold by Melitta to the Debtors.

2. Melitta received a Notice of Debtors' Eighth Omnibus Objection to Overstated Claims indicating that the Debtors are seeking a reduction in the Claim based upon an "accounts payable credit."

3. On April 17, 2006, Melitta filed its initial response to the Debtor's objection to claim number 2183 (the "Initial Response"). At the time of filing the Initial Response, Melitta did not have, nor had it received any information to substantiate the Debtors' request for a reduction in the Claim based upon an "accounts payable credit." Since the filing of the Initial Response, the Debtors have provided Melitta with information which substantiates their entitlement to an accounts payable credit.

WHEREFORE, Melitta consents to the entry of an order allowing the Claim in the reduced amount of $71,389.68.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically, by U.S. Mail, or by facsimile to on this 4th day of May, 2006, to D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036; and also by facsimile to James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (904- 359-7708); and the Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602.

/s/ Edwin G. Rice
Edwin G. Rice
Fla. Bar No. 855944
erice@glennrasmussen.com
**Glenn Rasmussen**
   **Fogarty & Hooker, P.A.**
Post Office Box 3333
Tampa, FL  33601-3333
(813) 229-3333
(813) 229-5946 (fax)
*Attorneys for Melitta USA, Inc.*

2750-005^P Melittas Amended Response to Debtors' Objection to Claim