# EXHIBIT "A"

 

# 2004
# CITY OF HAMPTON, VIRGINIA

9/15/04

The Honorable Ross A. Mugler, Commissioner of the Revenue
**Business Tangible Personal Property Return – For Local Taxation Only**
## Filing Deadline March 1, 2004

This return must be filed with the Commissioner of the Revenue on or before the due date to avoid penalty.
File with Ross A. Mugler, Commissioner of the Revenue, 1 Franklin Street, P O Box 636, Hampton VA 23669
Phone: (757) 727-6182     Fax: (757) 727-6843

### Section 1: Taxpayer Information (Correct any preprinted information below; Provide physical location & Federal ID.)

| | | | |
|---|---|---|---|
| Legal Name: | WINN DIXIE RALEIGH INC | Account Number: | 96994    86222 |
| Trade Name: | WINN DIXIE STORE #965 | Account Type: | BUSINESS PERSONAL PROPERTY |
| Mailing Address: | PO BOX B | Physical Location: 2098 Nickerson Blvd. 28683 | |
| | JACKSONVILLE FL    32254 | Federal ID. and Social Security No. if applicable: | |

**WHO MUST FILE:** Anyone engaged in business within the city limits of Hampton, VA MUST file a return EVEN IF no personal property is used in the business. Every person, firm, corporation or other entity owning or using tangible personal property which is employed in a trade or business located within the city limits of Hampton must file a return and report all such items.

**FILING INSTRUCTIONS:** Complete all sections of this form. Make any corrections to the pre-printed information directly on this form. This return should reflect all property located in the City of Hampton on January 1.

1) Attach a schedule listing the total original cost, purchase date and a description of each personal property asset, including fully depreciated assets, expensed assets and all leased assets if the taxes are your responsibility. Total original cost includes all costs incidental to acquiring and placing an asset in use. This schedule should also:
   a) Clearly identify programmable computer equipment and peripherals.
   b) Do NOT include any application software OR vehicles, boats, trailers or other motor vehicles licensed through the State for which you purchased a City decal.
2) The schedule should support Sections 2 & 3 below. (Note: Items identified above as 1a should be listed as "computer equipment").
3) Assets for which parties other than the named taxpayer are responsible for the taxes should be listed in Section 4 only.
4) File with this return, or no later than April 15, a true and complete copy of the depreciation schedules required by federal and state authorities applicable to the property subject to the tax. (Hampton Code §37-143).

**METHOD OF ASSESSMENT:** The assessment shall be based on 35% of the total original cost of all assets.     12/04/47

### SECTION 2. Business Personal Property Assets. Summarize below by year of purchase the total original cost of all business personal property for which the named taxpayer is responsible for the taxes.

| | YEAR | Computer Equipment | All Other Furn/Fixt/Equip | Total | OFFICE USE ONLY |
|---|---|---|---|---|---|
| PURCHASED IN: | 2003 | | 2136.— | | |
| PURCHASED IN: | 2002 | | | | |
| PURCHASED IN: | 2001 | | | | / |
| PURCHASED IN: | 2000 | | | | / |
| PURCHASED IN: | 1999 | | | | / |
| PURCHASED IN AND PRIOR TO: | 1998 | 12678.— | | | |
| TOTAL | | 12678. | 1578180.00 | 1590858.— | 556800.80 |

### SECTION 3. Reconciliation to Prior Year. Complete each section below. The final totals should be the same as those provided in Section 2.

| Property Type | Prior Year Total | (+) Acquisitions | (-) Dispositions | Total |
|---|---|---|---|---|
| Computer Equip | | | | |
| All Other F/F/E | | 2136.— | 7938. | |

### SECTION 4. Leased Assets Taxed to the Lessor. List below all leased business personal property assets if the taxes are the responsibility of the lessor. Attach additional sheets if necessary.

| NAME/ADDRESS/PHONE OF OWNER (LESSOR) | ITEM DESCRIPTION | LEASE NO. | BEGIN DATE | COST |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

THE COMMISSIONER OF THE REVENUE WILL NOT ACCEPT THIS RETURN UNLESS COMPLETE. Notwithstanding any other penalties provided by law, Hampton Code §37-144 requires any person who willfully fails or refuses to file a return, or files any false statement shall be guilty of a Class 4 misdemeanor. Hampton Code §37-145 prescribes the late filing penalty. Virginia Code §58.1-3519 and Hampton Code §37-146 allow the Commissioner of the Revenue to make an assessment from the best information available if any taxpayer neglects or refuses to file.

| I declare that the above statements and figures are true, full and correct to the best of my knowledge and belief. | TAXPAYER SIGNATURE  X | PRINTED/TYPED NAME OF SIGNER | PHONE NUMBER | DATE |
|---|---|---|---|---|

**REMINDER:** SEND YEAR END DETAILED DEPRECIATION SCHEDULE BY APRIL 15   THIS FILING IS SUBJECT TO AUDIT BY THE COMMISSIONER OF THE REVENUE'S OFFICE AT ANY TIME

# FORM 762 VIRGINIA — 2004

**RETURN OF TANGIBLE PERSONAL PROPERTY, MACHINERY AND TOOLS, AND MERCHANTS' CAPITAL — FOR LOCAL TAXATION ONLY**

| Name (Please print) | Name of wife or husband | Your social security number or FEIN |
|---|---|---|
| WINN-DIXIE | | Spouse's social security number |

| Home address | | | |
|---|---|---|---|
| PROPERTY TAX DEPT 5050 EDGEWOOD COURT | Number and street or rural route | | County or City: HAMPTON CTY |
| City, town or post office | State | ZIP Code | District, Ward or Town |
| JACKSONVILLE, FL 32254-3699 | | | |

## PART I   TANGIBLE PERSONAL PROPERTY

| 1. Motor vehicles *Leased vehicles for business use do **not** qualify for the personal property tax reduction. | Business Use Yes or No | Trade Name of Motor Vehicle | Year | Model or Series | No. Cylinders or Tonnage | Date Acquired | Number Owned | Air Cond. Yes or No | Fair Market Value as Listed by Taxpayer | Fair Market Value as Ascertained by Commissioner of the Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| (a) Automobiles (not daily rental passenger cars) | YES | | | | | | | | | |
| VIN: | | | | | | | | | | |
| VIN: | | | | | | | | | | |
| (b) Motorcycles | YES | | | | | | | | | |
| (c) Trucks | YES | | | | | | | | | |
| (d) Tractors and trailers | YES | | | | | | | | | |
| (e) Antique motor vehicles | YES | | | | | | | | | |
| (f) All other motor vehicles and motor homes | YES | | | | | | | | | |

2. Manufactured (mobile) offices, campers, travel trailers and recreational camping trailers

| Manufacturer | Year | Model or Series | Length and Width | Date Acquired | Number Owned | Cost | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3. Manufactured (mobile) homes (see instructions on back)

| Manufacturer | Year | Model or Series | Length and Width | Date Acquired | Number Owned | Cost | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

