# EXHIBIT "C"

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **City of Hampton**          Case No. _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

20251659
WDX-265774-B2-14
CITY OF HAMPTON
ATTN: ~~ROSS MUGLER~~ **Donna Dangerfield**
100 OLD HAMPTON LN **1 Franklin St.**
HAMPTON VA 23669-4096

Telephone No. of Creditor: _____

Fax No. of Creditor: _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B.** Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☑ additional address
Name: **Donna Dangerfield**
Company/Firm: **City of Hampton**
Address: **1 Franklin Street Suite 100**
**Hampton VA 23669**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☑ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from
  _____ to _____
  (date)           (date)

**2. Date debt was incurred:** 04-05

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:**
$ —           $ 21,127.68       $ 36.75       $ 21,164.43
(unsecured)    (secured)         (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☑ Other **Business personal property**
Value of Collateral: $ **197,121.00**
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ **21,127.68** other claim

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **36.75**
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☑ Taxes or penalties owed to governmental units – 11 U.S.C. § 507-(a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 6-1-05 | Print: **Donna Dangerfield**  Title: **Deputy Treasurer**<br>Signature: *Donna Dangerfield* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Balance as of 9/21/05*

# CITY OF HAMPTON, VIRGINIA

## OFFICE OF THE TREASURER

STATEMENT OF TAXES DUE

STATEMENT DATE: May 01, 2006

PENALTY AND INTEREST AS OF February 21, 2005

ACCOUNT NO: 96994

```
96994
WINN DIXIE RALEIGH INC
WINN DIXIE STORE #965
PO BOX B
JACKSONVILLE FL 32254-0297
```

```
-------------------------------------------------------------------------------
Item Year Due Date Bill Number    Tax Bill    Tax Due  Penalty  Interest   Total
-------------------------------------------------------------------------------
1    2005 06-06-05 205P95299      10563.84   10563.84    0.00      0.00  10563.84
     ITEM DESCRIPTION: BUSINESS PERSONAL PROPERTY
1    2005 12-05-05 205Q95299      10563.84   10563.84    0.00      0.00  10563.84
     ITEM DESCRIPTION: BUSINESS PERSONAL PROPERTY
     2005            TYPE TOTAL   21127.68   21127.68    0.00      0.00  21127.68
     2005            YEAR TOTAL   21127.68   21127.68    0.00      0.00  21127.68
-------------------------------------------------------------------------------
                    GRAND TOTAL   21127.68   21127.68    0.00      0.00  21127.68
```

*Payment*

**CITY OF HAMPTON, VIRGINIA**
**OFFICE OF THE TREASURER**
**RECEIPT REPRINT #: 5660259**

WINN DIXIE RALEIGH INC
WINN DIXIE STORE #965
PO BOX B
JACKSONVILLE FL  32254-0297


**RECEIPT NUMBER: 5660259**   **TRANSACTION DATE: 6-JAN-2005 3:23:00**
**BUSINESS DATE: 6-JAN-2005   CASHIER: DHINTON**

| Account # | TxYr | Description | Tax/Fee | Penalty | Interest |
|---|---|---|---|---|---|
| 96994-1 | 2004 | BUSINESS PERSONAL PRO | $11273.04 | $1127.30 | $0.00 |

Penalty/Interest calculated as of:   30-DEC-2004
--- Acct #: 96994 WINN DIXIE RALEIGH INC ---

```
      Total Tax Paid:         $11273.04
  Total Penalty Paid:          $1127.30
                          ===============
         Total Paid:          $12400.34

Check #: 007417600/WACH              $12400.34
                                 ===============
         Total Amount Tendered:    $12400.34
```

Paid By:
WINN DIXIE STORES, INC.

**THANK YOU**

*Payment*

# CITY OF HAMPTON, VIRGINIA
# OFFICE OF THE TREASURER
# RECEIPT REPRINT #: 5472834

```
WINN DIXIE RALEIGH INC
WINN DIXIE STORE #965
PO BOX B
JACKSONVILLE FL  32254-0297


   RECEIPT NUMBER: 5472834    TRANSACTION DATE: 20-MAY-2004 1:52:00
   BUSINESS DATE: 20-MAY-2004 CASHIER: LWILLIAMS

Account #  TxYr  Description              Tax/Fee      Penalty    Interest
---------------------------------------------------------------------------
96994-1    2004  BUSINESS PERSONAL PRO $11832.00
--- Acct #: 96994 WINN DIXIE RALEIGH INC ---

---------------------------------------------------------------------------

       Total Tax Paid:              $11832.00
                                  ===============
         Total Paid:               $11832.00

Check #: 007229168 WACH                $11832.00
                                  ===============
           Total Amount Tendered:    $11832.00
```

**THANK YOU**

*Payment*

## CITY OF HAMPTON, VIRGINIA
## OFFICE OF THE TREASURER
## RECEIPT REPRINT #: 5503036

```
WINN DIXIE RALEIGH INC
WINN DIXIE STORE #965
PO BOX B
JACKSONVILLE FL  32254-0297
```

```
RECEIPT NUMBER: 5503036    TRANSACTION DATE: 3-JUN-2004 9:18:00
BUSINESS DATE: 3-JUN-2004  CASHIER: LJARDEN
```

| Account # | TxYr | Description | Tax/Fee | Penalty | Interest |
|---|---|---|---|---|---|
| 96994-1 | 2004 | BUSINESS PERSONAL PRO | $279.48 | | |

--- Acct #: 96994 WINN DIXIE RALEIGH INC ---

```
        Total Tax Paid:            $279.48
                                ===============
           Total Paid:             $279.48

Re-Applied:  91256                 $279.48
                                ===============
           Total Amount Tendered:  $279.48
```

**THANK YOU**

*Payment* (handwritten)

# CITY OF HAMPTON, VIRGINIA
## OFFICE OF THE TREASURER
## RECEIPT REPRINT #: 5503033

WINN DIXIE RALEIGH INC
WINN DIXIE STORE #965
PO BOX B
JACKSONVILLE FL  32254-0297

RECEIPT NUMBER: 5503033    TRANSACTION DATE: 3-JUN-2004 9:18:00
BUSINESS DATE: 3-JUN-2004    CASHIER: LJARDEN

```
Account #  TxYr  Description               Tax/Fee      Penalty    Interest
---------------------------------------------------------------------------
96994-1    2004  BUSINESS PERSONAL PRO    $279.48
--- Acct #: 96994 WINN DIXIE RALEIGH INC ---
---------------------------------------------------------------------------

     Total Tax Paid:            $279.48
                              ===============
         Total Paid:            $279.48

Re-Applied:  91255                          $279.48
                              ===============
         Total Amount Tendered:   $279.48
```

**THANK YOU**