**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF MAY 4, 2006**

I, Adam Ravin, certify that on April 13, 2006 I caused to be served the Debtors' Motion for an Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of May 4, 2006 [Docket No. 7124], as well as the accompanying Notice of Hearing [Docket No. 7125], by having true and correct copies thereof sent to the parties listed in Exhibit A via first-class mail, postage pre-paid.

Dated: May 4, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

Exhibit A

RCG Information Technology Inc
PO Box 4516 Church St Station
New York, NY  10261-4516

Triad Business Solutions
1040 E Wendover Avenue
Greensboro, NC  27405

Six Flags Inc.
275 Riverside Parkway SW
Austell, GA 30168

RCG Information Technology
4700 Millenia Blvd Ste 370
Orlando, Fl  32839-6014

Triad Business Solutions
PO Box 790448
St Louis, Mo  63179-0448

Mantek
PO Box 660196
Dallas,  TX  75266-0196

Mantek
PO Box 971330
Dallas, TX  75397-1330

Predixis, Inc
101 E Huntington Drive, 2nd Fl
Monrovia, Ca  91016

Predixis Corporation
Attn Marc Campbell, Coo
605 East Huntington Drive, Suite 201
Monrovia, Ca  91016

Florence Times
PO Box 797
Florence, Al  35631