**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS'**
**MOTION FOR ORDER (I) AUTHORIZING ASSUMPTION OF LEASE FOR STORE**
**NUMBER 1335, (II) FIXING CURE AMOUNTS AND (III) AUTHORIZING RELATED RELIEF**

    I, Adam Ravin, certify that on April 20, 2006 I caused to be served the Debtors' Motion for Order (I) Authorizing Assumption of Lease for Store Number 1335, (II) Fixing Cure Amounts and (III) Authorizing Related Relief [Docket No. 7331] by having true and correct copies thereof sent to the parties listed in Exhibit A via first-class mail, postage pre-paid.

Dated: May 4, 2006

    SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP

    By: /s/ *Adam S. Ravin*
    Adam Ravin
    Four Times Square
    New York, New York 10036
    (212) 735-3000
    (212) 735-2000 (facsimile)

    - and –

    SMITH HULSEY & BUSEY

    By: /s/ *Cynthia C. Jackson*
    Cynthia C. Jackson
    Florida Bar Number 498882
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)

    Attorneys for Debtors

Exhibit A

Donald E. Theriot
Bordelon and Theriot
701 South Peters St.
New Orleans, La. 70130

Marketown Investors
PO Box 2130
Bay St. Louis, MS  39521