**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING (I) REJECTION OF LEASE FOR STORE NUMBER 1419 AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

   I, Adam Ravin, certify that on April 20, 2006 I caused to be served the Debtors' Motion for Order Authorizing (I) Rejection of Lease for Store Number 1419 and (II) Abandonment of Related Personal Property [Docket No. 7332] by having true and correct copies thereof sent to the parties listed in Exhibit A via first-class mail, postage pre-paid.

Dated: May 4, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

Exhibit A

David Kupetz
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071

Richard R. Thames
121 West Forsyth Street, Suite 600
Jacksonville, Florida  32202

648235-New York Server 1A - MSW