# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER AUTHORIZING REJECTION OF LEASE TERMINATION AGREEMENTS

I, Adam Ravin, certify that on April 26, 2006 I caused to be served the Order Authorizing Rejection of Lease Termination Agreements [Docket No. 7344] by having true and correct copies thereof sent to the parties listed in Exhibit A via first-class mail, postage pre-paid.

Dated: May 4, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

Exhibit A

Edens & Avant Properties LP
E & A Acquisition Two LP
PO Box 528
Oakwood Square
Columbia, SC 29202
ATTN: Dan Guinsler

Baylanding Inc.
Barron Collier Commercial
2600 Goldengate Parkway, Suite #200
Naples, Fl 34105
ATTN: Karen V. Triplett

Lantana Square Shopping Center/
Linda Square Shopping Center
C/O Sentinel Real Estate Corporation
1645 SE 3rd Ct
Deerfield Fl, 33441

Invesco LP
C/O W. C. Wilbur & Co
PO Box 5225
North Charleston, SC 29405
ATTN: ECDC Realty

1997 Properties
PO Box 55416
C/O Roger P Friou
Jackson, MS 39296

440 Group Ltd
PO Box 578
Killeen, TX 76540
ATTN: Mark Williams

Fidelity National Title Agency
C/O Mark A Brunger
260 Three Lincoln Centre
Dallas, TX 75240
ATTN: Judy Cason