

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 4, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application for Authority to Retain Deloitte Financial Advisory Services LLP and Deloitte Consulting LLP to Provide Fresh-Start Accounting Services Filed by Debtor (7261)

*Granted*
*Ord / Signed*

APPEARANCES:

US TRUSTEE:                                  ELENA ESCAMILLA
UNSEC. CRED:                                 JOHN B. MACDONALD/PATRICK PATANGAN
                                             MATTHEW S. BARR
DELOITTE FINANCIAL ADVISORY SVCS:
DELOITTE CONSULTING LLP:

RULING: