

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 4, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Reject Executory Contracts and Unexpired Leases Effective as of May 4, 2006 Filed by Debtor (7124)

*Granted*
*Ord/Signed*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR

RULING: