

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 4, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   ρ WINN-DIXIE STORES, INC.          AOCNFN
                                                          Prior Pro

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Motion for Leave to File Proofs of Claim Without Prejudice Filed by Florida Tax Collectors (4283)**

    Objection to Motion Filed by Debtor (Doc. 5874)

    Joinder of Official Committee of Unsecured Creditors to Debtors' Objection (Doc. 5887)

*Cont'd to 6/1 @ 1:00*

*AOCNFN*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
FL TAX COLLECTORS:    BRIAN T. FITZGERALD

RULING: