

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 4, 2006
1:00 P.M.

**PRO MEMO**

| | |
|---|---|
| CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC. | Page 1 of 3 |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Eighth Omnibus Objection to Overstated Claims Filed by Debtor (6911)**

   Response to Objection by Mello Smello (Doc. 7217)

   Response to Objection by Sioux Honey Association (Doc. 7227)

   Response to Objection by Melitta USA Inc. (Doc. 7229)

   Response to Objection by Precision Plumbing & Air, Inc. (Doc. 7246)

   Response to Objection by United Stationers Supply (Doc. 7247)

   Response to Objection by Lesco Medisearch (Doc. 7292)

   Response to Objection by PC Woo, Inc. dba Mega Toys (Doc. 7330)

   Response to Objection by Madison Liquidity Investors LLC (Docs. 7363)

   Response to Objection by Van Hoekelen Greenhouses Inc. (Doc. 7367)

   Response to Objection by Mackay Envelope Co. (Doc. 7368)

*[Handwritten: Sustained as Stipulated / Order Signed]*

**APPEARANCES CONTINUED ON PAGE 3**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 4, 2006
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**                Page 2 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Eighth Omnibus Objection to Overstated Claims Filed by Debtor (6911)

    Response to Objection by CSX Transportation (Doc. 7379)

    Response to Objection by Nature's Bounty Inc. & NBTY, Inc. (Doc. 7380)

    Response to Objection by MeadWestvaco (Doc. 7382)

    Response to Objection by Johanna Foods, Inc. (Doc. 7383)

    Response to Objection by VICORP Restaurants, Inc. (Doc. 7384)

    Response to Objection by Madison Capital Management (Doc. 7385)

    Response to Objection by J&J Snack Foods Corp. (Doc. 7386)

    Response to Objection by Joseph Enterprises, Inc. (Doc. 7338)

    Response to Objection by Schneider National, Inc. (Doc. 7390)

**APPEARANCES CONTINUED ON PAGE 3**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 4, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR/MICHAEL COMERFORD |
| | |
| MELLO SMELLO: | |
| SIOUX HONEY ASSOCIATION: | NINA LAFLEUR |
| MELITTA USA INC: | EDWIN RICE |
| PRECISION PLUMBING & AIR INC: | |
| UNITED STATIONERS SUPPLY: | |
| LESCO MEDISEARCH: | CHARLES DITTMAR |
| PC WOO, INC. DBA MEGA TOYS: | ADAM FRISCH |
| MADISON LIQUIDITY INVESTORS: | |
| VAN HOEKELEN GREENHOUSES INC: | |
| MACKAY ENVELOPE COMPANY: | |
| CSX TRANSPORTATION: | MICHAEL FACKLER |
| NATURE'S BOUNTY, INC., et al: | HAROLD JONES |
| MEADWESTVACO CORP: | PETER NICANDRI |
| JOHANNA FOODS, INC: | |
| VICORP RESTAURANTS, INC: | |
| MADISON CAPITAL MANAGEMENT: | |
| J&J SNACK FOODS CORP: | |
| JOSEPH ENTERPRISES, INC: | CHARLES MCBURNEY |
| SCHNEIDER NATIONAL, INC: | STEPHANIE BIERNACKI |