

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
May 4, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

AOCNFN
Prior Pro

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Motion for Adequate Protection Filed by Florida Tax Collectors (4284)**

Objection to Motion filed by Debtor (Doc. 7537)

*Cont'd. to 6/1/2006 @ 1:00*

*AOCNFN*

APPEARANCES:
US TRUSTEE:               ELENA ESCAMILLA
UNSEC. CRED:              JOHN B. MACDONALD/PATRICK PATANGAN
                          MATTHEW S. BARR
FL TAX COLLECTORS:        BRIAN T. FITZGERALD

RULING: