**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors ) | |
| ) | Jointly Administered |

**MOTION TO APPEAR PRO HAC VICE**

Comes now counsel, Susan F. Stivers, pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Middle District of Florida, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice, on behalf of the Commonwealth of Kentucky, Department of Revenue, a creditor, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of Kentucky and that movant is a member of good standing.
2. That movant is currently admitted to practice before the United States District Courts for the Eastern and Western Districts of Kentucky.
3. That movant does not wish to be admitted generally, but for the purpose of this case only.
4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States Bankruptcy Court for the Middle District of Florida.

        Respectfully submitted,

*s/Susan F. Stivers*
Susan F. Stivers
Kentucky Bar No. 81386
Finance & Administration Cabinet
Department of Revenue
P.O. Box 5222
Frankfort, KY  40602
Ph: (502)564-4921 x 4445
Fax: (502)564-7348
susan.stivers@ky.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion To Appear Pro Hac Vice will either be served electronically by the court's CM/ECF System on the date filed, or will be served by me by first class mail on the 4th day of May, 2006, on the parties whose names are listed below:

        *s/Susan F. Stivers*
        Susan F. Stivers
        Department of Revenue

Copies to be served on:

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL  32202