# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

## ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF MAY 4, 2006

These cases came before the Court for hearing on May 4 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit A (collectively, the "Contracts") effective as of May 4, 2006 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of May 4, 2006.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.    Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

5.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.    The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 4 day of May, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

## EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Triad Business Solutions<br>1040 East Wendover Ave.<br>Greensboro, NC 27405 | Winn-Dixie Stores, Inc. | All Inclusive Lease Agreement dated January 29, 2004 for Sharp Copier, serial no. 35017849 |
| Mantek<br>P.O. Box 660196<br>Dallas, TX 75266<br>and<br>P.O. Box 971330<br>Dallas, TX 75397 | Winn-Dixie Stores, Inc. | PartsWasher Payment Plan dated November 9, 2004 |
| Florence Times<br>P.O. Box 797<br>Florence, AL 35631 | Winn-Dixie Stores, Inc. | Retail/Classified Advertising Contract dated October 12, 2004 |
| Six Flags, Inc. (Atlanta Properties)<br>275 Riverside Parkway SW<br>Austell, GA 30168 | Winn-Dixie Stores, Inc. | Marketing Agreement dated January 25, 2005 |
| Predixis, Inc.<br>101 E. Huntington Drive<br>2nd Floor<br>Monrovia, CA 91016 | Winn-Dixie Stores, Inc. | Business Service Agreement dated as of August 18, 2003 |
| RCG Information Technology<br>4700 Millenia Blvd., Suite 370<br>Orlando, FL 32839 | Winn-Dixie Stores, Inc. | Service Agreement dated October 19, 1999 |

452016-Wilmington Server 1A - MSW