**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors | ) | |
| | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE**

Please take notice that pursuant to Federal Rules of Bankruptcy 9010 the undersigned hereby enters her appearance as counsel for the Commonwealth of Kentucky, Finance & Administration Cabinet, Department of Revenue, a creditor and party in interest.

Request is hereby made pursuant to Federal Rules of Bankruptcy Procedure 2002 and Local Bankruptcy Rules 1007-2, 2002-1, 2090-1 that the Department of Revenue be placed on the Court's Matrix, and that all notices given or required to be given be served upon:

> Susan F. Stivers
> Kentucky Bar No. 81386
> P.O. Box 5222
> Frankfort, Kentucky  40602-5222
> Ofc:  (502) 564-4921 ext 4445
> Fax:  (502) 564-7348
> susan.stivers@ky.gov.

Please take further notice that the Commonwealth does not waive and expressly reserves:  (1)  its right to a trial by jury in any proceeding so triable, (2) its right to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal, or (3) its right to claim any defense, setoff or recoupment, or sovereign immunity, in this case.

          Respectfully submitted,

          */s/Susan F. Stivers*
          Susan F. Stivers
          Kentucky Bar No. 81386
          Attorney for the Commonwealth
          of Kentucky
          Finance & Administration Cabinet
          Department of Revenue
          P.O. Box 5222
          Frankfort, Kentucky  40602-5222
          Ofc:  (502) 564-4921 ext 4445
          Fax:  (502) 564-7348
          susan.stivers@ky.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Appearance and Request for Service will either be served electronically by the court's CM/ECF System on the date filed, or will be served by me by first class mail on the 4th day of May, 2006, on the parties whose names are listed below:

          */s/Susan F. Stivers*
          Susan F. Stivers

Copies to be served on:

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL  32202

Co-Counsel for Debtors