UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER APPROVING SUPPLEMENT TO DEBTORS' RETENTION OF
PRICEWATERHOUSECOOPERS LLP

These cases came before the Court for hearing on April 20, 2006, upon the application of Winn-Dixie Stores, Inc. and its twenty-three subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order supplementing the terms of the Debtors' previously approved retention under 11 U.S.C. §§ 327(a) of PricewaterhouseCoopers LLP ("PwC") to include, effective as of April 14, 2006, the provision by PwC of services related to the enhancement of the Debtors' information security program (the "Supplemental Application").[1] The Court has reviewed the Supplemental Application, the letter agreement between the Debtors and PwC dated March 28, 2006 and attached as Exhibit A to the Supplemental Application (the "New Engagement Letter") and the Supplemental Declaration of Kevin W. Campbell in Support of the Application for Order Approving Supplement to Debtors' Retention of PricewaterhouseCoopers LLP dated April 13, 2006 and attached as Exhibit B to the Supplemental Application (the "Supplemental Declaration"). The Court has also considered the representations of counsel. Based upon the representations of counsel, after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Supplemental

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Supplemental Application.

Application and that granting such relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Supplemental Application is granted.

2. The terms of the Debtors' previously approved retention of PwC are supplemented to include, effective as of April 14, 2006, the provision by PwC of services to the Debtors related to the enhancement of the Debtors' information security program on the terms set forth in the Supplemental Application, the New Engagement Letter, and the Supplemental Declaration.

3. Except as supplemented by this Order, the terms of the Debtors' retention of PwC shall remain unchanged and shall be governed by the Order Authorizing Retention of PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley and Other Services to the Debtors dated May 19, 2005 and filed at Docket No. 1317 (the "PwC Order").

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the PwC Order.

Dated May 4, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.