Hearing Date: May 18, 2006, 1:00 p.m.
Objection Deadline: May 8, 2006, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**KENTUCKY DEPARTMENT OF REVENUE'S MOTION FOR AN EXTENSION OF TIME FOR FILING A RESPONSE FOR THE ENTIRE STATE OF KENTUCKY TO DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX VALUES AND TAX LIABILITIES AND MOTION TO DISMISS OR IN THE ALTERNATIVE FOR ABSTENTION OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT**

**MOTION FOR EXTENSION OF TIME**

Comes the Department of Revenue, Finance and Administration Cabinet, Commonwealth of Kentucky, through the undersigned counsel, and respectfully moves this Court for an extension of time within which to file a single response for the entire state of Kentucky. In support of this motion the Kentucky Department of Revenue states that one response would be more efficient for the Debtors, the Commonwealth and the Court. More importantly one response would conserve judicial resources of the Court in the administration of this matter. It is the intent of the Kentucky Department of Revenue to contest any attempts by the Debtors to adjust the property tax liabilities or assessments or extract monies through its political subdivisions. Each of the Kentucky counties involved in this bankruptcy also collect the state's portion of the ad valorem tax

involved in the Debtors' omnibus objection.  The Kentucky Department of Revenue will also need more time to comply with Local Rule 2090-1(c) on obtaining designation of legal counsel who is a member of the bar of this district.

Pursuant to the Debtors' Omnibus Objection the Kentucky Department of Revenue was served by United States Mail on April 18, 2006.  The Omnibus Objection was received a few days later.  There are ten counties and numerous taxing jurisdictions listed in Debtors' Exhibits A, B, and C attached to the Debtors' Omnibus Objection.  At this time the counties have not been able to communicate to possibly bring resolution of all claims in the State of Kentucky under one action or under one representative authorized to represent the entire state.  The Kentucky Department of Revenue also has not had sufficient time to associate local counsel in the Middle District of Florida to allow service of documents and representations before this Honorable Court as required by Local Rules 2090-1.  Counsel is currently filing with this Court to practice pro hac vice.

Kentucky property taxes are secured by statutory liens as defined in 11 U.S.C. 101(53).  This response is being filed to comply with a court imposed deadline.  This motion is filed with an express reservation of rights to file and assert any and all defenses available to any and all allegations of the Debtors and without any waiver to any defense either express or implied**.**

## MOTION TO DISMISS

Comes the Kentucky Department of Revenue and respectfully moves this Court to dismiss Debtors' Omnibus Objection To Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities pursuant to Federal Rule of Civil Procedure

12(b) that the Debtors have failed to state a claim upon which relief can be granted and lack of jurisdiction over the subject matter.

## MOTION TO ABSTAIN

The Court should use its power to abstain from hearing any of the issues brought in the Debtors' omnibus objection. Under 11 U.S.C. § 505 this Court should decline from redetermining the property tax since Debtors have totally and wholly failed to state any specific basis to state a claim against Kentucky Taxing Authorities; have failed to state facts to substantiate their claim that the values are arbitrary, imprecise and unreasonable or exceed fair cash value; have failed to comply with Kentucky statutory procedures to request a refund; and have failed to challenge the tax through the local level, state level, and state courts.

## MOTION FOR A MORE DEFINITE STATEMENT

The Debtors' omnibus objection is confusing. The Debtors state on page 1 and in their relief requested that the tax claims in Exhibit A are unpaid, yet it seems they are seeking to "offset" or obtain a refund of their paid tax liabilities (paragraph 15 and footnote 4). Further, in their relief requested Debtors seek to reduce and allow the "Unpaid Tax Claims" in Exhibit A and determine "correct tax values for the properties identified in Exhibits A and B." (paragraphs 7 &16) The very same exhibits are listed in Exhibit A and B. The Kentucky Department of Revenue needs clarification of the objection and relief requested in order to adequately plead its defenses.

THEREFORE, for the purposes of expediency, judicial economy, resolution of these matters, and efforts to associate proper counsel, the Kentucky Department of

Revenue hereby requests an extension of time to prepare a response for the entire State of Kentucky or further briefing in support of the Motion to Dismiss and/or Abstain.

    Respectfully submitted,

    *s/Susan F. Stivers*
    Susan F. Stivers
    Kentucky Bar No. 81386
    Finance & Administration Cabinet
    Department of Revenue
    P.O. Box 5222
    Frankfort, KY  40602
    Ph: (502)564-4921 x 4445
    Fax: (502)564-7348
    susan.stivers@ky.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Kentucky Department of Revenue's Motion For An Extension of Time to File a Response for the Entire State of Kentucky to Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities and Tax Values And Motion to Dismiss or in the Alternative for Abstention Or In the Alternative Motion For A More Definite Statement will either be served electronically by the court's CM/ECF System on the date filed, or will be served by me by first class mail on the <u>5th</u> day of May, 2006, on the parties whose names are listed below:

    *s/Susan F. Stivers*
    Susan F. Stivers
    Department of Revenue

Copies to be served on:

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL  32202