[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Rhysa Griffith South , a non-resident of Florida and counsel for County of Henrico, Virginia , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated May 5, 2006 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Rhysa Griffith South, P.O. Box 27032, Richmond, VA 23273-7032