UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF ESTABLISHMENT OF SPECIAL BAR DATE APPLICABLE TO CERTAIN SUBSEQUENTLY IDENTIFIED CLAIMANTS

PLEASE TAKE NOTICE THAT:

Pursuant to the requirements of paragraph 16(c) of the Order (A) Establishing Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof of Claim Filing Deadline Notices, (D) Conditionally Approving Mailing and Publication Procedures and (E) Conditionally Providing Certain Supplemental Relief, dated April 28, 2005, the Debtors hereby advise the Court of the establishment of June 2, 2006 at 5:00 P.M. Eastern Standard Time (the "Special Bar Date") as a special bar date for certain subsequently identified potential claimants who were not identified in time to receive notice of the original bar date established in these cases (the "Subsequently Identified Claimants").

On May 2, 2006, each of the Subsequently Identified Claimants was mailed a copy of a notice establishing the Special Bar Date, a copy of which is attached hereto as Exhibit A. A list of the Subsequently Identified Claimants is attached hereto as Exhibit B.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

THE SPECIAL BAR DATE APPLIES ONLY TO THE SUBSEQUENTLY IDENTIFIED CLAIMANTS IDENTIFIED ON EXHIBIT B. A copy of this Notice has been sent to (a) the Office of the United States Trustee, (b) counsel to the Official Committee of Unsecured Creditors, and (c) counsel to the Debtors' post petition secured lender.

Dated: May 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| In re: | Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE JUNE 2, 2006, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL GOVERNMENTAL UNIT CLAIMANTS)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1. **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or

property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3. **SPECIAL BAR DATE.** By order of the Bankruptcy Court (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date"). The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants (the "Subsequently Identified Claimants"). Therefore, the Debtors hereby establish **June 2, 2006 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to the Subsequently Identified Claimants who are served with this notice. The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, but only if such claims are alleged by the Subsequently Identified Claimants.

4. **WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5. **WHO NEED NOT FILE A PROOF OF CLAIM.** You should not file a proof of claim if:

    A. You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

    B. Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

    C. Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

    D. You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

    E. Your claim has already been paid by the Debtors with authorization of the Court; or

    F. You hold a claim that has been allowed by an order of the Court entered on or before the Special Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6. **WHAT TO FILE.** If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com. YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7. **WHEN AND WHERE TO FILE.** Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on June 2, 2006**, at the following address (the "Claims Docketing Center"):

    **Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,
    546 Valley Road, Upper Montclair, New Jersey 07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date. Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date. Any other

claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE.** EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON JUNE 2, 2006, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, INCLUDING WITHOUT LIMITATION, ANY PENDING OR CONTINGENT MEDICARE OR MEDICAID CLAIM, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

10. **THE DEBTORS' SCHEDULES AND ACCESS THERETO.** You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors' Schedules and the Bar Date Order may be viewed at www.loganandco.com. Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Stephen Brown, 212-735-5140) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11. **FURTHER INFORMATION.** If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED: May 2, 2006

FOR THE COURT:
David K. Oliveria, Clerk of the Bankruptcy Court

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

**EXHIBIT B**

**SERVICE LIST**
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before June 2, 2006, at 5:00 PM Eastern Time

Page 1 of 2

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.

**CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452063-AA<br>ALABAMA MEDICAID AGENCY<br>ATTN: COMMISSIONER<br>501 DEXTER AVE<br>PO BOX 5624<br>MONTGOMERY AL 36103-5624 | CREDITOR ID: 452065-AA<br>ALABAMA MEDICAID AGENCY<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: BOB RILEY<br>STATE CAPITOL<br>600 DEXTER AVE<br>MONTGOMERY AL 36130 | CREDITOR ID: 452064-AA<br>ALABAMA MEDICAID AGENCY<br>C/O OFFICE OF THE ATTORNEY GEN<br>ATTN: TROY<br>KING 11 S UNION STREET, 3RD FL<br>MONTGOMERY AL 36130 |
| CREDITOR ID: 452068-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O STATE ATTORNEY<br>DUCAL COUNTY<br>CITY HALL ANNEX<br>220 E BAY STREET, 11TH FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 452067-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: CHARLIE CRIST<br>THE CAPITOL PL-01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 452069-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O OFFICE OF GOVERNOR<br>ATTN: JEB BUSH<br>THE CAPITOL<br>400 SOUTH MONROE STREET<br>TALLAHASSEE FL 32399 |
| CREDITOR ID: 452066-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>ATTN: DEPUTY SECRETARY<br>2727 MAHAN DRIVE<br>MAIL STOP 8<br>TALLAHASSEE FL 32308 | CREDITOR ID: 452072-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: SONNY PERDUE<br>GEORGIA STATE CAPITOL<br>ATLANTA GA 30334 | CREDITOR ID: 452071-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>C/O OFFICE IF ATTORNEY GENERAL<br>ATTN: THURBERT BAKER<br>40 CAPITOL SQUARE<br>SW ATLANTA GA 30334 |
| CREDITOR ID: 452070-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>ATTN: DIREC TOR<br>2 PEACHTREE STREET<br>ATLANTA GA 31015-1443 | CREDITOR ID: 452075-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: ERNIE FLETCHER<br>700 CAPITOL AVE, STE 100<br>FRANKFORT KY 40601 | CREDITOR ID: 452074-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGORY STUMBO<br>THE CAPITOL, STE 118<br>700 CAPITOL AVE<br>FRANKFORT KY 40601-3449 |
| CREDITOR ID: 452073-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>ATTN:OFFICE OF THE SECRETARY<br>275 E MAIN STREET<br>FRANKFORT KY 40621 | CREDITOR ID: 452076-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>ATTN: DIRECTOR<br>1201 CAPITOL ACCESS ROAD<br>PO BOX 629<br>BATON ROUGE LA 70821-0629 | CREDITOR ID: 452077-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES C FOTI, JR<br>300 CAPITOL DRIVE<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 452078-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>C/O OFFICE OF GOVERNOR<br>ATTN: KATHLEEN BABINEAUX BLANCO<br>CONSTITUTENT SERVICES<br>PO BOX 94004<br>BATON ROUGE LA 70804-9004 | CREDITOR ID: 452081-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>C/O OFFICE OF GOVERNOR<br>ATTN: HALEY BARBOUR<br>PO BOX 139<br>JACKSON MS 39205 | CREDITOR ID: 452080-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: TOM HOOD<br>PO BOX 220<br>JACKSON MS 39205 |
| CREDITOR ID: 452079-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>ATTN: EXECUTIVE DIRECTOR<br>ROBERT E LEE BLDG, STE 801<br>239 N LAMAR STREET<br>JACKSON MS 39201-1399 | CREDITOR ID: 452084-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>C/O OFFICE OF GOVERNOR<br>ATTN: MICHAEL F EASLEY<br>20301 MAIL SERVICE CENTER<br>RALEIGH NC 27699-0301 | CREDITOR ID: 452083-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>C/O SATANA T DEBERRY<br>2005 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2005 |
| CREDITOR ID: 452082-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>ATTN: DIVISION OF MEDICAL ASSIST<br>DIRECTORS OFFICE<br>2501 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2501 | CREDITOR ID: 452087-AA<br>S.C DEPT OF HEALTH & HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: MARK SANFORD<br>PO BOX 12267<br>COLUMBIA SC 29211 | CREDITOR ID: 452086-AA<br>S.C DEPT OF HEALTH & HUMAN SERVICES<br>C/O OFFICE OF THE HONORABLE<br>ATTN: HENRY MCMASTER<br>PO BOX 11549<br>COLUMBIA SC 29211 |
| CREDITOR ID: 452085-AA<br>S.C DEPT OF HEALTH & HUMAN SERVS<br>ATTN: DIRECTOR<br>PO BOX 8206<br>COLUMBIA SC 29202-8206 | CREDITOR ID: 452092-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: GREG ABBOTT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | CREDITOR ID: 452091-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>ATTN: EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FL<br>AUSTIN TX 78751-2316 |
| CREDITOR ID: 452093-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: RICK PERRY<br>PO BOX 12428<br>AUSTIN TX 78711-2428 | CREDITOR ID: 452094-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O TEXAS SECRETARY OF STATE<br>PO BOX 12887<br>AUSTIN TX 78711 | CREDITOR ID: 452090-AA<br>TN DEPT OF HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: PHIL BREDESEN<br>TENNESEE STATE CAPITOL<br>NASHVILLE TN 37243-0001 |

**SERVICE LIST**
**Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before June 2, 2006, at 5:00 PM Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

CREDITOR ID: 452089-AA
TN DEPT OF HUMAN SERVICES
C/O OFFICE OF THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

CREDITOR ID: 452088-AA
TN DEPT OF HUMAN SERVICES
ATTN: DIRECTOR
400 DEADERICK STREET, 15TH FL
NASHVILLE TN 37248-0001

CREDITOR ID: 452097-AA
TRICARE MANAGEMENT ACTIVITY
C/O U.S. ATTORNEY
CIVIL PROCESS CLERK
300 N HOGAN STREET
SUITE 9-150
JACKSONVILLE FL 32202

CREDITOR ID: 452096-AA
TRICARE MANAGEMENT ACTIVITY
C/O OFFICE OF U.S. ATTORNEY
ATTN: ALBERTO GONZALEZ
U.S. DEPT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON DC 20530-0001

CREDITOR ID: 452095-AA
TRICARE MANAGEMENT ACTIVITY
SKYLINE 5, STE 810
5111 LEESBURG PIKE
FALLS CHURCH VA 22041-3206

**Total:   35**