UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## MOTION TO APPEAR *PRO HAC VICE*

Comes now counsel, Scott N. Brown, Jr., pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Middle District of Florida, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate *pro hac vice*, on behalf of Hamilton County, Tennessee, a creditor, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice in the State of Tennessee and that movant is a member of good standing.
2. That movant is currently admitted to practice before the United States District Court for the Eastern District of Tennessee.
3. That movant does not wish to be admitted generally, but for the purpose of this case only.
4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States Bankruptcy Court for the Middle District of Florida on behalf of Hamilton County, Tennessee.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: _____
Scott N. Brown, Jr., Tenn. Bar No. 1212
Attorneys for Hamilton County, Tennessee
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
Telephone - (423) 756-7000
snb@smrw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of this pleading has been served on counsel for all parties at interest in this cause by e-mail and by depositing a copy of same in the United States Mail with sufficient postage thereon to carry same to its destination, addressed as follows:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meager,
 & Flom, LLP
Four Times Square
New York, NY 10036

(also to djbaker@skadden.com)

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32202

(also to cjackson@smithhulsey.com)

This 5th day of May, 2006.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY: _____

F:\Library\users\CLIENTS\124898\0012\MtnAppProHacVice snb sg 5-5-06.wpd