UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about May 2, 2006, I caused copies of:

- the **Notice of Special Bar Date Requiring Filing of Proofs of Claim on or Before June 2, 2006, at 5:00 P.M. Eastern Time**
- the **Proof of Claim Form**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: May 5, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: BI

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452063-AA<br>ALABAMA MEDICAID AGENCY<br>ATTN: COMMISSIONER<br>501 DEXTER AVE<br>PO BOX 5624<br>MONTGOMERY AL 36103-5624 | CREDITOR ID: 452065-AA<br>ALABAMA MEDICAID AGENCY<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: BOB RILEY<br>STATE CAPITOL<br>600 DEXTER AVE<br>MONTGOMERY AL 36130 | CREDITOR ID: 452064-AA<br>ALABAMA MEDICAID AGENCY<br>C/O OFFICE OF THE ATTORNEY GEN<br>ATTN: TROY<br>KING 11 S UNION STREET, 3RD FL<br>MONTGOMERY AL 36130 |
| CREDITOR ID: 452068-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O STATE ATTORNEY<br>DUCAL COUNTY<br>CITY HALL ANNEX<br>220 E BAY STREET, 11TH FL<br>JACKSONVILLE FL 32202 | CREDITOR ID: 452067-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: CHARLIE CRIST<br>THE CAPITOL PL-01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 452069-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>C/O OFFICE OF GOVERNOR<br>ATTN: JEB BUSH<br>THE CAPITOL<br>400 SOUTH MONROE STREET<br>TALLAHASSEE FL 32399 |
| CREDITOR ID: 452066-AA<br>FLORIDA AGENCY FOR HEALTH CARE ADMI<br>ATTN: DEPUTY SECRETARY<br>2727 MAHAN DRIVE<br>MAIL STOP 8<br>TALLAHASSEE FL 32308 | CREDITOR ID: 452072-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: SONNY PERDUE<br>GEORGIA STATE CAPITOL<br>ATLANTA GA 30334 | CREDITOR ID: 452071-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>C/O OFFICE IF ATTORNEY GENERAL<br>ATTN: THURBERT BAKER<br>40 CAPITOL SQUARE<br>SW ATLANTA GA 30334 |
| CREDITOR ID: 452070-AA<br>GEORGIA DEPT OF COMMUNITY HEALTH<br>ATTN: DIREC TOR<br>2 PEACHTREE STREET<br>ATLANTA GA 31015-1443 | CREDITOR ID: 452075-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>C/O OFFICE OF THE GOVERNOR<br>ATTN: ERNIE FLETCHER<br>700 CAPITOL AVE, STE 100<br>FRANKFORT KY 40601 | CREDITOR ID: 452074-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGORY STUMBO<br>THE CAPITOL, STE 118<br>700 CAPITOL AVE<br>FRANKFORT KY 40601-3449 |
| CREDITOR ID: 452073-AA<br>KENTUCKY CABINET OF HEALTH & FAMILY<br>ATTN:OFFICE OF THE SECRETARY<br>275 E MAIN STREET<br>FRANKFORT KY 40621 | CREDITOR ID: 452076-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>ATTN: DIRECTOR<br>1201 CAPITOL ACCESS ROAD<br>PO BOX 629<br>BATON ROUGE LA 70821-0629 | CREDITOR ID: 452077-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES C FOTI, JR<br>300 CAPITOL DRIVE<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 452078-AA<br>LOUISIANA DEPT OF HEALTH & HOSPITAL<br>C/O OFFICE OF GOVERNOR<br>ATTN: KATHLEEN BABINEAUX BLANCO<br>CONSTITUTENT SERVICES<br>PO BOX 94004<br>BATON ROUGE LA 70804-9004 | CREDITOR ID: 452081-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>C/O OFFICE OF GOVERNOR<br>ATTN: HALEY BARBOUR<br>PO BOX 139<br>JACKSON MS 39205 | CREDITOR ID: 452080-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: TOM HOOD<br>PO BOX 220<br>JACKSON MS 39205 |
| CREDITOR ID: 452079-AA<br>MISSISSIPPI DIVISION OF MEDICAID<br>ATTN: EXECUTIVE DIRECTOR<br>ROBERT E LEE BLDG, STE 801<br>239 N LAMAR STREET<br>JACKSON MS 39201-1399 | CREDITOR ID: 452084-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>C/O OFFICE OF GOVERNOR<br>ATTN: MICHAEL F EASLEY<br>20301 MAIL SERVICE CENTER<br>RALEIGH NC 27699-0301 | CREDITOR ID: 452083-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>C/O SATANA T DEBERRY<br>2005 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2005 |
| CREDITOR ID: 452082-AA<br>N.C. DEPT OF HEALTH & HUMAN SRVS<br>ATTN: DIVISION OF MEDICAL ASSIST<br>DIRECTORS OFFICE<br>2501 MAIL SERVICE CENTER<br>RALEIGH NC 27699-2501 | CREDITOR ID: 452087-AA<br>S.C DEPT OF HEALTH & HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: MARK SANFORD<br>PO BOX 12267<br>COLUMBIA SC 29211 | CREDITOR ID: 452086-AA<br>S.C DEPT OF HEALTH & HUMAN SERVICES<br>C/O OFFICE OF THE HONORABLE<br>ATTN: HENRY MCMASTER<br>PO BOX 11549<br>COLUMBIA SC 29211 |
| CREDITOR ID: 452085-AA<br>S.C DEPT OF HEALTH & HUMAN SERVS<br>ATTN: DIRECTOR<br>PO BOX 8206<br>COLUMBIA SC 29202-8206 | CREDITOR ID: 452092-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: GREG ABBOTT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | CREDITOR ID: 452091-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>ATTN: EXECUTIVE COMMISSIONER<br>BROWN HEATLY BLDG<br>4900 N LAMAR BLVD, 7TH FL<br>AUSTIN TX 78751-2316 |
| CREDITOR ID: 452093-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: RICK PERRY<br>PO BOX 12428<br>AUSTIN TX 78711-2428 | CREDITOR ID: 452094-AA<br>TEXAS HEALTH & HUMAN SERVICES<br>C/O TEXAS SECRETARY OF STATE<br>PO BOX 12887<br>AUSTIN TX 78711 | CREDITOR ID: 452090-AA<br>TN DEPT OF HUMAN SERVICES<br>C/O OFFICE OF GOVERNOR<br>ATTN: PHIL BREDESEN<br>TENNESSEE STATE CAPITOL<br>NASHVILLE TN 37243-0001 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452089-AA<br>TN DEPT OF HUMAN SERVICES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | CREDITOR ID: 452088-AA<br>TN DEPT OF HUMAN SERVICES<br>ATTN: DIRECTOR<br>400 DEADERICK STREET, 15TH FL<br>NASHVILLE TN 37248-0001 | CREDITOR ID: 452097-AA<br>TRICARE MANAGEMENT ACTIVITY<br>C/O U.S. ATTORNEY<br>CIVIL PROCESS CLERK<br>300 N HOGAN STREET<br>SUITE 9-150<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 452096-AA<br>TRICARE MANAGEMENT ACTIVITY<br>C/O OFFICE OF U.S. ATTORNEY<br>ATTN: ALBERTO GONZALEZ<br>U.S. DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 452095-AA<br>TRICARE MANAGEMENT ACTIVITY<br>SKYLINE 5, STE 810<br>5111 LEESBURG PIKE<br>FALLS CHURCH VA 22041-3206 | |

