**ATTACHMENTS TO RESPONSE OF HAMILTON COUNTY, TENNESSEE TO
DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR
ORDER DETERMINING TAX VALUES AND TAX LIABILITIES
(FILED ON OR ABOUT APRIL 18, 2006)**


Hamilton County Assessor of Property Statement

Tangible Personal Property Schedules and Personal Property Record Cards, 2004 and 2005, seven locations

Real Property Appraisal Cards, 2004 and 2005, one location

T.C.A. §67-5-2010

F:\Library\users\CLIENTS\124898\0012\Attachmts RspObj&Mtn snb sg 5-3-06.wpd



# HAMILTON COUNTY ASSESSOR OF PROPERTY

6135 Heritage Park Drive / Chattanooga, Tennessee 37416

**BILL BENNETT**
Assessor of Property

Telephone (423) 209-7300

FAX (423) 209-7301

## MEMORANDUM

TO:         Carl Levi

FROM:       Bill Bennett /B/B/

DATE:       May 4, 2006

SUBJECT:    Winn-Dixie Stores, Inc.

Find attached Property Record Cards for tax years 2004 and 2005.

- Personal Property

Attached are Tangible Personal Property copies for tax years 2004 and 2005. The reports were filed by Winn-Dixie and reflect the values reported to Hamilton County by their tax manager including account numbers 1015082, 1015081, 1016143, 1013801, 1013802, 1013885 and 1015156.

- Real Property

Attached are the 2004 and 2005 Property Record Cards for real property located at 8634 Highway 58 in Hamilton County referenced as Map Number 94 Parcel Number 173.01, Store #1944.

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1933<br>11150 DAYTON PIKE<br>SODDY DAISY TN 37379 | 1015082 | 3SD | | 1070 | A | 2004 |

**PROPERTY ADDRESS:** 11150 DAYTON PIKE

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1933<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 048L | F | | 011 |

| CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|
| 420,685 | 126,206 |

| PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|
| 132,411 | | REGULAR |

DATE FURNISHED / RETURNED: 01/02/04  03/01/04
BY: KC   DATE: 03/04
DESK AUDIT:
FIELD AUDIT:
TYPE BUSINESS: SUPERMARKET
CONTACT PERSON: JOHN TAYLOR   PHONE 904/783-5220
BUSINESS PHONE:

**REMARKS / EXPLANATION** TAX YEAR 2004
ER# 21522 FOR 2001 PER AMENDED REPORT FROM TMA AUDIT JC
PU# 13638 FOR 2003 PER AMENDED REPORT FROM TAXPAYER JC

**GROUP 1 - Furniture, Fixtures, General Equipment and all other property not listed in another group.**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | 2933 | 2581 | .88 |
| 2002 | 4808 | 3606 | .75 |
| 2001 | 4496 | 2832 | .63 |
| 2000 | 145372 | 72686 | .50 |
| 1999 | 12845 | 4881 | .38 |
| 1998 | 4091 | 1023 | .25 |
| PRIOR | 1296697 | 259339 | .20 |
| TOTAL | 1471242 | 346948 | |

**GROUP 1A - Vehicles**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .80 |
| 2002 | | | .60 |
| 2001 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 2 - Computers, Copiers, Peripherals, and Tools**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | 8086 | 5418 | .67 |
| 2002 | 11333 | 3740 | .33 |
| PRIOR | 43668 | 8734 | .20 |
| TOTAL | 63087 | 17892 | |

**FORCED**

| YEAR | | | |
|---|---|---|---|
| | | | |

**GROUP 3 - Molds, Dies & Jigs**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .75 |
| 2002 | | | .50 |
| 2001 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 4 - Aircraft, Towers, and Boats**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .92 |
| 2002 | | | .85 |
| 2001 | | | .77 |
| 2000 | | | .69 |
| 1999 | | | .62 |
| 1998 | | | .54 |
| 1997 | | | .46 |
| 1996 | | | .38 |
| 1995 | | | .31 |
| 1994 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 7 - Scrap Property**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .02 |

