2005

2005

# TANGIBLE PERSONAL PROPERTY SCHEDULE
## FOR REPORTING
### COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

| PROP TYPE | DIST | MAP NO. | GRP | CTL MAP | PARCEL | P/I | SI | CITY | WARD |
|---|---|---|---|---|---|---|---|---|---|

1015082

| ASSESSOR'S USE ONLY | | |
|---|---|---|
| TOTAL THIS SIDE | _____ | APPR YEAR |
| TOTAL REVERSE SIDE | _____ | CARD NUM |
| TOTAL ATTACHMENTS | _____ | NUM OF CARDS |
| TOTAL APPRAISED VALUE | _____ | PROP TYPE |
| ASSESSMENT RATIO | X .30 | WARD |
| ASSESSMENT | _____ | CITY |
| ASMNT TYPE: ☐ PARCEL STATUS: ☐ | | SSD1 |
| SCHEDULE FURNISHED / / | | SSD2 |
| SCHEDULE RETURNED / / | | AREA CODE |
| DESK AUDITED: BY ☐ DATE / / | | |
| FIELD AUDITED: BY ☐ DATE / / | | |
| BUSINESS CODE: | | |
| UNITS TYPE: | NUMBER: | |
| APPRAISED $ PER UNIT | | |

BUS. NAME  WINN-DIXIE RALEIGH, INC.

ADDRESS  PROPERTY TAX DEPT
CITY, ST, ZIP
5050 EDGEWOOD COURT

JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

PROPERTY ADDRESS  11150 DAYTON PIKE, SODDY DAISY, TN

OWNER OF REAL ESTATE

TYPE OF BUSINESS  RETAIL GROCERY

BUSINESS OWNER(S)  WINN-DIXIE

BUSINESS PHONE  904-783-5220

CONTACT PERSON  JOHN TAYLOR

BUSINESS LOCATED:  OUTSIDE CITY LIMITS ☐
(please check one)  INSIDE CITY LIMITS ☒  (indicate city below)
CITY  SODDY DAISY

STATE SALES TAX NO.

IRS IDENTIFICATION NO.

BUSINESS LICENSE NO.

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.

Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.

A separate schedule should be filed for each business location.

List the total original cost to you for each group below by year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.

ALTERNATIVE REPORTING FOR SMALL ACCOUNTS - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

### GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | 26,887 | .88 |
| 2003 | 2,933 | 17,489 | .75 |
| 2002 | 4,808 | 4,808 | .63 |
| 2001 | 4,496 | 4,496 | .50 |
| 2000 | 145,372 | 145,636 | .38 |
| 1999 | 12,845 | 12,845 | .25 |
| PRIOR | 1,300,788 | 1,087,504 | .20 |
| TOTAL | 1,471,242 | 1,299,665 | |

### GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | 7,743 | .67 |
| 2003 | 8,086 | 8,086 | .33 |
| PRIOR | 55,001 | 17,790 | .20 |
| TOTAL | 63,087 | 33,619 | |

### GROUP 3 — MOLDS, DIES, AND JIGS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 4 — AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 5 — MANUFACTURING MACHINERY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 7 — SCRAP PROPERTY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

### GROUP 8 — RAW MATERIALS AND SUPPLIES

| | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

### GROUP 9 — VEHICLES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 10 — CONSTRUCTION IN PROCESS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:

HAMILTON COUNTY ASSESSOR

6135 HERITAGE PARK DR

CHATTANOOGA, TN  37416

APPRAISAL LAST YEAR

ASSESSMENT LAST YEAR

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0075-6557
REV 1998

**PART III. LEASED PERSONAL PROPERTY**  REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1, REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | * YEAR MADE | ** COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* -Report year of acquisition if lessor purchased the property being used.
** -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

**PART IV. OWNED ITEMS WITH NONSTANDARD VALUE**  REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY | |
|---|---|---|---|---|---|---|---|
| | | | | | | DEPR | VALUE |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT | | TOTAL | | | | | |

NOTES:

[ ] SMALL ACCOUNT CERTIFICATION (OPTIONAL)  By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 or less. I understand this ce_____ ___ct to statutory penalty and cost if this certification is proven false.

I certify that the in_____dules of data, is true, correct, and complete, to the best of my knowledge and belief.

