**HAMILTON TENNESSEE**    TAX YEAR 2005

# TANGIBLE PERSONAL PROPERTY SCHEDULE
## FOR REPORTING COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

PROP TYPE | DIST | MAP NO. | GRP | CTL MAP | PARCEL | P/I | S/I | CITY | WARD

### ASSESSOR'S USE ONLY
- TOTAL THIS SIDE _____ APPR YEAR
- TOTAL REVERSE SIDE _____ CARD NUM
- TOTAL ATTACHMENTS _____ NUM OF CARDS
- TOTAL APPRAISED VALUE _____ PROP TYPE
- ASSESSMENT RATIO x .30 WARD
- ASSESSMENT _____ CITY
- ASMNT TYPE: ___ PARCEL STATUS: ___ SSD1
- SCHEDULE FURNISHED __/__/__ SSD2
- SCHEDULE RETURNED __/__/__ AREA CODE
- DESK AUDITED: BY ___ DATE __/__/__
- FIELD AUDITED: BY ___ DATE __/__/__
- BUSINESS CODE: ___
- UNITS TYPE: _____ NUMBER: ___
- APPRAISED $ PER UNIT _____

BUS. NAME: WINN-DIXIE RALEIGH, INC.  1016143
ADDRESS: PROPERTY TAX DEPT
CITY, ST, ZIP: 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

PROPERTY ADDRESS: 8644 EAST BRAINERD, CHATTANOOGA, TN
OWNER OF REAL ESTATE: _____
TYPE OF BUSINESS: RETAIL GROCERY
BUSINESS OWNER(S): WINN-DIXIE
BUSINESS PHONE: 904-783-5220
CONTACT PERSON: JOHN TAYLOR

BUSINESS LOCATED: (please check one)
- OUTSIDE CITY LIMITS ☐
- INSIDE CITY LIMITS ☒ (indicate city below)
- CITY: CHATTANOOGA

- STATE SALES TAX NO.: _____
- IRS IDENTIFICATION NO.: _____
- BUSINESS LICENSE NO.: _____

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.
Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.
A separate schedule should be filed for each business location.
List the total original cost to you for each group below by year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.
ALTERNATIVE REPORTING FOR SMALL ACCOUNTS - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

### GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | 38,153 | .88 |
| 2003 | 1,519 | 1,519 | .75 |
| 2002 | | | .63 |
| 2001 | 6,892 | 6,892 | .50 |
| 2000 | 163,339 | 150,552 | .38 |
| 1999 | 12,817 | 12,817 | .25 |
| PRIOR | 1,276,333 | 1,045,973 | .20 |
| TOTAL | 1,460,900 | 1,255,906 | |

### GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | 8,307 | .67 |
| 2003 | 8,086 | 8,086 | .33 |
| PRIOR | 54,818 | 41,064 | .20 |
| TOTAL | 62,904 | 57,457 | |

### GROUP 3 — MOLDS, DIES, AND JIGS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 4 — AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 5 — MANUFACTURING MACHINERY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 7 — SCRAP PROPERTY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

### GROUP 8 — RAW MATERIALS AND SUPPLIES

| | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

### GROUP 9 — VEHICLES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 10 — CONSTRUCTION IN PROCESS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:
HAMILTON COUNTY ASSESSOR
6135 HERITAGE PARK DR
CHATTANOOGA, TN 37416

APPRAISAL LAST YEAR
ASSESSMENT LAST YEAR

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0025-0557
REV 1998

Run Date: 02/04/05, Acct No: 1016143, Location (PTS):1936, Property Descr:HURRICANE CREEK,

PART III. LEASED PERSONAL PROPERTY  REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1. REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | *YEAR MADE | **COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\* -Report year of acquisition if lessor purchased the property being used.
\*\* -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

PART IV. OWNED ITEMS WITH NONSTANDARD VALUE  REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY DEPR | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT | | TOTAL | | | | | |

NOTES:

[ ] SMALL ACCOUNTS CERTIFICATION (OPTIONAL) - By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 or less. I understand thi_____ ubject to statutory penalty and cost if this certification is proven false.

I certify that th_____ Date FEB 07 2005  _____ data, is true, correct, and complete, to the best of my knowledge and belief.

