Case 3:05-bk-03817-JAF  Doc 7815-8  Filed 05/05/06  Page 1 of 6

# HAMILTON COUNTY
## PERSONAL PROPERTY RECORD CARD

| DATE PRINTED | | | PREV. ACTIVITY |
|---|---|---|---|
| 08/29/05 | | | 08/29/05 |

| BUSINESS NAME AND ADDRESS | ACCOUNT NO. | DIST. | STATUS | CLASS CODE | REPT REC. | APPRAISAL YEAR |
|---|---|---|---|---|---|---|
| WINN DIXIE #1944<br>8634 HWY 58<br>HARRISON TN 37341 | 1015156 | 2 | J | 1070 | A | 2005 |

| PROPERTY ADDRESS |
|---|
| 8634  HWY 58 |

| OWNERS NAME AND ADDRESS | MAP NO. | GROUP | CONT. MAP | PARCEL |
|---|---|---|---|---|
| WINN DIXIE #1944<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 094 | | | 173.01 |

| CURRENT APPRAISAL | CURRENT ASSESSMENT |
|---|---|
| 405,279 | 121,584 |

| PREVIOUS ASSESSMENT | NO. YEARS FORCED | TYPE APPRAISAL |
|---|---|---|
| 154,166 | | REGULAR |

DATE FURNISHED / RETURNED: 01/03/05 BY  02/14/05 DATE
DESK AUDIT: KC  02/05
FIELD AUDIT:
TYPE BUSINESS: SUPERMARKET
CONTACT PERSON: JOHN TAYLOR  PHONE 904/783-5220
BUSINESS PHONE: (423) 344-6907

REMARKS / EXPLANATION: 2005 TAX YEAR
ER# 21521 FOR 2001 PER AMENDED REPORT FROM TMA AUDIT JC
PU# 13639 FOR 2003 PER AMENDED REPORT FROM TAXPAYER JC

### GROUP 1 - Furniture, Fixtures, General Equipment, and all other property not listed in another group.

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 41178 | 36237 | .88 |
| 2003 | 9698 | 7274 | .75 |
| 2002 | | | .63 |
| 2001 | 21498 | 10749 | .50 |
| 2000 | 112900 | 42902 | .38 |
| 1999 | 82781 | 20695 | .25 |
| PRIOR | 1228618 | 245724 | .20 |
| TOTAL | 1496673 | 363581 | |

### GROUP 1A - Vehicles

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .80 |
| 2003 | | | .60 |
| 2002 | | | .40 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 2 - Computers, Copiers, Peripherals, and Tools

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | 8290 | 5554 | .67 |
| 2003 | 8086 | 2668 | .33 |
| PRIOR | 22130 | 4426 | .20 |
| TOTAL | 38506 | 12648 | |

### FORCED

| YEAR | | | |
|---|---|---|---|

### GROUP 3 - Molds, Dies & Jigs

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .75 |
| 2003 | | | .50 |
| 2002 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 4 - Aircraft, Towers, and Boats

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .92 |
| 2003 | | | .85 |
| 2002 | | | .77 |
| 2001 | | | .69 |
| 2000 | | | .62 |
| 1999 | | | .54 |
| 1998 | | | .46 |
| 1997 | | | .38 |
| 1996 | | | .31 |
| 1995 | | | .23 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 7 - Scrap Property

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .02 |

### GROUP 8 - Raw Materials & Supplies

| ORIGINAL COST | |
|---|---|
| | 25550 |

### GROUP 5 - Mfg. Machinery

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .88 |
| 2003 | | | .75 |
| 2002 | | | .63 |
| 2001 | | | .50 |
| 2000 | | | .38 |
| 1999 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 6 - Billboard, Tanks, and Pipelines (unless classified as real property)

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .94 |
| 2003 | | | .88 |
| 2002 | | | .81 |
| 2001 | | | .75 |
| 2000 | | | .69 |
| 1999 | | | .63 |
| 1998 | | | .56 |
| 1997 | | | .50 |
| 1996 | | | .44 |
| 1995 | | | .38 |
| 1994 | | | .31 |
| 1993 | | | .25 |
| PRIOR | | | .20 |
| TOTAL | | | |

### GROUP 9 - Construction in Process

| YEAR | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|
| 2004 | | | .15 |

