UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Debtors' Objection to Claims Filed by State of Louisiana Department of Revenue (Claim Nos. 456 and 457) and Related Claim Filed by Pugh, Pugh & Pugh, L.L.P. (Claim No. 7765) (Docket No. 7391) and Notice of Hearing Thereon (Docket No. 7392) was furnished by mail and/or electronically on April 24, 2006 to those parties on the attached Exhibit A.

Dated: May 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post (FBN 175460) |
|     Rosalie Gray |     Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00530944

## EXHIBIT A

State of Louisiana Rev. Dept.
Attn:  Brenda Wilson/Martha Posada
617 N Third Street
PO Box 66658
Baton Rouge, LA 70896-6658

Pugh, Pugh & Pugh, LLP
Attn:  Robert G. Pugh, Partner
333 Texas Street, Suite 2100
Shreveport, LA 71101

Akerman Senterfitt
Attn:  John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone:  904-798-3700
Fax:  904-398-3730
john.macdonald@akerman.com

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ElenaL.Escamilla@usdoj.gov

Rogers Towers PA
Attn: Betsy Cox
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32207
Phone: 904-398-3911
bcox@rtlaw.com

Milbank, Tweed, Hadley & McCloy
Attn: Dennis Dunne, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com;
mbarr@milbank.com

00530944