



**Mecklenburg County Virginia 2006 REASSESSMENT**

TCLK147A06-((A))--021   22414 . 1
1013 VIRGINIA AVE
PT COTTAGE TR.

RD: 58    Zoning: R-1 R-2 R-3    Deed: 585-242    Topo: ROLLING    TracSz: 7.34
CLSC: 04    Will:    Utils: ALL PUB    LMAT:
    Plat: NPB10/26    Strt: STATE PAVED    TRAC:

MHS: 99: NEW CONST. PRO-RATED @ 75%
1/1/99-NBB
*** SEE SKETCH FILE ***

**Land**

| Seq | Description | Mth | Cls | Grd | Size | Depth | BaseRt | AdjRate | Use Value | Mkt Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMM/INDUSTR | A | 40 | 1 | 7.34 | | 50000 | 50000 | | 367000 |

**Building**

Attic/Basement    Area    Value    Built Ins    Num    Value    Chm    Num    Value    Plmbg    Num
                                                                                    3FXBTH  2    4500

**Openings:**
TotAmm Before Dep:    4500    AfterDep: 4185

| PC | Section | Description | Class | Grd | ExtFin | Heat/AC | Area | StyHgt | WHT | RepCstNew | EffYr | F/E | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 1 | GROCERY MARKE | 35 | B | CIND BLK | 8AC CEN/HT | 46147 | 1.00 | 25.00 | 2220132 | 1998 | 3 | 2064723 |
| 100 | 2 | COV LDNG PLTFR | 118 | B | CIND BLK | | 1472 | 1.00 | 25.00 | 23788 | 1998 | | 22122 |
| 100 | 3 | OPEN MAS PORCI | 108 | B | | | 972 | 1.00 | 1.00 | 18322 | 1998 | | 17040 |
| 100 | 4 | OPEN MAS PORCI | 106 | B | | | 203 | 1.00 | 1.00 | 3827 | 1998 | | 3559 |
| 100 | 5 | OPEN MAS PORCI | 106 | B | | | 441 | 1.00 | 1.00 | 8313 | 1998 | | 7731 |
| 100 | 6 | OPEN MAS PORCI | 106 | B | | | 564 | 1.00 | 1.00 | 10631 | 1998 | | 9887 |
| 100 | 7 | OPEN MAS PORCI | 106 | B | | | 216 | 1.00 | 1.00 | 4072 | 1998 | | 3787 |
| 100 | 8 | SPRINKLERS | 75 | B | | | 47619 | 1.00 | 1.00 | 90476 | 1998 | | 84143 |
| 100 | 9 | COLD STG FACILI | 121 | B | ALUM/VNL | | 665 | 1.00 | 1.00 | 31062 | 1998 | | 28888 |
| 100 | 10 | COLD STG FACILI | 121 | B | ALUM/VNL | | 2165 | 1.00 | 1.00 | 101127 | 1998 | | 94048 |

**Other Features**

| Section | Description | Class | Grd | Comments | StyHt | Area | BaseRt | Cond | YrBlt | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SIGN | 32 | S | | 1.00 | 1 | 1.00 | | 1998 | 3000 |
| 2 | ASPHALT | 97 | S | PARKING | 1.00 | 1 | 1.00 | | 1998 | 20000 |

**Building Info**

Cnst: FOOD CHAIN    YrBlt 1998
DBA:    YrRmd:
Fuel: ELECTRIC    YrEff 1998
Frdt: SLAB    PhysC: 2
Roof: FLAT    FEDP:
Wall: PAINTD BLK    DEPO: 0
Flor: VINYL    SndVal:
Rfmt: TAR & GRVL    Rms:    4    BR:

**CLARKSVILLE 99-VA LLC**
%MELISSA PENA/WINN-DIXIE STORES INC/TAX DEPT
P O BOX B
JACKSONVILLE FL 32203

AcctNum
22414

List: JDW 9/26/2003    Info By: E
Review: NBB 9/07/2005
Appeal: / /    2006 Run:05/02/2006 16:43

**Values**

| | Assessed Value | Previous Value | Cost/Acre: | Hsf: | UseVal |
|---|---|---|---|---|---|
| Land: | 367,000 | 434,000 | 46,147.00 | | 0 |
| Bldg: | 2340,100 | 2388,400 | | | |
| Othr: | 23,000 | 23,000 | | | |
| Total: | 2,730,100 | 2,845,400 | | | |

Sale: 10/01/1999
NBHR:    0.00 / 0.00 / 0.00    0    Tracts: 0