**[31634]** [Order Waiving the Requirement for Local Counsel]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                              Case No. 3:05−bk−03817−JAF
                                                    Chapter 11

Winn−Dixie Stores, Inc


_____ Debtor(s) _____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Susan F. Stivers , a non−resident of Florida and counsel for Commonwealth of Kentucky, Department of Revenue , pursuant to Local Rule 2090−1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090−1 permits appearance without formal admission of a non−resident of Florida and the requirement for local counsel is waived.

Dated May 5, 2006 .

_____

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Susan F. Stivers, P.O. Box 5222, Frankfort, KY 40602

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1              Date Rcvd: May 05, 2006
Case: 05-03817              Form ID: pdfdoc        Total Served: 1
```

```
The following entities were served by first class mail on May 07, 2006.
aty          Susan F Stivers,   Kentucky Department of Revenue,    Post Office Box 5222,
             Frankfort, KY  40602-5222
```

```
The following entities were served by electronic transmission.
NONE.                                                               TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2006**                    **Signature:**  _Joseph Speetjens_