# United States Bankruptcy Court

## Middle District Of Florida

In re: **Winn-Dixie Stores, Inc.**                   Case No.: **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **1997 Properties, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent<br>LCH Opportunities, LLC<br>Attn: Joseph M. O'Connor<br>315 Park Avenue South, 20th Floor<br>New York, NY 10010<br>Phone: (212) 460-1966<br>Last Four Digits of Acct #: _____ | Name and Address where notices to transferor should be sent<br>1997 Properties, LLC<br>P.O. Box 55416<br>Jackson, MS 39296<br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>1997 Properties, LLC<br>P.O. Box 55416<br>Jackson, MS 39296<br>Phone: 601 664 7177 x 323 |

Court Claim # (if known): 5062, 5063
Claim Amount:         $99,482.00
Date Claim Filed:     07/01/05

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____         Date: 3/31/06
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                  **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **1997 Properties, LLC** (the "Assignor") unconditionally and irrevocably sell, transfer and assign to **LCH Opportunities, LLC** ("Assignee") pursuant to the Assignment of Claim between Assignor and Assignee all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, only its claim based on the Lease Termination Agreement dated November 30, 2004 related to the former Winn-Dixie Store #1341 located at 628 Highway 12 E, Starkville, Mississippi (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the amount of $99,482.00 associated with proof of claim number 5062 and 5063 ("Claim") against Winn-Dixie Stores, Inc. (collectively, the "Debtor") the debtor-in-possession in the chapter 11 case, case no. 05-03817 (the "Case"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee with a copy to Assignor.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of March, 2006.

1997 Properties, LLC
Creditor

AUTHORIZED SIGNATURE

Roger P. Frison / MANAGING MEMBER
PRINT NAME/TITLE

LCH Opportunities, LLC
Assignee

AUTHORIZED SIGNATURE

Joseph M O'Connor / Vice President
PRINT NAME/TITLE

~NEWY1:7973739.v2