[3902a] [Notice of Continued or Rescheduled Hearing]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
 Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Dortha Mohundro is rescheduled to July 17, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated May 4, 2006 .

 Clerk of Court
 300 North Hogan Street Suite 3−350
 Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors
Brian D. Zinn, Attorney for Movant

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1                Date Rcvd: May 04, 2006
Case: 05-03817               Form ID: 3902a            Total Served: 1

The following entities were served by first class mail on May 06, 2006.
aty          Brian D Zinn,   Goldstein Buckley Cechman Rice & Purtz,   Post Office Box 2366,
             Fort Myers, FL  33902-2366
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 06, 2006**          **Signature:** _Joseph Speetjens_