UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 05-03817-3F1 |
| ) | CHAPTER 11 |
| ) | Jointly Administered |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

NOTICE OF WITHDRAWAL
OF OBJECTION TO SALE RELATING TO STORE 851

Notice is hereby given that Simon Property Group, L.P. (the "Store 851 Landlord"), withdraws, to the extent set forth herein, its objection to sale filed on or about July 14, 2005 (the "Objection"). The Store 851 Landlord withdraws its objections to the sale of the leasehold interest set forth in the Objection; provided, however, that the Store 851 Landlord (a) does not withdraw its objections to the sale arising under 11 U.S.C. § 365(b)(1)(A) as set forth in the Objection except to the extent that the Debtors paid the Store 851 Landlord the specific cure amount set forth in its Objection and $42,218.36 representing the 2004 year end adjustments, and (b) hereby reserves its right with regard to its objections set forth in Paragraph 4 of the Objection.

/s/ Alan M. Weiss
HOLLAND & KNIGHT, LLP
Alan M. Weiss
Florida State Bar No. 340219
50 North Laura Street
Suite 3900
Jacksonville, FL, 32202
Phone: (904) 353-2000
Fax: (904) 358-1872

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made on May 8, 2006, via ECF Noticing and first class mail upon the parties listed below.

/s/ Alan M. Weiss
Alan M. Weiss

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Eric M. Davis
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
Attorneys for OCUC
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq.
Akerman Senterfitt
Attorneys for OCUC
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
U.S. Trustee
135 W. Central Boulevard, Room 620
Orlando, FL 32801

# 3763476_v1