# United States Bankruptcy Court

## Middle District Of Florida

In re: **Winn-Dixie Stores, Inc.**              Case No.: **05-03817**

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **Marion's Hope, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| LCH Opportunities, LLC | |
| Attn: Joseph M. O'Connor | |
| 315 Park Avenue South, 20th Floor | |
| New York, NY 10010 | |
| Phone: (212) 460-1966 | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | Marion's Hope, LLC |
| | 150 Spear Street, Suite 1800 |
| | San Francisco Ca 94105 |
| | Phone: 415-868-2975 |

Court Claim # (if known): 12108
Claim Amount:        $118,640.04
Date Claim Filed:    10/20/05

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ganna Liberchuk_____        Date: 5/05/06
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---~DEADLINE TO OBJECT TO TRANSFER~---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                  **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Marion's Hope, LLC** (the "Assignor") hereby unconditionally and irrevocably sell, transfer and assign to **LCH Opportunities, LLC** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), including any claims against any party and any guaranty obligations arising in connection with the underlying claim, in the aggregate outstanding principal amount of not less than $118,640.04 (the "Claim Amount") against Winn-Dixie Raleigh, Inc., and guaranteed by Winn-Dixie Stores, Inc. (together, the "Debtors") the debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19 day of April, 2006.

Marion's Hope, LLC

_____
AUTHORIZED SIGNATURE

Cheryl Stone
PRINT NAME/TITLE

LCH Opportunities, LLC

_____
AUTHORIZED SIGNATURE

_____
PRINT NAME/TITLE

{00098728-1}