# United States Bankruptcy Court

## Middle District Of Florida

In re: **Winn-Dixie Stores, Inc.**                    Case No.: **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **WD Route 3 LP** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent<br>**LCH Opportunities, LLC**<br>**Attn: Joseph M. O'Connor**<br>**315 Park Avenue South, 20th Floor**<br>**New York, NY 10010**<br>**Phone: (212) 460-1966** | Court Record Address of Transferor (Court Use Only) |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**WD Route 3 LP**<br>**Ballard Spahr Andrews & Ingerloll, LLP**<br>**1735 Market St, 51st street**<br>**Philadelphia, PA 19103**<br>**Phone: 215-864-8325** |

Court Claim # (if known): 10313
Claim Amount:          $1,106,796.08
Date Claim Filed:      7/29/05

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____          Date: 3/27/06
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                          **CLERK OF THE COURT**

Evidence of Transfer

WD Route 3 Limited Partnership (Store 972) ("Assignor"), transfers and assigns unto
LCH Opportunities, LLC ("Assignee"), c/o DLA Piper Rudnick Gray Cary US LLP,
1251 Avenue of the Americas, New York, New York (Attn: Thomas Califano, Esq.)
pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: Winn-Dixie
Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and
interest in and to the WD Route 3 Limited Partnership (Store 972) claim(s) of Assignor in
the aggregate amount of $1,106,796.08 representing all claims against Debtor in the
United States Bankruptcy Court, Southern District of New York, administered as Case
No. 05-11063 (RDD).

     IN WITNESS WHEREOF, Assignor has signed below as of the ___15th___ day of
___March___, 20056

WITNESS:

_____
(Signature)

_Paul S. Elkin_____
(Print Name of Witness)

WD Route 3 Limited Partnership
By WD Route 3 LLC, General Partner

By: _____
     (Signature)

_CARL D. Silva, Member/Manager_
(Print Name and Title)

- 5 -