# United States Bankruptcy Court

## Middle District Of Florida

In re: **Winn-Dixie Stores, Inc.**  Case No.: 05-03817

Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **LCH Opportunities, LLC** | HEALTHCARE CONSULTANTS OF CTL FL DBA HEALTHCARE CONSULTANTS PHARMACY |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Address where notices to transferor should be sent |
| LCH Opportunities, LLC Attn: Joseph M. O'Connor 315 Park Avenue South, 20th Floor New York, NY 10010 Phone: (212) 460-1966 | HEALTHCARE CONSULTANTS OF CTL FL DBA HEALTHCARE CONSULTANTS PHARMACY David Landis, Esq. Mateer & Harbert, P.A. PO Box 2854, Orlando, FL 32802-2854 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor HEALTHCARE CONSULTANTS OF CTL FL DBA HEALTHCARE CONSULTANTS PHARMACY David Landis, Esq. Mateer & Harbert, P.A. PO Box 2854, Orlando, FL 32802-2854 Phone: 407-682-3211 |

Court Claim # (if known): 4242
Claim Amount:           $440,986.25
Date Claim Filed:        06/20/05

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ganna Liberchuk           Date: 4/03/06
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---~DEADLINE TO OBJECT TO TRANSFER~---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                CLERK OF THE COURT

01/26/2005  08:30   4076821314                HEALTHCARE CONSULTAN              PAGE  07/07

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Healthcare Consultants of Central Florida, Inc. d/b/a Healthcare Pharmacy Staffing** (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to LCH Opportunities, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the aggregate outstanding principal amount of not less than $440,986.25 (the "Claim Amount") against Winn-Dixie Raleigh, Inc. (together with Winn-Dixie Stores Inc. and their affiliates, the "Debtors") the debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of January, 2006.

HEALTHCARE OF CENTRAL FLORIDA, INC.              LCH OPPORTUNITIES, LLC
d/b/a HEALTHCARE PHARMACY STAFFING
BY: ROBERT S. MILLER, PRESIDENT                  AUTHORIZED SIGNATURE
Robert S. Miller President                       Joseph M O'Connor  Vice President
PRINT NAME/TITLE                                 PRINT NAME/TITLE