**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

Serafina Shishkova, being duly sworn, deposes and says:

1.   I am not a party to these proceedings, am over eighteen years of age and am employed by Piper Rudnick LLP, 1251 Avenue of the Americas, New York, New York 10020-1104.

2.    On the 1st of May, 2006, I caused to be served by first class mail, postage prepaid, true copies of (a) the Ad-Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling the Production of Documents Relating to Debtors' Note Issuance (the "Application"); and (b) the Notice of Hearing of the Application, in the above-captioned case, on the parties on the annexed Service List A.

3.    On the 2nd of May, 2006, I caused to be served by first class mail, postage prepaid, true copies of (a) the Ad-Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling the Production of Documents Relating to Debtors' Note Issuance (the "Application"); and (b) the Notice of Hearing of the Application, in the above-captioned case, on the parties on the annexed Service List B.

4.    On the 3rd of May, 2006, I caused to be served by facsimile, true copies of (a) the Ad-Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling the Production of Documents Relating to Debtors' Note Issuance (the "<u>Application</u>"); and (b) the Notice of Hearing of the Application, in the above-captioned case, on the parties on the annexed facsimile transmittal sheet.

/s/ Serafina Shishkova
Serafina Shishkova

Sworn to before me this
3rd day of  May, 2006

/s/ Vanessa Torres
Notary Public

Vanessa Torres
Notary Public, State of New York
No. 01TO6118723
Qualified in New York County
Commission Expires November 15, 2008