Service List A


SunTrust Legal Processing
Mail Code 5098
P.O. Box 4418
Atlanta, GA 30302-4418


BMO Nesbitt Burns Corp.
Attn: Michael Zeiss
3 Times Square
New York, NY 10003


Wachovia Bank, National Association
c/o Otterbourg, Steindler, Houston & Rosen, P.C.
Jonathan N. Helfat, Esq.
Daniel F. Fiorillo, Esq.
230 Park Avenue
New York, NY 10169-0075


Merrill Lynch, Pierce, Fenner & Smith Incorporated
c/o Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Attn: Alexandra Steinberg Barrage


Calyon Securities Inc.
Attn: Christian Billet
1301 Avenue of the Americas
15th Floor
New York, NY 10019


ADP Clearing & Outsourcing Services, Inc.
Legal Department
26 Broadway
13th Floor
New York, NY 10004


Wachovia Securities, LLC
Legal Department
10700 North Park Drive
Glen Allen, VA 23060


Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
New York, NY 10080
Attn: Nicholas Griffths