Service List B

Impression antibourrage et à séchage rapide
www.avery.com
Utilisez le gabarit 5162®
1-800-GO-AVERY
AVERY® 5162®

Kenneth C. Meeker Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Road, NE, Ste 1000
Atlanta, GA 30326-1232

Elena L. Escamilla Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Deutsche Bank Trust Company Americas
C/O Nixon Peabody LLP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

Smith Hulsey & Busey
Attn: Stephen D. Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat,
 Jarod M. Stern
230 Park Avenue, 29th Floor
New York, NY 10169





Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel,
  Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

Scarcella Rosen & Slome
Attn: Adam L. Rosen, Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers,
  Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse,
  Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710




Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market Street,
Rodney Square North
Wilmington, DE 19890

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201

Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Manier & Herod
Attn: J. Michael Franks, Michael Collins,
  Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

   

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
Case 3:05-bk-03817-JAF    Doc 7683-2   Filed 05/08/06    Page 5 of 30
AVERY® 5162®

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
P.O. Box 1945
Morristown, NJ 07962-1945

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.,
 Dena Copulsky Kaufman, Brian Grieco
875 Third Avenue
New York, NY 10022

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner,
 James Smith
171 W. 17th Street, NW, Suite 2100
Atlanta, GA 30363

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
P.O. Box 2997
Baton Rouge, LA., 70821-2997

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Young Williams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059






Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

BellSouth
Attn: Reginald A. Greene
675 West Peachtree Street N E , Ste 4300
Atlanta, GA 30375

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market Street, Ste 1000
Wilmington, DE 19801

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Avenue, Ste 2418
New York, NY 10118

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Avenue, Ste 1100
Milwaukee, WI 53202

Merrill Lynch, Pierce, Fenner & Smith
  Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin,
  Marc Solomon
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436






Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Held & Israel
Attn: Edwin W. Held, Kimberly Held Israel
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

Klehr, Harrison, Harvey, Branzburg &
   Ellers, LLP
Attn: Morton R. Branzburg,
   Carolyn Hochstadter Dicker, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge Street
Omaha, NE 68102

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth Street
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
P.O. Box 352
Grand Rapids, MI 49501-0352

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Broad and Cassel
Attn: C. Craig Eller
One North Clematis Street, Ste 500
West Palm Beach, FL 33401

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, OH 44122

Wheelis & Rozanski
Attn: Stephen D. Wheelis
P.O. Box 13199
Alexandria, LA 71315-3199

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo The American Hotel
125 South Augusta Street, Ste 2000
Staunton, VA 24401

    

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras Street, Ste 2300
New Orleans, LA 70112-1010

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen,
  Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Stutsman & Thames
Attn: Richard R. Thames, Bradley Markey
121 W. Forsyth Street, Ste 600
Jacksonville, FL 32202

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center 200 Mulberry Street
Newark, NJ 07102

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Avenue, 8th Fl.
New York, NY 10016

 

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy,
  Matthew Thompson
25800 Northwestern Hwy., Ste
950 Southfield, MI 48075

Mateer & Harbert PA
Attn: David Landis
225 East Robinson Street, Suite
600 P.O. Box 2854
Orlando, FL 3202-2854

Fox Rothschild LLP
Attn: Joshua T. Klein
2000 Market Street, 10th Fl.
Philadelphia, PA 19103-3291

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Avenue, Ste 4000
Dallas, TX 75202

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main Street, Ste 3100
Dallas, TX 75202-3789

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth Street, NW
Washington, DC 20036

 

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste
875 McLean, VA 22102

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle Street, Ste 1900
Chicago, IL 60601

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market Street
Wilmington, DE 19801

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government Street
Baton Rouge, LA 70802

Kaufman & Canoles
Attn: Paul Campsen
150 West Main Street
P.O. Box 3037
Norfolk, VA 23514

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th Fl.
New York, NY 10020

Reed Smith LLP
Attn: Elena Lazarou
599 Lexington Avenue, 27th Fl.
New York, NY 10022

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange Street,
P.O. Box 2207
Wilmington, DE 19899

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market Street, Ste 800
Wilmington, DE 19801

