

**DLA Piper Rudnick Gray Cary US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
**T** 212.835.6000
**F** 212.835.6001
**W** www.dlapiper.com

SERAFINA SHISHKOVA
serafina.shishkova@dlapiper.com
**T** 212.896.2927

Facsimile

**Date:** May 3, 2006

| *To:* | *Phone:* | *Fax:* |
|---|---|---|
| **Alexandra Steinberg Barrage**<br>Morrison & Foerster LLP | (202) 887-1500 | (202) 887-0763 |
| **Nicholas Griffths**<br>Merrill Lynch, Pierce, Fenner & Smith Incorporated | (212) 449-8707 | (212) 449-3247 |

Original ☐ will / ☒ will not follow.          Pages *(including fax sheet)*: 21

**Comments:**

In re: Winn-Dixie Stores, Inc., et al.
          Chapter 11; Case No. 05-03817-3F1

Enclosed is (a) the Ad-Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling the Production of Documents Relating to Debtors' Note Issuance (the "Application"); and (b) the Notice of Hearing of the Application, in the above-referenced case.

*The information contained in this facsimile message is confidential and, if addressed to our client or certain counsel, is subject to the attorney-client or work product privilege. This message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U. S. Postal Service.*

**Serving clients globally**