Form 10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

Chapter 11
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: Winn Dixie Stores INC #97 Case No. 05-03839-3F1
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

20152671
WDX-786-B2-03 ATTN: Donna Padgett
CITY OF RICHMOND
900 E BROAD STREET
RICHMOND VA 23219

Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

EXHIBIT A, p. 1 of 2

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address**

Name:

Company/Firm: 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

Address: 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

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: 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

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**

- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☑ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: ______
  Unpaid compensation for services performed from ______ (date) to ______ (date)

**2. Date debt was incurred:** 2005

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| $ (unsecured) | $ (secured) | $ 11,207.30 (priority) | $ 11,207.30 (Total) |
|---|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ______

Value of Collateral: $______

Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

**6. Unsecured Nonpriority Claim $______**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 11,207.30
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☑ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED LOGAN & COMPANY, INC. AS AGENT
2005 JUL 15 PM 2:09
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Date: 7/8/05

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:**

Print: DONNA PADGETT Title: Account Coordinator

Signature: Donna Padgett

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Detail for Proof of Claim

| .CURED CLAIMS | | | | | |
|---|---|---|---|---|---|
| ;ustomer Name/ Acct # Secured claims | Type of Debt | | Case #05-03817-3 | | |
| Vinn-Dixie Stores, Inc. et al | | Years | Tax Levy | Interest | Unsecured Penalty |
| | | | | | |
| ;rand Total Secured | | $0.00 | $0.00 | $0.00 | $0.00 |

EXHIBIT A, p.2 of 2

| PRIORITY CLAIMS | | | | | |
|---|---|---|---|---|---|
| \ccount 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 Priority | | Years | Tax Levy | Interest | Unsecured Penalty |
| | PP | 2005 | $11,207.30 | | |
| 'otal Priority | | $ 11,207.30 | $11,207.30 | $ - | $ - |

| INSECURED CLAIMS | | | | | |
|---|---|---|---|---|---|
| ccount Number nsecured | | Years | Tax Levy | Interest | Unsecured Penalty |
| | | | | | |
| otal Priority | | $ - | $ - | $ - | $ - |
| irand Total of Claim | | $11,207.30 | | | |

Page 1: Return All Three (3) Pages With Payment

MM## 06/03/2004




# 2004 City of Richmond Tax Return & Bill

## BUSINESS PERSONAL PROPERTY TAX

RICHMOND VIRGINIA

**Due Date May 3, 2004**

Account Number

560670665-000-00-05-56067066-04-04-00

WINN DIXIE STORES INC #977
TAX DEPT-ATTN JOHN TAYLOR
5050 EDGEWOOD CT B
JACKSONVILLE FL 32203-0297

Business Street Address - **You MUST Complete This Section if The Address Above Is NOT In The City Of Richmond.**

**Part 1** Corrections: Name/Address/Federal ID No

Name

Street Address

City St. Zip

Federal ID No./Social Security No.

**Part 2A** Furniture, Fixtures and/or Machinery & Tools

| Year Acquired | Actual Cost Before Trade In | Assessment Rate | Taxable Value | Reason For Correction |
|---|---|---|---|---|
| Enter 2003 Purchases Here | 591 | 70 % | 414 | |
| 2002 | | 60 % | | |
| 2002 Correction | | 60 % | | |
| 2001 | | 50 % | | |
| 2001 Correction | | 50 % | | |
| 2000 | 188,936 | 40 % | 75,574 | |
| 2000 Correction | | 40 % | | |
| 1999 | ~~1,263,241~~ | 30 % | ~~378,972~~ | |
| 1999 Correction | 1,215,471 | 30 % | 364,641 | |
| All Prior Years | | 20 % | | |
| Prior Years Correction | | 20 % | | |
| Totals | 1,404,998 | Total Taxable Value Schedule A → | 440,629 | ← Round This Amount To The Nearest $100 & Enter In Line ① Above |

**Part 3A** Tax Computation

| Description | Amount |
|---|---|
| ① **Total Taxable Value (Round to Nearest $100)** | 440,600 |
| ② Tax Rate | .03700 |
| ③ Total Tax Line 1 X Line 2 | 16,302.20 |
| ④ **Penalty, if Late** See Instructions on Reverse of Cover Letter | — |
| ⑤ **Interest, if Late** See Instructions on Reverse of Cover Letter | — |
| ⑥ Schedule A Total Tax & Penalty & Interest (Add ③, ④ & ⑤ Above) | 16,302.20 |
| ⑦ Schedule B Total Tax & Penalty & Interest (From Line 6/Schedule B) | 62.90 |
| **Total Due** ⑥+⑦ → | 16,365.10 |

Payment Due May 3, 2004

**Part 4** Leased Equipment

Did You Lease or Rent Furniture, Fixtures or Equipment From or To Others as of 1-1-04? ☐ Yes ☐ No

If Yes, See Instructions on Reverse of Cover Letter

**Part 5** I declare to the best of my knowledge that the figures submitted on this return and bill are true and correct.
**A detailed fixed asset schedule and leased equipment schedule (Page 3) must be included.**

Signa

X [signature] Date APR 1 6 2004

Daytime Phone No.

