Hearing Date: May 18. 2006 1:00 pm Objection
Deadline May 8, 2006, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. O5-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al** | ) | Chapter 11 |
| **Debtors**[1] | ) | |

### WRITTEN RESPONSE OF THE TOWN OF VINTON, VIRGINIA IN OPPOSITION TO DEBTOR'S OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR DETERMINING TAX VALUES AND TAX LIABILITIES

COMES NOW the Town of Vinton, Virginia ("Vinton"). by counsel, and opposes the Debtors' Omnibus Objection to Tax Claims and Motion For Determining Tax Values and Tax Liabilities ("Debtor's Objection") as it relates to Vinton's personal property tax claim based on the following:

1.  Vinton is a town within the County of Roanoke, Virginia. Businesses file their Return of Business Tangible Personal Property & Machinery and Tools ("Return") with the Commissioner of Revenue of the County of Roanoke and Vinton assesses the personal property taxes based upon the representations made in the Return.

2.  John P. Taylor, Property Tax Manager for Winn-Dixie Stores, Inc., submitted the 2004 Return for Store No. 980 located at 1092 Bypass Road in Vinton on or about January 29, 2004 representing the value of the property to be $218,753. The value was determined to be

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Product, Inc., Crackin' Good. Inc., Deep South Distributors, Inc., Deep, South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwick Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn--Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

$205,565 and Vinton assessed a tax of $2,055.65 which was paid. See Exhibit A attached hereto.

3. John P. Taylor, Property Tax Manager for Winn-Dixie Stores, Inc., submitted the 2005 Return for Store No. 980 located at 1092 Bypass Road in Vinton on or about January 28, 2005 representing the value of the property to be $192,804. The value was determined to be $193,850 and Vinton assessed a tax of $1,938.50 which remains unpaid. See Exhibit B attached hereto.

4. Debtors assert that Vinton's claim should be reduced by $826.65 based on their appraiser's opinion that the property located at the Bypass Road location was worth $169,750 rather than $205,565 in 2004 and was worth $147,000 rather than $193,850 in 2005. See Debtors' Objection Exhibit B at p. 24 attached hereto as Exhibit C.

5. Debtors failed to provide any information about how the 2004-2005 assessments were addressed by the appraiser they hired, why this appraisal should supersede the cost information provided under oath by their agent and whether the reduction is proper under Virginia law.

6. Disallowance or reduction of a claim to which an objection is made in bankruptcy is not automatic. Rather, absent a finding of a statutorily enumerated reason, the claim should be considered allowed. See, 11 U.S.C. §502 (b); Rule 3001 (f). and In re Bateman. 331 F.3d 821, 827 (11th Cir. 2003). Since the Debtor has not met its burden of producing evidence to rebut the presumption of the validity of Vinton's claim, Vinton is clearly entitled to full payment of the 2005 tax year with penalty and interest. In addition, no reduction of Vinton's claim nor set off of further tax payments should be allowed based on the 2004 tax year which was paid in full and not a part of this bankruptcy proceeding.

WHEREFORE, Vinton prays that:

1. The Debtors' objection to Vinton's claim be overruled in its entirety;

2. The Debtors' motion be dismissed;

3. That Vinton's claim be allowed; and

4. This Honorable Court grant such other and further relief as is appropriate.

Respectfully submitted,

TOWN OF VINTON, VIRGINIA

By /s/ Jim H. Guynn, Jr.

Jim H. Guynn, Jr. (VSB No. 22299)
Elizabeth K. Dillon (VSB No. 25989)
GUYNN, MEMMER & DILLON, P.C.
P. O. Box 20788
Roanoke, Virginia  24018
Telephone:  (540) 387-2320
Facsimile:  (540) 389-2350

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2006 the foregoing Written Response of the Town of Vinton, Virginia in Opposition to Debtor's Omnibus Objection to Tax Claims and Motion for Determining Tax Values and Tax Liabilities was filed with the Bankruptcy Court for the Middle District of Florida, Jacksonville Division via the Court's electronic filing procedures and a copy was sent via electronic mail to:

| | |
|---|---|
| D. J. Baker, Esquire | Cynthia C. Jackson, Esquire |
| Skadden Arps Slate Meagher & Flom, LLP | Smith, Hulsey & Busey |
| Four Times Square | 225 Water Street |
| New York, NY 10036 | Jacksonville, FL 32202 |
| djbaker@skadden.com | cjackson@smithhulsey.com |

  /s/ Jim H. Guynn, Jr.