# EXHIBIT A

# 2004  County of Roanoke  2004

### OFFICE OF COMMISSIONER OF THE REVENUE
P.O. BOX 20409, ROANOKE, VIRGINIA 24018-0513
PHONE (540) 772-2046

499

## RETURN OF BUSINESS TANGIBLE PERSONAL PROPERTY & MACHINERY AND TOOLS
YOU MUST ANSWER THE QUESTIONS AT BOTTOM OF RETURN TO AVOID STATUTORY ASSESSMENT.

| ACCT NO. 0935727 B | THIS IS NOT A BILL. IMPORTANT: PLEASE READ THE INFORMATION ON THE BACK BEFORE COMPLETING THIS RETURN. |
|---|---|
| NAME AND MAILING ADDRESS OF TAXPAYER (If Partnership, give name of each partner) WINN DIXIE RALEIGH INC T/A WINN DIXIE STORE #980-VINTON 5050 EDGEWOOD CT JACKSONVILLE FL 32254 | RETURN MUST BE FILED BY FEBRUARY 1, 2004 TO AVOID A 10% PENALTY. (VIRGINIA STATE CODE 58.1-3916). |
|  | PHYSICAL ADDRESS of reported property |
| FED. I.D. OR SOC. SEC. # 560670665 | NATURE OF BUSINESS |

**SCHEDULE 1** TANGIBLE PERSONAL PROPERTY including furniture, fixtures, books, office and business machines, shop tools and other equipment used in any business or profession. (LIST LEASED PROPERTY ON REVERSE) DO NOT LIST COMPUTER EQUIPMENT ON THIS FORM. SEE ATTACHED.

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF BUSINESS PROPERTY | ASSESSMENT FORMULA | ASSESSED VALUATION |
|---|---|---|---|
| COST OF PROPERTY PURCHASED PRIOR TO DECEMBER 31, 1999 | | 20% | |
| COST OF PROPERTY PURCHASED IN 2000 | | 30% | |
| COST OF PROPERTY PURCHASED IN 2001 | | 40% | |
| COST OF PROPERTY PURCHASED IN 2002 | | 50% | |
| COST OF PROPERTY PURCHASED IN 2003 | | 60% | |
| TOTAL COST OF PROPERTY OWNED AS OF JANUARY 1, 2004 | $ | | 205,505 |

**SCHEDULE 2** MACHINERY & TOOLS used in manufacturing, mining, processing, reprocessing, broadcasting, dry cleaners or commercial laundry, and dairy businesses. (LIST LEASED PROPERTY ON REVERSE)

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF MACHINERY & TOOLS | ASSESSMENT FORMULA | ASSESSED VALUATION |
|---|---|---|---|
| PURCHASED PRIOR TO 12-31-93 | | 15% | |
| PURCHASED 1-1-94 THRU 12-31-98 | | 20% | |
| PURCHASED 1-1-99 THRU 12-31-03 | | 25% | |
| TOTAL COST OF MACHINERY & TOOLS AS OF JANUARY 1, 2004 | $ | | |

The Code of Virginia §58.1-3107 requires that we obtain full and complete tax returns. You can attach an itemized list or your most recent federal depreciation schedule (form 4562). If we receive a form that has **"see attached"** or **"same as last year"** it will not be accepted as complete or on time and will be returned immediately.

★ Is your business located in Roanoke County as of January 1, 2004?   ___ Yes  ___ No
★ Is your business located in the Town of Vinton as of January 1, 2004?   ___ Yes  ___ No
★ If you are no longer in business, give the date you ceased operations. ___/___/___
★ If your business has moved, give the date moved ___/___/___ and new address.

DECLARATION BY TAXPAYER: I declare that the foregoing statements are true, full and correct to the best of my knowledge and belief.

NOTE: It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter. (Code of Virginia Sec. §58.1-11)

BUS. PHONE         HOME PHONE

# FORM 762 VIRGINIA — 2004

**RETURN OF TANGIBLE PERSONAL PROPERTY, MACHINERY AND TOOLS, AND MERCHANTS' CAPITAL — FOR LOCAL TAXATION ONLY**

| Name | Name of wife or husband | Your social security number or FEIN |
|---|---|---|
| WINN-DIXIE | | |
| Home address | Number and street or rural route | Spouse's social security number |
| PROPERTY TAX DEPT 5050 EDGEWOOD COURT | | County or City: ROANOKE |
| City, town or post office | State | ZIP Code | District, Ward or Town |
| JACKSONVILLE, FL 32254-3699 | | | |

## PART I TANGIBLE PERSONAL PROPERTY

| | Business Use Yes or No | Trade Name of Motor Vehicle | Year | Model or Series | No. Cylinders or Tonnage | Date Acquired | Number Owned | Air Cond. Yes or No | Fair Market Value as Listed by Taxpayer | Fair Market Value as Ascertained by Commissioner of the Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Motor vehicles *Leased vehicles for business use do not qualify for the personal property tax reduction. | | | | | | | | | | |
| (a) Automobiles (not daily rental passenger cars) | YES | | | | | | | | | |
| VIN | | | | | | | | | | |
| VIN | | | | | | | | | | |
| (b) Motorcycles | YES | | | | | | | | | |
| (c) Trucks | YES | | | | | | | | | |
| (d) Tractors and trailers | YES | | | | | | | | | |
| (e) Antique motor vehicles | YES | | | | | | | | | |
| (f) All other motor vehicles and motor homes | YES | | | | | | | | | |

