# EXHIBIT B

**2005**  **County of Roanoke**  **2005**

517

OFFICE OF COMMISSIONER OF THE REVENUE
P.O. BOX 20409, ROANOKE, VIRGINIA 24018-0513
PHONE (540) 772-2046

## RETURN OF BUSINESS TANGIBLE PERSONAL PROPERTY & MACHINERY AND TOOLS

YOU MUST ANSWER THE QUESTIONS AT BOTTOM OF RETURN TO AVOID STATUTORY ASSESSMENT.

| ACCT NO. 0935727 B | THIS IS NOT A BILL. |
|---|---|
| NAME AND MAILING ADDRESS OF TAXPAYER (If Partnership, give name of each partner) | IMPORTANT: PLEASE READ THE INFORMATION ON THE BACK BEFORE COMPLETING THIS RETURN. |
| WINN DIXIE RALEIGH INC<br>T/A WINN DIXIE STORE #980-VINTON<br>5050 EDGEWOOD CT<br>JACKSONVILLE  FL  32254 | RETURN MUST BE FILED BY FEBRUARY 1, 2005 TO AVOID A 10% PENALTY.<br>(VIRGINIA STATE CODE 58.1-3916). |
|  | PHYSICAL ADDRESS of reported property |
| FED. I.D. OR SOC. SEC. # 560670665 | NATURE OF BUSINESS |

**SCHEDULE 1** TANGIBLE PERSONAL PROPERTY including furniture, fixtures, books, office and business machines, shop tools and other equipment used in any business or profession. (LIST LEASED PROPERTY ON REVERSE)
DO NOT LIST COMPUTER EQUIPMENT ON THIS FORM. SEE ATTACHED.

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF BUSINESS PROPERTY | FOR USE BY COMM. OF THE REVENUE | |
|---|---|---|---|
| | | ASSESSMENT FORMULA | ASSESSED VALUATION |
| COST OF PROPERTY PURCHASED PRIOR TO DECEMBER 31, 2000 | | 20% | |
| COST OF PROPERTY PURCHASED IN 2001 | SEE ATTACHED | 30% | |
| COST OF PROPERTY PURCHASED IN 2002 | | 40% | |
| COST OF PROPERTY PURCHASED IN 2003 | | 50% | |
| COST OF PROPERTY PURCHASED IN 2004 | | 60% | |
| TOTAL COST OF PROPERTY OWNED AS OF JANUARY 1, 2005 | $ | | 193,850 |

**SCHEDULE 2** MACHINERY & TOOLS used in manufacturing, mining, processing, reprocessing, broadcasting, dry cleaners or commercial laundry, and dairy businesses. (LIST LEASED PROPERTY ON REVERSE)

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF MACHINERY & TOOLS | FOR USE BY COMM. OF THE REVENUE | |
|---|---|---|---|
| | | ASSESSMENT FORMULA | ASSESSED VALUATION |
| PURCHASED PRIOR TO 12-31-94 | | 15% | |
| PURCHASED 1-1-95 THRU 12-31-99 | | 20% | |
| PURCHASED 1-1-00 THRU 12-31-04 | | 25% | |
| TOTAL COST OF MACHINERY & TOOLS AS OF JANUARY 1, 2005 | $ | | |

The Code of Virginia §58.1-3107 requires that we obtain full and complete tax returns. You can attach an itemized list or your most recent federal depreciation schedule (form 4562). If we receive a form that has *"see attached"* or *"same as last year"* it will not be accepted as complete or on time and will be returned immediately.

★ Is your business located in Roanoke County as of January 1, 2005?  ✓ Yes __ No
★ Is your business located in the Town of Vinton as of January 1, 2005? __ Yes __ No
★ If you are no longer in business, give the date you ceased operations.  _1_/_19_/_2005_
★ If your business has moved, give the date moved __ /__ /__ and new address.

RECEIVED JAN 05 2005 TAX DEPT.

