# EXHIBIT C

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| TOWN OF VINTON (County and State: ROANOKE, VA) | 0980 | PP | 0935727 | 2004 | 205,565 | $2,055.65 | 169,750 | $1,697.50 | A |
| | 0980 | PP | 0935727 | 2005 | 193,850 | $1,938.50 | 147,000 | $1,470.00 | A |
| | | | | Tax Subtotals | | $3,994.15 | | $3,167.50 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:
* PP in property type is a personal property account and R is a real property account
** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.