**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05−bk−03817−JAF
                                                                    Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULED HEARING


   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Larry Green is rescheduled to October 16, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated May 8, 2006 .

                                Clerk of Court
                                300 North Hogan Street Suite 3−350
                                Jacksonville, FL 32202


Copies furnished to:
Attorneys for Debtor
Debtor
U.S. Trustee
Edward P. Jackson, attorney for movant
Counsel for official committee of unsecured creditors