Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim

Debtor Name _____ Case No _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

WDX-248135-B2-12
DIGITAL 1 STOP
2445 NEVADA AVENUE NORTH
GOLDEN VALLEY, MN 55427

20238241

Telephone No of Creditor: 763-512-1000
Fax No of Creditor: 763-595-9884

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 5499**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if). ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor: **WIN074**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**Basis for Claim**
- ☑ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **10/27/04**

3. If claim is based on a Court Judgment, date obtained _____

4. Total Amount of Claim at Time Case Filed: $**66314.75** (unsecured)   $_____ (secured)   $_____ (priority)   $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

5. **Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. **Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
- ☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
- ☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
- ☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
10. Date-Stamped Copy  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

2005 JUL -5 PM 4:38
RECEIVED
BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date _____   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print **Scott Moss**   Title **Vice President**
Signature _____

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

**Exhibit "A"**



# STATEMENT OF ACCOUNT

Page 1

digital1stop.com

| Statement Date | Account No. |
|---|---|
| 02/15/05 | WIN074 |

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

Bill To :

WINN-DIXIE STORES, INC
P O. BOX 40805
Jacksonville, FL 32201
USA

Check No _____

Date Paid _____

Amount _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 10/27/04 | 103606 | | 33936 00 | 16968 00 |
| 10/27/04 | 103729 | | 36204 00 | 18102 00 |
| 10/27/04 | 103858 | | 46056 00 | 23028 00 |
| 10/27/04 | 103968 | | 49134 00 | 24567 00 |
| 4/18/05 | 116542 | | <16350 25> | $16350 25 |

| Below 31 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 82665.00 | 0.00 | 82665.00 |

66314 75

Current terms policy
Any account past due will be placed on "No Ship" status until payment is made
on past due balances  We currently carry a policy of credit insurance with
CNA Credit and under the terms of our contract, any account past 90 days
past due will be turned over to them for recovery  Questions can be directed
to our account receivable department at 763-259-3208

---

Please detach and return with payment

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL. 32201
USA

Amount Enclosed

| Statement Date | Account No. |
|---|---|
| 02/15/05 | WIN074 |

| Invoice No. | Balance | X |
|---|---|---|
| 103606 | 16968 00 | |
| 103729 | 18102 00 | |
| 103858 | 23028 00 | |
| 103968 | 24567 00 | |

Remit To

Digital 1 Stop
2445 Nevada Avenue North
Golden Valley, MN 55427 USA



digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

# Invoice 103606

Customer WIN074

Bill To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

Ship To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | UPS GRNC | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 10/05/20 | BRG | 129187 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 1212 | MV08013 | HORVOL1 - CARNIVAL/ATOM/CREATURE/NIGHTMARE | 826831080130 | 3.50 | 4242.00 |
| 1212 | MV08015 | HORVOL3 - LEECHES/SKULL/BEAST/TERROR/REVOLT | 826831080154 | 3.50 | 4242.00 |
| 1212 | MV08017 | HORVOL5 - MANIAC/METROPOLIS/BAT/APE/MAKER | 826831080178 | 3.50 | 4242.00 |
| 1212 | MV08023 | HORVOL11 - BLOODLUST/MR X/WOMAN/BAT | 826831080239 | 3.50 | 4242.00 |
| 1212 | MV08025 | MYSTVOL1 - REVENGE/ESCAPES/AFRICA/POLICE/BACK/PERIL | 826831080253 | 3.50 | 4242.00 |
| 1212 | MV08027 | MYSTVOL3 - CRIME/MOTO/MYSTERIOUS/DETECTIVE | 826831080277 | 3.50 | 4242.00 |
| 1212 | MV08031 | MYSTVOL7 - IMPACT/EYES/QUICKSAND/NIGHT | 826831080314 | 3.50 | 4242.00 |
| 1212 | MV08032 | MYSTVOL8 - EIFFEL/TOPPER/GLOVE/SECOND | 826831080321 | 3.50 | 4242.00 |

|  |  |
|---|---|
| NonTaxable Subtotal | 33936.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 33936.00 |

Customer Original (Reprinted)                Page    1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.



