# digital 1 stop
digital1stop.com

**Invoice 103729**

**Customer WIN074**

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

**Bill To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | T BROS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 10/05/20 | BRG | 129189 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 1228 | MV08013 | HORVOL1 - CARNIVAL/ATOM/CREATURE/NIGHTMARE | 826831080130 | 3.50 | 4298.00 |
| 65 | MV08016 | HORVOL4 - GILA/FATAL/DEADMEN/MAD | 826831080161 | 3.50 | 227.50 |
| 1245 | MV08015 | HORVOL3 - LEECHES/SKULL/BEAST/TERROR/REVOLT | 826831080154 | 3.50 | 4357.50 |
| 48 | MV08024 | HORVOL12 - HOUSE/MAN/DEMENTIA/PHANTOM | 826831080246 | 3.50 | 168.00 |
| 1293 | MV08017 | HORVOL5 - MANIAC/METROPOLIS/BAT/APE/MAKER | 826831080178 | 3.50 | 4525.50 |
| 1293 | MV08023 | HORVOL11 - BLOODLUST/MR.X/WOMAN/BAT | 826831080239 | 3.50 | 4525.50 |
| 1293 | MV08025 | MYSTVOL1 - REVENGE/ESCAPES/AFRICA/POLICE/BACK/PERIL | 826831080253 | 3.50 | 4525.50 |
| 1293 | MV08027 | MYSTVOL3 - CRIME/MOTO/MYSTERIOUS/DETECTIVE | 826831080277 | 3.50 | 4525.50 |
| 1278 | MV08031 | MYSTVOL7 - IMPACT/EYES/QUICKSAND/NIGHT | 826831080314 | 3.50 | 4473.00 |
| 1293 | MV08032 | MYSTVOL8 - EIFFEL/TOPPER/GLOVE/SECOND | 826831080321 | 3.50 | 4525.50 |
| 835 | DSP16CT | MEGAPACK 16 UNIT DISPLAY |  | 0.00 | 0.00 |
| 15 | MV08033 | MYSTVOL9 - FOG/CRIMINAL/JIGSAW/ALGIERS | 826831080338 | 3.50 | 52.50 |

| | |
|---|---|
| NonTaxable Subtotal | 36204.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 36204.00 |

Customer Original (Reprinted)            Page 1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.

**Exhibit "C"**