

# digital 1 stop
## digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

**Invoice 103858**
Customer WIN074

**Bill To:**

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P O BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | WATKINS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| | 10/05/04 | BRG | 129188 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 1212 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4.75 | 5757.00 |
| 1068 | SW50211D | READER RABBIT THINKING ADVENTURES 4-6 (2CD) | 683904502117 | 4.75 | 5073.00 |
| 144 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4.75 | 684.00 |
| 1212 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4.75 | 5757.00 |
| 1212 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4.75 | 5757.00 |
| 1212 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4.75 | 5757.00 |
| 1212 | SW50281D | VEGAS FEVER | 683904502810 | 4.75 | 5757.00 |
| 1212 | SW50291D | REAL WARS: ROGUE STATES | 683904502919 | 4.75 | 5757.00 |
| 1212 | SW50304D | STREET LEGAL | 683904503046 | 4.75 | 5757.00 |
| 1 | FRT | FREIGHT CHARGES | | 0.00 | 0.00 |
| 404 | DSP16CT | MEGAPACK 16 UNIT DISPLAY | | 0.00 | 0.00 |

|   |   |
|---|---|
| NonTaxable Subtotal | 46056.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 46056.00 |

Customer Original (Reprinted)  Page 1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.

**Exhibit "D"**

Case 3:05-bk-03817-JAF   Doc 7690-4   Filed 05/08/06   Page 1 of 1