

**digital1stop.com**

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

Case 05-bk-03817-JAF  Doc 7690-5  Filed 05/09/06

**Invoice 103968**

**Customer WIN074**

**Bill To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P.O BOX 40805
Jacksonville, FL 32201
USA

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/27/04 | T BROS | ORIGIN | Net 30 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
|  | 10/05/20 | BRG | 129190 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| 981 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4.75 | 4659.75 |
| 312 | SW50279D | SESAME STREET READING BASICS ELMO'S GET SET TO READ | 683904502797 | 4.75 | 1482.00 |
| 1293 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4.75 | 6141.75 |
| 1293 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4.75 | 6141.75 |
| 275 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4.75 | 1306.25 |
| 1018 | SW50259D | CRAYOLA MAGIC 3D COLORING BOOK | 683904502599 | 4.75 | 4835.50 |
| 1293 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4.75 | 6141.75 |
| 1174 | SW50281D | VEGAS FEVER | 683904502810 | 4.75 | 5576.50 |
| 119 | SW50294D | TOM CLANCY: SSN | 683904502940 | 4.75 | 565.25 |
| 1293 | SW50291D | REAL WARS: ROGUE STATES | 683904502919 | 4.75 | 6141.75 |
| 1293 | SW50304D | STREET LEGAL | 683904503046 | 4.75 | 6141.75 |
| 431 | DSP16CT | MEGAPACK 16 UNIT DISPLAY |  | 0.00 | 0.00 |
| 1 | FRT | FREIGHT CHARGES |  | 0.00 | 0.00 |

| | |
|---|---|
| NonTaxable Subtotal | 49134.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 49134.00 |

Duplicate (Reprinted)                                    Page    1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions. **Exhibit "E"**