# digital 1 stop

digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

**Invoice C116542**

**Customer WIN074**

**Bill To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

## THIS IS A CREDIT MEMO

| Date | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| 04/18/05 | UPS GRNC | D1S | C.O.D. Cashiers Ck | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| | 04/18/05 | BRG | 142820 |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---|---|---|---|---|---|
| -226 | MV08013 | HORVOL1 - CARNIVAL/ATOM/CREATURE/NIGHTMARE | 826831080130 | 3.50 | -791.00 |
| -233 | MV08015 | HORVOL3 - LEECHES/SKULL/BEAST/TERROR/REVOLT | 826831080154 | 3.50 | -815.50 |
| -21 | MV08016 | HORVOL4 - GILA/FATAL/DEADMEN/MAD | 826831080161 | 3.50 | -73.50 |
| -252 | MV08017 | HORVOL5 - MANIAC/METROPOLIS/BAT/APE/MAKER | 826831080178 | 3.50 | -882.00 |
| -263 | MV08023 | HORVOL11 - BLOODLUST/MR X/WOMAN/BAT | 826831080239 | 3.50 | -920.50 |
| -5 | MV08024 | HORVOL12 - HOUSE/MAN/DEMENTIA/PHANTOM | 826831080246 | 3.50 | -17.50 |
| -263 | MV08025 | MYSTVOL1 - REVENGE/ESCAPES/AFRICA/POLICE/BACK/PERIL | 826831080253 | 3.50 | -920.50 |
| -260 | MV08027 | MYSTVOL3 - CRIME/MOTO/MYSTERIOUS/DETECTIVE | 826831080277 | 3.50 | -910.00 |
| -260 | MV08031 | MYSTVOL7 - IMPACT/EYES/QUICKSAND/NIGHT | 826831080314 | 3.50 | -910.00 |
| -254 | MV08032 | MYSTVOL8 - EIFFEL/TOPPER/GLOVE/SECOND | 826831080321 | 3.50 | -889.00 |
| -3 | MV08033 | MYSTVOL9 - FOG/CRIMINAL/JIGSAW/ALGIERS | 826831080338 | 3.50 | -10.50 |
| -113 | SW50211D | READER RABBIT THINKING ADVENTURES 4-6 (2CD) | 683904502117 | 4.75 | -536.75 |
| -124 | SW37847D | READER RABBIT READING AGES 4-6 (2CD) | 683904502063 | 4.75 | -589.00 |
| -6 | SW50241D | CLUEFINDER'S READING ADVENTURES AGES 9-12 (2CD) | 683904502414 | 4.75 | -28.50 |
| -9 | SW50283D | KID PIX DELUXE 3D | 683904502834 | 4.75 | -42.75 |
| -204 | SW50259D | CRAYOLA MAGIC 3D COLORING BOOK | 683904502599 | 4.75 | -969.00 |
| -8 | SW50263D | CRAYOLA PRINT FACTORY | 683904502636 | 4.75 | -38.00 |
| -38 | SW50261D | CRAYOLA MAKE A MASTERPIECE | 683904502612 | 4.75 | -180.50 |
| -9 | SW50258D | CRAYOLA DAZZLING DECORATIONS | 683904502582 | 4.75 | -42.75 |
| -241 | SW50381D | CURIOUS GEORGE READS, WRITES & SPELLS | 683904501264 | 4.75 | -1144.75 |
| -7 | SW50383D | CURIOUS GEORGE LEARNS PHONICS | 683904501318 | 4.75 | -33.25 |
| -9 | SW02872D | CHICKA CHICKA BOOM BOOM | 683904502872 | 4.75 | -42.75 |

(Continued)   Customer Original (Reprinted)   Page 1

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.   **Exhibit "F"**

# digital 1
digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone: 763/512-1000

**Invoice C116542**
**Customer WIN074**

**Bill To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

**Ship To:**

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
USA

## THIS IS A CREDIT MEMO

| Date | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| 04/18/05 | UPS GRNC | D1S | C.O.D. Cashiers Ck | |
| **Purchase Order Number** | **Order Date** | **Salesperson** | **Our Order Number** | |
|  | 04/18/05 | BRG | 142820 | |

| Quantity Ship | Item Number | Description | UPC Code | Unit Price | Amount |
|---:|---|---|---|---:|---:|
| -117 | SW50273D | SESAME STREET GET SET TO LEARN | 683904502735 | 4.75 | -555.75 |
| -83 | SW50279D | SESAME STREET READING BASICS ELMO'S GET SET TO READ | 683904502797 | 4.75 | -394.25 |
| -7 | SW50271D | SESAME STREET ELMO'S READING ADVENTURE | 683904502711 | 4.75 | -33.25 |
| -7 | SW50277D | SESAME STREET MUSIC MAKER | 683904502773 | 4.75 | -33.25 |
| -6 | SW50269D | SESAME STREET ELMO'S ART WORKSHOP | 683904502698 | 4.75 | -28.50 |
| -6 | SW50280D | GIRL'S ONLY SECRET DIARY | 683904502803 | 4.75 | -28.50 |
| -215 | SW50281D | VEGAS FEVER | 683904502810 | 4.75 | -1021.25 |
| -208 | SW50304D | STREET LEGAL | 683904503046 | 4.75 | -988.00 |
| -6 | SW38132D | SPANISH TO GO | 683904501066 | 4.75 | -28.50 |
| -7 | SW50290D | MOB RULE PLATINUM | 683904502902 | 4.75 | -33.25 |
| -219 | SW50291D | REAL WARS: ROGUE STATES | 683904502919 | 4.75 | -1040.25 |
| -20 | SW50303D | MAT HOFFMAN'S PRO BMX | 683904503039 | 4.75 | -95.00 |
| -226 | SW50305D | TONY HAWK PRO SKATER 2 | 683904503053 | 4.75 | -1073.50 |
| -6 | SW50289D | M&Ms: THE LOST FORMULAS | 683904502896 | 4.75 | -28.50 |
| -9 | SWBDH38D | BLACK & DECKER HOME REPAIRS | 683904500113 | 4.75 | -42.75 |
| -11 | SW50287D | GEORGE FOREMAN'S INTERACTIVE GUIDE TO GRILLING, BBQ | 683904502827 | 4.75 | -52.25 |
| -11 | SW37950D | WILLIAMS-SONOMA GUIDE TO GOOD COOKING | 683904502162 | 4.75 | -52.25 |
| -7 | SW52300D | TYPING TUTOR JR. | 683904501417 | 4.75 | -33.25 |

| | |
|---|---:|
| NonTaxable Subtotal | -16350.25 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | -16350.25 |

Customer Original (Reprinted)   Page   2

All claims for shortages, damages or discrepancies MUST be made in writing within a period of 48 hours from receipt of product.
Reference back of invoice for all terms and conditions.