# digital **1** stop

digital1stop.com

**Digital 1 Stop**
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

Telephone 763/512-1000

Bill To :

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
     USA

## STATEMENT OF ACCOUNT

| Statement Date | Account No. |
|---|---|
| 02/15/05 | WIN074 |

Check No  _____
Date Paid _____
Amount    _____

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 10/27/04 | 103606 | | 33936.00 | 16968.00 |
| 10/27/04 | 103729 | | 36204.00 | 18102.00 |
| 10/27/04 | 103858 | | 46056.00 | 23028.00 |
| 10/27/04 | 103968 | | 49134.00 | 24567.00 |
| *4/18/05* | *116542* | | *<16350.25>* | *$16350.25* |

| Below 31 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 82665.00 | 0.00 | 82665.00 |

*66314.75*

Current terms policy:
Any account past due will be placed on "No Ship" status until payment is made on past due balances. We currently carry a policy of credit insurance with CNA Credit and under the terms of our contract, any account past 90 days past due will be turned over to them for recovery. Questions can be directed to our account receivable department at 763-259-3208

---

WINN-DIXIE STORES, INC
P.O. BOX 40805
Jacksonville, FL 32201
     USA

Remit To:

Digital 1 Stop
2445 Nevada Avenue North
Golden Valley, MN 55427 USA

**Please detach and return with payment**

Amount Enclosed
_____

| Statement Date | Account No. | |
|---|---|---|
| 02/15/05 | WIN074 | |
| Invoice No. | Balance | X |
| 103606 | 16968.00 | |
| 103729 | 18102.00 | |
| 103858 | 23028.00 | |
| 103968 | 24567.00 | |

Exhibit "G"