UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | *Chapter 11* |
| Debtors. ) | |
| ) | Jointly Administered |

**REPLY TO OBJECTION TO CLAIM AND
MOTION FOR AN ORDER DETERMING TAX VALUES AND LIABILTITES**

The Chattanooga City Treasurer, a creditor and a Taxing Authority (hereafter the "City") as defined by the debtor, by and through counsel, responds to the debtor's Objection to Claim pursuant to Bankruptcy Rule 3007 and Motion for an Order Determining Tax Values as follows:

1. Any personal property tax paid or owed by the debtor to City that might constitute a claim are priority claims pursuant to 11 U.S.C. § 507(a)(3)(A).

2. The debtor filed its tax personal property tax reports for calendar years 2004 and 2005 as summarized by the debtor and set forth in Exhibit A (Objection to Claim) and Exhibit B (Motion for an Order Determining Tax Values) (hereafter the Exhibits") as attached to the Motion and Objection.

3. The debtor filed schedules with the Hamilton County Assessor's Office as contemplated by Tennessee state law for ad valorem taxes. The debtor paid the taxes that were due for calendar year 2004 as set forth in the Exhibits. The debtor has not paid the taxes that are due for 2005 as set forth in the Exhibits.

4. The City submits that the values set forth by the debtor in its personal property tax schedules were the appropriate values as determined by the debtor for calendar years 2004 and 2005 as set forth in the Exhibits at the time the schedules were filed.

5. The debtor has not alleged or shown a sufficient basis for the Court to redetermine the amount of personal property taxes owed by the debtor to the City for calendar years 2004 and 2005. That is, the debtor has not shown that a redetermination is necessary for the effective administration of the debtor's estate. *In Re: Wolverine Radio, Co.,* 1132 (6th Cir. 1001); *cert denied*, 503 U.S. 978, 112 S. Ct. 1605, 118 L.Ed.2n 317 (1992).

6. An amended schedule for calender year 2004 was due by September 1, 2005. The City submits that any redetermination of the debtor's taxes due to the City would have a negligible effect on the debtor's estate.

7. The debtor's tax schedule for calendar year 2004 was due by March 1, 2004. T.C.A. § 67-5-903(b). (copy attached) An amended schedule for calendar year 2004 had to be filed by September 1 of the following tax year, or September 1, 2005. T.C.A. § 67-5-903(e). The debtor's time to file an amended schedule or challenge its statement of the assessed value of its personal property on schedules it filed as contemplated by Tennessee law has expired. That is, the debtor's request for a redetermination of its 2004 personal property taxes was not filed until the date the Objection and Motion were filed on or about April 18, 2006.

Respectfully submitted,

**RANDALL L. NELSON, CITY ATTORNEY**
**CITY OF CHATTANOOGA, TENNESSEE**

By: *[signature]*
Kenneth O. Fritz, (BPR #010960)
Michael A. McMahan, (BPR #810)
City of Chattanooga
Delinquent Tax Attorneys
801 Broad Street, Suite 400
Chattanooga, TN 37402
(423) 757-5338
(423) 757-0737

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon either counsel for or all parties in this cause by hand delivery or by depositing same in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>SKADDEN, ARPS, SLATE, MEAGHER<br>AND FLOM, LLP<br>Four Times Square<br>New York, NY 10036 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |

This the 5th day of May, 2006.

KENNETH O. FRITZ

Westlaw.

T. C. A. § 67-5-903

▷
West's Tennessee Code Annotated Currentness
  Title 67. Taxes and Licenses (Refs & Annos)
    Chapter 5. Property Taxes
      Part 9. Classification and Assessment--Tangible Personal Property

→ **§ 67-5-903. Schedules; property in business or professional use**

(a) All partnerships, corporations, other business associations not issuing stock and individuals operating for profit as a business or profession, including manufacturers, except those whose property is entirely assessable by the comptroller of the treasury, shall be furnished by the assessor not later than February 1 of each year, a schedule requiring the taxpayer to list in detail all tangible personal property owned by the taxpayer and used or held for use in such business or profession including, but not limited to, furniture, fixtures, machinery and equipment, all raw materials, supplies, but excluding all finished goods in the hands of the manufacturer and the inventories of merchandise held for sale or exchange, such schedule to be approved by the director of property assessments.

