IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

IN RE:  WINN-DIXIE STORES, INC., et al.　　　　Case No. 05-03817-3F1
　　　　　　　　　　Debtors.　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

**RESPONSE OF COUNTY OF CHESTERFIELD, VIRGINIA
TO DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS
AND MOTION FOR ORDER DETERMINING TAX
VALUES AND TAX LIABILITIES ("OBJECTION")**

**COMES NOW**, the County of Chesterfield, Virginia ("Chesterfield"), a taxing authority, whose personal property tax claim Debtors seek to reduce by $3,687.59 in their Objection filed herein.  In response to the Objection, Chesterfield asserts that:

1.　Chesterfield's claim in the amount of $12,379.72 is rightfully assessed, due and owing in full by the Debtors.

2.　Upon information and belief, Debtors have undertaken no independent assessment of the actual property owned by Debtors which is or was located in Chesterfield County and assessed by the County.

3.　Upon information and belief, Debtors' Objection to Chesterfield's claim is based solely on assessment of other properties located in other localities, which Chesterfield asserts is neither a reliable nor proper basis to contest Chesterfield's tax assessment of Debtors' property which is or was located in Chesterfield County.

WHEREFORE, Chesterfield respectfully requests the Court to deny Debtors' Objection to Chesterfield's claims.

Michael S. J. Chernau
Senior Assistant County Attorney
State Bar No. 25110
Chesterfield County
P. O. Box 40
Chesterfield, Virginia 23832
(804) 748-1491 – Office
(804) 717-6297 - Facsimile
chernaum@chesterfield.gov
Counsel for Creditor

          COUNTY OF CHESTERFIELD, VIRGINIA

    By:     /s/ Michael S. J. Chernau
                   Counsel

Michael S. J. Chernau
Senior Assistant County Attorney
State Bar No. 25110
Chesterfield County
P. O. Box 40
Chesterfield, Virginia 23832
(804) 748-1491 – Office
(804) 717-6297 – Facsimile
chernaum@chesterfield.gov
Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Response of County of Chesterfield, Virginia to Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities was filed and sent by first class mail, postage prepaid on the 8th day of May, 2006 to:

**D. J. Baker, Esquire**
Four Times Square
New York, NY 10036
Co-Counsel for the Debtor

**Cynthia C. Jackson, Esquire**
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

          /s/ Michael S. J. Chernau
          Michael S. J. Chernau