**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**WRITTEN RESPONSE OF THE COUNTY OF ROANOKE, VIRGINIA**
**IN OPPOSITION TO DEBTOR'S OMNIBUS OBJECTION TO**
**TAX CLAIMS AND MOTION FOR DETERMINING**
**TAX VALUES AND TAX LIABILITIES**

COMES NOW the County of Roanoke, Virginia ("Roanoke"), by Counsel, and opposes the Debtors' Omnibus Objection to Tax Claims and Motion for Determining Tax Values and Tax Liabilities ("Debtor's Objection") as it relates to Roanoke's personal property tax proof of claim filed in this case based on the following:

1) Roanoke filed a $6,784.75 proof of claim on March 22, 2006 for 2005 personal property taxes owed by the debtors for property at one store Debtor operated in Roanoke County, Virginia: the Bypass Road Store (a copy of this claim is attached as Exhibit A).

2) Debtors assert that Roanoke's claim should be reduced by $2,893.28 based on their appraiser's opinion that the property located at the Bypass Road location was worth

---

[1] In addition to Winn-Dixie Stores, Inc., the following entitles are debtors in these related cases: Astor Products, Inc., Crackin'; Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwick Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

$169,750.00 rather than $205,565.00 in 2004 (since 2004 had been paid, these taxes were not included in Roanoke's claim) and was worth $147,000.00 rather than $193,850.00 in 2005. (Debtor's Objection Exhibit A at p. 13 of 25 attached hereto as Exhibit B).

3) Roanoke's valuation was based upon the values declared in the tangible property tax return filed by the debtor's agent, John P. Taylor, Property Tax Manager on January 28, 2005 (see return attached as Exhibit C).

4) Debtors failed to provide any information about how the 2004-2005 assessments were addressed by the appraiser they hired, why this appraisal should supersede the cost information provided under oath by their agent and whether the reduction is proper under Virginia law.

5) Disallowance or reduction of a claim to which an objection is made in bankruptcy is not automatic. Rather, absent a finding of a statutorily enumerated reason, the claim should be considered allowed. *See* 11 U.S.C. §502(b); Rule 3001(f) and In re Bateman, 331 F.3d 821, 827 (11th Cir. 2003). Since the Debtor has not met its burden of producing evidence to rebut the presumption of the validity of Roanoke's claim, Roanoke is clearly entitled to full payment of the 2005 tax year with penalty and interest. In addition, no reduction of Roanoke's claim nor set off of further tax payments should be allowed based on the 2004 tax year which was paid in full and not a part of this bankruptcy proceeding.

WHEREFORE, Roanoke prays that:

1) The Debtor's objection to Roanoke's claim be denied in its entirety;

2) That the Debtor be required to promptly pay Roanoke's $6,784.75 proof of claim with interest; and

3) That Roanoke be granted its costs incurred in the defense of the Debtor's Objection and for such other future relief as is appropriate.

>Respectfully submitted,
>
>COUNTY OF ROANOKE, VIRGINIA
>
>By:   /s/ Katherine Howe Jones
>      Katherine Howe Jones
>      Assistant Roanoke County Attorney

Katherine Howe Jones, (VSB No. 23678)
Assistant County Attorney
Office of the County Attorney
County of Roanoke
P.O. Box 29800
Roanoke, VA 24018
Telephone: (540) 772-2071
Facsimile: (540) 772-2089

## CERTIFICATE OF SERVICE

I hereby certify that the original of the foregoing Written Response of the County of Roanoke, Virginia in Opposition to Debtor's Omnibus Objection to Tax Claims and Motion for Determining Tax Values and Tax Liabilities was filed with the Bankruptcy Court for the Middle District of Florida, Jacksonville Division via Federal Express and a copy was faxed to D. J. Baker, Four Times Square, New York, New York 10036, (212) 735-2000 (facsimile) and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (904) 359-7708 (facsimile) this 5th day of May, 2006.

>/s/ Katherine Howe Jones
>Katherine Howe Jones, Esquire