| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF ROANOKE    (County and State: ROANOKE, VA) | | | | | | | | | |
| | 0980 | PP | 0935727 | 2004 | 205,565 | $7,194.78 | 169,750 | $5,941.25 | A |
| | 0980 | PP | 0935727 | 2005 | 193,850 | $6,784.75 | 147,000 | $5,145.00 | A |
| | | | | Tax Subtotals | | $13,979.53 | | $11,086.25 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

EXHIBIT B