**2005**  **County of Roanoke**  **2005**

OFFICE OF COMMISSIONER OF THE REVENUE
P.O. BOX 20409, ROANOKE, VIRGINIA 24018-0513
PHONE (540) 772-2046

## RETURN OF BUSINESS TANGIBLE PERSONAL PROPERTY & MACHINERY AND TOOLS

YOU MUST ANSWER THE QUESTIONS AT BOTTOM OF RETURN TO AVOID STATUTORY ASSESSMENT.

517

ACCT NO. 0935727 B

NAME AND MAILING ADDRESS OF TAXPAYER (If Partnership, give name of each partner)

WINN DIXIE RALEIGH INC
T/A WINN DIXIE STORE #980-VINTON
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

FED. I.D. OR SOC. SEC. # 560670665

THIS IS NOT A BILL.
IMPORTANT: PLEASE READ THE INFORMATION ON THE BACK BEFORE COMPLETING THIS RETURN.

RETURN MUST BE FILED BY FEBRUARY 1, 2005
TO AVOID A 10% PENALTY.
(VIRGINIA STATE CODE 58.1-3916).

PHYSICAL ADDRESS of reported property

NATURE OF BUSINESS

**SCHEDULE 1** — TANGIBLE PERSONAL PROPERTY including furniture, fixtures, books, office and business machines, shop tools and other equipment used in any business or profession. (LIST LEASED PROPERTY ON REVERSE) DO NOT LIST COMPUTER EQUIPMENT ON THIS FORM. SEE ATTACHED.

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF BUSINESS PROPERTY | ASSESSMENT FORMULA | ASSESSED VALUATION |
|---|---|---|---|
| COST OF PROPERTY PURCHASED PRIOR TO DECEMBER 31, 2000 | | 20% | |
| COST OF PROPERTY PURCHASED IN 2001 | SEE ATTACHED | 30% | |
| COST OF PROPERTY PURCHASED IN 2002 | | 40% | |
| COST OF PROPERTY PURCHASED IN 2003 | | 50% | |
| COST OF PROPERTY PURCHASED IN 2004 | | 60% | |
| TOTAL COST OF PROPERTY OWNED AS OF JANUARY 1, 2005 | $ | | 193,850 |

**SCHEDULE 2** — MACHINERY & TOOLS used in manufacturing, mining, processing, reprocessing, broadcasting, dry cleaners or commercial laundry, and dairy businesses. (LIST LEASED PROPERTY ON REVERSE)

| ENTER ORIGINAL CAPITALIZED COST TO RIGHT AS INDICATED BELOW | COST OF MACHINERY & TOOLS | ASSESSMENT FORMULA | ASSESSED VALUATION |
|---|---|---|---|
| PURCHASED PRIOR TO 12-31-94 | | 15% | |
| PURCHASED 1-1-95 THRU 12-31-99 | | 20% | |
| PURCHASED 1-1-00 THRU 12-31-04 | | 25% | |
| TOTAL COST OF MACHINERY & TOOLS AS OF JANUARY 1, 2005 | $ | | |

The Code of Virginia §58.1-3107 requires that we obtain full and complete tax returns. You can attach an itemized list or your most recent federal depreciation schedule (form 4562). If we receive a form that has *"see attached"* or *"same as last year"* it will not be accepted as complete or on time and will be returned immediately.

★ Is your business located in Roanoke County as of January 1, 2005?  ✓ Yes ___ No
★ Is your business located in the Town of Vinton as of January 1, 2005? ___ Yes ___ No
★ If you are no longer in business, give the date you ceased operations. 1/19/20__
★ If your business has moved, give the date moved ___/___/___ and new address.

RECEIVED JAN 0 5 2005 TAX DEPT.

DECLARATION BY T_
of my knowledge and I_  _(signature)_  Date JAN 28 2005
John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

NOTE: It is a misdemeanor for any person willfully to subscribe a return which he does not believe to be true and correct as to every material matter. (Code of Virginia Sec. §58.1-11)

BUS. PHONE _____    HOME PHONE _____

**EXHIBIT C**