IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| IN RE:  WINN-DIXIE STORES, INC., et al. | Case No. 05-03817-3F1 |
| Debtors. | Chapter 11 |
| | Jointly Administered |

**MOTION TO APPEAR PRO HOC VICE AND WAIVER OF
REQUIREMENT TO DESIGNATE LOCAL COUNSEL**

**COMES NOW** Michael S. J. Chernau, Esquire, Senior Assistant County Attorney for Chesterfield County, Virginia, pursuant to Local Rule 2090-1, and moves for special admission to appear and be heard before the Court in this case.  Movant does aver that he is a member in good standing of the Bankruptcy Court for the Eastern District Court of Virginia.  Movant further moves the Court to waive the requirement for designation of local counsel as permitted by the Local Rules for good cause shown.  Movant anticipates his participation to be limited to filing a Response to Debtors' Omnibus Objection to Claims and Motion for Order Determining Tax Values and Tax Liabilities and any oral arguments related thereto.

                                              MICHAEL S. J. CHERNAU, ESQ.

                                              /s/ Michael S. J. Chernau
                                                       Counsel

Michael S. J. Chernau
Senior Assistant County Attorney
State Bar No. 25110
Chesterfield County
P. O. Box 40
Chesterfield, Virginia 23832
(804) 748-1491 – Office
(804) 717-6297 – Facsimile
chernaum@chesterfield.gov
Counsel for Creditor

Michael S. J. Chernau
Senior Assistant County Attorney
State Bar No. 25110
Chesterfield County
P. O. Box 40
Chesterfield, Virginia 23832
(804) 748-1491 – Office
(804) 717-6297 – Facsimile
chernaum@chesterfield.gov
Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Appear Pro Hoc Vice and Waiver of Requirement to Designate Local Counsel was filed and sent by first class mail, postage prepaid on the 8th day of May, 2006 to:

**D. J. Baker, Esquire**
Four Times Square
New York, NY 10036
Co-Counsel for Debtors

**Cynthia C. Jackson, Esquire**
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

                /s/ Michael S. J. Chernau
                Michael S. J. Chernau