UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REPLY TO OBJECTION TO CLAIM

The Court finds that the Reply to Objection to Claim and Motion for an Order Determining Tax Values and Liabilities filed by Kenneth O. Fritz on behalf of The Chattanooga City Treasurer on May 8, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Reply to Objection to Claim and Motion for an Order Determining Tax Values and Liabilities filed by Kenneth O. Fritz on behalf of The Chattanooga City Treasurer on May 8, 2006 is stricken from the record.

DATED May 9, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Kenneth O. Fritz, The Chattanooga City Treasurer, 801 Broad Street, Suite 400, Chattanooga, TN 37402