UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about May 2, 2006, I caused copies of:

- the **Notice of Debtors' Tenth Omnibus Objection to (A) Duplicative Claims and (B) Amended and Superseded Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as **Exhibit A (Duplicative Claimants), Exhibit B (Amended & Superseded Claimants)**. A copy of the served Notices as listed above is attached hereto as Exhibit C and D.

Dated: May 9, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 1E, 1F

EXHIBIT A
SERVICE LIST

[DUPLICATIVE CLAIMANTS]

**Notice of Debtors' Tenth Omnibus Objection to**
**(A) Duplicative Claims and (B) Amended and Superseded Claims**
**[Duplicative Claimants]**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241617-12<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN JOHN FARGNOLI, CR MGR<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | CREDITOR ID: 417116-BB<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN DAMIAN RODRIGUEZ/JOHN FARGNOLI<br>51 MERCEDES WAY<br>EDGEWOOD NY 11747 | CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344 |
| CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 419281-ST<br>BOUTWELL, GILFORD FRANKLIN<br>2388 ASHMORE DR<br>CLEARWATER FL 33763-1645 | CREDITOR ID: 406402-MS<br>BOUTWELL, GLIFORD F<br>2388 ASHMORE DRIVE<br>CLEARWATER FL 33763 |
| CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 403627-94<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 246974-12<br>COOPERATIVE PROPANE INC<br>ATTN JUDY M BRAGG<br>414 TWAIN CURVE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 246975-12<br>COOPERATIVE PROPANE MONTGOMERY<br>414 TWAIN CURV<br>MONTGOMERY AL 36117-2210 | CREDITOR ID: 422893-ST<br>CUTCLIFFE, WILLIAM & MARGARET<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 397977-76<br>GAMBLE, BRODERICK ET AL<br>2635 23RD STREET<br>TUSCALOOSA, AL 35401 |
| CREDITOR ID: 398163-77<br>GAMBLE, BRODERICK ET AL<br>C/O C BROOKS & T BRAXTON<br>2705 FOURTH AVENUE S<br>BIRMINGHAM, AL 35233 | CREDITOR ID: 417418-15<br>MCCOOK, RICHARD P<br>1317 CHARTE COURT EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 421821-ST<br>MCCOOK, RICHARD P<br>1317 CHARTED COURT EAST<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 269513-18<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 175475-09<br>MCNALLY, ROSE MARIE C<br>82 RAEMOORE DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 407005-MS<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 |
| CREDITOR ID: 422512-ST<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | CREDITOR ID: 407152-MS<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 403917-94<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 269660-19<br>SHERRILL, MIGNON<br>C/O BETTS & ASSOCIATES<br>ATTN DAVID E BETTS, ESQ<br>140 PEACHTREE STREET NW<br>ATLANTA GA 30303 | CREDITOR ID: 407711-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 410715-15<br>TAYLOR, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PK BLVD, SUITE H<br>LOUISVILLE KY 40207 | CREDITOR ID: 407390-MS<br>WOOTEN, SONNY R<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016 | CREDITOR ID: 422341-ST<br>WOOTEN, SONNY R<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016-8329 |

**Total: 27**

EXHIBIT B
SERVICE LIST

[AMENDED & SUPESEDED CLAIMANTS]

Case 3:05-bk-03817-JAF  Doc 7720  Filed 05/09/06  Page 5 of 14

SERVICE LIST  Page 1 of 4
Notice of Debtors' Tenth Omnibus Objection to
(A) Duplicative Claims and (B) Amended and Superseded Claims
[Amended and Superseded Claimants]

