# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 3, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Tenth Omnibus Objection to (A) Duplicative Claims and (B) Amended and Superseded Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: May 9, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Hearing**
**Debtors' Tenth Omnibus Objection to (A) Duplicative Claims**
**and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 |
| CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 423158-97<br>CAPX REALTY LLC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: M.BEAL & Z.BANCROFT<br>450 S ORANGE AVE, STE 800<br>ORLANDO FL 32801 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA |
| CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 |
| CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>885 THIRD AVE STE 3300<br>NEW YORK NY 10022 | CREDITOR ID: 417049-97<br>DUANE MORRIS LP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO/JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>1700 PACIFIC AVE STE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Tenth Omnibus Objection to (A) Duplicative Claims**
**and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN CHRIS MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 452058-98
SASCO 1996-CFL DOUGLAS CENTER LP
C/O LNR PARTNERS, INC
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGRESS ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:   52**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 1, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **May 25, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: May 2, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By      s/ D. J. Baker
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By      s/ James H. Post
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

2

Hearing Date:   June 1, 2006 at 1:00 p.m.
Obj. Deadline:   May 25, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' TENTH OMNIBUS OBJECTION TO
## (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A and B (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.   The Chapter 11 Filings

1.   On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,200 proofs of claim (the "Proofs of Claim") have been filed against

the Debtors in these cases.  Notice of the claims bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including any supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

**RELIEF REQUESTED**

8.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the Disputed Claims, as set forth below.

**BASIS FOR RELIEF**

A.    <u>Duplicate Claims</u>

9.    As a result of their review, the Debtors have identified approximately 18 proofs of claim that appear to be duplicative of other claims filed against the Debtors (the "Duplicate Claims").  A list of the Duplicate Claims is attached as Exhibit A.  Adjacent to the identified Duplicate Claim on Exhibit A, the Debtors have identified the related claim that will remain if the Court grants this Objection (the "Remaining Claim").

10.    In some instances creditors appear to have asserted identical claims with slight variation in names or addresses.  Other creditors appear to have filed multiple claims using the exact same names and addresses against the same Debtor, asserting the same liability - -

3

possibly because (a) they received multiple claim forms in the mail, (b) they filed claims with

both the Court and the Debtors' claims agent or (c) they filed multiple claims, each of which

appeared to be an original claim, and the Debtors were unable to determine if they were intended

as originals or copies of the original.  Because each of these claims appears to be a duplicate of a

related Remaining Claim, each such Duplicate Claim should be disallowed.[3]

      11.    The Debtors (a) object to the Duplicate Claims listed on Exhibit A and (b)

seek entry of the Proposed Order disallowing and expunging the Duplicate Claims.  Claimants

may elect, by not timely responding to this Objection, to permit their Duplicate Claims listed on

Exhibit A to be disallowed and expunged.  In the absence of a Response (as defined in paragraph

18 below), the Debtors will present to the Court the Proposed Order disallowing and expunging

the Duplicate Claims.

B.     <u>Amended and Superseded Claims</u>

      12.    As a result of their review, the Debtors have identified approximately 61

proofs of claim (the "Amended Claims") that appear to have been amended and superseded by

later filed claims.  A list of the Amended Claims is attached as Exhibit B.  Adjacent to the

identified Amended Claim on Exhibit B, the Debtors have identified the related later filed claim

that will remain if the Court grants this Objection (the "Remaining Claim").

      13.    Some of the Remaining Claims assert liability in a different amount against

the same Debtor, while other Remaining Claims assert a different classification of their claim or

attach additional documentation.  The Debtors believe that the claimants holding Amended

---

[3]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to
such claims upon notice to the claimants.

Claims will not be prejudiced by having their Amended Claims disallowed because their Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

14.    Accordingly, the Debtors (a) object to the Amended Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Amended Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 18 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

15.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

16.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the proofs of claim or any other claims (filed or not) which may be asserted against the Debtors.  Should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors reserve their rights to object on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors reserve the right to seek further reduction of any claim to the extent such claim has been paid.

17.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

---

[4]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such

Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.      Filing and Service of Responses

18.      Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **May 25, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.      Timely Response Required; Hearing; Replies

19.   If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **June 1, 2006, at 1:00 p.m.**

**(Eastern Time)**, or such other date and time as parties filing responses may be notified.  Only

those Responses made in writing and timely filed and received will be considered by the Court at

any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

20.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim without further notice to the claimant.

## NOTICE

21.     As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A and B.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit C (a) disallowing the Duplicate Claims and (b) disallowing the Amended Claims and (iii) grant such other and further relief as is just and proper.

Dated: May 2, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___ s/ D. J. Baker _____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___ s/ James H. Post _____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

9

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 417116** ADP INVESTOR COMMUNICATION SERVICES ATTN DAMIAN RODRIGUEZ/JOHN FARGNOLI 51 MERCEDES WAY EDGEWOOD NY 11747 | 2876 Debtor: | 13064 **WINN-DIXIE STORES, INC.** | $2,567.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416974** ALEXANDER, LORETHIA RT 1, BOX 3130 MONTICELLO FL 32344 Counsel: ATTN MARIE A MATTOX, ESQ | 12586 Debtor: | 12739 **WINN-DIXIE STORES, INC.** | $75,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 419281** BOUTWELL, GILFORD FRANKLIN 2388 ASHMORE DR CLEARWATER FL 33763-1645 | 6979 Debtor: | 13154 **WINN-DIXIE STORES, INC.** | $189,014.97 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN FOR $114,672 AND CLAIM NUMBER 6980 FOR $74,342.97 FOR A TOTAL OF $189,014.97. |
| **Creditor Id: 403627** BYRUM, DAVID M 764 EAGLE POINT DRIVE SAINT AUGUSTINE FL 32092 | 5927 Debtor: | 6054 **WINN-DIXIE STORES, INC.** | $116,533.29 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406448** BYRUM, DAVID M 764 EAGLE POINT DRIVE SAINT AUGUSTINE FL 32092 | 5928 Debtor: | 6055 **WINN-DIXIE STORES, INC.** | $177,403.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246975** COOPERATIVE PROPANE MONTGOMERY 414 TWAIN CURV MONTGOMERY AL 36117-2210 | 9272 Debtor: | 10094 **WINN-DIXIE STORES, INC.** | $3,173.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422893** CUTCLIFFE, WILLIAM & MARGARET 1033 BROOKSTONE LANE BIRMINGHAM AL 35235 | 12993 Debtor: | 12994 **WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 398163**<br>GAMBLE, BRODERICK ET AL<br>C/O C BROOKS & T BRAXTON<br>2705 FOURTH AVENUE S<br>BIRMINGHAM, AL 35233 | 6373<br>**Debtor:** | 11365<br>**WINN-DIXIE STORES, INC.** | $300,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 421821**<br>MCCOOK, RICHARD P<br>1317 CHARTED COURT EAST<br>JACKSONVILLE FL 32225 | 12941<br>**Debtor:** | 13006<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269513**<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>**Debtor:** | 3732<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269513**<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>**Debtor:** | 3741<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422512**<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | 12299<br>**Debtor:** | 13149<br>**WINN-DIXIE STORES, INC.** | $230,254.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256911**<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>**Debtor:** | 9446<br>**WINN-DIXIE STORES, INC.** | $42,807.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403917**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11843<br>**Debtor:** | 12771<br>**WINN-DIXIE STORES, INC.** | $20,450.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407152**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11842<br>Debtor: **WINN-DIXIE STORES, INC.** | 12770 | $19,540.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269660**<br>SHERRILL, MIGNON<br>C/O BETTS & ASSOCIATES<br>ATTN DAVID E BETTS, ESQ<br>140 PEACHTREE STREET NW<br>ATLANTA GA 30303 | 9881<br>Debtor: **WINN-DIXIE STORES, INC.** | 11322 | $150,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410715**<br>TAYLOR, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 7319<br>Debtor: **WINN-DIXIE STORES, INC.** | 9527 | $12,005.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422341**<br>WOOTEN, SONNY R<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016-8329 | 12271<br>Debtor: **WINN-DIXIE STORES, INC.** | 13174 | $226,422.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**Total Claims to be Disallowed:** 18

**Total Amount to be Disallowed:** $1,565,171.65    Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 394070**<br>ADORNO & YOSS, LLP<br>ATTN GREGORY A VICTOR, PARTNER/VP<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134-6012 | 13164<br>**Debtor:** | $192,284.61<br>WINN-DIXIE STORES, INC. | 5587 | $204,003.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399385**<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 12845<br>**Debtor:** | $436,606.14<br>WINN-DIXIE RALEIGH, INC. | 9123 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399385**<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 12844<br>**Debtor:** | $436,606.14<br>WINN-DIXIE STORES, INC. | 9124 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 242713**<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 | 11535<br>**Debtor:** | $141,625.99<br>WINN-DIXIE STORES, INC. | 7439 | $68,367.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 420079**<br>BATES, JOHN L III<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 | 7136<br>**Debtor:** | $20,819.00<br>WINN-DIXIE STORES, INC. | 13120 | $20,819.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | 12965<br>**Debtor:** | $488,218.50<br>WINN-DIXIE STORES, INC. | 11983 | $545,978.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  405932**<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD  TX  79504 | 6817 | $322,442.00 | 4575 | $291,250.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id:  399662**<br>CAREERSTAFF UNLIMITED INC<br>ATTN DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE  NC  28217 | 12254 | $4,216.00 | 2023 | $1,836.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id:  246135**<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL, SC  29731-1164<br><br>Counsel: ATTN SUSAN E DRISCOLL, ESQ | 12902 | $86,188.21 | 8915 | $169,081.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE RALEIGH, INC.** | | | |
| **Creditor Id:  318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE SUITE 700<br>GREENVILLE, SC  29601 | 12927 | $80,078.12 | 2406 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id:  318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE SUITE 700<br>GREENVILLE, SC  29601 | 12927 | $80,078.12 | 2407 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE LOGISTICS, INC.** | | | |
| **Creditor Id:  251180**<br>COUNTY OF HAMILTON TRUSTEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS<br>ATTN SCOTT N BROWN JR, ESQ<br>PO BOX 1749<br>CHATTANOOGA,  TN  37401-1749 | 12950 | $15,431.00 | 4206 | $28,398.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | **WINN-DIXIE STORES, INC.** | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 240494**<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA  FL  33610 | 12466<br>Debtor: | $282.00<br>WINN-DIXIE STORES, INC. | 1055 | $135.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399400**<br>DIGITAL 1 STOP<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY  NJ  08512 | 5499<br>Debtor: | $66,314.75<br>WINN-DIXIE STORES, INC. | 581 | $82,665.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406005**<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON  FL  33432 | 8785<br>Debtor: | $5,584.75<br>WINN-DIXIE STORES, INC. | 2856 | $6,002.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381794**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 13049<br>Debtor: | $295,146.30<br>WINN-DIXIE STORES, INC. | 10711 | $48,053.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250702**<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL  35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832<br>Debtor: | $543,188.43<br>WINN-DIXIE STORES, INC. | 1267 | $502,358.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410976**<br>GREAT OAK LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12443 | $8,975.08 | 10252 | $1,179.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 1395**<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD<br>SUITE 510<br>BETHESDA MD 20815 | 12174 | $627,515.02 | 7269 | $631,113.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN JEFFREY L TARKENTON, ESQ | | | | | |
| **Creditor Id: 2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | 12904 | $10,875.20 | 8565 | $10,875.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN ROBERT A HECKIN, ESQ | | | | | |
| **Creditor Id: 402204**<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 | 12988 | $39,952.28 | 1257 | $44,708.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 252126**<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | 12835 | $482,630.80 | 9136 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN NICOLE S BIDDLE, ESQ | | | | | |
| **Creditor Id: 252126**<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | 12834 | $482,630.80 | 9137 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN NICOLE S BIDDLE, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 382719**<br>INFORMATION BUILDERS, INC<br>ATTN FRANK MOLITOR, VP OF FINANCE<br>TWO PENN PLAZA<br>NEW YORK NY 10121 | 12932<br>Debtor: | $38,760.80<br>WINN-DIXIE STORES, INC. | 7005 | $272,069.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410902**<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12167<br>Debtor: | $30,453.10<br>WINN-DIXIE STORES, INC. | 10067 | $8,947.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2199**<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996<br><br>Counsel: ATTN ROBERT D MCWHORTER, JR, ESQ | 12917<br>Debtor: | $302,500.00<br>WINN-DIXIE MONTGOMERY, INC. | 10712 | $2,239,359.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 12327<br>Debtor: | $468,351.10<br>WINN-DIXIE STORES, INC. | 10890 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 12326<br>Debtor: | $413,183.81<br>WINN-DIXIE MONTGOMERY, INC. | 10891 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278912**<br>LEASA INDUSTRIES, INC<br>ATTN GEORGE YAP, PRESIDENT<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147<br><br>Counsel: ATTN CRAIG A STOKES, ESQ | 11835<br>Debtor: | $7,567.40<br>WINN-DIXIE STORES, INC. | 1391 | $105,962.85 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12408<br>Debtor: | $73,161.67<br>WINN-DIXIE MONTGOMERY, INC. | 7353 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12409<br>Debtor: | $73,161.67<br>WINN-DIXIE STORES, INC. | 7354 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381760**<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | 1886<br>Debtor: | $500,000.00<br>WINN-DIXIE STORES, INC. | 130 | $2,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST<br>FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 | 12956<br>Debtor: | $225,750.00<br>WINN-DIXIE STORES, INC. | 9567 | $1,891,995.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST<br>FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 | 12972<br>Debtor: | $328,543.56<br>WINN-DIXIE STORES, INC. | 12956 | $225,750.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416843**<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12326<br>Debtor: | $413,183.81<br>WINN-DIXIE STORES, INC. | 12391 | $440,093.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 382036**<br>LUIGINO'S INC<br>ATTN SEAN BRENNAN, CR MGR<br>525 LAKE AVENUE SOUTH<br>PO BOX 16630<br>DULUTH MN 55802 | 4585<br>**Debtor:** | $348,291.00<br>**WINN-DIXIE STORES, INC.** | 1021 | $395,340.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255884**<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324<br>**Debtor:** | $285,581.19<br>**WINN-DIXIE STORES, INC.** | 6184 | $6,676.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279188**<br>NDCHEALTH CORPORATION<br>ATTN DUNCAN M HARLE & HA<br>ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329-2010<br><br>Transferee: AMROC INVESTMENTS LLC | 11767<br>**Debtor:** | $138,074.64<br>**WINN-DIXIE STORES, INC.** | 300 | $74,107.73 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 380980**<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | 11898<br>**Debtor:** | $64,121.40<br>**WINN-DIXIE STORES, INC.** | 2177 | $64,112.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257177**<br>NYSE GROUP, INC. FKA<br>NEW YORK STOCK EXCHANGE, INC<br>ATTN IRINA KOGAN-CHAPKO<br>20 BROAD STREET, 8TH FLOOR<br>NEW YORK NY 10005 | 13163<br>**Debtor:** | $20,612.00<br>**WINN-DIXIE STORES, INC.** | 6747 | $143,529.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  258574** | 12930 | $31,613.60 | 2563 | $23,799.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| PINES CARTER OF FLORIDA, INC | | Debtor:  **WINN-DIXIE STORES, INC.** | | | |
| C/O PINES GROUP INC | | | | | |
| ATTN R PINES, PRES OR G PINES, ESQ | | | | | |
| 3301 PONCE DELEON BLVD | | | | | |
| CORAL GABLES, FL 33134 | | | | | |
| Counsel: ATTN JONATHAN R WILLIAMS, ESQ | | | | | |
| **Creditor Id:  395551** | 2687 | $5,030.15 | 328 | $5,722.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| POST & COURIER, THE | | Debtor:  **WINN-DIXIE RALEIGH, INC.** | | | |
| C/O SZABO ASSOCIATES INC | | | | | |
| ATTN MARILYN ZIMMERMAN | | | | | |
| 3355 LENOX ROAD, 9TH FLOOR | | | | | |
| ATLANTA GA 30326 | | | | | |
| **Creditor Id:  392385** | 11303 | $100,000.00 | 9197 | $100,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| RANDEL, TABARES | | Debtor:  **WINN-DIXIE STORES, INC.** | | | |
| C/O JASON G BARNETT, PA | | | | | |
| ATTN JASON G BARNETT, ESQ | | | | | |
| 1132 SE 2ND AVE | | | | | |
| FT LAUDERDALE FL 33316 | | | | | |
| **Creditor Id:  403228** | 11865 | $332,057.02 | 10574 | $322,865.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| ROYAL OAKS BRANDON, LTD | | Debtor:  **WINN-DIXIE STORES, INC.** | | | |
| C/O VERONA LAW GROUP, PA | | | | | |
| ATTN JAY B VERONA, ESQ | | | | | |
| 7235 FIRST AVENUE SOUTH | | | | | |
| ST PETERSBURG FL 33707 | | | | | |
| **Creditor Id:  403228** | 12078 | $432,057.02 | 11865 | $332,057.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| ROYAL OAKS BRANDON, LTD | | Debtor:  **WINN-DIXIE STORES, INC.** | | | |
| C/O VERONA LAW GROUP, PA | | | | | |
| ATTN JAY B VERONA, ESQ | | | | | |
| 7235 FIRST AVENUE SOUTH | | | | | |
| ST PETERSBURG FL 33707 | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 406147**<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL  NJ  08002 | 12802 | $33,051.91 | 3397 | $25,741.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor:   **WINN-DIXIE STORES, INC.** | | | |
| Counsel: ATTN JERROLD N POSLUSNY JR, ESQ | | | | | |
| **Creditor Id:  2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE  NJ  07470 | 11810 | $36,153.74 | 7964 | $28,360.57 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor:   **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id:  411292**<br>SOUTHWESTERN BELL TELEPHONE, LP<br>ATTN TRACY VALDEZ, BANKR REP<br>PO BOX 981268<br>WEST SACRAMENTO  CA  95798 | 13037 | $1,077.97 | 11631 | $1,114.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor:   **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id:  411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668 | 12959 | $197,110.55 | 11295 | $197,914.84 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor:   **WINN-DIXIE SUPERMARKETS, INC.** | | | |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |
| **Creditor Id:  411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668 | 12548 | $300,586.64 | 11298 | $296,229.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor:   **WINN-DIXIE MONTGOMERY, INC.** | | | |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12958 | $906,517.18<br>**Debtor:**  WINN-DIXIE STORES, INC. | 12550 | $912,257.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13065 | $674,545.33<br>**Debtor:**  WINN-DIXIE STORES, INC. | 12958 | $906,517.18 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA  GA  30309-7706 | 12894 | $0.00<br>**Debtor:**  WINN-DIXIE STORES, INC. | 10834 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA  GA  30309-7706 | 12895 | $0.00<br>**Debtor:**  WINN-DIXIE RALEIGH, INC. | 10881 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410810**<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON  DE  19899-1709 | 11749 | $362,923.39<br>**Debtor:**  WINN-DIXIE STORES, INC. | 10634 | $304,307.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410977** | 12891 | $6,158.92 | 10253 | $1,064.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WATCH OMEGA HOLDINGS, LP BY | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| GE CAPITAL REALTY GROUP, INC. AGENT | | | | | |
| C/O MORITT HOCK HAMROFF ET AL | | | | | |
| ATTN LESLIE A BERKOFF, ESQ | | | | | |
| 400 GARDEN CITY PLAZA | | | | | |
| GARDEN CITY NY 11530 | | | | | |
| **Creditor Id: 411026** | 13023 | $6,267.81 | 10384 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WD GREEN COVE TRUST | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| C/O HELD & ISRAEL | | | | | |
| ATTN EDWIN HELD & ADAM FRISCH, ESQS | | | | | |
| 1301 RIVERPLACE BLVD, SUITE 1916 | | | | | |
| JACKSONVILLE FL 32207 | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 411024** | 13022 | $9,925.85 | 10383 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WD JACKSONVILLE TRUST | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| C/O HELD & ISRAEL | | | | | |
| ATTN EDWIN HELD & ADAM FRISCH, ESQS | | | | | |
| 1301 RIVERPLACE BLVD, SUITE 1916 | | | | | |
| JACKSONVILLE FL 32207 | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 411025** | 13024 | $9,109.95 | 10415 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WD PASCO TRUST | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| C/O HELD & ISRAEL | | | | | |
| ATTN E HELD/A FRISCH, ESQS | | | | | |
| 1301 RIVERPLACE BLVD, STE 1916 | | | | | |
| JACKSONVILLE FL 32207 | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 265010** | 12222 | $434,028.35 | 11815 | $428,169.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WOODBERRY PLAZA E&A LLC | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| C/O WOODBERRY PLAZA | | | | | |
| PO DRAWER B | | | | | |
| COLUMBIA, SC 29202 | | | | | |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 402089 | 11837 | $1,467.02 | 883 | $847.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| YELLOW TRANSPORTATION, INC | | | | | |
| C/O RECEIVABLE MANAGEMENT | | | | | |
| SERVICES | | | | | |
| ATTN PHYLLIS A HAYES | | | | | |
| PO BOX 5126 | | | | | |
| TIMONIUM MD 21094 | | | | | |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |

Total Claims to be Disallowed:        61

Total Amount to be Disallowed:    $14,810,503.00      Plus Unliquidated Amounts, If Any

**EXHIBIT C**

.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER DISALLOWING (A) DUPLICATE CLAIMS AND
### (B) AMENDED AND SUPERSEDED CLAIMS AS SET FORTH
### IN THE DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 1, 2006, upon the Tenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B (the "Disputed Claims").[2]  Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Duplicate Claims listed on Exhibit A are disallowed in their entirety.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.     The Amended Claims listed on Exhibit B are disallowed in their entirety.

4.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.     This Order is without prejudice to the Debtors' right to object to any other proofs of claim or interests filed in these chapter 11 cases, including the Remaining Claims identified on Exhibits A and B.

Dated this ____ day of June, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED
WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE
OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS
RESPONSES TO THE OBJECTION**

3