## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about May 8, 2006, I caused copies of:

- the **Order Reducing Overstated Claims as Set Forth in the Debtors' Eighth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: May 9, 2006

Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 279202-35
ACH FOOD COMPANIES INC
ATTN MICHAEL HUGHES, CR MGR
7171 GOODLEFT FARMS PARKWAY
CORDOVA TN 38016

CREDITOR ID: 241528-12
ACME MCCRARY CORP
ATTN GENE SIMPSON, CREDIT MGR
PO BOX 1287
ASHEBORO NC 27204

CREDITOR ID: 241581-12
ADAM MATTHEWS INC
ATTN ADAM BURCKLE, PRES
2104 PLANTSIDE DR
LOUISVILLE, KY 40299-1924

CREDITOR ID: 241893-12
ALCON LABORATORIES INC
ATTN PENNY SHAW, TC29
6201 SOUTH FREEWAY
FT WORTH TX 76134-2099

CREDITOR ID: 241921-12
ALEXANDRIA DAILY TOWN TALK
ATTN PATRICIA FLOYD
PO BOX 7558
ALEXANDRIA, LA 71306-0558

CREDITOR ID: 241974-12
ALLEGRO MFG INC
ATTN GARY DOSHAY CR MGR
7250 EAST OXFORD WAY
COMMERCE, CA 90040

CREDITOR ID: 399354-15
ALVA-AMCO PHARMACAL CO, INC
ATTN JEANNE HANLEY, AR MGR
7711 MERRIMAC AVE
NILES IL 60714

CREDITOR ID: 279336-36
AMERICAN SAFETY RAZOR COMPANY
ATTN BERNARD A MCGOUGH, CREDIT MGR
ONE RAZOR BLADE LANE
VERONA  VA 24482

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 279337-36
ANSELL HEALTHCARE
ATTN JAMES N ALBETTA, CR MGR
200 SCHULTZ DRIVE
RED  BANK  NJ 07701

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 242649-12
ASSEMBLED PRODUCTS CORP
ATTN ROBIN KOPEJTKA, COLLECTION MGR
115 E LINDEN STREET
ROGERS, AR 72756

CREDITOR ID: 410577-97
ASSEMBLED PRODUCTS CORP
ATTN: GEORGE D PANTER
115 E LINDEN
ROGERS AR 72756

CREDITOR ID: 406312-15
AT SYSTEMS INC
ATTN MARK LIVINGSTON
3280 E FOOTHILL BLVD, SUITE 290
PASADENA CA 91107-6013

CREDITOR ID: 242687-12
AT SYSTEMS TECHNOLOGIES INC
ATTN SUZANNE NALL, CORP CONTROLLER
6635 EAST 30TH STREET, SUITE B
PO BOX 19817
INDIANAPOLIS IN 46219-0817

CREDITOR ID: 417109-97
ATKINS NUTRITIONALS INC
ATTN: BILL VOGTS, DIR, CUST ACCNTG
105 MAXESS ROAD, STE N109
MELVILLE NY 11747

CREDITOR ID: 242713-12
ATKINS NUTRITIONALS, INC
ATTN BILL VOGTS, CREDIT MANAGER
2002 ORVILLE DRIVE NORTH, SUITE A
RONKONKOMA, NY 11779

CREDITOR ID: 407448-12
BAKER DISTRIBUTING COMPANY, LLC
ATTN GREG HILTON, CREDIT DIRECTOR
7892 BAYMEADOWS WAY
JACKSONVILLE FL 32256

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
C/O POWERS & HIGHTOWER, LLP
ATTN JEFFREY J GUIDRY, ESQ
7967 OFFICE PARK BLVD
PO BOX 15948
BATON ROUGE LA 70895

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
ATTN MELISSA COLLINS
PO BOX 769
ARCOLA LA 70456

CREDITOR ID: 243076-12
BARKER COMPANY LTD
ATTN CHRISTINE CARLSON, CONTROLLER
PO BOX 478
KEOSAUQUA IA 52565-0478

CREDITOR ID: 410535-15
BECTON DICKENSON & COMPANY, INC.
ATTN ROBERT MANSPEIZER, PARALEGAL
1 BECTON DRIVE, MC 089
FRANKLIN LAKES NJ 07417

CREDITOR ID: 279205-35
BEIERSDORF INC
ATTN PAT CERONE, SR MGR
187 DANBURY RD
5232 EAST PROVIDENT DRIVE
WILTON CT 06897

CREDITOR ID: 279341-36
BERRY PLASTICS CORPORATION
ATTN: RONDA HALE, CORP CR MGR
101 OAKLEY STREET
PO BOX 959
EVANSVILLE  IN 47706

CREDITOR ID: 403438-15
BIMBO BAKERIES USA
ATTN JOHN TAYLOR, CR MGR
140 N AVIATION BLVD
EL SEGUNDO CA 90245

CREDITOR ID: 404039-15
BNSF RAILWAY COMPANY
ATTN TED JOHNSON, CR MGR
2400 WESTERN CENTER BLVD
FORT WORTH TX 76131

CREDITOR ID: 243844-12
BRAMLETTE FLOOR SERVICE
ATTN GRAHAM N BRAMLETTE, PRES
110 WELCOME AVENUE
GREENVILLE, SC 29611

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 408327-15
CANADIAN NATIONAL RAILWAY COMPANY
ATTN MARIO PLOURDE
277 FRONT STREET WEST, 5TH FLOOR
TORONTO ON M5V 2X7
CANADA

CREDITOR ID: 399288-15
CARTHAGE CUP, LP
C/O DRINKER BIDDLE & REATH LLP
ATTN ANDREW J FLAME, ESQ
1100 NORTH MARKET STREET SUITE 1000
WILMINGTON DE 19801

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 410860-15
CATELLI BROTHERS, INC
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 279320-99
CERTIFIED FOODS CORP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN RANDALL A RIOS, ESQ
700 LOUISIANA ST, STE 4600
HOUSTON TX 77002-2732

CREDITOR ID: 244941-12
CG ROXANE
ATTN PATRICE MARQUET, VP FIN
1210 SO STATE HWY 395
OLANCHA, CA 93549

CREDITOR ID: 399272-15
CHARLIE'S PASTRIES, INC
ATTN CHARLES E BOOTHE JR, CEO
3430 NW 16TH STREET, SUITE 10
LAUDERHILL FL 33311

CREDITOR ID: 245145-12
CHECKPOINT SECURITY SYSTEMS GRP INC
ATTN R GRAFFUNDER-LUNDSTEN, MGR
NW 8990
PO BOX 1450
MINNEAPOLIS, MN 55485-8990

CREDITOR ID: 381965-36
CHEVRON PHILLIPS CHEMICAL CO, LP
C/O MCCLAIN LEPPERT & MANEY, PC
ATTN MICHAEL LEPPERT, ESQ
SOUTH TOWER, PENNZOIL PLACE
711 LOUISIANA ST, STE 3100
HOUSTON TX 77002

CREDITOR ID: 245228-12
CHICKEN OF THE SEA INTERNATIONAL
ATTN: PATRICIA J GIRALD, CREDIT MGR
PO BOX 91943
CHICAGO, IL 60693

CREDITOR ID: 399402-15
CHICKEN OF THE SEA INTERNATIONAL
ATTN M L BAYMAN, ASST CR MGR
9330 SCRANTON ROAD, SUITE 500
SAN DIEGO CA 92121-7706

CREDITOR ID: 410945-15
CINGULAR WIRELESS
BANKO
ATTN VANDANA PRASAD, BANKRUPCY REP
PO BOX 309
PORTLAND OR 97207-0309

CREDITOR ID: 3012-04
CITY OF KINGS MOUNTAIN
ATTN JEAN V WYTTE
NORTH PIEDMONT STREET
KINGS MOUNTAIN NC 28086

CREDITOR ID: 848-03
CITY OF SMYRNA
ATTN LEE MILLER
PO BOX 1226
SMYRNA GA 30081

CREDITOR ID: 279165-33
COASTAL BEVERAGE LTD
ATTN JANE M KELLY, CONTROLLER
4747 PROGRESS AVENUE
NAPLES FL 34104

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
ATTN PAULINE CARR
1000 EMC PARKWAY
PO BOX 369
MARIETTA GA 30061

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
C/O AWTREY & PARKER, PC
ATTN ROBERT B SILLIMAN, ESQ
250 LAWRENCE STREET
PO BOX 997
MARIETTA GA 30061

CREDITOR ID: 247606-12
COUNTY OF DARLINGTON
ATTN B D COPELAND OR T DICKERSON
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 247136-12
COX NORTH CAROLINA PUBLICATION
PROCESSING CENTER
ATTN HEATHER G ZIEGLER
PO BOX 1967
GREENVILLE, NC 27835-1967

CREDITOR ID: 382002-36
CROWLEY FOODS, LLC
ATTN JAMES F JULIAN
95 COURT STREET
PO BOX 549
BINGHAMTON NY 13901

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
C/O DILWORTH PAXSON LLP
ATTN: ANNE MARIE P KELLEY, ESQ
457 HADDONFIELD RD, STE. 700
CHERRY HILL NJ 08002

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
C/O DILWORTH PAXSON LLP
ATTN: SCOTT J FREEDMAN
457 HADDONFIELD RD, STE 700
CHERRY HILL NJ 08003

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
ATTN GARY S SHEARER, CR DIRECTOR
ONE CROWN WAY
PHILADELPHIA PA 19154-4599

CREDITOR ID: 395577-15
CSX CORPORATION
ATTN RUTH C SALTER
500 WATER STREET, 8TH FL J220
JACKSONVILLE FL 32202

CREDITOR ID: 247786-12
D&D COMMODITIES LTD
HIGHWAY 75 SOUTH
PO BOX 359
STEPHEN, MN 56757

CREDITOR ID: 247786-12
D&D COMMODITIES LTD
C/O CAMRUD MADDOCK OLSON ET AL
ATTN GERAD C PAUL, ESQ.
401 DEMERS AVENUE, SUITE 500
GRAND FORKS ND 58206-5849

CREDITOR ID: 247469-12
DAILY DISPATCH, THE
ATTN CAROLYN J WILLIAMS, BUS MGR
304 S CHESTNUT STREET
PO BOX 908
HENDERSON, NC 27536-0908

CREDITOR ID: 278868-30
DAILY JUICE PRODUCTS
ATTN SANDY NESTOR
1 DAILY WAY
VERONA, PA 15147

CREDITOR ID: 384081-47
DAIRY FARMERS OF AMERICA INC
C/O LATHROP & GAGE, LC
ATTN STEPHEN B SUTTON, ESQ
2345 GRAND BLVD, SUITE 2800
KANSAS CITY MO 64108-2684

CREDITOR ID: 384081-47
DAIRY FARMERS OF AMERICA INC
ATTN: JOEL CLARK
10411 CAUDILL ROAD
KNOXVILLE, TN 37922

CREDITOR ID: 247510-12
DAKOTA GROWERS PASTA CO
ATTN CURT WALEN, CONTROLLER
ONE PASTA AVENUE
CARRINGTON, ND 58421

CREDITOR ID: 411239-15
DALES DOUGHNUTS SOUTH INC DBA
KRISPY KREME DOUGHNUT CORP
C/O KRISPY KREME 451
ATTN CHRISTOPHER D SMITH, VP
1300 E PARK AVENUE
TALLAHASSEE FL 32301

CREDITOR ID: 410536-15
DEERFIELD COMPANY, INC
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410362-15<br>DOANE PET CARE COMPANY<br>C/O BOULT CUMMINGS CONNERS ET AL<br>ATTN AUSTIN L MCMULLEN, ESQ<br>1600 DIVISION STREET, SUITE 700<br>NASHVILLE TN 37203 | CREDITOR ID: 248716-12<br>EASTMAN OUTDOORS INC<br>ATTN RANDY A MAY, CREDIT MGR<br>PO BOX 380<br>FLUSHING MI 48433 | CREDITOR ID: 249248-12<br>EVERGREEN FUNDING CORPORATION<br>ATTN SCOTT R MCARRON, PRES<br>PO BOX 1024<br>ADDISON TX 75001 |
| CREDITOR ID: 417094-97<br>EVERGREEN FUNDING CORPORATION<br>ATTN: JASON M COLE, DIR OF FINANC<br>PO BOX 1024<br>ADDISON TX 75001 | CREDITOR ID: 408330-15<br>EXEL TRANSPORTATION SERVICES, INC<br>ATTN DICK MERRILL, SECRETARY<br>7651 ESTERS BLVD, SUITE 200<br>IRVING TX 75063 | CREDITOR ID: 381750-15<br>EZY TIME FOOD PRODUCTS BLENDCO INC<br>ATTN CHARLEY MCCAFFREY, PRES<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39401 |
| CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 249655-12<br>FLEXION MATERIAL HANDLING INC<br>ATTN MICHELLE BRAVENDER<br>PO BOX 23702<br>NEW ORLEANS, LA 70183-0702 | CREDITOR ID: 374945-44<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 411274-15<br>FRESH GOURMET COMPANY, DIV<br>OF SUGAR FOODS<br>ATTN WENDELL RAMCHATESINGH, CR MGR<br>950 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10022-2705 | CREDITOR ID: 250258-12<br>GARDENBURGER INC<br>ATTN RICHARD D WERBLIN, CORP CONTR<br>15615 ALTON PARKWAY, SUITE 350<br>IRVINE CA 92618 | CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 |
| CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>PO BOX 102609<br>ATLANTA, GA 30368-0609 | CREDITOR ID: 250707-12<br>GOLDER ASSOCIATES INC<br>C/O GOLDER ASSOCIATES INC<br>ATTN PAUL B COHEN, ESQ.<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA GA 30341 | CREDITOR ID: 250717-12<br>GONNELLA FROZEN PRODUCTS<br>ATTN JENNIFER SMOLZER<br>1117 E WILEY RD<br>SCHAUMBURG IL 60173 |
| CREDITOR ID: 410686-15<br>GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN SARA SCHULTZ, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 384162-47<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN IRENE T MORRIS, A/R MGR<br>550 TOWNSHIP LINE ROAD<br>BLUE BELL PA 19422-2726 |
| CREDITOR ID: 404847-95<br>HUBERT COMPANY<br>ATTN MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | CREDITOR ID: 279022-32<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 | CREDITOR ID: 395437-64<br>ICICLE SEAFOODS, INC<br>ATTN LES RIEDEL, CREDIT MANAGER<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 |
| CREDITOR ID: 252195-12<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | CREDITOR ID: 384180-47<br>J&J SNACK FOODS CORP<br>PO BOX 7777-W2855<br>PHILADELPHIA, PA 19175 | CREDITOR ID: 406135-15<br>J&J SNACK SALES CORP<br>ATTN I IRIZARRY OR H MCLAUGHLIN<br>6000 CENTRAL HIGHWAY<br>PENNSAWKEN NJ 08081 |
| CREDITOR ID: 381923-15<br>JACKSON EMC<br>ATTN GENE DEAL<br>PO BOX 100<br>JEFFERSON GA 30549 | CREDITOR ID: 252927-12<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 | CREDITOR ID: 384195-47<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 |
| CREDITOR ID: 384196-47<br>JOHN MIDDLETON, INC<br>ATTN SELENA K MURTHA, ESQ.<br>418 W CHURCH ROAD<br>KING OF PRUSSIA PA 19406 | CREDITOR ID: 253398-12<br>JOSEPH ENTERPRISES<br>ATTN LARRY WONG, CONTROLLER<br>425 CALIFORNIA STREET, SUITE 300<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 253450-12<br>JP PRODUCTS LC DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 |

SERVICE LIST

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253581-12 | CREDITOR ID: 253611-12 | CREDITOR ID: 407411-15 |
| KAO BRANDS COMPANY | KARLIN FOODS CORP | KARLIN FOODS CORP |
| ATTN RONALD P LYNCH, MGR | ATTN MITCHELL KARLIN, PRESIDENT | C/O KARLIN FOOD PRODUCTS, INC |
| 1434 SOLUTIONS CENTER | 135 S LASALLE, DEPT 3729 | ATTN MITCHELL KARLIN, PRESIDENT |
| CHICAGO, IL 60677-1004 | CHICAGO, IL 60674-3729 | 1845 OAK STREET |
| | | NORTHFIELD IL 60093 |
| | | |
| CREDITOR ID: 253555-12 | CREDITOR ID: 253763-12 | CREDITOR ID: 411272-15 |
| KC PHARMACEUTICALS INC | KEN'S FOODS INC | KIM'S PROCESSING PLANT, INC |
| ATTN PAUL KANTIKO, VP FIN | ATTN PATRICK CONDRY, CR MGR | ATTN JOHN WONG, PRESIDENT |
| 3201 PRODUCER WAY | PO BOX 849 | 417 3RD STREET |
| POMONA, CA 91768-3901 | MARLBORO MA 01752 | CLARKSDALE MS 28614 |
| | | |
| CREDITOR ID: 254007-12 | CREDITOR ID: 254020-12 | CREDITOR ID: 254020-12 |
| KING ARTHUR FLOUR COMPANY | KING'S FOOD PRODUCTS | KING'S FOOD PRODUCTS |
| ATTN MARY BEHRLE, VP FINANCE | ATTN STEPHANIE FAHRNER, VP | C/O GREENSFELDER HEMKER & GALE, PC |
| PO BOX 4508 | 12 NORTH 35TH STREET | ATTN J PATRICK BRADLEY, ESQ |
| BOSTON, MA 02212-4508 | BELLEVILLE, IL 62226 | 12 WOLF CREEK DRIVE, SUITE 100 |
| | | BELLEVILLE (SWANSEA) IL 62226 |
| | | |
| CREDITOR ID: 254061-12 | CREDITOR ID: 408372-15 | CREDITOR ID: 279240-35 |
| KLEMENT SAUSAGE CO INC | LABEL SYSTEMS INTERNATIONAL | LEA & PERRINS, INC |
| ATTN ROGER G KLEMENT, CO PRES | C/O NASHUA CORPORATION | ATTN DENISE SCHRADIN, CREDIT |
| 207 E LINCOLN AVE | ATTN SALLY L SMITH, CREDIT MGR | 15-01 POLLITT DR |
| MILWAUKEE, WI 53207 | 3838 SOUTH 108TH STREET | FAIR LAWN NJ 07410-2795 |
| | OMAHA NE 68144 | |
| | | |
| CREDITOR ID: 254618-12 | CREDITOR ID: 411320-15 | CREDITOR ID: 403412-15 |
| LEHIGH SAFETY SHOE CO | LEINER HEALTH PRODUCTS, LLC | LH HAYWARD & COMPANY, LLC |
| ATTN THOMAS J BATTISTA, GEN CR MGR | ATTN MARGARET H BENSON/S ZINK SR | ATTN RICHARD V HAYWARD, PRES |
| PO BOX 371958 | 901 E 233RD STREET | 5401 TOLER STREET |
| PITTSBURGH, PA 15250-7958 | CARSON CA 90745 | HARAHAN LA 70123 |
| | | |
| CREDITOR ID: 404012-15 | CREDITOR ID: 254936-12 | CREDITOR ID: 407504-99 |
| LOG HOUSE FOODS, INC | LOG HOUSE FOODS, INC | LOREAL PARIS |
| ATTN LARAE ROGERS, CONTROLLER | SDS 12-0870 | ATTN PATRICK ACKERMAN |
| 700 BERKSHIRE LANE N | PO BOX 86 | 35 BROADWAY ROAD |
| PLYMOUTH MN 55441 | MINNEAPOLIS, MN 55486-0870 | CRANBURY NJ 08512 |
| | | |
| CREDITOR ID: 407504-99 | CREDITOR ID: 2388-07 | CREDITOR ID: 2388-07 |
| LOREAL PARIS | LRS GENERAL PARTNERSHIP | LRS GENERAL PARTNERSHIP |
| C/O GARFUNKEL WILD & TRAVIS PC | WILLIAMS & ANDERSON PLC | PO BOX A |
| ATTN BURTON S WESTON, ESQ | ATTN JOHN KOOISTRA, III, ESQ | BATESVILLE, AR 72503 |
| 111 GREAT NECK ROAD, STE 503 | 111 CENTER STREET, 22ND FLOOR | |
| GREAT NECK NY 11021 | LITTLE ROCK  AR 72201 | |
| | | |
| CREDITOR ID: 255194-12 | CREDITOR ID: 381772-15 | CREDITOR ID: 405906-98 |
| M KAMENSTEIN, DIV OF LIFETIME HOAN | MACKAY ENVELOPE COMPANY, LLC | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN MARIE DOERRBECKER, CREDIT MGR | ATTN SUSAN RAUSCH, CORP CR MGR | ATTN KRISTY STARK |
| 1 MERRICK AVENUE | 2100 ELM STREET SE | 6310 LAMAR AVE STE 120 |
| WESTBURY NY 11590 | MINNEAPOLIS MN 55414-2597 | OVERLAND PARK KS 66202 |
| | | |
| CREDITOR ID: 405907-98 | CREDITOR ID: 395544-15 | CREDITOR ID: 262848-12 |
| MADISON INVESTMENT TRUST - SERIES 4 | MAKOTO DRESSING INC | MALISH CORPORATION, THE |
| ATTN SALLY MEYER | ATTN THOMAS A COBB, PRES | ATTN MARK A RAY, VP |
| 6310 LAMAR AVE SUITE 120 | 644 ATLANTIS ROAD | 4260 HAMANN PARKWAY |
| OVERLAND PARK KS 66202 | MELBOURNE FL 32904 | WILLOUGHBY, OH 44094 |
| | | |
| CREDITOR ID: 255393-12 | CREDITOR ID: 255419-12 | CREDITOR ID: 399631-15 |
| MAPLE LEAF FARMS INC | MARCO COMPANY | MARIANI PACKING COMPANY |
| ATTN CHERINE HARE-SYERS, CR MGR | ATTN DOUGLAS E PENTECOST, VP | ATTN DOREEN I DEDELOW, ACCTG MGR |
| PO BOX 210 | 3209 MARQUITA DRIVE | 500 CROCKER DRIVE |
| MILWAUKEE, WI 53278 | PO BOX 123439 | VACAVILLE CA 95688-8706 |
| | FORT WORTH, TX 76121-3439 | |

SERVICE LIST
Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 255544-12
MARKET ADMIN FEDERAL ORDER #5
US AGRICULTURE DEPT
ATTN JOHN R MENGEL, ACTING DPTY ADM
PO BOX 18030
LOUISVILLE KY 40261-0030

CREDITOR ID: 255544-12
MARKET ADMIN FEDERAL ORDER #5
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 255544-12
MARKET ADMIN FEDERAL ORDER #5
C/O US DEPARTMENT OF JUSTICE
ATTN ALBERTO GONZALES, ATTY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 2394-07
MARKETOWN INVESTORS INC
C/O DONALD E THERIOT, ATTNY AT LAW
ATTN: ERIN THOMAS/DONALD THERIOT
1944 FIRST STREET
SLIDELL LA 70458

CREDITOR ID: 255577-12
MARLIN
ATTN JACKIE WILSON, CREDIT MGR
PO BOX 140795
ORLANDO FL 32814-0795

CREDITOR ID: 255745-12
MASTER LOCK COMPANY
ATTN PATTY COOK
137 W FOREST HILL AVENUE
OAK CREEK WI 53154

CREDITOR ID: 407603-15
MCCLELLAN TRUCK LINES
ATTN NICK MCCLELLAN, PRESIDENT
PO BOX 1327
TIFTON GA 31793

CREDITOR ID: 255949-12
MEADWESTVACO CORP
ATTN LINDA LUBECKI/R CAPUTO
9080 SPRINGBORO PIKE
MIAMISBURG OH 45342

CREDITOR ID: 407454-97
MELITTA USA INC
ATTN: MARTY MILLER, PRES
13925 58TH STREET NORTH
CLEARWATER FL 33760

CREDITOR ID: 405167-95
MELITTA USA INC
ATTN JEFF COOKE, CR MGR
13925 58TH STREET NORTH
CLEARWATER FL 33760

CREDITOR ID: 256041-12
MELLO SMELLO, LLC
ATTN BOB MEYER
3440 WINNETKA AVE NO
MINNEAPOLIS, MN 55427

CREDITOR ID: 405169-95
MENTHOLATUM CO, INC
ATTN S ALAIMO/J INGHAM
707 STERLING DRIVE
ORCHARD PARK NY 14127-1587

CREDITOR ID: 407616-15
MENU FOODS, INC
9130 GRIFFITH MORGAN LANE
PENNSAUKEN NJ 08110

CREDITOR ID: 407617-15
MENU FOODS, INC
ATTN MARK A WIENS, EXEC VP & CEO
8 FALCONER DRIVE
STREETSVILLE ON L5N 1B1
CANADA

CREDITOR ID: 380988-47
MERCAM INC
VANWINKLE BUCK WALL STARNES, ET AL
ATTN MARK A PINKSTON, ESQ
PO BOX 7376
ASHEVILLE NC 28802

CREDITOR ID: 380988-47
MERCAM INC
PO BOX 890884
CHARLOTTE, NC 28289-0884

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN CHRIS MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 279060-32
MEYER'S BAKERIES, INC
C/O WRIGHT, LINDSEY & JENNINGS LLP
ATTN CHARLES T COLEMAN, ESQ
200 WEST CAPITOL AVENUE, STE 2300
LITTLE ROCK AR 72201-3699

CREDITOR ID: 256148-12
MFM INDUSTRIES INC
ATTN ANN CHAFFIN, CONTROLLER
PO BOX 68
LOWELL FL 32663

CREDITOR ID: 256276-12
MICHELE FOODS
ATTN MICHELE HOSKINS, CEO
1600 167TH STREET, SUITE 3
CALUMET CITY IL 60409

CREDITOR ID: 382044-36
MID-GULF BAKERY LLC
850 MID FLORIDA
ORLANDO FL 32824

CREDITOR ID: 256443-12
MINEOLA WATER CORPORATION
ATTN WM ALLEN SHELTON, CEO
PO BOX 864
FOLEY, AL 36536

CREDITOR ID: 256462-12
MIRACLE CANDLE CO INC
ATTN JORGE GARCIA, VP
PO BOX 1758
LAREDO, TX 78043

CREDITOR ID: 405931-93
MIRACLE CANDLE COMPANY
ATTN DAVID OR JORGE L GARCIA
3100 GUADALUPE STREET
LAREDO TX 78043

CREDITOR ID: 407607-15
MMMM, INC DBA MITCH MURCH'S
MAINTENANCE MGMT
ASSIGNEE OF ROYAL SERVICES INC
2827 CLARK AVENUE
ST LOUIS MO 63103-2591

CREDITOR ID: 407607-15
MMMM, INC DBA MITCH MURCH'S
C/O HERREN, DARE & STREETT
ATTN DAVID M DARE, ESQ
1051 N HARRISON AVENUE
ST LOUIS MO 63122

CREDITOR ID: 411309-15
MOORE WALLACE
C/O RR DONNELLEY
ATTN DAN PEVONKA, SR MGR CFS
3075 HIGHLAND PKWY, 5TH FLOOR
DOWNERS GROVE IL 60515-1261

CREDITOR ID: 384246-47
MOORE WALLACE
PO BOX 905046
CHARLOTTE, NC 28290-5046

CREDITOR ID: 400435-15
MOTHER PARKERS TEA & COFFEE USA LTD
ATTN BARB JENKINS, CR SUPERV
PO BOX 847135
DALLAS TX 75284-7135

CREDITOR ID: 256761-12
MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

SERVICE LIST

**Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 376362-44
NATIONAL LIFT TRUCK SERVICE
ATTN DIANE HAUTEL, COO/GM
1901 NW 2ND STREET
FT LAUDERDALE, FL 33311

CREDITOR ID: 315707-36
NATURALLY FRESH, INC
ATTN ROBERT C DOTSON, ESQ
1000 NATURALLY FRESH BLVD
ATLANTA GA 30349

CREDITOR ID: 278931-30
NATURALLY FRESH, INC
LOCKBOX 945913
ATLANTA, GA 30394-5913

CREDITOR ID: 257025-12
NATURE'S BOUNTY, INC
ATTN HARVEY KAMIL, TREASURER
PO BOX 9010
RONKONKOMA, NY 11779-9010

CREDITOR ID: 257025-12
NATURE'S BOUNTY, INC
C/O JASPAN SCHLESINGER HOFFMAN LLP
ATTN LISA M GOLDEN, ESQ.
300 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 410947-15
NBTY, INC DBA KNOX
C/O JASPAN SCHLESINGER HOFFMAN LLP
ATTN LISA M GOLDEN, ESQ.
300 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 410947-15
NBTY, INC DBA KNOX
ATTN HARVEY KAMIL, PRESIDENT
PO BOX 9010
RONKONKOMA NY 11779-9010

CREDITOR ID: 257074-12
NEESE SAUSAGE CO
ATTN JANE DAVIS, VP
1452 ALAMANCE CHURCH RD
GREENSBORO, NC 27406

CREDITOR ID: 257129-12
NEW ENGLAND COFFEE CO
ATTN SCOTT A SIMPSON, CONTROLLER
100 CHARLES STREET
MALDEN, MA 02148

CREDITOR ID: 257152-12
NEW ORLEANS CUISINE ENTERPRISES INC
ATTN DONALD BARKEMEYER, OWNER
14854 HAYNE BLVD
NEW ORLEANS, LA 70128

CREDITOR ID: 279252-35
NEW WORLD PASTA COMPANY
ATTN DEBORAH A CALLAHAN, DIR
85 SHANNON ROAD
HARRISBURG PA 17112

CREDITOR ID: 257174-12
NEW YORK FROZEN FOODS, INC
ATTN E SCHOONOVER/J BOYLAN
PO BOX 29163
COLUMBUS, OH 43229

CREDITOR ID: 405267-95
NONNI'S FOOD COMPANY
ATTN KRISTI GRAHAM, MGR
601 S BOULDER, STE 900
TULSA OK 74116

CREDITOR ID: 279325-35
NORTH AMERICAN PERFUMES, INC
C/O DICECCO, FANT & BURMAN
ATTN GLENN R LEMAY, ESQ
1900 WEST LOOP SOUTH, SUITE 1100
HOUSTON TX 77027

CREDITOR ID: 257586-12
ODYSSEY ENTERPRISES INC
ATTN PAUL ADAMS, CFO
150 NICKERSON STREET, SUITE 300
SEATTLE WA 98109

CREDITOR ID: 382058-36
ON-COR FROZEN FOODS, LLC
ATTN WILLIAM SHEREOS, CR MGR
627 LANDWEHR RD
NORTHBROOK IL 60062

CREDITOR ID: 257732-12
ORANGE GLO CORPORATION
8200 E MAPLEWOOD AVE
DALLAS, TX 75397

CREDITOR ID: 407615-15
OXO INTERNATIONAL LTD
ATTN TRACY SCHEVERMAN, CONTROLLER
75 NINTH AVENUE, 5TH FLOOR
NEW YORK NY 10011

CREDITOR ID: 403481-15
PACER GLOBAL LOGISTICS
ATTN GREG JANSEN, CR MGR
6805 PERIMETER DRIVE
DUBLIN OH 43016

CREDITOR ID: 257919-12
PAGAS MAILING SERVICES
ATTN LUCY TAYLOR, CONTROLLER
1801 ANACONDA ROAD
TARBORO, NC 27886

CREDITOR ID: 258025-12
PARFUMS DE COEUR LTD
ATTN MELINDA STEWART
CHURCH STREET STATION
PO BOX 6349
NEW YORK, NY 10249-6349

CREDITOR ID: 408348-15
PARK PLAZA, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

CREDITOR ID: 407597-15
PAXAR AMERICAS, INC
C/O PAXAR CORPORATION
ATTN RUSSELL K SCHNEIDER, DIR
PO BOX 608
DAYTON OH 45401

CREDITOR ID: 407461-99
PC WOO DBA MEGATOYS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 384288-47
PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

CREDITOR ID: 381766-15
PESCANOVA, INC
C/O METROGROUP
ATTN MARCUS L ARKY, ESQ
61 BROADWAY, SUITE 1410
NEW YORK NY 10006

CREDITOR ID: 384290-47
PHILLIPS FOODS, INC
ATTN MELISSA SELLERS, ESQ.
1215 E FORT AVENUE
BALTIMORE, MD 21230

CREDITOR ID: 258478-12
PHOENIX BRANDS, LLC
ATTN LORI S SULLIVAN, DIR CUST OPER
1437 W MORRIS STREET
INDIANAPOLIS IN 46221

CREDITOR ID: 258669-12
POINTE COUPEE ELECTRIC
ATTN KATHY STEELE, COLL SUPERV
PO BOX 160
NEW ROADS, LA 70760-0160

CREDITOR ID: 258689-12
POMPEIAN, INC
ATTN LLOYD S MAILMAN, ESQ
PO BOX 8863
BALTIMORE, MD 21224-0863

SERVICE LIST

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 258798-12
PRECISION PLUMBING & AIR INC
ATTN MARY S FRANK, OWNER
PO BOX 180279
RICHLAND, MS 39218-0279

CREDITOR ID: 259080-12
QUALITY KING DIST INC
ATTN LYDIA SANCHEZ /VINCENT V ROTCH
2060 NINTH AVE
RONKONKOMA NY 11772

CREDITOR ID: 399335-15
RED DIAMOND, INC
DONOVAN COFFEE CO
ATTN COKE LINDSAY
1701 VANDERBILT RD, PO BOX 2168
BIRMINGHAM AL 35201-2168

CREDITOR ID: 399336-15
RED DIAMOND, INC.
DONOVAN COFFEE CO
ATTN: WILLIAM BOWRON
1701 VANDERBILT ROAD
BIRMINGHAM AL 35234-1459

CREDITOR ID: 399292-15
RENAISSANCE GROUP INTERNATIONAL INC
ATTN RICHARD BERGSTROM, PRES
1545 ROUTE 37 W, SUITE 9
TOMS RIVER NJ 08755

CREDITOR ID: 382080-36
RICH PRODUCTS CORPORATION
ATTN DAVID J CARERE, VP FIN
1150 NIAGARA STREET
BUFFALO NY 14213

CREDITOR ID: 259554-12
RICH-SEAPAK CORPORATION
ATTN TOM MCBRIDE, CR MGR
PO BOX 98072
CHICAGO, IL 60693-8072

CREDITOR ID: 381782-15
ROADWAY EXPRESS, INC
C/O RECEIVABLE MANAGEMENT SVCES
ATTN PHYLLIS A HAYES
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 381739-15
ROCKLINE INDUSTRIES INC
ATTN JENNY WELSCH, ASST CONTR
1113 MARYLAND AVENUE
SHEBOYGAN WI 53081

CREDITOR ID: 406271-97
ROGER WOOD FOODS INC
ATTN: THOMAS MARKS, ACCTG MGR
7 ALFRED STREET
SAVANNAH GA 31408

CREDITOR ID: 259914-12
ROGER WOOD FOODS, INC
ATTN THOMAS MARKS, ACCTG MGR
PO BOX 2926
SAVANNAH, GA 31402

CREDITOR ID: 279275-35
ROYAL OAK SALES, INC
ATTN STEVEN W DAILEY, CR MGR
1 ROYAL OAK AVE
ROSWELL GA 30076

CREDITOR ID: 408389-97
RUDY'S CONFECTIONS, INC
ATTN: BLANCA O PRIETO
4205 NORTHWEST 36TH AVE
MIAMI FL 33142

CREDITOR ID: 260151-12
RUDY'S CONFECTIONS, INC
ATTN BLANCA O PRIETO, PRES
PO BOX 66-9364
MIAMI, FL 33166-9364

CREDITOR ID: 260341-12
SALTON, INC
ATTN MARK C KILGORE, MGR A/R & CRED
1801 N STADIUM BLVD
COLUMBIA MO 65202

CREDITOR ID: 260492-12
SAVOIE'S SAUSAGE & FOOD PRODS, INC
ATTN FREDERICK R LAFLEUR, EXEC VP
1742 HWY 742
OPELOUSAS, LA 70570

CREDITOR ID: 403485-15
SCHNEIDER NATIONAL INC
ATTN KAREN LOUTZ
PO BOX 2545
GREEN BAY WI 54306-2545

CREDITOR ID: 260558-12
SCHUMANN CASTERS & EQUIPMENT CO INC
ATTN TONY WATKINS, PRES
1299 W BEAVER ST
PO BOX 2115
JACKSONVILLE, FL 32203-2115

CREDITOR ID: 399275-15
SCRIPTO TOKAI CORPORATION
ATTN MARJI PARRISH
PO BOX 5555
RANCHO CUCAMONGA CA 91729

CREDITOR ID: 399274-15
SCRIPTO TOKAI CORPORATION
ATTN MARJI PARRISH
11600 MILLENNIUM COURT
RANCHO CUCAMONGA CA 91730

CREDITOR ID: 403432-15
SEGUE SEARCH FLORIDA, LLC DBA
ORAD AGENCY
ATTN DARREN COHAN, CR MGR
295 MADISON AVENUE 14TH FL
NEW YORK NY 10017

CREDITOR ID: 403432-15
SEGUE SEARCH FLORIDA, LLC DBA
C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC
ATTN: ALEX SPIZZ, ESQ
425 PARK AVENUE, 5TH FLOOR
NEW YORK  NY 10022

CREDITOR ID: 410410-15
SHERWOOD BRANDS
ATTN JOSEPHINE NHEKAIRO, CREDIT MGR
1803 RESEARCH BLVD, STE 201
ROCKVILLE MD 20850

CREDITOR ID: 260964-12
SHERWOOD BRANDS INC
PO BOX 85080
RICHMOND, VA 23285-4136

CREDITOR ID: 261044-12
SIF CANADA LTD
ATTN KIMBERLY ACHESON
39 MOOD ROAD
PO BOX 163
TUSKET, NS B0W 3M0
CANADA

CREDITOR ID: 399291-15
SIGNATURE WASTE SYSTEMS, INC
ATTN JOE SWINFORD, PRESIDENT/OWNER
660 WESTINGHOUSE BLVD, SUITE 106
PO BOX 7349
CHARLOTTE NC 28241

CREDITOR ID: 411408-15
SIOUX HONEY ASSOCIATION
C/O CRARY HUFF INSKER ET AL
ATTN MARCI ISEMINGER, ESQ
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 399342-15
SNACK ALLIANCE INC
ATTN VALERIE SANDERS, AR MGR
1900-1030 WEST GEORGIA STREET
VANCOUVER BC V6E 2Y3
CANADA

SERVICE LIST

**Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 406130-97
SOUTHEAST UNLOADING LLC
ATTN: CHRIS SPENCE, VP
502 BAYVIEW ROAD
YULEE FL 32097

CREDITOR ID: 261348-12
SOUTHEAST UNLOADING, LLC
ATTN: CHRIS SPENCE, VP
PO BOX 1647
YULEE, FL 32041

CREDITOR ID: 261348-12
SOUTHEAST UNLOADING, LLC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 403444-15
SOUTHERN BAKERIES, INC
ATTN KENNETH C REEVES, CONTROLLER
3355 W MEMORIAL BLVD
LAKELAND FL 33815

CREDITOR ID: 261503-12
SPANGLER CANDY COMPANY
ATTN ROGER SCHWENDER, CREDIT MGR
PO BOX 71
BRYAN, OH 43506-0071

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 261835-12
STAR BAKERY INC
ATTN ANA G SENDINA
3914 NW 32 AVE
MIAMI, FL 33142

CREDITOR ID: 406161-15
STUART NEWS, THE
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES AGENT
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 262126-12
SUGAR FOODS CORPORATION
PO BOX CS198372
ATLANTA GA 30384-0001

CREDITOR ID: 262131-12
SUGIYO USA INC
ATTN D B STEPHENSON, DIRECTOR
PO BOX 468
ANACORTES, WA 98221

CREDITOR ID: 262177-12
SUN MAID GROWERS OF CALIFORNIA
ATTN ADELE O'BRIEN, AR MANAGER
5568 GIBRALTAR DRIVE
PLEASANTON CA 94588-8544

CREDITOR ID: 262179-12
SUN NEWS, THE
ATTN SHEILA WROTEN, CREDIT MGR
PO BOX 406
MYRTLE BEACH, SC 29578-0406

CREDITOR ID: 411198-15
SUNBEAM PRODUCTS, INC
ATTN EILEEN MCDONNELL
2381 EXECUTIVE CENTER DRIVE
BOCA RATON FL 33431

CREDITOR ID: 262328-12
SWABPLUS INC
ATTN GARRY TSAUR, PRES
9669 HERMOSA AVENUE
RANCHO CUCAMONGA, CA 91730

CREDITOR ID: 262336-12
SWEEP MASTERS, INC
ATTN DONALD & SHERYL ODOM
14231 SEAWAY ROAD, SUITE C1
GULFPORT, MS 39503

CREDITOR ID: 262339-12
SWEET BLESSINGS
ATTN BUD MURDOCK, VP
23805 STUART RANCH ROAD, STE 220
MALIBU, CA 90265

CREDITOR ID: 399443-15
SWEETWORKS, INC
ATTN RALPH J NICOSIA, CFO
3500 GENESEE STREET
BUFFALO NY 14225

CREDITOR ID: 262365-12
SYNDICATE SALES INC
ATTN ALETHA ANDERSON, CR MGR
DEPARTMENT 0609
CINCINNATI, OH 45263-0609

CREDITOR ID: 278959-30
T MARZETTI COMPANY
ATTN E SCHOONOVER/J BOYLAN
PO BOX 29163
COLUMBUS OH 43229

CREDITOR ID: 262523-12
TARO PHARMACEUTICALS
ATTN LETITIA A BAVIELLO, CONTROLLER
5 SKYLINE DRIVE
HAWTHORNE, NY 10532

CREDITOR ID: 407548-15
TETLEY USA INC
ATTN TERRI JOHNSON, CREDIT MGR
PO BOX 856
100 COMMERCE DRIVE
SHELTON CT 06484

CREDITOR ID: 399640-15
TILIA, INC
ATTN Z KAZMIERCZAK & D SANDERSON
NORTH TOWER, 5TH FLOOR
303 2ND STREET
SAN FRANCISCO CA 94107

CREDITOR ID: 254665-12
TIMBERLAKE CONSULTANTS, INC DBA
LESCO MEDISEARCH
ATTN VIRGINIA TIMBERLAKE, PRES
PO BOX 1414
LAND O'LAKES, FL 34639-1414

CREDITOR ID: 254665-12
TIMBERLAKE CONSULTANTS, INC DBA
LAW OFFICE OF CHARLES H DITTMAR, JR
ATTN CHARLES H DITTMAR, JR, ESQ
1411 N WESTSHORE BLVD, STE 203
TAMPA FL 33607-4529

CREDITOR ID: 405712-95
TIP TOP CANNING CO
ATTN GEORGE C TIMMER, PRESIDENT
PO BOX 126
TIPP CITY OH 45371

CREDITOR ID: 411310-15
TOP FLIGHT, INC
C/O EULER HERMES ACI, AGENT
800 RED BROOK BLVD
OWINGS MILLS MD 21117

CREDITOR ID: 263246-12
TORBITT & CASTLEMAN COMPANY
ATTN GLENDA GRIMES, DIR CORP CREDIT
800 MARKET STREET, SUITE 2150
ST LOUIS MO 63101

CREDITOR ID: 263306-12
TOWN OF EDENTON
ATTN DARLENE CARTER OR AM KNIGHTON
PO BOX 300
EDENTON, NC 27932-0300

CREDITOR ID: 574-03
TOWN OF LOUISBURG
ATTN JILL S WETSER
110 W NASH STREET
LOUISBURG NC 27549

SERVICE LIST

Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 279077-32
TRIDENT SEAFOODS CORP
ATTN PATRICIA K SINGER, CR MGR
5303 SHILSHOLE AVE NW
SEATTLE WA 98107

CREDITOR ID: 279400-36
TRINIDAD BENHAM CORP
ATTN RONALD J WEIMER, CONTROLLER
3650 S YOSEMITE, SUITE 300
PO BOX 378007
DENVER  CO 80237

CREDITOR ID: 262406-12
TW GARNER FOOD CO
ATTN: HAROLD GARNER, SEC/TREAS
PO BOX 55748
CHARLOTTE, NC 28275-0748

CREDITOR ID: 279396-36
TW GARNER FOOD CO
ATTN HAROLD GARNER JR, SEC/TREAS
PO BOX 4329
WINSTON-SALEM  NC 27115

CREDITOR ID: 405887-15
TYCO ADHESIVES
ATTN ELAINE DAVIS
25 FORGE PARKWAY
FRANKLIN MA 02038

CREDITOR ID: 405765-95
UNICO INC
ATTN CARL TSANG, CFO
1830 SECOND AVENUE NORTH
LAKE WORTH FL 33461

CREDITOR ID: 410967-15
UNIPATH DIAGNOSTICS
C/O INVERNESS MEDICAL
ATTN DUANE L JAMES TREASURER
51 SAWYER ROAD, SUITE 200
WALTHAM MA 02453

CREDITOR ID: 263771-12
UNIPATH DIAGNOSTICS CO
PO BOX 846070
BOSTON, MA 02284-6070

CREDITOR ID: 263791-12
UNITED DOOR SERVICE
ATTN ERIN COSTENBADER, ACCOUNTING
PO BOX 890277
CHARLOTTE, NC 28289-0277

CREDITOR ID: 410830-15
UNITED DOOR SERVICE
ATTN GIOVANNA HEWITT
CONCOURSE BLDG, SUITE 240
1 COPLEY PARKWAY
MORRISVILLE NC 27560

CREDITOR ID: 410963-15
UNITED STATIONERS SUPPLY
CREDIT DEPARTMENT
C/O FINANCIAL ADJUSTMENT SERVICE
ATTN: JULIE HAYSLEY
4010 DUPONT CIRCLE, STE 401
LOUISVILLE KY 40207

CREDITOR ID: 263860-12
UNIVERSAL RAZOR INDUSTRIES, LLC
ATTN LENITA BUCKINGHAM, ACCT MGR
6031 MALBURG WAY
LOS ANGELES, CA 90058

CREDITOR ID: 403509-15
US COTTON LLC
ATTN RJ GUERRERIO, SR VP-CFO
590 LASER RD
RIO RANCHO NM 87124

CREDITOR ID: 408172-15
VALLEY FRESH, INC
ATTN MICHAEL L BRADLEY, FINANCE DIR
680 D STREET
TURLOCK CA 95380

CREDITOR ID: 278964-30
VAN HOEKELEN GREENHOUSES, INC
ATTN LORI VAN HOEKELEN, SECRETARY
PO BOX 88, RT 309
MCADOO, PA 18237-0088

CREDITOR ID: 278964-30
VAN HOEKELEN GREENHOUSES, INC
C/O ANGELINI VINIAR & FREEDMAN LLP
ATTN RICHARD P FREEDMAN, ESQ
413 ROUTE 70 EAST
CHERRY HILL NJ 08034

CREDITOR ID: 406160-15
VERO BEACH PRESS JOURNAL
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES, AGENT
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 264116-12
VICORP RESTAURANTS, INC
ATTN GARY F BURKE, ESQ
DEPT 337
DENVER, CO 80291

CREDITOR ID: 404013-15
VI-JON LABORATORIES INC
ATTN: BOB HESS, VP FIN
8515 PAGE AVENUE
ST LOUIS MO 63114

CREDITOR ID: 264102-12
VI-JON LABORATORIES INC
ATTN: BOB HESS, VP FIN
PO BOX 790051
ST LOUIS, MO 63179-0051

CREDITOR ID: 405700-95
VILLAGE COMPANY LLC, THE
ATTN DAN OLINGER, CREDIT/COLL MGR
134 WEST COLUMBIA COURT
CHASKA MN 55318

CREDITOR ID: 264257-12
VOGUE INTERNATIONAL
ATTN PATRICK LAWLER, CORP CONTR
PO BOX 91-5191
ORLANDO, FL 32891-5191

CREDITOR ID: 264268-12
VOORTMAN COOKIES LTD
ATTN NANCY DISERA, CR MGR
PO BOX 4562
BUFFALO, NY 14240-4562

CREDITOR ID: 264690-12
WESTMINSTER PUBLIC WORKS COMMISSION
ATTN DAVID SMITH, UTILITY DIRECTOR
PO BOX 619
WESTMINSTER, SC 29693-0619

CREDITOR ID: 264713-12
WHIRLPOOL CORP
ATTN LEISHA HENRY
412 N PETERS ROAD
KNOXVILLE TN 37922

CREDITOR ID: 264991-12
WITTICHEN SUPPLY CO
ATTN SHAWN BARAKAT, CR MGR
1600 THIRD AVE SO
BIRMINGHAM, AL 35233-1707

CREDITOR ID: 399358-15
YALE INDUSTRIAL TRUCKS
ATTN LISA RAUCHMILLER, VP
2230 N US HWY 301
TAMPA FL 33619

CREDITOR ID: 265115-12
YOFARM COMPANY, THE
ATTN TIMOTHY F SULLIVAN, CFO
162 SPRING STREET
NAUGATUCK CT 06770

CREDITOR ID: 399454-15
ZAK DESIGNS, INC
ATTN AMY R HIGGINS, CR MGR
1603 S GARFIELD ROAD
AIRWAY HEIGHTS WA 99001

CREDITOR ID: 265159-12
ZAK DESIGNS, INC
ATTN AMY HIGGINS, CREDIT MANAGER
PO BOX 19188
SPOKANE, WA 99219-9188

SERVICE LIST

**Order Reducing Overstated Claims as Set Forth in the
Debtors' Eighth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 265159-12
ZAK DESIGNS, INC
ATTN AMY HIGGINS, CREDIT MANAGER
PO BOX 19188
SPOKANE, WA 99219-9188

**Total:    270**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
## IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on May 4, 2006, upon

the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A (the "Disputed Claims").[2]  Several formal and

informal objections to the Objection were raised or filed, as a result of which the

Debtors have agreed to continue the Objection with respect to (i) claim no. 1096

filed by ACH Food Companies Inc., (ii) claim no. 4073 filed by Baker Distributing

Company, LLC, (iii) claim no. 2165 filed by Barker Company Ltd., (iv) claim no.

7935 filed by CG Roxane, (v) claim no. 3135 filed by Cox North Carolina

Publication, (vi) claim no. 366 filed by CSX Corporation, (vii) claim no. 11505 filed

by Dales Doughnuts South, Inc., (viii) claim no. 2570 filed by J&J Snack Foods

Corp., (ix)  claim no. 2573  filed by Joseph Enterprises, (x) claim no. 8412 filed by

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

Meadwestvaco Corp., (xi) claim no. 8858 filed by National Lift Truck Service, (xii) claim no. 10207 filed by Nature's Bounty, Inc., (xiii) claim no 10202 filed by NBTY, Inc., (xiv) claim no. 3503 filed by New England Coffee Co., (xv) claim no. 4463 filed by New World Pasta Company, (xvi) claim no. 4938 filed by PC Woo (xvii) claim no. 10750 filed by Precision Plumbing & Air Inc., (xviii) claim no. 1052 filed by Schneider National Inc., (xix) claim no. 11818 filed by Sioux Honey Association, (xx) claim no. 11325 filed by Sunbeam Products, (xxi) claim no. 11116 filed by Sweet Blessings, (xxii) claim no. 1064 filed by TW Garner Food Co., (xxiii) claim no. 7274 filed by Vicorp Restaurants, Inc., and (xxiv) claim no. 516 filed by Zak Designs, Inc. (collectively, the "Unresolved Objections"), which claims have been removed from Exhibit A. The Debtors have withdrawn without prejudice their objection to (i) claim no. 10989 filed by Checkpoint Security Systems, Group Inc., (ii) claim no. 574 filed by Cobb Electric Membership Corp., (iii) claim no. 228 filed by Jackson EMC, (iv) claim no. 174 filed by Mackay Envelope Company, LLC, (v) claim no. 2167 filed by Pagas Mailing Services, (vi) claim no. 184 filed by Roadway Express, (vii) claim no. 955 filed by Southeast Unloading, LLC, and (viii) claim no. 11477 filed by Timberlake Consultants, Inc. (collectively, the "Withdrawn Claim Objections"), which claims have been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed. With respect to the Overstated Claims that are reduced by the amount of the reclamation payments listed on Exhibit

2

A under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit A.

       3.     Other than the Unresolved Objections and objections with respect to the Withdrawn Claim Objections, those objections that have not yet been withdrawn are overruled.

       4.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

       5.     The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

       6.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

       7.     This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this ___ day of May, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241528**<br>ACME MCCRARY CORP<br>ATTN GENE SIMPSON, CREDIT MGR<br>PO BOX 1287<br>ASHEBORO NC 27204 | 6635<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,802.40 | $4,820.23 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $363.10 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $11,619.07. |
| **Creditor Id: 241581**<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRES<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 | 418<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,988.00 | $5,048.76 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $939.24. |
| **Creditor Id: 241893**<br>ALCON LABORATORIES INC<br>ATTN PENNY SHAW, TC29<br>6201 SOUTH FREEWAY<br>FT WORTH TX 76134-2099 | 2322<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $103,737.23 | $66,422.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,068.58, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,500.62 AND $23.75, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $34,097.62, AND REMOVAL OF $624.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 241921**<br>ALEXANDRIA DAILY TOWN TALK<br>ATTN PATRICIA FLOYD<br>PO BOX 7558<br>ALEXANDRIA, LA 71306-0558 | 2272<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,828.34 | $882.77 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS AS CLAIMANT DOES NOT PROVIDE ADEQUATE DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 241974**<br>ALLEGRO MFG INC<br>ATTN GARY DOSHAY CR MGR<br>7250 EAST OXFORD WAY<br>COMMERCE, CA 90040<br><br>Transferee: ASM CAPITAL LP | 4<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,439.48 | $5,030.85 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $26.21, AGREED DEDUCTIONS OF $1,543.57, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $838.85. |
| **Creditor Id: 399354**<br>ALVA-AMCO PHARMACAL CO, INC<br>ATTN JEANNE HANLEY, AR MGR<br>7711 MERRIMAC AVE<br>NILES IL 60714 | 497<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,840.72 | $15,198.99 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $115.92 AND $525.81, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279336**<br>AMERICAN SAFETY RAZOR COMPANY<br>ATTN BERNARD A MCGOUGH, CREDIT MGR<br>ONE RAZOR BLADE LANE<br>VERONA VA 24482 | 3929<br>Debtor: WINN-DIXIE STORES, INC. | $61,549.68 | $42,602.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,901.50 AND $2,544.00, RESPECTIVELY, NET CONSUMPTION WAIVER OF $574.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $13,927.84. |
| Transferee: AMROC INVESTMENTS LLC | | | | |
| **Creditor Id: 279337**<br>ANSELL HEALTHCARE<br>ATTN JAMES N ALBETTA, CR MGR<br>200 SCHULTZ DRIVE<br>RED BANK NJ 07701 | 1050<br>Debtor: WINN-DIXIE STORES, INC. | $32,187.72 | $1,907.43 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $373.30, NET CONSUMPTION WAIVER OF $917.08, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $28,989.91. |
| **Creditor Id: 242649**<br>ASSEMBLED PRODUCTS CORP<br>ATTN ROBIN KOPELTKA, COLLECTION MGR<br>115 E LINDEN STREET<br>ROGERS, AR 72756 | 8928<br>Debtor: WINN-DIXIE STORES, INC. | $23,609.24 | $22,843.15 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $118.77 AND REMOVAL OF $647.32 FOR POSTPETITION INVOICE. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 242687**<br>AT SYSTEMS TECHNOLOGIES INC<br>ATTN SUZANNE NALL, CORP CONTROLLER<br>6635 EAST 30TH STREET, SUITE B<br>PO BOX 19817<br>INDIANAPOLIS IN 46219-0817 | 3793<br>Debtor: WINN-DIXIE STORES, INC. | $61,178.34 | $55,576.89 | REDUCED AMOUNT REFLECTS 10/15/04 PAYMENT OF $5,601.45 FOR INVOICE NUMBER 1057221 BY CHECK NUMBER 7350982. |
| **Creditor Id: 242713**<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 | 11535<br>Debtor: WINN-DIXIE STORES, INC. | $141,625.99 | $31,976.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,668.56, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,747.55 AND $48,602.15, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $53,394.06, AND REMOVAL OF UNDOCUMENTED CHARGES OF $236.88. |
| Transferee: CACTUS HOLDINGS GROUP LLC | | | | |
| **Creditor Id: 381741**<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 | 62<br>Debtor: WINN-DIXIE STORES, INC. | $67,426.90 | $1,865.47 | CLAIMANT INCLUDES AMOUNTS NOT OWED BY DEBTOR. REDUCED AMOUNT REFLECTS AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN JEFFREY J GUIDRY, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 381741**<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 | 7110<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,670.67 | $13,438.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,219.15 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $39,012.77. |
| Counsel: ATTN JEFFREY J GUIDRY, ESQ | | | | |
| **Creditor Id: 410535**<br>BECTON DICKENSON & COMPANY, INC.<br>ATTN ROBERT MANSPEIZER, PARALEGAL<br>1 BECTON DRIVE, MC 089<br>FRANKLIN LAKES NJ 07417 | 8507<br>Debtor: **WINN-DIXIE STORES, INC.** | $52,387.64 | $51,427.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $960.20 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279205**<br>BEIERSDORF INC<br>ATTN PAT CERONE, SR MGR<br>187 DANBURY RD<br>5232 EAST PROVIDENT DRIVE<br>WILTON CT 06897 | 5462<br>Debtor: **WINN-DIXIE STORES, INC.** | $132,867.66 | $65,463.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,922.08 AND $10,116.18, RESPECTIVELY, NET CONSUMPTION WAIVER OF $1,647.44, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $52,718.17. |
| **Creditor Id: 279341**<br>BERRY PLASTICS CORPORATION<br>ATTN: RONDA HALE, CORP CR MGR<br>101 OAKLEY STREET<br>PO BOX 959<br>EVANSVILLE IN 47706 | 2050<br>Debtor: **WINN-DIXIE STORES, INC.** | $49,726.47 | $23,371.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,491.79, ACCOUNTS RECEIVABLE BALANCE OF $2,100.01, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,763.23. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 4 | | | | |
| **Creditor Id: 403438**<br>BIMBO BAKERIES USA<br>ATTN JOHN TAYLOR, CR MGR<br>140 N AVIATION BLVD<br>EL SEGUNDO CA 90245 | 987<br>Debtor: **WINN-DIXIE STORES, INC.** | $35,060.43 | $8,157.23 | REDUCED AMOUNT REFLECTS REMOVAL OF $26,903.20 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 404039**<br>BNSF RAILWAY COMPANY<br>ATTN TED JOHNSON, CR MGR<br>2400 WESTERN CENTER BLVD<br>FORT WORTH TX 76131 | 1974<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,199.09 | $5,136.68 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. MOREOVER, CLAIMANT SUPPLIED INVOICES FOR ASSERTED AMOUNT, LISTING INVOICES AGGREGATING $28,062.41 AS NO AMOUNT DUE. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 243844**<br>BRAMLETTE FLOOR SERVICE<br>ATTN GRAHAM N BRAMLETTE, PRES<br>110 WELCOME AVENUE<br>GREENVILLE, SC 29611 | 1447<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,500.00 | $6,250.00 | REDUCED AMOUNT REFLECTS 4/12/05 PAYMENT OF $6,250 FOR POSTPETITION INVOICES BY CHECK NUMBER 008016623. |
| **Creditor Id: 408327**<br>CANADIAN NATIONAL RAILWAY COMPANY<br>ATTN MARIO PLOURDE<br>277 FRONT STREET WEST, 5TH FLOOR<br>TORONTO ON M5V 2X7 CANADA | 6984<br>Debtor: **WINN-DIXIE STORES, INC.** | $37,256.24 | $29,993.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,445.92 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES, $5700.00 FOR ADDITIONAL AMOUNTS ADDED TO PREVIOUSLY PAID INVOICES, AND $117.12 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 399288**<br>CARTHAGE CUP, LP<br>C/O DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME, ESQ<br>1100 NORTH MARKET STREET SUITE 1000<br>WILMINGTON DE 19801 | 437<br>Debtor: **WINN-DIXIE STORES, INC.** | $273,747.63 | $206,141.19 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,343.47, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,408.94 AND $336.63, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $40,581.93, AND REMOVAL OF POSTPETITION INVOICE OF $22,935.47. |
| **Creditor Id: 410860**<br>CATELLI BROTHERS, INC<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 9942<br>Debtor: **WINN-DIXIE STORES, INC.** | $190,454.48 | $63,217.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,675.64, RECLAMATION PAYMENTS IN PROCESS TOTALING $117,820.45, AND REMOVAL OF $5,941.06 FOR ATTORNEY FEES, INTEREST, AND CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279320**<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 | 7825<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $263,271.20 | $62,997.57 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $954.64, RECLAMATION PAYMENTS IN PROCESS TOTALING $30,548.28, AND PREPETITION OVERPAYMENTS OF $168,770.71. |
| **Creditor Id: 399272**<br>CHARLIE'S PASTRIES, INC<br>ATTN CHARLES E BOOTHE JR, CEO<br>3430 NW 16TH STREET, SUITE 10<br>LAUDERHILL FL 33311 | 411<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,984.00 | $169.10 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. REMAINING ASSERTED AMOUNT IS UNDOCUMENTED DESPITE REPEATED INQUIRIES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 381965**<br>CHEVRON PHILLIPS CHEMICAL CO, LP<br>C/O MCCLAIN LEPPERT & MANEY, PC<br>ATTN MICHAEL LEPPERT, ESQ<br>SOUTH TOWER, PENNZOIL PLACE<br>711 LOUISIANA ST, STE 3100<br>HOUSTON TX 77002 | 11111<br>Debtor: **WINN-DIXIE STORES, INC.** | $402,030.50 | $342,737.42 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,796.76 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $57,496.32. |
| **Creditor Id: 399402**<br>CHICKEN OF THE SEA INTERNATIONAL<br>ATTN M L BAYMAN, ASST CR MGR<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121-7706<br><br>Transferee: ASM CAPITAL LP | 586<br>Debtor: **WINN-DIXIE STORES, INC.** | $145,020.08 | $89,252.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $43,553.24 AND $900.23, RESPECTIVELY, AND REMOVAL OF $11,314.12 FOR POSTPETITION INVOICE. |
| **Creditor Id: 410945**<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | 10199<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,575.00 | $3,928.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,646.50 FOR POSTPETITION INVOICES. |
| **Creditor Id: 3012**<br>CITY OF KINGS MOUNTAIN<br>ATTN JEAN V WYTTE<br>NORTH PIEDMONT STREET<br>KINGS MOUNTAIN NC 28086 | 3166<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,250.87 | $11,288.14 | REDUCED AMOUNT REFLECTS REMOVAL OF $962.73 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 848**<br>CITY OF SMYRNA<br>ATTN LEE MILLER<br>PO BOX 1226<br>SMYRNA GA 30081 | 1143<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,315.46 | $1,797.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $338.90 FOR POSTPETITION CHARGES AND $179.11 FOR IMPERMISSIBLE LATE CHARGES. |
| **Creditor Id: 279165**<br>COASTAL BEVERAGE LTD<br>ATTN JANE M KELLY, CONTROLLER<br>4747 PROGRESS AVENUE<br>NAPLES FL 34104 | 2592<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,099.65 | $1,282.60 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $24.76 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $792.29. |

WINN-DIXIE STORES, INC., ET. AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 247606**<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | 1579<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,625.00 | $8,311.10 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $158.10 AND $1,050.80, RESPECTIVELY, PAYMENTS OF $762.50 ON 12/18/04 AND $802.50 ON 1/13/05 FOR INVOICE NUMBER 1288 BY CHECK NUMBER 7407303 AND INVOICE NUMBER 1425 BY CHECK NUMBER 7427709, RESPECTIVELY, AND REMOVAL OF $540.00 FOR DUPLICATE INVOICE NUMBER 1566 INCLUDED IN CLAIM. |
| **Creditor Id: 382002**<br>CROWLEY FOODS, LLC<br>ATTN JAMES F JULIAN<br>95 COURT STREET<br>PO BOX 549<br>BINGHAMTON NY 13901 | 975<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,721.94 | $24.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $81.66, ACCOUNTS RECEIVABLE BALANCE OF $293.47, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,322.65. |
| **Creditor Id: 381977**<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599<br><br>Counsel: ATTN: ANNE MARIE P KELLEY, ESQ | 8509<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $98,469.51 | $36,433.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,954.08 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $59,081.71. |
| **Creditor Id: 247786**<br>D&D COMMODITIES LTD<br>HIGHWAY 75 SOUTH<br>PO BOX 359<br>STEPHEN, MN 56757<br><br>Counsel: ATTN GERAD C PAUL, ESQ. | 10191<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,980.14 | $53,231.65 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $748.49. |
| **Creditor Id: 247469**<br>DAILY DISPATCH, THE<br>ATTN CAROLYN J WILLIAMS, BUS MGR<br>304 S CHESTNUT STREET<br>PO BOX 908<br>HENDERSON, NC 27536-0908 | 2445<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,808.54 | $4,937.34 | REDUCED AMOUNT REFLECTS 3/29/05 PAYMENT OF $871.20 FOR POSTPETITION INVOICE BY CHECK NUMBER 008011690. |
| **Creditor Id: 278868**<br>DAILY JUICE PRODUCTS<br>ATTN SANDY NESTOR<br>1 DAILY WAY<br>VERONA, PA 15147 | 4004<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,387.26 | $30,827.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $120.00 AND $440.00, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 384081<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $978,423.70 | $852,694.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,116.73, ACCOUNTS RECEIVABLE BALANCE OF $50.43, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $118,561.80. |
| **Creditor Id:** 247510<br>DAKOTA GROWERS PASTA CO<br>ATTN CURT WALEN, CONTROLLER<br>ONE PASTA AVENUE<br>CARRINGTON, ND 58421 | 9811<br>**Debtor:** WINN-DIXIE STORES, INC. | $116,326.86 | $70,751.60 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,359.09 AND $1,265.37, RESPECTIVELY, AND REMOVAL OF $25,609.94 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $8,340.86 FOR PRICING DIFFERENCES AND/OR SHORTAGES OF DELIVERED GOODS. |
| **Creditor Id:** 410536<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 8510<br>**Debtor:** WINN-DIXIE STORES, INC. | $278,123.18 | $270,875.83 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id:** 410362<br>DOANE PET CARE COMPANY<br>C/O BOULT CUMMINGS CONNERS ET AL<br>ATTN AUSTIN L MCMULLEN, ESQ<br>1600 DIVISION STREET, SUITE 700<br>NASHVILLE TN 37203 | 7291<br>**Debtor:** WINN-DIXIE STORES, INC. | $113,788.61 | $51,928.45 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,874.55, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $352.69 AND $65.49, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $59,567.43. |
| **Creditor Id:** 248716<br>EASTMAN OUTDOORS INC<br>ATTN RANDY A MAY, CREDIT MGR<br>PO BOX 380<br>FLUSHING MI 48433 | 10920<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,163.68 | $19,163.68 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $350.00 AND REMOVAL OF $650.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBER 257932. |
| **Creditor Id:** 249248<br>EVERGREEN FUNDING CORPORATION<br>ATTN SCOTT R MCARRON, PRES<br>PO BOX 1024<br>ADDISON TX 75001<br><br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | 1081<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $322,524.04 | $277,542.21 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $616.77, ACCOUNTS PAYABLE CREDIT OF $1,023.84, REMOVAL OF $23,604.60 FOR ORDER NEVER RECEIVED, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,736.62. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 408330￼EXEL TRANSPORTATION SERVICES, INC￼ATTN DICK MERRILL, SECRETARY￼7651 ESTERS BLVD, SUITE 200￼IRVING TX 75063 | 6989￼Debtor: WINN-DIXIE STORES, INC. | $287,999.76 | $282,967.78 | REDUCED AMOUNT REFLECTS PAYMENTS OF $338.00 ON 11/30/04, $695.88 ON 12/29/04, $3,240 ON 2/2/05, AND $588 ON 2/7/05 BY CHECK NUMBERS 7386620, 7435315, 7437133, AND 7439356, RESPECTIVELY AND REMOVAL OF $200.10 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 381750￼EZY TIME FOOD PRODUCTS BLENDCO INC￼ATTN CHARLEY MCCAFFREY, PRES￼8 JM TATUM INDUSTRIAL DRIVE￼HATTIESBURG MS 39401 | 82￼Debtor: WINN-DIXIE STORES, INC. | $5,789.00 | $5,144.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $644.16 FOR POSTPETITION INVOICE. |
| Creditor Id: 249655￼FLEXION MATERIAL HANDLING INC￼ATTN MICHELLE BRAVENDER￼PO BOX 23702￼NEW ORLEANS, LA 70183-0702 | 11431￼Debtor: WINN-DIXIE STORES, INC. | $3,030.19 | $2,202.30 | REDUCED AMOUNT REFLECTS REMOVAL OF $259.64 FOR POSTPETITION INVOICE AND $568.25 FOR CALCULATION ERROR. |
| Creditor Id: 374945￼FRANKLIN BAKING CO LLC￼ATTN MISSY WILSON, CREDIT MGR￼132 NORTH BROAD STREET￼THOMASVILLE GA 31792 | 9726￼Debtor: WINN-DIXIE STORES, INC. | $5,900.19 | $3,373.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,527.04 FOR NUMEROUS INVOICES LACKING PROOF OF DELIVERY. |
| Creditor Id: 250258￼GARDENBURGER INC￼ATTN RICHARD D WERBLIN, CORP CONTR￼15615 ALTON PARKWAY, SUITE 350￼IRVINE CA 92618 | 3677￼Debtor: WINN-DIXIE STORES, INC. | $2,175.20 | $1,487.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE AGGREGATING $687.41. |
| Creditor Id: 250707￼GOLDER ASSOCIATES INC￼PO BOX 102609￼ATLANTA, GA 30368-0609￼￼Counsel: ATTN PAUL B COHEN, ESQ. | 9847￼Debtor: WINN-DIXIE STORES, INC. | $95,416.04 | $80,506.04 | REDUCED AMOUNT REFLECTS $19/9/05 PAYMENT OF $160.00 FOR POSTPETITION INVOICE NUMBER 127505 BY CHECK NUMBER 008076277 AND REMOVAL OF $5,750.00 AND $9,000 FOR INVOICE NUMBERS 119430 AND 124266, RESPECTIVELY, NEITHER OF WHICH IS A LIABILITY OF ANY OF THE DEBTORS. |
| Creditor Id: 250717￼GONNELLA FROZEN PRODUCTS￼ATTN JENNIFER SMOLZER￼1117 E WILEY RD￼SCHAUMBURG IL 60173 | 1647￼Debtor: WINN-DIXIE STORES, INC. | $213,486.40 | $175,754.83 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,143.38 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $36,588.19. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410686**<br>GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN SARA SCHULTZ, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | 9700<br>Debtor: **WINN-DIXIE STORES, INC.** | $88,368.97 | $62,718.56 | REDUCED AMOUNT REFLECTS: (A) NET CONSUMPTION WAIVER OF $515.94, (B) RECLAMATION PAYMENT IN PROCESS OF $16,510.07, AND (C) AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 384162**<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN IRENE T MORRIS, A/R MGR<br>550 TOWNSHIP LINE ROAD<br>BLUE BELL PA 19422-2726 | 4433<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $65,630.52 | $53,129.05 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,079.56, NET CONSUMPTION WAIVER OF $103.69, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,318.22. |
| **Creditor Id: 404847**<br>HUBERT COMPANY<br>ATTN MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | 9266<br>Debtor: **WINN-DIXIE STORES, INC.** | $75,815.20 | $63,341.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,872.87 AND REMOVAL OF $1,311.25 FOR POSTPETITION INVOICE NUMBER 358222 AND $4,243.42 AND 3,046.02 FOR INVOICE NUMBER 774392 DATED 11/13/03 AND INVOICE NUMBER 155927 DATED 8/6/04, RESPECTIVELY, AS BOTH INVOICES LACK PROOF OF DELIVERY. |
| **Creditor Id: 279022**<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 | 3194<br>Debtor: **WINN-DIXIE STORES, INC.** | $88,409.07 | $1,014.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,648.31, ACCOUNTS RECEIVABLE BALANCE OF $683.75, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $84,062.06. |
| **Creditor Id: 395437**<br>ICICLE SEAFOODS, INC<br>ATTN LES RIEDEL, CREDIT MANAGER<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 | 5741<br>Debtor: **WINN-DIXIE STORES, INC.** | $91,052.27 | $88,778.91 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $68.89 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,204.47. |
| **Creditor Id: 252195**<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBIH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | 397<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $8,688.64 | $7,667.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $300, $63 AND $259.96 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBERS 17333, 17417, AND 17446, RESPECTIVELY, AND $397.92 FOR POSTPETITION INVOICE NUMBER 17839. |
| **Creditor Id: 252927**<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 | 2154<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,078.20 | $4,315.78 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $504.00 AND $2,258.42, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 384195**<br>JOHANNA FOODS, INC<br>ATTN RICHARD COOK, VP/CFO<br>PO BOX 272<br>FLEMINGTON NJ 08822-0272 | 2321<br>Debtor: **WINN-DIXIE STORES, INC.** | $74,651.26 | $74,048.38 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 384196**<br>JOHN MIDDLETON, INC<br>ATTN SELENA K MURTHA, ESQ.<br>418 W CHURCH ROAD<br>KING OF PRUSSIA PA 19406 | 6777<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $14,937.24 | $2,640.61 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $391.06, NET CONSUMPTION WAIVER OF $372.62, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $11,532.95. |
| **Creditor Id: 253450**<br>JP PRODUCTS LC DBA POMERANTZ<br>ATTN BONNIE BRYANT, VP<br>409 W 76TH ST<br>DAVENPORT, IA 52806 | 4509<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,492.00 | $11,275.53 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $64.08 AND $6,152.39, RESPECTIVELY. |
| **Creditor Id: 253581**<br>KAO BRANDS COMPANY<br>ATTN RONALD P LYNCH, MGR<br>1434 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | 2690<br>Debtor: **WINN-DIXIE STORES, INC.** | $140,792.58 | $93,125.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,409.72, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,829.66 AND $9,281.33, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,146.26. |
| **Creditor Id: 253611**<br>KARLIN FOODS CORP<br>ATTN MITCHELL KARLIN, PRESIDENT<br>135 S LASALLE, DEPT 3729<br>CHICAGO, IL 60674-3729<br><br>Transferee: AMROC INVESTMENTS LLC | 3878<br>Debtor: **WINN-DIXIE STORES, INC.** | $90,188.81 | $86,593.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,594.92. |
| **Creditor Id: 253555**<br>KC PHARMACEUTICALS INC<br>ATTN PAUL KANTIKO, VP FIN<br>3201 PRODUCER WAY<br>POMONA, CA 91768-3901 | 2430<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,851.04 | $3,738.12 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $881.40 AND REMOVAL OF IMPERMISSIBLE INTEREST CHARGE OF $231.52. |
| **Creditor Id: 253763**<br>KENS FOODS INC<br>ATTN PATRICK CONDRY, CR MGR<br>PO BOX 849<br>MARLBORO MA 01752 | 2317<br>Debtor: **WINN-DIXIE STORES, INC.** | $49,478.00 | $36,991.97 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,771.35 AND $10,714.68, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411272**<br>KIM'S PROCESSING PLANT, INC<br>ATTN JOHN WONG, PRESIDENT<br>417 3RD STREET<br>CLARKSDALE MS 28614 | 11607<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,432.20 | $256.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $89.60 AND PAYMENTS OF $159.60 ON 10/26/04 FOR INVOICE NUMBER 57975 BY CHECK NUMBER 007367557, $351.60 ON 11/2/04 FOR INVOICE NUMBER 57492 BY CHECK NUMBER 00737367, $351.60 ON 11/23/04 FOR INVOICE NUMBER 58025 BY CHECK NUMBER 007384386, AND $223.80 ON 11/23/04 FOR INVOICE NUMBER 58066 BY CHECK NUMBER 007390002. |
| **Creditor Id: 254007**<br>KING ARTHUR FLOUR COMPANY<br>ATTN MARY BEHRLE, VP FINANCE<br>PO BOX 4508<br>BOSTON, MA. 02212-4508 | 10528<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,168.96 | $12,220.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF$67.68 AND $619.78, RESPECTIVELY, AND PAYMENT OF $1,729.28 FOR INVOICE NUMBERS 5785 ON 10/14/04 AND $1,531.84 FOR INVOICE NUMBER 5871 ON 10/19/04 BY CHECK NUMBERS 0000104229 AND 0000104421, RESPECTIVELY. |
| **Creditor Id: 254020**<br>KINGS FOOD PRODUCTS<br>ATTN STEPHANIE FAHRNER, VP<br>12 NORTH 35TH STREET<br>BELLEVILLE, IL 62226 | 1660<br>Debtor: **WINN-DIXIE STORES, INC.** | $99,495.12 | $89,033.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $317.03 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,144.97. |
| Counsel: ATTN J PATRICK BRADLEY, ESQ | | | | |
| **Creditor Id: 254061**<br>KLEMENT SAUSAGE CO INC<br>ATTN ROGER G KLEMENT, CO PRES<br>207 E LINCOLN AVE<br>MILWAUKEE, WI 53207 | 3981<br>Debtor: **WINN-DIXIE STORES, INC.** | $38,967.84 | $19,134.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $601.02, ACCOUNTS PAYABLE CREDIT OF $159.43, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,073.21. |
| **Creditor Id: 408372**<br>LABEL SYSTEMS INTERNATIONAL<br>C/O NASHUA CORPORATION<br>ATTN SALLY L SMITH, CREDIT MGR<br>3838 SOUTH 108TH STREET<br>OMAHA NE 68144 | 7036<br>Debtor: **WINN-DIXIE STORES, INC.** | $216,178.15 | $71,632.92 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE OFFSET OF $287.00 AND REMOVAL OF $50,701.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $93,556.38 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 279240**<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | 7294<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,977.59 | $23,373.07 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $698.23, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVBLE BALANCE OF $605.75 AND $3,135.08, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $20,165.46. |
| **Creditor Id: 254618**<br>LEHIGH SAFETY SHOE CO<br>ATTN THOMAS J BATTISTA, GEN CR MGR<br>PO BOX 371958<br>PITTSBURGH, PA. 15250-7958 | 2931<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,137.84 | $6,310.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,480.55 AND REMOVAL OF $2,346.88 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411320**<br>LEINER HEALTH PRODUCTS, LLC<br>ATTN MARGARET H BENSON/S ZINK SR<br>901 E 233RD STREET<br>CARSON CA 90745 | 11757<br>Debtor: **WINN-DIXIE STORES, INC.** | $54,337.75 | $38,267.60 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $79.36 AND REMOVAL OF $15,990.79 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 403412**<br>LH HAYWARD & COMPANY, LLC<br>ATTN RICHARD V HAYWARD, PRES<br>5401 TOLER STREET<br>HARAHAN LA 70123 | 938<br>Debtor: **WINN-DIXIE STORES, INC.** | $44,595.65 | $43,802.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE AGGREGATING $793.64. |
| **Creditor Id: 254936**<br>LOG HOUSE FOODS, INC<br>SDS 12-0870<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0870<br><br>Transferee: HAIN CAPITAL OPPORTUNITIES LLC | 1651<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,948.28 | $31,224.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,723.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 407504**<br>LOREAL PARIS<br>ATTN PATRICK ACKERMAN<br>35 BROADWAY ROAD<br>CRANBURY NJ 08512<br><br>Counsel: ATTN BURTON S WESTON, ESQ | 11316<br>Debtor: **WINN-DIXIE STORES, INC.** | $279,207.42 | $142,965.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $261.00 AND $135,981.10, RESPECTIVELY. |
| **Creditor Id: 2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503<br><br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | 9425<br>Debtor: **WINN-DIXIE STORES, INC.** | $82,700.26 | $65,912.44 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 255194**<br>M KAMENSTEIN, DIV OF LIFETIME HOAN<br>ATTN MARIE DOERRBECKER, CREDIT MGR<br>1 MERRICK AVENUE<br>WESTBURY NY 11590 | 6176<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,260.62 | $1,660.10 | REDUCED AMOUNT REFLECTS $2,600.52 DEDUCTION FOR INCOMPLETE SHIPMENT OF GOODS INCLUDED IN INVOICE NUMBER 00825708 DATED 9/10/03. |
| **Creditor Id: 395544**<br>MAKOTO DRESSING INC<br>ATTN THOMAS A COBB, PRES<br>644 ATLANTIS ROAD<br>MELBOURNE FL 32904 | 320<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $8,904.00 | $5,936.00 | REDUCED AMOUNT REFLECTS 5/24/05 PAYMENT OF $2,968.00 BY CHECK NUMBER 008045328 FOR POSTPETITION INVOICE NUMBER 3732 SHIPPED 2/22/05. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 262848**<br>MALISH CORPORATION, THE<br>ATTN MARK A RAY, VP<br>4260 HAMANN PARKWAY<br>WILLOUGHBY, OH 44094<br><br>Transferee: ASM CAPITAL LP | 1603<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,890.62 | $15,107.72 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,782.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 255393**<br>MAPLE LEAF FARMS INC<br>ATTN CHERINE HARE-SYERS, CR MGR<br>PO BOX 210<br>MILWAUKEE, WI 53278<br><br>Transferee: ASM CAPITAL LP | 6937<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,572.02 | $29,468.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $485.57 AND $123.75, RESPECTIVELY, AND REMOVAL OF $12,494.30 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 255419**<br>MARCO COMPANY<br>ATTN DOUGLAS E PENTECOST, VP<br>3209 MARQUITA DRIVE<br>PO BOX 123439<br>FORT WORTH, TX 76121-3439 | 1302<br>Debtor: **WINN-DIXIE STORES, INC.** | $266,166.48 | $256,831.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,628.89 AND REMOVAL OF $1,661.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND OF $1,164.29 FOR INVOICE NUMBER 190717, $769.89 FOR INVOICE NUMBER 192582, AND $4,120.31 FOR INVOICE NUMBER 202641 AS THEY LACK PURCHASE ORDERS. |
| **Creditor Id: 399631**<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDELOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 | 1554<br>Debtor: **WINN-DIXIE STORES, INC.** | $39,992.80 | $38,609.20 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $16.60 AND $9.75, RESPECTIVELY, AND PAYMENT OF $1,357.25 ON 3/4/05 BY CHECK NUMBER 008002794 FOR POSTPETITION RECEIPT OF GOODS LISTED IN INVOICE NUMBER 95835. |
| **Creditor Id: 255544**<br>MARKET ADMIN FEDERAL ORDER #5<br>US AGRICULTURE DEPT<br>ATTN JOHN R MENGEL, ACTING DPTY ADM<br>PO BOX 18030<br>LOUISVILLE KY 40261-0030<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 4393<br>Debtor: **WINN-DIXIE STORES, INC.** | $48,011.72 | $25,876.13 | REDUCED AMOUNT REFLECTS REMOVAL OF $22,135.59 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 2394**<br>MARKETOWN INVESTORS INC<br>C/O DONALD E THERIOT, ATTNY AT LAW<br>ATTN: ERIN THOMAS/DONALD THERIOT<br>1944 FIRST STREET<br>SLIDELL LA 70458 | 2704<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,855.89 | $2,345.79 | REDUCED AMOUNT REFLECTS PAYMENT OF $3,020.20 FOR POSTPETITION PORTION OF INSURANCE BILL OF $5,365.99. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 255577<br>MARLIN<br>ATTN JACKIE WILSON, CREDIT MGR<br>PO BOX 140795<br>ORLANDO FL 32814-0795 | 5443<br>Debtor: WINN-DIXIE STORES, INC. | $985.66 | $443.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $542.62 FOR POSTPETITION INVOICES. |
| Creditor Id: 255745<br>MASTER LOCK COMPANY<br>ATTN PATTY COOK<br>137 W FOREST HILL AVENUE<br>OAK CREEK WI 53154 | 4445<br>Debtor: WINN-DIXIE STORES, INC. | $162,974.52 | $102,007.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $60,967.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 407603<br>MCCLELLAN TRUCK LINES<br>ATTN NICK MCCLELLAN, PRESIDENT<br>PO BOX 1327<br>TIFTON GA 31793 | 4561<br>Debtor: WINN-DIXIE STORES, INC. | $55,366.62 | $54,249.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $440.85 FOR INVOICE NUMBER 226938 DATED 5/10/04 AS THERE IS NO PROOF OF DELIVERY AND $676.10 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 405167<br>MELITTA USA INC<br>ATTN JEFF COOKE, CR MGR<br>13925 58TH STREET NORTH<br>CLEARWATER FL 33760<br><br>Transferee: AMROC INVESTMENTS LLC | 2183<br>Debtor: WINN-DIXIE STORES, INC. | $113,492.88 | $71,389.68 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $40,652.38 AND $1,450.82, RESPECTIVELY. |
| Creditor Id: 256041<br>MELLO SMELLO, LLC<br>ATTN BOB MEYER<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427 | 2937<br>Debtor: WINN-DIXIE STORES, INC. | $122,135.57 | $62,145.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $59,989.68. |
| Creditor Id: 405169<br>MENTHOLATUM CO, INC<br>ATTN S ALAIMO/J INGHAM<br>707 STERLING DRIVE<br>ORCHARD PARK NY 14127-1587 | 5614<br>Debtor: WINN-DIXIE STORES, INC. | $61,729.68 | $39,415.17 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $12,469.44, NET CONSUMPTION WAIVER OF $298.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,546.74. |
| Creditor Id: 407616<br>MENU FOODS, INC<br>9130 GRIFFITH MORGAN LANE<br>PENNSAUKEN NJ 08110 | 4852<br>Debtor: WINN-DIXIE STORES, INC. | $71,832.64 | $718.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,154.98 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $68,959.33. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 380988**<br>MERCAM INC<br>PO BOX 890884<br>CHARLOTTE, NC 28289-0884 | 10105<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $26,533.80 | $12,532.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$156.70,** NET CONSUMPTION WAIVER OF **$424.29,** AND RECLAMATION PAYMENTS IN PROCESS TOTALING **$13,420.60.** |
| Counsel: ATTN MARK A PINKSTON, ESQ | | | | |
| **Creditor Id: 279060**<br>MEYER'S BAKERIES, INC<br>C/O WRIGHT, LINDSEY & JENNINGS LLP<br>ATTN CHARLES T COLEMAN, ESQ<br>200 WEST CAPITOL AVENUE, STE 2300<br>LITTLE ROCK AR 72201-3699 | 10211<br>**Debtor:** WINN-DIXIE STORES, INC. | $97,880.28 | $73,002.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$2,532.44** AND REMOVAL OF **$22,345.20** FOR NINE INVOICES ALSO INCLUDED IN CLAIM NUMBER 7749 AND IS PAYABLE AS **$56,182.22** ADMINISTRATIVE AND **$16,820.42** UNSECURED NON-PRIORITY. |
| **Creditor Id: 256148**<br>MFM INDUSTRIES INC<br>ATTN ANN CHAFFIN, CONTROLLER<br>PO BOX 68<br>LOWELL, FL 32663 | 7978<br>**Debtor:** WINN-DIXIE STORES, INC. | $118,055.84 | $51,355.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF **$16.77** AND **$36.27,** RESPECTIVELY, AND REMOVAL OF **$66,647.80** FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 256276**<br>MICHELE FOODS<br>ATTN MICHELE HOSKINS, CEO<br>1600 167TH STREET, SUITE 3<br>CALUMET CITY IL 60409 | 5515<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,666.00 | $528.89 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF **$9,137.11.** |
| **Creditor Id: 382044**<br>MID-GULF BAKERY LLC<br>850 MID FLORIDA<br>ORLANDO FL 32824 | 7749<br>**Debtor:** WINN-DIXIE STORES, INC. | $64,268.10 | $22,764.43 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF **$1,257.69** AND RECLAMATION PAYMENTS IN PROCESS TOTALING **$40,245.98.** |
| **Creditor Id: 256443**<br>MINEOLA WATER CORPORATION<br>ATTN WM ALLEN SHELTON, CEO<br>PO BOX 864<br>FOLEY, AL 36536 | 9936<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,106.22 | $553.91 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF **$1,812.37** AND REMOVAL OF **$2,739.94** FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 405931**<br>MIRACLE CANDLE COMPANY<br>ATTN DAVID OR JORGE L GARCIA<br>3100 GUADALUPE STREET<br>LAREDO TX 78043 | 3440<br>**Debtor:** WINN-DIXIE STORES, INC. | $33,968.46 | $30,435.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$3,533.46.** |
| Transferee: AMROC INVESTMENTS LLC | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407607**<br>MMMM, INC DBA MITCH MURCH'S<br>MAINTENANCE MGMT<br>ASSIGNEE OF ROYAL SERVICES INC<br>2827 CLARK AVENUE<br>ST LOUIS MO 63103-2591<br><br>Counsel: ATTN DAVID M DARE, ESQ | 4563<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $39,203.46 | $26,873.56 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,185.95 ON 3/10/05 FOR POSTPETITION INVOICE NUMBER 94660 BY CHECK NUMBER 008004357 AND $976.31 AND $708.54 ON 6/7/05 FOR POSTPETITION INVOICE NUMBERS 94686 AND 94687, RESPECTIVELY, BY CHECK NUMBER 008053463, AND REMOVAL OF $9,459.10 FOR NUMEROUS INVOICE NUMBERS LACKING DOCUMENTATION OR PROOF OF DELIVERY DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 384246**<br>MOORE WALLACE<br>PO BOX 905046<br>CHARLOTTE, NC 28290-5046 | 10047<br><br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $84,285.01 | $80,110.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,174.35 AS AGREED TO BY CLAIMANT AS THERE IS NO PROOF OF DELIVERY FOR INVOICE NUMBERS 660381921, 660381924, AND 660381935. |
| **Creditor Id: 400435**<br>MOTHER PARKERS TEA & COFFEE USA LTD<br>ATTN BARB JENKINS, CR SUPERV<br>PO BOX 847135<br>DALLAS TX 75284-7135 | 832<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $37,965.28 | $8,542.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $29,423.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 256761**<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 11529<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $52,463.63 | $50,988.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 278931**<br>NATURALLY FRESH, INC<br>LOCKBOX 945913<br>ATLANTA, GA 30394-5913 | 6990<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $80,041.87 | $59,313.10 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $567.92, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $615.25 AND $237.28, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $17,320.72, AND REMOVAL OF $1,987.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 257074**<br>NEESE SAUSAGE CO<br>ATTN JANE DAVIS, VP<br>1452 ALAMANCE CHURCH RD<br>GREENSBORO, NC 27406 | 9187<br><br>Debtor: **WINN-DIXIE STORES, INC.** | $29,313.74 | $25,355.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,957.85. |
| **Creditor Id: 257152**<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>14854 HAYNE BLVD<br>NEW ORLEANS, LA 70128 | 2157<br><br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $25,135.60 | $8,427.17 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $506.32 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,202.11. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 257174<br>NEW YORK FROZEN FOODS, INC<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 29163<br>COLUMBUS, OH 43229 | 4476<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $73,500.00 | $12,733.80 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,841.40, ACCOUNTS PAYABLE CREDIT OF $55.80, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $58,869.00. |
| Creditor Id: 405267<br>NONNI'S FOOD COMPANY<br>ATTN KRISTI GRAHAM, MGR<br>601 S BOULDER, STE 900<br>TULSA OK 74116 | 8789<br>Debtor: WINN-DIXIE STORES, INC. | $27,885.19 | $16,161.25 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $540.00 AND $7,416.95 RESPECTIVELY, AND REMOVAL OF $3,766.99 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 279325<br>NORTH AMERICAN PERFUMES, INC<br>C/O DICECCO, FANT & BURMAN<br>ATTN GLENN R LEMAY, ESQ<br>1900 WEST LOOP SOUTH, SUITE 1100<br>HOUSTON TX 77027 | 3157<br>Debtor: WINN-DIXIE STORES, INC. | $381,600.00 | $3,816.00 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $22,896.00 AND $105,000, RESPECTIVELY, NET CONSUMPTION WAIVER OF $11,448.00, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $238,440.00. |
| Creditor Id: 257586<br>ODYSSEY ENTERPRISES INC<br>ATTN PAUL ADAMS, CFO<br>150 NICKERSON STREET, SUITE 300<br>SEATTLE WA. 98109 | 5577<br>Debtor: WINN-DIXIE STORES, INC. | $704,979.20 | $702,100.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,879.20 FOR IMPERMISSIBLE INTEREST CHARGES. |
| Creditor Id: 382058<br>ON-COR FROZEN FOODS, LLC<br>ATTN WILLIAM SHEREOS, CR MGR<br>627 LANDWEHR RD<br>NORTHBROOK IL 60062 | 4588<br>Debtor: WINN-DIXIE STORES, INC. | $17,709.60 | $8,180.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $762.90 AND $897.51, RESPECTIVELY, NET CONSUMPTION WAIVER OF $288.77, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,580.01. |
| Creditor Id: 257732<br>ORANGE GLO CORPORATION<br>8200 E MAPLEWOOD AVE<br>DALLAS, TX 75397 | 2544<br>Debtor: WINN-DIXIE STORES, INC. | $27,386.63 | $26,396.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $990.17. |
| Creditor Id: 407615<br>OXO INTERNATIONAL LTD<br>ATTN TRACY SCHEVERMAN, CONTROLLER<br>75 NINTH AVENUE, 5TH FLOOR<br>NEW YORK NY 10011 | 4851<br>Debtor: WINN-DIXIE STORES, INC. | $23,194.53 | $14,755.23 | REDUCED AMOUNT REFLECTS PAYMENT OF $3,392.34 FOR INVOICE NUMBER 9002584190 ON 11/12/04 BY CHECK NUMBER 00735520, AND $1,780.94 FOR INVOICE NUMBER 9002687247 ON 1/12/05 BY CHECK NUMBER 00741920 AND ACCOUNTS RECEIVABLE BALANCE OF $3,266.02. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403481**<br>PACER GLOBAL LOGISTICS<br>ATTN GREG JANSEN, CR MGR<br>6805 PERIMETER DRIVE<br>DUBLIN OH 43016 | 1039<br>Debtor: **WINN-DIXIE STORES, INC.** | $125,182.78 | $101,177.51 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 258025**<br>PARFUMS DE COEUR LTD<br>ATTN MELINDA STEWART<br>CHURCH STREET STATION<br>PO BOX 6349<br>NEW YORK, NY 10249-6349 | 5818<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,930.12 | $3,930.12 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 408348**<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | 11878<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,314,652.50 | $795,175.47 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 407597**<br>PAXAR AMERICAS, INC<br>C/O PAXAR CORPORATION<br>ATTN RUSSELL K SCHNEIDER, DIR<br>PO BOX 608<br>DAYTON OH 45401 | 4548<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,627.10 | $18,767.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $147.26 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $4,712.40. |
| **Creditor Id: 381766**<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK, NY 10006<br><br>Transferee: AMROC INVESTMENTS LLC | 9380<br>Debtor: **WINN-DIXIE STORES, INC.** | $78,695.65 | $57,485.92 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,208.73 AND REMOVAL OF $1 FOR CALCULATION ERROR. |
| **Creditor Id: 384290**<br>PHILLIPS FOODS, INC<br>ATTN MELISSA SELLERS, ESQ.<br>1215 E FORT AVENUE<br>BALTIMORE, MD 21230 | 8132<br>Debtor: **WINN-DIXIE STORES, INC.** | $28,825.29 | $22,232.50 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $107.94 AND REMOVAL OF $6,484.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 258478**<br>PHOENIX BRANDS, LLC<br>ATTN LORI S SULLIVAN, DIR CUST OPER<br>1437 W MORRIS STREET<br>INDIANAPOLIS IN 46221 | 4205<br>Debtor: **WINN-DIXIE STORES, INC.** | $70,127.02 | $45,573.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF **$744.04**, ACCOUNTS PAYABLE CREDIT OF **$248.05**, AND RECLAMATION PAYMENTS IN PROCESS TOTALING **$23,561.14**. |
| **Creditor Id: 258669**<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS, LA 70760-0160 | 478<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,316.31 | $23,600.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $718.79 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id: 258669**<br>POMPEIAN, INC<br>ATTN LLOYD S MAILMAN, ESQ<br>PO BOX 8863<br>BALTIMORE, MD 21224-0863 | 2977<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $24,551.75 | $5,294.66 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,352.20 AND $8,625.69, RESPECTIVELY, AND REMOVAL OF $9,279.20 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 259080**<br>QUALITY KING DIST INC<br>ATTN LYDIA SANCHEZ /VINCENT V ROTCH<br>2060 NINTH AVE<br>RONKONKOMA NY 11772 | 4103<br>Debtor: **WINN-DIXIE STORES, INC.** | $48,832.30 | $18,590.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $916.42 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,325.39. |
| **Creditor Id: 399335**<br>RED DIAMOND, INC<br>DONOVAN COFFEE CO<br>ATTN COKE LINDSAY<br>1701 VANDERBILT RD, PO BOX 2168<br>BIRMINGHAM AL 35201-2168<br><br>Transferee: ASM CAPITAL LP | 467<br>Debtor: **WINN-DIXIE STORES, INC.** | $67,342.43 | $62,259.32 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,083.11 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 399292**<br>RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755<br><br>Transferee: SMITHTOWN BAY LLC | 442<br>Debtor: **WINN-DIXIE STORES, INC.** | $271,087.83 | $240,581.52 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $30,506.31. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 382080**<br>RICH PRODUCTS CORPORATION<br>ATTN DAVID J CARERE, VP FIN<br>1150 NIAGARA STREET<br>BUFFALO NY 14213 | 1047<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $2,028.18 | $20.28 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$58.08**, NET CONSUMPTION WAIVER OF $60.85, AND RECLAMATION PAYMENTS IN PROCESS TOTALING **$1,888.97**. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4722<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $38,391.13 | $13,018.48 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF **$243.75**, ACCOUNTS PAYABLE CREDIT OF $17,328.85, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,800.05. |
| **Creditor Id: 381739**<br>ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 | 59<br>Debtor: **WINN-DIXIE STORES, INC.** | $104,038.11 | $101,554.92 | REDUCED AMOUNT REFLECTS REMOVAL OF **$2,483.19** FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 259914**<br>ROGER WOOD FOODS, INC<br>ATTN THOMAS MARKS, ACCTG MGR<br>PO BOX 2926<br>SAVANNAH, GA 31402<br><br>Transferee: AMROC INVESTMENTS LLC | 2483<br>Debtor: **WINN-DIXIE STORES, INC.** | $87,562.40 | $63,162.04 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$1,273.26** AND PAYMENTS OF **$17,829.33** FOR INVOICE NUMBER 11930 ON 12/23/04 AND **$5,297.77** ON 2/3/05 FOR INVOICE NUMBER 14219 BY ACH PAYMENTS REFERENCE NUMBERS 002414 AND 002860, RESPECTIVELY. |
| **Creditor Id: 279275**<br>ROYAL OAK SALES, INC<br>ATTN STEVEN W DAILEY, CR MGR<br>1 ROYAL OAK AVE<br>ROSWELL GA 30076 | 6945<br>Debtor: **WINN-DIXIE STORES, INC.** | $169,897.72 | $65,331.57 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF **$830.60**, NET CONSUMPTION WAIVER OF $3,143.95, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $100,591.60. |
| **Creditor Id: 260151**<br>RUDYS CONFECTIONS, INC<br>ATTN BLANCA O PRIETO, PRES<br>PO BOX 66-9364<br>MIAMI, FL 33166-9364<br><br>Transferee: ASM CAPITAL LP | 398<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,888.17 | $6,496.66 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS. CLAIM MERELY LISTS CHECKS AND AMOUNTS ALREADY PAID TO CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 260341**<br>SALTON, INC<br>ATTN MARK C KILGORE, MGR A/R & CRED<br>1801 N STADIUM BLVD<br>COLUMBIA MO 65202 | 5638<br>Debtor: **WINN-DIXIE STORES, INC.** | $66,241.92 | $45,144.94 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $7,593.83 AND $13,357.75, RESPECTIVELY, AND REMOVAL OF $145.40 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 260492**<br>SAVOIE'S SAUSAGE & FOOD PRODS, INC<br>ATTN FREDERICK R LAFLEUR, EXEC VP<br>1742 HWY 742<br>OPELOUSAS, LA 70570<br><br>Transferee: ASM CAPITAL LP | 3357<br>Debtor: **WINN-DIXIE STORES, INC.** | $104,764.39 | $102,238.94 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $69.32 AND ACCOUNTS RECEIVABLE BALANCE OF $2,300.79 AND REMOVAL OF $155.34 FOR TWICE-LISTED INVOICE NUMBER 221726. |
| **Creditor Id: 260558**<br>SCHUMANN CASTERS & EQUIPMENT CO INC<br>ATTN TONY WATKINS, PRES<br>1299 W BEAVER ST<br>PO BOX 2115<br>JACKSONVILLE, FL 32203-2115 | 353<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $8,780.31 | $5,422.20 | REDUCED AMOUNT REFLECTS 12/30/04 PAYMENT OF $3,358.11 FOR INVOICE NUMBER 37078 BY DRAFT NUMBER 032 5809. |
| **Creditor Id: 399274**<br>SCRIPTO TOKAI CORPORATION<br>ATTN MARJI PARRISH<br>11600 MILLENNIUM COURT<br>RANCHO CUCAMONGA CA 91730 | 399274<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,201.76 | $22,606.96 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $88.56 AND $3,691.04, RESPECTIVELY, AND 8/31/05 PAYMENT OF $2,815.20 FOR GOODS RECEIVED POSTPETITION FOR PREPETITION INVOICE NUMBER 51685 BY CHECK NUMBER 00000371Z. |
| **Creditor Id: 403432**<br>SEGUE SEARCH FLORIDA, LLC DBA<br>ORAD AGENCY<br>ATTN DARREN COHAN, CR MGR<br>285 MADISON AVENUE 14TH FL<br>NEW YORK NY 10017<br><br>Counsel: ATTN: ALEX SPIZZ, ESQ | 977<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,636.97 | $5,024.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $540, $525, AND $547.50 FOR POSTPETITION INVOICE NUMBERS 1961665, 1961666, AND 1965260, RESPECTIVELY. |
| **Creditor Id: 260964**<br>SHERWOOD BRANDS INC<br>PO BOX 85080<br>RICHMOND, VA 23285-4136 | 7471<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,088.80 | $829.34 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,259.46. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 261044**<br>SIF CANADA LTD<br>ATTN KIMBERLY ACHESON<br>39 MOOD ROAD<br>PO BOX 163<br>TUSKET, NS  B0W 3M0 CANADA | 874<br>Debtor:  **WINN-DIXIE STORES, INC.** | $23,208.89 | $20,452.17 | REDUCED AMOUNT REFLECTS 6/14/05 PAYMENT OF $2,756.72  BY CHECK NUMBER 008056957 FOR POSTPETITION RECEIPT OF GOODS LISTED IN PREPETITION INVOICES DATED 2/18/05. |
| **Creditor Id: 399291**<br>SIGNATURE WASTE SYSTEMS, INC<br>ATTN JOE SWINFORD, PRESIDENT/OWNER<br>660 WESTINGHOUSE BLVD, SUITE 108<br>PO BOX 7349<br>CHARLOTTE  NC  28241 | 10582<br>Debtor:  **WINN-DIXIE STORES, INC.** | $6,593.88 | $5,891.63 | REDUCED AMOUNT REFLECTS 4/1/05 PAYMENTS OF $472.11 AND $230.14 FOR INVOICE NUMBER 29911 BY CHECK NUMBERS 008901206 AND 008014666. |
| **Creditor Id: 399342**<br>SNACK ALLIANCE INC<br>ATTN VALERIE SANDERS, AR MGR<br>1900-1030 WEST GEORGIA STREET<br>VANCOUVER  BC  V6E 2Y3 CANADA<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 479<br>Debtor:  **WINN-DIXIE STORES, INC.** | $28,585.70 | $27,796.90 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 403444**<br>SOUTHERN BAKERIES, INC<br>ATTN KENNETH C REEVES, CONTROLLER<br>3355 W MEMORIAL BLVD<br>LAKELAND  FL  33815 | 1019<br>Debtor:  **WINN-DIXIE STORES, INC.** | $23,798.22 | $22,895.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $902.95. |
| **Creditor Id: 261503**<br>SPANGLER CANDY COMPANY<br>ATTN ROGER SCHWENDER, CREDIT MGR<br>PO BOX 71<br>BRYAN, OH  43506-0071 | 4726<br>Debtor:  **WINN-DIXIE STORES, INC.** | $31,262.40 | $28,053.46 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,208.94. |
| **Creditor Id: 261835**<br>STAR BAKERY INC<br>ATTN ANA G SENDINA<br>3914 NW 32 AVE<br>MIAMI, FL  33142 | 2180<br>Debtor:  **WINN-DIXIE STORES, INC.** | $17,929.93 | $16,476.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $929.07 FOR POSTPETITION INVOICES AND $524.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 406161**<br>STUART NEWS, THE<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | 3478<br>Debtor: WINN-DIXIE STORES, INC. | $4,978.12 | $4,554.09 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 262126**<br>SUGAR FOODS CORPORATION<br>PO BOX CS198372<br>ATLANTA GA 30384-0001 | 11603<br>Debtor: WINN-DIXIE STORES, INC. | $34,704.00 | $33,879.67 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $788.40 AND $35.93, RESPECTIVELY. |
| **Creditor Id: 262131**<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 | 31<br>Debtor: WINN-DIXIE STORES, INC. | $191,241.10 | $187,490.70 | REDUCED AMOUNT REFLECTS 4/15/05 PAYMENT OF $3,750.40 FOR POSTPETITION INVOICE NUMBER 13781 BY CHECK NUMBER 008022955. |
| **Creditor Id: 262177**<br>SUN MAID GROWERS OF CALIFORNIA<br>ATTN ADELE O'BRIEN, AR MANAGER<br>5568 GIBRALTAR DRIVE<br>PLEASANTON CA 94588-8544 | 7003<br>Debtor: WINN-DIXIE STORES, INC. | $10,629.33 | $8,670.00 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,959.33. |
| **Creditor Id: 262179**<br>SUN NEWS, THE<br>ATTN SHEILA WROTEN, CREDIT MGR<br>PO BOX 406<br>MYRTLE BEACH, SC 29578-0406 | 3300<br>Debtor: WINN-DIXIE STORES, INC. | $42,285.29 | $39,387.49 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,897.80 FOR A WEDNESDAY ADVERTISEMENT DEBTOR DID NOT REQUEST. |
| **Creditor Id: 262328**<br>SWAPLUS INC<br>ATTN GARRY TSAUR, PRES<br>9669 HERMOSA AVENUE<br>RANCHO CUCAMONGA, CA 91730 | 3045<br>Debtor: WINN-DIXIE STORES, INC. | $8,030.88 | $2,665.59 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $696.60 AND $4,668.69, RESPECTIVELY. |
| **Creditor Id: 262336**<br>SWEEP MASTERS, INC<br>ATTN DONALD & SHERYL ODOM<br>14231 SEAWAY ROAD, SUITE C1<br>GULFPORT, MS 39503 | 100<br>Debtor: WINN-DIXIE STORES, INC. | $1,540.00 | $577.50 | REDUCED AMOUNT REFLECTS PAYMENTS OF $770.00 ON 7/15/05 BY CHECK NUMBER 009903259 PURSUANT TO 3/15/05 ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND $192.50 ON 3/22/05 FOR POSTPETITION INVOICE BY CHECK NUMBER 008008499. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id:  399443<br>SWEETWORKS, INC<br>ATTN RALPH J NICOSIA, CFO<br>3500 GENESEE STREET<br>BUFFALO  NY  14225 | 642<br>Debtor:  WINN-DIXIE STORES, INC. | $169,512.10 | $117,011.37 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $40,549.83 AND REMOVAL OF $11,950.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id:  262365<br>SYNDICATE SALES INC<br>ATTN ALETHA ANDERSON, CR MGR<br>DEPARTMENT 0609<br>CINCINNATI, OH  45263-0609 | 2174<br>Debtor:  WINN-DIXIE STORES, INC. | $64,113.22 | $50,529.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,010.56 FOR CHARGEBACK ON PREVIOUSLY PAID AND DISPUTED INVOICES, $5,243.04 FOR INVOICE WITH DUPLICATED PURCHASE ORDER NUMBER WHOSE CHARGES COULD NOT BE VALIDATED, AND $5,330.22 FOR INVOICE LACKING PROOF OF DELIVERY. |
| Creditor Id:  278959<br>T MARZETTI COMPANY<br>ATTN E SCHOONOVER/J BOYLAN<br>PO BOX 28163<br>COLUMBUS  OH  43229 | 4477<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $129,573.39 | $77,447.65 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $12,671.49, NET CONSUMPTION WAIVER OF $1,610.39, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,347.88 AND $346.66, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $49,837.93, AND REMOVAL OF $11,654.37 FOR POSTPETITION INVOICE. |
| Creditor Id:  262523<br>TARO PHARMACEUTICALS<br>ATTN LETITIA A BAVIELLO, CONTROLLER<br>5 SKYLINE DRIVE<br>HAWTHORNE, NY  10532 | 10538<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $68,250.86 | $66,534.37 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $779.64 AND $936.85, RESPECTIVELY. |
| Creditor Id:  407548<br>TETLEY USA INC<br>ATTN TERRI JOHNSON, CREDIT MGR<br>PO BOX 856<br>100 COMMERCE DRIVE<br>SHELTON  CT  06484 | 4199<br>Debtor:  WINN-DIXIE STORES, INC. | $23,959.02 | $16,826.18 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $6,717.84 AND REMOVAL OF $415.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id:  399640<br>TILIA, INC<br>ATTN Z KAZMIERCZAK & D SANDERSON<br>NORTH TOWER, 5TH FLOOR<br>303 2ND STREET<br>SAN FRANCISCO  CA  94107<br>Transferee: FIRST COMMERCIAL CREDIT CORP | 736<br>Debtor:  WINN-DIXIE STORES, INC. | $56,682.62 | $42,089.70 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $13,921.80 AND REMOVAL OF $671.12 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC, ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 405712**<br>TIP TOP CANNING CO<br>ATTN GEORGE C TIMMER, PRESIDENT<br>PO BOX 126<br>TIPP CITY OH 45371 | 5731<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $136,596.88 | $125,205.04 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $310.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $954.15 AND $201.47, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,926.04. |
| **Creditor Id: 411310**<br>TOP FLIGHT, INC<br>C/O EULER HERMES ACI, AGENT<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117 | 11739<br>Debtor: **WINN-DIXIE STORES, INC.** | $95,775.88 | $42,476.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $191.04 AND $3,410.33, RESPECTIVELY, AND REMOVAL OF $49,698.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 263246**<br>TORBITT & CASTLEMAN COMPANY<br>ATTN GLENDA GRIMES, DIR CORP CREDIT<br>800 MARKET STREET, SUITE 2150<br>ST LOUIS MO 63101 | 3879<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,420.65 | $365.24 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $461.77 AND $593.64, RESPECTIVELY. |
| **Creditor Id: 263306**<br>TOWN OF EDENTON<br>ATTN DARLENE CARTER OR AM KNIGHTON<br>PO BOX 300<br>EDENTON, NC 27932-0300 | 2359<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,024.73 | $10,387.41 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,637.32 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id: 574**<br>TOWN OF LOUISBURG<br>ATTN JILL S WETSER<br>110 W NASH STREET<br>LOUISBURG NC 27549 | 10777<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,288.66 | $16,450.37 | REDUCED AMOUNT REFLECTS CLAIMANT'S AGREEMENT OF PREPETITION AMOUNT DUE. |
| **Creditor Id: 279077**<br>TRIDENT SEAFOODS CORP<br>ATTN PATRICIA K SINGER, CR MGR<br>5303 SHILSHOLE AVE NW<br>SEATTLE WA 98107 | 962<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,068.75 | $160.69 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $160.43, NET CONSUMPTION WAIVER OF $482.06, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,265.57. |
| **Creditor Id: 279400**<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER CO 80237 | 9336<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,964.28 | $6,121.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $104.53, NET CONSUMPTION WAIVER OF $237.66, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,500.69. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 405887**<br>TYCO ADHESIVES<br>ATTN ELAINE DAVIS<br>25 FORGE PARKWAY<br>FRANKLIN MA 02038 | 2057<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,614.27 | $9,992.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $622.00. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 405765**<br>UNICO INC<br>ATTN CARL TSANG, CFO<br>1830 SECOND AVENUE NORTH<br>LAKE WORTH FL 33461 | 6901<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,548.43 | $8,609.61 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $110.00, NET CONSUMPTION WAIVER OF $58.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,770.06. |
| **Creditor Id: 263771**<br>UNIPATH DIAGNOSTICS CO<br>PO BOX 846070<br>BOSTON, MA 02284-6070 | 10322<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,630.40 | $14,376.36 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $2,547.54 AND 3/24/05 PAYMENT OF $3,706.50 FOR POSTPETITION DELIVERY OF GOODS ON INVOICE NUMBER 99230 BY CHECK NUMBER 008009176. |
| **Creditor Id: 263791**<br>UNITED DOOR SERVICE<br>ATTN ERIN COSTENBADER, ACCOUNTING<br>PO BOX 890277<br>CHARLOTTE, NC 28289-0277 | 9860<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $57,214.63 | $55,653.41 | REDUCED AMOUNT REFLECTS PAYMENTS OF $934.00 ON 7/29/05, $115.54 ON 7/27/05, AND $19.68 ON 8/16/05 FOR POSTPETITION INVOICE NUMBERS 16046521 BY CHECK NUMBER 008081397, 16046925 BY CHECK NUMBER 008079913, AND 16047137 & 16047138 BY CHECK NUMBER 008091087AND REMOVAL OF $392 FOR POSTPETITION INVOICE NUMBER 16047139. |
| **Creditor Id: 410963**<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 | 10218<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,845.94 | $29,783.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2.16 AND REMOVAL OF $4,060.57 FOR UNDOCUMENTED CHARGES RELATING TO INVOICE NUMBERS 259PZGB $396.80, 25826SJ $249.76, 25DSSXT $3414.01 DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 263860**<br>UNIVERSAL RAZOR INDUSTRIES, LLC<br>ATTN LENITA BUCKINGHAM, ACCT MGR<br>6031 MALBURG WAY<br>LOS ANGELES, CA 90058 | 7764<br>Debtor: **WINN-DIXIE STORES, INC.** | $68,797.60 | $59,255.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $533.76 AND $7,697.23, RESPECTIVELY, AND REMOVAL OF $1,311.12 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403509**<br>US COTTON LLC<br>ATTN RJ GUERRERIO, SR VP-CFO<br>590 LASER RD<br>RIO RANCHO NM 87124 | 1232<br>Debtor: **WINN-DIXIE STORES, INC.** | $34,615.44 | $27,981.04 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $134.40 AND $6,500.00, RESPECTIVELY. |
| Transferee: AMROC INVESTMENTS LLC | | | | |
| **Creditor Id: 408172**<br>VALLEY FRESH, INC<br>ATTN MICHAEL L BRADLEY, FINANCE DIR<br>680 D STREET<br>TURLOCK CA 95380 | 6090<br>Debtor: **WINN-DIXIE STORES, INC.** | $95,666.76 | $76,304.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,623.76 AND $193.31, RESPECTIVELY, AND REMOVAL OF $8,544.96 FOR INVOICE NUMBER B2418 AS GOODS WERE NOT SHIPPED. |
| **Creditor Id: 278964**<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA 18237-0088 | 8405<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $404,426.80 | $404,358.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN RICHARD P FREEDMAN, ESQ | | | | |
| **Creditor Id: 406160**<br>VERO BEACH PRESS JOURNAL<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES, AGENT<br>PO BOX 5126<br>TIMONIUM MD 21094 | 3477<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,551.94 | $2,881.16 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 264102**<br>VI-JON LABORATORIES INC<br>ATTN: BOB HESS, VP FIN<br>PO BOX 790051<br>ST LOUIS, MO 63179-0051 | 1656<br>Debtor: **WINN-DIXIE STORES, INC.** | $163,579.11 | $158,428.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $5,151.00. |
| Transferee: AMROC INVESTMENTS LLC | | | | |
| **Creditor Id: 405700**<br>VILLAGE COMPANY LLC, THE<br>ATTN DAN OLINGER, CREDIT/COLL MGR<br>134 WEST COLUMBIA COURT<br>CHASKA MN 55318 | 5915<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,311.38 | $1,461.59 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $849.79. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A- CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 264257**<br>VOGUE INTERNATIONAL<br>ATTN PATRICK LAWLER, CORP CONTR<br>PO BOX 91-5191<br>ORLANDO, FL 32891-5191 | 6715<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,284.00 | $4,750.20 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $8,533.80. |
| **Creditor Id: 264268**<br>VOORTMAN COOKIES LTD<br>ATTN NANCY DISERA, CR MGR<br>PO BOX 4562<br>BUFFALO, NY 14240-4562 | 1919<br>Debtor: **WINN-DIXIE STORES, INC.** | $157,802.57 | $139,802.57 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $18,000.00. |
| **Creditor Id: 264690**<br>WESTMINSTER PUBLIC WORKS COMMISSION<br>ATTN DAVID SMITH, UTILITY DIRECTOR<br>PO BOX 619<br>WESTMINSTER, SC 29693-0619 | 4061<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,130.90 | $21,717.80 | REDUCED AMOUNT REFLECTS 03/28/05 PAYMENT OF $2,413.10 FOR POSTPETITION SERVICES BY CHECK NUMBER 008010871. |
| **Creditor Id: 264713**<br>WHIRLPOOL CORP<br>ATTN LEISHA HENRY<br>412 N PETERS ROAD<br>KNOXVILLE TN 37922 | 4203<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,101.60 | $5,254.30 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,847.30. |
| **Creditor Id: 264991**<br>WITTICHEN SUPPLY CO<br>ATTN SHAWN BARAKAT, CR MGR<br>1600 THIRD AVE SO<br>BIRMINGHAM, AL 35233-1707 | 2133<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,085.13 | $2,586.95 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 399358**<br>YALE INDUSTRIAL TRUCKS<br>ATTN LISA RAUCHMILLER, VP<br>2230 N US HWY 301<br>TAMPA FL 33619 | 6447<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $33,542.23 | $32,054.33 | REDUCED AMOUNT REFLECTS 3/18/05 PAYMENT OF $1,487.90 FOR POSTPETITION INVOICE NUMBERS 03P7897680, 03P7900070, AND 03P7901130 BY CHECK NUMBER 8006918. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 265115**<br>YOFARM COMPANY, THE<br>ATTN TIMOTHY F SULLIVAN, CFO<br>162 SPRING STREET<br>NAUGATUCK CT 06770 | 3705<br>Debtor: **WINN-DIXIE STORES, INC.** | $30,670.50 | $30,073.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $381.00 AND $216.04, RESPECTIVELY. |

Total Claims to be Reduced:          180

Total Amount to be Reduced:    $14,789,795.12        Plus Unliquidated Amounts, If Any

Total Reduced Amount:          $10,424,267.82