# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 9, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: May 9, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 241458-12
ABLEST INC
ATTN HERBERT SOTTOSANTI
PO BOX 116295
ATLANTA, GA 30368-6295

CREDITOR ID: 452112-97
ABLEST INC
ATTN: NANCY HUGHES, CONTROLLER
1511 N WESTSHORE BLVD, STE 900
TAMPA FL 33607

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 452117-97
ELECTRIC PRO OF MISSISSIPPI INC
ATTN: SEAN RILEY, PRES
PO BOX 7090
JACKSON MS 39282

CREDITOR ID: 248866-12
ELECTRIC PRO OF MISSISSIPPI INC
ATTN SANDRA WHITE, OFFICE MANAGER
PO BOX 7090
JACKSON, MS 39282

CREDITOR ID: 452113-97
ICICLE SEAFOODS INC
ATTN: DENNIS J GUHLKE, VP FINANCE
PO BOX 79003
SEATTLE WA 98119-7903

CREDITOR ID: 395437-64
ICICLE SEAFOODS, INC
ATTN LES RIEDEL, CREDIT MANAGER
PO BOX 79003
SEATTLE, WA 98119-7903

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 416243-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

**Total:   11**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7565

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ABLEST INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| | |
| ABLEST INC | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN HERBERT SOTTOSANTI | ATTN KRISTY STARK |
| PO BOX 116295 | 6310 LAMAR AVE STE 120 |
| ATLANTA, GA 30368-6295 | OVERLAND PARK KS 66202 |
| | |
| Phone: 727 299 1216 | Phone: 800 896 8913 |
| Account No.:  241458 | Account No.:  405906 |

ABLEST INC
ATTN: NANCY HUGHES, CONTROLLER
1511 N WESTSHORE BLVD, STE 900
TAMPA FL 33607

Phone:
Account No.:  452112

| | |
|---|---|
| Claim No.: 2844 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/26/2005 | Transfer Amount: $3,488.78 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/09/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 9, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7587

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELECTRIC PRO OF MISSISSIPPI INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

ELECTRIC PRO OF MISSISSIPPI INC
ATTN SANDRA WHITE, OFFICE MANAGER
PO BOX 7090
JACKSON, MS 39282

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 601 502 0232
Account No.: 248866

Phone:
Account No.: 399614

ELECTRIC PRO OF MISSISSIPPI INC
ATTN: SEAN RILEY, PRES
PO BOX 7090
JACKSON MS 39282

Phone:
Account No.: 452117

Claim No.: 9774
Date Claim Filed: 07/28/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $38,571.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/09/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 9, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                  Case No.: 05-03817-3F1

                                                                        Docket No.: 7588

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ICICLE SEAFOODS, INC                                 AMROC INVESTMENTS LLC
Name of Transferor                                   Name of Transferee

ICICLE SEAFOODS, INC                                 AMROC INVESTMENTS LLC
ATTN LES RIEDEL, CREDIT MANAGER                      ATTN DAVID S LEINWAND ESQ
PO BOX 79003                                         535 MADISON AVE 15TH FLR
SEATTLE, WA 98119-7903                               NEW YORK NY 10022


Phone: 206 281 5341                                  Phone:
Account No.: 395437                                  Account No.: 399614

ICICLE SEAFOODS INC
ATTN: DENNIS J GUHLKE, VP FINANCE
PO BOX 79003
SEATTLE WA 98119-7903


Phone:
Account No.: 452113

Claim No.: 5741                           Full Transfer:           Partial Transfer: (X)
Date Claim Filed: 07/11/2005              Transfer Amount: $88,755.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/09/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 9, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                      Case No.: 05-03817-3F1
                                                                            Docket No.: 7566

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VILLAGE MARKETPLACE OF HAW RIVER     ID: 416243    JEFFERSON-PILOT INVESTMENTS INC    ID: 452110
Name of Transferor                                 Name of Transferee

VILLAGE MARKETPLACE OF HAW RIVER                   JEFFERSON-PILOT INVESTMENTS INC
C/O KENNEDY COVINGTON LOBDELL ET AL                C/O DIANA PALECEK
ATTN LAWRENCE E BEHNING, ESQ                       100 NORTH GREENE STREET
214 N TRYON STREET, 47TH FLOOR                     GREENSBORO NC  27401
CHARLOTTE NC  28202
                                                   Phone:
Phone: 704 331 7492

                                                   NEXSEN PRUET ADAMS KLEEMEIER
                                                   ATTN: CHRISTINE L MYATT
                                                   PO BOX 3463
                                                   GREENSBORO NC  27402

                                                   Phone: 333 373 1600


Claim No.: 12072                        Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 10/18/2005            Amount: $457,720.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/09/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 9, 2006.