UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
WINN-DIXIE PROCUREMENT, INC., et al.,                       :  Chapter 11
                                                            :  Case No. 05-03838-3F1
                         Debtors.                           :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)

TO:      SPCP GROUP, L.L.C., as Agent for Silver
         Point Capital Fund, L.P. and Silver Point
         Capital Offshore Fund Ltd.("Assignor")

         Two Greenwich Plaza, 1st Floor
         Greenwich, CT 06830
         Attention: Brian Jarmain
         Telephone: (203) 542-4032
         Fax Number: (203) 542-4100

   As of April 21, 2006, Assignor's Claim against Debtors in the principal amount of $317,146.76 has been transferred to the following Assignee:

         JPMorgan Chase Bank, N.A.
         270 Park Avenue, 17th Floor
         New York, New York 10017
         Attention:   Stanley Lim
         Telephone:   (212) 270-4421
         Facsimile:   (212) 270-2157
         E-mail:      stanley.lim@jpmorgan.com

   The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. A copy of Debtor's schedule identifying the claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A

NY-436979 v1

WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
| --- | --- |
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:   Stanley Lim
Telephone:  (212) 270-4421
Fascimile:   (212) 270-2157
E-mail:      stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY  10022
Attention:   Steven H. Epstein
Telephone:  (212) 536-4830
Fascimile:   (212) 536-4001
E-mail :     sepstein@klng.com

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: May __8__, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:       Stanley Lim
             Authorized Signatory

## EXHIBIT A

Evidence of Transfer of Claim

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------x
:
In re: :
:
WINN-DIXIE STORES, INC., et al., : Chapter 11
: Case No. 05-03817-3F1
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor"), as assignee of Schwan's Consumer Brands North America, Inc. f/k/a Schwan's Sales Enterprises, Inc. (the "Original Creditor"), hereby unconditionally and irrevocably sells, transfers and assigns to JPMORGAN CHASE BANK, N.A. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured non-reclamation claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $317,146.76 against Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Stores, Inc. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

      Assignor hereby waives any objection to the transfer of the Subject Assigned Interest to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Subject Assigned Interest, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Subject Assigned Interest, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of April, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name: Michael A. Gatto
Title: Authorized Signatory

JPMORGAN CHASE BANK, N.A.

By: _____
Name: ANDREW OREL
Title: AUTHORIZED SIGNATORY

# EXHIBIT B

Assignee's Payment And Delivery Instructions

Assignee's Payment and Delivery Instructions

Notice:
Primary Contact:         Stanley Lim
Street Address:          270 Park Avenue, 17th Floor
City, State, Zip Code:   New York, NY 10017
Phone Number:            (212) 270-4421
Fax Number:              (212) 270-2157

Backup Contact:          Karoline Kane
Phone Number:            (212) 270-0033
Fax Number:              (212) 270-5347

Wire:
Name of Bank:            JPMorgan Chase Bank, N.A.
Routing Transit/ABA number: 021000021
Name of Account:         SPS High Yield Loan Trading
Account Number:          544-7-94742

# EXHIBIT C

Copy of Page from Debtor's Schedule F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.  Case No.: 05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| SCHUMANN CASTERS & EQUIPMENT CO INC ATTN TONY WATKINS, PRES 1299 W BEAVER ST PO BOX 2115 JACKSONVILLE, FL 32203-2115 Creditor: 260558 - 12 Vendor: 0000190293 | 02/21/2005 | | | | | $4,950.65 |
| SCHWAN'S SALES ENTERPRISES PO BOX 1450 NW 5054 MINNEAPOLIS, MN 55485-5054 Creditor: 260560 - 12 Vendor: 0000505566 | 02/21/2005 | | | | | $240,279.17 |
| SCOTT, ROBERT L 2230 STERLING COURT MOBILE, AL 36695 Creditor: 259784 - 12 Vendor: 0000829192 | 02/21/2005 | | | | | $19.05 |
| SCRIPPS TREASURE COAST PUBLISHING CO PO BOX 145708 CINCINNATI, OH 45250-5708 Creditor: 380984 - 47 Vendor: 0000818363 | 02/21/2005 | | | | | $69,406.96 |
| SEA WORLD SEAFOOD DIST INC 345 SW 15TH AVE POMPANO BEACH, FL 33069 Creditor: 260621 - 12 Vendor: 0000190341 | 02/21/2005 | | | | | $204,453.49 |
| SEACOAST UTILITES CO 4200 HOOD RD PALM BEACH GARDEN, FL 33410-9602 Creditor: 260624 - 12 Vendor: 0000199322 | 02/21/2005 | X | | | | $983.99 |
| SEAL IT INC 3791 SILVER STAR RD ORLANDO, FL 32808 Creditor: 260626 - 12 Vendor: 0000451476 | 02/21/2005 | | | | | $223.65 |
| SEANEY, SANDI J 064 GUY FLEMING ROAD LENA, MS 39094 Creditor: 260387 - 12 Vendor: 0000823130 | 02/21/2005 | | | | | $24.24 |

PAGE TOTAL: $519,341.20

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 135 of 173

In re: WINN-DIXIE PROCUREMENT, INC.

Case No.: 05-11082 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| Sub Schedule: ACCOUNTS PAYABLE | | | | | | |
| SCHOENMANN PRODUCE COMPANY<br>PO BOX 201800<br>HOUSTON, TX 77216-1800<br>Creditor: 260543 - 12<br>Vendor: 0000194156 | 02/21/2005 | | | | | $19,152.50 |
| SCHREIBER FOODS INC<br>PO BOX 905008<br>CHARLOTTE, NC 28290-5008<br>Creditor: 260555 - 12<br>Vendor: 0000153621 | 02/21/2005 | | | | | $2,150,298.59 |
| SCHUSTER MARKETING CORP<br>6223 WEST FOREST HOME AVENUE<br>MILWAUKEE, WI 53220<br>Creditor: 260559 - 12<br>Vendor: 0000804884 | 02/21/2005 | | | | | $6,555.17 |
| SCHWANS BAKERY INC<br>PO BOX 532066<br>ATLANTA, GA 30353-2066<br>Creditor: 260561 - 12<br>Vendor: 0000818583 | 02/21/2005 | | | | | $510,794.72 |
| SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br>Creditor: 260560 - 12<br>Vendor: 0000605586 | 02/21/2005 | | | | | $17,051.97 |
| SCI PROMOTION GROUP LLC<br>5746 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>Creditor: 260566 - 12<br>Vendor: 0000817608 | 02/21/2005 | | | | | $561,017.63 |
| SCRIPTO TOKAI CORPORATION<br>PO BOX 3800<br>RANCHO CUCAMONGA, CA 91729-3800<br>Creditor: 354351 - 47<br>Vendor: 0000190926 | 02/21/2005 | | | | | $22,606.96 |
| SCUNCI INTERNATIONAL<br>PO BOX 828594<br>PHILADELPHIA, PA 19182-8594<br>Creditor: 260615 - 12<br>Vendor: 0000828291 | 02/21/2005 | | | | | $58,530.47 |

PAGE TOTAL: $3,346,008.01

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

Page 142 of 321

In re: WINN-DIXIE MONTGOMERY, INC.                    Case No.: 05-11081 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| SCARBOROUGH, WES<br>PO BOX 426<br>SULPHUR, LA 70664<br>Creditor: 254620 - 12<br>Vendor: 0000771047 | 02/21/2005 | | | | | $51.40 |
| SCARIANO BROTHERS LLC<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009<br>Creditor: 260521 - 12<br>Vendor: 0000190264 | 02/21/2005 | | | | | $4,872.00 |
| SCHEXNAYDER'S ACADIAN FOODS<br>PO BOX 641562<br>KENNER, LA 70064-1562<br>Creditor: 260532 - 12<br>Vendor: 0000451052 | 02/21/2005 | | | | | $1,085.25 |
| SCHILLING GREENHOUSE INC<br>2486 S COLUMBIA<br>BAGALUSA, LA 70427<br>Creditor: 260538 - 12<br>Vendor: 0000505582 | 02/21/2005 | | | | | $20,103.47 |
| SCHULTZ, JAMES H<br>3111 FAIRWAY DRIVE<br>BATON ROUGE, LA 70809<br>Creditor: 252644 - 12<br>Vendor: 0000193542 | 02/21/2005 | | | | | $1,433.25 |
| SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br>Creditor: 260560 - 12<br>Vendor: 0000505585 | 02/21/2005 | | | | | $175,864.53 |
| SCOTT COUNTY TIMES<br>PO BOX 89<br>FOREST, MS 39074<br>Creditor: 260580 - 12<br>Vendor: 0000778734 | 02/21/2005 | | | | | $1,401.84 |
| SCOTT SERVICES COMPANY<br>2622 COMMERCE BLVD<br>BIRMINGHAM, AL 35210<br>Creditor: 260595 - 12<br>Vendor: 0000760064 | 02/21/2005 | | | | | $5,366.54 |

**PAGE TOTAL:** $210,178.28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 143 of 290

In re: WINN-DIXIE RALEIGH, INC.

Case No.: 05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| Sub Schedule: ACCOUNTS PAYABLE | | | | | | |
| SCHUMANN CASTERS & EQUIPMENT CO INC<br>ATTN TONY WATKINS, PRES<br>1299 W BEAVER ST<br>PO BOX 2115<br>JACKSONVILLE, FL 32203-2115<br>Creditor: 260558 - 12<br>Vendor: 0000190293 | 02/21/2005 | | | | | $314.93 |
| SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br>Creditor: 260560 - 12<br>Vendor: 0000505585 | 02/21/2005 | | | | | $116,875.75 |
| SCOTT BETTS & SON INC<br>620 MCGEE RD<br>BENSON, NC 27504<br>Creditor: 260576 - 12<br>Vendor: 0000196965 | 02/21/2005 | | | | | $2,180.72 |
| SCOTT'S COMMUNICATIONS<br>149 WALL STREET<br>MOUNT AIRY, NC 27030<br>Creditor: 260587 - 12<br>Vendor: 0000809539 | 02/21/2005 | | | | | $22,395.00 |
| SEASONS-4 INC<br>4500 INDUSTRIAL ACCESS RD<br>DOUGLASVILLE, GA 30134-3949<br>Creditor: 260638 - 12<br>Vendor: 0000190377 | 02/21/2005 | | | | | $275.96 |
| SEATTLES BEST COFFEE<br>PO BOX 3946<br>SEATTLE, WA 98124-3946<br>Creditor: 260640 - 12<br>Vendor: 0000808846 | 02/21/2005 | | | | | $3,429.62 |
| SECURITY BY ACKERMAN SECURITY SYSTEMS<br>7585-C PONCE DE LEON CIRCLE<br>ATLANTA, GA 30340<br>Creditor: 361056 - 47<br>Vendor: 0000810491 | 02/21/2005 | | | | | $10,042.54 |
| SECURITY SOLUTIONS INC<br>3224 LAKE WOODARD DR<br>RALEIGH, NC 27604<br>Creditor: 260681 - 12<br>Vendor: 0000194080 | 02/21/2005 | | | | | $54.00 |

PAGE TOTAL: $155,568.52