UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
WINN-DIXIE PROCUREMENT, INC., et al.,    : Chapter 11
                                                            : Case No. 05-03838-3F1
                    Debtors.                         : (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM No. 7381
### PURSUANT TO FRBP RULE 3001(e)(2)

TO:      SPCP GROUP, L.L.C., as Agent for Silver
         Point Capital Fund, L.P. and Silver Point
         Capital Offshore Fund Ltd.("Assignor")

         Two Greenwich Plaza, 1st Floor
         Greenwich, CT 06830
         Attention: Brian Jarmain
         Telephone: (203) 542-4032
         Fax Number: (203) 542-4100

   As of April 21, 2006, Assignor's Claim against Debtors in the principal amount of $488,874.60 has been transferred to the following Assignee:

         JPMorgan Chase Bank, N.A.
         270 Park Avenue, 17th Floor
         New York, New York 10017
         Attention:   Stanley Lim
         Telephone:   (212) 270-4421
         Facsimile:   (212) 270-2157
         E-mail:      stanley.lim@jpmorgan.com

   The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A

**WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, New York 10017
> Attention:   Stanley Lim
> Telephone:   (212) 270-4421
> Fascimile:   (212) 270-2157
> E-mail:      stanley.lim@jpmorgan.com

WITH A COPY TO:

> Kirkpatrick & Lockhart Nicholson Graham LLP
> 599 Lexington Avenue
> New York, NY 10022
> Attention:   Steven H. Epstein
> Telephone:   (212) 536-4830
> Fascimile:   (212) 536-4001
> E-mail:      sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: May __8__, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:   Stanley Lim
Title:  Authorized Signatory

# EXHIBIT A

## Evidence of Transfer of Claim

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------x
:
In re:                                                :
                                                      :
WINN-DIXIE STORES, INC., et al.,                      :   Chapter 11
                                                      :   Case No. 05-03817-3F1
                Debtors.                              :   (Jointly Administered)
                                                      :
------------------------------------------------------x


TO:   THE DEBTOR AND THE BANKRUPTCY COURT

            For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor"), as assignee of Norman W. Fries, Inc. d/b/a Claxton Poultry Farms (the "Original Creditor"), hereby unconditionally and irrevocably sells, transfers and assigns to JPMORGAN CHASE BANK, N.A. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured non-reclamation claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $488,874.60 against Winn-Dixie Procurement, Inc. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

            Assignor hereby waives any objection to the transfer of the Subject Assigned Interest to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Subject Assigned Interest, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Subject Assigned Interest, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of April, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
   Name: Michael A. Gatto
   Title: Authorized Signatory

JPMORGAN CHASE BANK, N.A.

By: _____
   Name: ANDREW OPEL
   Title: AUTHORIZED SIGNATORY

## EXHIBIT B

Assignee's Payment And Delivery Instructions

## Assignee's Payment and Delivery Instructions

Notice:
Primary Contact: Stanley Lim
Street Address: 270 Park Avenue, 17th Floor
City, State, Zip Code: New York, NY 10017
Phone Number: (212) 270-4421
Fax Number: (212) 270-2157

Backup Contact: Karoline Kane
Phone Number: (212) 270-0033
Fax Number: (212) 270-5347

Wire:
Name of Bank: JPMorgan Chase Bank, N.A.
Routing Transit/ABA number: 021000021
Name of Account: SPS High Yield Loan Trading
Account Number: 544-7-94742

# EXHIBIT C

Proof of Claim

FORM B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida, Jacksonville Division | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Winn-Dixie Procurement, Inc., et al | Case Number 05-03838-3F1 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Norman W Fries, Inc., dba Claxton Poultry Farms

410335

Name and address where notices should be sent:
c/o Richard Ferrell
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800 Cincinnati, Ohio 45202

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 7381

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated

1. Basis for Claim:
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other warehousing services & storage of records

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, Salaries and compensations (Fill out below)
   Your SS#

   Unpaid compensation for services performed
   from _____ to _____
         (date)      (date)

2. Date debt was incurred: 11/04 to 2/05

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $766,760.65
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right to setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

6. Unsecured Priority Claim.
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $286,113.01
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
   ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
   ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) Reclamation claim under Section 546 of the Bankruptcy Code

   *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 7/20/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach power of attorney, if any) Richard L. Ferrell, attorney for Norman W. Fries, Inc., dba Claxton Poultry Farms
[signature]

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

W0481327 1

2005 JUL 21 AM 10:48
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

FORM B10 (Official Form 10)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## — DEFINITIONS —

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are *classified as Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

### Court, Name of Debtor, and Case Number:

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

### Information about Creditor:

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

### 1. Basis for Claim:

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

### 2. Date Debt incurred:

Fill in the date when the debt first was owed by the doctor.

### 3. Court Judgments:

If you have a court judgment for this debt, state the date the court entered the judgment.

### 4. Total Amount of Claim at Time Case Filed:

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

### 5. Secured Claim:

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured (See DEFINITIONS, above).

### 6. Unsecured Priority Claim:

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

### 7. Credits:

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

### 8. Supporting Documents:

You must attach this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

W0481327 1

## NORMAN W FRIES INC.
## WINN DIXIE

| Store # | Invoice # | Date | P.O. # | Invoice Amount |
|---|---|---|---|---|
| 2251 | 1246706 | 02/03/05 | | $487.82 |
| 2251 | 1247360 | 02/06/05 | | $410.23 |
| 2251 | 1248566 | 02/10/05 | | $505.82 |
| 2251 | 1249221 | 02/13/05 | | $377.92 |
| 2251 | 1250432 | 02/17/05 | | $219.19 |
| 2251 | 1251037 | 02/20/05 | | $415.57 |
| | | | | $2,416.55 |
| 2254 | 1215555 | 10/13/04 | 495858 | $560.00 |
| 2254 | 1218912 | 10/25/04 | 506646 | $1,896.79 |
| 2254 | 1224799 | 11/14/04 | 529739 | $900.56 |
| 2254 | 1236808 | 12/29/04 | 579212 | $152.20 |
| 2254 | 1245845 | 02/01/05 | 613501 | $30,472.80 |
| 2254 | 1246432 | 02/03/05 | 613503 | $32,842.64 |
| 2254 | 1246447 | 02/03/05 | 618978 | $29,056.00 |
| 2254 | 1247219 | 02/06/05 | 620992 | $17,809.51 |
| 2254 | 1248116 | 02/09/05 | 622881 | $28,818.88 |
| 2254 | 1249300 | 02/13/05 | 628004 | $28,360.34 |
| 2254 | 1249752 | 02/15/05 | 628005 | $28,594.03 |
| 2254 | 1250330 | 02/17/05 | 628006 | $28,253.05 |
| | | | | $227,716.80 |
| 2255 | 1223822 | 11/10/04 | 524260 | $323.36 |
| 2255 | 1246506 | 02/03/05 | 613507 | $31,077.60 |
| 2255 | 1246529 | 02/03/05 | 618983 | $20,442.24 |
| 2255 | 1247218 | 02/06/05 | 621000 | $9,835.20 |
| 2255 | 1248142 | 02/09/05 | 622889 | $28,741.14 |
| 2255 | 1249303 | 02/13/05 | 628007 | $28,435.36 |
| 2255 | 1250006 | 02/16/05 | 628008 | $28,521.55 |
| 2255 | 1250980 | 02/20/05 | 634089 | $26,898.73 |
| | | | | $174,275.18 |
| 2264 | 1246671 | 02/03/05 | | $571.40 |
| 2264 | 1247351 | 02/06/05 | | $587.23 |
| 2264 | 1248684 | 02/10/05 | | $418.44 |
| 2264 | 1249196 | 02/13/05 | | $586.20 |
| 2264 | 1250549 | 02/17/05 | | $851.35 |
| 2264 | 1251152 | 02/20/05 | | $601.28 |
| | | | | $3,615.90 |


EXHIBIT A

## NORMAN W FRIES INC.
### WINN DIXIE

| Store # | Invoice # | Date | P.O. # | Invoice Amount |
|---|---|---|---|---|
| 2265 | 1247255 | 02/06/05 | | $174.05 |
| 2265 | 1248004 | 02/08/05 | | $88.11 |
| 2265 | 1248596 | 02/10/05 | | $160.94 |
| 2265 | 1250466 | 02/17/05 | | $130.13 |
| 2265 | 1251070 | 02/20/05 | | $69.12 |
| | | | | $622.35 |
| 2270 | 1232246 | 12/12/04 | 563968 | $2,128.50 |
| 2270 | 1246509 | 02/03/05 | 613524 | $30,233.60 |
| 2270 | 1246821 | 02/04/05 | 619022 | $30,509.60 |
| 2270 | 1247489 | 02/07/05 | 621008 | $30,620.80 |
| 2270 | 1247813 | 02/08/05 | 622897 | $28,644.38 |
| 2270 | 1248507 | 02/10/05 | 625993 | $28,536.38 |
| 2270 | 1249532 | 02/14/05 | 628155 | $28,477.10 |
| 2270 | 1250066 | 02/16/05 | 628156 | $28,318.45 |
| 2270 | 1250218 | 02/17/05 | 628157 | $27,001.48 |
| | | | | $234,470.29 |
| 2271 | 1215174 | 10/11/04 | 1466486 | $11,070.06 |
| 2271 | 1239786 | 01/09/05 | 593096 | $5,640.74 |
| 2271 | 1246619 | 02/03/05 | 613442 | $30,601.60 |
| 2271 | 1246722 | 02/03/05 | 618972 | $22,530.40 |
| 2271 | 1247426 | 02/07/05 | 620990 | $24,230.84 |
| 2271 | 1248186 | 02/09/05 | 622869 | $28,844.66 |
| | | | | $122,918.30 |
| 2275 | 1216610 | 10/16/04 | 500111 | $725.28 |
| | | | | $725.28 |

$766,760.65