UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
---------------------------------------------------------x
                                              :

In re:                                       :

WINN-DIXIE PROCUREMENT, INC., et al.,   :  Chapter 11
                                              :  Case No. 05-03838-3F1
                    Debtors.         :  (Jointly Administered)
                                              :

---------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM No. 4861
PURSUANT TO FRBP RULE 3001(e)(2)

TO:        SPCP GROUP, L.L.C., as Agent for Silver
              Point Capital Fund, L.P. and Silver Point
              Capital Offshore Fund Ltd.("Assignor")

              Two Greenwich Plaza, 1st Floor
              Greenwich, CT 06830
              Attention: Brian Jarmain
              Telephone: (203) 542-4032
              Fax Number: (203) 542-4100

      As of April 21, 2006, Assignor's Claim against Debtors in the principal amount of $369,724.11 has been transferred to the following Assignee:

              JPMorgan Chase Bank, N.A.
              270 Park Avenue, 17th Floor
              New York, New York 10017
              Attention:    Stanley Lim
              Telephone:   (212) 270-4421
              Facsimile:    (212) 270-2157
              E-mail:       stanley.lim@jpmorgan.com

      The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A

NY-436991 v1

WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:   Stanley Lim
Telephone:  (212) 270-4421
Fascimile:   (212) 270-2157
E-mail:      stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:   Steven H. Epstein
Telephone:  (212) 536-4830
Fascimile:   (212) 536-4001
E-mail :     sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: May ___8___, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:        Stanley Lim
              Authorized Signatory

# EXHIBIT A

## Evidence of Transfer of Claim

Case 3:05-bk-03817-JAF   Doc 7730   Filed 05/09/06   Page 3 of 10

EXHIBIT A

Evidence of Transfer of Claim

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

----------------------------------------------------------x
                                          :
In re:                                    :
                                          :
WINN-DIXIE STORES, INC., et al.,          :   Chapter 11
                                          :   Case No. 05-03817-3F1
                    Debtors.              :   (Jointly Administered)
                                          :
----------------------------------------------------------x


TO:   THE DEBTOR AND THE BANKRUPTCY COURT

       For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor"), as assignee of Mattel Sales Corp. (the "Original Creditor"), hereby unconditionally and irrevocably sells, transfers and assigns to JPMORGAN CHASE BANK, N.A. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured non-reclamation claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $569,724.11 against Winn-Dixie Procurement, Inc. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

       Assignor hereby waives any objection to the transfer of the Subject Assigned Interest to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Subject Assigned Interest. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Subject Assigned Interest, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of April, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name: Michael A. Gatto
Title: Authorized Signatory

JPMORGAN CHASE BANK, N.A.

By: _____
Name: ANDREW OPEL
Title: AUTHORIZED SIGNATORY

## EXHIBIT B

Assignee's Payment And Delivery Instructions

## Assignee's Payment and Delivery Instructions

Notice:
Primary Contact:         Stanley Lim
Street Address:          270 Park Avenue, 17th Floor
City, State, Zip Code:   New York, NY 10017
Phone Number:            (212) 270-4421
Fax Number:              (212) 270-2157

Backup Contact:          Karoline Kane
Phone Number:            (212) 270-0033
Fax Number:              (212) 270-5347

Wire:
Name of Bank:                 JPMorgan Chase Bank, N.A.
Routing Transit/ABA number:   021000021
Name of Account:              SPS High Yield Loan Trading
Account Number:               544-7-94742

## EXHIBIT C

Proof of Claim

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim

Debtor Name: **Winn-Dixie Procurement, Inc.**   Case No **05-03838-3F1**

DEBTOR: WINN-DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 4861

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID WDX-255777B1-12    407645
Mattel Toys
aka Mattel Sales Corp.
333 Continental Blvd.
El Segundo, CA 90245-5012

Telephone No of Creditor: (310) 252-4223
Fax No of Creditor: (310) 252-5105

B. Name and address of signatory or other person to whom notices must be served, if different from above.

Name: Kathleen Simpson-Taylor   Mail Stop M1-1200
Company/Firm: Mattel, Inc.
Address: 333 Continental Blvd.
El Segundo, CA 90245-5012

Account or Other Number by Which Creditor Identifies Debtor: **5137**

1. Basis for Claim
- ☒ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN _____
  Unpaid compensation for services performed from _____ to _____

2. Date debt was incurred: **9/20/04 thru 2/14/05**

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $478,743.60 (unsecured)  $0 (secured)  $0 (priority)  $478,743.60 (Total)

6. Unsecured Nonpriority Claim $ **478,743.60**

Date: **6/27/05**
Print: **Kathleen Simpson-Taylor**   Title: **Vice President, Finance**
Signature: Kathleen Simpson Taylor

2005 JUN 28 PM 12:45  RECEIVED  LOGAN & COMPANY  U.S. BANKRUPTCY COURT MIDDLE DISTRICT

## WINN DIXIE STORES, INC. ET AL
## PRE-PETITION AMOUNTS OWED TO MATTEL
## CASE 05-03817-3F1

| Description | Doc. Number | P.O. | Date | Due Date | Amount Due | Cust. Reference | Credit Memo Reason |
|---|---|---|---|---|---|---|---|
| Invoice | 4339605 | 537493 | 11/19/04 | 1/18/05 | $776.16 | 100E | |
| Invoice | 4383884 | 544556 | 12/15/04 | 2/12/05 | $91,847.80 | 400E | |
| Invoice | 4385387 | 544572 | 12/16/04 | 2/13/05 | $108,231.20 | 100E | |
| Invoice | 4410160 | 559487 | 12/28/04 | 2/26/05 | $48,924.00 | 100E | |
| Invoice | 4410626 | 559488 | 12/28/04 | 2/26/05 | $52,488.00 | 400E | |
| Invoice | 4414777 | 475959 | 12/31/04 | 2/28/05 | $32,628.96 | 400E | |
| Invoice | 4414801 | 475961 | 12/31/04 | 3/1/05 | $42,194.88 | 100E | |
| Invoice | 5015890 | 579542 | 1/26/05 | 3/27/05 | $54,260.40 | 100E | |
| Invoice | 5016442 | 579540 | 1/25/05 | 3/26/05 | $55,249.20 | 400E | |
| Invoice | 5016443 | 608519 | 1/25/05 | 3/26/05 | $4,820.40 | 400E | |
| **Total Invoices** | | | | | **$491,421.00** | | |
| Credit Memo | 826774 | | 9/20/04 | 9/20/04 | ($77.40) | 4172649 | GOOD RETURN |
| Credit Memo | 699949 | | 12/16/04 | 12/16/04 | ($90.00) | 4336960 | GOOD RETURN |
| Credit Memo | 94415 | | 2/14/05 | 2/14/05 | ($390.00) | 4383884 | GOOD RETURN |
| Credit Memo | 94813 | | 2/14/05 | 2/14/05 | ($12,120.00) | 4383884 | GOOD RETURN |
| **Total Credit Memos** | | | | | **($12,677.40)** | | |
| **Net Owed to Mattel** | | | | | **$478,743.60** | | |