UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
WINN-DIXIE STORES, INC., et al.,                            :  Chapter 11
                                                            :  Case No. 05-03817-3F1
                        Debtors.                            :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM No. 3484
PURSUANT TO FRBP RULE 3001(e)(2)

TO:     SPCP GROUP, L.L.C., as Agent for Silver
        Point Capital Fund, L.P. and Silver Point
        Capital Offshore Fund Ltd.("Assignor")

        Two Greenwich Plaza, 1st Floor
        Greenwich, CT 06830
        Attention: Brian Jarmain
        Telephone: (203) 542-4032
        Fax Number: (203) 542-4100

     As of April 21, 2006, Assignor's Claim against Debtors in the principal amount of
$214,754.07 has been transferred to the following Assignee:

        JPMorgan Chase Bank, N.A.
        270 Park Avenue, 17th Floor
        New York, New York 10017
        Attention:    Stanley Lim
        Telephone:    (212) 270-4421
        Facsimile:    (212) 270-2157
        E-mail:       stanley.lim@jpmorgan.com

     The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's
payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached
hereto as Exhibit C. No action is required if you do not object to the transfer of your claim.
However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN
TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A

WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:   Stanley Lim
Telephone:  (212) 270-4421
Fascimile:  (212) 270-2157
E-mail:     stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:   Steven H. Epstein
Telephone:  (212) 536-4830
Fascimile:  (212) 536-4001
E-mail :    sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: May ___, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:  Stanley Lim
Title:  Authorized Signatory

# EXHIBIT A

## Evidence of Transfer of Claim

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :
WINN-DIXIE STORES, INC., et al.,                      :   Chapter 11
                                                      :   Case No. 05-03817-3F1
                        Debtors.                      :   (Jointly Administered)
                                                      :
------------------------------------------------------x


TO:   THE DEBTOR AND THE BANKRUPTCY COURT

        For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor"), as assignee of The Hartz Mountain Corporation (the "Original Creditor"), hereby unconditionally and irrevocably sells, transfers and assigns to JPMORGAN CHASE BANK, N.A. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured non-reclamation claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $214,754.07 against Winn-Dixie Procurement, Inc. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

        Assignor hereby waives any objection to the transfer of the Subject Assigned Interest to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Subject Assigned Interest. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Subject Assigned Interest, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of April, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name:   Michael A. Gatto
Title:   Authorized Signatory

JPMORGAN CHASE BANK, N.A.

By: _____
Name:   ANDREW OPEL
Title:   AUTHORIZED SIGNATORY

# EXHIBIT B

Assignee's Payment And Delivery Instructions

## Assignee's Payment and Delivery Instructions

Notice:
Primary Contact:         Stanley Lim
Street Address:          270 Park Avenue, 17th Floor
City, State, Zip Code:   New York, NY 10017
Phone Number:            (212) 270-4421
Fax Number:              (212) 270-2157

Backup Contact:          Karoline Kane
Phone Number:            (212) 270-0033
Fax Number:              (212) 270-5347

Wire:
Name of Bank:            JPMorgan Chase Bank, N.A.
Routing Transit/ABA number:  021000021
Name of Account:         SPS High Yield Loan Trading
Account Number:          544-7-94742

# EXHIBIT C

Proof of Claim

Case 3:05-bk-03817-JAF   Doc 7731   Filed 05/09/06   Page 8 of 10

¶ 103) — Proof of claim Official Form 10 power of attorney Official Form 11A 3-91

FORM B10 (6-90)

JULIUS BLUMBERG, INC
PUBLISHER, NYC 10013

# FORM 10. PROOF OF CLAIM

| United States Bankruptcy Court<br>_Middle_ District of _Florida_ | PROOF OF CLAIM | DEBTOR WINN-DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D-FLORIDA<br>JOINTLY ADMINISTERED UNDER |
|---|---|---|
| In re (Name of Debtor)<br>_Winn-Dixie Stores, Inc._ | Case Number<br>_05-03817-3F1_ | CASE 05-03817 (3F1)<br>CHAPTER 11 |

CLAIM NO.: 3484

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U S C §503

Name of Creditor (The person or entity to whom the debtor owes money or property)
**279370**
_The Hartz Mountain Corporation_

Name and Address Where Notices Should be Sent
_The Hartz Mountain Corporation_
_400 Plaza Drive_
_Secaucus, NJ 07094-3688_
_Attn: John Russak_

Telephone No _201-271-4800 Ext-7552_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR
_0601000_

Check here if this claim ☒ replaces ☐ amends a previously filed claim, dated _2/28/05_

**1 BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly) _____

☐ Retiree benefits as defined in 11 U S C §1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed from (date) _____ to _____ (date)

**2 DATE DEBT WAS INCURRED**
_Various_

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Under the Bankruptcy Code all claims are classified as one of more of the following (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured It is possible for part of a claim to be in one category and part in another CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM $ _284,609.06_
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C §507(a)(3)
☐ Contributions to an employee benefit plan - 11 U S C §507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C §507(a)(6)
☐ Taxes or penalties of governmental units - 11 U S C §507(a)(7)
☐ Other - 11 U S C §§507 (a)(2), (a)(5) - (Describe briefly)

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _284,609.06_ (Unsecured) | $ _____ (Secured) | $ _____ (Priority) | $ _284,609.06_ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges

**6 CREDITS AND SETOFFS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim In filing this claim, claimant has deducted all amounts that claimant owes to debtor

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests If the documents are not available, explain If the documents are voluminous, attach a summary

**8 TIME-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: _5/31/05_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
_John Russak  Credit Manager_
[signature]

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUN -3 PM 3: 09
RECEIVED LOGAN & COMPANY INC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

NORTH MOUNTAIN CORP

Aging - By Account Report
As of 25-FEB-05

Report Date 2005/03/31 15:55
Page 1

Reporting Level: Operating Unit
Reporting Entity: OU - NORTH MOUNTAIN CORPORATION
Order By: Accounting Plexfield

Company Segment: 010
Accounting Plexfield: 010 6601000

| Invoice Number | Type | Due Date | Outstanding Amount | CURRENT | 1-10 DAYS PAST DUE | 11-20 DAYS PAST DUE | 21-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | 91+ DAYS PAST DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| WINN DIXIE (SEE BP2) | | | | | | | | | | |
| 2219779 | Invoice | 07-FEB-05 | 4,032.78 | | | 4,032.78 | | | | |
| 2219780 | Invoice | 07-FEB-05 | 5,894.97 | | | 5,894.97 | | | | |
| 2223114 | Invoice | 13-FEB-05 | 6,996.84 | | | 6,996.84 | | | | |
| 2223389 | Invoice | 14-FEB-05 | 13,337.11 | | | 13,337.11 | | | | |
| 2226081 | Invoice | 20-FEB-05 | 9,862.95 | | 9,862.95 | | | | | |
| 2226451 | Invoice | 21-FEB-05 | 14,004.50 | | 14,004.50 | | | | | |
| 2229481 | Invoice | 25-FEB-05 | 1,902.07 | 1,902.07 | | | | | | |
| 2229779 | Invoice | 28-FEB-05 | 13,868.55 | 13,868.55 | | | | | | |
| 2229780 | Invoice | 28-FEB-05 | 32,190.36 | 32,190.36 | | | | | | |
| 2227757 | Invoice | 07-MAR-05 | 17,127.28 | 17,127.28 | | | | | | |
| 2232820 | Invoice | 07-MAR-05 | 36,162.40 | 36,162.40 | | | | | | |
| 2232848 | Invoice | 07-MAR-05 | 11,531.71 | 11,531.71 | | | | | | |
| 2235616 | Invoice | 13-MAR-05 | 16,299.22 | 16,299.22 | | | | | | |
| 2236322 | Invoice | 17-MAR-05 | 39,612.04 | 39,612.04 | | | | | | |
| 2238333 | Invoice | 21-MAR-05 | 17,804.06 | 17,804.06 | | | | | | |
| 2239356 | Invoice | 21-MAR-05 | 35,315.22 | 35,315.22 | | | | | | |
| Total | | | 284,603.06 | 223,872.91 | 23,867.45 | 36,861.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 78.66% | 8.39% | 12.95% | 0.00% | 0.00% | 0.00% | 0.00% |

Total For Accounting Plexfield: 284,602.06 | 223,872.91 | 23,867.45 | 36,861.70 | 0.00 | 0.00 | 0.00 | 0.00
| | 78.66% | 8.39% | 12.95% | 0.00% | 0.00% | 0.00% | 0.00%

Company Total: 284,602.06

Grand Total: 284,602.06 | 223,872.91 | 23,867.45 | 36,861.70 | 0.00 | 0.00 | 0.00 | 0.00
| | 78.66% | 8.39% | 12.95% | 0.00% | 0.00% | 0.00% | 0.00%