UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

-----------------------------------------------------------x
                                          :
In re:                                    :
                                          :
WINN-DIXIE STORES, INC., et al.,          :   Chapter 11
                                          :   Case No. 05-03817-3F1
                        Debtors.          :   (Jointly Administered)
                                          :
-----------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM No. 6419
## PURSUANT TO FRBP RULE 3001(e)(2)

TO:          SPCP GROUP, L.L.C., as Agent for Silver
             Point Capital Fund, L.P. and Silver Point
             Capital Offshore Fund Ltd.("Assignor")

             Two Greenwich Plaza, 1st Floor
             Greenwich, CT 06830
             Attention: Brian Jarmain
             Telephone: (203) 542-4032
             Fax Number: (203) 542-4100

        As of April 21, 2006, Assignor's Claim against Debtors in the principal amount of
$203,630.58 has been transferred to the following Assignee:

             JPMorgan Chase Bank, N.A.
             270 Park Avenue, 17th Floor
             New York, New York 10017
             Attention:     Stanley Lim
             Telephone:     (212) 270-4421
             Facsimile:     (212) 270-2157
             E-mail:        stanley.lim@jpmorgan.com

        The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's
payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached
hereto as Exhibit C. No action is required if you do not object to the transfer of your claim.
However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN
TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A

## WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, New York 10017
> Attention:    Stanley Lim
> Telephone:    (212) 270-4421
> Fascimile:    (212) 270-2157
> E-mail:       stanley.lim@jpmorgan.com

WITH A COPY TO :

> Kirkpatrick & Lockhart Nicholson Graham LLP
> 599 Lexington Avenue
> New York, NY 10022
> Attention:    Steven H. Epstein
> Telephone:    (212) 536-4830
> Fascimile:    (212) 536-4001
> E-mail :      sepstein@klng.com

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: May ___8___, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:    Stanley Lim
          Authorized Signatory

## EXHIBIT A

### Evidence of Transfer of Claim

## UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF FLORIDA

```
-------------------------------------------------------X
                                            :
                                            :
In re:                                      :
                                            :
WINN-DIXIE STORES, INC., et al.,            :   Chapter 11
                                            :   Case No. 05-03817-3F1
              Debtors.                      :   (Jointly Administered)
                                            :
-------------------------------------------------------X
```

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor"), as assignee of Syroco, Inc. (the "Original Creditor"), hereby unconditionally and irrevocably sells, transfers and assigns to JPMORGAN CHASE BANK, N.A. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured non-reclamation claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of $203,630.58 against Winn-Dixie Procurement, Inc. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Subject Assigned Interest to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Subject Assigned Interest, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Subject Assigned Interest, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF **CLAIM IS** EXECUTED THIS 21st day of April, 2006.

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By:

Name:    Michael A. Getto
Title:    Authorized Signatory

JPMORGAN CHASE BANK, N.A.

By:

Name:    ANDREW CARL
Title:    AUTHORIZED SIGNATORY

## EXHIBIT **B**

Assignee's Payment And Delivery Instructions

## Assignee's Payment and Delivery Instructions

Notice:
Primary Contact:                          Stanley Lim
Street Address:                           270 Park Avenue, 17th Floor
City, State, Zip Code:                    New York, NY 10017
Phone Number:                             (212) 270-4421
Fax Number:                               (212) 270-2157


Backup Contact:                           Karoline Kane
Phone Number:                             (212) 270-0033
Fax Number:                               (212) 270-5347

Wire:
Name of Bank:                             JPMorgan Chase Bank, N.A.
Routing Transit/ABA number:               021000021
Name of Account:                          SPS High Yield Loan Trading
Account Number:                           544-7-94742

## EXHIBIT C

### Proof of Claim

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
| --- | --- | --- |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name **WINN-DIXIE STORES INC**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

```
20280371
WDX-405667-BB-95
SYROCO
ATTN S. HOPLER CREDIT MANAGER
7528 STATE FAIR BOULEVARD
BALDWINSVILLE NY 13027
```

Telephone No of Creditor **315-671 2401**

Fax No of Creditor **315-635 3211**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 6419**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above ☐ additional address

Name **Ronnie Reckio**

Company/Firm **Syroco Inc**

Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor
**VENDOR # 0000192002**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)        (date)

**2. Date debt was incurred:** **January 2005**

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ **203,630.58** | $ _____ (secured) | $ _____ (priority) | $ _____ (Total)
(unsecured)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5 Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Nonpriority Claim $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925,* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8 Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
| --- | --- |

Print **MICHAEL J. HEAD**   Title **VICE-PRESIDENT**

Signature _Michael J. Head, VP_

This Space Is For Court Use Only

2005 JUL 15 PM 2: 20
RECEIVED
LOGAN & COMPANY, INC.
AS AGENT
US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571