Voluminous Fee Application:
Exhibits A through CC to follow by separate docket entry