**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | : |  |
| et al., | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |
| ………………………………………….x |  |  |

**CITY OF NORFOLK'S MOTION FOR**
**A TELEPHONE HEARING**

Comes now, the City of Norfolk ("City"), by counsel, and moves the Court allow argument on hearings, except evidentiary, by telephone conference without Court appearance, and in support of the motion states as follows:

1. The City came and timely filed its response to the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities (the "Omnibus Motion").

2. The City's claim, which is the subject of the Debtor's objection, is in excess of $23,000.00.

3. It would constitute a burden upon the City of Norfolk to send a representative to Florida to appear in person at a hearing or to attempt to locate and retain local counsel.

4. By Order dated May 5, 2006, this Court waived the requirement for the City to retain local counsel.

5. The City requests that its counsel be allowed to participate in the hearing scheduled for May 18, 2006, at 1:00 p.m., and any future non-evidentiary hearings in the case, by means of a telephone conference, or, in the alternative, that the Court take the matter under submission based only upon the pleadings filed in this case.

WHEREFORE, the City requests that its counsel be allowed to appear and participate by telephone conference or, in the alternative, that the Court take this matter under submission based upon the pleadings previously submitted in this case.

Respectfully submitted,

/s/ Charles Stanley Prentace
Charles Stanley Prentace
VSB#015201

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2006, a true copy of the foregoing Motion was served, on all required parties pursuant to Local Rule 7005-3.

/s/ Charles Stanley Prentace
Charles Stanley Prentace
Deputy City Attorney

Charles Stanley Prentace, Esquire
Deputy City Attorney
VSB # 15201
900 City Hall Building
Norfolk, Virginia 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201
E-mail: charles.prentace@ norfolk.gov

Counsel for the City of Norfolk