UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter 11

IN RE: WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Court Finds that the Motion to Withdraw as counsel of record filed by Valerie Bailey Rihn on behalf of Schreiber Foods Inc., did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Motion to Withdraw as counsel of record filed by Valerie Bailey Rihn on behalf of Schreiber Foods, Inc., on May 9, 2006 is stricken from the record.

**DATED May 10, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Valerie Bailey-Rihn, One South Pinckney Street, Suite 600, Madison, WI 53703-2808
Attorneys for Debtor