UNITED STATES BANKRUPTCY COURT
MIDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Chapter 11

    Debtors.   Case No. 05-03817-3F1
_____/   (Jointly Administered)

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that David N. Stern and the law firm of Ruden McClosky Smith Schuster & Russell, P.A. replace Karen K. Specie and the law firm of Scruggs & Carmichael, P.A. as counsel of record for Weston Road Shopping Center, LLC.

Respectfully submitted this 10th day of May, 2006.

    RUDEN, McCLOSKY, SMITH,
    SCHUSTER & RUSSELL, P.A.
    200 East Broward Boulevard, Suite 1500
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 764-6660
    Facsimile: (954) 764-4996

    /s/ David N. Stern
    David N. Stern
    Florida Bar No. 040398
    David.Stern@Ruden.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served copies of this pleading on the Debtors by depositing same in the United States Mail, postage prepaid and addressed to Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

    /s/ David N. Stern

FTL:1756091:2