[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Michael S. J. Chernau, a non-resident of Florida and counsel for Chesterfield County, Virginia, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated May 10, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Michael S. J. Chernau, P.O. Box 40, Chesterfield, VA 23832