1  THE COURT: Very well.
2  Mr. McConnell?
3  MR. MCCONNELL: Your Honor, that just
4  further solidifies, in my opinion, the need for
5  this examination, because what the plan
6  participants think is going on and what the
7  company says is going on are two different
8  things.
9  For Mr. Busey to stand up and say that the
10 company is very concerned and that they're very
11 altruistic towards my clients, yes, they did ask
12 to continue to make payments and my clients are
13 appreciative of that.
14 However, there are others that have had
15 their benefits under this plan denied. For
16 example, the widow of Leon Calvert, she's been --
17 THE COURT: This is not evidence. You
18 didn't put any evidence on that.
19 Do you have any legal argument or argument
20 that you want to make?
21 MR. MCCONNELL: Your Honor, with regard to
22 anything that's duplicated, it all goes to the
23 issue of the MSP plan. We don't seek to
24 duplicate the effort.
25 However, we have been denied access to

1   information repeatedly, and for the debtor to
2   say:  Well, we'll see what happens, it's just not
3   good enough at this point.
4        The fact that the first time I saw this
5   letter to the U.S. Trustee was today speaks to
6   the fact that we're being kept out of the loop.
7   And these men and women deserve some answers.
8        THE COURT:  Thank you.
9        MR. BUSEY:  Your Honor, one other thing I'd
10  like to say in reply to that reply is that we
11  have not denied any information at all to Mr.
12  McConnell or his clients unless it is
13  confidential business information, and that stuff
14  we have not provided to people unless it's the
15  subject of a confidentiality agreement because of
16  the obvious issue of providing confidential
17  business information to former, not current,
18  employees of the company.
19       But that's the only information we haven't
20  provided.  We've responded to all other requests.
21  That's why we're willing to do what I've offered
22  here.
23       MR. COMERFORD:  Again, Mike Comerford for
24  the official committee.
25       Your Honor, Mr. Busey and Mr. McConnell have

obviously been talking about the investigation that the committee is conducting, and we just want to take a moment to inform the Court where we are with that and a couple of suggestions we may have that can sort of accommodate maybe some of the requests Mr. McConnell has made in his motion.

The committee is pretty far along in the process of completing the investigation, and up until the last couple of days we had anticipated completing the report in the next week or two.

It has been a fulsome investigation. We've interviewed a broad range of people and looked at subjects going back all the way to 2001. So, as I said, we didn't anticipate any delay in completing that in the next week or two.

But we spoke to Mr. McConnell yesterday, and he was gracious enough to offer to allow us to interview some of his clients who believe they may have certain additional issues that should be looked at.

And we are absolutely willing to talk to them, interview them, and see if there are additional issues that should be incorporated into the investigation which we think could

1   accommodate some of his concerns.
2       Obviously this would delay completion of our
3   report slightly, but we think that that might be
4   one mechanism to assist this process.
5       Additionally, one other thing that he
6   mentioned is that he's concerned about access to
7   the report, and, as Mr. Busey said and as stated
8   in Exhibit 1, there is an intention to file this
9   report with the Court.
10      Of course, we did reserve the right to
11  consider filling it under seal, or maybe there
12  may be a need to redact portions of the report,
13  but we do believe that that's something that can
14  be dealt with further down the line.
15      Once the investigation is complete and the
16  report has been completed and the committee has
17  had a chance to look at it, maybe it will be
18  appropriate at that time to think of some type of
19  mechanism for other constituents to see the
20  report if it is redacted or filed under seal.
21      THE COURT:  Thank you.
22      I don't find that it would be burdensome on
23  the debtor to have to give this information over
24  to the ad hoc committee.
25      Burdensome is not the word.  It's

1   duplicative.  And duplicative means spending the
2   same amount of money to recreate the same apple
3   that's being created on behalf of the creditors
4   committee.
5       And we're paying them, the estate is, to
6   gather this information, and therefore any report
7   is property of the estate and it's subject to
8   being reviewed by anyone I determine ought to be
9   able to review it.  And barring any special
10  problem, it should be filed in the public records
11  in this case for anybody to review, including the
12  retirees.
13      I certainly understand their frustrations,
14  having represented people in similar situations
15  and know what it's like.
16      Some of the information they're looking for,
17  if they found out, I'm not sure what it's going
18  to do to their benefit.
19      It seems to me the best thing is to deny the
20  motion for the 2004 Exam without prejudice
21  subject to the debtor furnishing the items listed
22  in your motion under the MSP retirement plan,
23  items M, N and O, which will be furnished.
24      And further directing the committee of
25  unsecured creditors counsel to furnish you

1  directly with a copy of their report as soon as
2  it's available.
3      And, to the extent that there are any other
4  retirees that wish to make statements or furnish
5  information to the committee, you can certainly
6  take their statements, either through deposition
7  or just in affidavit form, and furnish it to the
8  committee so that then they can decide whether
9  they want to take further investigation.
10 Meanwhile, these people will have put their two
11 cents in there and you'll have evidence that that
12 information has been furnished to the committee.
13     Then when you get the report and you analyze
14 it, if there's some holes that you feel you need
15 to plug, the Court will certainly entertain a
16 motion for a 2004 Exam to pick up those remaining
17 items.
18     But I don't see why the estate should be
19 having to pay twice to gather up and copy and
20 furnish the same information.
21     I think the creditors committee has a duty
22 to communicate with the ad hoc committee of
23 retirees, and I made that comment early on in the
24 case, and this is the first time it's even been
25 alluded that there's been no communication.  And

1   that's not the subject matter of this motion, and
2   the Court will deal with that in due course if
3   that's the case.
4       That being said, Mr. Busey, I'll ask you to
5   prepare that order, if you would.
6       MR. BUSEY:  I will, Your Honor.  I'll work
7   with Mr. McConnell.
8       THE COURT:  And fax a copy.  Fax it, make
9   sure everybody approves the form of the order,
10  including the committee because I've required
11  them to do some things in there.
12      And the hearing is concluded.
13      MR. MCCONNELL:  Thank you, Your Honor.
14      MR. PORTER:  Your Honor, I was told that
15  Your Honor wanted an update on the fee examiner.
16      THE COURT:  Yeah, I was just curious.  I
17  haven't heard from these gentlemen.  I didn't
18  know if the debtor's already paying them money or
19  what they're doing.
20      MR. PORTER:  According to Ms. Escamilla, the
21  first and second interim applications have been
22  reviewed, and correspondence relating to issues
23  within those have been sent out already to the
24  applicants.  So the process is under way.
25      They have, as I understand, 30 days to

1  respond, and, as the parties work out those
2  issues following that process, then the fee
3  examiner will file the reports with the Court.
4       So I don't have an exact time frame for the
5  Court, but it looks like it's under way, so we
6  should see something in the next couple of
7  months.
8       THE COURT:  I was just curious what we were
9  doing.
10      MR. BUSEY:  I can add some precision to
11 that, Your Honor.
12      The first and second interim fee periods
13 which concluded through September of '05 have
14 been the subject of completed reports by the fee
15 examiner pursuant to the order approving the fee
16 examiner and the fee examination procedure.
17      Those draft reports have been provided by
18 the fee examiner to each of the professionals
19 which are the subject of the application and to
20 the U.S. Trustee.
21      The order contemplates those professionals
22 will have an opportunity to give comments to the
23 fee examiner, and we're in that period right now,
24 that 30-day period.
25      Once those comments are received and the fee

1  examiner can address them, then he'll finalize
2  his report as to those periods and file it with
3  the Court, with the U.S. Trustee and interested
4  parties.  And while that's going on, the fee
5  examiner continues to look at the applications
6  for subsequent periods.
7       THE COURT:  I just wanted to make sure they
8  were on board and doing their job.
9       MR. BUSEY:  They're doing it painfully well,
10 Your Honor.
11      THE COURT:  There being nothing further on
12 the agenda, court is adjourned.
13      MR. BUSEY:  Thank you, Your Honor.
14      (Thereupon, at 2:10 p.m., the hearing was
15 concluded.)
16                       - - -

1             C E R T I F I C A T E

2  STATE OF FLORIDA )

3  COUNTY OF DUVAL  )

4         I, Cindy Danese, Notary Public, State of

5  Florida at Large, do hereby certify that the attached

6  excerpt represents the proceedings before the United

7  States Bankruptcy Court, Middle District of Florida,

8  Jacksonville Division, before the Honorable Jerry A.

9  Funk, Bankruptcy Judge, in the matter of In Re:

10 Winn-Dixie Stores, Inc.; such transcript is an

11 accurate recordation of the proceedings which took

12 place.  A transcript of this proceeding has been

13 produced on May 5th, 2006.

17                           STATEWIDE REPORTING SERVICE

20                           _____

21                           CINDY DANESE

**Cindy Danese**
Commission # DD379429
Expires December 14, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019