UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-------------------------------------------------------------x
|  |  )  |  |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Maura I. Russell, hereby certify that on April 14, 2006, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C. to Debtors' Seventh Omnibus Objection to Overstated Claims,* in the above captioned proceeding was served via email on D.J. Baker (djbaker@Skadden.com) and Jane Leamy (Jleamy@skadden.com) of Skadden, Arps, Slate, Meagher & Flom, LLP.

 */s/ Maura I. Russell*
Maura I. Russell

Sworn to before me this
11th day of May, 2006

 */s/ Anthony Stumbo*
Anthony Stumbo

Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires:  April 16, 2007