**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**MOTION FOR ORDER PURSUANT TO**
**SECTION 105(a) OF THE BANKRUPTCY CODE**
**SUBSTANTIVELY CONSOLIDATING DEBTORS' ESTATES**

The Ad Hoc Trade Committee (the "Trade Committee") of Winn-Dixie Stores, Inc., et al. (the "Debtors"), by and through its counsel DLA Piper Rudnick Gray Cary US LLP, hereby moves for an order substantively consolidating the estates of the Debtors (the "Motion"), and respectfully represents as follows:

**Background**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases are currently being jointly administered for procedural purposes only.

2. On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Official Committee") to serve in these cases. The Official Committee currently consists of seven (7) members. Of these members only two (2) are the holders of prepetition trade claims.

3. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

**The Trade Committee**

4. On or about March 22, 2006, the Trade Committee was reformed and reactivated to investigate substantive consolidation issues from the perspective of the Debtors' trade creditors. The current members of the Ad Hoc Trade Committee are as follows: ASM Capital, Amroc Investments, LLC, Avenue Capital Group, LCH Opportunities, LLC, DellaCamera Capital Management, LLC, Contrarian Capital Management, LLC, Longacre Fund Management, LLC, ConAgra Foods, Inc., The Procter & Gamble Distributing Co., S.C. Johnson & Son, Inc., Conopco, Inc., Madison Capital Management, VR Capital Group, Ltd., and General Mills, Inc. The Trade Committee members hold approximately $70 million in unsecured claims, relating to goods and sold delivered to the Debtors, services rendered to the Debtors and rejection of leases.

**Relief Requested**

5. The Trade Committee moves for substantive consolidation of the Debtors' estates pursuant to section 105(a) of the Bankruptcy Code. As explained more fully in the Trade Committee's brief in support of this Motion (the "Brief") and the affidavit of M. Freddie Reiss (the "Reiss Affidavit"),[1] substantive consolidation is appropriate because, (1) there is a substantial identity between the Debtors, and (2) consolidation is necessary to avoid some harm or realize some benefit.

---

[1] The Trade Committee is seeking authority to file the Brief and the Reiss Affidavit under seal.

**Notice**

6. Notice of this Motion has been provided by mail to the parties on the Master Service List pursuant to that certain Order (A) Establishing Notice Procedures On A Final Basis and (B) Continuing Hearing With Respect To Scheduling Omnibus Hearings (the "Notice Order"). In addition, the Trade Committee intends to serve notice by mail to all of the Debtors' creditors to the extent practicable, through the Debtors' claims agent. There are approximately 30,000 entities on the Debtors' creditors matrix. The Trade Committee requests that this Court deem service to the parties on the Master Service List and to all of the Debtors' creditors to the extent practicable to be adequate notice for the relief sought herein.

7. Concurrently with the filing of this Motion, the Trade Committee is also requesting authority to file the Brief and the Reiss Affidavit in support of this Motion under seal.

WHEREFORE, the Trade Committee requests that the Court enter an order (a) substantively consolidating the estates of the Debtors; and (b) granting such other relief as is just.

Dated: New York, New York
May 11, 2006

        DLA PIPER RUDNICK GRAY CARY US LLP

        By: /s/     Thomas R. Califano
            Thomas R. Califano
            Vincent J. Roldan
            1251 Avenue of the Americas
            New York, NY 10020-1104
            Telephone: (212) 835-6190
            Facsimile: (212) 835-6001

            - and -

        By: /s/     Mark J. Friedman

Mark J. Friedman
Daniel Carrigan
Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone:  (410) 580-4153
Facsimile:  (410) 580-3001

- and -

By:      /s/    Philip V. Martino
Philip V. Martino
Florida Bar Number 079189
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
Telephone:  (813) 229-2111
Facsimile:  (813) 229-1447

Attorneys for Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.