**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on the Ad-Hoc Trade Committee's (the "Trade Committee's") **Motion for Order Pursuant to Section 105(c) of the Bankruptcy Code Substantively Consolidating Debtors' Estates** (the "Motion"), on June 1, 2006, at 1:00 p.m., before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202. The Motion has been electronically filed and is available on the court's website at www.uscourts.gov. Requests for the Motion may also be made to counsel to the Trade Committee.

**PLEASE TAKE FURTHER NOTICE** that the Trade Committee is seeking authority to file documentation in support of the Motion (the "Supporting Documents") under seal. The Supporting Documents are subject to a confidentiality agreement between the Debtors and the Trade Committee (the "Confidentiality Agreement"). **Trade Committee will make the Supporting Documents available for review only in accordance with the Confidentiality Agreement or in accordance with court order**. Requests for the Supporting Documents may be made to counsel to the Trade Committee.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, to the Motion, shall be filed with the Bankruptcy Court and served upon counsel for the Ad-Hoc Trade Committee at: (a) DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, Attn: Thomas R. Califano, Esq.; (b) DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, Maryland 21209, Attn.: Mark J. Friedman, Esq.; and (c) DLA Piper Rudnick Gray Cary US LLP, 101 East Kennedy Boulevard, Suite 2000, Tampa, FL 33602-5149, Attn: Philip V. Martino, Esq., so as to be received no later than 4:00 p.m. on May 25, 2006. The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: May 11, 2006
         New York, New York

                                        DLA PIPER RUDNICK GRAY CARY US LLP

                                        By:   /s/ Mark J. Friedman_____
                                              Mark J. Friedman
                                              Daniel Carrigan
                                              Janice L. Duban
                                        6225 Smith Avenue
                                        Baltimore, MD 21209
                                        Telephone: (410) 580-4153
                                        Facsimile: (410) 580-3001

                                                    - and –

                                        By:   /s/ Thomas R. Califano_____
                                              Thomas R. Califano
                                              Vincent J. Roldan
                                        1251 Avenue of the Americas
                                        New York, NY 10020-1104
                                        Telephone: (212) 835-6190
                                        Facsimile: (212) 835-6001

                                                    - and –

                                        By:      /s/ Philip V. Martino_____
                                              Philip V. Martino
                                        Florida Bar Number 079189
                                        101 East Kennedy Boulevard, Suite 2000
                                        Tampa, FL 33602-5149
                                        Telephone: (813) 229-2111
                                        Facsimile: (813) 229-1447

                                        Attorneys for the Ad-Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.