**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING AD HOC TRADE COMMITTEE'S
MOTION TO FILE DOCUMENTS IN SUPPORT OF
ITS MOTION FOR ORDER PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE SUBSTANTIVELY
CONSOLIDATING DEBTORS' ESTATES UNDER SEAL**

Upon the motion (the "Motion") of The Ad Hoc Trade Committee (the "Trade Committee") for Winn Dixie Stores, Inc., et al., (the "Debtors"), for an order authorizing it to file documents (the "Documents To Be Sealed," as more fully described in the Motion) in support of its Motion For Order Pursuant To Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates under seal pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure; and no notice of the Motion being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted in its entirety; and it is further

**ORDERED** that the Documents To Be Sealed shall be filed under seal; and it is further

**ORDERED,** that the Documents To Be Sealed shall be sealed by the Clerk of the Court and made unavailable to the public either electronically, in hard copy form, or in any other manner, absent further order of this Court; and it is further

**ORDERED**, that the Documents To Be Sealed shall only be accessible by the Court and the Debtors, absent further order of this Court; and it is further

**ORDERED,** that the Clerk of the Court shall maintain the confidentiality of the information contained in the Documents To Be Sealed; and it is further

**ORDERED** that this order need not be served upon any party.

Dated May ___, 2006, at Jacksonville, Florida

                                          Jerry A. Funk
                                          United States Bankruptcy Judge