UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )     Case No. 05-03817-3F1
                                               )     Chapter 11
         Debtors.                              )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Olga Andino and Portivio Andino (Claim Nos. 7939, 7940, 9588 and 9589) [Docket No. 7558] was furnished by mail on May 11, 2006 to Olga Andino and Portivio Andino c/o Robert Roselli, Esq., Robert Roselli & Associates, 3471 North Federal Highway, Suite 600, Fort Lauderdale, Florida 33306.

Dated: May 12, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>　　D. J. Baker<br>　　Sally McDonald Henry<br>　　Rosalie Gray | By  *s/ James H. Post*<br>　　Stephen D. Busey<br>　　James H. Post (FBN 175460)<br>　　Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC