UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                               Chapter 11
        Debtors.                        )    Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Bertha Smith  (Claim No. 4737) [Docket No. 7542] was furnished by mail on May 11, 2006 to Bertha Smith c/o Steven L. Morgan, Esq., 509 "G" Street, Brunswick, Georgia 31520.

Dated:  May 12, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By     *s/ D. J. Baker*         | By     *s/ James H. Post*         |
|        D. J. Baker              |        Stephen D. Busey          |
|        Sally McDonald Henry     |        James H. Post (FBN 175460)|
|        Rosalie Gray             |        Cynthia C. Jackson         |
| Four Times Square               | 225 Water Street, Suite 1800     |
| New York, New York 10036        | Jacksonville, Florida  32202     |
| (212) 735-3000                  | (904) 359-7700                   |
| (917) 777-2150 (facsimile)      | (904) 359-7708 (facsimile)       |
| djbaker@skadden.com             | jpost@smithhulsey.com            |
| Co-Counsel for Debtors          | Co-Counsel for Debtors           |

00520151.DOC