UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Elena Buigas (Claim No. 12749) [Docket No. 7528] was furnished by mail on May 2, 2006 to Maria Elena Buigas, 8701 SW 12th Street, Apt. 31, Miami, Florida 33174 and Kailyn N. Bergstrom, Strategic Recovery Partnership, Inc., 208 N. Easton Road, Willow Grove, Pennsylvania 19090.

Dated: May 12, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*       D. J. Baker       Sally McDonald Henry       Rosalie Gray | By   *s/ James H. Post*       Stephen D. Busey       James H. Post (FBN 175460)       Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC