UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter 11

IN RE: WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Court Finds that the Motion to Withdraw as counsel of record filed by Valerie Bailey Rihn on behalf of Schreiber Foods Inc., did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Motion to Withdraw as counsel of record filed by Valerie Bailey Rihn on behalf of Schreiber Foods, Inc., on May 9, 2006 is stricken from the record.

**DATED May 10, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Valerie Bailey-Rihn, One South Pinckney Street, Suite 600, Madison, WI 53703-2808
Attorneys for Debtor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: May 10, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on May 12, 2006.
            +Valerie Bailey Rihn,   One South Pinckney Street, Suite 600,    Madison, FL   53703-2874
 11420151   +Rachel E. Adams, Esq.,    200 S. Orange Avenue,   Suite 1220,   Orlando, Florida 32801-3439

The following entities were served by electronic transmission on May 11, 2006 and receipt of the transmission
was confirmed on:
 aty         +E-mail: rshuker@groneklatham.com May 11 2006 02:31:49     R Scott Shuker,   Gronek & Latham LLP,
              Post Office Box 3353,   Orlando, FL 32802-3353
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2006**                     **Signature:**     _Joseph Speetjens_