**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | ) | |
| | ) | **Chapter 11** |
| **Debtors[1]** | ) | |

**UNOPPOSED MOTION**
**FOR WAIVER OF REQUIREMENT TO DESIGNATE**
<u>**LOCAL COUNSEL**</u>

COMES NOW Alexandra Silva Fannon, counsel for the City of Richmond, Virginia, a government creditor and party in interest in the above-captioned bankruptcy case to file pursuant to Local Rule of Bankruptcy Procedure 2090-1(c) this unopposed Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support of this Motion, I respectfully state the following:

1. Debtors filed a voluntary petition on February 21, 2005 seeking relief under Chapter 11 of Title 11 of the United States Code.

2. On July 15, 2005, the City filed a proof of claim in the amount of $11,207.30 for 2005 taxes owed by the Debtors for business personal property located at a local store.

3. Debtors filed an Omnibus Objection to Claims in which they assert that this Court should reduce the City's claim for 2005 taxes to $7,007.28 and reduce previously paid taxes for 2004 to $8,060.63. *See* Debtor's Objection, Exhibit A, p. 5.

4. The City, by counsel, filed a timely Response to Debtor's Omnibus Objection to Claims on May 8, 2006.

-2-

5.      Pursuant to Bankruptcy Local Rule 2090-1(c), any non-resident attorney who files a pleading with this Court shall file within 10 days a designation of local counsel, but this same Rule makes provision for waiver of such designation by the Court if good cause is shown.

6.      The City of Richmond, Virginia, has a limited amount of taxes at issue in this bankruptcy matter, and the hiring of local counsel would impose an additional financial burden upon the taxpayers of the City.

7.      Undersigned counsel is only seeking admission with waiver of local counsel designation for this bankruptcy case.

8.      Undersigned counsel is licensed by and a member of good standing in the Virginia State Bar.

9.      Undersigned counsel is admitted to practice in the United States Bankruptcy Court for the Eastern District of Virginia and familiar with the applicable rules of practice and procedure for bankruptcy cases.

10.      Undersigned counsel has conferred with counsel for Debtors regarding the subject of this Motion, and such counsel has indicated that the Debtors do not oppose this Motion.

WHEREFORE, Alexandra Silva Fannon, counsel for the City of Richmond, Virginia, respectfully moves this Court to enter an order of waiver of the requirement to designate local counsel pursuant to Bankruptcy Local Rule 2090-1(c), and any other such relief as is appropriate.

      Respectfully submitted,

      ALEXANDRA SILVA FANNON

      __/s/ Alexandra Silva Fannon_____

-3-

Alexandra Silva Fannon, (VSB #38972)
Assistant City Attorney
Office of City Attorney
900 East Broad Street, Room 300
Richmond, Virginia 23219
Telephone:   (804) 646-7940
Facsimile:    (804) 646-6653
   Counsel for the City of Richmond, Virginia

**CERTIFICATE OF SERVICE**

I hereby certify that the original of the foregoing Unopposed Motion for Waiver of Requirement to Designate Local Counsel was filed with the Bankruptcy Court for the Middle District of Florida, Jacksonville Division via the Court's electronic filing procedures and a copy was sent via electronic means to D. J. Baker, at **dkbaker@skadden.com**, and Cynthia C. Jackson, at **cjackson@smithhulsey.com**  this 15th day of May, 2006.

   /s/ Alexandra Silva Fannon
   Alexandra Silva Fannon, Esquire