**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:                                                                  CASE NO.: 3:05-bk-03817-JAF
                                                                                  Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

## AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of MARY KNOWLES ANDERSON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY was furnished via electronic mail or regular U. S. Mail to: Debtor, Debtor's counsel, U.S. Trustee and the parties on the attached Local Rule 1007-2 Parties In Interest List this 15th day of May, 2006.

                                                   KELLEY & FULTON, P.A.
                                                   Attorney for Mary Knowles Anderson
                                                   1665 Palm Beach Lakes Blvd.
                                                   The Forum - Suite 1000
                                                   West Palm Beach, Florida 33401
                                                   Telephone No.:  (561) 491-1200
                                                   Facsimile No.:  (561) 684-3773

                                                 By:/s/ Craig I. Kelley
                                                      Craig I. Kelley, Esquire
                                                      Florida Bar No.: 782203

F:\CLIENTS\Goldstein, Lauri\Anderson, Mary vs Winn Dixie\Amended.COS.wpd