**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:  CASE NO.: 3:05-bk-03817-JAF
 Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

## AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of VIKKI LYNN PERKINS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY was furnished via electronic mail or regular U. S. Mail to: Debtor, Debtor's counsel, U.S. Trustee and the parties on the attached Local Rule 1007-2 Parties In Interest List this 15th day of May, 2006.

    KELLEY & FULTON, P.A.
    Attorney for Vikki Lynn Perkins
    1665 Palm Beach Lakes Blvd.
    The Forum - Suite 1000
    West Palm Beach, Florida 33401
    Telephone No.: (561) 491-1200
    Facsimile No.: (561) 684-3773


    By:/s/ Craig I. Kelley
       Craig I. Kelley, Esquire
       Florida Bar No.: 782203

F:\CLIENTS\Goldstein, Lauri\Perkins, Vikki vs Winn Dixie\Amended.COS.wpd