UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | )<br>)<br>)    Case No. 05-03817-JAF |
| WINN-DIXIE STORES, INC. et al., | )<br>)    Chapter 11 |
| Debtor, | )<br>)    Jointly Administered |

**ORDER GRANTING WITHDRAWAL OF NED NASHBAN AS ATTORNEY OF RECORD**

THE ABOVE MATTER having come before the Court upon the Motion to Withdraw as Counsel of Record brought by Valerie Bailey-Rihn on behalf of Ned Nashben, it is hereby

ORDERED AND ADJUDGED that Ned R. Nashban is hereby withdrawn as counsel for Schreiber Foods, Inc., and shall have no further responsibility or liability with regard to this matter for Schreiber Foods, Inc. Valerie Bailey-Rihn of Quarles & Brady LLP shall be as counsel of record for Schreiber Foods, Inc.

DONE and ORDERED in ~~Chambers at the United States Bankruptcy Court,~~ Jacksonville, Florida, this 15 day of May, 2006.

JERRY A. FUNK
United States Bankruptcy Court Judge

QBMAD\840270.00010\418413.1