UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et. al.,

Debtors.
_____/

CASE NO: 05-03817-JAF
(Jointly Administered)
CHAPTER 11

## ORDER GRANTING MOTION FOR LEAVE TO ALLOW LATE FILING OF LEASE REJECTION CLAIM

THIS MATTER having come before the Court on Artesia Medical Development Company's Motion for Leave to Allow Late Filing of Lease Rejection Claim, and the Court having considered same and being otherwise fully advised, it is hereby:

ORDERED AND ADJUDGED as follows:

1. The Motion for Leave to Allow a Late Filing of Lease Rejection Claim is hereby Granted.

2. The deadline to file the rejection claim is extended to November 8, 2005.

3. The rejection claim filed on November 8, 2005 is deemed timely filed.

DONE AND ORDERED in Jacksonville, Florida on this May 15, 2006.

JERRY A. FUNK
United States Bankruptcy Judge

File # 14922

1