# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE MONTGOMERY, INC. | Case No. 05-11081 |
| ("the Debtors") | Scheduled Claim No.: <u>261381-12</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, SOUTHERN CLEANING SERVICE, IN THE AMOUNT OF $270,888.82, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**
SOUTHERN CLEANING SERVICE
ATTN: DEAN GOFORTH, PRESIDENT
PO BOX 978
TRUSSVILLE, AL 35173

PLEASE TAKE NOTICE that the transfer of $270,888.82 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:** DellaCamera Capital Master Fund, Ltd.
c/o Meridian Corporate Services
73 Front Street
P.O. Box HM 528
Hamilton HM 12, Bermuda

The evidence of transfer of claim is attached hereto. An excerpt of the Debtor's Schedules of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Winn-Dixie Montgomery, Inc.<br><br>Debtor | Case No. 05-11081 (RDD)<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Southern Cleaning Service ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $270,888.82 | 261381-12 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | DellaCamera Capital Master Fund, Ltd. | ASSIGNOR: | Southern Cleaning Service |
| Address: | c/o Meridian Corparate Services Limited | Address: | PO Box 978<br>Trussville, AL 35173 |
| | 73 Front Street | Signature: | |
| | P.O. Box HM 528 | Name: | |
| | Hamilton HM 12, Bermuda | Title: | |
| | | Date: | 5-2-06 |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   WINN-DIXIE MONTGOMERY, INC.                                    Case No.:   05-11081 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187<br>Creditor: 261334 - 12<br> Vendor: 0000450298 | 02/21/2005 | | | | | $45,445.16 |
| SOUTHEAST ALABAMA GAS DIST<br>PO BOX 1338<br>ANDALUSIA, AL 36420<br>Creditor: 261337 - 12<br> Vendor: 0000199223 | 02/21/2005 | X | | | | $167.43 |
| SOUTHEAST MEDIA INC<br>1720 TOWNHURST DRIVE<br>HOUSTON, TX 77043<br>Creditor: 381596 - 47<br> Vendor: 0000834002 | 02/21/2005 | | | | | $47.56 |
| SOUTHEAST PROVISIONS LLC<br>11 TASK INDUSTRIAL COURT<br>GREENVILLE, SC 29607<br>Creditor: 261346 - 12<br> Vendor: 0000831420 | 02/21/2005 | | | | | $23,999.88 |
| SOUTHEAST UNLOADING<br>PO BOX 1647<br>YULEE, FL 32041<br>Creditor: 261348 - 12<br> Vendor: 0000793624 | 02/21/2005 | | | | | $296.00 |
| SOUTHERN BUSINESS EQUIPMENT<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466<br>Creditor: 261375 - 12<br> Vendor: 0000814796 | 02/21/2005 | | | | | $110.00 |
| SOUTHERN CHEMICAL FORMULATORS INC<br>PO BOX 8737<br>MOBILE, AL 36608<br>Creditor: 261378 - 12<br> Vendor: 0000776398 | 02/21/2005 | | | | | $4,027.56 |
| ==SOUTHERN CLEANING SERVICE==<br>==PO BOX 978==<br>==TRUSSVILLE, AL 35173==<br>==Creditor: 261381 - 12==<br>== Vendor: 0000804101== | 02/21/2005 | | | | | ==$270,888.82== |

**PAGE TOTAL:**                                                                                        **$344,982.41**