UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., ET AL., | ) | CHAPTER 11 |
| | ) | (JOINTLY ADMINISTERED) |
| DEBTORS. | ) | |
| | ) | |

## NOTICE OF FILING EXHIBIT TO THE SUPPLEMENTAL OBJECTION OF GATOR JACARANDA, LTD. AND GATOR CARRIAGE PARTNERS, LTD. TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ADDITIONAL STORES AND RELATED EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR ALTERNATIVELY, THE REJECTION OF LEASES AND ESTABLISHING A CLAIMS BAR DATE AND (C) GRANTING RELATED RELIEF

Gator Jacaranda, Ltd. and Gator Carriage Partners, Ltd., hereby gives notice that it has filed the attached exhibit to its Supplemental Objection to Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Lease and Establishing a Claims Bar Date and (C) Granting Related Relief, which was inadvertently omitted from its initial filing on May 12, 2006.

Dated this 16th day of May, 2006.

HOLLAND & KNIGHT LLP

By:   /s/ Alan M. Weiss
    Alan M. Weiss
    Florida Bar No. 340219
    50 N. Laura Street, Suite 3900
    Jacksonville, FL 32202
    (904) 353-2000 [Telephone]
    (904) 358-1872 [Facsimile]

    Attorneys for Gator Jacaranda, Ltd. and Gator Carriage Partners, Ltd.

## CERTIFICATE OF SERVICE

I certify that that service of the foregoing was made on May 16, 2006 via ECF Noticing and first class mail upon the parties listed below.

/s/ Alan M. Weiss

| D.J. Baker<br>Skadden, Arps, Slate, Meagher, & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
|---|---|

# 3788534_v1