IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



IN RE:

WINN-DIXIE STORES, INC.,           Case NO.: 3:05-bk-3817
    Debtor                            Chapter 11

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that TALX Corporation, a creditor in the above captioned cause, pursuant to Rule 3006 of the Rules of Bankruptcy Procedure, withdraws the balance of its claim filed in the case on or about 02/21/05 in the amount of $5226.91.

SUBMITTED BY
TALX Corporation

BY: _____

Stacey Simpson
President, The Work Number
1850 Borman Court
St. Louis, MO 63146
314-214-7000