UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## COPIES OF ALL ORDERS, NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Traub, Bonacquist & Fox LLP appears on behalf of *SPCP Group, L.L.C.*, a party in interest in the above-captioned cases, and requests pursuant to Bankruptcy Rules 9010(b) and 2002, that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned at the following address:

Maura I. Russell (MR 1178)
Wendy G. Marcari (WM 8494)
TRAUB, BONAQUIST & FOX LLP
655 Third Avenue, 21st Floor
New York, NY 10017
Tel. (212) 476-4770
Fax. (212) 476-4787
DBR@tbfesq.com

Dated: New York, New York     Respectfully submitted,
       May 16, 2006

                             **TRAUB, BONACQUIST & FOX LLP**

                             By: */s/ Wendy G. Marcari*
                                  Maura I. Russell (MR 1178)
                                  Wendy G. Marcari (WM 8494)
                                  655 Third Avenue, 21st Floor
                                  New York, NY 10017
                                  Tel. (212) 476-4770
                                  Fax. (212) 476-4787

O:\8089.000\WINN-DIXIE\Notice of Appearance.doc