UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

          Debtors.      Jointly Administered

---

LIMITED OBJECTION OF E&A SOUTHEAST, LP
TO DEBTORS' MOTION (I) FOR AUTHORITY TO REJECT
NON-RESIDENTIAL REAL PROPERTY LEASE FOR FUEL
CENTER 1381 (II) TO ESTABLISH BAR DATE FOR ANY
REJECTION DAMAGE CLAIMS AND (III) GRANTING RELATED RELIEF

E&A Southeast, LP ("E&A"), by and through its undersigned counsel, objects to the Debtors' Motion (I) For Authority to Reject Non-Residential Real Property Lease for Fuel Center 1381 (II) To Establish Bar Date for Any Rejection Damage Claims and (III) Granting Related Relief (the "Motion"), and states as follows:

1. E&A is the landlord under the lease for a fuel center identified by the Debtors as No. 1381 (the "Lease").

2. E&A objects to the Debtors' request in the Motion, that the rejection of the Lease be deemed effective as of May 31, 2006.

3. A lease is not rejected, and its rejection is not effective, until an order approving the rejection of the lease is entered. In re Florida Lifestyle Apparel, Inc., 221 B.R. 897 (Bankr. M.D. Fla. 1997).

4. Before the Debtors can reject the Lease, the Bankruptcy Code clearly requires notice to parties in interest, a hearing, and court approval. Thus, the earliest possible time the rejection of the Lease can be effective is the date the order approving the rejection is entered.

5. E&A reserves the right to amend, supplement or modify this Objection as deemed necessary.

WHEREFORE, E&A respectfully requests that the Court, (1) determine that the rejection of the Lease be effective upon the date of the entry of an order approving such rejection, and (2) grant E&A all other relief this Court deems just and proper.

DATED this 16 day of May, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile

2