UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| Debtors. | ) |

**NOTICE OF WITHDRAWAL OF
OBJECTION TO CURE AMOUNT AND LIMITED OBJECTION OF CREDITOR
PRINCIPAL LIFE INSURANCE COMPANY TO DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF ADDITIONAL STORES AND RELATED
EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, (B)
AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR ALTERNATIVELY,
THE REJECTION OF LEASES AND ESTABLISHING A CLAIMS BAR DATE
AND (C) GRANTING RELATED RELIEF [DOCKET NO. 7568]**

Principal Life Insurance Company ("Principal"), formerly known as Principal Mutual Life Insurance Company, by its undersigned counsel, files this notice of withdrawal of the Objection to Cure Amount and Limited Objection of Creditor Principal Life Insurance Company To Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 7568) to Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 7092).

DUANE MORRIS LLP

Dated: May 16, 2006        By: /s/ Wendy M. Simkulak
                                Paul Orshan
                                Florida Bar No. 776203
                                plorshan@duanemorris.com
                                DUANE MORRIS LLP
                                200 S. Biscayne Blvd.

DM3\362763.1

Suite 3400
Miami, FL  33131
Telephone: 305.960.2200
Facsimile: 305.960.2201

AND

Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
mreed@duanemorris.com
wmsimkulak@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  (215) 979-1518/1547
Facsimile:   (215) 979-1020

Counsel for Principal Life Insurance Company