UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MAY 18, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on May 18, 2006 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

*1.    Debtors' Motion for Order Authorizing Winn-Dixie Stores, Inc. to (I) Exercise its Consent to Sale of Stock by Non-Debtor Subsidiary, Subject to Higher or Otherwise Better Offers, (II) Enter into a Related Transition Services Agreement and (III) Enter into a Related Non-Competition Agreement (Docket No. 6878)*

Objection Deadline:  Expired.

Objections:            No objections have been filed.

Status:                 The Debtors will proceed with the Motion.

2.    *Motion for Order Authorizing (i) Rejection of Lease for Store Number 1419 and (ii) Abandonment of Related Personal Property (Docket No. 7332)*

Objection Deadline: May 11, 2006, except as to Creditors' Committee, May 15.

Objections:        No objections have been filed.

Status:        The Debtors will continue the hearing on the Motion to June 15, 2006.

3.    *Motion to Assume Modified Agreement with Hallmark Marketing Corporation (Docket No. 7502)*

Objection Deadline: May 11, 2006, except as to the Creditors' Committee, May 15.

Objections:        No objections have been filed.

Status:        The Debtors will proceed with the Motion.

4.    *Case Management Conference on Debtors' Objection to Louisiana Tax Claims (Docket No. 7392)*

Objection Deadline: None.

Objections:        No objections have been filed.

Status:        The Debtors will proceed with the Conference.

5.    *Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

Objection Deadline: May 12, 2006.

Objections:        No objections have been filed.

Status:        The Debtors and the Claimant have agreed to continue the Objection to June 15, 2006.

00531093.DOC

6.      *Amended Motion to Sell Pompano Beach Distribution Center and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief (Docket No. 7004)*

Objection Deadline:  Expired.

Objections:              No objections have been filed.

Status:                    The Debtors will proceed with the Motion.


7.      *Ad Hoc Trade Committee's Motion to File Documents in Support of Its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal (Docket No. 7765)*

Objection Deadline:  None.

Objections:              No objections have been filed.

Status:                    The Debtors have been informed that the Movant will proceed with the Motion.


**B.      Contested Matters**


1.      *Debtors Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities (Docket No. 7267)*

Objection Deadline:  Expired.

Objections:              Henrico County (Docket No. 7431);
                            City of Norfork, Virginia (Docket No. 7501);
                            City of Hampton, Virginia (Docket No. 7575);
                            Hamilton County Tennessee (Docket No. 7615);
                            City of Bedford, Virginia (Docket No. 7618);
                            County of Franklin, Virginia (Docket No. 7619);
                            County of Mecklenburg, Virginia (Docket No. 7620);
                            County of James City (Docket No. 7684);
                            City of Richmond, Virginia (Docket No. 7685);

00531093.DOC

Town of Vinton (Docket No. 7686);
City of Chattanooga (Docket No. 7691);
County of Chesterfield (Docket No. 7692); and
County of Roanoke (Docket No. 7693).

Status:              The Debtors and Claimants have agreed to continue the Objection until further notice.

2.      *Debtor's Ninth Omnibus Objection to Overstated Claims (Docket No. 7263)*

Objection Deadline: Expired.

Responses:           ServiceForce USA, LLC (Docket No. 7602); Digital 1 Stop (Docket No. 7690); and Merchandising Corp. of America, Inc. (Docket No. 7838).

Status:              The Debtors will proceed with the Objection.

3.      *Debtors' Amended Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claim Bar Date, and (c) Granting Related Relief (Docket No. 7517)*

(1)     Store Number **602**
        Lease termination:  JEM Investments, Ltd.
        Notice of Hearing and Filing:  Docket No. 7758
        Objection:  JEM Investments, Ltd. (Docket No. 7410)

(2)     Store Number **2357**
        Lease termination:  Treasure Coast Plaza Development Joint Venture
        Notice of Hearing and Filing:  Docket No. 7808
        Objection:  Treasure Coast Plaza Development Joint Venture (Docket No. 7419 and 7748)

00531093.DOC

(3)     Store Number **719**
        Lease termination:  GRE Coralwood, L.P.
        Notice of Hearing and Filing:  Docket No. 7811

(4)     Store Number **735**
        Lease termination:  Kite Eagle Creek, LLC
        Notice of Hearing and Filing:  Docket No. 7809

(5)     Store Number **205**
        Lease termination:  Miami Gardens Acquisition, LLC
        Notice of Hearing and Filing:  Docket No. 7804

(6)     Store Number **240**
        Lease termination:  SC Westland Promenade, LP
        Notice of Hearing and Filing:  Docket No. 7807
        Objection:   SC Westland Promenade, LP (Docket No.
                7415)

(7)     Store Number **372**
        Lease termination:  Westgate Square, LLC
        Notice of Hearing and Filing:  Docket No. 7810
        Objection:  Westgate Square, LLC (Docket No. 7749)

(8)     Store Numbers **643, 659** and **738**
        Purchaser:  Kash N' Karry Food Stores, Inc.
        Notice of Hearing and Filing:  Docket No. 7740
        Objection:  SKS Properties, L.C., Store **659** (Docket
                No. 7364);
                Inland   Southeast   Countryside   Limited
                Partnership, Store **738** (Docket No. 7409)

(9)     Store Number **301**
        Purchaser:  Staples, Inc.
        Notice of Hearing and Filing:  Docket No. 7751

(10)    Store Number **217**
        Purchaser:  Wal-Mart Stores, Inc.
        Notice of Hearing and Filing:  Docket No. 7750
        Objection:  T/A Western, LLC (Docket Nos. 7401 and
                7836)

(11)   Store Numbers **310, 613** and **695**
Purchaser:  Office Depot, Inc.
Notice of Hearing and Filing:  Docket No. 7741
Objection:   Weston Road Shopping Center, Store **310**
(Docket No. 7416); and
Benderson Development Company, Inc.,
Store **613** (Docket No. 7313 and 7884)

(12)   Store Number **2257**
Purchaser:  W.S. Bravo Supermarket Corp.
Notice of Hearing and Filing:  Docket No. 7735

(13)   Store Number **215**
Purchaser:  99 Cent Supercenter, LLC
Notice of Hearing and Filing:  Docket No. 7744

(14)   Store Numbers **208, 211, 339** and **2330**
Purchaser:  Sunrise Properties, LLC
Notice of Hearing and Filing:  Docket No. 7736
Objection:  Gator Carriage Partners, Ltd., Stores **211** and
**339** (Docket No. 7800)

Objections to cure amount for store leases being rejected:

Boggy Creek Marketplace, Inc., Store Number **2254**
(Docket No. 7120);
Vogel and Vogel, Store Number **1571** (Docket No.
7407);
JDN Realty AL, Inc., Store Number **409** (Docket No.
7421);
Gooding's Supermarkets Inc., Store Number **2387**
(Docket No. 7414);
Cairo Sun Properties, Ltd., Store Number **192** (Docket
No. 7418);
Turney Dunham Plaza Partners, Store Number **2298**
(Docket No. 7420);
Greater Properties, Inc., Store Number **2387** (Docket
No. 7550);
Florida Tax Collectors (Docket No. 7746).

Status:      The Debtors will proceed with the Motion.

Dated:  May 17, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                              By    *s/ Cynthia C. Jackson*
        D. J. Baker                                          Stephen D. Busey
        Sally McDonald Henry                         James H. Post
        Rosalie Walker Gray                           Cynthia C. Jackson, F.B.N. 498882

Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida 32202
(212) 735-3000                                        (904) 359-7700
(212) 735-2000 (facsimile)                          (904) 359-7708 (facsimile)
djbaker@skadden.com                               cjackson@smithhulsey.com

Co-Counsel for Debtors                            Co-Counsel for Debtors