**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                                ) ss:
COUNTY OF NEW YORK    )

William Coleman, being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104;

2. On the 11th day of May, 2006, I served by first class mail, postage prepaid, on the parties on the annexed "hard copy" mailing list, and by electronic transmission ("email") on the parties listed on the annexed email transmittal sheet, true copies of the Ad-Hoc Trade Committee's Notice of Hearing (the "Notice of Hearing") with respect to the Ad Hoc Trade Committee's Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates (the "Substantive Consolidation Motion"); and

3. On the 11th day of May, 2006, I caused to be served by UPS overnight delivery on the parties set forth below in this paragraph, true copies of the Notice of Hearing; the Substantive Consolidation Motion, the Affidavit of M. Freddie Reiss in

Support of the Substantive Consolidation Motion, the Trade Committee's Brief in Support of the Substantive Consolidation Motion, the Trade Committee's Motion to File Documents in Support of Substantive Consolidation Motion Under Seal, and the proposed Order Granting Trade Committee's Motion to File Documents in Support of the Substantive Consolidation Motion Under Seal:

| | |
|---|---|
| Skadden Arps Slate Meagher and Flom<br>Four Times Square<br>New York, New York 10036<br>Attn.: Sally Henry, Esq. | Milbank Tweed Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn.: Dennis F. Dunne, Esq. |

_____
William Coleman

Sworn to before me this
17th day of May, 2006

_____
Notary Public

VANESSA TORRES
Notary Public, State of New York
No. 01TO6118723
Qualified in New York County
Commission Expires November 15, 2008

~NEWY1:8003301.v1

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

State of Georgia, Dept. of Community Health
Attn: Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL 33411

Mark S. Kessler, P.A.
Attn: Mark S. Kessler
331 E. Union Street
Jacksonville, FL 32202

CadleRock, L.L.C.
Attn: Vic Buente
100 North Center Street
Newton Falls, OH 44444-1321

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002

World Fitness
Attn: Cliff Block
214 St. James Ave.
Goose Creek, SC 29445

## Coleman, William H.

**From:** Coleman, William H.
**Sent:** Thursday, May 11, 2006 10:49 PM
**To:** 'ken.meeker@usdoj.gov'; 'sherrill-beards@sec.gov'; 'ElenaL.Escamilla@usdoj.gov'; 'LarryAppel@winn-dixie.com'; 'ddrebsky@nixonpeabody.com'; 'jrosenthal@nixonpeabody.com'; 'djbaker@skadden.com'; sschirmang@kraft.com; 'sborders@kslaw.com'; 'scott.johnson@fritolay.com'; 'sbusey@smithhulsey.com'; 'Atenzer@Shearman.com'; 'dfiorillo@oshr.com'; 'Jhelfat@oshr.com'; 'jstern@oshr.com'; 'sreisman@cm-p.com'; 'athau@cm-p.com'; 'scimalore@wilmingtontrust.com'; 'Ddunne@milbank.com'; 'Lmandel@milbank.com'; 'DODonnell@milbank.com'; 'mbarr@milbank.com'; 'Arosen@srsllp.com'; 'tslome@srsllp.com'; 'rtoder@morganlewis.com'; 'coheniw@pepperlaw.com'; 'huffard@blackstone.com'; 'Rkuebel@lockeliddell.com'; 'dboldissar@lockeliddell.com'; 'Pollack@ballardspahr.com'; 'Jstantonn@contrariancapital.com'; 'dsimon@xroadsllc.com'; 'Dwdykhouse@pbwt.com'; 'mhandler@pbwt.com'; 'Cwatson@balch.com'; 'eray@balch.com'; 'Ncolton@cozen.com'; 'dliebman@cozen.com'; 'Lmay@angelfrankel.com'; 'rsteinberg@angelfrankel.com'; 'Jcarr@kelleydrye.com'; 'rlehane@kelleydrye.com'; 'Rsmolev@kayescholer.com'; 'kmurphy@kayescholer.com'; 'Jfrank@fgllp.com'; 'Plhuffst@coxsmith.com'; 'Rwward@airmail.net'; 'mheld@jenkens.com'; 'Nherman@morganlewis.com'; 'Eerman@ermanteicher.com'; 'Rbleggett@allmanspry.com'; 'Mfranks@manierherod.com'; 'mcollins@manierherod.com'; 'tpennington@manierherod.com'; 'kmiller@skfdelaware.com'; 'Szuber@pitneyhardin.com'; 'David.boyle@airgas.com'; 'Henry.efroymson@icemiller.com'; 'mark.bogdanowicz@icemiller.com'; 'lsgreene@hhlaw.com'; 'dckaufman@hhlaw.com'; 'bgrieco@hhlaw.com'; 'Eschwartz@mnat.com'; 'rdehney@mnat.com'; 'Frankvydra@discoverfinancial.com'; 'fringel@pobox.com'; 'flc@psstf.com'; 'gginsburg@ngmpc.com'; 'bkrfilings@agg.com'; 'Hayden.kepner@agg.com'; 'james.smith@agg.com'; 'lexbankruptcy@wyattfirm.com'; 'thomas.leanse@kmzr.com'; 'dustin.branch@kmzr.com'; 'amcmulle@bccb.com'; 'srucker@millermartin.com'; 'drubin@kswb.com'; 'hobankecf@lockeliddell.com'; 'robert.holladay@youngwilliams.com'; 'millerr@gtlaw.com'; 'reginald.greene@bellsouth.com'; 'bloomm@gtlaw.com'; 'andrew.flame@dbr.com'; 'rrg@rglawgroup.com'; 'bnathan@lowenstein.com'; 'agayer@lowenstein.com'; 'jdibattista@mofo.com'; 'rkaniuklaw@aol.com'; 'Nicholas_griffiths@ml.com'; 'bbecker@hswmke.com'; 'franklin.berg@4086.com'; 'dmeek@burr.com'; 'brubin@burr.com'; 'msolomon@burr.com'; 'ajrlaw@aol.com'; 'rstern@maccosternlaw.com'; 'Abothwell@pepehazard.com'; 'eheld@hilawfirm.com'; 'khisrael@hilawfirm.com'; 'mbranzburg@klehr.com'; 'CHDicker@Klehr.com'; 'jkurtzma@klehr.com'; 'jniemeier@mnmk.com'; 'awoodard@mnmk.com'; 'dthimmig@ralaw.com'; 'mwarner@warnerstevens.com'; 'dcohen@warnerstevens.com'; 'echou@warnerstevens.com'; 'tjcurtin@varnumlaw.com'; 'wjmartin@pbnlaw.com'; 'bsmoore@pbnlaw.com'; 'asherman@sillscummis.com'; 'celler@broadandcassel.com'; 'ssutton@lathropgage.com'; 'Lhenin@andersonkill.com'; 'ecotton@ddrc.com'; 'jennifer@wheelis-rozanski.com'; 'prubin@herrick.com'; 'smilo@wawlaw.com'; 'dconroy@millinglaw.com'; 'dcrapo@gibbonslaw.com'; 'gponto@gibbonslaw.com'; 'gerard@bmclaw.com'; 'skrause@zeklaw.com'; 'davidwheeler@mvalaw.com'; 'dlandis@mateerharbert.com'; 'bankruptcy@morrisoncohen.com'; 'akornberg@paulweiss.com'; 'RRThames@stutsman-thames.com'; 'brmarkey@stutsman-thames.com'; 'ncharney@bear.com'; 'slevine@lowenstein.com'; 'alipkin@willkie.com'; 'rspigel@willkie.com'; 'wwallach@mccarter.com'; 'lmcbryan@maceywilensky.com'; 'judith.elkin@haynesboone.com'; 'jsailer@murrayfrank.com'; 'apatton@murrayfrank.com'; 'stacey.jernigan@haynesboone.com'; 'mark.elmore@haynesboone.com'; 'wdw@mccarthywhite.com'; 'psm@kompc.com'; 'tah@kompc.com'; 'met@kompc.com'; 'jklein@foxrothschild.com'; 'rurbanik@munsch.com'; 'sellis@munsch.com'; 'smiller@morrisjames.com'; 'dbegnaud@athens1867.com'; 'russj4478@aol.com'; Friedman, Mark; Carrigan, Daniel; 'dianegreed@sbcglobal.net'; Duban, Janice L.; 'tmeyers@kilpatrickstockton.com'; 'mhamroff@moritthock.com'; 'lberkoff@moritthock.com'; 'streuss@hughesluce.com'; 'dale@sb-lawfirm.com'; 'cneville@sonnenschein.com'; 'jcreed@sonnenschein.com'; 'kbifferato@cblh.com'; 'cthompson@cblh.com'; 'aspizz@tnsj-law.com'; 'bankruptcy@hswgb.com'; 'bittourna@inlandgroup.com'; 'cslocum@klehr.com'; 'abenissatto@shapiro-croland.com'; 'elazarou@reedsmith.com'; 'carignanj@pepperlaw.com'; 'kgwynne@reedsmith.com'; 'casey@pepperlaw.com'; 'pkcampsen@kaufcan.com'; 'sablea@pepperlaw.com'; 'staib@blankrome.com'; 'david.lemke@wallerlaw.com';

**To:** 'mmcnamee_br@nealharwell.com'; 'legal@mimms.org'; 'dgreco@bradleyarant.com'; 'jboyles@jhvgmlaw.com'; 'rcox@mcguirewoods.com'; 'bkdept@fagelhaber.com'; 'jmalley@angelogordon.com'; 'pat@rjlaw.com'; 'priscilla@rjlaw.com'; 'bill.ray@hamitonbeach.com'; 'rmills@hhdulaw.com'; 'kbates@hhdulaw.com'; 'crasile@hunton.com'; 'bbest@dykema.com'; 'rkjones@mwpplaw.com'; 'rkjones@mppkj.com'; 'glenn.reisman@coporate.ge.com'; 'vincent@marreroland.com'; 'dfinkelstein@afelaw.com'; 'mkindt@ctks.com'; 'eric.newberg@diazfoods.com'; 'krichner@ssd.com'; 'Philip@buckeyecapitalpartners.com'; 'rachel_budke@fpl.com'; 'Patrick.bartels@QuadrangleGroup.com'; 'Andrew.Herenstein@QuadrangleGroup.com'; 'jes@lcojlaw.com'; 'zachary.bancroft@lowndes-law.com'; 'rbwiipa@aol.com'; 'lfoyle@kasslaw.com'; 'lynda.becker@mail.tc.citrus.fl.us'; 'jk@kttlaw.com'; 'lmi@kttlaw.com'; 'bsaintsing@smithdebnamlaw.com'; 'jkoneck@fredlaw.com'; 'larry.ricke@leonard.com'; 'kjohnson@watkinsludlam.com'; 'wwessler@cableone.net'; 'mkaplan@kaplanfreedman.com'; 'william.hoog@amsouth.com'; 'Vickie@fosterandlindeman.com'; 'susanp@taxcollector.com'; 'duggerkw@aol.com'; 'jbodoff@bodoffslavitt.com'; 'rfingold@ldlaw.com'; 'gvk@gvk-law.com'; 'cindy@gvk-law.com'; 'mbakst@ebcblaw.com'; 'bmacintyre@perkinscoie.com'; 'jstevenson@perkinscoie.com'; 'mwestbrook@kennedycovington.com'; 'lhogewood@kennedycovington.com'; 'adelman@pacaenforcer.com'; 'lbtancredi@venable.com'; 'gacross@venable.com'; 'hdfoley@venable.com'; 'rmmnybankruptcy@pitneyhardin.com'; 'dwander@wanderlaw.com'; 'dstichter@srbp.com'; 'epeterson@srbp.com'; 'eketchum@srbp.com'; 'lmeuers@meuerslawfirm.com'; 'fredcburesh@aol.com'; 'wharmeyer@harmeyerlaw.com'; 'jmartin@simplawatlanta.com'; 'jmarkowitz@mdrtlaw.com'; 'rrubio@mdrtlaw.com'; 'dgonzales@wsh-law.com'; 'wschwartz@lplegal.com'; 'dblack@fwblaw.net'; 'mbowlus@fjbd.com'; 'kschnauss@fjbd.com'; 'handresen@kennedycovington.com'; 'gcatalanello@brownraysman.com'; 'hhawn@broward.org'; 'afranson@atritt.com'; 'jdf@sessions-law.com'; 'mikem@jpfirm.com'; 'dgreer@williamsmullen.com'; 'ecf@jennisbowen.com'; 'djennis@jennisbowen.com'; 'pbliley@williamsmullen.com'; 'dflanigan@pswslaw.com'; 'scupps@keglerbrown.com'; 'anthony.smits@bingham.com'; 'jbird@pswslaw.com'; 'kbell@cphlaw.com'; 'mminuti@saul.com'; 'jchebot@wbc-lawyers.com'; 'anasuti@tokn.com'; 'bpatten@sgwfirm.com'; 'gbt@btcmlaw.com'; 'rdavis@davis-fields.com'; 'rlevin@hdmllp.com'; 'apriester@smithlaw.com'; 'dnohrr@gray-robinson.com'; 'nobled@phelps.com'; 'ecahill@shergarner.com'; 'nkling@shergarner.com'; 'plslinn@stoel.com'; 'rlauter@seyfarth.com'; 'slorber@seyfarth.com'; 'rtucker@simon.com'; 'tmg@stjohnlaw.com'; 'pse@stjohnlaw.com'; 'rfeinstein@pszyjw.com'; 'sl@lhmlawfirm.com'; 'dab@lhmlawfirm.com'; 'bshaw100@shawgussis.com'; 'aguon@shawgussis.com'; 'stzouvelekas@lwtm.com'; 'jbotti@porterwright.com'; 'bshort@hsblawfirm.com'; 'bsaintsing@smithdebnamlaw.com'; 'gerdekomarek@bellsouth.net'; 'prathwell@swlaw.com'; 'jdecarlo@foleymansfield.com'; 'austin_nooney@mccormick.com'; 'roy@mcclainleppert.com'; 'leppert@mcclainleppert.com'; 'dmcfarlin@whmh.com'; 'kherron@whmh.com'; 'tdavidmitchell@msn.com'; 'tdenitzio@greenbaumlaw.com'; 'runderhill@greenbaumlaw.com'; 'aspector@bergersingerman.com'; 'grobson@bergersingerman.com'; 'swaterman@rgn.com'; 'radams@sctlaw.com'; 'alsmithesq@aol.com'; 'cohen@wmllp.com'; 'ghaber@wmllp.com'; 'jglover@wlj.com'; 'mschulmanpa@aol.com'; 'wfm@spain-gillon.com'; 'slewis@stoltzusa.com'; 'rshuker@groneklatham.com'; 'crieders@gjb-law.com'; 'bcox@rtlaw.com'; 'bhyde@rtlaw.com'; 'gar@garlaw.us'; 'tsadutto@platzerlaw.com'; 'cmiller@mgm.com'; 'lberbert@bregmanlaw.com'; 'Dennis@bcylaw.com'; 'shweitze@dreyers.com'; 'nicklaw@eatel.net'; 'twynne@wbbwlaw.com'; 'bbritt@wbbwlaw.com'; 'lrfernandez@trenam.com'; 'rjmcintyre@trenam.com'; 'cookdavidj@aol.com'; 'sbeavens@iurillolaw.com'; 'npulignano@marksgray.com'; 'rmowrey@mowreylaw.com'; 'amcbrayer@ebglaw.com'; 'jrogerson@vbwr.com'; 'ferrell@taftlaw.com'; 'skuhn@akingump.com'; 'gardner@pacatrust.com'; 'rainach@msn.com'; 'mikeelee@bellsouth.net'; 'johnlewis@na.ko.com'; 'josjohnson@na.ko.com'; 'george.cauthen@nelsonmullins.com'; 'Jregan@rzwlaw.com'; 'cwalker@rzwlaw.com'; 'alan.weiss@hklaw.com'; 'singerman@bergersingerman.com'; 'smaples@jmmtlawfirm.com'; 'gmkouri@aol.com'; 'kandklaw_jwh@msn.com'; 'abrumby@shutts-law.com'; 'bankruptcy@evict.net'; 'charrison@millermartin.com'; 'mjankows@reinhartlaw.com'; 'jblakely@reinhartlaw.com'; 'jthompson@poynerspruill.com'; 'anjela@kondoslaw.net'; 'rrios@munsch.com'; 'hweinberg@jrhwlaw.com'; 'jtabas@tfslaw.com'; 'jkuhns@saul.com'; 'whd@johnstonconwell.com'; 'amd@johnstonconwell.com'; 'embarker@bellsouth.net'; 'bo.fears@law.state.ga.us'; 'achan@hangley.com'; 'bgramley@taxcollect.com'; 'packerman@us.loreal.com'; 'matt.beal@lowndes-law.com'; 'pcanova@eatel.net'; 'jventola@choate.com'; 'wmcmahon@choate.com'; 'tlallier@foleymansfield.com'; 'mblazina@foleymansfield.com'; 'lmorgan@morganlawyers.com'; 'wendy.brewer@btlaw.com';

**To:** 'tosipov@pascocountyfl.net'; 'buford@harperkynes.com'; 'john.macdonald@akerman.com'; 'markindlaw@att.net'; 'rkobert@broadandcassel.com'; 'orlandobankruptcy@broadandcassel.com'; 'cohenthurston@cs.com'; 'rdavis@whww.com'; 'lsherman@hwhlaw.com'; 'irbylawfirm@bellsouth.net'; 'kcbaker@eastsmith.com'; 'mbrakefield@hsmbb.com'; 'cmcilwain@hsmb.com'; 'ksodergren@hsmbb.com'; 'borgeslawfirm@aol.com'; 'jmaddock@mcguirewoods.com'; 'prussin@melandrussin.com'; 'cgibbs@mcguirewoods.com'; 'schandler@mckennalong.com'; 'dstern@mckennalong.com'; 'rhood@khmllp.com'; 'Fdosunmu@lordbissell.com'; 'asmith@lordbissell.com'; 'tneufeld@nrblaw.com'; 'cpetersen@gunster.com'; 'twolford@ngelaw.com'; 'dpinkston@pinkstonandpinkston.com'; 'gschlegel@pinkstonandpinkston.com'; 'ludin@piperludin.com'; 'sschultz@akingump.com'; 'jshafferman@solpearl.com'; 'kmather@hinshawlaw.com'; 'mrosen@rosenlawgroup.com'; 'mkelley@kkgpc.com'; 'Z@trenam.com'; 'rwilcox@wilcoxlawfirm.com'; 'gschlax@harrellandharrell.com'; 'mmoran@harrellandharrell.com'; 'pdennis@tuggleduggins.com'; 'jmf@wardandsmith.com'; 'dpc@h3gm.com'; 'gdavis@foley.com'; 'srichard@co.pinellas.fl.us'; 'csummerall@bmsmlaw.com'; 'blaney@mcelweefirm.com'; 'sfox@esclaw.com'; 'Lbrandonisio@VertisInc.com'; 'melodydgenson@verizon.net'; 'cmotsinger@kdlegal.com'; 'cayer@terrellhogan.com'; 'ttalarch@hodgsonruss.com'; 'bbaer@balch.com'; 'whittemd@phelps.com'; 'eds@sell-melton.com'; 'jay@veronalawgroup.com'; 'fitzgeraldb@hillsboroughcounty.org'; 'Prosenblatt@KilpatrickStockton.com'; 'douglas.szabo@henlaw.com'; 'jcruciani@blackwellsanders.com'; 'litigate@hidayricke.com'; 'jfass@cftlaw.com'; 'jweinstein@ssd.com'; 'pgreenlee@hwhlaw.com'; 'mkogan@ecjlaw.com'; 'mkogan@ecjlaw.com'; 'bankrupt@modl.com'; 'ian.kukoff@blaxgray.com'; 'mschmahl@mcguirewoods.com'; 'court@planlaw.com'; 'notices@becket-lee.com'; 'afrisch@hilawfirm.com'; 'luckey.mcdowell@bakerbotts.com'; 'jburnett@gray-robinson.com'; 'kbarnhart@mskpc.com'; 'bankruptcy@fandmlaw.com'; "jmoore@pogolaw.com'; 'craig@kelleylawoffice.com'; 'wjmaffucci@schnader.com'; 'rjmarlowe@arnstein.com'; 'mnreed@duanemorris.com'; 'wmsimkulak@duanemorris.com'; 'karolkdenniston@paulhastings.com'; 'ssharp.ecf@srbp.com'; 'nrn@quarles.com'; 'philipbates@bellsouth.net'; 'lucysmith@bellsouth.net'; 'jes@lcojlaw.com'; 'mkshaver@varnumlaw.com'; 'rcaluda@rcaluda.com'; 'pds@aswmpa.com'; 'bsantiago@aswmpa.com'; 'eschwartz@contrariancapital.com'; 'TRL@Tewlaw.com'; 'john.brannon@tklaw.com'; 'ablackburn@cmlbro.com'; 'jk@stevenslee.com'; 'nina@lafleurlaw.com'; 'leighton@leesfield.com'; 'jameswareham@paulhastings.com'; 'Predmond@swmwas.com'; 'amcnamee@swmwas.com'; 'specie@scruggs-carmichael.com'

**Cc:** Califano, Thomas R.; Roldan, Vincent J.

**Subject:** In re Winn-Dixie Stores, Inc., et al.; Chapter 11; Case No. 05-03817-3F1

On behalf of Thomas R. Califano, Esq., please see the attached.



Winn Dixie Sub Con NOH.pdf (17...

William Coleman
Paralegal
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020
Phone: 212.835.6145
Fax:    212.884.8745
Email: william.coleman@dlapiper.com

3