UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 3:05-bk-03817-JAF |
| Debtors. _____ / | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
AND MOTION TO ALLOW LATE FILING OF LIMITED OBJECTION**

Greater Properties, Inc. ("Greater Properties"), by and through the undersigned counsel, gives the following notice:

1. Based upon the representation of Debtors' counsel that the Debtors will be seeking to reject that certain Sublease dated October 12, 2000 relating to the Debtors' store located at 1024 E. Highway 436, Casselberry, Florida 32707 (Store No. 2387) pursuant to its Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 7092), Greater Properties withdraws the following documents:

a) Limited Objection to the Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 7550) filed by Greater Properties on May 2, 2006; and

b) Motion to Allow Late Filing of Limited Objection to Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively,

-2-

the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 7549) filed by Greater Properties on May 2, 2006.

| | |
|---|---|
| Dated: Tampa, Florida<br>      May 18, 2006 | BUSH ROSS, P.A.<br>Post Office Box 3913<br>Tampa, Florida  33601-3913<br>(813) 224-9255<br>(813) 223-9620 (telecopy)<br>Attorneys for Greater Properties, Inc.<br><br>By:   /s/ Adam Lawton Alpert<br>      Jeffrey W. Warren<br>      Florida Bar No. 150024<br>      Adam Lawton Alpert<br>      Florida Bar No. 0490857 |

383730.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2006, I electronically filed a true and correct copy of the foregoing Notice of Withdrawal of Limited Objection and Motion to Allow Late Filing of Limited Objection with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

/s/ Adam Lawton Alpert
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Assistant United States Trustee
D. Jan Baker, Esq.
Stephen D. Busey, Esq.
Dennis Dunne, Esq.

**Via first class United States Mail, postage prepaid, to:**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254

383730.1