**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:
WINN-DIXIE STORES, INC., *et al.,*,        CASE NO.: 3:05-bk-03817-JAF

    Debtor.
_____/

### FOLEY & LARDNER LLP'S NOTICE OF APPEARANCE AS SPECIAL CO-COUNSEL FOR SUNRISE PROPERTIES, LLC AND DEMAND FOR SERVICE

    NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Bankruptcy Procedure 9010 that Foley & Lardner LLP appears as special co-counsel for and on behalf of Sunrise Properties, LLC.

    NOTICE IS FURTHER GIVEN that Foley & Lardner LLP requests that all notices given or required to be given in the captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be served upon Foley & Lardner LLP at the following offices and telephone number:

        Gardner F. Davis, Esquire
        Foley & Lardner LLP
        Post Office Box 240
        Jacksonville, FL 32201-0240
        Telephone: (904) 359-2000
        Facsimile: (904) 359-8700

    NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and pleadings referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

DATED this 18th day of May, 2006.

        Respectfully submitted,

        FOLEY & LARDNER LLP

        _/s/ Gardner F. Davis_
        GARDNER DAVIS
        Florida Bar No.: 0471712
        One Independent Drive, Suite 1300
        Post Office Box 240
        Jacksonville, FL 32201-0240
        Telephone: (904) 359-2000
        Facsimile: (904) 359-8700

        Attorneys for Sunrise Properties, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 18th day of May, 2006 to:

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Elena L. Escamilla, Esquire
Office of United States Trustee
135 West Central Boulevard, Suite 620
Orlando, FL 32806

Cynthia Jackson, Esquire
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

        _/s/ Gardner F. Davis_
        Attorney