**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

### NOTICE OF APPEARANCE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, **Lee R. Benton,** and files this Notice of Appearance and Request for Service of Documents, as counsel for Robert Olea and Samantha Olea, in the above-styled cause and pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

> **Lee R. Benton, Esq.**
> **E-mail: lbenton@bcattys.com**
> **Benton & Centeno, LLP**
> **2019 Third Avenue North**
> **Birmingham, Alabama 35203**

PLEASE TAKE FURTHER NOTICE THAT, pursuant to §1109(b) of the Bankruptcy Code, the foregoing Request for Notice includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices regarding any Plan of Reorganization, Disclosure Statement, pleading or request, whether formal or informal, written or oral, and transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telefax, or otherwise filed with regard to the above case and the proceedings herein.

G:\wpusers\LRB\Olea 2394\P-notice of appearance - lrb.wpd

/s/ Lee R. Benton
Lee R. Benton (Alabama Bar No. 8421-E63L)
One of the Attorneys for Robert and Samantha Olea

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Fax: 205-278-8008
lbenton@bcattys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and, served a copy of the above and foregoing upon the below-listed persons/entities by depositing a copy of same in the United States mail, properly addressed, first-class postage prepaid, as follows:

Leanne McKnight Prendergast
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker
Four Times Square
New York, New York 10036

/s/ C. Steven Ball
C. Steven Ball

G:\wpusers\LRB\Olea 2394\P-notice of appearance - lrb.wpd