UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter 11

IN RE: WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING AFFIDAVIT OF SERVICE

The Court Finds that the Affidavit of Service filed by Mark J. Friedman on behalf of Ad-Hoc Trade Committee, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Affidavit of Service filed by Mark J. Friedman on behalf of Ad-Hoc Trade Committee, on May 17, 2006 is stricken from the record.

**DATED May 18, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark J. Friedman, 1 Chase Manhattan Plaza, New York, NY 10005
Attorneys for Debtor