## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

     Appellant,

     v.

                                           **Case Number 3:05-cv-1115-J-16TEM**

OLD DIXIE PRODUCE & PACKAGING, INC.,

     Appellee.

                                 /

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Motion for Dismissal of Appeal (Doc. #6)

filed on January 30, 2006. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED.**

**DONE AND ORDERED** in Jacksonville, Florida, this __1st__ day of February, 2006.

                                 JOHN H. MOORE II
                                 United States District Judge

Copies to:
     Counsel of Record