

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Authorize Debtor to (I) Exercise its Consent to Sale of Stock by Non-Debtor Subsidiary, Subject to Higher or Otherwise Better Offers, (II) Enter into a Related Transition Services Agreement and (III) Enter into a Related Non-Competition Agreement Filed by Debtor (6878)

*Granted*
*Ord/Signed*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

BiC Foods - Gardner Davis
Fitzgerald (BiC Foods)

RULING: