

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on Debtor's Objection to Louisiana Tax Claims (7392)

*[Handwritten notes: Sched. 3 day hg. ofr 8/21/2006; 7765 - not sched. - order of lethe pat on rtc of lethe pat]*

APPEARANCES:

US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

*[Handwritten: 3 day hg. 8/21/06; 2nd hg claim 4,5,6,7,8]*

RULING: