

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claim filed by United States Department of Health and Human Services (Claim No. 10662) Filed by Debtor (5872)

*Cont'd. to 6/15 @ 1:00*
*NOCNFN*

**APPEARANCES:**
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
               MATTHEW S. BARR
US DEPT OF HEALTH AND HUMAN SVCS:

**RULING:**