

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**

**May 18, 2006**

**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section  105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal (7765)**

*Cont'd. to 6/1 @ 1:00*
*AOCNFN*

APPEARANCES:

US TRUSTEE:              ELENA ESCAMILLA

UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN

MATTHEW S. BARR

AD HOC TRADE COMMITTEE:  MARK FRIEDMAN

*Tom Califano - Ad Hoc Trade Cmte.*

RULING: