

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities Filed by Debtor (7267)**

    Objection by Henrico County (7431)

    Objection by City of Norfolk, Virginia (7501)

    Objection by Hampton, Virginia (7575)

    Objection by Hamilton County, Tennessee (7615)

    Objection by City of Bedford, Virginia (7618)

    Objection by County of Franklin, Virginia (7619)

    Objection by County of Mecklenburg, Virginia (7620)

    Objection by County of James City (7684)

    Objection by City of Richmond, Virginia (7685)

    Objection by Town of Vinton (7686)

    Objection by City of Chattanooga (7691)

    Objection by County of Chesterfield (7692)

    Objection by County of Roanoke (7693)

*[Handwritten note: Cont'd. until further ntc. on CIA Obj etc. O/L/Jackson]*

**APPEARANCES CONTINUED ON PAGE 2**

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR/MICHAEL COMERFORD |
| HENRICO COUNTY, VA: | RHYSA SOUTH |
| CITY OF NORFOLK, VA: | CHARLES PRENTACE |
| HAMPTON, VA: | RICHARD THAMES |
| HAMILTON COUNTY, TN: | SCOTT BROWN |
| CITY OF BEDFORD, VA: | EARL BARKER |
| COUNTY OF FRANKLIN, VA: | EARL BARKER |
| COUNTY OF MECKLENBURG, VA: | EARL BARKER |
| COUNTY OF JAMES CITY, VA: | |
| CITY OF RICHMOND, VA: | ALEXANDRA FANNON |
| TOWN OF VINTON, VA: | JIM GUYNN |
| CITY OF CHATTANOOGA, TN: | KENNETH FRITZ |
| COUNTY OF CHESTERFIELD, VA: | MICHAEL CHERNAU |
| COUNTY OF ROANOKE, VA: | KATHERINE JONES |

RULING: