

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Ninth Omnibus Objection to Overstated Claims Filed by Debtor (7263)**

    Response by ServiceForce USA, LLC (7602)

    Response by Digital 1 Stop (7690)

    Response by Merchandising Corp. of America, Inc. (7838)

*Objection Sustained Order Signed*

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| SERVICEFORCE USA LLC: | |
| DIGITAL 1 STOP: | ADAM FRISCH |
| MERCHANDISING CORP. OF AMERICA, INC.: | DEBORAH FLETCHER |

**RULING:**