

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 18, 2006
1:00 P.M.

### PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC. | Page 1 of 5 |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claim Bar Date, and (c) Granting Related Relief Filed by Debtor (7517)

PURCHASER:   (1) JEM Investments, Ltd., Store 602 (Doc. 7758)

*Approved*
*Ord / Signed*

    (a) Objection to Store 602 by JEM Investments, Ltd. (7410)

(2) Treasure Coast Plaza Development Joint Venture, Store Number 2357 (Landlord, lease termination) Doc. (7808)

*Denied / Approved*

    (a) Objection to Store 2357 by Treasure Coast Plaza Development Joint Venture (7419 and 7748)

*Ord / Signed*

(3) GRE Coralwood, Store Number 719 (Landlord, lease termination) (7811)

*Approved*
*Ord / Signed*

(4) Kite Eagle Creek, LLC, Store Number 735, (Landlord, lease termination) (7809)

*Approved*
*Ord / Signed*

(5) Miami Gardens Acquisition, LLC Store Number 205 (Landlord, lease termination) (7804)

*Approved*
*Ord / Signed*

**APPEARANCES CONTINUED ON PAGE 5**



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.   Page 2 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**PURCHASER:**

(6) SC Westland Promenade, LP, Store Number 240, (Landlord, lease termination) (7807)

*Approved*
*Ord / Signed*

    (a) Objection to Store 240 by SC Westland Promenade LP (7415)

(7) Westgate Square, Store Number 372, (Landlord, lease termination) (7810)

*Approved*
*Ord / Signed*

    (a) Objection to Store 372 by Westgate Square LLC (7749)

(8) Kash n' Karry Food Stores, Inc., Store 643, 659, and 738 (Doc. 7740)

*Approval*
*Ord / Signed*

    (a) Objection to Store 659 by SKS Properties, L.C. (7364)

    (b) Objection to Store 738 by Inland SE Countryside LP (7409)

(9) Staples, Inc., Store Number 301 (Doc. 7751)

*Approved*
*Ord / Signed*



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                     Page 3 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

PURCHASER:

(10) Wal-Mart Stores, Inc., Store Number 217 (Doc. 7750)

*set 2d. hg. > 3 wks.*

    (a) Objection to Store 217 by TA/Western, LLC (7401 and 7836)

*Karen Specie*

(11) Office Depot, Inc., Store Numbers 310, 613, and 695 (Doc. 7741)

*approved*

    (a) Objection to Store 310 by Weston Road Shopping Ctr (7416)

*Ord / Signed*

    (b) Objection to Store 613 by Benderson Development Company, Inc. (7313 and 7884)

(12) W.S. Bravo Supermarket Corp., Store Number 2257 (Doc. 7735)

*approved*
*Ord / Signed*

(13) 99 Cent Supercenter, LLC, Store Number 215 (Doc. 7744)

*approved*
*Ord / Jackson*

(14) Sunrise Properties, LLC, Store 208, 211, 339 and 2330 (Doc. 7736)

*10:00 AM AoCNFN*

    (a) Objection to Stores 211 and 339 by Gator Carriage Partners, Ltd., et al (7800)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 18, 2006
1:00 P.M.

**PRO MEMO**

Page 4 of 5

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Cure Amount by Boggy Creek Marketplace, Inc., Store 2254 (Doc. 7120)

Objection to Cure Amount by Vogel and Vogel, Store 1571 (Doc. 7407)

Objection to Cure Amount by JDN Realty AL, Inc. Store 409 (Doc. 7421)

Objection to Cure Amount by Gooding's Supermarkets Inc. Store 2387 (Doc. 7414)

Objection to Cure Amount by Cairo Sun Properties, Ltd. Store 192 (Doc. 7418)

Objection to Cure Amount by Turney Dunham Plaza Partners, Store 2298 (Doc. 7420)

Objection to Cure Amount by Greater Properties, Inc. Store 2387 (Doc. 7550)

Objection to Cure Amount by Florida Tax Collectors Store 2387 (Doc. 7746)



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 18, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 5 of 5

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES CONTINUED:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| W.S. BRAVO SUPERMARKET: | |
| SUNRISE PROPERTIES, LLC: | |
| KASH N' KARRY FOOD STORES: | |
| OFFICE DEPOT, INC: | |
| 99 CENT SUPERCENTER, LLC: | NINA LAFLEUR |
| STAPLES, INC: | |
| WAL-MART STORES, INC: | |
| JEM INVESTMENTS, LTD: | |
| EQUITY ONE: | |
| GRE CORALWOOD: | |
| KITE EAGLE CREEK, LLC: | |
| MIAMI GARDENS ACQUISITION: | |
| SC WESTLAND PROMENADE: | JAMES LESHAW |
| WESTGATE SQUARE: | |
| GATOR CARRIAGE PARTNERS: | ALAN WEISS |
| SKS PROPERTIES, LC: | |
| INLAND SE COUNTRYSIDE: | |
| WESTON ROAD SHOPPING CENTER: | |
| TA/WESTERN, LLC: | |
| TREASURE COAST PLAZA DEVELOP: | |
| BOGGY CREEK MARKETPLACE: | DONALD A. NOHRR |
| VOGEL AND VOGEL: | KAREN SPECIE |
| JDN REALTY AL, INC: | ROBERT LEHANE |
| GOODING'S SUPERMARKETS INC: | MATT BEAL |
| CAIRO SUN PROPERTIES, LTD: | ADAM FRISCH |
| TURNEY DUNHAM PLAZA PARTNERS: | T. DAVID MITCHELL |
| GREATER PROPERTIES, INC: | ADAM ALPERT |
| FLORIDA TAX COLLECTORS: | BRIAN T. FITZGERALD |