UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING ASSUMPTION OF
MODIFIED AGREEMENT WITH HALLMARK MARKETING CORPORATION**

These cases came before the Court for hearing on May 18, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 approving the assumption of a modified agreement with Hallmark Marketing Corporation ("Hallmark") and granting related relief (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Prepetition Agreement as modified by the Postpetition Amendment substantially in the form attached to the Motion (the "Modified Agreement") is assumed under 11 U.S.C. § 365(a).

3. No later than fourteen (14) days after the date of entry of this Order, the Debtors shall pay to Hallmark the sum of $3,969,000.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

4. Any other liability as to which cure or compensation would otherwise have been required under 11 U.S.C. §365(b)(1), except for continuing payment obligations arising from pending invoices for post-petition product and ongoing obligations arising under the Modified Agreement, is forgiven.

5. All applicable requirements of 11 U.S.C. § 365(b) are satisfied or waived.

6. Proof of claim number 7292 filed by Hallmark against Winn-Dixie Procurement, Inc. in the amount of not less than $38,829,976 and proof of claim number 7293 filed by Hallmark against Winn-Dixie Stores, Inc. in the amount of not less than $38,829,976 are each disallowed in full.

7. Notwithstanding any provisions to the contrary in Fed. R. Bankr. P. 6006, this Order shall take effect immediately upon entry.

Dated May 18, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.