UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about May 15, 2006, I caused copies of:

• the **Notice of Transfer of Claims Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: May 19, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                                 **CASE:**   **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407423-15<br>ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD WI 54405 | CREDITOR ID: 241431-12<br>ABBYLAND FOODS, INC<br>ATTN: HARLAND SCHRAXENAGEL<br>BOX 88839<br>MILWAUKEE, WI 53288-0839 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 242745-12<br>ATLANTIC DOMINION DISTRIBUTORS<br>ATTN: KEVIN BARNEY, VP SALES & MARK<br>PO BOX 61539<br>VIRGINIA BEACH, VA 23466 | CREDITOR ID: 452123-97<br>WINDWARD PARTNERS IV LP<br>C/O HAYNSWORTH SINKLER BOYD PA<br>ATTN: ANDREW J WHITE, ESQ<br>PO BOX 2048<br>GREENVILLE SC 29602-2048 | CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>ATTN: HENRY HOROWITZ, PRES<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE, SC 29602 |

   **Total:    6**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7737

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ABBYLAND FOODS, INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| ABBYLAND FOODS, INC<br>ATTN PAUL HESS, CONTROLLER<br>PO BOX 69<br>ABBOTSFORD WI 54405 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 715 223 6386 | Phone: 5162246040 |
| Account No.: 407423 | Account No.: 399729 |
| ABBYLAND FOODS, INC<br>ATTN: HARLAND SCHRAXENAGEL<br>BOX 88839<br>MILWAUKEE, WI 53288-0839 | |
| Phone: 715 223 6386 | |
| Account No.: 241431 | |
| Claim No.: 3876 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/13/2005 | Transfer Amount: $317,320.09 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/15/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 7753

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ATLANTIC DOMINION DISTRIBUTORS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

ATLANTIC DOMINION DISTRIBUTORS　　　　　　　　　ASM CAPITAL LP
ATTN: KEVIN BARNEY, VP SALES & MARK　　　　　　ATTN ADAM MOSKOWITZ
PO BOX 61539　　　　　　　　　　　　　　　　　　　7600 JERICHO TPK STE 302
VIRGINIA BEACH, VA 23466　　　　　　　　　　　　　WOODBURY NY 11797

Phone: 757 497 1001　　　　　　　　　　　　　　　　Phone: 5162246040
Account No.: 242745　　　　　　　　　　　　　　　　Account No.: 399729

Claim No.: 35906　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　　　Transfer Amount: $4,806.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/15/2006　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 15, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 7803

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WINDWARD PARTNERS IV LP | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>ATTN: HENRY HOROWITZ, PRES<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE, SC 29602 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone:<br>Account No.: 264940 | Phone: 5162246040<br>Account No.: 399729 |
| WINDWARD PARTNERS IV LP<br>C/O HAYNSWORTH SINKLER BOYD PA<br>ATTN: ANDREW J WHITE, ESQ<br>PO BOX 2048<br>GREENVILLE SC 29602-2048 | |
| Phone:<br>Account No.: 452123 | |

Claim No.: 6821  Full Transfer: (X)   Partial Transfer:  
Date Claim Filed: 07/19/2005  Transfer Amount: $41,737.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/15/2006

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 15, 2006.