UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               Chapter 11

**WINN-DIXIE STORES, INC., et al.,**                 Case No. 05-03817-3F1

Debtors.[1]                                          (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road,
     Upper Montclair, New Jersey, Claims and Noticing Agent for the above-
     captioned Debtors.

3.   On or about May 16, 2006, I caused copies of:

•    the **Notice of Transfer of Claims Other Than For Security**

     to be served by first class, postage pre-paid and pre-addressed envelopes
     and delivered to U.S. Postal Service for delivery to those persons on the
     Service Lists attached hereto as Exhibit A. A copy of the served Notice
     as listed above is attached hereto as Exhibit B.

Dated: May 19, 2006
                                        _____
                                                Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers,
Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman,
Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh,
Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claims Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 278401-25
1997 PROPERTIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER
PO BOX 55416
JACKSON MS 39296

CREDITOR ID: 452124-97
1997 PROPERTIES LLC
C/O WELLS MOORE SIMONS & HUBBARD PP
ATTN: SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON MS 39215-1970

CREDITOR ID: 399288-15
CARTHAGE CUP, LP
C/O DRINKER BIDDLE & REATH LLP
ATTN ANDREW J FLAME, ESQ
1100 NORTH MARKET STREET SUITE 1000
WILMINGTON DE 19801

CREDITOR ID: 403439-15
CIP INTERNATIONAL INC
ATTN CHUCK HORNING, TREAS
9575 LESAINT DRIVE
FAIRFIELD OH 45014

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 381748-15
KIK INTERNATIONAL INC
ATTN SHARON MOHR, VP & TREAS
33 MACINTOSH BLVD
CONCORD ON L4K 4L5
CANADA

CREDITOR ID: 452125-97
KIK INTERNATIONAL INC
ATTN: S R SMALLBONE, EXE VP, FIN CF
33 MACINTOSH BLVD
CONCORD ON L4K 4L5
CANADA

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 256761-12
MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

**Total:   9**

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7627

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| 1997 PROPERTIES LLC | LCH OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |

1997 PROPERTIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER
PO BOX 55416
JACKSON MS 39296

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 604 664 7177
Account No.: 278401

Phone: 212 460 1966
Account No.: 452118

1997 PROPERTIES LLC
C/O WELLS MOORE SIMONS & HUBBARD PP
ATTN: SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON MS 39215-1970

Phone:
Account No.: 452124

Claim No.: 5062
Date Claim Filed: 07/01/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $99,482.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                         Case No.: 05-03817-3F1

                                                               Docket No.: 7627

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

1997 PROPERTIES LLC                          LCH OPPORTUNITIES LLC
_____                      _____
Name of Transferor                           Name of Transferee

1997 PROPERTIES LLC                          LCH OPPORTUNITIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER           ATTN JOSEPH M O'CONNOR
PO BOX 55416                                 315 PARK AVE S 20TH FLR
JACKSON MS 39296                             NEW YORK NY 10010


Phone: 604 664 7177                          Phone: 212 460 1966
Account No.: 278401                          Account No.: 452118

1997 PROPERTIES LLC
C/O WELLS MOORE SIMONS & HUBBARD PP
ATTN: SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON MS 39215-1970

Phone:
Account No.: 452124


Claim No.: 5063                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/01/2005                 Transfer Amount: $99,482.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/16/2006                             /s/ Logan & Company, Inc.
                                             _____
                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 7626

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARTHAGE CUP, LP                                    LCH OPPORTUNITIES LLC
---------------------------------                   -----------------------------
Name of Transferor                                  Name of Transferee

CARTHAGE CUP, LP                                    LCH OPPORTUNITIES LLC
C/O DRINKER BIDDLE & REATH LLP                      ATTN JOSEPH M O'CONNOR
ATTN ANDREW J FLAME, ESQ                            315 PARK AVE S 20TH FLR
1100 NORTH MARKET STREET SUITE 1000                 NEW YORK NY 10010
WILMINGTON DE 19801


Phone: 302 467 4200                                 Phone: 212 460 1966
Account No.: 399288                                 Account No.: 452118


Claim No.: 437                                      Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 04/04/2005                        Transfer Amount: $273,747.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/16/2006                                    /s/ Logan & Company, Inc.
                                                    --------------------------------
                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7628

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CIP INTERNATIONAL INC

Name of Transferor

CIP INTERNATIONAL INC
ATTN CHUCK HORNING, TREAS
9575 LESAINT DRIVE
FAIRFIELD OH 45014


Phone: 513 874 9925
Account No.: 403439

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966
Account No.: 452118

Claim No.: 989

Date Claim Filed: 05/04/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $258,183.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 7629

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KIK INTERNATIONAL INC                          HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferor                             Name of Transferee

KIK INTERNATIONAL INC                          HAIN CAPITAL OPPORTUNITIES LLC
ATTN SHARON MOHR, VP & TREAS                   ATTN GANNA LIBERCHUK
33 MACINTOSH BLVD                              301 ROUTE 17 N 6TH FLOOR
CONCORD ON L4K 4L5 CANADA                      RUTHERFORD NJ 07070


Phone: 905 660 2658                            Phone: 201 896 6100
Account No.: 381748                            Account No.: 411409

KIK INTERNATIONAL INC
ATTN: S R SMALLBONE, EXE VP, FIN CF
33 MACINTOSH BLVD
CONCORD ON L4K 4L5 CANADA



Phone: 713 747 8710
Account No.: 452125


Claim No.: 79                                  Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 03/14/2005                   Transfer Amount: $173,549.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/16/2006                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 16, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                                          Case No.: 05-03817-3F1
                                                                               Docket No.: 7630

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KIK INTERNATIONA INC     ID: 381748                         LCH OPPORTUNITIES LLC     ID: 452118
Original Name of Claimant/Transferor                        Current Transferee

KIK INTERNATIONAL INC                                       LCH OPPORTUNITIES LLC
ATTN SHARON MOHR, VP & TREAS                                ATTN JOSEPH M O'CONNOR
33 MACINTOSH BLVD                                           315 PARK AVE S 20TH FLR
CONCORD ON L4K 4L5 CANADA                                   NEW YORK NY  10010

                                                            Phone: 212 460 1966
Phone: 905 660 2658


KIK INTERNATIONAL INC     ID: 452125
ATTN: S R SMALLBONE, EXE VP, FIN CF
33 MACINTOSH BLVD                                           HAIN CAPITAL OPPORTUNITIES LLC     ID: 411409
CONCORD ON L4K 4L5 CANADA                                   Prior Transferee

Phone: 713 747 8710                                         HAIN CAPITAL OPPORTUNITIES LLC
                                                            ATTN GANNA LIBERCHUK
                                                            301 ROUTE 17 N 6TH FLOOR
                                                            RUTHERFORD NJ 07070

                                                            Phone: 201 896 6100


Claim No.: 79                                   Full Transfer: ☒           Partial Transfer:
Date Claim Filed: 03/14/2005                    Amount: $173,549.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/16/2006                                            /s/ Logan & Company, Inc.
                                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7625

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MSJ TRUCKING INC

Name of Transferor

MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

Phone: 334 832 4200 x334 or x326
Account No.: 256761

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 11529
Date Claim Filed: 08/08/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $52,463.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 16, 2006.