## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 16, 2006, I caused copies of:

*   the **Notice of Debtors' Eleventh Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims and (C) Misclassified Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as **Exhibit A (No Liability Claimants), Exhibit B (No Liability Misclassified Claimants) and Exhibit C (Misclassified Claimants)**. A copy of the served Notice as listed above is attached hereto as Exhibit D through F.

Dated: May 19, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A
SERVICE LIST
NO LIABILITY CLAIMANTS

**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 393721-58
BRADFORD, DON F & WENDY L
C/O BEARFIELD & BLACKBURN
ATTN RICK J BEARFIELD, ESQ
2513 WESLEY STREET, STE 1
PO BOX 4210 CRS
JOHNSON CITY TN 37602

CREDITOR ID: 393721-58
BRADFORD, DON F & WENDY L
236 LAKERIDGE DRIVE
JOHNSON CITY TN 37659

CREDITOR ID: 408358-15
BROOKHAVEN RETAIL LLC
C/O STEVEN BARRY FRANKOFF, ESQ
15018 MARLEBONE
HOUSTON TX 77069

CREDITOR ID: 278420-24
BROWN, NOLTEMEYER COMPANY
ATTN CHARLES A BROWN JR
2424 EAGLES EYRIE COURT
LOUISVILLE KY 40206

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LP
C/O BRONZE HOLDINGS INC.
1853 EAST PIEDMONT ROAD, SUITE 300
MARIETTA, GA 30066

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LP
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 374047-15
CAIN CREEK SHOPPING CENTER, INC
C/O CLEMENT & WHEATLEY
ATTN TREVOR A MOE, ESQ
549 MAIN STREET
PO BOX 8200
DANVILLE VA 24543-8200

CREDITOR ID: 374047-15
CAIN CREEK SHOPPING CENTER, INC
ATTN GEORGE BUCKMAN, JR, GP
400 BRIDGE STREET
DANVILLE, VA 24541

CREDITOR ID: 244415-12
CAMERON SANFORD COMPANY LLC
C/O CRANFILL SUMNER & HARTZOG
ATTN RICHARD T BOYETTE, ESQ.
PO BOX 27808
RALEIGH NC 27611-7808

CREDITOR ID: 244415-12
CAMERON SANFORD COMPANY LLC
ATT CONNIE S STEAD ACCTG MGR
PO BOX 31827
RALEIGH, NC 27622-1827

CREDITOR ID: 1183-07
CEDAR MOUNTAIN VILLAGE, LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T B MIMMS JR
85-A MILL STREET, SUITE 100
ROSWELL, GA 30075-5487

CREDITOR ID: 407775-99
CHAPIN DEVELOPMENT CO
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN CHARLES KADISH, VP
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORPORATION
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 245819-12
CITY OF HAMILTON INCOME TAX DIV
ATTN MICHAEL MCDULIN, TAX COMM
345 HIGH STREET, STE 410
HAMILTON OH 45011

CREDITOR ID: 395541-15
CITY OF NEW ORLEANS REV COLL, LA
ATTN DERRICK MUSE, DPTY FIN DIR
CITY HALL ANNEX
NEW ORLEANS LA 70112

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 411303-15
CRIIMI MAE SVCS LP, SERIES 1998-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 247230-12
CROWDER FAMILY JOINT VENTURE
C/O KATHY CROWDER KIRCHMAYER, GP
3638 CAVALIER DRIVE
JACKSON, MS 39216-3501

CREDITOR ID: 247230-12
CROWDER FAMILY JOINT VENTURE
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN DENNIS J DREBSKY, ESQ.
437 MADISON AVENUE
NEW YORK NY 10022

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
AS PASS THROUGH & INDENTURE TTEG
ATTN BRENDON MEYER, VP
MS NYC60-2720
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA 94117

CREDITOR ID: 410911-15
DPG FIVE FORKS VILLAGE, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 278462-24
FIRST WASHINGTON REALTY INC
7027 THREE CHOPT ROAD, SUITE 210
RICHMOND VA 23226

CREDITOR ID: 2231-07
FIRST WASHINGTON REALTY, INC
ATTN JEFFREY S DISTENFELD, ESQ
4350 EAST WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

**SERVICE LIST**
**Notice of Debtors' Eleventh Omnibus Objection**
**to (A) No Liability Claims, (B) No Liability Misclassified**
**Claims and (C) Misclassified Claims**
**[No Liability Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410858-15<br>FLINT CROSSING, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35803 | CREDITOR ID: 410446-15<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410494-15<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/ W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 278471-25<br>GENERAL MANAGEMENT SERVICES<br>204 SO TEMPLE AVENUE<br>FAYETTE AL 35555 | CREDITOR ID: 1566-RJ<br>GRAVLEE, MACON W JR<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 421574-ST<br>HARDENBROOK, PAULA<br>7110 YOUNG OAK LANE<br>BLACKSHEAR GA 31516 |
| CREDITOR ID: 382874-51<br>HARRISON, ANDREW DBA<br>C/O ARNOLD GALLAGHER SAYDACK ET AL<br>ATTN LOREN S SCOTT, ESQ<br>PO BOX 1758<br>EUGENE OR 97440-1758 | CREDITOR ID: 382874-51<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405 | CREDITOR ID: 411192-15<br>HENLEY, J&R & YARBOROUGH W&M<br>238 N MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>7421 CARMEL EXECUTIVE PARK, STE 214<br>CHARLOTTE, NC 28226 | CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>C/O HUNT & ROSS, PA<br>ATTN TOM T ROSS, JR, ESQ.<br>PO BOX 1196<br>CLARKSDALE MS 38614 | CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE MS 38614 |
| CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209 | CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>C/O BALCH & BINGHAM LLP<br>ATTN THOMAS G AMASON III, ESQ<br>1901 6TH AVENUE NORTH, SUITE 2600<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 381867-99<br>K-2 PROPERTIES LLC<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>STE 300 (27609); PO BOX 17047<br>RALEIGH NC 27619-7047 |
| CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 410849-15<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46802 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 417074-15<br>LEATHERWOOD CROSSING INC<br>C/O AMERICAN PROPERTY MANAGEMENT<br>ATTN DOUGLAS WALSH, GEN MGR<br>PO DRAWER 4991<br>MARTINSVILLE VA 24115 |
| CREDITOR ID: 254566-12<br>LEATHERWOOD CROSSING INC<br>PO BOX 4782<br>MARTINSVILLE VA 24115 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 |

SERVICE LIST
**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS ESQ
120 WEST FIRE TOWER ROAD
WINTERVILLE NC 28590

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS
PO BOX 8088
GREENVILLE NC 27835-8088

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
ATTN WAYNE MCKINNEY
851 WASHINGTON SQ MALL
WASHINGTON NC 27889

CREDITOR ID: 255924-12
MCW DEVELOPMENT, INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 408262-99
MCW-RC GA HOWELL MILL VILLAGE, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/ W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 417088-15
MS BAPTIST MEDICAL CENTER
ATTN LINDA CREWS, A/R MGR
PO BOX 23090
JACKSON MS 39225-3090

CREDITOR ID: 182981-09
MYHRE, MICHAEL A
2806 DE MEL AVENUE, APT 2
LOUISVILLE KY 40214-5000

CREDITOR ID: 410994-15
NEW PLAN EXCEL REALTY TRUST INC TA
HABERSHAM VILLAGE, CORNELIA, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410993-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLOVERDALE VILLAGE, FLORENCE, AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410991-15
NEW PLAN EXCEL REALTY TRUST INC TA
ST ELMO CENTRAL, CHATTANOOGA, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410990-15
NEW PLAN EXCEL REALTY TRUST INC TA
SWEETWATER VILLAGE, AUSTELL, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411002-15
NEW PLAN EXCEL REALTY TRUST INC TA
NORMANDY SQUARE, JACKSONVILLE, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411075-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLINTON CROSSING, CLINTON MS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L. POLLACK
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 407596-15
NORTH RIDGE SHOPPING CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
FKA NORTHCROSS LAND &DEVELOPMENT LP
3800 ARCO CORPORATE DR, SUITE 200
CHARLOTTE NC 28273

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
C/O MOORE & VAN ALLEN, PLLC
ATTN CAROLINE HUBBELL, ESQ
100 N TRYON STREET, SUITE 4700
CHARLOTTE NC 28202-4003

CREDITOR ID: 257461-12
NORTHWEST JUNCTION PARTNERS
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 257461-12
NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE
1855 LAKELAND DRIVE, SUITE G-10
JACKSON, MS 39216

CREDITOR ID: 411152-15
ORIX CAPITAL MKTS, SERIES 1998-C1
HOLDERS OF BEAR STEARNS COMMERCIAL
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 416278-15
ORLANDO 99-FL LLC
C/O BROAD & CASSEL
ATTN ROY S KOBERT, ESQ
PO BOX 4961
ORLANDO FL 32802-4961

CREDITOR ID: 254302-12
PARISH OF LAFOURCHE SCHOOL BD
C/O DELISE, AMEDEE, HALL
ATTN PATRICK M AMEDEE, ESQ.
702 E 7TH STREET
THIBODAUX LA 70301

CREDITOR ID: 254302-12
PARISH OF LAFOURCHE SCHOOL BD
PO BOX 997
THIBODAUX, LA 70302-0997

CREDITOR ID: 376513-44
PARISH OF ST MARY
LIPPMAN MAHFOUZ TRANCHINA ET AL
ATTN BRIAN M TRANCHINA, ESQ
1025 VICTOR II BOULEVARD
MORGAN CITY LA 70380

CREDITOR ID: 376513-44
PARISH OF ST MARY
SALES AND USE TAX
ATTN JEFFREY LAGRANGE
PO BOX 1142
MORGAN CITY, LA 70381-1142

CREDITOR ID: 258072-12
PARKWOOD PLAZA SHOPPING CENTER
C/O MCFARLANE FERGUSON & MCMULLEN
ATTN ROBERT G COCHRAN, ESQ.
ONE TAMPA CITY CENTER, SUITE 2000
201 NORTH FRANKLIN STREET
TAMPA FL 33602

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O UNUMPROVIDENT
ATTN MERI LOWRY, ESQ & S CARVEL, VP
2211 CONGRESS STREET, M284
PORTLAND ME 04122

**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O MELAND, RUSSIN, ET AL<br>ATTN JONATHAN R WILLIAMS, ESQ<br>200 S BISCAYNE BLVD, SUITE 3000<br>MIAMI FL 33131 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 259355-12<br>RED OAK SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN BETH T BAER, ESQ<br>3535 PIEDMONT RD, BLDG 14, STE 1100<br>ATLANTA GA 30305 | CREDITOR ID: 259355-12<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 |
| CREDITOR ID: 259648-12<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | CREDITOR ID: 242226-12<br>RIDGEWOOD SQUARE LLC<br>C/O AMERICAN PROPERTY MANAGEMENT<br>ATTN DOUGLAS WALSH, GENERAL MGR<br>PO DRAWER 4991<br>MARTINSVILLE VA 24115 | CREDITOR ID: 315892-40<br>RIDGEWOOD SQUARE LLC<br>PO BOX 4782<br>MARTINSVILLE, VA 24115 |
| CREDITOR ID: 315699-36<br>SCHUSTER MARKETING CORPORATION<br>C/O HEIDI SCHUSTER, VP<br>6223 W FOREST HOME AVE<br>MILWAUKEE WI 53220 | CREDITOR ID: 410512-15<br>SOF INVESTMENTS, LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 410512-15<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 261306-12<br>SOUTH HILL COMPANY LC<br>C/O THE COVINGTON COMPANY<br>ATTN JAMES E COVINGTON, JR.<br>PO BOX 8510<br>RICHMOND VA 23226 | CREDITOR ID: 1861-07<br>SOUTH ROCKDALE ASSOCIATES, LLC DBA<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG, STE 101<br>ATLANTA, GA 30327-3052 | CREDITOR ID: 1861-07<br>SOUTH ROCKDALE ASSOCIATES, LLC DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 |
| CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>C/O BELL TINDAL & FREELAND, PA<br>ATTN WILLIAM C TINDAL, ESQ.<br>312 NORTH MAIN STREET<br>PO BOX 867<br>LANCASTER SC 29721 | CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721 | CREDITOR ID: 410540-15<br>SPRINGLAND ASSOCIATES, LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>104 EAST SPRINGS STREET<br>LANCASTER SC 29720 |
| CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 | CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427 | CREDITOR ID: 411295-15<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 |
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: BRIAN D SALWOWSKI<br>INDIANA GOVERNMENT CTR SO, FIFTH FL<br>402 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204-2770 | CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204 |

**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 399301-15
STATE OF LOUISIANA REV DEPT
ATTN BRENDA WILSON/MARTHA POSADA
617 N THIRD STREET
PO BOX 66658
BATON ROUGE LA 70896-6658

CREDITOR ID: 399301-15
STATE OF LOUISIANA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: RICHARD P IEYOUB, ESQ
DEPT OF JUSTICE
PO BOX 94095
BATON ROUGE LA 70804-095

CREDITOR ID: 261896-12
STATE OF SOUTH CAROLINA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: HENRY MCMASTER, ESQ
REMBERT C DENNIS OFFICE BLDG 519
PO BOX 11549
COLUMBIA SC 29211-1549

CREDITOR ID: 261896-12
STATE OF SOUTH CAROLINA REV DEPT
ATTN JOE S DUSENBURY JR, ESQ
301 GERVAIS ST
PO BOX 125
COLUMBIA SC 29214

CREDITOR ID: 381921-15
STATE OF TENNESSEE REV DEPT
C/O ATTORNEY GENERAL
ATTN WILBUR E HOOKS JR
PO BOX 20207
NASHVILLE TN 37202-0207

CREDITOR ID: 411102-15
TALLADEGA COMMUNITY BUILDERS, INC
ARONOV REALTY MANAGEMENT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET ST, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
C/O LAW OFFICE OF MELODY D GENSON
ATTN MELODY D GENSON, ESQ.
3665 BEE RIDGE ROAD, SUITE 316
SARASOTA FL 34233

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
100 WALLACE AVE, SUITE 111
SARASOTA, FL 34237

CREDITOR ID: 1951-07
TUNICA VILLAGE PARTNERSHIP
C/O ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447

CREDITOR ID: 410395-15
VENTURES, LLC
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 264180-12
VILLAGE PLAZA INC
C/O MILLS & LARKEY, LLC
ATTN BEN B MILLS JR, ESQ
315 SOUTH MAIN STREET
PO BOX 408
FITZGERALD GA 31750

CREDITOR ID: 264180-12
VILLAGE PLAZA INC
ATTN BEN B MILLS JR, PRES
PO BOX 408
FITZGERALD, GA 31750-0408

CREDITOR ID: 411017-15
WD ROUTE 3 LP BY SILVER CO AGT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O LAW OFFICE OF NEIL REGER
ATTN NEIL REGER, ESQ
4476 BOCAIRE BLVD
BOCA RATON FL 33487

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O DAVID WEISS, CPA
469 7TH AVENUE, SUITE 1300
NEW YORK, NY 10018-7603

CREDITOR ID: 411027-15
WD TAMPA TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 411027-15
WD TAMPA TRUST
C/O HELD & ISRAEL
ATTN EDWIN HELD & ADAM FRISCH, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2668-07
WD WESTMINSTER SC LLC
C/O I REISS & SON
ATTN GREGORY MCMAHON, CPA
200 EAST 61ST STREET, APT 29F
NEW YORK NY 10021

CREDITOR ID: 2673-07
WEDDINGTON ASSOCIATES
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

**Total:   129**

EXHIBIT B
SERVICE LIST
NO LIABILITY MISCLASSIFIED CLAIMANTS

SERVICE LIST
Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Misclassified Claimants]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 84256-09<br>ALFARO, NORBERTO B<br>12328 CLOVER STONE DR<br>TAMPA FL 33624 | CREDITOR ID: 88987-09<br>BAKER, MICHAEL D<br>714 FORCE ROAD<br>GOLDSBORO NC 27534 | CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 |
| CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORPORATION<br>C/O TUGGLE DUGGINS & MESCHAN, PA<br>ATTN PAUL M DENNIS, ESQ.<br>228 WEST MARKET STREET<br>PO BOX 2888<br>GREENSBORO NC 27402-2888 | CREDITOR ID: 98895-09<br>BROOKS, THOMAS A<br>824 HUMMINGBIRD LANE<br>ORLANDO FL 32825 | CREDITOR ID: 99687-09<br>BROWN, JOHN W<br>301 N KANAWHA STREET<br>BECKLEY WV 25801 |
| CREDITOR ID: 112325-09<br>CORTINA, PEDRO<br>5377 W 23RD  COURT<br>HIALEAH FL 33016 | CREDITOR ID: 258386-12<br>COUNTY OF PERRY REVENUE DEPT<br>PROPERTY TAX<br>ATTN ELDORA ANDERSON, TAX COLLECTOR<br>PO BOX 95<br>MARION AL 36756 | CREDITOR ID: 18668-05<br>CRENSHAW, WILLIE G<br>678 WALKER GREEN RD<br>GREENVILLE AL 36037 |
| CREDITOR ID: 116526-09<br>DAVIS, GARY D<br>200 WHITTINGTON DRIVE, APT 231<br>MADISONVILLE KY 42431 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN JOHN M. ROSENTHAL, ESQ<br>2 EMBARCADERO CENTER, STE 2700<br>SAN FRANCISCO CA 94117 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858 |
| CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN DENNIS J DREBSKY, ESQ.<br>437 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 121653-09<br>DUETT, WILLIAM W<br>1616 34TH AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 128219-09<br>FOLEY, PATRICK M<br>488 S ELMHURST POINT<br>LECANTO FL 34461 |
| CREDITOR ID: 130749-09<br>FYE, LEAH F<br>608 S KING AVE<br>DUNN NC 28334 | CREDITOR ID: 132901-09<br>GEORGE, MICHEAL T<br>803 VETERANS PKWY<br>OPELIKA AL 36805 | CREDITOR ID: 250527-12<br>GEORGIA SUBSEQUENT INJURY TRUST FND<br>ATTN RICHARD W MCGEE, ADMINISTRATOR<br>1720 PEACHTREE STREET, SUITE 500<br>ATLANTA GA 30309-2462 |
| CREDITOR ID: 145862-09<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA FL 32703 | CREDITOR ID: 150341-09<br>HUTLEY, RAYMOND L<br>1358 8TH STREET<br>WEST PALM BEACH FL 33402 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 43230-05<br>LAMB, HARVEY<br>C/O SIMS, FLEMING & BENSON<br>ATTN HERBERT W BENSON, ESQ<br>PO BOX 1165<br>TIFTON GA 31793 | CREDITOR ID: 43230-05<br>LAMB, HARVEY<br>88 GLORY LANE<br>TIFTON GA 31794 |
| CREDITOR ID: 165324-09<br>LEWIS, ROBBIN P<br>7105 MATTHEW ST<br>JACKSONVILLE FL 32210 | CREDITOR ID: 168400-09<br>LYON, KERRY D<br>1734 LAKESIDE DRIVE<br>VENICE FL 34293 | CREDITOR ID: 52168-05<br>MONESTIME, FRANK<br>14801 GARDEN DRIVE<br>MIAMI FL 33168 |

SERVICE LIST

**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[No Liability Misclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 184525-09
NICHOLSON, KRISTI D
401 MEDOC MOUNTAIN ROAD
ENFIELD NC 27823

CREDITOR ID: 257863-12
OXYGEN SERVICE COMPANY
ATTN JUDY HASKINS
PO BOX 3489
MACON, GA 31205

CREDITOR ID: 57126-05
PARRISH, J S
2342 BARBER ROAD
ELON COLLEGE NC 27244

CREDITOR ID: 410515-15
PAW CREEK CROSSING, LP
C/O GVA LAT PURSER & ASSOCIATES INC
ATTN DAVID R MARTIN, PROPERTY MGR
4530 PARK ROAD, SUITE 300
CHARLOTTE NC 28209

CREDITOR ID: 410515-15
PAW CREEK CROSSING, LP
C/O HORACK TALLEY LAW OFFICES
ATTN KRISTIN D OGBURN, ESQ
2600 ONE WACHOVIA CENTER
301 SOUTH COLLEGE STREET
CHARLOTTE NC 28202-6038

CREDITOR ID: 65611-05
SANCHEZ, GERARDO
3829 SW 145 PLACE
MIAMI FL 33165

CREDITOR ID: 68275-05
SIMMONS, ISAIAH M
PO BOX 487
HASTINGS FL 32145

CREDITOR ID: 381921-15
STATE OF TENNESSEE REV DEPT
C/O ATTORNEY GENERAL
ATTN WILBUR E HOOKS JR
PO BOX 20207
NASHVILLE TN 37202-0207

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1115-07
YORK, BENNETT V
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG MS 39402

**Total:   37**

EXHIBIT C
SERVICE LIST
MISCLASSIFIED CLAIMANTS

**Notice of Debtors' Eleventh Omnibus Objection
to (A) No Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims
[Misclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 85439-09<br>AMOS, MISTY D<br>PO BOX 415<br>STANLEYTOWN VA 24168 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 242342-12<br>AMSOUTH BANK<br>10245 CENTURION PARKWAY, SUITE 200<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 242342-12<br>AMSOUTH BANK<br>C/O WINDERWEEDLE HAINES WARD ET AL<br>ATTN RYAN E DAVIS, ESQ<br>1500 BANK OF AMERICA CENTER<br>390 N ORANGE AVENUE<br>ORLANDO FL 32801 | CREDITOR ID: 89736-09<br>BARBOSA-LOPEZ, HILDA E<br>132 RUBY CIRCLE<br>BRANDON FL 33510 | CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>C/O NORTH MIAMI BEACH CITY ATTORNEY<br>17011 NE 19TH AVENUE<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427 | CREDITOR ID: 246043-12<br>CITY OF ORMOND BEACH<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN SANDRA C UPCHURCH<br>PO BOX 277<br>ORMAND BEACH, FL 32175-0277 | CREDITOR ID: 240257-06<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BOULEVARD<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 399643-15<br>COUNTY OF FULTON FIN DEPT<br>WATER & SEWER BILLING & COLLECTIONS<br>ATTN MONICA DIXON<br>141 PRYOR STREET SW, SUITE 7001<br>ATLANTA GA 30303 | CREDITOR ID: 250148-12<br>COUNTY OF FULTON WATER SEWER REV FD<br>DEPT OF PUBLIC WORKS<br>ATTN CHARLES A EDWARDS, JR<br>1030 MARIETTA HWY<br>ROSWELL GA 30075 | CREDITOR ID: 240480-06<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 113046-09<br>CRABTREE, JANISE V<br>125 CYPRESS LN<br>FAIRHOPE AL 36532 | CREDITOR ID: 113762-09<br>CROCKER, THOMAS M<br>1108 COLLEGE ST<br>CLEVELAND MS 38732-0999 | CREDITOR ID: 22386-05<br>DOSS, LISA G<br>30 EDGEWOOD DR<br>SELMA AL 36701 |
| CREDITOR ID: 279359-36<br>FABRI-KAL CORPORATION<br>ATTN HOWARD W  LYNCH, CR MGR<br>PLASTICS PLACE<br>KALAMAZOO  MI 49001 | CREDITOR ID: 28820-05<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | CREDITOR ID: 410571-15<br>HENKEL CONSUMER ADHESIVES<br>ATTN SCOTT MILLER, FINANCE DIRECTOR<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 |
| CREDITOR ID: 380980-47<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | CREDITOR ID: 257458-12<br>NORTHWEST ALABAMA GAS DISTRICT<br>ATTN JERRY W SELF, GM<br>PO BOX 129<br>HAMILTON, AL 35570 | CREDITOR ID: 56174-05<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 |
| CREDITOR ID: 408329-15<br>PARISH OF ST TAMMANY<br>ATTN ROBERT BARNETT, ESQ.<br>PO BOX 628<br>COVINGTON LA 70434 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 259462-12<br>REPUBLIC PLASTICS LTD<br>ATTN MELISSA LAMB, CONTROLLER<br>355 SCHUMANN RD<br>MCQUEENEY, TX 78123 |
| CREDITOR ID: 261365-12<br>SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | CREDITOR ID: 262416-12<br>TAI FOONG USA INC<br>ATTN GIL G MARTIN, CREDIT MGR<br>SDS 12-2410<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2410 | CREDITOR ID: 408396-97<br>TAI FOONG USA, INC.<br>ATTN: GIL MARTIN<br>2456 6TH AVE S STE 300<br>SEATTLE WA 98134 |

**Notice of Debtors' Eleventh Omnibus Objection**
**to (A) No Liability Claims, (B) No Liability Misclassified**
**Claims and (C) Misclassified Claims**
**[Misclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BARRY A FRIEDMAN
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608


        **Total:    28**

EXHIBIT D
NOTICE TO NO LIABILITY CLAIMS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO**
**LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS**
**AND (C) MISCLASSIFIED CLAIMS**

Creditor Name & Address                                    Counsel Name & Address:



                                                          Transferee Name & Address



| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| **Claim No.:** | |
| **Claim Amount:** | |
| **Reason for Proposed Disallowance:** | |

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 16, 2006 their Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

3.    If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 5, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.   Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.   In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.   A hearing will be held on **June 15, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.   If the Bankruptcy Court does <u>not</u> disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.   The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.   **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  May 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER                        SMITH HULSEY & BUSEY
& FLOM, LLP


By      */s/ D.J. Baker*                                          By      */s/ James H. Post*
        D.J. Baker                                                       Stephen D. Busey
        Sally McDonald Henry                                             James H. Post
        Rosalie Walker Gray                                              Cynthia C. Jackson
        Jane M. Leamy                                                    Florida Bar Number 175460
Four Times Square                                                225 Water Street, Suite 1800
New York, New York 10036                                         Jacksonville, Florida  32202
(212) 735-3000                                                   (904) 359-7700
(917) 777-2150 (facsimile)                                       (904) 359-7708 (facsimile)
djbaker@skadden.com                                               jpost@smithhulsey.com

EXHIBIT E
NOTICE TO NO LIABILITY MISCLASSIFIED CLAIMS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO**
**LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS**
**AND (C) MISCLASSIFIED CLAIMS**

Creditor Name & Address                         Counsel Name & Address

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| **Claim No.:** | **Modified Class Status:** |
| **Claim Amount:** | **Reason for Disallowance and Reclassification:** |
| **Claim Class Status:** | |
| | |
| | |

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 16, 2006 their Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

3.    If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---
[1]         In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.    If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 5, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.    Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **June 15, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  May 16, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By    /s/ D.J. Baker | By    /s/ James H. Post |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |

EXHIBIT F
NOTICE TO MISCLASSIFIED CLAIMS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO**
**LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS**
**AND (C) MISCLASSIFIED CLAIMS**

Creditor Name & Adress                                                  Counsel Name & Address

| CLAIM(S) TO BE RECLASSIFIED | |
|---|---|
| **Claim No.:** | **Modified Class Status:** |
| **Claim Amount:** | **Reason for Disallowance and Reclassification:** |
| **Claim Class Status:** | |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 16, 2006 their Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.    **Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification(s) listed above to the classification(s) listed above under "Modified Class Status."**

      3.    If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.    If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 5, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.   Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.   In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.   A hearing will be held on **June 15, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.   The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.   The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.   **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  May 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER                      SMITH HULSEY & BUSEY
& FLOM, LLP

By   _/s/ D.J. Baker_____          By   _/s/ James H. Post_____
       D.J. Baker                                           Stephen D. Busey
       Sally McDonald Henry                                 James H. Post
       Rosalie Walker Gray                                  Cynthia C. Jackson
       Jane M. Leamy                                        Florida Bar Number 175460
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida 32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                   jpost@smithhulsey.com