## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 17, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Eleventh Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims and (C) Misclassified Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as **Exhibit A.** A copy of the served Notice Motion as listed above is attached hereto as Exhibit B.

Dated: May 19, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Eleventh Omnibus Objection to (A) No**
**Liability Claims, (B) No Liability Misclassified**
**Claims and (C) Misclassified Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 |
| CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 423158-97<br>CAPX REALTY LLC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: M.BEAL & Z.BANCROFT<br>450 S ORANGE AVE, STE 800<br>ORLANDO FL 32801 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA |
| CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 |
| CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O MERIDIAN CORPORATE SERVICES LTD<br>73 FRONT STREET<br>PO BOX HM 528<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>885 THIRD AVE STE 3300<br>NEW YORK NY 10022 | CREDITOR ID: 417049-97<br>DUANE MORRIS LP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO/JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 452059-98<br>FUCMS 1999-C1 MERIDIAN GROCERY LLC<br>C/O LNR PARTNERS<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>1700 PACIFIC AVE STE 4100<br>DALLAS TX 75201 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: CHRISTINE L MYATT<br>PO BOX 3463<br>GREENSBORO NC 27402 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |

SERVICE LIST
Notice of Hearing
Debtors' Eleventh Omnibus Objection to (A) No
Liability Claims, (B) No Liability Misclassified
Claims and (C) Misclassified Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 403518-98
MADISON LIQUIDITY INVESTORS LLC
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PAARK KS 66202

CREDITOR ID: 399728-98
MADISON NICHE OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN CHRIS MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Eleventh Omnibus Objection to (A) No**

**Liability Claims, (B) No Liability Misclassified**

**Claims and (C) Misclassified Claims**

**DEBTOR:**  **WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:**  **05-03817-3F1**

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:  57**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 15, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims.

Only objections filed with the Court so as to be received by **June 5, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: May 16, 2006


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By      *s/ D. J. Baker*
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors


SMITH HULSEY & BUSEY

By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

Hearing Date:  June 15, 2006 at 1:00 p.m.
Obj. Deadline:  June 05, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                     )   Case No. 05-03817-3F1
                            )
WINN-DIXIE STORES, INC., et al.,   )   *Chapter 11*
                            )
Debtors.[1]              )   Jointly Administered
                            )

## DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS

      Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 503, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through C (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing or reclassifying the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

## BACKGROUND

A.    The Chapter 11 Filings

      1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are sections 502, 503, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,200 proofs of claim (the "Proofs of Claim") have been filed against

the Debtors in these cases.  Notice of the claims bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.   In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.   By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 503, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing or reclassifying the Disputed Claims, as set forth below.

## BASIS FOR RELIEF

A.    No Liability Claims

9.   As a result of their review, the Debtors have identified 120 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims").  The No Liability Claims fall into several categories: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records; (b) Proofs of Claim for amounts that arose postpetition; and/or (c) Proofs of Claim for which the legal bases are contested by the Debtors.  The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

10.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect,

by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 21 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    No Liability Misclassified Claims

11.    As a result of their review, the Debtors have identified 35 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

12.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code. Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims, with the exception of the State of Tennessee's claim number 12826, which the Debtors seek to reclassify from secured to priority status.

13.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 21 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

4

C.    Misclassified Claims

14.    As a result of their review, the Debtors have identified approximately 25 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims"). A list of the Misclassified Claims is attached as Exhibit C.

15.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code. With the exception of several claims that assert multiple class status that the Debtors seek to reclassify as priority claims and the claims based on reclamation demands discussed in paragraph 16 below, none of the Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code. Therefore, the Misclassified Claims should be reclassified as specified on Exhibit C.

16.    Several of the Misclassified Claims identified on Exhibit C are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors. As a result, such Misclassified Claims partially duplicate the reclamation demands. The Debtors and the reclamation vendors listed on Exhibit C have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to reclassify such Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit C, with the remainder of the Misclassified Claims to be classified as unsecured non-priority claims.

5

17.     The Debtors (a) object to the Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit C.  Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit C to be reclassified as specified on Exhibit C.  In the absence of a Response (as defined in paragraph 21 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

## SEPARATE CONTESTED MATTERS

18.     Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

19.     The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

20.     The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.      Filing and Service of Responses

        21.     Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **June 5, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline"). In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.      Timely Response Required; Hearing; Replies

        22.     If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **June 15, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

23.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reducing the claim without further notice to the claimant.

## NOTICE

24.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed or reclassified as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through C.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit D (a) disallowing the No Liability Claims, (b) disallowing the No Liability Misclassified Claims and (c) reclassifying the Misclassified Claims and (iii) grant such other and further relief as is just and proper.

Dated: May 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    s/ D. J. Baker
  D. J. Baker
  Sally McDonald Henry
  Rosalie Walker Gray
  Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By    s/ James H. Post
  Stephen D. Busey
  James H. Post
  Cynthia C. Jackson,
  Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

10

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393721<br>BRADFORD, DON F & WENDY L<br>236 LAKERIDGE DRIVE<br>JOHNSON CITY TN 37659<br><br>Counsel: ATTN RICK J BEARFIELD, ESQ | 12846<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $1,382,194.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 408358<br>BROOKHAVEN RETAIL LLC<br>C/O STEVEN BARRY FRANKOFF, ESQ<br>15018 MARLEBONE<br>HOUSTON TX 77069 | 7064<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $29,230.11 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/11/05 TO PKRB, INC.  IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $30,443.08 FOR REAL ESTATE TAXES.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 278420<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | 1333<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id:** 278420<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | 1334<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id:** 278420<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | 1335<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id:** 278420<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | 1336<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id:** 1151<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC,<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066<br><br>Counsel: ATTN MITCHELL S ROSEN, ESQ | 3695<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $34,211.45 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD TO HARRIS TEETER, INC. 8/12/05.  IN CONNECTION WITH CLOSING, DEBTOR PAID $5,948.35 FOR COMMON AREA MAINTENANCE CHARGES AND $28,263.10 FOR REAL ESTATE TAXES.  NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 374047**<br>CAIN CREEK SHOPPING CENTER, INC<br>ATTN GEORGE BUCKMAN, JR, GP<br>400 BRIDGE STREET<br>DANVILLE, VA 24541<br><br>Counsel: ATTN TREVOR A MOE, ESQ | 4194<br>Debtor: | $39,595.19<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  CLAIM AMOUNT FOR PERIODS PRIOR TO 2004 PREVIOUSLY DISPUTED BY DEBTOR.  REMAINING CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |
| **Creditor Id: 244415**<br>CAMERON SANFORD COMPANY LLC<br>ATT CONNIE S STEAD ACCTG MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10417<br>Debtor: | $1,210,641.32<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD TO GREG ADAMS ENTERPRISES, INC. 9/16/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| **Creditor Id: 244415**<br>CAMERON SANFORD COMPANY LLC<br>ATT CONNIE S STEAD ACCTG MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10418<br>Debtor: | $1,210,641.32<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY CLAIM.  LEASE SOLD TO GREG ADAMS ENTERPRISES, INC. 9/16/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| **Creditor Id: 1183**<br>CEDAR MOUNTAIN VILLAGE, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T B MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL, GA 30075-5487 | 9434<br>Debtor: | $74,759.57<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $74,728.55 (REAL ESTATE TAXES OF $30,952.52, INSURANCE OF $6,868.21, AND COMMON AREA MAINTENANCE CHARGES OF $36,907.82).  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 407775**<br>CHAPIN DEVELOPMENT CO<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 7832<br>Debtor: | $68,523.59<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD AND, IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $65,049.61.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2137**<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11900<br>Debtor: | $3,496,062.13<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, UNITED COMMERCIAL MORTGAGE CORP. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2137**<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11901<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,496,062.13 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, UNITED COMMERCIAL MORTGAGE CORP. |
| **Creditor Id: 245819**<br>CITY OF HAMILTON INCOME TAX DIV<br>ATTN MICHAEL MCDULIN, TAX COMM<br>345 HIGH STREET, STE 410<br>HAMILTON OH 45011 | 11670<br>Debtor: **WINN-DIXIE STORES, INC.** | $77.63 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION. DEBTOR HAS NO RECORD OF RECEIVING ANY NOTICE FOR UNPAID OR UNDERPAID TAXES FROM CLAIMANT. |
| **Creditor Id: 395541**<br>CITY OF NEW ORLEANS REV COLL, LA<br>ATTN DERRICK MUSE, DPTY FIN DIR<br>CITY HALL ANNEX<br>NEW ORLEANS LA 70112 | 4200<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,063,722.53 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CITY WAS SENT ALL MISSING RETURNS AND CANCELED CHECKS. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8608<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $20,674.31 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id: 411303**<br>CRIIMI MAE SVCS LP, SERIES 1998-WF1<br>HOLDERS MORGAN STANLEY CAPITAL INC<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10602<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM FILED BY LANDLORD'S LENDER FOR STORES 491 AND 699. LEASE FOR STORE 491 TERMINATED EFFECTIVE 1/31/04 AND STORE 699 IS AN OPERATING STORE. NO AMOUNTS ARE DUE ON EITHER STORES. |
| **Creditor Id: 247230**<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501<br><br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | 1222<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $14,683.16 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO KAYE FOOD COMPANIES, IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $14,683.16 FOR 2005 REAL PROPERTY TAXES. NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK  NY  10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | 12795<br>Debtor: | $52,641.82<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE.<br>DEBTOR PAID ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO<br>OTHER AMOUNT IS DUE. |
| **Creditor Id:  279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK  NY  10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | 12796<br>Debtor: | $52,641.82<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.   DEBTOR PAID<br>ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO OTHER AMOUNT<br>IS DUE. |
| **Creditor Id:  279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK  NY  10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | 12797<br>Debtor: | $52,641.82<br>**WINN-DIXIE LOGISTICS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.   DEBTOR PAID<br>ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO OTHER AMOUNT<br>IS DUE. |
| **Creditor Id:  279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK  NY  10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | 12798<br>Debtor: | $52,641.82<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE.<br>DEBTOR PAID ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO<br>OTHER AMOUNT IS DUE. |
| **Creditor Id:  410911**<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12170<br>Debtor: | $28,262.12<br>**WINN-DIXIE STORES, INC.** | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN<br>APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE<br>3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON<br>PROOF OF CLAIM FORM. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278462**<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 | 7074<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $83,668.93 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05. PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT, LANDLORD CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 410446**<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 8177<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $94,674.74 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS (REAL ESTATE TAXES OF $16,553.60, INSURANCE OF $7,627.61, AND COMMON AREA MAINTENANCE CHARGES OF $31,299.37). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410446**<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 8178<br>**Debtor:** WINN-DIXIE STORES, INC. | $94,674.74 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS (REAL ESTATE TAXES OF $16,553.60, INSURANCE OF $7,627.61, AND COMMON AREA MAINTENANCE CHARGES OF $31,299.37). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410858**<br>FLINT CROSSING, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35603 | 9896<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER PREPETITION AMOUNT IS DUE. |
| **Creditor Id: 410494**<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8721<br>**Debtor:** WINN-DIXIE STORES, INC. | $62,825.87 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE TERMINATED 8/9/05. PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT, LANDLORD CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 410494**<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8722<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $62,825.87 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05. PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT, LANDLORD CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 1566**<br>GRAVLEE, MACON W JR<br>PO BOX 310<br>FAYETTE, AL 35555 | 5545<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $7,954.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE ASSIGNED TO HOUCHENS INDUSTRIES, INC. IN OCTOBER 2004. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 421574**<br>HARDENBROOK, PAULA<br>7110 YOUNG OAK LANE<br>BLACKSHEAR GA 31516 | 13169<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id: 382874**<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405<br><br>Counsel: ATTN LOREN S SCOTT, ESQ | 7432<br>**Debtor:** | $21,000.00<br>**ECONOMY WHOLESALE DISTRIBUTORS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. COMMISSION IS NOT OWED AS PRODUCT WAS NOT PAID FOR BY PURCHASER, NATURE'S PATH. |
| **Creditor Id: 411192**<br>HENLEY, J&R & YARBOROUGH W&M<br>238 N MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 | 11314<br>**Debtor:** | $6,255.96<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO CARLIE C'S OPERATION CENTER, INC. 8/15/05. DEBTOR PAID $6,255.96 AT CLOSING. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 1435**<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>7421 CARMEL EXECUTIVE PARK, STE 214<br>CHARLOTTE, NC 28226 | 5289<br>**Debtor:** | $5,209.74<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/11/05 TO FOOD LION, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID NO CURE COSTS. LANDLORD HAD OPPORTUNITY TO OBJECT AT THE TIME AND DID NOT. |
| **Creditor Id: 251919**<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE MS 38614<br><br>Counsel: ATTN TOM T ROSS, JR, ESQ. | 7470<br>**Debtor:** | $22,296.90<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |
| **Creditor Id: 407564**<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN THOMAS G AMASON III, ESQ | 4368<br>**Debtor:** | $32,968.34<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. IN CONNECTION WITH 8/15/05 CLOSING, DEBTOR PAID CURE COSTS OF $32,968.34. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 407564**<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN THOMAS G AMASON III, ESQ | 4369<br>**Debtor:** | $32,968.34<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH 8/15/05 CLOSING, DEBTOR PAID CURE COSTS OF $32,968.34. NO OTHER AMOUNT IS DUE. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410902**<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12168<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $48,710.47 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8587<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM AGAINST GUARANTOR.  LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8588<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM.  LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8599<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM.  LEASE SOLD 8/29/05 TO BI-LO LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8600<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR.  LEASE SOLD 8/29/05 TO BI-LO LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 381867**<br>K-2 PROPERTIES LLC<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>STE 300 (27609); PO BOX 17047<br>RALEIGH  NC  27619-7047 | 8564<br>Debtor:  WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR SOLD LEASE TO SOUTHERN FAMILY MARKETS OF GOLDSBORO LLC 8/29/05 AND NO AMOUNT WAS DUE AT CLOSING. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 383218**<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9932<br>**Debtor: WINN-DIXIE STORES, INC.** | $18,737.51 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 410849**<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9934<br>**Debtor: WINN-DIXIE STORES, INC.** | $70,873.10 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 1526**<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46802 | 6072<br>**Debtor: WINN-DIXIE STORES, INC.** | $42,701.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/15/05 TO E&T FOODS LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $18,533.22 FOR 2004 REAL ESTATE TAXES AND $18,567.02 FOR COMMON AREA MAINTENANCE CHARGES. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10895<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 254566**<br>LEATHERWOOD CROSSING INC<br>PO BOX 4782<br>MARTINSVILLE VA 24115 | 12821<br>**Debtor: WINN-DIXIE STORES, INC.** | $18,429.13 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. CLAIM ALSO FILED LATE. |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12407<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $47,460.15 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12410<br>**Debtor: WINN-DIXIE STORES, INC.** | $47,460.15 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 397197<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>ATTN WAYNE MCKINNEY<br>851 WASHINGTON SQ MALL<br>WASHINGTON NC 27889<br><br>Counsel: ATTN J MICHAEL FIELDS ESQ | 3264<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER CLAIMANT AND DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 255924<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 1641<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $40,681.79 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS ON 8/29/05 FOR REAL ESTATE TAXES OF $40,681.79. NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 408262<br>MCW-RC GA HOWELL MILL VILLAGE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8718<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,599.98 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 9/1/05 TO PUBLIX SUPER MARKETS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $21,112.56 ($13,897.95 FOR REAL ESTATE TAXES AND $7,214.61 FOR COMMON AREA MAINTENANCE CHARGES). NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 408262<br>MCW-RC GA HOWELL MILL VILLAGE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8719<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $20,599.98 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 9/1/05 TO PUBLIX SUPER MARKETS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $21,112.56 ($13,897.95 FOR REAL ESTATE TAXES AND $7,214.61 FOR COMMON AREA MAINTENANCE CHARGES). NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 417088<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, A/R MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | 12873<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,725.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DOCUMENTATION RELATES TO POSTPETITION CHARGES. |
| **Creditor Id:** 182981<br>MYHRE, MICHAEL A<br>2806 DE MEL AVENUE, APT 2<br>LOUISVILLE KY 40214-5000 | 1423<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410990**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SWEETWATER VILLAGE, AUSTELL, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10288<br>Debtor: | $27,967.44<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $27,967.44 (REAL ESTATE TAXES OF $23,380.63 AND COMMON AREA MAINTENANCE CHARGES OF $4,586.81). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410991**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ST ELMO CENTRAL, CHATTANOOGA, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10289<br>Debtor: | $109,378.71<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/22/05 TO BI-LO, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $109,042.57 (2004 REAL ESTATE TAXES OF $73,130.66, 2004 INSURANCE OF $4,948.55, AND 2004 COMMON AREA MAINTENANCE CHARGES OF $30,963.36). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410993**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLOVERDALE VILLAGE, FLORENCE, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10291<br>Debtor: | $17,591.62<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO SOUTHERN FAMILY MARKETS OF FLORENCE COX CREEK PARKWAY, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS ON 8/29/05 OF $20,533.18 FOR REAL ESTATE TAXES. LANDLORD HAD OPPORTUNITY TO OBJECT AT THE TIME AND DID NOT. |
| **Creditor Id: 410994**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12198<br>Debtor: | $315,607.58<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05 AND ALL CLAIMS WAIVED PER LEASE TERMINATION AGREEMENT. CLAIM ALSO FILED LATE. |
| **Creditor Id: 410994**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12199<br>Debtor: | $5,225.81<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05 AND ALL RENTS WERE CURRENT THROUGH 9/30/05. CLOSING STATEMENT, AGREED TO BY CLAIMANT, INCLUDED PRO-RATED POSTPETITION TAXES AND COMMON AREA CHARGES THROUGH 9/30/05. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411002**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>NORMANDY SQUARE, JACKSONVILLE, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10300<br>Debtor: | $39,475.81<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id: 411075**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12200<br>Debtor: | $36,662.24<br>WINN-DIXIE STORES, INC. | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ALSO NO DOCUMENTATION. |
| **Creditor Id: 407596**<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4544<br>Debtor: | $100.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/10/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 407596**<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4545<br>Debtor: | $100.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/10/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2454**<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>FKA NORTHCROSS LAND &DEVELOPMENT LP<br>3800 ARCO CORPORATE DR, SUITE 200<br>CHARLOTTE NC 28273<br>Counsel: ATTN CAROLINE HUBBELL, ESQ | 4678<br>Debtor: | $22,733.54<br>WINN-DIXIE RALEIGH, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05. AT CLOSING, DEBTOR PAID $41,071.67 IN CURE COSTS. THEREAFTER, LANDLORD REFUNDED 2004 COMMON AREA MAINTENANCE CREDIT OF $18,338.13 TO DEBTOR. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2454**<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>FKA NORTHCROSS LAND &DEVELOPMENT LP<br>3800 ARCO CORPORATE DR., SUITE 200<br>CHARLOTTE NC 28273<br><br>Counsel: ATTN CAROLINE HUBBELL, ESQ | 4866<br>**Debtor:** WINN-DIXIE STORES, INC. | $22,733.54 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE CLAIM. DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05. AT CLOSING, DEBTOR PAID $41,071.67 IN CURE COSTS. THEREAFTER, LANDLORD REFUNDED 2004 COMMON AREA MAINTENANCE CREDIT OF $18,338.13 TO DEBTOR. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8256<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $603,555.03 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS NOT REJECTED AND CLAIMANT CONSENTED TO DISALLOWANCE OF PREPETITION AMOUNTS DUE. AS TO POSTPETITION AMOUNTS, DEBTOR PAID ALL CURE COSTS AT CLOSING. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8258<br>**Debtor:** WINN-DIXIE STORES, INC. | $603,555.03 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE FOR ANTICIPATORY REJECTION DAMAGES AS LEASE WAS NOT REJECTED. AS TO REMAINING ASSERTED AMOUNTS, CLAIMANT CONSENTED TO DISALLOWANCE OF PREPETITION AMOUNTS DUE AND DEBTOR PAID ALL CURE COSTS FOR POSTPETITION AMOUNTS AT CLOSING. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 411152**<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HOLDERS OF BEAR STEARNS COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11219<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM. LEASE SOLD 8/15/05 TO E&T FOODS LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL OUTSTANDING CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 416278**<br>ORLANDO 99-FL LLC<br>C/O BROAD & CASSEL<br>ATTN ROY S KOBERT, ESQ<br>PO BOX 4961<br>ORLANDO FL 32802-4961 | 12284<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,054,916.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ASSIGNED ITS RIGHTS TO ITS LENDER. RELATED CLAIM ALSO ASSERTED BY ITS LENDER. |
| **Creditor Id: 254302**<br>PARISH OF LAFOURCHE SCHOOL BD<br>PO BOX 997<br>THIBODAUX, LA 70302-0997<br><br>Counsel: ATTN PATRICK M AMEDEE, ESQ. | 10053<br>**Debtor:** WINN-DIXIE STORES, INC. | $556.29 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 254302**<br>PARISH OF LAFOURCHE SCHOOL BD<br>PO BOX 997<br>THIBODAUX, LA 70302-0997 | 10054<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,172.33 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN PATRICK M AMEDEE, ESQ. | | | |
| **Creditor Id: 376513**<br>PARISH OF ST MARY<br>SALES AND USE TAX<br>ATTN JEFFREY LAGRANGE<br>PO BOX 1142<br>MORGAN CITY, LA 70381-1142 | 9484<br>Debtor: **WINN-DIXIE STORES, INC.** | $281.14 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN BRIAN M TRANCHINA, ESQ | | | |
| **Creditor Id: 258072**<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O MCFARLANE FERGUSON & MCMULLEN<br>ATTN ROBERT G COCHRAN, ESQ.<br>ONE TAMPA CITY CENTER, SUITE 2000<br>201 NORTH FRANKLIN STREET<br>TAMPA FL 33602 | 11321<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,342.79 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410510**<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122 | 12134<br>Debtor: **WINN-DIXIE STORES, INC.** | $751,973.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SERIES B NOTEHOLDER PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE, ABSENT PROOF OF ASSIGNMENT. |
| Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | | | |
| **Creditor Id: 258574**<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | 12930<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,613.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSUMED AND DEBTOR PAID CURE COSTS OF $30,113.30 ($20,727.03 BY CHECK NUMBER 009905002 AND $9,386.27 BY CHECK NUMBER 009905003). NO OTHER AMOUNT IS DUE. |
| Counsel: ATTN JONATHAN R WILLIAMS, ESQ | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8818<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $20,544.86 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER. LEASE SOLD 8/15/05 TO YM LEE, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS (COMMON AREA MAINTENANCE CHARGES OF $19,367.38). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8823<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM. LEASE SOLD 8/8/05 TO BH LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID NO CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8832<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $10,619.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/19/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 259355**<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN BETH T BAER, ESQ | 6193<br>Debtor: **WINN-DIXIE STORES, INC.** | $44,987.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/26/05 TO WAYFIELD FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $44,987.21 (REAL ESTATE TAXES OF $24,542.12, INSURANCE COST OF $3,618.43, AND COMMON AREA MAINTENANCE CHARGES OF $16,826.66). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 259355**<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN BETH T BAER, ESQ | 6194<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $44,987.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/26/05 TO WAYFIELD FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $44,987.21 (REAL ESTATE TAXES OF $24,542.12, INSURANCE COST OF $3,618.43, AND COMMON AREA MAINTENANCE CHARGES OF $16,826.66). NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 259648<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | 11390<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $89,620.59 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE DOCUMENTATION. |
| **Creditor Id:** 315892<br>RIDGEWOOD SQUARE LLC<br>PO BOX 4782<br>MARTINSVILLE, VA 24115 | 12820<br>**Debtor:** WINN-DIXIE STORES, INC. | $26,623.68 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. CLAIM ALSO FILED LATE. |
| **Creditor Id:** 315699<br>SCHUSTER MARKETING CORPORATION<br>C/O HEIDI SCHUSTER, VP<br>6223 W FOREST HOME AVE<br>MILWAUKEE WI 53220<br><br>Transferee: ASM CAPITAL LP | 9468<br>**Debtor:** WINN-DIXIE STORES, INC. | $66,458.29 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT DID NOT MEET SPACE REDUCTION REQUIREMENT. ACCORDINGLY, PLANOGRAM FEES SHOULD BE DISALLOWED. |
| **Creditor Id:** 410512<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 12075<br>**Debtor:** WINN-DIXIE STORES, INC. | $751,973.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SERIES A NOTEHOLDER PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE, ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id:** 261306<br>SOUTH HILL COMPANY LC<br>C/O THE COVINGTON COMPANY<br>ATTN JAMES E COVINGTON, JR.<br>PO BOX 8510<br>RICHMOND VA 23226 | 6788<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $7,468.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |
| **Creditor Id:** 1861<br>SOUTH ROCKDALE ASSOCIATES, LLC DBA<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG, STE 101<br>ATLANTA, GA 30327-3052<br><br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 10127<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,665.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. NO OTHER AMOUNT IS DUE. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2587**<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721<br><br>Counsel: ATTN WILLIAM C TINDAL, ESQ. | 8519<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,237,655.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/27/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID NO CURE COSTS. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2587**<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721<br><br>Counsel: ATTN WILLIAM C TINDAL, ESQ. | 8520<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,237,655.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/27/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID NO CURE COSTS. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 417108**<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 12923<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,862.84 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS OF CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id: 411295**<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | 11690<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $80,303.75 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411295**<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | 11691<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $8,030.08 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411295**<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | 11693<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $4,971.65 | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | **4438**<br>Debtor: | $1,000,519.00<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALL SALES TAXES WERE PREVIOUSLY PAID ($126,080.91 ON 8/21/00 FOR PERIOD 7/00, $120,685.37 ON 9/11/00 FOR PERIOD 8/00, $121,448.21 ON 10/6/00 FOR PERIOD 9/00, $116,922.96 ON 11/6/00 FOR PERIOD 10/00 BY CHECK NUMBERS 044807, 005687993, 005723275, 005760587, RESPECTIVELY AND $116,919.56 ON 4/24/01 FOR PERIOD 4/01 BY ELECTRONIC TRANSFER) AND DEBTOR HAS NO RECORD OF ANY WITHHOLDING TAX LIABILITY FOR PERIOD ENDED 7/2000.  AS TO THE LATTER, STATUTE OF LIMITATIONS HAS RUN. |
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | **4439**<br>Debtor: | $60,123.59<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM ASSERTED FOR 2003 AND 2004 CORPORATE, 12/92 WITHHOLDING, AND 7/00 AND 7/04 SALES TAXES.  AS TO CORPORATE TAX, DEBTOR PAID $105,000 10/15/03 BY ELECTRONIC TRANSFER OF FUNDS FOR YEAR ENDED 6/04.  DEBTOR FILED 2003 RETURN 3/9/05 REFLECTING NO INCOME TAX LIABILITY AND $5,000 NET WORTH LIABILITY.  $95,000.00 OVERPAYMENT WAS REFUNDED AND $5,000 WAS APPLIED TO 2004 TAX FOR YEAR ENDED 6/05.  DEBTOR FILED RETURN 3/14/06 FOR YEAR ENDED 6/05 REFLECTING NO INCOME TAX LIABILITY AND $5,000 NET WORTH TAX, AFTER APPLYING $5,000 CREDIT FROM PRIOR YEAR, DEBTOR REQUESTED $4,990 REFUND.  AS TO WITHHOLDING TAX, NO DOCUMENTATION IS PROVIDED AND STATUTE OF LIMITATION HAS RUN.  AS TO SALES TAXES, DEBTOR UNDERWENT SALES TAX AUDIT AND NO LIABILITY WAS DISCOVERED.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | **10625**<br>Debtor: | $50,000.00<br>**CRACKIN' GOOD, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM ASSERTED FOR CORPORATE INCOME TAX FOR THE PERIOD 7/1/2004 TO 2/21/2005.  DEBTOR REQUESTED EXTENSION TO FILE RETURN FOR ALL OF FISCAL YEAR 2005, PAYING $66,200 ESTIMATED TO BE DUE BY CHECK NUMBER 8101875 DATED 9/8/2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435).  DEBTOR FILED INCOME TAX RETURN FOR FISCAL YEAR 2005 ON 3/14/06, SHOWING TAX LIABILITY OF $65,794 AND NET WORTH TAX OF $10.00.  DEBTOR HAD $10 CREDIT FROM PREVIOUS YEAR.  $10 OF OVERPAYMENT WILL BE CREDITED TO NEXT YEAR, AND DEBTOR REQUESTED REFUND OF $396.00. |
| **Creditor Id: 406107**<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204<br><br>Counsel: ATTN: BRIAN D SALWOWSKI | **11817**<br>Debtor: | $2,177.22<br>**WINN-DIXIE PROCUREMENT, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR CEASED DOING BUSINESS IN INDIANA AS OF 1/31/04. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | 12912<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $686.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM ASSERTED FOR POSTPETITION WITHHOLDING TAXES. DEBTOR MADE PAYMENTS BY ELECTRONIC TRANSFERS. |
| Counsel: ATTN: RICHARD P IEYOUB, ESQ | | | |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | 12913<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $131,096.18 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM ASSERTED FOR POSTPETITION WITHHOLDING AND SALES TAXES. DEBTOR MADE PAYMENTS BY ELECTRONIC TRANSFERS. |
| Counsel: ATTN: RICHARD P IEYOUB, ESQ | | | |
| **Creditor Id: 261896**<br>STATE OF SOUTH CAROLINA REV DEPT<br>ATTN JOE S DUSENBURY JR, ESQ<br>301 GERVAIS ST<br>PO BOX 125<br>COLUMBIA SC 29214 | 4150<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $38.96 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON 1/31/01 SALE AND USE TAXES. ALSO, STATUTE OF LIMITATION HAS RUN. |
| Counsel: ATTN: HENRY MCMASTER, ESQ | | | |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 222<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,357,808.90 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE DOCUMENTATION. CLAIM DEALS WITH AUDIT FOR 12/1/99 TO 8/11/03 PERIOD. DEBTOR PROTESTED AUDIT IN ITS ENTIRETY. ASSESSED AMOUNTS ARE ESTIMATED WITHOUT ANY LEGAL BASIS. ALSO, THREE YEAR STATUTES OF LIMITATION WERE NOT WAIVED AND HAVE NOW RUN. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 11681<br>Debtor: **TABLE SUPPLY FOOD STORES CO., INC.** | $450.76 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. UNKNOWN BASIS OF CLAIM, AND INADEQUATE SUPPORTING DOCUMENTATION. MOREOVER, DEBTOR FILED RETURN FOR 7/1/2004-6/30/2005 PERIOD AND NO ADDITIONAL TAX IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 11683<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $216,412.59 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION. CLAIM SEEKS POSTPETITION TAX INCURRED BY WINN-DIXIE RALEIGH, INC. FKA WINN-DIXIE CHARLOTTE, INC. AND TAX FOR PERIOD COMMENCING 1/1/2005 FOR WINN-DIXIE RALEIGH, INC. NO COMPUTATIONS OR SUPPORT IS GIVEN. DEBTOR FILED FINAL WINN-DIXIE CHARLOTTE, INC. RETURN 9/29/2005 WITH REFUND DUE OF $36,010. WINN-DIXIE RALEIGH, INC. REQUESTED EXTENSION TO FILE RETURN FOR YEAR ENDING 6/2005 ENCLOSING $83,000 BY CHECK NUMBER 810187 FOR ESTIMATED TAX DUE PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 11684<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $1,629,967.51 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM RELATES TO AUDIT FOR 12/1/99 THROUGH 8/11/03 PERIOD THAT DEBTOR PROTESTED. CLAIMANT ESTIMATED ASSESSED AMOUNTS WITH NO LEGAL BASIS AND DEBTOR DID NOT WAIVE STATUTE OF LIMITATION. |
| **Creditor Id: 411102**<br>TALLADEGA COMMUNITY BUILDERS, INC<br>ARONOV REALTY MANAGEMENT<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET ST, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 11018<br>**Debtor: WINN-DIXIE STORES, INC.** | $950.17 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO BAKER FOODS, INC. 8/15/2005. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $950.17. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2613**<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE, SUITE 111<br>SARASOTA, FL 34237<br><br>Counsel: ATTN MELODY D GENSON, ESQ. | 2613<br>**Debtor: WINN-DIXIE STORES, INC.** | $11,890.15 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/2005 AND CLAIMANT WAIVED ALL CLAIMS PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT. |
| **Creditor Id: 1951**<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | 2099<br>**Debtor: WINN-DIXIE STORES, INC.** | $2,584.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05 AND CLAIMANT CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 410395**<br>VENTURES, LLC<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | 7402<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $7,021.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $6,080.05 (INSURANCE OF $4,053.27 AND COMMON AREA MAINTENANCE CHARGES OF $2,026.78). NO OTHER AMOUNT IS DUE. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410395**<br>VENTURES, LLC<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | 7403<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,021.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/29/05 TO BH-LO, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $6,080.05 (INSURANCE OF $4,053.27 AND COMMON AREA MAINTENANCE CHARGES OF $2,026.78). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 264180**<br>VILLAGE PLAZA INC<br>ATTN BEN B MILLS JR, PRES<br>PO BOX 408<br>FITZGERALD, GA 31750-0408<br><br>Counsel: ATTN BEN B MILLS JR, ESQ | 5004<br>Debtor: **WINN-DIXIE STORES, INC.** | $13,957.09 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/27/05. IN CONNECTION WITH CLOSING, DEBTOR PAID $13,818.67 FOR FEBRUARY 2005 RENT AND $338.42 FOR FEBRUARY 2005 COMMON AREA MAINTENANCE CHARGES.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 264305**<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603<br><br>Counsel: ATTN NEIL REGER, ESQ | 12275<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $15,626.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411017**<br>WD ROUTE 3 LP BY SILVER CO AGT<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10314<br>Debtor: **WINN-DIXIE STORES, INC.** | $96,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION FOR REPAIR COSTS.  ALSO, CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id: 411027**<br>WD TAMPA TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | 10385<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH LEASE REJECTION, CLAIMANT WAIVED ANY AMOUNT DUE. |
| **Creditor Id: 2668**<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>ATTN GREGORY MCMAHON, CPA<br>200 EAST 61ST STREET, APT 29F<br>NEW YORK NY 10021 | 11955<br>Debtor: **WINN-DIXIE STORES, INC.** | $787,735.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE AS CLAIMANT ASSIGNED ALL RIGHTS TO ITS LENDER, LAFAYETTE INSURANCE COMPANY. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2668**<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>ATTN GREGORY MCMAHON, CPA<br>200 EAST 61ST STREET, APT 29F<br>NEW YORK NY 10021 | 11956<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $787,735.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ALL RIGHTS TO ITS LENDER, LAFAYETTE INSURANCE COMPANY. |
| **Creditor Id: 2673**<br>WEDDINGTON ASSOCIATES<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 9822<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $5,199.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/17/05 TO HARRIS TEETER.  2004 COMMON AREA MAINTENANCE CHARGE TO BE DISALLOWED AS LANDLORD RECEIVED NOTICE OF SALE AND NOTICE TO SUBMIT CURE AMOUNTS TO BE PAID AT CLOSING.  LANDLORD FAILED TO DO SO. |
| **Creditor Id: 2673**<br>WEDDINGTON ASSOCIATES<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 9823<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,199.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/17/05 TO HARRIS TEETER.  2004 COMMON AREA MAINTENANCE CHARGE TO BE DISALLOWED AS LANDLORD RECEIVED NOTICE OF SALE AND NOTICE TO SUBMIT CURE AMOUNTS TO BE PAID AT CLOSING.  LANDLORD FAILED TO DO SO. |
| **Creditor Id: 410482**<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | 12076<br>Debtor: **WINN-DIXIE STORES, INC.** | $751,973.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO TRUSTEE OF NOTEHOLDERS PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE, ABSENT PROOF OF ASSIGNMENT. |

Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 120 | |
| **Total Amount to be Disallowed:** | $29,536,857.53 | Plus Unliquidated Amounts, If Any |

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 84256**<br>ALFARO, NORBERTO B<br>12328 CLOVER STONE DR<br>TAMPA FL 33624 | 3332 | $386.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | WINN-DIXIE RALEIGH, INC. | | | | |
| **Creditor Id: 88987**<br>BAKER, MICHAEL D<br>714 FORCE ROAD<br>GOLDSBORO NC 27534 | 2045 | $1,800.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | WINN-DIXIE RALEIGH, INC. | | | | |
| **Creditor Id: 1110**<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | 8253 | $38,945.49 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID CURE COSTS OF $38,945.49 FOR REAL ESTATE TAXES.  NO OTHER AMOUNT IS DUE. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN PAUL M DENNIS, ESQ. | | | | | |
| **Creditor Id: 1110**<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | 8254 | $38,945.49 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID CURE COSTS OF $38,945.49 FOR REAL ESTATE TAXES.  NO OTHER AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | WINN-DIXIE RALEIGH, INC. | | | | |
| Counsel: ATTN PAUL M DENNIS, ESQ. | | | | | |
| **Creditor Id: 98895**<br>BROOKS, THOMAS A<br>824 HUMMINGBIRD LANE<br>ORLANDO FL 32825 | 2026 | $3,750.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 99687**<br>BROWN, JOHN W<br>301 N KANAWHA STREET<br>BECKLEY WV 25801<br><br>Debtor:   WINN-DIXIE STORES, INC. | 1479 | $2,730.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 112325**<br>CORTINA, PEDRO<br>5377 W 23RD COURT<br>HIALEAH FL 33016<br><br>Debtor:   WINN-DIXIE STORES, INC. | 2072 | $10,880.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 258386**<br>COUNTY OF PERRY REVENUE DEPT<br>PROPERTY TAX<br>ATTN ELDORA ANDERSON, TAX COLLECTOR<br>PO BOX 95<br>MARION AL  36756<br><br>Debtor:   WINN-DIXIE STORES, INC. | 3866 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE CLOSED IN 2002.  CLAIMANT ADMITS THERE IS NO LIABILITY: ONLY ASSERTS PROTECTIVE CLAIM.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 18668**<br>CRENSHAW, WILLIE G<br>678 WALKER GREEN RD<br>GREENVILLE AL  36037<br><br>Debtor:   WINN-DIXIE STORES, INC. | 5908 | $7,042.45 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  PER STATEMENT ATTACHED TO CLAIM, EMPLOYEE IS 100% VESTED IN 401K PLAN TO WHICH CLAIM RELATES.  401K ACCOUNT IS NOT AFFECTED BY BANKRUPTCY FILING.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 116526**<br>DAVIS, GARY D<br>200 WHITTINGTON DRIVE, APT 231<br>MADISONVILLE KY 42431<br><br>Debtor:   WINN-DIXIE STORES, INC. | 1457 | $4,284.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858 | 8869 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 1/10/06 TO DEON FOODS. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER AMOUNT IS DUE. ALSO, MISCLASSIFIED CLAIM. |
| Counsel: ATTN JOHN M. ROSENTHAL, ESQ | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 121653**<br>DUETT, WILLIAM W<br>1616 34TH AVENUE<br>MERIDIAN MS 39301 | 2476 | $567.35 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| **Creditor Id: 128219**<br>FOLEY, PATRICK M<br>488 S ELMHURST POINT<br>LECANTO FL 34461 | 5451 | $442.40 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 130749**<br>FYE, LEAH F<br>608 S KING AVE<br>DUNN NC 28334 | 2352 | $640.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 132901**<br>GEORGE, MICHEAL T<br>803 VETERANS PKWY<br>OPELIKA AL 36805 | 4863 | $389.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 250527**<br>GEORGIA SUBSEQUENT INJURY TRUST FND<br>ATTN RICHARD W MCGEE, ADMINISTRATOR<br>1720 PEACHTREE STREET, SUITE 500<br>ATLANTA GA 30309-2462<br><br>Debtor: WINN-DIXIE STORES, INC. | 5797 | $581,425.68 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR TIMELY PAID $528,568.80 ON 8/5/05 BY CHECK NUMBER 008082885 PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). ASSERTED AMOUNT REFLECTS AMOUNT SOUGHT IF DEBTOR HAD NOT TENDERED TIMELY PAYMENT. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 145862**<br>HILL, ARLEEN M<br>336 STRERLING ROSE CT<br>APOPKA FL 32703<br><br>Debtor: WINN-DIXIE STORES, INC. | 2927 | $350.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 150341**<br>HUTLEY, RAYMOND L<br>1358 8TH STREET<br>WEST PALM BEACH FL 33402<br><br>Debtor: WINN-DIXIE STORES, INC. | 1503 | $650.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8592 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ<br><br>Debtor: WINN-DIXIE STORES, INC. | 8593 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR. LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ<br><br>Debtor: WINN-DIXIE STORES, INC. | 8597 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR. DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8598 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. DEBTOR SOLD LEASE TO HARRIS TEETER, INC, 8/6/05. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | | |
| **Creditor Id: 43230**<br>LAMB, HARVEY<br>88 GLORY LANE<br>TIFTON GA 31794 | 3709 | $17,812.06 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PER STATEMENT ATTACHED TO CLAIM, EMPLOYEE IS 100% VESTED IN 401K PLAN TO WHICH CLAIM RELATES. 401K ACCOUNT IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN HERBERT W BENSON, ESQ | | | | | |
| **Creditor Id: 165324**<br>LEWIS, ROBBIN P<br>7105 MATTHEW ST<br>JACKSONVILLE FL 32210 | 1285 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 168400**<br>LYON, KERRY D<br>1734 LAKESIDE DRIVE<br>VENICE FL 34293 | 4318 | $15,513.09 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id: 52168**<br>MONESTIME, FRANK<br>14801 GARDEN DRIVE<br>MIAMI FL 33168 | 3960 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  184525**<br>NICHOLSON, KRISTI D<br>401 MEDOC MOUNTAIN ROAD<br>ENFIELD  NC  27823 | 4029 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| | Debtor:  WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id:  257863**<br>OXYGEN SERVICE COMPANY<br>ATTN JUDY HASKINS<br>PO BOX 3489<br>MACON,  GA  31205 | 11470 | $3,073.73 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT IS ATTEMPTING TO RECOVER IMPERMISSIBLE POSTPETITION INTEREST.  ALSO, MISCLASSIFIED CLAIM. |
| | Debtor:  WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id:  57126**<br>PARRISH, J S<br>2342 BARBER ROAD<br>ELON COLLEGE  NC  27244 | 5886 | $1,731.46 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| | Debtor:  WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id:  410515**<br>PAW CREEK CROSSING, LP<br>C/O GVA LAT PURSER & ASSOCIATES INC<br>ATTN DAVID R MARTIN, PROPERTY MGR<br>4530 PARK ROAD, SUITE 300<br>CHARLOTTE  NC  28209 | 8470 | $72,759.59 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/20/05 TO BI-LO LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $72,759.29 (REAL ESTATE TAXES OF $37,671.55, INSURANCE OF $8,881.50, AND COMMON AREA MAINTENANCE CHARGES OF $26,206.24).  NO OTHER AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| | Debtor:  WINN-DIXIE STORES, INC. | | | | |
| | Counsel: ATTN KRISTIN D OGBURN, ESQ | | | | |
| **Creditor Id:  65611**<br>SANCHEZ, GERARDO<br>3829 SW 145 PLACE<br>MIAMI  FL  33165 | 3802 | $200.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| | Debtor:  WINN-DIXIE STORES, INC. | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 68275<br>SIMMONS, ISAIAH M<br>PO BOX 487<br>HASTINGS FL 32145 | 4814 | $4,657.10 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 381921<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 12826 | $1,594,727.83 | Multiple Classes | Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS . AS TO SALES TAXES, THERE IS NO BASIS FOR ASSESSMENT AND THREE YEAR STATUTE OF LIMITATION THEREON HAS RUN. AS TO REMAINING CLAIM, DEBTOR PAID $83,000 9/8/05 WITH REQUEST FOR EXTENSION TO FILE RETURN PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435) AND FILED RETURN 4/3/06 INDICATING FRANCHISE TAX LIABILITY OF $71,025 AND NO AMOUNT DUE FOR EXCISE (INCOME) TAX. ACCORDINGLY, DEBTOR REQUESTED REFUND FOR $11,975 OVERPAYMENT. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id:** 1115<br>YORK, BENNETT V<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG MS 39402 | 8848 | $46,607.81 | Administrative | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/9/05 TO CHANDLER'S JKE, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. LANDLORD DID NOT OBJECT TO CURE COST AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | | |
| **Creditor Id:** 1115<br>YORK, BENNETT V<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG MS 39402 | 8849 | $46,607.81 | Administrative | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/9/05 TO CHANDLER'S JKE, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. LANDLORD DID NOT OBJECT TO CURE COST AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | | |

**Total Claims to be Disallowed/Recl:** 35

**Total Amount to be Disallowed/Recl:** $2,496,918.34   Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 85439<br>AMOS, MISTY D<br>PO BOX 415<br>STANLEYTOWN VA 24168 | 1719 | $103.61 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 242342<br>AMSOUTH BANK<br>10245 CENTURION PARKWAY, SUITE 200<br>JACKSONVILLE, FL 32256 | 10946 | $226,411.33 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN RYAN E DAVIS, ESQ | | | | | |
| Creditor Id: 89736<br>BARBOSA-LOPEZ, HILDA E<br>132 RUBY CIRCLE<br>BRANDON FL 33510 | 2122 | $300.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 246019<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427 | 1642 | $3,130.82 | Administrative<br>Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: | | | | | |
| Creditor Id: 246043<br>CITY OF ORMOND BEACH<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN SANDRA C UPCHURCH<br>PO BOX 277<br>ORMOND BEACH, FL 32175-0277 | 9786 | $2,163.83 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240257**<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BOULEVARD<br>RIVIERA BEACH FL 33404 | 11740 | $2,731.58 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 399643**<br>COUNTY OF FULTON FIN DEPT<br>WATER & SEWER BILLING & COLLECTIONS<br>ATTN MONICA DIXON<br>141 PRYOR STREET SW, SUITE 7001<br>ATLANTA GA 30303 | 739 | $909.02 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 250148**<br>COUNTY OF FULTON WATER SEWER REV FD<br>DEPT OF PUBLIC WORKS<br>ATTN CHARLES A EDWARDS, JR<br>1030 MARIETTA HWY<br>ROSWELL GA 30075 | 1754 | $27.50 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 240480**<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | 5778 | $1,602.83 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 240480**<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | 5782 | $1,574.73 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 240480**<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | 5783 | $2,676.98 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE MONTGOMERY, INC.** | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 113046**<br>CRABTREE, JANISE V<br>125 CYPRESS LN<br>FAIRHOPE AL 36532 | 3810 | $300.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 113762**<br>CROCKER, THOMAS M<br>1108 COLLEGE ST<br>CLEVELAND MS 38732-0999 | 5479 | $294.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 22386**<br>DOSS, LISA G<br>30 EDGEWOOD DR<br>SELMA AL 36701 | 4312 | $300.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 279359**<br>FABRI-KAL CORPORATION<br>ATTN HOWARD W LYNCH, CR MGR<br>PLASTICS PLACE<br>KALAMAZOO MI 49001 | 3978 | $6,467.68 | Priority | Multiple Classes | MISCLASSIFIED CLAIM. RECLASSIFY $3,173.38 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,294.30 TO UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 28820**<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | 3429 | $883.20 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 410571**<br>HENKEL CONSUMER ADHESIVES<br>ATTN SCOTT MILLER, FINANCE DIRECTOR<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 | 8932 | $17,747.89 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $3,584.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,163.21 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 380980**<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105<br><br>Debtor:    WINN-DIXIE STORES, INC. | 11898 | $64,121.40 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 257458**<br>NORTHWEST ALABAMA GAS DISTRICT<br>ATTN JERRY W SELF, GM<br>PO BOX 129<br>HAMILTON, AL 35570<br><br>Debtor:    WINN-DIXIE STORES, INC. | 1154 | $4,046.93 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 56174**<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711<br><br>Debtor:    WINN-DIXIE STORES, INC. | 2052 | $96.06 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 408329**<br>PARISH OF ST TAMMANY<br>ATTN ROBERT BARNETT, ESQ.<br>PO BOX 628<br>COVINGTON LA 70434<br><br>Debtor:    WINN-DIXIE STORES, INC. | 6988 | $568.73 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 259462**<br>REPUBLIC PLASTICS LTD<br>ATTN MELISSA LAMB, CONTROLLER<br>355 SCHUMANN RD<br>MCQUEENEY, TX 78123<br><br>Debtor:    WINN-DIXIE STORES, INC. | 813 | $17,229.40 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $16,540.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $689.18 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 261365**<br>SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219<br><br>Debtor:    WINN-DIXIE STORES, INC. | 3274 | $96,891.01 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 262416**<br>TAI FOONG USA INC<br>ATTN GIL G MARTIN, CREDIT MGR<br>SDS 12-2410<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2410<br><br>Debtor:    WINN-DIXIE STORES, INC. | 4304 | $207,460.00 | Multiple Classes | Multiple Classes | ASSERTED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY, MISCLASSIFIED IN PART. RECLASSIFY $9,504.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $197,956.00 TO UNSECURED NON-PRIORITY. |

Transferee: AMROC INVESTMENTS LLC

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 403489** | 1167 | $31,818.58 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| WEINACKER'S SHOPPING CENTER LLC | | | | | |
| ATTN BARRY A FRIEDMAN | | | | | |
| 3809 CLARIDGE ROAD NORTH | | | | | |
| MOBILE  AL  36608 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Total Claims to be Reclassified:** | 25 | | | | |
| **Total Amount to be Reclassified:** | $689,857.11 | Plus Unliquidated Amounts, If Any | | | |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING
NO LIABILITY MISCLASSIFIED CLAIMS AND (C) RECLASSIFYING
MISCLASSIFIED CLAIMS AS SET FORTH IN THE DEBTORS'
ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.      The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

4.     The secured, priority or multiple class status alleged for each of the Misclassified Claims listed on Exhibit C is denied; and the Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ____ day of June, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**