UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re; | ) Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC, *et.al.* | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**OBJECTION TO MOTION FOR ORDER
AUTHORIZING THE DEBTORS TO SELL
HOLLYWOOD TRACT AND RELATED ASSETS FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESST
<u>AND GRANTING RELATED RELIEF</u>**

Comes now, State of Florida, department of Revenue, by and through its undersigned attorney objects to the Motion for Order Authorizing Sale to the limited extent it requests relief pursuant to §1146(c) of the Bankruptcy Code, now §1146(a) and as grounds therefore state as follows:

1. Title 11 U.S.C. §1146(c) requires that a confirmed plan be in place before a transfer is entitled to its relief.

2. There has not been a plan confirmed in the instant bankruptcy case and therefore relief under 11 U.S.C. §1146(c) is not available.

3.    The instant Motion is "Stealth" in that the relief is not requested directly but is contained in paragraph 6(a)(ii) of the attached Real Estate Purchase Agreement.

4.    The law firm of SKADDEN, ARPS, SLATE, MEAGHER and FLOM, LLP, a nationwide firm, is fully aware of the law regarding the relief requested.

WHEREFORE, the State of Florida, Department of Revenue moves this honorable court deny the Motion filed in so far as it seeks relief pursuant to §1146(c) and grant such other and further relief as it deems just and proper.

                                  Respectfully submitted,

                                  _____/S/_____
                                  FREDERICK F. RUDZIK
                                  Assistant General Counsel
                                  Florida Department of Revenue
                                  P.O. Box 6668
                                  Tallahassee, Florida 32314-6668
                                  Telephone:  (850) 922-9887
                                  Telecopier:  (850) 921-3039
                                  Florida Bar No.: 0749052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been served upon Sally McDonald Henry at shenry@skadden.com and Cynthia C Jackson at cjacksonAsmithhulsey.com this 19th day of May, 2006 by electronic mail.

_____/S/_____
FREDERICK F. RUDZIK
Assistant General Counsel
Florida Department of Revenue