

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
May 19, 2006
10:00 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson /P/ D.J. Baker/J. Post

Continued Amended Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claim Bar Date, and (c) Granting Related Relief Filed by Debtor (7517)

Sunrise Properties, LLC, Store 208, 211, 339 and 2330 (Doc. 7736)

(a) Objection to Stores 211 and 339 by Gator Carriage Partners, Ltd., et al (7800)

*approved*
*Ord / Jackson*

APPEARANCES:
US TRUSTEE:                         ELENA ESCAMILLA
UNSEC. CRED:                        JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR
SUNRISE PROPERTIES, LLC:            GARDNER F. DAVIS /P/
GATOR CARRIAGE PARTNERS:            KYLE R. GRUBBS /P/

RULING:

JAMES GOLDSMITH - SUNRISE PROP.
ESMAIL MOBARAK -