B210
12/04

# United States Bankruptcy Court
## Middle District of Florida

In re: WINN DIXIE PROCUREMENT, INC. Case No. 05-03817

Court ID (Court use only)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a), in the amount of $1,233,844.00. Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Name of Transferee:
SPCP Group, LLC

Name and Address where notices to transferee should be sent:

Attn: Brian Jarmain
SPCP Group, LLC
2 Greenwich Plaza
Greenwich, CT 06830

Phone: 203-542-4032
Last Four Digits of Acct #:_________

Name and Address where transferee payments should be sent (if different from above)

Phone:_________________________
Last Four Digits of Acct #:_________

Court Claim # (if known): 8469
Date Claim Filed: 7/26/2005

Name of Transferor:
Konica Minolta Photo Imaging USA, Inc.

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct #:_________

Name and Current Address of Transferor:
Attn: Brian Cupka
Konica Minolta Photo Imaging USA, Inc.
725 Darlington Ave.
Mahwah, NJ 07430
Phone: 201.236.3704
Last Four Digits of Acct #:_________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Jarmain
Transferee/Transferee's Agent

Date: May 16, 2006 s

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18U.S.C. § § 152 & 371.

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date_______________________________

_______________________________
CLERK OF THE COURT

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received the adequacy and sufficiency of which are hereby acknowledged, KONICA MINOLTA PHOTO IMAGING USA, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims listed on Debtor's Schedule F in the aggregate amount of $889,011.03 (the "Assigned Claim"), against Winn-Dixie Procurement, Inc, ("Debtor"), the debtor-in-possession in Case No. 05-03838 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, particularly Proof of Claim No. 8469, in the amount of $1,233,844.00.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on ~~May~~ April 27, 2006.

**KONICA MINOLTA PHOTO IMAGING USA, INC.**

By: [signature]
Name: [handwritten]
Title: SVP Fine

Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

**Chapter 11**
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: Winn-Dixie Stores, Inc. Case No. 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):
20279926
WDX-405009-BB-95
Konica Minolta Photo Imaging USA, Inc.
725 Darlington Avenue
Mahwah, NJ 07430-2601

201-574-4014
Telephone No. of Creditor

201-574-4244
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE: 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 8469**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☒ additional address
Name: Joshua T. Klein
Company/Firm: Fox Rothschild LLP
Address: 2000 Market Street, 10th Floor
Philadelphia, PA 19103

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: 714293

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

1. Basis for Claim
☒ Goods sold to debtor(s)
☒ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other ____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☒ Personal property lease
☐ Other contract ____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: ____
Unpaid compensation for services performed from ____ to ____ (date) (date)

2. Date debt was incurred: May 29, 2003-Feb 21, 2005

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $1,233,844.00 (unsecured) $ 0 (secured) $ 0 (priority) $ 1,233,844.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ____

Value of Collateral: $____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

6. Unsecured Nonpriority Claim $____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a) (8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only
2005 JUL 26 AM 11:04

Date

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: [signature] Title: SVP Finance
Signature: [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SILVER POINT CAPITAL, L.P.

FILED
JACKSONVILLE
FLORIDA

2006 MAY 19 A 9:16

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Clerk of the Court
United States Bankruptcy Court for the
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Re: Winn Dixie

Dear Sir or Madam:

Please find enclosed originals and two copies of SPCP Group LLC's Notice of Transfer of Claims listed below:

Konica Minolta Photo Imaging USA, inc.

Please file original notice, stamp all copies received and return in the self-addressed stamped envelope enclosed herewith.

Thank you for your attention to this matter.

Sincerely,

Elizabeth Zambelli
Silver Point Capital
203-542-4055

2 GREENWICH PLAZA, GREENWICH, CT 06830
PHONE: (203)542-4000 FAX: (203)542-4100