[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION OBJECTING TO MOTION FOR ORDER AUTHORIZING SALE

This case came on for consideration upon the Court's own motion. On May 19, 2006, Frederick F. Rudzik filed a Motion Objecting to Motion for Order Authorizing Sale without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion Objecting to Motion for Order Authorizing Sale is stricken from the record.

Dated May 22, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Frederick F. Rudzik, P.O. Box 6668, Tallahassee, FL 32314-6668
Attorneys for Debtor