**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## AMENDED CERTIFICATE OF SERVICE

COMES NOW Robert Olea and Samantha Olea, by and through the undersigned counsel, and hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay has been served on the Debtor by U.S. Mail and to the Debtor's attorney, U.S. Trustee and Rule 1007(d) parties in interest electronically.

/s/ C. Steven Ball
C. Steven Ball (Alabama Bar No. 5126-A64C)
One of the Attorneys for Robert and Samantha Olea

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Fax: 205-278-8008
sball@bcattys.com

G:\wpusers\LRB\Olea 2394\P-Amended COS.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and, served a copy of the above and foregoing upon the below-listed persons/entities by depositing a copy of same in the United States mail, properly addressed, first-class postage prepaid, as follows:

Leanne McKnight Prendergast
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker
Four Times Square
New York, New York 10036

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

/s/ C. Steven Ball
C. Steven Ball