

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
May 22, 2006

**HONORABLE JERRY A. FUNK**                                    JACKSONVILLE

CASE NUMBER: 05-03817-3F1        FILING DATE: 02/21/2005        HEARING TIME: 01:30 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN / Stephen D. Busey / Cynthia C. Jackson / Leanne Prendergast / D.J. Baker
Trustee:

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY CONVERGINT TECHNOLOGIES LLC (7308)


R/S     A/P     F/HRG

ORDER:


APPEARANCES:

Convergint Technologies LLC : Robert Wilcox   Pat Morgan

Granted t. Amy for same as
Cr.