**UNITED STATES BANKRUPTCY COURT**
*Middle District Of Florida*
*300 North Hogan Street, Suite 3-350*
*Jacksonville, Florida  32202*
*(904) 301-6490*



May 23, 2006


Mr. Joe L. Amerson
#36217
P.O. Box 88550
C.M.C.F. 3B.1 B-Zone Bd #80
Pearl, MS 39288-8550

Re: Winn-Dixie Stores, Inc.
     Case #05-bk-3817-3F1

Dear Mr. Amerson,

The court is in receipt of your correspondence dated May 22, 2006, and have filed it as such. Unfortunately, the Court is unable to take any action on your letter, as we cannot construe it to be a motion, objection, application or other pleading.  You must file the proper documents with the Court in order for any action to be taken.


Sincerely,

Susan Baldwin
Case Manager