## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

Circuit Court Clerk                                   ~~Movant~~ Attorney

Donna Johnson
P.O. Box 1685
Meridian, MS 39301

SO CERTIFIED, this the 10th day of August, 20 05.

Joe Louis Amerson Jr
Petitioner
36217
MDOC #
C.M.C.F. B1-B Zone
Address
PO Box 88550 Pearl, MS. 39288
Address