**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING WINN-DIXIE STORES, INC. TO (I) EXERCISE ITS CONSENT TO SALE OF STOCK BY NON-DEBTOR SUBSIDIARY, SUBJECT TO HIGHER OR OTHERWISE BETTER OFFERS, (II) ENTER INTO A RELATED TRANSITION SERVICES AGREEMENT AND (III) ENTER INTO A RELATED NON-COMPETITION AGREEMENT**

I, Adam Ravin, certify that on March 31, 2006 I caused to be served (a) the Debtors' Motion for Order Authorizing Winn-Dixie Stores, Inc. to (I) Exercise its Consent to Sale of Stock by Non-Debtor Subsidiary, Subject to Higher or Otherwise Better Offers, (II) Enter into a Related Transition Services Agreement and (III) Enter into a Related Non-Competition Agreement [Docket No. 6878], (b) a corresponding Notice of Hearing [Docket No. 6879], and (c) a corresponding Notice of Sale [Docket No. 6880], by having true and correct copies thereof sent to the parties listed in Exhibit A via first-class mail, postage pre-paid.

Dated: May 17, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

2

SMITH HULSEY & BUSEY

By: /s/ Cynthia C. Jackson
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

2

Exhibit A

Rupert W. Roberts
Supervalue
Golden Gates Shopping Centre
Nassau, Bahamas

Edward F. Desmond
Maxon Capital
200 East 116th Street, Suite 2N
New York, NY 10029

Barbados Dairy Industries
The Pine
St. Michael, Barbados

Rachel Curtis
Cost Rite Warehouse Club
Town Center Mall, Blue Road
P.O. Box N-3236
Nassau, Bahamas

Barbados Shipping and Trading Co.
1st Floor The Autodome Warens
St. Michael, Barbados

Belize Foods (Actis)
6 Duke Street
St. Jame's
London, UK

Bermuda Bakery
71 Pitts Bay Road
Hamilton, CX, Bermuda

Cinta Azul S.A. (Cargill)
2 km Oeste del Aeropuerto
San Jose, Costa Rica

Jose Luis La Parte
PriceSmart (Wynnefield Capital)
9470 Scranton Road
San Diego, CA  92121

Grace Kennedy
19 Knutsford Boulevard
Kingston 5, Jamaica

Arturo Melo K.
Group Melo
Via Espana 2313
Ciudad de Panama, Panama

Kathy Ann Watson
Hi-Lo Foodstores
39A Wrightson Road
Port-of-Spain, Trinidad & Tabago

Manuel Pellerano
Neal & Massey
1401 Brickell Avenue, Suite 930
Miami FL, 33131

Michael Gerrard
Broadspan Capital
1401 Brickell Avenue, Suite 930
Miami, FL  33131

Jamaica Producers Group
6A Oxford Road, PO Box 237
Kingston 5, Jamaica

Rica Foods (Avicola Campesinos)
200 South Biscayne Boulevard, Suite 4530
Miami, FL  33131

"Senor" Charlie
Super Xtra
679 Zona 1
Panama, Panama

Javier Rojo
Supermercados Amigos (Wal-Mart)
PMB #725
PO BOX 4960
Caguas, PR 00726-4960

Jesus Maymi
Supermercados Econo
Plazoleta Isla Verge, Site 1
San Juan, PR

Frank G. Vitrano
Pathmark
200 Milk Street
Carteret, NJ 07008

James W. Lanning
Ingles
2913 US Highway 70 W.
Black Mountain, NC 28711

Raymond Burgo
Giant Eagle
101 Kappa Drive
Pittsburgh, PA 15238

Mitchell Goldstein
The Great Atlantic & Pacific Tea Company
2 Paragon Drive
Montvale, NJ 07645

Anders Moberg
Koninklikjke Ahold N.V.
Albert Heijnweg 1
1507 EH Zaandam
The Netherlands

Richard Galanti
Costco
999 Lake Drive
Issaquah, WA 98027

David Criscione
Delhaize America
2110 Executive Drive, PO Box 1330
Salisbury, NC 28145

Terry Evans
Kroger
1014 Vine Street
Cincinnati, OH 45202

Lennie Hayes
Marsh Supermarkets
9800 Crosspoint Boulevard
Indianapolis, IN 46256

John Frazier
Public Supermarkets Inc.
3300 Airport Road
Lakeland, FL 33811

Jeff D. Sherman
Harris Teeter
701 Crestdale Drive
Mathews, NC 28106

Robert L Edwards
Safeway
5918 Stoneridege Mall Road
Pleasanton, CA 94588

Tony Pellegrin
Supervalu
11840 Valley View Road
Eden Prairie, MN 55344

Wal-Mart Stores
702 SW Eighth Street
Bentonville, AR 72712

John Longmire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 11050
William R. Mills
Weis Markets
1000 S Second Street
PO Box 471
Sunbury, PA 17801

Brad Gold
Cerberus Capital Management
299 Park Avenue 23rd Floor
New York, NY 10171

Hugh Evans
Stonington Partners
767 5th Avenue 48th Floor
New York, NY 10153

Anwer J. Sunderji
Fidelity Merchant Bank & Trust Limited
51 Frederick Street
P.O. Box CB-12337
Nassau NP, Bahamas

Oliver P. Gibson
Oliver P. Gibson Business & Financial
P.O. Box SS-19042, 6 Seahorse Drive, Sea Breeze
Nassau, Bahamas

James Campbell
P.O. Box SS 5491
Nassau, Bahamas

Mike Duckworth
Yucaipa
9130 W. Sunset Boulevard
Los Angeles, CA 90001

Calvin Miller
Associate Grocers of Florida
7000 NW 32nd Avenue
Miami, FL 33147

Gerry Totoritis
Associate Grocers of the South
PO Box 11044
Birmingham, AL 35202

J Fitz
BK Foods Ltd.
Ocean Centre
Montagu Foreshore
East Bay Street
Nassau, Bahamas

Zarina M. Fitzgerald
Higgs & Johnson
Ocean Centre
Monagu Foreshore
East Bay Street
P.O. Box N-3247
Nassau Bahamas