# EXHIBIT 1

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CONVERGINT TECHNOLOGIES LLC, a
Delaware limited liability company,

CASE NO. CACE 04-001004

Plaintiff,

vs.

GROUP 1 SYSTEMS, INC., a Florida
corporation,

Defendant.

FINAL

**SUMMARY FINAL JUDGMENT AGAINST DEFENDANT GROUP 1 SYSTEMS, INC.**

THIS CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment

against Defendant GROUP 1 SYSTEMS, INC., and the Court being fully advised in the premises,

it is hereby

ORDERED and ADJUDGED that the aforementioned Motion is hereby granted. Plaintiff

CONVERGINT TECHNOLOGIES LLC, shall recover from Defendant GROUP 1 SYSTEMS, INC.,

the sum of $65,245.72 as principal, plus $4,204.33 as interest, and $225.00 as costs, for the total sum

of $69,675.05, which shall bear interest at the legal rate of 7% per annum, for which let execution

issue forthwith.

DONE and ORDERED in Broward County, Florida this 19 day of April, 2004.

_____
CIRCUIT JUDGE

Judgment Creditor:                    Judgment Debtor:
CONVERGINT TECHNOLOGIES LLC           GROUP 1 SYSTEMS, INC.
1094 Johnson Drive                    3307 NW 55th St.
Buffalo Grove, IL 60089               Ft. Lauderdale, FL 33309

Copies Furnished To:
Bruce A. Goodman, Esq., 2900 E. Oakland Park Blvd., Third Floor, Ft. Lauderdale, FL 33306
Philip E. Ward, Esq., One East Broward Blvd., Suite 1300, Ft. Lauderdale, FL 33301

F:\DOCSNEW\Convergint\Final Judgment.wpd

# EXHIBIT 1

EXHIBIT 2

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

DOCUMENT# G02260900416

**Fictitious Name to be Registered:**  SERVIDIAN

**Mailing Address of Business:**     3307 NW 55TH STREET
                                     FT. LAUDERDALE, FL 33309

**Florida County of principal place of business:**  BROWARD

**FEI Number:** 65-0582706

**Owner(s) of Fictitious Name:**

GROUP 1 SYSTEMS, INC.
3307 NW 55TH STREET
FT. LAUDERDALE, FL 33309    US
Florida Registration Number: P95000040379
FEI Number: 65-0582706

**FILED**
**Sep 17, 2002**
**Secretary of State**

I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) understand that the electronic signature(s) below shall have the same legal effect as if made under oath.

DONALD R. WALLACE                          09/17/2002
Electronic Signature(s)                        Date

**Certificate of Status Requested ( )**     **Certified Copy Requested (X)**

 EXHIBIT 2

EXHIBIT 3

# United States Bankruptcy Court

## Middle District Of Florida

<u>In re:</u> **Winn-Dixie Stores, Inc.**                    Case No.: **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **Servidian** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **LCH Opportunities, LLC** | |
| **Attn: Joseph M. O'Connor** | |
| **315 Park Avenue South, 20th Floor** | |
| **New York, NY 10010** | |
| Phone: **(212) 460-1966** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Servidian** |
| | **3307 NW 55th Street** |
| | **Ft. Lauderdale, FL 33309** |
| | Phone: 561-716-2947 |

Court Claim # (if known): n/a
Claim Amount:          $38,052.24
Date Claim Filed:        n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____          Date: 5/05/06
           Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                    _____
                                    **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Servidian (the "Assignor") hereby unconditionally and irrevocably sell, transfer and assign to LCH Opportunities, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the aggregate outstanding principal amount of not less than $52,727.59 (the "Claim Amount") against Winn-Dixie Logistics, Inc., and Winn-Dixie Stores, Inc., (together with Winn-Dixie Stores Inc. and their affiliates, the "Debtors") the debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18 day of April, 2006.

Servidian

_Donald R Wallace_
AUTHORIZED SIGNATURE

_Donald R. Wallace    President_
PRINT NAME/TITLE

LCH Opportunities, LLC

_J. O'Connor_
AUTHORIZED SIGNATURE

_Joseph M O'Connor / Vice President_
PRINT NAME/TITLE

EXHIBIT 4

# United States Bankruptcy Court

## Middle District Of Florida

<u>In re:</u> **Winn-Dixie Stores, Inc.**          <u>Case No.:</u> **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **Servidian** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
|---|---|
| **LCH Opportunities, LLC**<br>**Attn: Joseph M. O'Connor**<br>**315 Park Avenue South, 20th Floor**<br>**New York, NY  10010**<br>Phone: **(212) 460-1966** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
|---|---|
| | **Servidian**<br>**3307 NW 55th Street**<br>**Ft. Lauderdale, FL 33309**<br>Phone: 561-716-2947 |

Court Claim # (if known): n/a
Claim Amount:          $14,675.35
Date Claim Filed:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Ganna Liberchuk</u>          Date: 5/<u>05/06</u>
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                         **CLERK OF THE COURT**

04/24/2006 MON 16:12 FAX 407 503 2166         HARDROCK HOTEL FAX   —                                    ☑002
04/24/2006 13:16 FAX                                                                                   ☑007

Apr 21 06 07:07a        servidian integrated        954-731-9288              p.7

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Servidian (the "Assignor") hereby unconditionally and irrevocably sell, transfer and assign to LCH Opportunities, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the aggregate outstanding principal amount of not less than $52,727.59 (the "Claim Amount") against Winn-Dixie Logistics, Inc., and Winn Dixie Stores, Inc., (together with Winn-Dixie Stores Inc. and their affiliates, the "Debtors") the debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _18_ day of _April_, 2006.

Servidian                                             LCH Opportunities, LLC

_Donald R Wallace_                                    _J. Ones_
AUTHORIZED SIGNATURE                                  AUTHORIZED SIGNATURE

_Donald R. Wallace   President_                       _Joseph M O'Connor / Vice President_
PRINT NAME/TITLE                                      PRINT NAME/TITLE

# EXHIBIT 5

**From:** Don Wallace [mailto:don@servidian.net]
**Sent:** Thursday, April 27, 2006 9:06 AM
**To:** 'Brian Brager'
**Subject:** W/D debt

Brian, we received the wire transfer this morning.  Thank you for your patience and assistance in getting this transaction completed.

Sincerely,

Don Wallace

EXHIBIT 6

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L05000099143
FILED 8:00 AM
October 07, 2005
Sec. Of State
lrivers

## Article I

The name of the Limited Liability Company is:

SERVIDIAN INTEGRATED SECURITY SERVICES, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1600 SUNDANCE LANE
BOCA RATON, FL.  33428

The mailing address of the Limited Liability Company is:

1600 SUNDANCE LANE
BOCA RATON, FL.  33428

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

DONALD R WALLACE
1600 SUNDANCE LANE
BOCA RATON, FL.  33428

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:   DONALD R. WALLACE

## Article V

The name and address of managing members/managers are:

L05000099143
FILED 8:00 AM
October 07, 2005
Sec. Of State
Irivers

Title:  MGRM
DONALD R WALLACE
1600 SUNDANCE LANE
BOCA RATON, FL.   33428

Signature of member or an authorized representative of a member

Signature: DONALD R. WALLACE



# Florida Limited Liability

## SERVIDIAN INTEGRATED SECURITY SERVICES, LLC

### PRINCIPAL ADDRESS
1600 SUNDANCE LANE
BOCA RATON FL 33428

### MAILING ADDRESS
1600 SUNDANCE LANE
BOCA RATON FL 33428

| Document Number | FEI Number | Date Filed |
|---|---|---|
| L05000099143 | 203617749 | 10/07/2005 |

| State | Status | Effective Date |
|---|---|---|
| FL | ACTIVE | NONE |

| Total Contribution |
|---|
| 0.00 |

## Registered Agent

| Name & Address |
|---|
| WALLACE, DONALD R
1600 SUNDANCE LANE
BOCA RATON FL 33428 |

## Manager/Member Detail

| Name & Address | Title |
|---|---|
| WALLACE, DONALD R
1600 SUNDANCE LANE

BOCA RATON FL 33428 | MGRM |

## Annual Reports

| Report Year | Filed Date |
|---|---|

| 2006 | 03/03/2006 |

[ Previous Filing ]          [ Return to List ]          [ Next Filing ]

No Events
No Name History Information

## Document Images

Listed below are the images available for this filing.

| |
|---|
| 03/03/2006 -- ANNUAL REPORT |
| 10/07/2005 -- Florida Limited Liability |

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

Corporations Inquiry                    Corporations Help

EXHIBIT 7

## Assignor's Wire Instructions

Bank Name:  Bank Atlantic

Bank Address: Boca Greens #150
19631 State Rd. 7
Boca Raton, Fl. 33498

ABA/Routing:  267083763

For Credit to: Servidian Integrated Security LLC

Creditor Address: 20423 State Rd. 7
Suite F6-481
Boca Raton, Fl. 33498

Account Number: 0059883262

For Further Credit to (if applicable):  N/A

EXHIBIT 8

**From:** Don Wallace [mailto:don@servidian.net]
**Sent:** Friday, April 21, 2006 6:17 PM
**To:** 'Brian Brager'
**Subject:** RE: Winn Dixie Claim: Servidian

Brian,  two different companies with different operations and separate EIN's.  Money Store has liens against Group 1 Systems, Inc. d\b\a Servidian  not against Servidian, LLC.  What do you need to protect your end of this deal as they are not related entities?

Don W.

-----Original Message-----
**From:** Brian Brager [mailto:bbrager@haincapital.com]
**Sent:** Friday, April 21, 2006 4:13 PM
**To:** 'Don Wallace'
**Subject:** Winn Dixie Claim: Servidian

Hello Don,

On last item.  We ran a D&B report and it looks like you might need a lien release in order to sell your claim.  Please see the attached D&B report that shows The Money Store listed.  I have attached a form lien release for them to sign off.  This is a relatively common thing but let me know if they have any problems signing the lien release.

Best regards,

Brian L. Brager
Hain Capital Group, LLC
301 Route 17 North, 6th Floor
Rutherford, NJ  07070
(201) 806-9804 – Direct
(201) 896-6100 - Main
(201) 896-6102 - Fax
bbrager@haincapital.com