**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                  Case No.: 05-03817-JAF
                                                                                        Chapter 11
**WINN-DIXIE STORES, INC., et al.,**
                                                                                        Jointly Administered
    Debtors.
_____/

### CREDITOR'S, GARDENS PARK PLAZA, Ltd., LIMITED OBJECTION TO AD HOC TRADE COMMITTEE OF WINN-DIXE STORES, INC., ET AL.'S MOTION FOR ORDER PURSUANT TO § 105(a) OF THE BANKRUPTCY CODE SUBSTANTIVELY CONSOLIDATING DEBTORS' ESTATES

    Creditor, **Gardens Park Plaza, Ltd**. ("GPP"), lessor of non-residential real property, by and through undersigned counsel, hereby files its Limited Objection to the Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.'s ("Trade Committee"), Motion for Order Pursuant to § 105(c) of the Bankruptcy Code Substantively Consolidating Debtors' Estates and respectfully represents:

    1.    On February 21, 2005, the Debtors filed their petitions under chapter 11 of title 11 of the United States Code, commencing these cases.

    2.    GPP is the lessor under the lease of non-residential real property with the Debtors, located in Gardens Park Plaza, Palm Beach Gardens, Florida. Such lease has not yet been assumed or rejected.

    3.    GPP has two general unsecured claims pending in this bankruptcy proceeding, Claim No. 11551 in an amount in excess of $5,000.00, and Claim No. 4968 in the amount of $90,442.66.

    4.    The instant motion is what would commonly be referred to as a bare bones motion. It seeks relief from the Court, but does not set forth in any particular specificity the

factual basis for granting such relief. The Creditor understands that the Trade Committee was limited in its ability to disclose certain information because of a confidentiality agreement to which it is a party with the Debtor. Counsel for the Creditor has discussed the matter with counsel for the Trade Committee so that he could attempt to review the underlying memorandum and affidavit in support of the motion by considering any proposed confidentiality agreement. Counsel for the Trade Committee referred counsel for the Creditor to Debtor's counsel. Debtor's counsel has indicated that there is currently not a confidentiality agreement being made available to general creditors to sign which would in turn allow them to review the papers filed with the Court. The Creditor understands that the Debtor is currently reviewing the matter in order to determine its position on the motion and whether or not there is a mechanism by which creditors can unseal the papers filed with the Court in support of the motion.

5. Accordingly, unless and until the Creditor has the ability to review the papers filed with the Court in support of substantive consolidation it cannot fully evaluate whether or not to object to or support the motion.

WHEREFORE, Creditor, **Gardens Park Plaza, Ltd.** ("GPP"), by and through undersigned counsel, respectfully requests that the Court enter an Order denying the Ad Hoc Trade Committee's motion to substantively consolidate the Debtors' estates, plus that the Court grant such other and further relief as the court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and regular U.S. Mail to: DLA Piper Rudnick Gray Cary US LLP, Attn: Thomas R. Califano, Esq., 1251 Avenue of the Americas, New York, New York 10020-1104; DLA Piper Rudnick Gray Cary US LLP, Attn: Mark J. Friedman, Esq., 6225 Smith Ave., Baltimore MD

21209; and DLA Piper Rudnick Gray Cary US LLP, Attn: Philip V. Martino, Esq., 101 East Kennedy Blvd., Suite 2000, Tampa FL 33602-5149, on this the 24th day of May 2006.

                ELK, BANKIER, CHRISTU & BAKST, LLP

                 /s/   Rilyn A. Carnahan
                MICHAEL R. BAKST, ESQ.
                Florida Bar No.: 866377
                Rilyn A. Carnahan, Esq.
                Florida Bar No.: 614831
                Attorneys for Gardens Park Plaza, Ltd.
                222 Lakeview Ave., Suite 1330
                West Palm Beach FL 33401
                Telephone:  (561) 238-9900
                Facsimile:   (561) 238-9920

060524/dlc