UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )        Case No. 05-03817-3F1
                                                      Chapter 11
             Debtors.                        )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Debra Brown  (Claim No. 4546) [Docket No. 7918] was furnished by mail on May 23,

2006 to Debra Brown c/o Michael McLaughlin, Esq., Wagner Vaughn & McLaughlin,

601 Bayshore Blvd., Suite 910, Tampa, Florida 33606.

Dated:  May 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_____              By   ___s/ James H. Post_____
     D. J. Baker                            Stephen D. Busey
     Sally McDonald Henry                   James H. Post (FBN 175460)
     Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

00520151.DOC