UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                Debtors.                       )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Lazara Rivas  (Claim No. 329) [Docket No. 7917] was furnished by mail on May 23,

2006 to Lazara Rivas c/o Craig A. Huffman, Esq., Manuel Machin, P.A., 607A West

Martin Luther King Blvd., Tampa, Florida 33603.

Dated:  May 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                   By   _s/ James H. Post_
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post (FBN 175460)
      Rosalie Gray                            Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

00520151.DOC