UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                   )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                 Chapter 11
            Debtors.                    )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jorge Hernandez  (Claim No. 4092) [Docket No. 7916] was furnished by mail on May

23, 2006 to Jorge Hernandez c/o J. M. Perez, Esq., 1801 S.W. 3rd Avenue, Jules DuBois

Bldg., 6th Floor, Miami. Florida 33129.

Dated:  May 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                  By      *s/ James H. Post*
     D. J. Baker                               Stephen D. Busey
     Sally McDonald Henry                      James H. Post (FBN 175460)
     Rosalie Gray                              Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC