## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 29, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (1) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as its Financial Advisors and (2) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors.

Only objections filed with the Court so as to be received by **June 19, 2006** and served on Matthew S. Barr at mbarr@milbank.com, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 and John B. Macdonald at john.macdonald@akerman.com, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

{JA276810;1}

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: May 24, 2006.

        **AKERMAN SENTERFITT**

        By: */s/Patrick P. Patangan*
           John B. Macdonald
           Florida Bar No. 230340
           Email: john.macdonald@akerman.com
           Patrick P. Patangan
           Florida Bar No. 348340
           Email: patrick.patangan@akerman.com
           50 North Laura Street, Suite 2500
           Jacksonville, Florida 32202
           Telephone: (904) 798-3700
           Facsimile: (904) 798-3730

        Co-Counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. <u>et al.</u>

           - and -

        **MILBANK, TWEED, HADLEY & McCLOY LLP**
        Matthew S. Barr (MB 9170)
        Michael E. Comerford (MC 7049)
        1 Chase Manhattan Plaza
        New York, New York 10005
        Telephone: (212) 530-5000

        Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., <u>et al.</u>