# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:                                                                                CASE NO.: 3:05-bk-03817-JAF
                                                                                        Chapter 11

WINN-DIXIE STORES, INC.,

    Debtor.

_____/

## SECOND AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of MARY KNOWLES ANDERSON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY was furnished via electronic mail or regular U. S. Mail to: Debtor, Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; Debtor's counsel, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; U.S. Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32806; and the parties on the attached Local Rule 1007-2 Parties In Interest List this 24th day of May, 2006.

                                                           KELLEY & FULTON, P.A.
                                                           Attorney for Mary Knowles Anderson
                                                           1665 Palm Beach Lakes Blvd.
                                                           The Forum - Suite 1000
                                                           West Palm Beach, Florida 33401
                                                           Telephone No.:  (561) 491-1200
                                                           Facsimile No.:  (561) 684-3773


                                                           By:/s/ Craig I. Kelley
                                                                  Craig I. Kelley, Esquire
                                                                  Florida Bar No.: 782203

F:\CLIENTS\Goldstein, Lauri\Anderson, Mary vs Winn Dixie\Second.Amended.COS.wpd