**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                              CASE NO.: 3:05-bk-03817-JAF
                                                                    Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

## SECOND AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of AGNES OLIVIERI'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY was furnished via electronic mail or regular U. S. Mail to: Debtor, Winn Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; Debtor's counsel, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; U.S. Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32806; and the parties on the attached Local Rule 1007-2 Parties In Interest List this 24th day of May, 2006.

                                          KELLEY & FULTON, P.A.
                                          Attorney for Agnes Olivieri
                                          1665 Palm Beach Lakes Blvd.
                                          The Forum - Suite 1000
                                          West Palm Beach, Florida 33401
                                          Telephone No.: (561) 491-1200
                                          Facsimile No.: (561) 684-3773


                                          By:/s/ Craig I. Kelley
                                              Craig I. Kelley, Esquire
                                              Florida Bar No.: 782203

F:\CLIENTS\Goldstein, Lauri\Olivieri, Agnes vs Winn Dixie\Second.Amended.COS.wpd