UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                         Chapter 11
        Debtors.                            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Angel Robinson (Claim No. 10797) [Docket No. 7909] was furnished by mail on May 23, 2006 to Angel Robinson c/o Chistopher J. Williamson, Esq., Edward J. Womac, Jr. & Associates, LLC, 4902 Canal Street, Suite 300, New Orleans, Louisiana 70119.

Dated: May 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*   <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By    *s/ James H. Post*   <br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC