UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

_____

**NOTICE OF FILING**

COMES NOW the law firm of Held & Israel and hereby gives notice of the filing of the attached Notice of Withdrawal of Counsel, Roetzel & Andress, LPA, on behalf of Lawrence Kadish, Chester Dix Jeffersontown Corp.; Chester Dix Alexandria Corp.; Chester Dix Fort Corp.; Chester Dix Pikeville Corp.; Chester Dix Florence Corp.; Chester Dix Newman Corp.; Chester Dix Hurst Corp.; Chester Dix Lake Corp.; Chester Dix Williston Corp.; Chester Dix Crawfordville Corp.; Chester Dix Crescent Corp.; Chester Dix Wauchula Corp.; and Chester Dix LaBelle Corp.,

creditors and parties in interest in these jointly administered cases.

DATED this 24 day of May, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida  32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/Thimmigwithdrawal.djg

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES INC., *et al*, | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF COUNSEL

Now comes Diana M. Thimmig and E. Mark Young, co-counsel for Lawrence Kadish; Chester Dix Jeffersontown Corp.; Chester Dix Alexandria Corp.; Chester Dix Fort Corp.; Chester Dix Pikeville Corp.; Chester Dix Florence Corp.; Chester Dix Newman Corp.; Chester Dix Hurst Corp.; Chester Dix Lake Corp.; Chester Dix Williston Corp.; Chester Dix Crawfordville Corp.; Chester Dix Crescent Corp.; Chester Dix Wauchula Corp.; and Chester Dix LaBelle Corp, Creditors, and hereby notifies all other parties and the Court that Ms. Thimmig, Mr. Young, and the Firm of Roetzel & Andress, LPA, with the address of 1375 East Ninth Street, One Cleveland Center, 9th Floor, Cleveland, OH 44114, have withdrawn from representation in the within Proceeding. Service of documents on Ms. Thimmig and Mr. Young

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

and Roetzel & Andress, LPA is no longer required.

Dated: May 24, 2006

                                          Respectfully submitted by:

                                          */s/ Diana M. Thimmig*

                                          Diana M Thimmig, Esq. (#0016011)
                                          Roetzel & Andress
                                          1375 East Ninth Street
                                          One Cleveland Center, Ninth Floor
                                          Cleveland, OH 44114
                                          Tele: 216-623-0150
                                          Fax: 216-623-0134
                                          E-Mail: *dthimmig@ralaw.com*

Attorneys for Lawrence Kadish, Chester Dix Jeffersontown Corp.; Chester Dix Alexandria Corp.;Chester Dix Fort Corp.;Chester Dix Pikeville Corp.;Chester Dix Florence Corp.;Chester Dix Newman Corp.;Chester Dix Hurst Corp.;Chester Dix Lake Corp.;Chester Dix Williston Corp.;Chester Dix Crawfordville Corp.;Chester Dix Crescent Corp.;Chester Dix Wauchula Corp.; and Chester Dix LaBelle Corp, Creditors