UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,  Case No.: 3:05-bk-03817-JAF

    Debtors.  Chapter 11

                                                    /  Jointly Administered

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing on the (1) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as its Financial Advisors and (2) Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (Docket No. 8047) was furnished by mail and/or electronically on May 24, 2006 to those parties on the attached Master Service List.

**AKERMAN SENTERFITT**

By: */s/Patrick P. Patangan*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-Counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA276842;1}

- and -

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Matthew S. Barr (MB 9170)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Co-counsel for Official Committee of Unsecured
Creditors of Winn-Dixie Stores, Inc., et al.

{JA276842;1}