**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Notice and Motion for Order Approving Compromise of Claims Filed by Bowdoin Square, LLC (Claim Nos. 9939 and 9940) (Docket No. 8069) was served electronically on May 24, 2006 to F. Wendell Allen, Esq., Bradley Arant Rose & White, LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119, wallen@bradleyarant.com.

Dated: May 25, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*  <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Gray | By   *s/ Leanne McKnight Prendergast*  <br>      Stephen D. Busey <br>      James H. Post <br>      Leanne McKnight Prendergast |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 059544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

532905