UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order (A) Authorizing the Debtors to Sell Pompano Beach Distribution Center and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket 7949) was furnished by mail on May 24, 2006 to those parties on the attached Exhibit A.

Dated: May 25, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Gray |     Cynthia C. Jackson (FBN 498882) |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00532957

**EXHIBIT A**

Steven Aberman
WBS Management and Acquisition Corp.
5801 Congress Avenue
Suite 219
Boca Raton, FL 33487

Scott Alexander
Prologis
3301 SW 42nd Street
Hollywood, FL 33312

Rick Baer
American Commercial Realty Corp.
4400 PGA Boulevard
Suite 305
Palm Beach Gardens, FL 33410

John Begier
Seagis Property Group, LP
One Tower Bridge
100 Front Street, Suite 1370
West Conshohocken, PA 19428

Scott Brenner
Brenner Real Estate Group
1500 W. Cypress Creek Rd
Suite 409
Fort Lauderdale, FL 33309-1851

Jerry Buckner
Sperry Van Ness / Buckner & Company, Inc.
6160 Peachtree Dunwoody Road
Suite B120
Atlanta, GA 30328

Kevin Carroll
Panattoni Development Company, LLC
5900 North Andrews Avenue
Suite 826
Ft. Lauderdale, FL 33309

Jeff Chamberlain
Publix Supermarkets, Inc.
P.O. Box 407
Lakeland, FL 33802

Paul Charlton
KTR Capital Partners, LLC
Five TowerBridge
300 Barr Harbor Drive, Ste 150
West Conshohocken, PA 19428

Daniel Corritore
Coldwell Banker Commercial Nicholson Williams
4348 Southpoint Blvd
Suite 100
Jacksonville, FL 32216

Larry Dinner
Industrial Developments International, Inc.
515 East Las Olas Boulevard
Suite 960
Fort Lauderdale, FL 33301

Ben Doherty
Crow Holdings
2100 McKinney Avenue
7th Floor
Dallas, TX 75201

Ben Eisenberg
Trammell Crow Company / Miami
801 Brickell Avenue
Suite 570
Miami, FL 33131

Howard Freeman
First Industrial Realty Trust, Inc.
43 Route 46 East
PO Box 600
Pinebrook, NJ 07058

Ari Glazer
Moskowitz, Mandell, Salim & Simowitz, P.A
800 Corporate Drive
Suite 500
Fort Lauderdale, FL 33334

Michael Hackman
Hackman Capital Partners, LLC
11111 Santa Monica Blvd
Suite 950
Los Angeles, CA 90025

Martin Hackman
Sterling Financial & Realty Group
19473 Hampton Drive
Boca Raton, FL 33434

Rolf Hudson
Gordon Food Service
333 50th St. SW
Grand Rapids, MI 49548

Ed Kearney
Sperry Van Ness
1645 Palm Beach Lakes Blvd.
Suite 150
West Palm Beach, FL 33401

Brent Kemper
Gordon Food Service
3301 NW 125th Street
Miami, FL 33167

Chuck King
Grubb & Ellis / Paramount
300 Ottawa Avenue NW
Suite 400
Grand Rapids, MI 49503

Ralph Kittrell
Liberty Property Trust
777 Yamato Road
Suite 135
Boca Raton, FL 33431

Steven Kossoff
Meridian Companies
17757 US Hwy 19 North
Suite 200
Tampa, FL 33764

George Ledwith
Liberty Property Trust
777 Yamato Road
Suite 135
Boca Raton, Fl 33431

Steve Medwin
Lincoln Property Company
7975 Miami Lakes Dr
Suite 360
Miami, FL 33016

Christopher Metzger
Cushman & Wakefield of Florida, Inc.
800 Corporate Drive
Suite 700
Fort Lauderdale, FL 33334

Adam Milstein
Hager Pacific Properties
16027 Ventura Blvd
Suite 550
Encino, CA 91436

Robert Palacios
Regency Commercial Properties, Inc.
Bank of America Tower
100 SE 2nd Street, Suite 2610
Miami, FL 33131-2150

Ben Phillips
ING Clarion Partners
3141 Hood Street
Suite 700
Dallas, TX 75219

Harvey Pollak
Hapco Farms
675 SW 12th Avenue
Pompano Beach, FL 33069

Gene Preston
Higgins Development Partners
89 Headquarters Plaza North
Suite 1209
Morristown, NJ 7960

Ronald Rubin
Coldwell Banker Commercial NRT
7763 Glades Road
Suite A
Boca Raton, FL 33434

Owen Sagar
Grubb & Ellis / Boca Raton
2385 Executive Drive
Suite 150
Boca Raton, FL 33431

Robert Savage
KTR Capital Partners, LLC
767 Third Avenue
32nd Floor
New York, NY 10017

Michael Scarpino
Commercial Property Realty Advisors, LLC
6301 NW 5th Way
Suite 2900
Fort Lauderdale, FL 33309

Jeremy Shapiro
First Industrial Realty Trust, Inc.
355 Alhambra Circle
Suite 805
Coral Gables, FL 33134

Mary Beth Sheehan
MB Realty International Corporation
5801 Congress Avenue
Suite 202
Boca Raton, FL 33487

Peter Sheridan
Premier Commercial Realty, Inc.
2100 Park central Blvd. North
Suite 900
Pompano Beach, FL 33064

Richard Stevens
D.P. Lewis & Associates, Inc.
1495 Forest Hill Blvd
Suite G
West Palm Beach, FL 33406-6073

Richard Strader
Prologis
2791 Peterson Place
Norcross, GA 30071

Harry Tangalakis
CB Richard Ellis, Inc. / Ft. Lauderdale
One East Broward Blvd
Suite 915
Fort Lauderdale, FL 33301

Rafael Villamizar
Newmark Knight Frank / Southern Region
1001 Brickell Bay Drive
Suite 2502
Miami, FL 33131

Steven Wasserman
Colliers Abood Wood-Fay
6600 North Andrews Ave
Suite 240
Ft. Lauderdale, FL 33309

Jamies Weiss
Weiss Realty
250 Mooonachie Road
Moonachie, NJ 7074

Devin White
Codina Group
355 Alhambra Circle
Suite 900
Coral Gables, FL 33134

Eric Wolf
Wolf Realty Corp.
5801 Congress Avenue
Boca Raton, FL 33487

Todd Yates
The Alter Group
Five Concourse Parkway
Suite 1900
Atlanta, GA 30328-5346

Case 3:05-bk-03817-JAF    Doc 8075    Filed 05/25/06    Page 5 of 5