UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Case No. 05-03817-JAF |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**VARIOUS CREDITORS' LIMITED RESPONSE TO AD HOC TRADE COMMITTEE OF WINN-DIXIE STORES, INC., ET AL.'S MOTION FOR ORDER PURSUANT TO § 105(a) OF THE BANKRUPTCY CODE SUBSTANTIVELY CONSOLIDATING DEBTORS' ESTATES**

HP Hood LLC, Benson's Inc., Flowers, Inc. and Specialty Brands LLP, now known as Windsor Quality Foods d/b/a Windsor Foods (individually and collectively, the "Various Creditors"), by and through undersigned counsel, hereby file their Limited Response to the Ad Hoc Trade Committee of Winn-Dixie Stores, Inc., et al.'s ("Trade Committee"), Motion for Order Pursuant to § 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates (the "Consolidation Motion")and respectfully represent:

1. On February 21, 2005, the Debtors filed their petitions under chapter 11 of title 11 of the United States Code, commencing these cases.

2. The Various Creditors hold reclamation claims and general unsecured claims.

3. The Consolidation Motion seeks relief from the Court, but does not set forth in any particular specificity the factual basis for granting such relief. The Various Creditors understand that the Trade Committee was limited in its ability to disclose certain information because of a confidentiality agreement to which it is a party with the Debtors. Counsel for the Various Creditors has attempted to discuss the matter with counsel for the

Trade Committee, but counsel for the Trade Committee has advised that everything is under a confidentiality order and neither the Debtors nor the Official Committee of Unsecured Creditors is waiving for anybody.

4. Accordingly, unless and until the Various Creditors have the ability to review the papers filed with the Court in support of the Consolidation Motion they cannot fully evaluate whether or not to object to or support the Consolidation Motion. Therefore, the Various Creditors reserve all of their rights with respect to the Consolidation Motion to such later date as the Court determines.

WHEREFORE, the Various Creditors, by and through undersigned counsel, respectfully request that the Court enter an Order extending out the deadline to respond to the Consolidation Motion to some reasonable time after the information to support the Consolidation Motion has been disclosed and granting such other and further relief as the Court deems just and proper.

Dated: May 25, 2006

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

_____
Stephen M. Miller, Esquire (DE #2610)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Phone: (302) 888-6800
Fax:    (302) 571-1750
Email: smiller@morrisjames.com

*Counsel to HP Hood LLC, Benson's Inc., Flowers, Inc. and Specialty Brands LLP, now known as    Windsor Quality Foods d/b/a Windsor Foods*