UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 25, 2006, I caused to be served:

**VARIOUS CREDITORS' LIMITED RESPONSE TO AD HOC TRADE COMMITTEE OF WINN-DIXIE STORES, INC., ET AL.'S MOTION FOR ORDER PURSUANT TO § 105(a) OF THE BANKRUPTCY CODE SUBSTANTIVELY CONSOLIDATING DEBTORS' ESTATES**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date:   May 25, 2006.

*Rebecca Workman* (signature)
Rebecca Workman

SWORN AND SUBSCRIBED before me this 25th day of May, 2006.

*Olicea Lorenz* (signature)
NOTARY
OLICEA LORENZ
Notary Public - State of Delaware
My Comm. Expires Dec. 4, 2009

**VIA FACSIMILE**

Thomas R. Califano, Esquire
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Facsimile: (212) 835-6001

Mark J. Friedman, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Ave.
Baltimore, MD 21209
Facsimile: (410) 580-3001

Philip V. Martino, Esquire
DLA Piper Rudnick Gray Cary US LLP
101 East Kennedy Blvd., Suite 2000
Tampa, FL 33602-5149
Facsimile: (312) 630-7334