UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO.:   3:05-bk-03817-JAF |
| Winn-Dixie Stores, Inc., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| _____ / | |

## NATUROPATHIC LABORATORIES INTERNATIONAL'S (CLAIM 10926) RESPONSE IN OPPOSITION TO DEBTORS' NINTH OMNIBUS OBJECTION

Naturopathic Laboratories International ("Naturopathic") opposes the Debtors' Ninth Omnibus Objection, and in support thereof states:

1. Naturopathic filed a proof of claim for $77,168 (Claim No. 10926) on account of improper deductions made by Winn-Dixie. Through the Debtors Ninth Omnibus Objection, dated April 18, 2006, the Debtors have objected to Naturopathic's claim.

2. Naturopathic is the manufacturer of an over-the-counter, consumer, arthritis pain medication sold under the brand name of "JOINT-RITIS." Naturopathic sold JOINT-RITIS product to Winn Dixie Supermarkets between 2002-2003 and stopped selling the product because of Winn-Dixie's improper actions with respect to its coupon program.

3. Naturopathic sold Winn-Dixie 13,308 units of JOINT-RITIS in 2002-2003. Beginning in 2002, Naturopathic ran four national free-standing inserts that gave the consumer the ability to take a manufacturers coupon to retailers that carry and sell JOINT-RITIS and obtain a $3.00 reduction on the $17.99 unit price of the product. In

turn, the retailer, in this case, Winn-Dixie, would submit those coupons to a clearing house and receive a credit of $3.00 per unit sold. The terms of the coupon required that the retailer actually sell the specific number of units to receive a credit on the coupon. When Naturopathic tallied up the number of coupons submitted by Winn-Dixie for 2002, the total number was 16,367 coupons. However, even if it sold 100% of Naturopathic's product, which is unheard of, this would imply that Winn-Dixie sold 2,979 more units of JOINT-RITIS than it purchased. This is simply not possible and there were no other sources that Winn-Dixie could have purchased Naturopathic from to enhance the number of units for sale. In fact, Winn-Dixie provided scanned sales data to JOINT-RITIS during the period in which the coupon was offered. Total scanned sales during this period was in fact 1,507, a variance reflecting a redemption overage of 14,860 units.

4. In 2003, Naturopathic shipped Winn-Dixie 6,936 units of JOINT-RITIS. Winn-Dixie submitted coupon claims of 7,839. Again, assuming 100% sell through, Winn-Dixie sought to be paid on 900 more units than it possibly could have sold. Scanned sales data was not provided for this year.

5. In total, Winn-Dixie submitted in excess of 15,000 coupons improperly. This accounts for approximately $47,280. Furthermore, Winn-Dixie submitted another $29,888 in additional improper deductions, including unjustified finance charges of $4,173 and $12,497 in damages without documentation. Accordingly, Naturopathic's claim for $77,168.40 is proper.

6. Naturopathic notified its coupon clearing house that it would no longer honor coupons. Winn-Dixie then set off $77,168 against Pegasus Home Fashions, which like Naturopathic, used CIT Commercial Finance, as a factor for its accounts receivable.

Winn-Dixie asserted that it was an accounting error that led it to attribute an amount owed to it by one vendor as an offset against amounts it owed to another vendor merely because the vendors shared the same factor. However, under Naturopathic's agreement with CIT, CIT was able to offset what Winn-Dixie categorized as a "charge-back" against amounts CIT owed Naturopathic.

7. Winn-Dixie's actions were improper and have caused Naturopathic significant harm. Prior to its bankruptcy filing, representatives of Naturopathic and Winn-Dixie had numerous conversations regarding this matter.

For these reasons, Naturopathic requests that its claim of $77,168.40 be allowed in full.

Dated this 25th day of May, 2006

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Counsel for Creditor
Naturopathic Laboratories International

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2006, a true copy of the foregoing has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

_____
Attorney

-# 7105 v1

4