## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF TRANSFER AND ASSIGNMENT
## OF CLAIM FOR SECURITY AND WAIVER OF
## NOTICE PURSUANT TO BANKRUPTCY RULE 3001(e)(2)

LaSalle Bank, N.A., as Trustee for the Registered Holders of the LB UBS 2001-C2 gives notice of the attached transfer of claim and assignment of claim for security and waiver of notice pursuant to Bankruptcy Rule 3001(3)(2) between Lenoir Partners, LLC and LaSalle Bank, N.A., as Trustee for the Registered Holders of the LB UBS 2001-C2.

STUTSMAN THAMES & MARKEY, P.A.

*/s/ Richard R. Thames*
By_____
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
RRT@stmlaw.net

Attorneys for LaSalle Bank, N.A., as Trustee for the Registered Holders of the LB UBS 2001-C2

## Certificate of Service

I hereby certify on May 25, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
**ddunne@milbank.com**

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

*/s/ Richard R. Thames*

---

59573                                                      Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| WINN-DIXIE STORES, INC., a Florida ) | Case No. 05-03817-3F1 |
| Corporation, ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF TRANSFER AND ASSIGNMENT OF CLAIM FOR SECURITY AND WAIVER OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001 (e)(2)

Lenoir Partners, LLC ("Lenoir Partners") hereby transfers and assigns to LaSalle Bank, N.A., as Trustee for the Registered Holders of the LB UBS 2001-C2 ("LB UBS"), all of its entire right, title, and interest to that certain claim ("claim") of Lenoir Partners filed on June 6, 2005 in the amount of $30,294.43 (claim No. 3718) against Winn Dixie Stores, Inc. with all rights, including rights to payment, contractual or otherwise, represented by such Claim. The Claim is set forth in that certain Proof of Claim, a copy of which are attached hereto and incorporated herein. Lenoir Partners has not previously transferred the Claim to any other person. Lenoir Partners acknowledges that all rights to file a proof of claim, vote the Claim with respect to a plan of reorganization, and any other right with respect to the Claim are hereby unconditionally assigned and conveyed to LB UBS.

This Assignment is made for security to LB UBS by Lenoir Partners and shall be effective by Lenoir Partners to LB UBS arising out of a real estate loan secured by premises, which is the basis of the Claim subject to this transfer. Lenoir Partners hereby waives notice from the Bankruptcy Court regarding transfer of the Claim. The Clerk of Court is authorized to change the address of the Claim filed by the Lenoir Partners to that of the LB UBS listed below.

NPCHLT1:141247.1-NC-(JHP) 900000-00133

Dates this 17 day of April, 2006.

ASSIGNOR AND TRANSFEROR:

LENOIR PARTNERS LLC, a Georgia liability company

c/o Rosen Law Group LLC
Attn: Mitchell S. Rosen, Esq.
Atlanta Plaza, Ste. 3250
950 E. Paces Ferry Road
Atlanta, Georgia 30326

By: _____
Name: Alexander B. White
Title: Manager

ASSIGNEE AND TRANSFEREE:

LB UBS 2001-C2 Commercial Mortgage
c/o CWCapital Asset Management
Attn: Mr. D. J. Morakis
1919 Pennsylvania Avenue, NW, 4th Floor
Washington, DC 20006

STATE OF Georgia
COUNTY OF Gwinnett

I, Vicki L. Anderson, a Notary Public of Gwinnett County and State of Georgia, do hereby certify that Alexander B. White, Manager of Lenoir Partners LLC, a Georgia limited liability company, personally appeared before me this day and acknowledged the due execution of the foregoing instrument on behalf of said limited liability company.

WITNESS my hand and official stamp or seal, this 17 day of April, 2006.

_____
Notary Public

[STAMP/SEAL]

My Commission Expires: Notary Public, Gwinnett County, GA
My Commission Expires October 3, 2009

NPCHLT1:141247.1-NC-(JHP) 800000-00133

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Stores, Inc.**    Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

| A  Name and Address of Creditor (The person or other entity to whom the debtor owes money or property) | (404) 231-9397<br>Telephone No of Creditor<br>(404) 237-1659<br>Fax No of Creditor<br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | DEBTOR  WINN-DIXIE STORES, INC<br>US BANKRUPTCY COURT M D-FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE  05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 3718** |
|---|---|---|

WDX-254639-B2-12      20243225
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

B  Name and address of signatory or other person to whom notices must be served, if different from above (Check box if)  ☐ replaces address above  ☒ additional address

Name:  **Mitchell S. Rosen, Esq.**
Company/Firm:  **Foltz Martin, LLC**
Address:  **Five Piedmont Center, Suite 750, Atlanta, GA 30305**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor
Check here if this claim  ☐ replaces  ☐ amends    a previously filed claim, dated _____

**1  Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☒ Real property lease
☐ Personal property lease
☐ Other contract
☐ Retiree benefits as defined in 11 USC §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

**2  Date debt was incurred**   Various
**3  If claim is based on a Court Judgment, date obtained** _____

**4  Total Amount of Claim at Time Case Filed**
$ **30,294.43**         $ _____           $ _____          $ **30,294.43**
(unsecured)            (secured)          (priority)            (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5  Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6  Unsecured Nonpriority Claim** $ **30,294.43**
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7  Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507 (a) (3)
☐ Contributions to an employee benefit plan - 11 USC § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 USC § 507 (a) (7)
☐ Taxes or penalties owed to governmental units - 11 USC § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 USC § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**9  Supporting Documents**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
**10 Date-Stamped Copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date<br>**6/1/05** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice<br>Print  **Mitchell S. Rosen**   Title **Attorney**<br>Signature  /s/ Mitchell Rosen | This Space Is For Court Use Only<br>2005 JUN -6 PM 1:26<br>U.S. BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br>RECEIVED<br>LOGAN & COMPANY, INC.<br>AS AGENT |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 and 3571

winndble

**LENOIR MARKETPLACE**
2004 RECONCILIATION

BUILDING SQUARE FOOTAGE: 54,892

| TENANT | 2004 ACTUAL CAM EXPENSES | AMT PER SQ FT | TENANT SQ FT | TOTAL FOR TENANT | TOTAL CHGD TENANT IN 04 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | $ 27,312.00 | 0.50 | 45,092 | $ 22,435.92 | $ 20,160.00 | $ 2,275.92 |

**COMMON AREA MAINTENANCE**
| | | |
|---|---|---|
| CAM-ELECTRICITY/GAS | 9,990.45 | |
| CAM-DUMPSTER | 2,816.55 | |
| CAM-PEST CONTROL | 800.00 | |
| CAM-PARKING LOT MAINT | 8,905.00 | |
| CAM-LANDSCAPING MAINT | 4,800.00 | |

**TOTAL CAM EXPENSE** 27,312.00

| TENANT | 2004 ACTUAL TAX EXPENSES | AMT PER SQ FT | TENANT SQ FT | TOTAL FOR TENANT | TOTAL CHGD TENANT IN 04 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | 25,585.86 | 0.47 | 45,092 | $ 21,017.96 | $ - | $ 21,017.96 |

| TENANT | 2004 ACTUAL INS EXPENSES | AMT PER SQ FT | TENANT SQ FT | TOTAL FOR TENANT | TOTAL CHGD TENANT IN 04 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | 8,522.00 | 0.16 | 45,092 | $ 7,000.55 | $ - | $ 7,000.55 |

**TOTAL DUE** 30,294.43

3/17/2005

04recon_invoices_lenoir_030205.xls