**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF TRANSFER AND ASSIGNMENT**
**OF CLAIM FOR SECURITY AND WAIVER OF**
**NOTICE PURSUANT TO BANKRUPTCY RULE 3001(e)(2)**

LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates gives notice of the attached transfer of claim and assignment of claim for security and waiver of notice pursuant to Bankruptcy Rule 3001(3)(2) between Lenoir Partners, LLC and LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates.

                        **STUTSMAN THAMES & MARKEY, P.A.**

                        */s/ Richard R. Thames*
By_____
                        Richard R. Thames

                        Florida Bar Number 0718459
                        50 N. Laura St., Suite 1600
                        Jacksonville, Florida  32202
                        (904) 358-4000
                        (904) 358-4001 (Facsimile)
                        RRT@stmlaw.net

                        Attorneys for LB UBS 2001-C2 Commercial
                        Mortgage Pass-Through Certificates

## Certificate of Service

I hereby certify on May 25, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
**ddunne@milbank.com**

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ *Richard R. Thames*

59574

Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| WINN-DIXIE STORES, INC., a Florida ) | Case No. 05-03817-3F1 |
| Corporation, ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF TRANSFER AND ASSIGNMENT OF CLAIM FOR SECURITY AND WAIVER OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001 (e)(2)

Lenoir Partners, LLC ("Lenoir Partners") hereby transfers and assigns to LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates ("LB UBS"), all of its entire right, title, and interest to that certain claim ("Claim") of Lenoir Partners filed on October 20, 2005 in the amount of $763,564.05 (claim No. 12094) against Winn Dixie Stores, Inc. with all rights, including rights to payment, contractual or otherwise, represented by such Claim. The Claim is set forth in that certain Proof of Claim, a copy of which is attached hereto and incorporated herein. Lenoir Partners has not previously transferred the Claim to any other person. Lenoir Partners acknowledges that all rights to file a proof of claim, vote the Claim with respect to a plan of reorganization, and any other right with respect to the Claim are hereby unconditionally assigned and conveyed to LB UBS.

This Assignment is made for security to LB UBS by Lenoir Partners and shall be effective from Lenoir Partners to LB UBS arising out of a real estate loan secured by premises, which is the basis of the Claim subject to this transfer. Lenoir Partners hereby waives notice from the Bankruptcy Court regarding transfer of the Claim. The Clerk of Court is authorized to change the address of the Claim filed by the Lenoir Partners to that of the LB UBS listed below.

NPCHLT1:141250.1-NC-(JHP) 900000-00133

Dates this 17 day of April, 2006.

ASSIGNOR AND TRANSFEROR:

LENOIR PARTNERS LLC, a Georgia liability company

c/o Rosen Law Group LLC
Attn: Mitchell S. Rosen, Esq.
Atlanta Plaza, Ste. 3250
950 E. Paces Ferry Road
Atlanta, Georgia 30326

By: _____
Name: Alexander B. White
Title: Manager

ASSIGNEE AND TRANSFEREE:

LB UBS 2001-C2 Commercial Mortgage
c/o CW Capital Asset Management
Attn: Mr. Demetrios Morakis
700 12th Street NW, Suite 700
Washington, DC 20005

STATE OF Georgia

COUNTY OF Gwinnett

I, Vicki L. Anderson, a Notary Public of Gwinnett County and State of Georgia, do hereby certify that Alexander B. White, Manager of Lenoir Partners LLC, a Georgia limited liability company, personally appeared before me this day and acknowledged the due execution of the foregoing instrument on behalf of said limited liability company.

WITNESS my hand and official stamp or seal, this 17 day of April, 2006.

_____
Notary Public

[STAMP/SEAL]

My Commission Expires:  Notary Public, Gwinnett County, GA
                         My Commission Expires October 3, 2009

NPCHLT1:141250.1-NC-(JHP) 900000-00133

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Stores, Inc.**     Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

1. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20353301
Creditor ID  WDX-407764-BB-99
LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANATA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

Telephone No of Creditor: 404-832-8410
Fax No of Creditor: 404-832-8422

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D - FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 12094**

2. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim  ☐ replaces  ☒ amends  a previously filed claim, dated **06-06-05**

4. Basis for Claim
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 USC § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN _____
  Unpaid compensation for services performed from _____ to _____

3. Date debt was incurred: **Various**

5. If claim is based on a Court Judgment, date obtained: _____

6. Total Amount of Claim at Time Case Filed:
$ **763,564.05** (unsecured)  $_____ (secured)  $_____ (priority)  $ **763,564.05** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ **763,564.05**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507 (a) (3)
☐ Contributions to an employee benefit plan - 11 USC § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 USC § 507 (a) (7)
☐ Taxes or penalties owed to governmental units - 11 USC § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 USC § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only

RECEIVED<br>2005 OCT 20 AM 10: 21<br>LOGAN & COMPANY AS AGENT<br>U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Date: **10-19-2005**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Mitchell S. Rosen**   Title: **Attorney**
Signature: /s/ Mitchell S. Rosen

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571

**LENOIR MARKETPLACE**
**2005 RECONCILIATION**

BUILDING SQUARE FOOTAGE    54,982

winndixie

**INVOICE JAN - SEPT 2005**

| TENANT | 2005 ACTUAL CAM EXPENSES | AMT PER SQ FT | TENANT SQ FT | MONTHS OCCUPIED | JAN-SEPT 2005 FOR TENANT | TOTAL CHGD TENANT IN 05 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | $ 21,963.18 | 0.40 | 45,082 | 9 | $ 18,056.47 | $ 15,120.00 | $ 2,936.47 |

COMMON AREA MAINTENANCE JAN-SEPT 2005
- CAM-ELECTRICITY/GAS         8,659.69
- CAM-DUMPSTER                2,018.49
- CAM-PEST CONTROL              600.00
- CAM-PARKING LOT MAINT       8,905.00
- CAM-LANDSCAPING MAINT       3,600.00

TOTAL CAM EXPENSE    21,963.18

| TENANT | 2005 ACTUAL TAX EXPENSES | AMT PER SQ FT | TENANT SQ FT | MONTHS OCCUPIED | JAN-SEPT 2005 FOR TENANT | TOTAL CHGD TENANT IN 05 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | 22,897.92 | 0.42 | 45,082 | 9 | $ 14,169.03 | $ - | $ 14,169.03 |

| TENANT | 2005 ACTUAL INS EXPENSES | AMT PER SQ FT | TENANT SQ FT | MONTHS OCCUPIED | JAN-SEPT 2005 FOR TENANT | TOTAL CHGD TENANT IN 05 | AMT DUE (OVRPD) |
|---|---|---|---|---|---|---|---|
| WINN DIXIE STORE #2180 | 5,681.00 | 0.10 | 45,082 | 9 | $ 3,444.62 | $ - | $ 3,444.62 |

**TOTAL DUE    20,552.12**

10/19/2005

05recon_invoices_lenoir_WD_093005.xls

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/strprod



WACHOVIA SECURITIES

July 18, 2005

LENOIR PARTNERS, LLC

DOUGLAS WHITE
545 WATERGATE CT
ROSWELL, GA                        30076

Re:   Tax Disbursement Confirmation - Loan # 13-0000211

Dear Sir or Madam

In lieu of paid tax receipts, you will find attached the detail of recent tax payments disbursed from your escrow account. The detail shows the date of the disbursement, the tax payee, and the amount of the disbursement. Funds will be sent to the appropriate tax agency to ensure proper receipt prior to any applicable discount or penalty date.

All parcels scheduled to be paid may not appear on this letter. Wachovia pays taxes on a parcel level and all parcels may not be paid on the same day. Tax disbursement confirmation letters are generated on a weekly basis for the previous week's activity. Therefore, you may receive separate tax disbursement confirmation letters for subsequent disbursements.

Wachovia no longer provides paid tax receipts or copies of cancelled checks for escrow disbursements. This letter and your monthly billing statement shall serve as confirmation that Wachovia had paid the taxes listed on the attachment. You may also request paid receipts directly from your taxing authority.

In addition, you may see the disbursement transactions on Wires, the online loan information access system, which resides on our Website at http://www.Wachovia.com/Wires. Please contact the toll free number listed below if you need assistance accessing your account on Wires.

Thank you for your cooperation. Please do not hesitate to contact our office if you have any questions regarding this notice.

Sincerely,

Wachovia Corporate & Investment Banking Division
Real Estate & Financial Services Investment Banking
800-326-1334  Toll-free
8:00 AM - 6:00 PM, EST, Monday - Friday
704/715-0034  Fax #
commercial.escrow@wachovia.com

**All parcels scheduled to be paid may not appear on this letter.**
Wachovia pays taxes on a parcel level and all parcels may not be paid on the same day. Tax disbursement confirmation letters are generated on a weekly basis for the previous week's activity. Therefore, you may receive separate tax disbursement confirmation letters for subsequent disbursements.

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation and its subsidiaries, including Wachovia Capital Markets, LLC ("WCM") member NYSE, NASD, SIPC

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/Arprod



**WACHOVIA SECURITIES**

Loan# 13-0000211
Investor# 504

| Date of Disbursement | Tax Vendor Name | Disbursement Amount |
|---|---|---|
| 07/14/2005 | NC, CALDWELL-COUNTY | 22,997.92 |

**All parcels scheduled to be paid may not appear on this letter.**
Wachovia pays taxes on a parcel level and all parcels may not be paid on the same day. Tax disbursement confirmation letters are generated on a weekly basis for the previous week's activity. Therefore, you may receive separate tax disbursement confirmation letters for subsequent disbursements.

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation and its subsidiaries, including Wachovia Capital Markets, LLC ("WCM"), member NYSE, NASD, SIPC.

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/sirprod



WACHOVIA SECURITIES

March 27, 2005

LENOIR PARTNERS, LLC

DOUGLAS WHITE
545 WATERGATE CT
ROSWELL, GA                        30076

Re:    Insurance Disbursement Confirmation - Loan # 13-0000211

Dear Sir or Madam:

You will find attached the detail of recent insurance premium payments disbursed from your escrow account. The detail shows the date of the disbursement, the insurance payee, and the amount of the disbursement. Funds will be sent to the appropriate insurance payee per the instructions on the premium invoice.

All insurance invoices that are scheduled to be paid may not appear on this letter, as premium invoices for all lines of coverage may not be received at the same time. Insurance disbursement confirmation letters are generated on a weekly basis for the previous week's activity. Therefore, you may receive separate insurance disbursement confirmation letters for subsequent disbursements.

This letter and your monthly billing statement shall serve as confirmation that Wachovia paid the insurance invoices listed on the attachment. In addition, you may see the disbursement transactions on Wires, the online loan information access system, which resides on our Website at http://www.Wachovia.com/Wires. Please contact the toll free number listed below if you need assistance accessing your account on Wires.

Please do not hesitate to contact our office if you have any questions regarding this notice.

Sincerely,


Wachovia Corporate & Investment Banking Division
Real Estate & Financial Services Investment Banking
800-326-1334  Toll-free
8:00 AM - 6:00 PM, EST, Monday - Friday
704-715-0474  Fax # for insurance certificates and invoices


**All invoices scheduled to be paid may not appear on this letter.**
You may receive separate insurance disbursement confirmation letters for subsequent disbursements.

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation and its subsidiaries, including Wachovia Capital Markets, LLC ("WCM"), member NYSE, NASD, SIPC.

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/urprod



WACHOVIA SECURITIES

Loan# 13-0000211
Investor# 504

| Date of Disbursement | | Disbursement Amount |
|---|---|---|
| 03/25/2005 | FIDELITY NATIONAL PROPERTY (FL | 687.00 |
| 03/25/2005 | FIDELITY NATIONAL PROPERTY (FL | 687.00 |

All invoices scheduled to be paid may not appear on this letter.
You may receive separate insurance disbursement confirmation letters for subsequent disbursements

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation
and its subsidiaries, including Wachovia Capital Markets, LLC ("WCM") member NYSE, NASD, SIPC