UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

---------------------------------------------------x
In re:                                              Chapter 11

Winn Dixie Stores, Inc.. *et al.*                   Case No. 05-03817
                                                    Jointly Administered
                    Debtor.
---------------------------------------------------x  Claim No. _____

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e) (2)

1. TO:  **Coca-Cola Enterprises Inc. et al.**
        c/o Miller & Martin PLLC
        832 Georgia Avenue, Suite 1000
        Chattanooga, Tennessee 37402
        Attn: Shelley D. Rucker
        Telephone:   423.785.8289
        Facsimile:   423.321.1559
        Attention:   srucker@millermartin.com

2. Please take notice of the transfer of your claim evidenced by the referenced Proof of Claim, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

    **CREDIT SUISSE**
    11 Madison Avenue, 5th Floor
    New York, NY 10010
    Telephone:   (212) 538-5385
    Facsimile:   (212)538-8119
    Attention:   Wendy Beer
    Email:       wendy.beer@csfb.com

3.  No action is required <u>if you do not object</u> to the transfer of the Transferred Claim as described above. However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- - **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

> Special Deputy Clerk
> United States Courthouse
> 300 North Hogan Street
> Suite 3-350
> Jacksonville, Florida 32202

- - **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- - Refer to **INTERNAL CONTROL NO. \_\_\_\_** in your objection.

4.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

_____ Clerk

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Coca Cola Enterprises Inc. ("Assignor"), pursuant and subject to the terms of that certain Transfer of Claim Agreement dated May 10, 2006 by and between Assignor and Credit Suisse (the "Assignee") (the "Agreement"), hereby unconditionally and irrevocably sells, transfers and assigns to the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the general unsecured component of the proofs of claim against the debtors (the "Claims") as described specifically on Exhibit A attached hereto. The debtors described on Exhibit A (the "Debtors") are debtors-in-possession in the chapter 11 reorganization case entitled, *In re:* **Winn Dixie Stores, Inc., et al.** *Chapter 11 Case No.0533817 (Jointly Administered)*, pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owners and holders of the Claims. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 10 day of May, 2006.

| | |
|---|---|
| **Assignor:**<br>**COCA-COLA ENTERPRISES INC.** | **Assignee:**<br>**CREDIT SUISSE, Cayman Islands Branch** |
| By:_____<br>Name:  Richard W. Stiteler<br>Title:  Director, Customer Financial Services | By:_____<br>Name:  Wendy Beer<br>Title:  Director<br><br>By:_____<br>Name:  Joseph Brosnan<br>Title:  Vice President |

14
Transfer of Claim Agreement2380567-_Final_1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Coca Cola Enterprises Inc. ("Assignor"), pursuant and subject to the terms of that certain Transfer of Claim Agreement dated May 10, 2006 by and between Assignor and Assignee (the "Agreement"), hereby unconditionally and irrevocably sells, transfers and assigns to the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the general unsecured component of the proofs of claim against the debtors (the "Claims") as described specifically on Exhibit A attached hereto. The debtors described on Exhibit A (the "Debtors") are debtors-in-possession in the chapter 11 reorganization case entitled, *In re:* **Winn Dixie Stores, Inc., et al.** *Chapter 11 Case No.0533817 (Jointly Administered)*, pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owners and holders of the Claims. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 10 day of May, 2006.

Assignee:
CREDIT SUISSE, Cayman Islands

By:_____
Name:
Title:

By:_____
Name:
Title:

Assignor:
COCA-COLA ENTERPRISES INC.

By: _____
Name: Richard W. Stifeler
Title: Director, Customer Financial Services

14
Transfer of Claim Agreement2380567-_Final_1

## EXHIBIT A

| Proof of Claim Number | Debtor | Portion of Claim Being Transferred |
|---|---|---|
| 8347 | Winn-Dixie Stores, Inc. | $3,923,758.13 |
| 8348 | Winn-Dixie Montgomery, Inc. | $2,099,817.13 |
| 8349 | Winn-Dixie Procurement, Inc. | $442.10 |
| 8350 | Winn-Dixie Raleigh, Inc | $518,550.10 |

FORM B10 (Official Form 10) (Rev. 4/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Acknowledgement Copy | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: WINN-DIXIE STORES, INC. | Case Number: 05-03817 |
|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Coca-Cola Enterprises Inc., et al.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Coca-Cola Enterprises Inc.
% Miller & Martin PLLC
832 Georgia Ave.
Suite 1000, Volunteer Building
Chattanooga, Tennessee 37402
Attention: Stacy P. Eiselstein
Telephone number: 423-785-8274

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See attached summary

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated: _____

1. **Basis for Claim**
   - ■ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Last four digits of SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)     (date)

2. **Date debt was incurred:** 11/14/2003 – 02/21/2005
3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 6,381,540.29      0.00       2,149,270.20      8,530,810.49
   (unsecured)    (secured)    (priority)    (total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate
   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ ___
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. **Unsecured Nonpriority Claim** $ 6,381,540.29
   ■ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ■ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 2,149,270.20
   Specify the priority of the claim: Administrative claim priority/Reclamation
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ■ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(1).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
   **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 26, 2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Richard W. Stiteler
Director Customer Financial Services

This Space Is for Court Use Only

[Stamp: RECEIVED 2005 JUL 28 AM 10:46 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA / LOGAN & COMPANY, INC. AS AGENT]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

~1869162.DOC

FORM B10 (Official Form 10) (Rev. 4/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**    Acknowledgement Copy    **PROOF OF CLAIM**

| Name of Debtor: WINN-DIXIE PROCUREMENT, INC. | Case Number: 05-03838 |
|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Coca-Cola Enterprises Inc., et al.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Coca-Cola Enterprises Inc.
% Miller & Martin PLLC
832 Georgia Ave.
Suite 1000, Volunteer Building
Chattanooga, Tennessee 37402
Attention: Stacy P. Eiselstein
Telephone number: 423-785-8274

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
See attached summary

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
■ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** 11/14/2003 – 02/21/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 6,381,540.29    0.00    2,149,270.20    8,530,810.49
(unsecured)    (secured)    (priority)    (total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other ____

Value of Collateral: $ ___

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Nonpriority Claim $ 6,381,540.29**
■ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
■ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ 2,149,270.20
  Specify the priority of the claim: Administrative claim priority/Reclamation
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
■ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(1).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date: 26, 2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Richard W. Stiteler
Director Customer Financial Services

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 28 AM 10:46
RECEIVED LOGAN & COMPANY, INC. AS AGENT

~6432889.DOC

FORM B10 (Official Form 10) (Rev. 4/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

Acknowledgement Copy

**PROOF OF CLAIM**

| Name of Debtor: WINN-DIXIE RALEIGH, INC. | Case Number: 05-03839 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Coca-Cola Enterprises Inc., et al.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
Coca-Cola Enterprises Inc.
% Miller & Martin PLLC
832 Georgia Ave.
Suite 1000, Volunteer Building
Chattanooga, Tennessee 37402
Attention: Stacy P. Eiselstein
Telephone number: 423-785-8274

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
See attached summary

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
■ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
   Last four digits of SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** 11/14/2003 – 02/21/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 6,381,540.29    0.00    2,149,270.20    8,530,810.49
                                                (unsecured)  (secured)   (priority)      (total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Nonpriority Claim $ 6,381,540.29**
■ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
■ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 2,149,270.20
   Specify the priority of the claim: Administrative claim priority/Reclamation
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
■ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(1).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 28 AM 10: 46
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date: 26 2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Richard W. Stitelee
Director, Customer Financial Services

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

~6115320.DOC

FORM B10 (Official Form 10) (Rev. 4/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**    Acknowledgement Copy    **PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| WINN-DIXIE MONTGOMERY, INC. | 05-03837 |

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Coca-Cola Enterprises Inc., et al.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
Coca-Cola Enterprises Inc.
% Miller & Martin PLLC
832 Georgia Ave.
Suite 1000, Volunteer Building
Chattanooga, Tennessee 37402
Attention: Stacy P. Eiselstein
Telephone number: 423-785-8274

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
See attached summary

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ■ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Last four digits of SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)   (date)

2. **Date debt was incurred:** 11/14/2003 – 02/21/2005
3. **If court judgment, date obtained:**

**Total Amount of Claim at Time Case Filed:**    $ 6,381,540.29    0.00    2,149,270.20    8,530,810.49
                                                  (unsecured)   (secured)   (priority)   (total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate
   ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral: $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. **Unsecured Nonpriority Claim** $ 6,381,540.29
   ■ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ■ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 2,149,270.20
   Specify the priority of the claim: Administrative claim priority/Reclamation
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ■ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(1).
   * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
   **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 28 AM 10: 46
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date 26, 2005
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Richard W. Stiteler
Director Customer Financial Services

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

~0586788.DOC