UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY CONVERGINT TECHNOLOGIES LLC

This case is before the Court upon the motion for relief from the automatic stay filed by Convergint Technologies, LLC (the "Movant") (Docket No. 7308) (the "Motion"). Upon the hearing held on May 22, 2006, and upon the facts as stipulated to by the parties and for the reasons set forth by the Court at the hearing, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay imposed by 11 U.S.C. § 362 is modified for the sole purpose of allowing Movant to commence and prosecute one or more proceedings in Florida against the Debtors to garnish amounts which may be due, or which may become due, from the Debtors to Group 1 Systems Inc. d/b/a Servidian. Movant shall not otherwise enforce or execute on the judgments or orders it obtains on the garnishment(s) against Debtors against the property of the Debtors or the property of the Debtors' estates, and only shall stand in the shoes of creditor "Servidian". With regard to pre-petition amounts due from the Debtors to Group 1 Systems Inc. d/b/a Servidian, Movant shall be entitled only to garnish such amounts as are payable under a confirmed Chapter 11 plan or in Chapter 7 liquidation. With regard to post-petition amounts due from the Debtors to Group 1 Systems

Inc. d/b/a Servidian, Movant shall be entitled to issue one or more writs of garnishment and collect such amounts as they become payable.

3. Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

4. Notwithstanding the provisions of Fed. R. Bankr. P. 4001(a)(3), the provisions of this order shall be effective immediately.

Dated this 26 day of May, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies Furnished to:

Robert D. Wilcox, Esq.
Leanne K. Prendergast, Esq.
Patrick Patangan, Esq.
Rosalie Gray, Esq.
Elena L. Escamilla, Esq., Office of the United States Trustee