Hearing Date: June 1, 2006
Hearing Time: 1:00 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

**BROWARD COUNTY TAX COLLECTOR'S RESPONSE TO
DEBTORS' MOTION FOR ORDER AUTHORIZING THE DEBTORS
TO SELL HOLLYWOOD TRACT AND RELATED ASSETS FREE
AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND
GRANTED RELATED RELIEF (DOCKET NO. 7696)**

The Broward County Tax Collector, one of the Florida Tax Collectors[1], through her

undersigned counsel, files this response to the Debtors' *Motion for Order Authorizing the*

*Debtors to Sell Hollywood Tract and Related Assets Free and Clear of Liens, Claims, and*

*Interests and Granting Related Relief* (Dkt. No. 7696) (the "Motion"), and states:

1.      Paragraph 20 of the Motion states that "[t]he Debtors believe that with the

exception of the Permitted Encumbrances, there are no interests in or claims against the Assets

other than the interest of Wachovia Bank, National Association, as Administrative Agent and

Collateral Agent (collectively, the 'DIP Lender')." The Broward County Tax Collector's liens

for *ad valorem* real estate taxes for the year 2006 and subsequent years are included as permitted

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

1

encumbrances according to Exhibit C attached to the Real Estate Purchase Agreement attached to the Motion.

2.    Although not stated in Paragraph 20 of the Motion, the 2005 *ad valorem* real estate taxes for the Hollywood Tract are due and have not yet been paid, and the Broward County Tax Collector's liens for the 2005 taxes constitute a claim and interest in the Hollywood property. Copies of the 2005 tax bills for the Hollywood Tract (both parcels) are attached hereto as composite Exhibit "A". The total amount of outstanding, delinquent 2005 *ad valorem* real estate taxes, if paid in May 2006, is $85,087.29 (eighty-five thousand eighty-seven and 29/100 dollars).

3.    The full amount, with statutory interest, of delinquent 2005 *ad valorem* real estate taxes should be paid at the closing of any sale of the Hollywood Tract in accordance with state law and customary business practice, and the Broward County Tax Collector's lien for the 2005 *ad valorem* taxes will attach to the proceeds of any sale.

Dated: May 26, 2006                    Respectfully submitted,

                                       By:_____
                                       Brian T. FitzGerald
                                       Hillsborough County Attorney's Office
                                       Florida Bar No. 484067
                                       Post Office Box 1110
                                       Tampa, Florida 33601-1110
                                       Ph: 813-272-5670
                                       Fx: 813-272-5231
                                       fitzgeraldb@hillsboroughcounty.org
                                       Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Broward County Tax Collector's Response to Debtors'*
*Motion for Order Authorizing the Debtors to Sell Hollywood Tract and Related Assets Free and*
*Clear of Liens, Claims, and Interests and Granting Related Relief (Docket No. 7696)* has been
served this 26th day of May, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate,**
**Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray,
Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and
Cynthia C. Jackson, Attorneys for Debtors; and **United States Trustee**, Attn: Elena L.
Escamilla.

Brian T. FitzGerald, Esq.
Senior Assistant County Attorney

401-227 (Rev. 5/96)    2005 FINAL NOTICE   REAL ESTATE                                      544857.0000

BROWARD COUNTY, FLORIDA          NOTICE OF AD-VALOREM TAXES AND NON AD-VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION # | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 10125-26-00100 | | 222,690 | | 222,570 | 0543 |

PER F.S.197.343 1, IF THE TAXES FOR THE
YEAR 2005 ON YOUR PROPERTY ARE NOT PAID,
A TAX CERTIFICATE WILL BE SOLD FOR THESE
TAXES AND YOUR PROPERTY MAY BE SOLD AT A
FUTURE DATE. CONTACT THE TAX COLLECTOR'S
OFFICE AT ONCE. AS OF APRIL 1, ONLY
CASH/CASHIER'S CHECK/MONEY ORDER WILL BE
ACCEPTED. TAX CERTIFICATE SALE 5-31-2006

DARLENE PLAZA 155-3 R
PARCEL A

DIXON REALTY TRUST 1999-1
FIRST SECURITY BANK TRSTEE
79 S MAIN ST
SALT LAKE CITY UT        84111

MAKE CHECKS PAYABLE TO: BROWARD COUNTY REVENUE COLLECTOR   GOVERNMENTAL CENTER ANNEX, 115 S. ANDREWS AVE., FT. LAUDERDALE, FL 33301-1895

| IF PAID BY PLEASE PAY | MAR 31 2006 5,460.39 | PARCEL IS ADVERTISED | MAY 30 2006 5,624.20 | | CERTIFICATE ISSUED |
|---|---|---|---|---|---|

0000000000 0000546039 0000005448570000 0001 0

---

401-227 (Rev. 5/96)    2005 FINAL NOTICE   REAL ESTATE                                      544864.0000

BROWARD COUNTY, FLORIDA          NOTICE OF AD-VALOREM TAXES AND NON AD-VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION # | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 10125-30-00100 | | 3,146,330 | | 3146,330 | 0543 |

PER F.S.197.343 1, IF THE TAXES FOR THE
YEAR 2005 ON YOUR PROPERTY ARE NOT PAID,
A TAX CERTIFICATE WILL BE SOLD FOR THESE
TAXES AND YOUR PROPERTY MAY BE SOLD AT A
FUTURE DATE. CONTACT THE TAX COLLECTOR'S
OFFICE AT ONCE. AS OF APRIL 1, ONLY
CASH/CASHIER'S CHECK/MONEY ORDER WILL BE
ACCEPTED. TAX CERTIFICATE SALE 5-31-2006

GRIFFIN-441 PLAZA 167-20 R
PARCEL A

DIXON REALTY TRUST 1999-1
FIRST SECURITY BANK TRSTEE
79 SOUTH MAIN ST
SALT LAKE CITY UT        84111

MAKE CHECKS PAYABLE TO: BROWARD COUNTY REVENUE COLLECTOR   GOVERNMENTAL CENTER ANNEX, 115 S. ANDREWS AVE., FT. LAUDERDALE, FL 33301-1895

| IF PAID BY PLEASE PAY | MAR 31 2006 77,148.63 | PARCEL IS ADVERTISED | MAY 30 2006 79,463.09 | | CERTIFICATE ISSUED |
|---|---|---|---|---|---|

0000000000 0007714863 0000005448640000 0001 6

EXHIBIT "A"

NAME: PBCTC LEGAL SERVICES    TEL:561-355-1110    MAY-25-2006  THU 15:10

May 25 06 03:29p