**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                    )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )        Chapter 11

             Debtors.[1]          )        Jointly Administered

**NOTICE OF EVIDENTIARY HEARING**

TO PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that an evidentiary hearing is scheduled for **June 15, 2006** at

**1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States

Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D,

Jacksonville, Florida 32202, to consider (i) Debtors' Amended Motion for Order (a) Authorizing

the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and

Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of

Leases and Establishing a Claim Bar Date, and (c) Granting Related Relief (the "Motion")

(Docket No. 7517) as it relates to the Notice of Hearing and Filing regarding Store No. 217

(Docket No. 7750) and (ii) the objection filed by T/A Western, LLC (Docket Nos. 7401 and

7836).

      You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in

Court should dress in appropriate business attire consistent with their financial abilities.  Among

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige
Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc.,
Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  May 26, 2006.

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                 By    *s/ Cynthia C. Jackson*
     D. J. Baker                            Stephen D. Busey
     Sally McDonald Henry                   James H. Post
     Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      Florida Bar Number 498882
New York, New York 10036               225 Water Street, Suite 1800
(212) 735-3000                         Jacksonville, Florida  32202
(917) 777-2150 (facsimile)             (904) 359-7700
djbaker@skadden.com                    (904) 359-7708 (facsimile)
                                       cjackson@smithhulsey.com
Co-Counsel for Debtors
                                       Co-Counsel for Debtors

00528162

- 2 -