**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

May 24, 2006

Ms. Denise Firelli
Digital 1 Stop, c/o Coface NA Inc. Agent
50 Millstone Road
Building 100- Suite 360
East Windsor, NJ 08520-1414

Re:     Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Ms. Firelli:

The Court is in receipt of your letter objecting to the Debtors' Notice of Tenth Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassifed Claims and (c) Misclassified Claims that you filed on May 24, 2006. A hearing on that Notice has been set for June 1, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531

50 Millstone Road
Building 100 – Suite 360
East Windsor, NJ  08520-1414
609-469-0437
609-490-1579 (fax)
Denise_Firelli@coface.com



FILED
JACKSONVILLE
FLORIDA

2006 MAY 24  A 9:05

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

May 16, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Suite 3350
Jacksonville, FL  32202

Re:  Digital 1 Stop c/o Coface NA Inc, Agent
Vs: Winn-Dixie Stores, Inc., et al.
Case #05-03817-3F1
Response to debtors' tenth objection to claims
Claim #581 and #5499

Dear Clerk:

We insure the accounts receivable of Digital 1 Stop.  In response to the above objection to claims, please allow claim #581 for $66,314.75.

Sincerely yours,

Denise Firelli

c:  Skadden, Arps, Slate, Meagher & Flom LLP
    Digital 1 Stop

8034

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE
FLORIDA

2006 MAY 24  A 9:08

US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

### NOTICE OF DEBTORS' TENTH OMNIBUS OBJECTION TO
### (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS

Creditor ID: WDX-399400-1F-15
DIGITAL 1 STOP
C/O COFACE NA INC, AGENT
ATTN AMY SCHMIDT
PO BOX 2102
CRANBURY NJ 08512

Creditor ID: WDX-248135-1F
DIGITAL 1 STOP
ATTN SCOTT MOSS, VP
2445 NEVADA AVENUE NORTH
GOLDEN VALLEY, MN 55427

MAY 5 2006

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Amended Claims to be Disallowed:** 581<br>**Amount of Claim to be Disallowed:** $82,665.00<br><br>**Reason for Disallowance:** AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. | **Remaining Claim No.:** 5499<br>**Amount of Remaining Claim:** $66,314.75 |

     1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 2, 2006 their Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     2.     The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED on the ground that the claim was <u>amended and superseded</u> by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on May 25, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **June 1, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does <u>not</u> disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 2, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 113A-3           User: baldws            Page 1 of 1              Date Rcvd: May 24, 2006
Case: 05-03817                 Form ID: pdfdoc         Total Served: 1
```

The following entities were served by first class mail on May 26, 2006.
           +Denise Firelli,   c/o Digital 1 Stop,   50 Millstone Road,   Building 100-Suite 360,
              East Windsor, NJ 08520-1415

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          59 West Partners, Ltd.
                                                                                           TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2006**            **Signature:** _Joseph Speetjens_