UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY CONVERGINT TECHNOLOGIES LLC

This case is before the Court upon the motion for relief from the automatic stay filed by Convergint Technologies, LLC (the "Movant") (Docket No. 7308) (the "Motion"). Upon the hearing held on May 22, 2006, and upon the facts as stipulated to by the parties and for the reasons set forth by the Court at the hearing, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay imposed by 11 U.S.C. § 362 is modified for the sole purpose of allowing Movant to commence and prosecute one or more proceedings in Florida against the Debtors to garnish amounts which may be due, or which may become due, from the Debtors to Group 1 Systems Inc. d/b/a Servidian. Movant shall not otherwise enforce or execute on the judgments or orders it obtains on the garnishment(s) against Debtors against the property of the Debtors or the property of the Debtors' estates, and only shall stand in the shoes of creditor "Servidian". With regard to pre-petition amounts due from the Debtors to Group 1 Systems Inc. d/b/a Servidian, Movant shall be entitled only to garnish such amounts as are payable under a confirmed Chapter 11 plan or in Chapter 7 liquidation. With regard to post-petition amounts due from the Debtors to Group 1 Systems

Inc. d/b/a Servidian, Movant shall be entitled to issue one or more writs of garnishment and collect such amounts as they become payable.

3. Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

4. Notwithstanding the provisions of Fed. R. Bankr. P. 4001(a)(3), the provisions of this order shall be effective immediately.

Dated this 26 day of May, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies Furnished to:

Robert D. Wilcox, Esq.
Leanne K. Prendergast, Esq.
Patrick Patangan, Esq.
Rosalie Gray, Esq.
Elena L. Escamilla, Esq., Office of the United States Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1           Date Rcvd: May 26, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 4
```

```
The following entities were served by first class mail on May 28, 2006.
aty          +Elena L Escamilla,   135 W Central Blvd., Ste 620,   Orlando, FL 32801-2476
aty          +Leanne McKnight Prendergast,   Smith Hulsey & Busey,   225 Water Street Suite 1800,
               Jacksonville, Fl 32202-4494
aty          +Patrick P. Patangan,   Akerman Senterfitt,   50 N. Laura Street, Suite 2500,
               Jacksonville, FL 32202-3646
aty          +Robert D Wilcox,   Wilcox Law Firm,   6817 Southpoint Parkway Suite 1302,
               Jacksonville, FL 32216-6297

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2006**                    **Signature:**    *Joseph Speetjens*