EXHIBIT A

# DYSART & TABARY, L.L.P.

**DANIEL L. DYSART** •
**PAUL A. TABARY, III**

**JOHN J. FINCKBEINER, JR.**
**GEORGE C. WALLACE**

• A Professional Law Corporation

THREE COURTHOUSE SQUARE
CHALMETTE, LA 70043-4774
(504) 271-8011

FAX NO. (504) 271-8020
EMAIL: info@dst-law.com
www.dstlawyers.com

ATTORNEYS • COUNSELORS AT LAW

January 14, 2005

Winn Dixie
7330 W. Judge Perez Drive
Arabi, LA 70032

**CERTIFIED MAIL**
**ITEM #7004 0750 0003 3028 3688**

RE:  Date of Loss:  December 31, 2004
My Client:  Anna Lopiccolo

Dear Sir/Madam:

This letter is to advise that I represent the interests of ANNA LOPICCOLO in a claim for damages arising out of an incident which occurred on December 31, 2004 in the parking lot at Winn-Dixie in Arabi, Louisiana.

Please furnish us with the proper insurance information regarding Winn-Dixie and the above referenced accident. I ask that this information be received by this office within ten (10) days of receipt of this letter.

Please do not hesitate to call me with any questions you may have. Thanking you in advance for your cooperation, I am

Sincerely yours,

JOHN J. FINCKBEINER, JR.



7004 0750 0003 3028 3688

EXHIBIT B

# JOHN J. FINCKBEINER, JR.

Law Office of Dysart & Tabary, L.L.C.
*Temporary Office*
*327 Exchange Place*
*New Orleans, Louisiana 70130*
*Telephone: (504) 569-0277*
*Facsimile: (504) 569-0278*

January 14, 2005

Schnell Investments
2324 Mehle Street
Arabi, LA  70032

   RE: Date of Loss: December 31, 2004
      My Client:  Anna Lopiccolo

Dear Sir/Madam:

  This letter is to advise that I represent the interests of ANNA LOPICCOLO in a claim for damages arising out of an incident which occurred on December 31, 2004 in the parking lot at Winn-Dixie in Arabi, Louisiana.

  Please furnish us with the proper insurance information regarding Winn-Dixie and the above referenced accident.  I ask that this information be received by this office within ten (10) days of receipt of this letter.

  Please do not hesitate to call me with any questions you may have.   Thanking you in advance for your cooperation, I am

       Sincerely yours,

       JOHN J. FINCKBEINER, JR.

JJFjr/vlr

# JOHN J. FINCKBEINER, JR.

Law Office of Dysart & Tabary, L.L.C.
*Temporary Office*
*327 Exchange Place*
*New Orleans, Louisiana 70130*
*Telephone: (504) 569-0277*
*Facsimile: (504) 569-0278*

January 14, 2005

Frank M. Scnell, Jr.
2324 Mehle Street
Arabi, LA  70032

RE:    Date of Loss:    December 31, 2004
       My Client:       Anna Lopiccolo

Dear Mr. Schnell:

This letter is to advise that I represent the interests of ANNA LOPICCOLO in a claim for damages arising out of an incident which occurred on December 31, 2004 in the parking lot at Winn-Dixie in Arabi, Louisiana.

Please furnish us with the proper insurance information regarding Winn-Dixie and the above referenced accident.  I ask that this information be received by this office within ten (10) days of receipt of this letter.

Please do not hesitate to call me with any questions you may have.   Thanking you in advance for your cooperation, I am

Sincerely yours,

JOHN J. FINCKBEINER, JR.

JJFjr/vlr

# JOHN J. FINCKBEINER, JR.

Law Office of Dysart & Tabary, L.L.C.
*Temporary Office*
*327 Exchange Place*
*New Orleans, Louisiana 70130*
*Telephone: (504) 569-0277*
*Facsimile: (504) 569-0278*

## January 14, 2005

Paul Schnell
2324 Mehle Street
Arabi, LA   70032

RE:    Date of Loss:    December 31, 2004
            My Client:    Anna Lopiccolo

Dear Mr. Schnell:

This letter is to advise that I represent the interests of ANNA LOPICCOLO in a claim for damages arising out of an incident which occurred on December 31, 2004 in the parking lot at Winn-Dixie in Arabi, Louisiana.

Please furnish us with the proper insurance information regarding Winn-Dixie and the above referenced accident. I ask that this information be received by this office within ten (10) days of receipt of this letter.

Please do not hesitate to call me with any questions you may have.   Thanking you in advance for your cooperation, I am

Sincerely yours,

JOHN J. FINCKBEINER, JR.

JJFjr/vlr

# EXHIBIT C

# JOHN J. FINCKBEINER, JR.

*Law Office of Dysart & Tabary, L.L.C.*
*Temporary Office*
*327 Exchange Place*
*New Orleans, Louisiana  70130*
*Telephone:  (504) 569-0277*
*Facsimile:  (504) 569-0278*

December 20, 2005

Winn Dixie Risk Management Department
5050 Edgewood Ct.
Jacksonville, FL 32203

RE:    Accident of        12/31/04
       My Client:        Anna Lopicollo
       Your Insured:    Winn Dixie

Dear Sir/Madam:

This letter is to inform you that my office did not receive a Proof of Claim form in this matter.  However, a Petition for Damages (which is attached hereto) was filed in 34th Judicial District Court for the Parish of St. Bernard on December 21, 2005 to interrupt prescription.

The Proof of Claim form in a related matter was due on or before November 30, 2005 at 5:00 p.m. Eastern time. We assumed that the time period would be the same for this instance. However due to Hurricane Katrina the postal service has been delayed in delivery of our mail, and we did not receive the Proof of Claim form in the related matter matter until Friday, December 16, 2005.

Please allow the extraordinary circumstances to serve as good cause for the filing to be permitted. The disaster caused our law practice to relocate three separate times since August 29, 2005.  Therefore, I ask that this suffice as the proper reason for the late filing of the Proof of Claim form.

Thanking you in advance for your cooperation, I am

Sincerely yours,

JOHN J. FINCKBEINER, JR.

JJFjr/vlr
Enclosures

# EXHIBIT D

ASM 20011F - Yolanda Davis

RECEIVED
DEC 27 2005

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al.; Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name **Winn Dixie Stores, Inc**  Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 12828**

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

*Anna Lopiccolo c/o John J. Finckbeiner*
*327 Exchange Place*
*New Orleans, LA 70130*
*388548*

Telephone No of Creditor **504-569-0277**
Fax No of Creditor **504-569-0278**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm **SILLS&EE**
Address _____ **DEC 29 2005** _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☑ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim
☐ replaces ☐ amends  a previously filed claim, dated _____

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☑ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____
(date)            (date)

2. Date debt was incurred **12-31-2004**

3. If claim is based on a Court Judgment, date obtained. **N/A**

4. Total Amount of Claim at Time Case Filed. $**100,000.00** $_____ $_____ $_____
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other

Value of Collateral $_____ **N/A**

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) (  )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. Supporting Documents *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA 2006 JAN -3 PM 12:54

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: Print *John Finckbeiner Jr*  Title *Attorney* Signature _____ |

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

34ᵗʰ **JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 105 618                                    DIVISION: **A**

**ANNA LOPICOLLO**

**VERSUS**

**WINN-DIXIE STORES, INC., SCHNELL INVESTMENTS,
PAUL M. SCHNELL, FRANK M. SCHNELL, JR.,
BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS
AND XYZ INSURANCE COMPANY**

FILED: _____DEC 2 1 2005_____        _____
              1'05 Am                DEPUTY CLERK:

**PETITION FOR DAMAGES**

NOW INTO COURT, through the undersigned counsel comes petitioner, ANNA

LOPICOLLO, a person of the full age of majority and a resident of the Parish of St Bernard,

State of Louisiana, respectfully represents that

I

**MADE DEFENDANTS HEREIN ARE:**

A.    **WINN-DIXIE STORES, INC.,** a foreign corporation authorized to do and
      actually doing business in the Parish of St Bernard, State of Louisiana.

B.    **SCHNELL INVESTMENTS,** a domestic corporation authorized and actually
      doing business in the Parish of St Bernard, State of Louisiana

C.    **PAUL M. SCHNELL,** a person of the full age and domiciled in the Parish of St
      Bernard, State of Louisiana;

D.    **FRANK M. SCHNELL, JR.,** a person of the full age and domiciled in the Parish
      of St Bernard, State of Louisiana,

E.    **XYZ INSURANCE COMPANY** (named fictitiously as the insurer of Schnell
      Investments, Paul M Schnell, Frank M Schnell, Jr , Both Individually and Both
      D/B/A Schnell Investments until the exact identity of its insurer is known), doing
      business in the Parish of St Bernard, State of Louisiana

II

Defendants are indebted unto the petitioner, **Anna Lopicollo,** jointly, severally and in

solido for reasonable damages, together with legal interest from the date of judicial demand until

paid and for all costs of the proceedings for the following reasons, to wit

SCANNED
DEC 2 9 2005

III

On or about December 31, 2004 **Anna Lopicollo**, was a guest and patron at the establishment known as **WINN-DIXIE STORE**, which is located at 7330 West Judge Perez Drive, in the Parish of St Bernard, State of Louisiana  Petitioner, while walking through the parking lot, which is owned by the defendants, **SCHNELL INVESTMENTS, PAUL M. SCHNELL, FRANK M. SCHNELL, JR., BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS**, to enter the store, tripped on debris that was not visible due to an obstruction of vehicles and violently fell to the ground twisting her body and thus causing all her injuries, which will be set forth herein.

IV

The petitioner respectfully avers that the defendants, **WINN-DIXIE STORES, INC, SCHNELL INVESTMENTS, PAUL M. SCHNELL, FRANK M. SCHNELL, JR., BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS, AND XYZ INSURANCE COMPANY** are liable under the **doctrine of Res Ispa Loquitur** due to the defective and/or unreasonable dangerous condition of the aforementioned parking lot, and further, by owning and/or maintaining a defective and unreasonably dangerous condition in their care, custody and control  All of which were the proximate cause of petitioner's injuries

V

Further, the petitioner avers that the accident was caused exclusively through the negligence of the defendants, **WINN-DIXIE STORES, INC, SCHNELL INVESTMENTS, PAUL M. SCHNELL, FRANK M. SCHNELL, JR., BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS, AND XYZ INSURANCE COMPANY** their agents and/or employees, in accordance with the following non-exclusive list of particulars to-wit

    A. Failing to provide a reasonably safe environment for the customer;

    B  Failing to provide safe passageway;

    C  Failing to have proper clean up procedures on the premises,

    D  Failing to properly instruct employees how to handle clean-up procedures;

    E  Failing to warn customer of the dangerous defects in the parking lot,

    F  By maintaining a defective condition on the premises,

    G  Res Ipsa Loquitur,

    H  Respondent Superior,

    I  Any acts of negligence that will be provided at the trial of this matter

SCANNED
DEC 2 9 2005

VI.

As a result of the incident described above, the petitioner, **ANNA LOPICOLLO,** sustained serious personal injuries to her entire body, including but not limited to her neck and back

VII

Petitioner, **ANNA LOPICOLLO,** is entitled to reasonable damages for the following

A) Past, Present, and Future Medical Expenses;

B) Past, Present and Future Physical Pain and Suffering,

C) Past, Present, and Future Mental Anguish,

D) Past, Present and Future Emotional Distress,

E) Permanent Disability and Loss of Function,

F) Loss of Enjoyment of Life,

G) Past, Present, and Future Loss of Wages and Diminished Economic Horizons,

H) All medical, hospital, doctors, injuries, pharmaceutical and prosthetic bills, and

I) Any other general or specific damages to which the petitioner is entitled under the laws of Louisiana

VIII

At the time of the above-described accident defendant, **WINN-DIXIE STORES, INC.** was self-insured by a policy of liability insurance  Said policy was in full force and effect and covers the actions herein complained of on behalf of defendant.

IX

At the time of the above-described accident defendant, **SCHNELL INVESTMENTS, PAUL M. SCHNELL, AND FRANK M. SCHNELL, JR., BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS** were insured by a policy of insurance issued by **XYZ INSURANCE COMPANY**  Said policy was in full force and effect and covers the actions herein complained of on behalf of defendant

X

Your petitioner avers amicable demand to no avail

DEC 2 9 2005

WHEREFORE, the petitioner prays that the defendants be cited to appear herein and answer, and after all due proceedings had, there be judgment in favor of your petitioner, **ANNA LOPICOLLO**, and against the defendants, **WINN-DIXIE STORES, INC., SCHNELL INVESTMENTS, PAUL M. SCHNELL, FRANK M. SCHNELL, JR., BOTH INDIVIDUALLY AND D/B/A SCHNELL INVESTMENTS, AND XYZ INSURANCE COMPANY** for such sums as are reasonable in the premises, together with all costs of these proceedings, and interest from date of judicial demand

Further, for all other general and equitable relief

RESPECTFULLY SUBMITTED

JOHN J. FINCKBEINER, JR.
Bar No. 18211
327 Exchange Place
New Orleans, LA 70130
(504) 569-0277

**_PLEASE SERVE:_**

**WINN-DIXIE STORES, INC.**
*Through their agent of service:*
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, LA  70802-6129

**SCHNELL INVESTMENTS**
2324 Mehle Street
Arabi, LA 70032

**PAUL M. SCHNELL**
2324 Mehle Street
Arabi, LA 70032

**FRANK M. SCHNELL, JR.**
2324 Mehle Street
Arabi, LA 70032

**XYZ INSURANCE COMPANY**                    **HOLD SERVICE**

EXHIBIT E

# JOHN J. FINCKBEINER, JR.

Law Office of Dysart & Tabary, L.L.C.
*Temporary Office*
*327 Exchange Place*
*New Orleans, Louisiana 70130*
*Telephone: (504) 569-0277*
*Facsimile: (504) 569-0278*

March 22, 2006

**FED EX: 8546 3405 6720**
Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, NJ 07043

|        |                |                                                              |
|--------|----------------|--------------------------------------------------------------|
| **RE:** | *Accident of*  | *9/14/04*                                                    |
|         | *My Client:*   | *Cleavon Williams o/b/o his minor daughter Cleanelle Williams* |
|         | *Your Insured:* | *Winn Dixie*                                                 |

**AND**

|        |                |                |
|--------|----------------|----------------|
|        | *Accident of*  | *12/31/04*     |
|        | *My Client:*   | *Anna Lopicollo* |
|        | *Your Insured:* | *Winn Dixie*   |

Dear Sir/Madam:

Please find enclosed the Questionnaire For Litigation Claimants in the above referenced matters. Also enclosed is the requested information and documents for each claimant.

Should you require any additional information please do not hesitate to contact my office. Upon receipt of any additional medical records or information pertaining to my clients I will forward said to your office promptly.

Thanking you in advance for your cooperation, I am

Sincerely yours,

JOHN J. FINCKBEINER, JR.

JJFjr/vlr
Enclosures

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a)     fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b)     return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

WDX-388548-Q2-54
LOPICCOLO, ANNA
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

## PART B - CLAIM INFORMATION

1.   Give your date of birth (MM/DD/YY)___February 5, 1954_____

2.   Date of injury or claim: (MM/DD/YY)___December 31, 2004_____

3.   What is the basis of your claim?___On December 31., 2004 Anna Lopicollo____
    was a guest and patron at the Winn Dixie Store located at 7330 W.
    Judge Perez Drive in St. Bernard, Louisiana.  While walking
    through the parking lot to enter the store she tripped on debris
    that was not visible due to obstruction of vehicle and fell.

4.   What is the total amount of your claim? (Please estimate if necessary)._____
    $100,000.00   This is an estimate._____

5.   Attach copies of all documents supporting or evidencing your claim. Do not send original documents.
    If the documents are not available, please explain.
    Please refer to the documents that are attached hereto for your
    review._____
    _____

6.   Identify all payments or other sums which have been credited and deducted for the purpose of
    quantifying your claim amount.__N/A_____
    _____
    _____
    _____

7.   Are you pursuing this claim against any other party?  Yes ☒    No ☐
    If so, against whom (list the name, the addresses and counsel for each party, if known)?_____
    Schnell Investments, Paul M. Schnell and Frank Schnell, Jr._____
    _____
    _____

    (Attach additional sheets if necessary)

8.   Did you notify the Debtor in writing of the injury or claim?  (If yes, attach a copy of such writing.)
         Yes ☒     No ☐

9.   Is there a pending lawsuit regarding your claim?  If so, identify the court where the
    lawsuit is pending, the case number and the judge, if known.__34th Judicial District_
    Court for the Parish of St. Bernard State of Louisiana_____
    Case No: 105-618 Division "A"   Judge Robert Buckley_____
    _____
    _____

WDX-388548-Q2-54-LOPICCOLO, ANNA

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)
    Plaintiff sustained injuries to her entire body more _____
    specifically her back and neck.

11. Where did the injury or damage occur? The injury occured in the parking lot
    of the Winn Dixie Store located at 7330 West Judge Perez Drive
    in the Parish of St. Bernard, State of Louisiana

    Please specify the location and address.

12. How did the injury or damage occur? Ms. Lopicollo was walking through the
    parking lot to enter the store and she tripped on some debris
    that was not visible due to an obstruction of vehicles and she
    fell violently to the ground twisting her body and thus causing
    her injuries.

13. Did you miss any work as a result of your injury or damage? If so, how many days?
    N/A

14. Give the name and address of your employer and your salary at the time of your injury or damage.
    N/A

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
    No.

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
    Plaintiff is aware of one employee who helped her after she fell
    but is unable to recall his name. However she is sure that his
    name was entered on the report.

WDX-388548-Q2-54-LOPICCOLO, ANNA

17. If applicable, are treatments still being given for the injury or damages? Yes [x]   No [ ]
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.) Dr. John Olson, 2920 Kingman Street
Suite 110, Metairie, LA 70006 and St. Bernard Clinical Services
which is also located at the same address.

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury.
   Include treatment dates. (Attach additional sheets if necessary)
   Dr. John Olson                          St. Bernard Clinical
   2920 Kingman Street, Suite 110    (same address)
   Metairie, LA 70006

   b. Itemize all damages you claim, including any damages for emotional distress,
   loss of consortium or pain and suffering. Plaintiff has not yet
   calculated any damages as this matter is continuing and
   ongoing and plaintiff has not received final diagnosis.

   c. Give the total amount of the medical bills you incurred as a result of your claim. _____
   Plaintiff has not calculated total medical bills as she
   has not recieved final diagnosis. Please refer to the bill
   that is attached hereto for preliminary cost to date.

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a
   claim. N/A

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your
   injury. N/A

WDX-388548-Q2-54-LOPICCOLO, ANNA

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company.____N/A_____

_____

_____

_____

19.  To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim._Plaintiff has not yet calculated any_ _damages as this matter is continuing and ongoing, and_ _plaintiff has not received final diagnosis and/or prognosis._ _Please refer to the medical bills which are attached hereto_ _for your review._____

b.  Give the total amount of each item of damage._N/A_____

_____

20.  **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**___$100,000.00_____

_____

_____

_____

_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| WDX-388548-Q2-54<br>LOPICCOLO, ANNA<br>C/O DYSART & TABARY LLC<br>ATTN JOHN J. FINCKBEINER, ESQ<br>327 EXCHANGE PLACE<br>NEW ORLEANS LA 70130 | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br><br>Phone: _____<br>Fax _____<br>Email<br>Address: _____ |

WDX-388548-Q2-54-LOPICCOLO, ANNA

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE:_ March 21, 2006 _____

Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

## NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)__ John J. Finckbeiner, Jr. _____

Address___ 327 Exchange Place _____

City/State/Zip_ New Orleans, Louisiana 70130 _____

Relationship to Claimant___ Attorney _____

Phone Number___ (504) 569-0277 _____

Fax Number____ (504) 569-0278 _____

Email Address __ jjfinckbeiner@dst-law.com _____

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

WDX-388548-Q2-54-LOPICCOLO, ANNA

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*