UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**FOURTEENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the fourteenth time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

| | |
|---|---|
| von Maltitz, Derenberg, Kunin, Janssen & Giordano<br>62 East 42nd Street<br>New York, New York 10165 | Trademark Counsel |
| Centre-Line Real Estate Services<br>4770 Biscayne Blvd<br>Suite 590<br>Miami, Florida 33137 | Real Estate Broker |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Dated:  May 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Steven B. Eichel | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# CERTIFICATE OF SERVICE OF FOURTEENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

This is to certify that on May 30, 2006, I caused to be served a copy of this Fourteenth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Creditors' Committee, and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

>Kenneth C. Meeker
>Assistant U.S. Trustee
>Office of the United States Trustee
>135 West Central Boulevard, Room 620
>Orlando, Florida  32801
>Phone:  407-648-6301
>Fax:  407-648-6323
>ken.meeker@usdoj.gov
>
>Elena L. Escamilla
>135 Central Blvd. Suite 620
>Orlando FL 32801
>Phone: 407-648-6465
>Fax: 407-648-6323
>Elena.L.Escamilla@usdoj.gov
>
>Otterbourg, Steindler, Houston & Rosen, P.C.
>Attn: Jonathan N. Helfat
>230 Park Avenue, 29th Floor
>New York, NY  10169
>Phone: 212-661-9100
>Fax: 212-682-6104
>Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-822-5770
Ddunne@milbank.com


Dated: May 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Rosalie Walker Gray*<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |