UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES
OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE
FOURTEENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE
ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1.  von Maltitz, Derenberg, Kunin, Janssen & Giordano (Exhibit A)

2.  Centre-Line Real Estate Services (Exhibit B)

The Debtors will serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Creditors' Committee, and counsel to the DIP Lender. The United States Trustee, the Creditors' Committee, and the DIP Lender shall have

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

20 days after such service to object to the retention the above referenced Ordinary Course Professionals.

Dated: May 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>D. J. Baker <br>Sally McDonald Henry <br>Rosalie Walker Gray <br>Steven B. Eichel | By  *s/ Cynthia C. Jackson*  <br>Stephen D. Busey <br>James H. Post <br>Cynthia C. Jackson, <br>Florida Bar Number 498882 |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(212) 735-2000 (facsimile) <br>djbaker@skadden.com | 225 Water Street, Suite 1800 <br>Jacksonville, Florida 32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:**

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _VITO T. GIORDANO_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   _VON MALTITZ, DERENBERG, KUNIN, JANSSEN & GIORDANO_
   _60 EAST 42nd ST., N.Y., NY 10165_

2. Date of retention:   _MAY 15, 2006_

Questionnaire of: von MALTITZ, DERENBERG, KUNIN, JANESEN & GIORDANO
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   LEGAL — Specifically, trademark law; our firm's specialty.

4. Brief description of services to be provided:

   ANALYSIS OF, AND LEGAL OPINION ON, A TRADEMARK ISSUE

5. Arrangements for compensation (hourly, contingent, etc.)

   HOURLY

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $350.00 per hour

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ NONE

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: NONE

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Questionnaire of: VON MALTITZ, DEREMBERG, KUNIN, JANSSEN & GIORDANO
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __NONE__

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __NONE__

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    __NONE__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __MAY 22, 2006__

Name: _Vito T. Giordano_
Title: __PARTNER__
Company: __VON MALTITZ, DEREMBERG,__
Address: __KUNIN, JANSSEN &__
__GIORDANO__
Telephone: __60 E. 42nd St.__
Facsimile: __N.Y., NY 10165__

PHONE (212) 661-1400
FAX (212) 370-1870

508767.01-New York Server 5A - MSW            -3-

**<u>Exhibit B</u>**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:**

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Lindsey D. Pankey III_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   _Centre-Line Real Estate Services_
   _4770 Biscayne Blvd_
   _Suite 590_
   _Miami, Florida_

2. Date of retention: _____

Questionnaire of: __CENTRE-LINE REAL ESTATE SERVICES__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   REAL ESTATE

4. Brief description of services to be provided:

   Assist with sublease LEASE Assignment to Staples Office Supplies

5. Arrangements for compensation (hourly, contingent, etc.)

   FLAT FEE IN AMOUNT OF $60,000.00

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ 0

   Date claim arose: 0

   Source of claim: 0

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: 0

   Status: 0

   Amount of Claim: $ 0

   Date claim arose: 0

   Source of claim: 0

-2-

Questionnaire of: __Centre-Line Realestate Services__
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __0__

   No. of shares: __0__

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __N/A__

    Status: __N/A__

    Kind of shares: __N/A__

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    __N/A__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __May 24, 2006__

Name: __Lindsey D. Pankey__
Title: __Partner__
Company: __Centre-Line RE Services__
Address: __4770 Biscayne, Suite 590__
__Miami, FL 33137__
Telephone: __305-576-9008__
Facsimile: __305 576-6004__