UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 3:05-03817-JAF |
| Winn-Dixie Stores, Inc. ) | Claim No. 12434 |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

To Transferor: N. K. C. Properties, Inc.,
a Georgia general partnership
1716 Cleveland Highway
Dalton, Georgia 30720

Your claim as shown above in the amount of **$4,875,172.45** has been transferred (unless previously expunged by court order) to:

MSCI 1999-RM1 Dalton place Limited Partnership,
a Georgia limited partnership
c/o LNR Partners, Inc.,
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139

Dated: May 30, 2006

_____
Joshua M. Katz, Esq.
Georgia Bar No. 408979

NELSON MULLINS RILEY & SCARBOROUGH LLP
First Union Plaza
999 Peachtree St., N.E., Suite 1400
Atlanta, Georgia 30309