UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 3:05-03817-JAF |
| Winn-Dixie Stores, Inc. | ) | Claim No. 12434 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

### NOTICE OF FILING EVIDENCE OF TRANSFER OF CLAIM

**NOW COMES** MSCI 1999-RM1 Dalton Place Limited Partnership, a Georgia limited partnership ("MSCI"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), and gives notice of the filing of evidence of transfer of a claim other than for security, and shows this honorable Court as follows:

1.  MSCI is the assignee of a claim formerly held by N. K. C. Properties, a Georgia general partnership ("N. K. C.").

2.  N. K. C. filed a Proof of Claim in the above matter on or about October 24, 2005, in the amount of $4,875,172.45, which has been assigned Claim No. 12276.

3.  N. K. C. filed an Amended Proof of Claim in the above matter on or about November 7, 2005, in the amount of $4,875,172.45, which has been assigned Claim No. 12434 (the "Claim").

4. MSCI, as successor in interest to Main America Capital, L.C., a Florida limited liability company ("Original Lender") by assignment as reflected in Paragraph 5 herein, became the assignee of the Claim by operation of a Collateral Assignment of Leases and Rents, made as of the 17th day of December, 1997, by N. K. C. and Original Lender (the "Assignment of Leases and Rents"), attached hereto as <u>Exhibit A</u>. The Assignment of Leases and Rents assigns to MSCI all of N. K. C.'s interest in and to the lease made September 4, 1996 between Cleveland Highway, LLC, an Alabama limited liability company, and Winn-Dixie Atlanta, Inc., a Florida corporation, regarding the Winn-Dixie store located at Cleveland Highway and Bowen Road, Dalton, Georgia (the "Lease") which includes but is not limited to the following:

    a. All rents, income, issues and profits arising from the Lease and all rents income issues and profits from the use, enjoyment and occupancy of the Mortgaged Property (as defined in the Assignment of Leases and Rents);

    b. All claims and rights to the payment of damages arising from any rejection by a lessee of any lease as permitted by the Bankruptcy Code, 11 U.S.C. §101, *et seq.*;

    c. Any and all rights, title and interest in and claims under any and all lease guaranties, letters of credit and any

other credit support given by any guarantor in connection with the Lease; and

  d. All proceeds from the sale or other disposition of the Lease, and any and all Rents, Lease Guaranties and Bankruptcy Claims (as defined in the Assignment of Leases and Rents).

  5. The Assignment of Leases and Rents was assigned by that certain Assignment of Assignment of Leases and/or Rents dated the 18th day of December, 1997, from Original Lender to Residential Funding Corporation, a Delaware corporation ("Residential"), was further assigned by that certain Assignment of Assignment of Leases and/or Rents dated the 18th day of December, 1997, from Residential to LaSalle National Banking Corporation, formerly known as LaSalle National Bank, as trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 1999-RM1 ("LaSalle"), and was further assigned by that certain Assignment of Deed to Secure Debt and Security Agreement and Other Loan Documents dated the 28th day of April, 2006, from LaSalle to MSCI. The referenced assignments are respectively attached hereto as <u>Exhibit B</u>.

  6. Pursuant to the terms of the Assignment of Leases and Rents, MSCI may file the instant Notice of Transfer of Claim upon the occurrence of an Event of Default (as described in the Assignment of Leases and Rents).

7. On or about April 12, 2006, N. K. C. was provided Notice of Default and Acceleration (the "Notice") as a result of the occurrence of an Event of Default under the Assignment of Leases and Rents. A true and correct copy of the Notice is attached hereto as Exhibit C.

8. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), N. K. C. will be substituted for MSCI as the holder of Claim No. 12434 unless N. K. C. timely objects.

Respectfully submitted this 30 day of May, 2006.

_____
Joshua M. Katz, Esq.
Georgia Bar No. 408979

NELSON MULLINS RILEY & SCARBOROUGH LLP
First Union Plaza
999 Peachtree St., N.E., Suite 1400
Atlanta, Georgia 30309