# EXHIBIT B

BOOK 3174 PAGE 058

FILED & RECORDED
TIME: 1:00
DATE: 8-16-99
DEED BOOK: 3174
PAGE: 58-62

BETTY NELSON, C.S.C.
WHITFIELD COUNTY, GA

**RECORD 1st**

Prepared By and After Recording, Return to:
RICHARDSON CONSULTING GROUP
505-A San Marin Drive, Suite 110
Novato, CA 94945
415-898-7200

1.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RCG#:65.1 IVALR
LaSalle Ln#: 307-0025-000 Issuer/Pool:1006/307
MS99RM01

State of: GA
County of: Whitfield
Cleveland Hwy and Pleasant Hills Dr Dalton

## ASSIGNMENT OF
## ASSIGNMENT OF LEASES AND/OR RENTS

Recorded on: 12/19/97 Book: 2919 at page: 118

(L24A)

BOOK 3174 PAGE 059

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

**MAIN AMERICA CAPITAL, L.C.,**
as Assignor

TO

**RESIDENTIAL FUNDING CORPORATION**
as Assignee

472973.1/2207.2844

BOOK 3174 PAGE 060

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

MAIN AMERICA CAPITAL, L.C., a Florida limited liability company, whose address is 800 Mt. Vernon Highway, Suite 120, Atlanta, GA 30328 ("Assignor") as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to RESIDENTIAL FUNDING CORPORATION, a Delaware corporation, whose address is 4800 Montgomery Lane, Suite 300, Bethesda, Maryland 20814 ("Assignee"), its successors, participants and assigns, all right, title and interest of Assignor in and to an Assignment of Leases and Rents by N.K.C. PROPERTIES, a Georgia general partnership (the "Borrower") dated December 17th, 1997, and recorded on December 19, 1997, with the County Clerk of Whitfield County under County Clerk's File No. Book: 2919*, securing the payment of a Note (the "Note"), dated December 17, 1997, in the original principal amount of FIVE MILLION EIGHTY THOUSAND and No/100 Dollars ($5,080,000.00) made by the Borrower, payable to the order of Assignor, and creating a first lien on the property described in Exhibit "A" attached hereto and by this reference made a part hereof.  *Page: 118.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges and security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be governed in all respects by the laws of the State of Georgia and shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURES ON FOLLOWING PAGE]

472973.1/22107.2846



BOOK 3174 PAGE 061

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed by its duly authorized officer on this 18th day of December, 1997.

MAIN AMERICA CAPITAL, L.C., a Florida limited liability company

Signed, sealed and delivered in the presence of:

_____  By: _____
Witness                       Richard C. Warner, President

_____         RICHARD C WARNER
Notary Public                   DIRECTOR
                                President

EXHIBIT "A"                                    BOOK 3174 PAGE 062

All that tract or parcel of land lying and being in Land Lots 88 and 89 of the 12th District and 3rd Section of Whitfield County, Georgia, as per a plat prepared by Joseph R. Evans, Georgia Registered Land Surveyor No. 2168, dated September 5, 1997, and revised November 10, 1997, and being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING begin at a right-of-way marker located at the intersection of the southerly side of the 50 foot right-of-way along Pleasant Hills Drive and the westerly side of the 100 foot right-of-way along Georgia Highway No. 71 a/k/a Cleveland Highway; thence proceed across said 100 foot right-of-way South 38 degrees 24 minutes East a distance of 133.57 feet to an iron pin located on the easterly side of the 100 foot right-of-way along Georgia Highway No. 71 a/k/a Cleveland Highway; thence continuing along the easterly right-of-way of Georgia Highway No. 71, North 10 degrees 12 minutes East 193.61 feet to an iron pin and the TRUE POINT OF BEGINNING; thence along the east side of the 100 foot right-of-way of Georgia Highway No. 71 a/k/a Cleveland Highway, North 10 degrees 12 minutes East 352.39 feet to an iron pin; thence South 79 degrees 48 minutes East 185.0 feet to an iron pin; thence North 10 degrees 12 minutes East 185.0 feet to an iron pin on the south right-of-way of N.K.C. Drive (80 foot right-of-way); thence along said right-of-way, South 79 degrees 48 minutes East 545.82 feet to an iron pin; thence North 10 degrees 12 minutes East 15.0 feet to an iron pin on the south right-of-way of N.K.C. Drive; thence along said right-of-way, South 79 degrees 48 minutes East 38.47 feet to an iron pin; thence continuing along the curvature of said south right-of-way in an easterly direction along the arc of a 225.00 foot radius curve an arc distance of 62.32 feet with a chord bearing of South 87 degrees 44 minutes East with a chord distance of 62.12 feet to an iron pin; thence South 10 degrees 12 minutes West 655.08 feet to an iron pin; thence North 90 degrees 0 minutes West 661.96 feet to an iron pin; thence North 10 degrees 12 minutes East 145.83 feet to an iron pin; thence North 34 degrees 48 minutes West 49.50 feet to an iron pin; thence North 79 degrees 48 minutes West 112.95 feet to an iron pin; thence South 68 degrees 21 minutes 17 seconds West 36.93 feet to the TRUE POINT OF BEGINNING.

|LINK 24| 1)

BOOK 3174 PAGE 063

FILED & RECORDED
TIME: 1:00
DATE: 8-16-99
DEED BOOK: 3174
PAGE: 63-67
BETTY NELSON, C S C.
WHITFIELD COUNTY, GA

**RECORD 2nd**

Prepared By and After Recording, Return to:
RICHARDSON CONSULTING GROUP
505-A San Marin Drive, Suite 110
Novato, CA 94945
415-898-7200

1:00 16udy
16 one act

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RCG#:65 1 ALR
LaSalle Ln#: 307-0025-000 Issuer/Pool:/
MS99RM01

State of: GA
County of: Whitfield

## ASSIGNMENT OF
## ASSIGNMENT OF LEASES AND/OR RENTS

Recorded on: 12/19/97 Book: 2919 at page: 118

BOOK 3174 PAGE 064

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

**RESIDENTIAL FUNDING CORPORATION**
as Assignor

TO

LaSalle National Bank, as trustee
_____
_____

as Assignee

473053.1/2207.2846

BOOK 3174 PAGE 065

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

RESIDENTIAL FUNDING CORPORATION, a Delaware corporation, whose address is 4800 Montgomery Lane, Suite 300, Bethesda, Maryland 20814 ("Assignor") as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to

LaSalle National Bank, as trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 1999-RM1 having an address of 135 S. LaSalle Street, Chicago, Il 60674.

("Assignee"), its successors, participants and assigns, all right, title and interest of Assignor in and to an Assignment of Leases and Rents by N.K.C. PROPERTIES, a Georgia general partnership (the "Borrower") dated __December 17__, 199_7__, and recorded on __December 19__, 199_7__, with the County Clerk of Whitfield County under County Clerk's File No Bk: 2919 * __, securing the payment of a Note (the "Note"), dated December 17, 199_7_, in the original principal amount of FIVE MILLION EIGHTY THOUSAND and No/100 Dollars ($5,080,000.00) made by the Borrower, payable to the order of Assignor, and creating a first lien on the property described in Exhibit "A" attached hereto and by this reference made a part hereof. *Page: 118.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges and security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be governed in all respects by the laws of the State of __Georgia__ and shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURES ON FOLLOWING PAGE]

473953.1/2207-2446



IN WITNESS WHEREOF, Assignor has caused this instrument to be executed by its duly authorized officer on this 18th day of December, 1997.

RESIDENTIAL FUNDING CORPORATION, a Delaware corporation

Signed, sealed and delivered in the presence of:

*Anita Comanale*
Witness

*Toinette Munson*
Notary Public

By: *W. Tyson*
William Tyson, Director

**TOINETTE MUNSON**
Notary Public, State of Maryland
County of Prince George
My Commission Expires August 18, 2002

473653.1/22072146

EXHIBIT "A"

BOOK 3174 PAGE 067

All that tract or parcel of land lying and being in Land Lots 88 and 89 of the 12th District and 3rd Section of Whitfield County, Georgia, as per a plat prepared by Joseph R. Evans, Georgia Registered Land Surveyor No. 2168, dated September 5, 1997, and revised November 10, 1997, and being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING begin at a right-of-way marker located at the intersection of the southerly side of the 50 foot right-of-way along Pleasant Hills Drive and the westerly side of the 100 foot right-of-way along Georgia Highway No. 71 a/k/a Cleveland Highway; thence proceed across said 100 foot right-of-way South 38 degrees 24 minutes East a distance of 133.57 feet to an iron pin located on the easterly side of the 100 foot right-of-way along Georgia Highway No. 71 a/k/a Cleveland Highway; thence continuing along the easterly right-of-way of Georgia Highway No. 71, North 10 degrees 12 minutes East 193.61 feet to an iron pin and the TRUE POINT OF BEGINNING; thence along the east side of the 100 foot right-of-way of Georgia Highway No. 71 a/k/a Cleveland Highway, North 10 degrees 12 minutes East 352.39 feet to an iron pin; thence South 79 degrees 48 minutes East 185.0 feet to an iron pin; thence North 10 degrees 12 minutes East 185.0 feet to an iron pin on the south right-of-way of N.K.C. Drive (80 foot right-of-way); thence along said right-of-way, South 79 degrees 48 minutes East 545.82 feet to an iron pin; thence North 10 degrees 12 minutes East 15.0 feet to an iron pin on the south right-of-way of N.K.C. Drive; thence along said right-of-way, South 79 degrees 48 minutes East 38.47 feet to an iron pin; thence continuing along the curvature of said south right-of-way in an easterly direction along the arc of a 225.00 foot radius curve an arc distance of 62.32 feet with a chord bearing of South 87 degrees 44 minutes East with a chord distance of 62.12 feet to an iron pin; thence South 10 degrees 12 minutes West 655.08 feet to an iron pin; thence North 90 degrees 0 minutes West 661.96 feet to an iron pin; thence North 10 degrees 12 minutes East 145.83 feet to an iron pin; thence North 34 degrees 48 minutes West 49.50 feet to an iron pin; thence North 79 degrees 48 minutes West 112.95 feet to an iron pin; thence South 68 degrees 21 minutes 17 seconds West 36.93 feet to the TRUE POINT OF BEGINNING.

DOC# 006342
FILED IN OFFICE
05/02/2006   11:05 AM
BK:4749   PG:205-208
ANN W BERRY
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY

| After recording return to: | Please Cross Reference to: |
|---|---|
| Nelson, Mullins, Riley & Scarborough, LLP | DB 2919, Page 90 |
| 999 Peachtree Street, N.E. | DB 3174, Page 68 |
| Suite 1400 | DB 3174, Page 73 |
| Atlanta, Georgia 30309 | DB 2919, Page 118 |
| Attention: Joshua M. Katz, Esq. | DB 3174, Page 58 |
| | DB 3174, Page 63 |
| | DB 2919, Page 127 |
| | DB 3185, Page 164 |
| | DB 3725, Page 338 |

## ASSIGNMENT OF DEED TO SECURE DEBT AND SECURITY AGREEMENT AND OTHER LOAN DOCUMENTS

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, LASALLE BANK NATIONAL ASSOCIATION, a national banking association, FORMERLY KNOWN AS LASALLE NATIONAL BANK, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-RM1 ("Assignor"), having a mailing address c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 800, Miami Beach, Florida 33139, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto MSCI 1999-RM1 DALTON PLACE LIMITED PARTNERSHIP, a Georgia limited partnership ("Assignee"), having a mailing address of c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, all of the Assignor's right, title and interest in and to the following deed to secure debt and security agreement and other loan documents, as each such instrument may have been amended and assigned:

1. That certain DEED TO SECURE DEBT AND SECURITY AGREEMENT made as of the 17th day of December, 1997, by N. K. C. Properties, a Georgia general partnership ("Borrower"), to Main America Capital, L.C., a limited liability company organized and existing under the laws of the State of Florida ("Original Lender"), recorded on December 19, 1997, in Deed Book 2919, Page 90 in Whitfield County, Georgia Records (the "Records") securing a certain Mortgage Note payable by Borrower as more particularly described therein, as assigned by that certain Assignment of Deed to Secure Debt and Security Agreement by Original Lender to Residential Funding Corporation, a Delaware Corporation ("Residential"), executed on the 18th day of December, 1997, and recorded on August 16, 1999, in Deed Book 3174, Page 68 of the Records, as further assigned by Residential to Assignor by that certain Assignment of Deed

BK:4749  PG:206

to Secure Debt and Security Agreement executed on the 18th day of December, 1997, and recorded on August 16, 1999 in Deed Book 3174, Page 73 in the Records.

2. That certain COLLATERAL ASSIGNMENT OF LEASES AND RENTS made as of the 17th day of December, 1997 by Borrower to Original Lender, recorded in Deed Book 2919, Page 118 in the Records, as assigned by that certain Assignment of Assignment of Leases and Rents by Original Lender to Residential, executed on the 18th day of December, 1997 and recorded on August 16, 1999 in Deed Book 3174, Page 58 in the Records, as further assigned by that certain Assignment of Assignment of Leases and Rents by Residential in favor of Assignor, executed on the 18th day of December, 1997 and recorded August 16, 1999 in Deed Book 3174, Page 63 in the Records.

3. That certain UCC-2 Financing Statement made by Borrower to Original Lender, recorded on December 19, 1997 in Deed Book 2919, Page 127 in the Records, as assigned by that certain Assignment of Interest Under UCC-2 Financing Statement by Original Lender to Residential, recorded on September 13, 1999 in Deed Book 3185, Page 164 in the Records, as continued by that certain UCC Financing Statement Amendment, recorded on July 18, 2002 in Deed Book 3725, Page 338, as further assigned by that certain UCC Financing Statement Amendment from Residential to Assignor, recorded on the date hereof prior hereto.

TOGETHER WITH all sums and other obligations described therein and in the promissory note(s) referred to therein.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors and assigns of the Assignee forever.

The deed to secure debt and security agreement and other loan documents assigned hereby encumber the real property legally described on Exhibit "A" annexed thereto and incorporated herein by reference.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPORESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

[signature on following page]

BK:4749  PG:207

IN WITNESS WHEREOF, this Assignment has been duly executed on behalf of Assignor as of the 28th day of April, 2006.

                                 LASALLE BANK NATIONAL ASSOCIATION, a national banking association, FORMERLY KNOWN AS LASALLE NATIONAL BANK, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-RM1

                                 By: LNR Partners, Inc., a Florida corporation, its attorney-in-fact under that certain Limited Power of Attorney dated the 23rd day of May, 2005, recorded in Whitfield County, Georgia Records immediately prior hereto

                                 By: _____
                                      Randolph J. Wolpert, Vice President

                                          [CORPORATE SEAL]

**[witness and notary on following page]**

BK:4749   PG:208

Signed, sealed and delivered in the presence of:

_____
Unofficial Witness

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF MIAMI-DADE        )

The foregoing instrument was acknowledged before me this 28th day of April, 2006, by Randolph J. Wolpert, as Vice President of LNR PARTNERS, INC., a Florida corporation, on behalf of such corporation as Attorney-in-Fact on behalf of LASALLE BANK NATIONAL ASSOCIATION, a national banking association, FORMERLY KNOWN AS LASALLE NATIONAL BANK, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-RM1, such individual is personally known to me or has produced a driver's license as identification.

My Commission expires:

Signature _Caridad E. Laire_
Print Name _CARIDAD E. LAIRE_
NOTARY PUBLIC

[NOTARIAL SEAL]

CARIDAD E. LAIRE
Comm# DD0410986
Expires 7/23/2008
Bonded thru (800)432-4254
Florida Notary Assn Inc