# EXHIBIT C



# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law
999 Peachtree Street, NE / 14th Floor / Atlanta, Georgia 30309-3964
Tel: 404.817.6000   Fax: 404.817.6050
www.nelsonmullins.com

Joshua M. Katz, Esq.
Tel: 404.817.6342
Fax: 404.817.6086
joshua.katz@nelsonmullins.com

April 12, 2006

*Via Federal Express and*
*Facsimile at (706) 259-3177*

N. K. C. Properties
1716 Cleveland Highway
Dalton, Georgia 30720
Attention: William D. Combs

Re: *Notice of Default and Acceleration regarding Mortgage Note dated December 17, 1997 (the "Note") from N. K. C. Properties, a Georgia general partnership to Main America Capital, L.C., a limited liability company organized and existing under the laws of the State of Florida, as assigned to Residential Funding Corporation, as assigned to LaSalle Bank National Association, a national banking association formerly known as LaSalle National Bank, as trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 1999-RM1;*

| | |
|---|---|
| **Property:** | Dalton Place Shopping Center, 2518 Cleveland Highway, Dalton, Georgia 30720 |
| **Portfolio:** | MSCI 1999-RM1 |
| **Loan No.:** | M400032662 |

Dear Mr. Combs:

This law firm represents LNR Partners, Inc. ("LNR"), the Special Servicer on the above-referenced loan (hereinafter the "Loan"). LNR has informed us that you have failed to pay the indebtedness as required under the Note and Deed to Secure Debt and Security Agreement ("Security Deed") securing the Loan.

The Security Deed which you executed in conjunction with the Loan states that in the event that you do not pay the Loan as and when due, Lender, among other rights, has the right to declare all or any portion of the indebtedness to be immediately due and payable and then to foreclose on the property securing the indebtedness. Likewise, the Note has a provision which states that in the event you do not pay the Note according to its terms, Lender has the right, without notice, to accelerate the indebtedness and to declare the indebtedness to be immediately due and payable.

Accordingly, this letter constitutes notice to you that (i) an Event of Default has occurred as a result of nonpayment of principal and interest due under the Note and (ii) the Lender has accelerated and has declared all sums due and payable under the Note and the Security Deed to be immediately due and

William D. Combs
April 12, 2006
Page 2

payable because of your default in paying the Note according to its terms. The Loan may be paid off in full for the Total Payoff amount equal to the sum of (i) $5,767,174.67, which Total Payoff includes: the current principal balance of the Note, accrued but unpaid interest, late fees, a prepayment consideration equal to the prepayment consideration which would have been payable as of the first day of the period during which prepayment would have been permitted of $1,081,290.09 (which prepayment consideration is provided for in the Note), (ii) all costs and expenses incurred in pursuing such remedies, including, but not limited to, reasonable actual attorney's fees and costs of documentary evidence, abstracts and title reports, and (iii) all additional interest that continues to accrue after April 1, 2006 at the rate of 12.64% until receipt of the total payoff.

The purpose of this letter is also to inform you that, as noted above, under the documents securing the Loan (the "Loan Documents"), you have agreed to pay to Lender all reasonable fees and costs incurred to collect the indebtedness or realize on any security. According to the terms of the Loan Documents, this includes, but is not limited to, reasonable attorney's fees. Accordingly, pursuant to O.C.G.A. Section 13-1-11, you are hereby notified of the Lender's intention to recover attorney's fees and costs of collection. You are also notified that you have the opportunity to pay the indebtedness within ten (10) days of your receipt (whether actual or constructive) of this letter to avoid the additional liability of attorney's fees and costs of collection.

Please govern your actions accordingly.

Very truly yours,

Joshua M. Katz, Esq.

JMK:

cc: LNR Partners, Inc.
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139
Attention: Arne Shulkin

Coppedge, Leman and Ward
508 South Thornton Avenue
Dalton, Georgia 30720
Attention: J. Tracy Ward, Esq.
Facsimile No. (706) 226-5545

Sponcler and Tharpe, LLC
225 West King Street P.O. Box 398
Dalton, Georgia 30722-0398
Attention: J. Tracy Ward, Esq.

*THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*