FILED
JACKSONVILLE, FLORIDA
MAY 30 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et. al., | § | CHAPTER 11 |
| Debtors. | § | JOINTLY ADMINISTERED |

**STATE OF ALABAMA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (SPECIFICALLY CLAIM NOS. 11690, 11691 AND 11693)**

The State of Alabama Department of Revenue ("ADOR"), in response to the Debtors', Winn-Dixie Stores, Inc., et. al., eleventh omnibus objection to (A) no liability claims (B) no liability misclassified claims and (C) misclassified claims, states:

1. In the above-styled Chapter 11 action, along with other claims, ADOR filed the following claims:

| Claim No. | Amount | Responsible Entity |
|---|---|---|
| 11690 | $80,303.75 | Winn-Dixie of Montgomery, Inc. |
| 11691 | $ 8,030.08 | Winn-Dixie Logistics, Inc. |
| 11693 | $ 4,971.65 | Winn-Dixie of Montgomery, Inc. |

2. Claim No. 11690 in the amount of $80,303.75 represents the actual combined local sales tax liabilities of Winn-Dixie of Montgomery, Inc. ("W-D M") ($2,086.04) along with W-D M's state sales tax liabilities ($78,275.61) for the period of 2/21/2005 through 6/30/2005. Copies of the ADOR's calculations of monthly figures upon which this claim is based are attached. The Debtor objects to the claim by asserting that the Debtor's records show no liability for this claim. As shown by ADOR's calculations, the state sales tax figures for the included period of 3/1/2005 through 6/30/2005 are estimates of W-D M's state sales tax. The estimates

were necessary because W-D M failed to file its state tax returns for these months. Upon submission by W-D M of the delinquent returns and ADOR's subsequent review, ADOR will amend Claim No. 11690. ADOR entered a preliminary assessment for these liabilities against W-D M on 2/17/2006.

3. Claim No. 11691 in the amount of $8,030.08 represents the consumers use tax liabilities of Winn-Dixie Logistics, Inc. ("W-D L") ($8,030.08) for the period of 2/1/2005 through 6/30/2005. A copy of the ADOR's calculations of the monthly figures upon which this claim is based is attached. The Debtor objects to this claim by asserting that the Debtor's records show no liability for this claim. As shown by ADOR's calculation, the consumers use tax figures for the period of 3/1/2005 through 6/30/2005 are estimates of W-D L's consumers use tax. The estimates were necessary because W-D L failed to file its consumers use tax returns for these months. Upon submission by W-D L of the delinquent returns and ADOR's subsequent review, ADOR will amend Claim No. 11691. ADOR entered a preliminary assessment for this liability against W-D L on 2/17/2006.

4. Claim No. 11693 in the amount of $4,971.65 represents the consumers use tax liabilities of W-D M ($4,971.65) for the period of 2/1/2005 through 6/30/2005. The Debtor objects to this claim by asserting that the Debtor's records show no liability for this claim. This claim may also be based on the estimates of W-D M's tax due to W-D M's failure to file consumers use tax returns for these months. Upon submission of the delinquent returns, ADOR will amend Claim No. 11693.

Respectfully submitted on this 26th day of May, 2006.

Mark Griffin (GRI025)
Assistant Attorney General
State of Alabama and Assistant Counsel
Department of Revenue
P. O. Box 320001
Montgomery, AL 36132-0001
Telephone: (334) 242-9690

## CERTIFICATE OF SERVICE

I certify that a copy of this Response to **Debtor's Eleventh Omnibus Objection to Claims** was served upon D. J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, by placing a copy in the United States mail, first-class postage prepaid and via facsimile sent to (917) 777-2150 on this the 26th day of May 2006.

Mark Griffin



# ALABAMA DEPARTMENT OF REVENUE

Sales, Use and Business Tax Division

STATE ADMINISTERED

| | | |
|---|---|---|
| **WINN DIXIE MONTGOMERY INC** | SID: | Period: 02/21/2005 thru 06/30/2005 (5 mths) |
| PO BOX B ATTN SALES & USE TAX, JACKSONVILLE FL | FEIN/SSN: 0591212119 | Auditor: Richard H Friar 3152 |
| JACKSONVILLE FL 32203 | State Acct#: 6800 02946 | Auditor: |
| PO BOX B ATTN SALES & USE TAX, JACKSONVILLE FL | Local Acct#: 9501004748 | Interest Date: 11/20/2005 |

## Billing Summary

**Sales Tax**

Audit: Sales Tax
Adjustment Schedules: Sales.SCD

| Code | Tax Type | Tax | Interest | Penalty | Total |
|---|---|---|---|---|---|
| 7007 | BUTLER COUNTY | 104.68 | 2.98 | 0.00 | 107.66 |
| 7056 | RANDOLPH COUNTY | 43.48 | 1.24 | 0.00 | 44.72 |
| 7761 | TALLADEGA CO CL | 416.08 | 11.81 | 0.00 | 427.89 |
| 9387 | TALLADEGA | 1,439.31 | 40.89 | 0.00 | 1,480.20 |
| 9396 | KILLEN | 9.47 | 0.38 | 0.00 | 9.85 |
| 9671 | MOODY | 15.12 | 0.60 | 0.00 | 15.72 |
| **Total (6)** | | 2,028.14 | 57.90 | 0.00 | 2,086.04 |



# ALABAMA DEPARTMENT OF REVENUE

Sales, Use and Business Tax Division

| WINN DIXIE MONTGOMERY INC | SID: | Period: 02/21/2005 thru 06/30/2005 (5 mths) |
|---|---|---|
| PO BOX B ATTN SALES & USE TAX, JACKSONVILLE FL | FEIN/SSN: 0591212119 | Auditor: Richard H Friar 3152 |
| JACKSONVILLE FL 32203 | State Acct#: 6800 02946 | Auditor: |
| PO BOX B ATTN SALES & USE TAX, JACKSONVILLE FL | Local Acct#: | Interest Date: 11/20/2005 |

## Billing for STATE OF ALABAMA [STATE]

**Sales Tax**

| | Period | Tax Due | Interest | Penalty | Total | |
|---|---|---|---|---|---|---|
| 1 | 02/28/2005 | 4,604.45 | 183.29 | 0.00 | 4,787.74 | 1 |
| 2 | 03/31/2005 | 18,417.79 | 647.90 | 0.00 | 19,065.69 | 2 |
| 3 | 04/30/2005 | 18,417.79 | 557.08 | 0.00 | 18,974.87 | 3 |
| 4 | 05/31/2005 | 18,417.79 | 463.22 | 0.00 | 18,881.01 | 4 |
| 5 | 06/30/2005 | 18,417.79 | 372.39 | 0.00 | 18,790.18 | 5 |
| **Total (5)** | | 78,275.61 | 2,223.88 | 0.00 | 80,499.49 | |



# ALAB MA DEPARTMENT OF REV NUE

Sales, Use and Business Tax Division

| | | |
|---|---|---|
| **WINN DIXIE LOGISTICS INC** | SID: | Period: 02/21/2005 thru 06/30/2005 (5 mths) |
| 5050 EDGEWOOD CT, JACKSONVILLE FL 32254 | FEIN/SSN: 0593652949 | Auditor: Richard H Friar 3152 |
| WINN DIXIE LOGISTICS INC | State Acct#: 68CU 33874 | Auditor: |
| 5050 EDGEWOOD CT, JACKSONVILLE FL 32254 | Local Acct#: | Interest Date: 11/20/2005 |

## Billing for STATE OF ALABAMA [STATE]

## Consumer's Use Tax

| | Period | Tax Due | Interest | Penalty | Total |
|---|---|---|---|---|---|
| 1 | 02/28/2005 | 472.36 | 18.80 | 0.00 | 491.16 |
| 2 | 03/31/2005 | 1,889.43 | 66.47 | 0.00 | 1,955.90 |
| 3 | 04/30/2005 | 1,889.43 | 57.15 | 0.00 | 1,946.58 |
| 4 | 05/31/2005 | 1,889.43 | 47.52 | 0.00 | 1,936.95 |
| 5 | 06/30/2005 | 1,889.43 | 38.20 | 0.00 | 1,927.63 |
| **Total (5)** | | 8,030.08 | 228.14 | 0.00 | 8,258.22 |