IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
2006 MAY 31 A 11: 05

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC.,
Debtor

Case No.: 3:05-bk-3817
Chapter 11

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Quest Diagnostics, a creditor in the above captioned cause, pursuant to Rule 3006 of the Rules of Bankruptcy Procedure, withdraws the balance of its claim filed in the case on or about 5/3/05, in the amount of $103,497.95.

SUBMITTED BY
Quest Diagnostics, Inc.

BY: _____
Richard Bevan, Vice President
Quest Diagnostics, Inc.
Lyndhurst
Telephone No: 201-729-8770
Facsimile No: 201-729-8748