## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter      11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

### ORDER STRIKING RESPONSE TO OBJECTION TO CLAIM

The Court finds that the Response to Objection to Claim filed by Joe Dusenbury on behalf of South Carolina Department of Revenue on May 30, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Objection to Claim filed by Joe Dusenbury on behalf of South Carolina Department of Revenue on May 30, 2006 is stricken from the record.

**DATED May 31, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Joe Dusenbury, South Carolina Department of Revenue, P.O. Box 125, Columbia, South Carolina 29214