## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**In re:**

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 22, 2006, I caused copies of:

- the **Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims and (C) Reclassifying Misclassified Claims as Set Forth in the Debtors' Ninth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit D through F.

Dated: May 31, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors' Ninth
Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

CREDITOR ID: 82972-09
ADAMS, CANEITHA R
2012 CAMELLIA LANE
JACKSON MS 39204

CREDITOR ID: 407557-15
BARBARA H GORMLEY PA LAW OFFICE
ATTN BARBARA H GORMLEY, ESQ
2831 RINGLING BLVD, SUITE 214E
SARASOTA FL 34237

CREDITOR ID: 243552-12
BIOMERIEUX INC
ATTN CLARY CHESTON
PO BOX 500308
ST LOUIS MO 63150-0308

CREDITOR ID: 411270-15
BLOWFISH PLASTICS, INC
C/O MCCLANE TESSITORE LAW FIRM
ATTN MICHAEL TESSITORE, ESQ
215 EAST LIVINGSTON STREET
ORLANDO FL 32801

CREDITOR ID: 406177-15
BRIDGESTONE FIRESTONE NA TIRE, LLC
ATTN JAY STAPP
535 MARRIOTT DRIVE, 9TH FLOOR
NASHVILLE TN 37214

CREDITOR ID: 394048-61
BROUGHTON ASSOCIATES, INC
ATTN HERMAN GRAY BROUGHTON, OWNER
6802 PATTERSON AVENUE
RICHMOND, VA 23226

CREDITOR ID: 244410-12
CAMERICAN INTERNATIONAL
ATTN DIANE LENAHAN, CREDIT MGR
45 EISENHOWER DRIVE
PARAMUS NJ 07652

CREDITOR ID: 244473-12
CAPITAL PROPERTIES ASSOCIATES
ATTN CHARLES W WEST, MGR
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 382000-36
CITGO PETROLEUM CORP
C/O MCQUEEN RAINS & TRESCH, LLP
ATTN STUART A RAINS, ESQ
6100 S YALE AVE, SUITE 618
TULSA OK 74136

CREDITOR ID: 245547-12
CITY OF AUBURN
ATTN LATICE MOSE
144 TICHENOR AVENUE, SUITE 6
AUBURN, AL 36830

CREDITOR ID: 416252-BD
CITY OF FAYETTEVILLE PUBLIC WORKS
ATTN BEVAN E GRICE, CUST SVCE DIR
955 WILMINGTON ROAD
FAYETTEVILLE NC 28302

CREDITOR ID: 405916-99
CITY OF HUNTSVILLE
C/O MICHAEL E LEE, ESQ
200 WEST SIDE SQUARE, SUITE 803
HUNTSVILLE AL 35801-4816

CREDITOR ID: 240148-06
CITY OF LIVE OAK
ATTN DEBORAH J DAVIS, FIN DIR
101 SE WHITE AVENUE
LIVE OAK FL 32064

CREDITOR ID: 240166-06
CITY OF MIAMI, FL
C/O CITY ATTORNEY'S OFFICE
ATTN MARIA J SANTOVENIA, ESQ
444 SW 2ND AVENUE, SUITE 945
MIAMI FL 33130

CREDITOR ID: 623-03
CITY OF MILTON
ATTN DEWITT NOBLES
PO BOX 909
MILTON FL 32572-0909

CREDITOR ID: 246004-12
CITY OF NEWBERRY
ATTN MARIE M HICKMAN, FIN DIR
PO BOX 538
NEWBERRY SC 29108-0538

CREDITOR ID: 246044-12
CITY OF OVIEDO
ATTN CYNTHIA LINDSAY
400 ALEXANDRIA BLVD
OVIEDO, FL 32765

CREDITOR ID: 317517-42
CITY OF OWENSBORO
ATTN DAVID C FOWLER, ESQ
PO BOX 10003
OWENSBORO KY 42302-0638

CREDITOR ID: 374343-44
CITY OF TARPON SPRINGS
PO BOX 5004
TARPON SPRINGS, FL 34688-5004

CREDITOR ID: 374343-44
CITY OF TARPON SPRINGS
FRAZER HUBBARD BRANDT TRASK, ET AL
ATTN THOMAS J TRASK, ESQ
595 MAIN STREET
DUNEDIN FL 34698

CREDITOR ID: 240312-06
CITY OF TITUSVILLE
ATTN DWIGHT W SEVERS, ESQ
PO BOX 2806
TITUSVILLE FL 32781-2806

CREDITOR ID: 317547-42
CITY OF VIDALIA, GA
ATTN KIM M BARNES, CITY CLERK
PO BOX 280
VIDALIA, GA 30475-0280

CREDITOR ID: 399447-15
CITY OF WALTERBORO UTILITIES DEPT
ATTN JEFFREY V LORD, FIN DIR
248 HAMPTON STREET
WALTERBORO SC 29488

CREDITOR ID: 246253-12
CITY OF WAUCHULA
ATTN JAMES A BRADDOCK, FIN DIR
PO BOX 818
WAUCHULA, FL 33873-0818

CREDITOR ID: 407716-15
CLARK CONSULTING, INC
ATTN SUSAN LINDER, SR VP & ESQ
2121 SAN JACINTO STREET, SUITE 2200
DALLAS TX 75201-7906

CREDITOR ID: 246568-12
COBY MILLER'S LAWN CARE, INC
ATTN COBY J MILLER, OWNER/PRESIDENT
6041 WEST PARK AVE
HOUMA, LA 70364

CREDITOR ID: 410360-15
COLUMBUS SHOWCASE COMPANY, THE
ATTN JOHN GREGA, VP/CFO
4401 EQUITY DRIVE
COLUMBUS OH 43228

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors' Ninth
Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410360-15<br>COLUMBUS SHOWCASE COMPANY, THE<br>KEGLER BROWN HILL & RITTER<br>ATTN STEWART H CUPPS, ESQ<br>CAPITOL SQUARE, SUITE 1800<br>65 E STATE STREET<br>COLUMBUS OH 43215-4294 | CREDITOR ID: 246802-12<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | CREDITOR ID: 240480-06<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 452-03<br>COUNTY OF HENRICO, VA<br>C/O ASSISTANT HENRICO COUNTY ATTY<br>ATTN RHYSA GRIFFITH SOUTH, ESQ.<br>PO BOX 27032<br>RICHMOND VA 23273-7032 | CREDITOR ID: 492-03<br>COUNTY OF INDIAN RIVER UTILITIES<br>ATTN W ERIK OLSON, DIRECTOR<br>1840 25TH STREET<br>VERO BEACH, FL 32961 | CREDITOR ID: 240541-06<br>COUNTY OF LEXINGTON, SC<br>ATTN WILLIAM O ROWELL, TREASURER<br>212 S LAKE DR<br>LEXINGTON SC 29072-3499 |
| CREDITOR ID: 406116-15<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 241014-11<br>COUNTY OF PRINCE GEORGE, VA<br>ATTN CHERYL RIGGINS<br>PO BOX 156<br>PRINCE GEORGE, VA 23875-0156 | CREDITOR ID: 411268-15<br>DALES DOUGHNUT CORP DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 429<br>ATTN CHRISTOPHER D SMITH, VP<br>465 W 23RD STREET<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 411241-15<br>DALES DOUGHNUTS OF DOTHAN INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 455<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 247621-12<br>DART CONTAINER CORP<br>ATTN FRANCIS X LIESMAN, LEGAL DEPT<br>500 HOGSBACK ROAD<br>MASON MI 48854 | CREDITOR ID: 247731-12<br>DAVIS EXPRESS, INC<br>ATTN JAMES A DAVIS JR, SECRETARY<br>PO BOX 1276<br>STARKE, FL 32091-1276 |
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 382007-36<br>DEL PHARMACEUTICALS, INC<br>ATTN R DENTON/M LYONS<br>178 EAB PLAZA<br>PO BOX 9357<br>UNIONDALE NY 11553-9357 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101 |
| CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 248135-12<br>DIGITAL 1 STOP<br>ATTN SCOTT MOSS, VP<br>2445 NEVADA AVENUE NORTH<br>GOLDEN VALLEY, MN 55427 | CREDITOR ID: 269235-16<br>DIRECT SHIPPERS ASSOCIATION, INC<br>C/O RONALD HOROWITZ<br>TINDALL PROFESSIONAL PLAZA<br>14 TINDALL ROAD<br>MIDDLETOWN, NJ 07748 |
| CREDITOR ID: 279003-32<br>DOUBLE EAGLE DISTRIBUTING, INC<br>ATTN JOSEPH E HORSFALL, VP<br>50 LOCK ROAD<br>DEERFIELD BEACH FL 33442-1580 | CREDITOR ID: 248591-12<br>DUVAL JANITOR SERVICE INC<br>ATTN TIMOTHY C KING, VP<br>4301 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 408209-15<br>ECAST SETTLEMENT CORP, SUCCESSOR<br>C/O BECKETT & LEE LLP<br>ATTN THOMAS A LEE, III, ESQ<br>16 GENERAL WARREN BOULEVARD<br>PO BOX 3001<br>MALVERN PA 19355 |
| CREDITOR ID: 408209-15<br>ECAST SETTLEMENT CORP, SUCCESSOR<br>AMERICAN EXPRESS CENTURION BANK<br>PO BOX 35480<br>NEWARK NJ 07193-5480 | CREDITOR ID: 407593-15<br>FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 249554-12<br>FIRST COAST PALLET INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 406129-97<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW DRIVE<br>YULEE FL 32097 | CREDITOR ID: 249554-12<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 | CREDITOR ID: 403536-15<br>FISKARS BRANDS, INC<br>ATTN ROB HANUS, CR MGR<br>2537 DANIELS STREET<br>MADISON WI 53718 |

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors' Ninth
Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410769-15<br>FRIEDA'S, INC<br>C/O MEUERS LAW FIRM PL<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 | CREDITOR ID: 411269-15<br>GILBERT, ESTATE OF LILLIAN FAYE<br>C/O KEELI L RULE, ESQ.<br>PO BOX 339<br>ANNA TX 75409 | CREDITOR ID: 250839-12<br>GREATER MIAMI CHAMBER OF COMMERCE<br>1601 BISCAYNE BLVD<br>MIAMI FL 33132-1260 |
| CREDITOR ID: 264812-12<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 2684-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 417343-15<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 143965-09<br>HELM, CHRIS<br>10620 SQUIRES CT<br>JACKSONVILLE FL 32257 | CREDITOR ID: 251916-12<br>HUDSON WATER WORKS INC<br>ATTN DURWOOD HORAK<br>14309 OLD DIXIE HWY<br>HUDSON, FL 34667-1133 | CREDITOR ID: 382668-51<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 |
| CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 252769-12<br>JANITORIAL SVCS<br>ATTN JAROSLAV KARMAZIN<br>230 WILSHIRE DRIVE<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 154474-09<br>JOHNSON, JUSTIN M<br>53 LEE RD, APT 2006<br>PHENIX CITY AL 36867 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 173671-09<br>MCCRAY, NIKITA M<br>PO BOX 8224<br>CLINTON LA 70722 |
| CREDITOR ID: 255885-12<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 | CREDITOR ID: 399284-15<br>MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | CREDITOR ID: 376195-44<br>MERCADO LATINO INC<br>ATTN ALFREDO GOMEZ, AR SUPERV<br>245 BALDWIN PARK BLVD<br>INDUSTRY CA 91746 |
| CREDITOR ID: 410806-15<br>MERCHANDISING CORP OF AMERICA<br>C/O KILPATRICK STOCKTON LLP<br>ATTN DEBORAH L. FLETCHER, ESQ<br>214 N TYRON STREET, SUITE 2500<br>CHARLOTTE NC 28202-2381 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 417088-15<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, A/R MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 |
| CREDITOR ID: 410798-15<br>NATUROPATHIC LABORATORIES INT'L<br>ATTN GARY PARSONS, PRES<br>620 FIFTH AVENUE, SUITE 214<br>NEW YORK NY 10020 | CREDITOR ID: 257123-12<br>NEW CENTURY LLC<br>C/O CHAN DOI & LEAL LLP<br>ATTN LAURENCE YOUNG<br>595 MARKET ST, #1100<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 257123-12<br>NEW CENTURY LLC<br>ATTN GEROGE LU, MANAGER<br>ROUNDHOUSE PLAZA, SUITE B<br>2 LOMBARD STREET<br>SAN FRANCISCO CA 94111 |
| CREDITOR ID: 257868-12<br>P&G COMMUNICATIONS INC<br>ATTN GERALD ROACH<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 | CREDITOR ID: 381936-15<br>PIONEER PAPER & PLASTICS, INC<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 410415-15<br>PRO SWEEP OF LOUISIANA, LLC<br>ATTN S JASON HEWITT, PRESIDENT<br>12522 WINDERMERE OAKS<br>BATON ROUGE LA 70810 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors' Ninth
Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399355-15<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 | CREDITOR ID: 410449-15<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 259423-12<br>REIDSVILLE TRUCK & TRAILER REPAIR<br>ATTN PEGGY S LOFTIS<br>PO BOX 2691<br>REIDSVILLE NC 27323-2691 | CREDITOR ID: 259432-12<br>RELIABLE ONE STAFFING SERVICES<br>ATTN THOMAS B LANGLAS, COO<br>35980 WOODWARD AVENUE, SUITE 325<br>BLOOMFIELD HILLS MI 48304-0903 | CREDITOR ID: 201376-09<br>ROBINSON, JACQUELINE<br>4199 LILLIAN CT<br>ORLANDO FL 32822 |
| CREDITOR ID: 201802-09<br>ROCKETT, DAVID C<br>757 7TH WAY SOUTH<br>BIRMINGHAM AL 35206 | CREDITOR ID: 381757-15<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 269350-16<br>SERVICE FORCE USA, LLC<br>ATTN CHAD MACDONALD, PRESIDENT<br>45662 TERMINAL DRIVE, SUITE 200<br>DULLES, VA 20166-4340 |
| CREDITOR ID: 407521-93<br>SILVER SPURS ARENA<br>ATTN MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE FL 34744 | CREDITOR ID: 261402-12<br>SOUTHERN GRAPHIC SYSTEMS INC<br>ATTN PATRICIA S JOHNSON, CR MGR<br>6603 W BROAD STREET<br>RICHMOND VA 23230 | CREDITOR ID: 407550-15<br>STATE OF LOUISIANA LABOR DEPT<br>OFFICE OF REGULATORY SERVICES<br>ATTN STEPHANIE ROSAYA, TAX OF CHIEF<br>PO BOX 44127<br>BATON ROUGE LA 70804-4127 |
| CREDITOR ID: 411313-15<br>STATE OF NORTH CAROLINA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ROY COOPER OR DONALD LATON, ESQS<br>DEPARTMENT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | CREDITOR ID: 411313-15<br>STATE OF NORTH CAROLINA REV DEPT<br>COLLECTIONS EXAMINATION DIVISION<br>ATTN ANGELA C FOUNTAIN, BANKR MGR<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | CREDITOR ID: 406174-15<br>STERLING COMMERCE AMERICAS, INC<br>ATTN THERESA W BLUNT<br>4600 LAKEHURST COURT<br>DUBLIN OH 43016 |
| CREDITOR ID: 403441-15<br>SUDDATH VAN LINES<br>ATTN CHRISTINE VALLES<br>5266 HIGHWAY AVE<br>JACKSONVILLE FL 32247 | CREDITOR ID: 382088-36<br>SYSCO FOOD SVC SOUTH OF FLORIDA<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW , STE 310<br>WASHINGTON DC 20016 | CREDITOR ID: 382089-36<br>SYSCO FOOD SVCS OF CENTRAL AL, INC<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW, STE 310<br>WASHINGTON DC 20016 |
| CREDITOR ID: 262382-12<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 | CREDITOR ID: 222888-09<br>TILLMAN, LAURA A<br>2195 SUMMERLIN BAYOU ROAD<br>VANCLEAVE MS 39565 | CREDITOR ID: 410963-15<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 403437-15<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | CREDITOR ID: 279402-36<br>US SMOKELESS TOBACCO BRANDS, INC<br>C/O UST INC<br>ATTN TRACY/FRANK RICCIO/K R HOPSON<br>100 WEST PUTNAM AVE<br>GREENWICH  CT 06830 | CREDITOR ID: 397348-15<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 |
| CREDITOR ID: 264701-12<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>PO BOX 1248<br>JACKSON, MS 39215-1248 | | |

**Total:   106**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS AND (C) RECLASSIFYING MISCLASSIFIED CLAIMS AS SET FORTH IN THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on May 18, 2006, upon the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 3509 filed by Bridgestone Firestone NA Tire, LLC, (ii) claim no. 2235 filed by Broughton Associates, Inc., (iii) claim no. 5499 filed by Digital 1 Stop, (iv) claim no. 6203 filed by Ecast Settlement Corp., (v) claim no. 9859 filed by Service Force USA, LLC, (vi) claim no. 10633 filed by Merchandising Corp. of America , and (vii) claim no. 10926 filed by Naturopathic Laboratories Intl. (collectively, the

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

"Unresolved Objections"), which claims have been removed from Exhibits A and C.
Upon consideration, it is

ORDERED AND ADJUDGED:

1.   The Objection is sustained.

2.   The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.   The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

4.   The secured, priority or multiple class status alleged for each of the Misclassified Claims listed on Exhibit C is denied; and the Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.   Upon consent of the claimant, claim no. 4033 filed by Direct Shippers Association, Inc. is reduced and allowed as an unsecured non-priority claim in the amount of $4,888.00.

6.   Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

7.   The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.   Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

2

claimant and shall not act to stay the applicability or finality of this Order with

respect to the other contested matters covered by this Order.

9.    Neither the Objection nor any disposition of the Disputed

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

10.    This Order is without prejudice to the Debtors' right to file any

further objection they may have to the Disputed Claims, including objections on the

ground that a Disputed Claim was filed against the incorrect Debtor or that the

Debtor against which the Disputed Claim was filed should be modified.

Dated this  18  day of May, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407557**<br>BARBARA H GORMLEY PA LAW OFFICE<br>ATTN BARBARA H GORMLEY, ESQ<br>2831 RINGLING BLVD, SUITE 214E<br>SARASOTA FL 34237 | 4243<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NOT LIABILITY OF ANY OF THE DEBTORS. CLAIMANT SEEKS ATTORNEY FEES FOR SERVICES TO WORKERS' COMPENSATION CLAIMANT WHOSE CASE HAS BEEN SETTLED. CLAIMANT SHOULD RECOVER FROM THAT INDIVIDUAL. |
| **Creditor Id: 243552**<br>BIOMERIEUX INC<br>ATTN CLARY CHESTON<br>PO BOX 500308<br>ST LOUIS MO 63150-0308 | 2499<br>Debtor: WINN-DIXIE STORES, INC. | $4,815.00 | NO LIABILITY. CLAIMANT IS SEEKING TO CHARGE BACK DISPUTED AMOUNTS DEDUCTED FROM PREVIOUSLY PAID INVOICE NUMBER 1571373. |
| **Creditor Id: 411270**<br>BLOWFISH PLASTICS, INC<br>C/O MCCLANE TESSITORE LAW FIRM<br>ATTN MICHAEL TESSITORE, ESQ<br>215 EAST LIVINGSTON STREET<br>ORLANDO FL 32801 | 11598<br>Debtor: WINN-DIXIE STORES, INC. | $39,299.68 | NO LIABILITY. DEBTOR DISPUTES ALL CLAIMS ASSERTED BY CLAIMANT. CLAIMANT IMPROPERLY DELIVERED PRODUCTS THAT WERE NOT ORDERED. |
| **Creditor Id: 405916**<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 | 3671<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $64,753.07 | NO LIABILITY. AMOUNTS DUE WERE PAID 4/1/2005 BY CHECK NUMBER 009901277 PURSUANT TO ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 435). |
| **Creditor Id: 407716**<br>CLARK CONSULTING, INC<br>ATTN SUSAN LINDER, SR VP & ESQ<br>2121 SAN JACINTO STREET, SUITE 2200<br>DALLAS TX 75201-7906 | 5314<br>Debtor: WINN-DIXIE STORES, INC. | $14,250.00 | NO LIABILITY. CLAIM FOR SERVICES COVERED IN ANNUAL CONTRACT WAS PAID IN FULL BY MSP ADMINISTRATOR AT THE BEGINNING OF THE PLAN YEAR. |
| **Creditor Id: 246568**<br>COBY MILLERS LAWN CARE, INC<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364<br><br>Transferee: DEBT ACQUISITION COMPANY OF AMERICA | 5394<br>Debtor: WINN-DIXIE STORES, INC. | $1,550.00 | NO LIABILITY. $775.00 PAID 7/6/05 BY CHECK NUMBER 009903267 AND $581.25 PAID 7/15/05 BY CHECK NUMBER 009903266 PURSUANT TO ORDER TO PAY ON SITE PROVIDER CLAIMS (DKT NO. 429) AND REMAINING AMOUNT OF $193.75 INCURRED AND PAID POSTPETITION BY CHECK NUMBER 008073921. |
| **Creditor Id: 410360**<br>COLUMBUS SHOWCASE COMPANY, THE<br>ATTN JOHN GREGA, VP/CFO<br>4401 EQUITY DRIVE<br>COLUMBUS OH 43228<br><br>Counsel: ATTN STEWART H CUPPS, ESQ | 7283<br>Debtor: WINN-DIXIE STORES, INC. | $34,016.01 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT CONFIRMED THAT DEBTOR CANCELLED ORDER BEFORE SHIPMENT. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 246802**<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN  AL  35902 | 6826<br>Debtor:  WINN-DIXIE STORES, INC. | $1,636.00 | NO LIABILITY.  $1,227.00 WAS PAID 5/11/05 BY CHECK NUMBER 0002238337 PURSUANT TO ORDER AUTHORIZING PAYMENT TO ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND $409.00 WAS INCURRED POSTPETITION AND PAID 7/14/05 BY CHECK NUMBER 008073779. |
| **Creditor Id: 411268**<br>DALES DOUGHNUT CORP DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 429<br>ATTN CHRISTOPHER D SMITH, VP<br>465 W 23RD STREET<br>PANAMA CITY  FL  32405 | 11595<br>Debtor:  WINN-DIXIE STORES, INC. | $47,164.63 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 411241**<br>DALES DOUGHNUTS OF DOTHAN INC DBA<br>KRISPY KREME DOUGHNUT CORP<br>C/O KRISPY KREME 455<br>ATTN CHRISTOPHER D SMITH, VP<br>1300 E PARK AVENUE<br>TALLAHASSEE  FL  32301 | 11506<br>Debtor:  WINN-DIXIE STORES, INC. | $37,689.18 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 279003**<br>DOUBLE EAGLE DISTRIBUTING, INC<br>ATTN JOSEPH E HORSFALL, VP<br>50 LOCK ROAD<br>DEERFIELD BEACH  FL  33442-1580 | 8780<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $2,092.80 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT NO AMOUNT DUE AND ASSERTED AMOUNT LACKS ADEQUATE DOCUMENTATION. |
| **Creditor Id: 407593**<br>FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH  FL  33409 | 4539<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY.  CLAIMANT SHOULD RECOVER FROM ITS CLIENT, NOT DEBTOR. |
| **Creditor Id: 411269**<br>GILBERT, ESTATE OF LILLIAN FAYE<br>C/O KEELI L RULE, ESQ.<br>PO BOX 339<br>ANNA  TX  75409 | 11597<br>Debtor:  WINN-DIXIE STORES, INC. | $2,200.00 | NO LIABILITY, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 250039**<br>GREATER MIAMI CHAMBER OF COMMERCE<br>1601 BISCAYNE BLVD<br>MIAMI  FL  33132-1260 | 11310<br>Debtor:  WINN-DIXIE STORES, INC. | $5,000.00 | NO PREPETITION LIABILITY.  ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE NUMBER 47591 DATED 7/1/2005. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A – NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 12937<br>**Debtor:** | $594.76<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 12938<br>**Debtor:** | $165.48<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |
| **Creditor Id: 417343**<br>HEALTHCARE AUTH FOR MEDICAL WEST<br>C/O COMER & UPSHAW LLP<br>ATTN WILLIAM KENT UPSHAW, ESQ.<br>THE DENECHAUD BLDG<br>2107 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | 12939<br>**Debtor:** | $60.46<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. |
| **Creditor Id: 143965**<br>HELM, CHRIS<br>10620 SQUIRES CT<br>JACKSONVILLE FL 32257 | 10918<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 251916**<br>HUDSON WATER WORKS INC<br>ATTN DURWOOD HORAK<br>14309 OLD DIXIE HWY<br>HUDSON, FL 34667-1133 | 1750<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT AGREES. |
| **Creditor Id: 382668**<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | 6935<br>**Debtor:** | $3,500.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. ON 7/6/05 CLAIMANT ISSUED $3,500 CREDIT MEMO 45802 FOR INVOICE NUMBER 13808 DATED 01/28/05. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399284**<br>MCKAY LAW FIRM<br>ATTN JOHN F MCKAY, ESQ<br>7465 EXCHANGE PLACE<br>BATON ROUGE LA 70806 | 430<br>Debtor: | $200,000.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id: 376195**<br>MERCADO LATINO INC<br>ATTN ALFREDO GOMEZ, AR SUPERV<br>245 BALDWIN PARK BLVD<br>INDUSTRY CA 91746 | 9385<br>Debtor: | $14,310.62<br>WINN-DIXIE STORES, INC. | NO LIABILITY. CLAIMANT IS ATTEMPTING TO CHARGE BACK PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 417088**<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, AR MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | 12911<br>Debtor: | $720.00<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION CHARGES.  ALSO LATE. |
| **Creditor Id: 257123**<br>NEW CENTURY LLC<br>ATTN GEROGE LU, MANAGER<br>ROUNDHOUSE PLAZA, SUITE B<br>2 LOMBARD STREET<br>SAN FRANCISCO CA 94111<br><br>Counsel: ATTN LAURENCE YOUNG | 9625<br>Debtor: | $62,167.57<br>WINN-DIXIE STORES, INC. | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 7/8/04 PAYMENT OF $5,471.80 BY CHECK NUMBER 7267766.  AS TO REMAINING ASSERTED AMOUNT, CLAIMANT IS ATTEMPTING TO CHARGE BACK FREIGHT CHARGES OF $41,789.54 THAT ARE NOT LIABILITIES OF THE DEBTOR AND DISCREPANCIES OF $14,906.23 BETWEEN PRICE ON PURCHASE ORDERS AND PRICE ON INVOICES. |
| **Creditor Id: 399355**<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 | 507<br>Debtor: | $6,218.61<br>WINN-DIXIE STORES, INC. | NO LIABILITY.  CLAIM FOR FREIGHT CHARGES NOT OWED BY DEBTOR AS THEY WERE TO BE PAID BY CLAIMANT. |
| **Creditor Id: 259423**<br>REIDSVILLE TRUCK & TRAILER REPAIR<br>ATTN PEGGY S LOFTIS<br>PO BOX 2691<br>REIDSVILLE NC 27323-2691 | 1841<br>Debtor: | $175.00<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY.  POSTPETITION INVOICE NUMBER 025544 FOR $175.00 WAS PAID 5/12/2005 BY CHECK NUMBER 008038276. |
| **Creditor Id: 261402**<br>SOUTHERN GRAPHIC SYSTEMS INC<br>ATTN PATRICIA S JOHNSON, CR MGR<br>6603 W BROAD STREET<br>RICHMOND VA 23230 | 2178<br>Debtor: | $13,356.10<br>WINN-DIXIE STORES, INC. | NO LIABILITY. WHEN DEBTOR FILED FOR BANKRUPTCY PROTECTION, CLAIMANT DID NOT COMPLETE PERFORMANCE ON CONTRACT. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406174**<br>STERLING COMMERCE AMERICAS, INC<br>ATTN THERESA W BLUNT<br>4600 LAKEHURST COURT<br>DUBLIN OH 43016 | **3501**<br>Debtor: WINN-DIXIE STORES, INC. | $34,336.20 | NO LIABILITY. DEBTOR PAID CLAIMANT IN ADVANCE AND HAS NO LIABILITY FOR PREPETITION PERIOD. ASSERTED AMOUNT RELATES TO POSTPETITION INVOICE BUT CLAIMANT PROVIDED NO POSTPETITION SERVICES. |
| **Creditor Id: 222888**<br>TILLMAN, LAURA A<br>2195 SUMMERLIN BAYOU ROAD<br>VANCLEAVE MS 39565 | **1080**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410963**<br>UNITED STATIONERS SUPPLY<br>CREDIT DEPARTMENT<br>C/O FINANCIAL ADJUSTMENT SERVICE<br>ATTN: JULIE HAYSLEY<br>4010 DUPONT CIRCLE, STE 401<br>LOUISVILLE KY 40207 | **10220**<br>Debtor: WINN-DIXIE STORES, INC. | $37,630.90 | NO LIABILITY. $33,845.94 OF ASSERTED AMOUNT DUPLICATES CLAIM NUMBER 10218 AND REMAINING $3,784.96 IS UNDOCUMENTED. |
| **Creditor Id: 403437**<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | **1539**<br>Debtor: WINN-DIXIE STORES, INC. | $15,243.93 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR'S RELOCATION VENDOR HAS NO RECORD OF INDIVIDUALS LISTED ON INVOICES. |
| **Creditor Id: 397348**<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 | **749**<br>Debtor: KWIK CHEK SUPERMARKETS, INC. | $221.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. INVOICES DATED 1998 ARE NOT SUPPORTED BY ADEQUATE DOCUMENTATION. |

**Total Claims to be Disallowed:** 32

**Total Amount to be Disallowed:** $743,167.00      Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 82972<br>ADAMS, CANEITHA R<br>2012 CAMELLIA LANE<br>JACKSON MS 39204 | 2942 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 245547<br>CITY OF AUBURN<br>ATTN LATICE MOSE<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | 1361 | $37,986.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR PAID $33,658.63 ON 4/1/06 BY CHECK NUMBER 000901289 FOR THE RELEVANT TAX PERIOD PURSUANT TO ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 435). REMAINING ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 240196<br>CITY OF MIAMI, FL<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN MARIA J SANTOVENIA, ESQ<br>444 SW 2ND AVENUE, SUITE 945<br>MIAMI FL 33130 | 11668 | $13,533.10 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE SEVERAL INQUIRIES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 317617<br>CITY OF OWENSBORO<br>ATTN DAVID C FOWLER, ESQ<br>PO BOX 10003<br>OWENSBORO KY 42302-0538 | 2736 | $115.09 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION INTEREST AND PENALTIES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 406116<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7630 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | 11672 | $17,395.86 | Priority | Unsecured<br>Non-Priority | NO LIABILITY. ASSERTED AMOUNT REFLECTS LIABILITY OF DEBTOR'S LANDLORD FOR ENTIRE SHOPPING CENTER. LANDLORD WILL BILL DEBTOR APPROPRIATE PRO-RATA SHARE OF COMMON AREA MAINTENANCE CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 252759<br>JANITORIAL SVCS<br>ATTN JAROSLAV KARMAZIN<br>230 WILSHIRE DRIVE<br>CASSELBERRY FL 32707 | 9463 | $5,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. CLAIMANT SHOULD SEEK PAYMENT FROM ITS EMPLOYER, DIVERSIFIED MAINTENANCE SYSTEMS INC, NOT FROM DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 154474<br>JOHNSON, JUSTIN M<br>53 LEE RD, APT 2006<br>PHENIX CITY AL 36867<br><br>Debtor: WINN-DIXIE STORES, INC. | 3447 | $1,632.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 173571<br>MCCRAY, NIKITA M<br>PO BOX 6224<br>CLINTON LA 70722<br><br>Debtor: WINN-DIXIE STORES, INC. | 4815 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 410415<br>PRO SWEEP OF LOUISIANA, LLC<br>ATTN S JASON HEWITT, PRESIDENT<br>12522 WINDERMERE OAKS<br>BATON ROUGE LA 70810<br><br>Debtor: WINN-DIXIE STORES, INC. | 7483 | $20,030.04 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT PAYMENTS OF $12,198.00 ON 7/25/06 FOR DECEMBER AND JANUARY SERVICES BY CHECK NUMBER 00990274 AND $6,153.20 ON 7/26/06 FOR FEBRUARY SERVICES BY CHECK NUMBER 00990273 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND NO PROOF OF SERVICES OF $1,668.84 DESPITE REPEATED INQUIRIES. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 201976<br>ROBINSON, JACQUELINE<br>4198 LILLIAN CT<br>ORLANDO FL 32822<br><br>Debtor: WINN-DIXIE STORES, INC. | 1132 | $39.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. INADEQUATE SUPPORTING DOCUMENTATION AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 201802<br>ROCKETT, DAVID C<br>757 77TH WAY SOUTH<br>BIRMINGHAM AL 35206<br><br>Debtor: WINN-DIXIE STORES, INC. | 1463 | $50,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B – NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 407550<br>STATE OF LOUISIANA LABOR DEPT<br>OFFICE OF REGULATORY SERVICES<br>ATTN STEPHANIE ROSAYA, TAX OP CHIEF<br>PO BOX 44127<br>BATON ROUGE LA 70804-4127 | 4202 | $353.80 | Secured | Unsecured<br>Non-Priority | NO LIABILITY. INADEQUATE DOCUMENTATION AND UNKNOWN BASIS OF CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Creditor Id: 411313<br>STATE OF NORTH CAROLINA REV DEPT<br>COLLECTIONS EXAMINATION DIVISION<br>ATTN ANGELA C FOUNTAIN, BANKR MGR<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | 11750 | $12,646.28 | Administrative<br>Secured | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 6/10/05 PAYMENT OF $11,172.98 BY WIRE TRANSFER NUMBER 589873 AND REQUEST TO WAIVE $1,473.30 IN ASSERTED INTEREST AND PENALTIES BASED ON DEBTOR'S PAYMENT HISTORY. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE RALEIGH, INC. | | |

Counsel: ATTN: ROY COOPER OR DONALD LATON, ESQS

Total Claims to be Disallowed/Reclassified:     13

Total Amount to be Disallowed/Reclassified:     $158,731.23     Plus Unliquidated Amounts, If Any

**EXHIBIT C**

`

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  244410**<br>CAMERICAN INTERNATIONAL<br>ATTN DIANE LENAHAN, CREDIT MGR<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 | 2899 | $20,174.00 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $19,367.04 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $806.96 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |
| **Creditor Id:  244473**<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | 273 | $23,520.40 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:  382000**<br>CITGO PETROLEUM CORP<br>C/O MCQUEEN RAINS & TRESCH, LLP<br>ATTN STUART A RAINS, ESQ<br>6100 S YALE AVE, SUITE 618<br>TULSA OK 74136 | 6794 | $41,910.54 | Priority | Multiple Classes | MISCLASSIFIED CLAIM. RECLASSIFY $40,234.12 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,676.42 TO UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:  416252**<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE, CUST SVCE DIR<br>955 WILMINGTON ROAD<br>FAYETTEVILLE NC 28302 | 12789 | $72,033.29 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:  240148**<br>CITY OF LIVE OAK<br>ATTN DEBORAH J DAVIS, FIN DIR<br>101 SE WHITE AVENUE<br>LIVE OAK FL 32064 | 3316 | $1,174.75 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:  623**<br>CITY OF MILTON<br>ATTN DEWITT NOBLES<br>PO BOX 909<br>MILTON  FL  32572-0909 | 2039 | $3,223.77 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:  246004**<br>CITY OF NEWBERRY<br>ATTN MARIE M HICKMAN, FIN DIR<br>PO BOX 538<br>NEWBERRY  SC  29108-0538 | 1127 | $22,986.05 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 246044**<br>CITY OF OVIEDO<br>ATTN CYNTHIA LINDSAY<br>400 ALEXANDRIA BLVD<br>OVIEDO, FL 32765 | 1798 | $542.74 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 374343**<br>CITY OF TARPON SPRINGS<br>PO BOX 5004<br>TARPON SPRINGS, FL 34688-5004 | 10433 | $1,775.51 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Counsel: ATTN THOMAS J TRASK, ESQ** | | | | | |
| **Creditor Id: 240312**<br>CITY OF TITUSVILLE<br>ATTN DWIGHT W SEVERS, ESQ<br>PO BOX 2806<br>TITUSVILLE FL 32781-2806 | 3287 | $1,669.82 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 317547**<br>CITY OF VIDALIA, GA<br>ATTN KIM M BARNES, CITY CLERK<br>PO BOX 280<br>VIDALIA, GA 30475-0280 | 246 | $643.14 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 399447**<br>CITY OF WALTERBORO UTILITIES DEPT<br>ATTN JEFFREY V LORD, FIN DIR<br>248 HAMPTON STREET<br>WALTERBORO SC 29488 | 651 | $803.70 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| **Creditor Id: 246253**<br>CITY OF WAUCHULA<br>ATTN JAMES A BRADDOCK, FIN DIR<br>PO BOX 818<br>WAUCHULA, FL 33873-0818 | 1881 | $1,144.92 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor:   WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240480**<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | 5781<br>Debtor: WINN-DIXIE STORES, INC. | $1,375.45 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 452**<br>COUNTY OF HENRICO, VA<br>C/O ASSISTANT HENRICO COUNTY ATTY<br>ATTN RHYSA GRIFFITH SOUTH, ESQ.<br>PO BOX 27032<br>RICHMOND VA 23273-7032 | 7429<br>Debtor: WINN-DIXIE STORES, INC. | $2,827.24 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 492**<br>COUNTY OF INDIAN RIVER UTILITIES<br>ATTN W ERIK OLSON, DIRECTOR<br>1840 25TH STREET<br>VERO BEACH, FL 32961 | 1562<br>Debtor: WINN-DIXIE STORES, INC. | $1,891.02 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 240541**<br>COUNTY OF LEXINGTON, SC<br>ATTN WILLIAM O ROWELL, TREASURER<br>212 S LAKE DR<br>LEXINGTON SC 29072-3499 | 2515<br>Debtor: WINN-DIXIE STORES, INC. | $751.58 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 241014**<br>COUNTY OF PRINCE GEORGE, VA<br>ATTN CHERYL RIGGINS<br>PO BOX 156<br>PRINCE GEORGE, VA 23875-0156 | 11673<br>Debtor: WINN-DIXIE STORES, INC. | $351.24 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 247621**<br>DART CONTAINER CORP<br>ATTN FRANCIS X LIESMAN, LEGAL DEPT<br>500 HOGSBACK ROAD<br>MASON MI 48854 | 2197<br>Debtor: WINN-DIXIE STORES, INC. | $134,442.03 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $26,205.57 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $108,236.46 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 247731**<br>DAVIS EXPRESS, INC<br>ATTN JAMES A DAVIS JR, SECRETARY<br>PO BOX 1276<br>STARKE, FL 32091-1276 | 11615<br>Debtor: WINN-DIXIE STORES, INC. | $639.39 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 382007**<br>DEL PHARMACEUTICALS, INC<br>ATTN R DENTONM LYONS<br>178 EAB PLAZA<br>PO BOX 9357<br>UNIONDALE NY 11553-9357 | 5641<br><br>Debtor: WINN-DIXIE STORES, INC. | $209,676.34 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $18,316.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $191,359.54 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 247926**<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 018727<br>MIAMI, FL 33101<br><br>Counsel: ATTN JORDI GUSO, ESQ | 4039<br><br>Debtor: WINN-DIXIE STORES, INC. | $18,820.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 248591**<br>DUVAL JANITOR SERVICE INC<br>ATTN TIMOTHY C KING, VP<br>4301 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32210<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC | 510<br><br>Debtor: WINN-DIXIE STORES, INC. | $5,087.58 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 248554**<br>FIRST COAST PALLET INC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br><br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 961<br><br>Debtor: WINN-DIXIE LOGISTICS, INC. | $61,135.26 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $2,080.08 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $59,055.18 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 403538**<br>FISKARS BRANDS, INC<br>ATTN ROB HANUS, CR MGR<br>2537 DANIELS STREET<br>MADISON WI 53718 | 1327<br><br>Debtor: WINN-DIXIE STORES, INC. | $4,866.77 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $1,234.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,632.40 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410769**<br>FRIEDAS, INC<br>C/O MEIJERS LAW FIRM PL<br>ATTN LAWRENCE H MEIJERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 | 9765<br><br>Debtor: WINN-DIXIE STORES, INC. | $22,469.10 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART. CLAIM FILED AS SECURED AND UNSECURED NON-PRIORITY. RECLASSIFY $1,034.40 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $21,434.70 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 264812**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE, FL 32204 | 12898 | $8,426.71 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 2684**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE, FL 32204 | 12831 | $9,181.14 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 1455**<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | 2649 | $29,974.71 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| Counsel: ATTN JOSEPH N PERLMAN, ESQ | | | | | |
| **Creditor Id: 255885**<br>MCELROY PLUMBING & HEATING CO<br>ATTN SHANNON A MCELROY<br>PO BOX 1488<br>MERIDIAN, MS 39302-1488 | 233 | $537.40 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 257868**<br>P&G COMMUNICATIONS INC<br>ATTN GERALD ROACH<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 | 1310 | $2,404.24 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |
| **Creditor Id: 381936**<br>PIONEER PAPER & PLASTICS, INC<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | 244 | $285,753.63 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $87,391.89 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $198,361.74 TO UNSECURED NON-PRIORITY. |
| Debtor: **WINN-DIXIE STORES, INC.** | | | | | |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 410449<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606<br><br>Transferee: LIQUIDITY SOLUTIONS, INC | 11880 | $18,548.87 | Secured<br><br>Debtor: WINN-DIXIE STORES, INC. | Administrative | MISCLASSIFIED CLAIM (RECLAMATION). |
| Creditor Id: 259432<br>RELIABLE ONE STAFFING SERVICES<br>ATTN THOMAS B LANGLAS, COO<br>35980 WOODWARD AVENUE, SUITE 325<br>BLOOMFIELD HILLS MI 48304-0903 | 10275 | $14,363.90 | Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 381757<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 965 | $101,187.97 | Unsecured<br>Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $81,413.39 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $19,774.58 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 407521<br>SILVER SPURS ARENA<br>ATTN MICHELLE HARRIS<br>1875 SILVER SPUR LANE<br>KISSIMMEE FL 34744 | 6933 | $7,500.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Creditor Id: 382068<br>SYSCO FOOD SVC SOUTH OF FLORIDA<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW, STE 310<br>WASHINGTON DC 20016 | 9783 | $4,615.90 | Unsecured<br>Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $4,431.26 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $184.64 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 382089<br>SYSCO FOOD SVCS OF CENTRAL AL, INC<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NW, STE 310<br>WASHINGTON DC 20016 | 9784 | $783.96 | Unsecured<br>Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $665.01 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $118.95 REMAINS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 262382**<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 | 827 | $2,575.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 262382**<br>T&K LAWN SERVICES<br>ATTN THOMAS W DOBBS, OWNER<br>PO BOX 109<br>LITHIA SPRINGS, GA 30122 | 828 | $5,535.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 279402**<br>US SMOKELESS TOBACCO BRANDS, INC<br>C/O UST INC<br>ATTN TRACY/FRANK RICCIO/K R HOPSON<br>100 WEST PUTNAM AVE<br>GREENWICH  CT  06830 | 7744 | $22,228.20 | Multiple Classes | Multiple Classes | ASSERTED IN INCONSISTENT CLASSIFICATION.  RECLASSIFY<br>$21,339.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND<br>$889.13 TO UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 264701**<br>WESTWOOD SQUARE LTD<br>ATTN THENA GUNN, GENERAL MGR<br>PO BOX 1248<br>JACKSON, MS 39215-1248 | 4362 | $10,978.75 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

**Total Claims to be Reclassified:** 42

**Total Amount to be Reclassified:** $1,180,451.01   Plus Unliquidated Amounts, If Any