UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS

The Court finds that the Response to Debtors' Eleventh Omnibus Objection to claims filed by Mark Griffin on behalf of State of Alabama Department of Revenue on May 30, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to debtors' Eleventh Omnibus Objection to claims filed by Mark Griffin on behalf of State of Alabama Department of Revenue on May 30, 2006 is stricken from the record.

**DATED May 31, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark Griffin, P.O. Box 320001, Montgomery, AL 36132-0001