UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON JUNE 1, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 1, 2006 at 1:00 p.m. (ET):

**A.**    **Uncontested Matters**

1.    *Motion (i) for Authority to Reject Non-Residential Real Property Master Lease and Sublease, (ii) to Establish Bar Date for any Rejection Damage Claims and (iii) Granting Related Relief (Store No. 1096) (Docket No. 7812)*

Objection Deadline:  May 26, 2006.

Objections:            No objections have been filed.

Status:                  The Debtors will proceed with the Motion.

2.      *Debtors' Motion for Order Approving Termination Agreement (Docket No. 8061)*

Objection Deadline: May 31, 2006.

Objections:              No objections have been filed.

Status:                  The Debtors will proceed with the Motion.


**B.      <u>Contested Matters</u>**

1.      *Motion (I) for Authority to Reject Non-Residential Real Property Lease for Fuel Center 1381 (II) to Establish Bar Date for Any Rejection Damage Claims and (III) Granting Related Relief (Docket No. 7612)*

Objection Deadline: Expired.

Objections:              E&A Southeast, LP (Docket No. 7847).

Status:                  The Debtors will proceed with the Motion.

2.      *Motion for Order Authorizing the Debtors to Sell the Hollywood Tract and Related Assets Free and Clear of Liens, Claims, and Interests and Granting Related Relief (Docket No. 7696)*

Objection Deadline: May 26, 2006.

Objections:              Broward County (Docket No. 8094).

Status:                  The Debtors will proceed with the Motion.

3.      *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline: Expired.

Objections:              Debtors (Docket No. 5874); and
                         Creditors' Committee (Docket No. 5887).

Status:                  The Debtors and the Movant have agreed to continue the hearing to June 29, 2006.

4.      *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline:  None.

Objections:             Debtors (Docket No. 7537).

Status:                 The Debtors and the Movant have agreed to continue the hearing to June 29, 2006.

5.      *Debtors' Tenth Omnibus Objection to (a) Duplicate Claims and (b) Amended and Superseded Claims (Docket No. 7562)*

Objection Deadline:  May 25, 2006.

Objections:             Digital 1 Stop (Docket No. 8034).

Status:                 The Debtors will proceed with the Objection.

6.      *Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal (Docket No. 7765)*

Objection Deadline:  None.

Objections:             Lassiter Properties, Inc. (Docket No. 8080).

Status:                 The Movant and the Debtors have agreed to adjourn the motion to June 15, 2006.

7.      *Case Management Conference on the Ad Hoc Trade Committee's Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Cases (Docket No. 8005)*

Objection Deadline:  None.

Objections:             Garden Park Plaza, Ltd. (Docket No. 8028);
                        HP Hood LLC, et al. (Docket No. 8079); and
                        Domino Foods, Inc., et al. (Docket No. 8082).

Status:                 The Movant and the Debtors have agreed to adjourn the Case Management Conference to June 15, 2006.

8.    *Ad Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling Production of Documents Relating to Debtors' Note Issuance (Docket No. 7432)*

Objection Deadline:  May 25, 2006.

Objections:        No objections have been filed.

Status:            The Movant and the Debtors have agreed to adjourn the application to June 15, 2006.

Dated:  May 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER    SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                By    *s/ Cynthia C. Jackson*
      D. J. Baker                          Stephen D. Busey
      Sally McDonald Henry                 James H. Post
      Rosalie Walker Gray                  Cynthia C. Jackson, F.B.N. 498882

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida 32202
(212) 735-3000                       (904) 359-7700
(212) 735-2000 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  cjackson@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors