## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER (I) AUTHORIZING ASSUMPTION OF LEASE FOR STORE NUMBER 488, (II) DETERMINING THAT NO CURE IS DUE UNDER THE LEASE AND (III) AUTHORIZING RELATED RELIEF

NOW COMES Turney Dunham Plaza Partners Limited Partnership, an Ohio limited partnership ("TDPP"), lessor of non-residential real property located at Back Beach Road @ State Route 30, Panama City, Florida (Store No. 488), by and through the undersigned counsel, and submits this Limited Objection to Debtors' Motion for Order (I) Authorizing Assumption of Lease for Store Number 488, (II) Determining That No Cure Is Due Under The Lease and (III) Authorizing Related Relief (the "Motion"). In support of its Objection, TDPP states as follows:

1. TDPP is the successor in interest to Peregrine Properties Limited Partnership, Landlord of Store No. 488 located in Panama City, Florida, under that certain Lease with Winn-Dixie Montgomery, Inc. ("Debtor") dated August 25, 1994, (the "Lease").

2. The above-captioned bankruptcy proceedings were commenced on February 21, 2005 by the referenced Debtor and approximately 21 of its affiliates. Debtor moves this Honorable Court to issue an order approving assumption of the Lease

1

contingent upon the occurrence of the Effective Date of Debtors' plan of reorganization. Further, Debtor asserts in Paragraph 6 of its Motion that "As of the date of this Motion, no amounts remain outstanding under the Lease".

3. TDPP timely files this Limited Objection on the grounds that Debtor is in fact in default under the Lease and cure amounts are in fact due and owing, including (i) unpaid real estate taxes in the amount of $6,769.72, (proof of which is attached hereto as **Exhibit A**), (ii) upon information and belief, delinquent CAM charges in any amount to be determined, (iii) upon information and belief, deferred maintenance expenses in an amount to be determined, (iv) indemnification obligations described in the Lease in an amount to be determined, (v) upon information and belief, periodic adjustments of charges due under the Lease in an amount to be determined and (vi) any other uncured non- monetary defaults.

4. To the extent that rent, attorneys' fees, and other charges continue to accrue and/or TDPP suffers other pecuniary losses with respect to the Lease pending ultimate assumption or rejection of the Lease, TDPP hereby reserves the right to amend the cure amount to reflect such additional sums, including any adjustments which have not yet been calculated or billed.

5. Furthermore, whether or not this Honorable Court recognizes TDPP's assertion that there are presently defaults under the Lease, TDPP is entitled to adequate assurance of future performance in accordance with Bankruptcy Code § 365. TDPP requests that as a predicate to assumption of the Lease, Debtor be obligated to provide adequate assurance of future performance.

WHEREFORE, TDPP respectfully requests that this Court: (i) sustain this Limited Objection to Debtor's Motion, (ii) setting this matter for hearing in order to determine the cure amount under the Lease, and (iii) granting such other and further relief as the Court deems proper and just.

Dated: May 31, 2006                     Respectfully submitted:


/s/ T. David Mitchell
T. David Mitchell
(OH Bar No. 0042601)
(FL Bar No. 0016789)
BRENNER KAPROSY MITCHELL, L.L.P.
50 East Washington Street
Chagrin Falls, Ohio 44022
Tel: 440-247-5555
Fax: 440-247-5551

Attorney for Turney Dunham Plaza
Partners Limited Partnership

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by electronic mail to the following on this date of May 31, 2006:

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.
djbaker@skadden.com

Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attn: Cynthia C. Jackson
cjackson@smithhulsey.com

/s/ T. David Mitchell

*Exhibit A*

**CWCapital**

VIA FAX and OVERNIGHT MAIL

March 14, 2006

Turney Dunham Plaza Partners LP
5277 State Rd.
Parma, OH 44134
Attn: Mr. Stanley Basista

Re:  Winn Dixie- Panama City Beach, FL
     CWCapital Loan No. 4010760

Dear Mr. Basista:

Enclosed please find a copy of a letter CWCapital received from Winn Dixie Stores, Inc regarding the above-mentioned loan. Per the enclosed letter, in connection with Winn Dixie's bankruptcy filing, Winn Dixie claims that they are only responsible for a pro-rated portion of the property tax payment for the above-mentioned loan.

After receiving Winn Dixie's letter, CWCapital contacted Bay County to determine the amount due for property taxes. Bay County informed us that the March 31, 2006 payment in the amount of $47,518.25 is due.

Winn Dixie remitted a payment in the amount of $40,748.53 to CWCapital to be applied to the property tax payment. After application of the payment from Winn Dixie, CWCapital is short $6,769.72 for the tax payment. *Thus, please remit $6,769.72 to CWCapital immediately to enable us to make the tax payment before additional interest is due.* Payment may be made by check sent to my attention at 63 Kendrick Street, Needham, Massachusetts 02494 or by wire transfer in accordance with the instructions below:

PAID  Date 3.17.06  Ck. No. 140

            Bank of America
            Boston, MA
            ABA #: 026 009 593
            Acct. #: 9503165393
            Acct Name: ACGS 2004 P&I
            Ref: Winn Dixie Panama City Beach

Thank you for your immediate attention to this matter. Feel free to contact me if you have any questions at (781) 707.

Sincerely,

*Tracy Dunn*
Tracy Dunn

Enclosure
cc: Gussie Madden- V

National Headquarters
One Charles River Place
781.707.9000    781.7

---

TURNEY-DUNHAM PLAZA PARTNERS    9-94
P O BOX 347074
PARMA, OHIO 44134

140
6-7041/2410

March 17, 2006

Pay to the Order of  CW Capital    $ 6769 72/100

Six Thousand Seven Hundred Sixty-nine and 72/100 ------ Dollars

Middleburg Heights Branch
CHARTER ONE® BANK F.S.B.
A Subsidiary of Charter One Financial, Inc.

For Re: CW Capital Loan # 4010760

⑈ 241070487⑈  086817591511⑈  0140