UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,
Debtors.
_____/

CASE NO.: 05-03817-JAF
Chapter 11

### LEC PROPERTIES, INC.'S AND PC PROPERTIES, LLC.'S RESPONSE OBJECTING TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS (B) NO LIABILTY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS (STORE #1358)

Creditors, LEC PROPERTIES, INC., and PC PROPERTIES, LLC., (hereinafter "LEC and PC"), by and through undersigned counsel, file this Response Objecting to Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims, and in support thereof state as follows:

1. Pursuant to a lease dated April 26, 1994, LEC and PC (as successors of The Mitchell Company, Inc.) leased to Winn-Dixie Louisiana, Inc., the premises located at 420 W. Beach Road in Pass Christian, Mississippi ("Store #1358"). This lease was guaranteed by Winn-Dixie Stores, Inc. under a Corporate Guaranty of Lease Obligations dated January 11, 2001.

2. Pursuant to the Lease, Winn-Dixie Louisiana, Inc. is required to pay LEC and PC monthly rental payments as well as other amounts for real estate taxes, additional rent, insurance, and common area maintenance.

3. On February 21, 2005 (the "Petition Date"), the Debtor filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy

1

Court for the Southern District of New York. By order dated April 13, 2005, venue was transferred to this Court.

4. On or about October 5, 2005, the Debtor filed a Notice of Rejection of Unexpired Lease, wherein Debtors rejected the lease to Store #1358 effective as of October 15, 2005 (hereinafter the "Rejection Date"). The Notice of Rejection of Unexpired Lease instructed Creditor to file a Proof of Claim within thirty days following the rejection date, which we did.

5. On or about November 3, 2005, Creditor, LEC and PC filed a Proof of Claim #12407 in bankruptcy case of Winn-Dixie Montgomery, Inc. (case number 05-02837) and Proof of Claim #12410 in the bankruptcy case of Winn-Dixie Stores, Inc. (case number 05-3817) for amounts arising from Debtor's obligation under the lease due and payable from the Petition Date until the Rejection Date.

6. On or about May 16, 2006, Debtor filed its Eleventh Omnibus Objection to (a) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims, wherein Debtor requested this Court disallow without prejudice LEC and PC's Proofs of Claim #12407 and #12410 for the failure of LEC and PC to file said claims pursuant to 11 U.S.C. § 503 and Local Rule 3071-1. Debtor asserts LEC and PC's administrative claims were improperly asserted as a Proof of Claim and not as a Request for Payment of an Administrative Expense as required by Local Rule 3071-1.

7. In response to Debtor's Objection, LEC and PC hereby withdraw Proofs of Claim #12407 and #12410 and replace said Proofs of Claim with a Request for Payment of Administrative Expense to be filed with this Court. LEC and PC's Request for Payment of Administrative Expense is timely filed pursuant to 11 USC §503 in Local Rule 3071-1.

2

WHEREFORE, LEC Properties, Inc., and PC Properties, L.L.C., respectfully submit this response to Debtor's Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims and respectfully request this Court grant LEC and PC leave to file an Application and Request for Payment of Administrative Expense and withdraw the two Proof of Claims.

*/s/ Sally Fox*
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for LEC and PC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class, U.S. Mail on this 31st day of May, 2006 to all parties listed below:

Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Joshua M Katz
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, 14th Floor
Atlanta, GA 30309

Elana L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

John B. McDonald, Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

Cynthia C. Jackson, James H. Post,
Stephen D. Busey
Leanne McKnight Prendergast,
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32201

Kenneth C. Meeker
United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley
1 Chase Manhattan Plaza
New York, NY 10005

_/s/ Sally Fox_
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for LEC and PC

4