UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          CASE NO.: 05-03817-JAF

WINN-DIXIE STORES, INC., et al.,                Chapter 11
    Debtors.
_____/

## LEC PROPERTIES, INC., and PC PROPERTIES, LLC's APPLICATION AND REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE (STORE # 1358)

Creditors, LEC PROPERTIES, INC., and PC PROPERTIES, LLC., (hereinafter "LEC and PC"), by and through undersigned counsel, file this application and request for payment of administrative expenses pursuant to 11 U.S.C. § 503(b) and Local Rule 3071-1 and state as follows:

1.    LEC and PC is the Landlord, Winn Dixie Louisiana, Inc. is the Tenant, and Winn Dixie Stores, Inc., is the Guarantor, of a lease of the premises located at 420 W. Beach Road in Pass Christian, Mississippi (hereinafter "Store 1358") by virtue of the following agreements:

    (a)    Lease between The Mitchell Company, Inc., as Landlord, and Delchamps, Inc., as Tenant, of 420 W. Beach Road, Pass Christian, Mississippi dated April 27, 2004. (Attached hereto as Exhibit "A".)

    (b)    Assignment of Tenant Leases and Security Deposits between The Mitchell Company, Inc, the Assignor, and LEC Properties, Inc. and PC Properties, LLC, the Assignees, dated December 5, 1997. (Attached hereto as Exhibit "B").

    (c)    Assignment and Assumption of Lease between Delchamps, as Assignor, and Winn-Dixie Lousiana, Inc., as Assignee, dated January 11, 2001.

1

(d) Corporate Guaranty of Lease Obligations between Winn-Dixie Stores, Inc., as Guarantor, in favor of LEC Properties, Inc. and PC Properties, Inc., as Landlord, dated January 11, 2001. (Attached hereto as Exhibit "C".)

2. Pursuant to the aforementioned Agreements and the Lease attached hereto Winn-Dixie Louisiana, Inc. and Winn-Dixie Stores, Inc. is required to pay LEC and PC monthly rental payments as well as other amounts for real estate taxes, additional rent, insurance and common area maintenance.

3. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.

4. On or about October 5, 2005, the Debtor filed a Notice of Rejection of Unexpired Lease, wherein Debtors rejected the lease of Store #1358 effective as of October 15, 2005 (hereinafter the "Rejection Date").

5. Winn Dixie Stores, Inc. has defaulted under the terms of the Lease by failing to make required payments due and owing under the Lease of Store #1358 arising after the Petition Date until the Rejection Date.

6. As a result of said Default, Winn Dixie Stores, Inc. currently owes LEC and PC the total amount of $47,460.15 as set forth in Exhibit "D" attached hereto. Said amount is properly and timely asserted as an administrative expense pursuant to 11 § U.S.C. § 503(b) and Local Rule 3071-1 and entitled to priority treatment in the Chapter 11 Case and any subsequent liquidation.

7. As a Chapter 11 debtor, Winn Dixie Stores, Inc. is responsible for payment of the post-petition monies owing as an administrative priority until the lease is rejected. *See* In re Florida Lifestyle Apparel, Inc., 221 B.R. 897 (Bankr. M.D. Fla 1997); In re Cardian Mortgage Corp. 1277 B.R. 14, 15 (Bankr. E.D. Va 1991).

8. LEC and PC believes it is entitled to allowance and immediate payment of the Administrative Expense under 11 U.S.C.. § 503(b)(1)(A). *See In* re Telesphere Communications, Inc. 148 B.R. 525 (Bankr. N.D. Ill. 1992); In re Rare Coin Galleries of American, Inc., 72 B.R. 415, 416 (Bankr. D. Mass 1987).

WHEREEORE, pursuant to 11 U.S.C. § 365(d)(3) and 503(b)(1)(A), LEC Properties, Inc., and PC Properties, L.L.C., respectfully requests this court to enter an order allowing as a priority administrative claim its Administrative Expense and further:

(a) Grant this Request for Payment of Administrative Expense;

(b) Order Winn-Dixie Stores, Inc., to pay the current Administrative Expense within 10 days from the entry of an order granting LEC and PC'S Request for Payment of Administrative Expense.

(c) Grant LEC and PC such further relief as this Court shall deem just and equitable.

_____
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for LEC and PC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class, U.S. Mail on this 31st day of May, 2006 to all parties listed below:

Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Joshua M Katz
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, 14th Floor
Atlanta, GA 30309

Elana L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

John B. McDonald, Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

Cynthia C. Jackson, James H. Post,
Stephen D. Busey
Leanne McKnight Prendergast,
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32201

Kenneth C. Meeker
United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley
1 Chase Manhattan Plaza
New York, NY 10005

_Sally Fox_
SALLY RUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for LEC and PC