Winn-Dixie Stores, Inc.
Case No.: 05-03817-3F1

## SUMMARY OF CLAIM
## of LEC PROPERTIES, INC. and PC PROPERTIES, LLC

Post-Petition Arrearage:

| | |
|---|---|
| 2005 CAM Payments after 2/21/05: | $16,296.03 |
| 2005 Property Taxes after 2/20/05: | $31,164.12 |
| **Total:** | **$47,460.15** |

Exhibit "D"