**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED FINAL HEARING

NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Maureen Fitzgerald-Marhold is rescheduled to June 30, 2006 at 11:00 a.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated June 1, 2006 .

Clerk of Court
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtors'Attorney
U.S. Trustee
Stephenie Biernacki, Attorney for Movant
Counsel for Official Committee of Unsecured Creditors