**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 05-03817-3F1 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, AND (C) MISCLASSIFIED CLAIMS**

COMES NOW the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Eleventh Omnibus Objection to No Liability Claims filed in the above case as follows:

The Debtors seek to disallow claim numbers 4438, 4439, and 10625 filed by the Georgia Department of Revenue. The Department opposes the disallowance of claim number 4439. However, the Department does not oppose the disallowance of claim number 4438, filed against Winn-Dixie Raleigh, Inc. in the amount of $1,000,519.00, and claim number 10625, filed against Crackin' Good, Inc. in the amount of $50,000.00.

The Department has filed claim number 4439 against Winn Dixie Stores, Inc. ("Winn-Dixie") for unpaid sales and use taxes, withholding taxes, and corporate income taxes in the total amount of $60,123.59. The Department has reviewed the Debtors' Objection and determined that it should only have a claim for July of 2000 and July of 2004 sales and use taxes in the total amount of $46,273.43. Winn Dixie's July of 2000

sales and use tax return indicates a tax liability of $855,717.09 but the records of the Department indicate that Winn Dixie only remitted $823,506.33. Winn Dixie's July of 2004 sales and use tax return indicates a tax liability of $636,063.98 and this amount was remitted to the Department. However, the Department's records indicate that Winn Dixie twice took a tax credit in the amount of $24,394.47 resulting in an underpayment of sales and use taxes. Winn Dixie's total sales and use tax liability for November of 2004 should have been $660,458.45 as opposed to the amount reflected on the return. After applying accrued credits, Winn Dixie has a total liability of $46,273.43 for July of 2000 and July of 2004 sales and use taxes consisting of a priority claim in the amount of $35,023.60 and a general unsecured claim in the amount of $11,249.83.

Pursuant to O.C.G.A. § 48-8-49(a), dealers are required to file sales and use tax returns and remit sales and use tax payments on or before the twentieth day of the following month. If a dealer fails to timely pay its outstanding sales and use tax liability, the dealer's vendor's compensation deduction shall be disallowed. O.C.G.A. § 48-8-50(b). In addition, if a dealer fails to file and pay its sales and use tax liability in a timely fashion "a penalty to be added to the tax in the amount of 5 percent or $5.00, whichever is greater, if the failure is for not more than 30 days and an additional 5 percent or $5.00, whichever is greater, for each additional 30 days or fraction of 30 days during which the failure continues." O.C.G.A. § 48-8-66. Further O.C.G.A. § 48-2-40 provides that "taxes owed the state … shall bear interest at 1 percent per month from the date the tax is due until the date the tax is paid."

WHEREFORE, the Georgia Department of Revenue respectfully requests that its claim number 4439 be allowed as modified by this response and that it be granted such other and further relief as this Court deems just and proper.

This __1st__ day of June, 2006.

                        Respectfully submitted,

                        THURBERT E. BAKER     033887
                        Attorney General

                        DANIEL M. FORMBY     269350
                        Deputy Attorney General

                        /s/ John B. Ballard, Jr.
                        JOHN B. BALLARD, JR.   035550
                        Senior Assistant Attorney General

                        /s/ Oscar B. Fears, III
                        OSCAR B. FEARS, III     257020
                        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, Georgia 30334
Ga. Bar No. 25020
Telephone: (404) 656-3303
Facsimile: (404) 657-3239
Counsel for the Georgia Department of Revenue

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS upon:

>D.J. Baker, Esq.
>Skadden, Arps, Slate, Meagher & Flom
>Four Times Square
>New York, New York 10036
>
>James H. Post, Esq.
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, Florida 32202

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This __1st__ day of June, 2006.

>/s/ Oscar B. Fears, III
>OSCAR B. FEARS, III
>Assistant Attorney General