

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (i) for Authority to Reject Non-Residential Real Property Master Lease and Sublease, (ii) to Establish Bar Date for any Rejection Damage Claims and (iii) Granting Related Relief (Store No. 1096) Filed by Debtors (7812)

*Granted*
*Ord / Signed*

**APPEARANCES:**
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR

RULING:

World Fitness - Thames P