UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of
Margie Lawrence  (Claim No. 6890) [Docket No. 8022] was furnished by mail on June 1,
2006 to Margie Lawrence c/o R. Conner McAllister, Esq., P.O. Box 911, Jackson,
Mississippi 39205-0911.

Dated:  June 2, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_          By    _s/ James H. Post_
     D. J. Baker                          Stephen D. Busey
     Sally McDonald Henry                 James H. Post (FBN 175460)
     Rosalie Gray                         Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC