Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Montgomery, Inc.**   Case No. **05-03837-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

9950034
Creditor Id: WDX-247230-B1-12
CROWDER FAMILY JOINT VENTURE
%KATHY CROWDER KIRCHMAYER
GENERAL PARTNER
3638 CAVALIER DRIVE
JACKSON, MS 39216-3501

Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Your claim is scheduled as follows:

Debtor
Winn-Dixie Montgomery, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$14,683.16

DEBTOR: WINN - DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE: 05-03817 (3F1)
CHAPTER 11

# CLAIM NO.: 1222

Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☒ additional address

Name: **Douglas C. Noble**
Company/Firm: **Phelps Dunbar LLP**
Address: **P.O. Box 23066**
**Jackson, MS 39225-3066 (601) 352-2300**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **Store #1328**   Telephone #

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☒ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)    (date)

Date debt was incurred: **See Appendix A**

3. If claim is based on a Court Judgment, date obtained:

Total Amount of Claim at Time Case Filed:
$ **See Appendix A**  $_____  $_____  $_____
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**Secured Claim.**
Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

Unsecured Nonpriority Claim $ **Unknown - See Appendix A**
Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a) (8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **5-9-05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Douglas C. Noble**   Title: **Attorney**
Signature: _____

This Space Is For Court Use Only
RECEIVED
**LOGAN & COMPANY, INC.**
AS AGENT

**MAY 1 0 2005**

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Exhibit "A"**

## APPENDIX A

Winn-Dixie Montgomery, Inc. has scheduled an Unsecured Non-Priority Claim by the Crowder Family Joint Venture in the amount of $14,683.16. This amount constitutes the Debtor's obligation for payment of 2004 taxes under that certain lease between the Debtor and the Crowder Family Joint Venture originally dated September 13, 1989, as amended ("Lease"). The Crowder Family Joint Venture does not dispute this amount and agrees that $14,683.16 is the amount owed under the Lease for payment of the Debtor's 2004 tax liability.

Additionally, although the amount is apparently not scheduled by the Debtor, the Debtor is obligated to make payment to the Crowder Family Joint Venture under the Lease of an amount equal to one and one-half percent (1½%) of the Debtor's gross sales exceeding $3,000,000. This payment for fiscal year 2004 has not been made and is due and owing by the Debtor. The applicable provision of the Lease is Paragraph 5(b), as thereafter supplemented and amended. The Crowder Family Joint Venture has not been provided with the gross sales number but is entitled to a claim against the estate for such unpaid amounts. So, in addition to the $14,683.16 in unpaid 2004 taxes due and owing under the Lease, the Crowder Family Joint Venture also asserts a claim against the estate for the unpaid amounts arising under the aforementioned provision of the Lease.

JO:99294445-1