

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (I) for Authority to Reject Non-Residential Real Property Lease for Fuel Center 1381 (II) to Establish Bar Date for Any Rejection Damage Claims and (III) Granting Related Relief Filed by Debtors (7612)

Objection to Motion filed by E&A Southeast, LP (7847)

*Granted Ord/Signed*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
E&A SOUTHEAST, LP:     ADAM FRISCH

RULING:
*Adam Frisch - E&A Southeast LP - P*