

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing the Debtors to Sell the Hollywood Tract and Related Assets Free and Clear of Liens, Claims and Interests and Granting Relief Filed by Debtors (7696)

Objection to Motion by Broward County (8094)

*Granted*
*Ord / Signed*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
BROWARD COUNTY:     BRIAN T. FITZGERALD

RULING: