

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Motion for Leave to File Proofs of Claim without Prejudice Filed by Florida Tax Collectors' (4283)

Objection to Motion by Debtor (5874)

Objection to Motion by Creditors' Committee (5887)

*Cont'd. to 6/29 @ 1:00*

*AOCNFN*

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR
FLORIDA TAX COLLECTORS:  BRIAN T. FITZGERALD

RULING: