

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Tenth Omnibus Objection to (a) Duplicate Claims and (b) Amended and Superseded Claims Filed by Debtors (7562)

Objection filed by Digital 1 Stop (8034) *Clm # 581*

— *Cont'd. until further nte.*

*Granted*
*Ord Signed*

APPEARANCES:

US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                            MATTHEW S. BARR

DIGITAL 1 STOP:

RULING: