

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to File Documents in Support of its Motion for Order Pursuant to Section 105 (a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal Filed by Ad Hoc Trade Committee (7765)

Objection to Motion filed by Lassiter Properties, Inc. (8080)

*Cont'd to 6/15 @ 1:00*
*ADCNFN*

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| AD HOC TRADE COMMITTEES: | MARK FRIEDMAN/TOM CALIFANO |
| LASSITER PROPERTIES, INC: | JIMMY PARRISH |

**RULING:**