HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on the Ad Hoc Trade Committee's Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Cases (8005)

Objection filed by Garden Park Plaza, Ltd (8028)

Objection filed by HP Hood LLC, et al (8079)

Objection filed by Domino Foods, Inc., et al. (8082)

*Cont'd. to 6/15 @ 1:00*
*AOCNFN*

APPEARANCES:
US TRUSTEE:                     ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD/PATRICK PATANGAN
                                MATTHEW S. BARR
AD HOC TRADE COMMITTEES:        MARK FRIEDMAN/TOM CALIFANO
GARDEN PARK PLAZA, LTD:         RILYN CARNAHAN
HP HOOD LLC, ET AL:             STEPHEN MILLER
DOMINO FOODS, INC. ET AL        GENE TARR

RULING: