

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 1, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application for an Order Authorizing Rule 2004 Examinations and Compelling Production of Documents Relating to Debtor's Note Issuance Filed by Ad Hoc Trade Committee (7432)

*Cont'd. to 6/15 @ 1:00*

*AOCNFN*

APPEARANCES:
US TRUSTEE:                        ELENA ESCAMILLA
UNSEC. CRED:                       JOHN B. MACDONALD/PATRICK PATANGAN
                                   MATTHEW S. BARR
AD HOC TRADE COMMITTEE:            MARK FRIEDMAN/TOM CALIFANO

RULING: