UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

### ORDER DISALLOWING (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 1, 2006, upon the Tenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B (the "Disputed Claims").[2] One response was filed to the Objection, as a result of which the Debtors have agreed to continue the Objection with respect to claim no. 581 filed by Digital 1 Stop. The Debtors have withdrawn without prejudice their objection to claim no. 7269 filed by Greenville Grocery, LLC, which claim has been removed from Exhibit B. Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. The Objection is sustained.

2. The Duplicate Claims listed on Exhibit A are disallowed in their entirety.

3. The Amended Claims listed on Exhibit B are disallowed in their entirety.

4. The hearing to consider the Objection with respect to Digital 1 Stop is continued until further order of the Court upon the motion of any party in interest.

5. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7. This Order is without prejudice to the Debtors' right to object to any other proofs of claim or interests filed in these chapter 11 cases, including the Remaining Claims identified on Exhibits A and B.

Dated this ___ day of June, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 417118<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN DAMIAN RODRIGUEZ/JOHN FARGNOLI<br>51 MERCEDES WAY<br>EDGEWOOD NY 11747 | 2878 | 13064<br>Debtor: WINN-DIXIE STORES, INC. | $2,567.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416974<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344<br>Counsel: ATTN MARIE A MATTOX, ESQ | 12586 | 12739<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 419281<br>BOUTWELL, GILFORD FRANKLIN<br>2388 ASHMORE DR<br>CLEARWATER FL 33763-1645 | 6979 | 13154<br>Debtor: WINN-DIXIE STORES, INC. | $189,014.97 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN FOR $114,672 AND CLAIM NUMBER 6980 FOR $74,342.97 FOR A TOTAL OF $189,014.97. |
| Creditor Id: 403627<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 5927 | 6054<br>Debtor: WINN-DIXIE STORES, INC. | $116,533.29 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406448<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 5928 | 6055<br>Debtor: WINN-DIXIE STORES, INC. | $177,403.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 246975<br>COOPERATIVE PROPANE MONTGOMERY<br>414 TWAIN CURV<br>MONTGOMERY AL 36117-2210 | 9272 | 10094<br>Debtor: WINN-DIXIE STORES, INC. | $3,173.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 422993<br>CUTCLIFFE, WILLIAM & MARGARET<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | 12993 | 12994<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 398163<br>GAMBLE, BRODERICK ET AL<br>C/O C BROOKS & T BRAXTON<br>2705 FOURTH AVENUE S<br>BIRMINGHAM, AL 35233 | 6373<br>Debtor: WINN-DIXIE STORES, INC. | 11365 | $300,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 421821<br>MCCOCK, RICHARD P<br>1317 CHARTED COURT EAST<br>JACKSONVILLE FL 32225 | 12941<br>Debtor: WINN-DIXIE STORES, INC. | 13006 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 266513<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>Debtor: WINN-DIXIE STORES, INC. | 3732 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 266513<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>Debtor: WINN-DIXIE STORES, INC. | 3741 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 422512<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | 12298<br>Debtor: WINN-DIXIE STORES, INC. | 13149 | $230,254.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 256911<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: WINN-DIXIE STORES, INC. | 9446 | $42,807.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 403917<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11843<br>Debtor: WINN-DIXIE STORES, INC. | 12771 | $20,450.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 407152<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11842 | 12770<br>Debtor: WINN-DIXIE STORES, INC. | $19,540.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 269660<br>SHERRILL, MIGNON<br>C/O BETTS & ASSOCIATES<br>ATTN DAVID E BETTS, ESQ<br>140 PEACHTREE STREET NW<br>ATLANTA GA 30303 | 9881 | 11322<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410715<br>TAYLOR, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 7319 | 9527<br>Debtor: WINN-DIXIE STORES, INC. | $12,005.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 422341<br>WOOTEN, SONNY R<br>108 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016-8329 | 12271 | 13174<br>Debtor: WINN-DIXIE STORES, INC. | $226,422.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Total Claims to be Disallowed:<br>Total Amount to be Disallowed: | 18<br>$1,565,171.65 | Plus Unliquidated Amounts, If Any | | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 394070<br>ADORNO & YOSS, LLP<br>ATTN GREGORY A VICTOR, PARTNER/VP<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134-6012 | 13164 | $192,284.61<br>Debtor: WINN-DIXIE STORES, INC. | 5587 | $204,003.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 399385<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 12845 | $436,606.14<br>Debtor: WINN-DIXIE RALEIGH, INC. | 9123 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 399385<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 12844 | $436,606.14<br>Debtor: WINN-DIXIE STORES, INC. | 9124 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 242713<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 | 11535 | $141,625.99<br>Debtor: WINN-DIXIE STORES, INC. | 7439 | $68,367.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 420079<br>BATES, JOHN L III<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 | 7136 | $20,819.00<br>Debtor: WINN-DIXIE STORES, INC. | 13120 | $20,819.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 415973<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | 12965 | $488,218.50<br>Debtor: WINN-DIXIE STORES, INC. | 11983 | $545,978.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 405932<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 | 6817 | $322,442.00<br>Debtor: WINN-DIXIE STORES, INC. | 4575 | $291,250.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 399662<br>CAREERSTAFF UNNLIMITED INC<br>ATTN DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE NC 28217 | 12254 | $4,216.00<br>Debtor: WINN-DIXIE STORES, INC. | 2023 | $1,836.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 246135<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL SC 29731-1164<br>Counsel: ATTN SUSAN E DRISCOLL, ESQ | 12902 | $86,188.21<br>Debtor: WINN-DIXIE RALEIGH, INC. | 8915 | $169,081.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 318691<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 12927 | $80,078.12<br>Debtor: WINN-DIXIE STORES, INC. | 2406 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 318691<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 12927 | $80,078.12<br>Debtor: WINN-DIXIE LOGISTICS, INC. | 2407 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 251180<br>COUNTY OF HAMILTON TRUSTEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS<br>ATTN SCOTT N BROWN JR, ESQ<br>PO BOX 1749<br>CHATTANOOGA, TN 37401-1749 | 12950 | $15,431.00<br>Debtor: WINN-DIXIE STORES, INC. | 4206 | $28,398.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 240494<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | 12466<br>Debtor: | $282.00<br>WINN-DIXIE STORES, INC. | 1055 | $135.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406005<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON FL 33432 | 8785<br>Debtor: | $5,584.75<br>WINN-DIXIE STORES, INC. | 2856 | $6,002.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381794<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 13049<br>Debtor: | $295,146.30<br>WINN-DIXIE STORES, INC. | 10711 | $48,053.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832<br>Debtor: | $543,188.43<br>WINN-DIXIE STORES, INC. | 1267 | $502,358.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410976<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12443<br>Debtor: | $8,975.08<br>WINN-DIXIE STORES, INC. | 10252 | $1,179.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 2013<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904 | $10,875.20<br>Debtor: WINN-DIXIE STORES, INC. | 8565 | $10,875.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 402204<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 | 12988 | $39,952.28<br>Debtor: WINN-DIXIE STORES, INC. | 1257 | $44,708.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 252126<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | 12835 | $482,630.80<br>Debtor: WINN-DIXIE STORES, INC. | 9136 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 252126<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | 12834 | $482,630.80<br>Debtor: WINN-DIXIE RALEIGH, INC. | 9137 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 382719<br>INFORMATION BUILDERS, INC<br>ATTN FRANK MOLITOR, VP OF FINANCE<br>TWO PENN PLAZA<br>NEW YORK NY 10121 | 12932 | $38,760.80<br>Debtor: WINN-DIXIE STORES, INC. | 7005 | $272,069.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410902<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12167 | $30,453.10<br>Debtor: WINN-DIXIE STORES, INC. | 10067 | $8,947.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC, ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 2199<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996<br>Counsel: ATTN ROBERT D MCWHORTER, JR, ESQ | 12917 | $302,500.00<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10712 | $2,239,359.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 2371<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br>Counsel: ATTN JAMES L PAUL, ESQ | 12327 | $468,351.10<br>Debtor: WINN-DIXIE STORES, INC. | 10890 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 2371<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br>Counsel: ATTN JAMES L PAUL, ESQ | 12326 | $413,183.81<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10891 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 278912<br>LEASA INDUSTRIES, INC<br>ATTN GEORGE YAP, PRESIDENT<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147<br>Counsel: ATTN CRAIG A STOKES, ESQ | 11835 | $7,567.40<br>Debtor: WINN-DIXIE STORES, INC. | 1391 | $105,962.85 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410375<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12408 | $73,161.67<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 7353 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410375<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571<br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12409 | $73,161.67<br>Debtor: WINN-DIXIE STORES, INC. | 7354 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 381760**<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE  FL  33324 | 1886<br>Debtor: | $500,000.00<br>WINN-DIXIE STORES, INC. | 130 | $2,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH  FL  33162 | 12956<br>Debtor: | $225,750.00<br>WINN-DIXIE STORES, INC. | 9567 | $1,891,995.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH  FL  33162 | 12972<br>Debtor: | $328,543.56<br>WINN-DIXIE STORES, INC. | 12956 | $225,750.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416843**<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA  GA  30303 | 12326<br>Debtor: | $413,183.81<br>WINN-DIXIE STORES, INC. | 12391 | $440,093.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382036**<br>LUIGINO'S INC<br>ATTN SEAN BRENNAN, CR MGR<br>525 LAKE AVENUE SOUTH<br>PO BOX 16630<br>DULUTH  MN  55802 | 4585<br>Debtor: | $348,291.00<br>WINN-DIXIE STORES, INC. | 1021 | $395,340.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 255864**<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324 | $285,581.19<br>Debtor: WINN-DIXIE STORES, INC. | 6184 | $6,676.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279188**<br>NDCHEALTH CORPORATION<br>ATTN DUNCAN M HARLE & HA ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329-2010<br>Transferee: AMROC INVESTMENTS LLC | 11767 | $138,074.64<br>Debtor: WINN-DIXIE STORES, INC. | 300 | $74,107.73 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 380980**<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | 11898 | $64,121.40<br>Debtor: WINN-DIXIE STORES, INC. | 2177 | $64,112.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257177**<br>NYSE GROUP, INC, FKA<br>NEW YORK STOCK EXCHANGE, INC<br>ATTN IRINA KOGAN-CHAPKO<br>20 BROAD STREET, 8TH FLOOR<br>NEW YORK NY 10005 | 13183 | $20,612.00<br>Debtor: WINN-DIXIE STORES, INC. | 6747 | $143,529.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258574**<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134<br>Counsel: ATTN JONATHAN R WILLIAMS, ESQ | 12930 | $31,613.60<br>Debtor: WINN-DIXIE STORES, INC. | 2563 | $23,799.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 395551**<br>POST & COURIER, THE<br>C/O SZABO ASSOCIATES INC<br>ATTN MARILYN ZIMMERMAN<br>3355 LENOX ROAD, 9TH FLOOR<br>ATLANTA  GA  30326 | 2687 | $5,030.15<br>Debtor: WINN-DIXIE RALEIGH, INC. | 328 | $5,722.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 392385**<br>RANDEL, TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE  FL  33316 | 11303 | $100,000.00<br>Debtor: WINN-DIXIE STORES, INC. | 9197 | $100,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403228**<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG  FL  33707 | 11865 | $332,057.02<br>Debtor: WINN-DIXIE STORES, INC. | 10574 | $322,865.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403228**<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG  FL  33707 | 12078 | $432,057.02<br>Debtor: WINN-DIXIE STORES, INC. | 11865 | $332,057.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406147**<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL  NJ  08002<br>Counsel: ATTN JERROLD N POSLUSNY JR, ESQ | 12802 | $33,051.91<br>Debtor: WINN-DIXIE STORES, INC. | 3397 | $25,741.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

Page: 9 of 11
Date: 05/31/2006

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 11810 | $36,153.74<br>Debtor: WINN-DIXIE STORES, INC. | 7964 | $28,360.57 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411292**<br>SOUTHWESTERN BELL TELEPHONE, LP<br>ATTN TRACY VALDEZ, BANKR REP<br>PO BOX 981268<br>WEST SACRAMENTO CA 95798 | 13037 | $1,077.97<br>Debtor: WINN-DIXIE STORES, INC. | 11631 | $1,114.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12959 | $197,110.55<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 11295 | $197,914.84 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12548 | $300,586.64<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 11298 | $296,229.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12958 | $906,517.18<br>Debtor: WINN-DIXIE STORES, INC. | 12550 | $912,257.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411189** <br> STATE OF FLORIDA REV DEPT <br> BANKRUPTCY SECTION <br> ATTN CATHY DUBISKY/MICHELLE KENNEDY <br> PO BOX 6668 <br> TALLAHASSEE FL 32314-6668 <br> Counsel: C/O FREDERICK F RUDZIK, ESQ | 13065 <br> Debtor: | $674,545.33 <br> WINN-DIXIE STORES, INC. | 12958 | $906,517.18 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263271** <br> TOWER ASSOCIATES LTD <br> C/O MILLER & MARTIN, PLLC <br> ATTN CATHERINE A HARRISON, ESQ <br> 1170 PEACHTREE STREET NE, STE 800 <br> ATLANTA GA 30309-7706 | 12894 <br> Debtor: | $0.00 <br> WINN-DIXIE STORES, INC. | 10834 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263271** <br> TOWER ASSOCIATES LTD <br> C/O MILLER & MARTIN, PLLC <br> ATTN CATHERINE A HARRISON, ESQ <br> 1170 PEACHTREE STREET NE, STE 800 <br> ATLANTA GA 30309-7706 | 12895 <br> Debtor: | $0.00 <br> WINN-DIXIE RALEIGH, INC. | 10881 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410810** <br> TOWER CENTER ASSOCIATES, LTD <br> C/O PEPPER HAMILTON, LLP <br> ATTN J C CARIGNAN/A SABLE, ESQS <br> HERCULES PLAZA, SUITE 5100 <br> 1313 MARKET ST, PO BOX 1709 <br> WILMINGTON DE 19899-1709 | 11749 <br> Debtor: | $362,923.39 <br> WINN-DIXIE STORES, INC. | 10634 | $304,307.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410977** <br> WATCH OMEGA HOLDINGS, LP BY <br> GE CAPITAL REALTY GROUP, INC, AGENT <br> C/O MORITT HOCK HAMROFF ET AL <br> ATTN LESLIE A BERKOFF, ESQ <br> 400 GARDEN CITY PLAZA <br> GARDEN CITY NY 11530 | 12891 <br> Debtor: | $6,158.92 <br> WINN-DIXIE STORES, INC. | 10253 | $1,064.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411026**<br>WD GREEN COVE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13023 | $6,267.81 | 10384 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 411024**<br>WD JACKSONVILLE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13022 | $9,925.85 | 10383 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 411025**<br>WD PASCO TRUST<br>C/O HELD & ISRAEL<br>ATTN E HELD/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 13024 | $9,109.95 | 10415 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id: 265010**<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC 29202 | 12222 | $434,028.35 | 11815 | $428,169.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | | |
| **Creditor Id: 402089**<br>YELLOW TRANSPORTATION, INC<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 11837 | $1,467.02 | 883 | $847.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

| Total Claims to be Disallowed: | 59 | |
|---|---|---|
| Total Amount to be Disallowed: | $14,096,724.23 | Plus Unliquidated Amounts, If Any |