CERTIFICATE OF SERVICE

    I, the undersigned authority, hereby certify that I have on this 1st day of June, 2006, served a copy of the foregoing on Debtor's Attorney's, Skadden, Arps, Slate, Meagher & Flom, LLP, Attn: D J Baker, Four Times Square, New York, New York, 10036, by via e-mail at djbaker@skadden.com and via facsimile sent to 917-777-2150 .

                                     \S\ BARRY A FRIEDMAN  
                                     BARRY A FRIEDMAN