**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Middle District of Florida (Jacksonville)

_____
                                                    )
In re:                                              )
                                                    )
Winn Dixie Raleigh, Inc.                            )          Chapter 11
                                                    )          Case No. 05-03817 - JAF
                                                    )          Docket #8177
                                   Debtor           )
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


The following transfer has been withdrawn:


Transferor:        MEDIA GENERAL OPERATIONS INC. d/b/a RICHMOND TIMES DISPATCH
                   PO BOX 27775
                   RICHMOND, VA 23261-7775


Transferee:        ASM Capital, L.P.
                   7600 Jericho Tpke, Ste 302
                   Woodbury, NY 11797


                                          Dated:   June 2, 2006


                                          /s/ Adam Moskowitz
                                          Adam Moskowitz
                                          ASM Capital, L.P.
                                          516-224-6040