## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about May 23, 2006, I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 2, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 452140-97
44 GROUP LTD
C/O LAW OFFICES JAMES O CURE
ATTN: JAMES O CURE, ESQ
2584 BLUE MEADOW DRIVE
TEMPLE TX 76502

CREDITOR ID: 1001-RJ
440 GROUP, LTD
ATTN GENE WILLIAMS, MNG PRTNR
PO BOX 578
KILLEEN TX 76540-0578

CREDITOR ID: 2103-07
C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 395575-15
CANTY, PATRICIA
861 1/2 DR MARTIN LUTHER KING BLVD
RIVIERA BEACH FL 33404

CREDITOR ID: 452139-97
CANTY, PATRICIA
C/O SMITH & VANTURE LLP
ATTN: BIRAN W SMITH, ESQ
1615 FORUM PLACE, STE 4C
WEST PALM BEACH FL 33484

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 411261-15
FORTIS INSURANCE COMPANY
ATTN JILL KOSLO
PO BOX 3050
MILWAUKEE WI 53201-3050

CREDITOR ID: 452141-97
GONZALEZ PORCHER PA
ATTN: MARIANO GARCIA, ESQ
2328 10TH AVE N, STE 600
LAKE WORTH FL 33461

CREDITOR ID: 390535-55
HALE, VENITA
C/O KOLODINSKY, SEITZ & TRESHER
ATTN RICK TRESHER, ESQ
647 S RIDGEWOOD AVE
DAYTONA BEACH FL 32115-0471

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 395574-15
MCKENNON, RICHARD
1150 WEST 9TH STREET
RIVIERA BEACH FL 33404

CREDITOR ID: 395573-15
MERCADO, ANGEL
622 SE 2ND AVENUE
BOYNTON BEACH FL 33435

CREDITOR ID: 1602-07
MILFORD STATION, LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 452138-97
NATIONWIDE LIFE INSURANCE COMPANY
ATTN: ROBERT J MALONEY, VP
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215

CREDITOR ID: 417086-15
NATIONWIDE LIFE INSURANCE COMPANY
C/O SCOGGINS GOODMAN, PC
ATTN RANDALL W MAY, ESQ
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215-2220

CREDITOR ID: 1671-RJ
OLD 97, INC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 260749-12
SERVIDIAN
ATTN: DONALD R WALLACE, PRES
3307 NW 55TH STREET
FT LAUDERDALE, FL 33309

CREDITOR ID: 1885-RJ
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 1934-RJ
TIMBERLAKE STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 416937-15
WATERS, INC
ATTN K MARTIN WATERS JR, CHAIRMAN
301 S MCDOWELL STREET, SUITE 210
CHARLOTTE NC 28204

CREDITOR ID: 264937-12
WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 387781-54
ZELLER, WILLIAM V, MD
PO BOX 717
EUSTIS, FL 32727

**Total:   22**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7657**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| 440 GROUP, LTD | LCH OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| 440 GROUP, LTD<br>ATTN GENE WILLIAMS, MNG PRTNR<br>PO BOX 578<br>KILLEEN TX 76540-0578 | LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |

| | |
|---|---|
| Phone: | Phone: 212 460 1966 |
| Account No.: 1001 | Account No.: 452118 |

44 GROUP LTD
C/O LAW OFFICES JAMES O CURE
ATTN: JAMES O CURE, ESQ
2584 BLUE MEADOW DRIVE
TEMPLE TX 76502

Phone:
Account No.: 452140

| | |
|---|---|
| Claim No.: 6808 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 07/19/2005 | Transfer Amount: $217,500.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                           Docket No.: 7634

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CANTY, PATRICIA                              LCH OPPORTUNITIES LLC
_____                      _____
Name of Transferor                           Name of Transferee

CANTY, PATRICIA                              LCH OPPORTUNITIES LLC
861 1/2 DR MARTIN LUTHER KING BLVD           ATTN JOSEPH M O'CONNOR
RIVIERA BEACH FL 33404                       315 PARK AVE S 20TH FLR
                                             NEW YORK NY 10010

Phone: 561 684 6330                          Phone: 212 460 1966
Account No.: 395575                          Account No.: 452118

CANTY, PATRICIA
C/O SMITH & VANTURE LLP
ATTN: BIRAN W SMITH, ESQ
1615 FORUM PLACE, STE 4C
WEST PALM BEACH FL 33484

Phone:
Account No.: 452139

Claim No.: 6874                              Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/19/2005                 Transfer Amount: $50,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006                             /s/ Logan & Company, Inc.
                                             _____
                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7642

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CIVIC CENTER STATION LTD

Name of Transferor

CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1197

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8039
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $576,695.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**   Case No.: 05-03817-3F1

Docket No.: 7643

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CIVIC CENTER STATION LTD

Name of Transferor

CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1197

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8040
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $576,695.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7649**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

C&A LTD, LC

Name of Transferor

C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

Phone: 515 554 1110
Account No.: 2103

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12096
Date Claim Filed: 10/20/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $597,159.89

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7650

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

C&A LTD, LC

Name of Transferor

C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

Phone: 515 554 1110
Account No.: 2103

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8038
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $102,250.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7632

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FORTIS INSURANCE COMPANY

Name of Transferor

FORTIS INSURANCE COMPANY
ATTN JILL KOSLO
PO BOX 3050
MILWAUKEE WI 53201-3050


Phone: 414 299 8795

Account No.: 411261

ZELLER, WILLIAM V, MD
PO BOX 717
EUSTIS, FL 32727




Phone: DEBT:11067

Account No.: 387781


Claim No.: 11563

Date Claim Filed: 08/04/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966

Account No.: 452118


Full Transfer: (X)        Partial Transfer:

Transfer Amount: $75,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7633

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HALE, VENITA

Name of Transferor

HALE, VENITA
C/O KOLODINSKY, SEITZ & TRESHER
ATTN RICK TRESHER, ESQ
647 S RIDGEWOOD AVE
DAYTONA BEACH FL 32115-0471


Phone: 386 253 9790
Account No.: 390535

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966
Account No.: 452118

Claim No.: 2249
Date Claim Filed: 05/20/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $150,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7644

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MILFORD STATION, LTD

Name of Transferor

MILFORD STATION, LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1602

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8030
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,008,762.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**                    Case No.: 05-03817-3F1

                                                              Docket No.: 7645

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MILFORD STATION, LTD | LCH OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MILFORD STATION, LTD | LCH OPPORTUNITIES LLC |
| C/O PHILLIPS EDISON & CO, LTD | ATTN JOSEPH M O'CONNOR |
| ATTN R MARK ADDY, MANAGING AGT | 315 PARK AVE S 20TH FLR |
| 11690 GROOMS ROAD | NEW YORK NY 10010 |
| CINCINNATI, OH 45242 | |

| | |
|---|---|
| Phone: 513 554 1110 | Phone: 212 460 1966 |
| Account No.: 1602 | Account No.: 452118 |

Claim No.: 8031                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 07/27/2005             Transfer Amount: $286,142.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7659

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCKENNON, RICHARD

Name of Transferor

MCKENNON, RICHARD
1150 WEST 9TH STREET
RIVIERA BEACH FL 33404

Phone:
Account No.: 395574

GONZALEZ PORCHER PA
ATTN: MARIANO GARCIA, ESQ
2328 10TH AVE N, STE 600
LAKE WORTH FL 33461

Phone:
Account No.: 452141

Claim No.: 362
Date Claim Filed: 03/29/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $75,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                  Case No.: 05-03817-3F1

                                                        Docket No.: 7658

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MERCADO, ANGEL                                  LCH OPPORTUNITIES LLC

Name of Transferor                              Name of Transferee

MERCADO, ANGEL                                  LCH OPPORTUNITIES LLC
622 SE 2ND AVENUE                               ATTN JOSEPH M O'CONNOR
BOYNTON BEACH FL 33435                          315 PARK AVE S 20TH FLR
                                                NEW YORK NY 10010


Phone: 561 965 6550                             Phone: 212 460 1966
Account No.: 395573                             Account No.: 452118

GONZALEZ PORCHER PA
ATTN: MARIANO GARCIA, ESQ
2328 10TH AVE N, STE 600
LAKE WORTH FL 33461


Phone:
Account No.: 452141

Claim No.: 361                                  Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 03/29/2005                    Transfer Amount: $30,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7631

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NATIONWIDE LIFE INSURANCE COMPANY

Name of Transferor

NATIONWIDE LIFE INSURANCE COMPANY
C/O SCOGGINS GOODMAN, PC
ATTN RANDALL W MAY, ESQ
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215-2220


Phone: 614 249 7899
Account No.: 417086

NATIONWIDE LIFE INSURANCE COMPANY
ATTN: ROBERT J MALONEY, VP
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215



Phone: 614 249 8166
Account No.: 452138

Claim No.: 12860
Date Claim Filed: 01/12/2006

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $553,050.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7651

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OLD 97, INC
_____
Name of Transferor

OLD 97, INC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1671

LCH OPPORTUNITIES LLC
_____
Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8036
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $3,276,103.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7652

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OLD 97, INC                                    LCH OPPORTUNITIES LLC

Name of Transferor                             Name of Transferee

OLD 97, INC                                    LCH OPPORTUNITIES LLC
C/O PHILLIPS EDISON & CO, LTD                  ATTN JOSEPH M O'CONNOR
ATTN R MARK ADDY, MANAGING AGT                 315 PARK AVE S 20TH FLR
11690 GROOMS ROAD                              NEW YORK NY 10010
CINCINNATI, OH 45242


Phone: 513 554 1110                            Phone: 212 460 1966
Account No.: 1671                              Account No.: 452118


Claim No.: 8037                                Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/27/2005                   Transfer Amount: $501,697.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7653

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SERVIDIAN

Name of Transferor

SERVIDIAN
ATTN: DONALD R WALLACE, PRES
3307 NW 55TH STREET
FT LAUDERDALE, FL 33309

Phone: 561 716 2947
Account No.: 260749

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 31548
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $38,052.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: **05-03817-3F1**

                                                                         Docket No.: **7654**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SERVIDIAN                                                  LCH OPPORTUNITIES LLC
Name of Transferor                                         Name of Transferee

SERVIDIAN                                                  LCH OPPORTUNITIES LLC
ATTN: DONALD R WALLACE, PRES                               ATTN JOSEPH M O'CONNOR
3307 NW 55TH STREET                                        315 PARK AVE S 20TH FLR
FT LAUDERDALE, FL 33309                                    NEW YORK NY 10010


Phone: 561 716 2947                                        Phone: 212 460 1966
Account No.: 260749                                        Account No.: 452118


Claim No.: 32935                                           Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                               Transfer Amount: $14,675.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006                                           /s/ Logan & Company, Inc.

                                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7646

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SPRINGDALE STATION LTD

Name of Transferor

SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242


Phone: 513 554 1110
Account No.: 1885

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966
Account No.: 452118

Claim No.: 8028
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $324,358.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **7647**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SPRINGDALE STATION LTD

Name of Transferor

SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1885

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8029

Date Claim Filed: 07/27/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $559,376.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: **05-03817-3F1**

                                                          Docket No.: **7640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TIMBERLAKE STATION LLC                          LCH OPPORTUNITIES LLC

Name of Transferor                              Name of Transferee

TIMBERLAKE STATION LLC                          LCH OPPORTUNITIES LLC
C/O PHILLIPS EDISON & CO, LTD                   ATTN JOSEPH M O'CONNOR
ATTN R MARK ADDY, MANAGING AGT                  315 PARK AVE S 20TH FLR
11690 GROOMS ROAD                               NEW YORK NY 10010
CINCINNATI, OH 45242

Phone: 513 554 1110                             Phone: 212 460 1966
Account No.: 1934                               Account No.: 452118

Claim No.: 8032                                 Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/27/2005                    Transfer Amount: $3,878,022.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7641

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TIMBERLAKE STATION LLC

Name of Transferor

TIMBERLAKE STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 1934

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8033
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $586,568.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7655**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WATERS, INC
_____
Name of Transferor

WATERS, INC
ATTN K MARTIN WATERS JR, CHAIRMAN
301 S MCDOWELL STREET, SUITE 210
CHARLOTTE NC 28204

Phone: 704 333 0794
Account No.: 416937

LCH OPPORTUNITIES LLC
_____
Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12884
Date Claim Filed: 01/25/2006

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $779,253.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
                                                        Case No.: 05-03817-3F1

Docket No.: 7656

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WATERS, INC
_____
Name of Transferor

LCH OPPORTUNITIES LLC
_____
Name of Transferee

WATERS, INC
ATTN K MARTIN WATERS JR, CHAIRMAN
301 S MCDOWELL STREET, SUITE 210
CHARLOTTE NC 28204

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 704 333 0794
Account No.: 416937

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12885
Date Claim Filed: 01/25/2006

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $779,253.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7636

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WINDSOR STATION LLC

Name of Transferor

WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 264937

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8034
Date Claim Filed: 07/27/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $39,886.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                   Case No.: 05-03817-3F1

                                                        Docket No.: 7637

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WINDSOR STATION LLC                         LCH OPPORTUNITIES LLC

Name of Transferor                          Name of Transferee

WINDSOR STATION LLC                         LCH OPPORTUNITIES LLC
C/O PHILLIPS EDISON & CO, LTD               ATTN JOSEPH M O'CONNOR
ATTN R MARK ADDY, MANAGING AGT              315 PARK AVE S 20TH FLR
11690 GROOMS ROAD                           NEW YORK NY 10010
CINCINNATI, OH 45242


Phone: 513 554 1110                         Phone: 212 460 1966
Account No.: 264937                         Account No.: 452118


Claim No.: 8035                             Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 07/27/2005                Transfer Amount: $39,886.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/23/2006                            /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                  Case No.: 05-03817-3F1

                                                        Docket No.: 7638

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WINDSOR STATION LLC                          LCH OPPORTUNITIES LLC

Name of Transferor                           Name of Transferee

WINDSOR STATION LLC                          LCH OPPORTUNITIES LLC
C/O PHILLIPS EDISON & CO, LTD                ATTN JOSEPH M O'CONNOR
ATTN R MARK ADDY, MANAGING AGT               315 PARK AVE S 20TH FLR
11690 GROOMS ROAD                            NEW YORK NY 10010
CINCINNATI, OH 45242

Phone: 513 554 1110                          Phone: 212 460 1966
Account No.: 264937                          Account No.: 452118

Claim No.: 12952                             Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 02/28/2006                 Transfer Amount: $47,007.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 23, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 7639

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WINDSOR STATION LLC

Name of Transferor

WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

Phone: 513 554 1110
Account No.: 264937

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12953
Date Claim Filed: 02/28/2006

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $47,007.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/23/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 23, 2006.