# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about May 24, 2006, I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 2, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452112-97<br>ABLEST INC<br>ATTN: NANCY HUGHES, CONTROLLER<br>1511 N WESTSHORE BLVD, STE 900<br>TAMPA FL 33607 | CREDITOR ID: 241458-12<br>ABLEST INC<br>ATTN HERBERT SOTTOSANTI<br>PO BOX 116295<br>ATLANTA, GA 30368-6295 | CREDITOR ID: 241538-12<br>ACOUSTA-KLEEN OF CENTRAL FLA<br>ATTN: LEROY S PAGET, PRES<br>PO BOX 181212<br>CASSELBERRY, FL 32718-1212 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 452146-97<br>CROSSROADS CENETER LIMITED<br>ATTN: STEVEN V GRAHAM, GEN PARTNER<br>2200 WOODCREST PLACE, STE 210<br>BIRMINGHAM AL 35209 | CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 247759-12<br>DAYHOFF LLC<br>ATTN: LAURA A ARIAS, CONTROLLER<br>802 N BELCHER ROAD<br>CLEARWATER, FL 33765 | CREDITOR ID: 249062-12<br>EPSOM SALT PLUS INC<br>ATTN: JED KATZ, VP<br>1 MADISON STREET<br>E RUTHERFORD, NJ 07073 | CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 |
| CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 407556-15<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854 |
| CREDITOR ID: 375593-44<br>JOHNSON BROTHERS LIQUOR CO<br>ATTN JAIME J GARCIA, JR<br>4520 S CHURCH AVE<br>TAMPA FL 33681-3489 | CREDITOR ID: 384197-47<br>JOHNSON BROTHERS WINE INC OF AL<br>3311 9TH AVENUE<br>HUNTSVILLE, AL 35805 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 254941-12<br>LOGO CHAIR DBA LOGO INC<br>ATTN SHEA POPE, REGIONAL SALES MGR<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 452144-97<br>MAIN STREET MARKETPLACE LLC<br>C/O KING DRUMMOND & DABBS PC<br>ATTN: MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DR, STE 180<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 452145-97<br>MARCUS SANTORO & KOZAK PC<br>ATTN: KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, STE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 452142-97<br>MARION'S HOPE LLC<br>C/O FREELAND COOPER & FOREMAN LLP<br>ATTN: KATE FREELAND, ESQ<br>150 SPEAR STREET, STE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 416253-15<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 399722-15<br>MCADAMS-NORMAN PROPERTIES II, LLC<br>ATTN THOMAS E NORMAN<br>PO BOX 32068<br>CHARLOTTE NC 28232 | CREDITOR ID: 256114-12<br>METAL FABRICATORS OF JAX INC<br>ATTN: DEBORAH PITTS, OFFICE MNGR<br>436 WEST 41ST STREET<br>JACKSONVILLE, FL 32206 |
| CREDITOR ID: 256833-12<br>MYWEBGROCER.COM<br>ATTN: TERRY TARR0OT, MEMBER<br>133 BLAKELY ROAD, SUITE 211<br>COLCHESTER, VT 05446 | CREDITOR ID: 452147-97<br>PHILLIPS & POTACH PA<br>ATTN: STEVEN G POTACH, ESZ<br>5420 WELLS FARGO CENTER<br>90 SOUTH SEVENTH ST<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 381927-15<br>SAGE'S LAWN & LANDSCAPE SERVICE<br>ATTN BILLY SAGE JR, OWNER<br>3105 CR 121<br>BALDWIN FL 32234 |
| CREDITOR ID: 278957-30<br>SUNSHINE BOUQUET<br>ATTN MICHAEL J D CHIARA, CONTROLLER<br>PO BOX 892<br>NEWARK, NJ 07189-4625 | CREDITOR ID: 391731-55<br>SZENTADRJARY, MICHELLE<br>C/O PRINCE & GLICK, PA<br>ATTN JOSEPH GLICK, ESQ<br>1112 SE 3RD AVENUE<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 416279-15<br>THC LLC, ASSIGNEE FM DEVELOPMENTS<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ.<br>1901 SIXTH AVENUE N, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 |

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:**   **05-03817-3F1**

CREDITOR ID: 411017-15
WD ROUTE 3 LP BY SILVER CO AGT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O RUDEN, MCCLOSKY, SMITH, ET AL
ATTN RICHARD H MALCHON, JR, ESQ
401 EAST JACKSON STREET, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O TOBIN & REYES, PA
ATTN RICARDO A REYES, ESQ
7251 W PALMETTO PARK ROAD, STE 205
BOCA RATON FL 33433

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE, LLC
ATTN SHAI MOSCHOWITS/LARRY BERNICK
3200 NORTH MILITARY TRAIL 4TH FLOOR
BOCA RATON FL 33431

**Total:   34**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7672

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABLEST INC

Name of Transferor

ABLEST INC
ATTN HERBERT SOTTOSANTI
PO BOX 116295
ATLANTA, GA 30368-6295

Phone: 727 299 1216
Account No.: 241458

ABLEST INC
ATTN: NANCY HUGHES, CONTROLLER
1511 N WESTSHORE BLVD, STE 900
TAMPA FL 33607

Phone:
Account No.: 452112

Claim No.: 2845
Date Claim Filed: 05/26/2005

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 800 896 8913
Account No.: 405906

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,621.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                               Docket No.: 7699

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACOUSTA-KLEEN OF CENTRAL FLA                      LCH OPPORTUNITIES LLC
Name of Transferor                                Name of Transferee

ACOUSTA-KLEEN OF CENTRAL FLA                      LCH OPPORTUNITIES LLC
ATTN: LEROY S PAGET, PRES                          ATTN JOSEPH M O'CONNOR
PO BOX 181212                                     315 PARK AVE S 20TH FLR
CASSELBERRY, FL 32718-1212                        NEW YORK NY 10010


Phone: 407 971 4719                               Phone: 212 460 1966
Account No.: 241538                               Account No.: 452118


Claim No.: 30052                          Full Transfer:          Partial Transfer: (X)
Date Claim Filed: 04/07/2005              Transfer Amount: $5,422.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/24/2006                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7679

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CROSSROADS CENTER, LTD

Name of Transferor

CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

Phone: 205 521 8000
Account No.: 408206

CROSSROADS CENETER LIMITED
ATTN: STEVEN V GRAHAM, GEN PARTNER
2200 WOODCREST PLACE, STE 210
BIRMINGHAM AL 35209

Phone:
Account No.: 452146

Claim No.: 11903
Date Claim Filed: 10/11/2005

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 411409

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $184,874.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **7680**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CROSSROADS CENTER, LTD

Name of Transferor

CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

Phone: 205 521 8000
Account No.: 408206

CROSSROADS CENETER LIMITED
ATTN: STEVEN V GRAHAM, GEN PARTNER
2200 WOODCREST PLACE, STE 210
BIRMINGHAM AL 35209

Phone:
Account No.: 452146

Claim No.: 11904
Date Claim Filed: 10/11/2005

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 411409

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $184,874.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7681

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CROSSROADS CENTER, LTD    ID: 408206

Name of Transferor

CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

Phone: 205 521 8000

CROSSROADS CENETER LIMITED
ATTN: STEVEN V GRAHAM, GEN PARTNER
2200 WOODCREST PLACE, STE 210
BIRMINGHAM AL 35209

Phone:
ID: 452146

Claim No.: 11903
Date Claim Filed: 10/11/2005

LCH OPPORTUNITIES LLC    ID: 452118

Current Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966

HAIN CAPITAL OPPORTUNITIES LLC    ID: 411409

Prior Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100

Full Transfer: (X)        Partial Transfer:
Amount: $184,874.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7682

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CROSSROADS CENTER, LTD     ID: 408206
Name of Transferor

CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

Phone:  205 521 8000

CROSSROADS CENETER LIMITED
ATTN: STEVEN V GRAHAM, GEN PARTNER
2200 WOODCREST PLACE, STE 210
BIRMINGHAM AL 35209

Phone:
ID: 452146

Claim No.: 11904
Date Claim Filed: 10/11/2005

LCH OPPORTUNITIES LLC     ID: 452118
Current Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966

HAIN CAPITAL OPPORTUNITIES LLC     ID: 411409
Prior Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100

Full Transfer: (X)          Partial Transfer:
Amount: $184,874.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7711

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAYHOFF LLC

Name of Transferor

DAYHOFF LLC
ATTN: LAURA A ARIAS, CONTROLLER
802 N BELCHER ROAD
CLEARWATER, FL 33765

Phone: 972 607 4489
Account No.: 247759

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 34754
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $21,221.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7712

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAYHOFF LLC    ID: 247759

Name of Transferor

DAYHOFF LLC
ATTN: LAURA A ARIAS, CONTROLLER
802 N BELCHER ROAD
CLEARWATER, FL 33765


Phone: 972 607 4489

HAIN CAPITAL OPPORTUNITIES LLC    ID: 411409

Current Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070


Phone: 201 896 6100

LCH OPPORTUNITIES LLC    ID: 452118

Prior Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010



Phone: 212 460 1966

Claim No.: 34754
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Amount: $21,221.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7700

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EPSOM SALT PLUS INC

Name of Transferor

EPSOM SALT PLUS INC
1 MADISON STREET
E RUTHERFORD, NJ 07073

Phone:
Account No.: 249062

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 34805
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $27,598.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7669

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM NICKERSON, LLC

Name of Transferor

GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

Phone: 757 497 7700
Account No.: 375028

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:
Account No.: 452145

Claim No.: 838
Date Claim Filed: 04/25/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,009,705.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7670

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM NICKERSON, LLC
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 757 497 7700
Account No.: 375028

Phone: 212 460 1966
Account No.: 452118

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:
Account No.: 452145

Claim No.: 12853
Date Claim Filed: 01/09/2006

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,009,705.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7671**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM NICKERSON, LLC

Name of Transferor

GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

Phone: 757 497 7700
Account No.: 375028

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:
Account No.: 452145

Claim No.: 12852
Date Claim Filed: 01/09/2006

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $1,009,705.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7666

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM WARWICK LLC

Name of Transferor

GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

Phone: 757 497 7700
Account No.: 278470

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:
Account No.: 452145

Claim No.: 837
Date Claim Filed: 04/25/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,017,085.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7667

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM WARWICK LLC

Name of Transferor

GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

Phone: 757 497 7700
Account No.: 278470

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:
Account No.: 452145

Claim No.: 12850
Date Claim Filed: 01/09/2006

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $1,017,085.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7668

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEM WARWICK LLC

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

| | |
|---|---|
| GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |

Phone: 757 497 7700

Account No.: 278470

Phone: 212 460 1966

Account No.: 452118

MARCUS SANTORO & KOZAK PC
ATTN: KELLY M BARNHART, ESQ
1435 CROSSWAYS BLVD, STE 300
CHESAPEAKE VA 23320-2896

Phone:

Account No.: 452145

Claim No.: 12851

Date Claim Filed: 01/09/2006

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,017,085.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7673

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HEALTHCARE CONSULTANTS OF CTL FL

Name of Transferor

HEALTHCARE CONSULTANTS OF CTL FL
DBA HEALTHCARE CONSULTANTS PHARMACY
C/O MATEER & HARBERT
ATTN DAVID M LANDIS, ESQ
PO BOX 2854
ORLANDO FL 32802-2854

Phone: 407 425 9044
Account No.: 407556

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 4242
Date Claim Filed: 06/20/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $440,986.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7705

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOHNSON BROTHERS LIQUOR CO
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

JOHNSON BROTHERS LIQUOR CO
ATTN JAIME J GARCIA, JR
4520 S CHURCH AVE
TAMPA FL 33681-3489

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 813 832 4477
Account No.: 375593

Phone: 212 460 1966
Account No.: 452118

PHILLIPS & POTACH PA
ATTN: STEVEN G POTACH, ESZ
5420 WELLS FARGO CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS MN 55402

Phone:
Account No.: 452147

Claim No.: 2594
Date Claim Filed: 05/24/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $86,872.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7706**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOHNSON BROTHERS WINE INC OF AL

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

JOHNSON BROTHERS WINE INC OF AL
3311 9TH AVENUE
HUNTSVILLE, AL 35805

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 256 534 1746
Account No.: 384197

Phone: 212 460 1966
Account No.: 452118

PHILLIPS & POTACH PA
ATTN: STEVEN G POTACH, ESZ
5420 WELLS FARGO CENTER
90 SOUTH SEVENTH ST
MINNEAPOLIS MN 55402

Phone:
Account No.: 452147

Claim No.: 3560
Date Claim Filed: 06/06/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $822.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7707

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LOGO CHAIR DBA LOGO INC

Name of Transferor

LOGO CHAIR DBA LOGO INC
ATTN SHEA POPE, REGIONAL SALES MGR
1299 FARMVILLE ROAD
MEMPHIS, TN 38122


Phone: 901 323 0100
Account No.: 254941

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729

Claim No.: 339
Date Claim Filed: 03/28/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $7,772.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7664

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAIN STREET MARKETPLACE, LLC

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

MAIN STREET MARKETPLACE, LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 205 988 5513

Account No.: 1570

Phone: 212 460 1966

Account No.: 452118

MAIN STREET MARKETPLACE LLC
C/O KING DRUMMOND & DABBS PC
ATTN: MARJORIE O DABBS, ESQ
100 CENTERVIEW DR, STE 180
BIRMINGHAM AL 35216

Phone:

Account No.: 452144

Claim No.: 12483

Date Claim Filed: 11/15/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $942,595.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7665

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAIN STREET MARKETPLACE, LLC

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

MAIN STREET MARKETPLACE, LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 205 988 5513

Account No.: 1570

Phone: 212 460 1966

Account No.: 452118

MAIN STREET MARKETPLACE LLC
C/O KING DRUMMOND & DABBS PC
ATTN: MARJORIE O DABBS, ESQ
100 CENTERVIEW DR, STE 180
BIRMINGHAM AL 35216

Phone:

Account No.: 452144

Claim No.: 12488

Date Claim Filed: 11/15/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $942,595.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7661**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARION'S HOPE, LLC

Name of Transferor

MARION'S HOPE, LLC
ATTN CHERYL STONE
150 SPEAR STREET, SUITE 1800
SAN FRANCISCO CA 94105

Phone: 415 541 0200
Account No.: 416253

MARION'S HOPE LLC
C/O FREELAND COOPER & FOREMAN LLP
ATTN: KATE FREELAND, ESQ
150 SPEAR STREET, STE 1800
SAN FRANCISCO CA 94105

Phone:
Account No.: 452142

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12108
Date Claim Filed: 10/20/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $118,640.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7702

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCADAMS-NORMAN PROPERTIES II, LLC

Name of Transferor

MCADAMS-NORMAN PROPERTIES II, LLC
ATTN THOMAS E NORMAN
PO BOX 32068
CHARLOTTE NC 28232

Phone: 704 332 4146
Account No.: 399722

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 844
Date Claim Filed: 04/26/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $7,168.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7703

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCADAMS-NORMAN PROPERTIES II, LLC

Name of Transferor

MCADAMS-NORMAN PROPERTIES II, LLC
ATTN THOMAS E NORMAN
PO BOX 32068
CHARLOTTE NC 28232

Phone: 704 332 4146
Account No.: 399722

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 845
Date Claim Filed: 04/26/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $222,735.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7709

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METAL FABRICATORS OF JAX INC

Name of Transferor

METAL FABRICATORS OF JAX INC
ATTN: DEBORAH PITTS, OFFICE MNGR
436 WEST 41ST STREET
JACKSONVILLE, FL 32206

Phone: 904 353 7268
Account No.: 256114

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 31207
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $6,785.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7710

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METAL FABRICATORS OF JAX INC

Name of Transferor

METAL FABRICATORS OF JAX INC
ATTN: DEBORAH PITTS, OFFICE MNGR
436 WEST 41ST STREET
JACKSONVILLE, FL 32206


Phone: 904 353 7268

Account No.: 256114

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040

Account No.: 399729

Claim No.: 36560

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $231.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7674

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

R.COM

LCH OPPORTUNITIES LLC

Name of Transferee

MEMBER
E 211

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $10,500.00

11(a).  Transferee hereby gives notice pursuant to Rule
in this notice.

s, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The Transferor Transfer of Claim Other than for Security has been filed in the clerk's office
alling of this notice. If no objection
court.

Inc.

Charged Claim as agent

obtors at

at

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7708

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAGE'S LAWN & LANDSCAPE SERVICE

Name of Transferor

SAGE'S LAWN & LANDSCAPE SERVICE
ATTN BILLY SAGE JR, OWNER
3105 CR 121
BALDWIN FL 32234


Phone: 904 266 9383
Account No.: 381927

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070


Phone: 201 896 6100
Account No.: 411409

Claim No.: 234
Date Claim Filed: 03/21/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $14,637.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUNSHINE BOUQUET
_____
Name of Transferor

LCH OPPORTUNITIES LLC
_____
Name of Transferee

SUNSHINE BOUQUET
ATTN MICHAEL J D CHIARA, CONTROLLER
PO BOX 892
NEWARK, NJ 07189-4625

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 732 274 2900
Account No.: 278957

Phone: 212 460 1966
Account No.: 452118

Claim No.: 4154
Date Claim Filed: 06/16/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $54,179.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7663

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SZENTADRJARY, MICHELLE

Name of Transferor

SZENTADRJARY, MICHELLE
C/O PRINCE & GLICK, PA
ATTN JOSEPH GLICK, ESQ
1112 SE 3RD AVENUE
FORT LAUDERDALE FL 33316


Phone: 954 525 1112
Account No.: 391731

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010


Phone: 212 460 1966
Account No.: 452118

Claim No.: 4924

Date Claim Filed: 06/29/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $170,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7675

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THC LLC, ASSIGNEE FM DEVELOPMENTS

Name of Transferor

THC LLC, ASSIGNEE FM DEVELOPMENTS
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ.
1901 SIXTH AVENUE N, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35201

Phone: 205 251 8100
Account No.: 416279

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 411409

Claim No.: 12287
Date Claim Filed: 10/26/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $4,406,171.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7676

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THC LLC, ASSIGNEE FM DEVELOPMENTS
_____
Name of Transferor

HAIN CAPITAL OPPORTUNITIES LLC
_____
Name of Transferee

THC LLC, ASSIGNEE FM DEVELOPMENTS
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ.
1901 SIXTH AVENUE N, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35201

Phone: 205 251 8100
Account No.: 416279

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 411409

Claim No.: 12288
Date Claim Filed: 10/26/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $660,737.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7677

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THC LLC, ASSIGNEE FM DEVELOPMENTS    ID: 416279

Name of Transferor

THC LLC, ASSIGNEE FM DEVELOPMENTS
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ.
1901 SIXTH AVENUE N, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35201

Phone:  205 251 8100

LCH OPPORTUNITIES LLC    ID: 452118

Current Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone:  212 460 1966

HAIN CAPITAL OPPORTUNITIES LLC    ID: 411409

Prior Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone:  201 896 6100

Claim No.: 12287

Date Claim Filed: 10/26/2005

Full Transfer: (X)          Partial Transfer:

Amount: $4,406,171.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7678

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THC LLC, ASSIGNEE FM DEVELOPMENTS     ID: 416279

Name of Transferor

THC LLC, ASSIGNEE FM DEVELOPMENTS
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ.
1901 SIXTH AVENUE N, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35201

Phone: 205 251 8100

LCH OPPORTUNITIES LLC     ID: 452118

Current Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966

HAIN CAPITAL OPPORTUNITIES LLC     ID: 411409

Prior Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100

Claim No.: 12288

Date Claim Filed: 10/26/2005

Full Transfer: (X)          Partial Transfer:

Amount: $660,737.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  May 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7662

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WD ROUTE 3 LP BY SILVER CO AGT

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

WD ROUTE 3 LP BY SILVER CO AGT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 215 864 8325
Account No.: 411017

Phone: 212 460 1966
Account No.: 452118

Claim No.: 10313
Date Claim Filed: 07/29/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,106,796.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7701

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WOOLBRIGHT/SSR MARKETPLACE, LLC
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

WOOLBRIGHT/SSR MARKETPLACE, LLC
ATTN SHAI MOSCHOWITS/LARRY BERNICK
3200 NORTH MILITARY TRAIL 4TH FLOOR
BOCA RATON FL  33431

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY  10010

Phone: 561 620 0656
Account No.: 278611

Phone: 212 460 1966
Account No.: 452118

WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O TOBIN & REYES PA
ATTN: RICARDO A REYES, ESQ
7521 W PALMETTO PARK RD, STE 205
BOCA RATON FL  33433

Phone:

WOOLBRIGHT/SSR MARKETPLACE, LLC
C/O RUDEN, MCCLOSKY, SMITH, ET AL
ATTN: RICHARD H MALCHON, JR, ESQ
401 EAST JACKSON STREET, SUITE 2700
TAMPA FL  33602

Phone:  813 222 6634

Claim No.: 12880
Date Claim Filed: 01/23/2006

Full Transfer: ☒
Amount: $351,353.24

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/24/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on May 24, 2006.