UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER MODIFYING AUTOMATIC STAY

These cases came before the Court upon the Notice of Proposed Agreed Order Modifying the Automatic Stay (the "Agreed Order") filed by the Debtors (Doc. No. 7801). The Court finds that (i) the notice of the proposed Agreed Order was served on all interested parties in accordance with Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) that no party in interest has filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The automatic stay imposed by 11 U.S.C. § 362 is modified for the sole purpose of allowing Jeffrey Lesemann (the "Claimant") to commence and prosecute a civil action against the Debtors in the 15th Judicial District Court in and for the Parish of Lafayette, State of Louisiana ("Louisiana District Court") to liquidate his claims (Claim No. 2958 and Claim No. 5318).

2. The parties agree to participate in a voluntary mediation of Claim No. 5318 and related issues prior to the trial of this case in the Louisiana District Court. This mediation will take place in Lafayette, Louisiana, unless otherwise agreed.

3. The Claimant shall not enforce or execute against the Debtors any judgment obtained as a result of such litigation without further order of this Court. Any such judgment shall be a claim in these Chapter 11 proceedings and shall be treated pursuant to a confirmed plan of reorganization or as otherwise ordered by the Bankruptcy Court.

4. The Claimant shall notify the Louisiana District Court of the Debtors' pending Chapter 11 proceedings and that the Claimant's action is subject to the automatic stay of 11 U.S.C. § 362 as provided herein.

5. Except as modified herein, the automatic stay pursuant to 11 U.S.C. § 362 will remain in full force and effect.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __1__ day of ~~May~~ June, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve a copy of this Order on all parties who received copies of the Notice of Proposed Agreed Order Modifying the Automatic Stay.

529810