[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                            Case No. 3:05-bk-03817-JAF
                                                  Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

**ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL**

This case came before the Court upon Motion of Gene Tarr, a non-resident of Florida and counsel for Domino Foods, Inc., and Florida Crystal Food Corporation, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated June 1, 2006.

                                                  _____
                                                  Jerry A. Funk
                                                  United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Gene B. Tarr, P.O. Drawer 25008, Winston-Salem, NC 27114-5008