5/27/06

F I L E D
JACKSONVILLE, FLORIDA

JUN 0 2 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To whom it may concern I Thomas A. Brooks would like to file this written response to secure I settle my claim.

At this time I would like the full sum of a year gross $8,722.08 or max the court allow.

I Thomas Brooks was wrongfully laid off by store manger Jeff. The reason giving for my dismissal was pushing a trash can on an ~~elderly~~ elderly lady who was a customer that day. The customer saw the falling trash can, in which she thought to be plastic, and tried to prevent it from falling. Unfortunly it fell on top of her leg injurying the customer. The customer begin bleeding badly. Jeff instructed me to clean it up without allowing me to get gloves to protect from the amounts of blood. ~~In follow Jeff orders and mop the blood from the store floor~~ And also, made a slight chuckle. I follow Jeff instuctions and mop and clean the blood.

After doing so, I was then told I will be sent home. The next day I came in for work and Jeff ~~too~~ told me I was fired. In which I was upset about, felling it was not my fault and that I should be compensated for the emotion stress and time off from Winn-Dixie Store. I worked over 30 hrs. a week as a porter. At the rate of $6.50 part time. Even was call in on my days ~~off~~ to come in to work. The copy of my pay sub with show the work I done just in weeks at Winn-Dixie. I am hurt ~~because~~ and my inner peace withen myself is gone. with the thought that I am being blame for hurting ~~too~~ someone. I can honestly say I would never risk my job for some one's well being I respect all elderly and customers for that matter. For any more questions about the matter at hand I Thomas Brooks can be contact at (407) 382-6862.

Thomas Brooks

824, Hummingbird ln
Orlando, Fl 32825

VDFPR2

SAVE RITE GROCERY WHSE, INC.
P.O. BOX B
JACKSONVILLE FL  32203-0297

| Pay Group: | RWK-RETAIL WEEKLY PAYROLL | Business Unit: | WDAFR |
|---|---|---|---|
| Pay Begin Date: | 01/16/2003 | Check #: | 33124920 |
| Pay End Date: | 01/22/2003 | Check Date: | 01/28/2003 |

| THOMAS A BROOKS<br>11400 SAWYER ST<br>ORLANDO FL  32817-0000<br><br>SSN: | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 00000237316<br>0001-RETAIL - GROCERY<br>2654<br>PORTER - P/T<br>$6.50 HOURLY | TAX DATA:<br>MARITAL STATUS:<br>ALLOWANCES:<br>ADDL. PCT.:<br>ADDL. AMT.: | FEDERAL<br>SINGLE<br>0 | FL STATE<br>SINGLE<br>0 |
|---|---|---|---|---|---|

## HOURS AND EARNINGS

| Description: | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| REGULAR PAY | 6.500000 | 15.50 | 100.75 | 71.41 | 464.17 |
| **Total:** | | 15.50 | 100.75 | 71.41 | 464.17 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| FED WITHHOLDNG | 4.98 | 26.03 |
| FED MED/EE | 1.46 | 6.73 |
| FED OASDI/EE | 6.25 | 28.78 |
| **Total:** | 12.69 | 61.54 |

## BEFORE-TAX DEDUCTIONS

| Description: | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description: | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description: | Current | YTD |
|---|---|---|
| * Taxable | 0.00 | 0.00 |

| | TOTAL GROSS | OASDI TAX GROSS | MED TAX GROSS | FED TAX GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|
| Current: | 100.75 | 100.75 | 100.75 | 100.75 | 12.69 | 0.00 | 88.06 |
| YTD: | 464.17 | 464.17 | 464.17 | 464.17 | 61.54 | 0.00 | 402.63 |

| VAC HOURS | YTD | SICK HOURS | YTD |
|---|---|---|---|
| Start Balance: | 0.0 | Start Balance: | 0.0 |
| + Earned: | | + Earned: | |
| - Taken: | | - Taken: | |
| + Adjustments: | | + Adjustments: | |
| End Balance: | 0.0 | End Balance: | 0.0 |

### NET PAY DISTRIBUTION

| CHECK# 33124920 | 88.06 |
|---|---|
| Total: | 88.06 |

**MESSAGES:**

⇩ ┌─ DETACH HERE ─┐ ⇩