

# IREDELL COUNTY
### DEPARTMENT OF TAX ADMINISTRATION
Office of the Tax Collector
Post Office Box 788
Statesville, North Carolina 28687-0788

(704) 878-3020
Fax: (704) 928-2033

May 31, 2006

**F I L E D**
JACKSONVILLE, FLORIDA

JUN 0 2 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court for the
Middle District of Florida
Clerk of the Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re: Winn-Dixie Stores, Inc., et al
    Case No. 05-03817-3F1
    Response to Debtors' Second Omnibus Objection to Tax claims and Motion for
    Order Determining Tax Liabilities

To all parties concerned,

    Iredell County North Carolina objects to the adjustment of the taxing authority's assessed value on personal property. These values were filed with the court by Iredell County on July 19, 2005. According to North Carolina General Statutes, personal property may be appealed in writing within thirty (30) days of the bill date. The date has passed to file a written request appealing the 2004 and 2005 personal property values; however, Mr. William Doolittle, Iredell County Tax Administrator, has scheduled an appeal for Winn-Dixie to appear before the Board of Equalization & Review for the 2004 and 2005 personal property. The last meeting for this Board is June 15, 2006. Winn-Dixie has been scheduled for 10:00 am to appear in person or to submit in writing. Copies of appraisal and depreciation schedules and any other pertinent data should be provided by ATL or the Board must rely on the limited information currently provided.

Sincerely,

*Linda L Morrow*
Linda L Morrow
Iredell County Assistant Tax Collector

Cc: D. J. Baker
    Cynthia C Jackson

Recycled