Tuesday, May 30, 2006

TO WHOM IT MAY CONCERN,

THIS IS IN REGARDS TO THE WINN-DIXIE BANKRUPTCY CASE.(claim #12918)
I CANNOT UNDERSTAND HOW THE GOVERMENT CAN ALLOW A
MULTI BILLION DOLLAR A YEAR BUSINESS TO FILE BANKRUPTCY
AND JUST MESS UP PEOPLES LIVES IN THE MEANWHILE.

SURE THEY HAD PROBLEMS,SINCE THIS ORDEAL I HAVE HAD
PROBLEMS.
I HAVE HAD TO FILE BANKRUPTCY ALSO .
BECAUSE I FELL IN A STORE THAT WINN DIXIE OWNED AND RAN.
I HAD TO HAVE BACK SURGERY ,CAUSING ME TO NOT BE ABLE TO
GO BACK TO WORK.
I HAVE A PERMANENT INJURY.
I ALSO HAVE MANY BILLS TO PAY.
AND NOW THE COMPANY THAT WAS HANDLEING THE ACCIDENT IS
TELLING ME THAT THE $65000.00 DOLLAR OFFER THAT THEY
OFFERED ME ,I WILL ONLY GET TEN PERCENT.
HOW DOES ANYONE BELIEVE THAT I WILL BE ABLE TO LIVE,PAY ALL
MY BILLS AND SUPPORT MY FAMILY ON $6500.00.
I AM ONLY 43 YEARS OF AGE.
THIS ACCIDENT WAS BECAUSE WINNDIXIE WAS NEGLIGENT IN
KEEPING THERE STORE SAFE.

AND I WAS NEVER TOLD ANYTHING ABOUT THIS BANKRUPTCY
UNTIL JAN OF THIS YEAR 2006.
SEDGWICK CLAIMS MANAGEMENT WAS IN CHARGE OF SETTLING
MY CASE.
AND THIS WAS FROM DAY ONE  (JUNE 2004)
BUT NOW THEY ARE SAYING BECAUSE WINNDIXIE IS IN TROUBLE I
AM NOT GETTING ANYTHING TO HELP.

I CAN SEE THEM NOT WANTING TO PAY THE BREAD COMPANY ,
THE BREAD COMPANY WILL GO ON TO MAKE MORE BREAD IN TURN
GO ON WITH THEIR BUSINESS.

SAME GOES FOR COCA COLA AND THE OTHER BUSINESS.
BUT I JUST CANNOT JUST GO ON AND EAT THE LOSS.
I AM PERMANENTLY DAMAGED FOR LIFE .
I CANNOT WORK TO SUPPORT MY TWO CHILDREN (UNDER TEN
YEARS OF AGE).
AND WINN DIXIE WANTS TO GIVE ME $6500.00 AND JUST GO ON.
MY BILLS ARE IN THE $40000.00 DOLLAR RANGE EVEN AFTER
BANKRUPTCY.
I HAVE TO STILL GO TO THE DOCTOR FOR PAIN RELIEF.
I CANNOT HANDLE THIS IN ANYWAY.
EVERETT BROOKS(SEDGWICK CLAIMS MANAGEMENT -
JACKSONVILLE FLORIDA) TOLD ME THAT IF I LET GO MY ATTORNEY
HE WOULD NOT TAKE ADVANTAGE OF ME.
WELL HE LIED.
I AM PRAYING AND LEAVING THIS UP TO YOU THE JUDGE AS WELL
AS THE PEOPLE IN CHARGE OF THIS CASE.
ALSO NOWHERE IN ANY PAPERWORK THAT I HAVE SEEN IS
SEDGWICK CLAIMS EVEN MENTIONED IN ANY PAPERWORK
INCLUDING THEM AS DEBTORS.
SO WHY ARE THEY GOING BY WINNDIXIES LOSS,WHEN THEY WERE
THE INSURANCE CARRIERS .
IF THEY WERE NOT WHY WERE THEY INVOLVED ANYWAY.

AGAIN I AM NOT A BREAD COMPANY OR ANY OTHER COMPANY
THAT CAN BOUNCE BACK FROM THIS ORDEAL.
I AM HUMAN ,I WAS INJURED BECAUSE WINN DIXIE AND HAVE TO
GO ON WITH MY LIFE.
WHEN THIS IS OVER WINN DIXIE WILL BE BACK TO MAKING THEIR
MILLIONS OF DOLLARS AND TRYING TO NOT PAY THEIR BILLS.
BUT MY LIFE WILL NOT CHANGE.
THERE SHOULD BE A LAW THAT IF A PERSON IS INJURED OR
KILLED BY A COMPANY OR PERSON FROM THAT COMPANY ,THAT
COMPANY SHOULD BE FULLY RESPONSIBLE NO MATTER WHAT.
IF I WAS TO INJURE SOMEONE WITH MY CAR ,I WOULD BE
RESPONSIBLE NO EXCUSES.
AND I WOULD PROBABLY HAVE TO FACE JAIL TIME.
SO WHAT IS THE DIFFERENCE IF WINN DIXIE WAS DRIVING THAT
SAME CAR?

PLEASE SEE IT WITHIN YOURSELVES TO DO WHAT IS RIGHT.

THANK YOU ,

MR ROY MINOR
3210 FALLSTON WACO ROAD
SHELBY ,NORTH CAROLINA 28150