**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

June 2, 2006

Ms. Linda L. Morrow
C/o Iredell County Department of Tax Administration
P.O. Box 788
Statesville, NC  28687-0788

Re:         Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Ms. Morrow:

The Court is in receipt of your response to Debtors' Second Omnibus Objection to Tax claims and Motion for Order Determining Tax Liabilities that you filed on June 2, 2006. A hearing on the Second Omnibus Objection has been set for June 15, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531