**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF HEARING**
(re: Docket Item 8014)

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE a Hearing is scheduled for **June 15, 2006, at 1:00 p.m.** (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider Convergint Technologies LLC's **Objection To Notices Of Transfers Of Claim Filed By LCH Opportunities, LLC As To Creditor "Servidian" And To Underlying Claims Transfers** (Docket Item 8014). The Objection has been filed electronically and is available on the Court's website at www.uscourts.gov, or through the undersigned counsel.

Any responses or objections shall be filed and served on Robert D. Wilcox at rwilcox@wilcoxlawfirm.com, Wilcox Law Firm, 6817 Southpoint Parkway, Suite 1302, Jacksonville, FL 32216 so as to be received no later than **4:00 p.m. on June 14, 2006**.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man: a dress or pants suit is appropriate for a woman. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.

June 2, 2006                                            WILCOX LAW FIRM

                                                         /s/ **Robert Wilcox**
                                                        Robert D. Wilcox, Esq.
                                                        Florida Bar No. 755168
                                                        6817 Southpoint Parkway, Suite 1302
                                                        Jacksonville, FL 32216
                                                        Telephone:  (904) 281-0700
                                                        Fax:  (904) 513-9201
                                                        RWilcox@WilcoxLawFirm.com

                                                        *Attorneys for Convergint Technologies LLC*

Copies to:
Debtor and Debtor's Counsel
Counsel for the official Committee of Unsecured Creditors
Rule 1007(d) Parties in Interest
LCH Opportunities, LLC
Group 1 Systems, Inc. (f/d/b/a "Servidian")