**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.   05-03817-3FI |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

## CERTIFICATE OF SERVICE REGARDING NOTICE OF HEARING

The undersigned hereby certifies that on June 2, 2006 he caused a copy of the **Notice of Hearing** on Convergint Technologies LLC's **Objection To Notices Of Transfers Of Claim Filed By LCH Opportunities, LLC As To Creditor "Servidian" And To Underlying Claims Transfers** (Docket Item 8014) to be served upon on the Debtor, by James H. Post, Esq.,  Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically, and by U.S. Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254; D.J. Baker, Esq., Sally McDonald Henry, Esq. and Rosalie Gray, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, LCH Opportunities, LLC, Attn: Joseph M. O'Connor, 315 Park Avenue South, 20th Floor, New York, NY 10010, and Group 1 Systems, Inc., c/o Donald R. Wallace, 3307 NW 55th Street, Ft. Lauderdale, FL 33309.

June 2, 2006               WILCOX LAW FIRM

  /s/ **Robert Wilcox**
Robert D. Wilcox, Esq.
Florida Bar No. 755168
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone:  (904) 281-0700
Fax:  (904) 513-9201
RWilcox@WilcoxLawFirm.com

*Attorneys for Convergint Technologies LLC*