UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |

### MOTION FOR WAIVER OF LOCAL RULE 2090-1 REQUIREMENT OF DESIGNATION AND CONSENT-TO-ACT BY LOCAL COUNSEL

TO THE HONORABLE JERRY A. FUNK, UNITED STATES BANKRUPTCY JUDGE:

Rick J. Bearfield, counsel for Don F. Bradford and Wendy L. Bradford ("Bradford"), unsecured creditors of Winn-Dixie Raleigh, Inc., files this Motion pursuant to this Court's Local Rule 2090-1(c) for the entry of an order waiving the requirement that a written designation and consent-to-act be filed on the part of some member of the bar of the Middle District of Florida, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, as provided therein, so as to allow Rick J. Bearfield to represent the interests of Bradford without the necessity of local counsel (the "Motion").

In support of this Motion, Rick J. Bearfield represents as follows:

### FACTS

1. Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 in the United States Bankruptcy Court, Southern District of New York.

2. By amended order entered April 14, 2005, venue of Debtors' jointly administered cases was transferred to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

3. Bradford filed an unsecured proof of claim in the amount of $1,382,194.24 against Debtor Winn-Dixie Raleigh, Inc.

4. Undersigned Counsel is a member in good standing of the bar of the United States District Court for the Eastern District of Tennessee.

5. The Debtor has filed an objection to the unsecured claim of Bradford which must be responded to not later than June 5, 2006.

6. Retention of local counsel would likely cause Bradford to incur excessive legal expense given the relatively narrow issues raised by the objection to the claim.

7. Undersigned counsel has more than 22 years experience practicing bankruptcy law and is familiar with the Case Management/Electronic Case Filing System, having been trained for electronic filing in the United States Bankruptcy Court, Eastern District of Tennessee. Undersigned counsel routinely files electronically in the United States Bankruptcy Court, Eastern District of Tennessee, and has electronically filed documents in the United States Bankruptcy Court, Western District of Virginia.

8. Undersigned counsel has reviewed this Court's procedural orders in Debtors' cases, the Attorney User Guide, the Creditor/Claimant Filer Guide, the Style Guide, and the Local Rules and will comply with the rules and orders of this Court.

**RELIEF REQUESTED**

9.  Rick J. Bearfield believes that the circumstances set forth above warrant good cause to waive the requirement of Local Rule 2090-1 to retain local counsel, and respectfully requests that this Court enter an order providing that he may appear for and represent Bradford in Debtor's case without the necessity of retaining local counsel and filing a written designation and consent-to-act by Florida counsel within 10 days after entering his appearance, as required by Local Rule 2090-1.

WHEREFORE, Rick J. Bearfield respectfully requests entry of an order authorizing him to represent the interests of Bradford without the necessity of retaining local counsel, and granting him such other and further relief as he may be entitled.

Dated:  June 3, 2006

RICK J. BEARFIELD, Attorney for
DON R. BRADFORD AND WENDY L.
BRADFORD
P.O. BOX 4210 CRS
WESLEY PLAZA, SUITE 1
2513 WESLEY STREET
JOHNSON CITY, TENNESSEE 37602
(423) 282-1006 (PH)
(423) 282-3081 (FAX)
rjbearfield@bearmc.com
TN BPR #010370

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 3rd day of June, 2006, the Motion for Waiver of Local Rule 2090-1 Requirement of Designation and Consent-to-Act by Local Counsel was electronically filed with the Clerk of the Court by using the CM/ECF system, and that a copy of same was electronically served by the Court's CM/ECF system or by first class U.S. mail to the parties shown on the attached list.

RICK J. BEARFIELD, Attorney for
DON R. BRADFORD AND
WENDY L. BRADFORD
P.O. BOX 4210 CRS
WESLEY PLAZA, SUITE 1
2513 WESLEY STREET
JOHNSON CITY, TENNESSEE 37602
(423) 282-1006 (PH)
(423) 282-3081 (FAX)
rjbearfield@bearmc.com
TN BPR #010370

Adam Ravin, Esq.
Skadden Arps Slate
Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*(Counsel for Debtors)*

D. J. Baker, Esq.
Skadden Arps Slate
Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*(Counsel for Debtors)*

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
*(Counsel for Debtors)*

Elena L. Escamilla, Esq.
United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Counsel for Unsecured Creditors' Comm.)*

John B. MacDonald, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
*(Counsel for Unsecured Creditors' Comm.)*

Thomas R. Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
*(Counsel for Ad Hoc Trade Committee)*

Mark J. Friedman, Esq.
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209
*(Counsel for Ad Hoc Trade Committee)*

Philip V. Martino, Esq.
DLA Piper Rudnick Gray Cary US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
*(Counsel for Ad Hoc Trade Committee)*