UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |

ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Rick J. Bearfield, a non-resident of Florida and counsel for Don F. Bradford and Wendy L. Bradford, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

Ordered: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

June ___, 2006.

_____

JERRY A. FUNK, U.S. Bankruptcy Judge

Copies furnished to:

Debtor(s)
Debtor(s)' Attorney
United States Trustee
Rick J. Bearfield, P.O. Box 4210, Johnson City, TN  37602-4210