UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-bk-3817 |
| | : | |
| WINN-DIXIE STORES, INC., et al. | : | **MOTION FOR ADMISSION** |
| | : | *Pro Hac Vice* |

Comes now the Hamilton County Ohio Treasurer, by and through his legal counsel, the Prosecuting Attorney of Hamilton County, Ohio and moves the Court to permit James Ginocchio, Assistant Prosecuting Attorney, Hamilton County, Ohio to appear on his behalf in the within proceeding. Mr. Ginocchio is admitted to the State Bar of Ohio and to the United States District court for the Southern District of Ohio.

    Respectfully submitted,

    JOSEPH T. DETERS
    PROSECUTING ATTORNEY
    HAMILTON COUNTY, OHIO

    /s/ James S. Ginocchio
    James S. Ginocchio, 0008236
    Assistant Prosecuting Attorney
    Hamilton County, Ohio
    230 E. Ninth Street, Suite 4000
    Cincinnati, Ohio 45202
    DDN: (513) 946-3115
    FAX: (513) 946-3018

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion for Admission in Case No. 05-bk-3817 was served by U.S. mail and electronic mail this 5th day of June, 2006 on the following:

| | |
|---|---|
| D.J. Baker | Cynthia C. Jackson |
| Skadden, Arps, Slate, Meagher & From LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| djbaker@skadden.com | cjackson@smithhulsey.com |

/s/ James S. Ginocchio
James S. Ginocchio, 0008236
Assistant Prosecuting Attorney