UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | : | Case No. 05-bk-3817 |
| | : | |
| WINN-DIXIE STORES, INC., | : | Chapter 11 |
| et al. | : | |
| | : | AFFIDAVIT OF NANCY LECOMPTE IN |
| | : | SUPPORT OF HAMILTON COUNTY, |
| | : | OHIO'S OBJECTION TO SECOND |
| | : | OMNIBUS OBJECTION TO TAX CLAIMS |

Before me, a notary public, personally came Nancy LeCompte, who being duly cautioned and sworn states:

1. I am the director of the Hamilton County, Ohio delinquent personal property tax department, and have been so employed for five years. As such, I am familiar with Ohio personal property tax.

2. The State of Ohio imposes a tax on personal property used in business. To a large extent, the duty of collecting this tax is given to county officials.

3. The tax is based on the value of the personal property on January first of each year. The value assigned to items of personal property is, generally, based on the value given to the property by the business which owns the personal property.

4. I have reviewed the personal property filing history of Winn-Dixie stores located within Hamilton County. From 2002 through 2004, Winn-Dixie operated eleven grocery stores in Hamilton County, Ohio. During that period, the company did not file one complaint alleging its personal property was over valued.

5. In Ohio, a business may object to the value of its personal property for a period of two years. Once that time has elapsed, the tax assessment is final.

7. There is no carry over from year to year in Ohio 's personal property tax system. If a business feels its property is over valued, it must timely contest the issue or lose any right to object to a valuation.

*Nancy LeCompte*
Nancy LeCompte

Sworn to and subscribed in my presence on this 2nd day of June, 2006

*James S Ginocchio*
James S Ginocchio
Notary Public, State of Ohio
My commission has no expiration date