Hearing Date: June 15, 2006
Hearing Time: 1:00 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* ) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors. ) | |
| _____) | |

**MIAMI-DADE COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING WINN-DIXIE STORES, INC. TO SELL MIAMI OUTPARCELS AND RELATED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND (B) GRANTING RELATED RELIEF (DOCKET NO. 8103)**

The Miami-Dade County Tax Collector, one of the Florida Tax Collectors[1], through his undersigned counsel, files this response to the Debtors' *Motion for Order (A) Authorizing Winn-Dixie Stores, Inc. to Sell Miami Outparcels and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief* (Dkt. No. 8103) (the "Motion"), and states:

1. Paragraph 20 of the Motion states that "[t]he Debtors believe that with the exception of the Permitted Encumbrances (as defined in the Purchase Agreement), there are no interests in or claims against the Assets other than the interest of Wachovia Bank, National Association, as Administrative Agent and Collateral Agent (collectively, the 'DIP Lender')." The Miami-Dade County Tax Collector's liens for *ad valorem* real estate taxes for the year 2006

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

and subsequent years are included as permitted encumbrances according to Exhibit B attached to the Real Estate Purchase Agreement attached to the Motion.

2. Although not stated in Paragraph 20 of the Motion, the 2005 *ad valorem* real estate taxes for the Miami Outparcels are due and have not yet been paid, and the Miami-Dade County Tax Collector's liens for the 2005 taxes constitute a claim and interest in the Miami property. Copies of the 2005 tax bills for the Miami Outparcels (all three parcels) are attached hereto as composite Exhibit "A". The total amount of outstanding, delinquent 2005 *ad valorem* real estate taxes, if paid in June 2006, is $25,166.04 (twenty-five thousand one hundred sixty-six dollars and four cents).

3. The full amount, with statutory interest, of delinquent 2005 *ad valorem* real estate taxes should be paid at the closing of any sale of the Miami Outparcels in accordance with state law and customary business practice, and the Miami-Dade County Tax Collector's liens for the 2005 *ad valorem* taxes will attach to the proceeds of any sale.

Dated: June 5, 2006

Respectfully submitted,

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Miami-Dade County Tax Collector's Response to Debtors' Motion for Order (A) Authorizing Winn-Dixie Stores, Inc. to Sell Miami Outparcels and Related Assets Free and Clear Of Liens, Claims, and Interests and (B) Granting Related Relief (Docket No. 8103)* has been served this 5th day of June, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; and **United States Trustee**, Attn: Elena L. Escamilla.

Brian T. FitzGerald, Esq.
Senior Assistant County Attorney

# EXHIBIT "A"

```
Page: 1 Document Name: untitled
```

```
                    C O M B I N E D   T A X   B I L L                TXCM1800

        2005   REAL PROPERTY TAXES
           VALUATIONS        MILL    FOLIO NUMBER     DISC    AMOUNT DUE IF PAID IN:
    TOTAL VALUE    404570    3000    30 5934 021 0010         MAR      8748.80
                                                              JUN      9142.50
                                                              JUL      9273.73
                                                              AUG      9404.96
                                                              SEP      9536.19

                                                         DELINQUENT AFTER MARCH 31


   WINN-DIXIE STORES INC             MELTON PLAZA
                                     PB 147-19                          T-18849
   5050 EDGEWOOD CT                  TR A
   JACKSONVILLE FL                   LOT SIZE .807 AC M/L
                         32254                                        ETC ROLL

     COMMENTS:  WWW.MIAMIDADE.GOV E-CHECKING IS AVAILABLE THROUGH MAY 12,2006
                MAILED PAYMENTS MUST BE BY CASHIER'S CHECK OR MONEY ORDER

   MENU=PF1,ADVAL=PF2,NON ADVAL=PF3,PRINT BILL=PF5       VOUCHER=PF8 PRT TXP7
```

```
Date: 5/31/2006 Time: 2:13:14 PM
```

```
Page: 1 Document Name: untitled
```

```
                    C O M B I N E D   T A X   B I L L                TXCM1800

      2005   REAL PROPERTY TAXES
      VALUATIONS        MILL    FOLIO NUMBER        DISC    AMOUNT DUE IF PAID IN:
 TOTAL VALUE   246687   3000   30 5934 021 0030             MAR    5367.12
                                                            JUN    5608.64
                                                            JUL    5689.15
                                                            AUG    5769.65
                                                            SEP    5850.16

                                                      DELINQUENT AFTER MARCH 31


 WINN-DIXIE STORES INC                MELTON PLAZA
                                      PB 147-19                     T-18849
 5050 EDGEWOOD CT                     TR C
 JACKSONVILLE FL                      LOT SIZE .596 AC M/L
                 32254                                              ETC ROLL

  COMMENTS: WWW.MIAMIDADE.GOV E-CHECKING IS AVAILABLE THROUGH MAY 12,2006
            MAILED PAYMENTS MUST BE BY CASHIER'S CHECK OR MONEY ORDER

 MENU=PF1,ADVAL=PF2,NON ADVAL=PF3,PRINT BILL=PF5       VOUCHER=PF8 PRT TXP7
```

Date: 5/31/2006 Time: 2:15:01 PM

```
Page: 1 Document Name: untitled
```

```
                C O M B I N E D   T A X   B I L L              TXCM1800

     2005   REAL PROPERTY TAXES
     VALUATIONS        MILL    FOLIO NUMBER      DISC    AMOUNT DUE IF PAID IN:
 TOTAL VALUE    458620  3000   30 5934 021 0040          MAR     9966.41
                                                         JUN    10414.90
                                                         JUL    10564.39
                                                         AUG    10713.89
                                                         SEP    10863.39

                                                    DELINQUENT AFTER MARCH 31


 WINN-DIXIE STORES INC              MELTON PLAZA
                                    PB 147-19                       T-18849
 5050 EDGEWOOD CT                   TR D
 JACKSONVILLE FL                    LOT SIZE .915 AC M/L
                    32254                                          ETC ROLL

 COMMENTS: WWW.MIAMIDADE.GOV E-CHECKING IS AVAILABLE THROUGH MAY 12,2006
           MAILED PAYMENTS MUST BE BY CASHIER'S CHECK OR MONEY ORDER

 MENU=PF1,ADVAL=PF2,NON ADVAL=PF3,PRINT BILL=PF5      VOUCHER=PF8 PRT TXP7
```

```
Date: 5/31/2006 Time: 2:16:21 PM
```