# SCHUSTER MARKETING CORPORATION

6223 W. Forest Home Ave.
Milwaukee, WI 53220

1-888-BLITZ IT (254-8948)

June 2, 2006

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Attn: D.J. Baker

RE:  Case No. 05-03817-3F1
     Claim 9468
     Schuster Marketing Corporation

We have received the debtor's objection to the claim filed for our company. This notifies that we oppose the disallowance of our claim because the objection has no merit. We had a planogram agreement from August 1, 2002, to July 31, 2005. We are aware that this may not be on the debtor's books and records. It would not be in their interest to be in their records.

We paid $198764.79 to participate in the planogram. We did not receive what we paid for. We were not notified of a space reduction requirement.

Enclosed with our original claim was documentation showing how this calculated amount was arrived at. We are providing the same with this objection notice.

Sincerely,

*Heidi Schuster*
Heidi Schuster
Vice President

enclosures

Manufacturer of
**Blitz**

Tel: (414) 543-2999          Fax: (414) 543-5588

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1    MAY 2 2 2006 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO
LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS
AND (C) MISCLASSIFIED CLAIMS**

Creditor ID: WDX-315699-1H-36
SCHUSTER MARKETING CORPORATION
C/O HEIDI SCHUSTER, VP
6223 W FOREST HOME AVE
MILWAUKEE WI 53220

Transferee ID: WDX-399729-1H
ATTN ADAM MOSKOWITZ
ASM CAPITAL LP
7600 JERICHO TPK STE 302
WOODBURY NY 11797

| CLAIM(S) TO BE DISALLOWED ||
|---|---|
| **Claim No.:** | 9468 |
| **Claim Amount:** | $66,458.29 |
| **Reason for Proposed Disallowance:** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT DID NOT MEET SPACE REDUCTION REQUIREMENT. ACCORDINGLY, PLANOGRAM FEES SHOULD BE DISALLOWED. |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 16, 2006 their Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

      3.    If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.    If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 5, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **Winn Dixie Stores Inc.** Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20256228

WDX-315699-B2-36
SCHUSTER MARKETING CORPORATION
C/O HEIDI SCHUSTER
6223 W FOREST HOME AVE
MILWAUKEE WI 53220

**414-543-2999**
Telephone No. of Creditor

**414 543-5588**
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address
Name:
Company/Firm:
Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:
Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   - ☐ Goods sold to debtor(s)
   - ☐ Services performed for debtor(s)
   - ☐ Goods purchased from debtor(s)
   - ☐ Money loaned
   - ☐ Personal injury/property damage
   - ☒ Other **Planogram Fees Paid see attached**
   - ☐ Taxes
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SSN:_____
     Unpaid compensation for services performed from _____ to _____
     (date)    (date)

2. Date debt was incurred: **8-31-2002**
3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $**66,458.29** / $_____ / $_____ / $_____
   (unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ **66458.29**
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| **7-26-05** | Print: **HEIDI M. SCHUSTER** Title: **VICE PRESIDENT**<br>Signature: *Heidi Schuster* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Debtor Name: Winn Dixie Stores, Inc.**
**Claim Number: 05-03817-3F1**
**Creditor: Schuster Marketing Corporation**
**Date: July 25, 2005**
**Claim For: Refund of Prorated Share of Front End Planogram Fees**
**Claim Amount: $66,458.29**
**Page: 1 of 2**

Please see the attached invoice from Source Interlink Companies for $198,764.79 and a copy of our check stub for $205,255.53 which includes that amount plus a late fee of $1,490.74. This amount was for a slotting/planogram fee for the front end store checkouts for three items of Blitz Power Mints in the following three flavors: Freshmint, Cinnamon, Orange.

Here are some details of the program:

Length of Planogram: 3 years or 36 months
Time Frame: 8/1/2002 to 7/31/2005
Total Lineal Inches of three flavors of Blitz: 8.63"
Planogram Cost per Lineal Inch: $2.57
Number of Checkout Locations in Planogram: 8,967
Number of Stores: 1,281 (est.)
Number of Checkouts per Store: 7 (est.)
Total Program Cost: $198,764.79 (see invoice from Source Interlink Company which is the rack manufacturer who invoiced vendors for the planogram fees.)

As a means of reaching a cost per placement per month in order to prorate the fees, following are some formulas:

$198,764.79 Program Cost/8,967 Placements = $22.16625 is the cost per placement for total program of 36 months

$22.16625 cost per placement for 36 months/36 months = $.615 cost per placement per month.

Please reference the attachment "Winn Dixie Plan-O-Gram Calculations" which has a timeline of the program. The cost of the Planogram Fee per month is based upon the number of locations our product was at. From August 1, 2002 to January 31, 2004, our product was located at the contracted number of locations

**Debtor Name: Winn Dixie Stores, Inc.**
**Claim Number: 05-03817-3F1**
**Creditor: Schuster Marketing Corporation**
**Date: July 25, 2005**
**Claim For: Refund of Prorated Share of Front End Planogram Fees**
**Claim Amount: $66,458.29**
**Page: 2 of 2**

for a total monthly cost of $5,521.24. As of February 1, 2004, the planogram number of locations our product was decreased from 7 checkouts per store to 3 checkouts, thereby reducing the monthly cost to $$2,366.25. As of April 1, 2004, the planogram was reduced further to 2,865 placements upon closing of 326 stores, thereby decreasing the monthly cost to $1,761.98.

The true placement cost of this planogram is $132,306.50 which leaves a balance due or claim amount to Schuster Marketing of $66,458.29.

For further clarification of these figures, please contact Heidi Schuster, Schuster Marketing Corporation, 6223 W. Forest Home Ave., Milwaukee, WI 53220, Tel: 414-543-2999 or Email: heidis@blitzpowermints.com.

Further attachments:

Letter to Semon Cull, Category Operations Manager of Winn Dixie, from our Regional Sales Manager, Steven Prevo dated January 30, 2001.

Email from our broker, Mike Tatum of Hynes Reid, Inc., regarding details of the Winn Dixie Front End Planogram.

A sales printout of all shipments to Winn Dixie during the time frame of the plangram.

## WINN DIXIE PLAN-O-GRAM CALCULATIONS

| Month | Amount | Note | | |
|---|---|---|---|---|
| Aug-02 | $5,521.24 | 1281 stores with 7 checkouts per store | 8967 placements | |
| | | $2.57 per lineal inch, 3 flavors totalling 8.63 inches | $22.16625 per placement | |
| | | 36 month program | $198,764.79 | |
| | | Per month fee divided by 8967 placements | $5521.24 per month | |
| | | | $.615 per placement per month | |
| Sep-02 | $5,521.24 | see August 2002 calculations | | |
| Oct-02 | $5,521.24 | see August 2002 calculations | | |
| Nov-02 | $5,521.24 | see August 2002 calculations | | |
| Dec-02 | $5,521.24 | see August 2002 calculations | | |
| Jan-03 | $5,521.24 | see August 2002 calculations | | |
| Feb-03 | $5,521.24 | see August 2002 calculations | | |
| Mar-03 | $5,521.24 | see August 2002 calculations | | |
| Apr-03 | $5,521.24 | see August 2002 calculations | | |
| May-03 | $5,521.24 | see August 2002 calculations | | |
| Jun-03 | $5,521.24 | see August 2002 calculations | | |
| Jul-03 | $5,521.24 | see August 2002 calculations | | |
| Aug-03 | $5,521.24 | see August 2002 calculations | | |
| Sep-03 | $5,521.24 | see August 2002 calculations | | |
| Oct-03 | $5,521.24 | see August 2002 calculations | | |
| Nov-03 | $5,521.24 | see August 2002 calculations | | |
| Dec-03 | $5,521.24 | see August 2002 calculations | | |
| Jan-04 | $5,521.24 | see August 2002 calculations | | |
| Feb-04 | $2,366.25 | Placement moved from 7 locations per store to 3 locations per store = 3843 placements x $.615 | | |
| Mar-04 | $2,366.25 | see February 2004 calculations | | |
| Apr-04 | $1,761.98 | Closing of 326 stores or 978 placements    3843 - 978 = 2865 placements x $.615 | | |
| May-04 | $1,761.98 | see April 2004 calculations | | |
| Jun-04 | $1,761.98 | see April 2004 calculations | | |
| Jul-04 | $1,761.98 | see April 2004 calculations | | |
| Aug-04 | $1,761.98 | see April 2004 calculations | | |
| Sep-04 | $1,761.98 | see April 2004 calculations | | |
| Oct-04 | $1,761.98 | see April 2004 calculations | | |
| Nov-04 | $1,761.98 | see April 2004 calculations | | |
| Dec-04 | $1,761.98 | see April 2004 calculations | | |
| Jan-05 | $1,761.98 | see April 2004 calculations | | |
| Feb-05 | $1,761.98 | see April 2004 calculations | | |
| Mar-05 | $1,761.98 | see April 2004 calculations | | |
| Apr-05 | $1,761.98 | see April 2004 calculations | | |
| May-05 | $1,761.98 | see April 2004 calculations | | |
| Jun-05 | $1,761.98 | see April 2004 calculations | | |
| Jul-05 | $1,761.98 | see April 2004 calculations | | |
| | $132,306.50 | TRUE PLACEMENT FEE | | |
| | $198,764.79 | PAID PLACEMENT FEE | | |
| | $66,458.29 | DUE SCHUSTER MARKETING | | |


SCHUSTER MARKETING CORPORATION  
The Source Interlink Companies  
Prepaid Marketing Fees:180 · Prepaid Slotting Fe  

10/25/2002

10242

200,255.53

198,764.79  
1 490.74 late fee  
―――――――――  
200,255.53

Cash - TCF Bank Checkin                                                                 200,255.53

**SCHUSTER MARKETING CORPORATION**                                                       10242

The Source Interlink Companies                              10/25/2002  
Prepaid Marketing Fees:180 · Prepaid Slotting Fe                              200,255.53

Winn Dixie

Cash - TCF Bank Checkin                                                                 200,255.53

13272                                                www.checksforless.com 800-245-5775  Order # 108021-A

# Source Interlink Companies

27500 Riverview Center Blvd.   Suite 400   Bonita Springs, FL 34134   Phone: (239) 949-4450   Fax: (239) 390-3591

Ext 6791   auth

## INVOICE

**BILL TO:**
SCHUSTER MARKETING CORP.
STEVEN L. PREVO
13 WINDCREST DRIVE

GRANBY, CT   06035

| NUMBER: | 42164 |
|---|---|
| DATE: | 08/31/2002 |

| SHIP VIA | TERMS | FOB | MANUFACTURER | JOB # |
|---|---|---|---|---|
| TCE | NET THIRTY (30) DAYS | FACTORY | SOURCE-DISPLAY DIVISION | 11113 |

| RACK DESCRIPTION | COUNT/DISPLAY(s) PER UNIT | INSTALL SALES | SHIPPING & FEE | HANDLING | DISPOSAL | ADMIN FEE | LINE TOTAL |
|---|---|---|---|---|---|---|---|

WINN DIXIE-JACKSONVILLE
Job # 11113

| Qty | Description | Per Unit | Sales | Install | S&H | Disposal | Admin | Line Total |
|---|---|---|---|---|---|---|---|---|
| 2065 | CLR-A1 - COOLER | 8.63 inches @ 2.57 | 45,773.31 | 0.00 | 0.00 | 0.00 | 0.00 | 45,773.31 |
| 1819 | CLR-B1 - COOLER | 8.63 inches @ 2.57 | 40,320.42 | 0.00 | 0.00 | 0.00 | 0.00 | 40,320.42 |
| 43 | OTCCLR-A1 - OTC COOLER | 8.63 inches @ 2.57 | 953.16 | 0.00 | 0.00 | 0.00 | 0.00 | 953.16 |
| 33 | OTCCLR-B1 - OTC COOLER | 8.63 inches @ 2.57 | 731.49 | 0.00 | 0.00 | 0.00 | 0.00 | 731.49 |
| 163 | RFGMHISP-A1 - REAR FACING GM | 8.63 inches @ 2.57 | 3,613.11 | 0.00 | 0.00 | 0.00 | 0.00 | 3,613.11 |
| 70 | RFGMHISP-B1 - REAR FACING GM | 8.63 inches @ 2.57 | 1,551.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,551.63 |
| 1205 | RFGM-A1 - REAR FACING GM UNIT | 8.63 inches @ 2.57 | 26,710.32 | 0.00 | 0.00 | 0.00 | 0.00 | 26,710.32 |
| 884 | RFGM-B1 - REAR FACING GM UNIT | 8.63 inches @ 2.57 | 19,594.98 | 0.00 | 0.00 | 0.00 | 0.00 | 19,594.98 |
| 631 | RFMAGETH-A1 - REAR FACING MAG ETHNIC | 8.63 inches @ 2.57 | 13,986.90 | 0.00 | 0.00 | 0.00 | 0.00 | 13,986.90 |
| 338 | RFMAGETH-B1 - REAR FACING MAG ETHNIC | 8.63 inches @ 2.57 | 7,492.20 | 0.00 | 0.00 | 0.00 | 0.00 | 7,492.20 |
| 1046 | RFMAG-A1 - REAR FACING MAG UNIT | 8.63 inches @ 2.57 | 23,185.89 | 0.00 | 0.00 | 0.00 | 0.00 | 23,185.89 |
| 670 | RFMAG-B1 - REAR FACING MAG UNIT | 8.63 inches @ 2.57 | 14,851.38 | 0.00 | 0.00 | 0.00 | 0.00 | 14,851.36 |

PURCHASE ORDER: WARREN COUCH

| PLEASE REMIT PAYMENT TO | | SALES | INSTALL | SHIPPING & HANDLING | DISPOSAL | ADMIN FEE | TOTAL |
|---|---|---|---|---|---|---|---|
| Source Interlink Companies 27500 Riverview Center Blvd. Suite 400 Bonita Springs, FL 34134 | SUB TOTALS | 198,764.79 | 0.00 | 0.00 | 0.00 | 0.00 | 198,764.79 |
| | SALES TAX** | | | | | | 0.00 |
| | TOTAL DUE | | | | | | 198,764.79 |

late fee   1,490.74

*END OF INVOICE*
Thank You

$ 200,255.53

### Tina Perry

| | |
|---|---|
| **From:** | "Steven L. Prevo" <stevep@blitzpowermints.com> |
| **To:** | "Amy Lee" <alee@sourceinterlink.com> |
| **Cc:** | "Stephen Schuster" <blitzsales@aol.com> |
| **Sent:** | Wednesday, October 23, 2002 8:41 AM |
| **Subject:** | RE: Winn Dixie Late Remittance |

Amy,

I am aware of the late invoice and it is in the process of being paid. The attachments you sent, I was not able to open them.

Thank you

Steven L. Prevo

>-----Original Message-----
>**From:** Amy Lee [mailto:alee@sourceinterlink.com]
>**Sent:** Tuesday, October 22, 2002 10:46 AM
>**To:** 'stevep@blitzpowermints.com'
>**Cc:** Mark Flegel; Lori Biasotti
>**Subject:** Winn Dixie Late Remittance
>
>Attached is late remittance invoicing, as well as balance information for the Winn Dixie Front-End program, Job 11113.
>
>Please contact us if you have any questions or need further information.
>
>Amy Lee
>Billing Department
>Source Interlink Companies
>239.949.4450 ext. 6719

10/24/2002

## Tina Perry

| | |
|---|---|
| **From:** | <BlitzSales@aol.com> |
| **To:** | <tinap@blitzpowermints.com> |
| **Cc:** | <BLITZEASTREGION@aol.com> |
| **Sent:** | Wednesday, October 23, 2002 3:26 PM |
| **Attach:** | RE_ Winn Dixie Late Remittance.eml |
| **Subject:** | Fwd: Winn Dixie Late Remittance |

<PRE>Is this for slotting, we need to pay this and get it off the books, hopefully u kept the money aside like steve asked

10/24/2002

## Tina Perry

**From:** "Heidi Schuster" <heidis@blitzpowermints.com>
**To:** <BLITZEASTREGION@aol.com>; <Tinap@blitzpowermints.com>
**Cc:** <BlitzSales@aol.com>; <Tinap@blitzpowermints.com>
**Sent:** Wednesday, October 23, 2002 9:47 AM
**Attach:** header.htm
**Subject:** RE: front end payment

Steve — Tina is out of office at a training seminar on Tuesday and today of this week. Will bring this to her attention on Thursday morning. Heidi

Heidi M. Schuster
Schuster Marketing Corporation
Tel: 414-543-2999
Fax: 414-543-5588

-----Original Message-----
**From:** BLITZEASTREGION@aol.com [mailto:BLITZEASTREGION@aol.com]
**Sent:** Tuesday, October 22, 2002 3:37 PM
**To:** Tinap@blitzpowermints.com
**Cc:** BlitzSales@aol.com; heidis@blitzpowermints.com
**Subject:** Fwd: front end payment

Tina,

Can you take care of this ASAP please see email from the buyer.

Thanks for your help.

Steven P.

10/24/2002

## Tina Perry

| | |
|---|---|
| **From:** | <mtatum@hynesinc.com> |
| **To:** | <blitzeastregion@aol.com>; <steve.ramsey@us.nestle.com>; <jchiado@necco.com> |
| **Cc:** | <ctrinder@hynesinc.com>; <cbrown@hynesinc.com>; <dewaynerabon@winn-dixie.com>; <mharris@tootsie-roll.com> |
| **Sent:** | Tuesday, October 22, 2002 1:53 PM |
| **Subject:** | front end payment |

Everyone,
See Dewayne's e-mail below. I will need to get back with him this week with specific answers as to your checkout payment. Please forward me the information asap. Let's get this cleared this week per Dewayne instructions. If payment has been mailed please get me the check number and amount. Mark, I will need to get with Dewayne with Charm's payment policy separately.

Thank You,
Mike

Mike Tatum
Sales Manager
Hynes, Inc
904-363-0212 Ext. 603
mtatum@hynesinc.com

----- Forwarded by Mike Tatum/hynes on 10/22/2002 02:43 PM -----

> Dewayne Rabon
> <DewayneRabon@winn-dixie.com>
> 10/22/2002 02:14 PM
>
> To: 'Mike Tatum' <mtatum@hynesinc.com>
> cc:
> Subject: front end payment

Mike,

I received a recap from the source today, and you have 4 companies that have
not made the front end payments.
Charms

10/24/2002

Necco
Schuster
Wonka

Please contact them today and have these processed this week. I need someone
to contact Lori Biasotti and let her know what day this week to expect payment.

I appreciate your prompt attention,
Dewayne Rabon

Lori Biasotti
Regional Manager
Source Interlink Companies
Phone: (561) 392-6750
Fax: (561) 392-8799

10/24/2002

*Make new account "Winn Dixie"*

Subj: **Fwd: Winn Dixie**
Date: 7/3/2002 6:40:38 PM Central Standard Time
From: BLITZ EASTREGION
To: BlitzSales

Steve,

Here it is we have spoke about this but if you have more comments after reading please get back to me.

Thanks have a great 4 h your family.

Thanks

*Steve P.*

---

Forwarded Message:
Subj: **Winn Dixie**
Date: 7/3/2002 2:01:05 PM Central Standard Time
From: mtatum@hynesinc.com
To: mharris@tootsie-roll.com, michael.anderson@jaret.com, jchiado@necco.com, blitzeastregion@aol.com, steve.ramsey@us.nestle.com
CC: cbrown@hynesinc.com, ctrinder@hynesinc.com, tlepore@hynesinc.com, mwasp@hynesinc.com
Sent from the Internet (Details)

Winn Dixie will be reviewing their checkout program on July 16th. I have attached a time schedule below.
I had an opportunity to meet with Dewayne today and he gave me the agenda he will be looking for at our meeting.

1) $2.57 per lineal inch per item (width) - 9,300 checkouts
2) Three year commitment - If during the three year period you feel the payback won't happen he will offer your space to another potential principal. Winn Dixie will be responsible to assure your remaining time is paid back.
3) The $2.57 includes slotting, set-up, tax, disposal etc. - Total complete cost
4) Dewayne emphasized the importance of being able to negotiate a commitment on the 16th. Please plan on having the appropriate people in attendance for our meeting.
5) He does not want to see elaborate presentations, we only have 1/2 hour. Bring the necessary supporting IRI for your item/items.
6) Final item selection will be made in July. They plan to roll out new fixtures and new pog by 8/1/02
7) Each item will be reviewed annually to assure the movement warrants the item remaining as part of the program

When you look at the checkout program cost I would recommend you consider asking for Winn Dixie to commit to additional off shelf promotions and seasonal commitments. Consider asking for a firm commitment based on his cost of $2.57 for the checkouts. Lets ask for this the each year for the term of the agreement.
If you have any additional questions give me a call.

8:30am - Charms
9am - Jaret
9:30am - Necco
10am - Schuster

**Schuster Marketing Inc. / Blitz Power Mints**
Steven L. Prevo Regional Sales Manager
One Elliott Drive Simsbury, CT 06070
Phone: 860-658-7938 Fax: 860-658-7943
Email: Blitzeastregion@aol.com

January 30, 2001

Winn Dixie
Semon Cull
Category Operations Manager
P.O. Box B
Jacksonville, FL 32203-0297
Ph. 904-370-6487
Email: semoncull@winndixie.com

Dear Semon,

As we discussed we would like to be considered for your March 2001 Planogram with three flavors of Blitz Power Mints, Orange, Cinnamon and Wintergreen these are our best selling flavors. We would pay your slotting charges per inch and your unit cost will be $1.11 and they are packed 24/12 count per case.

Semon, one of your requests was for us to get some I.R.I. data on Blitz Power Mints. The best I could come up with is a national listing. (Please see attachment.) Some things I found with this report is that not every account will share their sales numbers with I.R.I., one account I know for sure is Wakefern / Shop Rite. You will see the amount of supermarkets that share this information with them is a small share of what is out there and does not cover the majority of accounts. I feel this is not a true picture of what is out there, one of the important things is the accounts we have that carry the Brand and they are:

Shaw's/Star Markets has Ice and Wintergreen and adding Orange and Cinnamon in March.

CVS has Peppermint and Freshmint and are reviewing Orange and Cinnamon.

Brooks has Wintergreen, Ice and Orange; Orange is their bestseller.

Other accounts that carry the brand are:

Weis, they have Ice, Wintergreen and Peppermint.

Shop Rite has Orange, Freshmint, Ice and Peppermint.

Safeway out of Baltimore carry's Orange, Peppermint and Freshmint, Orange is their bestseller.

● Page 2                                                                                          January 30, 2001

Giant Food and Harris Teeter both have Peppermint.

BI-LO has taken on Orange and Freshmint.

Target stores have Freshmint and Cinnamon.

Wal-Mart Super Centers have taken on Cinnamon and Wintergreen.

Wegman's and Big Y both took on the shipper unit for an in/out for February 2001.

Semon, In our meeting you were very positive about the Blitz Power Mint brand to your Planogram i.e.: print advertising, TV placement for the year 2001 and the new packaging to bring more impulse sales to the retail section, I would like to respectfully ask what changed your mind and what is the criteria in the about face on Blitz Power Mints. I believe this a fair question to ask with all the new listings Blitz has gained in the last six months


Please consider listing Blitz Power Mints In your 2001 Planogram, I would still like to get an appointment with you for February 14 Th. 2001 to discuss the Planogram offer. If you have any questions please feel free to call or email.

I look forward to continuing our offer with you.


Sincerely,



Steven L. Prevo
Eastern Regional Manager
Schuster Marketing Inc. / Blitz Power Mints


CC: Stephen P. Schuster
CC: Jeff Miller

**From:** BLITZEASTREGION@aol.com
**Sent:** Thursday, May 13, 2004 8:20 PM
**To:** cbrown@hynesinc.com
**Cc:** BlitzSales@aol.com
**Subject:** Winn Dixie

Chuck,

Who now is in charge of the Winn Dixie account Charles told me some time ago that they cut us back on check out lanes I want a current POG to see how many check out lanes we are on.

Please forward to me the old and new number check out lanes. We paid over $250,000.00 to get into this account I want to make sure we are getting our monies worth. Please get back to me ASAP I have been asking for this for over a month now.

Chuck thank you for your help.


Steven L. Prevo
Regional Sales Manager
Blitz Power Mints, Blitz Power Gum & Face Twister Sour Gum
860-844-0597

# Orlando Sentinel

## Winn-Dixie sells leases for 102 stores

### The $45.6 million in sales to 30 buyers now must be approved by a bankruptcy judge.

By Ron Word
The Associated Press

July 20, 2005



JACKSONVILLE -- Winn-Dixie Stores Inc. said Tuesday that it had sold leases to 102 of its stores for $45.6 million to 30 purchasers, most who plan to operate them as grocery and liquor stores.

The leases were sold at an auction Monday and Tuesday in New York and must be approved by U.S. Bankruptcy Judge Jerry Funk. Hearings are scheduled next week in Jacksonville.

Earlier this month, Winn-Dixie announced it had reached a preliminary agreement for 79 stores, but the auction produced 23 additional sales, the company announced. The aggregate purchase price for the 102 stores is about $45.6 million, an increase of $6.9 million more than previously announced.

Substantially all of the 102 stores will remain grocery stores, Winn-Dixie spokesman Michael Freitag said.

One of the stores, at 12351 S. Orange Blossom Trail, is in Orlando. According to court documents, the store is being sold to Alima Corp. of Miami.

Winn-Dixie CEO and President Peter Lynch said many of the stores have agreed to offer jobs to Winn-Dixie employees. Prior to the sale, Winn-Dixie said about 22,500 employees would lose their jobs as a result of its plan to close or sell 326 stores. Employees who do not find other jobs will be given severance packages.

Winn-Dixie, based is Jacksonville, also is seeking court authorization to conduct store-closing sales at the 224 stores that were not sold in the auction, including 13 in Central Florida.

The company would like to begin those sales on Aug. 1 and finish by mid-September.

After sales and closings, Winn-Dixie will operate 587 stores in the Southeast and the Bahamas.

Winn-Dixie, which filed for Chapter 11 on Feb. 21, is No. 182 on the 2005 Fortune 500 list of the country's largest corporations. Winn-Dixie was ranked No. 8 among 19 food and drug store companies, while Lakeland-based Publix Super Markets was ranked No. 6 among supermarkets and No. 117 overall.

Print Story: Winn-Dixie to Close 35 Percent of Stores on Yahoo! News

Case 3:05-bk-03817-JAF    Doc 8216    Filed 06/05/06    Page 19 of 19

Page 1 of 2



# Winn-Dixie to Close 35 Percent of Stores

**AP** Associated Press

By RON WORD, Associated Press Writer
2 hours, 4 minutes ago

Supermarket chain Winn-Dixie said Tuesday it will cease operations in four Southern states, close 326 of its 913 stores and cut 22,000 jobs under its proposed bankruptcy reorganization plan.

The company said it will stop operating in Tennessee, Virginia and the Carolinas, and trim operations in its five remaining states, Florida, Georgia, Alabama, Mississippi and Louisiana. The cuts amount to 35 percent of its stores and 28 percent of its current work force of 78,000.

The company said it will try to find buyers for the closing stores and ask the new owners to retain as many employees as possible.

In a statement, Winn-Dixie also said it will try to sell six dairy plants, its pizza plant in Montgomery, Ala., and its Chek Beverage/Deep South Products plant in Fitzgerald, Ga., which produces Chek soda, shelf-stable juices and condiments.

If buyers are not found, Winn-Dixie said it would continue to operate the Chek Beverage plant and its Hammond, La., and Plant City, Fla., dairies.

The company also said that it is working to find a third party to produce elsewhere the items made at its Astor Products plant in Jacksonville and the condiments at the Deep South plant. Those plants will then be closed.

Peter Lynch, president and CEO of Winn-Dixie, has said for months that the reorganized company must become smaller.

"We regret the impact these tough decisions will have on many of our associates, customers and local communities. We do not take these decisions lightly and would not be proceeding if these steps were not essential to restore Winn-Dixie's financial health," Lynch said in a statement.

An attorney representing Winn-Dixie, Stephen Busey, said at a bankruptcy hearing last week that Winn-Dixie planned to cut 400 jobs from the 1,400 at its corporate headquarters.

Winn-Dixie, which filed for bankruptcy on Feb. 21, is No. 182 on the 2005 Fortune 500 list of the country's largest corporations. Winn-Dixie was ranked No. 8 among 19 food and drug store companies, while Lakeland-based Publix was ranked No. 6 among supermarkets and No. 117 overall.

The Jacksonville-based supermarket chain listed assets of $2.2 billion and liabilities of $1.9 billion in a February bankruptcy filing.

Winn-Dixie shares traded up after the closures were announced, rising 2 cents or 1.3 percent at $1.14 in over-the-counter trading Tuesday afternoon after being down most of the day.

___

On the Net:

Winn-Dixie: www.winndixie.com

Copyright © 2005 The Associated Press. All rights reserved. The information contained in the AP News report may not be published, broadcast, rewritten or redistributed without the prior written authority of The Associated Press.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Questions or Comments