UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

   Debtors.   Jointly Administered

---

RESPONSE OF CHESTER DIX NEWMAN CORPORATION
TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) NO LIABILITY
MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS

Chester Dix Newman Corporation ("Chester Dix"), by and through its undersigned counsel, responds to the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") and states as follows:

1. On October 10, 2005, Chester Dix timely filed two amended proofs of claim, each in the amount of $3,496,062.13, copies of which are attached hereto as Exhibit "A". The proofs of claim are identified as claim nos. 11900 and 11901.

2. On or about May 16, 2006, the Debtors filed the Objection. Chester Dix's proofs of claim are subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to Chester Dix, rather than the $3,496,062.13 listed on Chester Dix's proofs of claim. The Debtors allege that Chester Dix assigned its rights to United Commercial Mortgage Corporation ("United"), and a related claim was filed by United.

4. On December 2, 1996, Chester Dix assigned its rights, powers, privileges, options, and other benefits as lessor under its lease with Winn-Dixie Atlanta, Inc. to the then mortgagee, First Security Bank, N.A. and Val T. Orton, individually, as security for the payment of the mortgage (the transaction described is referred to hereafter as the "Assignment").

5. On August 1, 2004, the rights obtained by the mortgagee via the Assignment were assigned to United. Thus, United currently possesses all the rights, powers, privileges, options, and other benefits that Chester Dix, as lessor, possesses under its lease with Winn-Dixie Atlanta, Inc., now known as Winn-Dixie Raleigh, Inc.

6. On October 10, 2005, United timely filed a proof of claim in the amount of $3,496,062.13, a copy of which is attached hereto as Exhibit "B". The proof of claim is identified as claim no. 11899.

7. Chester Dix has no objection to the Debtors disallowing proofs of claim nos. 11900 and 11901, provided that claim no. 11899 filed by United in the amount of $3,496,062.13, is deemed allowed as filed.

8. Chester Dix reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 5 day of June, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile