FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT | Middle District of Florida | |
|---|---|---|
| Name of Debtor: Winn-Dixie Raleigh, Inc. | Case Number: 05-03839-3F1 | DEBTOR WINN-DIXIE STORES, INC<br>U.S. BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 11899** |

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**United Commercial Mortgage Corporation**

Name and address where notices should be sent:   263785
c/o Lawrence Kadish Real Estate
United Commercial Mortgage Corporation
135 Jericho Turnpike
Old Westbury, New York 11568

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**Store # 2709**

Check here if this claim ☐ replaces
☒ amends a previously filed claim, dated: **07/26/2005**

### 1. Basis for Claim
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other **Assignment of Lease; Deed of Trust**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, Salaries and compensations (Fill out below)
Your SS # ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

### 2. Date debt was incurred: 12/02/1996

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ **3,496,062.13**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right to setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ **0.00**

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ **0.00**

### 6. Unsecured Priority Claim.
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **40,186.57**
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 OCT 10 AM 10: 36
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date: **10/5/2005**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*[signature]*
**Lawrence Kadish, President**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit "B"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          CASE NO : 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                 Chapter 11
    Debtors.[1]

---

**Debtor: Winn-Dixie Raleigh, Inc.**                 **Case No. 05-03839-3F1**

### Attachment to Proof of claim – United Commercial Mortgage Corporation
### Leased Property: 3121 Hwy 34 East, Newnan, GA

On December 2, 1996, Chester Dix Newman Corp., (hereinafter referred to as "Chester Dix") acquired a fee simple interest in the Leased Property and in the Improvements located thereon. In order to finance a portion of the cost of acquiring its interest in the Property, Chester Dix borrowed funds, evidenced by its 7.12% Secured Notes Due October 1, 2016, ("Notes") which Notes were issued by Chester Dix to the Note Holders pursuant to an Indenture. Chester Dix, as Landlord and Winn-Dixie Atlanta, Inc. as Tenant entered into a certain Lease Agreement for commercial property located at the address referenced above. The term of the lease commenced on December 31, 1996 and was to end on December 31, 2016 (the "Initial Term"). Winn-Dixie Atlanta, Inc., or its successor, subleased or assigned the Leased Property to Save Rite Store. Winn Dixie remains liable to Chester Dix under the terms of the Lease Agreement.

As security for the payment of the principal of, premium, if any, and interest and all other sums payable on the Notes, Chester Dix granted to First Security Bank, NA, ("First Security") in its capacity as Successor Indenture Trustee, a Deed of Trust, Security Agreement and Fixture

Filing and an Assignment of Lease Agreement. Claimant received an assignment of First Security's interests.

This Proof of Claim makes claim to amounts due under the Lease Agreement as of the Petition Date. The remaining Base Rent under the Lease Agreement is $3,637,595.75.[2] The mortgage balance as of April 1, 2005 was $2,641,707, plus any interest, penalties, costs or expenses which may accrue.

As of the Petition Date, Save Rite Grocery Warehouse Inc. was current in remitting payments. There are, however, certain obligations which continue to accrue, but for which payment is not yet due and payable. The Lease is an absolute net lease, pursuant to which the Chester Dix received all rents free of any expense related to the Leased Property.

On September 14, 2005, the Debtors filed a Notice of Rejection of Unexpired Lease. Arrangements for the surrendered of the keys are still being made. The effective date of the lease rejection is October 10, 2005. The amounts due Chester Dix are as follows:

**General Unsecured Claim:**

(A) Pre-Petition Arrears
    (i) RE taxes (1/1/05-2/22/05)  =       $ 6,924.06

(B) Basic Rent Rejection Damages
    1.628625 years X annual rent 349,047 =       $ 551,094.97

(C) Additional Rent Rejection Damages (Annual Estimates):
    (i) Real Estate (based on 2005 RE Taxes)   48,601.60
    (ii) Casualty, fire and property and liability insurance   26,990.40
    (ii) Common Area Maintenance, repair and utilities   24,741.20
                                                                                             100,332.60
    1.628625 years X $ 100,332.60 (Total Annual Addl. Rent)   $ 163,404.18

---

[2] This amount includes amounts due as Base Rent under the Lease Agreement and therefore may be subject to the cap under 11 U.S.C. Section 502(b)(6), with respect to which Claimant reserves all of its rights.

|  |  |  |
|---|---|---|
| (D) Deferred maintenance, including HVAC, lighting interior building restoration and miscellaneous |  | $ 609,393.00 |
| (E) Liquidated Damages Clause (pages 28-29 of lease )(est.) |  | $2,125,057.35 |
| (F) Administrative Post Petition Claim | | |
| (i) 10 days Rent from 10/01/05 quarterly installments | 9,562.90 | |
| (ii) RE taxes (2/23/05-10/10/05) | 30,625.67 | |
|  | 40,188.57 | $ 40,188.57 |
|  | Total Claim | $ 3,496,062.13 |

A copy of the Assignment of Lease and Agreement and Deed of Trust, Security Agreement and Fixture Filing are attached to the original proof of claim.

**United Commercial Mortgage Corporation reserves the right to amend, supplement or modify this Proof of Claim as deemed necessary.**

229746.1 111909.0005