# EXHIBIT A

EXHIBIT A

Sweetwater

| Lease | Invoice D | G/L Date | Remark | G/L Offse | Gross Am | Open Amount |
|---|---|---|---|---|---|---|
| 00141006 | 2/28/2006 | 2/28/2006 | 2004 Additional RE taxes | RRET | 2,171.69 | 2,157.67 |

# EXHIBIT B

**EXHIBIT B**

St Elmo

| Lease | Invoice D | G/L Date | Remark | G/L Offse | Gross Am | Open Amount |
|---|---|---|---|---|---|---|
| 00887476 | 5/17/2002 | 5/17/2002 | Re Tax Rec 1/1/01-12/31/01 | RRET | 73,466.80 | 336.14 |

# EXHIBIT C

**EXHIBIT C**

## Cloverdale

| Lease | Invoice Date | G/L Date | Remark | G/L Offse | Gross Amount | Open Amount |
|---|---|---|---|---|---|---|
| 00142002 | 10/14/2002 | 10/14/2002 | Adj Cam Rec 8/1/01-7/31/02 | RCAM | -4,032.98 | -706.92 |
| 00142002 | 10/28/2003 | 10/28/2003 | Ins reconciliation 08/02-07/03 | RINS | 15,189.18 | 6,542.17 |
| 00142002 | 1/7/2004 | 1/7/2004 | 01/04 Rent | POA | -22,416.78 | -372.44 |
| 00142002 | 2/13/2004 | 2/13/2004 | 02/04 Rent. Ck tot 68702.50 | POA | -22,416.78 | -372.44 |
| 00142002 | 3/10/2004 | 3/10/2004 | -03/04 Rent + POA -OverPaid CA | POA | -22,416.78 | -372.44 |
| 00142002 | 4/8/2004 | 4/8/2004 | 04/04 Rent. Ck tot $65849.80 | POA | -22,416.78 | -372.44 |
| 00142002 | 5/12/2004 | 5/12/2004 | 05/04 Rent | POA | -22,416.78 | -372.44 |
| 00142002 | 6/9/2004 | 6/9/2004 | 06/04 Rent-OverpaidCAM | POA | -22,416.78 | -372.44 |
| 00142002 | 7/8/2004 | 7/8/2004 | POA-Ck#007269741C-CAM | POA | -22,416.78 | -372.44 |
| 00142002 | 8/10/2004 | 8/10/2004 | POA-Ck#007296313C-8/04CAM | POA | -22,416.78 | -372.44 |
| 00142002 | 9/9/2004 | 9/9/2004 | POA-Ck#007321459C-9/04CAM | POA | -22,416.78 | -372.44 |
| 00142002 | 10/8/2004 | 10/8/2004 | POA-Ck#007346317C-10/04CAM | POA | -22,416.78 | -372.44 |
| 00142002 | 10/21/2004 | 10/21/2004 | CAM Recon. 03-04 | RCAM | -3,562.65 | -3,562.65 |
| 00142002 | 11/9/2004 | 11/9/2004 | POA-CK#007371704C-11/04CAM | POA | -22,416.78 | -372.44 |
| 00142002 | 12/16/2004 | 12/16/2004 | 12/04 Rent | POA | -22,416.78 | -372.44 |
| 00142002 | 1/10/2005 | 1/10/2005 | 1/05 RENT | POA | -22,416.78 | -372.44 |
| 00142002 | 2/10/2005 | 2/10/2005 | 2/05 RENT | OCAM | -22,416.78 | -372.44 |
| 00142002 | 3/9/2005 | 3/9/2005 | 3/05 rent+Poa cam | POA | -22,416.78 | -372.44 |
| 00142002 | 4/11/2005 | 4/11/2005 | 4/05 rent+Poa cam | POA | -22,416.78 | -372.44 |
| 00142002 | 5/10/2005 | 5/10/2005 | 5/05 rent+Poa cam | POA | -22,416.78 | -372.44 |
| 00142002 | 6/10/2005 | 6/10/2005 | 6/05 rent+Poa cam | POA | -22,416.78 | -372.44 |
| 00142002 | 7/13/2005 | 7/13/2005 | 7/05 rent | OCAM | -22,416.78 | -372.44 |
| 00142002 | 9/12/2005 | 9/12/2005 | August Rent & CAM Over Pmt | POA | -42,949.96 | -372.44 |
| 00142002 | 12/29/2005 | 12/29/2005 | RCAM 8/1/04-2/21/05 pre filing | RCAM | 2,325.14 | 2,325.14 |
| 00142002 | 12/29/2005 | 12/29/2005 | RCAM 2/22/-7/31/05 post filing | RCAM | 1,815.45 | 1,815.45 |
| 00142002 | 12/29/2005 | 12/29/2005 | RINS 8/1/04-2/21/05 pre filing | RINS | 5,067.53 | 5,067.53 |
| | | | | | | 4031.92 |