UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.      Jointly Administered
_____

RESPONSE OF FW NC-SHOPPES OF KILDAIRE, LLC
TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) NO LIABILITY
MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS

FW NC-Shoppes of Kildaire, LLC ("Kildaire"), by and through its undersigned counsel, responds to the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") and states as follows:

1. On July 29, 2005, Kildaire timely filed two proofs of claim, each in the amount of $62,825.87, copies of which are attached hereto as Exhibit "A". The proofs of claim are identified as claim nos. 8721 and 8722.

2. On or about May 16, 2006, the Debtors filed the Objection. Kildaire's proofs of claim are subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due

to Kildaire, rather than the $62,825.87 listed on Kildaire's proofs of claim. The Debtors allege that the lease was terminated on August 9, 2005, and pursuant to Paragraph 8 of the Termination Agreement, Kildaire consented to the disallowance of its proofs of claim.

4. Pursuant to Paragraph 8 of the Lease Termination Agreement attached as Exhibit "A" to the Order Approving Debtors' Lease Termination Agreement and Granting Related Relief (Docket No. 4219) (the "Order"), a copy of which is attached hereto as Exhibit "B", Kildaire "waive[d], release[d] and discharge[d] Tenant, Guarantor, their successors and assigns, their estates, their affiliates and the Debtors **only from claims from damages resulting from the termination of the Lease as described in Section 502 of the Bankruptcy Code.**" (emphasis added). In fact, the title of Paragraph 8 of the Lease Termination Agreement reads: "<u>Release – REJECTION CLAIMS</u>".

5. In addition, Paragraph 8 of the Order states that Kildaire "waives releases, and discharges the Debtors only from its lease rejection claims under Section 502 of the Bankruptcy Code."

6. Proofs of claim nos. 8721 and 8722 filed by Kildaire are not lease rejection claims under Section 502

2

of the Bankruptcy Code, and accordingly, Kildaire did not consent to the disallowance of such proofs of claim.

7. Kildaire is still owed $32,492.40 from the Debtors for CAM Reconciliation, Real Estate Taxes Reconciliation, and Insurance Reconciliation for 2005. A copy of a spreadsheet detailing the $32,492.40 owed to Kildaire is attached hereto as Exhibit "C".

8. The outstanding balance of $32,492.40 due and owing to Kildaire from the Debtors represents additional amounts which the Debtors should be required to pay Kildaire forthwith.

9. Kildaire reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 5 day of June, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile