FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT    MIDDLE    DISTRICT OF    FLORIDA | PROOF OF CLAIM |
|---|---|

| Name of Debtor  Winn-Dixie Stores, Inc | Case Number  05-03817-3F1 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
FW NC-Shoppes of Kildaire, LLC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent
Held & Israel
Attn Edwin W. Held Jr, Esq
1301 Riverplace Blvd, Suite 1916
Jacksonville, FL 32207
Telephone number  904-398-7038

1/10/9L

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

DEBTOR WINN-DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

CLAIM NO.: 8721
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor

Check here ☐ replaces    a previously filed claim, dated _____
if this claim ☐ amends

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  Real Property Lease-Guaranty

   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS # _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)         (date)

2. Date debt was incurred:
   See Lease Agreement attached

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ _____ see 7. below _____
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral  $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim**
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ Post-petition accruals pursuant to lease agreement
   Specify the priority of the claim
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse or child - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. **Supporting Documents:** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY
US BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 29 PM 2:53
RECEIVED LOGAN & COMPANY, INC. AS AGENT

| Date  7/28/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)   Edw__ H__, Attorney & Agent |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Exhibit "A"

**Winn-Dixie**
**Shoppes of Kildaire**

| | |
|---|---|
| Tenant # | 586395 |
| Lease # | 9005806 |
| Lease Begin Date | 06/12/86 |
| Lease End Date | 06/11/06 |
| Date filed | 02/21/05 |

Pre-Petition rents (prior to 2/21/05)

$    -
$    -

Post Petition rents (2/22/05 - 08/31/05)

| | | | |
|---|---|---|---|
| 7/1/2005 | July BASE rent | $ 22,916.67 | |
| 8/1/2005 | August BASE rent | $ 22,916.67 | |
| | 2005 CAM Rec estimate | $ 7,767.32 | (6/1/05 - 8/31/05) |
| | 2005 RET Rec estimate | $ 9,225.21 | (6/1/05 - 8/31/05) |
| | | $ 62,825.87 | |

**Total through 8/31/05**      **$ 62,825.87**

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __MIDDLE__ DISTRICT OF __FLORIDA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor  Winn-Dixie Raleigh, Inc. | Case Number 05-03839-3F1 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**FW NC-Shoppes of Kildaire, LLC**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent
Held & Israel
Attn: Edwin W Held Jr., Esq
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
Telephone number  904-398-7038

(+)0494

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE  05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 8722**
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor

Check here ☐ replaces    a previously filed claim, dated _____
if this claim ☐ amends

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other __Real Property Lease__

   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS # _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)      (date)

2. **Date debt was incurred:**
   See Lease Agreement attached

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ _____ see 7, below _____
   (unsecured)   (secured)   (priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)

   Brief Description of Collateral
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral  $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim.**
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority  $ Post-petition accruals
   Specify the priority of the claim  pursuant to lease agreement
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse or child - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA
2005 JUL 29 PM 2:53
RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

| Date 7/28/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  /s/ _____ Attorney & Agent |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

**Winn-Dixie**
**Shoppes of Kildaire**

| | |
|---|---|
| Tenant # | 586395 |
| Lease # | 9005806 |
| Lease Begin Date | 06/12/86 |
| Lease End Date | 06/11/06 |
| Date filed | 02/21/05 |

Pre-Petition rents (prior to 2/21/05)

$ -
$ -

Post Petition rents (2/22/05 - 08/31/05)

| | | |
|---|---|---|
| 7/1/2005 July BASE rent | $ 22,916.67 | |
| 8/1/2005 August BASE rent | $ 22,916.67 | |
| 2005 CAM Rec estimate | $ 7,767.32 | (6/1/05 - 8/31/05) |
| 2005 RET Rec estimate | $ 9,225.21 | (6/1/05 - 8/31/05) |
| | $ 62,825.87 | |

**Total through 8/31/05**          $ 62,825.87