**Winn-Dixie**
**Shoppes of Kildaire**

** Updated 6/4/06 **

| | |
|---|---|
| Tenant # | 586395 |
| Lease # | 9005806 |
| | |
| Lease Begin Date | 06/12/86 |
| Lease End Date | 06/11/06 |
| | |
| Date filed | 02/21/05 |

Pre-Petition rents (prior to 2/21/05)
| | | | |
|---|---|---|---|
| 2005 CAM Reconciliation | $ | 4,490.09 | (1/1/05-2/21/05) |
| 2005 INS Reconciliation | $ | 1,010.29 | (1/1/05-2/21/05) |
| 2005 RET Reconciliation | $ | 4,980.61 | (1/1/05-2/21/05) |
| | $ | 10,480.99 | |

Post Petition rents (2/22/05 - 09/30/05)
| | | | |
|---|---|---|---|
| 2005 CAM Reconciliation | $ | 19,082.86 | (2/22/05 - 9/30/05) |
| 2005 INS Reconciliation | $ | 4,293.72 | (2/22/05 - 9/30/05) |
| 2005 RET Reconciliation | $ | 21,167.60 | (2/22/05 - 9/30/05) |
| | $ | 44,544.18 | |
| | $ | (22,532.77) | Paid by ck # 1392 1/24/06 |
| | $ | 22,011.41 | Balance |

**Total through 6/4/06**          **$   32,492.40**

Exhibit "C"

Shops Kildaire
6/5/2006