UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

Debtors.   Jointly Administered

RESPONSE OF MCW-RC GA HOWELL MILL VILLAGE, LLC
TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) NO LIABILITY
MISCLASSIFIED CLAIMS AND (C) MISCLASSIFIED CLAIMS

MCW-RC GA Howell Mill Village, LLC ("Howell Mill"), by and through its undersigned counsel, responds to the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") and states as follows:

1. On July 29, 2005, Howell Mill timely filed two proofs of claim, each in the amount of $20,599.98, copies of which are attached hereto as Exhibit "A". The proofs of claim are identified as claim nos. 8718 and 8719.

2. On or about May 16, 2006, the Debtors filed the Objection. Howell Mill's proofs of claim are subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to Howell Mill, rather than the $20,599.98 listed on Howell Mill's proofs of claim. The Debtors allege that the lease was sold on September 1, 2005 to Publix Super Markets, Inc. ("Publix"), and in connection with the closing, the Debtors paid cure amounts of $21,112.56, and no other amounts are due.

4. Howell Mill acknowledges receipt of $21,112.56 from the Debtors, however Howell Mill objects to the Debtors' allegation that "no other amount is due."

5. To date, additional cure amounts remain unpaid by the Debtors despite the fact that the closing of the sale of the lease to Publix took place in September, 2005. Howell Mill is still owed $53,312.50 from the Debtors for CAM Reconciliations, Real Estate Taxes Reconciliations, and Insurance Reconciliations for 2005, all of which represent additional cure amounts due and owing. A copy of a spreadsheet detailing the $53,312.50 owed to Howell Mill is attached hereto as Exhibit "B".

6. Howell Mill has informed the Debtors of these additional cure amounts, and has substantiated and re-substantiated the additional amounts due and owing by providing the Debtors and Publix with the backup

documentation relating to the outstanding balance due. To date, Howell Mill has not received any of the $53,312.50.

8. The outstanding balance of $53,312.50 due and owing to Howell Mill from the Debtors represents additional cure amounts which the Debtors should be required to pay Howell Mill forthwith.

9. Howell Mill reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 5 day of June, 2006.

HELD & ISRAEL

By: /s/ Kimberly Held Israel
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

3