**FORM B10** (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __MIDDLE__ DISTRICT OF __FLORIDA__ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor Winn-Dixie Stores, Inc | Case Number 05-03817-3F1 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) MCW-RC GA-Howell Mill Village, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent Held & Israel Attn: Edwin W. Held Jr., Esq. 1301 Riverplace Blvd., Suite 1916 Jacksonville, FL 32207 Telephone number 904-398-7038    408262 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court. | DEBTOR WINN - DIXIE STORES, INC U S BANKRUPTCY COURT M D -FLORIDA JOINTLY ADMINISTERED UNDER CASE 05-03817 (3F1) CHAPTER 11 **CLAIM NO.: 8718** THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor | Check here ☐ replaces     a previously filed claim, dated _____ if this claim ☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other __Real Property Lease-Guaranty__

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** See Lease Agreement attached

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ __20,599.98__ _____ __see 7 below__ __$20,599.98__
                                              (unsecured)     (secured)       (priority)       (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral   $_____

Amount of arrearage and other charges at time case filed included in secured claim if any $_____

**6. Unsecured Nonpriority Claim** $ __20,599.98__

☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $__Post-petition accruals__
Specify the priority of the claim __pursuant to lease agreement__

- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(__)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date 7/28/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) _Uda HH_, Attorney + Agent |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

THIS SPACE IS FOR COURT USE ONLY

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2005 JUL 29 PM 2:52
RECEIVED LOGAN & COMPANY, INC. AS AGENT

**Exhibit "A"**

**Save-Rite**
**Howell Mill**

| | |
|---|---|
| Tenant # | 576939 |
| Lease # | 46429 |
| Lease Begin Date | 01/31/80 |
| Lease End Date | 01/30/10 |
| Date filed bankruptcy | 02/21/05 |

**Pre-Petition rents (prior to 2/21/05)**

| Date | Description | Amount | Period |
|---|---|---|---|
| 01/01/05 | January CAM | $ 138.61 | |
| | January INS | $ 405.00 | |
| 02/01/05 | February CAM | $ 103.96 | (2/1/05 - 2/21/05) |
| | February INS | $ 303.75 | (2/1/05 - 2/21/05) |
| 03/18/05 | 2004 CAM Reconciliation | $ 1,803.65 | (10/1/04 - 12/31/04) |
| 04/05/05 | 2004 RET Reconciliation | $ 5,764.36 | (10/1/04 - 12/31/04) |
| | 2004 RET Reconciliation | $ 3,178.53 | (10/1/04 - 12/31/04) |
| | 2005 CAM Rec estimate | $ 1,256.85 | (1/1/05 - 2/21/05) |
| | 2005 RET Rec estimate | $ 6,952.90 | (1/1/05 - 2/21/05) |
| | 2005 INS Rec estimate | $ 692.38 | (1/1/05 - 2/21/05) |
| | | **$ 20,599.98** | |

**Post Petition rents (2/22/05 - 08/31/05)**

| Date | Description | Amount | Period |
|---|---|---|---|
| 02/01/05 | February CAM | $ 34.65 | (2/22/05 - 2/28/05) |
| | February INS | $ 101.25 | (2/22/05 - 2/28/05) |
| 03/01/05 | March CAM | $ 138.61 | |
| | March INS | $ 405.00 | |
| 04/01/05 | April CAM | $ 138.61 | |
| | April INS | $ 405.00 | |
| 05/01/05 | May CAM | $ 138.61 | |
| | May INS | $ 405.00 | |
| 06/01/05 | June CAM | $ 138.61 | |
| | June INS | $ 405.00 | |
| 07/01/05 | July CAM | $ 138.61 | |
| | July INS | $ 405.00 | |
| 08/01/05 | August BASE rent | $ 17,980.00 | |
| | August CAM | $ 1,035.00 | |
| | August INS | $ 405.00 | |
| | 2005 CAM Rec stimate | $ 4,616.50 | (2/22/05 - 08/31/05) |
| | 2005 INS Rec estimate | $ 2,543.18 | (2/22/05 - 08/31/05) |
| | 2005 RET Rec estimate | $ 25,538.53 | (2/22/05 - 08/31/05) |
| | | **$ 52,661.82** | |

| | |
|---|---|
| **Total through 8/31/05** | **$ 73,261.80** |

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __MIDDLE__ DISTRICT OF __FLORIDA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor Winn-Dixie Montgomery, Inc f/k/a Winn-Dixie Atlanta, Inc | Case Number 05-03837-3F1 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
MCW-RC GA-Howell Mill Village, LLC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent
Held & Israel
Attn Edwin W Held Jr., Esq
1301 Riverplace Blvd, Suite 1916
Jacksonville, FL 32207
Telephone number  904-398-7038

4 0 5 2 6 2

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 8719

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor

Check here ☐ replaces   ☐ amends   a previously filed claim, dated_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  Real Property Lease

   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS # _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. **Date debt was incurred:** See Lease Agreement attached

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 20,599.98 _____ see 7. below  $20,599.98
   (unsecured)    (secured)    (priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other_____

   Value of Collateral  $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. **Unsecured Nonpriority Claim** $ 20,599.98

   ☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim**
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ Post-petition accruals
   Specify the priority of the claim pursuant to lease agreement
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

10. **Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

2005 JUL 29 PM 2:52
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

| Date 7/28/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) [signature], Attorney & Agent |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

**Save-Rite**
**Howell Mill**

| | |
|---|---|
| Tenant # | 576939 |
| Lease # | 46429 |
| Lease Begin Date | 01/31/80 |
| Lease End Date | 01/30/10 |
| Date filed bankruptcy | 02/21/05 |

**Pre-Petition rents (prior to 2/21/05)**

| Date | Description | Amount | Period |
|---|---|---|---|
| 01/01/05 | January CAM | $ 138.61 | |
| | January INS | $ 405.00 | |
| 02/01/05 | February CAM | $ 103.96 | (2/1/05 - 2/21/05) |
| | February INS | $ 303.75 | (2/1/05 - 2/21/05) |
| 03/18/05 | 2004 CAM Reconciliation | $ 1,803.65 | (10/1/04 - 12/31/04) |
| 04/05/05 | 2004 RET Reconciliation | $ 5,764.36 | (10/1/04 - 12/31/04) |
| | 2004 RET Reconciliation | $ 3,178.53 | (10/1/04 - 12/31/04) |
| | 2005 CAM Rec estimate | $ 1,256.85 | (1/1/05 - 2/21/05) |
| | 2005 RET Rec estimate | $ 6,952.90 | (1/1/05 - 2/21/05) |
| | 2005 INS Rec estimate | $ 692.38 | (1/1/05 - 2/21/05) |
| | | **$ 20,599.98** | |

**Post Petition rents (2/22/05 - 08/31/05)**

| Date | Description | Amount | Period |
|---|---|---|---|
| 02/01/05 | February CAM | $ 34.65 | (2/22/05 - 2/28/05) |
| | February INS | $ 101.25 | (2/22/05 - 2/28/05) |
| 03/01/05 | March CAM | $ 138.61 | |
| | March INS | $ 405.00 | |
| 04/01/05 | April CAM | $ 138.61 | |
| | April INS | $ 405.00 | |
| 05/01/05 | May CAM | $ 138.61 | |
| | May INS | $ 405.00 | |
| 06/01/05 | June CAM | $ 138.61 | |
| | June INS | $ 405.00 | |
| 07/01/05 | July CAM | $ 138.61 | |
| | July INS | $ 405.00 | |
| 08/01/05 | August BASE rent | $ 17,980.00 | |
| | August CAM | $ 1,035.00 | |
| | August INS | $ 405.00 | |
| | 2005 CAM Rec stimate | $ 4,616.50 | (2/22/05 - 08/31/05) |
| | 2005 INS Rec estimate | $ 2,543.18 | (2/22/05 - 08/31/05) |
| | 2005 RET Rec estimate | $ 25,538.53 | (2/22/05 - 08/31/05) |
| | | **$ 52,661.82** | |

| | |
|---|---|
| **Total through 8/31/05** | **$ 73,261.80** |