Save-Rite
Howell Mill

**Updated 6/4/06**

| | | |
|---|---|---|
| Tenant # | 576939 | |
| Lease # | 46429 | |
| | | |
| Lease Begin Date | 01/31/80 | |
| Lease End Date | 01/30/10 | |
| | | |
| Date filed bankruptcy | 02/21/05 | |

**Pre-Petition rents (prior to 2/21/05)**

| Date | Description | | Amount | |
|---|---|---|---|---|
| 01/01/05 | January CAM | $ | 138 61 | |
| | January INS | $ | 405 00 | |
| 02/01/05 | February CAM | $ | 103 96 | (2/1/05 - 2/21/05) |
| | February INS | $ | 303 75 | (2/1/05 - 2/21/05) |
| 03/18/05 | 2004 CAM Reconciliation | $ | 7 214 61 | |
| 04/05/05 | 2004 RET Reconciliation | $ | 23 057 43 | |
| | 2004 RET Reconciliation | $ | 12 714 10 | |
| | 2005 CAM Reconciliation | $ | 1,734 82 | (1/1/05 - 2/21/05) |
| | 2005 INS  Reconciliation | $ | (317 62) | (1/1/05 - 2/21/05) |
| | 2005 RET Reconciliation | $ | 4,379.84 | (1/1/05 - 2/21/05) |
| | | $ | 49,734.50 | |
| | | $ | (21,112.56) | Paid by ck # 1392 9/12/05 |
| | | $ | 28,621 94 | Balance |

**Post Petition rents (2/22/05 - 08/31/05)**

| Date | Description | | Amount | |
|---|---|---|---|---|
| 02/01/05 | February CAM | $ | 34 65 | (2/22/05 - 2/28/05) |
| | February INS | $ | 101 25 | (2/22/05 - 2/28/05) |
| 03/01/05 | March CAM | $ | 138 61 | |
| | March INS | $ | 405 00 | |
| 04/01/05 | April CAM | $ | 138 61 | |
| | April INS | $ | 405 00 | |
| 05/01/05 | May CAM | $ | 138 61 | |
| | May INS | $ | 405 00 | |
| 06/01/05 | June CAM | $ | 138 61 | |
| | June INS | $ | 405 00 | |
| 07/01/05 | July CAM | $ | 138 61 | |
| | July INS | $ | 405 00 | |
| 08/01/05 | August CAM | $ | 138 61 | |
| | August INS | $ | 405 00 | |
| | 2005 CAM Reconciliation | $ | 6 372 14 | (2/22/05 - 08/31/05) |
| | 2005 INS  Reconciliation | $ | (1 166 63) | (2/22/05 - 08/31/05) |
| | 2005 RET Reconciliation | $ | 16,087.49 | (2/22/05 - 08/31/05) |
| | | $ | 24,690.56 | |

| | | |
|---|---|---|
| **Total through 6/4/06** | $ | 53,312.50 |

Exhibit "B"

Howell Mill
6/5/2006