**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

June 4, 2006

Ms. Heidi Schuster
6223 W. Forest Home Avenue
Milwaukee, WI 53220

Re:         Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Ms.Schuster:

The Court is in receipt of your letter responding to the objection of your claim.objecting to the Debtors' Notice of Eleventh Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassifed Claims and (c) Misclassified Claims that you filed on June 5, 2006. A hearing on that Notice has been set for June 15, 2006, at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531