# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.　I am of legal age and I am not a party to this action.

2.　I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.　On or about June 2, 2006, I caused copies of:

- the **Order Disallowing (A) Duplicative Claims and (B) Amended and Superseded Claims as Set Forth in the Debtors' Tenth Omnibus Claims Objection**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: June 5, 2006

Kathleen M. Logan

---

[1]　In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Order Disallowing (A) Duplicative Claims and
(B) Amended and Superseded Claims as Set
Forth in the Debtors' Tenth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394070-61<br>ADORNO & YOSS, LLP<br>ATTN GREGORY A VICTOR, PARTNER/VP<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134-6012 | CREDITOR ID: 417116-BB<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN DAMIAN RODRIGUEZ/JOHN FARGNOLI<br>51 MERCEDES WAY<br>EDGEWOOD NY 11747 | CREDITOR ID: 241617-12<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN JOHN FARGNOLI, CR MGR<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 |
| CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344 | CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 399385-99<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 |
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 417109-97<br>ATKINS NUTRITIONALS INC<br>ATTN: BILL VOGTS, DIR, CUST ACCNTG<br>105 MAXESS ROAD, STE N109<br>MELVILLE NY 11747 | CREDITOR ID: 242713-12<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 |
| CREDITOR ID: 406367-MS<br>BATES, JOHN<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 | CREDITOR ID: 420079-ST<br>BATES, JOHN L III<br>100 MOULTRIE PLACE<br>LYNCHBURG VA 24502 | CREDITOR ID: 415973-15<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 |
| CREDITOR ID: 419281-ST<br>BOUTWELL, GILFORD FRANKLIN<br>2388 ASHMORE DR<br>CLEARWATER FL 33763-1645 | CREDITOR ID: 406402-MS<br>BOUTWELL, GLIFORD F<br>2388 ASHMORE DRIVE<br>CLEARWATER FL 33763 | CREDITOR ID: 405932-93<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 |
| CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 403627-94<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 |
| CREDITOR ID: 399662-79<br>CAREERSTAFF UNLIMITED INC<br>ATTN DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE NC 28217 | CREDITOR ID: 246135-12<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL, SC 29731-1164 | CREDITOR ID: 246135-12<br>CITY OF ROCK HILL<br>C/O SPENCER & SPENCER, PA<br>ATTN SUSAN E DRISCOLL, ESQ<br>226 EAST MAIN STREET, STE 200<br>PO BOX 790<br>ROCK HILL SC 29731-0790 |
| CREDITOR ID: 246974-12<br>COOPERATIVE PROPANE INC<br>ATTN JUDY M BRAGG<br>414 TWAIN CURVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 246975-12<br>COOPERATIVE PROPANE MONTGOMERY<br>414 TWAIN CURV<br>MONTGOMERY AL 36117-2210 | CREDITOR ID: 318691-43<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 |
| CREDITOR ID: 251180-12<br>COUNTY OF HAMILTON TRUSTEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS<br>ATTN SCOTT N BROWN JR, ESQ<br>PO BOX 1749<br>CHATTANOOGA, TN 37401-1749 | CREDITOR ID: 240494-06<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | CREDITOR ID: 416870-AV<br>COUNTY OF HILLSBOROUGH, FL<br>OFFICE OF THE FIRE MARSHAL<br>ATTN SHERENE OSBORN, PATIENT ACCTS<br>PO BOX 310398<br>TAMPA FL 33680 |

**SERVICE LIST**
Order Disallowing (A) Duplicative Claims and
(B) Amended and Superseded Claims as Set
Forth in the Debtors' Tenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 422893-ST | CREDITOR ID: 399400-15 | CREDITOR ID: 248135-12 |
| CUTCLIFFE, WILLIAM & MARGARET | DIGITAL 1 STOP | DIGITAL 1 STOP |
| 1033 BROOKSTONE LANE | C/O COFACE NA INC, AGENT | ATTN SCOTT MOSS, VP |
| BIRMINGHAM AL 35235 | ATTN AMY SCHMIDT | 2445 NEVADA AVENUE NORTH |
| | PO BOX 2102 | GOLDEN VALLEY, MN 55427 |
| | CRANBURY NJ 08512 | |
| | | |
| CREDITOR ID: 406005-15 | CREDITOR ID: 248945-12 | CREDITOR ID: 397977-76 |
| EMBUTIDOS PALACIOS USA INC | EMBUTIDOS PALACIOS USA INC | GAMBLE, BRODERICK ET AL |
| C/O S GILLMAN ASSOCIATES | ATTN IVAN SAN MARTIN, VP | 2635 23RD STREET |
| ATTN SEYMOUR GILLMAN, AGENT | 350 NE 75TH ST | TUSCALOOSA, AL 35401 |
| 1700 NORTH DIXIE HIGHWAYM SUITE 150 | MIAMI, FL 33138 | |
| BOCA RATON FL 33432 | | |
| | | |
| CREDITOR ID: 398163-77 | CREDITOR ID: 381794-99 | CREDITOR ID: 406122-97 |
| GAMBLE, BRODERICK ET AL | GENERAL ELECTRIC CAPITAL CORP | GOLDEN FLAKE SNACK FOODS INC |
| C/O C BROOKS  & T BRAXTON | C/O MORITT HOCK HAMROFF ET AL | ATTN MARK MCCUTCHEON, PRES |
| 2705 FOURTH AVENUE S | ATTN LESIE BERKOFF & W NILSON, ESQ | ONE GOLDEN FLAKE DRIVE |
| BIRMINGHAM, AL 35233 | 400 GARDEN CITY PLAZA | BIRMINGHAM AL 35205 |
| | GARDEN CITY NY 11530 | |
| | | |
| CREDITOR ID: 250702-12 | CREDITOR ID: 250702-12 | CREDITOR ID: 250702-12 |
| GOLDEN FLAKE SNACK FOODS, INC | GOLDEN FLAKE SNACK FOODS, INC | GOLDEN FLAKE SNACK FOODS, INC |
| ATTN FREEDA ELLIOTT, CR MGR | C/O SPAIN & GILLON, LLC | C/O STUTSMAN & THAMES, PA |
| ONE GOLDEN FLAKE DRIVE | ATTN WALTER F MCARDLE, ESQ | ATTN NINA LAFLEUR, ESQ. |
| BIRMINGHAM, AL 35205 | 2117 2ND AVENUE NORTH | 121 W FORSYTH STREET, SUITE 600 |
| | BIRMINGHAM AL 35203-3753 | JACKSONVILLE FL 32202 |
| | | |
| CREDITOR ID: 410976-15 | CREDITOR ID: 1395-07 | CREDITOR ID: 1395-07 |
| GREAT OAK, LLC | GREENVILLE GROCERY LLC | GREENVILLE GROCERY LLC |
| BY GE CAPITAL REALTY GROUP INC, AGT | C/O WOMBLE CARLYLE SANDRIDGE & RICE | C/O JP METZ CO, INC |
| C/O MORITT HOCK HAMROFF ET AL | ATTN JEFFREY L TARKENTON, ESQ | ATTN DANIEL MELROD, GP |
| ATTN LESLIE A BERKOFF, ESQ | 1401 EYE STREET NW, 7TH FL | 6931 ARLINGTON ROAD |
| 400 GARDEN CITY PLAZA | WASHINGTON DC 20005 | SUITE 510 |
| GARDEN CITY NY 11530 | | BETHESDA MD 20815 |
| | | |
| CREDITOR ID: 2013-07 | CREDITOR ID: 2013-07 | CREDITOR ID: 402204-90 |
| HALL, WILLIAM H | HALL, WILLIAM H | HARDEN, LAVERN |
| C/O ROBERT A HECKIN LAW OFFICE | 2358 RIVERSIDE AVE | 1312 SORRELS COURT |
| ATTN ROBERT A HECKIN, ESQ | SUITE 701 | JACKSONVILLE FL 32221 |
| 1 SLEIMAN PARKWAY, STE 280 | JACKSONVILLE FL 33204 | |
| JACKSONVILLE FL 32216 | | |
| | | |
| CREDITOR ID: 420529-ST | CREDITOR ID: 252126-12 | CREDITOR ID: 252126-12 |
| HARDEN, LAVERN & CLIFFORD W JT TEN | INDIAN TRAIL SQUARE  LLC | INDIAN TRAIL SQUARE  LLC |
| 1312 SORRELLS CT | STITES & HARBISON, PLLC | C/O DAHLEM REALTY |
| JACKSONVILLE FL 32221 | ATTN NICOLE S BIDDLE, ESQ | 1020 INDUSTRY ROAD, STE 40 |
| | 250 WEST MAIN STREET | LEXINGTON KY 40505 |
| | 2300 LEXINGTON FINANCIAL CENTER | |
| | LEXINGTON KY 40507-1758 | |
| | | |
| CREDITOR ID: 382719-51 | CREDITOR ID: 410902-15 | CREDITOR ID: 2199-07 |
| INFORMATION BUILDERS, INC | JDN REALTY CORPORATION | KING EDWARD, INC FKA |
| ATTN FRANK MOLITOR, VP OF FINANCE | C/O DEVELOPERS DIVERSIFIED REALTY | DRINKARD DEVELOPMENT, INC |
| TWO PENN PLAZA | ATTN ERIC C COTTON, ESQ | ATTN ROY H DRINKARD, PRESIDENT |
| NEW YORK NY 10121 | 3300 ENTERPRISE PARKWAY | PO BOX 996 |
| | PO BOX 228042 | CULLMAN, AL 35056-0996 |
| | BEACHWOOD OH 44122 | |
| | | |
| CREDITOR ID: 2199-07 | CREDITOR ID: 2371-07 | CREDITOR ID: 2371-07 |
| KING EDWARD, INC FKA | LASSITER PROPERTIES INC | LASSITER PROPERTIES INC |
| C/O INZER, HANEY & MCWHORTER, PA | C/O CHAMBERLAIN, HRDLICKA, ET AL | ATTN HERMAN KOOYMANS, CFO |
| ATTN ROBERT D MCWHORTER, JR, ESQ | ATTN JAMES L PAUL, ESQ | 3000 CORPORATE CENTER DR, SUITE 300 |
| 601 BROAD STREET, 2D FL | 191 PEACHTREE STREET NE, 9TH FL | MORROW GA 30260 |
| PO DRAWER 287 | ATLANTA GA 30303 | |
| GADSDEN AL 35902-0287 | | |

## Order Disallowing (A) Duplicative Claims and
## (B) Amended and Superseded Claims as Set
## Forth in the Debtors' Tenth Omnibus Claims Objection

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278912-30<br>LEASA INDUSTRIES, INC<br>C/O SANTOS STOKES LLP<br>ATTN CRAIG A STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 | CREDITOR ID: 278912-30<br>LEASA INDUSTRIES, INC<br>ATTN GEORGE YAP, PRESIDENT<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | CREDITOR ID: 410752-15<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES/M A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 |
| CREDITOR ID: 416843-15<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 382036-36<br>LUIGINO'S INC<br>ATTN SEAN BRENNAN, CR MGR<br>525 LAKE AVENUE SOUTH<br>PO BOX 16630<br>DULUTH MN 55802 |
| CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>C/O FRYBERGER LAW FIRM<br>ATTN SHAWN M DUNLEVY, ESQ<br>302 N SUPERIOR STREET, SUITE 700<br>DULUTH  MN 55802 | CREDITOR ID: 407611-15<br>LUIGINO'S, INC<br>PO BOX 16630<br>DULUTH MN 55816 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 417418-15<br>MCCOOK, RICHARD P<br>1317 CHARTE COURT EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 421821-ST<br>MCCOOK, RICHARD P<br>1317 CHARTED COURT EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 269513-18<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 175475-09<br>MCNALLY, ROSE MARIE C<br>82 RAEMOORE DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 407005-MS<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 |
| CREDITOR ID: 422512-ST<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | CREDITOR ID: 279188-29<br>NDCHEALTH CORPORATION<br>ATTN DUNCAN M HARLE & HA ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329-2010 |
| CREDITOR ID: 380980-47<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | CREDITOR ID: 257177-12<br>NYSE GROUP, INC, FKA<br>NEW YORK STOCK EXCHANGE, INC<br>ATTN IRINA KOGAN-CHAPKO<br>20 BROAD STREET, 8TH FLOOR<br>NEW YORK NY 10005 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O MELAND, RUSSIN, ET AL<br>ATTN JONATHAN R WILLIAMS, ESQ<br>200 S BISCAYNE BLVD, SUITE 3000<br>MIAMI FL 33131 |
| CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 395551-15<br>POST & COURIER, THE<br>C/O SZABO ASSOCIATES INC<br>ATTN MARILYN ZIMMERMAN<br>3355 LENOX ROAD, 9TH FLOOR<br>ATLANTA GA 30326 | CREDITOR ID: 258729-12<br>POST & COURIER, THE<br>ATTN CAL PURVIS, CR MGR<br>134 COLUMBUS ST<br>CHARLESTON, SC 29403-4809 |

SERVICE LIST
Order Disallowing (A) Duplicative Claims and
(B) Amended and Superseded Claims as Set
Forth in the Debtors' Tenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 392385-55
RANDEL, TABARES
C/O JASON G BARNETT, PA
ATTN JASON G BARNETT, ESQ
1132 SE 2ND AVE
FT LAUDERDALE FL 33316

CREDITOR ID: 407152-MS
ROY, JAYSON J
173 EDGEWATER BRANCH DR
JACKSONVILLE FL 32259

CREDITOR ID: 403917-94
ROY, JAYSON J
173 EDGEWATER BRANCH DR
JACKSONVILLE FL 32259

CREDITOR ID: 403228-92
ROYAL OAKS BRANDON, LTD
C/O VERONA LAW GROUP, PA
ATTN JAY B VERONA, ESQ
7235 FIRST AVENUE SOUTH
ST PETERSBURG FL 33707

CREDITOR ID: 269660-19
SHERRILL, MIGNON
C/O BETTS & ASSOCIATES
ATTN DAVID E BETTS, ESQ
140 PEACHTREE STREET NW
ATLANTA GA 30303

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O COZEN O'CONNOR
ATTN JERROLD N POSLUSNY JR, ESQ
457 HADDONFIELD ROAD, SUITE 300
PO BOX 5459
CHERRY HILL NJ 08002-2220

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O SJS REALTY & MANAGEMENT, INC
ATTN STEPHEN CRAVITZ, VP
1110 WYNWOOD AVENUE
CHERRY HILL NJ 08002

CREDITOR ID: 2568-07
SOUTHEAST PARTNERS
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 411292-15
SOUTHWESTERN BELL TELEPHONE, LP
ATTN TRACY VALDEZ, BANKR REP
PO BOX 981268
WEST SACRAMENTO CA 95798

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
BANKRUPTCY SECTION
ATTN CATHY DUBISKY/MICHELLE KENNEDY
PO BOX 6668
TALLAHASSEE FL 32314-6668

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: CHARLES J CRIST, JR, ESQ
THE CAPITOL, PL 01
TALLAHASSEE FL 32399-1050

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
C/O FREDERICK F RUDZIK, ESQ
PO BOX 6668
TALLAHASSEE FL 32314-6668

CREDITOR ID: 416275-15
SUN HEALTHCARE GROUP, INC DBA
CAREERSTAFF UNLIMITED, INC
ATTN REGINA M RIES, ESQ
26 W DRY CREEK CIRCLE, SUITE 600
LITTLETON CO 80120

CREDITOR ID: 407711-15
TAYLON, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PARK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 410715-15
TAYLOR, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 263271-12
TOWER ASSOCIATES LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 410810-15
TOWER CENTER ASSOCIATES, LTD
C/O PEPPER HAMILTON, LLP
ATTN J C CARIGNAN/A SABLE, ESQS
HERCULES PLAZA, SUITE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON DE 19899-1709

CREDITOR ID: 410977-15
WATCH OMEGA HOLDINGS, LP BY
GE CAPITAL REALTY GROUP, INC, AGENT
C/O MORITT HOCK HAMROFF ET AL
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 411026-99
WD GREEN COVE TRUST
C/O HELD & ISRAEL
ATTN EDWIN HELD & ADAM FRISCH, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 411026-99
WD GREEN COVE TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 411024-99
WD JACKSONVILLE TRUST
C/O HELD & ISRAEL
ATTN EDWIN HELD & ADAM FRISCH, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 411024-99
WD JACKSONVILLE TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 411025-99
WD PASCO TRUST
C/O HELD & ISRAEL
ATTN E HELD/A FRISCH, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 411025-99
WD PASCO TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
11 PIEDMONT CENTER, SUITE 900
ATLANTA GA 30305

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 407390-MS
WOOTEN, SONNY R
108 LOUTHIAN WAY
BLYTHEWOOD SC 29016

**SERVICE LIST**
**Order Disallowing (A) Duplicative Claims and**
**(B) Amended and Superseded Claims as Set**
**Forth in the Debtors' Tenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 422341-ST
WOOTEN, SONNY R
108 LOUTHIAN WAY
BLYTHEWOOD SC 29016-8329

CREDITOR ID: 402089-15
YELLOW TRANSPORTATION, INC
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES
PO BOX 5126
TIMONIUM MD 21094

        **Total:   110**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER DISALLOWING (A) DUPLICATE CLAIMS AND
### (B) AMENDED AND SUPERSEDED CLAIMS AS SET FORTH
### IN THE DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 1, 2006, upon the Tenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B (the "Disputed Claims").[2] One response was filed to the Objection, as a result of which the Debtors have agreed to continue the Objection with respect to claim no. 581 filed by Digital 1 Stop. The Debtors have withdrawn without prejudice their objection to claim no. 7269 filed by Greenville Grocery, LLC, which claim has been removed from Exhibit B. Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1.     The Objection is sustained.

2.     The Duplicate Claims listed on Exhibit A are disallowed in their entirety.

3.     The Amended Claims listed on Exhibit B are disallowed in their entirety.

4.     The hearing to consider the Objection with respect to Digital 1 Stop is continued until further order of the Court upon the motion of any party in interest.

5.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.      This Order is without prejudice to the Debtors' right to object

to any other proofs of claim or interests filed in these chapter 11 cases, including the

Remaining Claims identified on Exhibits A and B.

Dated this ____ day of June, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 417116**<br>ADP INVESTOR COMMUNICATION SERVICES<br>ATTN DAMIAN RODRIGUEZ/JOHN FARGNOLI<br>51 MERCEDES WAY<br>EDGEWOOD NY 11747 | 2876<br>**Debtor:** WINN-DIXIE STORES, INC. | 13064 | $2,567.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416674**<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344<br><br>Counsel: ATTN MARIE A MATTOX, ESQ | 12586<br>**Debtor:** WINN-DIXIE STORES, INC. | 12739 | $75,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 419281**<br>BOUTWELL, GILFORD FRANKLIN<br>2386 ASHMORE DR<br>CLEARWATER FL 33763-1645 | 6979<br>**Debtor:** WINN-DIXIE STORES, INC. | 13154 | $189,014.97 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN FOR $114,672 AND CLAIM NUMBER 6980 FOR $74,342.97 FOR A TOTAL OF $189,014.97. |
| **Creditor Id: 403627**<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 5927<br>**Debtor:** WINN-DIXIE STORES, INC. | 6054 | $116,533.29 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 405448**<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | 5926<br>**Debtor:** WINN-DIXIE STORES, INC. | 6055 | $177,403.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249975**<br>COOPERATIVE PROPANE MONTGOMERY<br>414 TWAIN CURV<br>MONTGOMERY AL 36117-2210 | 9272<br>**Debtor:** WINN-DIXIE STORES, INC. | 10094 | $3,173.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422863**<br>CUTCLIFFE, WILLIAM & MARGARET<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | 12993<br>**Debtor:** WINN-DIXIE STORES, INC. | 12984 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 398163**<br>GAMBLE, BRODERICK ET AL<br>C/O C BROOKS & T BRAXTON<br>2705 FOURTH AVENUE S<br>BIRMINGHAM, AL 35233 | 6373<br>Debtor: **WINN-DIXIE STORES, INC.** | 11365<br>**WINN-DIXIE STORES, INC.** | $300,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 421821**<br>MCCOOK, RICHARD P<br>1317 CHARTED COURT EAST<br>JACKSONVILLE FL 32225 | 12941<br>Debtor: **WINN-DIXIE STORES, INC.** | 13006<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269513**<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>Debtor: **WINN-DIXIE STORES, INC.** | 3732<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269513**<br>MCNALLY, ROSE MARIE<br>82 RAEMOOR DRIVE<br>PALM COAST FL 32164 | 3729<br>Debtor: **WINN-DIXIE STORES, INC.** | 3741<br>**WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422512**<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | 12299<br>Debtor: **WINN-DIXIE STORES, INC.** | 13149<br>**WINN-DIXIE STORES, INC.** | $230,254.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256911**<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: **WINN-DIXIE STORES, INC.** | 9446<br>**WINN-DIXIE STORES, INC.** | $42,807.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403917**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11843<br>Debtor: **WINN-DIXIE STORES, INC.** | 12771<br>**WINN-DIXIE STORES, INC.** | $20,450.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407152**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 11842<br>Debtor: WINN-DIXIE STORES, INC. | 12770 | $19,540.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269860**<br>SHERRILL, MIGNON<br>C/O BETTS & ASSOCIATES<br>ATTN DAVID E BETTS, ESQ<br>140 PEACHTREE STREET NW<br>ATLANTA GA 30303 | 9861<br>Debtor: WINN-DIXIE STORES, INC. | 11322 | $150,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410715**<br>TAYLOR, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>9000 BROWNSBORO PK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 7319<br>Debtor: WINN-DIXIE STORES, INC. | 9527 | $12,005.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 422341**<br>WOOTEN, SONNY R<br>106 LOUTHIAN WAY<br>BLYTHEWOOD SC 29016-8329 | 12271<br>Debtor: WINN-DIXIE STORES, INC. | 13174 | $226,422.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Total Claims to be Disallowed:       18
Total Amount to be Disallowed:   $1,566,171.65     Plus Unliquidated Amounts, if Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  394070**<br>ADORNO & YOSS, LLP<br>ATTN GREGORY A VICTOR, PARTNER/VP<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI,  FL  33134-6012 | **13164**<br>Debtor: | $192,284.61<br>**WINN-DIXIE STORES, INC.** | 5587 | $204,003.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399385**<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH  NY  11803 | **12845**<br>Debtor: | $436,606.14<br>**WINN-DIXIE RALEIGH, INC.** | 9123 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399385**<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH  NY  11803 | **12844**<br>Debtor: | $436,606.14<br>**WINN-DIXIE STORES, INC.** | 9124 | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  242713**<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY  11779 | **11535**<br>Debtor: | $141,625.99<br>**WINN-DIXIE STORES, INC.** | 7439 | $68,367.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  420079**<br>BATES, JOHN L III<br>100 MOULTRIE PLACE<br>LYNCHBURG  VA  24502 | **7136**<br>Debtor: | $20,819.00<br>**WINN-DIXIE STORES, INC.** | 13120 | $20,819.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE  SC  29603 | **12965**<br>Debtor: | $488,218.50<br>**WINN-DIXIE STORES, INC.** | 11983 | $545,978.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 405932**<br>BOYD, WAYNE<br>332 GIRARD STREET<br>BAIRD TX 79504 | 6817 | $322,442.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 4575 | $291,250.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399662**<br>CAREERSTAFF UNLIMITED INC<br>ATTN DAREN A YORK, AREA MGR<br>207 REGENCY EXECUTIVE PARK, STE 230<br>CHARLOTTE NC 28217 | 12254 | $4,216.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 2023 | $1,836.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246135**<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL, SC 29731-1164<br><br>Counsel: ATTN SUSAN E DRISCOLL, ESQ | 12902 | $86,188.21<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 8915 | $169,081.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 12927 | $80,078.12<br>Debtor: **WINN-DIXIE STORES, INC.** | 2406 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 12927 | $80,078.12<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | 2407 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 251180**<br>COUNTY OF HAMILTON TRUSTEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS<br>ATTN SCOTT N BROWN JR, ESQ<br>PO BOX 1749<br>CHATTANOOGA, TN 37401-1749 | 12950 | $15,431.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 4206 | $28,398.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 240494**<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA  FL  33610 | 12466 | $282.00<br>Debtor:  WINN-DIXIE STORES, INC. | 1055 | $135.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406005**<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON  FL  33432 | 8785 | $5,584.75<br>Debtor:  WINN-DIXIE STORES, INC. | 2856 | $6,002.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381784**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 13049 | $295,146.30<br>Debtor:  WINN-DIXIE STORES, INC. | 10711 | $48,053.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250702**<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL  35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832 | $543,188.43<br>Debtor:  WINN-DIXIE STORES, INC. | 1267 | $502,358.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410976**<br>GREAT OAK, LLC<br>BY GE CAPITAL REALTY GROUP INC, AGT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 12443 | $8,975.08<br>Debtor:  WINN-DIXIE STORES, INC. | 10252 | $1,179.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 2013<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904 | $10,875.20<br>Debtor: WINN-DIXIE STORES, INC. | 8565 | $10,875.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 402204<br>HARDEN, LAVERN<br>1312 SORRELS COURT<br>JACKSONVILLE FL 32221 | 12988 | $39,952.28<br>Debtor: WINN-DIXIE STORES, INC. | 1257 | $44,708.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 252126<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | 12835 | $482,630.80<br>Debtor: WINN-DIXIE STORES, INC. | 9136 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 252126<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | 12834 | $482,630.80<br>Debtor: WINN-DIXIE RALEIGH, INC. | 9137 | $78,380.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 382719<br>INFORMATION BUILDERS, INC<br>ATTN FRANK MOLITOR, VP OF FINANCE<br>TWO PENN PLAZA<br>NEW YORK NY 10121 | 12932 | $38,760.80<br>Debtor: WINN-DIXIE STORES, INC. | 7005 | $272,069.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410902<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12187 | $30,453.10<br>Debtor: WINN-DIXIE STORES, INC. | 10067 | $8,947.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 2199**<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 | 12917 | $302,500.00<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10712 | $2,239,359.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ROBERT D MCWHORTER, JR, ESQ | | | | | |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | 12327 | $468,351.10<br>Debtor: WINN-DIXIE STORES, INC. | 10890 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAMES L PAUL, ESQ | | | | | |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | 12326 | $413,183.81<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 10891 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAMES L PAUL, ESQ | | | | | |
| **Creditor Id: 278912**<br>LEASA INDUSTRIES, INC<br>ATTN GEORGE YAP, PRESIDENT<br>2450-2460 NW 76 STREET<br>MIAMI, FL 33147 | 11835 | $7,567.40<br>Debtor: WINN-DIXIE STORES, INC. | 1391 | $105,962.85 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CRAIG A STOKES, ESQ | | | | | |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | 12408 | $73,161.67<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 7353 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |
| **Creditor Id: 410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | 12409 | $73,161.67<br>Debtor: WINN-DIXIE STORES, INC. | 7354 | $72,010.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SALLY BUSSELL FOX, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 381760**<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 | 1886 | $500,000.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 130 | $2,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST<br>FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALESM A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 | 12956 | $225,750.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 9567 | $1,891,995.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410752**<br>LIFTER, BENNETT M, TTEE, WAIKIKI<br>PARTNRSHP OF D&H LIFTER TRUST<br>FUNDS<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALESM A BEN-EZRA, ESQS<br>951 NE 167TH STREET, SUITE 204<br>N MIAMI BEACH FL 33162 | 12972 | $328,543.56<br>Debtor: **WINN-DIXIE STORES, INC.** | 12956 | $225,750.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416843**<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12326 | $413,183.81<br>Debtor: **WINN-DIXIE STORES, INC.** | 12391 | $440,093.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382036**<br>LUIGINO'S INC<br>ATTN SEAN BRENNAN, CR MGR<br>525 LAKE AVENUE SOUTH<br>PO BOX 16630<br>DULUTH MN 55802 | 4585 | $348,291.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 1021 | $395,340.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 255884**<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324 | $285,581.19<br>Debtor: WINN-DIXIE STORES, INC. | 6184 | $6,676.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279188**<br>NDCHEALTH CORPORATION<br>ATTN DUNCAN M HARLE & HA ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329-2010<br><br>Transferee: AMROC INVESTMENTS LLC | 11767 | $138,074.64<br>Debtor: WINN-DIXIE STORES, INC. | 300 | $74,107.73 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 380980**<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | 11898 | $64,121.40<br>Debtor: WINN-DIXIE STORES, INC. | 2177 | $64,112.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257177**<br>NYSE GROUP, INC, FKA<br>NEW YORK STOCK EXCHANGE, INC<br>ATTN IRINA KOGAN-CHAPKO<br>20 BROAD STREET, 8TH FLOOR<br>NEW YORK NY 10005 | 13163 | $20,612.00<br>Debtor: WINN-DIXIE STORES, INC. | 6747 | $143,529.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258574**<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134<br><br>Counsel: ATTN JONATHAN R WILLIAMS, ESQ | 12930 | $31,613.60<br>Debtor: WINN-DIXIE STORES, INC. | 2563 | $23,799.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 395551**<br>POST & COURIER, THE<br>C/O SZABO ASSOCIATES INC<br>ATTN MARILYN ZIMMERMAN<br>3355 LENOX ROAD, 9TH FLOOR<br>ATLANTA GA 30326 | 2687 | $5,030.15<br>Debtor: WINN-DIXIE RALEIGH, INC. | 328 | $5,722.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 392365**<br>RANDEL TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE FL 33316 | 11303 | $100,000.00<br>Debtor: WINN-DIXIE STORES, INC. | 9197 | $100,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403228**<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 | 11865 | $332,057.02<br>Debtor: WINN-DIXIE STORES, INC. | 10574 | $322,865.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403228**<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 | 12078 | $432,057.02<br>Debtor: WINN-DIXIE STORES, INC. | 11865 | $332,057.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406147**<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002 | 12802 | $33,051.91<br>Debtor: WINN-DIXIE STORES, INC. | 3397 | $25,741.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Counsel: ATTN JERROLD N POSLUSNY JR, ESQ

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 11810 | $36,153.74<br>Debtor: WINN-DIXIE STORES, INC. | 7964 | $28,360.57 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411292**<br>SOUTHWESTERN BELL TELEPHONE, LP<br>ATTN TRACY VALDEZ, BANKR REP<br>PO BOX 981268<br>WEST SACRAMENTO CA 95798 | 13037 | $1,077.97<br>Debtor: WINN-DIXIE STORES, INC. | 11631 | $1,114.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12959 | $197,110.55<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 11295 | $197,914.84 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12548 | $300,586.64<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 11298 | $296,229.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12958 | $906,517.18<br>Debtor: WINN-DIXIE STORES, INC. | 12550 | $912,257.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 13065 | $674,545.33<br>Debtor: **WINN-DIXIE STORES, INC.** | 12958 | $906,517.18 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12894 | $0.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 10834 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12895 | $0.00<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 10881 | $27,286.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410810**<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 | 11749 | $362,923.39<br>Debtor: **WINN-DIXIE STORES, INC.** | 10634 | $304,307.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410977**<br>WATCH OMEGA HOLDINGS, LP BY<br>GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 12891 | $6,158.92<br>Debtor: **WINN-DIXIE STORES, INC.** | 10253 | $1,064.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  411026**<br>WD GREEN COVE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE  FL  32207 | 13023 | $6,267.81 | 10384 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor:  **WINN-DIXIE STORES, INC.** | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id:  411024**<br>WD JACKSONVILLE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE  FL  32207 | 13022 | $9,925.85 | 10383 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor:  **WINN-DIXIE STORES, INC.** | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id:  411025**<br>WD PASCO TRUST<br>C/O HELD & ISRAEL<br>ATTN E HELDIA FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 13024 | $9,109.95 | 10415 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor:  **WINN-DIXIE STORES, INC.** | | | | | |
| Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | | | | | |
| **Creditor Id:  265010**<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC  29202 | 12222 | $434,028.35 | 11815 | $428,169.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor:  **WINN-DIXIE STORES, INC.** | | | | | |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | | |
| **Creditor Id:  402089**<br>YELLOW TRANSPORTATION, INC<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM  MD  21094 | 11837 | $1,467.02 | 883 | $947.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor:  **WINN-DIXIE STORES, INC.** | | | | | |

**Total Claims to be Disallowed:**  59

**Total Amount to be Disallowed:**  $14,096,724.23          Plus Unliquidated Amounts, if Any