"Cleveland County
Grows Greater"

311 EAST MARION STREET ROOM 134

P.O. BOX 370 SHELBY, NORTH CAROLINA 28151

FILED
JACKSONVILLE
FLORIDA

TAX COLLECTOR
704/484-4843

2006 JUN -5 A 9: 34

US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

June 2, 2006

OVERNIGHT DELIVERY

Clerk of Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re:  Winn-Dixie Stores, Inc., et al
     Case No: 05-03817-3F1
     Middle District of Florida, Jacksonville Division

Dear Sirs:

Please be advised that I am the Tax Collector for Cleveland County (Cleveland County, North Carolina – page 11 of 33 of the Exhibit "A"). I am writing to object to the Debtor's Motion for Determining Tax Liabilities that was filed on May 16, 2006.

I object because I believe the assessed value that was performed by the Cleveland County Tax Assessor was accurate for 2004 and 2005. For 2005, the Winn-Dixie Store located in Shelby, NC was still in operation on January 1, 2005, and its personal property should be appraised and assessed uniformly and equitably with other operating grocery stores. In addition the 2004 assessed values should not be affected for a bankruptcy case that was not filed until February, 2005.

For these reasons, the Cleveland County Tax Collector respectfully objects to the Debtor's motion to reduce tax liabilities owed to Cleveland County and therefore requests the tax values to remain the same as those filed by Cleveland County.

Sincerely,

Linda Wiggins
CLEVELAND COUNTY TAX COLLECTOR

/lw
cc:  Cynthia C. Jackson          VIA FAX NUMBER: 904-359-7708
     225 Water Street, Suite 1800
     Jacksonville, Florida 32202