# EXHIBITS A,B, AND C ARE VOLUMINOUS AND CAN BE VIEWED AT THE CLERKS OFFICE