UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
JUN 05 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                    )
                                          )   Case No. 05-03817-3F1
WINN-DIXIE STORE, INC., et al.,           )
                                          )   Chapter 11
Debtors.                                  )
                                          )   Jointly Administered

CREDITOR'S OBJECTION TO THE DEBTORS'
SECOND OMNIBUS OBJECTION TO TAX CLAIMS
AND
DEBTORS' MOTION FOR ORDER DETERMINING TAX LIABILITIES

Now comes, the County of Rutherford, North Carolina, a governmental entity, and hereby files this objection to the Debtors' objection to its proof of claim for personal property taxes due to the governmental entity and to Debtors' motion for an order of the Court determining the Debtors' tax liability for the real and personal property located within Rutherford County, North Carolina which is identified on the Exhibit B attached to the Debtors' Objection.

### Background

1. The County of Rutherford, North Carolina, is a governmental entity which has a claim for post petition tax liability against the Debtors for ad valorem personal property taxes and shown as balances due on Exhibit A for account number 4157702 in the amount of $1,812.61 and $2,006.99 as of June 2, 2006.

### Relief Requested

2. The County of Rutherford objects to the adopting of a reduced revised assessed value of the personal property which is within the jurisdiction of Rutherford County, North Carolina, in that the assessed value asserted in the Rutherford County tax claim is fair and accurate and within the standard set out for North Carolina as shown on Exhibit C attached to the Debtors' Objection and Motion. Not only were the values for the 2004 and 2005 tax years determined in compliance with North Carolina law, the values were actually based upon documentation submitted by the Debtors as "the Taxpayer's Estimate of Fair Market Value".

3. The time within which to appeal the 2004 tax year valuation expired well before the filing of the bankruptcy petition in this matter and the Debtors attempted to challenge the value for the 2005 tax year by letter dated August 5, 2005 but not received by the Rutherford County Tax Assessor's office until September 19, 2005. The letter was not submitted in a timely manner and therefore the request for re-evaluation was denied.

4. In addition, the Debtors appear to base their alternate valuation on a generalized review of all of the Debtors assets in Ohio, North Carolina and South Carolina by Assessment Technologies, Ltd. There is no evidence submitted which indicates that there has been an actual appraisal of the personal or real property within the jurisdiction of Rutherford County, North Carolina. There is inadequate substantiation of the alternate values asserted.

5. Furthermore, the County of Rutherford objects to the Debtors request that the court determine the value of the real property in Rutherford County in that the real property is not owned by the Debtors and there is no evidence that any Lease by the Debtors of the real property required the reimbursement of ad valorem taxes paid or that the Debtors had a right to challenge the real property tax valuation. The tax records of the County of Rutherford indicate that the ad valorem taxes on the real property were paid by the owner of the real property, South Broadway Corporation, and that the tax value was not challenged. The cases cited by the Debtors on the issue of the Court's right to set alternate valuation deal only with the property owned by the Debtors and does not extend to property owned by a third party. There is no such precedent for an extension of the Court's jurisdiction to property owned by a third party.

6. In addition, the County of Rutherford objects to the Debtors' request to offset current tax liability with prior tax payments made for the year 2004 in that payments listed to be used as offset were all paid prior to the filing of the bankruptcy petition in this matter on February 21, 2005. The request for the right of offset is actually a refund which requires that the Debtors follow the procedures of state law. The court in In re MCORP Financial, Inc., 216 B.R. 596 (Bankr. S.D. Tex. 1196) citing the court in 150 North Street Assoc. L.P. v. City of Pittsfield, 184 B. R. 1 (Bankr. D. Mass. 1995) states that a pre-petition tax payment is a debt which must be contested by the taxpayer in the manner prescribed by state law. A post petition tax payment differs from a pre-petition tax payment, in that the estate pays its taxes as claims and the claims are subject to the claims adjustment procedures of the Bankruptcy Code. The tax payments to be utilized as offset for current tax payments due were all made pre-petition, (see Exhibit A attached hereto). Therefore the Debtors have no right of setoff and must apply for a refund in the manner required by state law.

WHEREFORE, the County of Rutherford hereby respectfully requests that the Court deny the Debtors' motion in its entirety and allow the claim of the County of Rutherford to stand as shown on Exhibit A attached hereto without any modification to tax valuation, tax liability amount or any offset to the amount of the claim or interest due.

Respectfully submitted this the 2nd day of June, 2006.

*Elizabeth J. Miller*
Elizabeth T. Miller,
Attorney for Rutherford County
346 North Main Street
PO Box 800
Rutherfordton, NC 28139
Telephone: 828-286-8222
Facsimile: 828-286-8229

Exhibit A



# Rutherford County Tax Collector
## 229 North Main Street, Suite 101A
## Post Office Box 143, Rutherfordton, NC 28139

```
================================================================================
  Bill Nbr: 04A4157702.04           Bill Date: 07/26/04     Bill
Status: C
    Account: 4157702    WINN DIXIE CHARLOTTE INC #2068      Bill
Class: BP
   Desc/Loc: OTHER INVENTORY and others                     Bill
Type: R
  Parcel ID: 41-57702
Map/Blk/Lt:                District: 04 COOL SPRINGS        Tax
Year(s): 04
Real Value:            0
Pers Value:      203,960    Principal:              0.00
Exemptions:            0    Interest:               0.00    as of 06/02/06
Deferments:            0    Bal Due:                0.00

Ln Eff Date: Trans:         Amount:    Paid By:
Reference:
 1 08/25/04  COUNTER       1,780.57-  WINN DIXIE CHARLOTTE INC
AM*04*238*28.1

================================================================================
  Bill Nbr: 05A4157702.04           Bill Date: 07/19/05     Bill
Status: C
    Account: 4157702    WINN DIXIE CHARLOTTE INC #2068      Bill
Class: BP
   Desc/Loc: OTHER INVENTORY and others                     Bill
Type: R
  Parcel ID: 41-57702
Map/Blk/Lt:                District: 04 COOL SPRINGS        Tax
Year(s): 05
Real Value:            0
Pers Value:      186,310    Principal:          1,714.05
Exemptions:            0    Interest:              98.56    as of 06/02/06
Deferments:            0    Bal Due:            1,812.61

Ln Eff Date: Trans:         Amount:    Paid By:
Reference:

================================================================================
  Bill Nbr: 04A12141608.12          Bill Date: 07/26/04     Bill
Status: C
    Account: 12141608   WINN DIXIE CHARLOTTE INC #2067      Bill
Class: BP
   Desc/Loc: OTHER INVENTORY and others                     Bill
Type: R
  Parcel ID: 12-14160
Map/Blk/Lt:                District: 12 RUTHERFORDTON       Tax
Year(s): 04
Real Value:            0
Pers Value:      176,490    Principal:              0.00
Exemptions:            0    Interest:               0.00    as of 06/02/06
Deferments:            0    Bal Due:                0.00

Ln Eff Date: Trans:         Amount:    Paid By:
Reference:
 1 08/25/04  COUNTER       1,900.26-  WINN DIXIE CHARLOTTE INC
AM*04*238*28
             Discount         58.77-
```

```
=========================================================================
    Bill Nbr: 05A12141608.12            Bill Date: 07/19/05    Bill
Status: C
       Account: 12141608  WINN DIXIE CHARLOTTE INC #2067       Bill
Class: BP
      Desc/Loc: OTHER INVENTORY and others                     Bill
Type: R
     Parcel ID: 12-14160
   Map/Blk/Lt:                District: 12 RUTHERFORDTON       Tax
Year(s): 05
Real Value:            0
Pers Value:      163,610      Principal:      1,897.86
Exemptions:            0       Interest:        109.13    as of 06/02/06
Deferments:            0        Bal Due:      2,006.99

Ln Eff Date: Trans:          Amount:   Paid By:
```

```
    Bill Nbr: 05A0430047                Bill Date: 07/19/05    Bill
Status: C
       Account: 4147106   SOUTH BROADWAY CORP                  Bill
Class: RR
      Desc/Loc: 664/668 S BROADWAY                             Bill
Type: R
     Parcel ID: 04-30047
   Map/Blk/Lt: 230 1 9 A    District: 04 COOL SPRINGS          Tax
Year(s): 05
Real Value:    1,359,800
Pers Value:                   Principal:          0.00
Exemptions:            0       Interest:          0.00    as of 06/02/06
Deferments:            0        Bal Due:          0.00

Ln Eff Date: Trans:          Amount:   Paid By:
Reference:
 1 01/04/06  COUNTER        12,510.16-  SOUTH BROADWAY CORP
AL*06*04*95.2
 2
=========================================================================
    Bill Nbr: 04A0430047                Bill Date: 07/26/04    Bill
Status: C
       Account: 4147106   SOUTH BROADWAY CORP                  Bill
Class: RR
      Desc/Loc: 664/668 S BROADWAY                             Bill
Type: R
     Parcel ID: 04-30047
   Map/Blk/Lt: 230 1 9 A    District: 04 COOL SPRINGS          Tax
Year(s): 04
Real Value:    1,359,800
Pers Value:                   Principal:          0.00
Exemptions:            0       Interest:          0.00    as of 06/02/06
Deferments:            0        Bal Due:          0.00

Ln Eff Date: Trans:          Amount:   Paid By:
Reference:
 1 09/24/04  COUNTER        12,238.20-  SOUTH BROADWAY CORP
AB*04*267*30.3
 2
 3
 4
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORE, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the attached Creditor's Objection to the Debtor's Second Omnibus Objection to Tax Claims and Debtor's Motion for Order Determining Tax Liabilities in the above-entitled action upon all other parties to this cause by emailing and by depositing a copy hereof in a post paid wrapper in a post office or official depository under the exclusive care of the United States Post Office Department, properly addressed to the attorney or attorneys for said party as follows:

Skadden, Arps, Slate, Meagher
& Flom, LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
djbaker@skadden.com

Smith Hulsey & Busey
Stephen D. Busey
James H. Post
Cynthia C. Jackson, F.B.N. 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
cjackson@smithhulsey.com

Clerk of the Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

This the 2nd day of June, 2006.

*/s/ Elizabeth J. Miller*
Elizabeth T. Miller, Attorney for Rutherford County
NANNEY, DALTON & MILLER, L.L.P.
346 North Main Street, Post Office Box 800
Rutherfordton, North Carolina 28139
Telephone: (828) 286-8222, Facsimile: (828) 286-8229