UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA

IN RE:
WINN-DIXIE STORES, INC ETAL                    CASE NUMBER: 3-05-BK-3817
    Debtor

AMENDED
**RESPONSE TO DEBTOR'S MOTION TO RECLASSIFY CLAIM NUMBER 1167**

    Comes now WEINACKER'S SHOPPING CENTER, LLC , by and through its attorney, Barry A Friedman and would show unto the Court as follows:

1. Weinacker's Shopping Center, LLC filed Claim Number: 1167 on May 9, 2005 as secured in the amount of $31818.58 which represents the Debtor's pro rata share of the real estate taxes for the years 2003- 2004 as provided for in their lease.

2. This amount is still outstanding and is in abeyance as the lease in question has not yet been assumed or rejected as the Court has continued the deadline on numerous occasions, the lastest being by Order entered on March 9, 2006 which extended this deadline to the date upon which the Plan of Reorganization becomes effective.

3. On February 27, 2006, Weinacker's Shoppin g Center, LLC amended its Claim to include the unpaid portion of the taxes due for the years, 2004-2005, which Claim was assigned the number 12949, but this Amended Claim does not appear to be a subject of the Debtor's Motion to Reclassify.

4. Weinacker's Shopping Center, LLC maintains that its Claim is due to be treated either as an Unsecured Claim if the lease is rejected or an Administrative Claim if the lease is assumed and in this latter scenerio, the debt must be cured and paid in full.

5. Weinacker's Shopping Center, LLC maintains that as to the claim listed, which is only Claim Number 1167, the objection is premature and inappropriate.

6. Weinacker's Shopping Center, LLC maintains that it has now had to incurr unnessary fees and expenses and requests that they be taxed against the Debtor and that they be paid immediately upon an Order being issued by the Court.

    \s\ BARRY A FRIEDMAN
    BARRY A FRIEDMAN
    Attorney for Movant
    Post Office Box 2394
    Mobile, Alabama 36652
    Telephone: 251-439-7400

CERTIFICATE OF SERVICE

    I, the undersigned authority, hereby certify that I have on this 1st day of June, 2006, served a copy of the foregoing on Debtor's Attorney's, Skadden, Arps, Slate, Meagher & Flom, LLP, Attn: D J Baker, Four Times Square, New York, New York, 10036, by via e-mail at djbaker@skadden.com and via facsimile sent to 917-777-2150 .

                                         \S\ BARRY A FRIEDMAN
                                         BARRY A FRIEDMAN