**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |
| ) | |

**DEBTORS' MOTION FOR ORDER APPROVING STIPULATION
WITH SYLVANIA LIGHTING SERVICES CORP.**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the court will consider this motion without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your respond with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.

If you do not file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") move the Court for the entry of an order approving the Stipulation (A) Allowing Claims of Sylvania Lighting Services Corp. and (B) Disallowing Reclamation Claim of Sylvania Lighting Services Corp. (the "Stipulation") attached as Exhibit A.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If no objection to the proposed Stipulation is filed and served within the time as set forth above, the Court will be requested to enter an order in the form attached as Exhibit B without further notice or hearing.

Dated: June 6, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By  *s/ James H. Post*  <br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### STIPULATION (A) ALLOWING CLAIMS OF SYLVANIA LIGHTING SERVICES CORP. AND (B) DISALLOWING RECLAMATION CLAIM OF SYLVANIA LIGHTING SERVICES CORP.

Sylvania Lighting Services Corp. ("Sylvania"), by and through its counsel, and Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, on February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

WHEREAS, Sylvania is a Delaware corporation which is a party to an Energy Services Contract dated January 3, 2000, which was extended until December 31, 2005 via a letter agreement dated August 15, 2003 (collectively the "Contract"), by and between Sylvania and Winn-Dixie Stores, Inc. and certain affiliates and subsidiaries of Winn-Dixie Stores, Inc.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

WHEREAS, on or about July 19, 2005, Sylvania filed three proofs of claim as follows: (a) an unsecured non-priority claim against Winn-Dixie Montgomery, Inc. in the amount of $435,450.34 ("Claim No. 6862"); (b) an unsecured non-priority claim against Winn-Dixie Stores, Inc. in the amount of $796,884.72 ("Claim No. 6863"); and (c) an unsecured non-priority claim against Winn-Dixie Raleigh, Inc. in the amount of $234,653.88 ("Claim No. 6864"). Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(4), Claim Nos. 6862 through 6864 superseded three scheduled claims of Sylvania, which totaled $1,147,583.42 (the "Scheduled Amount").

WHEREAS, subsequent to the Petition Date, Sylvania made a reclamation demand claim in the amount of $105,000 (the "Reclamation Claim").

WHEREAS, the Debtors have investigated Claim Nos. 6862 through 6864 and have verified that the Scheduled Amount is in error and that Claim Nos. 6862 through 6864 contain the correct amount of Sylvania's claim.

WHEREAS, Sylvania has investigated its Reclamation Claim and has determined it is in error and that the Reclamation Claim should be disallowed.

NOW, THEREFORE, the Debtors and Sylvania stipulate and agree as follows:

1. Claim Nos. 6862, 6863 and 6864 are allowed as filed.

2. The Reclamation Claim is disallowed in its entirety.

WHEREFORE, Sylvania and the Debtors request that this Court issue an Order approving this Stipulation.

Dated: May 22nd, 2006

SYLVANIA LIGHTING SERVICES CORP.
By its attorneys

HOWARD, SOLOCHEK & WEBER, S.C.

By *[signature]*
Albert Solochek, Esq.
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
(414) 272-0760 (Telephone)
(414) 272-7265 (Facsimile)

WINN DIXIE STORES, INC. ET.AL.
By its attorneys

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By *[signature]*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By  /s/ James H. Post

Stephen D. Busey
James H. Post
Cynthia C. Jackson,
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |

## ORDER GRANTING DEBTORS' MOTION TO APPROVE STIPULATION WITH SYLVANIA LIGHTING SERVICES CORP.

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order approving a stipulation with Sylvania Lighting Services Corp. (the "Motion"). The Court finds that (i) the Motion was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Stipulation with Sylvania Lighting Services Corp. attached to the Motion is approved.

Dated this ____ day of June, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.