# EXHIBIT A

4354576

62A500 (10-03)

Commonwealth of Kentucky
REVENUE CABINET
Department of Property Valuation
Division of State Valuation
200 Fair Oaks Lane, Station 32
Frankfort, KY 40620

# TANGIBLE PERSONAL PROPERTY TAX RETURN

Property Assessed January 1, 2004

**FOR OFFICIAL USE ONLY**
County Code    Locator Number
T 015 / 00948

File this return with the PVA in the county of taxable situs or the Department of Property Valuation



Due Date:
Monday
May 17, 2004

| | | |
|---|---|---|
| Social Security No or Federal ID No. 593264623 | Name of Business WINN-DIXIE | Organization / Type |
| 2nd SSN if joint return | Name of Taxpayer(s) WINN-DIXIE | Telephone Number 904-783-5220 | ☐ Individual 1 |
| NAICS CODE 4 4 5 0 0 | Number and Street or Rural Route PROPERTY TAX DEPT 5050 EDGEWOOD COURT | ☐ Joint (Co-Owners) 2 |
| | City or Town  State  ZIP Code JACKSONVILLE, FL 32254-3699 | ☐ Partnership/LLP 3 |
| Type of Business RETAIL GROCERY | Property Location (Number and Street or Rural Route, City) HWY 44, SHEPHERDSVILLE | ☒ Domestic Corp./ LLC 4 |
| Check if applicable  Yes | | ☐ Foreign Corp / LLC 5 |
| Tangible personal property in other KY counties? ☒ | Property is Located in BULLITT  County | For Official Use Only |
| Alternative method of valuation? ☐ | Enterprise Zone ☐ Yes ☒ No | District Code 1 1 | ☐ Fiduciary—Bank 6 |
| Final Return? ☐ | If yes, attach certificate. | Type Return 1 5 | ☐ Fiduciary—Other 7 |

**NOTE:** Taxpayers who have property in more than one location must complete a separate form for each location

| FROM SCHEDULE A |||| FROM SCHEDULE B ||||
|---|---|---|---|---|---|---|---|
| Class | Original Cost | Reported Value | For Official Use Only | Class | Original Cost | Reported Value | For Official Use Only |
| 11 | 65,803 | 23,482 | | 21 | | | |
| 12 | | | | 22 | INTANGIBLE PERSONAL PROPERTY | | |
| 13 | 975,012 | 232,306 | | 23 | CASH ON HAND AS OF JANUARY 1 | | |
| 14 | | | | 24 | | | |
| 15 | | | | 25 | $6,960 | | |
| 16 | | | | 26 | | | |
| 17 | Total 1,040,815 | 255,788 | | 27 | Total | | |

See pages 3 through 5 for instructions.

| | | Taxpayer's Valuation | For Official Use Only |
|---|---|---|---|
| 31 | Merchants Inventory | 607,800 | |
| 32 | Manufacturers Finished Goods | | |
| 33 | Manufacturers Raw Materials/Goods in Process | | |
| 34 | Motor Vehicles Held for Sale (dealers only) / New Farm Machinery Held Under a Floor Plan / New Boats and Marine Equipment Held Under a Floor Plan / Salvage Titled Vehicles (insurance companies only) | | |
| 35 | Goods Stored in Warehouse/Distribution Center (see instructions) | | |
| 36 | Inventory—In Transit (see instructions) | | |
| 37 | Unmanufactured Tobacco Products not at Manufacturers Plant or in Hands of Grower or His Agent | | |
| 38 | Other Unmanufactured Agricultural Products not at Manufacturers Plant or in Hands of Grower or His Agent | | |
| 39 | Unmanufactured Agricultural Products at Manufacturers Plant or in Hands of Grower or His Agent/Industrial Revenue Bond Property | | |
| 50 | Livestock and Farm Machinery/Fluidized Bed Energy Facilities | | |
| 60 | Other Tangible Property (from Schedule C) (page 2) | 19,800 | |
| 70 | Activated Foreign Trade Zone | | |
| 81 | Construction Work in Progress (manufacturing machinery) | | |
| 82 | Construction Work in Progress (other tangible property) | | |
| 90 | Recycling Machinery and Equipment | | |

Run Date: 05/14/04, Acct No: 1670-BULLITT, Location (PTS):1670, Property Descr:SHEPHERDSVILLE SQUARE

Page 2

## SCHEDULE C

### Other Tangible Personalty Not Listed Elsewhere

| | Description | Taxpayer's Value | For Official Use Only |
|---|---|---|---|
| Materials and Supplies | | 19,800 | |
| Coin Collections | | | |
| Stamp Collections | | | |
| Art Works | | | |
| Other Collectibles | | | |
| Research Libraries | | | |
| Other Tangible Property | | | |
| Aircraft for Hire | | | |
| Non-Kentucky Registered Watercraft | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Precious Metals | Number of Ounces | Value Per Ounce December 31 | | |
| Gold | | | | |
| Platinum | | | | |
| Silver | | | | |
| Other | | | | |
| Total (enter this figure on Line Item 60) | | 19,800 | |

### Comments

Additional comments and/or information regarding alternative values may be provided by classification below:

| Classification Type | Comments/Information |
|---|---|
| | |

I declare, u... my taxable ...                    ny accompanying schedules and statements) is a correct and complete return; and that all

_[signature]_ DMAY 1 4 2004

John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220

☎ 904-783-5220
Telephone Number of Taxpayer

Name of Preparer Other Than Taxpayer

05/14/04
Date

Run Date: 05/14/04, Acct No: 1670-BULLITT, Location (PIS):1670, Property Descr:SHEPHERDSVILLE SQUARE

## SCHEDULE A

### 2004 Tangible Personal Property Subject to Full State and Local Rates

| Age | CLASS I Under 6.5 Year Economic Life | | | CLASS II 6.5-8.9 Year Economic Life | | | CLASS III 9-10.9 Year Economic Life | | |
|---|---|---|---|---|---|---|---|---|---|
| | Original Cost | Factor | Reported Value | Original Cost | Factor | Reported Value | Original Cost | Factor | Reported Value |
| 1 | 5,104 | .855 | 4,364 | | .912 | | 3,019 | .931 | 2,811 |
| 2 | 16,795 | .606 | 10,178 | | .750 | | 2,656 | .800 | 2,125 |
| 3 | | .427 | | | .614 | | | .686 | |
| 4 | | .300 | | | .500 | | 27,075 | .585 | 15,839 |
| 5 | 10,566 | .215 | 2,272 | | .415 | | 28,980 | .508 | 14,722 |
| 6 | 3,468 | .200 | 694 | | .339 | | 29,995 | .433 | 12,988 |
| 7 | | .200 | | | .277 | | 24,110 | .371 | 8,945 |
| 8 | 9,052 | .200 | 1,810 | | .229 | | 13,402 | .321 | 4,302 |
| 9 | 1,230 | .200 | 246 | | .200 | | 5,352 | .277 | 1,483 |
| 10 | | .200 | | | .200 | | 21,831 | .244 | 5,327 |
| 11 | | .200 | | | .200 | | 3,561 | .213 | 758 |
| 12 | 4,810 | .200 | 962 | | .200 | | 9,598 | .200 | 1,920 |
| 13 | 14,309 | .200 | 2,862 | | .200 | | 119,261 | .200 | 23,852 |
| 13+ | 469 | .200 | 94 | | .200 | | 686,172 | .200 | 137,234 |
| Total | 65,803 | | 23,482 | | | | 975,012 | | 232,306 |

| Age | CLASS IV 11-13.4 Year Economic Life | | | CLASS V 13.5-17.4 Year Economic Life | | | CLASS VI Over 17.5 Year Economic Life | | |
|---|---|---|---|---|---|---|---|---|---|
| | Original Cost | Factor | Reported Value | Original Cost | Factor | Reported Value | Original Cost | Factor | Reported Value |
| 1 | | .868 | | | .968 | | | .968 | |
| 2 | | .659 | | | .906 | | | .906 | |
| 3 | | .531 | | | .845 | | | .845 | |
| 4 | | .479 | | | .784 | | | .784 | |
| 5 | | .441 | | | .741 | | | .741 | |
| 6 | | .398 | | | .658 | | | .688 | |
| 7 | | .361 | | | .587 | | | .641 | |
| 8 | | .330 | | | .528 | | | .603 | |
| 9 | | .302 | | | .475 | | | .566 | |
| 10 | | .281 | | | .435 | | | .543 | |
| 11 | | .260 | | | .396 | | | .516 | |
| 12 | | .239 | | | .357 | | | .487 | |
| 13 | | .218 | | | .320 | | | .455 | |
| 14 | | .200 | | | .289 | | | .430 | |
| 15 | | .200 | | | .263 | | | .408 | |
| 16 | | .200 | | | .245 | | | .398 | |
| 17 | | .200 | | | .226 | | | .384 | |
| 18 | | .200 | | | .203 | | | .360 | |
| 19 | | .200 | | | .200 | | | .336 | |
| 20 | | .200 | | | .200 | | | .316 | |
| 21 | | .200 | | | .200 | | | .300 | |
| 22 | | .200 | | | .200 | | | .283 | |
| 23 | | .200 | | | .200 | | | .274 | |
| 24 | | .200 | | | .200 | | | .279 | |
| 25 | | .200 | | | .200 | | | .284 | |
| 26 | | .200 | | | .200 | | | .287 | |
| 27 | | .200 | | | .200 | | | .286 | |
| 27+ | | .200 | | | .200 | | | .278 | |
| Total | | | | | | | | | |

Run Date: 05/14/04, Acct No: 1670-BULLITT, Location (PTS):1670, Property Descr:SHEPHERDSVILLE SQUARE

**2004 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE SUMMARY
(as of January 1, 2004)

### Account 1670-BULLITT
KY-BULLITT
WINN-DIXIE

HWY 44 SHEPHERDSVILLE, KY 40165

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 65,803 | KY-CLASS I | 23,481 |
| FURN & FIX | 975,014 | KY-CLASS III | 232,306 |
| INTANGIBLES | 19,690 | 100% COST | 19,690 |
| INVENTORY - RETAIL | 607,800 | 100% COST | 607,800 |
| INVENTORY - SUPPLIES | 19,800 | 100% COST | 19,800 |
| Totals | $1,688,107 | | $903,077 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

_____ 05/14/04
Date

**Contact** JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | BULLITT COUNTY PVA<br>PO BOX 681<br>PO BOX 681<br>SHEPHERDSVILLE, KY 40165<br>Phone: 502-543-7480    Fax: 502-543-8690 |

Location (PTS):1670, Property Descr:SHEPHERDSVILLE SQUARE