UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN DIXIE STORES, INC., et al., ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | |

**FIRST SUPPLEMENT TO
OBJECTION BY SKS PROPERTIES, L.C. TO
PROPOSED CURE AMOUNT FOR STORE NO. 659**

SKS Properties, L.C. ("Landlord") hereby supplements amends its timely filed objection [Docket No. 7364] to the proposed cure amount set forth in Exhibit E to the Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, The Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief [Docket No. 7092] (the "Sale Motion") with respect to Store No. 659 and states as follows:

1. Pursuant to the Amended and Restated Lease dated March 18, 1999 (the "Lease"), SKS Properties, L.C. ("Landlord") is the owner and landlord of the shopping center located in Sarasota, Florida wherein Debtors remains a tenant operating Store No. 659.

2. In Exhibit E to the Sale Motion, the Debtors set forth a proposed cure amount for Store No. 659 of $2,971.45. Landlord objected to this proposed cure amount. Landlord's original objection stated the correct cure amount for the Lease as of the date of the filing of

the Objection to be $47,597.22. That amount did not include amounts that had not yet been billed or had not yet become due under the terms of the Lease.

3. Subsequently, Landlord has obtained final billing amounts for water, sewer and other amounts required under the Lease. Attached hereto as Exhibit A is an updated summary evidence a cure amount of **$56,085.85**.

WHEREFORE, Landlord respectfully requests that this Court: (i) sustain its objection to the Debtors' proposed cure amount; (ii) enter an Order setting the cure amount at $56,085.85, plus any additional amounts due under the Lease; and (iii) grant such other and further relief as is appropriate.

**LaFLEUR LAW FIRM**

By /s/ *Nina M. LaFleur*
_____
Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 861128
St. Augustine, Florida 32086
(904) 797-7995
(904) 797-7996 (Facsimile)

Attorneys for SKS Properties, L.C.

-3-

## **Certificate of Service**

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 6th day of June, 2006.

/s/ *Nina M. LaFleur*
_____
Attorney

Winn Dixie Stores, Inc., et al., debtors; United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No.: 3-05-bk-03817-JAF

**SKS Properties, L.C., Store No. 659**
**Summary of Cure Amount**

**Prepetition**

| | |
|---|---|
| 2005 Ad Valorem Taxes - pro rated | $8,652.59 |
| Electric (1.15.04 - 12.14.04) | $11,878.00 |
| Water & Sewer (7.20.04 - 12.16.04) | $2,971.45 |
| Electric (1.18.05 - 2.20.05) | $1,311.53 |
| Water & Sewer (1.20.05 - 2.20.05) | $888.42 |

**Postpetition**

| | |
|---|---|
| Property Insurance | $19,916.26 |
| Water & Sewer (10.18.05 - 12.16.05) | $1,978.97 |
| Water & Sewer (1.23.06 - 5.16.06) | $2,069.04 |
| Electric (1.19.06 - 5.17.06) | $6,419.59 |
| **TOTAL** | **$56,085.85** |