# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CASE NO: 3:05-bk-3817**
**Chapter    11**

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OBJECTION TO DEBTORS' SECOND OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES

The Court finds that the Objection to Debtors' Objection to Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities filed by Elizabeth T. Miller on behalf of County of Rutherford, North Carolina on June 5, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objection to Debtors' Objection to Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities filed by Elizabeth T. Miller on behalf of County of Rutherford, North Carolina on June 5, 2006 is stricken from the record.

**DATED June 6, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Elizabeth T. Miller, 346 North Main Street, P.O. Box 800, Rutherfordton, NC 28139