**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING TIME**
**REQUIREMENTS ON MOTION FOR RELIEF FROM**
**STAY FILED BY SAMANTHA OLEA AND ROBERT OLEA**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Samantha Olea and Robert Olea (the "Movants") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by the Movants (the "Motion") (Docket No. 7897). The parties also stipulate and agree that (i) the Motion may be scheduled for final hearing upon proper motion by either party or order of the Court and (ii) the automatic stay will remain in full force and effect pending the final

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

determination of the Motion.

Dated:  June 7, 2006

| BENTON & CENTENO, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ C. Steven Ball*     C. Steven Ball | By  *s/ Leanne McKnight Prendergast*     Leanne McKnight Prendergast |
| Alabama Bar No. 5126-A64C<br>2019 Third Avenue North<br>Birmingham, Alabama 35203<br>(205) 278-8000<br>(205) 278-8008 (facsimile)<br>sball@bcattys.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| * Counsel has authorized the use of his electronic signature. | -and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Debtors |

533563