```
                    UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

                                    CASE NO: 3:05-bk-03817-JAF
                                    Chapter 11

                                    Jointly Administered
```

In re
Winn-Dixie Stores, Inc., et. al.

        Debtor(s).       /

NOTICE OF APPEARANCE

Michael E. Cecil of Schuyler·Stewart·Smith and Joel Shafferman of The Law Offices of Joel Shafferman, LLC give notice of their appearance in this cause as counsel for Creditor, Woodland Hartford Assoc., LLC.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on June 07, 2006, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite

2

2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

THE LAW OFFICES OF JOEL SHAFFERMAN, LLC   SCHUYLER•STEWART•SMITH

/s/ Joel Shafferman                        /s/ Michael E. Cecil
_____            _____
Joel Shafferman, Esquire                   Michael E. Cecil, Esquire
New York Bar #2035079                      Florida Bar #722855
80 Wall Street, Suite 910                  118 West Adams St., #800
New York, NY 10005                         Jacksonville, FL 32202
Phone: (212) 509-1802                      Phone: (904) 353-5884
Fax:   (212) 509-1831                      Fax:   (904) 353-5994