# EXHIBIT A

## ASSIGNMENT AND ASSUMPTION AGREEMENT RE: LEASES

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT is made as of this 15th day of September, 1998, by and between GEM CEDAR, L.L.C., a Virginia limited liability company ("Assignor") and WOODLAND HARTFORD ASSOCIATES LLC, a New York limited liability company ("Assignee").

### WITNESSETH:

WHEREAS, Assignee has this date purchased from Assignor certain real property (the "Premises"), in Chesapeake, Virginia, all more particularly described on Exhibit A attached hereto made a part hereof, and

WHEREAS, in connection with such purchase and sale, Assignor desires to assign and Assignee desires to assume all leases currently existing at the Premises;

NOW, THEREFORE, in consideration of the premises herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, the parties hereto do hereby agree as follows:

1. Assignor hereby transfers and assigns to Assignee all right, title and interest of Assignor in and to the following described property:

    (a) All leases, subleases and other occupancy agreements relating to or affecting the Premises, together with all guarantees of obligations of tenants and other parties under such leases and agreements, including, without limitation, the leases and other agreements more fully described on Exhibit B attached hereto and made a part hereof (collectively, the "Leases"); and

    (b) The current outstanding balance of all security deposits and prepaid rents, together with all interest accrued thereon, as more fully described on Exhibit C attached hereto and made a part hereof (collectively, the "Security Deposits");

TO HAVE AND TO HOLD all of the foregoing unto the Assignee, its successors and assigns, from and after the date hereof, subject to the terms, covenants, conditions and provisions contained herein.

2. Assignee hereby accepts the foregoing assignment of the Leases and Security Deposits and hereby assumes all the duties and obligations of Assignor accruing from and after the date hereof under the Leases and with respect to the Security Deposits. Assignee shall indemnify, defend and hold Assignor harmless from and against, any and all claims, liabilities and

BE-17557.1/WWH:NS
9/14/98

1

costs (including reasonable attorneys' fees and costs) arising out of or relating to Assignee's failure to perform any duty or obligation assumed by Assignee under the Leases or with respect to the Security Deposits.

3. Assignor shall indemnify, defend and hold Assignee harmless from and against any and all claims, liabilities and costs (including reasonable attorneys' fees and costs) arising out of or relating to Assignor's failure to perform any duty or obligation accruing on or before the date hereof under the Leases or with respect to the Security Deposits.

4. This Agreement shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

IN WITNESS WHEREOF, the parties have executed this Agreement under seal on the day and year first above written.

ASSIGNOR:   GEM CEDAR, L.L.C.
            a Virginia Limited Liability Company

            By: _____ [SEAL]
                John L. Gibson, III
                Manager

ASSIGNEE:   WOODLAND HARTFORD ASSOCIATES LLC
            A New York Limited Liability Company

            By: Woodland Hartford Management, Corp.,
                Its Member Manager

                By: _____ [SEAL]
                Name: Barry Levites
                Its:  President

BE-17557.1/WWH:NS
9/14/98

2