COMPOSITE EXHIBIT B

09/09/98  11:27  FAX 212 730 4518        GOLDBERG WEPRIN & USTIN                              ☐ 01

# GOLDBERG WEPRIN & USTIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
MARK E. KAUFMAN
STEVEN R. UFFNER
ION A. ALBSTEIN
ANNAMARIE KEARNEY-WOOD**
HARRY E. ZWEIGBAUM

ANDREW B. HIRSCH*
LAURENCE B. ELGART†
ANDREW P. ROSS
BORIS SAKS
MARC E. WASSER*
ANITA M. HYLAND

* ALSO MEMBER OF NEW JERSEY BAR
** ALSO MEMBER OF MASSACHUSETTS BAR
† ALSO MEMBER OF CONNECTICUT BAR
§ ALSO MEMBER OF DISTRICT OF COLUMBIA BAR

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

LISA R. RADETSKY
KENNETH P. HOROWITZ*
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1980)
JACK WEPRIN (1930-1996)

WRITER'S DIRECT DIAL (212) 301-

September 8, 1998

BY TELECOPIER

Ms. Jean Baughman
Winn-Dixie Stores, Inc.
Legal Department
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re: Store #997, Chesapeake, Virginia

Dear Jean:

We represent Woodland Hartford Associates LLC, the proposed purchaser of the Winn Dixie at Las Gaviotas Center in Chesapeake, Virginia (the "Chesapeake Winn-Dixie"). As per our telephone conversation of this morning, I am forwarding to you the following request for modification to the Estoppel Certificate (the "Estoppel") for the Chesapeake Winn-Dixie.

1)   Paragraph #3 of the Estoppel should be modified to read as follows: "That the obligation to pay Basic Rent, Additional Rent and Percentage Rent pursuant to the Lease is scheduled to commence on October 22, 1998".

As I explained this morning, this modification is necessary to satisfy our client's prospective lender, First Union National Bank, who is requiring the Estoppel to contain October 22, 1998 as the Rent Commencement Date as a condition to funding our client's loan in the amount of approximately $5,400,000.00. We are scheduled to close on Wednesday, September 16, 1998 as this transaction is part of a tax-free exchange and must be completed no later than next week. Consequently, your assistance in expediting this matter is greatly appreciated.

We look forward to a long and mutually beneficial relationship with Winn-Dixie throughout the entirety of the lease term.

If you have any questions, please do not hesitate to call.

Very truly yours,

Marc E. Wasser

MEW/tcb
Encl.
cc: Andrew W. Albstein, Esq.

Exhibit B-1

# GOLDBERG WEPRIN & USTIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
MARK E. KAUFMAN
STEVEN R. UFFNER
IRIS A. ALBSTEIN
DAVID J. BLECKNER**
BARRY E. ZWEIGBAUM

ANDREW B. HIRSCH**
LAURENCE D. ELOATTY***
ANDREW P. ROSS
BORIS RAKS
MARC E. WASSER*
ANITA M. HYLAND
LAWRENCE T. SHEPPS*

* ALSO MEMBER OF NEW JERSEY BAR
** ALSO MEMBER OF CONNECTICUT BAR
*** ALSO MEMBER OF DISTRICT OF COLUMBIA BAR

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4519

LISA R. RADETSKY
KENNETH F. HOROWITZ**
JAMES D. O'BOYLE
CARA A. GAROFALO
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988) 6982
JACK WEPRIN (1930-1996)

June 25, 1999

WRITER'S DIRECT DIAL (212) 501-

VIA FACSIMILE & CERTIFIED MAIL R.R.R.

Trena H. Nesler, CPCU
Director of Risk Management
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32203-0297

Re:  Winn-Dixie Store #997, Chesapeake, Virginia

Dear Ms. Nesler:

We represent Woodland Hartford Associates LLC. Pursuant to the lease agreement (the "Lease Agreement") dated November 21, 1997 between GEM Cedar, L.L.C. and Winn-Dixie Raleigh, Inc. ("Tenant"), which was assigned to and assumed by Woodland Hartford Associates LLC (the "Landlord") via an assignment and assumption agreement dated September 15, 1998. Tenant is required to name the Landlord as an additional insured under all of its insurance policies. Despite its repeated attempts, the Landlord has been unsuccessful in obtaining insurance certificates evidencing that it is an additional insured under the Tenant's policies.

Accordingly, please forward to myself and as follows below, within ten (10) days from the date hereof, certificates of insurance which evidence that the Landlord is an additional insured under all of the applicable insurance policies:

> Woodland Hartford Associates LLC
> Attn: James J. Houlihan
> 455 Central Park Avenue
> Scarsdale, New York 10583

If you have any questions, please do not hesitate to call.

Very truly yours,

Marc E. Wasser

MEW/tcb
cc:  P. Christopher Wrenn, Esq.
     Mr. Barry Levites
     Mr. James J. Houlihan

Exhibit B-2



# LEVITES REALTY MANAGEMENT CORP.
### LIC. REAL ESTATE BROKER

341 E. 149th STREET
NEW YORK, NEW YORK 10451
(718) 993-9060   FAX (718) 993-7848

Barry H. Levites, CPM *President*

March 23, 1999        Via U.P.S. and FAX TRANSMITTAL: (919) 550-7119

Mr. James J. Kaus
Real Estate Manager-Raleigh Division
WINN DIXIE STORES, INC.
833 Shotwell Road
Clayton, NC  27520

> RE:  Real Estate Taxes
>      Winn Dixie Store #997
>      215 Las Gaviotas Blvd., Chesapeake, VA

Dear Mr. Kaus:

I am the in-house attorney for the Landlord of the referenced Winn Dixie store. I am transmitting to you the following three tax invoices for this location which require payment to **the City of Chesapeake on or before March 31, 1999**:

1) 1998/99 3rd Qtr LAND VALUE:            $ 8,592.32

2) 1998/99 3rd Qtr IMPROVEMENT VALUE:       8,969.60

3) 1998/99 2nd Qtr LAND VALUE:*             4,528.01*

\*Note:  The Landlord has already paid to the City of Chesapeake its pro-rata share (49 days: 10/1 - 11/18/98) of this 92 day tax quarter, as evidenced by the copy of the enclosed check dated 3/2/99 in the amount of $5,159.75 (Tax: $4,576.34; Penalty: $347.22; Interest: $236.19). Since this Store opened on 11/19/98, it is responsible for the 43 day period, 11/19-12/31/98. This 3rd invoice is pro-rated to cover that 43 day period plus penalties and interest thereon.

Please mail/fax me copies of these 3 tax payments. Please contact me if you have any questions or comments. Thank you.

Sincerely,
WOODLAND HARTFORD ASSOCIATES LLC

By: *Richard M. Roth*
Richard M. Roth, as Attorney

Encls:  4

REALTOR®

Accredited Management
Organization ®

— Specializing in Real Estate Management —

Exhibit B-3



**America's Supermarket**

JIM KAUS
Real Estate Manager
Winn-Dixie Raleigh

(919) 550-7...
Fax (919) 550-7...

May 6, 1999

Mr. Barry H. Levites
Real Estate Investments
341 East 149th Street
Bronx, New York 10451

RE:  Winn Dixie Store #997
     Winn Dixie Food Pavilion
     Chesapeake, Virginia

Dear Mr. Levites:

We have been waiting for Stewart and Perry to advise John Lavin in our construction department that all punch list items have been completed. This goes back several months ago and since John is generally not in the Chesapeake area any more he will make a special trip when all things are completed. I would appreciate your checking with the contractor to see if everything is complete so John can make one last inspection trip.

With Best Regards,

*Jim Kaus*

Jim Kaus
Real Estate Manager

JJK/dp

cc:  John Lavin

WINN-DIXIE RALEIGH    833 SHOTWELL RD.    P.O. BOX 8000    CLAYTON, NORTH CAROLINA 27520

Exhibit B-4