EXHIBIT D

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors[1]. | ) | Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO REJECT LEASE,
ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE
AND GRANTING RELATED RELIEF**

These cases came before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing the Debtors to reject a non-residential real property lease and, pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the landlord must file any claim for rejection damages (the "Motion")[2]. The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[2] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2.  The Debtors are authorized to reject the Lease pursuant to 11 U.S.C. § 365(a). The Lease is rejected effective April 20, 2006.

3.  The Landlord must file any claim resulting from the rejection of the Lease no later than thirty (30) days after entry of this Order.

4.  Nothing in this Order constitutes a waiver of any claims the Debtors may have against the Landlord, whether or not related to the Lease.

5.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.  The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated April 20, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge