# EXHIBIT E

**Winn-Dixie Stores, Inc.**
**HEADQUARTERS**
Risk Management Department    fax (904)783-5609

To: Store #997                              From: Don Hess

Company:                                    Date: 04-28-2006

Telephone No.                               Telephone No.: 904-370-6894

Fax Number: 718-993-7848                    No of Pages Including Cover: 2

Re: Request for a COI Store 0997

To Whom It May Concern

This store closed 06-13-2000, Lease was terminated 04-20-2006.

No Cert will been issued.

If you should have any questions feel free to contact me.

Thanks
Have A Good Day

P. O. Box B. , Jacksonville, FL 32203-0297