# EXHIBIT G

## A Ministry Committed to Excellence ...

**Dr. Michael Blanchard**
Founder & Senior Pastor

We commit to be led by the Holy Spirit, who is the empowering presence of God. He will establish the great commission upon the firm foundation of His will as we stand unique in structure and purpose.

---

**The mission of Corner Stone Christian Center**
Reaching families, building relationships, and transforming lives
by empowering individuals
through growth in the word, in faith and in excellence.

---



## Schedule of Services

### Sunday

6:00am - Intercessory Prayer

11:00am - Children's Church (3 to 11 years old)

11:00am - Worship Service

### Tuesday

7:00pm - Intercessory Prayer

### Wednesday

7:00pm - Pastoral Bible Study

Dr. Michael Blanchard

### Friday

7:00pm - Evangelistic Service



## Contact Us

**Corner Stone Christian Center**
215 Las Gaviotas Boulevard
Chesapeake, Virginia 23322
(757) 547-9351
(757) 547-9352 Fax
1-800-565-1907 outside VA

### Hours of Operation:
- Tuesday - Friday: 9:00am - 4:00pm
- Saturday: By appointment Only
- Sunday: 11:00am - 1:00pm

**Click here** for Mapquest directions.

### Email:
**Pastor Michael Blanchard**
**Administration Office**



Dr. Michael
Blanchard