EXHIBIT H

JURY

## U.S. District Court
## Eastern District of Virginia (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00186-JBF-FBS

Corner Stone Christian Center et al v. City Of Chesapeake et al
Assigned to: District Judge Jerome B. Friedman
Referred to: Magistrate Judge F. Bradford Stillman
Demand: $8,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**Corner Stone Christian Center, Inc.**
*A non-profit religious corporation doing business as*
Corner Stone Christian Center

represented by **David Scott Dildy**
Joynes & Gaides Law Group PC
564 Lynnhaven Pkwy
Virginia Beach, VA 23452
(757) 486-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Napoleon Joynes, II**
The Joynes & Gaidies Law Group PC
564 Lynnhaven Pkwy
Virginia Beach, VA 23452
(757) 486-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William David Breit**
Joynes & Gaides Law Group PC
564 Lynnhaven Pkwy
Virginia Beach, VA 23452
(757) 480-3000
Fax: (757) 486-4731
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Dr. Michael A. Blanchard**
*Individually, and in his official capacity as Pastor-President and member of the Board of Trustees of the Corner Stone Christian Center, Inc.*

represented by **David Scott Dildy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Napoleon Joynes, II**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William David Breit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City Of Chesapeake**

**Defendant**

**Robert R. Smalley**
*Individually, and in his official capacity as Chief Building Official and/or Code Enforcement Administrator and/or Code Compliance Manager of the City of Chesapeake*

**Defendant**

**Patrick M. Hughes**
*Individually, and in his official capacity as Director of the Department of Neighborhood Services of the City of Chesapeake*

**Defendant**

**James T. Davis**
*Individually, and in his official capacity as Zoning Administrator of the City of Chesapeake*

**Defendant**

**Gregory A. Orfield**
*Individually, and in his official capacity as an employee of the City of Chesapeake*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2006 | 1 | COMPLAINT against all defendants, Filing fee $250, receipt number 51368, filed by Corner Stone Christian Center, Michael A. Blanchard. (jcow, ) (Entered: 04/03/2006) |
| 04/26/2006 | 2 | AMENDED COMPLAINT against all defendants , filed by Corner Stone Christian Center, Inc., Michael A. Blanchard.(jcow, ) (Entered: 05/03/2006) |
| 05/08/2006 | | Summons, with 1 copy, [in five (5) sets], issued and delivered counsel as to City Of Chesapeake, Robert R. Smalley, Patrick M. Hughes, James T. |

| | | |
|---|---|---|
| | | Davis, Gregory A. Orfield. Mag. notice etc. attached (rlam) (Entered: 05/08/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/23/2006 16:28:35 | | | |
| PACER Login: | js3750 | Client Code: | woodland |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00186-JBF-FBS |
| Billable Pages: | 2 | Cost: | 0.16 |

1 of 1 DOCUMENT

Copyright 2006 Landmark Communications, Inc.
All Rights Reserved
The Virginian-Pilot(Norfolk, VA.)

April 5, 2006 Wednesday
The Virginian-Pilot Edition

**SECTION:** LOCAL; Pg. B4

**LENGTH:** 503 words

**HEADLINE:** Chesapeake church sues city, claiming racial, religious bias

**BYLINE:** JANETTE RODRIGUES

**DATELINE:** CHESAPEAKE

**BODY:**

BY JANETTE RODRIGUES

THE VIRGINIAN-PILOT\

CHESAPEAKE  A predominantly black Great Bridge church has sued the city, accusing municipal employees of religious and racial discrimination and harassment.

The suit was filed Friday in U.S. District Court in Norfolk by Michael Blanchard, pastor of Corner Stone Christian Center, which is located in a former Winn-Dixie supermarket on Las Gaviotas Boulevard off Cedar Road.

A city spokesman said Tuesday that City Attorney Ron Hallman deferred comment on the lawsuit because he had not seen it.

The church is asking for a jury trial, that the city be prevented from infringing on the religious and civil rights of its members, and $8 million in damages.

The 28-page suit accuses city officials charged with code enforcement of infringing on the rights of the church and its members by disrupting church gatherings and filing a string of frivolous code violations against the church that date back to its opening in 2002.

The suit also claims that the stipulations put on the church in the conditional-use permit granted by the city impose undue restraint on it compared with those granted to other churches in Chesapeake.

The church decided to file the lawsuit last month in response to stepped-up harassment by the city after the U.S. Department of Justice declined to take action against the city following an investigation into the citys zoning and land-use practices, Blanchard said.

Corner Stone has had a contentious history with the citys code compliance officers, but the church received no violations between the time the federal investigation began in June 2005 and when it ended in February, Blanchard said.

Last month, the city cited Blanchard for storing furniture and clothing for the citys Hurricane Katrina Relief Task Force in an unauthorized section of the building. The violation became void after the city moved the relief donations to another location.

Less than two weeks after the city received a letter telling it the Justice Department had closed the investigation on Feb. 21, Blanchard said, the city cited Corner Stone for operating an indoor skateboarding program.

The city contends that the churchs conditional-use permit doesnt allow it to use the building for such an activity.

Blanchard believes the city is holding the church to a different standard than other places of worship. He said the city

doesnt allow the church to do anything other than have Bible study and services at the church.

They shut down youth functions, yards sales and outdoor activities, he said. No other church in the area or Hampton Roads has such restrictions.

n\Reach Janette Rodrigues at (757) 222-5208 or janette.rodrigues@ pilotonline.com.

lawsuit

The 28-page suit contends that Chesapeake officials charged with code enforcement have infringed on the rights of Corner Stone Christian Center, left, by disrupting church gatherings and filing frivolous violations. Among the citations: storing clothes for Hurricane Katrina victims and letting youths skateboard indoors.

**GRAPHIC:** Michael Blanchard, pastor of Corner Stone Christian Center, is at odds with Chesapeake.

**LOAD-DATE:** April 8, 2006