# EXHIBIT I

Check Date: 17 May 2005                                                                                   Check No.

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 997RET3-4Q04 | 17.May 2005 | 00591038 | 26,449 90 | 0 00 | 26,449 90 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000803289 | CHESAPAPEAKE TREASURER | | $0 00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| | 17.May 2005 | $26,449 90 | $0.00 | $26,449.90 |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn-Dixie Stores, Inc.
Debtor-in-Possession
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.
Pensacola, FL 32534

008041209
63-1012/632

Date    17 May 2005                              Pay Amount  $26,449.90***

Pay  ****TWENTY-SIX THOUSAND FOUR HUNDRED FORTY-NINE AND 90/100 US DOLLAR****

To The Order Of                                  Winn-Dixie Stores, Inc. Consolidated Disbursement Account

CHESAPAPEAKE TREASURER
PO BOX 16495
CHESAPEAKE, VA 23328-6495

KDHaidee
Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

# CITY OF CHESAPEAKE
## 2004/2005 REAL ESTATE TAX BILL - 1ST QUARTER
### DUE 09/30/04

Barbara O. Carraway, CPA
City Treasurer
PO BOX 16495
CHESAPEAKE, VA  23328-6495

→ Make checks payable to CHESAPEAKE CITY TREASURER
→ A Drop Box is located in front of each Treasurer's Office location for your convenience.
→ Your cancelled check serves as your receipt.
→ A $35.00 fee is charged for all returned checks.

**Real Estate Tax Relief Eligibility Requirements**

→ Must be at least 65 years old or totally and permanently disabled;
→ Living in property for which relief is sought;
→ Combined income of owners & all relatives living in property does not exceed $38,000 annually; and
→ Owners' net worth does not exceed $165,000.
→ Applications must be filed with the Commissioner of the Revenue no later than May 31st of the taxable year.

The exemption is granted on an annual basis and a new application must be filed each year.
For further information, call 382-6698 or 382-6734.

WOODLAND HARTFORD ASSOCIATES LLC
WINN DIXIE J J KAUS REAL ESTAT
833 SHOTWELL RD
CLAYTON NC  27520-6560

IF PAYMENT HAS NOT BEEN RECEIVED OR POSTMARKED BY THE DUE DATE, A 10% PENALTY WILL ACCRUE ON THE TAX DUE AMOUNT AND 10% INTEREST PER ANNUM WILL ACCRUE ON THE TAX AND PENALTY.

FOR TAXPAYER'S USE - DATE PAID: _____  CHECK #: _____  AMOUNT PAID: _____

\* IF YOU WISH TO PAY YOUR 2004-2005 TAX BILL IN FULL, MAIL THE ANNUAL TAX AMOUNT OF  71,865.60  TO
                                                                CHESAPEAKE TREASURER
\*\*\* DO NOT USE THE ENCLOSED ENVELOPE IF PAYING       PO BOX 16495
    ANNUAL TAX AMOUNT.  MAIL TO--------------->         CHESAPEAKE VA 23328-6495

LEGAL                                                               BILL NUMBER -  01  05740741  3
DESCRIPTION - PAR 18 LAS GAVIOTAS COMMERCE CENTER 8.426 AC

| CONTROL # | RATE | LAND VALUE | IMPROVEMENT VALUE | TOTAL VALUE | ANNUAL TAX | TOTAL TAX DUE |
|---|---|---|---|---|---|---|
| 0585002000180 | 1.280 | 1390,300 | 4224,200 | 5614,500 | 71,865.60 | 17,966.40 |

  Cards

INFORMATION INQUIRIES
Assessments           (757) 382-6235
Payments              (757) 382-6281

bcarrawa@treas.city.chesapeake.va.us

Pay by credit card(1-888-272-9829/www.cityofchesapeake.net) or online check. Depending on payment type, some or all of the following information is required:
Tax Account/Bill # - 01057407413
Jurisdiction Code. - 1004
Payment Address... - PO Box 16495
                     Chesapeake, Va 23328-6495
A convenience fee is added to all credit card transactions.

*[handwritten notes:]*

4 payments - due dates

★ $17966.40       04-30-04  } Paid
★ $17966.40       12-31-04  }
★ $17966.40       03-31-05 → 2,125.80 Penalties/Int on 3rd Qtr.
★ $17966.40       06-05-05

CHKREQ1

# Barbara O. Carraway, City Treasurer
# PO Box 16495
# Chesapeake, Virginia 23328-6495

## Facsimile Transmission Cover Sheet

To:                Joel Sheafferman, Esquire

Fax Number:        (212) 509-1831

From:              Wynter C. Benda, Esquire

Number of Pages:   2 (including cover page)

Date Transmitted:  May 18, 2006

**CONFIDENTIALITY NOTICE**
This facsimile message may contain information that is confidential and/or legally privileged. The information is intended solely for the use of the individual or entity named above.

If you are not the individual or entity names above, or their employee or agent, you are hereby notified that any disclosure, reproduction or action in reliance on the contents of this message is prohibited. If you have received this message in error or if you have any questions concerning this transmission, please call:

## City of Chesapeake Treasurer's Office
**Telephone 757-382-6764**
**FAX 757-382-8145**

S:\letterhead\Fax Transmission Sheet.doc

CHESAPEAKE, VA - STATEMENT OF REAL ESTATE TAXES, MISC FEES & LIENS - 05/18/06

```
NAME - WOODLAND HARTFORD ASSOCIATES LLC
COF  - LEIVITES REALTY
ADDR - 341 E 149 ST 2ND FL
       BRONX              NY 10451-5619
                                            LOAN DATA -

CTLNO - 0585002000180              PROP ADDR -    215 LAS GAVIOTAS BLVD
LEGAL - PAR 18 LAS GAVIOTAS COMMERCE CENTER 8.426 AC
                                                          DSO -
OUTOF - 046000000001888-89
                                        ESCH 000000    BKR 050221
LIEN 000000 JDG 000000 WNT 000000 TSUIT 000000
                                          INTEREST ---TOTAL--- COMNT
YEAR  BILLNO INS -ORIG AMT- ADJ/PAYMNTS -PENALTY-
04/05 074074 3RD  17,966.40   -7,585.94   1,038.05  1,331.63   12,750.14
05/06 075331 1ST  17,394.05       0.00    1,739.41  1,275.05   20,408.51
05/06 075331 2ND  17,394.05       0.00    1,739.41    796.91   19,930.37
05/06 075331 3RD  17,394.05       0.00    1,739.41    318.76   19,452.22
05/06 075331 4TH  17,394.05       0.00        0.00      0.00   17,394.05
20 05 047340 1ST   1,493.28       0.00        0.00    123.20    1,616.48 SWFEE
20 05 047340 2ND   1,493.28       0.00        0.00     56.00    1,549.28 SWFEE
20 06 048453 1ST   1,493.28       0.00        0.00      0.00    1,493.28 SWFEE
20 06 048453 2ND   1,493.28       0.00        0.00      0.00    1,493.28 SWFEE
* * TOTALS * *    93,515.72   -7,585.94   6,256.28  3,901.55   96,087.61
------------> IF PAID BY MAY 31, 06 THE TOTAL DUE IS ----->    96,087.61
```