

INTERNATIONAL
DESIGN GROUP
PRODUCT GROUP

FILED
JACKSONVILLE
FLORIDA

2006 JUN -7 A 9:16

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

June 5, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

RE: Winn-Dixie Stores, Inc.
Case No. 05-03817-3FI
Creditor: WDX-403439-1L-15
CIP International, Inc.

Claim No: 989
Objection to reduction of claim due to "REDUCED AMOUNT REFLECTS REMOVAL OF $4,041.56 FOR POSTPETITION INVOICE NUMBERS 40419 THROUGH 40427 (GOODS WERE RECEIVED AFTER 2/21/05)."

CIP International is objecting to the proposed reduction in claim. CIP International's shipping terms with Winn Dixie is FOB Fairfield. Once the product leaves CIP's dock, Winn Dixie becomes of the owner of the product. Therefore it does not matter when the product arrived at the Winn Dixie location, but instead it matters when it shipped from CIP International, which on the above invoices was 2/18/05 which is before 2/21/05.

I've attached a quote to Winn Dixie dated 12/28/04, which includes the terms FOB Fairfield. Due to the freight terms, FOB Fairfield, the above invoices are valid and should not be removed from the claim.

Sincerely,

Chuck Horning
Treasurer

Cc: Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, NY 10036

CIP International
9575 LeSaint Drive
Fairfield, Ohio 45014
(513) 874-9925
(800) 877-7373
FAX (513) 874-6246

# QUOTATION

December 28, 2004

Client: Winn-Dixie Stores, Inc
Contact: Mr. Mike Fissel
Project: Wave Four Lead Market Wine Department Program

Mr. Mike Fissel
Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254

Dear Mr. Fissel:

CIP International, Inc. is pleased to submit the following quotation for the Lead Market Wine Department Valance for 11 stores in the Miami division for the lead market, wave 4. A per store breakdown is attached to this quotation.

1. **WIN-003 WINE VALANCE $ 17,204.00**

Lineal feet (plus return ends) of decorative, **wine shelving light valance**. The laminated valance is finished with a painted crown mold. The valance is supported with 22" long canopy brackets supplied by CIP. Total is for all locations.

2. **WIN-002 WINE VALANCE MOUNTED PANEL $ 7,728.00**

Twenty-seven (27") inches long valance mounted **wine commodity panels.** Each custom identifier attaches to the valance and is interchangeable along the valance face. Total is for all locations.

3. **WIN-001 WINE SHELVING T BRACKET AND PANEL $ 3,332.00**

T brackets and category panels. The commodity identifiers must be selected by each Winn-Dixie store prior to manufacturing. Total is for all locations.

3. **WINE VALANCE INSTALLATION $ 9,490.00**

Total is for all locations.

**TOTAL: $37,754.00**

Page 2

By signing below, the client acknowledges this quotation is an order and agrees to the terms and conditions provided herein.

_______________________ Authorized Client Signature

_______________________ Title

_______________________ Date

_______________________ Winn-Dixie Purchase Order Number

Thank you for the opportunity to be involved in this exciting project. Please contact CIP with any questions at 1-800-899-9575.

Respectfully submitted,

CIP International, Inc.
Brian K. Hubbard
Senior Project Coordinator

F:\CIPData\Quotes\Jaeger\Winn-Dixie\Winn Dixie\WD Quotes\wine valance wave four.doc

## Terms and Conditions

**Terms:**

1. This quotation supercedes any previous quotation for the same project and is valid for ninety (90) days from the date appearing on this quote.

2. A purchase order is required to commence production.

3. All prices are f.o.b. our facility, Fairfield, Ohio USA

4. Freight and crating charges are prepaid and added at the time of invoicing.

5. Payment is expected 30 days from date of invoice.

6. All prices are quoted and payable in U.S. dollars only.

7. Prices do not include any applicable sales or use tax.

**Conditions:**

The costs extended in this quotation are contingent upon the following conditions:

1. The price quoted is contingent upon a project approval by authorized individual. Failure to start the project following agreed upon timelines could result in additional overtime charges, supplier premium costs, and additional freight costs being added to the price quoted.

2. The purchase of the entire package as quoted in its entirety. CIP International reserves the right to re-quote all or part of this quotation should any changes, additions, or deletions occur to any quantities or descriptions of the above items.

3. When stated, installation is quoted as non-union. The result of any union activity is the financial responsibility of the owner.

4. Installation quotations are based on all stores being installed consecutively.

## Owner Responsibilities

1. All permits that may be required from state, local, or other municipalities for the installation crews to perform their duties.