UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF LANDLORD, VOGEL AND VOGEL, OF FILING CLAIM FOR
LEASE REJECTION DAMAGES AS TO STORE #1571**

Comes now Vogel and Vogel, an Arkansas general partnership (hereinafter "VOGEL"), by and through its undersigned attorneys, and hereby gives notice of filing of its claim for rejection damages as to Store #1571, a result of the Debtors' rejection of its lease pursuant to that certain *Order Authorizing Debtors to Reject Additional Store Leases, Establishing Rejection Damage Claim Bar Date and Granting Related Relief* (Docket No. 7971). Vogel's claim is attached hereto as Exhibit "A". In addition, pursuant to this Court's claims filing procedure, Vogel is this date sending its claim to Logan & Company as instructed on the Middle District of Florida website.

Respectfully submitted,

SCRUGGS & CARMICHAEL, P.A.

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Fascimile: 352-375-0690
Florida Bar No. 260746
Attorneys for Vogel and Vogel

AND

J. Maurice Rogers
Hilburn, Calhoon, Harper,
Pruniski & Calhoun, Ltd.
P. O. Box 5551
North Little Rock, Arkansas 72119
Telephone: (501) 372-0110
Attorneys for Vogel and Vogel,
an Arkansas General Partnership

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Landlord, Vogel and Vogel, of Filing Claim for Lease Rejection Damages as to Store No. 1571, was electronically filed with the U. S. Bankruptcy Court on this 8th day of May, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esq.**, Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

/s/ Terri L. Darden