UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
            Debtors.                           )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Charles Statham  (Claim No. 8444) [Docket No. 8265] was furnished by mail on June 8,

2006 to Charles Statham c/o Scott Zirkle, Esq., Bogin, Munns & Munns, 2601

Technology Drive, Orlando, Florida 32804.

Dated:  June 8, 2006


SKADDEN, ARPS, SLATE, MEAGHER         SMITH HULSEY & BUSEY
& FLOM LLP


By  _s/ D. J. Baker_____               By  ____s/ James H. Post_____
     D. J. Baker                            Stephen D. Busey
     Sally McDonald Henry                   James H. Post (FBN 175460)
     Rosalie Gray                           Cynthia C. Jackson

Four Times Square                     225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                        (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Debtors                Co-Counsel for Debtors
00520151.DOC