UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                       Chapter 11
           Debtors.                           )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Bernadette Marie Holmes (Claim No. 2617) [Docket No. 8261] was furnished by mail on June 8, 2006 to Bernadette Marie Holmes c/o Michael E. Enow, Esq., Enow and Associates, 234 Loyola Avenue, Suite 1010, New Orleans, Louisiana 70112.

Dated: June 8, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC