UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                         Chapter 11
                    Debtors.                     )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Barbara Taylor  (Claim No. 13204) [Docket No. 8256] was furnished by mail on June 8,

2006 to Barbara Taylor, 1468 Forest Drive, Smyrna, Georgia 30080.

Dated:  June 8, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*              By      *s/ James H. Post*
      D. J. Baker                           Stephen D. Busey
      Sally McDonald Henry                  James H. Post (FBN 175460)
      Rosalie Gray                          Cynthia C. Jackson

Four Times Square                   225 Water Street, Suite 1800
New York, New York 10036            Jacksonville, Florida  32202
(212) 735-3000                      (904) 359-7700
(917) 777-2150 (facsimile)          (904) 359-7708 (facsimile)
djbaker@skadden.com                 jpost@smithhulsey.com

Co-Counsel for Debtors              Co-Counsel for Debtors
00520151.DOC