UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )       Case No. 05-03817-3F1
                                                        Chapter 11
        Debtors.                                )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patricia Weeks (Claim No. 6144) [Docket No. 8255] was furnished by mail on June 8, 2006 to Patricia Weeks c/o Stuart A. Young, Esq., Young, Brooks & Pefka, P.A., 1860 Forest Hill Blvd., Suite 201, West Palm Beach, Florida 33406.

Dated: June 8, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>       D. J. Baker <br>       Sally McDonald Henry <br>       Rosalie Gray | By   *s/ James H. Post*  <br>       Stephen D. Busey <br>       James H. Post (FBN 175460) <br>       Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC