**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notice of Withdrawal of Claim No. 757 filed by Peter Tolan.

Dated: June 8, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*         D. J. Baker         Sally McDonald Henry         Rosalie Gray | By  *s/ Leanne McKnight Prendergast*         Stephen D. Busey         James H. Post         Leanne McKnight Prendergast |
| Four Times Square New York, New York 10036 (212) 735-3000 (917) 777-2150 (facsimile) djbaker@skadden.com | Florida Bar Number 0059544 225 Water Street, Suite 1800 Jacksonville, Florida  32202 (904) 359-7700 (904) 359-7708 (facsimile) lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

534323