UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Altamease Simpson (Claim No. 4804) [Docket No. 8254] was furnished by mail on June 8, 2006 to Altamease Simpson c/o Jason Turchin, Esq., Bernstein and Maryanoff, 15055 S.W. 122nd Avenue, Miami, Florida 33186.

Dated:  June 8, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By   *s/ D. J. Baker*
　　D. J. Baker
　　Sally McDonald Henry
　　Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors
00520151.DOC

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors