[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc


_____Debtor(s)_____/


## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Samantha and Robert Olea is rescheduled for final hearing to October 16, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated June 8, 2006 .

                    Clerk of Court
                    300 North Hogan Street Suite 3-350
                    Jacksonville, FL 32202


Copies furnished to:
Attorneys for Debtor
C. Steven Ball, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors