# United States Bankruptcy Court

## Middle District Of Florida

<u>In re:</u> **Winn-Dixie Stores, Inc.**          <u>Case No.</u>: **05-03817**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **LCH Opportunities, LLC** | **Dynamic Scan Inc** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **LCH Opportunities, LLC** <br> **Attn: Joseph M. O'Connor** <br> **315 Park Avenue South, 20th Floor** <br> **New York, NY 10010** <br> **Phone: (212) 460-1966** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor <br><br> **Dynamic Scan Inc** <br> **PO Box 22544** <br> **West Palm Beach, FL 33416** <br> **Phone: 561.716.8429** |

Court Claim # (if known):  n/a
Claim Amount:          $53,666.15
Date Claim Filed:      n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ganna Liberchuk          Date: 5/19/06
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                                 **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIMS

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Dynamic Scan Inc. (the "Assignor") hereby unconditionally and irrevocably sell, transfer and assign to LCH Opportunities, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with, its Claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the aggregate outstanding principal amount of not less than $80,047.32 (the "Claim Amount"), including any and all general unsecured claims and any and all reclamation claims against Winn-Dixie Stores, Inc. (together its affiliates, the "Debtors") the debtors-in-possession in the chapter 11 cases, jointly administered under case number 05-03817 (the "Cases"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 5 day of May, 2006.

Dynamic Scan, Inc.                                    LCH Opportunities, LLC

AUTHORIZED SIGNATURE                                  AUTHORIZED SIGNATURE

Jonathan Lanigan                                      Joseph M O'Connor / Vice President
PRINT NAME/TITLE                                      PRINT NAME/TITLE

# NUMERICAL RECLAMATION STATEMENT

Preliminary Draft Template

## Summary for Dynamic Scan, Inc.

| | | |
|---|---|---:|
| Date of Claim: | 3/3/05 | |
| Period of Claim: | 2/12/05 - 2/21/05 | |
| | | |
| **Vendor's Reclamation Claim** | | **$80,980.15** |
| Deduct: | | |
| | **Ineligible Amounts** | |
| | Invoices before window | (48,069.65) |
| | Invoices after window | (1,816.27) |
| | Already Paid | 0.00 |
| | Others (i.e., cancelled PO, missing invoice, invoice discrepancy, etc) | 0.00 |
| | | |
| **Analyzed and Proposed Gross Reclamation Claim** | | **$31,094.23** |
| Deduct: | | |
| | Usage (Consumption): 4% per Settlement Stipulation | (1,243.77) |
| | Pre-petition AP credits | 0.00 |
| | Pre-petition AR - Promotional Allowances | 0.00 |
| | | (1,243.77) |
| | **Allowed Reclamation Claim** | **$29,850.46** |
| | | |
| **General Unsecured Claim Reconciliation** | | |
| | Invoices before Reclamation Window | 48,069.65 |
| | Invoices after Reclamation Window | 1,816.27 |
| | Usage/Consumption Add-back (1% of Reclamation Claim or 25% of Usage Offset above) | 310.94 |
| | | |
| | **Allowed General Unsecured Claim** | **50,196.86** |