# United States Bankruptcy Court

## Middle District Of Florida

<u>In re:</u> **Winn-Dixie Procurement, Inc.**  <u>Case No.</u>: 05-03817
                                             05-03838

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Hain Capital Opportunities, LLC** | **Vigo Importing Co Inc** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Hain Capital Opportunities, LLC** | |
| **301 Route 17, 6th Floor** | |
| **Rutherford, NJ 07070** | |
| **Attn: Aliza Bloom** | |
| Phone: **(201) 896 - 6100** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | Vigo Importing Co Inc |
| | PO Box 15584 |
| | Tampa, FL 33684-5584 |
| | Phone: 813-884-3491 |

Court Claim # (if known):  N/A
Claim Amount:             $24,814.32
Date Claim Filed:         N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Aliza Bloom_____     Date: 11/28/05
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                           _____
                                                          **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Vigo Importing Co Inc ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Opportunities, LLC ("Assignee") all of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of associated with proof of claim number _____ against Winn-Dixie Procurement, Inc. (the "Debtor"), Chapter 11 Case no. 05-6322? United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of November, 2005.

Vigo Importing Co Inc

_____
AUTHORIZED SIGNATURE
SAM F. Ciccarello   G.M.
PRINT NAME/TITLE

Hain Capital Opportunities, LLC
By R. Koltai Advisors, LLC
Its Managing Member

_____
AUTHORIZED SIGNATURE
Robert Koltai
Manager
PRINT NAME/TITLE