UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED[1] ORDER APPROVING SETTLEMENT OF CLAIMS OF JAMES STOKES AND DAVID REDDICK

This case is before the Court upon the Motion for Order Approving Settlement of Claims filed by James Stokes and David Reddick (Doc. No. 7738) (the "Motion"). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1.    The Motion is granted.

2.    The Settlement Agreement between James Stokes, David Reddick and the Debtors dated April 9, 2006 (the "Settlement Agreement") is approved.

3.    Claim Nos. 9333 and 9335 are each allowed as unsecured non-priority claims in the amount of $307,500 against Winn-Dixie Stores, Inc. in Case No. 05-

---

[1] This Order amends the Order entered June 1, 2006 (Docket No. 8191) to add "subject to the terms of the Settlement Agreement" at the end of paragraph 4.

03817 which the Debtors are authorized to pay in accordance with the Settlement Agreement. No further distribution or payment will be made by the Debtors on these Claims. The balance of Claim Nos. 9333 and 9335 are disallowed.

4.     This Order resolves all liabilities and obligations of the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns related to Claim Nos. 9333 and 9335, which are forever waived, discharged and released subject to the terms of the Settlement Agreement.

5.     This Order does not resolve any of the issues relating to the Debtors' objection to Claim No. 9334, the Fees Judgment or any related legal proceedings.

6.     The Debtors do not, by this Order, acknowledge the validity of the claims or the existence of coverage under any Insurance Policy with respect to the claim, or make any admission of liability.

7.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___8___ day of ___June___, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

518954

2