UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**
JACKSONVILLE, FLORIDA
JUN 0 8 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned has relocated her business office, and the undersigned's new address is 307 N. Apopka Ave., Inverness, FL 34450-4201. All other contact information remains the same.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Thomas R. Califano, Esq., DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, New York, NY 10020-1104; Mark J. Friedman, Esq., DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, MD 21209; and Philip V. Martino, Esq., DLA Piper Rudnick Gray Cary US LLP, 101 East Kennedy Blvd., Suite 2000, Tampa, FL 33602-5149, on this 7th day of June, 2006.

DENISE A. LYN, P.A.
307 N. Apopka Ave.
Inverness, FL 34450-4201
(352) 726-9400 - Phone
Attorney for Creditors, Homosassa Special Water District and City of Inverness

_____
Denise A. Lyn
Florida Bar No. 126349