UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        ) Case No. 05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,              ) Chapter 11
                                              )
Debtors.                                      ) Jointly Administered.

FILED
JACKSONVILLE, FLORIDA
JUN 0 9 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO
TAX CLAIMS AND MOTION FOR ORDER DETERMINING
TAX LIABILITIES**

The Tax Supervisor for the County of Martin, State of North Carolina, responds to Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as follows:

1. The Debtors' Motion that the Debtors' owned and leased real and personal property is overvalued should not be allowed for the Bankruptcy Court to revise said values as reflected in Exhibits A and B attached to said Motion and the Debtors' Motion should not be allowed for the Bankruptcy Court to correct the tax liability due the Martin County Tax Collector. Pursuant to North Carolina General Statutes § 105-287, in a year in which a general reappraisal of real property in the county is not made, the assessor shall increase or decrease the appraised value of real property as determined under North Carolina General Statutes § 105-286 to recognize a change in the property's value resulting from one or more of the reasons listed in the subsections of North Carolina General Statutes § 105-287. None of the reasons set forth in the relief requested in Paragraph 13 are included as reasons for necessitating a change in the value of the property pursuant to North Carolina General Statutes. Therefore, the assessed value as determined by the Martin County Tax Supervisor should remain as is. Furthermore the

Martin County Tax Supervisor asserts that statutory provisions provide for disagreements concerning values and same were not addressed by the Debtors. Therefore, the Martin County Tax Supervisor respectfully requests that the Court honor the evaluation set by the Martin County Tax Supervisor and that the North Carolina General Statutes setting out interest for non payment of taxes be adhered to.

2. Under Section B, Adjustment to Interest Rate Calculation, the Martin County Tax Supervisor specifically objects to the Debtors' request that the Court enter an Order specifying that the adjusted rate is the appropriate rate to be used in calculating the accrued interest on any allowed tax claims. The responding party specifically cites North Carolina General Statutes § 105-360, "Interest accrues on taxes paid on or after January 6 as follows: (1) For the period January 6 to February 1, interest accrues at the rate of two percent (2%); and (2) For the period February 1 until the principal amount of the taxes, the accrued interest, and any penalties are paid, interest accrues at the rate of three-fourths of one percent (3/4%) a month or fraction thereof." Therefore, the Martin County Tax Supervisor objects to the Court entering an Order specifying the adjusted rate should be different than the statutory rates set forth in North Carolina General Statutes.

This the 5 day of June, 2006.

Tommy Roberson
Martin County Tax Supervisor
P. O. Box 664
Williamston, North Carolina 27892
Phone No. (252) 792-2167

## CERTIFICATE OF SERVICE

I herby certify that the foregoing Response was served on the attorneys of record for the Debtors in the above entitled action by depositing a copy of same in a post office or official depository under the exclusive care and custody of the U.S. Post Office Department in a postpaid envelope as follows:

    Mr. D. J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, NY   10036

    Ms. Cynthia C. Jackson
    Smith, Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, FL   32201

This the  5  day of June, 2006.

                                    Tommy Roberson
                                    Martin County Tax Supervisor
                                    P. O. Box 664
                                    Williamston, North Carolina  27892
                                    Phone No. (252) 792-2167