UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE
JUN 0 &
CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPEARANCE OF COUNSEL
## (CLAIM OF ROBIN FRASIER, CLAIM NO. 6755)

The Court and all counsel of record will please note the appearance of Robert F. Kulik, Esquire, 2141 Park Street, Jacksonville, Florida 32204, as counsel for Claimant, Robin Frasier, claim number 6755. Copies of pleadings, motions and other papers should be served on the undersigned.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to James H. Post, Esquire, Smith, Hulsey & Busey, attorneys for debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 by U.S. Mail Delivery this 7th day of June, 2006.

ROBERT F. KULIK, P.A.

_____
Robert F. Kulik, Esquire
Florida Bar No.: 974544
2141 Park Street
Jacksonville, Florida 32204
Telephone: (904) 389-1988
Facsimile: (904) 389-0882
Attorney for Claimant