**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re | ) | Case No. 05-3817-3F1 |
|---|---|---|
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and the assumption and assignment of the lease to Staples, Inc. for Store No. 301 located in Fort Lauderdale, Florida. A copy of the closing statement is attached.

Dated: June 9, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By *_/s/ D. J. Baker_*
D. J. Baker
Sally McDonald Henry
Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By *_/s/ Cynthia C. Jackson_*
Stephen D. Busey
James H. Post
Cynthia C. Jackson F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

**CLOSING STATEMENT**

| | |
|---|---|
| **SELLER/ASSIGNOR:** | Winn-Dixie Stores, Inc., a Florida corporation |
| **BUYER/ASSIGNEE:** | Staples, Inc., a Delaware corporation |
| **ESCROW AGENT:** | Smith, Gambrell & Russell, LLP |
| **TRANSACTION:** | Acquisition of Leasehold Interests and Related Assets, located at Store #301, 1707 E. Commercial Boulevard, Ft. Lauderdale, Florida |
| **PURCHASE PRICE:** | $ 81,500.00 |
| **CLOSING DATE:** | May 25, 2006 |

**SELLER'S STATEMENT**

| | | | | |
|---|---|---|---|---|
| **Purchase Price:** | | | **$** | **81,500.00** |
| **Less Adjustments:** | | | | |
| 1. Seller's Prorated Share of Taxes and Other Charges Payable Under Leases (1) | $ | 23,539.68 | | |
| **Total Adjustments:** | $ | 23,539.68 | $ | (23,539.68) |
| **Plus Adjustments:** | | | | |
| 1. Buyer's Prorated Share of May 2006 Rents, and Other Charges Paid in Advance Under Leases (2) | $ | 7,635.67 | | |
| **Total Adjustments:** | $ | 7,635.67 | $ | 7,635.67 |
| **Less Closing Costs to be Paid by Seller:** | | | | |
| 1. Seller's Attorneys' Fees & Costs (Smith, Gambrell & Russell, LLP) | | P.O.C. | | |
| 2. Seller's Brokers Fees (The Food Partners) | | P.O.C. | | |
| 3. Seller's Brokers Fees (DJM Asset Management, LLC) | | P.O.C. | | |
| 4. Recording Fees (Affidavit re: Sale Order) (First American Title Insurance Company) | $ | 850.00 | | |
| 5. Real Estate Tax Cure Amount (69th Street Properties, L.P.) | $ | 19,221.90 | | |
| 6. CAM Cure Amount (69th Street Properties, L.P.) | $ | 12,132.00 | | |
| **Total Seller's Closing Costs:** | $ | 32,203.90 | $ | (32,203.90) |
| **TOTAL AMOUNT DUE TO SELLER:** | | | $ | 33,392.09 |



## BUYER'S STATEMENT

| | | | | |
|---|---|---|---|---|
| **Purchase Price:** | | | **$** | **81,500.00** |
| **Less Adjustments:** | | | | |
| 1. Escrow Deposit Held by Escrow Agent | $ | 59,450.00 | | |
| 2. Seller's Prorated Share of Taxes and Other Charges Payable Under Leases (1) | $ | 23,539.68 | | |
| **Total Adjustments:** | $ | 82,989.68 | $ | (82,989.68) |
| **Plus Adjustments:** | | | | |
| 1. Buyer's Prorated Share of May 2006 Rents, and Other Charges Paid in Advance Under Leases (3) | $ | 7,635.67 | | |
| **Total Adjustments:** | $ | 7,635.67 | $ | 7,635.67 |
| **Plus Closing Costs to be Paid by Buyer:** | | | | |
| 1. Buyer's Attorney's Fees & Costs | | P.O.C. | | |
| 2. Title Search Fee (First American Title Insurance Company) | $ | 275.00 | | |
| 3. Title Insurance Premium (Leasehold) (First American Title Insurance Company) | $ | 468.63 | | |
| 4. Recording/Filing Fees (First American Title Insurance Company) | $ | 52.50 | | |
| 5. Environmental Site Assessment Fees (Reimbursement to Winn-Dixie Stores, Inc.) | $ | 2,631.58 | | |
| **Total Buyer's Closing Costs:** | $ | 3,427.71 | $ | 3,427.71 |
| **AMOUNT DUE FROM BUYER:** | | | $ | 9,573.70 |
| **DEPOSIT DUE FROM ESCROW AGENT:** | | | $ | 59,450.00 |
| **TOTAL AMOUNT DUE AT CLOSING:** | | | $ | 69,023.70 |



The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this 25th day of May, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER/ASSIGNOR:**

**WINN-DIXIE STORES, INC.,**
a Florida corporation

By: ______________________

Name: Bennett L. Nussbaum

Title: Senior Vice President

5.24.06

**BUYER/ASSIGNEE:**

**STAPLES, INC.**
a Delaware corporation

By: ______________________

Name: ______________________

Title: ______________________

Reviewed By

XRoads

Date: ________

LEGAL APPROVED

ATTY: CBF

DATE: 5/24/06

The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this 25th day of May, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER/ASSIGNOR:**

**WINN-DIXIE STORES, INC.,**
a Florida corporation

By:____________________

Name:____________________

Title: Senior Vice President

**BUYER/ASSIGNEE:**

**STAPLES, INC.**
a Delaware corporation

By: [signature]

Name: Michael Miles

Title: President and COO



**Notes:**

(1) 2006 Prorations - Amounts Not Yet Paid and Payable. Prorations are based on (i) estimate of 2006 real estate taxes derived from actual 2005 amounts paid by Seller in arrears in accordance with leases; and (ii) estimate of 2006 common area maintenance charges derived from actual 2005 amounts paid by Seller in arrears in accordance with applicable leases. All prorated amounts are hereby stipulated as final, and shall not be subject to readjustment after closing, notwithstanding that actual amounts when available may differ from the stipulated amounts herein. Buyer shall be responsible for the payment of such charges for 2006 and accruing from and after the closing date and subsequent years. Prorations are as follows:

**Real Estate Taxes**

| Store #301 | | | | Totals |
|---|---|---|---|---|
| - 2006 Real Estate Taxes (estimate) | $ | 27,271.48 | | |
| - Per Diem Tax Amount | $ | 74.72 | | |
| - Seller's Share of 2006 Taxes (1/1/06 - 5/24/06) (144 days) | $ | 10,759.68 | $ | 10,759.68 |
| **Total Real Estate Taxes:** | | | **$** | **10,759.68** |

**Personal Property Taxes**

| Store #301 | | | | |
|---|---|---|---|---|
| - 2006 Personal Property Taxes (estimate) | $ | 20,262.97 | | |
| - Per Diem Tax Amount | $ | 55.51 | | |
| - Seller's Share of 2006 Taxes (1/1/06 - 5/24/06) (144 days) | $ | 7,993.44 | $ | 7,993.44 |
| **Total Personal Property Taxes:** | | | **$** | **7,993.44** |

**CAM**

| Store #301 | | | | |
|---|---|---|---|---|
| - 2006 CAM Charges (estimate) | $ | 12,132.00 | | |
| - Per Diem Amount | $ | 33.24 | | |
| - Seller's Share of 2006 CAM (1/1/06 - 5/24/06) (144 days) | $ | 4,786.56 | $ | 4,786.56 |
| **Total CAM Charges:** | | | **$** | **4,786.56** |
| **Total Amount of Seller's Prorated Share of 2006 Prorations:** | | | **$** | **23,539.68** |

(2) 2006 Prorations - Amounts Previously Paid by Seller. Prorations are based on May, 2006 rents, insurance and other charges previously paid by Seller in accordance with applicable leases. Buyer shall be responsible for the payment of such charges that become due and payable for June, 2006 and thereafter. Prorations are as follows:

**Rent**

| Store #301 | | | | Totals |
|---|---|---|---|---|
| - Total May, 2006 rent paid: | $ | 33,815.10 | | |
| - Per diem rent: | $ | 1,090.81 | | |
| - Buyer's prorated share (5/25/06 - 5/31/06) (7 days) | $ | 7,635.67 | $ | 7,635.67 |
| **Total Amount of Buyer's Prorated Share of Prorations:** | | | **$** | **7,635.67** |



(3) Utility Deposits and Charges. All utility deposits will be returned to Seller directly by the respective utility companies. Seller will be responsible for payment of any portion of any utility charges attributable to utility service (including telephone service) provided through and including the date hereof. Buyer will be responsible for payment of any new utility deposits which may be assessed by the respective utility companies and for payment of any portion of such utility charges attributable to utility service provided subsequent to the date hereof. The party responsible for each share of such utility charges shall pay such charges promptly and without demand therefor. Each party agrees to indemnify and hold harmless the other party from and against liability for payment of the first party's share of such utility charges.

(4) Capitalized Terms. Capitalized terms used herein shall have the meanings ascribed to them in the Purchase Agreement.

# DISBURSEMENT SCHEDULE

RECEIPTS:

| | | | |
|---|---|---|---|
| 1. Deposit Due from Escrow Agent | $ 59,450.00 | | |
| 2. Cash Due from Buyer | $ 9,573.70 | | |
| TOTAL CASH RECEIVED: | **$ 69,023.70** | **$** | **69,023.70** |

DISBURSEMENTS:

| | | |
|---|---|---|
| 1. Winn-Dixie Stores, Inc. (Reimbursement of Environmental Site Assessment Fees) | $ | 2,631.58 |
| 2. First American Title Insurance Company (Title Search Fee, Premium and Recording Fees) | $ | 1,646.13 |
| 3. 69th Street Properties, L.P. (Cure Amounts) | $ | 31,353.90 |
| 4. Winn-Dixie Stores, Inc. (Seller's Proceeds) | $ | 33,392.09 |
| TOTAL DISBURSEMENTS: | **$** | **69,023.70** |

