**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and termination of the lease to Westgate Square, LLC for Store No. 372 located in Sunrise, Florida. A copy of the closing statement is attached.

Dated: June 9, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By  */s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By  */s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00534401

## CLOSING STATEMENT

**SELLER/TENANT:** Winn-Dixie Stores, Inc., a Florida corporation
**BUYER/LANDLORD:** Westgate Square, LLC, a Florida limited liability company
**ESCROW AGENT:** Smith, Gambrell & Russell, LLP
**TRANSACTION:** Acquisition of Leasehold Interests, located at Store #372, 15900 W. State Road 84, Sunrise, Florida

**CASH PURCHASE AMOUNT**     $     1,291,270.00

**CLOSING DATE:** May 22, 2006

### SELLER'S STATEMENT

| | | | |
|---|---|---|---|
| **Cash Purchase Amount:** | | | $ 1,291,270.00 |
| **Less Adjustments:** | | | |
| 1. Seller's Prorated Share of Taxes and Other Charges Payable Under Leases (1) | $ 44,733.66 | | |
| **Total Adjustments:** | $ 44,733.66 | $ | (44,733.66) |
| **Plus Adjustments:** | | | |
| 1. Buyer's Prorated Share of May 2006 Rents, and Other Charges Paid in Advance Under Leases (2) | $ 5,369.90 | | |
| **Total Adjustments:** | $ 5,369.90 | $ | 5,369.90 |
| **Less Closing Costs to be Paid by Seller:** | | | |
| 1. Seller's Attorneys' Fees & Costs (Smith, Gambrell & Russell, LLP) | P.O.C. | | |
| 2. Seller's Brokers Fees (The Food Partners) | P.O.C. | | |
| 3. Seller's Brokers Fees (DJM Asset Management, LLC) | P.O.C. | | |
| 4. Environmental Site Assessment Fees (Golder Associates, Inc.) | P.O.C. | | |
| 5. Title Search Fee/Cancellation Fee (First American Title Insurance Company) | $ 275.00 | | |
| 6. Recording Fees (Affidavit re: Sale Order) (First American Title Insurance Company) | $ 214.00 | | |
| **Total Seller's Closing Costs:** | $ 489.00 | $ | (489.00) |
| **TOTAL AMOUNT DUE TO SELLER:** | | $ | 1,251,417.24 |


86092

## **BUYER'S STATEMENT**

**Cash Purchase Amount:**      $   1,291,270.00

**Less Adjustments:**

1. Seller's Prorated Share of Taxes and Other Charges Payable Under Leases (1)    $   44,733.66

    **Total Adjustments:**    $   44,733.66    $   (44,733.66)

**Plus Adjustments:**

1. Buyer's Prorated Share of May 2006 Rents, and Other Charges Paid in Advance Under Leases (3)    $   5,369.90

    **Total Adjustments:**    $   5,369.90    $   5,369.90

**Plus Closing Costs to be Paid by Buyer:**

1. Buyer's Attorney's Fees & Costs      P.O.C.
2. Recording Fees (Notice of Lease Term.)    $   27.00
    (First American Title Insurance Company)

    **Total Buyer's Closing Costs:**    $   27.00    $   27.00

**TOTAL AMOUNT DUE FROM BUYER:**      $   1,251,933.24


86092

Closing Statement
Winn-Dixie Stores, Inc. S/T Westgate Square, LLC
May 22, 2006

The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this _____ day of May, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

| SELLER/TENANT: | BUYER/LANDLORD: |
|---|---|
| **WINN-DIXIE STORES, INC.,** a Florida corporation | **WESTGATE SQUARE, LLC** a Florida limited liability company |
| By: _____ | By: _____ |
| Name: Bennett L. Nussbaum | Name: _____ |
| Title: Senior Vice President | Title: _____ |

LEGAL APPROVED
ATTY: CBT
DATE: 5/22/06

Reviewed By
/SU/
XRoads
Date: _____



86092

Closing Statement
Winn-Dixie Stores, Inc. S/T Westgate Square, LLC
May 22, 2006

The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this _____ day of May, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER/TENANT:**

**WINN-DIXIE STORES, INC.,**
a Florida corporation

By:_____

Name:_____

Title: Senior Vice President

**BUYER/LANDLORD:**

**WESTGATE SQUARE, LLC**
a Florida limited liability company

By: *[signature]*

Name: *Beth Azor*

Title: *Managing Member*


**Notes:**

(1) <u>2006 Prorations - Amounts Not Yet Paid and Payable</u>. Prorations are based on estimate of 2006 real estate taxes derived from actual 2005 amounts paid by Seller in arrears in accordance with leases. <u>All prorated amounts are hereby stipulated as final, and shall not be subject to readjustment after closing, notwithstanding that actual amounts when available may differ from the stipulated amounts herein</u>. Buyer shall be responsible for the payment of such charges for 2006 and accruing from and after the closing date and subsequent years. Prorations are as follows:

**Real Estate Taxes**
Store #372

|  |  | Totals |
|---|---|---|
| - 2006 Real Estate Taxes (estimate) | $ 115,798.60 |  |
| - Per Diem Tax Amount | $ 317.26 |  |
| - Seller's Share of 2006 Taxes (1/1/06 - 5/21/06) (141 days) | $ 44,733.66 | $ 44,733.66 |
| **Total Real Estate Taxes:** |  | $ **44,733.66** |
| **Total Amount of Seller's Prorated Share of 2006 Prorations:** |  | $ **44,733.66** |

(2) <u>2006 Prorations - Amounts Previously Paid by Seller</u>. Prorations are based on May, 2006 rents, insurance and other charges previously paid by Seller in accordance with applicable leases. Buyer shall be responsible for the payment of such charges that become due and payable for June, 2006 and thereafter. Prorations are as follows:

**Rent**
Store #372

|  |  | Totals |
|---|---|---|
| - Total May, 2006 rent paid: | $ 16,344.00 |  |
| - Per diem rent: | $ 527.23 |  |
| - Buyer's prorated share (5/22/06 - 5/31/06) (10 days) | $ 5,272.30 | $ 5,272.30 |

**CAM Charges**
Store #372

|  |  | Totals |
|---|---|---|
| - 2006 CAM Charges | $ 302.67 |  |
| - Per Diem Amount | $ 9.76 |  |
| - Seller's Share of 2006 CAM Charges (5/22/06 - 5/31/06) (10 days) | $ 97.60 | $ 97.60 |
| **Total Amount of Buyer's Prorated Share of Prorations:** |  | $ **5,369.90** |

(3) <u>Utility Deposits and Charges</u>. All utility deposits will be returned to Seller directly by the respective utility companies. Seller will be responsible for payment of any portion of any utility charges attributable to utility service (including telephone service) provided through and including the date hereof. Buyer will be responsible for payment of any new utility deposits which may be assessed by the respective utility companies and for payment of any portion of such utility charges attributable to utility service provided subsequent to the date hereof. The party responsible for each share of such utility charges shall pay such charges promptly and without demand therefor. Each party agrees to indemnify and hold harmless the other party from and against liability for payment of the first party's share of such utility charges.

(4) <u>Capitalized Terms</u>. Capitalized terms used herein shall have the meanings ascribed to them in the Purchase Agreement.

**DISBURSEMENT SCHEDULE**

RECEIPTS:

1. Cash Due from Buyer                          $   1,251,933.24
   TOTAL CASH RECEIVED:                         $ 1,251,933.24   $ 1,251,933.24

DISBURSEMENTS:

1. First American Title Insurance Company                        $         516.00
   (Title Search Fee, Premium and Recording Fees)
2. Winn-Dixie Stores, Inc.                                       $   1,251,417.24
   (Seller's Proceeds)

TOTAL DISBURSEMENTS:                                             $   1,251,933.24

86092

Closing Statement
Winn-Dixie Stores, Inc. S/T Westgate Square, LLC
May 22, 2006