# The Miami Herald  el Nuevo Herald

June 7, 2006

RE: Case no. 05-03817-3F1

Clerk Of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

Dear Clerk Of the Court,

**Subject: Opposing Response to Objection to Claim For WINN-DIXIE Stores, Inc., Et Al / Chapter 11**

This letter is the written response opposing the Objection To Claim from Winn Dixie Stores in which it is sought to reduce Claim #10632 from $68,921.81 to $36,240.14 due to the lack of supporting documentation.

Accompanying this letter is the supporting documentation, which verifies our claim of $68,921.81 for balances due to us by Winn Dixie at the time of the bankruptcy filing.

Respectfully,

Erasmo Acosta Jr
Credit & Customer Relations Manager
Miami Herald Media Company


Cc: D.J. Baker
    Skadden, Arps, Slate, Meagher, & From LLP
    Four Times Square
    New York, New York  10036

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                     )   Case No. 05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           )   Chapter 11
                                           )
Debtors.¹                                  )   Jointly Administered
                                           )

FILED
JACKSONVILLE
FLORIDA

2006 JUN -9  A 9: 21

US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

**NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO
(A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED
CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS**

Creditor ID: WDX-262856-1L-12
MIAMI HERALD PUBLISHING CO, THE
ATTN ERASMO ACOSTA JR, CREDIT MGR
ONE HERALD PLAZA, 2ND FL
MIAMI FL 33132

| CLAIM(S) TO BE REDUCED ||
|---|---|
| Claim No.: 10632<br>Claim Amount: $68,921.81 | Reduced Claim Amount: $36,240.14<br>Reason for Reduction:<br>REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS AS CLAIM LACKS ADEQUATE SUPPORTING DOCUMENTATION DESPITE SEVERAL INQUIRIES. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00**

---

¹ In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**WINNDIXIE- BROWARD ACCOUNT: WINND001**

**Nov 7,2004 Thru Feb 20,2005**

**Summary of Charges**

| BALANCE FORWARD | INVOICE DATE | POSTED DATE | STORE CHARGES | CASH PAYMENT | CREDIT ADJUSTMENT | ENDING BALANCE |
|---|---|---|---|---|---|---|
| $14,206.94 | 07-Nov-04 | 07-Nov-04 | $1,125.52 | ($1,226.52) | | $14,105.94 |
| | 14-Nov-04 | 14-Nov-04 | $933.29 | ($1,167.03) | | $13,872.20 |
| | 21-Nov-04 | 21-Nov-04 | $1,038.72 | | | $14,910.92 |
| | 28-Nov-04 | 28-Nov-04 | $1,028.94 | ($1,968.56) | | $13,971.30 |
| | 05-Dec-04 | 05-Dec-04 | $1,094.16 | ($1,034.27) | | $14,031.19 |
| | 12-Dec-04 | 12-Dec-04 | $955.41 | ($891.82) | | $14,094.78 |
| | 19-Dec-04 | 19-Dec-04 | $845.59 | ($1,600.12) | | $13,340.25 |
| | 26-Dec-04 | 26-Dec-04 | $677.16 | | | $14,017.41 |
| | 02-Jan-05 | 02-Jan-05 | $831.07 | ($2,092.18) | | $12,756.30 |
| | 09-Jan-05 | 09-Jan-05 | $960.36 | ($990.85) | | $12,725.81 |
| | 16-Jan-05 | 16-Jan-05 | $789.13 | ($1,788.25) | | $11,726.69 |
| | 23-Jan-05 | 23-Jan-05 | $902.00 | ($885.73) | | $11,742.96 |
| | 30-Jan-05 | 30-Jan-05 | $900.47 | ($802.13) | | $11,841.30 |
| | 06-Feb-05 | 06-Feb-05 | $832.93 | ($657.34) | | $12,016.89 |
| | 13-Feb-05 | 13-Feb-05 | $833.90 | ($816.00) | | $12,034.79 |
| | 20-Feb-05 | 20-Feb-05 | $747.02 | ($961.43) | | $11,820.38 |
| $14,206.94 | | | $14,495.67 | ($16,882.23) | | $11,820.38 |

The above schedule contains a summary of the activities on this account. Each one of the amounts is supported with the documentation accompanying the schedule. This schedule provides sufficient data to prove:
  A. The Balance forward on the very first invoice was paid
  B. The remaining balance is from unpaid billings.

If you have any questions, please contact us.

Best regards,

*Erasmo Acosta Jr*
Credit & Customer Relations Manager
Miami Herald Media Company

# VOLUMINOUS ATTACHMENTS CAN BE VIEWED AT THE CLERKS OFFICE