**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

June 9, 2006

Mr. Erasmo Acosta Jr., Credit Manager
Miami Herald
One Herald Plaza 2nd FL
Miami, FL 33132

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Acosta:

The Court is in receipt of your letter objecting to the Debtors' Notice of Twelfth Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassifed Claims and (c) Misclassified Claims that you filed on June 9, 2006. A hearing on that Notice has been set for June 29, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

*Susan Baldwin*
Susan Baldwin
Case Manager
(904) 301-6531