Hearing Date: June 15, 2006, 1:00 p.m. (E.T.)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## APPLICATION FOR AMENDED ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF SMITH HULSEY & BUSEY AS CO-COUNSEL

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") apply to the Court for an amended order under 11 U.S.C. §330 and Rule 2014, Federal Rules of Bankruptcy Procedure, authorizing the Debtors' employment of Smith Hulsey & Busey in these cases with the firm's employment of David L. Gay as an associate lawyer who will render services to the Debtors' in these cases, and in support states:

1. By order dated April 20, 2005 (Docket no. 787), the Court approved Smith Hulsey's employment in these cases.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Smith Hulsey desires to employ David L. Gay as an associate lawyer who will render services to the Debtors in these cases.

3. Mr. Gay is a member of The Florida Bar and was employed by the law firm of Held & Israel from August 1, 2005 to May 11, 2006. Held & Israel represents several creditors in these Chapter 11 cases, including those identified in the Second Supplemental Declaration of Smith Hulsey & Busey attached as Exhibit A.

4. According to Rule 4-1.10 of the Rules Regulating The Florida Bar, Smith Hulsey may employ Mr. Gay to render services in these cases notwithstanding that he was previously employed by Held & Israel if Mr. Gay did not acquire while employed by Held & Israel, and does not have, any information protected by Rule 4-1.6 and 4-1.9(b) that is material to the cases. Mr. Gay has represented to Smith Hulsey that he has no such information.

5. If Smith Hulsey were to employ Mr. Gay, Smith Hulsey would remain disinterested within the meaning of Section 327(a) of the Bankruptcy Code because there is no actual conflict of interest.

6. The Debtors have provided notice of this Application to (i) the United States Trustee, (ii) the Official Committee of Unsecured Creditors, (iii) Held & Israel, and (iv) all creditors on the master service list.

For the foregoing reasons, the Debtors ask the Court to enter an amended order, substantially in the form attached as Exhibit B, authorizing the Debtors' continued employment of Smith Hulsey as Debtors' co-counsel in these cases in the

event Mr. Gay is employed as an associate of Smith Hulsey and renders services to the Debtors in these cases.

Dated: June 9, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00533399.3

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.05-3817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**SECOND SUPPLEMENTAL DECLARATION OF SMITH HULSEY
& BUSEY IN SUPPORT OF APPLICANT'S MOTION FOR
AMENDED ORDER AUTHORIZING DEBTORS'
EMPLOYMENT OF SMITH HULSEY & BUSEY AS CO-COUNSEL**

I, Cynthia C. Jackson, pursuant to 28 U.S.C. §1746, declare that the following is true to the best of my knowledge, information and belief:

1. I am a member of the law firm of Smith Hulsey & Busey. I submit this supplemental declaration and disclosure pursuant to Sections §§327 and 329 of the Bankruptcy Code and Rules 2014 and 2016, F.R.B.P., in support of the Debtors' application for an amended order authorizing the retention of Smith Hulsey pursuant to Section 327(a). I have personal knowledge of the matters set forth below and, if called as a witness, would so testify.

2. Subject to the disclosures set forth in the (i) Declaration filed as an exhibit to the firm's retention application on April 20, 2005 (Docket No. 766), (ii) First Supplemental Declaration filed on June 8, 2005 (Docket No. 1602), and (iii) disclosures made below, Smith Hulsey and its individual members (i) do not hold or represent any interest adverse to the Debtors, their creditors or estates, and (ii) are each a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

-2-

3. Smith Hulsey intends to employ David L. Gay as an associate lawyer who will render services to the Debtors in these cases. From August 1, 2005 through May 11, 2006, Mr. Gay was employed by the law firm of Held & Israel. Held & Israel represents a number of creditors in these cases. Attached is a list of creditors for which Held & Israel has filed a notice of appearance.

4. Mr. Gay has represented to Smith Hulsey that while employed by Held & Israel, he did not acquire information protected by Rule 4-1.6 and 4-1.9(b) of the Rules Regulating The Florida Bar that is material to the cases.

5. For the reasons set forth above, the Debtors' retention of Smith Hulsey is appropriate under 11 U.S.C. §327(a) and is not prohibited by or improper under F.R.B.P. 5002.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2006, at Jacksonville, Florida.

SMITH HULSEY & BUSEY

By: *Cynthia C. Jackson*
Cynthia C. Jackson

Florida Bar Number: 0498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorney for Debtors

00533992

| | |
|---|---|
| Alvin Lapidus & Lois Lapidus, LLC | Ocean 505 Associates, L.L.C. and Grandeck Associates, LLC c/o Eckstein Properties |
| Asprea, Hector M. | P.C. Woo, Inc., d/b/a Megatoys, Inc. |
| Bank of America, N.A. | Perlis-Ellin, LLC |
| Beaver Street Fisheries, Inc. | Plunkett, H.C., the Estate of |
| Bennett, Bobby K. | Promenade Mall (E&A), LLC |
| Butler Investment I, LC | Perret, Matthew |
| C&A Ltd., L.C. | Regency Centers, L.P., Highland Square |
| Cairo Sun Properties, Ltd. LLLP | Sawicki Realty Co. & Henry J. Sawicki III |
| Capstone Advisors, Inc. | Shields Plaza, Inc. |
| Catamount Atlanta, LLC | Southland-Amite W. D. Delaware Bus. Trust |
| Catamount LS-KY, LLC | Southland-Anderson W.D. Delaware Bus. Trust |
| Catamount Rockingham, LLC | Southland-Arlington W.D. Delaware Bus. Trust |
| Chapin Development Co. | Southland-Birmingham W. D. Delaware Bus. Trust |
| Concord-Fund IV Retail, L.P. | Southland-Conyers W. D. Delaware Bus. Trust |
| Crowder Family Joint Venture | Southland-Crystal River W.D. Delaware Bus. Trust |
| Drew, Delford L. | Southland-Jonesboro W.D. Delaware Bus. Trust |
| Digital 1 Stop | Southland-Mansfield W.D. Delaware Bus. Trust |
| E & A Financing II, LP | Southland-Ponciana W.D. Delaware Bus. Trust |
| E & A Southeast, LP | Southland-Powder Springs W.D. Delaware Bus. Trust |
| E&A Acquisition, LP | Southland-River Ridge W. D. Delaware Bus. Trust |
| English, Amanda | Southland-Summerville W.D. Delaware Bus. Trust |
| FW NC-Shoppes of Kildaire, LLC | Southland-Waco W.D. Delaware Business |
| Gagnon, Christina | Southmark Properties, LLC |
| Gehr Florida Development, LLC | TA Cresthaven, LLC |
| GLA, LLC | Telfair-Perlis, LLP |
| GRE Properties, LLC | The Market at Byram |
| Indian Creek Crossing, LLC | Valrico Partners, LP, Ltd. † |
| Ivey Electric Company | Villa Rica Retail Properties, LLC |
| Ja-Ru, Inc. | Waynesville Shopping Center, LLC |
| Jackson I-55, LLC | Westside City, Inc. |
| Land Dade, Inc. | Windsor Station, LLC |
| Langston Place | Winn Dixie Green Cove Trust |
| Lehmberg Crossing, L.L.C. | Winn Dixie Jacksonville Trust |
| Linpro Investments, Inc. | Winn Dixie Pasco Trust |
| Madison Station Properties, LLC | Winn-Dixie Tampa Trust |
| MCW-RC FL-Highlands, LLC | Wolfchase Associates, LLC |
| MCW-RC FL-Shoppes at 104, LLC | Woodbury Plaza, LLC |
| MCW-RC-GA-Howell Mill Village, LLC | William J. Wade and Wilmington Trust Co. |
| MCW-RC-GA-Peachtree Parkway Plaza, LLC | York, Bennett V. |
| Morrisville Market, LLC | |

†Held & Israel withdrawn as counsel

| | |
|---|---|
| Albion Pacific Property Resources, LLC | GE Capital Realty Group, as servicing agent for Great Oaks, LLC / Watch Omega Holdings, L.P. |
| ALG Limited Partnership | GE Commercial Finance Business Property |
| Appraisers Associated Ltd. | General Electric Capital Corporation |
| Bert Associates, a North Carolina partnership | Halpren Enterprises, Inc. |
| Chester Dix Alexandra Corporation | Hammerdale, Inc. NV |
| Chester Dix Crawfordville Corporation | Krusch Properties LLC |
| Chester Dix Crescent Corporation | Long Wholesale, Inc., d/b/a CCC Beauty Supply |
| Chester Dix Florence Corporation | Maples Gas Company |
| Chester Dix Fort Corporation | Mariner's Village |
| Chester Dix Hurst Corporation | Meridian Coca-Cola Bottling Company |
| Chester Dix Jefferson Corporation | Mosby's Packing Company, Inc. |
| Chester Dix LaBelle Corporation | Northeast MS Coca-Cola Bottling Co., Inc. |
| Chester Dix Lake Corporation | Palm Springs Mile Associates, Ltd. |
| Chester Dix Newman Corporation | Public Service of North Carolina |
| Chester Dix Pikeville Corporation | Norma Jean Rayburn |
| Chester Dix Wauchula Corporation | River Oaks Partnership |
| Chester Dix Williston Corporation | Tammy Rutherford |
| Citicorp Vender Finance, Inc., as assignee of Miami Office Systems | Scana Energy Marketing, Inc. |
| Conecuh Sausage Co., Inc. | SFP, LLC |
| Curry Ford, LP | Shade Creek Partners |
| Developers Diversified Realty Corporation | Southbrook Partners, LLC |
| E&A Acquisition Two, LP | South Carolina Electric & Gas Company |
| Elston/Leetsdale, LLC | Southern Pride Catfish, LLC |
| Flagler Retail Associates, Ltd. | The Dannon Company, Inc. |
| Florida Dickens Associates, Ltd. | The Prudential Company of America |
| Foley Partners, LLC | The Ronald Benderson 1995 Trust & The Benderson 85-1 Trust, jointly Buffalo Marine Association |
| Four Florida Shopping Center Properties | Weingarten Realty Investors |
| GE Capital Corporation, Commercial Finance Division | WRI Texla LLC |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AMENDED ORDER AUTHORIZING DEBTORS' RETENTION OF SMITH HULSEY & BUSEY AS CO-COUNSEL

This cause having been considered upon the application of Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 327(a) and 329, for an amended order authorizing the retention of Smith Hulsey & Busey as bankruptcy co-counsel for the Debtors with the firm's employment of David L. Gay as an associate lawyer (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is:

ORDERED:

1. The Application is granted.

2. Smith Hulsey & Busey is approved under 11 U.S.C. §327(a) as bankruptcy counsel for the Debtors in these jointly administered Chapter 11 cases with the firm's employment of David L. Gay as an associate lawyer who will render services to the Debtors in these cases.

3. The compensation of Smith Hulsey & Busey for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

Dated this _____ of June, 2006, in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a
copy of this order on all persons served
with the Motion.

00533988