# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 2, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 12, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 244478-12
CAPITAL VOLVO TRUCK & TRAILER
ATTN: RIKI FRANKLIN, CONTROLLER
PO BOX 9427
MONTGOMERY, AL 36108

CREDITOR ID: 279000-32
CONSOLIDATED BISCUIT CO.
ATTN: BILL VARNEY
312 RADER ROAD
MCCOMB, OH 45858

CREDITOR ID: 246889-12
CONSOLIDATED BISCUIT COMPANY
C/O EASTMAN & SMITH LTD
ATTN KENNETH BAKER, ESQ
ONE SEAGATE 24TH FL
TOLEDO OH 43604

CREDITOR ID: 246889-12
CONSOLIDATED BISCUIT COMPANY
PO BOX 631073
CINCINNATI, OH 45263-1073

CREDITOR ID: 251-03
COUNTY OF CRISP POWER COMMISSION
ATTN JEFF COUTURIER, OFF MGR
201 SOUTH SEVENTH STREET
PO BOX 1218
CORDELE GA 31010

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 249376-12
FANTASIA ACCESSORIES LTD
ATTN: JORDAN SANSTEIN, CONTROLLER
31 W 34TH STREET
NEW YORK, NY 10001

CREDITOR ID: 452201-97
GROSSMAN COMPANIES INC, THE
C/O POSTERNAK BLANKSTEIN & LUND
ATTN: ROBERT RESNICK, ESQ
THE PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02199-8004

CREDITOR ID: 417076-15
GROSSMAN COMPANIES, INC, THE
ATTN LOUIS J GROSSMAN, MGR
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

CREDITOR ID: 279370-36
HARTZ MOUNTAIN CORPORATION, THE
ATTN JOHN RUSSAK CR MGR
400 PLAZA DRIVE
SECAUCUS NJ 07094-3688

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 254496-12
LAURA'S LEAN BEEF
ATTN: MARK PLUMMER
PO BOX 633771
CINCINNATI, OH 45263-3771

CREDITOR ID: 278992-80
LAURA'S LEAN BEEF
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 W MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 255507-12
MARION SIGNS & LIGHTING INC
ATTN KEVIN MACISAAC, PRES
1423 NE 46 ROAD
OCALA, FL 34470

CREDITOR ID: 407645-15
MATTEL TOYS AKA
MATTEL SALES CORP
ATTN KATHLEEN SIMPSON-TAYLOR, VP FN
MAIL STOP M1-1201
333 CONTINENTAL BLVD
EL SEGUNDO CA 90245-5012

CREDITOR ID: 410385-15
NORMAN W FRIES, INC DBA
CLAXTON POULTRY FARMS
C/O TAFT STETTINIUS & HOLLISTER LLP
ATTN RICHARD FERRELL, ESQ
425 WALNUT STREET, SUITE 1800
CINCINNATI OH 45202

CREDITOR ID: 279039-32
SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

CREDITOR ID: 260560-12
SCHWAN'S SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS, MN 55485-5054

CREDITOR ID: 452198-97
SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CREDITOR ID: 261381-12
SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

CREDITOR ID: 382259-51
SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 405667-95
SYROCO, INC
ATTN RONNIE RECCIO, CREDIT MGR
7528 STATE FAIR BOULEVARD
BALDWINSVILLE NY 13027

CREDITOR ID: 263127-12
TIP TOP POULTRY
ATTN: DAVID JOHNSON, VP ACCTNG & TE
PO BOX 281954
ATLANTA, GA 30384-1954

CREDITOR ID: 452199-97
UNION FOODS
ATTN: VICTOR SIM, CEO
14522 MYFORD ROAD
IRVINE CA 92606

CREDITOR ID: 263767-12
UNION FOODS
ATTN MICHELE MORRIS, A/R
14522 MYFORD ROAD
IRVINE, CA 92606

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 452200-97
UNITED MECHANICAL CORP
ATTN: KELLY BUTLER, OFFICE MNGR
2811 CENTRAL AVE
CHARLOTTE NC 28205

CREDITOR ID: 263801-12
UNITED MECHANICAL CORPORATION
ATTN JAMES EUDY, VP
2811 CENTRAL AVE
CHARLOTTE, NC 28205

CREDITOR ID: 384417-47
WEST-TEK, INC
ATTN D KEITH WEST, PRES
15 NOBLE STREET
SMITHFIELD, NC 27557

**Total:   33**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7834**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CAPITAL VOLVO TRUCK & TRAILER

Name of Transferor

CAPITAL VOLVO TRUCK & TRAILER
ATTN: RIKI FRANKLIN, CONTROLLER
PO BOX 9427
MONTGOMERY, AL 36108

Phone: 334 262 8856
Account No.: 244478

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 32530
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,605.69

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1
Docket No.: 7727

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONSOLIDATED BISCUIT COMPANY     ID: 246889
Original Name of Claimant/Transferor

CONSOLIDATED BISUCUIT COMPANY
PO BOX 631073
CINCINNATI OH  45263-1073

CONSOLIDATED BISCUIT COMPANY
C/O EASTMAN & SMITH LTD
ATTN: KENNETH BAKER, ESQ
ONE SEAGATE 24TH FL
TOLEDO OH  43604
Phone: 419 247 1656

CONSOLIDATED BISCUIT CO.     ID: 279000
ATTN: BILL VARNEY
312 RADER ROAD
MCCOMB OH  45858

JPMORGAN CHASE BANK NA     ID: 399350
Co-Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP     ID: 407520
Co-Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.: 9559
Date Claim Filed: 07/27/05

Full Transfer:
Amount: $531,070.96

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **7835**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COUNTY OF CRISP POWER COMMISSION                    ASM CAPITAL II, LP

Name of Transferor                                 Name of Transferee

COUNTY OF CRISP POWER COMMISSION                    ASM CAPITAL II, LP
ATTN JEFF COUTURIER, OFF MGR                        ATTN ADAM MOSKOWITZ
201 SOUTH SEVENTH STREET                            7600 JERICHO TURNPIKE SUITE 302
PO BOX 1218                                         WOODBURY NY 11797
CORDELE GA 31010

Phone: 229 273 3811                                Phone: 516 224 6040
Account No.: 251                                   Account No.: 452136

Claim No.: 3171                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/31/2005                       Transfer Amount: $12,767.18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7831**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FANTASIA ACCESSORIES LTD

Name of Transferor

FANTASIA ACCESSORIES LTD
ATTN: JORDAN SANSTEIN, CONTROLLER
31 W 34TH STREET
NEW YORK, NY 10001

Phone: 212 204 8703
Account No.: 249376

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 34814
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,971.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                 Case No.: 05-03817-3F1

Docket No.: 7839

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GROSSMAN COMPANIES, INC, THE                           DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferor                                     Name of Transferee

GROSSMAN COMPANIES, INC, THE                           DELLACAMERA CAPITAL MASTER FUND LTD
ATTN LOUIS J GROSSMAN, MGR                             C/O MERIDIAN CORPORATE SERVICES LTD
1266 FURNACE BROOK PARKWAY                             73 FRONT STREET
QUINCY MA 02269-0110                                   PO BOX HM 528
                                                       HAMILTON  HM 12 BERMUDA


Phone: 617 472 2000                                    Phone:
Account No.: 417076                                    Account No.: 452126

GROSSMAN COMPANIES INC, THE
C/O POSTERNAK BLANKSTEIN & LUND
ATTN: ROBERT RESNICK, ESQ
THE PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02199-8004

Phone: 617 973 6187
Account No.: 452201


Claim No.: 12855                                       Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 01/11/2006                           Transfer Amount: $350,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/02/2006                                       /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**                    **Case No.: 05-03817-3F1**

**Docket No.: 7840**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GROSSMAN COMPANIES, INC, THE

Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

GROSSMAN COMPANIES, INC, THE
ATTN LOUIS J GROSSMAN, MGR
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone: 617 472 2000
Account No.: 417076

Phone:
Account No.: 452126

GROSSMAN COMPANIES INC, THE
C/O POSTERNAK BLANKSTEIN & LUND
ATTN: ROBERT RESNICK, ESQ
THE PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02199-8004

Phone: 617 973 6187
Account No.: 452201

Claim No.: 12856
Date Claim Filed: 01/11/2006

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $350,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7731

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARTZ MOUNTAIN CORPORATION, THE    ID: 279370
Original Name of Claimant/Transferor

HARTZ MOUNTAIN CORPORATION, THE
ATTN: JOHN RUSSAK, CR MGR
400 PLAZA DRIVE
SECAUCUS NJ  07094-3688
Phone: 201 271 4800 ext 7552

JPMORGAN CHASE BANK NA    ID: 399350
Co-Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Co-Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.: 3484
Date Claim Filed: 06/03/05

Full Transfer:
Amount: $214,754.07

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7822

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LAURA'S LEAN BEEF

Name of Transferor

LAURA'S LEAN BEEF
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 W MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

Phone: 859 288 7462
Account No.: 278992

LAURA'S LEAN BEEF
ATTN: MARK PLUMMER
PO BOX 633771
CINCINNATI, OH 45263-3771

Phone: 859 299 7707
Account No.: 254496

ASM CAPITAL II, LP

Name of Transferee

ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

Phone: 516 224 6040
Account No.: 452136

Claim No.: 8511
Date Claim Filed: 07/26/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $7,353.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 7825

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARION SIGNS & LIGHTING INC                    ASM CAPITAL LP
Name of Transferor                             Name of Transferee

MARION SIGNS & LIGHTING INC                    ASM CAPITAL LP
ATTN KEVIN MACISAAC, PRES                      ATTN ADAM MOSKOWITZ
1423 NE 46 ROAD                                7600 JERICHO TPK STE 302
OCALA, FL 34470                                WOODBURY NY 11797


Phone: 352 236 0936                            Phone: 5162246040
Account No.: 255507                            Account No.: 399729


Claim No.: 4002                                Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 06/14/2005                   Transfer Amount: $2,357.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/02/2006                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7730

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MATEL TOYS AKA      ID: 407645
Original Name of Claimant/Transferor

MATERL TOYS AKA
MATTEL SALES CORP
ATTN: KATHLEEN SIMPSON-TAYLOR, VP FN
MAIL STOP M1-1201
333 CONTINENTAL BLVD
EL SEGUNDO CA  90245-5012
Phone: 310 252 4223

JPMORGAN CHASE BANK NA    ID: 399350
Co-Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Co-Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017
Phone: 212 476 4770

Claim No.:  4861
Date Claim Filed: 06/28/05

Full Transfer:
Amount: $369,724.11

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7729

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORMAN W FRIES INC DBA    ID: 410385
Original Name of Claimant/Transferor

NORMAN W FRIES INC DBA
CLASTON POULTRY FARMS
C/O TAFT STETTINIUS & HOLLISTER LLP
ATTN: RICHARD FERRELL, ESQ
425 WALNUT STREET, SUITE 1800
CINCINNATI OH  45202
Phone: 513 381 2838

JPMORGAN CHASE BANK NA    ID: 399350
Co- Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Co-Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.:  7381
Date Claim Filed: 07/21/05

Full Transfer:
Amount: $488,874,60

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7728

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES    ID: 260560
Original Name of Claimant/Transferor

SCHWANS SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS MN  55484-5054

SCHWAN'S CONSUMER BRANDS NORTH AMERICA INC
ATTN: JILL E HAAN – SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLV
BLOOMINGTON MN  55437
Phone: 952 832 4300

JPMORGAN CHASE BANK NA    ID: 399350
Current Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.: 31531
Date Claim Filed: 04/07/05

Full Transfer: ☒
Amount: $240,279.17

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7728

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES   ID: 260560
Original Name of Claimant/Transferor

SCHWANS SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS MN  55484-5054

SCHWAN'S CONSUMER BRANDS NORTH AMERICA INC
ATTN: JILL E HAAN – SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLV
BLOOMINGTON MN  55437
Phone: 952 832 4300

JPMORGAN CHASE BANK NA   ID: 399350
Current Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.:  34117
Date Claim Filed: 04/07/05

Full Transfer: ☒          Partial Transfer:
Amount: $175,864.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7728

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES    ID: 260560
Original Name of Claimant/Transferor

SCHWANS SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS MN  55484-5054


SCHWAN'S CONSUMER BRANDS NORTH AMERICA INC
ATTN: JILL E HAAN – SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLV
BLOOMINGTON MN  55437
Phone: 952 832 4300

JPMORGAN CHASE BANK NA    ID: 399350
Current Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421


JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897


SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770


Claim No.: 35342
Date Claim Filed: 04/07/05

Full Transfer: ☒        Partial Transfer:
Amount: $17,051.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 7728

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHWAN'S SALES ENTERPRISES   ID: 260560          JPMORGAN CHASE BANK NA   ID: 399350
Original Name of Claimant/Transferor              Current Transferee

SCHWANS SALES ENTERPRISES                        JPMORGAN CHASE BANK NA
PO BOX 1450 NW 5054                              ATTN STANLEY LIM
MINNEAPOLIS MN  55484-5054                       270 PARK AVE 17TH FLR
                                                 NEW YORK NY  10017
                                                 Phone: 212 270 4421

SCHWAN'S CONSUMER BRANDS NORTH AMERICA INC
ATTN: JILL E HAAN – SUITE 2000                   JPMORGAN CHASE BANK NA
NORMANDALE LAKE OFFICE PARK                      C/O KIRKPATRICK & LOCKHART ET AL
8500 NORMANDALE LAKE BLV                         ATTN: TIMOTHY C BENNETT, ESQ
BLOOMINGTON MN  55437                            599 LEXINGTON AVENUE
Phone: 952 832 4300                              NEW YORK NY  10022
                                                 Phone: 212 536 4897


                                                 SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
                                                 Prior Transferee

                                                 SPCP GROUP LLC AGT OF SILVER PT CAP
                                                 FUND LP & SILVER PT CAP OFFSHORE
                                                 ATTN BRIAN JARMAIN
                                                 2 GREENWICH PLAZA
                                                 GREENWICH CT  06830
                                                 Phone: 203 542 4032

                                                 SPC GROUP LLC AGT OF SILVER PT CAP
                                                 C/O TRAUB BONACQUIST & FOX LLP
                                                 ATTN: MAURA I RUSSELL, ESQ &
                                                 ANTHONY B STUMBO, ESQ
                                                 655 THIRD AVE, 21ST FL
                                                 NEW YORK NY  10017
                                                 Phone: 212 476 4770


Claim No.:  36764                               Full Transfer: ☒         Partial Transfer:
Date Claim Filed: 04/07/05                       Amount: $116,875.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006                                 /s/ Logan & Company, Inc.
                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7826**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN CLEANING SERVICES, INC

Name of Transferor

SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

Phone: 205 655 8326
Account No.: 261381

SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

Phone: 212 278 1793
Account No.: 452198

Claim No.: 34171
Date Claim Filed: 04/07/2005

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone:
Account No.: 452126

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $270,888.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **7829**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN CLEANING SERVICES, INC

Name of Transferor

SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

Phone: 205 655 8326
Account No.: 261381

SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

Phone: 212 278 1793
Account No.: 452198

Claim No.: 36807
Date Claim Filed: 04/07/2005

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone:
Account No.: 452126

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $21,800.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7830**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN CLEANING SERVICES, INC

Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone: 205 655 8326
Account No.: 261381

Phone:
Account No.: 452126

SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

Phone: 212 278 1793
Account No.: 452198

Claim No.: 6271
Date Claim Filed: 07/15/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $292,689.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7833**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN CLEANING SERVICES, INC

Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone: 205 655 8326
Account No.: 261381

Phone:
Account No.: 452126

SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

Phone: 212 278 1793
Account No.: 452198

Claim No.: 6273
Date Claim Filed: 07/15/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $292,689.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **7832**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHERN CLEANING SERVICES, INC

Name of Transferor

SOUTHERN CLEANING SERVICES, INC
ATTN H DEAN GOFORTH, PRES
106 S CHALKVILLE ROAD
TRUSSVILLE, AL 35173

Phone: 205 655 8326
Account No.: 382259

SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN: LARRY D HENIN, ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

Phone: 212 278 1793
Account No.: 452198

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone:
Account No.: 452126

Claim No.: 6272
Date Claim Filed: 07/15/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $292,689.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7732

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SYRCO INC          ID: 405667
Original Name of Claimant/Transferor

SYRCO INC
ATTN: RONNIE RECCIO, CREDIT MGR
7528 STATE FAIR BOULEVARD
BALWINSVILLE NY  13027
Phone: 315 671 2401

JPMORGAN CHASE BANK NA    ID: 399350
Current Transferee

JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY  10017
Phone: 212 270 4421

JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY  10022
Phone: 212 536 4897

SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.: 6419
Date Claim Filed: 07/15/05

Full Transfer: ☒          Partial Transfer:
Amount: $203,630.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 7823

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TIP TOP POULTRY

Name of Transferor

ASM CAPITAL II, LP

Name of Transferee

TIP TOP POULTRY
ATTN: DAVID JOHNSON, VP ACCTNG & TE
PO BOX 281954
ATLANTA, GA 30384-1954

ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

Phone: 770 973 8070

Account No.: 263127

Phone: 516 224 6040

Account No.: 452136

Claim No.: 35459

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $36,900.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **7827**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNION FOODS | ASM CAPITAL II, LP |
| Name of Transferor | Name of Transferee |
| | |
| UNION FOODS | ASM CAPITAL II, LP |
| ATTN MICHELE MORRIS, A/R | ATTN ADAM MOSKOWITZ |
| 14522 MYFORD ROAD | 7600 JERICHO TURNPIKE SUITE 302 |
| IRVINE, CA 92606 | WOODBURY NY 11797 |

Phone: 714 734 2200

Account No.: 263767

Phone: 516 224 6040

Account No.: 452136

UNION FOODS
ATTN: VICTOR SIM, CEO
14522 MYFORD ROAD
IRVINE CA 92606

Phone: 714 384 0223

Account No.: 452199

Claim No.: 3192

Date Claim Filed: 05/31/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $63,677.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 7828

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED MECHANICAL CORPORATION

Name of Transferor

UNITED MECHANICAL CORPORATION
ATTN JAMES EUDY, VP
2811 CENTRAL AVE
CHARLOTTE, NC 28205


Phone: 704 374 1857
Account No.: 263801

UNITED MECHANICAL CORP
ATTN: KELLY BUTLER, OFFICE MNGR
2811 CENTRAL AVE
CHARLOTTE NC 28205



Phone: 704 374 1857
Account No.: 452200

Claim No.: 1169
Date Claim Filed: 05/09/2005

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040
Account No.: 399729





Full Transfer: (X)      Partial Transfer:
Transfer Amount: $9,520.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.: **05-03817-3F1**

                                                                             Docket No.: **7841**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WEST-TEK, INC                                           ASM CAPITAL II, LP
_____                                 _____
Name of Transferor                                      Name of Transferee

WEST-TEK, INC                                           ASM CAPITAL II, LP
ATTN D KEITH WEST, PRES                                 ATTN ADAM MOSKOWITZ
15 NOBLE STREET                                         7600 JERICHO TURNPIKE SUITE 302
SMITHFIELD, NC 27557                                    WOODBURY NY 11797


Phone: 919 934 0934                                     Phone: 516 224 6040
Account No.: 384417                                     Account No.: 452136


Claim No.: 2795                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/25/2005                            Transfer Amount: $24,426.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/02/2006                                        /s/ Logan & Company, Inc.
                                                        _____
                                                        Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 2, 2006.