UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 5, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 12, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452203-97<br>ADAM'S MARK HOTEL (JACKSONVILLE)<br>ATTN: BRENT MOTCHAN<br>11330 OLIVE BLVD<br>ST LOUIS MO 63141 | CREDITOR ID: 403506-15<br>ADAM'S MARK HOTEL (JACKSONVILLE)<br>C/O ADAM'S MARK HOTELS<br>ATTN MARK MARTIN, CORP CONTROLLER<br>11330 OLIVE STREET BOULEVARD<br>ST LOUIS MO 63131 | CREDITOR ID: 242221-12<br>AMERICAN POPCORN COMPANY<br>ATTN DONALD J TOWNLEY, TREAS<br>PO BOX 178<br>SIOUX CITY IA 51102-0178 |
| CREDITOR ID: 242338-12<br>AMPERSAND TRADING COMPANY<br>DEPT 4026<br>PO BOX 510256<br>NEW BERLIN WI 53151 | CREDITOR ID: 408355-15<br>AMPERSAND TRADING COMPANY<br>ATTN TAMMY RAMM<br>5475 S WESTRIDGE CT<br>NEW BERLIN WI 53151 | CREDITOR ID: 242338-12<br>AMPERSAND TRADING COMPANY<br>C/O AHMED J QUERESHI, LLC<br>ATTN AHMED J QUERESHI, ESQ<br>THE JOHN PLANKINTON BLDG, STE 5181<br>161 W WISCONSIN AVENUE<br>MILWAULKEE WI 53203-2602 |
| CREDITOR ID: 452205-97<br>AMPERSAND TRADING COMPANY<br>ATTN: DONALD E KRESSIN, VP & CFO<br>5475 SOUTH WEST RIDGE COURT<br>NEW BERLINE WI 53151 | CREDITOR ID: 242354-12<br>ANCHOR FROZEN FOODS CORP<br>ATTN ROY TUCCILLO, PRESIDENT<br>PO BOX 887<br>WESTBURY, NY 11590 | CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 243543-12<br>BINGO BAKERY INC<br>ATTN: JOEL GALI, PRES<br>2125 N.W. 8TH AVE<br>MIAMI, FL 33128 | CREDITOR ID: 374410-44<br>COMPASS FOODS<br>EIGHT O CLOCK COFFEE<br>ATTN TOM CORCORAN, CONTROLLER<br>PO BOX 23438<br>NEWARK, NJ 07189-0438 |
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 249428-12<br>FEDERAL FISHERIES, INC<br>ATTN NAHEEM M FRANCISE<br>PO BOX 107<br>LITHIA, FL 33547 | CREDITOR ID: 249685-12<br>FLORI DESIGN<br>ATTN: ABBIGAIL RINCK<br>PO BOX 518<br>MT DORA, FL 32756-0518 |
| CREDITOR ID: 315712-36<br>INTEPLAST GROUP LTD<br>ATTN MITCHELL A FRIED, CR MGR<br>9 PEACH TREE ROAD<br>LIVINGSTON NJ 07039 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHCHILD LLP<br>ATTN ALLISON M BERGER, ESQ<br>997 LENOX DRIVE, BUILDING THREE<br>LAWRENCEVILLE NJ 08648-2311 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHSCHILD LLP<br>ATTN JOSHUA T KLEIN, ESQ.<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>ATTN BRIAN J CUPKA, ESQ<br>725 DARLINGTON AVENUE<br>MAHWAH NJ 07430-2601 | CREDITOR ID: 256127-12<br>METRO REFRIGERATION<br>ATTN: RANDALL INGRAM, VP<br>PO BOX 579<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 263645-12<br>TWACOMM.COM<br>ATTN: EDWARD J PAIGE, CEO<br>101 MAIN STREET, 3RD FL<br>HUNTINGTON BEACH, CA 92648 | CREDITOR ID: 452202-97<br>UPSTATE HOOD CLEANING & FIRE<br>SYSTEM INSPECTION<br>ATTN: HAROLD DYAR, OWNER<br>327 EAST VIEW STREET<br>HONEA PATH SC 29654 |
| CREDITOR ID: 395750-65<br>UPSTATE HOOD CLEANING & FIRE<br>SYSTEMS INSPECTION<br>ATTN WAYNE DYAR, OWNER<br>327 EASTWAY STREET<br>HONEA PATH, SC 29654 | | |

**Total: 25**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                           Docket No.: 8008

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ADAM'S MARK HOTEL (JACKSONVILLE) | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

ADAM'S MARK HOTEL (JACKSONVILLE)         ASM CAPITAL LP
C/O ADAM'S MARK HOTELS                   ATTN ADAM MOSKOWITZ
ATTN MARK MARTIN, CORP CONTROLLER        7600 JERICHO TPK STE 302
11330 OLIVE STREET BOULEVARD             WOODBURY NY 11797
ST LOUIS MO 63131

Phone: 314 567 9000 ext 604              Phone: 5162246040
Account No.: 403506                      Account No.: 399729

ADAM'S MARK HOTEL (JACKSONVILLE)
ATTN: BRENT MOTCHAN
11330 OLIVE BLVD
ST LOUIS MO 63141

Phone: 314 567 9000
Account No.: 452203

Claim No.: 1228                          Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 05/10/2005             Transfer Amount: $10,372.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                         /s/ Logan & Company, Inc.
                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.            Case No.: 05-03817-3F1
                                                  Docket No.: 7973

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| AMERICAN POPCORN COMPANY | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| AMERICAN POPCORN COMPANY<br>ATTN DONALD J TOWNLEY, TREAS<br>PO BOX 178<br>SIOUX CITY IA 51102-0178 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 712 239 1232 | Phone: 5162246040 |
| Account No.: 242221 | Account No.: 399729 |

Claim No.: 1235                                   Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 05/10/2005                      Transfer Amount: $16,587.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                                  /s/ Logan & Company, Inc.
                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1
                                           Docket No.: 7975

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| AMPERSAND TRADING COMPANY   ID: 242338<br>Name of Claimant/Transferor | SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520<br>Transferee |
| AMPERSAND TRADING COMPANY<br>DEPT 4026<br>PO BOX 510256<br>NEW BERLIN WI 53151 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830<br>Phone: 203 542 4032 |
| AMPERSAND TRADING COMPANY<br>C/O AHMED J QUERESHI, LLC<br>ATTN: AHMED J QUERISHI, ESQ<br>THE JOHN PLANKINTON BLDG, STE 5181<br>MILWAUKEE WI 53203-2602<br>Phone: 414 291 3040 | SPC GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017<br>Phone: 212 476 4770 |
| AMPERSAND TRADING COMPANY<br>ATTN: TAMMY RAMM<br>5475 S WESTRIDGE CT<br>NEW BERLIN WI 53151<br>Phone: 262 780 9400 | |
| AMPERSAND TRADING COMPANY<br>ATTN: DONALD E KRESSIN, VP & CFO<br>5475 S WESTRIDGE CT<br>NEW BERLIN WI 53151<br>Phone: 262 780 9401 | |

Claim No.: 7747                    Full Transfer: ☒         Partial Transfer:
Date Claim Filed: 07/25/2005       Amount: $112,044.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                               /s/ Logan & Company, Inc.
                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 7899

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ANCHOR FROZEN FOODS CORP | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| ANCHOR FROZEN FOODS CORP<br>ATTN ROY TUCCILLO, PRESIDENT<br>PO BOX 887<br>WESTBURY, NY 11590 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 516 333 6344<br>Account No.: 242354 | Phone: 5162246040<br>Account No.: 399729 |

Claim No.: 5696
Date Claim Filed: 07/08/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $7,599.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8066 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BINGO BAKERY INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| | |
| BINGO BAKERY INC | ASM CAPITAL LP |
| ATTN: JOEL GALI, PRES | ATTN ADAM MOSKOWITZ |
| 2125 N.W. 8TH AVE | 7600 JERICHO TPK STE 302 |
| MIAMI, FL 33128 | WOODBURY NY 11797 |
| | |
| Phone: 305 856 0056 | Phone: 5162246040 |
| Account No.: 243543 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 30232 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $11,780.41 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/05/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 7972 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COMPASS FOODS | ASM CAPITAL II, LP |
| Name of Transferor | Name of Transferee |
| | |
| COMPASS FOODS | ASM CAPITAL II, LP |
| EIGHT O CLOCK COFFEE | ATTN ADAM MOSKOWITZ |
| ATTN TOM CORCORAN, CONTROLLER | 7600 JERICHO TURNPIKE SUITE 302 |
| PO BOX 23438 | WOODBURY NY 11797 |
| NEWARK, NJ 07189-0438 | |
| | |
| Phone: 201 571 0276 | Phone: 516 224 6040 |
| Account No.: 374410 | Account No.: 452136 |

| | |
|---|---|
| Claim No.: 4125 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 06/16/2005 | Transfer Amount: $313,268.04 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/05/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1
                                                     Docket No.: 8007

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| FEDERAL FISHERIES, INC | ASM CAPITAL II, LP |
|---|---|
| Name of Transferor | Name of Transferee |

FEDERAL FISHERIES, INC            ASM CAPITAL II, LP
ATTN NAHEEM M FRANCISE            ATTN ADAM MOSKOWITZ
PO BOX 107                        7600 JERICHO TURNPIKE SUITE 302
LITHIA, FL 33547                  WOODBURY NY 11797

Phone: 813 634 4919               Phone: 516 224 6040
Account No.: 249428               Account No.: 452136

Claim No.: 60                     Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 03/10/2005      Transfer Amount: $26,520.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                  /s/ Logan & Company, Inc.
                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 7979 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| FLORI DESIGN | ASM CAPITAL II, LP |
| Name of Transferor | Name of Transferee |
| FLORI DESIGN<br>ATTN: ABBIGAIL RINCK<br>PO BOX 518<br>MT DORA, FL 32756-0518 | ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 |
| Phone: 352 589 4404<br>Account No.: 249685 | Phone: 516 224 6040<br>Account No.: 452136 |

| | |
|---|---|
| Claim No.: 34843 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $24,767.30 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/05/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8065 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| INTEPLAST GROUP LTD | ASM CAPITAL II, LP |
| Name of Transferor | Name of Transferee |
| | |
| INTEPLAST GROUP LTD | ASM CAPITAL II, LP |
| ATTN MITCHELL A FRIED, CR MGR | ATTN ADAM MOSKOWITZ |
| 9 PEACH TREE ROAD | 7600 JERICHO TURNPIKE SUITE 302 |
| LIVINGSTON NJ 07039 | WOODBURY NY 11797 |
| | |
| Phone: 973 994 8015 | Phone: 516 224 6040 |
| Account No.: 315712 | Account No.: 452136 |

| | |
|---|---|
| Claim No.: 1496 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $171,755.78 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/05/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 7974

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KONICA MINOLTA PHOTO IMAGING USA   ID: 405009
Name of Claimant/Transferor

KONICA MINOLTA PHOTO IMAGING USA
ATTN: BRIAN J CUPKA, ESQ
725 DARLINGTON AVENUE
MAHWAH NJ  07430-2601
Phone: 201 574 4014

KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHCHILD LLP
ATTN: JOSHUA T KLEIN, ESQ
2000 MARKET STREET, 10TH FL
PHILADELPHIA PA  19103

KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHCHILD LLP
ATTN: ALLISON M BERGER, SQ
997 LENOX DRIVE, BUILDING THREE
LAWRENCEVILLE NJ  08648-2311
Phone: 609 896 3600

SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.: 8469
Date Claim Filed: 07/26/2005

Full Transfer: ☒   Partial Transfer:
Amount: $1,233,844.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 8009

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| METRO REFRIGERATION | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |
| METRO REFRIGERATION<br>ATTN: RANDALL INGRAM, VP<br>PO BOX 579<br>POWDER SPRINGS, GA 30127 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| Phone:<br>Account No.: 256127 | Phone:<br>Account No.: 452148 |

Claim No.: 36561  
Date Claim Filed: 04/07/2005  

Full Transfer: (X)     Partial Transfer:  
Transfer Amount: $100,716.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006  

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8010 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| TWACOMM.COM | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| | |
| TWACOMM.COM | ASM CAPITAL LP |
| ATTN: EDWARD J PAIGE, CEO | ATTN ADAM MOSKOWITZ |
| 101 MAIN STREET, 3RD FL | 7600 JERICHO TPK STE 302 |
| HUNTINGTON BEACH, CA 92648 | WOODBURY NY 11797 |
| | |
| Phone: 714 845 1212 | Phone: 5162246040 |
| Account No.: 263645 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 31777 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $2,563.24 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/05/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1
                                                                Docket No.: 8011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| TWACOMM.COM | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |
| TWACOMM.COM<br>ATTN: EDWARD J PAIGE, CEO<br>101 MAIN STREET, 3RD FL<br>HUNTINGTON BEACH, CA 92648 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 714 845 1212<br>Account No.: 263645 | Phone: 5162246040<br>Account No.: 399729 |

Claim No.: 37200                                  Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                      Transfer Amount: $411.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8012

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| TWACOMM.COM | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

TWACOMM.COM                              ASM CAPITAL LP
ATTN: EDWARD J PAIGE, CEO                ATTN ADAM MOSKOWITZ
101 MAIN STREET, 3RD FL                  7600 JERICHO TPK STE 302
HUNTINGTON BEACH, CA 92648               WOODBURY NY 11797

Phone: 714 845 1212                      Phone: 5162246040
Account No.: 263645                      Account No.: 399729


Claim No.: 36927                         Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005             Transfer Amount: $274.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                         /s/ Logan & Company, Inc.
                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1
                                                Docket No.: 7898

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| UPSTATE HOOD CLEANING & FIRE | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

UPSTATE HOOD CLEANING & FIRE
SYSTEMS INSPECTION
ATTN WAYNE DYAR, OWNER
327 EASTWAY STREET
HONEA PATH, SC 29654

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 864 369 6727         Phone: 5162246040
Account No.: 395750         Account No.: 399729

UPSTATE HOOD CLEANING & FIRE
SYSTEM INSPECTION
ATTN: HAROLD DYAR, OWNER
327 EAST VIEW STREET
HONEA PATH SC 29654

Phone: 864 369 6727
Account No.: 452202

Claim No.: 633                              Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 04/11/2005                Transfer Amount: $12,114.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/05/2006                            /s/ Logan & Company, Inc.
                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 5, 2006.