```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     JACKSONVILLE DIVISION

                              CASE NO: 3:05-bk-03817-JAF
                              Chapter 11
                              Jointly Administered
```

In re

WINN-DIXIE STORES, INC., et al.,

Debtor(s).
_____/

NOTICE OF HEARING AND CERTIFICATE OF SERVICE

You will please take notice that on June 29, 2006, at 1:00p.m. (EDT) or as soon thereafter as counsel may be heard, the undersigned attorney for Woodland Hartford Assoc., LLC will call up for argument before, and for disposition by, the Honorable Jerry A. Funk, at 300 North Hogan Street, Courtroom 4D, Jacksonville, FL 32202, to consider the **Motion of Woodland Hartford Assoc., LLC. For An Order Granting It Relief from Order Authorizing Debtors to Reject Lease and Grant Related Relief (Docket number 8277).**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take

notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: June 12, 2006

| SCHUYLER·STEWART·SMITH | THE LAW OFFICES OF JOEL SHAFFERMAN, LLC. |
|---|---|
| /s/ Wayne M. Singletary<br>/s/ Michael E. Cecil | /s/ Joel Shafferman |
| _____ | _____ |
| Wayne M. Singletary<br>Michael E. Cecil<br>Attorneys for Creditor<br>118 W. Adams St. #800<br>Jacksonville, FL 32202<br>Phone:   (904) 353-5884<br>TollFree: (866) 353-5884<br>Fax:     (904) 353-5994<br>Florida Bar #144109<br>Florida Bar #722855 | Joel Shafferman<br>Attorney for Creditor<br>80 Wall Street, Suite 910<br>New York, New York 10005<br>Phone:   (212) 509-1802<br>New York Bar No.: 2035079 |

Case 3:05-bk-03817-JAF   Doc 8359   Filed 06/12/06   Page 3 of 3

–3–

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on June 12, 2006, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

| SCHUYLER·STEWART·SMITH | THE LAW OFFICES OF JOEL SHAFFERMAN, LLC. |
|---|---|
| /s/ Wayne M. Singletary<br>/s/ Michael E. Cecil | /s/ Joel Shafferman |
| _____ | _____ |
| Wayne M. Singletary<br>Michael E. Cecil<br>Attorneys for Creditor<br>118 W. Adams St. #800<br>Jacksonville, FL 32202<br>Phone:   (904) 353-5884<br>TollFree: (866) 353-5884<br>Fax:     (904) 353-5994<br>Florida Bar #144109<br>Florida Bar #722855 | Joel Shafferman<br>Attorney for Creditor<br>80 Wall Street, Suite 910<br>New York, New York 10005<br>Phone:   (212) 509-1802<br>New York Bar No.: 2035079 |