**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACT WITH SANDERSON FARMS, INC. AND (II) APPROVING (A) SETOFF AND (B) RESOLUTION OF CLAIMS**

    I, Steven Eichel, certify that on June 9, 2006 I caused to be served the Debtors' Motion for Order (I) Authorizing Rejection of Executory Contract with Sanderson Farms, Inc. and (II) Approving (A) Setoff and (B) Resolution of Claims [Docket No. 8345] and corresponding Notice of Hearing [Docket No. 8346], by having true and correct copies thereof sent to the party listed in Exhibit A via first class mail, postage pre-paid, and via email.

Dated: June 12, 2006

                                          SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                          By: /s/ *Steven Eichel*
                                          Steven Eichel
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000
                                          (212) 735-2000 (facsimile)

                                                  - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

2

**Exhibit A**

Sanderson Farms, Inc.
P.O. Box 998
Laurel, MS 39441
Attn: Mark Jefcoat
mjefcoat@sandersonfarms.com