**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO
DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION
OF EXECUTORY CONTRACT WITH THE LIBMAN COMPANY
AND APPROVING RESOLUTION OF CLAIMS**

  I, Steven Eichel, certify that on June 9, 2006 I caused to be served the Debtors' Motion for Order Authorizing Rejection of Executory Contract with The Libman Company and Approving Resolution of Claims [Docket No. 8324] and corresponding Notice of Hearing [Docket No. 8325], by having true and correct copies thereof sent to the party listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 12, 2006

              SKADDEN, ARPS, SLATE,
              MEAGHER & FLOM LLP

              By: /s/ *Steven Eichel*
              Steven Eichel
              Four Times Square
              New York, New York 10036
              (212) 735-3000
              (212) 735-2000 (facsimile)

               - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**<u>Exhibit A</u>**

The Libman Company
220 North Sheldon
Acrola, IL 61910
Attn: Andrew Libman

610870-New York Server 2A - MSW