UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS'
MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES EFFECTIVE AS OF JUNE 29, 2006**

     I, Jane M. Leamy, certify that on June 9, 2006 I caused to be served the Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of June 29, 2006, by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 12, 2006

                                                  SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP

                                                  By: /s/ *Jane M. Leamy*
                                                  Jane M. Leamy
                                                  One Rodney Square
                                                  Willmington, DE 19801
                                                  (302) 651-3000
                                                  (302) 651-3001 (facsimile)

                                                         - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

## **Exhibit A**

ADAMO ENTERPRISES, INC.
11911 U.S. HWY 1
NORTH PALM BEACH, FL 33408

AMERICAN COLD STORAGE-NORTH AMERICA, L.P.
607 INDUSTRY RD.
LOUISVILLE, KY 40208
ATTN: AL BORTHWICK

CARDINAL HEALTH STAFFING NETWORK
7000 CARDINAL PLACE
DUBLIN, OH 43017

CINTAS CORPORATION
191 ELCON DRIVE
GREENVILLE, SC 29605

CUSTOM STAFFING, INC.
9995 GATE PARKWAY NORTH, SUITE 100
JACKSONVILLE, FL 32246
ATTN: SHAWN DURDEN

GREAT AMERICA LEASING CORPORATION
P.O. BOX 609
CEDAR RAPIDS, IA 52406-0609

HEALTH RESEARCH ASSOCIATES, INC.
D/B/A PHARMACY RESOURCES NETWORK
P.O. BOX 1233
KENNESAW, GA 30156

INFORMATION BUILDERS, INC.
VICE PRESIDENT OF FINANCE
TWO PENN PLAZA
NEW YORK, NY 10121-2898

KENAN ADVANTAGE GROUP INC.
4895 DRESSLER ROAD, NW
SUITE 100
CANTON, OH 44718

MCI WORLDCOM NETWORK SERVICES INC.
THREE RAVINIA DRIVE
ATLANTA, GA 30346
ATTN: LEGAL DEPARTMENT, COMMERCIAL LAW

NOVA INFORMATION SYSTEMS
ONE CONCOURSE PARKWAY, SUITE 300
ATLANTA, GA 30328

PHARMACY RELIEF SERVICES OF CENTRAL FLORIDA
1810 POINCIANA ROAD
WINTER PARK, FL 32792

PHOENIX CLOSURES
1899 HIGH GROVE LANE
NAPERVILLE, IL 60540-3996

PROJECT ASSISTANTS INC.
FOULKSTONE PLAZA BUSINESS PARK
1409 FOULK RD., SUITE 200
WILMINGTON, DE 19803
ATTN: BOB KIRKPATRICK

PROTEMP SERVICES, LLC
6162 VALLEY STATION CIRCLE
PELHAM, AL 35124
ATTN: SCOTT BAKER, OWNER

RELIABLE ONE STAFFING SERVICES
325 S. OLD WOODWARD, 3RD FLOOR
BIRMINGHAM, MI 48009
ATTN: RAY LICHOCKI

RX RELIEF
6770 N. WEST AVE. , SUITE 102
FRESNO, CA 93711-1399

RX SOLUTIONS
PMB 1318436 DENTON HWY.
SUITE 208
WATAUGA, TX 76148-2459

SAFETY-KLEEN CORP.
P.O. BOX 650509
DALLAS, TX 75265-0509

WACHOVIA BANK F/K/A FIRST UNION
NATIONAL BANK
7750-1 BAYBERRY RD.
JACKSONVILLE, FL 32256

WACKENHUT CORPORATION
CONTRACTS MANAGEMENT DEPT.
1500 SAN REMO AVENUE
CORAL GABLES, FL 33146-3009

WASTE MANAGEMENT OF AL-NORTH
101 SPACEGATE DR. NW
HUNTSVILLE, AL 35806-3726

ADAMO ENTERPRISES, INC
(PHARMACY STAFFING)
ATTN L ZARAK, PRES
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

ADAMO ENTERPRISES, INC
ATTN LINDA ZARAK, PRESIDENT
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

AMERICAN COLD STORAGE
KENTUCKY DIVISION
3468 RELIABLE PARKWAY
CHICAGO, IL 60686-0034

AMERICAN COLD STORAGE-NORTH
AMERICA
607 INDUSTRY ROAD
LOUISVILLE, KY 40208

CARDINAL HEALTH
NATIONAL ACCOUNTS
PO BOX 402605
ATLANTA, GA 30384-2605

CARDINAL HEALTH
C/O PITNEY HARDIN, LLP
ATTN SCOTT A ZUBER, ESQ
PO BOX 1943
MORRISTOWN, NJ 07932-1945

CARDINAL HEALTH STAFFING SERVICES
PO BOX 676435
DALLAS, TX 75267-6435

CARDINAL HEALTH STAFFING SERVICES
C/O CARDINAL HEALTH 102, INC
ATTN DEBRA A WILLET, ESQ
7000 CARDINAL PLACE
DUBLIN, OH 43017

CARDINAL HEALTH STAFFING SERVICES
PO BOX 530486
ATLANTA, GA 30353-0469

CARDINAL HEALTHCARE
ATTN KEVIN BARNHART
PO BOX 900022
RALEIGH, NC 27675

CINTAS CORPORATION #216
ATTN: SCOTT M PETERS, OFF MGR
191 ELCON DRIVE
GREENVILLE, SC 29605

CUSTOM STAFFING
9995 GATE PARKWAY NORTH, SUITE 100
JACKSONVILLE, FL 32246

CUSTOM STAFFING INC
OPERATION CENTER
PO BOX 60839
CHARLOTTE, NC 28260-0839

GREAT AMERICAN LEASING
CORPORATION
625 FIRST STREET SE
PO BOX 609
CEDAR RAPIDS, IA 52406-0609

HEALTH RESEARCH ASSOCIATES, INC.
DBA PHARMACY RESO
PO BOX 1233
KENNESAW, GA 30156

INFORMATION BUILDERS INC
PO BOX 7247-7482
PHILADELPHIA, PA 19170-7482

INFORMATION BUILDERS, INC
ATTN FRANK MOLITOR, VP OF FINANCE
TWO PENN PLAZA
NEW YORK, NY 10121

KENAN ADVANTAGE GROUP INC.
4895 DRESSLER ROAD NW, SUITE 100
CANTON, OH 44718

MCI WORLDCOM NETWORK SERVICES INC
MCI WORLDCOM COMM INC ET AL
C/O MCI/WORLDCOM COMMUNICATIONS INC
ATTN SHIRLEY FISHER, WD REC MGR
20855 STONE OAK PKWY
SAN ANTONIO, TX 78258

MCI WORLDCOM NETWORK SERVICES INC.
PO BOX 905236
CHARLOTTE, NC 28290

NOVA INFORMATION SERVICES
ONE CONCOURSE PARKWAY, SUITE 300
ATLANTA, GA 30328

PHARMACY RELIEF SVCS OF CTR FL INC
ATTN MARILYN A CUSKADEN, PRES
1810 POINCIANA RD
WINTER PARK, FL 32792

PHOENIX CLOSURES
1899 HIGH GROVE LANE
NAPERVILLE, IL 60540

PHOENIX CLOSURES INC
ATTN WADDELL STEELE, CR MGR
PO BOX 75008
CHICAGO, IL 60675-5008

PROJECT ASSISTANTS, INC
ATTN ROBERT KIRKPATRICK
1409 FOULK ROAD, SUITE 200
WILMINGTON, DE 19803

PROTEMP SERVICES, LLC
ATTN ANGEL WESTBROOK & SCOTT BAKER
517 BAYHILL RIDGE CIRCLE
BIRMINGHAM, AL 35244

PROTEMP SERVICES, LLC
ATTN: SCOTT H BAKER
PO BOX 564
AMORY, MS 38821

PROTEMP SERVICES, LLC
6162 VALLEY STATION CIRCLE
PELHAM, AL 35124

RELIABLE ONE STAFFING SERVICES
ATTN THOMAS B LANGLAS, COO
35980 WOODWARD AVENUE, SUITE 325
BLOOMFIELD HILLS, MI 48304-0903

RELIABLE ONE STAFFING SERVICES
325 S OLD WOODWARD, 3RD FL
BIRMINGHAM, MI 48009

RX RELIEF
6770 N WEST AVENUE, SUITE 102
FRESNO, CA 93711-1399

RX SOLUTIONS
PMB 1318436 DENTON HWY, STE 208
WATAUGA, TX 76148-2459

RX SOLUTIONS
ATTN JERE COUCH
111 THOMAS OVERBY DR
SHARPSBURG, GA 30277

RX SOLUTIONS, INC
ATTN JERE COUCH, CEO
PO BOX 491
SHARPSBURG, GA 30277-0491

SAFETY KLEEN CORP
PO BOX 650509
DALLAS, TX 75265-0509

SAFETY KLEEN SYSTEMS, INC
ATTN BANKRUPTCY SUPERVISOR
CLUSTER II BLDG 3
5400 LEGACY DRIVE
PLANO, TX 75024

WACHOVIA BANK FKA
FIRST UNION NATIONAL BANK OF NC
7750-1 BAYBERRY ROAD
JACKSONVILLE, FL 32256

WACKENHUT
3974 WOODSTOCK DRIVE, SUITE 100
JACKSONVILLE, FL 32207

WACKENHUT CORP
PO BOX 277469
ATLANTA, GA 30384-7469

WACKENHUT CORPORATION, THE
C/O COZEN O'CONNOR
ATTN: NEAL D COLTON/ DAVID LIEBMAN
1900 MARKET STREET
PHILADELPHIA, PA 19103

WASTE MANAGEMENT
ATTN: SHERRY THOMAS
2810 DAY ST.
MONTGOMERY, AL 36108

WASTE MANAGEMENT
101 SPACEGATE DR. NW
HUNTSVILLE, AL 358063