# EIGHT O'CLOCK® COFFEE

June 8, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Suite 3-350
Jacksonville, Florida 32202

**FILED**
JACKSONVILLE, FLORIDA

**JUN 1 2 2006**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE:   Winn Dixie Sores, INC   Case No.05-03817-3F1
      Claim No: 4125
      Claim Amount: $313,268.04
      Reduced Claim Amount: $251,081.22

   NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED
   CLAIMS (B) MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED
   CLAIMS. Dated May 30, 2006

To Whom It May Concern:

On behalf of Compass Foods / Eight O'Clock Coffee, I am advising your office of our opposition to the reduced claim amount presented by the Debtors, Winn Dixie Stores, INC per the above referenced notice dated May 30, 2006.

I request that Winn Dixie INC provide me details on the Accounts Payable credit of $41,222.04., which EOC will need to review.

Additionally, the Winn Dixie payment of $20,964.78 for post petition invoices was subsequently deducted on their ACH payments dated 2/27/06 and 3/1/06 and therefore should not be deducted a second time. Copies of EDI report from Bank of America are enclosed.

Please consider this our written notification of our intention to present our opposition and objections to the reduced claim amount.

Thank you for your attention with this matter.

Sincerely yours,

Thomas J. Corcoran
Controller

Copy via fax to:
Skadden, Arps, Slate, Meagher & Flom LLP
Atten: D.J. Baker
Four Times Square
New York, New York 10036

Batch # 16513
Check # 22706 ACH

```
                    EDI REPORT FOR EIGHT O'CLOCK C                          PAGE     1
                    820 PAYMENT ORDER/REMITTANCE ADVICE
                         CREATED 02/27/2006, 04:10
                         ATTENTION: Thelma Simon

CUSTOMER DESTINATION: EIGHT O'CLOCK COFFEE FAX 442    SETTLEMENT DATE   02/27/2006
ACCOUNT NUMBER       : 9429354427
----------------------------------------------------------------------------------

PAYMENT SUMMARY:

                    TRANSACTIONS                AMOUNT
                    ------------             ----------
           DEBITS        0               $         0.00
           CREDITS       3               $   201,173.53
                    ------------             ----------
           TOTAL         3               $   201,173.53
----------------------------------------------------------------------------------
PAYMENT INFORMATION
   PAYMENT TYPE                                : Payment Accompanies Remittance Advice
   PAYMENT AMOUNT                              : 857.36
   CR/DR FLAG                                  : Credit
   PAYMENT METHOD CODE                         : Automated Clearing House (ACH)
   PAYMENT FORMAT                              : Corporate Trade Exchange (CTX) (ACH)
    ABA Transit Routing Number Including       : 063000021
    Demand Deposit                             : 2115000000524
   ORIGINATING CO ID                           : 3006921902
    ABA Transit Routing Number Including       : 021200339
    Demand Deposit                             : 9429354427
   DATE                                        : 060227
REFERENCE INFO
   TRANSACTION REFERENCE NUMBER                : 00000025026
REFERENCE INFO
   ELECTRONIC FUNDS TRANSFER ID NUMBER         : 00000025026
REFERENCE INFO
   BATCH NUMBER                                : 200602241353
DATE/TIME
   Settlement Date                             : 060227
DATE/TIME
   Process                                     : 20060224
NAME
   ENTITY ID CODE                              : PAYER
   NAME                                        : WINN-DIXIE STORES INC
    D-U-N-S+4, D-U-N-S Number with Four        : 0069219020000
NAME
   ENTITY ID CODE                              : PAYEE
   NAME                                        : COMPASS FOODS
    D-U-N-S+4, D-U-N-S Number with Four        : 001344381
ENTITY
   NUMBER                                      : 1
   ENTITY ID CODE                              : DIVISION
    D-U-N-S+4, D-U-N-S Number with Four        : 006921902000H
NAME
   ENTITY ID CODE                              : DIVISION
    Corporation                                : HEADQUARTERS
    D-U-N-S+4, D-U-N-S Number with Four        : 006921902000H
```

Handwritten annotations:
- 857.36 - Winn Dixie
- 20553.53 - Hannaford
- 179762.64 - C&S
- applied 2/24
- arrow from "857.36" to "Payment"
- "PAYER / WINN-DIXIE STORES INC / 0069219020000" circled

```
                    EDI REPORT FOR EIGHT O'CLOCK C                    PAGE    2
                       CREATED 02/27/2006, 04:10
------------------------------------------------------------------------
REMITTANCE SUMMARY:

  SELLER'S INVOICE NUM              PAID AMOUNT    DISCOUNT AMOUNT  SEQ NUM
  CK0501060654         02/23/06         212.76               0.00       1
  IN153280             02/07/06       7,435.97             211.03       2
  IN153258   pd 2/22  02/07/06       3,590.85             192.90       3
  IN153315             02/08/06       4,801.32             123.93       4
------------------------------------------------------------------------


REMITTANCE ADVICE INFO                                         SEQ NUM    1
    SELLER'S INVOICE NUMBER              : CK0501060654
    PAYMENT ACTION CODE                  :  Payment on Account
    PAID AMOUNT                          : 212.76
    ORIGINAL AMOUNT                      : 212.76
  DATE/TIME
    Invoice                              : 20060223
  ENTITY
    NUMBER                               : 2
    ENTITY ID CODE                       :  DIVISION
    D-U-N-S+4, D-U-N-S Number with Four  : 0069219020008
  NAME
    ENTITY ID CODE                       :  DIVISION
    Corporation                          :  NEW ORLEANS
    D-U-N-S+4, D-U-N-S Number with Four  : 0069219020008

REMITTANCE ADVICE INFO                                         SEQ NUM    2
    SELLER'S INVOICE NUMBER              : IN153280
    PAYMENT ACTION CODE                  :  Payment on Account
    PAID AMOUNT                          : 7435.97
    ORIGINAL AMOUNT                      : 7647
    DISCOUNT AMOUNT                      : 211.03
  DATE/TIME
    Invoice                              : 20060207
  ENTITY
    NUMBER                               : 3
    ENTITY ID CODE                       :  DIVISION
    D-U-N-S+4, D-U-N-S Number with Four  : 006921902000C
  NAME
    ENTITY ID CODE                       :  DIVISION
    Corporation                          :  ORLANDO
    D-U-N-S+4, D-U-N-S Number with Four  : 006921902000C
  ADJUSTMENT
    ADJUSTMENT AMOUNT                    : -5360.4
    ADJUSTMENT REASON CODE               :  Mutually Defined
    CREDIT MEMO                          : IN143359AP        Post Petition Invoice
  DATE/TIME
    Credit Advice                        : 20060223
  ADJUSTMENT
    ADJUSTMENT AMOUNT                    : -4688.82
    ADJUSTMENT REASON CODE               :  Mutually Defined
    CREDIT MEMO                          : IN143358AAP       Post Petition Invoice
  DATE/TIME
    Credit Advice                        : 20060223
```

```
                    EDI REPORT FOR EIGHT O'CLOCK C                    PAGE     3
                    CREATED 02/27/2006, 04:10
-------------------------------------------------------------------------------
ADJUSTMENT
   ADJUSTMENT AMOUNT                         : -5134.32
   ADJUSTMENT REASON CODE                    : Mutually Defined
   CREDIT MEMO                               : IN143387AAP        Post Petition Invoice
DATE/TIME
   Credit Advice                             : 20060223
ENTITY
   NUMBER                                    : 4
   ENTITY ID CODE                            : DIVISION
   D-U-N-S+4, D-U-N-S Number with Four       : 0069219020003
NAME
   ENTITY ID CODE                            : DIVISION
   Corporation                               : MIAMI
   D-U-N-S+4, D-U-N-S Number with Four       : 0069219020003

REMITTANCE ADVICE INFO                                              SEQ NUM    3
   SELLER'S INVOICE NUMBER                   : IN153258
   PAYMENT ACTION CODE                       : Payment on Account
   PAID AMOUNT                               : 3590.85
   ORIGINAL AMOUNT                           : 9645
   DISCOUNT AMOUNT                           : 192.9
DATE/TIME
   Invoice                                   : 20060207
ADJUSTMENT
   ADJUSTMENT AMOUNT                         : -5861.25
   ADJUSTMENT REASON CODE                    : Mutually Defined
   SELLER'S INVOICE NUMBER                   : IN153258

REMITTANCE ADVICE INFO                                              SEQ NUM    4
   SELLER'S INVOICE NUMBER                   : IN153315
   PAYMENT ACTION CODE                       : Payment on Account
   PAID AMOUNT                               : 4801.32
   ORIGINAL AMOUNT                           : 4925.25
   DISCOUNT AMOUNT                           : 123.93
DATE/TIME
   Invoice                                   : 20060208
```

Wed, Mar 01 2006  08:32:50 AM   Bank of America   MSG Number: 89537226   Page 3 of 5
To Thelma Simon   For Questions CALL: 1-877-263-2334

*Batch # 16520*
*Ck # 30106A C#*

```
                         EDI REPORT FOR EIGHT O'CLOCK C                    PAGE      3
                            CREATED 03/01/2006, 04:04

CUSTOMER DESTINATION: EIGHT O'CLOCK COFFEE FAX 442   SETTLEMENT DATE   03/01/2006
ACCOUNT NUMBER         : 9429354427
--------------------------------------------------------------------------------
PAYMENT INFORMATION
   PAYMENT TYPE                                 :  Payment Accompanies Remittance Advice
   PAYMENT AMOUNT                               :  3169.05             Payment
   CR/DR FLAG                                   :  Credit
   PAYMENT METHOD CODE                          :  Automated Clearing House (ACH)
   PAYMENT FORMAT                               :  Corporate Trade Exchange (CTX) (ACH)
     ABA Transit Routing Number Including       :  063000021
     Demand Deposit                             :  2115000000524
   ORIGINATING CO ID                            :  3006921902
     ABA Transit Routing Number Including       :  021200339
     Demand Deposit                             :  9429354427
   DATE                                         :  060301
REFERENCE INFO
   TRANSACTION REFERENCE NUMBER                 :  00000025354
REFERENCE INFO
   ELECTRONIC FUNDS TRANSFER ID NUMBER          :  00000025354
REFERENCE INFO
   BATCH NUMBER                                 :  200602281237
DATE/TIME
   Settlement Date                              :  060301
DATE/TIME
   Process                                      :  20060228
NAME
   ENTITY ID CODE                               :  PAYER
   NAME                                         :  WINN-DIXIE STORES INC
   D-U-N-S+4, D-U-N-S Number with Four          :  0069219020000
NAME
   ENTITY ID CODE                               :  PAYEE
   NAME                                         :  COMPASS FOODS
   D-U-N-S+4, D-U-N-S Number with Four          :  001344381
ENTITY
   NUMBER                                       :  1
   ENTITY ID CODE                               :  DIVISION
   D-U-N-S+4, D-U-N-S Number with Four          :  0069219020001
NAME
   ENTITY ID CODE                               :  DIVISION
     Corporation                                :  JACKSONVILLE
   D-U-N-S+4, D-U-N-S Number with Four          :  0069219020001
ADJUSTMENT
   ADJUSTMENT AMOUNT                            :  -21010.5
   ADJUSTMENT REASON CODE                       :  Mutually Defined
   CREDIT MEMO                                  :  ACC25547
DATE/TIME
   Credit Advice                                :  20060227
--------------------------------------------------------------------------------

REMITTANCE SUMMARY:

   SELLER'S INVOICE NUM                   PAID AMOUNT     DISCOUNT AMOUNT    SEQ NUM
   IN153389        02/10/06                 5,257.06              136.94          1
   IN153461        02/14/06                 4,320.00              121.50          2
   IN153557        02/16/06                 3,031.32               76.68          3
   IN153385        02/10/06                11,917.37              313.63          4
```

Wed, Mar 01 2006
To: Thelma Simon

Case 3:05-bk-03817-JAF   Doc 8411   Filed 06/12/06   Page 6 of 7
08:32:51 AM   Bank of America   MSG Number: 89537226   Page 4 of 5
For Questions CALL: 1-877-263-2334

```
              EDI REPORT FOR EIGHT O'CLOCK C                    PAGE    4
                  CREATED 03/01/2006, 04:04
------------------------------------------------------------------------

REMITTANCE SUMMARY:

   SELLER'S INVOICE NUM              PAID AMOUNT    DISCOUNT AMOUNT  SEQ NUM
   IN153390          02/10/06           3,431.94            88.56       5
   IN153515          02/15/06           2,003.10            59.40       6
------------------------------------------------------------------------


REMITTANCE ADVICE INFO                                          SEQ NUM    1
    SELLER'S INVOICE NUMBER               : IN153389
    PAYMENT ACTION CODE                   :   Payment on Account
    PAID AMOUNT                           : 5257.06
    ORIGINAL AMOUNT                       : 5394
    DISCOUNT AMOUNT                       : 136.94
DATE/TIME
    Invoice                               : 20060210

REMITTANCE ADVICE INFO                                          SEQ NUM    2
    SELLER'S INVOICE NUMBER               : IN153461
    PAYMENT ACTION CODE                   :   Payment on Account
    PAID AMOUNT                           : 4320
    ORIGINAL AMOUNT                       : 4441.5
    DISCOUNT AMOUNT                       : 121.5
DATE/TIME
    Invoice                               : 20060214
ENTITY
    NUMBER                                : 2
    ENTITY ID CODE                        :   DIVISION
    D-U-N-S+4, D-U-N-S Number with Four   : 0069219020008
NAME
    ENTITY ID CODE                        :   DIVISION
      Corporation                         : NEW ORLEANS
    D-U-N-S+4, D-U-N-S Number with Four   : 0069219020008

REMITTANCE ADVICE INFO                                          SEQ NUM    3
    SELLER'S INVOICE NUMBER               : IN153557
    PAYMENT ACTION CODE                   :   Payment on Account
    PAID AMOUNT                           : 3031.32
    ORIGINAL AMOUNT                       : 3108
    DISCOUNT AMOUNT                       : 76.68
DATE/TIME
    Invoice                               : 20060216
ENTITY
    NUMBER                                : 3
    ENTITY ID CODE                        :   DIVISION
    D-U-N-S+4, D-U-N-S Number with Four   : 006921902000C
NAME
    ENTITY ID CODE                        :   DIVISION
      Corporation                         : ORLANDO
    D-U-N-S+4, D-U-N-S Number with Four   : 006921902000C
ADJUSTMENT
    ADJUSTMENT AMOUNT                     : -5781.24
    ADJUSTMENT REASON CODE                :   Mutually Defined
    CREDIT MEMO                           : IN143386AAP   Post Petition Invoice
```

```
                    EDI REPORT FOR EIGHT O'CLOCK C                    PAGE    5
                       CREATED 03/01/2006, 04:04
-------------------------------------------------------------------------------
DATE/TIME
    Credit Advice                           : 20060227

REMITTANCE ADVICE INFO                                               SEQ NUM    4
    SELLER'S INVOICE NUMBER                 : IN153385
    PAYMENT ACTION CODE                     :   Payment on Account
    PAID AMOUNT                             : 11917.37
    ORIGINAL AMOUNT                         : 12231
    DISCOUNT AMOUNT                         : 313.63
DATE/TIME
    Invoice                                 : 20060210

REMITTANCE ADVICE INFO                                               SEQ NUM    5
    SELLER'S INVOICE NUMBER                 : IN153390
    PAYMENT ACTION CODE                     :   Payment on Account
    PAID AMOUNT                             : 3431.94
    ORIGINAL AMOUNT                         : 3520.5
    DISCOUNT AMOUNT                         : 88.56
DATE/TIME
    Invoice                                 : 20060210
ENTITY
    NUMBER                                  : 4
    ENTITY ID CODE                          :   DIVISION
    D-U-N-S+4, D-U-N-S Number with Four     : 0069219020003
NAME
    ENTITY ID CODE                          :   DIVISION
    Corporation                             : MIAMI
    D-U-N-S+4, D-U-N-S Number with Four     : 0069219020003

REMITTANCE ADVICE INFO                                               SEQ NUM    6
    SELLER'S INVOICE NUMBER                 : IN153515
    PAYMENT ACTION CODE                     :   Payment on Account
    PAID AMOUNT                             : 2003.1
    ORIGINAL AMOUNT                         : 2062.5
    DISCOUNT AMOUNT                         : 59.4
DATE/TIME
    Invoice                                 : 20060215




                           - END OF REPORT -
```