

June 7, 2006

Clerk of the Court
United States Courthouse
300 North Horrigan St. Suite 3-350
Jacksonville, Fl 32202

Creditor ID:WDX-405667-IL-95
Syroco Inc.
Claim No. 6419

Syroco opposes the proposed reduction of the original claim by $4,075.92 as unjustified. The repayment of $4,075.92 did not in pact the original claim. Winn-Dixie at the time was in a Rebate program and the deduction was taken by Winn-Dixie on a check dated February 1, 2006 for this rebate. Winn-Dixie's Rebate is calculated on net collections for the 2005 sales season which would exclude the amount of $203,630.58 held in bankruptcy. Included with this letter is a copy of the check on which Winn-Dixie deducted $12,817.14 and a copy of the Debit claim from Winn-Dixie. Syroco accepted $8,742.22 of this deduction for the net collections and requested to be paid back the balance of $4,075.92 taken on the $203,630.58 monies held in bankruptcy.

| Sales Month | Sales | Amounts Paid or Credited | Allowance % | Allowance Due |
|---|---|---|---|---|
| December 2004 | $313,826.00 | $313,826.00 | 2% | $6,276.62 |
| January 2005 | $203,796.00 | None | 2% | None |
| February 2005 | $123,235.00 | $123,235.00 | 2% | $2,464.70 |
| Total Allowance | $640,857.00 | $437,061.00 | | $8,741.22 |

It is our position that the repayment of an unearned rebate does not justify the reduction in the original claim of $203,630.58. Syroco should not be subjected to an additional loss of revenue for a Rebate on monies held in bankruptcy.

Sincerely,

*Ronnie Recckio*
Ronnie Recckio
Syroco Inc. Credit Manager

CC: D.J.Baker



Syroco, Inc., a subsidiary of Vassallo Industries, Inc.
7528 State Fair Boulevard
Baldwinsville, NY 13027
315.635.9911 phone | 315.635.7906 fax | www.syroco.com

SYROCO Home Décor & Casual Furniture    VASSALLO Industrial PVC Pipe & Fittings

RECEIVED
JUN 0 2 2006
IN CREDIT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) <br> ) Chapter 11 <br> ) <br> ) Jointly Administered |
| WINN-DIXIE STORES, INC., et al., | |
| Debtors.[1] | |

### NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-405667-1L-95
SYROCO, INC
ATTN RONNIE RECCIO, CREDIT MGR
7528 STATE FAIR BOULEVARD
BALDWINSVILLE NY 13027

Transferee ID: WDX-399350-1L
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

| CLAIM(S) TO BE REDUCED ||
|---|---|
| Claim No.: 6419 <br> Claim Amount: $203,630.58 | Reduced Claim Amount: $199,554.66 <br> Reason for Reduction: <br> REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,075.92. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before 4:00

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

p.m. Eastern Time on June 19, 2006 (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **June 29, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

| Winn Dixie Stores, Inc.<br>Debtor-in-Possession<br>PO Box B<br>Jacksonville, Florida 32203-0297 | WACHOVIA BANK, N.A.<br>Pensacola, FL 32534 | 008161319<br>63-1012/632 |
|---|---|---|
| | Date 01.Feb.2006 | Pay Amount $9,085.26*** |

Pay  ****NINE THOUSAND EIGHTY-FIVE AND 26 / 100 US DOLLAR****

To The Order Of                                   Winn Dixie Stores, Inc. Consolidated Disbursement Account

SYROCO
PO BOX 64928
BALTIMORE, MD 21264-4928

*KD Hardee*
Authorized Signature

Batch: 69530
Tran: 2

#1040

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑈008161319⑈ ⑆063210125⑆ 207994000225⑈

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---|---|---|---|---|---|
| 64928 | 1 | 2 | 2 | February 06, 2006 | $ 9,085.26 |
| For inquiries call 410-347-6245 | | | | | |

Z 94608 / 20606

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000192002 | SYROCO | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008161319 | 01.Feb.2006 | $9,085.26 | $0.00 | $9,085.26 |

Check Date: 01.Feb.2006                                                                 Check No.  008161319

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| | | | | -12,817.14 | 0.00 | |
| AR CR VOUCHER | | | | | | |
| WDGMD | 500903 ✓ | 16.Jan.2006 | 00153987 | 10,951.20 | 0.00 | 10,951.20 |
| WDGMD | 500904 | 16.Jan.2006 | 00153988 | 10,951.20 | 0.00 | 10,951.20 |

Z 94608/20606  12,817.14

BH.
Ronnie

**WINN-DIXIE HEADQUARTERS**
P.O. BOX 850001
ORLANDO, FL 32885-0230
(904)370-6059

DEBIT MEMORANDUM

PAGE 1 OF 1

TO: A/R CUST: 192002
SYROCO
175 MCCLELLAN HWY

EAST BOSTON, MA 21289-0000

INV # GMD 194608
DATE: 06/01/2005
PREPARED BY: BGR
INV AMOUNT: $12817.14

PLEASE REFER TO INV # WHEN REMITTING AND FOR CORRESPONDENCE

DR 114120  9001113    12817.14           CR 211206  9001113    12817.14

SUMMER GOODS MKTG FUND REBATE
RECORD #7052

call Brenda Ritchey @ 904-783-5518 for Questions

TERMS: NET UPON RECEIPT, SUBJECT TO INTEREST AT A RATE OF 18.00% ANNUALLY, AFTER 30 DAYS.