**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

June 13, 2006

Mr. Tommy Roberson
Martin County Tax Supervisor
P.O. Box 664
Williamston, North Carolina 27892

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Roberson:

The Court is in receipt of your letter objecting to the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax that you filed on June 9, 2006. A hearing on that Notice has been set for June 15, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531