IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case no. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

WRITTEN DESIGNATION OF LOCAL COUNSEL AND CONSENT-TO-ACT
FOR THE TENNESSEE DEPARTMENT OF REVENUE

Pursuant to Local Rule 2090-1(c), the counsel whose signature appears below is designated as local counsel for the Tennessee Department of Revenue (the "Department") in the above-styled matter. This is by agreement with Gill R. Geldreich, Assistant Attorney General, a non-resident attorney who is a member of the bar of the United States District Court for the Middle District of Tennessee. Pursuant to this agreement and Local Rule 2090-1(c), counsel below may be served with all notices and papers and, along with Mr. Geldreich, shall be responsible for the progress of any contested matters concerning the Department.

Respectfully Submitted,

 /s/Frederick F. Rudzik
FREDERICK F. RUDZIK (FL BAR # 0749052)
Assistant General Counsel
Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668
(850) 921-2151
Fax: (850) 921-3039
Email: rudzikf@dor.state.fl.us

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, a true and correct copy of the foregoing document was placed in United States Mail, first class postage prepaid, addressed to the following parties:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

　　　　　　　　　　　　　　　　　　　　　　/s/Gill R. Geldreich
　　　　　　　　　　　　　　　　　　　　　　GILL R. GELDREICH (TN BPR # 020775)
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Tennessee Attorney General's Office
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 20207
　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37202
　　　　　　　　　　　　　　　　　　　　　　(615) 532-2546
　　　　　　　　　　　　　　　　　　　　　　Fax: (615) 741-3334
　　　　　　　　　　　　　　　　　　　　　　Email: ICFlorida@state.tn.us