**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**MOTION FOR ORDER (A) AUTHORIZING WINN-DIXIE**
**LOGISTICS, INC. TO SELL MONTGOMERY DISTRIBUTION**
**CENTER AND RELATED ASSETS FREE AND CLEAR OF LIENS,**
**CLAIMS AND INTERESTS AND (B) GRANTING RELATED RELIEF**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, give notice of the withdrawal of Debtors' Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Montgomery Distribution Center and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 8101).

Dated: June 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

534849