# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

## AGREED ORDER MODIFYING AUTOMATIC STAY TO PERMIT SETOFF BY FIFTH THIRD PROCESSING SOLUTIONS

These cases came before the Court upon the Notice of Proposed Agreed Order Modifying Automatic Stay to Permit Setoff by Fifth Third Processing Solutions (the "Notice"), filed by the Debtors. The Court finds that (i) the Notice was served on all interested parties in accordance with Local Rule 2002-4, informing the parties of the opportunity to object to the entry of this Order within 15 days of the date of service, and (ii) no party in interest has filed an objection. The Court therefore considers the entry of this Order unopposed. Accordingly, it is

ORDERED:

1. The automatic stay imposed by 11 U.S.C. § 362(a)(7) is modified to permit Fifth Third Processing Solutions ("Fifth Third") to setoff $316,721.00 in pre-petition amounts owed by Fifth Third to Winn-Dixie Stores, Inc. ("Winn-Dixie") against $316,721.00 in pre-petition amounts owed by Winn-Dixie to Fifth Third.

2. The balance of amounts owed by Fifth Third to Winn-Dixie shall be treated in accordance with the Stipulation Resolving Administrative Hold Issues Under Master Data Processing Agreement attached to the Notice.

3. Except as modified herein, the automatic stay imposed by 11 U.S.C. § 362 shall remain in full force and effect.

4.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 14 day of June, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2