

# CAMPBELL
## Real Estate, Inc.
www.shoppingcentermgmt.com

2608 Sablewood Drive
Valrico, Florida 33594
(813) 661-0500
Fax (813) 661-0504
campre@earthlink.net

VIA FEDERAL EXPRESS

June 12, 2006

**F I L E D**
JACKSONVILLE, FL

JUN 1 3 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, Florida 32202

Re: Winn-Dixie Stores, Inc. 05-03817-3FI
    Creditor Id: WD-244425-1L-12
    Claim No.: 240
    WRITTEN RESPONSE TO THE OBJECTION

For The Indulgence of the Court:

Whereas, the above referenced creditor submitted a Proof of Claim with supporting documentation dated March 15, 2005 in the amount of Seven Thousand Seventy dollars and Forty Seven cents ($7,070.47) and,

Whereas, the Creditor submitted a Written Response to Creditor's objection titled **DEBTORS' SECOND OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS(B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS** with supporting documents in the correct amount of Seven Thousand Seventy dollars and Forty-Seven cents ($7,070.47).

Whereas, Paragraph 1. B. the Contract for Management of Retail Property Common Areas ("Contract") dated July 10, 2001 between Winn Dixie Stores, Inc. and the Respondent provides "The Manager shall contract or undertake, on the behalf of, and at the cost of the Owner, the making of all necessary repairs and the maintenance of the Property"; and

Whereas, Chrissy Norris, Winn Dixie Real Estate Manager, requested Respondent to solicit proposals to re-stripe the parking lot (see attached proposals from Parking Area Maintenance and Dana Enterprises respectively), and

Whereas, Chrissy Norris, by email dated November 18, 2004 (attached), requested Respondent to "proceed with the quote from Dana Enterprises", accepting responsibility for the payment of 75% of said quote, or $2,328.99; and

ALL INFORMATION FURNISHED IS FROM SOURCES DEEMED RELIABLE AND IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, CHANGER OF OTHER TERMS AND CONDITIONS, PRIOR SALE, LEASE OR FINANCING OR WITHDRAW WITHOUT NOTICE

Whereas, Chrissy Norris by telephone requested that the posts (bollards) and sign posts in front of the store be painted (invoice 227 - $375.00).

**Therefore, the services reflected in invoice numbers 209 and 227 for the amounts of $2,328.99 and 375.00 respectively were requested by Winn Dixie, are due and payable under the terms of the Contract and should <u>not</u> be reduced from the Claim.**

Respectfully submitted,

Colin Campbell, Jr.
President
Campbell Real Estate, Inc

c: D. J. Baker, Esq.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO
(A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED
CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-244425-1L-12
CAMPBELL REAL ESTATE, INC
ATTN COLIN CAMPBELL JR, PRES
2608 SABLEWOOD DR
VALRICO, FL 33594



RECEIVED
JUN 0 3 2006
BY:

| CLAIM(S) TO BE REDUCED | |
|---|---|
| **Claim No.:** 240<br>**Claim Amount:** $7,070.47 | **Reduced Claim Amount:** $4,366.48<br>**Reason for Reduction:**<br>REDUCED AMOUNT REFLECTS REMOVAL OF $2,328.99 AND $375.00<br>AS INVOICE NUMBERS 209 AND 227, RESPECTIVELY, ARE NOT<br>OBLIGATIONS OF THE DEBTOR. |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Campbell Real Estate, Inc.

2608 Sablewood Dr.
Valrico, FL 33594



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/4/2005 | 209 |

| Bill To |
|---------|
| Ms. Chrissy Norris<br>Winn Dixie Stores, Inc.<br>1141 SW 12th Ave.<br>Pompano Beach, FL  33069-4671 |

| Description | Amount |
|-------------|--------|
| Parking Lot striping - 75% of Dana Enterprises Invoice #13657 | 2,328.99 |

| | **Total** | $2,328.99 |

Campbell Real Estate. Inc.

2608 Sablewood Dr.
Valrico, FL 33594



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/2/2005 | 227 |

| Bill To |
|---------|
| Ms. Chrissy Norris<br>Winn Dixie Stores, Inc.<br>1141 SW 12th Ave.<br>Pompano Beach, FL  33069-4671 |

| Description | Amount |
|-------------|--------|
| Repaint bollards & sign posts | 375.00 |
| Total Reimbursable Expenses | 375.00 |
| | |
| **Total** | $375.00 |

# CONTRACT FOR MANAGEMENT OF RETAIL PROPERTY COMMON AREAS

July 10, 2001

This Agreement dated ~~May 31, 2001~~ is made by and between:

Winn Dixie Stores, Inc., whose address is Post Office B, Jacksonville, FL 32203-0297; ("Owner"), and Campbell Real Estate, Inc., whose address is 2608 Sablewood Drive, Valrico, FL 33594, ("Manager").

Owner is one of several owners or tenants located at the shopping center known as Northwest Plaza (the "Shopping Center")

Manager is willing to manage the common areas of the Shopping Center provided each owner or tenant, as applicable, retains manager, so that manager is handling the majority of the common areas of the Shopping Center.

The Owner hereby employs the Manager to maintain the Owner's retail property common areas ("Property") located at Northwest Plaza and described in the attached Exhibit "A" containing Winn Dixie store #634.

1.  <u>Duties of Manager:</u>   Manager shall have the following duties and responsibilities:

    A. Duties of Manager. The Manager shall perform all other necessary tasks as required for the proper maintenance, upkeep and operation of the Property as customarily be performed by a Manager of this type of property which shall include, but not be limited to, the following: contracting the gardening, landscaping, fertilizing, mulching, cutting and caring for lawns (minimum one time monthly, and as needed during growing season); retention ponds including monthly wetland monitoring, streams, sprinkler system, wells, pumps, fountains, filtration; lighting, cleaning, painting, striping, policing security, removing garbage and other refuse and trash from the common areas only; sweeping the sidewalks and parking areas a minimum of five (5) nights per week; paving, repairing and maintaining the parking area and walkways; cleaning ditches and adjacent areas.

    B. Repairs and Maintenance. The Manager shall contract for or undertake, on the behalf of, and at the cost of the Owner, the making of all necessary repairs and the maintenance of the Property.

    C. Collect the necessary funds from the Owner to pay for the necessary maintenance expenses required to maintain the Property, including the management fees as provided herein.

    D. Provide the Owner with quarterly accounting of all expenses incurred by Owner for such maintenance of the Property, with copies of all invoices (if required by Owner).

    E. Manager shall have no responsibility whatsoever for the maintenance or repair of any building of the Owner.

F. Thirty (30) days prior to the end of the year Manager shall provide Owner with a budget for the year following. Within 10 days of receipt of the budget, Owner shall notify Manager of its approval of the budget or its requested changes.

2.    Common Area Maintenance Charge: Owner shall pay for the cost of such maintenance by advancing to Manager a common area maintenance amount (CAM charge) which is based on Owner's pro rata share of the total annual cost of operating and maintaining the common areas of the Shopping Center. The amount of OWNER'S CAM charge shall be computed by using the percentage of the area of the Owner's building to the sum of the area of all buildings of the Shopping Center. Owner's pro rata share of such CAM charges is set forth in Exhibit "B". Initially, the OWNER shall pay the MANAGER an estimated minimum CAM charge, on the first day of each month in advance, as reasonably estimated by the MANAGER to be the approximate cost of such charges. OWNER shall pay to MANAGER to pay one-twelfth (1/12) of the estimated CAM charge monthly, in advance, subject to adjustment by MANAGER of the actual CAM, periodically, but in no event less than annually. The initial estimated CAM charge is set forth in Exhibit "B".

Manager shall be under no obligation to advance its own funds to pay for any of such charges which is the sole obligation of Owner to pay. If any funds are advanced by Manager, upon demand Owner shall reimburse Manager for such amount advanced.

In the event of any required extra-ordinary expenses incurred for the maintenance or repair of the common areas of the Property, Owner shall advance such sums to Manager for the payment thereof. Any expenditure in excess of $2,000.00 per occurrence shall require the prior written consent of the Owner.

3.    Compensation of Manager.    The Owner shall pay the Manager as compensation for the services of the Manager the sum ~~the equivalent to the greater~~ of ~~ten (10%) of the monthly estimated CAM charge or~~ $160.00 monthly.    _(initials)_ 08

In the event any extra ordinary repairs are required for the Property Manager shall be entitled to an additional fee as may be agreed upon in writing, by the parties, but no such work shall be commenced without consent of Owner.

Time and Place of Payment: OWNER shall promptly pay sums due hereunder without set off or deduction to Campbell Real Estate, Inc. at 2608 Sablewood Drive, Valrico, FL or at such other place as may be designated from time to time by MANAGER in writing.

4.    Duties of the Owner.    The Owner & Manager shall provide all necessary documents and records and fully cooperate with the other in all matters with respect to this contract. The Owner and Manager shall maintain insurance covering the Property and naming the other as additional insured and will provide the other party with evidence of such insurance. (See Exhibit "C" for a description of the insurance.)

5.      Indemnity.  The Owner and Manager shall mutually indemnify, defend and hold the other completely harmless with respect to any liability, and damages, costs and expenses, including attorneys fees, in connection with any act or omission of themselves, their employees, agents, contractors, and sub-contractors resulting in:

      (a)      Any damage or injury or death to persons or property arising out of the use, management, operation, occupation, ownership, maintenance or control of the Property;

      (b)      Any matter or thing with respect to which it is elsewhere provided in this contract provided or agreed that the Owner and Manager shall not be under any responsibility;

      (c)      Any claims for payment or injury, death or loss of any person, contractor or sub-contractor performing work on the Property.

The Owner and Manager, however, shall not indemnify the other against the willful misconduct or gross negligence of its counterpart.

6.      Term and Termination of Contract.  This contract shall continue for a period of one year from the date hereof, and shall be automatically renewed from year to year unless terminated at any time by either party upon written notice sent to the other party not less than thirty (30) days.

7.      Dispute.  In the event of a dispute among the parties resulting in any litigation, the prevailing party shall be entitled to its reasonable attorney's fees and costs from the non-prevailing party.

8.      Notices.  All written notices to the Owner or to the Manager may be addressed and mailed, by United States registered mail, to the address above written. Copies of all written notices shall be sent to M.S. Overstreet, Winn Dixie Stores, Inc., 710 Oakfield Dr., Suite 221, Brandon, FL 33511.

9.      Modification.  This contract may not be modified, altered, or amended in any manner except by an agreement in writing executed by the parties hereto.

10.      Counterparts.  This Contract may be signed in one or more counterparts by the parties, in which event such counterparts together shall constitute the Contract.

This contract is binding upon the parties hereto, their representatives, successors and lawful assigns.

OWNERS: Winn Dixie Stores, Inc.

By: _____

_____
**DENNIS M. SHEEHAN**
(Name typed or printed)

Its: _____**Senior Vice-President**_____

Campbell Real Estate, Inc.

By: _____
Colin Campbell, Jr.
Its: President

## EXHIBIT "A"



| | |
|---|---|
| FOLIO: | 0190110800 |
| PIN NUMBER: | U-07-28-18-ZZZ-000000-81270.0 |
| OWNER 1: | WATKINS INVESTMENTS LTD PARTNERSHIP |
| LOCATION ADDRESS: | 5715 GUNN HY |
| CITY: | Unincorporated |
| LEGAL DESC: | FR SE COR OF NE 1/4 OF NW 1/4 N 89 DEG 21 |
| | MIN 11 SEC W 40 FT TO WLY R/W OF LYNN RD THN |
| | S 00 DEG 28 MIN 31 SEC W 978.58 FT N 58 DEG |
| DOR CODE: | 1400 |

**EXHIBIT "B"**
**COMMON AREA MAINTENANCE (CAM)**

|  | ANNUAL ESTIMATE | MONTHLY CONTRIBUTION |
|---|---|---|
| Common Area Maint. | $ 19,000.00 | $ 1,583.33 |
| Insurance | (Paid directly) | (Paid directly) |
| Real Estate Tax | (Paid directly) | (Paid directly) |
| Management Fee | $ 1,900.00 | $ 158.33 |
| Total | $ 20,900.00 | $ 1,741.67 |

# EXHIBIT "C"
## INSURANCE

During the entire term hereof, OWNER shall self insure and MANAGER shall keep in full force and effect a policy of liability insurance which shall include personal injury, property damage, and personal injury liability insurance with respect to the retail property common areas in which the limits of liability shall not be less than that which is provided by a $1,000,000 combined single limit policy, on a per occurrence basis for damages resulting from bodily injury or death, personal injury and property damage with the employee exclusion deleted. Each insurance company must agree to give notice to the respective parties, at least thirty (30) days notice in advance of any cancellation or any change in coverage. Each party shall be provided with a copy of insurance certificate. At least fifteen (15) days prior to the expiration or termination date of any policy, the respective shall deliver a renewal or replacement policy with proof of payment of the premium therefor. It is expressly understood and agreed that each party shall be responsible, at its own cost and expense, to insure its own personal property, equipment, fixtures and building contents, it being understood that its counterpart shall have no liability with respect thereto

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.  Timely Response Required; Hearing; Replies

19.  If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **January 19, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received shall be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection set forth herein and any Response thereto.

20.  If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing and expunging the claim without further notice to the claimant.

## NOTICE

21.  As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed and expunged as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A and B to the Proposed Order. Copies of this Objection shall be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States

7

## Colin Campbell

**From:**       Chrissy Norris [ChrissyNorris@winn-dixie.com]
**Sent:**       Thursday, November 18, 2004 8:54 AM
**To:**         'Colin Campbell'
**Subject:**    RE: Parking lot restriping bid

Colin,
You were an early e-mail.

Please proceed with the quote from Dana Enterprises.

Thank You and Have a Wonderful Day,

Chrissy


  -----Original Message-----
From:      Colin Campbell [mailto:campre@earthlink.net]
Sent: Wednesday, November 17, 2004 7:43 PM
To:   Chrissy Norris
Subject:    RE: Parking lot restriping bid

Chrissy,

You would pay your pro-rata share which is 75%.

You are working too late.
Colin

-----Original Message-----
From: Chrissy Norris [mailto:ChrissyNorris@winn-dixie.com]
Sent: Wednesday, November 17, 2004 7:36 PM
To: 'Colin Campbell'
Subject: RE: Parking lot restriping bid


Colin,
Is the parking lot striping quote just for the in front of Winn-Dixie or
will we just be paying for a prorata share of this?

Thanks,
Chrissy

-----Original Message-----
From: Colin Campbell [mailto:campre@earthlink.net]
Sent: Tuesday, November 16, 2004 11:34 AM
To: Chrissy Norris
Subject: Parking lot restriping bid

**Colin Campbell**

| | |
|---|---|
| **From:** | Chrissy Norris [ChrissyNorris@winn-dixie.com] |
| **Sent:** | Thursday, November 11, 2004 4:44 PM |
| **To:** | 'Colin Campbell' |
| **Subject:** | RE: Winn Dixie, Northwest Plaza, Tampa, FL |

#634

Colin,
Please resend the quote. I misplaced my copy.

Thanks,
Chrissy

    -----Original Message-----
From:       Colin Campbell [mailto:campre@earthlink.net]
Sent: Wednesday, November 10, 2004 10:43 AM
To:    Chrissy Norris
Subject:    Winn Dixie, Northwest Plaza, Tampa, FL


Chrissy,

Please give me a call (813) 661-0500 regarding the request we sent you some
time ago to have the parking lot restriped at the above-referenced Winn
Dixie.

Colin Campbell, Jr., CSM
President/Broker
Campbell Real Estate, Inc.
2608 Sablewood Dr.
Valrico, FL 33594
813-661-0500
813-661-0504 fax
campre@earthlink.net
www.shoppingcentermgmt.com

*11-16-04*
*e-mailed Bid again!*

1

## Colin Campbell

*Emailed Approval 11/22/04*

**From:** Debbi Grimes [debbi@danaent.com]
**Sent:** Wednesday, September 15, 2004 10:46 AM
**To:** Colin Campbell
**Subject:** Striping Proposal - Northwest Plaza

Property: Northwest Plaza
Date: 9/14/04
Submitted By: Tony Esposito
Re: Re-striping

---

Criteria:
    Duron White Traffic Paint: 9 stop bars    $270.00

    Duron Yellow Traffic Paint:
          515 LF. Top & face curbing    $173.96
          167 Double Line Stalls    $1128.18
          109 Single Line Stalls    $368.18
          7 "No Parking" Customer Zones    $210.00
          6 "No Parking:Fire Lane" Stencils  $180.00
          Existing Zone Lines    $125.00

Duron Blue & White Traffic Paint: 7 Disabled Stalls $525.00

Stencils: $125.00

Total Cost: $3105.32

Please advise approval via email.

===============
Debbi Grimes
Dana Enterprises
debbi@danaent.com
(877) 201-8987
Fax (727) 845-6113

9/15/2004

PROPOSAL



# PARKING AREA MAINTENANCE, INC.

MEMBER OF
**PAVEMENT NETWORK**
Your Parking Lot Resource

P.O. Box 24270        Tampa, FL 33623-4270
Hillsborough (813) 880-9400     Pinellas (727) 791-3807
Fax (813) 888-8868        www.easphalt.com

Proposal Submitted To

Mr. Colin Campbell
Winn Dixie Stores Inc. and
c/o Campbell Real Estate
2608 Sablewood Drive
Valrico, FL 33594-5741

**DATE:** April 6, 2004
**PHONE:** 813-661-0500
**JOB NAME:** Northwest Plaza
**STREET:** Gunn Highway & Lynn Turner Rd.
Tampa, FL 33625

We are pleased to submit this proposal for the following work at the above location.

## RE-STRIPING

We will re-stripe your parking area using our power equipment and the best Federal Specifications paint available. Our power equipment assures a 30-50% better flow rate of paint. This will assure you of a longer lasting job. The price includes:

IN WHITE
- 9 Stop Bars

IN YELLOW
- 515 Linear Feet of Top & Face Curbing
- 167 Double Line Stalls
- 109 Single Line Stalls
- 7 "NO PARKING CUSTOMER" Zones
- 6 "NO PARKING FIRE LANE" Stencils
- Existing Zone Lines

IN BLUE AND WHITE
- 7 Disabled Stalls

**TOTAL INVESTMENT** ............................................................................................. **$3,404.00**

Parking Area Maintenance, Inc., is not responsible for chipping, cracking, or peeling of paint from previously painted curbing.

The total investment is based on "no more than" 2 sections. Each additional section will be $1,200.00.

Page 1 of 2

All material is guaranteed to be as described above. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation insurance.

Authorized
Signature _____
Naaman Baehr

Note: This proposal may be
withdrawn by us if not accepted within _____ 30 _____ days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. All payments later than 10 days after the due date shall bear interest at 18% per annum.

Date of Acceptance: _____

Signature _____

Signature _____



## PAYMENT OPTIONS

CLIENT NAME    Winn Dixie Stores Inc.          DATE:  April 6, 2004
               c/o Campbell Real Estate

ADDRESS        2608 Sablewood Drive
               Valrico, FL 33594-5741

JOB NAME       Northwest Plaza

ADDRESS        Gunn Highway & Lynn Turner Road
               Tampa, FL 33625

                                                    DISCOUNT %

A.    *50% OF CONTRACT AMOUNT AT SIGNING OF PROPOSAL
      50% OF CONTRACT AMOUNT UPON COMPLETION              2%

B.    *1/3 OF CONTRACT AMOUNT AT SIGNNG OF PROPOSAL
      1/3 OF CONTRACT AMOUNT AT 50% COMPLETION
      1/3 OF CONTRACT AMOUNT UPON COMPLETION              1%

C.    *100% OF CONTRACT AMOUNT UPON COMPLETION            0%

CONTACT YOUR PROJECT CONSULTANT ABOUT A POSSIBLE JOB SIGN DISCOUNT

PAYMENT OPTION_____IS SELECTED FOR A DISCOUNT OF: _____


SIGNATURES BELOW CONFIRM THE SELECTION MADE


_____        _____

NAME                                     DATE


_____        _____

NAME                                     DATE

*Scheduling can be activated upon receipt of a signed copy of the proposal.*

Your *"One Source"* Asphalt Company

P.O. Box 24270                  Hillsborough (813) 880-9400         www.easphalt.com
Tampa, FL 33623-4270            Pinellas (727) 791-3807             Fax (813) 888-8668

PROPOSAL

# PARKING AREA MAINTENANCE, INC.



P.O. Box 24270                        Tampa, FL 33623-4270
Hillsborough (813) 880-9400           Pinellas (727) 791-3807
Fax (813) 888-8868                    www.easphalt.com

Proposal Submitted To

Mr. Colin Campbell
Winn Dixie Stores Inc. and
c/o Campbell Real Estate
2608 Sablewood Drive
Valrico, FL 33594-5741

DATE:        April 6, 2004
PHONE:       813-661-0500
JOB NAME:    Northwest Plaza
STREET:      Gunn Highway & Lynn Turner Rd.
             Tampa, FL 33625

After acceptance by all parties (by signature), this document shall be considered a binding contract. In the event that it shall become necessary to employ an attorney to collect any amount due under this contract, the customer will be liable for attorney's fees and costs incurred in said collection.

Owner shall pay all reasonable attorney's fees and cost incurred by Parking Area Maintenance, Inc. in collecting sums due under this contract, in enforcing any of the terms of this contract, or in being made a party to any litigation arising out of this Contract or the work performed or to be performed under this Contract.

No warranties are honored unless payment is made in full.

All prices quoted herein shall remain in effect for 30 days unless an unforeseen and unprecedented situation should arise by notification of our product vendors. Should such action occur, however unexpected, we would endeavor to alert you of any increase with as much advance notice as possible.

If you have any questions, please feel free to give us a call **or tour our facility and/or our manufacturer's**. Our over 40 years of experience assures you of quality workmanship and satisfaction.



_**We are proud of our new and enhanced web site ... take a look at**_ www.easphalt.com
and you can reach me at my email address: nbaehr@easphalt.com .

## SCHEDULING CAN BE ACTIVATED UPON RECEIPT OF A SIGNED COPY OF THIS PROPOSAL.

 **THE BITTERNESS OF POOR QUALITY REMAINS AFTER THE** 
**SWEETNESS OF LOW COST IS FORGOTTEN**

**PAYMENT DUE UPON SUBSTANTIAL COMPLETION UNLESS OTHER ARRANGEMENTS ARE MADE IN WRITING.**

**SEE ATTACHED PAYMENT OPTIONS FORM**

**SUBSTANTIAL COMPLETION**
Project is largely complete based upon above specified work, excluding warranty or punch out list.

Page    2 of    2

All material is guaranteed to be as described above. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized
Signature _____
                              Naaman Baehr
Note: This proposal may be
withdrawn by us if not accepted within _____30_____ days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. **Payment will be made as outlined above. All payments later than 10 days after the due date shall bear interest at 18% per annum.**

Date of Acceptance: _____

Signature _____

Signature _____

PROPOSAL



# PARKING AREA MAINTENANCE, INC.



P.O. Box 24270            Tampa, FL 33623-4270
Hillsborough (813) 880-9400    Pinellas (727) 791-3807
Fax (813) 888-8868            www.easphalt.com

Proposal Submitted To

Mr. Colin Campbell
Winn Dixie Stores Inc. and
c/o Campbell Real Estate
2608 Sablewood Drive
Valrico, FL 33594-5741

**DATE:** April 6, 2004
**PHONE:** 813-661-0500
**JOB NAME:** Northwest Plaza
**STREET:** Gunn Highway & Lynn Turner Rd.
Tampa, FL 33625

We are pleased to submit this proposal for the following work at the above location.

## RE-STRIPING

We will re-stripe your parking area using our power equipment and the best Federal Specifications paint available. Our power equipment assures a 30-50% better flow rate of paint. This will assure you of a longer lasting job. The price includes:

IN WHITE
- 9 Stop Bars

IN YELLOW
- 515 Linear Feet of Top & Face Curbing
- 167 Double Line Stalls
- 109 Single Line Stalls
- 7 "NO PARKING CUSTOMER" Zones
- 6 "NO PARKING FIRE LANE" Stencils
- Existing Zone Lines

IN BLUE AND WHITE
- 7 Disabled Stalls

**TOTAL INVESTMENT** ............................................................................................. **$3,404.00**

✆ Parking Area Maintenance, Inc., is not responsible for chipping, cracking, or peeling of paint from previously painted curbing.

✆ The total investment is based on "no more than" 2 sections. Each additional section will be $1,200.00.

Page 1 of 2

All material is guaranteed to be as described above. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation insurance.

Authorized Signature _____
Naaman Baehr

Note: This proposal may be withdrawn by us if not accepted within _____30_____ days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. **Payment will be made as outlined above. All payments later than 10 days after the due date shall bear interest at 18% per annum.**

Date of Acceptance: _____

Signature _____

Signature _____

PROPOSAL



# PARKING AREA MAINTENANCE, INC.

**MEMBER OF PAVEMENT NETWORK**
*Your Parking Lot Resource*

P.O. Box 24270                          Tampa, FL 33623-4270
Hillsborough (813) 880-9400             Pinellas (727) 791-3807
Fax (813) 888-8868                      www.easphalt.com

Proposal Submitted To

Mr. Colin Campbell
Winn Dixie Stores Inc. and
c/o Campbell Real Estate
2608 Sablewood Drive
Valrico, FL 33594-5741

**DATE:** April 6, 2004
**PHONE:** 813-661-0500
**JOB NAME:** Northwest Plaza
**STREET:** Gunn Highway & Lynn Turner Rd.
Tampa, FL 33625

After acceptance by all parties (by signature), this document shall be considered a binding contract. In the event that it shall become necessary to employ an attorney to collect any amount due under this contract, the customer will be liable for attorney's fees and costs incurred in said collection.

Owner shall pay all reasonable attorney's fees and cost incurred by Parking Area Maintenance, Inc. in collecting sums due under this contract, in enforcing any of the terms of this contract, or in being made a party to any litigation arising out of this Contract or the work performed or to be performed under this Contract.

No warranties are honored unless payment is made in full.

All prices quoted herein shall remain in effect for 30 days unless an unforeseen and unprecedented situation should arise by notification of our product vendors. Should such action occur, however unexpected, we would endeavor to alert you of any increase with as much advance notice as possible.

If you have any questions, please feel free to give us a call **or tour our facility and/or our manufacturer's**. Our over 40 years of experience assures you of quality workmanship and satisfaction.



***We are proud of our new and enhanced web site ... take a look at*** www.easphalt.com
and you can reach me at my email address: nbaehr@easphalt.com .

### SCHEDULING CAN BE ACTIVATED UPON RECEIPT OF A SIGNED COPY OF THIS PROPOSAL.

 **THE BITTERNESS OF POOR QUALITY REMAINS AFTER THE** 
**SWEETNESS OF LOW COST IS FORGOTTEN**

**PAYMENT DUE UPON SUBSTANTIAL COMPLETION UNLESS OTHER ARRANGEMENTS ARE MADE IN WRITING.**

**SEE ATTACHED PAYMENT OPTIONS FORM**

**SUBSTANTIAL COMPLETION**
Project is largely complete based upon above specified work, excluding warranty or punch out list.

Page **2** of **2**

All material is guaranteed to be as described above. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature _____
Naaman Baehr

Note: This proposal may be
withdrawn by us if not accepted within _____ **30** _____ days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. **Payment will be made as outlined above. All payments later than 10 days after the due date shall bear interest at 18% per annum.**

Date of Acceptance: _____

Signature _____

Signature _____

NORTHWEST PLAZA
Tampa, FL

RE-STRIPING

Re-stripe parking area using the best Federal Specifications paint available.  The price includes:

IN WHITE:

- ❖  9 Stop Bars

IN YELLOW:

- ❖  515 Linear Feet of Top & Face Curbing
- ❖  167 Double Line Stalls
- ❖  109 Single Line Stalls
- ❖  7 "NO PARKING CUSTOMER" Zones
- ❖  6 "NO PARKING FIRE LANE" Stencils
- ❖  Existing Zone Lines

IN BLUE AND WHITE:

- ❖  7 Disabled Stalls