LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq. (SL#2148)
David A. Blansky, Esq. (DB#1260)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------------x

In re

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1
(Jointly Administered)

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that LaMonica Herbst & Maniscalco, LLP, bankruptcy counsel for American KB Properties I Limited Partnership, hereby withdraws its Appearance from this matter, the service list, electronic case filing (ECF), and any other service of process list from this day forward.

Dated: Wantagh, New York
June 13, 2006

LaMonica Herbst & Maniscalco, LLP
Attorneys for American KB Properties I
Limited Partnership

By: /s/ Salvatore LaMonica
Salvatore LaMonica, Esq. (SL2148)
David A. Blansky, Esq. (DB1260)
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500

/Laramie/Withdrawal of Notice of Appearance.wpd