UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JUNE 15, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 15, 2006 at 1:00 p.m. (ET):

**A.   Uncontested Matters**

   *1.   Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

   Objection Deadline:  July 6, 2006.

   Objections:  No objections have been filed.

   Status:  The Debtors and the Claimants have agreed to continue the hearing on the Objection to July 13, 2006.

   *2.   Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

   Objection Deadline:  July 6, 2006.

   Objections:  No objections have been filed.

   Status:  The Debtors and the Claimant have agreed to continue the hearing on the Objection to July 13, 2006.

3. *Motion for Order Approving Compromise of Disputes Between Debtors and Schreiber Foods, Inc., Including Agreed Dismissal of Lawsuit, Rejection of Supply Agreement, Execution of New Agreement and Disposition of Claims (Docket No. 8089)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

4. *Motion for Order (a) Authorizing Winn-Dixie Raleigh, Inc. to Sell Stockbridge Store and Related Assets Free and Clear of Liens, Claims, and Interest and (b) Granting Related Relief (Docket No. 8096)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

5. *Motion for Order (A) Authorizing Winn-Dixie Stores, Inc. to Sell Miami Outparcels and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 8103)*

Objection Deadline:  Expired.

Responses:  Miami-Dade County Tax Collector (Docket No. 8208).

Status:  The Debtors will proceed with the Motion.

6. *Motion for Authority to Reject Non-Residential Real Property Leases, to Establish Bar Date for any Reject Damage Claims and For Related Relief (Deerwood Property) (Docket No. 8199)*

Objection Deadline: Expired.

Responses: No objections have been filed.

Status: The Debtors will proceed with the Motion.

7. *Application for Amended Order Authorizing Debtors' Employment of Smith Hulsey & Busey as Co-Counsel (Docket No. 8341)*

Objection Deadline: None.

Responses: No objections have been filed.

Status: The Debtors will proceed with the Application.

**B.  Contested Matters**

1. *Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Louisville Warehouse Facility and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 8099)*

Objection Deadline: Expired.

Objections: Kentucky Department of Revenue (Docket No. 8198).

Status: Kentucky Department of Revenue has informed the Debtors that it will withdraw its objection.

2. *Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 7852)*

Objection Deadline: Expired.

Objections: Iredell County, North Carolina (Docket No. 8195);
Cleveland County Tax Collector (Docket No. 8243);
North Carolina Tax Collector and Counties (Docket No. 8231);
Hamilton County, Ohio (Docket No. 8205); and
Martin County, North Carolina (Docket No. 8328).

Status: The Debtors will proceed with the Objection.

3. *Debtors' Motion for Order Approving Termination Agreement (Docket No. 8061)*

Objection Deadline: Expired.

Objections: Morris Tract Corp. and Williston Highland Development Corp. (Docket No. 8132).

Status: The Debtors will continue the hearing to June 29, 2006.

4. *Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (Docket No. 7854)*

Objection Deadline: Expired.

Objections: LEC Properties, Inc. and PC Properties, L.L.C. (Docket No. 8141);
Georgia Department of Revenue (Docket No. 8153);
Crowder Family Joint Venture (Docket No. 8167);
Thomas A. Brooks (Docket No. 8192);
Tennessee Department of Revenue (Docket No. 8207);
Don F. Bradford and Wendy L. Bradford (Docket No. 8209);

           Schuster Marketing Corp. (Docket No. 8216);
Chester Dix Newman Corp. (Docket No. 8232);
New Plan Excel Realty Trust, Inc. and WP Route 3, LP (Docket No. 8233);
FW NC-Shoppes of Kildaire, LLC (Docket No. 8235);
MCW-RC-GA-Howell Mill Village, LLC (Docket No. 8236);
CAPX Realty, LLC (Docket No. 8239);
Weinacker's Shopping Center, LLC (Docket No. 8249); and
Wells Fargo Bank Northwest National Association, et al. (Docket No. 8262).

Status:        The Debtors will proceed with the Objection.

5. *Debtors' Amended Motion for Order (a) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (b) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claim Bar Date, and (c) Granting Related Relief as it relates to Store No. 217 (Docket No. 7517)*

    (1)    Store Number 217
           Purchaser: Wal-Mart Stores, Inc.
           Notice of Hearing and Filing: Docket No. 7750
           Objection: T/A Western, LLC (Docket Nos. 7401 and 7836)

Status:        T/A Western, LLC has informed the Debtors that it will withdraw its objection.

6. *Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (Docket No. 8014)*

Response Deadline: Expired.

Responses:     No responses have been filed.

Status:        The Debtors have been informed that the Movant will proceed with the Objection.

7. *Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal (Docket No. 7765)*

Objection Deadline:  None.

Objections:  Lassiter Properties, Inc. (Docket No. 8080); and Internal Revenue Service (Docket No. 8428).

Status:  The Debtors have been informed that the Movant will proceed with the Motion.

8. *Case Management Conference on the Ad Hoc Trade Committee's Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Cases (Docket No. 8005)*

Objection Deadline:  None.

Objections:  Garden Park Plaza, Ltd. (Docket No. 8028);
HP Hood LLC, et al. (Docket No. 8079);
Domino Foods, Inc., et al. (Docket No. 8082); and
Debtors (Docket No. 8427).

Status:  The Debtors have been informed that the Movant will proceed with the Conference.

9. *Ad Hoc Trade Committee's Application for an Order Authorizing Rule 2004 Examinations and Compelling Production of Documents Relating to Debtors' Note Issuance (Docket No. 7432)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that the Movant will proceed with the Application.

Dated:  June 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*    <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*   <br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00533182.DOC