**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notice of Commonwealth of Kentucky's Objection to Sale of Louisville Warehouse Facility and Related Assets (Docket No. 8198).

Dated: June 14, 2006.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00534315

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   WINN-DIXIE                                      CHAPTER 11

DEBTOR                                       CASE NO. 05-03817-3F1

NOTICE OF COMMONWEALTH OF KENTUCKY'S WITHDRAWAL OF OBJECTION TO SALE OF LOUISVILLE WAREHOUSE FACILITY AND RELATED ASSETS

NOTICE

PLEASE TAKE NOTICE that the Commonwealth of Kentucky, Finance & Administration Cabinet, Department of Revenue, has prepared this notice of Withdrawal of Objection to Sale of Louisville Warehouse Facility Warehouse and other assets for filing by counsel for Debtor for the purpose of the hearing set for June 15, 2006 at 1:00 p.m., which counsel for the Commonwealth of Kentucky will be unable to attend.

WITHDRAWAL OF OBJECTION TO SALE OF LOUISVILLE WAREHOUSE FACILITY AND OTHER ASSETS

The Commonwealth of Kentucky HEREBY WITHDRAWS its Objection to the contemplated sale of the Louisville Warehouse Facility and other assets. The undersigned counsel for the Commonwealth for Kentucky apologizes that the counsel for the Commonwealth who previously registered to participate in this case is on

vacation and cannot be reached, necessitating the filing of this document by Debtor's counsel.

The undersigned counsel also states that she is licensed to practice and does regularly practice as an attorney for the Commonwealth of Kentucky before the United Stated Bankruptcy Courts for both the Eastern and Western Districts of Kentucky and the United States District Court of the Eastern District of Kentucky. Her Kentucky Bar Association Number is 20487.

*Barbara Curtin Kenney*

BARBARA CURTIN KENNEY
Kentucky Bar Number 20487
Attorney for the Commonwealth of Kentucky
Finance & Administration Cabinet
Department of Revenue
P. O. Box 5222
Frankfort, Kentucky 40602
Office: (502) 564 4921, Ext 4508
Fax: (502) 564-7348
Barbara.Kenney@ky.gov