United States Bankruptcy Court
For the Middle District Of Florida

| WINN DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 12834 |
| | } Claim No. 12835 |
| | } Case No. 05-03839 |
| | } |
| | } |
| Debtor | } Amount $482,638.80 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
To: Transferor:

**INDIAN TRAIL SQUARE LLC**
**1020 INDUSTRY ROAD**
**LEXINGTON, KY 40505**

The transfer of your claim as shown above in the amount of $482,638.80 has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                           By:/s/ Robert Minkoff
                           Revenue Management
                           (201) 968-0001

496628

Liquidity Solutions, Inc.
201-968-0001

---------------------------------------------------------(CUT HERE)---------------------------------------------------------

**TRANSFER NOTICE**

Indian Trail Square LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Indian Trail Square LLC Claims of Assignor in the aggregate amount of $352,409.04 representing all claims against the Debtor in the United States Bankruptcy Court for the Middle District of Florida, administered as Case No. 05-3839 and Case No. 05-3817, respectively, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

Indian Trail Square LLC

REVENUE MANAGEMENT

_____BC Wood  member_____
(Signature)

_____
(Signature)

___Brian C. Wood  member___
(Print Name and Title)

_____
(Print Name of Witness)