

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Fifth Omnibus Objection to Workers' Compensation Claims Filed by Debtors' (5981)**

*Cont'd. to 7/13 @ 1:00*

*AOC NFN*

**APPEARANCES:**
US TRUSTEE:       ELENA ESCAMILLA
                  JOHN B. MACDONALD/PATRICK PATANGAN
UNSEC. CRED:      MATTHEW S. BARR

RULING: