IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF VINCENT J. ROLDAN IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

I, Vincent J. Roldan, being duly sworn, submit the following information in support of my admission *pro hac vice*:

1. My office address and telephone number are DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104; Telephone: 212-835-6000.

2. I am one of the attorneys representing the Ad Hoc Trade Committee in this matter.

3. I was admitted to practice before the following courts on the following dates:

    (a) I am a member in good standing of the New York Bar and have been a member in good standing since the day I was admitted to practice in 1999.

    (b) I am a member in good standing of the New Jersey Bar and have been a member in good standing since the day I was admitted to practice in 2000.

4. I am in good standing and currently eligible to practice before those Courts as well as the Southern District of New York, Eastern District of New York and the District of New Jersey.

1


EXHIBIT A

5. I certify that I have never been disbarred, and I am not currently suspended from practicing law in the State of Florida or in any other state.

6. I respectfully request that this Court admit me to practice before the United States District Court, Middle District of Florida, Jacksonville Division *pro hac vice* for the purposes of this matter.

**FURTHER AFFIANT SAYETH NOT.**

_____
VINCENT J. ROLDAN

Sworn to and subscribed before me this 13th day of June, 2006, by Vincent J. Roldan, who is personally known to me.

VANESSA TORRES
Notary Public, State of New York
No. 01TO6118723
Qualified in New York County
Commission Expires November 15, 2008

_____
Notary Public

(SEAL)