

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Compromise of Disputes Between Debtors and Schreiber Foods, Inc., including Agreed Dismissal of Lawsuit, Rejection of Supply Agreement, Execution of New Agreement and Disposition of Claims filed by Debtors (8089)

*Granted*
*Ord/Signed*

APPEARANCES:
US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR

SCHREIBER FOODS, INC.:

RULING: