IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## MOTION TO APPEAR *PRO HAC VICE*

Thomas R. Califano ("**Movant**") of the firm DLA Piper Rudnick Gray Cary US LLP, pursuant to Local Rule 2090-1(c)(1), moves for special admission to appear in this case as counsel for the Ad Hoc Trade Committee, and states as follows:

1. As indicated on the Affidavit attached hereto as Exhibit "**A**", movant is an attorney licensed to practice law in the State of New York and has been a member in good standing of the New York Bar since 1989.

3. Movant is also admitted to practice in the Southern District of New York, Eastern District of New York and United States Court of Appeals for the Second Circuit.

4. Movant designates Philip V. Martino who is qualified to practice in this court and who consents to designation as local counsel.

5. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

6. Movant certifies further that he is familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

~NEWY1:8011337.v2 |6/13/06

**WHEREFORE**, Movant respectfully requests entry of the attached proposed Order Admitting Attorney *Pro Hac Vice* authorizing his special admission to practice in this case.

Dated: June 13, 2006

                                             DLA PIPER RUDNICK GRAY CARY US LLP

                                             _____
                                             Thomas R. Califano
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             Telephone: (212) 835-6000
                                             thomas.califano@dlapiper.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, Philip V. Martino, an attorney qualified to practice in this court, consent to designation as local attorney for Thomas R. Califano and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-2.02(a)(1).

Philip V. Martino
Florida Bar Number 079189
philip.martino@piperrudnick.com
**DLA Piper Rudnick Gray Cary US LLP**
101 E. Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
(813) 222-5938 (phone)
(312) 630-7334 (fax)

BY: /s/ Philip V. Martino
   Philip V. Martino