## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came on for the Court's consideration upon the Motion to Appear *Pro Hac Vice* for the entry of an Order permitting the special appearance of Thomas R. Califano to practice before this Court in this case for the purposes of participating in the bankruptcy proceedings, and this Court having reviewed the Motion, and being otherwise advised in the premises, it is **ORDERED AND ADJUDGED** that

1.      The Motion is **GRANTED** and Thomas R. Califano is hereby permitted to practice before this Court as counsel for the Ad Hoc Trade Committee, for the purposes of participating in these bankruptcy proceedings.

2.      This Order shall not be considered admission to practice generally before this Court.

**DONE AND ORDERED** in the Middle District of Florida, on June _____, 2006.

_____
United States Bankruptcy Judge

**Conformed Copies To:**
Movant (Movant is directed to serve copies of this Order to the parties-in-interest)
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Thomas R. Califano, 1251 Avenue of the Americas, New York, NY 10020
Philip V. Martino, 101 East Kennedy Boulevard, Suite 200, Tampa, FL 33602Trustee

4

~NEWY1:8011337.v2 |6/13/06