

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (a) Authorizing Winn-Dixie Raleigh, Inc., to Sell Stockbridge Store and Related Assets Free and Clear of Liens, Claims, and Interest and (b) Granting Related Relief Filed by Debtors (8096)

*Granted*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

RULING: