UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )
                                                  )
WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                  )      Chapter 11
          Debtors.                            )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Daniel Wise (Claim No. 10213) [Docket No. 8477] was furnished by mail on June 15, 2006 to Daniel Wise c/o Alfred N. Corriere, Esq., Vansant, Corriere & McClure, P.C., P.O. Box 346, Albany, Georgia 31702.

Dated: June 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>     D. J. Baker  <br>     Sally McDonald Henry  <br>     Rosalie Gray | By   *s/ James H. Post*  <br>     Stephen D. Busey  <br>     James H. Post (FBN 175460)  <br>     Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC