

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (A) Authorizing Winn-Dixie Stores Inc. to Sell Miami Outparcels and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief filed by Debtors (8103)

Response to Motion filed by Miami-Dade County Tax Collector (8208)

*Granted*
*Ord/Signed*

APPEARANCES:

US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR
MIAMI DADE COUNTY TAX COLLECTOR:   BRIAN FITZGERALD

RULING: