

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Louisville Warehouse Facility and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief filed by Debtors (8099)

    Objection to Motion filed by Kentucky Department of Revenue (8198)

*Granted*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
KENTUCKY DEPT OF REVENUE:            SUSAN STIVERS

RULING: