

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**June 15, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities**
Filed by Debtors (7852)

Objection filed by Iredell County North Carolina (8195)

Objection filed by Cleveland County Tax Collector (8243)

Objection filed by North Carolina Tax Collector and Counties (8231)

Objection filed by Hamilton County, Ohio (8205)

Objection filed by Martin County, North Carolina (8328)

*Cont'd. until further ntc.*

*Sustained*
*Ord/Signed*

**APPEARANCES:**
**US TRUSTEE:**                                    ELENA ESCAMILLA
**UNSEC. CRED:**                                  JOHN B. MACDONALD/PATRICK PATANGAN
                                                          MATTHEW S. BARR

**IREDELL COUNTY NORTH CAROLINA:**
**CLEVELAND COUNTY TAX COLLECTOR:**
**N.C. TAX COLLECTOR AND COUNTIES:**    DAVID FEREBEE
**HAMILTON COUNTY, OHIO:**                   JAMES GINOCCHIO
**MARTIN COUNTY, NORTH CAROLINA:**


**RULING:**