UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                   Chapter 11
                    Debtors.               )        Jointly Administered

CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Justina Rodriguez  (Claim No. 7363) [Docket No. 8469] was furnished by mail on June

15, 2006 to Justina Rodriguez, 2608 Beaumont Avenue, Kissimmee, Florida 34741.

Dated:  June 15, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_____              By   ___s/ James H. Post_____
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post (FBN 175460)
      Rosalie Gray                             Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors

00520151.DOC