UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                       Chapter 11
         Debtors.                             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Aesha Salahuddin (Claim No. 4329) [Docket No. 8470] was furnished by mail on June 15, 2006 to Aesha Salahuddin, 741 Margaret Square, Winter Park, Florida 32789 and Braxton Wilson, Health Management Systems, 2002 Old. St. Augustine Road, Suite E-42, Tallahassee, Florida 32301.

Dated:  June 15, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By     *s/ D. J. Baker*<br>         D. J. Baker<br>         Sally McDonald Henry<br>         Rosalie Gray | By     *s/ James H. Post*<br>         Stephen D. Busey<br>         James H. Post (FBN 175460)<br>         Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC