

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Termination Agreement filed by Debtors (8061)

Objection to Motion filed by Morris Tract Corp. and Williston Highland Development Corp. (8132)

*Cont'd. to 6/29 @ 1:00*

*AOCNFN*

**APPEARANCES:**
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD/PATRICK PATANGAN
                MATTHEW S. BARR

MORRIS TRACT CORP. AND
WILLISTON HIGHLAND DEVELOPMENT CORP:   PETER D. RUSSIN

RULING: