UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                  Chapter 11
                    Debtors.            )         Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Timika Mangham  (Claim No. 12901) [Docket No. 8462] was furnished by mail on June

15, 2006 to Timika Mangham c/o Richard S. Wolfson, Esq., Wolfson & Grossman, P.A.,

11900 Biscayne Blvd., Suite 760, Miami, Florida 33181.

Dated:  June 15, 2006

SKADDEN, ARPS, SLATE, MEAGHER         SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                 By      *s/ James H. Post*
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post (FBN 175460)
      Rosalie Gray                             Cynthia C. Jackson

Four Times Square                     225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                        (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Debtors                Co-Counsel for Debtors
00520151.DOC