

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 1 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post /*P*/

Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims filed by Debtors (7854)

    Objection filed by LEC Properties, Inc. and PC Properties, L.L.C. (8141)

    Objection filed by Georgia Department of Revenue (8153)

    Objection filed by Crowder Family Joint Venture (8167)

    Objection filed by Thomas A. Brooks (8192)

    Objection filed by Tennessee Department of Revenue (8207)

    Objection filed by Don F. Bradford and Wendy L. Bradford (8209)

*[Handwritten annotation bracketing the objections: "Cont'd. until further ord of the court"]*

*[Handwritten: "Sustained Ord / Signed"]*

APPEARANCES CONTINUED ON PAGE 4



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection filed by Schuster Marketing Corp (8216)

Objection filed by Chester Dix Newman Corp (8232)

Objection filed by New Plan Excel Realty Trusts, Inc. and WP Route 3, LP (8233)

Objection filed by FW NC-Shoppes of Kildaire, LLC (8235)

Objection filed by MCW-RC-GA-Howell Mill Village, LLC (8236)

} Cont'd until further Ord. of the Court



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection filed by CAPX Realty, LLC (8239)

Objection filed by Weinacker's Shopping Center, LLC (8249)

Objection filed by Wells Fargo Bank Northwest National Association, et al (8262)

} Cont'd. until further but. of the court



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 15, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 4 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| LEC PROPERTIES, INC & PC PROPERTIES, LLC: | SALLY FOX |
| GEORGIA DEPARTMENT OF REVENUE: | OSCAR FEARS |
| CROWDER FAMILY JOINT VENTURE: | ADAM FRISCH |
| THOMAS A BROOKS: | |
| TENNESSEE DEPT OF REVENUE: | FREDERICK RUDZIK |
| DON F. BRADFORD AND WENDY L. BRADFORD: | RICK J. BEARFIELD |
| SCHUSTER MARKETING CORP: | |
| CHESTER DIX NEWMAN CORP: | ADAM FRISCH |
| NEW PLAN EXCEL REALTY TRUST, INC. AND WP ROUTE 3 LP: | DAVID POLLACK |
| FW NC-SHOPPES OF KILDAIRE, LLC | ADAM FRISCH |
| MCW-RC-GA-HOWELL MILL VILLAGE, LLC: | BARRY FRIEDMAN |
| CAPX REALTY, LLC | ZACHARY BANCROFT |
| WEINACKER'S SHOPPING CENTER, LLC | BARRY FRIEDMAN |
| WELLS FARGO BANK NW NAT'L ASSOC. ET AL: | STEVEN ABRAMOWITZ |

RULING: