

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Ad Hoc Trade Committee's Motion to File Documents in Support of its Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Estates Under Seal (7765)

Objection to Motion filed by Lassiter Properties, Inc. (8080)

Objection to Motion filed by IRS (8428)

*Cont'd. until further ntc.*
*Adjourned without date*

**APPEARANCES:**
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
LASSITER PROPERTIES, INC.:           JIMMY PARRISH
INTERNAL REVENUE SERVICE:            DEBORAH MORRIS

RULING: