

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 15, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on the Ad Hoc Trade Comittee's Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Substantively Consolidating Debtors' Cases (8005)

Objection filed by Garden Park Plaza, Ltd (8028)

Objection filed by HP Hood LLC, et al (8079)

Objection filed by Domino Foods, Inc., et al (8082)

Objection filed by Debtors' (8427)

*Cont'd. until further nte.*

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
AD HOC TRADE COMMITTEE: MARK FRIEDMAN
GARDEN PARK PLAZA, LTD: RILYN CARNAHAN
HP HOOD LLC, ET AL: STEPHEN MILLER
DOMINO FOODS, INC ET AL: GENE TARR

RULING: