**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division**

| | |
|---|---|
| IN RE: ) | Case No: 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al, ) | |
| Debtors. ) | |

**VERIFIED MOTION OF ROBERT E. PRICE, JR.
TO APPEAR *PRO HAC VICE***

In accordance with Local Rule 2090-1 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for admission of **Robert E. Price, Jr.** of the law firm Price Law Office, 1144 West Fourth Street, Winston Salem, NC 27101, for purposes of appearing as counsel on behalf of Claimants Alamance County, Catawba County, Cumberland County, Forsyth County, Gaston County, Lee County, Lincoln County, Person County, Wake County and Wilkes County, in the above styled case only.

**Robert E. Price, Jr.** certifies herewith that he has studied and is familiar with the Local Rules of this Court, including Local Rule 2090-1. He is a member in good standing of the Bar of the State of North Carolina and the United States District Courts for the Middle District of North Carolina and the Fourth Circuit Court of Appeals.

David B. Ferebee, a partner with the law firm of Willis, Ferebee and Hutton is a member in good standing of the Florida Bar and Bar of this Court. Mr. Ferebee is a resident of the State of Florida and practices at Willis, Ferebee and Hutton office located at 503 East Monroe Street, Jacksonville, FL 32202.

In accordance with Local Rule 2090-1. David B. Ferebee is hereby designated as local counsel and agrees that: (a) all notices and papers may be served upon him at the address and facsimile number listed below: (b) opposing counsel may readily communicate with him regarding the case; and ( c) he will be responsible for the case, including trial in the event of default of the non-resident attorney.

CONSENT TO DESIGNATION

_____I hereby consent to the foregoing designation. Executed under penalty of perjury on the 15th day of June, 2006.

        /s/ Robert E. Price, Jr.
Robert E. Price, Jr.
NC Bar. No. 9422
E-mail: rprice@*replegal.com*
Price Law Office
1144 W. Fourth Street
Winston Salem, NC 27101
Tel. 336-724-7030
Fax. 336-724-7047

Respectfully submitted.

        /s/ David B. Ferebee
David B. Ferebee, Esq.
Fla. Bar No.
E-mail: *ferebeeatlaw@bellsouth.net*
503 East Monroe Street
Jacksonville, FL 32202
Tel. 904-358-7001
Fax: 904-353-2756

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

|  |  |
|---|---|
| IN RE: | Case No: 05-03817-3F1 |
|  | Chapter 11 |
| WINN-DIXIE STORES, INC., et al, |  |
| Debtors. |  |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that we have this 15th day of June, 2006, electronically filed the forgoing *Verified Motion of Robert E. Price, Jr. to Appear Pro Hac Vice* with the Clerk of Court using the CM/ECF system, and by United States Mail to:

Mr. David B. Ferebee, Esq.
503 East Monroe Street
Jacksonville, FL 32202

D.J. Baker
Four Times Square
New York, New York 10036

Cynthia C. Jackson
225 Water Street, Suite 1800
Jacksonville, FL 32202

/s/ Robert E. Price, Jr.
Robert E. Price, Jr.