IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case no. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

**WRITTEN DESIGNATION OF LOCAL COUNSEL AND CONSENT-TO-ACT**

I, Steven M. Abramowitz, of the law firm of Vinson & Elkins LLP, hereby designate, pursuant to Local Rule 2090-1(c), the attorney below as local counsel for Wells Fargo Bank, N.A., SOF Investments L.P and The Paul Revere Life Insurance Company in the above-styled matter.

    James C. Moon, Florida Bar No. 0938211
    Bilzin Sumberg Baena Price & Axelrod, LLP
    200 South Biscayne Boulevard, Suite 2500
    Miami, Florida  33131
    (305) 350-7383 [telephone]
    (305) 351-2282 [facsimile]

This 15th day of June, 2006.

    By:    /s/ Steven M. Abramowitz
             Steven M. Abramowitz
             VINSON & ELKINS, LLP
             666 Fifth Avenue
             New York, NY 10103
             (212) 237-0137 [telephone]
             (212) 237-0100 [facsimile]

## CONSENT TO ACT

I, James C. Moon, hereby consent to act as local counsel of record for creditors Wells Fargo Bank, N.A., SOF Investments L.P and The Paul Revere Life Insurance Company in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 15th day of June, 2006.

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

　　　/s/ James C. Moon
James C. Moon, Florida Bar No. 0938211
Mindy A. Mora, Florida Bar No. 678910
Bilzin Sumberg Baena Price & Axelrod, LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida  33131
(305) 250-7383 [telephone]
(305) 351-2282 [facsimile]
jmoon@bilzin.com
eservice@bilzin.com

**Counsel for Creditors Wells Fargo Bank, N.A., SOF Investments L.P and The Paul Revere Life Insurance Company**