UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )      Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                         )      Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Schae Hamilton (Claim No. 9384) [Docket No. 8454] was furnished by mail on June 16, 2006 to Schae Hamilton c/o Mitchell J. Cook, Esq., 3706 N. Roosevelt Blvd., Suite I, Key West, Florida 33040.

Dated: June 16, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post (FBN 175460)  <br>    Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC