UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of India Dacosta  (Claim No. 5429) [Docket No. 8445] was furnished by mail on June 16, 2006 to India Dacosta c/o Stephen E. Bailey, Esq., 9008 Seminole Blvd., Seminole, Florida 33772.

Dated:  June 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*
         D. J. Baker
         Sally McDonald Henry
         Rosalie Gray

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors

Co-Counsel for Debtors

00520151.DOC