UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AMENDED ORDER AUTHORIZING DEBTORS' RETENTION OF SMITH HULSEY & BUSEY AS CO-COUNSEL

This cause having been considered upon the application of Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 327(a) and 329, for an amended order authorizing the retention of Smith Hulsey & Busey as bankruptcy co-counsel for the Debtors with the firm's employment of David L. Gay as an associate lawyer (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is:

ORDERED:

1. The Application is granted.

2. Smith Hulsey & Busey is approved under 11 U.S.C. §327(a) as bankruptcy counsel for the Debtors in these jointly administered Chapter 11 cases with the firm's employment of David L. Gay as an associate lawyer who will render services to the Debtors in these cases.

3. Notwithstanding anything to the contrary in this Order, Mr. Gay will not render services to the Debtors with respect to any matters involving any creditor for which Held & Israel has filed a notice of appearance in these cases.

4.  The compensation of Smith Hulsey & Busey for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

Dated this \_\_15\_\_ of June, 2006, in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a
copy of this order on all persons served
with the Motion.

00533988