UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

        Debtors.

CASE NO. 05-03817-3F1
CHAPTER 11
JOINTLY ADMINISTERED

_____/

**RIVERDALE FARMS' RESPONSE TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS**

        Creditor, Riverdale Farms, Inc. ("Riverdale Farms"), hereby files this Response to the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claim and (C) No Liability Misclassified Claims [DE #8116] (the "Objection"), and states:

        1.      Riverdale Farms is an unsecured creditor of Winn-Dixie Stores, Inc., having an unsecured claim of $1,430,943.35 as specified in Riverdale Farms' Amended Proof of Claim [Claim No. 11821].

        2.      The Debtors seek in the Objection to (1) provide an additional reclamation claim of $28,209.99, (2) reduce Riverdale Farms' claim by $7,903.56 to reflect an asserted accounts payable credit, and (3) reduce Riverdale Farms' claim on the asserted basis of "undocumented charges" by the amount of $51,992.29.

        3.      As one might expect, Riverdale Farms has no objection to increasing its reclamation claim;; however, Riverdale Farms objects to the Debtors' alleged entitlement to an accounts payable credit in the amount of $7,903.56, and the reduction of its claim by the amount of $51,992.29 on the asserted basis that this amount constitutes "undocumented charges".

        4.      During the claims administration process, Riverdale Farms has provided the Debtors' claims administration consultant, X Roads Solutions Group, literally hundreds of pages of documents supporting the entirety of Riverdale Farms' claim.

5.      Not until receiving the Objection had the Debtors given Riverdale Farms any indication of any problem whatsoever involving the documentation of its claim.  In fact, the Debtors have had in their possession documentation supporting the entirety of Riverdale Farms' claims for many months.

6.      Riverdale Farms has again provided to X Roads Solutions Group duplicate copies of all invoices and supporting documentation involving its claim.  In reviewing the matter, Riverdale Farms located two invoices (No. 190714 and No. 205942) in the total amount of $338.02 which were issued to Winn-Dixie in error.  Therefore, Riverdale Farms consents to the reduction of its claim in the amount of $338.02.  However, this reduction results from an error and not from any lack of documentation as asserted in the Debtors' Objection.

7.      As to the alleged accounts payable credit of $7,903.56, Riverdale Farms has learned that the basis of this asserted reduction is the Debtors' allegation that product was not received by Winn-Dixie with respect to certain invoices.  Riverdale Farms has been able to document delivery of all product with the exception of product relating to Invoice No. 208991 (P.O. No. 558679) in the amount of $1,812.80.  In order to avoid the expense of litigation associated with such a small amount, Riverdale Farms agrees to the reduction of its unsecured claim by the amount of $1,812.80 in relation to the alleged account receivable credit.

8.      Taking account of these proposed adjustments to Riverdale Farms' claim, the amount of Riverdale Farms unsecured claim would total $1,457,002.52

WHEREFORE, Riverdale Farms respectfully requests this Court overrule the Objection to the extent that it seeks to reduce Riverdale Farms' claim in any amount in excess of $2,150.82 and grant such other and further relief as this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing and facsimile to D.J. Baker, Esquire, Scadden, Arpes, Slate, Meagher & Floam, LLP, 4 Times Square, New York, New York, 10036 this 16th day of June, 2006.

BROAD AND CASSEL
One North Clematis Street
Suite 500
West Palm Beach, FL  33401
Telephone:  561-832-3300
Facsimile:  561-650-1153
Email:  celler@broadandcassel.com
Attorneys for Riverdale Farms


_____/s/_____
C. Craig Eller
Florida Bar No.:  767816

WPB1\BANKRUPT\210283.1
35316/0001