IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AMENDED CONSENT TO ACT AS LOCAL COUNSEL

I, Philip V. Martino, an attorney qualified to practice in this court, consent to designation as local attorney for Vincent J. Roldan and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-2.02(a)(1).

Philip V. Martino
Florida Bar Number 079189
philip.martino@piperrudnick.com
**DLA Piper Rudnick Gray Cary US LLP**
101 E. Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
(813) 222-5938 (phone)
(312) 630-7334 (fax)

BY: /s/ Philip V. Martino
      Philip V. Martino

~TAMPDOCS:517789.v1