UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 12, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 16, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
Page 1 of 1
Notice of Transfer of Claim Other Than For Security

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 242714-12<br>ATKINSONS MILLING CO<br>ATTN: RAY WHEELEY, PRES<br>95 ATKINSONS MILL RD<br>SELMA, NC 27576 | CREDITOR ID: 279115-99<br>COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN STACY P EISELSTEIN, ESQ<br>VOLUNTEER BUILDING<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 |
| CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 2005 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>SUITE 600<br>50 N LAURA ST<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 254639-12<br>LENOIR PARTNERS LLC<br>545 WATERGATE COURT<br>ROSWELL GA 30076 | CREDITOR ID: 407764-99<br>LENOIR PARTNERS LLC<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 254639-12<br>LENOIR PARTNERS LLC<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 |
| CREDITOR ID: 452208-97<br>MCI 1999-RM1 DALTON PLACE LP<br>C/O NELSON MULLINS RILEY ET AL<br>ATTN: JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE STE 1400<br>ATLANTA GA 30309 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>A GEORGIA LIMITED PARTNERSHIP<br>C/O LNR PARTNERS INC<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 416274-15<br>NKC PROPERTIES<br>C/O FORD BOWLUS DUSS ET AL<br>ATTN M BOWLUS & K SCHNAUSS, ESQS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 |

   Total:   12

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1
                                                                    Docket No.: 8113

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ATKINSONS MILLING CO | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

ATKINSONS MILLING CO
ATTN: RAY WHEELEY, PRES
95 ATKINSONS MILL RD
SELMA, NC 27576

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 800-948-5707                           Phone: 5162246040
Account No.: 242714                           Account No.: 399729

Claim No.: 35899                              Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $2,451.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1
                                                                          Docket No.: 8086

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COCA-COLA ENTERPRISES INC ET AL | CREDIT SUISSE |
|---|---|
| Name of Transferor | Name of Transferee |

COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN STACY P EISELSTEIN, ESQ
VOLUNTEER BUILDING
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

Phone: 423 785 8274                                                       Phone: 212 538 5385
Account No.: 279115                                                       Account No.: 411244

Claim No.: 8347                                        Full Transfer:          Partial Transfer: (X)
Date Claim Filed: 07/28/2005                           Transfer Amount: $3,923,758.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                       /s/ Logan & Company, Inc.
                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8086

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COCA-COLA ENTERPRISES INC ET AL | CREDIT SUISSE |
|---|---|
| Name of Transferor | Name of Transferee |

| COCA-COLA ENTERPRISES INC ET AL | CREDIT SUISSE |
| C/O MILLER & MARTIN PLLC | ATTN WENDY BEER |
| ATTN STACY P EISELSTEIN, ESQ | 11 MADISON AVE 5TH FLR |
| VOLUNTEER BUILDING | NEW YORK NY 10010 |
| 832 GEORGIA AVE, STE 1000 | |
| CHATTANOOGA TN 37402-2289 | |

| Phone: 423 785 8274 | Phone: 212 538 5385 |
| Account No.: 279115 | Account No.: 411244 |

| Claim No.: 8348 | Full Transfer:        Partial Transfer: (X) |
| Date Claim Filed: 07/28/2005 | Transfer Amount: $2,099,817.13 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                          /s/ Logan & Company, Inc.
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1
                                                 Docket No.: 8086

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COCA-COLA ENTERPRISES INC ET AL | CREDIT SUISSE |
| Name of Transferor | Name of Transferee |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN STACY P EISELSTEIN, ESQ<br>VOLUNTEER BUILDING<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 | CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| Phone: 423 785 8274 | Phone: 212 538 5385 |
| Account No.: 279115 | Account No.: 411244 |

Claim No.: 8349                                  Full Transfer:        Partial Transfer: (X)
Date Claim Filed: 07/28/2005                     Transfer Amount: $442.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                 /s/ Logan & Company, Inc.
                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8086

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COCA-COLA ENTERPRISES INC ET AL | CREDIT SUISSE |
|---|---|
| Name of Transferor | Name of Transferee |

COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN STACY P EISELSTEIN, ESQ
VOLUNTEER BUILDING
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

Phone: 423 785 8274
Account No.: 279115

Phone: 212 538 5385
Account No.: 411244

Claim No.: 8350                                  Full Transfer:         Partial Transfer: (X)
Date Claim Filed: 07/28/2005                     Transfer Amount: $518,550.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                 /s/ Logan & Company, Inc.
                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 8084

## NOTICE OF TRANSFER AND ASSIGNMENT OF CLAIM FOR SECURITY
## AND WAIVER OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001 (E) (2)

| | |
|---|---|
| LENOIR PARTNERS LLC<br>Name of Transferor | LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>Name of Transferee |
| LENOIR PARTNERS LLC<br>545 WATERGATE COURT<br>ROSWELL GA 30076<br><br>Phone:<br>Account No.: 254639 | LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN: MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 20005<br><br>Phone:<br>Account No.: 452149 |
| LENOIR PARTNERS LLC<br>C/O FOLTZ MARTIN LLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305<br><br>Phone: 404-231-9397 | LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202<br><br>Phone: 904-358-4000 |

| | | |
|---|---|---|
| Claim No.: 3718<br>Date Claim Filed: 06/06/2005 | Full Transfer: ☒<br>Amount: $30,294.43 | Partial Transfer: |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER** –

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006   /s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                           Docket No.: 8085

### NOTICE OF TRANSFER AND ASSIGNMENT OF CLAIM FOR SECURITY
### AND WAIVER OF NOTICE PURSUANT TO BANKRUPTCY RULE 3001 (E) (2)

<u>LENOIR PARTNERS LLC</u>
Name of Transferor

LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN: MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

Phone: 404-832-8410
Account No.: 407764

<u>LB UBS 2001-C2 COMMERCIAL MORTGAGE</u>
Name of Transferee

LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN: MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

Phone:
Account No.: 452149

LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

Phone: 904-358-4000

Claim No.: 12094                   Full Transfer: ☒            Partial Transfer:
Date Claim Filed: 10/20/2005       Amount: $763,564.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 12, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8118

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| NKC PROPERTIES | MSCI 1999-RM1 DALTON PLACE LP |
| Name of Transferor | Name of Transferee |
| | |
| NKC PROPERTIES | MSCI 1999-RM1 DALTON PLACE LP |
| C/O FORD BOWLUS DUSS ET AL | A GEORGIA LIMITED PARTNERSHIP |
| ATTN M BOWLUS & K SCHNAUSS, ESQS | C/O LNR PARTNERS INC |
| 10110 SAN JOSE BLVD | 1601 WASHINGTON AVE SUITE 700 |
| JACKSONVILLE FL 32257 | MIAMI BEACH FL 33139 |
| | |
| Phone: 904 268 7227 | Phone: |
| Account No.: 416274 | Account No.: 452150 |
| | |
| | MSCI 199-RM1 DALTON PLACE LP |
| | C/O NELSON MULLINS RILEY ET AL |
| | ATTN: JOSHUA M KATZ |
| | FIRST UNION PLAZA |
| | 999 PEACHTREE ST NE SUITE 1400 |
| | ATLANTA GA 30309 |
| | |
| | Phone: 404-817-6342 |

Claim No.: 12434                    Full Transfer: ☒         Partial Transfer:
Date Claim Filed: 11/07/2005        Amount: $4,875,172.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/2006                                         /s/ Logan & Company, Inc.
                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 6, 2006.