UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about June 14, 2006, I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 16, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 452217-97
BT MARIETTA LLC
ATTN: MICHAEL MARKMAN, PRES
2600 PHILMONT AVENUE
HUNTINGTON VALLEY PA 19006

CREDITOR ID: 397706-99
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 SOUTH BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

CREDITOR ID: 452209-98
CITY OF DEERFIELD BEACH FL
ATTN: SALLY SIEGEL, FIN DIR
150 NE 2ND AVENUE
DEERFIELD BEACH FL 33441

CREDITOR ID: 384053-47
CITY OF DEERFIELD BEACH, FL
ATTN ANDREW S MAURODIS, ESQ
150 NE 2ND AVENUE
DEERFIELD BEACH, FL 33441

CREDITOR ID: 246295-12
CKS PACKAGING INC
ATTN MALCOLM MC CARN, ESQ
PO BOX 44386
ATLANTA, GA 30336-4386

CREDITOR ID: 247589-12
DANVILLE REGISTER & BEE
ATTN: CYNTHIA SMITH, CREDIT MGR
PO BOX 25908
RICHMOND, VA 23260-5908

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 250378-12
GENE HYDE LOGISTICS INC
ATTN: JUNE HARGRAVES, VP
PO BOX 3797
LAKELAND, FL 33802

CREDITOR ID: 251210-12
HAMPTON INN WOODRUFF
ATTN: J. S. DAVIS
15 PARK WOODRUFF DRIVE
GREENVILLE, SC 29607

CREDITOR ID: 251649-12
HIMMEL NUTRITION
ATTN: DEBRA HEIM, CFO
PO BOX 845449
BOSTON, MA 02284-5449

CREDITOR ID: 410370-15
HIMMEL NUTRITION, INC
ATTN DEBRA CARDILLO, CFO
1926 10TH AVENUE NORTH, SUITE 303
LAKE WORTH FL 33461

CREDITOR ID: 452210-97
MARATHON GARBAGE SERVICE
ATTN: MICHELLE BARTH
4290 OVERSEAS HAY
MARATHON FL 33050

CREDITOR ID: 255405-12
MARATHON GARBAGE SERVICE
ATTN MEGAN EMMI, OFF MGR
4290 OVERSEAS HWY
MARATHON, FL 33050

CREDITOR ID: 255972-12
MEDIA GENERAL ALABAMA
PO BOX 25818
RICHMOND, VA 23260-5818

CREDITOR ID: 452215-97
MEDIA GENERAL FLORIDA PUBLISH GRP
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 85000
RICHMOND VA 23285-5000

CREDITOR ID: 452213-97
MEDIA GENERAL NC COMM NEWSPAPERS
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 27283
RICHMOND VA 23261-7283

CREDITOR ID: 255975-12
MEDIA GENERAL NC COMMUNITY NEWS
ATTN KAREN ORMAND, CREDIT MGR
PO BOX 188
HICKORY NC 28603

CREDITOR ID: 452212-97
MEDIA GENERAL OPERATION INC DBA
MORNING NEWS
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 25967
RICHMOND VA 23260-5697

CREDITOR ID: 405160-95
MEDIA GENERAL OPERATIONS INC DBA
ATTN SANDY HUTCHESON
PO BOX 280
DOTHAN AL 36302

CREDITOR ID: 452216-97
MEDIAN GENERAL OPERATIONS INC DBA
MEDIA GENERAL ALABAMA
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 25818
RICHMOND VA 23260-5818

CREDITOR ID: 256672-12
MORNING NEWS
ATTN JOHN MCELWEE, CONTROLLER
PO BOX 100528
FLORENCE SC 29501

CREDITOR ID: 452211-97
MOSBY PACKING CO, INC
C/O THOMAS L WEBB LAW OFFICE
ATTN: THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302

CREDITOR ID: 256690-12
MOSBY PACKING CO, INC
ATTN: JOE M MOSBY JR, PRES
PO BOX 4253, W STATION
MERIDIAN, MS 39305

CREDITOR ID: 262861-12
NEWS & ADVANCE, THE
ATTN: CYNTHIA SMITH
PO BOX 25096
RICHMOND, VA 23260-5096

CREDITOR ID: 259622-12
RICHMOND TIMES DISPATCH
ATTN CYNTHIA G SMITH, CR MGR
PO BOX 27775
RICHMOND, VA 23261-7775

CREDITOR ID: 262262-12
SUPERIOR WASH
ATTN: EHREN WALLHOFF
320 S FLAMINGO ROAD, PMB 116
PEMBROKE PINES, FL 33027

CREDITOR ID: 382816-51
TAMPA TRIBUNE, THE - CIR
ATTN CHARLES WILSON
202 S PARKER STREET
TAMPA, FL 33606

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

CREDITOR ID: 255973-12
TAMPA TRIBUNE, THE DBA
MEDIA GENERAL FLORIDA PUBLISH GROUP
202 S PARKER STREET
TAMPA FL 33606


            **Total:   31**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                         **Case No.: 05-03817-3F1**
                                                                  **Docket No.: 8241**

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BT MARIETTA, LLC                              DELLACAMERA CAPITAL MASTER FUND LTD
Name of Transferor                            Name of Transferee

BT MARIETTA, LLC                              DELLACAMERA CAPITAL MASTER FUND LTD
C/O BET INVESTMENTS, MANAGING AGENT           C/O DELLACAMERA CAPITAL MGMT LLC
2600 PHILMONT AVENUE                          ATTN JEFFREY KAPLAN
HUNTINGDON VALLEY, PA  19006                   237 PARK AVE SUITE 900
                                              NEW YORK NY  10017
Phone:
Account No.: 1148                             Phone:
                                              Account No.: 452148

BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 SOUTH BROAD STREET
PHILADELPHIA PA  19102

Phone:  215 568 6060
Account No.: 397706

BT MARIETTA LLC
ATTN: MICHAEL MARKMAN, PRES
2600 PHILMONT AVENUE
HUNTINGTON VALLEY PA  19006

Phone:
Account No.: 452217

Claim No.: 1536                               Full Transfer: ☒            Partial Transfer:
Date Claim Filed: 05/13/2005                  Amount: $224,283.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

Docket No.: **8121**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF DEERFIELD BEACH, FL                                          ASM CAPITAL LP

Name of Transferor                                                   Name of Transferee

CITY OF DEERFIELD BEACH, FL                                          ASM CAPITAL LP
ATTN ANDREW S MAURODIS, ESQ                                          ATTN ADAM MOSKOWITZ
150 NE 2ND AVENUE                                                    7600 JERICHO TPK STE 302
DEERFIELD BEACH, FL 33441                                            WOODBURY NY 11797


Phone: 954 480 6265                                                  Phone: 5162246040
Account No.: 384053                                                  Account No.: 399729

CITY OF DEERFIELD BEACH FL
ATTN: SALLY SIEGEL, FIN DIR
150 NE 2ND AVENUE
DEERFIELD BEACH FL 33441


Phone: 954-480-4227
Account No.: 452209

Claim No.: 423                                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/04/2005                                Transfer Amount: $10,946.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/14/2006                                            /s/ Logan & Company, Inc.

                                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

         Docket No.: 8138

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CKS PACKAGING INC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CKS PACKAGING INC | ASM CAPITAL LP |
| ATTN MALCOLM MC CARN, ESQ | ATTN ADAM MOSKOWITZ |
| PO BOX 44386 | 7600 JERICHO TPK STE 302 |
| ATLANTA, GA 30336-4386 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: 404 691 8900 | Phone: 5162246040 |
| Account No.: 246295 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 3652 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 06/06/2005 | Transfer Amount: $11,502.41 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006          /s/ Logan & Company, Inc.

         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DANVILLE REGISTER & BEE

Name of Transferor

ASM CAPITAL LP

Name of Transferee

DANVILLE REGISTER & BEE
ATTN: CYNTHIA SMITH, CREDIT MGR
PO BOX 25908
RICHMOND, VA 23260-5908

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 804-649-6000
Account No.: 247589

Phone: 5162246040
Account No.: 399729

Claim No.: 36231
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $9,257.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

                                                      Docket No.: 8123

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GENE HYDE LOGISTICS INC                               ASM CAPITAL LP
_____                             _____
Name of Transferor                                    Name of Transferee

GENE HYDE LOGISTICS INC                               ASM CAPITAL LP
ATTN: JUNE HARGRAVES, VP                              ATTN ADAM MOSKOWITZ
PO BOX 3797                                            7600 JERICHO TPK STE 302
LAKELAND, FL 33802                                     WOODBURY NY 11797


Phone: 863-683-1525                                   Phone: 5162246040
Account No.: 250378                                   Account No.: 399729



Claim No.: 32681                                      Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                          Transfer Amount: $4,033.18

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/14/2006                                      /s/ Logan & Company, Inc.
                                                      _____
                                                      Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **8131**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HAMPTON INN WOODRUFF

Name of Transferor

HAMPTON INN WOODRUFF
ATTN: J. S. DAVIS
15 PARK WOODRUFF DRIVE
GREENVILLE, SC 29607

Phone: 864-213-8200
Account No.: 251210

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 36384
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $5,984.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8125**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HIMMEL NUTRITION

Name of Transferor

HIMMEL NUTRITION
ATTN: DEBRA HEIM, CFO
PO BOX 845449
BOSTON, MA 02284-5449

Phone: 561-586-0070
Account No.: 251649

HIMMEL NUTRITION, INC
ATTN DEBRA CARDILLO, CFO
1926 10TH AVENUE NORTH, SUITE 303
LAKE WORTH FL 33461

Phone: 561 586 0009
Account No.: 410370

ASM CAPITAL II, LP

Name of Transferee

ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

Phone: 516 224 6040
Account No.: 452136

Claim No.: 7320

Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $47,180.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**   Case No.: **05-03817-3F1**

Docket No.: **8124**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARATHON GARBAGE SERVICE

Name of Transferor

MARATHON GARBAGE SERVICE
ATTN MEGAN EMMI, OFF MGR
4290 OVERSEAS HWY
MARATHON, FL 33050


Phone: 305 743 5165

Account No.: 255405

MARATHON GARBAGE SERVICE
ATTN: MICHELLE BARTH
4290 OVERSEAS HAY
MARATHON FL 33050


Phone: 305-743-5165

Account No.: 452210

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 5162246040

Account No.: 399729

Claim No.: 2136                                   Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/19/2005                      Transfer Amount: $3,038.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 8149

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEDIA GENERAL NC COMMUNITY NEWS

Name of Transferor

MEDIA GENERAL NC COMMUNITY NEWS
ATTN KAREN ORMAND, CREDIT MGR
PO BOX 188
HICKORY NC 28603

Phone: 828 322 4510

Account No.: 255975

MEDIA GENERAL NC COMM NEWSPAPERS
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 27283
RICHMOND VA 23261-7283

Phone: 804-649-6743

Account No.: 452213

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040

Account No.: 399729

Claim No.: 4879  Full Transfer: (X)  Partial Transfer:

Date Claim Filed: 06/27/2005  Transfer Amount: $31,982.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006  /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                    **Case No.: 05-03817-3F1**
                                                          **Docket No.: 8182**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEDIA GENERAL ALABAMA                         ASM CAPITAL LP
Name of Transferor                            Name of Transferee

MEDIA GENERAL ALABAMA                         ACM CAPITAL LP
PO BOX 25818                                  ATTN ADAM MOSKOWITZ
RICHMOND, VA  23260-5818                       7600 JERICH TPK STE 302
                                              WOODBURY NY  11797
Phone: 804-649-9743
Account No.: 255972                           Phone: 516 224 6040
                                              Account No.: 399729

MEDIA GENERAL ALABAMA
ATTN SANDY HUTCHESON
PO BOX 280
DOTHAN AL  36302

Phone:  334 712 7903
Account No.: 405160

MEDIA GENERAL OPERATIONS INC DBA
MEDIA GENERAL ALABAMA
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 25818
RICHMOND VA  23260-5818

Phone:  804 649 6000
Account No.: 452216

Claim No.: 2077                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 05/19/2005             Amount: $23,147.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006                         /s/ Logan & Company, Inc.
                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**

**Docket No.: 8180**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MORNING NEWS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MORNING NEWS | ASM CAPITAL LP |
| ATTN JOHN MCELWEE, CONTROLLER | ATTN ADAM MOSKOWITZ |
| PO BOX 100528 | 7600 JERICHO TPK STE 302 |
| FLORENCE SC 29501 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: 843 317 7201 | Phone: 5162246040 |
| Account No.: 256672 | Account No.: 399729 |

MEDIA GENERAL OPERATION INC DBA
MORNING NEWS
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 25967
RICHMOND VA 23260-5697

Phone: 804-649-6743
Account No.: 452212

| | |
|---|---|
| Claim No.: 4457 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 06/23/2005 | Transfer Amount: $25,890.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**                                        Case No.: **05-03817-3F1**

Docket No.: **8139**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MOSBY PACKING CO, INC                                ASM CAPITAL LP

Name of Transferor                                   Name of Transferee

MOSBY PACKING CO, INC                                ASM CAPITAL LP
ATTN: JOE M MOSBY JR, PRES                           ATTN ADAM MOSKOWITZ
PO BOX 4253, W STATION                               7600 JERICHO TPK STE 302
MERIDIAN, MS 39305                                   WOODBURY NY 11797


Phone: 601 485 5615                                  Phone: 5162246040
Account No.: 256690                                  Account No.: 399729

MOSBY PACKING CO, INC
C/O THOMAS L WEBB LAW OFFICE
ATTN: THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302

Phone: 601-483-1200
Account No.: 452211


Claim No.: 3979                                      Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 06/13/2005                         Transfer Amount: $204,026.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 06/14/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8144**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEWS & ADVANCE, THE

Name of Transferor

ASM CAPITAL LP

Name of Transferee

NEWS & ADVANCE, THE
ATTN: CYNTHIA SMITH, CREDIT MGR
PO BOX 25096
RICHMOND, VA 23260-5096

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 804-649-6000

Account No.: 262861

Phone: 5162246040

Account No.: 399729

Claim No.: 36868

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $10,780.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                Case No.: 05-03817-3F1

Docket No.: 8186

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RICHMOND TIMES DISPATCH

Name of Transferor

RICHMOND TIMES DISPATCH
ATTN CYNTHIA G SMITH, CR MGR
PO BOX 27775
RICHMOND, VA 23261-7775

Phone: 804 649 6743
Account No.: 259622

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 6887

Date Claim Filed: 07/19/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $191,626.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: **05-03817-3F1**

                                                          Docket No.: **8122**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUPERIOR WASH                                  ASM CAPITAL LP
_____                            _____
Name of Transferor                             Name of Transferee

SUPERIOR WASH                                  ASM CAPITAL LP
ATTN: EHREN WALLHOFF                           ATTN ADAM MOSKOWITZ
320 S FLAMINGO ROAD, PMB 116                   7600 JERICHO TPK STE 302
PEMBROKE PINES, FL 33027                        WOODBURY NY 11797

Phone: 877-794-9274                            Phone: 5162246040
Account No.: 262262                            Account No.: 399729

Claim No.: 32963                               Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $6,850.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006                               /s/ Logan & Company, Inc.
                                               _____
                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**        **Case No.: 05-03817-3F1**

       **Docket No.: 8148**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TAMPA TRIBUNE, THE - CIR            ASM CAPITAL LP

Name of Transferor            Name of Transferee

| | |
|---|---|
| TAMPA TRIBUNE, THE - CIR | ASM CAPITAL LP |
| ATTN CHARLES WILSON | ATTN ADAM MOSKOWITZ |
| 202 S PARKER STREET | 7600 JERICHO TPK STE 302 |
| TAMPA, FL 33606 | WOODBURY NY 11797 |

Phone: 813 259 7625            Phone: 5162246040

Account No.: 382816            Account No.: 399729

MEDIA GENERAL FLORIDA PUBLISH GRP
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 85000
RICHMOND VA 23285-5000

Phone: 804-649-6743

Account No.: 452215

Claim No.: 2952            Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 05/26/2005            Transfer Amount: $15,806.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006            /s/ Logan & Company, Inc.

           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 8148

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TAMPA TRIBUNE, THE DBA | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| | |
| TAMPA TRIBUNE, THE DBA | ASM CAPITAL LP |
| MEDIA GENERAL FLORIDA PUBLISH GROUP | ATTN ADAM MOSKOWITZ |
| 202 S PARKER STREET | 7600 JERICHO TPK STE 302 |
| TAMPA FL 33606 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: 813 259 7736 | Phone: 5162246040 |
| Account No.: 255973 | Account No.: 399729 |

MEDIA GENERAL FLORIDA PUBLISH GRP
ATTN: CYNTHIA G SMITH, CR MGR
PO BOX 85000
RICHMOND VA 23285-5000

Phone: 804-649-6743
Account No.: 452215

| | |
|---|---|
| Claim No.: 2953 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/26/2005 | Transfer Amount: $63,090.30 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/14/2006                    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 14, 2006.