# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about June 15, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 16, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 452223-97
CATELLI BROTHERS INC
ATTN: ANTHONY CATELLI, PRES
50 FERRY AVENUE
COLLINGSWOOD NJ 08103

CREDITOR ID: 410860-15
CATELLI BROTHERS, INC
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 410981-15
DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

CREDITOR ID: 248607-12
DYNAMIC SCAN INC
ATTN: JONATHAN LANIGAN, PRES
PO BOX 22544
WEST PALM BEACH, FL 33416

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 452222-97
HAY, MARY
1595 NORTH CENTRAL EXPRESSWAY
RICHARDSON TX 75080

CREDITOR ID: 399372-15
HAY, MARY
C/O KONDOS & KONDOS LAW OFFICES
ATTN K H CRANE OR A K AVANT, ESQS
1595 NORTH CENTRAL EXPRESSWAY
RICHARDSON TX 75080-3590

CREDITOR ID: 452221-97
KOVALCHUK, OKSANA
136 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 392144-55
KOVALCHUK, OKSANA
C/O COKER, MYERS, SCHICKEL ET AL
ATTN T GUESS OR C SORENSON, ESQS
136 E BAY STREET
JACKSONVILLE FL 32201

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 410396-15
MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 408375-15
PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 390613-55
SOUFFRONT, RUTH
C/O W JAMES KELLY, PA
ATTN TIMOTHY O COYLE, ESQ
PO BOX 2480
LAKELAND FL 33806-2480

CREDITOR ID: 384375-47
SUN & FUN SALES
PO BOX 21574
WEST PALM BEACH, FL 33415

CREDITOR ID: 452220-97
SUN & FUN SALES
ATTN: JONATHAN LANIGAN, PRES
1239 OLYMPIC CIRCLE
W PALM BEACH FL 33413

CREDITOR ID: 452220-97
SUN & FUN SALES
ATTN: JONATHAN LANIGAN, PRES
1239 OLYMPIC CIRCLE
W PALM BEACH FL 33413

CREDITOR ID: 262162-12
SUN & FUN SALES INC
PO BOX 21574
WEST PALM BEACH, FL 33416

CREDITOR ID: 263601-12
TRUJILLO & SONS INC
ATTN: LUCAS TRUJILLO, PRES
1100 NW 23 STREET
MIAMI, FL 33127

CREDITOR ID: 264159-12
VIGO IMPORTING CO INC
ATTN: SAM F CICCSRELLS, GM
PO BOX 15584
TAMPA, FL 33684-5584

**Total:   21**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8351 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CATELLI BROTHERS, INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| CATELLI BROTHERS, INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| C/O STRADLEY RONON STEVENS, ET AL | C/O MERIDIAN CORPORATE SERVICES LTD |
| ATTN MARK J DORVAL, ESQ | 73 FRONT STREET |
| 2600 ONE COMMERCE SQUARE | PO BOX HM 528 |
| PHILADELPHIA PA 19103 | HAMILTON  HM 12 BERMUDA |
| | |
| Phone: 215 564 8109 | Phone: |
| Account No.: 410860 | Account No.: 452126 |
| | |
| CATELLI BROTHERS INC | |
| ATTN: ANTHONY CATELLI, PRES | |
| 50 FERRY AVENUE | |
| COLLINGSWOOD NJ 08103 | |
| | |
| Phone: | |
| Account No.: 452223 | |

| | |
|---|---|
| Claim No.: 9942 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Transfer Amount: $63,217.33 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8309**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DPJ LIMITED PARTNERSHIP    ID: 410981 | LCH OPPORTUNITIES LLC    ID: 452118 |
| Name of Transferor | Current Transferee |

DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 978 683 2479

Phone: 212 460 1966

PROTECTIVE LIFE INSURANCE COMPANY    ID: 417072

Prior Transferee

PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone: 904 353 2000

Claim No.: 10260

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 07/28/2005

Amount: $339,536.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DPJ LIMITED PARTNERSHIP    ID: 410981

Name of Transferor

DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

Phone: 978 683 2479

LCH OPPORTUNITIES LLC    ID: 452118

Current Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966

PROTECTIVE LIFE INSURANCE COMPANY    ID: 417072

Prior Transferee

PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone: 904 353 2000

Claim No.: 10263

Date Claim Filed: 07/28/2005

Full Transfer: (X)        Partial Transfer:

Amount: $339,536.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8305

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DYNAMIC SCAN INC

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

DYNAMIC SCAN INC
ATTN: JONATHAN LANIGAN, PRES
PO BOX 22544
WEST PALM BEACH, FL 33416

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 561 716 8429
Account No.: 248607

Phone: 212 460 1966
Account No.: 452118

Claim No.: 33579
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $25,296.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8306

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DYNAMIC SCAN INC

Name of Transferor

DYNAMIC SCAN INC
ATTN: JONATHAN LANIGAN, PRES
PO BOX 22544
WEST PALM BEACH, FL 33416

Phone: 561 716 8429
Account No.: 248607

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 30683

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $53,666.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8308

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HAY, MARY
_____
Name of Transferor

LCH OPPORTUNITIES LLC
_____
Name of Transferee

HAY, MARY
C/O KONDOS & KONDOS LAW OFFICES
ATTN K H CRANE OR A K AVANT, ESQS
1595 NORTH CENTRAL EXPRESSWAY
RICHARDSON TX 75080-3590

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 972 231 9924
Account No.: 399372

Phone: 212 460 1966
Account No.: 452118

HAY, MARY
1595 NORTH CENTRAL EXPRESSWAY
RICHARDSON TX 75080

Phone: 972 231 9924
Account No.: 452222

Claim No.: 2205
Date Claim Filed: 05/16/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $45,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8307

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KOVALCHUK, OKSANA

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

KOVALCHUK, OKSANA
C/O COKER, MYERS, SCHICKEL ET AL
ATTN T GUESS OR C SORENSON, ESQS
136 E BAY STREET
JACKSONVILLE FL 32201

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 904 356 6071
Account No.: 392144

Phone: 212 460 1966
Account No.: 452118

KOVALCHUK, OKSANA
136 EAST BAY STREET
JACKSONVILLE FL 32202

Phone: 904 356 6071
Account No.: 452221

Claim No.: 3000
Date Claim Filed: 05/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $90,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8313

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MUSEUM ASSOCIATES

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 704 377 2536
Account No.: 410396

Phone: 212 460 1966
Account No.: 452118

Claim No.: 7404
Date Claim Filed: 07/21/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $40,309.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **8314**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MUSEUM ASSOCIATES

Name of Transferor

MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410396

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 7405
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $40,309.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8315

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MUSEUM ASSOCIATES

Name of Transferor

MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410396

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12083
Date Claim Filed: 10/18/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $293,214.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| :---: |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8316

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MUSEUM ASSOCIATES

Name of Transferor

MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410396

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 12084
Date Claim Filed: 10/18/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $293,214.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8311

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FE INSURANCE CO

LCH OPPORTUNITIES LLC
Name of Transferee

NCE CO
LP
., ESQ

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $504,132.93

(a) Transferee hereby gives notice pursuant to Rule

in this notice.

, or both. 18 U.S.C. §§ 152 & 3571.

rity has been filed in the clerk's office

ling of this notice. If no objection

ourt.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8312

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PROTECTIVE LIFE INSURANCE CO

Name of Transferor

PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone: 904 798 7342
Account No.: 408375

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Claim No.: 8604
Date Claim Filed: 07/28/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $504,132.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUFFRONT, RUTH

Name of Transferor

SOUFFRONT, RUTH
C/O W JAMES KELLY, PA
ATTN TIMOTHY O COYLE, ESQ
PO BOX 2480
LAKELAND FL 33806-2480

Phone: 863 688 2405
Account No.: 390613

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12 BERMUDA

Phone:
Account No.: 452126

Claim No.: 1557
Date Claim Filed: 05/16/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $30,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8304

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUN & FUN SALES INC
Name of Transferor

SUN & FUN SALES INC
PO BOX 21574
WEST PALM BEACH, FL 33416

Phone:
Account No.: 262162

SUN & FUN SALES
ATTN: JONATHAN LANIGAN, PRES
1239 OLYMPIC CIRCLE
W PALM BEACH FL 33413

Phone: 561 716 8429
Account No.: 452220

Claim No.: 31646
Date Claim Filed: 04/07/2005

LCH OPPORTUNITIES LLC
Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $21,814.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8304

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUN & FUN SALES

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

SUN & FUN SALES
PO BOX 21574
WEST PALM BEACH, FL 33415

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone:
Account No.: 384375

Phone: 212 460 1966
Account No.: 452118

SUN & FUN SALES
ATTN: JONATHAN LANIGAN, PRES
1239 OLYMPIC CIRCLE
W PALM BEACH FL 33413

Phone: 561 716 8429
Account No.: 452220

Claim No.: 33130
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $3,075.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8318

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TRUJILLO & SONS INC

Name of Transferor

TRUJILLO & SONS INC
ATTN: LUCAS TRUJILLO, PRES
1100 NW 23 STREET
MIAMI, FL 33127


Phone: 305 696 8701
Account No.: 263601

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070


Phone: 201 896 6100
Account No.: 411409

Claim No.: 35481

Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $32,890.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8317

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VIGO IMPORTING CO INC

Name of Transferor

VIGO IMPORTING CO INC
ATTN: SAM F CICCSRELLS, GM
PO BOX 15584
TAMPA, FL 33684-5584

Phone: 813 884 3491
Account No.: 264159

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 411409

Claim No.: 35520
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $24,814.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/15/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 15, 2006.