UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR ADFC, LLC,
NOTICE OF CHANGE OF ADDRESS FOR CREDITOR
AND REQUEST FOR REMOVAL FROM MATRIX**

ADFC, LLC ("ADFC"), gives notice of the withdrawal of Caryl E. Delano of Addison & Delano, P.A., as co-counsel for ADFC, LLC.  Attorney Michael F. Holbein, Georgia Bar No. 360070, of Arnall Golden Gregory LLP, 171 N. W. 17th Street, Suite 2100, Atlanta, GA  30363, Telephone (404) 873-7012, Fax (404) 873-7013, will continue to act as counsel for ADFC.

The undersigned gives notice of a change of address of Creditor, ADFC, LLC. The notification address for creditor ADFC, LLC, should be changed to:

> ADFC, LLC
> c/o Michael F. Holbein, Esq.
> ARNALL GOLDEN GREGORY LLP
> 171 17th Street, NW, Suite 2100
> Atlanta, GA  30363

Further, Caryl E. Delano requests that she and her firm, Addison & Delano, P.A., be terminated as counsel for ADFC, LLC, and be removed from the matrix in the Bankruptcy proceedings in this cause.

> /s/Caryl E. Delano
> Caryl E. Delano
> ADDISON & DELANO, P. A.
> Florida Bar No. 0040721
> P. O. Box 2175
> Tampa, FL  33601-2175
> Phone (813) 223-2000
> Fax (813) 228-6000
> Email:  cdelano@addisondelano.com

and

/s/Michael F. Holbein
Michael F. Holbein
Georgia Bar No. 360070
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
Phone (404) 873-7012
Fax (404) 873-7013
Email: michael.holbein@agg.com

ATTORNEYS FOR ADFC, LLC

## CERTIFICATE OF SERVICE

I certify that on June 19, 2006, the foregoing Notice was filed electronically and served by United States mail upon Michael F. Holbein, Esq., ARNALL GOLDEN GREGORY LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA  30363.

/s/Caryl E. Delano
Caryl E. Delano

s:\clients open\a&d.ced\misc\adfc winn dixie objection.doc