UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OBJECTION TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS

The Court finds that the Objection to Debtors' Twelfth Omnibus Objection to Claims filed by Burton Weston on behalf of L'Oreal USA, Inc., on June 15, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Objection to Debtors' Twelfth Omnibus Objection to Claims filed by Burton Weston on behalf of L'Oreal USA, Inc. on June 15, 2006 is stricken from the record.

DATED June 16, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Burton S. Weston, 111 Great Neck Road - 5th Floor, Great Neck, NY 10022