UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) |
| | ) *Chapter 11* |
| Debtors. | ) |
| | ) Jointly Administered |

### CLAIMANT'S MOTION FOR ORDER TO FILE LATE PROOF OF CLAIM

**COMES NOW**, the Claimant, EVELYNE DUMAY, by and through the undersigned counsel, and files this her Motion for Order to File Late Proof of Claim, and as grounds therefore, would state the following:

1. On November 5, 2005, Plaintiff filed suit against Defendant, WINN DIXIE STORES, INC., a Florida Corporation, in Broward Circuit Court (Broward County Case Number 04-17353 CACE (11))for damages arising out of a slip and fall accident.

2. Subsequent to said filing, Defendant, WINN DIXIE STORES, INC., filed for bankruptcy.

3. On or about May 22, 2006, Plaintiff received Notice of Lack of Prosecution and Notice of Hearing on said matter set for August 3, 2006, before the Honorable Barry E. Goldstein, 17th Judicial Circuit of Broward County, Florida.

4. On or about May 23, 2006, Plaintiff's office spoke with representative of Defendant, Winn-Dixie Stores, Inc., and informed them that we did not receive notice of the Proof of Claim filing request. Defendant stated that the Proof of Claim filing deadline was August of 2005.

5. Defendant stated that they had no record that Plaintiff/Claimant was noticed of said deadline.

6. Based on the above, Claimant, EVELYNE DUMAY, respectfully requests permission to file a late Proof of Claim in this matter, as no notice was given of the deadline for filing such Claim.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. mail to: **James H. Post, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, this __13__ day of June, 2006.

 

**LAW OFFICES OF MICHAEL G. AHEARN, P.A.**
2850 North Andrews Avenue
Wilton Manors, FL 33311
Ph:954-563-1716
Fax: 954-568-2152

By: _____
MICHAEL G. AHEARN, ESQ.
FBN: 120855