6/13/06    Thomas E. Hitchens

I Received a Notice of Claims To Be Disallowed
Claim # 11435 for Case # 0503817-3F1.
Winn Dixie Claims They don't have proper Records
or documentation for the 6 years I worked for
W.D. All management schedules were Entered in the
Stores computer then E-mailed TO District Mgrs
my 3 District Mgrs. Were when I was co-mgr were
Mr. Cote / Mr. Pollock / Mr. Cabo Those schedules are
kept on file at the Pompano office.
I am owed Back pay & past medical issues. The Last
Mgr. I worked for Mike Dekker at store 328
Made my weekly schedule and when I
brought it to his Att. that I am only
getting one day off & Some Times No pay off
His Response was "Well you gotto Do what
you gotto do-what ever it takes, be here or
find Another Job. When I worked for Mgrs.
Mike Sippel at with store & Roy Kirk at Big Pine
Store I was Not treated this way.
Get In touch with Mike Dekker he will Tell
you what I Am telling you. The Store I worked
in Tavernier FL # 328 was Always the
First or Second In Sales In the 141 stores



4 of 4

W.D. HAD in the MIAMI AREA. Help was impossible to find thats why he—MR. DEKKER WINN DIXIE MADE ME WORK all those Hours and Receive only my Reg. PAY, ALSO when you CONTACT MIKE DEKKER ASK Him ABout all the ~~there~~ illegal ALIENS working in the Store under FAlse NAmes & SS Numbers. I Know who & How many Keys IN the Stores I WORKED HARD & long for WINN DXIe I deserve my CLAIM for WAGES.

_Thomas E. Hitchens_

Thomas E. Hitchens
20120 S/W 91 AVE
MIAMI FL 33/81
305 -235 - ~~2466~~
2961

P.S.
I don't belive Further desecration of the already BANKRupt WINN DiXie NAME In the Retail Grocery Pusiness would be a positive Thing, INS has their alert dogs out & sniffing, Along with The Rest of our US Citizens Give me my BACK WAGES.

ATT:
JAMIE LEAMY

*1 OF 4*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors. [1]

)   Case No. 05-03817-3F1
)
)   *Chapter 11*
)
)   Jointly Administered
)

**F I L E D**
JACKSONVILLE, FLORIDA

**JUN 1 6 2006**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-146557-1N-09
HITCHENS, THOMAS E
20120 SW 91ST AVENUE
MIAMI FL 33189

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| Claim No.: 11435<br>Claim Amount: $4,820.00<br>Claim Class Status: PRIORITY | Modified Class Status: UNSECURED NON-PRIORITY<br>Reason for Disallowance and Reclassification:<br>NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS<br>AND INADEQUATE DOCUMENTATION.  ALSO,<br>MISCLASSIFIED CLAIM. |

1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.     **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

3.     If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.     If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is

---

1       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

received on or before **4:00 p.m. Eastern Time on June 19, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

     5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

     6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

     7.      A hearing will be held on **June 29, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

     8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

     9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

     10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By     _/s/ D.J. Baker_
       D.J. Baker
       Sally McDonald Henry
       Rosalie Walker Gray
       Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By     _/s/ James H. Post_
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson
       Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com