# EXHIBIT 2



February 10, 2006

RICHARD M. TANSI
Manager, Sales/Use and Property Tax

*Via Telecopy with Confirmation and*
*Certified mail, Return Receipt*
7100 6921 9020 0007 __1087__

Indianapolis Life Insurance Co.
c/o Isola & Associates Inc.
P.O. Box 941483
Maitland, FL 32791-1483

Re:   Store # 2313

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received a property tax invoice for the above referenced store in the amount of $72,385.87 representing the state or local property taxes. These taxes are usually paid directly by Winn-Dixie Stores Inc. to the applicable taxing authority. A portion of the taxes billed are accrued on or prior to the Petition Date, and the Debtors are not at this time directed by the Bankruptcy Court to pay pre-petition obligations. If the Debtors assume the lease of the referenced property pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

The enclosed check in the amount of $62,073.36 represents the taxes which accrued after the petition. We calculated this amount based on a February payment date. We forward this to you, so that, as the owner of the property, you may ensure that the entire tax bill is paid in a timely manner.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

#0313R Footprint

## County of Volusia

REAL ESTATE 2005 2787058.0000

| PARCEL NUMBER | ALTERNATE KEY | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 813039000040 | 2787058 | 3338,417 | | 3338,417 | 016 |

TRACT D DELTONA LAKES UNIT 39 MB
27 PGS 209 THRU 212 INC PER OR
4183 PG 1361-1363 TRACT D & INC
LOTS 1 THRU 4 INC BLK 1023 DELT
ONA LAKES UNIT 39 MB 27 PGS 209
See Additional Legal on Tax Roll

AIB DELTONA, LTD
C/O THOMAS & ASSOCIATES, PLLC
1980 POST OAK BLVD STE 720
HOUSTON TX 77056-3862

RE-113785

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ADD'L EX. | ADJ. TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| 0057 VOLUSIA FOREVER | .20000 | | | 667.68 |
| 0058 VOLUSIA ECHO | .20000 | | | 667.68 |
| 0015 SCHOOL-I&S | .32400 | | | 1,081.65 |
| 0050 COUNTY | 5.89400 | | | 19,676.63 |
| 0130 DELTONA | 4.15000 | | | 13,854.43 |
| 0060 ST JOHNS RIVER WATER M | .46200 | | | 1,542.35 |
| 0065 FLORIDA INLAND NAVIGAT | .03850 | | | 128.53 |
| 0070 W VOLUSIA HOSPITAL AUT | 1.55000 | | | 5,174.55 |
| 0010 SCHOOL | 7.93500 | | | 26,490.34 |

ENTERED

| TOTAL MILLAGE | 20.75350 | AD VALOREM TAXES | 69,283.84 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| 0163 STORMWATER VACANT PROP | | 238.00 |
| 0162 STORMWATER IMPROVED PR | | 3,595.20 |

Pre-pet $10312.51 (1/1/05 - 2/21/05)
Post pet $62073.36 (2/22/05 - 10/31/05)

*See reverse side for important information

| NON-AD VALOREM ASSESSMENTS | 3,833.20 |

| COMBINED TAXES AND ASSESSMENTS | Nov 30 2005 | Dec 31 2005 | Jan 31 2006 | Feb 28 2006 | Mar 31 2006 |
|---|---|---|---|---|---|
| | 70192.36 | 70923.53 | 71654.70 | 72385.87 | 73117.04 |

## County of Volusia

REAL ESTATE 2005 2787058.0000

| PARCEL NUMBER | ALTERNATE KEY | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 813039000040 | 2787058 | 3338,417 | | 3338,417 | 016 |

| ESCROW | MORTGAGE ACCT. NUMBER |
|---|---|
| | |

TRACT D DELTONA LAKES UNIT 39 MB
27 PGS 209 THRU 212 INC PER OR
4183 PG 1361-1363 TRACT D & INC
LOTS 1 THRU 4 INC BLK 1023 DELT
ONA LAKES UNIT 39 MB 27 PGS 209
See Additional Legal on Tax Roll

AIB DELTONA, LTD
C/O THOMAS & ASSOCIATES, PLLC
1980 POST OAK BLVD STE 720
HOUSTON TX 77056-3862

**DETACH AND RETURN THIS PART WITH PAYMENT**
* PAY IN U.S. FUNDS TO: COUNTY OF VOLUSIA *
YOUR CANCELLED CHECK IS YOUR RECEIPT

| Nov 30 2005 | Dec 31 2005 | Jan 31 2006 | Feb 28 2006 | Mar 31 2006 |
|---|---|---|---|---|
| 70192.36 | 70923.53 | 71654.70 | 72385.87 | 73117.04 |

0000000000 0007311704 00000278705800000 0001 1