# EXHIBIT 3

**Ad Valorem Taxes and Non-Ad Valorem Assessments**

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 813039000040 | Real Estate | 2005 |

| Mailing Address | Physical Address |
|---|---|
| AIB DELTONA, LTD<br>1980 POST OAK BLVD SUITE 720<br>HUSTON TX 77056 | 2880 HOWLAND DEL<br>**Alternate Key**<br>2787058.0000 |

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $3,338,417.00 | $0.00 | $3,338,417.00 |

| Exemption Detail | Millage Rate |
|---|---|
| NO EXEMPTIONS | 016   20.75350 |

**Legal Description**
TRACT D DELTONA LAKES UNIT 39 MB 27 PGS 209 THRU 212 INC PER OR 4183 PG 1361-1363 TRACT D & INC LOTS 1 THRU 4 INC BLK 1023 DELT ONA LAKES UNIT 39 MB 27 PGS 209 THRU 212 PER OR 4183 PG 1361 & O R 4183 PG 1358 & OR 4183 PG 1909

### Tax Districts Detail

| Code | Description | Exemption Amount | Amount |
|---|---|---|---|
| 0057 | VOLUSIA FOREVER | $0.00 | $667.68 |
| 0058 | VOLUSIA ECHO | $0.00 | $667.68 |
| 0015 | SCHOOL-I&S | $0.00 | $1,081.65 |
| 0050 | COUNTY | $0.00 | $19,676.63 |
| 0130 | DELTONA | $0.00 | $13,854.43 |
| 0060 | ST JOHNS RIVER WATER MGMT | $0.00 | $1,542.35 |
| 0065 | FLORIDA INLAND NAVIGATION DIST | $0.00 | $128.53 |
| 0070 | W VOLUSIA HOSPITAL AUTHORITY | $0.00 | $5,174.55 |
| 0010 | SCHOOL | $0.00 | $26,490.34 |
| 0163 | STORMWATER VACANT PROPERTY | $0.00 | $238.00 |
| 0162 | STORMWATER IMPROVED PROPERTY | $0.00 | $3,595.20 |

| | Total Gross | $73,117.04 |
|---|---|---|

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

| Date Paid | Transaction | Receipt | Amount Paid |
|---|---|---|---|
| 03/16/2006 | PAYMENT | 1003586.0001 | $73,117.04 |

| Prior Year Taxes Due |
|---|
| NO DELINQUENT TAXES |