UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
JUN 1 9 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: )
)
WINN-DIXIE STORES, INC., *et al* ) CHAPTER: 11
)
) CASE NO: 05-03817-3F1
Debtors )
) Jointly Administered

## CLAIMANT U.S. SURVEYOR'S OBJECTION
## TO DEBTOR'S TWELFTH OMNIBUS OBJECTION

U.S. Surveyor, by its counsel Todd I. Glass of Fine & Hatfield, A Professional Corporation, in objection to the notice filed by the Debtor of its Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims, and sets forth the following:

1.   On July 28, 2005, US Surveyor (the "Creditor") filed its amended Proof of Claim No. 10147 in this matter.

2.   On or about May 30, 2005, the Debtor caused to be filed its Notice to the Creditor that it was seeking to reduce the Creditor's Claim No. 10147 by $10,586.79 for the following reason: "Reduced amount reflects removal of $10,586.79 for impermissible postpetition finance charges."

3.   The Creditor's claim itemizes in particular detail the support for its claim showing numerous and repeated services rendered to the Debtor in the ordinary course and conduct of business between August 31, 2004 through February 28, 2005, for prepetition surveying services.

4. The itemization attached to the Proof of Claim also in detail itemizes $10,586.79 in *prepetition* finance charges that had accrued prior to the date the Debtor filed its petition in bankruptcy.

5. No amount of the $10,586.79 sought by the Creditor in Claim No. 10147 represents post-petition interest, but the entire sum as clearly itemized the Claim No. 10147 represents prepetition finance charges and interest.

6. All prepetition finance charges were provided for in the contracts and agreements by and between the Debtor and the Creditor, whereby the Debtor is fully liable and responsible for said finance charges and interest.

7. The entire sum of $10,586.79 in prepetition finance charges and interest are rightfully due and payable to the Creditor by the Debtor.

8. The entire sum of $10,586.79 in prepetition finance charges and interest are not precluded by §502(b) of the U.S. Bankruptcy Code, which precludes only postpetition finance charges and interest.

9. The Creditor's claim does not include any post-petition finance charges or interest.

WHEREBY, the Creditor U.S. Surveyor by its counsel respectfully files its response to the Debtor's Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims, and requests the Bankruptcy Court to deny the Debtors' Objection as it relates to Claim No. 10147 and allow the Creditor's itemized claim for prepetition finance charges and interest totaling $10,586.79 in

addition to its remaining claim of $291,829.50.

_____
Todd I. Glass – Indiana Bar Code #13982-18

Todd I. Glass   Indiana Bar Code #13982-18
A member of the law firm of:
Fine & Hatfield, A Professional Corporation
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779
Telephone: (812) 425-3592

Attorneys for the US Surveyor

### CERTIFICATE OF SERVICE

This is to certify that on 16th day of June, 2006, the undersigned served a true and accurate copy of the foregoing personally or by mail upon the following:

D. Jan Baker
Rosalie Walker Gray
Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

_____
Todd I. Glass – Indiana Bar Code #13982-18

LAW OFFICES OF

# FINE & HATFIELD
A PROFESSIONAL CORPORATION

520 N. W. SECOND STREET
P. O. BOX 779
EVANSVILLE, INDIANA 47705-0779
TELEPHONE (812) 425-3592
FAX (812) 421-4269

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT

**JUN 19 2006**

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Email: tig@fine-hatfield.com

June 16, 2006

United States Bankruptcy Court Clerk            *Via:*    *Federal Express*
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202
Tel: (904) 301-6490

Re:    Winn Dixie Stores, Inc. Bankruptcy
       U.S. Bankruptcy Court – Middle District of Florida
       Case Number: 05-03817-3FI

Ladies and Gentlemen:

Our firm represents US Surveyor, Inc. Please find enclosed herewith an original plus one (1) copy of the Response To Objection for our client. Upon receipt of our client's Response To Objection, please forward one file-marked copy of Response back to our office in the enclosed, self-addressed and postage prepaid envelope.

Should you have any questions or comments, of if we may be of any further assistance, please do not hesitate to contact the office.

Very truly yours,

FINE & HATFIELD
A PROFESSIONAL CORPORATION

By: *[signature]*

Todd I. Glass
TIG/rsk

Enclosures

cc:  U.S. Surveyor
     Skadden, Arps, Slate, Meagher & Flom LLP

Q:\5\-58\5845\12\Correspondence\Clerk of the Court 06-16-06.doc