June 16, 2006

# HelmsRoark

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
JUN 19 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re:   Creditor ID: WDX-410555-1L-07
      Ford's Crossing
      c/o Helms Roark, Inc., Agent
      Attn: Elizabeth Dean, VP
      P.O. Box 1149
      Montgomery, AL 36101-1149

      Claim No.: 10824

Dear Sirs:

In response to the NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS, we object to the reduction in our claim of $5,337.91 for the following reason:

> Payment made by Check Number 007233121, on 5/20/04 in the amount of $2,701.98 was for 2003 Real Estate Taxes. Our claim is for 2004 Taxes which should have been paid in 2005 in the amount of $2,701.98. These taxes have not been paid.

We respectfully request that the Court disallow Winn-Dixie Stores, Inc.'s request to reduce this claim. Please let us know if you need additional information to support this claim.

Sincerely,

Randy Roark

Cc:   Skadden, Arps, Slate, Meagher & Flom LLP
      Attn: D. J. Baker
      Four Times Square
      New York, New York 10036

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
121 Coosa Street, Suite 3
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**F I L E D**
JACKSONVILLE, FLORIDA

**JUN 1 9 2006**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors.[1] ) Jointly Administered
)

## NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-410555-1L-15
FORD'S CROSSING
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY AL 36104-1149

| CLAIM(S) TO BE REDUCED ||
|---|---|
| Claim No.: 10824<br>Claim Amount: $5,337.91 | Reduced Claim Amount: $2,635.93<br>Reason for Reduction:<br>REDUCED AMOUNT REFLECTS PAYMENT OF $2,701.98 ON 5/20/04 FOR 2003 REAL ESTATE TAXES BY CHECK NUMBER 007233121. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A
To Proof of Claim
Debtor:     Winn-Dixie Stores, Inc.
Creditor:   Ford's Crossing Partners

Pursuant to the Lease (the "Lease") dated December 29, 1983 between Winn-Dixie Montgomery, Inc., as Tenant, and Creditor, Tuskegee Partners, Ltd., subsequently assigned to Ford's Crossing Partners, as Landlord, a copy of which is attached as Exhibit B to this Proof of Claim, Tenant leased its Store Number 459 located in Tuskegee, Alabama. Pursuant to the Corporate Guaranty of Lease Obligations dated December 29, 1983, a copy of which is attached to this Proof of Claim as Exhibit C, Debtor guaranteed the obligations of Winn-Dixie Montgomery, Inc. under the Lease.

As part of Additional Rent, the Lease requires Debtor to reimburse Landlord for it's prorata share of the amount of any increase in ad valorem taxes in excess of $12,035.96; and, it's prorata share of insurance over the base year amount of $7,403.90. Debtor owes Landlord $2,701.98 for 2004 taxes; $1,280.91 for 2003 insurance, and $1,355.02 for 2004 insurance. Therefore, Debtor, as guarantor of the obligations of Winn-Dixie Montgomery, Inc. under the Lease, owes Creditor the sum of $5,337.91. See attached Exhibit D for a detailed statement of the amount due.

Creditor reserves its right to amend this Proof of Claim to include its damages for any other amounts owing by Debtor for which Creditor is entitled to file a proof of claim.

Helms-Roark, Inc.
P. O. Box 1149
Montgomery, AL 36101-1149

**Statement**

103-12B-FO
Winn-Dixie #
Tuskegee, AL  36083

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 03/20/2004 | INS 2003 | 1,280.91 | |
| 03/25/2005 | insurance 2004 | 1,355.02 | |
| 03/25/2005 | taxes 2004 | 2,701.98 | |
| | PREVIOUS MONTH ENDING BALANCE | | 5,337.91 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

**Total Amount Due:**  $ 5,337.91

Comments:

---

Winn Dixie Real Estate Dept.
P.O. Box 43425
5400 Fulton Industrial Blvd.
Atlanta, GA  30336

Statement Date: 07/26/2005

Total Due:  $ 5,337.91

*Please Return This Coupon With Your Payment*

Helms-Roark, Inc.
P. O. Box 1149
Montgomery, AL 36101-1149

Date  : 07/26/2005

Unit  : 103-12B-FO

Amount Due  : $ 5,337.91

Bill to:
Winn Dixie Real Estate Dept.
P.O. Box 43425
5400 Fulton Industrial Blvd.
Atlanta, GA  30336

Send Remittance to :
Helms-Roark, Inc.
P. O. Box 1149
Montgomery, AL 36101-1149

# HelmsRoark

February 1, 2005

Winn-Dixie Real Estate Dept.
P. O. Box 43425
Atlanta, GA 30336
RE:   2004 ANCILLARY CHARGES
      FORD'S CROSSING SHOPPING CENTER

## INVOICE

COMMON AREA MAINTENANCE

| | | | |
|---|---|---|---|
| Tenant C.A.M. Expenses: | | | |
| Tenant Square Footage: | 25,600 | | |
| Total GLA Square Footage: | 100,042 | | |
| Tenant Prorata Share Percentage: | 25.59% | | |
| Prorata CAM Charges: | | | |
| 15% Administrative Fee: | .00 | | |
| Total Tenant CAM Charge: | | | |
| Less Monthly Tenant Contributions: | | | |
| **Total CAM Charge:** | | | .00 |

INSURANCE:

| | | | |
|---|---|---|---|
| Total Insurance:   10 MOS | $12,699.00 | | |
| Tenant Square Footage: | 25,600 | | |
| Total G.L.A. Square Footage: | 55,290 | 10 MO-Base yr  7,403.90 | |
| Prorata Share %: | 25.59% | | |
| Prorata Insurance: | | 1,355.02 | |
| Less Monthly Tenant Contributions: | | .00 | |
| Total Insurance Charge | | | 1,355.02 |

PROPERTY TAXES:

| | | | |
|---|---|---|---|
| Total Property Taxes: | $17,871.78 | | |
| Tenant Square Footage: | 25,600 | Base Yr taxes 12,035.96 | |
| Total G.L.A. Square Footage: | 55,290 | | |
| Prorata Share %: | 46.3% | | |
| Prorata Taxes | | 2,701.98 | |
| Less Monthly Tenant Contributions: | | .00 | |
| **Total Tax Charge:** | | | 2,701.98 |

**TOTAL DUE FROM TENANT:**                                              **$ 4057.00**

PLEASE SUBMIT PAYMENT TO:   Fords Crossing SC
                            % Helms-Roark, Inc.
                            P.O. Box 1149
                            Montgomery, AL
                            36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

103-12

# HelmsRoark
ACCREDITED MANAGEMENT ORGANIZATION®

March 20, 2004

Winn-Dixie Real Estate Dept.
P. O. Box 43425
Atlanta, GA 30336
Attn: Telsa Tinsley

RE:  2003 ANCILLARY CHARGES
     FORD'S CROSSING SHOPPING CENTER
                    INVOICE

COMMON AREA MAINTENANCE

| | | | |
|---|---|---|---|
| Tenant C.A.M. Expenses: | $15123.10 | | |
| Tenant Square Footage: | 25,600 | | |
| Total GLA Square Footage: | 100,042 | | |
| Tenant Prorata Share Percentage: | 25.59% | | |
| Prorata CAM Charges: | | 2,559.96 | |
| 15% Administrative Fee: | | .00 | |
| Total Tenant CAM Charge: | | | 2,559.96 |
| Less Monthly Tenant Contributions: | | | 2,559.96 |
| **Total CAM Charge:** | | | .00 |

INSURANCE:

| | | | |
|---|---|---|---|
| Total Insurance: | $14,077.02 | | |
| Tenant Square Footage: | 25,600 | | |
| Total G.L.A. Square Footage: | 55,290 | Base yr | |
| | | 8,884.62 | |
| Prorata Share %: | 25.59% | | |
| Prorata Insurance: | | 2609.65 | |
| Less Monthly Tenant Contributions: | | .00 | |
| Total Insurance Charge | | | 2,609.65 |

PROPERTY TAXES:

| | | | |
|---|---|---|---|
| Total Property Taxes: | $17,871.78 | | |
| Tenant Square Footage: | 25,600 | Base Yr taxes | |
| | | 12,035.96 | |
| Total G.L.A. Square Footage: | 55,290 | | |
| Prorata Share %: | 46.3% | | |
| Prorata Taxes | | 2,701.98 | |
| Less Monthly Tenant Contributions: | | .00 | |
| Total Tax Charge: | | | 2,701.98 |

**TOTAL DUE FROM TENANT:**                                                    $ 5,311.63

PLEASE SUBMIT PAYMENT TO:    Fords Crossing SC
                             % Helms-Roark, Inc.
                             P.O. Box 1149
                             Montgomery, AL
                             36101-1149



Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1151
FAX (334) 264-6681