June 16, 2006

# HelmsRoark

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT
JUN 19 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re:   Creditor ID: WDX-1700-1L-07
      Pell City Marketplace Partners
      c/o Helms Roark, Inc., Agent
      P.O. Box 1149
      Montgomery, AL 36101-1149

      Claim No.: 10828

Dear Sirs:

In response to the NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS, we object to the reduction in our claim of $24,494.72 for the following reasons:

1. This store is still in operation and all prepetition amounts are due and payable.

2. Supporting documentation has been presented to Winn Dixie and they have not requested any additional information. Such documentation will be furnished again upon request.

3. All of the charges filed in the claim are correct and due and payable.

We respectfully request that the Court disallow Winn-Dixie Stores, Inc.'s request to reduce this claim. Please let us know if you need additional information to support this claim.

Sincerely,

Randy Roark

Cc:   Skadden, Arps, Slate, Meagher & Flom LLP
      Attn: D. J. Baker
      Four Times Square
      New York, New York 10036

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
121 Coosa Street, Suite 3
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JUN 19 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  
WINN-DIXIE STORES, INC., et al.,  

Debtors.[1]

) Case No. 05-03817-3F1  
)  
) Chapter 11  
)  
) Jointly Administered  
)  

### NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-1700-1L-07  
PELL CITY MARKETPLACE PARTNERS  
C/O HELMS ROARK INC, AGENT  
ATTN ELIZABETH DEAN, VP  
PO BOX 1149  
MONTGOMERY, AL 36101-1149  

| CLAIM(S) TO BE REDUCED ||
|---|---|
| Claim No.: 10828<br>Claim Amount: $24,494.72 | Reduced Claim Amount: $2,995.40<br>Reason for Reduction:<br>REDUCED AMOUNT REFLECTS PREPETITION 2005 REAL ESTATE TAXES OF $1,800.93 AND 2004 COMMON AREA MAINTENANCE CHARGES OF $1,194.47. REMAINING ASSERTED AMOUNTS LACK ADEQUATE SUPPORTING DOCUMENTATION. |

1.  PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.  **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.  If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., D Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Ir Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food f Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Win Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, In Dixie Supermarkets, Inc.

REDUCED, if you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 19, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **June 29, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

/s/ D.J. Baker
D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
es Square
New York 10036
000
50 (facsimile)
den.com

SMITH HULSEY & BUSEY

By   /s/ James H. Post
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com