**TANNING RESEARCH LABORATORIES, INC.**
*P.O. Box 265111*
*Daytona Beach, Florida 32126-5111*
*(386) 677-9559*

*William F. Jennings, CPA*
*Executive Vice President & CFO*

*1190 U.S. Highway 1 - Tomoka Estates*
*Ormond Beach, Florida 32174*
*E-Mail: bill.jennings@htropic.com*
*FAX: (386) 615-8426*

June 15, 2006

VIA FEDERAL EXPRESS

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT
JUN 19 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Clerk of the Court
United States Bankruptcy Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville FL  32202

Re:  **Winn-Dixie Stores, Inc., et al., Debtors**
     Case No. 05-03817-3F1 – Chapter 11

Dear Clerk of the Court:

In connection with the above-referenced case, please find enclosed for filing:

1. Response of Creditor, Tanning Research Laboratories, Inc. (Creditor-Hawaiian Tropic-ID WDX-384158-1L-47). to Debtors Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims, and

2. Tanning Research Laboratories, Inc.'s (Creditor-Hawaiian Tropic-ID WDX-384158-1L-47). Notice of Opposition to Debtors Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims.

Very truly yours,

William F. Jennings
Executive Vice President & CFO

Enclosure

cc:   J.D. Baker, Esq. (w/enclosures)
      Skadden, Arps, Slate, et al.

F I L E D
JACKSONVILLE, FLORIDA

JUN 1 9 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF OPPOSITION TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-384158-1L-47
HAWAIIAN TROPIC
P. O. Box 116132
Atlanta, GA 30368613

Additional Notice Party ID: 407581-1L
TANNING RESEARCH LABORATORIES, INC.
ATTN TIM GREER, DIRECTOR OF FINANCE
1051 N. 16th STREET, SUITE D
MURRAY, KY 42071

### OPPOSITION TO CLAIMS TO BE REDUCED:

| Claim No.: 4413 | Reduced Claim Amount: $146,126.36 |
|---|---|
| Claim Amount: $214,634.54 | Reason for Opposition to Reduction: REDUCED AMOUNT REFLECTED INACCURATE ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCES OF $2,898.46 AND $50,251.03, RESPECTIVELY. ALSO, REMOVAL OF $15,358.69 FOR CHARGE BACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES WAS INACCURATE. |

1. PLEASE TAKE NOTICE that Hawaiian Tropic (Tanning Research Laboratories, Inc.) filed its Opposition to the 12th Omnibus Objection to (a) Overstated Claims, (b) Overstated Misclassified Claims, and (c) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Opposition to the Objection requests that the Bankruptcy Court not reduce one or more of the claims listed under CLAIMS TO BE REDUCED for the reason that the reductions are inaccurate and inappropriate.

1

3.  Please accept this written response to satisfy the need to file a written response to the Objection and set the matter for a hearing as appropriate.

DATED this 15TH day of June, 2006.

                        TANNING RESEARCH LABORATORIES, INC.
                        (Creditor-Hawaiian Tropic)

By: _____
        William F. Jennings, Executive VP & CFO
        1190 N. U.S. Highway 1
        Ormond Beach, FL 32174
        Telephone 386-677-9559
        Facsimile 386-615-8426
        bill.jennings@htropic.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15TH day of June, 2006 served by Federal Express, overnight delivery, a copy of Tanning Research Laboratories, Inc. Notice of Opposition to Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims on D.J. Baker, Esquire, at Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036.

_____
William F. Jennings, Executive VP & CFO

2

F I L E D
JACKSONVILLE, FLORIDA

JUN 1 9 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    Chapter 11
                                          )
                                          )    Jointly Administered
Debtors.                                  )

## RESPONSE OF CREDITOR, TANNING RESEARCH LABORATORIES, INC. TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

COMES NOW, the Creditor, Tanning Research Laboratories, Inc. (Hawaiian Tropic), Creditor ID No. WDX-384158-1L-47, and files this written Response to the Objection of Debtors. Creditor, Tanning Research Laboratories, Inc. (Hawaiian Tropic) opposes the reduction of its claim from $214,634.54 to $146,126.36 which Debtor requested for reasons reflected in its Notice of Debtors' Twelfth Omnibus Objection.

1. Creditor, Tanning Research Laboratories, Inc. (Hawaiian Tropic), Creditor ID No. WDX-384158-1L-47, opposes the reduction for reason that the amounts reduced by the Debtors are inaccurate, unfair, and inappropriate.

2. The undersigned Creditor requests a hearing to consider the Objection and its Response thereto.

This 15‍ᵗʰ day of June, 2006.

TANNING RESEARCH LABORATORIES, INC.
(Hawaiian Tropic)
Creditor ID WDX-384158-1L-47

By: /s/ William F. Jennings
William F. Jennings, Executive VP & CFO
1190 N. U.S. Highway 1
Ormond Beach, FL 32174
Telephone 386-677-9559
Facsimile 386-615-8426
bill.jennings@htropic.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15TH day of June, 2006 served by Federal Express, overnight delivery, a copy of the Response Of Creditor, Tanning Research Laboratories, Inc. to Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims on D.J. Baker, Esquire, at Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036.

William F. Jennings, Executive VP & CFO

2