UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC. et al., | : | Case No. 05-03817-3F1 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**RESPONSE OF COMMERCIAL NET LEASE REALTY, INC. n/k/a
NATIONAL RETAIL PROPERTIES, INC. TO DEBTORS' TWELFTH
OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS, (B) OVERSTATED
MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS**

COMES NOW, COMMERCIAL NET LEASE REALTY, INC. n/k/a NATIONAL RETAIL PROPERTIES, INC. (NYSE Symbol "NNN" and hereinafter referred to as "NNN"), by and through its undersigned attorneys, and files this Response of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Response"), and states as follows:

1.     On May 30, 2006, Debtors filed Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "12th Objection"), in which the Debtors seek, *inter alia*, to eliminate certain claims that were allegedly overstated.  One of the claims to which the Debtors object is claim number 8606 ("Claim 8606").  This claim was filed by an entity known as Commercial Net Lease Realty, Inc.  Commercial Net Lease Realty, Inc. recently changed its name to National Retail Properties, Inc., but did not merge or undergo any change in corporate form.

2.     With respect to the objection to Claim 8606, Debtors seek a reduction in the amount of the claim from $60,612.78 to $53,383.70.  The reason for the reduction is stated as follows:

> Reduced amount reflects $43,525.39 for 2004 common area maintenance charges, $5,607.90 for prepetition 2005 real estate taxes, $3,724.78 for 2004 insurance, and $525.63 for prepetition 2005 insurance.  $7,229.08 of asserted amount to be removed due to invoice discrepancies.  Reduced amount is classified as unsecured non-priority.

3.     The basis for the claim is prepetition rent due in connection with a lease of real property on which Winn-Dixie Store 480 is operated (the "480 Lease").  NNN maintains that its claim is valid as filed and should not be reduced.

## The Law With Respect to the Validity of a Proof of Claim

4.     A properly filed proof of claim is presumed valid and prima facie evidence of both the claim and its amount.  *In re McCoy*, 163 B.R. 206, 209 (Bankr. M.D. Fla. 1994).  *See also In re St. Augustine Gun Works, Inc*, 75 B.R. 495, 499 (Bankr. M.D. Fla. 1987), and *In re The Securities Groups*, 116 B.R. 839, 845 (Bankr. M.D. Fla. 1990). Unless an interested party objects, a claim is allowed as filed.  *In re Haack*, 165 B.R. 501, 502 (Bankr. M.D. Fla. 1994). *See also In re Brinson*, 153 B.R. 952, 954 (Bankr. M.D. Fla. 1993), and 11 U.S.C. § 502(a).

5.     "The burden of proof with respect to claims and objections to claims is well-established: Initially, the claimant must allege facts sufficient to support the claim. If the averments in his filed claim meet this standard of sufficiency, it is 'prima facie' valid.  In other words, a claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial obligation to go forward.  The burden of going forward then shifts to the objector to produce evidence sufficient to negate the prima facie validity of the filed claim.  It is often said that the objector must produce evidence equal in force to the prima facie case.  In

practice, the objector must produce evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency." *In re Bertelt*, 206 B.R. 587, 593-94 (Bankr. M.D. Fla. 1996) (*quoting In re: Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3rd Cir. 1992)(internal citations omitted).

## The Proof of Claim

6.      In this case, NNN timely filed a proof of claim for certain prepetition amounts due in connection with the 480 Lease. Specifically, NNN asserts claims for $5,607.90 in prepetition 2005 real estate taxes, $525.63 in prepetition insurance, and $54,479.24 reflecting a reconciliation of common area maintenance charges for the calendar year 2004 ("2004 CAM"). The only area of disagreement appears to be with respect to the 2004 CAM.

7.      CAM is payable as set forth in paragraph 8 of the "Second Amendment to Lease" dated November 18, 1996 (the "Second Amendment"). A copy of the Second Amendment was attached to Claim 8606. The Debtors are not disputing their obligation to pay 2004 CAM, but rather the amount of the 2004 CAM.

8.      Attached hereto as Exhibit "A" is a comprehensive breakdown of the various amounts due in connection with the 2004 CAM and support for therefore. Whereas this documentation constitutes irrefutable evidence of the validity of Claim 8606, the Debtors have provided nothing more than a blanket statement that they are seeking to reduce the amount of Claim 8606 due to "invoice discrepancies". However, the Debtors' provide absolutely no support for this allegation. There is no evidence that would refute at least one of the allegations that is essential to the claim's legal sufficiency, and therefore the Debtors have not met their burden of producing evidence sufficient to negate the prima facie validity of the filed claim.

## Conclusion

9.     Because NNN has provided irrefutable support for Claim 8606, and because the Debtors have not met their burden of proof with respect to the 12th Objection, the 12th Objection should be overruled as to Claim 8606.

WHEREFORE, NNN respectfully requests that the 12th Objection be overruled with respect to Claim 8606, and for such other and further relief this Court deems appropriate.

Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
    & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for Commercial Net Lease Realty,
Inc. n/k/a National Retail Properties, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Response of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims has been served via the CM/ECF system, and also via U.S. Mail, and email (if an email address is indicated in connection with a party on the service list) this _19_ day of June, 2006, to those parties listed on the service list below

_____
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York  10036
Email: djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Email: cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801



**Winn Dixie**
**Columbus, GA**
**Petition Date = February 21, 2005**

| Tenant | | | | Days |
|---|---|---|---|---|
| W-D | 1/1/2005 | to | 1/31/2005 | 31 |
| W-D | 2/1/2005 | to | 2/20/2005 | 20 |
| | | | | 51 |

| | | | | Current Amount | | After Posting Unapplieds Amount | |
|---|---|---|---|---|---|---|---|
| **RENT** | | | | | | | |
| W-D paid Rent in full. | | | | $ - | | $ - | |
| **CAM** | | Invoiced | Paid | Remaining | | Remaining | |
| 2004 CAM Reconciliation (includes insurance and RE taxes) | | | | $ 54,479.24 | | $ 54,479.24 | SEE ATTACHED |
| 1/05 Pre-Petition | | $ 2,008.33 | $ (1,535.27) | $ 473.06 | | $ - | |
| 2/05 CAM paid in full. | | | | | | | |
| | | | | $ 54,952.30 | | $ 54,479.24 | |
| **REAL ESTATE TAXES** | (Estima | Annual | Days | Amount | | Amount | |
| 2005 Pre-Petition | | $ 40,135.00 | 51 | $ 5,607.90 | | $ 5,607.90 | ✓ |
| **INSURANCE** | (Estima | Annual | Days | Amount | | Amount | |
| 2005 Pre-Petition | | $ 3,761.88 | 51 | $ 525.63 | | $ 525.63 | ✓ |

| Pre-Petition | | $ 60,612.78 |
|---|---|---|

✓ CAM

✓ RE TAXES

✓ INS.

**EXHIBIT**
"A"

S:\PROPERTY MANAGEMENT\Conce...    ...Olde Town\Petition amounts Columbus. xls.xls    1

**National Retail Properties, Inc.**
**(formerly Commercial Net Lease Realty)**
**Winn Dixie \ Columbus, GA**
**2004**

| Year | Description | Monthly | Y-T-D |
|------|-------------|---------|-------|
| 2004 | Rent | $ 29,069.33 | $ 348,831.96 |
| 2004 | Actual CAM expense (excludes INS & TAX) (see attached recon) | | $ 69,177.70 |
| | Insurance (see attached invoice) | | $ 3,724.78 |
| | RE Taxes -2004 (see attached statement) | | $ 40,134.59 |
| | | | $ 461,869.03 |
| 2004 | Payments | | $(407,389.79) |
| 2004 | Variance - Due From/(Due To) | | $ 54,479.24 |
| 2004 | Total Due From Tenant | | $ 54,479.24 |

**2004 Annual CAM Reconciliation**
**Winn Dixie**
**Columbus, GA**

**Period: 01/01/04 - 12/31/04**

|  | YTD Dec-04 |  |
|---|---|---|
| **REVENUE** |  |  |
|  |  |  |
| CAM Income | 26,315.60 | A |
| Reimbursed Insurance | - |  |
| Reimbursed Real Estate Taxes | 40,134.59 | B. |
| Total Income | 66,450.19 |  |
|  |  |  |
| **EXPENSES** |  |  |
|  |  |  |
| Insurance | 3,724.78 | C. |
| Real Estate Taxes | 40,134.59 | D. |
| Repairs & Maintenance | 5,645.93 | E. |
| Grounds Maintenance (incl. $47k parking lot) | 60,447.66 | F |
| Utilities | 3,084.11 | G. |
| Total Expenses | 113,037.07 |  |
|  |  |  |
| Net Income before Management Fees | 46,586.88 |  |
|  |  |  |
|  |  |  |
| Net CAM Due from Tenant/(Due to Tenant) | 46,586.88 |  |

| Outstanding Accounts Receivable on 12/31/04 | 7,892.36 | H. |
|---|---|---|

| Grand Total due from Tenant as of 12/31/04 | $ | 54,479.24 |
|---|---|---|

**Commercial Net Lease Realty**
**Billing and Receipt History**
**Begin Date: 01/01/04, End Date: 12/31/04**

Customer/Company: Winn Dixie - Columbus, GA Co: 0100

| Gil Date | Due Date | Txx Number | Name | Original Amount | Credited Amount | Adjusted Amount | Applied Amount | Payment Number | Payment Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/04 | 01/11/04 | 20985 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007098465 | 01/05/04 | |
| 01/01/04 | | 20986 | CAM | 1,535.27 | 0.00 | 0 | 1,535.27 | 007098465 | 01/05/04 | |
| 12/30/03 | 01/29/04 | 31066 | Reimbursed Insurar | 3,126.00 | 0.00 | -3,126.00 | 0 | 0 | | |
| 02/01/04 | 02/11/04 | 21988 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007128251 | 02/16/04 | |
| 02/01/04 | | 21989 | CAM | 1,535.27 | 0.00 | 0 | 1,535.27 | 007128251 | 02/16/04 | |
| 03/01/04 | 03/11/04 | 21236 | CAM | 1,535.27 | 0.00 | 0 | 1,535.27 | 7156007 | 03/19/04 | |
| 03/01/04 | | 22180 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 7156007 | 03/19/04 | |
| 04/01/04 | 04/11/04 | 23811 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007186362 | 04/13/04 | |
| 04/01/04 | | 23812 | CAM | 1,535.27 | 0.00 | 0 | 1,535.27 | 007186362 | 04/13/04 | |
| 05/01/04 | 05/11/04 | 24830 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 0071214083 | 05/12/04 | |
| 05/01/04 | | 24831 | CAM | 1,535.27 | 0.00 | 0 | 1,535.27 | 0071214083 | 05/12/04 | |
| 06/01/04 | 06/11/04 | 25706 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007242073 | 06/01/04 | |
| 06/01/04 | | 25707 | CAM | 2,662.75 | 0.00 | 0 | 1,535.27 | 007242073 | 06/01/04 | |
| 06/01/04 | | | | | | | 1,127.48 | 007268937 | 07/12/04 | |
| 07/01/04 | 07/01/04 | 32442 | Reimbursed Insurar | 3,761.88 | 0.00 | -3,761.88 | 0 | 0 | | |
| 07/11/04 | | 26621 | CAM | 2,662.75 | 0.00 | 0 | 2,254.96 | 007295607 * | 08/01/04 | |
| 07/07/04 | | | | | | | 407.79 | 007268937 | 07/12/04 | 0.00 |
| 08/01/04 | 08/11/04 | 26745 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007268937 | 07/12/04 | 0.00 |
| 08/01/04 | | 27514 | CAM | 2,662.75 | 0.00 | 0 | 1,535.27 | SEP ACH | 09/20/04 | |
| 08/01/04 | | | | | | | 1,127.48 | 7370672 | 11/16/04 | |
| 08/01/04 | | 27661 | Rent | 29,069.33 | 0.00 | 0 | 28,349.64 | 007295607 * | 08/01/04 | 311.90 |
| 08/01/04 | | | | | | | 407.79 | 7370672 | 11/16/04 | |
| 09/11/04 | 09/11/04 | 28426 | CAM | 2,662.75 | 0.00 | 0 | | | | 2,662.75 |
| 09/01/04 | | 28601 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | SEP ACH | 09/20/04 | 0.00 |
| 09/21/04 | 10/01/04 | 32892 | Reimbursed Taxes | 40,134.59 | 0.00 | 0 | 40,134.59 | 007350758 | 10/14/04 | 0.00 |
| 10/01/04 | 10/01/04 | 29391 | CAM | 2,662.75 | 0.00 | 0 | 1,535.27 | 007345436 | 10/06/04 | 1,127.48 |
| 10/01/04 | | 32965 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 007345436 | 10/06/04 | 0.00 |
| 11/11/04 | 11/11/04 | 30198 | CAM | 2,662.75 | 0.00 | 0 | | | 0 | 2,662.75 |
| 11/01/04 | | 33280 | Rent | 29,069.33 | 0.00 | 0 | 29,069.33 | 7370672 | 11/16/04 | |
| 12/01/04 | 12/11/04 | 30569 | CAM | 2,662.75 | 0.00 | 0 | 1,535.27 | 007394583 | 12/06/04 | 1,127.48 |
| 12/01/04 | | 33371 | Rent | 29,069.33 | 0.00 | 0.00 | 29,069.33 | 007394583 | 12/06/04 | 0.00 |

11-FEB-05

AR Billing and Receipt History

**7030**
REPAIRS & MTX

5/04    ✓ ✓
3/04    ✓ ✓
RCP & ASSOC. 8/04    ✓ ✓
10/04    ✓ ✓

E

**7031**
GROUNDS MTX  ..0..

|  |  |  |
|---|---|---|
| | 1,294• | + ✓ |
| NIX CONSTR. | 47,150•07 | + ✓ |
| | 1,087•13 | + ✓ |
| | 946•54 | + ✓ |
| | 992•2 | + ✓ |
| | 1,503•54 | + ✓ |
| | 1,036•09 | + ✓ |
| | 992•21 | + ✓ |
| | 1,614•05 | + ✓ |
| | 946•54 | + ✓ |
| | 992•21 | + ✓ |
| | 1,723•83 | + ✓ |
| | 169•25 | + ✓ |
| F. | 60,447•66 | * |

**7032**
UTILITIES

|  |  |  |
|---|---|---|
| | 205•41 | + ✓ |
| | 229•02 | + ✓ |
| | 295•26 | + ✓ |
| | 259•18 | + ✓ |
| | 252•19 | + ✓ |
| | 250•04 | + ✓ |
| | 243•04 | + ✓ |
| | 274•68 | + ✓ |
| | 255•45 | + ✓ |
| | 265•92 | + ✓ |
| | 284•35 | + ✓ |
| G. | 268•57 | + ✓ |
| | 3,084•11 | * ✓ |

Commercial Net Lease Realty, Inc.
450 S. Orange Ave, Suite 900
Orlando, FL 32801

## Invoice

Date: 1/01/04

Lease Administration Department
Winn Dixie

| Effective Date |
| --- |
| 1/1/04-4/30/04 |

Policyholder:    Commercial Net Lease Realty, Inc.

| UR No: | 00613 | | Consept | Winn Dixie | | |
| --- | --- | --- | --- | --- | --- | --- |
| Location: | Columbus, GA | | | | | |

| Insurer | Policy No. | Type of Coverage/Item | Annual Amount | | Pro-Rated Amount |
| --- | --- | --- | --- | --- | --- |
| Traveler's | S15DZX80799151 | Building Annual Premium: | | $0.10/$100 of Value | |
| | | Replacement Cost: | $ | 2,560,000.00 | |
| | | Annual Premium 5/1/03-4/30/04: | $ | 2,560.00 | |
| | | Pro-Rata Share: | | 100.00% | |
| | | Annual Pro-Rated Premium: | $ | 2,560.00 | |
| | | | | | |
| | | Pro-Rated for 1/04-4/04: | | | $          853.33 |
| | | | | | |
| | | General Liability: | | $30.00/1000 sf | |
| | | Square Feet: | | 43,079 | |
| | | Annual Premium 5/1/03-4/30/04: | | 1,292.37 | |
| | | Pro-Rata Share: | | 100.00% | |
| | | Annual Pro-Rated Premium: | $ | 1,292.37 | |
| | | | | | |
| | | Pro-Rated for 1/04-4/04: | | | $          430.79 |
| RETURN ATTACHED COPY WITH | | INVOICE TOTAL: | | | $       1,284.12 |
| REMITTANCE TO: | | | | | |

Commercial Net Lease Realty, Inc.
Lease Compliance
450 S. Orange Avenue, Suite 900
Orlando, FL 32801

Invoice is Payable in Full Upon Receipt

Commercial Net Lease Realty, Inc.
450 S. Orange Ave, Suite 900
Orlando, FL 32801

Invoice

Date: 5/01/04

Lease Administration Department
Winn Dixie

| Effective Date |
| --- |
| 5/1/04-12/31/04 |

Policyholder:    Commercial Net Lease Realty, Inc.

| UR No. | 00813 | Concept: | Winn Dixie | | |
| --- | --- | --- | --- | --- | --- |
| Location: | Columbus, GA | | | | |

| Insurer | Policy No. | Type of Coverage/Item | Annual Amount | Pro-Rated Amount |
| --- | --- | --- | --- | --- |
| Traveler's | 296T1391 | Building Annual Premium:<br>Replacement Cost:<br>Annual Premium 5/1/04-4/30/05:<br>Pro-Rata Share:<br>Annual Pro-Rated Premium: | $0.09/$100 of Value<br>$  2,560,000.00<br>$      2,304.00<br>         100.00%<br>$      2,304.00 | |
| | | Pro-Rated for 5/04-12/04: | | $      1,536.00 |
| | 7496A263 | General Liability:<br>Square Feet:<br>Annual Premium 5/1/04-4/30/05:<br>Pro-Rata Share:<br>Annual Pro-Rated Premium: | $31.50/1000 sf<br>         43,079<br>        1,356.99<br>         100.00%<br>$      1,356.99 | |
| | | Pro-Rated for 5/04-12/04: | | $        904.66 |
| RETURN ATTACHED COPY WITH<br>REMITTANCE TO: | | INVOICE TOTAL: | | $      2,440.66 |

Commercial Net Lease Realty, Inc.
Lease Compliance
450 S. Orange Avenue, Suite 900
Orlando, FL 32801

Invoice is Payable in Full Upon Receipt

GROSS CITY OPER
25,057.7~
LESS SALES TAX CR
8,957.1~
NET CITY OPER
16,119.~~

PARCEL ID.  096 012 002
ACCOUNT NO. 7173-2072-01

2004
BRING OR MAIL THIS NOTICE WITH YOUR REMITTANCE RECEIPTS
FURNISHED WHEN YOU PROVIDE A SELF-ADDRESSED AND
STAMPED ENVELOPE ALL CHECKS SUBJECT TO CLEARANCE

| CITY BONDS | SCHOOL OPER | SCHOOL BONDS | BID | STATE | TOTAL TAX DUE |
|---|---|---|---|---|---|
| 5,750 | MILLAGE | | | | |
| 16,119.~7 | 23,0~4.7~ | .0~ | .0~ | ~41.~~~ | 40,134.~~ |

MINIMUM DUE OCT 01     16,0~~.~~
BALANCE DUE DEC 01     24,00~.7~

COMMERCIAL NET LEASE REALTY
INC  CNL CTR AT CITY COMMONS
450  SOUTH ORANGE AVE #900
ORLANDO,     FL 32301

MAKE CHECKS PAYABLE TO

TAX COMMISSIONER
P.O. BOX 1441
COLUMBUS, GEORGIA 31902-1441

| | LATE CHARGE |
|---|---|
| | INTEREST |

MUSCOGEE COUNTY LEGAL DESCRIPTION

LOT A RESR PT LL 37 9TH DIST

| TYPE | DIST |
|---|---|
| | 1 |

| | ISSUE FIFA |
|---|---|
| | RECORD FIFA |
| | CANCEL FIFA |
| | TOTAL |

| GROSS ASSESSMENT | STATE GRADED ASSESSMENT | ASSESSED VALUE EXEMPT | | | |
|---|---|---|---|---|---|
| LOCAL FAIR MARKET VALUE | STATE FAIR MARKET VALUE | SCHOOLS | | | |
| | 9664,430 | | COLUMBUS | STATE | |
| | 2,416,000 | | | | |

FIFA NUMBER     LOAN CO     AD VALOREM TAX CR

*REDUCTION IN YOUR BILL IS THE RESULT OF THE HOMEOWNER'S TAX RELIEF ENACTED BY THE GOVERNOR AND THE GENERAL ASSEMBLY OF THE STATE OF GA

$40,134.59

Commercial Net Lease Realty   Billing and Receipt History   Begin Date: 01/01/04, End Date: 12/31/04

Customer/Company::Winn Dixie - Columbus, GA Co: 0100

| GI Date | Due Date | Trx Number | Name | Original Amount | Balance Due | Credited Amount | Adjusted Amount | Applied Amount | Payment Number | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/04 | 01/11/04 | 20985 | Rent | $ 29,069.33 | - | 0 | $ 0 | $ 29,069.33 | 007098465 | 01/05/04 |
| 01/01/04 | | 20986 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 007098465 | 01/05/04 |
| 12/20/03 | 12/29/03 | 31068 | Reimbursed Insurance | $ 3,126.00 | - | 0 | $ (3,126.00) | 0 | | 0 |
| 02/01/04 | 02/11/04 | 21988 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 007128251 | 02/16/04 |
| 02/01/04 | | 21989 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 007128251 | 02/16/04 |
| 03/01/04 | 03/11/04 | 22236 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 7156007 | 03/19/04 |
| 03/01/04 | | 22180 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 7156007 | 03/19/04 |
| 04/01/04 | 04/11/04 | 23111 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 007186362 | 03/19/04 |
| 04/01/04 | | 23812 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 007186362 | 04/13/04 |
| 05/01/04 | 05/11/04 | 24830 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 007186362 | 04/13/04 |
| 05/01/04 | | 24831 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 0071214083 | 05/12/04 |
| 06/01/04 | 06/11/04 | 25706 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 0071214083 | 05/12/04 |
| 06/01/04 | | 25707 | CAM | $ 1,535.27 | - | 0 | 0 | 1,535.27 | 007242073 | 06/01/04 |
| 06/01/04 | | 0 | 0 | $ 2,662.75 | - | 0 | 0 | 1,127.48 | 007242073 | 06/01/04 |
| 07/01/04 | 07/01/04 | 32442 | Reimbursed Insurance | $ 3,761.88 | - | 0 | $ (3,761.88) | 0 | 007268937 | 07/12/04 |
| 07/01/04 | 07/11/04 | 26621 | CAM | $ 2,662.75 | - | 0 | 0 | 2,254.96 | | 0 |
| 07/01/04 | | 0 | 0 | | - | 0 | 0 | 407.79 | 007295607 | 08/01/04 |
| 08/01/04 | 08/11/04 | 26745 | Rent | $ 29,069.33 | - | 0 | 0 | 29,069.33 | 007268937 | 07/12/04 |
| 08/01/04 | | 27514 | CAM | $ 2,662.75 | - | 0 | 0 | 1,535.27 | 007268937 | 07/12/04 |
| 08/01/04 | | 0 | 0 | | 311.90 | 0 | 0 | 1,127.48 | SEP ACH | 09/20/04 |
| 09/01/04 | 09/11/04 | 27661 | Rent | $ 29,069.33 | 2,662.75 | 0 | 0 | 28,349.64 | 7370672 | 11/16/04 |
| 09/01/04 | | 0 | 0 | $ 2,662.75 | - | 0 | 0 | 407.79 | 007295607 | 08/01/04 |
| 09/21/04 | | 28426 | CAM | $ 29,069.33 | - | 0 | 0 | 0 | 7370672 | 11/16/04 |
| 10/01/04 | 10/11/04 | 28601 | Rent | $ 29,069.33 | - | 0 | $ 0 | 29,069.33 | 007295607 | 09/20/04 |
| 10/01/04 | | 32892 | Reimbursed Taxes | $ 40,134.59 | 1,127.48 | 0 | 0 | 40,134.59 | SEP ACH | 10/14/04 |
| 10/01/04 | | 29391 | CAM | $ 2,662.75 | - | 0 | 0 | 1,535.27 | 007350758 | 10/06/04 |
| 11/01/04 | 11/11/04 | 32965 | Rent | $ 29,069.33 | 2,662.75 | 0 | 0 | 29,069.33 | 007345436 | 10/06/04 |
| 11/01/04 | | 30198 | CAM | $ 29,069.33 | - | 0 | 0 | | 007345436 | 11/16/04 |
| 12/01/04 | 12/11/04 | 33280 | Rent | $ 29,069.33 | 1,127.48 | 0 | 0 | 1,535.27 | 7370672 | 11/16/04 |
| 12/01/04 | | 30569 | CAM | $ 29,069.33 | - | 0 | - | 29,069.33 | 007394583 | 12/06/04 |
| | | 33371 | Rent | | | 0 | | 29,069.33 | 007394583 | 12/06/04 |

| Total Due | | | | $ 422,170.03 | $ 7,892.36 | - | $ (6,887.88) | $ 407,389.79 | | |

| Total Balance Due as of December 31, 2004 | | | | | $ 7,892.36 | | | | | |

H-

CNLR Set of Books                                              Receipt Register

Balancing Segment: 0100

Customer Name

| Customer Number | Batch | Deposit Date | Receipt Number | Receipt Date | Receipt Status | GL Date | Receipt Amount |
|---|---|---|---|---|---|---|---|
| Winn Dixie - Columbus, GA | | | | | | | |
| 2949 | 1863 | 05-JAN-2004 | 007098465 | 05-JAN-2004 | Applied | 31-JAN-2004 | 30,604.60 |
| 2949 | 1905 | 27-JAN-2004 | 007115649 | 27-JAN-2004 | Applied | 31-JAN-2004 | 19,913.26 |
| 2949 | 1931 | 16-FEB-2004 | 007128251 | 16-FEB-2004 | Applied | 29-FEB-2004 | 30,604.60 |
| 2949 | 1965 | 09-MAR-2004 | 7156007 | 09-MAR-2004 | Applied | 31-MAR-2004 | 30,604.60 |
| 2949 | 1999 | 13-APR-2004 | 007186362 | 13-APR-2004 | Applied | 30-APR-2004 | 30,604.60 |
| 2949 | 2030 | 12-MAY-2004 | 007121408 | 12-MAY-2004 | Applied | 31-MAY-2004 | 30,604.60 |
| 2949 | 2063 | 01-JUN-2004 | 007242073 | 01-JUN-2004 | Applied | 30-JUN-2004 | 30,604.60 |
| 2949 | 2097 | 12-JUL-2004 | 007268937 | 12-JUL-2004 | Applied | 31-JUL-2004 | 30,604.60 |
| 2949 | 2132 | 01-AUG-2004 | 007295607 | 01-AUG-2004 | Applied | 31-AUG-2004 | 30,604.60 |
| 2949 | 2152 | 20-SEP-2004 | SEP ACH | 20-SEP-2004 | Applied | 30-SEP-2004 | 30,604.60 |
| 2949 | 2165 | 06-OCT-2004 | 007345436 | 06-OCT-2004 | Applied | 31-OCT-2004 | 30,604.60 |
| 2949 | 2169 | 13-OCT-2004 | 007350758 | 13-OCT-2004 | Applied | 31-OCT-2004 | 40,134.59 |
| 2949 | 2205 | 16-NOV-2004 | 7376672 | 16-NOV-2004 | Applied | 30-NOV-2004 | 30,604.60 |
| 2949 | 2236 | 06-DEC-2004 | 007394583 | 06-DEC-2004 | Applied | 31-DEC-2004 | 30,604.60 |

Total for Customer Winn Dixie - Columbus, GA                                    427,303.05

Total for Company 0100                                                          427,303.05

*** End of Report ***