**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

June 19, 2006

Mr. William Jennings
Tanning Research Laboratories, Inc.
P.O. Box 265111
Daytona Beach, FL 32126-5111

Re:      Winn-Dixie Stores, Inc.
Case No.:   05-3817-3F1

Dear Mr. Jennings:

The Court is in receipt of your letter objecting to the Debtors' Twelfth Omnibus Objection to (A) Overstated claims (B) Overstated Misclassified claims and (C) No Liability Misclassified Claims that you filed on June 19, 2006. A hearing on that Notice has been set for June 29, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Case Manager
(904) 301-6531