UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about June 13, 2006, I caused copies of:

•  the **Notice of Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: June 19, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**EXHIBIT A – SERVICE LIST**
**NO LIABILITY CLAIMS**

## Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit A - No Liability  Claimants]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410961-15<br>AMERICAN RESIDENTIAL EQUITIES, INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN DAVID R SOFTNESS, ESQ<br>701 BRICKELL AVENUE, SUITE 3000<br>MIAMI FL 33131 | CREDITOR ID: 407547-15<br>BONAIR 99-GA, LLC<br>C/O ERIC D ABEL, GENERAL COUNSEL<br>2476 N ESSEX AVENUE<br>HERNANDO FL 34442 | CREDITOR ID: 397239-68<br>BONAIR 99-GA, LLC<br>C/O TAMPOSI COMPANY<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA, NH 03063 |
| CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 410897-15<br>COMMUNITY CENTERS ONE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 411162-15<br>CWCAPITAL ASSET MGMT SERIES 2001-C2<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 407736-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>THREE LAKES PLAZA LC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 410901-15<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 452037-15<br>HSBC PRIVATE BANK (SUISSE) SA<br>ATTN MAUREEN GOETSCHI, ASSOCIATE<br>RUE DE LAUSANNE 18-20<br>PO BOX 3580<br>GENEVA 3 CY3<br>SWITZERLAND | CREDITOR ID: 411425-15<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT NC 27261 |
| CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | CREDITOR ID: 452039-15<br>MUNOZ-USON, SUSANA<br>CAPITAN HAYA, 60-7-5<br>MADRID  28020<br>SPAIN |
| CREDITOR ID: 411015-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 400859-91<br>OLLAR, EDWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 | CREDITOR ID: 411133-15<br>ORIX CAPITAL MKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 410387-15<br>PRUDENTIAL CO - LAKE CITY<br>SHOPPING CENTER INVESTMENT LP<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 |
| CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 | CREDITOR ID: 405926-15<br>STATE OF ALABAMA INDUS REL DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 | CREDITOR ID: 405926-15<br>STATE OF ALABAMA INDUS REL DEPT<br>ATTN FRANK D MARSH, ESQ<br>649 MONROE STREET<br>MONTGOMERY AL 36131 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |

**SERVICE LIST**
**Notice of Debtors' Thirteenth Omnibus Objection to**
**(A) No Liability Claims, (B) Overstated Claims, (C)**
**Unliquidated Claims and (D) Amended and Superseded Claims**
**[Exhibit A - No Liability  Claimants]**

**DEBTOR:**    **WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:**   **05-03817-3F1**

CREDITOR ID: 407711-15
TAYLON, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PARK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 407479-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-WACO WD DEL BUS TRUST
C/O NEAL GERBER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

**Total:   29**

**EXHIBIT A – SERVICE LIST**
**OVERSTATED CLAIMS**

**Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit B - Overstated Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452140-97<br>44 GROUP LTD<br>C/O LAW OFFICES JAMES O CURE<br>ATTN: JAMES O CURE, ESQ<br>2584 BLUE MEADOW DRIVE<br>TEMPLE TX 76502 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ.<br>2584 BLUE MEADOW DRIVE<br>TEMPLE TX 76502 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS, MNG PRTNR<br>PO BOX 578<br>KILLEEN TX 76540-0578 |
| CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ<br>1201 SOUTH W S YOUNG DRIVE<br>PO BOX 10309<br>KILLEEN TX 76547-0309 | CREDITOR ID: 404588-95<br>AASTRA INTECOM INC FKA<br>EADS TELECOM NORTH AMERICA, INC<br>ATTN LEE M DAVIS, MGR<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | CREDITOR ID: 407606-15<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN R MCINTYRE/L R FERNANDEZ, ESQS<br>PO BOX 1102<br>TAMPA FL 33601-1102 |
| CREDITOR ID: 408295-99<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 315726-40<br>ALVYN L WOODS, INC<br>ATTN LEWIS WOODS, PRESIDENT<br>PO BOX 396<br>LUTCHER, LA 70071-0396 | CREDITOR ID: 315726-40<br>ALVYN L WOODS, INC<br>C/O MARTIN HIMEL PEYTAVIN & NOBILE<br>ATT MALCOLM J PEYTAVIN<br>2295 TEXAS STREET SUITE B<br>PO BOX 278<br>LUTCHER LA 70071-0278 |
| CREDITOR ID: 411004-15<br>ARONOV REALTY CO & F M JOHNSON TA<br>WIREGRASS PLAZA, DOTHAN, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>C/O WALSH & KEATING, SC<br>ATTN DAVID C KEATING, ESQ<br>1505 WAUWATOSA AVENUE<br>WAUWATOSA WI 53213 | CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 416258-15<br>BARRAN, E L & G M & EYSTER, J & M<br>C/O JOHN C EYSTER<br>PO BOX 1189<br>DECATUR AL 35602 | CREDITOR ID: 416258-15<br>BARRAN, E L & G M & EYSTER, J & M<br>C/O CHENAULT HAMMOND AND HALL, PC<br>ATTN HEATHER R MORGAN, SECRETARY<br>117 SECOND AVENUE NE<br>PO BOX 1906<br>DECATUR AL 35602 | CREDITOR ID: 410954-15<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 |
| CREDITOR ID: 410927-15<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | CREDITOR ID: 1141-07<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510 |
| CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>C/O WILLIAMS MULLEN HOFHEIMER ET AL<br>ATTN DAVID A GREER ESQ<br>PO BOX 3460<br>NORFOLK VA 23514-3460 | CREDITOR ID: 244653-12<br>CAROLINA TURKEYS<br>ATTN ROBIN MCSWAIN, CREDIT MGR<br>PO BOX 65859<br>CHARLOTTE, NC 28265-0001 | CREDITOR ID: 279129-99<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 381722-15<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 415972-15<br>DAUKSCH FAMILY PARTNERSHIP<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |

**Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit B - Overstated Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410981-15<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | CREDITOR ID: 410394-15<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 250415-12<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 |
| CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>1700 PACIFIC AVE STE 4100<br>DALLAS TX 75201 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 |
| CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 411131-15<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>ATTN MICHAEL S HOCHBERGER, VP<br>2 ROCK HILL LANE<br>BROOKVILLE NY 11545 | CREDITOR ID: 252331-12<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACE WEST BLDG ONE<br>2727 PACES FERRY ROAD SUITE 1-1650<br>ATLANTA, GA 30339 |
| CREDITOR ID: 252331-12<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O BART & SCHWARTZ, LLP<br>ATTN LAWRENCE J SCHWARTZ, ESQ.<br>ONE HUNTINGTON QUADRANGLE, STE 2S12<br>MELVILLE NY 11747 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES M IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 278511-25<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 254565-12<br>LEATHERMAN ASSOCS<br>C/O KETNER & DEES<br>ATTN GLENN E KETNER, JR, ESQ<br>121 EAST KERR STREET<br>SALISBURY NC 28144 | CREDITOR ID: 254565-12<br>LEATHERMAN ASSOCS<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 |

**Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit B - Overstated Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 452144-97<br>MAIN STREET MARKETPLACE LLC<br>C/O KING DRUMMOND & DABBS PC<br>ATTN: MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DR, STE 180<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>C/O KING, DRUMMOND, & DABBS, PC<br>ATTN MARJORIE O DABBS. ESQ<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 255395-12<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 |
| CREDITOR ID: 279244-35<br>MAPLEHURST BAKERIES, INC<br>ATTN JANICE CONN, CR MGR<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 | CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 |
| CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 | CREDITOR ID: 255878-12<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 408316-15<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 411075-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 416842-15<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 410689-15<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 |
| CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 | CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL 33025 | CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN GERARD S CATALANELLO, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 399733-15<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 | CREDITOR ID: 259354-12<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 |

SERVICE LIST
Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit B - Overstated Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2521-07<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 2522-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 |
| CREDITOR ID: 403228-92<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 | CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403 |
| CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | CREDITOR ID: 1897-RJ<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 |
| CREDITOR ID: 407711-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O LAW OFFICE OF NEIL REGER<br>ATTN NEIL REGER, ESQ<br>4476 BOCAIRE BLVD<br>BOCA RATON FL 33487 |
| CREDITOR ID: 416847-15<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 408298-99<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>C/O THORP REED & ARMSTRONG, LLP<br>ATTN PAULA A SCHMECK, ESQ<br>301 GRANT STREET, ONE OXFORD CENTRE<br>PITTSBURGH PA 15219 | CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | |

**Total:    101**

**EXHIBIT A – SERVICE LIST**
**UNLIQUIDATED CLAIMS**

Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit C - Unliquidated Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241502-12 | CREDITOR ID: 264782-12 | CREDITOR ID: 244238-12 |
| ACCURATE TESTING SERVICES | ANDERSON, WILLIAM | BUTLER INVESTMENT I LC |
| ATTN SAM SKETTENO, DIRECTOR | PO BOX 120310 | C/O KAUFMAN & CANOLES |
| 603 HIGHWAY 90, SUITE 2 | CLERMONT FL 34712 | ATTN DENNIS T LEWANDOWSKI, ESQ |
| BAY ST LOUIS, MS 39520 | | 150 W MAIN STREET, SUITE 2100 |
| | | NORFOLK VA 23510 |
| CREDITOR ID: 244238-12 | CREDITOR ID: 244267-12 | CREDITOR ID: 244267-12 |
| BUTLER INVESTMENT I LC | C&C MAINTENANCE | C&C MAINTENANCE |
| C/O PERRINE & WHEELER | ATTN CHRIS CROCHET | PAGE MANNINO PERESICH ET AL |
| PO BOX 3578 | 9280 SCENIC RIVER DR | ATTN MICHAEL B MCDERMOTT, ESQ |
| NORFOLK, VA 23514 | BILOXI, MS 39532 | PO DRAWER 289 |
| | | BILOXI MS 39533 |
| CREDITOR ID: 244836-12 | CREDITOR ID: 244836-12 | CREDITOR ID: 1191-07 |
| CEDAR CREEK CROSSING ASSOCIATES LLC | CEDAR CREEK CROSSING ASSOCIATES LLC | CHAPEL TRAIL ASSOCIATES LTD |
| C/O KAUFMAN & CANOLES | C/O PERRIE WHEELER REAL ESTATE CO | 21011 JOHNSON STREET, SUITE 101 |
| ATTN DENNIS T LEWANDOWSKI, ESQ | PO BOX 3578 | PEMBROKE PINES, FL 33029 |
| 150 W MAIN STREET, SUITE 2100 | NORFOLK, VA 23514 | |
| NORFOLK VA 23510 | | |
| CREDITOR ID: 1191-07 | CREDITOR ID: 410945-15 | CREDITOR ID: 410418-15 |
| CHAPEL TRAIL ASSOCIATES LTD | CINGULAR WIRELESS | COMMERCIAL NET LEASE REALTY, INC |
| C/O ROBERT C MEYER, PA | BANKO | C/O LOWNDES, DROSDICK, ET AL |
| ATTN ROBERT MEYER, ESQ | ATTN VANDANA PRASAD, BANKRUPCY REP | ATTN ZACHARY J BANCROFT, ESQ |
| 2223 CORAL WAY | PO BOX 309 | PO BOX 2809 |
| MIAMI FL 33145 | PORTLAND OR 97207-0309 | ORLANDO FL 32802-2809 |
| CREDITOR ID: 410911-15 | CREDITOR ID: 1294-07 | CREDITOR ID: 1294-07 |
| DPG FIVE FORKS VILLAGE, LLC | EDENS & AVANT PROPERTIES LP | EDENS & AVANT PROPERTIES LP |
| C/O DEVELOPERS DIVERSIFIED REALTY | C/O KITCHENS KELLEY GAYNES, PC | C/O RESERVOIR SQUARE |
| ATTN ERIC C COTTON, ESQ | ATTN MARK A KELLEY, ESQ | PO BOX 528 |
| 3300 ENTERPRISE PARKWAY | SUITE 900, 11 PIEDMONT CENTER | COLUMBIA, SC 29202 |
| PO BOX 228042 | 3495 PIEDMONT ROAD, NE | |
| BEACHWOOD OH 44122 | ATLANTA GA 30305 | |
| CREDITOR ID: 248782-12 | CREDITOR ID: 248782-12 | CREDITOR ID: 1346-07 |
| EDENS & AVANT PROPERTIES LP DBA | EDENS & AVANT PROPERTIES LP DBA | FOUNTAIN COLUMBUS ASSOCS LLC |
| C/O KITCHENS KELLEY GAYNES, PC | MAGEE SHOPPING CENTER | C/O HARBOR GROUP MGMT |
| ATTN MARK A KELLEY, ESQ | PO BOX 528 | 121 EXECUTIVE CENTER DRIVE, STE 129 |
| SUITE 900, 11 PIEDMONT CENTER | COLUMBIA SC 29202 | COLUMBIA, SC 29210 |
| 3495 PIEDMONT ROAD, NE | | |
| ATLANTA GA 30305 | | |
| CREDITOR ID: 1346-07 | CREDITOR ID: 410962-15 | CREDITOR ID: 416286-15 |
| FOUNTAIN COLUMBUS ASSOCS LLC | GRAHAM PACKAGING COMPANY, LP | JACKSON I-55, LLC |
| C/O KAUFMAN & CANOLES | C/O VENABLE LLP | C/O PHELPS DUNBAR LLP |
| ATTN PAUL K. CAMPSEN, ESQ. | ATTN BRENT W PROCIDA, ESQ | ATTN DOUGLAS C NOBLE, ESQ |
| 150 W MAIN STREET, SUITE 2100 | TWO HOPKINS PLAZA, SUITE 1800 | 111 E CAPITOL STREET, SUITE 600 |
| NORFOLK VA 23510 | BALTIMORE MD 21201 | PO BOX 23066 |
| | | JACKSON MS 39225-3066 |
| CREDITOR ID: 416286-15 | CREDITOR ID: 253884-12 | CREDITOR ID: 410849-15 |
| JACKSON I-55, LLC | KES SCIENCE & TECHNOLOGY INC | KPT PROPERTIES, LP |
| C/O CENTEX CONCORD PROPERTY MGMT | ATTN JOSEPH B DONNELLY, CONTROLLER | C/O MORGAN LEWIS & BOCKIUS, LLP |
| ATTN FRAN E JONES | 3625 KENNESAW NORTH IND PKWY | ATTN NEIL E HERMAN, ESQ |
| 1151 N STATE STREET | KENNESAW, GA 30144-1234 | 101 PARK AVENUE |
| JACKSON MS 39202 | | NEW YORK NY 10178 |
| CREDITOR ID: 410958-15 | CREDITOR ID: 381390-47 | CREDITOR ID: 452118-98 |
| LAKELAND PARTNERS | LALUMIERE, PHILIPPE L | LCH OPPORTUNITIES LLC |
| C/O STRADLEY RONON STEVENS ET AL | 2678 NW 65TH AVE | ATTN JOSEPH M O'CONNOR |
| ATTN MARK J DORVAL, ESQ | MARGATE, FL 33063 | 315 PARK AVE S 20TH FLR |
| 2600 ONE COMMERCE SQUARE | | NEW YORK NY 10010 |
| PHILADELPHIA PA 19103 | | |

Notice of Debtors' Thirteenth Omnibus Objection to
(A) No Liability Claims, (B) Overstated Claims, (C)
Unliquidated Claims and (D) Amended and Superseded Claims
[Exhibit C - Unliquidated Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408168-15<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 416843-15<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 452142-97<br>MARION'S HOPE LLC<br>C/O FREELAND COOPER & FOREMAN LLP<br>ATTN: KATE FREELAND, ESQ<br>150 SPEAR STREET, STE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 416253-15<br>MARION'S HOPE, LLC<br>C/O FREELAND COOPER & FOREMAN LLP<br>ATTN KATE FREELAND, ESQ<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 416253-15<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 410960-15<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>C/O COTTINGHAM & PORTER, PC<br>ATTN WILLIAM L THOMPSON, ESQ<br>319 EAST ASHLEY STREET<br>DOUGLAS GA 31533-3810 |
| CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 452058-98<br>SASCO 1996-CFL DOUGLAS CENTER LP<br>C/O LNR PARTNERS, INC<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 264608-12<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 410868-15<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411295-15<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 |
| CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 |
| CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAP MARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |
| CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN: MARK A KELLEY, ESQ<br>11 PIEDMONT CENTER, SUITE 900<br>ATLANTA GA 30305 | CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC 29202 | |

**Total:    53**

**EXHIBIT A – SERVICE LIST**
**AMENDED AND SUPERSEDED CLAIMS**

SERVICE LIST
**Notice of Debtors' Thirteenth Omnibus Objection to**
**(A) No Liability Claims, (B) Overstated Claims, (C)**
**Unliquidated Claims and (D) Amended and Superseded Claims**
**[Exhibit D - Amended Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411176-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 411176-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | CREDITOR ID: 411175-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CREDIT MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231-1487 |
| CREDITOR ID: 404028-15<br>COMMONWEALTH OF KENTUCKY FIN & ADM<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 404028-15<br>COMMONWEALTH OF KENTUCKY FIN & ADM<br>ATTN WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 |
| CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>ZIMMER AND ZIMMER, LLP<br>ATTN HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 |
| CREDITOR ID: 411181-15<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 410498-15<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 |
| CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 406297-15<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | CREDITOR ID: 410530-15<br>VERIZON SOUTH WIRELESS<br>C/O AFNI/VERIZON WIRELESS<br>ATTN DIANA LEWIS<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701 |

**Total:    18**

**EXHIBIT B**
**Notice to No Liability Claims**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS, (C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS

Claimant's Name & Address

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| Claim No.:<br>Claim Amount: | Reason for Proposed Disallowance: |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 13, 2006 their Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

3.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 6, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.       Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.       In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.       A hearing will be held on **July 13, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.       If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.       The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.       **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER                     SMITH HULSEY & BUSEY
& FLOM, LLP

By      /s/ D.J. Baker                                 By      /s/ James H. Post
        D.J. Baker                                             Stephen D. Busey
        Sally McDonald Henry                                   James H. Post
        Rosalie Walker Gray                                    Cynthia C. Jackson
        Jane M. Leamy                                          Florida Bar Number 175460
Four Times Square                                       225 Water Street, Suite 1800
New York, New York 10036                                Jacksonville, Florida  32202
(212) 735-3000                                          (904) 359-7700
(917) 777-2150 (facsimile)                              (904) 359-7708 (facsimile)
djbaker@skadden.com                                      jpost@smithhulsey.com

**EXHIBIT B**
**Notice to Overstated Claims**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS,
(C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS**

Claimant's Name & Address

Additional Notie Party Address

Counsel Address

Transferee Address

| CLAIM(S) TO BE REDUCED | |
|---|---|
| Claim No.:<br>Claim Amount: | Reduced Claim Amount:<br>Reason for Reduction: |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 13, 2006 their Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED to the amount and for the reason set forth above. Your claim(s) will be disallowed to the extent they exceed the amount set forth above.**

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 6, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **July 13, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER                 SMITH HULSEY & BUSEY
& FLOM, LLP

By      <u>/s/ D.J. Baker              </u>              By      <u>/s/ James H. Post         </u>
        D.J. Baker                                              Stephen D. Busey
        Sally McDonald Henry                                    James H. Post
        Rosalie Walker Gray                                     Cynthia C. Jackson
        Jane M. Leamy                                           Florida Bar Number 175460
Four Times Square                                       225 Water Street, Suite 1800
New York, New York 10036                                Jacksonville, Florida  32202
(212) 735-3000                                          (904) 359-7700
(917) 777-2150 (facsimile)                              (904) 359-7708 (facsimile)
djbaker@skadden.com                                      jpost@smithhulsey.com

**EXHIBIT B**
**Notice to Unliquidated Claims**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS,
(C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS

Creditor Name & Address                                    Counsel Address

| UNLIQUIDATED CLAIM(S) TO BE FIXED | |
|---|---|
| Claim No.:<br>Claim Amount: | Fixed Claim Amount:<br>Reason for Modification: |

     1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 13, 2006 their Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     **2.**     **The Objection requests that the Bankruptcy Court fix one or more of your claims listed above under UNLIQUIDATED CLAIM(S) TO BE FIXED at the amount and for the reason set forth above.  Your claim(s) will be disallowed to the extent they exceed the amount set forth above.**

     3.     If you do NOT oppose the fixing of your claim(s) listed above under UNLIQUIDATED CLAIM(S) TO BE FIXED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

     4.     If you DO oppose the fixing of your claim(s) listed above under UNLIQUIDATED CLAIM(S) TO BE FIXED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 6, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.      Responses will be deemed timely filed _only if_ the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **July 13, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER                      SMITH HULSEY & BUSEY
& FLOM, LLP

By      _/s/ D.J. Baker_____            By      _/s/ James H. Post_____
        D.J. Baker                                          Stephen D. Busey
        Sally McDonald Henry                               James H. Post
        Rosalie Walker Gray                               Cynthia C. Jackson
        Jane M. Leamy                                     Florida Bar Number 175460
Four Times Square                                   225 Water Street, Suite 1800
New York, New York 10036                            Jacksonville, Florida  32202
(212) 735-3000                                      (904) 359-7700
(917) 777-2150 (facsimile)                          (904) 359-7708 (facsimile)
djbaker@skadden.com                                  jpost@smithhulsey.com

**EXHIBIT B**
**Notice to Amended and Superseded Claims**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. [1] | Jointly Administered |

## NOTICE OF DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO
## (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS,
## (C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS

Claimant's Name & Address

Claimant's Name & Address

Counsel Address

Counsel Address

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| Amended Claim to be Disallowed:<br>Amount of Claim to be Disallowed:<br>Reason for Disallowance: | Remaining Claim:<br>Amount of Remaining Claim: |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 13, 2006 their Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED on the ground that the claim was <u>amended and superseded</u>**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

by another claim that is listed as the REMAINING CLAIM above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.  The REMAINING CLAIM listed above is not affected by the Objection.

        3.     If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

        4.     If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 6, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

        5.     Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

        6.     In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

        7.     A hearing will be held on **July 13, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

        8.     If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

        9.     The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

        10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By    <u>/s/ D.J. Baker</u>
       D.J. Baker
       Sally McDonald Henry
       Rosalie Walker Gray
       Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By    <u>/s/ James H. Post</u>
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson
       Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com