4. Boats and Watercraft (Assess the value of all property which pertains to craft (§58.1-3500))

| | Over 5 Tons | Under 5 Tons | Manufacturer | Year | Type | Length and Horsepower | Date Acquired | Number Owned | Cost | |
|---|---|---|---|---|---|---|---|---|---|---|
| (a) Used for recreation and pleasure only | | | | | | | | | | |
| (b) Boat trailers, etc. | | | | | | | | | | |
| (c) Other | | | | | | | | | | |

5. Aircraft

| | Manufacturer | Year | Model or Series | Date Acquired | Number Owned | Cost | |
|---|---|---|---|---|---|---|---|
| (a) Aircraft owned by scheduled air carriers with seating capacity of no more than 50 persons | | | | | | | |
| (b) All other aircraft and flight simulators | | | | | | | |

6. Motor vehicles owned/leased by auxiliary police officers, members or auxiliary members of a volunteer rescue squad or fire department (§§58.1-3506.13, 58.1-3506.14, 58.1-3506.18) ...
7. Motor vehicles owned by a nonprofit organization (§58.1-3506.15) ...
8. Heavy construction machinery (attach schedule) ...
9. Business furniture and listings not returnable as part of merchants' capital or if not defined as intangible personal property (§58.1-1100) ...
10. Furniture and office equipment, including books, used in practicing a profession ...
11. Tools, hand or power, including woodworking equipment and metal lathes ...
12. Farming implements, including gas engines, electric motors, etc., threshing machines, corn huskers, feed cutters, combines, harvesters, blowers, plows, harrows, rakes, mowers, animal drawn vehicles, peanut pickers, etc.
13. Tangible personal property used in research and development business ...
14. Tangible personal property, leased, loaned or otherwise made available from federal, state or local government ...
15. Tangible personal property consisting of programmable computer equipment and peripherals used in business ...

## PART II   MACHINERY AND TOOLS (see instructions on back)

| | Date Acquired | Original Capitalized Cost | Value as Listed by Taxpayer | Value as Ascertained by Commissioner of the Revenue |
|---|---|---|---|---|
| 16. Machinery and tools | | | | |
| 17. Energy conversion equipment of MANUFACTURERS (§58.1-3506) | | | | |

## PART III   MERCHANTS' CAPITAL (see instructions on back)

| | Value as Listed by Taxpayer | Value as Ascertained by Commissioner of the Revenue |
|---|---|---|
| 18. Inventory of stock on hand | | |
| 19. Daily rental property | | |
| 20. Daily rental passenger cars | | |
| 21. All other taxable merchants' capital | | |
| 22. Total taxable merchants' capital (add lines 18, 19, 20 and 21) | | |

## PART IV   OTHER TANGIBLE PERSONAL PROPERTY

| | | |
|---|---|---|
| 23. Total amount of Part IV from line 32 on the back of the return | | |
| 24. All other tangible personal property not specifically enumerated on this return | | |
| 25. Total (add lines 1-17, 22, 23 and 24) ➡ | | |

NOTES OR COMMENTS:

VA DEPT OF TAXATION 2601043   Rev. 08/02

| PART IV  OTHER TANGIBLE PERSONAL PROPERTY | Fair Market Value as Listed by Taxpayer | Fair Market Value as Ascertained by Commissioner of the Revenue |
|---|---|---|
| 26. (a) Horses, mules and other kindred animals .......................................... (Number Owned) | | |
| (b) Cattle .......................................... | | |
| (c) Sheep and goats .......................................... | | |
| (d) Hogs .......................................... | | |
| (e) Poultry — chickens, turkeys, ducks, geese, etc. .......................................... | | |
| (f) Equipment used by farmers or cooperatives to produce ethanol derived primarily from farm products .......................... | | |
| (g) Grains and other feeds used for the nurture of farm animals .......................................... | | |
| (h) Grain, tobacco and other agricultural products in the hands of a producer .......................................... | | |
| (i) Equipment and machinery used by farm wineries in the production of wine .......................................... | | |
| 27. Felled timber, ties, poles, cord wood, bark and other timber products .......................................... | | |
| 28. (a) Refrigerators, deep freeze units, air conditioners and automatic refrigerating machinery .......................................... | | |
| (b) Vacuum cleaners, sewing machines, washing machines, dryers and all other household machinery .......................... | | |
| (c) Pianos and organs, television sets, radios, phonographs and records and all other musical instruments .................. | | |
| (d) Watches and clocks and gold and silver plates and plated ware .......................................... | | |
| (e) Oil paintings, pictures, statuary, and other works of art $ _____ books $ _____ .......................................... | | |
| (f) Diamonds, cameos and other precious stones and precious metals used as ornaments or jewelry .......................................... | | |
| (g) Sporting and photographic equipment .......................................... | | |
| (h) Firearms and weapons of all kinds .......................................... | | |
| (i) Bicycles and lawnmowers, hand or power .......................................... | | |
| (j) Household and kitchen furniture (state number of rooms _____) .......................................... | | |
| 29. Seines, pound nets, fykes, weirs and other devices for catching fish .......................................... | | |
| 30. Poles, wires, switchboards, etc., telephone or telegraph instruments, apparatus, etc., owned by any person, firm, association or company not incorporated | | |
| 31. Toll bridges, turnpikes and ferries (except steam ferries owned and operated by chartered company) .......................... | | |
| 32. Total of Part IV (add lines 26 through 31 and enter on line 23) .......................................... | | |

**GENERAL INSTRUCTIONS:** Complete Form 762, reporting property which you owned on January 1, 2004, then file it with the Commissioner of the Revenue of the County or City generally on or before May 1, 2004. Since some localities have due dates other than May 1, you may want to contact your local office to be sure of the proper due date. Write the word "None" opposite each item of property which you do not own. No property is assessable as tangible personal property if defined by §58.1-1100 as intangible personal property. If additional space is needed, attach a separate schedule. **Note:** If your motor vehicle is considered by State Law to have a business usage, it does not qualify for Car Tax Relief. Your vehicle is classified as having business usage if any of the following circumstances apply: 1) more that 50% of the mileage for the year was reported as a business expense for Federal Income Tax purposes or reimbursed by an employer; 2) more than 50% of the depreciation associated with the vehicle is deducted as a business expense for Federal Income Tax purposes; 3) the cost of the vehicle is expensed pursuant to Section 179 of the IRC; or 4) the vehicle is leased by an individual and the leasing company pays the tax without reimbursement from the individual.

**DEFINITION OF MANUFACTURED HOMES (ALSO KNOWN AS MOBILE HOMES) FOR PART I, LINE 3**
"Manufactured home" means a structure subject to federal regulation, which is transportable in one or more sections; is eight body feet or more in width and 40 body feet or more in length in the traveling mode, or is 320 or more square feet when erected on site; is built on a permanent chassis; is designed to be used as a single-family dwelling, with or without a permanent foundation, when connected to the required utilities; and includes the plumbing, heating, air-conditioning, and electrical systems contained in the structure (§36-85.3, *Code of Virginia*). "Manufactured homes" are also known as "mobile homes."

**INFORMATION FOR PART II, MACHINERY AND TOOLS**
If you are engaged in a manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, report all machinery and tools used in manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, such machinery and tools being segregated by §58.1-3507, *Code of Virginia*, as amended for local taxation exclusively, and each county, city and town being required to make a separate classification for all such machinery and tools.

**INFORMATION FOR PART III, MERCHANTS' CAPITAL**
If you are a merchant and if locality taxes the capital of merchants, report all other taxable personal property of any kind whatsoever, except money on hand and on deposit and except tangible personal property not offered for sale as merchandise, which tangible personal property should be reported as such on front of this return under the heading "TANGIBLE PERSONAL PROPERTY."

**FOR EXECUTORS, ADMINISTRATORS, TRUSTEES, COMMITTEES, GUARDIANS AND OTHER FIDUCIARIES**

If this is the return of tangible personal property, machinery and tools, or merchants' capital in the hands of an executor, administrator, trustee, committee, guardian or other fiduciary, such fiduciary must complete so much of both pages of this return as pertains to such property and, in addition, supply the information called for below:

1. Character of Fiduciary:   Executor ☐   Administrator ☐   Trustee ☐   Committee ☐   Guardian ☐   Other ☐ _____
2. Name of Estate, Trust or Ward _____    (Specify)

**DECLARATION OF TAXPAYER**
I declare that the statement and figures submitted on both pages of this return are true, full and co certify that unless otherwise indicated as business use, the vehicles listed herein are for perso

NOTE — It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter (*Code of Virginia* §58.1-11).

FEB 16 2004
Date
John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220
(Signature of Taxp.)

Executors, administrators, trustees and other fiduciaries must also supply information called for on this return.

Run Date: 02/24/04, Acct No: 96994, Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

**2004 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE SUMMARY
(as of January 1, 2004)

**Account 96994**
VA-HAMPTON CTY
WINN-DIXIE

2098 NICKERSON BLVD. HAMPTON, VA 23663

| Asset Category | Cost | Market Value |
|---|---|---|
| COMPUTERS | 12,678 | 4,437 |
| FURN & FIX | 1,480,127 | 518,045 |
| MACH & EQP | 91,753 | 32,113 |
| SUPPLIES | 25,550 — Includes Shopping Carts | 25,550 |
| Totals | $1,610,108 | $580,145 |

*(handwritten): <25,550 / 192507  1,590,858*

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

_____  02/24/04
                              Date

**Contact** JOHN TAYLOR, PROPERTY TAX MANAGER,  Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| **Filed By/On Behalf Of** | **Filed With** |
|---|---|
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | HAMPTON CITY<br>COMM. OF THE REVENUE<br>PO BOX 636<br>HAMPTON, VA 23669-0636<br>Phone: 757-727-6183    Fax: 757-727-6843 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

**2004 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE DETAIL

(as of January 1, 2004)
Summarized by Year of Acquisition

### Account 96994
VA-HAMPTON CTY
WINN-DIXIE

#### 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acq Year | Cost | PV Factor | Adj | Market Value |
|---|---|---|---|---|
| **COMPUTERS** | VALUATION METHOD: VA-HAMPTON CTY M&E & BPP | | | |
| 2003 and prior | 12,678 | 35.0% | 1.00 | 4,437 |
| TOTALS for COMPUTERS | $12,678 | | | $4,437 |
| **FURN & FIX** | VALUATION METHOD: VA-HAMPTON CTY M&E & BPP | | | |
| 2003 and prior | 1,480,127 | 35.0% | 1.00 | 518,045 |
| TOTALS for FURN & FIX | $1,480,127 | | | $518,045 |
| **MACH & EQP** | VALUATION METHOD: VA-HAMPTON CTY M&E & BPP | | | |
| 2003 and prior | 91,753 | 35.0% | 1.00 | 32,113 |
| TOTALS for MACH & EQP | $91,753 | | | $32,113 |
| **SUPPLIES** | VALUATION METHOD: 100% COST | | | |
| 2003 and prior | 25,550 | 100.0% | 1.00 | 25,550 |
| TOTALS for SUPPLIES | $25,550 | | | $25,550 |
| **GRAND TOTALS** | **$1,610,108** | | | **$580,145** |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

ASSETDET    1    02/24/04

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| **SUPPLIES** | | 2004 APPRAISAL/DEPRECIATION METHOD: 100% COST | | | | |
| 12/10/97 | SHOPPING CARTS | 6,300 | 1.0000 | 100.0% | 1.00 | 6,300 |
| 12/10/97 | BACKROOM SUPPLIES | 19,250 | 1.0000 | 100.0% | 1.00 | 19,250 |
| TOTALS for SUPPLIES | | | | | | |
| Owned on January 1 | | $25,550 | | | | $25,550 |
| **COMPUTERS** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 08/19/98 | IBM RISC6000 REGISTER UPGD | 3,570 | 1.0000 | 35.0% | 1.00 | 1,249 |
| 06/24/98 | CHECKPOINT SYSTEM | 1,774 | 1.0000 | 35.0% | 1.00 | 621 |
| 02/04/98 | 512K MEMORY BOARD | 1,041 | 1.0000 | 35.0% | 1.00 | 364 |
| 01/07/98 | SYSTEM FILE | 3,658 | 1.0000 | 35.0% | 1.00 | 1,280 |
| 12/10/97 | MODEM ADAPTER | 219 | 1.0000 | 35.0% | 1.00 | 77 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| 10/15/97 | PIN PAD | 345 | 1.0000 | 35.0% | 1.00 | 121 |
| TOTALS for COMPUTERS | | | | | | |
| Owned on January 1 | | $12,678 | | | | $4,437 |
| **FURN & FIX** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 08/21/03 | ALUMINUM WATER RACK DISPLAY | 617 | 1.0000 | 35.0% | 1.00 | 216 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 35.0% | 1.00 | 266 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 (2132.00) | 1.0000 | 35.0% | 1.00 | 266 |
| 09/19/02 | OIL FILTER CADDY | 861 (861.00) | 1.0000 | 35.0% | 1.00 | 301 |
| 05/03/01 | FRESH MEAT CASE | 2,508 | 1.0000 | 35.0% | 1.00 | 878 |
| 05/03/01 | FRESH MEAT CASE | 2,508 | 1.0000 | 35.0% | 1.00 | 878 |
| 03/12/01 | MADIX SHELVING | 12,758 | 1.0000 | 35.0% | 1.00 | 4,465 |
| 12/14/00 | REVOLVING/CONVECTION OVEN | 8,516 | 1.0000 | 35.0% | 1.00 | 2,980 |
| 12/06/00 | CUSTOMER SERVICE COUNTER | 6,524 | 1.0000 | 35.0% | 1.00 | 2,283 |
| 11/10/00 | DELI/MEAT CASE | 8,370 | 1.0000 | 35.0% | 1.00 | 2,929 |
| 11/10/00 | DELI/MEAT CASE | 7,062 | 1.0000 | 35.0% | 1.00 | 2,472 |
| 11/10/00 | MEAT CASE | 2,819 | 1.0000 | 35.0% | 1.00 | 987 |
| 11/10/00 | REFRIGERATED DELI CASE | 16,655 | 1.0000 | 35.0% | 1.00 | 5,829 |
| 11/08/00 | PASTRY CASE | 3,881 | 1.0000 | 35.0% | 1.00 | 1,358 |
| 11/08/00 | CAKE DECORATING STATION | 928 | 1.0000 | 35.0% | 1.00 | 325 |
| 10/23/00 | BAKERY TABLE | 1,078 | 1.0000 | 35.0% | 1.00 | 377 |
| 10/23/00 | BAKERY TABLE | 1,078 | 1.0000 | 35.0% | 1.00 | 377 |
| 10/18/00 | GLAZING TABLE | 2,068 | 1.0000 | 35.0% | 1.00 | 724 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

ASVALCAT     1     02/24/04

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| **FURN & FIX** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 10/12/00 | OIL CADDY | 565 | 1.0000 | 35.0% | 1.00 | 198 |
| 10/11/00 | ELECTRIC OVEN | 14,384 | 1.0000 | 35.0% | 1.00 | 5,035 |
| 10/06/00 | DELI SLICER TABLE | 656 | 1.0000 | 35.0% | 1.00 | 230 |
| 10/06/00 | DELI SLICER TABLE | 656 | 1.0000 | 35.0% | 1.00 | 230 |
| 10/06/00 | PIZZA/SANDWICH PREP | 3,220 | 1.0000 | 35.0% | 1.00 | 1,127 |
| 04/20/00 | ROTISSERIE | 1,345 | 1.0000 | 35.0% | 1.00 | 471 |
| 01/31/00 | PRODUCE MISTING SYSTEM | 4,089 | 1.0000 | 35.0% | 1.00 | 1,431 |
| 12/10/99 | 2-DOOR REACH-IN FLORAL REFG | 11,880 | 1.0000 | 35.0% | 1.00 | 4,158 |
| 11/08/99 | END DISPLAY | 592 | 1.0000 | 35.0% | 1.00 | 207 |
| 11/08/99 | END DISPLAYS | 592 | 1.0000 | 35.0% | 1.00 | 207 |
| 11/08/99 | END DISPLAY | 592 | 1.0000 | 35.0% | 1.00 | 207 |
| 11/08/99 | END DISPLAY | 592 | 1.0000 | 35.0% | 1.00 | 207 |
| 10/27/99 | ISLAND CHEESE CASE | 10,865 | 1.0000 | 35.0% | 1.00 | 3,803 |
| 10/20/99 | MADIX SHELVING | 12,794 | 1.0000 | 35.0% | 1.00 | 4,478 |
| 09/29/99 | PRODUCE IMAGING SYSTEM | 8,532 | 1.0000 | 35.0% | 1.00 | 2,986 |
| 09/28/99 | BAKERY SIGN | 2,292 | 1.0000 | 35.0% | 1.00 | 802 |
| 08/25/99 | FREEZER 3 GL DOOR | 6,712 | 1.0000 | 35.0% | 1.00 | 2,349 |
| 08/25/99 | FREEZER 5 GL DOOR | 8,053 | 1.0000 | 35.0% | 1.00 | 2,819 |
| 06/24/98 | MUZAK SYSTEM | 1,062 | 1.0000 | 35.0% | 1.00 | 372 |
| 06/24/98 | PRODUCE SPILLOVER | 393 | 1.0000 | 35.0% | 1.00 | 137 |
| 06/24/98 | BACKROOM WALL/DESK UNIT | 287 | 1.0000 | 35.0% | 1.00 | 101 |
| 06/24/98 | BACKROOM WALL/DESK UNIT | 287 | 1.0000 | 35.0% | 1.00 | 101 |
| 06/24/98 | PRODUCE SPILLOVER | 393 | 1.0000 | 35.0% | 1.00 | 137 |
| 06/24/98 | PRODUCE SPILLOVER | 524 | 1.0000 | 35.0% | 1.00 | 183 |
| 06/24/98 | NEW STYLE BREAD FIXTURE W/SHEL | 638 | 1.0000 | 35.0% | 1.00 | 223 |
| 06/24/98 | NEW STYLE BREAD FIXTURE W/SHEL | 638 | 1.0000 | 35.0% | 1.00 | 223 |
| 06/24/98 | BACKROOM WALL/DESK UNIT | 287 | 1.0000 | 35.0% | 1.00 | 101 |
| 06/24/98 | BACKROOM WALL/DESK UNIT | 287 | 1.0000 | 35.0% | 1.00 | 101 |
| 04/29/98 | FOOD STAMP COUNTER | 2,208 | 1.0000 | 35.0% | 1.00 | 773 |
| 04/01/98 | SHELVING | 21,886 | 1.0000 | 35.0% | 1.00 | 7,660 |
| 03/04/98 | SCALE W/CHART | 410 | 1.0000 | 35.0% | 1.00 | 144 |
| 03/04/98 | SWEATMISER PANEL | 4,126 | 1.0000 | 35.0% | 1.00 | 1,444 |
| 02/04/98 | DISPLAY SHELVES | 2,537 | 1.0000 | 35.0% | 1.00 | 888 |
| 01/07/98 | MEAT SAW | 3,828 | 1.0000 | 35.0% | 1.00 | 1,340 |
| 01/07/98 | TENDERIZER | 1,575 | 1.0000 | 35.0% | 1.00 | 551 |
| 01/07/98 | QUANTUM SCALE PRINTER | 3,736 | 1.0000 | 35.0% | 1.00 | 1,308 |
| 01/07/98 | QUANTUM SCALE PRINTER | 3,736 | 1.0000 | 35.0% | 1.00 | 1,308 |
| 01/07/98 | ELECTRIC PROOFER | 3,531 | 1.0000 | 35.0% | 1.00 | 1,236 |
| 01/07/98 | SLICER | 2,681 | 1.0000 | 35.0% | 1.00 | 938 |
| 01/07/98 | SLICER | 2,681 | 1.0000 | 35.0% | 1.00 | 938 |
| 01/07/98 | MEAT SAW | 3,828 | 1.0000 | 35.0% | 1.00 | 1,340 |
| 01/07/98 | QUANTUM SCALE PRINTER | 3,939 | 1.0000 | 35.0% | 1.00 | 1,379 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 01/07/98 | SLICER | 4,065 | 1.0000 | 35.0% | 1.00 | 1,423 |
| 01/07/98 | QUANTUM SCALE PRINTER | 3,736 | 1.0000 | 35.0% | 1.00 | 1,308 |
| 01/07/98 | MIXER GRINDER | 7,831 | 1.0000 | 35.0% | 1.00 | 2,741 |
| 01/07/98 | QUANTUM SCALE PRINTER | 3,736 | 1.0000 | 35.0% | 1.00 | 1,308 |
| 12/10/97 | MIXER | 4,685 | 1.0000 | 35.0% | 1.00 | 1,640 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 12/10/97 | WINN DIXIE MARKETPLACE SIGN | 12,830 | 1.0000 | 35.0% | 1.00 | 4,491 |
| 12/10/97 | PRINTER WITH CHART | 418 | 1.0000 | 35.0% | 1.00 | 146 |
| 12/10/97 | PRINTER WITH CHART | 418 | 1.0000 | 35.0% | 1.00 | 146 |
| 12/10/97 | BAKED GOODS SIGN | 1,120 | 1.0000 | 35.0% | 1.00 | 392 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 12/10/97 | PHARMACY SIGN | 2,240 | 1.0000 | 35.0% | 1.00 | 784 |
| 12/10/97 | PRINTER WITH CHART | 418 | 1.0000 | 35.0% | 1.00 | 146 |
| 12/10/97 | DELI FOODS SIGN | 1,120 | 1.0000 | 35.0% | 1.00 | 392 |
| 12/10/97 | PRINTER WITH CHART | 418 | 1.0000 | 35.0% | 1.00 | 146 |
| 12/10/97 | MADIX SHELVING | 85,455 | 1.0000 | 35.0% | 1.00 | 29,909 |
| 12/10/97 | MEAT & FISH SIGN | 1,120 | 1.0000 | 35.0% | 1.00 | 392 |
| 12/10/97 | ADCO WHEELCHAIR | 388 | 1.0000 | 35.0% | 1.00 | 136 |
| 12/10/97 | 1 HOUR PHOTO SIGN | 793 | 1.0000 | 35.0% | 1.00 | 278 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 11/12/97 | WINN DIXIE SIGN | 5,699 | 1.0000 | 35.0% | 1.00 | 1,995 |
| 11/12/97 | MEAT DEPT CUTTING TABLE | 225 | 1.0000 | 35.0% | 1.00 | 79 |
| 11/12/97 | PHARMACY SIGN | 6,926 | 1.0000 | 35.0% | 1.00 | 2,424 |
| 11/12/97 | BORGEN BLACK FLORAL WORK STATI | 8,806 | 1.0000 | 35.0% | 1.00 | 3,082 |
| 11/12/97 | STAINLESS STEEL DESK | 283 | 1.0000 | 35.0% | 1.00 | 99 |
| 11/12/97 | BAKERY PREP TABLE | 361 | 1.0000 | 35.0% | 1.00 | 126 |
| 11/12/97 | MEAT DEPT CUTTING TABLE | 225 | 1.0000 | 35.0% | 1.00 | 79 |
| 11/12/97 | ENCLOSED TABLE | 729 | 1.0000 | 35.0% | 1.00 | 255 |
| 11/12/97 | MARKETPLACE SIGN | 4,460 | 1.0000 | 35.0% | 1.00 | 1,561 |
| 11/12/97 | BAKERY ENCLOSED TABLE | 754 | 1.0000 | 35.0% | 1.00 | 264 |
| 11/12/97 | MEAT DEPT CUTTING TABLE | 225 | 1.0000 | 35.0% | 1.00 | 79 |
| 11/12/97 | DONUT TABLE | 1,219 | 1.0000 | 35.0% | 1.00 | 427 |
| 11/12/97 | DELI SIGN | 4,460 | 1.0000 | 35.0% | 1.00 | 1,561 |
| 11/12/97 | MEAT DEPT PREP TABLE | 238 | 1.0000 | 35.0% | 1.00 | 83 |
| 11/12/97 | MEAT DEPT PREP TABLE | 282 | 1.0000 | 35.0% | 1.00 | 99 |
| 11/12/97 | CONVECTION OVEN | 3,451 | 1.0000 | 35.0% | 1.00 | 1,208 |
| 11/12/97 | PRESTIGE MEAT PREP TABLE | 418 | 1.0000 | 35.0% | 1.00 | 146 |
| 11/12/97 | KOPYKAKE PROJECTOR SET | 672 | 1.0000 | 35.0% | 1.00 | 235 |
| 11/12/97 | ELECTRIC RANGE | 5,166 | 1.0000 | 35.0% | 1.00 | 1,808 |
| 11/12/97 | PALLET JACK | 548 | 1.0000 | 35.0% | 1.00 | 192 |
| 11/12/97 | LARGE COMPUTER CART | 701 | 1.0000 | 35.0% | 1.00 | 245 |
| 11/12/97 | PALLET JACK | 548 | 1.0000 | 35.0% | 1.00 | 192 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 11/12/97 | SOFT SERVE FREEZER | 12,517 | 1.0000 | 35.0% | 1.00 | 4,381 |
| 11/12/97 | MEAT GRINDER TABLE | 291 | 1.0000 | 35.0% | 1.00 | 102 |
| 11/12/97 | TRAY LIDDER | 2,648 | 1.0000 | 35.0% | 1.00 | 927 |
| 11/12/97 | DELI DEPT PREP TABLE | 349 | 1.0000 | 35.0% | 1.00 | 122 |
| 11/12/97 | PRODUCE PREP TABLE | 350 | 1.0000 | 35.0% | 1.00 | 123 |
| 11/12/97 | TRAY LIDDER TABLE | 331 | 1.0000 | 35.0% | 1.00 | 116 |
| 11/12/97 | DELI DEPT PREP TABLE | 349 | 1.0000 | 35.0% | 1.00 | 122 |
| 11/12/97 | DELI DEPT PREP TABLE | 349 | 1.0000 | 35.0% | 1.00 | 122 |
| 11/12/97 | ALARM SYSTEM | 945 | 1.0000 | 35.0% | 1.00 | 331 |
| 11/12/97 | LYCO VACUUM TUMBLER | 2,769 | 1.0000 | 35.0% | 1.00 | 969 |
| 11/12/97 | UNDER COUNTER REFRIGERATOR | 2,255 | 1.0000 | 35.0% | 1.00 | 789 |
| 11/12/97 | MART CART | 1,936 | 1.0000 | 35.0% | 1.00 | 677 |
| 11/12/97 | MIXER | 3,216 | 1.0000 | 35.0% | 1.00 | 1,126 |
| 11/12/97 | DELI DEPT PREP TABLE | 349 | 1.0000 | 35.0% | 1.00 | 122 |
| 11/12/97 | SHOP A LONG CHILD CARRIER | 251 | 1.0000 | 35.0% | 1.00 | 88 |
| 11/12/97 | MOBILE ICE CART | 436 | 1.0000 | 35.0% | 1.00 | 153 |
| 11/12/97 | DELI CAN RACK | 318 | 1.0000 | 35.0% | 1.00 | 111 |
| 11/12/97 | BAKERY ENCLOSED TABLE | 693 | 1.0000 | 35.0% | 1.00 | 243 |
| 11/12/97 | CONVEYOR | 4,219 | 1.0000 | 35.0% | 1.00 | 1,477 |
| 11/12/97 | MOBILE ICE CART | 436 | 1.0000 | 35.0% | 1.00 | 153 |
| 11/12/97 | DELI DUMPING TABLE | 225 | 1.0000 | 35.0% | 1.00 | 79 |
| 11/12/97 | DELI DUMPING TABLE | 225 | 1.0000 | 35.0% | 1.00 | 79 |
| 11/12/97 | SMALL COMPUTER CART | 701 | 1.0000 | 35.0% | 1.00 | 245 |
| 11/12/97 | CITRUS JUICER | 6,064 | 1.0000 | 35.0% | 1.00 | 2,123 |
| 11/12/97 | MOBILE ICE CART | 436 | 1.0000 | 35.0% | 1.00 | 153 |
| 11/12/97 | PHARMACY | 9,317 | 1.0000 | 35.0% | 1.00 | 3,261 |
| 11/12/97 | PRODUCE PREP TABLE | 350 | 1.0000 | 35.0% | 1.00 | 123 |
| 11/12/97 | PRODUCE PREP TABLE | 350 | 1.0000 | 35.0% | 1.00 | 123 |
| 11/12/97 | MEAT DEPT PREP TABLE | 314 | 1.0000 | 35.0% | 1.00 | 110 |
| 11/12/97 | STAINLESS STEEL DESK | 283 | 1.0000 | 35.0% | 1.00 | 99 |
| 10/15/97 | 72" BAKERY FREEZER | 7,316 | 1.0000 | 35.0% | 1.00 | 2,560 |
| 10/15/97 | REFRIG. GAS MONITOR | 4,927 | 1.0000 | 35.0% | 1.00 | 1,725 |
| 10/15/97 | 59" PEDESTAL/BAKERY CASE | 6,375 | 1.0000 | 35.0% | 1.00 | 2,231 |
| 10/15/97 | BACKLIT SIGN/WOOD SHELVING | 2,129 | 1.0000 | 35.0% | 1.00 | 745 |
| 10/15/97 | CAKE SIGN | 1,216 | 1.0000 | 35.0% | 1.00 | 426 |
| 10/15/97 | WEDGE PEDESTAL BAKERY CASE | 1,101 | 1.0000 | 35.0% | 1.00 | 385 |
| 10/15/97 | 59" PEDESTAL BAKERY CASE | 5,358 | 1.0000 | 35.0% | 1.00 | 1,875 |
| 10/15/97 | WEDGE PEDESTAL BAKERY CASE | 1,101 | 1.0000 | 35.0% | 1.00 | 385 |
| 10/15/97 | 57" BREAD DISPLAY CASE | 3,143 | 1.0000 | 35.0% | 1.00 | 1,100 |
| 10/15/97 | 57" HARD ROLL & CRUSTY BREAD C | 3,752 | 1.0000 | 35.0% | 1.00 | 1,313 |
| 10/15/97 | 59" PEDESTAL DRY SERVICE CASE | 3,682 | 1.0000 | 35.0% | 1.00 | 1,289 |
| 10/15/97 | 59" PEDESTAL BAKERY CASE | 5,358 | 1.0000 | 35.0% | 1.00 | 1,875 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 10/15/97 | ANGLED CRUSTY BRESD DISPLAY | 4,596 | 1.0000 | 35.0% | 1.00 | 1,609 |
| 10/15/97 | 48" SUPPLIES ORGANIZER | 994 | 1.0000 | 35.0% | 1.00 | 348 |
| 10/15/97 | BEVERAGE BAR COUNTER | 2,472 | 1.0000 | 35.0% | 1.00 | 865 |
| 10/15/97 | CORIAN WORK SURFACE | 1,745 | 1.0000 | 35.0% | 1.00 | 611 |
| 10/15/97 | 56" SUPPLIES ORHANIZER | 1,012 | 1.0000 | 35.0% | 1.00 | 354 |
| 10/15/97 | 59" PEDESTAL/BAKERY CASE | 4,675 | 1.0000 | 35.0% | 1.00 | 1,636 |
| 10/15/97 | 57" PASTRY DISPLAY CSAE | 3,228 | 1.0000 | 35.0% | 1.00 | 1,130 |
| 09/17/97 | CORIAN WORKBOARD OPTION | 7,938 | 1.0000 | 35.0% | 1.00 | 2,778 |
| 09/17/97 | SPOT CASE | 4,425 | 1.0000 | 35.0% | 1.00 | 1,549 |
| 09/17/97 | 8'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | SPOT CASE | 4,492 | 1.0000 | 35.0% | 1.00 | 1,572 |
| 09/17/97 | 12' 4-DECK PRODUCE CASE | 2,747 | 1.0000 | 35.0% | 1.00 | 961 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | SPOT CASE | 4,425 | 1.0000 | 35.0% | 1.00 | 1,549 |
| 09/17/97 | 8'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | ADAMATIC DOUBLE RACK OVEN | 23,598 | 1.0000 | 35.0% | 1.00 | 8,259 |
| 09/17/97 | RACK D | 54,806 | 1.0000 | 35.0% | 1.00 | 19,182 |
| 09/17/97 | SPOT CASE | 2,535 | 1.0000 | 35.0% | 1.00 | 887 |
| 09/17/97 | 12' WIDE-ISLAND PRODUCE CASE | 1,992 | 1.0000 | 35.0% | 1.00 | 697 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | SPOT CASE | 5,487 | 1.0000 | 35.0% | 1.00 | 1,920 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | COFFEE GRINDER | 690 | 1.0000 | 35.0% | 1.00 | 242 |
| 09/17/97 | SPOT CASE | 4,678 | 1.0000 | 35.0% | 1.00 | 1,637 |
| 09/17/97 | 8'6-DECK DAIRY CASE | 2,943 | 1.0000 | 35.0% | 1.00 | 1,030 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 2,943 | 1.0000 | 35.0% | 1.00 | 1,030 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,459 | 1.0000 | 35.0% | 1.00 | 2,611 |
| 09/17/97 | ONAN GENERATOR | 14,747 | 1.0000 | 35.0% | 1.00 | 5,162 |
| 09/17/97 | 12' WIDE-ISLAND PRODUCE CASE | 1,992 | 1.0000 | 35.0% | 1.00 | 697 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 2,943 | 1.0000 | 35.0% | 1.00 | 1,030 |
| 09/17/97 | RADIUS COFFEE FIXTURE | 5,444 | 1.0000 | 35.0% | 1.00 | 1,905 |
| 09/17/97 | BALER | 7,284 | 1.0000 | 35.0% | 1.00 | 2,550 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | ADAMATIC PROOF BOX 1 SGL RACK | 5,206 | 1.0000 | 35.0% | 1.00 | 1,822 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | SPOT CASE | 4,558 | 1.0000 | 35.0% | 1.00 | 1,595 |
| 09/17/97 | SPOT CASE | 14,349 | 1.0000 | 35.0% | 1.00 | 5,022 |
| 09/17/97 | 8' 6-DECK LUNCH MEAT CASE | 3,651 | 1.0000 | 35.0% | 1.00 | 1,278 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

**Account 96994**
VA-HAMPTON CTY
WINN-DIXIE
2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 09/17/97 | ELECTRIC PALLET JACK | 3,272 | 1.0000 | 35.0% | 1.00 | 1,145 |
| 09/17/97 | SPOT CASE | 14,349 | 1.0000 | 35.0% | 1.00 | 5,022 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | PRODUCE END CASE | 1,802 | 1.0000 | 35.0% | 1.00 | 631 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | SPOT CASE | 4,558 | 1.0000 | 35.0% | 1.00 | 1,595 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 8'4-DECK FRESH MEAT CASE | 3,619 | 1.0000 | 35.0% | 1.00 | 1,267 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,617 | 1.0000 | 35.0% | 1.00 | 2,666 |
| 09/17/97 | BORGEN NON REFR FLORAL | 818 | 1.0000 | 35.0% | 1.00 | 286 |
| 09/17/97 | 12' 4-DECK PRODUCE CASE | 2,996 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12' 6-DECK LUNCH MEAT CASE | 3,100 | 1.0000 | 35.0% | 1.00 | 1,085 |
| 09/17/97 | 12' 4-DECK FRESH MEAT CASE | 3,619 | 1.0000 | 35.0% | 1.00 | 1,267 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | FROZEN FOOD END CASE | 2,946 | 1.0000 | 35.0% | 1.00 | 1,031 |
| 09/17/97 | 16' REFR MEAT CASE | 19,932 | 1.0000 | 35.0% | 1.00 | 6,976 |
| 09/17/97 | 12' 4-DECK PRODUCE CASE | 2,747 | 1.0000 | 35.0% | 1.00 | 961 |
| 09/17/97 | SPOT CASE | 14,349 | 1.0000 | 35.0% | 1.00 | 5,022 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 5,421 | 1.0000 | 35.0% | 1.00 | 1,897 |
| 09/17/97 | FROZEN FOOD END CASE | 2,946 | 1.0000 | 35.0% | 1.00 | 1,031 |
| 09/17/97 | BORGEN FLORAL CASE | 7,697 | 1.0000 | 35.0% | 1.00 | 2,694 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 8'6-DECK LUNCH MEAT CASE | 3,651 | 1.0000 | 35.0% | 1.00 | 1,278 |
| 09/17/97 | 12' 4-DECK FRESH MEAT CASE | 3,619 | 1.0000 | 35.0% | 1.00 | 1,267 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | BORGEN NON REFR FLORAL | 818 | 1.0000 | 35.0% | 1.00 | 286 |
| 09/17/97 | 12' 4-DECK PRODUCE CASE | 2,996 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12' 6-DECK LUNCH MEAT CASE | 3,100 | 1.0000 | 35.0% | 1.00 | 1,085 |
| 09/17/97 | 12'6-DECK DAIRY CASE | 3,446 | 1.0000 | 35.0% | 1.00 | 1,206 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | RACK B | 49,629 | 1.0000 | 35.0% | 1.00 | 17,370 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12' 6-DECK PRE-PACK PRODUCE CA | 4,297 | 1.0000 | 35.0% | 1.00 | 1,504 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | FOLLETT S/S ICE BIN | 2,131 | 1.0000 | 35.0% | 1.00 | 746 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12'4-DECK POULTRY CASE | 3,998 | 1.0000 | 35.0% | 1.00 | 1,399 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | 5-DECK FROZEN FOOD CASE | 7,564 | 1.0000 | 35.0% | 1.00 | 2,647 |
| 09/17/97 | RACK C | 57,627 | 1.0000 | 35.0% | 1.00 | 20,169 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12'WIDE-ISLAND PRODUCE CASE | 2,386 | 1.0000 | 35.0% | 1.00 | 835 |
| 09/17/97 | 8'6-DECK DAIRY CASE | 2,943 | 1.0000 | 35.0% | 1.00 | 1,030 |
| 09/17/97 | HOSHIZAKI LOW SIDE ICE MAKER | 5,127 | 1.0000 | 35.0% | 1.00 | 1,794 |
| 09/17/97 | FOLLETT S/S ICE BIN | 2,131 | 1.0000 | 35.0% | 1.00 | 746 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12' 4-DECK PRODUCE CASE | 2,747 | 1.0000 | 35.0% | 1.00 | 961 |
| 09/17/97 | 12'4-DECK FRESH MEAT CASE | 3,619 | 1.0000 | 35.0% | 1.00 | 1,267 |
| 09/17/97 | RACK A | 56,881 | 1.0000 | 35.0% | 1.00 | 19,908 |
| 09/17/97 | CHECKOUT LANE | 2,997 | 1.0000 | 35.0% | 1.00 | 1,049 |
| 09/17/97 | 12' 6-DECK PRE-PACK PRODUCE CA | 4,347 | 1.0000 | 35.0% | 1.00 | 1,521 |
| 09/17/97 | 12'4-DECK FRESH MEAT CASE | 3,619 | 1.0000 | 35.0% | 1.00 | 1,267 |
| 09/17/97 | HOSHIZAKI LOW SIDE ICE MAKER | 5,137 | 1.0000 | 35.0% | 1.00 | 1,798 |
| 09/17/97 | 12' FROZEN FOOD CASE | 5,089 | 1.0000 | 35.0% | 1.00 | 1,781 |
| 09/17/97 | ADAMATIC PROOF BOX 2 SGL RACK | 5,900 | 1.0000 | 35.0% | 1.00 | 2,065 |
| 08/20/97 | MEAT COOLER COMBO | 8,428 | 1.0000 | 35.0% | 1.00 | 2,950 |
| 08/20/97 | DELI COOLER | 14,030 | 1.0000 | 35.0% | 1.00 | 4,911 |
| 08/20/97 | DELI FREEZER | 6,840 | 1.0000 | 35.0% | 1.00 | 2,394 |
| 08/20/97 | SEAFOOD FREEZER | 25,552 | 1.0000 | 35.0% | 1.00 | 8,943 |
| 08/20/97 | DELI COOLER COMBO | 12,583 | 1.0000 | 35.0% | 1.00 | 4,404 |
| 08/20/97 | BAKERY FREEZER | 9,457 | 1.0000 | 35.0% | 1.00 | 3,310 |
| 08/20/97 | SEAFOOD COOLER | 25,858 | 1.0000 | 35.0% | 1.00 | 9,050 |
| 08/20/97 | BAKERY COOLER | 6,623 | 1.0000 | 35.0% | 1.00 | 2,318 |
| 08/20/97 | HIGH SECURITY STERLING SAFE | 4,073 | 1.0000 | 35.0% | 1.00 | 1,426 |
| 08/20/97 | DAIRY COOLER | 33,906 | 1.0000 | 35.0% | 1.00 | 11,867 |
| 08/20/97 | DELI FREEZER COMBO | 19,644 | 1.0000 | 35.0% | 1.00 | 6,876 |
| 08/20/97 | FROZEN FOOD FREEZER | 29,346 | 1.0000 | 35.0% | 1.00 | 10,271 |
| 08/20/97 | MEAT PREP COMBO | 8,494 | 1.0000 | 35.0% | 1.00 | 2,973 |
| 08/20/97 | MEAT FREEZER COMBO | 8,435 | 1.0000 | 35.0% | 1.00 | 2,952 |
| 08/20/97 | ICE CREAM FREEZER | 10,068 | 1.0000 | 35.0% | 1.00 | 3,524 |
| 08/20/97 | PRODUCE COOLER | 13,469 | 1.0000 | 35.0% | 1.00 | 4,714 |
| 07/26/95 | MADIX SHELVING | 14,336 | 1.0000 | 35.0% | 1.00 | 5,018 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 ASSET LISTING

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| | **TOTALS for FURN & FIX** | | | | | |
| | Owned on January 1 | $1,480,127 | | | | $518,045 |
| | **MACH & EQP** | 2004 APPRAISAL/DEPRECIATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 12/28/00 | HUMIDITY SYSTEM | 1,439 | 1.0000 | 35.0% | 1.00 | 503 |
| 12/06/00 | PHOTO LAB | 12,128 | 1.0000 | 35.0% | 1.00 | 4,245 |
| 12/06/00 | SEAFOOD CABINET | 1,213 | 1.0000 | 35.0% | 1.00 | 424 |
| 09/20/00 | SEAFOOD CASE | 6,658 | 1.0000 | 35.0% | 1.00 | 2,330 |
| 06/29/00 | ROTISSERIE STAND | 912 | 1.0000 | 35.0% | 1.00 | 319 |
| 06/24/98 | SEAFOOD SAUCE FIXTURE | 796 | 1.0000 | 35.0% | 1.00 | 279 |
| 12/10/97 | AUTO STRETCH WRAPPER | 25,034 | 1.0000 | 35.0% | 1.00 | 8,762 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 12/10/97 | ELECTRIC STEAMER | 3,394 | 1.0000 | 35.0% | 1.00 | 1,188 |
| 12/10/97 | QUANTUM SCALE PRINTER | 3,937 | 1.0000 | 35.0% | 1.00 | 1,378 |
| 11/12/97 | SEAFOOD CART | 270 | 1.0000 | 35.0% | 1.00 | 95 |
| 11/12/97 | SEAFOOD PREP TABLE | 350 | 1.0000 | 35.0% | 1.00 | 123 |
| 11/12/97 | STAINLESS STEEL DESK | 283 | 1.0000 | 35.0% | 1.00 | 99 |
| 11/12/97 | STEAMER TABLE | 231 | 1.0000 | 35.0% | 1.00 | 81 |
| 09/17/97 | 16' REFR SEAFOOD CASE | 17,913 | 1.0000 | 35.0% | 1.00 | 6,269 |
| 09/17/97 | PHOTOLAB QUANTUM PRINTER | 3,102 | 1.0000 | 35.0% | 1.00 | 1,086 |
| 09/17/97 | PHOTOLAB QUANTUM PRINTER | 3,228 | 1.0000 | 35.0% | 1.00 | 1,130 |
| 05/28/97 | ELECTRIC STEAMER | 2,991 | 1.0000 | 35.0% | 1.00 | 1,047 |
| | **TOTALS for MACH & EQP** | | | | | |
| | Owned on January 1 | $91,753 | | | | $32,113 |
| | **GRAND TOTALS** | $1,610,108 | | | | $580,145 |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

# 2004 LIST OF ASSET ADDITIONS

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON, VA 23663

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **FURN & FIX** | | VALUATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 08/21/03 | ALUMINUM WATER RACK DISPLAY | 617 | 1.0000 | 35.0% | 1.00 | 216 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 35.0% | 1.00 | 266 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 35.0% | 1.00 | 266 |
| TOTALS for FURN & FIX | | | | | | |
| **Owned on January 1** | | $2,136 | | | | $748 |
| Acquired after January 1 | | $0 | | | | |
| | | | | | | |
| GRAND TOTALS | | $2,136 | | | | $748 |
| | | $0 | | | | |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

ASSETACQ          1          02/24/04

# 2004 LIST OF ASSET DISPOSALS

## Account 96994
## VA-HAMPTON CTY
## WINN-DIXIE
## 2098 NICKERSON BLVD. HAMPTON,VA 23663

| Acquired | Disp | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|---|
| **FURN & FIX** | | | VALUATION METHOD: VA-HAMPTON CTY M&E & BPP | | | | |
| 12/14/00 | 12/31/03 | SELF SERVE DELI CASE | 5,443 | 1.0000 | 35.0% | 1.00 | 0 |
| 01/07/98 | 12/25/03 | SLICER | 2,496 | 1.0000 | 35.0% | 1.00 | 0 |
| TOTALS for FURN & FIX | | | | | | | |
| | Disposed on or before January 1 | | $7,938 | | | | |
| **GRAND TOTALS** | | | | | | | |
| | | | $7,938 | | | | |

Location (PTS):0965, Property Descr:NICKERSON MARKETPLACE

ASSETDSP 1 02/24/04

*LEASED EQUIPMENT REPORT --- Provided as information only.*
*Winn-Dixie Stores leases some equipment for its stores, warehouses, and offices. These assets are covered under operating leases and are not capitalized. All Property Tax on this equipment should be reported and paid by the lessor. Bill backs to Winn-Dixie are handled through the lease agreement.*

## HAMPTON (IND CI)             W-D LOC 0965

| Year | Description | Serial No | Name | State | County |
|---|---|---|---|---|---|
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | LEX RX PRINTER W | 1255N | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2002 | DELL NAS PV715N | PV715N | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | UPS GXT1500 | GXT1500 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2002 | POWEREDGE 2500 P | 2500 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1997 | LIEBERT GXT700 | GXT700 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1998 | 4059 OPTRA S | 1250 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | LEX OPTRA S 1255 | 1255N | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | ETHERNET/TR MODU | 2612 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | HAMPTON (IND CI) |
| 2001 | #GXT2-700RT120 L | GXT2-700 | COMPUTER LEASING | VA | HAMPTON (IND CI) |