     Total:    35

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., <u>et al.</u>,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

**NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM
ON OR BEFORE JUNE 2, 2006, AT 5:00 P.M. EASTERN TIME**

**(APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED
POTENTIAL GOVERNMENTAL UNIT CLAIMANTS)**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia  31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana  70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama  36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina  27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1.  **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court").  Their cases are being jointly administered under Case No. 05-03817-3F1.

2.  **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors.  A creditor is anyone to whom the Debtors owe money or property.  Creditors are prohibited from taking any actions to collect money or

property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3. **SPECIAL BAR DATE.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date").  The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants (the "Subsequently Identified Claimants").  Therefore, the Debtors hereby establish **June 2, 2006 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to the Subsequently Identified Claimants who are served with this notice.  The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, but only if such claims are alleged by the Subsequently Identified Claimants.

4. **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5. **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

    A. You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

    B. Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

    C. Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

    D. You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

    E. Your claim has already been paid by the Debtors with authorization of the Court; or

    F. You hold a claim that has been allowed by an order of the Court entered on or before the Special Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6. **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.  YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If  your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7. **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on June 2, 2006**, at the following address (the "Claims Docketing Center"):

> **Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,
> 546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other

claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE. EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON JUNE 2, 2006, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, INCLUDING WITHOUT LIMITATION, ANY PENDING OR CONTINGENT MEDICARE OR MEDICAID CLAIM, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10. **THE DEBTORS' SCHEDULES AND ACCESS THERETO.** You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com. Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Stephen Brown, 212-735-5140) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11. **FURTHER INFORMATION.** If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED: May 2, 2006                                   FOR THE COURT:
                                                     **David K. Oliveria, Clerk of the Bankruptcy Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Form B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: JUNE 2, 2006 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name:_____   Case No. _____
  (See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

_____
Telephone No. of Creditor

_____
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above  ☐ additional address

Name:_____

Company/Firm:_____

Address:_____

_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

This Space Is For Court Use Only

Account or Other Number by Which Creditor Identifies Debtor:_____

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:_____
  Unpaid compensation for services performed from
  _____ to _____
     (date)            (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____   $_____   $_____   $_____
  (unsecured)              (secured)               (priority)              (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (  ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____ Title:_____<br><br>Signature:_____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, JUNE 2, 2006**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.