**GROUP 8 - Raw Materials & Supplies**

| ORIGINAL COST | |
|---|---|
| 25550 | |

**GROUP 5 - Mfg. Machinery**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .88 |
| 2002 | | | .75 |
| 2001 | | | .63 |
| 2000 | | | .50 |
| 1999 | | | .38 |
| 1998 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 6 - Billboard, Tanks, and Pipelines (unless classified as real property)**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .94 |
| 2002 | | | .88 |
| 2001 | | | .81 |
| 2000 | | | .75 |
| 1999 | | | .69 |
| 1998 | | | .63 |
| 1997 | | | .56 |
| 1996 | | | .50 |
| 1995 | | | .44 |
| 1994 | | | .38 |
| 1993 | | | .31 |
| 1992 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 9 - Construction in Process**

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .15 |

**PART III LEASED PERSONAL PROPERTY**

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1995 | ATM | 13080 | 2616 | .20 | 2 | 1999 | IBM | 7700 | 1540 | .20 |
| 2 | 1999 | COMP EQPT | 20438 | 4088 | .20 | 2 | 1998 | COM EQPT | 1495 | 299 | .20 |
| 2 | 1997 | COM EQPT | 41343 | 8269 | .20 | 2 | 1996 | COM EQPT | 21050 | 4210 | .20 |
| 2 | 1995 | COM EQPT | 23915 | 4783 | .20 | 2 | 1993 | COM EQPT | 726 | 145 | .20 |
| 2 | 2001 | COMP EQUIP | 4082 | 816 | .20 | 2 | 2001 | COMP EQUIP | 3432 | 686 | .20 |
| 2 | 2002 | POWEREDGE | 6254 | 2064 | .33 | 2 | 2002 | DELL PV715 | 2360 | 779 | .33 |

**HISTORY TOTALS**

| PAST YEARS | R R | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | 896834 | | 7859 | | | | 17277 |
| 2001 | A | 717704 | | 8734 | | | | 15895 |
| 2002 | A | 461579 | | 8734 | | | | |
| 2003 | A | 372884 | | 8734 | | | | |
| CURRENT YEAR | A | 346948 | | 17892 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | | 25550 | | | 35808 | | |
| 2001 | A | | 25550 | | | 26118 | | |
| 2002 | A | | 25550 | | | 30984 | | |
| 2003 | A | | 25550 | | | 34201 | | |
| CURRENT YEAR | A | | 25550 | | | 30295 | | |

HAMILTON, TENNESSEE     TAX YEAR   2004   *Received 3/1/04 XC*

# TANGIBLE PERSONAL PROPERTY SCHEDULE
### FOR REPORTING
## COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

PROP TYPE   DIST   MAP NO.   GRP   CTL MAP   PARCEL   P/I   S/I   CITY   WARD

**ASSESSOR'S USE ONLY**

| | |
|---|---|
| TOTAL THIS SIDE | APPR YEAR |
| TOTAL REVERSE SIDE | CARD NUM |
| TOTAL ATTACHMENTS | NUM OF CARDS |
| TOTAL APPRAISED VALUE | PROP TYPE |
| ASSESSMENT RATIO   X .30 | WARD |
| ASSESSMENT | CITY |
| ASMNT TYPE:   PARCEL STATUS: | SSD1 |
| SCHEDULE FURNISHED __/__/__ | SSD2 |
| SCHEDULE RETURNED __/__/__ | AREA CODE |
| DESK AUDITED: BY   DATE __/__/__ | |
| FIELD AUDITED: BY   DATE __/__/__ | |
| BUSINESS CODE: | |
| UNITS TYPE:    NUMBER: | |
| APPRAISED $ PER UNIT | |

BUS. NAME

ADDRESS CITY, ST, ZIP

1015082

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

PROPERTY ADDRESS 11150 DAYTON PIKE, SODDY DAISY, TN    OWNER OF REAL ESTATE

TYPE OF BUSINESS RETAIL GROCERY    BUSINESS OWNER(S) WINN-DIXIE

BUSINESS PHONE 904-783-5220    CONTACT PERSON JOHN TAYLOR

BUSINESS LOCATED: (please check one)
   OUTSIDE CITY LIMITS ☐
   INSIDE CITY LIMITS ☒ (indicate city below)
   CITY SODDY DAISY

STATE SALES TAX NO.
IRS IDENTIFICATION NO.
BUSINESS LICENSE NO.

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.

Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.

A separate schedule should be filed for each business location.

List the total original cost to you for each group below by year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.

ALTERNATIVE REPORTING FOR SMALL ACCOUNTS - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

**GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | 2,933 | .88 |
| 2002 | 4,808 | 4,808 | .75 |
| 2001 | 4,496 | 4,496 | .63 |
| 2000 | 145,372 | 145,372 | .50 |
| 1999 | 12,845 | 12,845 | .38 |
| 1998 | 4,091 | 4,091 | .25 |
| PRIOR | 1,296,697 | 1,296,697 | .20 |
| TOTAL | 1,468,309 | 1,471,242 | |

**GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | 8,086 | .67 |
| 2002 | 11,333 | 11,333 | .33 |
| PRIOR | 43,668 | 43,668 | .20 |
| TOTAL | 55,001 | 63,087 | |

**GROUP 3 — MOLDS, DIES, AND JIGS**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

**GROUP 4 — AIRCRAFT, TOWERS, AND BOATS**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| PRIOR | | | |
| TOTAL | | | |

**GROUP 5 — MANUFACTURING MACHINERY**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| PRIOR | | | |
| TOTAL | | | |

**GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| PRIOR | | | |
| TOTAL | | | |

**GROUP 7 — SCRAP PROPERTY**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

**GROUP 8 — RAW MATERIALS AND SUPPLIES**

| | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

**GROUP 9 — VEHICLES**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

**GROUP 10 — CONSTRUCTION IN PROCESS**

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:
**HAMILTON COUNTY ASSESSOR**
**6135 HERITAGE PARK DR**
**CHATTANOOGA, TN 37416**

APPRAISAL LAST YEAR
ASSESSMENT LAST YEAR

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0025-0557
REV 1998

Run Date: 02/26/04, Acct No: 1015082, Location (PTS):1933, Property Descr:n

PART III. LEASED PERSONAL PROPERTY  REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1. REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | * YEAR MADE | ** COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* -Report year of acquisition if lessor purchased the property being used.
** -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

PART IV. OWNED ITEMS WITH NONSTANDARD VALUE  REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY DEPR | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT | | TOTAL | | | | |

NOTES:

[ ] SMALL ACCOUNTS CERTIFICATION (OPTIONAL) - By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 or less. I understand this certification is subject to penalties for perjury and I may be subject to statutory penalty and cost if this certification is proven f

I certify that the information contained herein, including any accompanying schedules or data, is true, correct, and complete, to the best of m

Date FEB 26 2004

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

SIGNED _____    TITLE _____

Run Date: 02/26/04, Acct No: 1015082, Location (PTS):1933, Property Descr:n

**HAMILTON COUNTY**
**PERSONAL PROPERTY RECORD CARD**

| DATE PRINTED | | PREV. ACTIVITY |
|---|---|---|
| 05/16/05 | 03 | 02/18/05 |

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1933<br>11150 DAYTON PIKE<br>SODDY DAISY TN 37379 | 1015082 | 3SD | | 1070 | A | 2005 |

**PROPERTY ADDRESS**
11150   DAYTON PIKE

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1933<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 048L | F | | 011 |

| | CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|---|
| | 359,592 | 107,878 |

| | PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|---|
| | 126,404 | | REGULAR |

DATE FURNISHED / RETURNED   01/03/05   BY      02/14/05   DATE

DESK AUDIT   KC   02/05

FIELD AUDIT

TYPE BUSINESS   SUPERMARKET

CONTACT PERSON   JOHN TAYLOR   PHONE 904/783-5220

BUSINESS PHONE

**REMARKS / EXPLANATION**   TAX YEAR 2005
ER# 21522 FOR 2001 PER AMENDED
REPORT FROM TMA AUDIT JC
PU# 13638 FOR 2003 PER AMENDED
REPORT FROM TAXPAYER JC

**GROUP 1** - Furniture, Fixtures, General Equipment, and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 26887 | 23661 | .88 |
| 2003 | 17489 | 13117 | .75 |
| 2002 | 4808 | 3029 | .63 |
| 2001 | 4496 | 2248 | .50 |
| 2000 | 145636 | 55342 | .38 |
| 1999 | 12845 | 3211 | .25 |
| PRIOR | 1087504 | 217501 | .20 |
| TOTAL | 1299665 | 318109 | |

**GROUP 1A** - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .80 |
| 2003 | | | .60 |
| 2002 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 2** - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 7743 | 5188 | .67 |
| 2003 | 8086 | 2668 | .33 |
| PRIOR | 17790 | 3558 | .20 |
| TOTAL | 33619 | 11414 | |

**FORCED**

| YEAR | |
|---|---|
| | |

**GROUP 3** - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .75 |
| 2003 | | | .50 |
| 2002 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 4** - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .92 |
| 2003 | | | .85 |
| 2002 | | | .77 |
| 2001 | | | .69 |
| 2000 | | | .62 |
| 1999 | | | .54 |
| 1998 | | | .46 |
| 1997 | | | .38 |
| 1996 | | | .31 |
| 1995 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 7** - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .02 |

**GROUP 8** - Raw Materials & Supplies

| ORIGINAL COST | |
|---|---|
| 25550 | |

**GROUP 5** - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .88 |
| 2003 | | | .75 |
| 2002 | | | .63 |
| 2001 | | | .50 |
| 2000 | | | .38 |
| 1999 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 6** - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .94 |
| 2003 | | | .88 |
| 2002 | | | .81 |
| 2001 | | | .75 |
| 2000 | | | .69 |
| 1999 | | | .63 |
| 1998 | | | .56 |
| 1997 | | | .50 |
| 1996 | | | .44 |
| 1995 | | | .38 |
| 1994 | | | .31 |
| 1993 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 9** - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .15 |

**PART III LEASED PERSONAL PROPERTY**

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2002 | RADIO | 528 | 333 | .63 | 2 | 2001 | COMP EQUIP | 3432 | 686 | .20 |
| 2 | 2002 | POWEREDGE | 6254 | 1251 | .20 | 2 | 2002 | DELL PV715 | 2360 | 472 | .20 |
| 2 | 2200 | IBM SAV2 | 4141 | 828 | .20 | 2 | 2001 | IBM BLACK | 216 | 43 | .20 |
| 2 | 2001 | SAV2 SVCS | 1315 | 263 | .20 | 2 | 2001 | IBM BLACK | 216 | 43 | .20 |
| 2 | 2001 | NETFINITY | 1500 | 300 | .20 | 2 | 2001 | NETFINITY | 1500 | 300 | .20 |

**HISTORY TOTALS**

| PAST YEARS | R R | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | 717704 | | 8734 | | | | 15895 |
| 2002 | A | 461579 | | 8734 | | | | |
| 2003 | A | 372884 | | 8734 | | | | |
| 2004 | A | 346948 | | 17892 | | | | |
| CURRENT YEAR | A | 318109 | | 11414 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | | 25550 | | | 26118 | | |
| 2002 | A | | 25550 | | | 30984 | | |
| 2003 | A | | 25550 | | | 34201 | | |
| 2004 | A | | 25550 | | | 30955 | | |
| CURRENT YEAR | A | | 25550 | | | 4519 | | |