Date FEB 0 7 2005

SIGNED _____ John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

— TITLE _____  DATE 02/04/05

Run Date: 02/04/05, Acct No: 1015082, Location (PTS):1933, Property Descr:n/a

# HAMILTON COUNTY
## PERSONAL PROPERTY RECORD CARD

| DATE PRINTED | | PREV. ACTIVITY |
|---|---|---|
| 05/04/04 | | 05/04/04 |

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1935 9408 APISON PIKE OOLTEWAH TN 37363 | 1015081 | 2C | | 1070 | A | 2004 |

**PROPERTY ADDRESS**
9408    APISON PIKE

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1935 ATTN PROPERTY TAX DEPT 5050 EDGEWOOD COURT JACKSONVILLE FL 32254-3699 | 140 | | | 188.15 |

| CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|
| 406,279 | 121,884 |

| DATE FURNISHED / RETURNED | 01/02/04 | 03/01/04 | PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|---|---|---|
| | BY | DATE | 133,605 | | REGULAR |
| DESK AUDIT | KC | 03/04 | | | |
| FIELD AUDIT | | | | | |
| TYPE BUSINESS | SUPERMARKET | | | | |
| CONTACT PERSON | JOHN TAYLOR | PHONE 904/783-5220 | | | |
| BUSINESS PHONE | | | | | |

REMARKS/EXPLANATION TAX YEAR 2004
NO E&R FOR 2001-LESS THAN $10
DECREASE FROM TMA AUDIT JC
NO E&R FOR 03 <$10 DEC FROM
TAXPAYERS AMENDED REPORT KC

**GROUP 1** - Furniture, Fixtures, General Equipment and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | 1519 | 1337 | .88 |
| 2002 | | | .75 |
| 2001 | 9828 | 6192 | .63 |
| 2000 | 163462 | 81731 | .50 |
| 1999 | 7022 | 2668 | .38 |
| 1998 | 6944 | 1736 | .25 |
| PRIOR | 1221501 | 244300 | .20 |
| TOTAL | 1410276 | 337964 | |

**GROUP 1A** - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .80 |
| 2002 | | | .60 |
| 2001 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 2** - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .67 |
| 2002 | 8561 | 2825 | .33 |
| PRIOR | 28328 | 5666 | .20 |
| TOTAL | 36889 | 8491 | |
| FORCED | | | |
| YEAR | | | |

**GROUP 3** - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .75 |
| 2002 | | | .50 |
| 2001 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 4** - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .92 |
| 2002 | | | .85 |
| 2001 | | | .77 |
| 2000 | | | .69 |
| 1999 | | | .62 |
| 1998 | | | .54 |
| 1997 | | | .46 |
| 1996 | | | .38 |
| 1995 | | | .31 |
| 1994 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 7** - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .02 |

**GROUP 8** - Raw Materials & Supplies

| ORIGINAL COST | 25550 |
|---|---|

**GROUP 5** - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .88 |
| 2002 | | | .75 |
| 2001 | | | .63 |
| 2000 | | | .50 |
| 1999 | | | .38 |
| 1998 | | | .25 |
| PRIOR | | | .20 |

**GROUP 6** - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .94 |
| 2002 | | | .88 |
| 2001 | | | .81 |
| 2000 | | | .75 |
| 1999 | | | .69 |
| 1998 | | | .63 |
| 1997 | | | .56 |
| 1996 | | | .50 |
| 1995 | | | .44 |
| 1994 | | | .38 |
| 1993 | | | .31 |
| 1992 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 9** - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .15 |

## PART III LEASED PERSONAL PROPERTY

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1996 | ATM | 13080 | 2616 | .20 | 2 | 1999 | IBM | 7700 | 1540 | .20 |
| 2 | 1999 | COMP EQPT | 20438 | 4088 | .20 | 2 | 1998 | COM EQPT | 1927 | 385 | .20 |
| 2 | 1996 | COM EQPT | 61414 | 12283 | .20 | 2 | 1992 | COM EQPT | 393 | 79 | .20 |
| 2 | 1995 | COM EQPT | 23194 | 4639 | .20 | 2 | 1994 | COM EQPT | 5350 | 1070 | .20 |
| 2 | 1993 | COM EQPT | 5345 | 1069 | .20 | 2 | 2001 | COMP EQUIP | 15184 | 3037 | .20 |
| 2 | 2002 | GTX2-700RT | 625 | 206 | .33 | 2 | 2002 | POWEREDGE | 6254 | 2064 | .33 |
| 2 | 2002 | DELL PV715 | 2360 | 779 | .33 | 2 | 2003 | GXT2-700 | 625 | 419 | .67 |

### HISTORY TOTALS

| PAST YEARS | R R | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | 907354 | | 10870 | | | | |
| 2001 | A | 680577 | | 5666 | | | | |
| 2002 | A | 458836 | | 5666 | | | | |
| 2003 | A | 375163 | | 5666 | | | | |
| CURRENT YEAR | A | 337964 | | 8491 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | | 25550 | | | 42122 | | |
| 2001 | A | | 25550 | | | 32072 | | |
| 2002 | A | | 25550 | | | 38596 | | |
| 2003 | A | | 25550 | | | 38970 | | |
| CURRENT YEAR | A | | 25550 | | | 34274 | | |

HAMILTON, TENNESSEE TAX YEAR 2004

# TANGIBLE PERSONAL PROPERTY SCHEDULE
### FOR REPORTING
### COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

| ASSESSOR'S USE ONLY | |
|---|---|
| TOTAL THIS SIDE | APPR YEAR |
| TOTAL REVERSE SIDE | CARD NUM |
| TOTAL ATTACHMENTS | NUM OF CARDS |
| TOTAL APPRAISED VALUE | PROP TYPE |
| ASSESSMENT RATIO X .30 | WARD |
| ASSESSMENT | CITY |
| ASMNT TYPE: PARCEL STATUS: | SSD1 |
| SCHEDULE FURNISHED / / | SSD2 |
| SCHEDULE RETURNED / / | AREA CODE |
| DESK AUDITED: BY DATE / / | |
| FIELD AUDITED: BY DATE / / | |
| BUSINESS CODE: | |
| UNITS TYPE: NUMBER: | |
| APPRAISED $ PER UNIT | |

PROP TYPE   DIST   MAP NO.   GRP   CTL MAP   PARCEL   P/I   S1   CITY   WARD

1015081

BUS. NAME   WINN-DIXIE
ADDRESS CITY, ST, ZIP   PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

PROPERTY ADDRESS 9408 APISON PIKE, COLLEGEDALE, TN       OWNER OF REAL ESTATE

TYPE OF BUSINESS RETAIL GROCERY       BUSINESS OWNER(S) WINN-DIXIE

BUSINESS PHONE 904-783-5220       CONTACT PERSON JOHN TAYLOR

BUSINESS LOCATED: OUTSIDE CITY LIMITS ☐
(please check one)   INSIDE CITY LIMITS ☒ - (indicate city below)
CITY COLLEGEDALE

STATE SALES TAX NO.
IRS IDENTIFICATION NO.
BUSINESS LICENSE NO.

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.

Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.

A separate schedule should be filed for each business location.

List the total original cost to you for each group below for year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.

**ALTERNATIVE REPORTING FOR SMALL ACCOUNTS** - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

### GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | 1,519 | .88 |
| 2002 | | | .75 |
| 2001 | 9,828 | 9,828 | .63 |
| 2000 | 163,462 | 163,462 | .50 |
| 1999 | 7,022 | 7,022 | .38 |
| 1998 | 6,944 | 6,944 | .25 |
| PRIOR | 1,221,501 | 1,221,501 | .20 |
| TOTAL | 1,408,757 | 1,410,276 | |

### GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | .67 |
| 2002 | 8,561 | 8,561 | .33 |
| PRIOR | 28,328 | 28,328 | .20 |
| TOTAL | 36,889 | 36,889 | |

### GROUP 3 — MOLDS, DIES, AND JIGS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 4 — AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 5 — MANUFACTURING MACHINERY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 7 — SCRAP PROPERTY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

### GROUP 8 — RAW MATERIALS AND SUPPLIES

| | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

### GROUP 9 — VEHICLES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 10 — CONSTRUCTION IN PROCESS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:

**HAMILTON COUNTY ASSESSOR
6135 HERITAGE PARK DR
CHATTANOOGA, TN 37416**

APPRAISAL LAST YEAR
ASSESSMENT LAST YEAR

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0025-0557
REV 1998

**PART III. LEASED PERSONAL PROPERTY**  REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1. REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | * YEAR MADE | ** COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\*   -Report year of acquisition if lessor purchased the property being used.
\*\* -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

**PART IV. OWNED ITEMS WITH NONSTANDARD VALUE**  REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY DEPR | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT | TOTAL | |
|---|---|---|

NOTES:

[  ] SMALL ACCOUNTS CERTIFICATION (OPTIONAL) - By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 . . . understand this certification is subject to penalties for perjury and I may be subject to statutory penalty and cost if this certification is proven fa

I certify that the information contained herein, including any accompanying schedules or data, is true, correct, and complete, to the best of my

_Date_____  FEB 26 2004

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

SIGNED _____    TITLE _____

Run Date: 02/26/04, Acct No: 1015081, Location (PTS):1935, Property Descr:APISON CROSSING

Loc cards
1935
04

## HAMILTON COUNTY
## PERSONAL PROPERTY RECORD CARD

| DATE PRINTED | | PREV. ACTIVITY |
|---|---|---|
| 08/26/05 | | 08/26/05 |

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1935 9408 APISON PIKE OOLTEWAH TN 37363 | 1015081 | 2C | J | 10 70 | A | 2005 |

| | PROPERTY ADDRESS |
|---|---|
| | 9408    APISON PIKE |

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1935 ATTN PROPERTY TAX DEPT 5050 EDGEWOOD COURT JACKSONVILLE FL 32254-3699 | 140 | | | 188.15 |

| | CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|---|
| | 397,361 | 119,208 |

| DATE FURNISHED / RETURNED  01/03/05   02/14/05 | PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|---|
| BY    DATE | 122,082 | | REGULAR |

DESK AUDIT ___KC___    02/05
FIELD AUDIT
TYPE BUSINESS  SUPERMARKET
CONTACT PERSON  JOHN TAYLOR    PHONE 904/783-5220

REMARKS / EXPLANATION  TAX YEAR 2005
(M) NO E&R FOR 2001-LESS THAN $10
DECREASE FROM TMA AUDIT KC
NO E&R FOR 03 <$10 DEC FROM
TAXPAYERS AMENDED REPORT KC

**GROUP 1** - Furniture, Fixtures, General Equipment, and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 38934 | 34262 | .88 |
| 2003 | 1519 | 1139 | .75 |
| 2002 | | | .63 |
| 2001 | 9828 | 4914 | .50 |
| 2000 | 178007 | 67643 | .38 |
| 1999 | 7022 | 1756 | .25 |
| PRIOR | 1222352 | 244470 | .20 |
| TOTAL | 1457662 | 354184 | |

**GROUP 1A** - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .80 |
| 2003 | | | .60 |
| 2002 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 2** - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 7681 | 5146 | .67 |
| 2003 | 8086 | 2668 | .33 |
| PRIOR | 31036 | 6207 | .20 |
| TOTAL | 46803 | 14021 | |

FORCED

| YEAR | | | |
|---|---|---|---|
| | | | |

**GROUP 3** - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .75 |
| 2003 | | | .50 |
| 2002 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 4** - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .92 |
| 2003 | | | .85 |
| 2002 | | | .77 |
| 2001 | | | .69 |
| 2000 | | | .62 |
| 1999 | | | .54 |
| 1998 | | | .46 |
| 1997 | | | .38 |
| 1996 | | | .31 |
| 1995 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 7** - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .02 |

**GROUP 8** - Raw Materials & Supplies

| ORIGINAL COST | 25550 |
|---|---|

**GROUP 5** - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .88 |
| 2003 | | | .75 |
| 2002 | | | .63 |
| 2001 | | | .50 |
| 2000 | | | .38 |
| 1999 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 6** - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .94 |
| 2003 | | | .88 |
| 2002 | | | .81 |
| 2001 | | | .75 |
| 2000 | | | .69 |
| 1999 | | | .63 |
| 1998 | | | .56 |
| 1997 | | | .50 |
| 1996 | | | .44 |
| 1995 | | | .38 |
| 1994 | | | .31 |
| 1993 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

**GROUP 9** - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .15 |

## PART III LEASED PERSONAL PROPERTY

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2002 | POWEREDGE | 6254 | 1251 | .20 | 2 | 2002 | DELL PV715 | 2360 | 472 | .20 |
| 2 | 2001 | IBM BLACK | 216 | 43 | .20 | 2 | 2001 | IBM SAV2 | 4141 | 828 | .20 |
| 2 | 2001 | IBM BLACK | 216 | 43 | .20 | 2 | 2001 | NETFINITY | 1500 | 300 | .20 |
| 2 | 2001 | SAV2 SVCS | 1315 | 263 | .20 | 2 | 2002 | RADIO | 528 | 106 | .20 |
| 2 | 2001 | NETFINITY | 1500 | 300 | .20 | | | | | | |

## HISTORY TOTALS

| PAST YEARS | R R | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | 680577 | | 5666 | | | | |
| 2002 | A | 458836 | | 5666 | | | | |
| 2003 | A | 375163 | | 5666 | | | | |
| 2004 | A | 337964 | | 8491 | | | | |
| CURRENT YEAR | A | 354184 | | 14021 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | | 25550 | | | 32072 | | |
| 2002 | A | | 25550 | | | 38596 | | |
| 2003 | A | | 25550 | | | 38970 | | |
| 2004 | A | | 25550 | | | 34934 | | |
| CURRENT YEAR | A | | 25550 | | | 3606 | | |