John P. Taylor, Property Tax Manager
SIGNED —— Winn-Dixie Stores, Inc.          —— TITLE _____          DATE 02/04/05
(904) 783-5220

Run Date: 02/04/05, Acct No: 1016143, Location (PTS):1936, Property Descr:HURRICANE CREEK,

Case 3:05-bk-03817-JAF   Doc 7615-4   Filed 05/05/06   Page 3 of 6

## Business & Property Info

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1938<br>3801 TENNESSEE AVE<br>CHATT TN 37409 | 1013801 | 1 | | 1070 | A | 2004 |

| | PROPERTY ADDRESS |
|---|---|
| | 3801 TENNESSEE AVE |

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1938<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 1550 | M | | 010.01 |

| | CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|---|
| | 370,724 | 111,217 |

| | PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|---|
| DATE FURNISHED / RETURNED: 01/02/04 BY  03/01/04 DATE | 120,253 | | REGULAR |
| DESK AUDIT: KC  03/04 | REMARKS / EXPLANATION   TAX YEAR 2004 |
| FIELD AUDIT: | PU# 12873 FOR 2001 PER AMENDED |
| TYPE BUSINESS: SUPERMARKET | REPORT FROM TMA AUDIT JC |
| CONTACT PERSON: JOHN TAYLOR   PHONE 904/783-5220 | ER# 22240 FOR 2003 PER AMENDED |
| BUSINESS PHONE: | REPORT FROM TAXPAYER JC |

## GROUP 1 - Furniture, Fixtures, General Equipment and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | 2869 | 2525 | .88 |
| 2002 | 653 | 490 | .75 |
| 2001 | 4961 | 3125 | .63 |
| 2000 | 142924 | 71462 | .50 |
| 1999 | 4364 | 1658 | .38 |
| 1998 | 4060 | 1015 | .25 |
| PRIOR | 1060460 | 212092 | .20 |
| TOTAL | 1220291 | 292367 | |

## GROUP 1A - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .80 |
| 2002 | | | .60 |
| 2001 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

## GROUP 2 - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | 8086 | 5418 | .67 |
| 2002 | 8552 | 2822 | .33 |
| PRIOR | 109548 | 21910 | .20 |
| TOTAL | 126186 | 30150 | |

## FORCED

| YEAR | | | |
|---|---|---|---|
| | | | |

## GROUP 3 - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .75 |
| 2002 | | | .50 |
| 2001 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

## GROUP 4 - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .92 |
| 2002 | | | .85 |
| 2001 | | | .77 |
| 2000 | | | .69 |
| 1999 | | | .62 |
| 1998 | | | .54 |
| 1997 | | | .46 |
| 1996 | | | .38 |
| 1995 | | | .31 |
| 1994 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

## GROUP 7 - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .02 |

## GROUP 8 - Raw Materials & Supplies

| ORIGINAL COST | 25550 |
|---|---|

## GROUP 5 - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .88 |
| 2002 | | | .75 |
| 2001 | | | .63 |
| 2000 | | | .50 |
| 1999 | | | .38 |
| 1998 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

## GROUP 6 - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .94 |
| 2002 | | | .88 |
| 2001 | | | .81 |
| 2000 | | | .75 |
| 1999 | | | .69 |
| 1998 | | | .63 |
| 1997 | | | .56 |
| 1996 | | | .50 |
| 1995 | | | .44 |
| 1994 | | | .38 |
| 1993 | | | .31 |
| 1992 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

## GROUP 9 - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2003 | | | .15 |

## PART III LEASED PERSONAL PROPERTY

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1995 | ATM | 13080 | 2616 | .20 | 2 | 1999 | IBM EQPT | 7700 | 1540 | .20 |
| 2 | 1999 | COMP EQPT | 20438 | 4088 | .20 | 2 | 1998 | COMP EQPT | 1610 | 322 | .20 |
| 2 | 1996 | COMP EQPT | 8686 | 1737 | .20 | 2 | 1995 | COMP EQPT | 26187 | 5237 | .20 |
| 2 | 1994 | COMP EQPT | 626 | 125 | .20 | 2 | 1993 | COMP EQPT | 394 | 79 | .20 |
| 2 | 2001 | COMP EQUIP | 4082 | 816 | .20 | 2 | 2001 | COMP EQUIP | 7920 | 1584 | .20 |
| 2 | 2001 | COMP EQUIP | 4312 | 862 | .20 | 2 | 2001 | COMP EQUIP | 880 | 176 | .20 |
| 2 | 2001 | COMP EQUIP | 880 | 176 | .20 | 2 | 2001 | IBM E54 | 216 | 43 | .20 |
| 2 | 2002 | GTX2 | 1250 | 413 | .33 | 2 | 2002 | POWEREDGE | 6254 | 2064 | .33 |

## HISTORY TOTALS

| PAST YEARS | RR | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | 651803 | | 22526 | | | | |
| 2001 | A | 430799 | | 21910 | | | | |
| 2002 | A | 343882 | | 21910 | | | | |
| 2003 | A | 324994 | | 21910 | | | | |
| CURRENT YEAR | A | 292367 | | 30150 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2000 | A | | 25550 | | | 24876 | | |
| 2001 | A | | 25550 | | | 18230 | | |
| 2002 | A | | 25550 | | | 27854 | | |
| 2003 | A | | 25550 | | | 28388 | | |
| CURRENT YEAR | A | | 25550 | | | 22657 | | |

HAMILTON, TENNESSEE TAX YEAR 2004 *received 3/1/04 KC*

# TANGIBLE PERSONAL PROPERTY SCHEDULE
## FOR REPORTING COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

PROP TYPE | DIST | MAP NO. | GRP | CTL MAP | PARCEL | P/I | S/I | CITY | WARD

**ASSESSOR'S USE ONLY**
- TOTAL THIS SIDE _____ APPR YEAR ____
- TOTAL REVERSE SIDE _____ CARD NUM ____
- TOTAL ATTACHMENTS _____ NUM OF CARDS ____
- TOTAL APPRAISED VALUE _____ PROP TYPE ____
- ASSESSMENT RATIO _____ X .30 WARD ____
- ASSESSMENT _____ CITY ____
- ASMNT TYPE: ____ PARCEL STATUS: ____ SSD1 ____
- SCHEDULE FURNISHED __/__/__ SSD2 ____
- SCHEDULE RETURNED __/__/__ AREA CODE ____
- DESK AUDITED: BY ____ DATE __/__/__
- FIELD AUDITED: BY ____ DATE __/__/__
- BUSINESS CODE: ____
- UNITS TYPE: _____ NUMBER: ____
- APPRAISED $ PER UNIT _____

BUS. NAME: 1013801
WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

- PROPERTY ADDRESS: 3801 TENNESSEE AVE.,
- OWNER OF REAL ESTATE:
- TYPE OF BUSINESS: RETAIL GROCERY
- BUSINESS OWNER(S): WINN-DIXIE
- BUSINESS PHONE: 904-783-5220
- CONTACT PERSON: JOHN TAYLOR
- BUSINESS LOCATED: OUTSIDE CITY LIMITS ☐  INSIDE CITY LIMITS ☒ (indicate city below) CITY: CHATTANOOGA
- STATE SALES TAX NO.:
- IRS IDENTIFICATION NO.:
- BUSINESS LICENSE NO.:

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.
Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.
A separate schedule should be filed for each business location.
List the total original cost to you for each group below by year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.
ALTERNATIVE REPORTING FOR SMALL ACCOUNTS - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

### GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | 2,869 | .88 |
| 2002 | 653 | 653 | .75 |
| 2001 | 4,961 | 4,961 | .63 |
| 2000 | 142,924 | 142,924 | .50 |
| 1999 | 4,364 | 4,364 | .38 |
| 1998 | 4,060 | 4,060 | .25 |
| PRIOR | 1,060,460 | 1,060,460 | .20 |
| TOTAL | 1,217,422 | 1,220,291 | |

### GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | 8,086 | .67 |
| 2002 | 8,552 | 8,552 | .33 |
| PRIOR | 109,548 | 109,548 | .20 |
| TOTAL | 118,100 | 126,186 | |

### GROUP 3 — MOLDS, DIES, AND JIGS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 4 — AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 5 — MANUFACTURING MACHINERY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 7 — SCRAP PROPERTY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

### GROUP 8 — RAW MATERIALS AND SUPPLIES

| | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

### GROUP 9 — VEHICLES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| PRIOR | | | |
| TOTAL | | | |

### GROUP 10 — CONSTRUCTION IN PROCESS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL | | | |

APPRAISAL LAST YEAR _____
ASSESSMENT LAST YEAR _____

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:
HAMILTON COUNTY ASSESSOR
6135 HERITAGE PARK DR
CHATTANOOGA, TN 37416

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0025-9557
REV 1998

Run Date: 02/26/04, Acct No: 1013801, Location (PTS):1938, Property Descr:ST. ELMO CENTRAL

**PART III. LEASED PERSONAL PROPERTY** REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1. REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | *YEAR MADE | **COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\* -Report year of acquisition if lessor purchased the property being used.
\*\* -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

**PART IV. OWNED ITEMS WITH NONSTANDARD VALUE** REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY DEPR | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | TOTAL | | | | |

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

NOTES:

[ ] SMALL ACCOUNTS CERTIFICATION (OPTIONAL) - By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 or less. I understand this certification is subject to penalties for perjury and I may be subject to statutory penalty and cost if this certification is proven fr

I certify that the information contained herein, including any accompanying schedules or data, is true, correct, and complete, to the best of m

SIGNED _____  TITLE _____  Date FEB 26 2004

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

Run Date: 02/26/04, Acct No: 1013801, Location (PTS):1938, Property Descr:ST. ELMO CENTRAL

# HAMILTON COUNTY
## PERSONAL PROPERTY RECORD CARD

| DATE PRINTED | | | | | PREV. ACTIVITY |
|---|---|---|---|---|---|
| 08/26/05 | | | | | 08/26/05 |

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1938<br>3801 TENNESSEE AVE<br>CHATT TN 37409 | 1013801 | 1 | J | 1070 | A | 2005 |

**PROPERTY ADDRESS:** 3801 TENNESSEE AVE

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1938<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 1550 | M | | 010.01 |

| CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|
| 296,637 | 88,991 |

| PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|
| 111,415 | | REGULAR |

DATE FURNISHED / RETURNED: 01/03/05  BY: 02/14/05  DATE
DESK AUDIT: KC  02/05
FIELD AUDIT:
TYPE BUSINESS: SUPERMARKET
CONTACT PERSON: JOHN TAYLOR   PHONE: 904/783-5220
BUSINESS PHONE:

**REMARKS / EXPLANATION:** TAX YEAR 2005
PU# 12873 FOR 2001 PER AMENDED REPORT FROM TMA AUDIT JC
ER# 22240 FOR 2003 PER AMENDED REPORT FROM TAXPAYER JC

### GROUP 1 - Furniture, Fixtures, General Equipment, and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 21923 | 19292 | .88 |
| 2003 | 17359 | 13019 | .75 |
| 2002 | 653 | 411 | .63 |
| 2001 | 4961 | 2481 | .50 |
| 2000 | 109809 | 41727 | .38 |
| 1999 | 4364 | 1091 | .25 |
| PRIOR | 862115 | 172423 | .20 |
| TOTAL | 1021184 | 250444 | |

### GROUP 1A - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .80 |
| 2003 | | | .60 |
| 2002 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 2 - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 985 | 660 | .67 |
| 2003 | 8086 | 2668 | .33 |
| PRIOR | 38787 | 7757 | .20 |
| TOTAL | 47858 | 11085 | |

**FORCED**
| YEAR | |
|---|---|
| | |

### GROUP 3 - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .75 |
| 2003 | | | .50 |
| 2002 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 4 - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .92 |
| 2003 | | | .85 |
| 2002 | | | .77 |
| 2001 | | | .69 |
| 2000 | | | .62 |
| 1999 | | | .54 |
| 1998 | | | .46 |
| 1997 | | | .38 |
| 1996 | | | .31 |
| 1995 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 7 - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .02 |

### GROUP 8 - Raw Materials & Supplies

| ORIGINAL COST | 25550 |
|---|---|

### GROUP 5 - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .88 |
| 2003 | | | .75 |
| 2002 | | | .63 |
| 2001 | | | .50 |
| 2000 | | | .38 |
| 1999 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 6 - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .94 |
| 2003 | | | .88 |
| 2002 | | | .81 |
| 2001 | | | .75 |
| 2000 | | | .69 |
| 1999 | | | .63 |
| 1998 | | | .56 |
| 1997 | | | .50 |
| 1996 | | | .44 |
| 1995 | | | .38 |
| 1994 | | | .31 |
| 1993 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 9 - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .15 |

## PART III LEASED PERSONAL PROPERTY

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2001 | IBM E54 | 216 | 43 | .20 | 2 | 2002 | POWEREDGE | 6254 | 1251 | .20 |
| 2 | 2002 | DELL PV715 | 2360 | 472 | .20 | 2 | 2001 | MONTIOR | 160 | 32 | .20 |
| 2 | 2001 | POS REG | 2360 | 472 | .20 | 2 | 2001 | POS REG | 2360 | 472 | .20 |
| 2 | 2001 | MONTIOR | 160 | 32 | .20 | 2 | 2001 | MONTIOR | 160 | 32 | .20 |
| 2 | 2001 | MONITOR | 160 | 32 | .20 | 2 | 2001 | MONITOR | 160 | 32 | .20 |
| 2 | 2001 | MONITOR | 160 | 32 | .20 | 2 | 2001 | POS REG | 2360 | 472 | .20 |
| 2 | 2001 | POS REG | 2360 | 472 | .20 | 2 | 2001 | SAV2 SVCS | 1315 | 263 | .20 |
| 2 | 2001 | MONTIOR | 160 | 32 | .20 | 2 | 2001 | MONTIOR | 160 | 32 | .20 |

## HISTORY TOTALS

| PAST YEARS | R R | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | 430799 | | 21910 | | | | |
| 2002 | A | 343882 | | 21910 | | | | |
| 2003 | A | 324994 | | 21910 | | | | |
| 2004 | A | 292367 | | 30150 | | | | |
| CURRENT YEAR | A | 250444 | | 11085 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | | 25550 | | | 18230 | | |
| 2002 | A | | 25550 | | | 27854 | | |
| 2003 | A | | 25550 | | | 28388 | | |
| 2004 | A | | 25550 | | | 23317 | | |
| CURRENT YEAR | A | | 25550 | | | 9558 | | |