## PART III LEASED PERSONAL PROPERTY

| GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. | GP | YEAR | ITEM DESCRIPTION | ORIGINAL COST | DEPR. VALUE | DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2002 | POWEREDGE | 6254 | 1251 | .20 | 2 | 2002 | DELL PV715 | 2360 | 472 | .20 |
| 2 | 2001 | IBM BLACK | 216 | 43 | .20 | 2 | 2001 | IBM SAV2 | 4141 | 828 | .20 |
| 2 | 2001 | NETFINITY | 1500 | 300 | .20 | 2 | 2001 | SAV2 SVCS | 1315 | 263 | .20 |
| 2 | 2001 | IBM BLACK | 216 | 43 | .20 | 2 | 2001 | NETFINITY | 1500 | 300 | .20 |

## HISTORY TOTALS

| PAST YEARS | RR | GROUP 1 | GROUP 1A | GROUP 2 | GROUP 3 | GROUP 4 | GROUP 5 | GROUP 6 |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | 918008 | | 5124 | | | | 30271 |
| 2002 | A | 578256 | | 12847 | | | | |
| 2003 | A | 472070 | | 8867 | | | | |
| 2004 | A | 446668 | | 7818 | | | | |
| CURRENT YEAR | A | 363581 | | 12648 | | | | |

| PAST YEARS | | GROUP 7 | GROUP 8 | GROUP 9 | | LEASED | NON-STANDARD | FORCED |
|---|---|---|---|---|---|---|---|---|
| 2001 | A | | 25550 | | | 33684 | | |
| 2002 | A | | 25550 | | | 36210 | | |
| 2003 | A | | 25550 | | | 37437 | | |
| 2004 | A | | 25550 | | | 33851 | | |
| CURRENT YEAR | A | | 25550 | | | 3500 | | |

2005  
2005  TAX YEAR

# TANGIBLE PERSONAL PROPERTY SCHEDULE
## FOR REPORTING COMMERCIAL AND INDUSTRIAL PERSONAL PROPERTY

IN ACCORDANCE WITH T.C.A. 67-5-903, THIS SCHEDULE MUST BE COMPLETED, SIGNED ON THE REVERSE SIDE, AND FILED WITH THE ASSESSOR OF PROPERTY BY MARCH 1. FAILURE TO DO SO WILL RESULT IN A FORCED ASSESSMENT, AND YOU WILL BE SUBJECT TO A PENALTY AS PROVIDED BY STATE LAW.

PROP TYPE | DIST | MAP NO. | GRP | CTL MAP | PARCEL | P/I | S/I | CITY | WARD

### ASSESSOR'S USE ONLY
- TOTAL THIS SIDE ___  APPR YEAR ___
- TOTAL REVERSE SIDE ___  CARD NUM ___
- TOTAL ATTACHMENTS ___  NUM OF CARDS ___
- TOTAL APPRAISED VALUE ___  PROP TYPE ___
- ASSESSMENT RATIO  X .30  WARD ___
- ASSESSMENT ___  CITY ___
- ASMNT TYPE: ___ PARCEL STATUS: ___  SSD1 ___
- SCHEDULE FURNISHED __/__/__  SSD2 ___
- SCHEDULE RETURNED __/__/__  AREA CODE ___
- DESK AUDITED: BY ___ DATE __/__/__
- FIELD AUDITED: BY ___ DATE __/__/__
- BUSINESS CODE: ___
- UNITS TYPE: ___  NUMBER: ___
- APPRAISED $ PER UNIT ___

BUS. NAME: 1015156  
WINN-DIXIE RALEIGH, INC.  
ADDRESS / CITY, ST, ZIP:  
PROPERTY TAX DEPT  
5050 EDGEWOOD COURT  
JACKSONVILLE, FL 32254-3699

## PART I. GENERAL DATA (MAKE CHANGES AS NEEDED)

PROPERTY ADDRESS: 8634 HWY 58, HARRISON, TN 37341  
OWNER OF REAL ESTATE: ___  
TYPE OF BUSINESS: RETAIL GROCERY  
BUSINESS OWNER(S): WINN-DIXIE  
BUSINESS PHONE: 904-783-5220  
CONTACT PERSON: JOHN TAYLOR

BUSINESS LOCATED: (please check one)  
OUTSIDE CITY LIMITS ☐  
INSIDE CITY LIMITS ☒ (indicate city below)  
CITY: HARRISON

STATE SALES TAX NO.: ___  
IRS IDENTIFICATION NO.: ___  
BUSINESS LICENSE NO.: ___

**IF YOU WERE OUT OF BUSINESS IN THIS COUNTY ON JANUARY 1, PLEASE NOTIFY THE ASSESSOR OF PROPERTY OF THE DATE OUT OF BUSINESS IN ORDER TO AVOID A FORCED ASSESSMENT.**

## PART II. OWNED PERSONAL PROPERTY

Report all personal property owned by you and used or held for use in your business or profession as of January 1, including items fully depreciated on your accounting records. Do not report inventories of merchandise held for sale or exchange or finished goods in the hands of the manufacturer.

Personal property leased or rented and used in your business must be reported in PART III of this schedule and not in this section. Property on which you wish to report a nonstandard value must be reported in PART IV of this schedule and not in this section.

A separate schedule should be filed for each business location.

List the total original cost to you for each group below by year acquired in the REVISED COST column. If COST ON FILE is printed on the schedule, you need only report new cost totals resulting from acquisition or disposition of property in the REVISED COST column.

ALTERNATIVE REPORTING FOR SMALL ACCOUNTS - If you believe the depreciated value of your property is $1,000 or less you may use the small accounts certification (reverse side) as an alternative to reporting detail costs below. With this certification, subject to audit, your assessment per this schedule will be set at $300.

### GROUP 1 — FURNITURE, FIXTURES, GENERAL EQUIPMENT, AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  | 41,178 | .88 |
| 2003 | 9,698 | 9,698 | .75 |
| 2002 |  |  | .63 |
| 2001 | 21,498 | 21,498 | .50 |
| 2000 | 159,422 | 112,900 | .38 |
| 1999 | 83,699 | 82,781 | .25 |
| PRIOR | 1,563,567 | 1,228,618 | .20 |
| TOTAL | 1,837,884 | 1,496,673 |  |

### GROUP 2 — COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES, AND TOOLS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  | 8,290 | .67 |
| 2003 |  | 8,086 | .33 |
| PRIOR | 33,547 | 22,130 | .20 |
| TOTAL | 33,547 | 38,506 |  |

### GROUP 3 — MOLDS, DIES, AND JIGS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  |  |  |
| 2003 |  |  |  |
| 2002 |  |  |  |
| PRIOR |  |  |  |
| TOTAL |  |  |  |

### GROUP 4 — AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  |  |  |
| 2003 |  |  |  |
| 2002 |  |  |  |
| 2001 |  |  |  |
| 2000 |  |  |  |
| 1999 |  |  |  |
| 1998 |  |  |  |
| 1997 |  |  |  |
| 1996 |  |  |  |
| 1995 |  |  |  |
| PRIOR |  |  |  |
| TOTAL |  |  |  |

### GROUP 5 — MANUFACTURING MACHINERY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  |  |  |
| 2003 |  |  |  |
| 2002 |  |  |  |
| 2001 |  |  |  |
| 2000 |  |  |  |
| 1999 |  |  |  |
| PRIOR |  |  |  |
| TOTAL |  |  |  |

### GROUP 6 — BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  |  |  |
| 2003 |  |  |  |
| 2002 |  |  |  |
| 2001 |  |  |  |
| 2000 |  |  |  |
| 1999 |  |  |  |
| 1998 |  |  |  |
| 1997 |  |  |  |
| 1996 |  |  |  |
| 1995 |  |  |  |
| 1994 |  |  |  |
| 1993 |  |  |  |
| PRIOR |  |  |  |
| TOTAL |  |  |  |

### GROUP 7 — SCRAP PROPERTY

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL |  |  |  |

### GROUP 8 — RAW MATERIALS AND SUPPLIES

|  | COST ON FILE | REVISED COST |
|---|---|---|
| ORIGINAL COST | 25,550 | 25,550 |

### GROUP 9 — VEHICLES

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| 2004 |  |  |  |
| 2003 |  |  |  |
| 2002 |  |  |  |
| PRIOR |  |  |  |
| TOTAL |  |  |  |

### GROUP 10 — CONSTRUCTION IN PROCESS

| YEAR | COST ON FILE | REVISED COST | DEPR |
|---|---|---|---|
| ALL |  |  |  |

RETURN THIS SCHEDULE AND ANY ACCOMPANYING DATA TO:  
HAMILTON COUNTY ASSESSOR  
6135 HERITAGE PARK DR  
CHATTANOOGA, TN 37416

APPRAISAL LAST YEAR  
ASSESSMENT LAST YEAR

**SIGN THIS SCHEDULE ON THE REVERSE SIDE**

CT-0025-9557  
REV 1998

Run Date: 02/04/05, Acct No: 1015156, Location (PTS):1944, Property Descr:GREENWOOD MARKETPLACE,

**PART III. LEASED PERSONAL PROPERTY**  REPORT ALL ITEMS LEASED OR RENTED BY YOU FOR THE CONDUCT OF YOUR BUSINESS AS OF JANUARY 1. REGARDLESS OF ANY CONTRACT BETWEEN THE LESSOR AND LESSEE AS TO WHO SHALL PAY THE TAXES, LEASED PERSONAL PROPERTY IS TO BE ASSESSED TO THE LESSEE.

| GRP | ITEM DESCRIPTION, MAKE AND MODEL NUMBER | *YEAR MADE | **COST NEW | TERM OF LEASE AND YEAR LEASE BEGAN | MONTHLY RENT | NAME OF LESSOR | ADDRESS OF LESSOR | ASSESSOR'S USE ONLY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

* -Report year of acquisition if lessor purchased the property being used.
** -Report advertised retail price if cost new is unknown.

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

**PART IV. OWNED ITEMS WITH NONSTANDARD VALUE**  REPORT PROPERTY ON WHICH YOU WISH TO REPORT A VALUE DIFFERENT FROM STANDARD DEPRECIATED COST WHERE SUCH VALUE MORE CLOSELY APPROXIMATES FAIR MARKET VALUE. THE ASSESSOR MAY REQUEST SUPPORTIVE INFORMATION BEFORE ACCEPTING SUCH VALUE.

| GRP | ITEM DESCRIPTION | YEAR MADE | ORIGINAL COST | DEPR FACTOR | VALUE AS OF JANUARY 1 | ASSESSOR'S USE ONLY DEPR | VALUE |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | TOTAL |  |  |

IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE SHEET USING THE SAME FORMAT

NOTES:

[ ] SMALL ACCOUNTS CERTIFICATION (OPTIONAL) - By checking the box at left, I certify that the total depreciated value of my property (all groups) is $1,000 or less. I understand this ... subject to statutory penalty and cost if this certification is proven false.

I certify that th... _(signature)_ Date FEB 07 2005 chedules or data, is true, correct, and complete, to the best of my knowledge and belief.

SIGNED John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.    TITLE    DATE 02/04/05
(904) 783-5220

Run Date: 02/04/05, Acct No: 1015156, Location (PTS):1944, Property Descr:GREENWOOD MARKETPLACE,

**2004**

| DIST | MAP NO | GROUP | CONT MAP | PARCEL | SPECIAL | NEIGHBORHOOD | PROPERTY ADDRESS | |
|---|---|---|---|---|---|---|---|---|
| 094 | 094 | | 173.01 | | | 12070  CARD 1 OF 1 | 9634 HWY 58 | 541.00 |

**OWNER NAME AND ADDRESS**
JILMANN COMPANY
P O BOX 419410
KANSAS CITY  MO  64141

**LEGAL DESCRIPTION**
LT 1 GREENWOOD MARKETPLACE
OUT OF 94-173 FOR 1996
B54 PG72

WD II 1944

### VALUE SUMMARY

| | APPRAISED | ASSESSED | VAL APPR | PRC | DATE PRINTED | DEED MO/YR | CALC RES | EXEMPT |
|---|---|---|---|---|---|---|---|---|
| LAND | 383,100 | 153,240 | COST | GR | 9/13/01 | 7.160 | | |
| BUILDING | 3,057,400 | 1,222,960 | | | | | | |
| TOTAL | 3,440,500 | 1,376,200 | UTILITIES | ROAD | IMP CD | | | |
| | | | EW | A | | | | |

MISCELLANEOUS: WINN-DIXIE
PLAT BOOK 54  PAGE 72  BLOCK 1  LOT  ZONING C3

### SALES SUMMARY

| DATE | CONSIDERATION | BOOK | PAGE | TYPE | STATUS |
|---|---|---|---|---|---|
| 9/10/96 | | 4744 | 0420 | B | R |
| 9/03/96 | | 4744 | 0414 | D | R |
| 9/14/95 | 410,000 | 4561 | 0472 | H | L |
| 9/14/95 | | 4561 | 0478 | H | R |

### LAND INFORMATION

| SEQ NO | CUR USE | METHOD | CODE | DESCRIPTION |
|---|---|---|---|---|
| 1 | CO | AC | R | 50000.00 |

| SEQ NO | SIZE EFF FRONT | AVG DEPTH | DEPTH FACTOR | TOPOGRAPHY CODE / ADJ | LAND CODE / ADJ | ROAD ADJ | MARKET ADJ | TOTAL COND | UNIT PRICE | ADJUSTED PRICE | QUANTITY | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1.00 | 1.00 | | 1.07 | 1.07 | | 50,000.00 | 53,500.00 | 7.16 | 383,100 |

### BUILDING INFORMATION

| SEQ NO | CARD BLDG/SECT | METHOD | CUR USE | CONSTRUCTION PURPOSE CODE / DESC | OCCUPANCY TYPE CODE / DESC | YEAR BUILT | YEAR REMODEL | EXTENT REMODEL | OBSERVED COND | EFF YEAR BUILT | EFF AGE | LIVING UNITS | RESIDENCE SHAPE | SPRINKLER % | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1/1 | MS | CO | M30 MARKET | M30 MARKET | 1996 | | | | 1996 | 5 | | | 100 | 1.60 |
| 3 | 1/2 | MS | CO | B30 LOADING WELL | B30 LOADING WELL | 1996 | | | | 1996 | 5 | | | | |
| 4 | 1/3 | MS | CO | B30 LOADING WELL | B30 LOADING WELL | 1996 | | | | 1996 | 5 | | | | |

| SEQ NO | FRAMING CODE / DESC | QUALITY CODE / DESC | EXTERIOR WALLS CODE / DESC | COST | ROOF STRUCTURE CODE / DESC | COST |
|---|---|---|---|---|---|---|
| 2 | C MASONRY | GD GOOD | 65CBP/35CBS | | 04 BAR JOISTS | |
| 3 | C MASONRY | AV AVERAGE | 64 UNFINISHED/NONE | | 28 NONE | |
| 4 | C MASONRY | AV AVERAGE | 64 UNFINISHED/NONE | | 28 NONE | |

| SEQ NO | ROOF MATERIALS CODE / DESC | COST | FLOOR STRUCTURE CODE / DESC | COST | FLOOR COVERING CODE / DESC | COST | INTERIOR WALLS CODE / DESC | COST |
|---|---|---|---|---|---|---|---|---|
| 2 | 12 BUILT-UP T & G | | 12 CONC REINFORCED | | 23NUN/77TIL | | 77DWL/17NUN/06CER | |
| 3 | 20 NONE | | 12 CONC REINFORCED | | 12 NONE | | 36 UNFINISHED/NONE | |
| 4 | 20 NONE | | 12 CONC REINFORCED | | 12 NONE | | 36 UNFINISHED/NONE | |

| SEQ NO | INTERIOR CEILING CODE / DESC | COST | BASE COST | SPRINKLER COST | ADDITIONAL COST ITEMS | INDEXES CURRENT / LOCAL / NEIGHBORHOOD | REPLACEMENT COST NEW | DEPRECIATION PHYS / FUNC / ECON | FINAL COND | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 77SAC/23UNF | | 3,032,777 | 77694 | | 1.01 / .94 / 1.00 | 2953081 | 05 | 05 | 2805400 |
| 3 | 32 UNFINISHED | | 11,813 | | | 1.03 / .94 / 1.00 | 11437 | 06 | 94 | 10300 |
| 4 | 32 UNFINISHED | | 14,963 | | | 1.03 / .94 / 1.00 | 14487 | 06 | 94 | 13600 |

### ESCALATORS / ELEVATORS

(no entries)

### ADDITIONAL COST ITEMS

(no entries)

### NOTES

SPLIT 10-5-96 GY
LEG CH 1996/JJ 10-30-95
SF=48559 L TO B RATIO 5.42 TO 1
COMB SALE 154-173.3 $4,025,000/96
SENT 110/10-17-96

### FIREPLACES

(no entries)

### MISCELLANEOUS IMPROVEMENTS

| SEQ NO | METHOD | STRUCTURE TYPE CODE / DESC | SUB-TYPE CODE / DESC | CURRENT USE | YEAR BUILT |
|---|---|---|---|---|---|
| 5 | MO | 250 ASPHALT PARKING | 2 ASPH-LTD | CO | 1996 |
| 6 | MO | 300 CONC PARKING | 1 CONC-UNLTD | CO | 1996 |

| SEQ NO | QUALITY CODE / DESC | UNIT COST | QUANTITY | QUALIFIER | VALUE | INDEXES CURRENT / LOCAL / NEIGHBORHOOD | REPLACEMENT COST NEW | DEPRECIATION | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | AV AVERAGE | 2.27 | 117,380 | | 266,453 | 1.03 / .94 / 1.00 | 257,980 | 18 | 211,500 |
| 6 | AV AVERAGE | 3.90 | 5,200 | | 20,280 | 1.03 / .94 / 1.00 | 19,635 | 18 | 16,100 |

### SKETCH SEGMENTS

| SEQ NO | CARD BLDG/SECT | DESCRIPTION | BASE COST | COMPONENT COST | HEATING ADJUSTMENT INCLUDED / CODE / COST | TOTAL COST | PRO-FACTOR | ADJUSTMENTS PERIMETER / HEIGHT / STORIES | ADJUST COST | AREA |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1/1 | FLOOR AREA | 64.72 | .00 | 7.10 CA 5.85 | 63.47 | | .838 / 1.170 / 1.000 | 62.20 | 37,780 |
| 2 | 1/1 | FLOOR AREA | 64.72 | .00 | 7.10 CA 5.85 | 63.47 | | .838 / 1.170 / 1.000 | 62.20 | 11,170 |
| 2 | 1/1 | CANOPY 10% | 5.76 | | NO | 5.76 | .10 | | 5.76 | 900 |
| 2 | 1/1 | CANOPY 10% | 5.76 | | NO | 5.76 | .10 | | 5.76 | 690 |
| 2 | 1/1 | CANOPY 10% | 5.76 | | NO | 5.76 | .10 | | 5.76 | 564 |
| 3 | 1/2 | FLOOR AREA | 8.75 | .00 | NO | 8.75 | | | 8.75 | 1,350 |
| 4 | 1/3 | FLOOR AREA | 8.75 | .00 | NO | 8.75 | | | 8.75 | 1,710 |

### RESIDENTIAL / COMMERCIAL / TOTAL

| | RESIDENTIAL APPRAISED / RATIO / ASSESSED | COMMERCIAL APPRAISED / RATIO / ASSESSED | TOTAL APPRAISED / ASSESSED |
|---|---|---|---|
| LAND | | 383,100  .400  153,240 | 383,100  153,240 |
| IMPROVEMENTS | | 3,057,400  .400  1,222,960 | 3,057,400  1,222,960 |
| TOTAL | | 3,440,500  .400  1,376,200 | 3,440,500  1,376,200 |

### REVIEW INFORMATION

| | CODE | DATE |
|---|---|---|
| BUILD | 401 | 072594 |
| LAND | 407 | 012494 |
| REVIEWED | 409 | 072594 |
| FINAL | | |
| INFORMATION | | URBX |

1 IN = 20 FT                    HILLMAN'S COMPANY

| LINE | BLD | SECT | TYPE OF AREA | STARTING LEVEL | NUMBER STORIES | HEIGHT | TYPE HEAT | NON DISPLAY | SKETCH INFORMATION & VECTOR COMMANDS |
|------|-----|------|--------------|----------------|----------------|--------|-----------|-------------|--------------------------------------|
| A | 1 | 1 | FA | 1 | 1 | 20 | CA | F | FA   37389 PW   581 |
| B | 1 | 1 | FA | 1 | 1 | 20 | CA | F | FA   11170 PW   399 |
| C | 1 | 1 | CNA | 1 | 1 |  | NO | A | AREA   900 |
| D | 1 | 1 | CNA | 1 | 1 |  | NO | A | AREA   690 |
| E | 1 | 1 | CNA | 1 | 1 |  | NO | A | AREA   564 |
| F | 1 | 2 | FA | 1 | 1 |  | NO | X | N90 E15 NL F |
| G | 1 | 3 | FA | 1 | 1 |  | NO | X | N19 E90 NL F |

1 IN = 20 FT

| DIST. | MAP NO. | GROUP | CONT. MAP | PARCEL | SPECIAL INTEREST | NEIGHBORHOOD CODE | | | | | | | PROPERTY ADDRESS | | | LAND USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 094 | | 094 | | | | | | 2005 | | | | | | | 541.00 |

| OWNER NAME AND ADDRESS | VALUE SUMMARY | | VAL. APPR. | PROP TYPE | DATE PRINTED | DEED ACRES | CAL. ACRES | EXEMPT |
|---|---|---|---|---|---|---|---|---|
| UHLMANN COMPANY | APPRAISED | ASSESSED | COST | 08 | 11/09/04 | 7.160 | | |
| P O BOX 419410 | LAND | LAND | | | | | | |
| | 607,200 | 242,880 | DIMENSIONS | | | BUSINESS NAME | | |
| KANSAS CITY    MO | BUILDING | BUILDING | | | | WINN-DIXIE | | |
|            64141 | 3,020,800 | 1,208,320 | | | | PLAT BOOK | PAGE | BLOCK | LOT | ZONING |
| | TOTAL | TOTAL | UTILITIES | ROAD | IMP. CD. | 54 | 72 | | 1 | C3 |
| LEGAL DESCRIPTION | 3,628,000 | 1,451,200 | EW | A | | | | |

LEGAL DESCRIPTION
LT 1 GREENWOOD MARKETPLACE
PB54 PG72

WD #1944

| SALES SUMMARY | | | | | | | LAND INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | CONSIDERATION | BOOK | PAGE | TYPE | STATUS | L# | SEQ. NO. | CUR. USE | METHOD | CODE | CLASS | LOC | DESCRIPTION |
| 9/10/96 | | 4744 | 0420 | B | R | 1 | 1 | CO | AC | Z | | | 80000.00 |
| 9/03/96 | | 4744 | 0414 | O | R | 2 | | | | | | | |
| 9/14/95 | 410,000 | 4561 | 0472 | W | L | 3 | | | | | | | |
| 9/14/95 | | 4561 | 0478 | W | R | 4 | | | | | | | |

### LAND INFORMATION

| LAND NO. | SEQ. NO. | SIZE EFF. FRONT | AVG. DEPTH | DEPTH FACTOR | TOPOGRAPHY CODE | ADJ. | LAND CODE | ADJ. | ROAD ADJ. | MARKET ADJ. | TOTAL COND. | UNIT PRICE | ADJUSTED PRICE | QUANTITY | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | 1.00 | | 1.00 | 1.06 | 1.06 | | 80,000.00 | 84,800.00 | 7.16 | 607,200 |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |

### BUILDING INFORMATION

| SEQ. NO. | CARD BLDG. SECT. | METHOD | CUR USE | CONSTRUCTION PURPOSE CODE / DESCRIPTION | OCCUPANCY TYPE CODE / DESCRIPTION | YEAR BUILT | YEAR REMODEL | EXTENT REMODEL | OBSERVED COND. | EFF. YEAR BUILT | EFF AGE | LIVING UNITS | RESIDENCE SHAPE | SPRINKLER % | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 1 | MS | CO | M30 SUPERMARKET | M30 SUPERMARKET | 1996 | | | | 1996 | 9 | | | 100 | 1.79 |
| 3 | 1 2 | MS | CO | B30 LOADING WELL | B30 LOADING WELL | 1996 | | | | 1996 | 9 | | | | |
| 4 | 1 3 | MS | CO | B30 LOADING WELL | B30 LOADING WELL | 1996 | | | | 1996 | 9 | | | | |

| SEQ. NO. | FRAMING CODE / DESCRIPTION | QUALITY CODE / DESCRIPTION | EXTERIOR WALLS CODE / DESCRIPTION | COST | ROOF STRUCTURE CODE / DESCRIPTION | COST |
|---|---|---|---|---|---|---|
| 2 | C MASONRY | GD GOOD | 65CBP/35CBS | | 04 BAR JOISTS | |
| 3 | C MASONRY | AV AVERAGE | 64 UNFINISHED/NONE | | 28 NONE | |
| 4 | C MASONRY | AV AVERAGE | 64 UNFINISHED/NONE | | 28 NONE | |

| SEQ. NO. | ROOF MATERIALS CODE / DESCRIPTION | COST | FLOOR STRUCTURE CODE / DESCRIPTION | COST | FLOOR COVERING CODE / DESCRIPTION | COST | INTERIOR WALLS CODE / DESCRIPTION | COST |
|---|---|---|---|---|---|---|---|---|
| 2 | 12 BUILT-UP T & G | | 12 CONC REINFORCED | | 23NUN/77TIL | | 77DWL/17NUN/06CER | |
| 3 | 20 NONE | | 12 CONC REINFORCED | | 12 NONE | | 36 UNFINISHED/NONE | |
| 4 | 20 NONE | | 12 CONC REINFORCED | | 12 NONE | | 36 UNFINISHED/NONE | |

| SEQ. NO. | INTERIOR CEILING CODE / DESCRIPTION | COST | BASE COST | SPRINKLER COST | ADDITIONAL COST ITEMS | INDEXES CURRENT / LOCAL / NEIGHBORHOOD | REPLACEMENT COST NEW | DEPRECIATION PHYSICAL / FUNCTIONAL / ECONOMIC | FINAL COND. | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 77SAC/23UNF | | 3,306,270 | 86921 | | 1.02 .90 1.00 | 3114950 | 10 | 90 | 2803500 |
| 3 | 32 UNFINISHED | | 13,095 | | | 1.04 .90 1.00 | 12257 | 13 | 87 | 10700 |
| 4 | 32 UNFINISHED | | 16,587 | | | 1.04 .90 1.00 | 15525 | 13 | 87 | 13500 |

### ESCALATORS / ELEVATORS

| SEQ. NO. | CARD BLDG. SECT. | QUANTITY | WIDTH | RISE | BALLUSTRADE | VALUE | SEQ. NO. | CARD BLDG. SECT. | QUANTITY | USAGE | TYPE CONTROL | DOORS REAR / TYPE | NUMBER STOPS / BYPASS | SPEED | CAPACITY | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### ADDITIONAL COST ITEMS

| SEQ. NO. | CARD BLDG. SECT. | CODE | QUANTITY | QUALIFIER | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

### NOTES

SF=48,559 L/B 6.42:1
COMB SALE 154-173.3 $4,025,000/96

### FIREPLACES

| SEQ. NO. | CARD BLDG. SECT. | QTY. | TYPE | QUALITY | NUMBER STORIES | NUMBER OPENING | EXTEND BASEMENT | VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### MISCELLANEOUS IMPROVEMENTS

| SEQ. NO. | METHOD | STRUCTURE TYPE CODE / DESCRIPTION | SUB-TYPE CODE / DESCRIPTION | CURRENT USE | YEAR BUILT |
|---|---|---|---|---|---|
| 5 | MO | 250 ASPHALT PARKING | 2 ASPH-LTD | CO | 1996 |
| 6 | MO | 300 CONC PARKING | 1 CONC-UNLTD | CO | 1996 |

### MISCELLANEOUS IMPROVEMENTS

| SEQ. NO. | QUALITY CODE / DESCRIPTION | UNIT COST | QUANTITY | QUALIFIER | VALUE | INDEXES CURRENT / LOCAL / NEIGHBORHOOD | REPLACEMENT COST NEW | DEPRECIATION PHYSICAL / FUNCTIONAL / ECONOMIC | APPRAISED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | AV AVERAGE | 2.44 | 117,380 | | 286,407 | 1.08 .90 1.00 | 278,388 | 35 | 181,000 |
| 6 | AV AVERAGE | 3.68 | 5,200 | | 19,136 | 1.08 .90 1.00 | 18,600 | 35 | 12,100 |

### SKETCH SEGMENTS

| SEQ. NO. | CARD BLDG. SECT. | DESCRIPTION | BASE COST | COMPONENT COST | HEATING ADJUSTMENT INCLUDED / CODE / COST | TOTAL COST | PRO-FACTOR | ADJUSTMENTS PERIMETER / HEIGHT / STORIES | ADJUST COST | AREA |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 1 | FLOOR AREA | 70.64 | .00 | 8.05 CA 6.60 | 69.19 | | .838 1.170 1.000 | 67.81 | 37,389 |
| 2 | 1 1 | FLOOR AREA | 70.64 | .00 | 8.05 CA 6.60 | 69.19 | | .838 1.170 1.000 | 67.81 | 11,170 |
| 2 | 1 1 | CANOPY 10% | 6.26 | | NO | 6.26 | .10 | | 6.26 | 900 |
| 2 | 1 1 | CANOPY 10% | 6.26 | | NO | 6.26 | .10 | | 6.26 | 690 |
| 2 | 1 1 | CANOPY 10% | 6.26 | | NO | 6.26 | .10 | | 6.26 | 564 |
| 3 | 1 2 | FLOOR AREA | 9.70 | .00 | NO | 9.70 | | | 9.70 | 1,350 |
| 4 | 1 3 | FLOOR AREA | 9.70 | .00 | NO | 9.70 | | | 9.70 | 1,710 |

### RESIDENTIAL / COMMERCIAL / TOTAL / REVIEW INFORMATION

| | RESIDENTIAL APPRAISED VALUE | RATIO | ASSESSED VALUE | COMMERCIAL APPRAISED VALUE | RATIO | ASSESSED VALUE | TOTAL APPRAISED VALUE | ASSESSED VALUE | REVIEW INFORMATION | CODE | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAND | | | | 607,200 | .400 | 242,880 | 607,200 | 242,880 | BUILD | 401 0 | 72596 |
| | | | | | | | | | LAND | 407 0 | 12496 |
| | | | | | | | | | REVIEWED | 409 0 | 72596 |
| IMPROVEMENTS | | | | 3,020,800 | .400 | 1,208,320 | 3,020,800 | 1,208,320 | FINAL | 409 1 | 10804 |
| TOTAL | | | | 3,628,000 | .400 | 1,451,200 | 3,628,000 | 1,451,200 | INFORMATION BY | OWNER | |

BLD  3,057,400    LND  383,100    APR  3,440,500    ASM  1,376,200

12/6/04