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219

Klehr, Harrison, Harvey, Branzburg &
    Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Avenue, 6th Fl.
Hackensack, NJ 07601



Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant Street, 50th Fl.
Pittsburgh, PA 15219-2502

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Avenue, Ste
2500 Miami, FL 33131

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke
511 Union Street, Ste 2700
Nashville, TN 37219

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Avenue, 11th Fl.
New York, NY 10016

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington,
   Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL 35222

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon Street, Ste 2900
Charlotte, NC 28202-4011

Fagel Haber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603





Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
Case 3:05-bk-03817-JAF   Doc 7683-2   Filed 05/08/06   Page 12 of 30
AVERY® 5162®

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Richard Blackstone II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701

Glenn M. Reisman
Two Corporate Drive, Ste 648
P.O. Box 861
Shelton, CT 06484-0861

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Avenue, Ste 1540
New York, NY 10169

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth Street, Ste 1200
Cincinnati, OH 45202

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700




**Impression antibourrage et à séchage rapide**
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Lowndes, Drosdick, Doster, Kantor
and Reed, P.A.
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809

Foster & Lindeman, PA
Attn: William Lindeman
P.O. Box 3108
Orlando, FL 32802-3108

Kass, Shuler, Solomon, Spector, Foyle &
Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend Street
Boston, MA 02114

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Avenue, Suite 100
Inverness, FL 34450

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth Street, Ste 2300
Minneapolis, MN 55402

Fredrikson& Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State Street,
P.O. Box 427
Jackson, MS 39205-0427

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Drive
Bldg 1, Ste 525
Clearwater, FL 34762

Ken Burton, Jr.,
Manatee County Tax Collector
Attn: Susan D. Profant
P.O. Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300





The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay Street, Ste 300
Knoxville, TN 37902

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Avenue, Ste 1330
West Palm Beach, FL 33401

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross,
 Heather Deans Foley
1800 Mercantile Bank & Trust Bldg.,
2 Hopkins Plaza
Baltimore, MD 21201

Perkins Coie LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Avenue, 40th Fl.
Seattle, WA 98101-3099

Pitney Hardin LLP
Attn: Richard Meth
P.O. Box 1945
Morristown, NJ 07962-1945

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
4350 Lassiter At North Hills Avenue, Suite 300
Post Office Box 17047
Raleigh, NC 27619-7047

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022

Adelman Law Offices, PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter, Edward Peterson
 Elena Ketchum
110 East Madison Street, Ste 200
Tampa, FL 33602

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Avenue, 4th Fl.
Ft. Lauderdale, FL 33316



Impression antibourrage et à séchage rapide
www.avery.com
Utilisez le gabarit 5162®
1-800-GO-AVERY
AVERY® 5162®

Pitney Hardin LLP
Attn: Richard Meth
P.O. Box 1945
Morristown, NJ 07962-1945

Ford, Bowlus, Duss, Morgan, Kenney, Safer &
 Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon Street
Charlotte, NC 28202

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Avenue, 35th Fl.
New Orleans, LA 70170-3500

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Avenue, 4th Fl.
Ft. Lauderdale, FL 33316

Weiss Serota Helfman Pastoriza Guedes
 Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324

Broward County Revenue Collection Division
 Litigation Section,
Attn: Hollie Hawn Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301





Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
P.O. Box 1368
Clearwater, FL 33757

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Drive, Ste 2540
Tampa, FL 33602

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
P.O. Box 3460
Norfolk, VA 23514-3460

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Avenue, 17th Fl.
New York, NY 10017

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary Street
P.O. Box 1320
Richmond, VA 23218-1320

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th Street, Ste 1000
Kansas City, MI 64112

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State Street
Columbus, OH 43215-4294

Clark, Partington, Hart, Larry, Bond & Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501

Bingham McCutchen LLP
Attn: Anthony Smits One State Street
Hartford, CT 06103

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
P.O. Box 1098
Gainesville, GA 30503






Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008

Haywood, Denny & Miller LLP
Attn: Robert Levin P.O. Box 51429
Durham, NC 51429

Smith, Anderson, Blount, Dorsett, Mitchell &
  Jernigan LLP
Attm: Amos U. Priester IV
P.O. Box 2611
Raleigh, NC 27602-2611

GrayRobinson PA
Attn: Donald Nohrr P.O. Box 1870
Melbourne, FL 32902

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
P.O. Box 23066
Jackson, MS 39225-3066

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr., Neal J. Kling
909 Poydras Street, 28th Fl.
New Orleans, Louisiana 70112

Stoel Rives LLP
Attn: Peter L. Slinn
600 University Street, Ste 3600
Seattle, WA 98101

Seyfarth Shaw LLP
Attn: Richard Lauter, Sara Lorber
55 East Monroe Street, Ste 4200
Chicago, IL 60601-5803

Simon Property Group
Attn: Ronald Tucker
115 West Washington Street
Indianapolis, IN 46204

St. John & Wayne, LLC
Attn: Todd Galante, Paul Evangelista
Two Penn Plaza East
Newark, NJ 07105

Pachulski, Stang, Ziehl, Young, Jones &
  Weintraub PC
Attn: Robert Feinstein
780 Third Avenue, 36th Fl.
New York, NY 10017

Shaw Gussis Fishman Glantz Wolfson &
  Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark Street, Ste 800
Chicago, IL 60610

Davis & Fields PC
Attn: Richard Davis P.O. Box 2925
Daphne, AL 36526

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High Street, 31st Fl.
Columbus, OH 43215





Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Smith Debnam Narron Wyche Saintsing &
  Myers, LLP
Attn: Byron Saintsing
P.O. Box 26268
Raleigh, NC 27611

Johnston, Harris, Gerde & Jelks, PA
Attn: Jerry Gerde
239 E. 4th Street
Panama City, FL 091787


Snell & Wilmer, LLP
Attn: Peter Rathwell One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Foley & Mansfield, PLLP
Attn: Jeffrey DeCarlo
545 Madison Avenue
New York, NY 10022


McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD

McClain, Leppert & Maney, P.C.
Attn: J. Casey Roy, Michael Leppert
711 Louisiana Street, Suite 3100
Houston, Texas 77002


Wolff, Hill, McFarlin & Herron, PA
Attn: David McFarlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL 32804

Brenner Kaprosy LLP
Attn: T. David Mitchell
50 East Washington Street
Chagrin Falls, OH 4402


LaMonica Herbst & Maniscalco, LLP
Attn: Salvatore LaMonica, David Balansky
3305 Jerusalem Ave.
Wantagh, NY 11803

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988


Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
P.O. Box 87, 300 East McBee Avenue, Ste 500
Greenvile, SC 29602-0087

Ray Quinney & Nebeker, PC
Attn: Steven Waterman P.O. Box 45385
Salt Lake City, UT 84145-0385


Haynsworth Sinkler Boyd, PA
Attn: William H. Short
P.O. Box 11889
Columbia, SC 29201

Alfred E. Smith
60 E. 42nd Street, Ste 2501
New York, NY 10017

 

Wachtel & Masyr, LLP
Attn: Steven Cohen, Greg Haber
110 East 59th Street
New York, NY 10022

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Spain & Gillon, LLC
Attn: Walter F. McArdle The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

Gronek & Latham, LLP
Attn: Scott Shuker
390 N. Orange Avenue, Ste 600
Orlando, FL 32801

Genovese Joblove & Battista, P.A.
Attn: Craig P. Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131

Rogers Towers PA
Attn: Betsy Cox, Robert T. Hyde, Jr.
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32207

Berger Singerman, P.A.
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301

Lee & Rosenberger, a Law Corporation
Attn: Gregg Rapoport
135 W. Green Street, Ste 100
Pasadena, CA 91105

Stovash,,Case & Tingley, PA
Attn: Rachel Adams
SunTrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Laurence H. Berbert
7315 Wisconsin Avenue, Suite 800
West Bethesda, Maryland 20814

Marvin S. Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 33331

Nick Law Firm, LC
Attn: Tammy N. Nick
676 East I-10 Service Road
Slidell, LA 70461

   

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Wilkins, Bankester, Biles & Wynne, PA
Attn: Marion Wynne, Brian Britt
P.O. Box 1367
Fairhope, AL 36532

Marks Gray, P.A.
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

Trenam, Kemker, Scharf, Barkin, Frye,
 O'Neill & Mullis
Attn: Lara R. Fernandez, Richard McIntyre
Post Office Box 1102
Tampa FL, 33601-1102

Mowrey & Biggins, P.A.
Attn: Ronald A. Mowrey
515 North Adams Street
Tallahassee, FL 32301-1111

Platzer, Swergold, Karlin, Levine, Goldberg
 & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326

RMC Property
c/o Dennis LeVine & Associates
P.O. Box 707
Tampa, FL 33601-0707

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut Street, Ste 1800
Cincinnati, OH 45202-3957

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
5929 College Ave.
Oakland, CA 94618

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Dreyer's Grand Ice Cream c/o Cook, Perkiss & Lew
Attn: David Cook
P.O. Box 270
San Francisco, CA 94104-0270

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Iurillo & Associates, PC
Attn: Sabrina Beavens Sterling Square
600 First Ave. North, Ste 308
St. Petersburg, FL 33701

Nelson Mullins Riley & Scarborough, LLP
Attn: George B. Cauthen
Meridian Building, 17th Fl.
1320 Main Street
Colombia, SC 29201




Impression antibourrage et à séchage rapide
www.avery.com
Utilisez le gabarit 5162®
1-800-GO-AVERY
AVERY® 5162®

Holland & Knight
Attn: Alan Weiss
15 North Laura Street, Ste 3900
Jacksonville, FL 32202

Berger Singerman, P.A.
Attn: Berger Singerman
200 South Biscayne Blvd., St1 1000
Miami, FL 33131-5308

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples 400 Meridian Street, Ste 301
Huntsville, AL 35801

Gerard Kouri, Jr.
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191

Volpe, Bajalia, Wickes, Rogerson, Galloway
 & Wachs.
Attn: John T. Rogerson
Riverplace Tower
1301 Riverplace Blvd., Suite 1700
Jacksonville, FL 32207

Karem & Karem, Attorneys at Law
Attn: John W. Harrison, Jr.
333 Guthrie Green, Ste 312
Louisville, KY 40202

Akin Gump Strauss Hauer & Feld LLP
Attn: Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Avenue, Ste 400
Marietta, GA 30060-7946

Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-0646

Reinhart Boerner Van Deuren s.c.
Attn: Joshua Blakely, Michael Jankowski
1000 North Water Street, Ste 2100
P.O. Box 2965
Milwaukee, WI 53201-2965

The Coca-Cola Company
Attn: John Lewis, Litigation Counsel
P.O. Box 1734
Atlanta, GA 30301

Phone: 414-298-1000
Kondos & Kondos Law Office
Attn: Anjel K. Avant, Esq.
1595 N. Central Expressway
Richardson, TX 75080

Regan Zebouni & Walker, P.A.
Attn: Jeffrey C. Regan
9905 St. Augustine Road, Suite 400
Jacksonville, FL 32257

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002

 

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike Street
North Andover, MA 01845

Slott, Barker & Nussbaum
Attn: Earl M. Barker
334 East Duval Street
Jacksonville, FL 32202

Shutts & Bowen LLP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801

Hangley, Aronchick, Segal & Pudlin
Attn: Ashley Chan
One Logan Square, 27th Fl
Philadelphia, PA 19103

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree Street, Ste 800
Atlanta, GA 30309-7649

Loreal Paris
Attn: Patrick Ackerman
35 Broadway Road
Cranbury, NJ 08512

Poyner & Spruill LLP
Attn: Judy Thompson
301 South College Street, Ste 2300
Charlotte, NC 28202

Lowndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
P.O. Box 2809
Orlando, FL 32802

Tabas, Freedman, Soloff & Miller PA
Attn: Joel Tabas
919 Ingraham Bldg,
25 Southeast Second Ave.
Miami, FL 33131-1538

Foley & Mansfield PLLP
Attn: Thomas Lallier, Megan Blazina
250 Marquette Ave, Ste 1200
Minneapolis, MN 55401

Saul Ewing LLP
Attn: Joyce Kuhns Lockwood Place
500 East Pratt Street
Baltimore, MD 21202

Morgan & Morgan, Attorneys at Law PC
Attn: Lee P. Morgan
P.O. Box 48359
Athens, GA 30604

Johnston, Conwell & Donovan LLC
Attn: W. Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birmingham, AL 35209

State of Georgia, Assistant Attorney General
Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, GA 30334






Impression antibourrage et à séchage rapide
www.avery.com
Utilisez le gabarit 5162® Case 3:05-bk-03817-JAF  Doc 7683-2 Filed 05/08/06  Page 23 of 30
AVERY® 5162®

Pinellas County, Florida
Diane Nelson, Tax Collector
P.O. Box 2943
Clearwater, FL 33757-2943

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210

Canova and Delahaye
Attn: L. Phillip Canova, Louis Delahaye,
   Thomas Delahaye
58156 Court Street
Plaquemine, LA 70764-2708

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman P.O. Box 2231
Tampa, FL 33601

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Two International Place
Boston, MA 02110

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
P.O. Box 10032
Toledo, OH 43699-0032

Barnes & Thornburg LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791

Anthony Salzano
Counsel for Pasco County Board of County
Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL 34654

Meland Russin Hellinger & Budwick, PA
Attn: Peter Russin
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Ste 300
Clearwater, FL 33765

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202

Law Offices of Daniel Markind
Attn: Johanna Markind
1500 Walnut Street, Ste 1100
Philadelphia, PA 19102

Broad and Cassel
Attn: Roy S. Kobert
390 North Orange Avenue, Ste 1100
Orlando, FL 32801




Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E. Davis
a/f AmSouth Bank
390 North Orange Avenue, Ste 1500
P.O. Box 1391
Orlando, FL 32802-1391

Gunster, Yoakley & Stewart, PA
Attn: Christian Petersen
500 East Broward Blvd, Ste 1400
Fort Lauderdale, FL 33394

Irby Law Firm
Attn: Albert Adams
P.O. Box 910
Eufaula, AL 36072

Neil, Gerber & Eisenberg
Attn: Thomas Wolford
2 North LaSalle Street, Ste 2200
Chicago, IL 60602

Hubbard, Smith, McIlwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher McIlwain,
  Kristofor Sodergren
P.O. Box 2427
Tuscaloosa, AL 35403

Pinkston & Pinkston, PA
Attn: David Pinkston, Gina Schlegel
P.O. Box 4608
Jacksonville, FL 32201

McGuirewoods LLP
Attn: John H. Maddock III
One James Center 901 East Cary Street
Richmond, VA 23219-4030

McKenna Long & Aldridge LLP
Attn: B. Summer Chandler, David N. Stern
303 Peachtree Street, Ste 5300
Atlanta, GA 30308

McGuirewoods LLP
Attn: Charles L. Gibbs II
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661

Lord, Bissell & Brook LLP
Attn: Folarin Dosunmu, Aaron C Smith
115 S. LaSalle Street
Chicago, IL 60603

Kizer, Hood & Morgan, LLP
Attn: Ralph Hood
2111 Quail Run Drive
Baton Rouge, LA 70808

Piper, Ludin, Howie & Werner, PA
Attn: Eric E. Ludin 5720 Central Ave.
St. Petersburg, FL 33707

Neufeld, Rennett & Bach, APC
Attn: Timothy L. Neufeld
360 E. Second Street, Suite 703,
Los Angeles, CA 90012

Akin Gump Strauss Hauer & Feld LLP
Attn: Sarah Schultz
1700 Pacific Avenue, Ste 4100
Dallas, TX 75201-4675

 

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall Street, 35th Fl.
New York, NY 10005

McElwee Law Firm, PLLC
Attn: Robert Laney
906 Main Street
North Wilkesboro, NC 28659

Hinshaw & Culbertson LLP
Attn: Kenneth G. M. Mather
100 South Ashley Drive, Ste 500
Tampa, FL 33602

Kitchens Kelley Gaynes, P.C.
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900 3495
Piedmont Road, N.E.
Atlanta, Georgia 30305

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250 950 E. Paces Ferry Rd.
Atlanta, GA 30326

Wilcox Law Firm
Attn: Robert D Wilcox
10201 Centurion Pkwy, Ste 600
Jacksonville, FL 32254

Trenam, Kemker, Scharf, Barkin, Frye,
 O'Neill & Mullis, P.A.
Attn: William Knight Zewadski
P.O. Box 1102
Tampa, Florida 33601

Tuggle Duggins & Meschan, P.A.
Attn: Paul M. Dennis, Jr.
228 West Market Street
P.O. Box 2888
Greensboro, NC 27402-2888

Harrell & Harrell, P.A.
Attn: Greg Schlax; Michael Moran
4735 Sunbeam Road
Jacksonville, Florida 32257

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P. Canas
315 Deaderick Street, Ste 1800
Nashville, TN 37238

Ward and Smith, PA
Attn: J. Michael Fields
120 West Fire Tower Rd
P.O. Box 8088
Greenville, NC 27835-8088

Foley & Lardner LLP
Attn: Gardner Davis
P.O. Box 240
Jacksonville, FL 32201-0240

Diane Nelson, Tax Collector of Pinellas County, FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court Street
Clearwater, FL 33756

Buist Moore Smythe McGee, P.A.
Attn: Charles P. Summerall, IV
P.O. Box 999
Charleston, SC 29402

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring
St. Pensacola, FL 32502

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St P.O. Box 17102
Baltimore, MD 21297

Tatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd., Ste 316
Sarasota, FL 34233

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay Street, 8th Fl
Jacksonville, FL 32202

Krieg DeVault LLP
Attn: C. Daniel Motsinger
One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079

Hodgson Russ LLP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431

Balch & Bingham LLP
Attn: Elizabeth T Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30305

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602

Sell & Melton, LLP
Attn: Ed S Sell
P.O. Box 229
Macon, GA 31202-0229

Verona Law Group, PA
Attn: Jay Verona
7235 First Ave. So.
St. Petersburg, FL 33707

Hillsborough County Attorney's Office
Attn: Brian T FitzGerald P
O Box 1110
Tampa, FL 33601-1110

Kilpatrick Stockton LLP
Attn: Paul M. Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Blackwell Sanders Peper Martin LLP
Attn: John Cruciani
4801 Main Street, Ste 1000
Kansas City, MO 64112

Henderson, Franklin, Starnes & Holt, PA
Attn: Douglas Szabo, John Noland
P.O. Box 280
Fort Myers, FL 33902-0280






Hiday & Ricke, PA
Attn: Jeffrey Becker
P.O. Box 550858
Jacksonville, FL 32255

Cameron Sanford Company, LLC
P.O. Box 31827
Raleigh, NC 27622

Squire, Sanders & Dempsey LLP
Attn: Joseph Weinstein
4900 Keuy Tower
127 Public Sq.
Cleveland, OH 44114-1304

Colodny, Fass, Talenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd., Ste 232
Ft. Lauderdale, FL 33309

Ervin, Cohen & Jessup
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212

Hill, Ward & Henderson, PA
Attn: Paige Greenlee
P.O. Box 2231
Tampa, FL 33601

Mirick, O'Connell, DeMallie & Lougee LLP
Attn: Paul W. Carey
100 Front Street
Worcester, MA 01608-1477

Ervin, Cohen & Jessup, LLP
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212

McGuirewoods LLP
Attn: Michael Schmahl
77 W. Wacker Dr., Ste 4100
Chicago, IL 60601

Blaxberg, Grayson, Kukoff & Segal, PA
Attn: Ian J Kukoff
25 Southeast Second Ave.
Miami, FL 33131

Becket and Lee LLP
Attn: Gilbert Weisman
P.O. Box 3001
Malvern, PA 19355-0701

Mickler & Mickler
Attn: Albert H. Mickler
5452 Arlington Exp.
Jacksonville, FL 32211

Baker Botts LLP
Attn: C. Luckey McDowell
2001 Ross Ave.
Dallas, TX 75201-2980

Held & Israel
Attn: Adam Frisch
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

Gray Robinson
Attn: Jason B. Burnett
50 North Laura Street, Ste 1675
Jacksonville, FL 32202

Kelley & Fulton, PA
Attn: Craig I. Kelley
1665 Palm Beach Lakes Blvd.
The Forum, Ste 1000
West Palm Beach, FL 33401

Friedline & McConnell, P.A.
Attn: Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216

Schnader Harrison Segal & Lewis LLP
Attn: William J. Maffucci
1600 Market Street Suite 3600
Philadelphia, PA 19103-7286

Powell Goldstein LLP
Attn: Wendy Hagenau, John Moore
One Atlantic Center, 14th Fl 1201 W. Peachtree Street, NW
Atlanta, GA 30309-3488

Arnstein & Lehr LLP
Attn: Ronald J Marlowe
1110 N. Florida Ave.
Tampa, FL 33602

Duane Morris LLP
Attn: Margery Reed, Wendy Simkulak
30 South 17th Street
Philadelphia, PA 19103

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K. Denniston
600 Peachtree Street. N.E.
Twenty-Fourth Floor
Atlanta, GA 30308

State of Georgia, Dept. of Community Health
Attn: Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

Stichter, Riedel, Blain & Prosser PA
Attn: Susan H. Sharp
110 Madison Street, Ste 200
Tampa, FL 33602

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

Marcus, Santoro & Kozak, PC
Attn: Kelly M Barnhart
1435 Crossways Blvd., Ste 300
Chesapeake, VA 23320

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909



Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
AVERY® 5162®

Quarles & Brady LLP
Attn: Ned R Nashban
1900 Glades Road, Ste 355
Boca Raton, FL 33431

Philip A Bates, P.A.
Philip A. Bates
25 West Cedar Street, Suite 550
Pensacola, FL 1390

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
P.O. Box 23200
Green Bay, WI 54305-3200

Mary Kay Shaver
Varnum, Riddering, Schmidt & Howlett LLP.
Bridgewater Place
P.O. Box 352
Grand Rapids, Michigan 49501-0352

The Caluda Law Firm
Attn: Robert J. Caluda
3232 Edenborn Ave.
Metairie, LA 70002

Philip D. Storey, Esq.
Alvarez, Sambol, Winthrop & Madson, P.A.
Post Office Box 3511
Orlando, FL 32802

Contrarian Capital Management, LLC
Attn: Ethan Schwartz
411 West Putnam Avenue, Ste 225
Greenwich, CT 06830

Tew Cardenas, LLP
Attn: Thomas R. Lehman, Esq.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407

Thompson & Knight
Attn: John S Brannon
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Cooney, Mattson, Lance, Blackburn, Richards & O'Connor
Attn: Ace J. Blackburn, Jr., Esq.
2312 Wilton Drive
Ft. Lauderdale, FL 33305

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Avenue, 20th Fl.
New York, NY 10022

Nina M. Lafleur, Esq.
P.O. Box 861128
St. Augustine, FL 32086

Leesfield Leighton & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33133-2314

Paul, Hastings, Janofsky & Walker LLP
Attn: James D. Wareham
875 15th Street, NW
Washington, DC 20005


AVERY® 5162®
1-800-GO-AVERY
www.avery.com
Jam and Smudge Free Printing
Use Avery® TEMPLATE 5162®

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5162®
www.avery.com
1-800-GO-AVERY
AVERY® 5162®

Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
Attn: Patricia A. Redmond, Andrew McNamee
150 West Flagler Street, Suite 2200
Miami, FL 33130


Scruggs & Carmichael, P.A.
Attn: Karen K. Specie
One S.E. First Avenue P.O. Box 23109
Gainesville, FL 32602


Kathleen L. Donovan 37D Danbury Court
Royal Palm Beach, FL 33411
Mark S. Kessler, P.A.
Attn: Mark S. Kessler
331 E. Union Street
Jacksonville, FL 32202


CadleRock, L.L.C.
Attn: Vic Buente
100 North Center Street
Newton Falls, OH 44444-1321


Spectrum Investment Partners, LP
Attn: Jeffrey Schaffer
1250 Broadway, Suite 810
New York, NY 10001


World Fitness
Attn: Cliff Block
214 Street James Ave.
Goose Creek, SC 29445