F1001C John P. Taylor, Property Tax Manager

**Willful failure to file this return is a criminal offense in violation of Section 58.1-3518 of the Code of Virginia. Any taxpayer required to file a return who neglects to do so, will be subject to a statutory assessment.**

EXHIBIT

B, p.1 of 2

Schedule B

# 2004 City of Richmond Tax Return & Bill

## PROGRAMMABLE COMPUTER EQUIPMENT




**Due Date May 3, 2004**

Account Number

56067066S-000-00-04-56067066-04-04-00

WINN DIXIE STORES INC #977
TAX DEPT-ATTN JOHN TAYLOR
5050 EDGEWOOD CT B
JACKSONVILLE FL 32203-0297

Business Street Address - **You MUST Complete This Section If The Address Above Is NOT In The City Of Richmond.**

**Part 1** Corrections: Name/Address/Federal ID No.

Name

Street Address

City St. Zip

Federal ID No./Social Security No.

**Part 2B** Programmable Computer Equipment

| Year Acquired | Actual Cost Before Trade In | Assessment Rate | Taxable Value | Reason For Correction |
|---|---|---|---|---|
| Enter 2003 Purchases Here | 2,102 | 70 % | 1,471 | |
| 2002 | | 60 % | | |
| 2002 Correction | | 60 % | | |
| 2001 | | 30 % | | |
| 2001 Correction | | 30 % | | |
| 2000 | | 15 % | | |
| 2000 Correction | | 15 % | | |
| 1999 | 2,569 | 10 % | 257 | |
| 1999 Correction | | 10 % | | |
| All Prior Years | | 5 % | | |
| Prior Years Correction | | 5 % | | |
| Totals | 4,671 | Total Taxable Value Schedule B → | 1,728 | ← Round This Amount to the Nearest $100 & Enter in Line ① Above |

**Part 3B** Tax Computation

| Description | Amount |
|---|---|
| ① **Total Taxable Value (Round to Nearest $100)** | 1,700 |
| ② Tax Rate | .03700 |
| ③ Total Tax Line 1 X Line 2 | 62.90 |
| ④ **Penalty, If Late** See Instructions on Reverse of Cover Letter | — |
| ⑤ **Interest, If Late** See Instructions on Reverse of Cover Letter | — |
| ⑥ Schedule B Total Tax & Penalty & Interest (Add ③, ④ & ⑤ Above) Enter on Page 1 ⑦ | 62.90 |

- **Programmable computer equipment** is defined as central processing units (CPUs); external storage such as direct access storage units (DASU) and magnetic tape drives; peripherals such as printers, card readers, optical character/mark readers, computer output concentrators, cathode ray tube displays, file servers and shared printer servers; personal computers and associated display devices.

- Programmable computer equipment **DOES NOT INCLUDE** telephone equipment or application software. Telephone equipment should be reported on Schedule A as Furniture, Fixtures, and Equipment. Application software is intangible and not subject to local personal property taxes.

F10010/1 (01/04)

EXHIBIT
tabbies
B, p. 2 of 2

Page 1: Return All Three (3) Pages With Payment

# 2005 City of Richmond Tax Return & Bill

**Due Date May 2, 2005**

Account Number

560670665-000-00-05-56067066-04-04-00
Winn-Dixie Stores Inc #977
Tax Dept – Attn: John Taylor
5050 Edgewood Ct.
Jacksonville, FL 32254

**Part 1** Corrections: Name/Address/Federal ID No.

Name

Street Address

City St. Zip

Federal ID No./Social Security No.

Business Street Address - **You MUST Complete This Section If This Address Is In The City Of Richmond.**

**Part 2A** Furniture, Fixtures and/or Machinery & Tools

| Year Acquired | Actual Cost Before Trade In | Assessment Rate | Taxable Value | Reason For Correction |
|---|---|---|---|---|
| Enter 2004 Purchases Here | 3,483 | 70% | 2438 | |
| 2003 | 591 | 60% | 355 | |
| 2003 Correction | | 60% | | |
| 2002 | | 50% | | |
| 2002 Correction | | 50% | | |
| 2001 | | 40% | | |
| 2001 Correction | | 40% | | |
| 2000 | 178,515 | 30% | 53,555 | |
| 2000 Correction | | 30% | | |
| All Prior Years | 1,202,554 | 20% | 240,511 | |
| Prior Years Correction | | 20% | | |
| Totals | 1,385,143 | Total Taxable Value Schedule A → | 296,859 | ← Round This Amount To The Nearest $100 & Enter In Line ① Above |

**Part 3A** Tax Computation

| Description | Amount |
|---|---|
| ① Total Taxable Value (Round to Nearest $100) | 296,859 |
| ② Tax Rate | .037 |
| ③ Total Tax Line 1 X Line 2 | 10,983 78 |
| ④ Penalty, If Late See Instructions On Reverse of Cover Letter | — |
| ⑤ Interest, If Late See Instructions On Reverse of Cover Letter | — |
| ⑥ Schedule A Total Tax & Penalty & Interest (Add ③, ④ & ⑤ Above) | 10,983 78 |
| ⑦ Schedule B Total Tax & Penalty & Interest (From Line 6/Schedule B) | 222 00 |
| Total Due ⑥ + ⑦ | 11,205 78 |

Payment Due May 2, 2005

**Part 4** Leased Equipment

Did You Lease or Rent Furniture, Fixtures or Equipment From or To Others as of 1-1-05? ☐ Yes ☐ No

If Yes, See Instructions on Reverse of Cover Letter

**Willful failure to file this return is a criminal offense in violation of Section 58.1-3518 of the Code of Virginia. Any taxpayer required to file a return who neglects to do so, will be subject to a statutory assessment.**

**Part 5** I declare to the best of my knowledge that the figures submitted on this return and bill are true and correct. **A detailed fixed asset schedule and leased equipment schedule (Page 3) must be included.**

Signature X [signature] Date APR 14 2005 Daytime Phone No.

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

⑥ Schedule A Total Tax & Penalty & Interest (Add ③, ④ & ⑤ Above) $ 11,205 78

Enter Amount Paid Here

F10011

560670665-000-00-05-56067066-04-04-00
Winn-Dixie Stores Inc #977
Tax Dept – Attn: John Taylor
5050 Edgewood Ct.
Jacksonville, FL 32254

DO NOT WRITE BELOW THIS LINE

EXHIBIT C, p.1 of 2

# 2005 City of Richmond Tax Return & Bill

**Due Date May 2, 2005**

Account Number

560670665-000-00-05-56067066-04-04-00
Winn-Dixie Stores Inc #977
Tax Dept – Attn: John Taylor
5050 Edgewood Ct.
Jacksonville, FL 32254

**Part 1** Corrections: Name/Address/Federal ID No

Name

Street Address

City St. Zip

Federal ID No./Social Security No.

Business Street Address - **You MUST Complete This Section If The Address Above Is NOT In The City Of Richmond.**

**Part 2B** Programmable Computer Equipment

| Year Acquired | Actual Cost Before Trade In | Assessment Rate | Taxable Value | Reason For Correction |
|---|---|---|---|---|
| Enter 2004 Purchases Here | 6593 | 70% | 4,615 | |
| 2003 | 2,102 | 60% | 1,261 | |
| 2003 Correction | | 60% | | |
| 2002 | | 30% | | |
| 2002 Correction | | 30% | | |
| 2001 | | 15% | | |
| 2001 Correction | | 15% | | |
| 2000 | | 10% | | |
| 2000 Correction | | 10% | | |
| All Prior Years | 2,569 | 5% | 128 | |
| Prior Years Correction | | 5% | | |
| Totals | 11,264 | Total Taxable Value Schedule B → | 4,004 | ← Round This Amount To The Nearest $100 & Enter In Line ① Above |

**Part 3B** Tax Computation

| Description | Amount |
|---|---|
| ① Total Taxable Value (Round to Nearest $100) | 6000 |
| ② Tax Rate | .037 |
| ③ Total Tax Line 1 X Line 2 | $222.00 |
| ④ Penalty, If Late See Instructions on Reverse of Cover Letter | — |
| ⑤ Interest, If Late See Instructions on Reverse of Cover Letter | — |
| ⑥ Schedule B Total Tax & Penalty & Interest (Add ③, ④, & ⑤ Above) Enter on Page 1 ⑦ | $222.00 |

- **Programmable computer equipment** is defined as central processing units (CPUs); external storage such as direct access storage units (DASU) and magnetic tape drives; peripherals such as printers, card readers, optical character mark readers, computer output concentrators, cathode ray tube displays, file servers and shared printer servers; personal computers and associated display devices.
- Programmable computer equipment **DOES NOT INCLUDE** telephone equipment or application software. Telephone equipment should be reported on Schedule A as Furniture, Fixtures, and Equipment. Application software is intangible and not subject to local personal property taxes.

F130103 (02/05)

| ⑥ Schedule B Total Tax & Penalty & Interest (Add ③, ④, & ⑤ Above) Enter on Page 1 ⑦ | $222.00 |
|---|---|

ENTER AMOUNT IN ⑥ ABOVE HERE ALSO

560670665-000-00-05-56067066-04-04-00
Winn-Dixie Stores Inc #977
Tax Dept – Attn: John Taylor
5050 Edgewood Ct.
Jacksonville, FL 32254

EXHIBIT
C, p. 2 of 2

DO NOT WRITE BELOW THIS LINE