2. Manufactured (mobile) offices, campers, travel trailers and recreational camping trailers

| Manufacturer | Year | Model or Series | Length and Width | Date Acquired | Number Owned | Cost | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

3. Manufactured (mobile) homes (see instructions on back)

| Manufacturer | Year | Model or Series | Length and Width | Date Acquired | Number Owned | Cost | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

4. Boats and Watercraft (Assess the value of all property which pertains to craft (§58.1-3500))

| | Over 5 Tons | Under 5 Tons | Manufacturer | Year | Type | Length and Horsepower | Date Acquired | Number Owned | Cost | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) Used for recreation and pleasure only | | | | | | | | | | | |
| (b) Boat trailers, etc. | | | | | | | | | | | |
| (c) Other | | | | | | | | | | | |

5. Aircraft

| | Manufacturer | Year | Model or Series | Date Acquired | Number Owned | Cost | | |
|---|---|---|---|---|---|---|---|---|
| (a) Aircraft owned by scheduled air carriers with seating capacity of no more than 50 persons | | | | | | | | |
| (b) All other aircraft and flight simulators | | | | | | | | |

6. Motor vehicles owned/leased by auxiliary police officers, members or auxiliary members of a volunteer rescue squad or fire department (§§58.1-3506.13, 58.1-3506.14, 58.1-3506.18)
7. Motor vehicles owned by a nonprofit organization (§58.1-3506.15)
8. Heavy construction machinery (attach schedule)
9. Business furniture and listings not returnable as part of merchants' capital or if not defined as intangible personal property (§58.1-1100)
10. Furniture and office equipment, including books, used in practicing a profession
11. Tools, hand or power, including woodworking equipment and metal lathes
12. Farming implements, including gas engines, electric motors, etc., threshing machines, corn huskers, feed cutters, combines, harvesters, blowers, plows, harrows, rakes, mowers, animal drawn vehicles, peanut pickers, etc.
13. Tangible personal property used in research and development business
14. Tangible personal property, leased, loaned or otherwise made available from federal, state or local government
15. Tangible personal property consisting of programmable computer equipment and peripherals used in business

## PART II MACHINERY AND TOOLS (see instructions on back)

| | Date Acquired | Original Capitalized Cost | Value as Listed by Taxpayer | Value as Ascertained by Commissioner of the Revenue |
|---|---|---|---|---|
| 16. Machinery and tools | | | | |
| 17. Energy conversion equipment of MANUFACTURERS (§58.1-3506) | | | | |

## PART III MERCHANTS' CAPITAL (see instructions on back)

| | Value as Listed by Taxpayer | Value as Ascertained by Commissioner of the Revenue |
|---|---|---|
| 18. Inventory of stock on hand | | |
| 19. Daily rental property | | |
| 20. Daily rental passenger cars | | |
| 21. All other taxable merchants' capital | | |
| 22. Total taxable merchants' capital (add lines 18, 19, 20 and 21) | | |

## PART IV OTHER TANGIBLE PERSONAL PROPERTY

| | | |
|---|---|---|
| 23. Total amount of Part IV from line 32 on the back of the return | | |
| 24. All other tangible personal property not specifically enumerated on this return | | |
| 25. Total (add lines 1-17, 22, 23 and 24) ➔ | | |

NOTES OR COMMENTS:

VA DEPT OF TAXATION 2601043 Rev. 09/02

Run Date: 02/02/04, Acct No: 0935727, Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

**FORM 762 2004** Page 2

| PART IV OTHER TANGIBLE PERSONAL PROPERTY | Fair Market Value as Listed by Taxpayer | Fair Market Value as Ascertained by Commissioner of the Revenue |
|---|---|---|
| 26. (a) Horses, mules and other kindred animals — Number Owned | | |
| (b) Cattle | | |
| (c) Sheep and goats | | |
| (d) Hogs | | |
| (e) Poultry — chickens, turkeys, ducks, geese, etc. | | |
| (f) Equipment used by farmers or cooperatives to produce ethanol derived primarily from farm products | | |
| (g) Grains and other feeds used for the nurture of farm animals | | |
| (h) Grain, tobacco and other agricultural products in the hands of a producer | | |
| (i) Equipment and machinery used by farm wineries in the production of wine | | |
| 27. Felled timber, ties, poles, cord wood, bark and other timber products | | |
| 28. (a) Refrigerators, deep freeze units, air conditioners and automatic refrigerating machinery | | |
| (b) Vacuum cleaners, sewing machines, washing machines, dryers and all other household machinery | | |
| (c) Pianos and organs, television sets, radios, phonographs and records and all other musical instruments | | |
| (d) Watches and clocks and gold and silver plates and plated ware | | |
| (e) Oil paintings, pictures, statuary, and other works of art $ _____ books $ _____ | | |
| (f) Diamonds, cameos and other precious stones and precious metals used as ornaments or jewelry | | |
| (g) Sporting and photographic equipment | | |
| (h) Firearms and weapons of all kinds | | |
| (i) Bicycles and lawnmowers, hand or power | | |
| (j) Household and kitchen furniture (state number of rooms _____ ) | | |
| 29. Seines, pound nets, fykes, weirs and other devices for catching fish | | |
| 30. Poles, wires, switchboards, etc., telephone or telegraph instruments, apparatus, etc., owned by any person, firm, association or company not incorporated | | |
| 31. Toll bridges, turnpikes and ferries (except steam ferries owned and operated by chartered company) | | |
| 32. Total of Part IV (add lines 26 through 31 and enter on line 23) | | |

**GENERAL INSTRUCTIONS:** Complete Form 762, reporting property which you owned on January 1, 2004, then file it with the Commissioner of the Revenue of the County or City generally on or before May 1, 2004. Since some localities have due dates other than May 1, you may want to contact your local office to be sure of the proper due date. Write the word "None" opposite each item of property which you do not own. No property is assessable as tangible personal property if defined by §58.1-1100 as intangible personal property. If additional space is needed, attach a separate schedule. Note: If your motor vehicle is considered by State Law to have a business usage, it does not qualify for Car Tax Relief. Your vehicle is classified as having business usage if any of the following circumstances apply: 1) more that 50% of the mileage for the year was reported as a business expense for Federal Income Tax purposes or reimbursed by an employer; 2) more than 50% of the depreciation associated with the vehicle is deducted as a business expense for Federal Income Tax purposes; 3) the cost of the vehicle is expensed pursuant to Section 179 of the IRC; or 4) the vehicle is leased by an individual and the leasing company pays the tax without reimbursement from the individual.

**DEFINITION OF MANUFACTURED HOMES (ALSO KNOWN AS MOBILE HOMES) FOR PART I, LINE 3**
"Manufactured home" means a structure subject to federal regulation, which is transportable in one or more sections; is eight body feet or more in width and 40 body feet or more in length in the traveling mode, or is 320 or more square feet when erected on site; is built on a permanent chassis; is designed to be used as a single-family dwelling, with or without a permanent foundation, when connected to the required utilities; and includes the plumbing, heating, air-conditioning, and electrical systems contained in the structure (§36-85.3, Code of Virginia). "Manufactured homes" are also known as "mobile homes."

**INFORMATION FOR PART II, MACHINERY AND TOOLS**
If you are engaged in a manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, report all machinery and tools used in manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, such machinery and tools being segregated by §58.1-3507, Code of Virginia, as amended for local taxation exclusively, and each county, city and town being required to make a separate classification for all such machinery and tools.

**INFORMATION FOR PART III, MERCHANTS' CAPITAL**
If you are a merchant and if locality taxes the capital of merchants, report all other taxable personal property of any kind whatsoever, except money on hand and on deposit and except tangible personal property not offered for sale as merchandise, which tangible personal property should be reported as such on front of this return under the heading "TANGIBLE PERSONAL PROPERTY."

**FOR EXECUTORS, ADMINISTRATORS, TRUSTEES, COMMITTEES, GUARDIANS AND OTHER FIDUCIARIES**

If this is the return of tangible personal property, machinery and tools, or merchants' capital in the hands of an executor, administrator, trustee, committee, guardian or other fiduciary, such fiduciary must complete so much of both pages of this return as pertains to such property and, in addition, supply the information called for below:

1. Character of Fiduciary: Executor☐ Administrator☐ Trustee☐ Committee☐ Guardian☐ Other☐ _____
2. Name of Estate, Trust or Ward _____ (Specify)

**DECLARATION OF TAXPAYER**
I declare that the statement and figures submitted on both pages of this return are true, full a certify that unless otherwise indicated as business use, the vehicles listed herein are for [

NOTE — It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter (Code of Virginia §58.1-11).

Date JAN 2 9 2004
John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(Signature c) (904) 783-5220

Executors, administrators, trustees and other fiduciaries must also supply information called for on this return.

Run Date: 02/02/04, Acct No: 0935727, Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
(as of January 1, 2004)
**Account 0935727**
VA-ROANOKE
WINN-DIXIE

1092 BYPASS ROAD VINTON, VA 24013

| Asset Category | Cost | Market Value |
| --- | --- | --- |
| COMPUTERS | 49,274 | 9,825 |
| FURN & FIX | 851,763 | 173,812 |
| MACH & EQP | 54,934 | 11,316 |
| SUPPLIES | 23,800 | 23,800 |
| Totals | $979,771 | $218,753 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/02/04
Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
| --- | --- |
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | ROANOKE COUNTY<br>COMM. OF THE REVENUE<br>PO BOX 20409<br>ROANOKE, VA 24018-0409<br>Phone: 540-772-2046    Fax: 540-772-2015 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETSUM

**2004 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE DETAIL

(as of January 1, 2004)
Summarized by Year of Acquisition

**Account 0935727**
VA-ROANOKE
WINN-DIXIE

1092 BYPASS ROAD VINTON, VA 24013

| Acq Year | Cost | PV Factor | Adj | Market Value |
|---|---|---|---|---|
| **COMPUTERS** | | VALUATION METHOD: VA-ROANOKE-COMP | | |
| 2002 | 12,245 | 50.0% | 1.00 | 6,122 |
| 1999 and prior | 37,029 | 10.0% | 1.00 | 3,703 |
| TOTALS for COMPUTERS | $49,274 | | | $9,825 |
| **FURN & FIX** | | VALUATION METHOD: VA-ROANOKE-BPP | | |
| 2003 | 2,279 | 60.0% | 1.00 | 1,367 |
| 2002 | 5,760 | 50.0% | 1.00 | 2,880 |
| 2001 | 1,131 | 40.0% | 1.00 | 452 |
| 2000 | 5,932 | 30.0% | 1.00 | 1,780 |
| 1999 and prior | 836,662 | 20.0% | 1.00 | 167,332 |
| TOTALS for FURN & FIX | $851,764 | | | $173,811 |
| **MACH & EQP** | | VALUATION METHOD: VA-ROANOKE-BPP | | |
| 2001 | 1,649 | 40.0% | 1.00 | 659 |
| 1999 and prior | 53,285 | 20.0% | 1.00 | 10,657 |
| TOTALS for MACH & EQP | $54,934 | | | $11,316 |
| **SUPPLIES** | | VALUATION METHOD: 100% COST | | |
| 2003 and prior | 23,800 | 100.0% | 1.00 | 23,800 |
| TOTALS for SUPPLIES | $23,800 | | | $23,800 |
| GRAND TOTALS | $979,772 | | | $218,752 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETDET                                   1                              02/02/04

# 2004 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| **SUPPLIES** | | 2004 APPRAISAL/DEPRECIATION METHOD: 100% COST | | | | |
| 12/14/88 | SHOPPING CARTS | 6,300 | 1.0000 | 100.0% | 1.00 | 6,300 |
| 12/14/88 | SUPPLIES | 17,500 | 1.0000 | 100.0% | 1.00 | 17,500 |
| TOTALS for SUPPLIES | | | | | | |
| | Owned on January 1 | $23,800 | | | | $23,800 |
| **FURN & FIX** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN MEAT CASE | 6,935 | 1.0000 | 20.0% | 1.00 | 1,387 |
| 09/21/88 | VIDEO CABINET | 537 | 1.0000 | 20.0% | 1.00 | 107 |
| 09/20/89 | UPS BATT BACK-UP FOR MINI COMPU | 2,130 | 1.0000 | 20.0% | 1.00 | 426 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 11/16/88 | ISLAND MERCHANDISER | 3,972 | 1.0000 | 20.0% | 1.00 | 794 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 06/28/89 | WINN-DIXIE PYLON SIGN | 2,385 | 1.0000 | 20.0% | 1.00 | 477 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | BALER | 6,894 | 1.0000 | 20.0% | 1.00 | 1,379 |
| 10/19/88 | FMP400 SMOKER | 9,926 | 1.0000 | 20.0% | 1.00 | 1,985 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 11/16/88 | CAKE DECORATOR | 3,791 | 1.0000 | 20.0% | 1.00 | 758 |
| 11/16/88 | REFRIGERATED BAKERY CASE | 4,862 | 1.0000 | 20.0% | 1.00 | 972 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,420 | 1.0000 | 20.0% | 1.00 | 684 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,320 | 1.0000 | 20.0% | 1.00 | 664 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN MEAT CASE | 4,150 | 1.0000 | 20.0% | 1.00 | 830 |
| 10/19/88 | HUSSMANN DAIRY CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN DAIRY CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN DAIRY CASE | 4,701 | 1.0000 | 20.0% | 1.00 | 940 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,092 | 1.0000 | 20.0% | 1.00 | 818 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,938 | 1.0000 | 20.0% | 1.00 | 788 |
| 10/19/88 | HUSSMANN COLD DELI CASEE | 4,937 | 1.0000 | 20.0% | 1.00 | 987 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2004 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN COLD DELI CASEE | 7,260 | 1.0000 | 20.0% | 1.00 | 1,452 |
| 10/19/88 | HUSSMANN HOT TABLE CASE | 6,287 | 1.0000 | 20.0% | 1.00 | 1,257 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,092 | 1.0000 | 20.0% | 1.00 | 818 |
| 10/18/89 | LOAD KING M-1123003 SPEED LIFT | 7,680 | 1.0000 | 20.0% | 1.00 | 1,536 |
| 11/16/88 | REFRIGERATED BAKERY CASE | 4,862 | 1.0000 | 20.0% | 1.00 | 972 |
| 11/16/88 | NON-REFRIGERATED BAKERY CASE | 2,751 | 1.0000 | 20.0% | 1.00 | 550 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,383 | 1.0000 | 20.0% | 1.00 | 477 |
| 10/19/88 | JUICE CASE | 4,058 | 1.0000 | 20.0% | 1.00 | 812 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,076 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,079 | 1.0000 | 20.0% | 1.00 | 816 |
| 10/19/88 | HUSSMANN SYSTEM | 15,939 | 1.0000 | 20.0% | 1.00 | 3,188 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 11/16/88 | MERCHANDISER | 2,096 | 1.0000 | 20.0% | 1.00 | 419 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,420 | 1.0000 | 20.0% | 1.00 | 684 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN COIL FROZEN FOOD FREE | 885 | 1.0000 | 20.0% | 1.00 | 177 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 10/19/88 | HUSSMANN COIL MEAT FREEZER | 385 | 1.0000 | 20.0% | 1.00 | 77 |
| 10/19/88 | HUSSMANN COIL DELI FREEZER | 385 | 1.0000 | 20.0% | 1.00 | 77 |
| 12/14/88 | DELI-BAKERY SIGN | 3,561 | 1.0000 | 20.0% | 1.00 | 712 |
| 12/14/88 | THE BEEF PEOPLE SIGN | 4,186 | 1.0000 | 20.0% | 1.00 | 837 |
| 12/14/88 | WINN-DIXIE SIGN | 5,980 | 1.0000 | 20.0% | 1.00 | 1,196 |
| 12/14/88 | INTERIOR NEON SIGN | 11,577 | 1.0000 | 20.0% | 1.00 | 2,315 |
| 10/19/88 | HUSSMANN COIL ICE CREAM FREEZE | 432 | 1.0000 | 20.0% | 1.00 | 86 |
| 12/14/88 | MADIX SHELVING | 56,479 | 1.0000 | 20.0% | 1.00 | 11,296 |
| 10/19/88 | HUSSMANN COIL FISH COOLER | 274 | 1.0000 | 20.0% | 1.00 | 55 |
| 10/19/88 | HUSSMANN CONDENSER | 5,289 | 1.0000 | 20.0% | 1.00 | 1,058 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 12/14/88 | MEAT-PROD-WINE-NUTRITION BANNE | 3,790 | 1.0000 | 20.0% | 1.00 | 758 |
| 12/14/88 | FKF FILTER MACHINE | 859 | 1.0000 | 20.0% | 1.00 | 172 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASVALCAT

# 2004 ASSET LISTING

## Account 0935727
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| **FURN & FIX** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | ONAN GENERATOR | 11,766 | 1.0000 | 20.0% | 1.00 | 2,353 |
| 03/08/89 | BUFFER MACHINE | 3,653 | 1.0000 | 20.0% | 1.00 | 731 |
| 01/11/89 | HOBART MIXER | 2,244 | 1.0000 | 20.0% | 1.00 | 449 |
| 01/11/89 | 8 YD. CONTAINER | 705 | 1.0000 | 20.0% | 1.00 | 141 |
| 01/11/89 | 8 YD. CONTAINER | 705 | 1.0000 | 20.0% | 1.00 | 141 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN CONDENSER | 5,115 | 1.0000 | 20.0% | 1.00 | 1,023 |
| 12/14/88 | BAKERY GLAZER | 777 | 1.0000 | 20.0% | 1.00 | 155 |
| 10/19/88 | HUSSMANN COIL MEAT PREP | 701 | 1.0000 | 20.0% | 1.00 | 140 |
| 10/19/88 | HUSSMANN COIL MEAT PREP | 701 | 1.0000 | 20.0% | 1.00 | 140 |
| 10/19/88 | HUSSMANN COIL PRODUCE COOLER | 460 | 1.0000 | 20.0% | 1.00 | 92 |
| 10/19/88 | 2 TIER STAND-2 CIRCLE FLORAL D | 1,514 | 1.0000 | 20.0% | 1.00 | 303 |
| 10/19/88 | HUSSMANN COIL MEAT COOLER | 816 | 1.0000 | 20.0% | 1.00 | 163 |
| 10/19/88 | HUSSMANN COIL MEAT COOLER | 816 | 1.0000 | 20.0% | 1.00 | 163 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,320 | 1.0000 | 20.0% | 1.00 | 864 |
| 11/16/88 | PROOF BOX | 8,006 | 1.0000 | 20.0% | 1.00 | 1,601 |
| 11/16/88 | ADAMS OVEN | 8,188 | 1.0000 | 20.0% | 1.00 | 1,638 |
| 08/24/88 | GARY SAFE | 2,575 | 1.0000 | 20.0% | 1.00 | 515 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,320 | 1.0000 | 20.0% | 1.00 | 864 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 2,185 | 1.0000 | 20.0% | 1.00 | 437 |
| 09/21/88 | BROWN COOLER | 4,628 | 1.0000 | 20.0% | 1.00 | 926 |
| 09/21/88 | BROWN FREEZER | 6,191 | 1.0000 | 20.0% | 1.00 | 1,238 |
| 09/21/88 | BROWN FREEZER | 3,115 | 1.0000 | 20.0% | 1.00 | 623 |
| 09/21/88 | BROWN COOLER | 4,485 | 1.0000 | 20.0% | 1.00 | 897 |
| 09/21/88 | BROWN COOLER | 6,634 | 1.0000 | 20.0% | 1.00 | 1,327 |
| 09/21/88 | BROWN COOLER | 2,547 | 1.0000 | 20.0% | 1.00 | 509 |
| 09/21/88 | BROWN FREEZER | 3,002 | 1.0000 | 20.0% | 1.00 | 600 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 12/14/88 | COOLER RACK | 1,314 | 1.0000 | 20.0% | 1.00 | 263 |
| 12/14/88 | COOLER CART | 2,980 | 1.0000 | 20.0% | 1.00 | 596 |
| 10/19/88 | HUSSMANN CONDENSER | 5,676 | 1.0000 | 20.0% | 1.00 | 1,135 |
| 12/14/88 | STOCK TRUCK | 1,407 | 1.0000 | 20.0% | 1.00 | 281 |
| 09/21/88 | BROWN COOLER | 5,747 | 1.0000 | 20.0% | 1.00 | 1,149 |
| 10/19/88 | HUSSMANN SYSTEM | 20,762 | 1.0000 | 20.0% | 1.00 | 4,152 |
| 10/19/88 | HUSSMANN SYSTEM | 24,208 | 1.0000 | 20.0% | 1.00 | 4,842 |
| 10/19/88 | HUSSMANN SYSTEM | 14,345 | 1.0000 | 20.0% | 1.00 | 2,869 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,076 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2004 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| **FURN & FIX** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 08/23/95 | PROMOTIONAL DISPLAY | 596 | 1.0000 | 20.0% | 1.00 | 119 |
| 08/23/95 | PROMOTIONAL DISPLAY | 596 | 1.0000 | 20.0% | 1.00 | 119 |
| 10/18/95 | FOOD STAMP MACHINE | 2,207 | 1.0000 | 20.0% | 1.00 | 441 |
| 11/15/95 | PASTRY CASE | 13,412 | 1.0000 | 20.0% | 1.00 | 2,682 |
| 10/18/95 | WESTERN UNION CABINET | 1,776 | 1.0000 | 20.0% | 1.00 | 355 |
| 08/23/95 | FLAKE ICE MACHINE | 3,091 | 1.0000 | 20.0% | 1.00 | 618 |
| 07/26/95 | "OPEN 24 HRS." WINDOW NEON SIG | 696 | 1.0000 | 20.0% | 1.00 | 139 |
| 02/08/84 | FLOOR MACHINE | 1,109 | 1.0000 | 20.0% | 1.00 | 222 |
| 06/30/01 | MADIX SHELVING | 1,131 | 1.0000 | 40.0% | 1.00 | 452 |
| 02/04/00 | PRODUCE MISTING SYSTEM | 4,101 | 1.0000 | 30.0% | 1.00 | 1,230 |
| 04/06/00 | AD BOARD DISPLAY | 578 | 1.0000 | 30.0% | 1.00 | 173 |
| 08/11/00 | TENDERIZER | 1,254 | 1.0000 | 30.0% | 1.00 | 376 |
| 05/14/02 | 8' SGL DECK FRZN MEAT CASE | 2,880 | 1.0000 | 50.0% | 1.00 | 1,440 |
| 05/14/02 | 8' SGL DECK FRZN MEAT | 2,880 | 1.0000 | 50.0% | 1.00 | 1,440 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| 05/28/97 | 1 HR PHOTO EXTERIOR SIGN | 4,128 | 1.0000 | 20.0% | 1.00 | 826 |
| 05/28/97 | YALE ELECTRIC PALLET | 6,477 | 1.0000 | 20.0% | 1.00 | 1,295 |
| 03/05/97 | DAIRY CASE | 4,764 | 1.0000 | 20.0% | 1.00 | 953 |
| 03/05/97 | DAIRY CASE | 3,669 | 1.0000 | 20.0% | 1.00 | 734 |
| 01/08/97 | STAINLESS STEEL ICE BIN | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 03/05/97 | CONDENSING UNIT | 11,943 | 1.0000 | 20.0% | 1.00 | 2,389 |
| 02/05/97 | FLORAL COOLER | 10,668 | 1.0000 | 20.0% | 1.00 | 2,134 |
| 05/28/97 | ATM INTERIOR NEON SIGN | 1,391 | 1.0000 | 20.0% | 1.00 | 278 |
| 02/05/97 | DAIRY SPOT CASE | 3,673 | 1.0000 | 20.0% | 1.00 | 735 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 06/25/97 | OPTIMA REFR SELF SERVICE UNIT | 7,729 | 1.0000 | 20.0% | 1.00 | 1,546 |
| 06/25/97 | FLORAL FIXTURES | 6,053 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 05/28/97 | FLORAL WORK STATION | 9,204 | 1.0000 | 20.0% | 1.00 | 1,841 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 05/28/97 | OPTIMA DRY SERVICE | 3,719 | 1.0000 | 20.0% | 1.00 | 744 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2004 ASSET LISTING

Account 0935727
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| FURN & FIX | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 05/28/97 | OPTIMA DRY SERVICE | 3,430 | 1.0000 | 20.0% | 1.00 | 686 |
| 05/28/97 | OPTIMA REFR SELF SERVICE | 7,940 | 1.0000 | 20.0% | 1.00 | 1,588 |
| 05/28/97 | SUPPLIES ORGANIZER | 989 | 1.0000 | 20.0% | 1.00 | 198 |
| 05/28/97 | FROZEN FOOD CASE | 5,229 | 1.0000 | 20.0% | 1.00 | 1,046 |
| 05/28/97 | ICE MERCHANDISER | 2,558 | 1.0000 | 20.0% | 1.00 | 512 |
| 05/28/97 | MADIX SHELVING | 22,274 | 1.0000 | 20.0% | 1.00 | 4,455 |
| 05/28/97 | MADIX SHELVING | 15,216 | 1.0000 | 20.0% | 1.00 | 3,043 |
| 05/28/97 | MADIX SHELVING | 8,477 | 1.0000 | 20.0% | 1.00 | 1,695 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 04/28/93 | ENLARGE FROZEN FOOD FREEZER | 13,963 | 1.0000 | 20.0% | 1.00 | 2,793 |
| 04/28/93 | ENLARGE MEAT COOLER | 7,803 | 1.0000 | 20.0% | 1.00 | 1,561 |
| 04/28/93 | ENLARGE PRODUCE COOLER | 12,069 | 1.0000 | 20.0% | 1.00 | 2,414 |
| 04/28/93 | SIDE WALL PANEL | 511 | 1.0000 | 20.0% | 1.00 | 102 |
| 12/09/92 | MISC. SHELVING | 639 | 1.0000 | 20.0% | 1.00 | 128 |
| 06/24/92 | MISC. SHELVING | 871 | 1.0000 | 20.0% | 1.00 | 174 |
| 11/11/92 | ICE MACHINE | 2,676 | 1.0000 | 20.0% | 1.00 | 535 |
| 11/11/92 | MISC. SHELVING | 588 | 1.0000 | 20.0% | 1.00 | 118 |
| 12/09/92 | BOOKS & MAGAZINES SIGNS | 3,625 | 1.0000 | 20.0% | 1.00 | 725 |
| 08/25/93 | AIR COOLED FLAKE ICE MACHINE | 2,810 | 1.0000 | 20.0% | 1.00 | 562 |
| 12/09/92 | MISC. SHELVING | 540 | 1.0000 | 20.0% | 1.00 | 108 |
| 12/09/92 | MISC. SHELVING | 553 | 1.0000 | 20.0% | 1.00 | 111 |
| 01/06/93 | SERVICE CENTER COUNTER | 6,790 | 1.0000 | 20.0% | 1.00 | 1,358 |
| 09/21/88 | BROWN FREEZER | 2,942 | 1.0000 | 20.0% | 1.00 | 588 |
| 03/07/90 | .5MB DLC | 6,277 | 1.0000 | 20.0% | 1.00 | 1,255 |
| 06/27/90 | ELECT.INSTALL-TIME/ATT. & DSD | 871 | 1.0000 | 20.0% | 1.00 | 174 |
| 03/07/90 | .5MB DLC | 6,277 | 1.0000 | 20.0% | 1.00 | 1,255 |
| 04/03/91 | DELUXE ELECTRIC SHOPPING CART | 2,293 | 1.0000 | 20.0% | 1.00 | 459 |
| 10/16/91 | MISC. SHELVING | 6,531 | 1.0000 | 20.0% | 1.00 | 1,306 |
| TOTALS for FURN & FIX | | | | | | |
| Owned on January 1 | | $851,763 | | | | $173,812 |
| MACH & EQP | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HEAT SEAL WRAPPERS | 1,264 | 1.0000 | 20.0% | 1.00 | 253 |
| 12/14/88 | PREP TABLE | 852 | 1.0000 | 20.0% | 1.00 | 170 |
| 12/14/88 | PREP TABLE | 2,040 | 1.0000 | 20.0% | 1.00 | 408 |
| 12/14/88 | PREP TABLE | 686 | 1.0000 | 20.0% | 1.00 | 137 |
| 12/14/88 | CUTTING TABLE | 909 | 1.0000 | 20.0% | 1.00 | 182 |
| 12/14/88 | DELI TABLE | 1,138 | 1.0000 | 20.0% | 1.00 | 228 |
| 12/14/88 | DELI TABLE | 864 | 1.0000 | 20.0% | 1.00 | 173 |
| 12/14/88 | DELI TABLE | 875 | 1.0000 | 20.0% | 1.00 | 175 |
| 05/31/95 | ELECTRIC STEAMER | 2,964 | 1.0000 | 20.0% | 1.00 | 593 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

02/02/04

# 2004 ASSET LISTING

## Account 0935727
## VA-ROANOKE
## WINN-DIXIE
## 1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---:|---:|---:|---:|---:|
| MACH & EQP | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-BPP | | | | |
| 06/28/01 | SEAFOOD MISTING SYSTEM | 850 | 1.0000 | 40.0% | 1.00 | 340 |
| 10/31/01 | SEAFOOD CONDIMENT CABINET | 799 | 1.0000 | 40.0% | 1.00 | 319 |
| 01/08/97 | PHOTO LAB | 21,752 | 1.0000 | 20.0% | 1.00 | 4,350 |
| 02/05/97 | SEAFOOD SPOT CASE | 3,500 | 1.0000 | 20.0% | 1.00 | 700 |
| 02/05/97 | SEAFOOD SPOT CASE | 3,500 | 1.0000 | 20.0% | 1.00 | 700 |
| 12/11/96 | WRAPPER TABLE | 2,500 | 1.0000 | 20.0% | 1.00 | 500 |
| 06/01/94 | MEAT SAW | 3,737 | 1.0000 | 20.0% | 1.00 | 747 |
| 06/01/94 | MIXER GRINDER | 5,531 | 1.0000 | 20.0% | 1.00 | 1,106 |
| 12/11/91 | CLASSY WRAP FLORAL STATION | 1,172 | 1.0000 | 20.0% | 1.00 | 234 |
| TOTALS for MACH & EQP | | | | | | |
| Owned on January 1 | | $54,934 | | | | $11,316 |
| COMPUTERS | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-COMP | | | | |
| 06/24/98 | IBM RISC6000REGISTER UPGRD | 3,765 | 1.0000 | 10.0% | 1.00 | 376 |
| 02/08/89 | NCR SURGE SUPPRESSOR | 521 | 1.0000 | 10.0% | 1.00 | 52 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 09/18/02 | QUANTUM PRINTER | 2,692 | 1.0000 | 50.0% | 1.00 | 1,346 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 50.0% | 1.00 | 1,382 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 50.0% | 1.00 | 1,382 |
| 09/18/02 | HOBART HAND WRAP STATION | 725 | 1.0000 | 50.0% | 1.00 | 362 |
| 09/18/02 | HOBART SCALE | 536 | 1.0000 | 50.0% | 1.00 | 268 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 50.0% | 1.00 | 1,382 |
| 06/24/98 | CHECKPOINT SYSTEM | 3,380 | 1.0000 | 10.0% | 1.00 | 338 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 07/25/90 | LOAD CELL PLU SVCE SCALE SP150 | 2,901 | 1.0000 | 10.0% | 1.00 | 290 |
| 10/16/91 | MSI MACHINE RETAIL ORDERING MA | 919 | 1.0000 | 10.0% | 1.00 | 92 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2004 ASSET LISTING

## Account 0935727
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **COMPUTERS** | | 2004 APPRAISAL/DEPRECIATION METHOD: VA-ROANOKE-COMP | | | | |
| 06/27/90 | HAND HELD SCANNER | 752 | 1.0000 | 10.0% | 1.00 | 75 |
| TOTALS for COMPUTERS | | | | | | $9,825 |
| Owned on January 1 | | $49,274 | | | | |
| | | | | | | |
| GRAND TOTALS | | $979,771 | | | | $218,753 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

02/02/04

# 2004 LIST OF ASSET ADDITIONS

### Account 0935727
### VA-ROANOKE
### WINN-DIXIE
### 1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **FURN & FIX** | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 60.0% | 1.00 | 456 |
| TOTALS for FURN & FIX | | | | | | |
| | Owned on January 1 | $2,279 | | | | $1,367 |
| | Acquired after January 1 | $0 | | | | |
| **GRAND TOTALS** | | $2,279 | | | | $1,367 |
| | | $0 | | | | |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

*LEASED EQUIPMENT REPORT — Provided as information only.*
*Winn-Dixie Stores leases some equipment for its stores, warehouses, and offices. These assets are covered under operating leases and are not capitalized. All Property Tax on this equipment should be reported and paid by the lessor. Bill backs to Winn-Dixie are handled through the lease agreement.*

# ROANOKE                     W-D LOC 0980

| Year | Description | Serial No | Name | State | County |
|---|---|---|---|---|---|
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2003 | G54 15 INCH IBM | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 7837-1000-9090 H | 7837 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | IBM SAV2 SOFTWAR | SAV2 | IBM CREDIT CORP | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DELL NAS PV715N | PV715N | COMPUTER LEASING | VA | ROANOKE |
| 2002 | WD7875-4694-9E | 7875 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | SAV2 SERVICES | SAV2 | IBM CREDIT CORP | VA | ROANOKE |
| 1999 | UPS GXT1500 | GXT1500 | COMPUTER LEASING | VA | ROANOKE |

> *LEASED EQUIPMENT REPORT --- Provided as information only.*
> *Winn-Dixie Stores leases some equipment for its stores, warehouses, and offices. These assets are covered under operating leases and are not capitalized. All Property Tax on this equipment should be reported and paid by the lessor. Bill backs to Winn-Dixie are handled through the lease agreement.*

# ROANOKE             W-D LOC 0980

| Year | Description | Serial No | Name | State | County |
|---|---|---|---|---|---|
| 2001 | #GXT2-700RT120 L | GXT2-700 | COMPUTER LEASING | VA | ROANOKE |
| 2001 | LIEBERT GXT700 | GXT700 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | LEX OPTRA S 1255 | 1255N | COMPUTER LEASING | VA | ROANOKE |
| 2001 | ETHERNET/TR MODU | 2612 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | POWEREDGE 2500 P | 2500 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | INTEGRATED REGIS | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | INTEGRATED REGIS | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | DIST. REGISTER N | 4694 | COMPUTER LEASING | VA | ROANOKE |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | ROANOKE |
| 2002 | 08L1854 THERMAL | 4610TS4 | COMPUTER LEASING | VA | ROANOKE |