DECLARATION BY T.         Date JAN 2 8 2005       he best
of my knowledge and I                               and correct as to every material matter (Code of Virginia Sec. §58.1-11)
John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.                             BUS.                    HOME
                                                    PHONE                   PHONE

NOTE: It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true

**2005**  **County of Roanoke**  **2005**

517

OFFICE OF COMMISSIONER OF THE REVENUE
P.O. BOX 20409, ROANOKE, VIRGINIA 24018-0513
PHONE (540) 772-2046

| ACCT NO.  0935727  B | THIS IS NOT A BILL. |
|---|---|
| NAME AND MAILING ADDRESS OF TAXPAYER (If Partnership, give name of each partner) | IMPORTANT: PLEASE READ THE INFORMATION ON THE BACK BEFORE COMPLETING THIS RETURN. |
| WINN DIXIE RALEIGH INC<br>T/A WINN DIXIE STORE #980-VINTON<br>5050 EDGEWOOD CT<br>JACKSONVILLE  FL  32254 | RETURN MUST BE FILED BY FEBRUARY 1, 2005<br>TO AVOID A 10% PENALTY.<br>(VIRGINIA STATE CODE 58.1-3916). |
|  | PHYSICAL ADDRESS of reported property |
| FED. I.D. OR SOC. SEC. # 560670665 | NATURE OF BUSINESS |

**IMPORTANT:** THIS FORM IS TO BE COMPLETED FOR COMPUTER EQUIPMENT ONLY. DO NOT INCLUDE ON SCHEDULE 1.

Report the total purchase cost, by year of purchase, of all computer equipment: computers, printers, disk drives, mouse, modem, etc., owned in Roanoke County on January 1, 2005. **DO NOT INCLUDE SOFTWARE.**

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF BUSINESS PROPERTY | FOR USE BY COMM. OF THE REVENUE | |
|---|---|---|---|
| | | ASSESSMENT FORMULA | ASSESSED VALUATION |
| COST OF PROPERTY PURCHASED PRIOR TO DECEMBER 31, 2000 | | 10% | |
| COST OF PROPERTY PURCHASED IN 2001 | SEE ATTACHED | 20% | |
| COST OF PROPERTY PURCHASED IN 2002 | | 30% | |
| COST OF PROPERTY PURCHASED IN 2003 | | 50% | |
| COST OF PROPERTY PURCHASED IN 2004 | | 60% | |
| TOTAL COST OF PROPERTY OWNED AS OF JANUARY 1, 2005 | $ | | |

ATTACH ITEMIZED LIST OF PROPERTY REPORTED AND YOUR MOST RECENT FEDERAL DEPRECIATION SCHEDULE (FORM 4562).

★ Is your business located in Roanoke County as of January 1, 2005?  ___ Yes  ___ No
★ Is your business located in the Town of Vinton as of January 1, 2005?  ___ Yes  ___ No
★ If you are no longer in business, give the date you ceased operations.  ___/___/___
★ If your business has moved, give the date moved  ___/___/___ and new address.

DECLARATION BY TAXP. and correct to the best of

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

Date JAN 2 8 2005

BUS. PHONE _____
HOME PHONE _____

NOTE: It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter. (Code of Virginia §58.1-11)



**America's Supermarket**

JOHN P. TAYLOR
*Property Tax Manager*

January 28, 2005

Ms. Nancy Horn
Commissioner of Revenue
County of Roanoke
P..O. Box 20409
Roanoke. VA 24018-2046

RE: Acct No: 0935727 B  -  Winn-Dixie Store #1918 (Vinton)

Dear Ms Horn:

Attached is our 2005 Business Personal Property return for the referenced account. For your information. this store was selling down on 1/1/2005 and closed for business on 1/19/2005. Please cancel this account for 2006.

If you have any questions. please call me at 904-783-5220 or my associate. Kathy Jaxon, at 904-370-7374.

Respectfully yours,

John P. Taylor
Property Tax Manager

WINN-DIXIE STORES, INC.    5050 EDGEWOOD COURT    P.O. BOX B    JACKSONVILLE, FLORIDA 32203-0297    (904) 783-5000

## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
(as of January 1, 2005)

**Account 0935727**
VA-ROANOKE
WINN-DIXIE

1092 BYPASS ROAD VINTON, VA 24013

| Asset Category | Cost | Market Value |
|---|---|---|
| COMPUTERS | 49,274 | 7,376 |
| FURN & FIX | 851,763 | 172,301 |
| MACH & EQP | 54,934 | 11,152 |
| SUPPLIES | 1,975 | 1,975 |
| Totals | $957,946 | $192,804 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:      01/28/05  Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | ROANOKE COUNTY<br>COMM. OF THE REVENUE<br>PO BOX 20409<br>ROANOKE, VA 24018<br>Phone: 540-772-2046    Fax: 540-772-2015 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

**2005 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE DETAIL

(as of January 1, 2005)
Summarized by Year of Acquisition

**Account 0935727**
VA-ROANOKE
WINN-DIXIE

1092 BYPASS ROAD VINTON, VA 24013

| Acq Year | Cost | PV Factor | Adj | Market Value |
|---|---|---|---|---|
| **COMPUTERS** | | VALUATION METHOD: VA-ROANOKE-COMP | | |
| 2002 | 12,245 | 30.0% | 1.00 | 3,673 |
| 2000 and prior | 37,029 | 10.0% | 1.00 | 3,703 |
| TOTALS for COMPUTERS | $49,274 | | | $7,376 |
| **FURN & FIX** | | VALUATION METHOD: VA-ROANOKE-BPP | | |
| 2003 | 2,279 | 50.0% | 1.00 | 1,139 |
| 2002 | 5,760 | 40.0% | 1.00 | 2,304 |
| 2001 | 1,131 | 30.0% | 1.00 | 339 |
| 2000 and prior | 842,594 | 20.0% | 1.00 | 168,519 |
| TOTALS for FURN & FIX | $851,764 | | | $172,301 |
| **MACH & EQP** | | VALUATION METHOD: VA-ROANOKE-BPP | | |
| 2001 | 1,649 | 30.0% | 1.00 | 495 |
| 2000 and prior | 53,285 | 20.0% | 1.00 | 10,657 |
| TOTALS for MACH & EQP | $54,934 | | | $11,152 |
| **SUPPLIES** | | VALUATION METHOD: 100% COST | | |
| 2004 and prior | 1,975 | 100.0% | 1.00 | 1,975 |
| TOTALS for SUPPLIES | $1,975 | | | $1,975 |
| **GRAND TOTALS** | $957,947 | | | $192,804 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETDET                                           1                                      01/28/05

# 2005 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| COMPUTERS | | | VALUATION METHOD: VA-ROANOKE-COMP | | | |
| 09/18/02 | QUANTUM PRINTER | 2,692 | 1.0000 | 30.0% | 1.00 | 808 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 30.0% | 1.00 | 829 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 30.0% | 1.00 | 829 |
| 09/18/02 | HOBART HAND WRAP STATION | 725 | 1.0000 | 30.0% | 1.00 | 217 |
| 09/18/02 | HOBART SCALE | 536 | 1.0000 | 30.0% | 1.00 | 161 |
| 09/18/02 | QUANTUM SCALE/PRINTER | 2,764 | 1.0000 | 30.0% | 1.00 | 829 |
| 06/24/98 | IBM RISC6000REGISTER UPGRD | 3,765 | 1.0000 | 10.0% | 1.00 | 376 |
| 06/24/98 | CHECKPOINT SYSTEM | 3,380 | 1.0000 | 10.0% | 1.00 | 338 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 08/23/95 | SCANNER/SCALE | 1,935 | 1.0000 | 10.0% | 1.00 | 193 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 11/16/94 | TERMINAL | 1,035 | 1.0000 | 10.0% | 1.00 | 103 |
| 10/16/91 | MSI MACHINE RETAIL ORDERING MA | 919 | 1.0000 | 10.0% | 1.00 | 92 |
| 07/25/90 | LOAD CELL PLU SVCE SCALE SP150 | 2,901 | 1.0000 | 10.0% | 1.00 | 290 |
| 06/27/90 | HAND HELD SCANNER | 752 | 1.0000 | 10.0% | 1.00 | 75 |
| 02/08/89 | NCR SURGE SUPPRESSOR | 521 | 1.0000 | 10.0% | 1.00 | 52 |
| TOTALS for COMPUTERS | | | | | | |
| Owned on January 1 | | $49,274 | | | | $7,376 |
| FURN & FIX | | | VALUATION METHOD: VA-ROANOKE-BPP | | | |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 50.0% | 1.00 | 380 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 50.0% | 1.00 | 380 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETLST

# 2005 ASSET LISTING

## Account 0935727
## VA-ROANOKE
## WINN-DIXIE
## 1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-ROANOKE-BPP | | | |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 50.0% | 1.00 | 380 |
| 05/14/02 | 8' SGL DECK FRZN MEAT CASE | 2,880 | 1.0000 | 40.0% | 1.00 | 1,152 |
| 05/14/02 | 8' SGL DECK FRZN MEAT | 2,880 | 1.0000 | 40.0% | 1.00 | 1,152 |
| 06/30/01 | MADIX SHELVING | 1,131 | 1.0000 | 30.0% | 1.00 | 339 |
| 08/11/00 | TENDERIZER | 1,254 | 1.0000 | 20.0% | 1.00 | 251 |
| 04/06/00 | AD BOARD DISPLAY | 578 | 1.0000 | 20.0% | 1.00 | 116 |
| 02/04/00 | PRODUCE MISTING SYSTEM | 4,101 | 1.0000 | 20.0% | 1.00 | 820 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 06/25/97 | OPTIMA REFR SELF SERVICE UNIT | 7,729 | 1.0000 | 20.0% | 1.00 | 1,546 |
| 06/25/97 | FLORAL FIXTURES | 6,053 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | FLORAL FIXTURES | 6,054 | 1.0000 | 20.0% | 1.00 | 1,211 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 06/25/97 | END DISPLAY | 595 | 1.0000 | 20.0% | 1.00 | 119 |
| 06/25/97 | LOBBY DISPLAY | 717 | 1.0000 | 20.0% | 1.00 | 143 |
| 05/28/97 | 1 HR PHOTO EXTERIOR SIGN | 4,128 | 1.0000 | 20.0% | 1.00 | 826 |
| 05/28/97 | YALE ELECTRIC PALLET | 6,477 | 1.0000 | 20.0% | 1.00 | 1,295 |
| 05/28/97 | ATM INTERIOR NEON SIGN | 1,391 | 1.0000 | 20.0% | 1.00 | 278 |
| 05/28/97 | FLORAL WORK STATION | 9,204 | 1.0000 | 20.0% | 1.00 | 1,841 |
| 05/28/97 | OPTIMA DRY SERVICE | 3,719 | 1.0000 | 20.0% | 1.00 | 744 |
| 05/28/97 | OPTIMA DRY SERVICE | 3,430 | 1.0000 | 20.0% | 1.00 | 686 |
| 05/28/97 | OPTIMA REFR SELF SERVICE | 7,940 | 1.0000 | 20.0% | 1.00 | 1,588 |
| 05/28/97 | SUPPLIES ORGANIZER | 989 | 1.0000 | 20.0% | 1.00 | 198 |
| 05/28/97 | FROZEN FOOD CASE | 5,229 | 1.0000 | 20.0% | 1.00 | 1,046 |
| 05/28/97 | ICE MERCHANDISER | 2,558 | 1.0000 | 20.0% | 1.00 | 512 |
| 05/28/97 | MADIX SHELVING | 22,274 | 1.0000 | 20.0% | 1.00 | 4,455 |
| 05/28/97 | MADIX SHELVING | 15,216 | 1.0000 | 20.0% | 1.00 | 3,043 |
| 05/28/97 | MADIX SHELVING | 8,477 | 1.0000 | 20.0% | 1.00 | 1,695 |
| 03/05/97 | DAIRY CASE | 4,764 | 1.0000 | 20.0% | 1.00 | 953 |
| 03/05/97 | DAIRY CASE | 3,669 | 1.0000 | 20.0% | 1.00 | 734 |
| 03/05/97 | CONDENSING UNIT | 11,943 | 1.0000 | 20.0% | 1.00 | 2,389 |
| 02/05/97 | FLORAL COOLER | 10,668 | 1.0000 | 20.0% | 1.00 | 2,134 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2005 ASSET LISTING

## Account 0935727
## VA-ROANOKE
## WINN-DIXIE
## 1092 BYPASS ROAD VINTON,VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 02/05/97 | DAIRY SPOT CASE | 3,673 | 1.0000 | 20.0% | 1.00 | 735 |
| 01/08/97 | STAINLESS STEEL ICE BIN | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 11/15/95 | PASTRY CASE | 13,412 | 1.0000 | 20.0% | 1.00 | 2,682 |
| 10/18/95 | FOOD STAMP MACHINE | 2,207 | 1.0000 | 20.0% | 1.00 | 441 |
| 10/18/95 | WESTERN UNION CABINET | 1,776 | 1.0000 | 20.0% | 1.00 | 355 |
| 08/23/95 | PROMOTIONAL DISPLAY | 596 | 1.0000 | 20.0% | 1.00 | 119 |
| 08/23/95 | PROMOTIONAL DISPLAY | 596 | 1.0000 | 20.0% | 1.00 | 119 |
| 08/23/95 | FLAKE ICE MACHINE | 3,091 | 1.0000 | 20.0% | 1.00 | 618 |
| 07/26/95 | "OPEN 24 HRS." WINDOW NEON SIG | 696 | 1.0000 | 20.0% | 1.00 | 139 |
| 08/25/93 | AIR COOLED FLAKE ICE MACHINE | 2,810 | 1.0000 | 20.0% | 1.00 | 562 |
| 04/28/93 | ENLARGE FROZEN FOOD FREEZER | 13,963 | 1.0000 | 20.0% | 1.00 | 2,793 |
| 04/28/93 | ENLARGE MEAT COOLER | 7,803 | 1.0000 | 20.0% | 1.00 | 1,561 |
| 04/28/93 | ENLARGE PRODUCE COOLER | 12,069 | 1.0000 | 20.0% | 1.00 | 2,414 |
| 04/28/93 | SIDE WALL PANEL | 511 | 1.0000 | 20.0% | 1.00 | 102 |
| 01/06/93 | SERVICE CENTER COUNTER | 6,790 | 1.0000 | 20.0% | 1.00 | 1,358 |
| 12/09/92 | MISC. SHELVING | 639 | 1.0000 | 20.0% | 1.00 | 128 |
| 12/09/92 | BOOKS & MAGAZINES SIGNS | 3,625 | 1.0000 | 20.0% | 1.00 | 725 |
| 12/09/92 | MISC. SHELVING | 540 | 1.0000 | 20.0% | 1.00 | 108 |
| 12/09/92 | MISC. SHELVING | 553 | 1.0000 | 20.0% | 1.00 | 111 |
| 11/11/92 | ICE MACHINE | 2,676 | 1.0000 | 20.0% | 1.00 | 535 |
| 11/11/92 | MISC. SHELVING | 588 | 1.0000 | 20.0% | 1.00 | 118 |
| 06/24/92 | MISC. SHELVING | 871 | 1.0000 | 20.0% | 1.00 | 174 |
| 10/16/91 | MISC. SHELVING | 6,531 | 1.0000 | 20.0% | 1.00 | 1,306 |
| 04/03/91 | DELUXE ELECTRIC SHOPPING CART | 2,293 | 1.0000 | 20.0% | 1.00 | 459 |
| 06/27/90 | ELECT.INSTALL-TIME/ATT. & DSD | 871 | 1.0000 | 20.0% | 1.00 | 174 |
| 03/07/90 | .5MB DLC | 6,277 | 1.0000 | 20.0% | 1.00 | 1,255 |
| 03/07/90 | .5MB DLC | 6,277 | 1.0000 | 20.0% | 1.00 | 1,255 |
| 10/18/89 | LOAD KING M-1123003 SPEED LIFT | 7,680 | 1.0000 | 20.0% | 1.00 | 1,536 |
| 09/20/89 | UPS BATT BACK-UPFOR MINI COMPU | 2,130 | 1.0000 | 20.0% | 1.00 | 426 |
| 06/28/89 | WINN-DIXIE PYLON SIGN | 2,385 | 1.0000 | 20.0% | 1.00 | 477 |
| 03/08/89 | BUFFER MACHINE | 3,653 | 1.0000 | 20.0% | 1.00 | 731 |
| 01/11/89 | HOBART MIXER | 2,244 | 1.0000 | 20.0% | 1.00 | 449 |
| 01/11/89 | 8 YD. CONTAINER | 705 | 1.0000 | 20.0% | 1.00 | 141 |
| 01/11/89 | 8 YD. CONTAINER | 705 | 1.0000 | 20.0% | 1.00 | 141 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

## 2005 ASSET LISTING

### Account 0935727
### VA-ROANOKE
### WINN-DIXIE
### 1092 BYPASS ROAD VINTON,VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | DELI-BAKERY SIGN | 3,561 | 1.0000 | 20.0% | 1.00 | 712 |
| 12/14/88 | THE BEEF PEOPLE SIGN | 4,186 | 1.0000 | 20.0% | 1.00 | 837 |
| 12/14/88 | WINN-DIXIE SIGN | 5,980 | 1.0000 | 20.0% | 1.00 | 1,196 |
| 12/14/88 | INTERIOR NEON SIGN | 11,577 | 1.0000 | 20.0% | 1.00 | 2,315 |
| 12/14/88 | MADIX SHELVING | 56,479 | 1.0000 | 20.0% | 1.00 | 11,296 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | MEAT-PROD-WINE-NUTRITION BANNE | 3,790 | 1.0000 | 20.0% | 1.00 | 758 |
| 12/14/88 | FKF FILTER MACHINE | 859 | 1.0000 | 20.0% | 1.00 | 172 |
| 12/14/88 | BAKERY GLAZER | 777 | 1.0000 | 20.0% | 1.00 | 155 |
| 12/14/88 | MADIX CHECKSTAND | 2,419 | 1.0000 | 20.0% | 1.00 | 484 |
| 12/14/88 | COOLER RACK | 1,314 | 1.0000 | 20.0% | 1.00 | 263 |
| 12/14/88 | COOLER CART | 2,980 | 1.0000 | 20.0% | 1.00 | 596 |
| 12/14/88 | STOCK TRUCK | 1,407 | 1.0000 | 20.0% | 1.00 | 281 |
| 11/16/88 | ISLAND MERCHANDISER | 3,972 | 1.0000 | 20.0% | 1.00 | 794 |
| 11/16/88 | CAKE DECORATOR | 3,791 | 1.0000 | 20.0% | 1.00 | 758 |
| 11/16/88 | REFRIGERATED BAKERY CASE | 4,862 | 1.0000 | 20.0% | 1.00 | 972 |
| 11/16/88 | REFRIGERATED BAKERY CASE | 4,862 | 1.0000 | 20.0% | 1.00 | 972 |
| 11/16/88 | NON-REFRIGERATED BAKERY CASE | 2,751 | 1.0000 | 20.0% | 1.00 | 550 |
| 11/16/88 | MERCHANDISER | 2,096 | 1.0000 | 20.0% | 1.00 | 419 |
| 11/16/88 | PROOF BOX | 8,006 | 1.0000 | 20.0% | 1.00 | 1,601 |
| 11/16/88 | ADAMS OVEN | 8,188 | 1.0000 | 20.0% | 1.00 | 1,638 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN MEAT CASE | 6,935 | 1.0000 | 20.0% | 1.00 | 1,387 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | BALER | 6,894 | 1.0000 | 20.0% | 1.00 | 1,379 |
| 10/19/88 | FMP400 SMOKER | 9,926 | 1.0000 | 20.0% | 1.00 | 1,985 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETLST 01/28/05

# 2005 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **FURN & FIX** | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,420 | 1.0000 | 20.0% | 1.00 | 684 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,320 | 1.0000 | 20.0% | 1.00 | 664 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 2,380 | 1.0000 | 20.0% | 1.00 | 476 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,336 | 1.0000 | 20.0% | 1.00 | 667 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN MEAT CASE | 4,150 | 1.0000 | 20.0% | 1.00 | 830 |
| 10/19/88 | HUSSMANN DAIRY CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN DAIRY CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN DAIRY CASE | 4,701 | 1.0000 | 20.0% | 1.00 | 940 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,236 | 1.0000 | 20.0% | 1.00 | 647 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,092 | 1.0000 | 20.0% | 1.00 | 818 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,938 | 1.0000 | 20.0% | 1.00 | 788 |
| 10/19/88 | HUSSMANN COLD DELI CASEE | 4,937 | 1.0000 | 20.0% | 1.00 | 987 |
| 10/19/88 | HUSSMANN COLD DELI CASEE | 7,260 | 1.0000 | 20.0% | 1.00 | 1,452 |
| 10/19/88 | HUSSMANN HOT TABLE CASE | 6,287 | 1.0000 | 20.0% | 1.00 | 1,257 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6.075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN DAIRY-BEER CASE | 3,912 | 1.0000 | 20.0% | 1.00 | 782 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,092 | 1.0000 | 20.0% | 1.00 | 818 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,383 | 1.0000 | 20.0% | 1.00 | 477 |
| 10/19/88 | JUICE CASE | 4,058 | 1.0000 | 20.0% | 1.00 | 812 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,076 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN LUNCH MEAT CASE | 4,079 | 1.0000 | 20.0% | 1.00 | 816 |
| 10/19/88 | HUSSMANN SYSTEM | 15,939 | 1.0000 | 20.0% | 1.00 | 3,188 |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2005 ASSET LISTING

**Account 0935727**
VA-ROANOKE
WINN-DIXIE
1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN MEAT CASE | 2,400 | 1.0000 | 20.0% | 1.00 | 480 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 3,420 | 1.0000 | 20.0% | 1.00 | 684 |
| 10/19/88 | HUSSMANN PRODUCE CASE | 1,860 | 1.0000 | 20.0% | 1.00 | 372 |
| 10/19/88 | HUSSMANN COIL FROZEN FOOD FREE | 885 | 1.0000 | 20.0% | 1.00 | 177 |
| 10/19/88 | HUSSMANN COIL MEAT FREEZER | 385 | 1.0000 | 20.0% | 1.00 | 77 |
| 10/19/88 | HUSSMANN COIL DELI FREEZER | 385 | 1.0000 | 20.0% | 1.00 | 77 |
| 10/19/88 | HUSSMANN COIL ICE CREAM FREEZE | 432 | 1.0000 | 20.0% | 1.00 | 86 |
| 10/19/88 | HUSSMANN COIL FISH COOLER | 274 | 1.0000 | 20.0% | 1.00 | 55 |
| 10/19/88 | HUSSMANN CONDENSER | 5,289 | 1.0000 | 20.0% | 1.00 | 1,058 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | ONAN GENERATOR | 11,766 | 1.0000 | 20.0% | 1.00 | 2,353 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN CONDENSER | 5,115 | 1.0000 | 20.0% | 1.00 | 1,023 |
| 10/19/88 | HUSSMANN COIL MEAT PREP | 701 | 1.0000 | 20.0% | 1.00 | 140 |
| 10/19/88 | HUSSMANN COIL MEAT PREP | 701 | 1.0000 | 20.0% | 1.00 | 140 |
| 10/19/88 | HUSSMANN COIL PRODUCE COOLER | 460 | 1.0000 | 20.0% | 1.00 | 92 |
| 10/19/88 | 2 TIER STAND-2 CIRCLE FLORAL D | 1,514 | 1.0000 | 20.0% | 1.00 | 303 |
| 10/19/88 | HUSSMANN COIL MEAT COOLER | 816 | 1.0000 | 20.0% | 1.00 | 163 |
| 10/19/88 | HUSSMANN COIL MEAT COOLER | 816 | 1.0000 | 20.0% | 1.00 | 163 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,320 | 1.0000 | 20.0% | 1.00 | 864 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,320 | 1.0000 | 20.0% | 1.00 | 864 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 2,185 | 1.0000 | 20.0% | 1.00 | 437 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 4,248 | 1.0000 | 20.0% | 1.00 | 850 |
| 10/19/88 | HUSSMANN CONDENSER | 5,676 | 1.0000 | 20.0% | 1.00 | 1,135 |
| 10/19/88 | HUSSMANN SYSTEM | 20,762 | 1.0000 | 20.0% | 1.00 | 4,152 |
| 10/19/88 | HUSSMANN SYSTEM | 24,208 | 1.0000 | 20.0% | 1.00 | 4,842 |
| 10/19/88 | HUSSMANN SYSTEM | 14,345 | 1.0000 | 20.0% | 1.00 | 2,869 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,076 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2005 ASSET LISTING

## Account 0935727
## VA-ROANOKE
## WINN-DIXIE
## 1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **FURN & FIX** | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/19/88 | HUSSMANN FROZEN FOOD CASE | 6,075 | 1.0000 | 20.0% | 1.00 | 1,215 |
| 09/21/88 | VIDEO CABINET | 537 | 1.0000 | 20.0% | 1.00 | 107 |
| 09/21/88 | BROWN COOLER | 4,628 | 1.0000 | 20.0% | 1.00 | 926 |
| 09/21/88 | BROWN FREEZER | 6,191 | 1.0000 | 20.0% | 1.00 | 1,238 |
| 09/21/88 | BROWN FREEZER | 3,115 | 1.0000 | 20.0% | 1.00 | 623 |
| 09/21/88 | BROWN COOLER | 4,485 | 1.0000 | 20.0% | 1.00 | 897 |
| 09/21/88 | BROWN COOLER | 6,634 | 1.0000 | 20.0% | 1.00 | 1,327 |
| 09/21/88 | BROWN COOLER | 2,547 | 1.0000 | 20.0% | 1.00 | 509 |
| 09/21/88 | BROWN FREEZER | 3,002 | 1.0000 | 20.0% | 1.00 | 600 |
| 09/21/88 | BROWN COOLER | 5,747 | 1.0000 | 20.0% | 1.00 | 1,149 |
| 09/21/88 | BROWN FREEZER | 2,942 | 1.0000 | 20.0% | 1.00 | 588 |
| 08/24/88 | GARY SAFE | 2,575 | 1.0000 | 20.0% | 1.00 | 515 |
| 02/08/84 | FLOOR MACHINE | 1,109 | 1.0000 | 20.0% | 1.00 | 222 |
| **TOTALS for FURN & FIX** | | | | | | |
| Owned on January 1 | | $851,763 | | | | $172,301 |
| **MACH & EQP** | | VALUATION METHOD: VA-ROANOKE-BPP | | | | |
| 10/31/01 | SEAFOOD CONDIMENT CABINET | 799 | 1.0000 | 30.0% | 1.00 | 240 |
| 06/28/01 | SEAFOOD MISTING SYSTEM | 850 | 1.0000 | 30.0% | 1.00 | 255 |
| 02/05/97 | SEAFOOD SPOT CASE | 3,500 | 1.0000 | 20.0% | 1.00 | 700 |
| 02/05/97 | SEAFOOD SPOT CASE | 3,500 | 1.0000 | 20.0% | 1.00 | 700 |
| 01/08/97 | PHOTO LAB | 21,752 | 1.0000 | 20.0% | 1.00 | 4,350 |
| 12/11/96 | WRAPPER TABLE | 2,500 | 1.0000 | 20.0% | 1.00 | 500 |
| 05/31/95 | ELECTRIC STEAMER | 2,964 | 1.0000 | 20.0% | 1.00 | 593 |
| 06/01/94 | MEAT SAW | 3,737 | 1.0000 | 20.0% | 1.00 | 747 |
| 06/01/94 | MIXER GRINDER | 5,531 | 1.0000 | 20.0% | 1.00 | 1,106 |
| 12/11/91 | CLASSY WRAP FLORAL STATION | 1,172 | 1.0000 | 20.0% | 1.00 | 234 |
| 12/14/88 | PREP TABLE | 852 | 1.0000 | 20.0% | 1.00 | 170 |
| 12/14/88 | PREP TABLE | 2,040 | 1.0000 | 20.0% | 1.00 | 408 |
| 12/14/88 | PREP TABLE | 686 | 1.0000 | 20.0% | 1.00 | 137 |
| 12/14/88 | CUTTING TABLE | 909 | 1.0000 | 20.0% | 1.00 | 182 |
| 12/14/88 | DELI TABLE | 1,138 | 1.0000 | 20.0% | 1.00 | 228 |
| 12/14/88 | DELI TABLE | 864 | 1.0000 | 20.0% | 1.00 | 173 |
| 12/14/88 | DELI TABLE | 875 | 1.0000 | 20.0% | 1.00 | 175 |
| 10/19/88 | HEAT SEAL WRAPPERS | 1,264 | 1.0000 | 20.0% | 1.00 | 253 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

# 2005 ASSET LISTING

## Account 0935727
## VA-ROANOKE
## WINN-DIXIE
## 1092 BYPASS ROAD VINTON, VA 24013

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| TOTALS for MACH & EQP | | | | | | |
| Owned on January 1 | | $54,934 | | | | $11,152 |
| SUPPLIES | | VALUATION METHOD: 100% COST | | | | |
| 12/14/88 | SHOPPING CARTS | 523 | 1.0000 | 100.0% | 1.00 | 523 |
| 12/14/88 | SUPPLIES | 1,453 | 1.0000 | 100.0% | 1.00 | 1,453 |
| TOTALS for SUPPLIES | | | | | | |
| Owned on January 1 | | $1,975 | | | | $1,975 |
| GRAND TOTALS | | $957,946 | | | | $192,805 |

Location (PTS):0980, Property Descr:RIVER PARK SHOPPING CENTER

ASSETLST                                            8                                            01/28/05