**digital1stop.com**

Digital 1 Stop
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

Bill To:

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

# Invoice 103729

Customer WIN074

Ship To:

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | T BROS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 10/05/20 | BRG | 129189 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 1228 | MV08013 | HORVOL1 - CARNIVAL/ATOM/CREATURE/NIGHTMARE | 826831080130 | 3.50 | 4298.00 |
| 65 | MV08016 | HORVOL4 - GILA/FATAL/DEADMEN/MAD | 826831080161 | 3.50 | 227.50 |
| 1245 | MV08015 | HORVOL3 - LEECHES/SKULL/BEAST/TERROR/REVOLT | 826831080154 | 3.50 | 4357.50 |
| 48 | MV08024 | HORVOL12 - HOUSE/MAN/DEMENTIA/PHANTOM | 826831080246 | 3.50 | 168.00 |
| 1293 | MV08017 | HORVOL5 - MANIAC/METROPOLIS/BAT/APE/MAKER | 826831080178 | 3.50 | 4525.50 |
| 1293 | MV08023 | HORVOL11 - BLOODLUST/MR X/WOMAN/BAT | 826831080239 | 3.50 | 4525.50 |
| 1293 | MV08025 | MYSTVOL1 - REVENGE/ESCAPES/AFRICA/POLICE/BACK/PERIL | 826831080253 | 3.50 | 4525.50 |
| 1293 | MV08027 | MYSTVOL3 - CRIME/MOTO/MYSTERIOUS/DETECTIVE | 826831080277 | 3.50 | 4525.50 |
| 1278 | MV08031 | MYSTVOL7 - IMPACT/EYES/QUICKSAND/NIGHT | 826831080314 | 3.50 | 4473.00 |
| 1293 | MV08032 | MYSTVOL8 - EIFFEL/TOPPER/GLOVE/SECOND | 826831080321 | 3.50 | 4525.50 |
| 835 | DSP16CT | MEGAPACK 16 UNIT DISPLAY |  | 0.00 | 0.00 |
| 15 | MV08033 | MYSTVOL9 - FOG/CRIMINAL/JIGSAW/ALGIERS | 826831080338 | 3.50 | 52.50 |

| | |
|---|---|
| NonTaxable Subtotal | 36204.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 36204.00 |

Customer Original (Reprinted)    Page    1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.


digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

# Invoice 103858

Customer WIN074

Bill To:
WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

Ship To:
WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | WATKINS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 10/05/04 | BRG | 129188 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 1212 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4 75 | 5757 00 |
| 1068 | SW50211D | READER RABBIT THINKING ADVENTURES 4-6 (2CD) | 683904502117 | 4 75 | 5073 00 |
| 144 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4 75 | 684 00 |
| 1212 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4 75 | 5757 00 |
| 1212 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4 75 | 5757 00 |
| 1212 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4 75 | 5757 00 |
| 1212 | SW50281D | VEGAS FEVER | 683904502810 | 4 75 | 5757 00 |
| 1212 | SW50291D | REAL WARS ROGUE STATES | 683904502919 | 4 75 | 5757 00 |
| 1212 | SW50304D | STREET LEGAL | 683904503046 | 4 75 | 5757 00 |
| 1 | FRT | FREIGHT CHARGES |  | 0 00 | 0 00 |
| 404 | DSP16CT | MEGAPACK 16 UNIT DISPLAY |  | 0 00 | 0 00 |

| | |
|---|---|
| NonTaxable Subtotal | 46056 00 |
| Taxable Subtotal | 0 00 |
| Tax | 0 00 |
| Total Invoice | 46056 00 |

Customer Original (Reprinted)     Page 1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product
Reference back of invoice for all terms and conditions



digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

# Invoice 103968

Customer WIN074

**Bill To:**

WINN-DIXIE STORES, INC
P.O BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P.O BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | T BROS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| | 10/05/20 | BRG | 129190 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 981 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4.75 | 4659.75 |
| 312 | SW50279D | SESAME STREET READING BASICS ELMO'S GET SET TO READ | 683904502797 | 4.75 | 1482.00 |
| 1293 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4.75 | 6141.75 |
| 1293 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4.75 | 6141.75 |
| 275 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4.75 | 1306.25 |
| 1018 | SW50259D | CRAYOLA MAGIC 3D COLORING BOOK | 683904502599 | 4.75 | 4835.50 |
| 1293 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4.75 | 6141.75 |
| 1174 | SW50281D | VEGAS FEVER | 683904502810 | 4.75 | 5576.50 |
| 119 | SW50294D | TOM CLANCY: SSN | 683904502940 | 4.75 | 565.25 |
| 1293 | SW50291D | REAL WARS  ROGUE STATES | 683904502919 | 4.75 | 6141.75 |
| 1293 | SW50304D | STREET LEGAL | 683904503046 | 4.75 | 6141.75 |
| 431 | DSP16CT | MEGAPACK 16 UNIT DISPLAY | | 0.00 | 0.00 |
| 1 | FRT | FREIGHT CHARGES | | 0.00 | 0.00 |

| | |
|---|---|
| NonTaxable Subtotal | 49134.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 49134.00 |

Duplicate (Reprinted)    Page 1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product
Reference back of invoice for all terms and conditions.


digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

Bill To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

# Invoice C116542

Customer WIN074

Ship To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

## THIS IS A CREDIT MEMO

| Date | Ship Via | F O B | Terms |
|---|---|---|---|
| 04/18/05 | UPS GRNC | D1S | C O D Cashiers Ck |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 04/18/05 | BRG | 142820 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| -226 | MV08013 | HORVOL1 - CARNIVAL/ATOM/CREATURE/NIGHTMARE | 826831080130 | 3 50 | -791 00 |
| -233 | MV08015 | HORVOL3 - LEECHES/SKULL/BEAST/TERROR/REVOLT | 826831080154 | 3 50 | -815 50 |
| -21 | MV08016 | HORVOL4 - GILA/FATAL/DEADMEN/MAD | 826831080161 | 3 50 | -73 50 |
| -252 | MV08017 | HORVOL5 - MANIAC/METROPOLIS/BAT/APE/MAKER | 826831080178 | 3 50 | -882 00 |
| -263 | MV08023 | HORVOL11 - BLOODLUST/MR X/WOMAN/BAT | 826831080239 | 3 50 | -920 50 |
| -5 | MV08024 | HORVOL12 - HOUSE/MAN/DEMENTIA/PHANTOM | 826831080246 | 3 50 | -17 50 |
| -263 | MV08025 | MYSTVOL1 - REVENGE/ESCAPES/AFRICA/POLICE/BACK/PERIL | 826831080253 | 3 50 | -920 50 |
| -260 | MV08027 | MYSTVOL3 - CRIME/MOTO/MYSTERIOUS/DETECTIVE | 826831080277 | 3 50 | -910 00 |
| -260 | MV08031 | MYSTVOL7 - IMPACT/EYES/QUICKSAND/NIGHT | 826831080314 | 3 50 | -910 00 |
| -254 | MV08032 | MYSTVOL8 - EIFFEL/TOPPER/GLOVE/SECOND | 826831080321 | 3 50 | -889 00 |
| -3 | MV08033 | MYSTVOL9 - FOG/CRIMINAL/JIGSAW/ALGIERS | 826831080338 | 3 50 | -10 50 |
| -113 | SW50211D | READER RABBIT THINKING ADVENTURES 4-6 (2CD) | 683904502117 | 4 75 | -536 75 |
| -124 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4 75 | -589 00 |
| -6 | SW50241D | CLUEFINDER'S READING ADVENTURES AGES 9-12 (2CD) | 683904502414 | 4 75 | -28 50 |
| -9 | SW50283D | KID PIX DELUXE 3D | 683904502834 | 4 75 | -42 75 |
| -204 | SW50259D | CRAYOLA MAGIC 3D COLORING BOOK | 683904502599 | 4 75 | -969 00 |
| -8 | SW50263D | CRAYOLA PRINT FACTORY | 683904502636 | 4 75 | -38 00 |
| -38 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4 75 | -180 50 |
| -9 | SW50258D | CRAYOLA DAZZLING DECORATIONS | 683904502582 | 4 75 | -42 75 |
| -241 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4 75 | -1144 75 |
| -7 | SW50383D | CURIOUS GEORGE LEARNS PHONICS | 683904501318 | 4 75 | -33 25 |
| -9 | SW02872D | CHICKA CHICKA BOOM BOOM | 683904502872 | 4 75 | -42 75 |

(Continued)                    Customer Original (Reprinted)                    Page    1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.



**digital1stop.com**

Digital 1 Stop
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

# Invoice C116542

**Customer WIN074**

Bill To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

Ship To:

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

**THIS IS A CREDIT MEMO**

| Date | Ship Via | F O B | Terms |
|---|---|---|---|
| 04/18/05 | UPS GRNC | D1S | C O D Cashiers Ck |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 04/18/05 | BRG | 142820 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| -117 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4 75 | -555 75 |
| -83 | SW50279D | SESAME STREET READING BASICS ELMO'S GET SET TO READ | 683904502797 | 4 75 | -394 25 |
| -7 | SW50271D | SESAME STREET ELMO'S READING ADVENTURE | 683904502711 | 4 75 | -33 25 |
| -7 | SW50277D | SESAME STREET MUSIC MAKER | 683904502773 | 4 75 | -33 25 |
| -6 | SW50269D | SESAME STREET ELMO'S ART WORKSHOP | 683904502698 | 4 75 | -28 50 |
| -6 | SW50280D | GIRL'S ONLY SECRET DIARY | 683904502803 | 4 75 | -28 50 |
| -215 | SW50281D | VEGAS FEVER | 683904502810 | 4 75 | -1021 25 |
| -208 | SW50304D | STREET LEGAL | 683904503046 | 4 75 | -988 00 |
| -6 | SW38132D | SPANISH TO GO | 683904501066 | 4 75 | -28 50 |
| -7 | SW50290D | MOB RULE PLATINUM | 683904502902 | 4 75 | -33 25 |
| -219 | SW50291D | REAL WARS ROGUE STATES | 683904502919 | 4 75 | -1040 25 |
| -20 | SW50303D | MAT HOFFMAN'S PRO BMX | 683904503039 | 4 75 | -95 00 |
| -226 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4 75 | -1073 50 |
| -6 | SW50289D | M&Ms THE LOST FORMULAS | 683904502896 | 4 75 | -28 50 |
| -9 | SWBDH38D | BLACK & DECKER HOME REPAIRS | 683904500113 | 4 75 | -42 75 |
| -11 | SW50287D | GEORGE FOREMAN'S INTERACTIVE GUIDE TO GRILLING, BBQ | 683904502827 | 4 75 | -52 25 |
| -11 | SW37950D | WILLIAMS-SONOMA GUIDE TO GOOD COOKING | 683904502162 | 4 75 | -52 25 |
| -7 | SW52300D | TYPING TUTOR JR | 683904501417 | 4 75 | -33 25 |

| | |
|---|---|
| NonTaxable Subtotal | -16350 25 |
| Taxable Subtotal | 0 00 |
| Tax | 0 00 |
| Total Invoice | -16350.25 |

Customer Original (Reprinted)                              Page    2

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product
Reference back of invoice for all terms and conditions