(b) It is the duty of the taxpayer to list fully such tangible personal property used, or held for use, in the taxpayer's business or profession on such schedule, including such other information relating thereto as may be required by the assessor, place its correct value thereon, sign same, and return it to the assessor prior to March 1 of each year. In lieu of detailing acquisition cost on the reporting schedule, the taxpayer may certify that the depreciated value of tangible personal property otherwise reportable on the form is one thousand dollars ($1,000) or less. The assessor shall accept the certification, subject to audit, and fix the value of tangible personal property assessable to the taxpayer pursuant to the schedule, at one thousand dollars ($1,000). This value shall be subject to equalization pursuant to § 67-5-1509. The certification stated on the schedule shall warn the taxpayer that it is made subject to penalties for perjury and subject to statutory penalty and costs if proven false.

(c) A taxpayer who fails, refuses or neglects to complete, sign and file such schedule with the assessor of property, as provided in subsection (b), commits a Class A misdemeanor, punishable by a fine of not less than fifty dollars ($50.00) nor more than five hundred dollars ($500), and the assessor shall assess the tangible personal property of the taxpayer which is used, or held for use, in the taxpayer's business or profession, and shall give the taxpayer notice of such assessment by United States mail, addressed to the last known address of the taxpayer, or the taxpayer's agent, at least five (5) calendar days before the local board of equalization commences its annual session.

(d) The remedy of a taxpayer against whom a forced assessment is made as provided in this section shall be the same as provided in § 67-5-1407, but such remedy shall be conditioned upon the taxpayer filing with the board of equalization a complete listing or schedule of all the tangible personal property owned or used by the taxpayer in the operation of the taxpayer's business on the same form as required to be filed with the assessor.

(e) The taxpayer may amend a personal property schedule previously filed with the assessor at any time until September 1 following the tax year. If the assessor agrees with the amended schedule, the assessor shall thereupon revise the assessment and certify the revised assessment to the trustee. If the assessor believes the assessment should be otherwise than claimed in the amended schedule, the assessor shall adjust the assessment and give written notice to the taxpayer of the adjusted assessment. The taxpayer may appeal the assessor's adjustment of or refusal to accept an amended assessment schedule to the local and state boards of equalization in the manner otherwise provided by law. Additional taxes due as the result of an amended schedule shall not be deemed delinquent until sixty (60) days after the date notice of the amended assessment was sent to the taxpayer.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 2

T. C. A. § 67-5-903

Amendment of a personal property schedule shall not be permitted once suit has been filed to collect delinquent taxes related to the original assessment.

(f) The schedule approved by the director of property assessments and supplied to taxpayers shall contain schedules reflecting the following rates of allowable depreciated cost for the listed categories of property, as well as spaces for general data on the particular taxpayer:

```
GROUP 1A--Vehicles (five-year life)
Year              Cost on File           Revised Cost           Depr.
1                                                                .80
-------------------------------------------------------------------------
2                                                                .60
-------------------------------------------------------------------------
3                                                                .40
-------------------------------------------------------------------------
4                                                                .20
-------------------------------------------------------------------------
Prior                                                            .20
-------------------------------------------------------------------------
TOTAL
-------------------------------------------------------------------------



GROUP 1B (eight-year life)

GROUP 1--Furniture, Fixtures, General
Equipment, and All Other Property Not
Listed in Another Group
Year              Cost on File           Revised Cost           Depr.
1                                                                .88
-------------------------------------------------------------------------
2                                                                .75
-------------------------------------------------------------------------
3                                                                .63
-------------------------------------------------------------------------
4                                                                .50
-------------------------------------------------------------------------
5                                                                .38
-------------------------------------------------------------------------
6                                                                .25
-------------------------------------------------------------------------
7                                                                .20
-------------------------------------------------------------------------
Prior
-------------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 3

T. C. A. § 67-5-903

```
GROUP 2--Computers, Copiers, Peripherals, and Tools (three-year life)
Year              Cost on File          Revised Cost              Depr.
1                                                                  .67
-------------------------------------------------------------------------
2                                                                  .33
-------------------------------------------------------------------------
Prior                                                              .20
-------------------------------------------------------------------------
TOTAL
-------------------------------------------------------------------------




GROUP 3--Molds, Dies, and Jigs (four-year life)
Year              Cost on File          Revised Cost              Depr.
1                                                                  .75
-------------------------------------------------------------------------
2                                                                  .50
-------------------------------------------------------------------------
3                                                                  .25
-------------------------------------------------------------------------
Prior                                                              .20
-------------------------------------------------------------------------
TOTAL
-------------------------------------------------------------------------




GROUP 4--Aircraft, Boats and Towers (not classified as real property) (13-year
  life)
Year              Cost on File          Revised Cost              Depr.
1                                                                  .92
-------------------------------------------------------------------------
2                                                                  .85
-------------------------------------------------------------------------
3                                                                  .77
-------------------------------------------------------------------------
4                                                                  .69
-------------------------------------------------------------------------
5                                                                  .62
-------------------------------------------------------------------------
6                                                                  .54
-------------------------------------------------------------------------
7                                                                  .46
-------------------------------------------------------------------------
8                                                                  .38
-------------------------------------------------------------------------
9                                                                  .31
-------------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 4

T. C. A. § 67-5-903

```
10                                                                        .23
------------------------------------------------------------------------------
11                                                                        .20
------------------------------------------------------------------------------
Prior                                                                     .20
------------------------------------------------------------------------------
TOTAL
------------------------------------------------------------------------------




GROUP 5--Manufacturing Machinery (eight-year life)
Year              Cost on File           Revised Cost                  Depr.
1                                                                        .88
------------------------------------------------------------------------------
2                                                                        .75
------------------------------------------------------------------------------
3                                                                        .63
------------------------------------------------------------------------------
4                                                                        .50
------------------------------------------------------------------------------
5                                                                        .38
------------------------------------------------------------------------------
6                                                                        .25
------------------------------------------------------------------------------
7                                                                        .20
------------------------------------------------------------------------------
Prior                                                                    .20
------------------------------------------------------------------------------
TOTAL
------------------------------------------------------------------------------




GROUP 6--Billboards, Tanks, and Pipelines (unless classified as real property)
  (16-year life)
Year              Cost on File           Revised Cost                  Depr.
1                                                                        .94
------------------------------------------------------------------------------
2                                                                        .88
------------------------------------------------------------------------------
3                                                                        .81
------------------------------------------------------------------------------
4                                                                        .75
------------------------------------------------------------------------------
5                                                                        .69
------------------------------------------------------------------------------
6                                                                        .63
------------------------------------------------------------------------------
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. C. A. § 67-5-903

| | |
|---|---|
| 7 | .56 |
| 8 | .50 |
| 9 | .44 |
| 10 | .38 |
| 11 | .31 |
| 12 | .25 |
| 13 | .20 |
| Prior | .20 |
| TOTAL | |

GROUP 7--Scrap Property

| Year | Cost on File | Revised Cost | Depr. |
|---|---|---|---|
| All | | | .02 |

GROUP 8--Raw Materials and Supplies

```
        Cost on File    Revised Cost
        Original cost
```

(g)(1) Tangible personal property which the taxpayer treats as construction-in-process (hereinafter "CIP") for federal income tax purposes as of the assessment date may be reported in the taxpayer's schedule filed with the assessor at fifteen percent (15%) of its cost as reported for federal income tax purposes. Qualified pollution control property shall be valued as provided in § 67-5-604, notwithstanding its state of completion.

(2) No back assessments of CIP, as the term is used in subdivision (g)(1), shall occur prior to January 1, 1994. If back assessments have occurred involving CIP, those assessments shall be voided and all taxes paid shall be refunded to those taxpayers who have an action or claim pending before an assessing authority or court on the CIP issue.

1973 Pub.Acts, c. 226, § 6; 1975 Pub.Acts, c. 171, § 12; 1978 Pub.Acts, c. 700, § 1; 1990 Pub.Acts, c. 898, §§ 3, 5; 1990 Pub.Acts, c. 1075, § 2; 1993 Pub.Acts, c. 323, §§ 1, 2, eff. May 17, 1993; 1995 Pub.Acts, c. 305, § 124, eff. July 1, 1995; 1996 Pub.Acts, c. 833, § 1, eff. April 29, 1996; 1998 Pub.Acts, c. 898, § 1, eff. May 7, 1998; 2000 Pub.Acts, c. 649, § 3, eff. April 10, 2000.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.