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.    **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 394070-61<br>ADORNO & YOSS, LLP<br>ATTN GREGORY A VICTOR, PARTNER/VP<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134-6012 | CREDITOR ID: 399385-99<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 417109-97<br>ATKINS NUTRITIONALS INC<br>ATTN: BILL VOGTS, DIR, CUST ACCNTG<br>105 MAXESS ROAD, STE N109<br>MELVILLE NY 11747 | CREDITOR ID: 242713-12<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 | CREDITOR ID: 406367-MS<br>BATES, JOHN<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 |
| CREDITOR ID: 420079-ST<br>BATES, JOHN L III<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 | CREDITOR ID: 415973-15<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | CREDITOR ID: 405932-93<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 399662-79<br>CAREERSTAFF UNLIMITED INC<br>ATTN DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE NC 28217 | CREDITOR ID: 246135-12<br>CITY OF ROCK HILL<br>C/O SPENCER & SPENCER, PA<br>ATTN SUSAN E DRISCOLL, ESQ<br>226 EAST MAIN STREET, STE 200<br>PO BOX 790<br>ROCK HILL SC 29731-0790 |
| CREDITOR ID: 246135-12<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL, SC 29731-1164 | CREDITOR ID: 318691-43<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE SUITE 700<br>GREENVILLE, SC 29601 | CREDITOR ID: 251180-12<br>COUNTY OF HAMILTON TRUSTEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS<br>ATTN SCOTT N BROWN JR, ESQ<br>PO BOX 1749<br>CHATTANOOGA, TN 37401-1749 |
| CREDITOR ID: 240494-06<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | CREDITOR ID: 416870-AV<br>COUNTY OF HILLSBOROUGH, FL<br>OFFICE OF THE FIRE MARSHAL<br>ATTN SHERENE OSBORN, PATIENT ACCTS<br>PO BOX 310398<br>TAMPA FL 33680 | CREDITOR ID: 248135-12<br>DIGITAL 1 STOP<br>ATTN SCOTT MOSS, VP<br>2445 NEVADA AVENUE NORTH<br>GOLDEN VALLEY, MN 55427 |
| CREDITOR ID: 399400-15<br>DIGITAL 1 STOP<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 406005-15<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON FL 33432 | CREDITOR ID: 248945-12<br>EMBUTIDOS PALACIOS USA INC<br>ATTN IVAN SAN MARTIN, VP<br>350 NE 75TH ST<br>MIAMI, FL 33138 |
| CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 406122-97<br>GOLDEN FLAKE SNACK FOODS INC<br>ATTN MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 |
| CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA LAFLEUR, ESQ.<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410976-15<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |

Case 3:05-bk-03817-JAF   Doc 7720   Filed 05/09/06   Page 6 of 14

SERVICE LIST  Page 2 of 4
Notice of Debtors' Tenth Omnibus Objection to
(A) Duplicative Claims and (B) Amended and Superseded Claims
[Amended and Superseded Claimants]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD<br>SUITE 510<br>BETHESDA MD 20815 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 |
| CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN LAW OFFICE<br>ATTN ROBERT A HECKIN, ESQ<br>1 SLEIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 | CREDITOR ID: 402204-90<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 420529-ST<br>HARDEN, LAVERN & CLIFFORD W JT TEN<br>1312 SORRELLS CT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 382719-51<br>INFORMATION BUILDERS, INC<br>ATTN FRANK MOLITOR, VP OF FINANCE<br>TWO PENN PLAZA<br>NEW YORK NY 10121 |
| CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2199-07<br>KING EDWARD, INC FKA<br>C/O INZER, HANEY & MCWHORTER, PA<br>ATTN ROBERT D MCWHORTER, JR, ESQ<br>601 BROAD STREET, 2D FL<br>PO DRAWER 287<br>GADSDEN AL 35902-0287 | CREDITOR ID: 2199-07<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 278912-30<br>LEASA INDUSTRIES, INC<br>ATTN GEORGE YAP, PRESIDENT<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147 |
| CREDITOR ID: 278912-30<br>LEASA INDUSTRIES, INC<br>C/O SANTOS STOKES LLP<br>ATTN CRAIG A STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 |
| CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | CREDITOR ID: 410752-15<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 416843-15<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 382036-36<br>LUIGINO'S INC<br>ATTN SEAN BRENNAN, CR MGR<br>525 LAKE AVENUE SOUTH<br>PO BOX 16630<br>DULUTH MN 55802 | CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>PO BOX 16630<br>DULUTH MN 55816 |
| CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>C/O FRYBERGER LAW FIRM<br>ATTN SHAWN M DUNLEVY, ESQ<br>302 N SUPERIOR STREET, SUITE 700<br>DULUTH  MN 55802 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |

**Notice of Debtors' Tenth Omnibus Objection to**
**(A) Duplicative Claims and (B) Amended and Superseded Claims**
**[Amended and Superseded Claimants]**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 279188-29<br>NDCHEALTH CORPORATION<br>ATTN DUNCAN M HARLE & HA ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329-2010 | CREDITOR ID: 380980-47<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | CREDITOR ID: 257177-12<br>NYSE GROUP, INC, FKA<br>NEW YORK STOCK EXCHANGE, INC<br>ATTN IRINA KOGAN-CHAPKO<br>20 BROAD STREET, 8TH FLOOR<br>NEW YORK NY 10005 |
| CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O MELAND, RUSSIN, ET AL<br>ATTN JONATHAN R WILLIAMS, ESQ<br>200 S BISCAYNE BLVD, SUITE 3000<br>MIAMI FL 33131 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 258729-12<br>POST & COURIER, THE<br>ATTN CAL PURVIS, CR MGR<br>134 COLUMBUS ST<br>CHARLESTON, SC 29403-4809 |
| CREDITOR ID: 395551-15<br>POST & COURIER, THE<br>C/O SZABO ASSOCIATES INC<br>ATTN MARILYN ZIMMERMAN<br>3355 LENOX ROAD, 9TH FLOOR<br>ATLANTA GA 30326 | CREDITOR ID: 392385-55<br>RANDEL, TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 403228-92<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O COZEN O'CONNOR<br>ATTN JERROLD N POSLUSNY JR, ESQ<br>457 HADDONFIELD ROAD, SUITE 300<br>PO BOX 5459<br>CHERRY HILL NJ 08002-2220 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 411292-15<br>SOUTHWESTERN BELL TELEPHONE, LP<br>ATTN TRACY VALDEZ, BANKR REP<br>PO BOX 981268<br>WEST SACRAMENTO CA 95798 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 416275-15<br>SUN HEALTHCARE GROUP, INC DBA<br>CAREERSTAFF UNLIMITED, INC<br>ATTN REGINA M RIES, ESQ<br>26 W DRY CREEK CIRCLE, SUITE 600<br>LITTLETON CO 80120 | CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 | CREDITOR ID: 410977-15<br>WATCH OMEGA HOLDINGS, LP BY<br>GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 411026-99<br>WD GREEN COVE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 411026-99<br>WD GREEN COVE TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 411024-99<br>WD JACKSONVILLE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 411024-99<br>WD JACKSONVILLE TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 411025-99<br>WD PASCO TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 411025-99<br>WD PASCO TRUST<br>C/O HELD & ISRAEL<br>ATTN E HELD/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN: MARK A KELLEY, ESQ<br>11 PIEDMONT CENTER, SUITE 900<br>ATLANTA GA 30305 |

**Notice of Debtors' Tenth Omnibus Objection to**
**(A) Duplicative Claims and (B) Amended and Superseded Claims**
**[Amended and Superseded Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                       **CASE:   05-03817-3F1**

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 402089-15
YELLOW TRANSPORTATION, INC
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES
PO BOX 5126
TIMONIUM MD 21094

**Total:   83**

EXHIBIT C

DUPLICATIVE NOTICE

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |
| ) | |

**NOTICE OF DEBTORS' TENTH OMNIBUS OBJECTION TO**
**(A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**

Creditor ID:                                                       Creditor ID:

Counsel ID:                                                        Counsel ID:

| CLAIM(S) TO BE DISALLOWED & EXPUNGED | REMAINING CLAIM |
|---|---|
| **Duplicate Claim to be Disallowed:**<br>**Amount of Claim to be Disallowed:**<br><br>**Reason for Disallowance:** | **Remaining Claim No.:** |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 2, 2006 their Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.    The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the claim duplicates another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 25, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **June 1, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 2, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D.J. Baker*  <br>    D.J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Walker Gray  <br>    Jane M. Leamy  <br>Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | By  */s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post  <br>    Cynthia C. Jackson  <br>    Florida Bar Number 175460  <br>225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br> jpost@smithhulsey.com |

EXHIBIT D

AMENDED & SUPERSEDED NOTICE

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' TENTH OMNIBUS OBJECTION TO**
**(A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**

Creditor ID:                                                                 Creditor ID:

Additional Notice Party:                                              Additional Notice Party:

Transferee ID:

| **CLAIM(S) TO BE DISALLOWED** | **REMAINING CLAIM** |
|---|---|
| **Amended Claims to be Disallowed:**<br>**Amount of Claim to be Disallowed:**<br><br>**Reason for Disallowance:** | **Remaining Claim No.:**<br>**Amount of Remaining Claim:** |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 2, 2006 their Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.      The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED on the ground that the claim was amended and superseded by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

    3.  If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

    4.  If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 25, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

    5.  Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

    6.  In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

    7.  A hearing will be held on **June 1, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

    8.  If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

    9.  The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

    10.  **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 2, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By /s/ D.J. Baker<br>  D.J. Baker<br>  Sally McDonald Henry<br>  Rosalie Walker Gray<br>  Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By /s/ James H. Post<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson<br>  Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |