# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC.**, <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about June 13, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: June 19, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Thirteenth Omnibus Objection to (A) No
Liability Claims, (B) Overstated Claims, (C) Unliquidated
Claims and (D) Amended and Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 | CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 |
| CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA | CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ESBIN & ALTER LLP<br>LESLEY HYNES<br>497 SOUTH MAIN ST<br>NEW CITY NY 10956 | CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O MERIDIAN CORPORATE SERVICES LTD<br>73 FRONT STREET<br>PO BOX HM 528<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO/JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 452059-98<br>FUCMS 1999-C1 MERIDIAN GROCERY LLC<br>C/O LNR PARTNERS<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: CHRISTINE L MYATT<br>PO BOX 3463<br>GREENSBORO NC 27402 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Thirteenth Omnibus Objection to (A) No**
**Liability Claims, (B) Overstated Claims, (C) Unliquidated**
**Claims and (D) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 2005 |
| CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>SUITE 600<br>50 N LAURA ST<br>JACKSONVILLE FL 32202 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 |
| CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>A GEORGIA LIMITED PARTNERSHIP<br>C/O LNR PARTNERS INC<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 |
| CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Thirteenth Omnibus Objection to (A) No**
**Liability Claims, (B) Overstated Claims, (C) Unliquidated**
**Claims and (D) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

**Total:   57**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **July 13, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **July 6, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ____ *s/ D. J. Baker* ____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ____ *s/ James H. Post* ____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

Hearing Date:    July 13, 2006 at 1:00 p.m.
Obj. Deadline:    July  6, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO
### (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS,
### (C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through D (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or fixing the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

**BACKGROUND**

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

2

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,200 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims. In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or fixing the Disputed Claims.

## BASIS FOR RELIEF

A.    No Liability Claims

9.    As a result of their review, the Debtors have identified 27 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims fall into several categories: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records; (b) Proofs of Claim for amounts that arose

3

postpetition; and/or (c) Proofs of Claim for which the legal bases are contested by the Debtors. The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

10.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed. In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    Overstated Claims

11.    As a result of their review, the Debtors have identified 66 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit B.

12.    These claims fall into several categories: (a) Proofs of Claim that do not reflect prepetition payments made on account of prepetition claims; (b) Proofs of Claim that include claims that arose postpetition; (c) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (d) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (e) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and/or (f) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

13.    In addition, the Debtors identified certain Overstated Claims that were based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors. As a result, such Overstated Claims partially duplicate the reclamation demands. The Debtors and the reclamation vendors listed on Exhibit B have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was

4

approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade

Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and

Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to

reduce the Overstated Claims by those agreed amounts, for which payments are in process, in

addition to any other reductions as set forth on Exhibit B.

      14.    The Debtors (a) object to the Overstated Claims listed on Exhibit B and

(b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by

not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit B to be

reduced. In the absence of a Response (as defined in paragraph 23 below), the Debtors will

present to the Court the Proposed Order reducing the Overstated Claims.

C.    <u>Unliquidated Claims</u>

      15.    As a result of their review, the Debtors have identified 38 Disputed Claims

that were filed with estimated or unliquidated amounts or with no dollar amount specified by the

claimant on the proof of claim form (the "Unliquidated Claims"). The Unliquidated Claims are

listed on Exhibit C.

      16.    The Debtors seek to fix the Unliquidated Claims in the amount owed per

their Books and Records. Therefore, the Debtors object to the Unliquidated Claims listed on

Exhibit C and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts

set forth on Exhibit C under the heading "Fixed Claim Amount." Claimants may elect, by not

timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit C to be

fixed in the amount listed on Exhibit C under the heading "Fixed Claim Amount." In the

absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court

the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit C under the

heading "Fixed Claim Amount."

D.      Amended and Superseded Claims

17.     As a result of their review, the Debtors have identified approximately 14 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims.  A list of the Amended Claims is attached as Exhibit D.  Adjacent to the identified Amended Claim on Exhibit D, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

18.     Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended Claims will not be prejudiced by having their Amended Claims disallowed because their Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[3]

19.     Accordingly, the Debtors (a) object to the Amended Claims listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Amended Claims listed on Exhibit D to be disallowed.  In the absence of a Response (as defined in paragraph  23 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

20.     Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

---

[3]      The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

## RESERVATION OF RIGHTS

21.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

22.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

23.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **July 6, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

7

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

24.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **July 13, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.  Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

25.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reducing the claim without further notice to the claimant.

## NOTICE

26.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed, reduced or fixed as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through D.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for

8

the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an

abundance of caution, upon the other parties in interest named on the Official Service List

maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief

requested by this Objection, (ii) enter the Proposed Order attached as Exhibit E (a) disallowing

the No Liability Claims (b) reducing the Overstated Claims, (c) fixing the Unliquidated Claims

and (d) disallowing the Amended Claims and (iii) grant such other and further relief as is just

and proper.

Dated: June 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___s/ D. J. Baker_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___s/ James H. Post_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

10

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410961**<br>AMERICAN RESIDENTIAL EQUITIES, INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN DAVID R SOFTNESS, ESQ<br>701 BRICKELL AVENUE, SUITE 3000<br>MIAMI FL 33131 | 10209<br>**Debtor:** | $321,330.66<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410961**<br>AMERICAN RESIDENTIAL EQUITIES, INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN DAVID R SOFTNESS, ESQ<br>701 BRICKELL AVENUE, SUITE 3000<br>MIAMI FL 33131 | 11025<br>**Debtor:** | $321,330.66<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 397239**<br>BONAIRE 99-GA, LLC<br>C/O TAMPOSI COMPANY<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA, NH 03063 | 4198<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 399295**<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | 449<br>**Debtor:** | $152,050.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. SUBJECT REPAIRS ARE LANDLORD'S RESPONSIBILITY UNDER THE LEASE. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8605<br>**Debtor:** | $19,659.25<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8616<br>**Debtor:** | $19,659.25<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410897**<br>COMMUNITY CENTERS ONE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10029<br>Debtor: | $8,154.45<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO PRIOR OWNER OF STORE. AMOUNT DUE, IF ANY, IS PAYABLE TO CURRENT OWNER, DDR MDT CARILLON PLACE, LLC. |
| **Creditor Id: 411162**<br>CWCAPITAL ASSET MGMT SERIES 2001-C2<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11223<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 407736**<br>DBR ASSET MGMT, LLC AGENT FOR<br>THREE LAKES PLAZA LC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | 7895<br>Debtor: | $2,866.79<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT IS ATTEMPTING TO COLLECT FEES OF $1,814.40 AND $926.39 INCURRED TO CONTEST 2003 AND 2004 REAL ESTATE TAXES, RESPECTIVELY, WITHOUT PRESENTING EVIDENCE THAT SUCH FEES RESULTED IN LOWER TAXES. CLAIMANT AGREES $126.00 WAS ASSERTED IN ERROR. |
| **Creditor Id: 410901**<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12165<br>Debtor: | $30,279.80<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 2181**<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10071<br>Debtor: | $6,463.40<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452037**<br>HSBC PRIVATE BANK (SUISSE) SA<br>ATTN MAUREEN GOETSCHI, ASSOCIATE<br>RUE DE LAUSANNE 18-20<br>PO BOX 3580<br>GENEVA 3 CY3 SWITZERLAND | 13143<br>Debtor: WINN-DIXIE STORES, INC. | $88,200.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id: 411425**<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT  NC  27261 | 12351<br>Debtor: WINN-DIXIE STORES, INC. | $21,874.50 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 419902**<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 10058<br>Debtor: WINN-DIXIE STORES, INC. | $878.03 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 1545**<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING  MA  01867 | 7026<br>Debtor: WINN-DIXIE STORES, INC. | $16,519.29 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT CALCULATED DEBTOR'S TAX LIABILITY FOR 2004 USING ERRONEOUS BASE YEAR AMOUNT. |
| **Creditor Id: 452039**<br>MUNOZ-USON, SUSANA<br>CAPITAN HAYA, 60-7-5<br>MADRID  28020 SPAIN | 13145<br>Debtor: WINN-DIXIE STORES, INC. | $7,708.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  CLAIM ALSO FILED LATE. |
| **Creditor Id: 411015**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12197<br>Debtor: WINN-DIXIE STORES, INC. | $28,126.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 400859**<br>OLLAR, EDWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 | 5953<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 411133**<br>ORIX CAPITAL MKTS., SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11141<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. ALSO NO DOCUMENTATION. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8808<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,665.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE W/D 9/30/05 TO ROXDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNT OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. |
| **Creditor Id: 410387**<br>PRUDENTIAL CO - LAKE CITY<br>SHOPPING CENTER INVESTMENT LP<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 7388<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,452.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 405926**<br>STATE OF ALABAMA INDUS REL DEPT<br>ATTN FRANK D MARSH, ESQ<br>649 MONROE STREET<br>MONTGOMERY AL 36131<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 2210<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $6,153.14 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM IS FOR SECOND QUARTER 2004. DEBTOR FILED QUARTERLY CONTRIBUTION REPORT UC-CR4 AND PAID $136,668.41 ON 7/27/04 BY CHECK NUMBER 7291259. NO OTHER AMOUNT IS OWED. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11293<br>Debtor: **DIXIE PACKERS, INC.** | $182.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $9,395.25 BY ELECTRONIC FUND TRANSFER NUMBER 010869 ON 7/30/2004 FOR QUARTER ENDING 6/30/2004 AND $84.69 BY ELECTRONIC FUND TRANSFER NUMBER 012563 ON 1/28/2005 FOR QUARTER ENDING 12/31/2004. DEBTOR HAD NO LIABILITY FOR QUARTER ENDING 1/31/2005 AS IT CEASED DOING BUSINESS ON 12/31/2004. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11294<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $1,272.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON ESTIMATED UNEMPLOYMENT TAXES AS DEBTOR HAD NO EMPLOYEES IN THE STATE AT THE TIME. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11296<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $47.49 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $4,991.56 ON 7/30/04 BY ELECTRONIC FUND TRANSFER NUMBER 010889 FOR SECOND QUARTER OF 2004 AND NO OTHER AMOUNTS ARE DUE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 7319<br>**Debtor:** WINN-DIXIE STORES, INC. | $12,005.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 407479**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 10874<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $5,663.90 | NO LIABILITY PER CLAIMANT AND DEBTOR'S BOOKS AND RECORDS. |
| **Total Claims to be Disallowed:**<br>**Total Amount to be Disallowed:** | 27<br>$1,088,542.91 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 1001**<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS, MNG PRTNR<br>PO BOX 578<br>KILLEEN TX 76540-0578<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN JAMES O CURE, ESQ | 6808<br>Debtor: | $217,500.00<br>**WINN-DIXIE STORES, INC.** | $183,168.80 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 404588**<br>AASTRA INTECOM INC FKA<br>EADS TELECOM NORTH AMERICA, INC<br>ATTN LEE M DAVIS, MGR<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | 7769<br>Debtor: | $86,562.85<br>**WINN-DIXIE STORES, INC.** | $68,373.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,932.77 FOR FOURTH MILESTONE INVOICE AND $11,256.41 FOR PRO-RATED SERVICE AGREEMENT AS THEY REFLECT POSTPETITION OBLIGATIONS. |
| **Creditor Id: 407606**<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN R MCINTYREJL R FERNANDEZ, ESQS<br>PO BOX 1102<br>TAMPA FL 33601-1102 | 12010<br>Debtor: | $543,956.23<br>**WINN-DIXIE STORES, INC.** | $341,634.80 | REDUCED AMOUNT REFLECTS PAYMENTS OF $38,322.41 ON 12/15/04 FOR 2004 REAL ESTATE TAXES BY CHECK NUMBER 007399172 AND $5,784.69 ON 11/5/05 FOR POSTPETITION PORTION OF INSURANCE BY CHECK NUMBER 008123872 AND REMOVAL OF $158,214.33 FOR REJECTION DAMAGES CALCULATION ERROR. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 8284<br>Debtor: | $35,599.00<br>**WINN-DIXIE RALEIGH, INC.** | $5,071.64 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,972.90 FOR 2005 REAL ESTATE TAXES INCURRED AFTER 9/30/05 (LAST DATE OF OCCUPANCY) AND PAYMENT OF $21,554.46 FOR POSTPETITION PORTION OF SUCH TAXES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 12296<br>Debtor: | $535,027.48<br>**WINN-DIXIE RALEIGH, INC.** | $504,764.12 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 315726<br>ALYN L WOODS, INC<br>ATTN LEWIS WOODS, PRESIDENT<br>PO BOX 396<br>LUTCHER, LA 70071-0396<br><br>Counsel: ATT MALCOLM J PEYTAVIN | 10515<br>Debtor: **WINN-DIXIE STORES, INC.** | $384,503.00 | $204,009.52 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id:** 411004<br>ARONOV REALTY CO & F M JOHNSON TA<br>WIREGRASS PLAZA, DOTHAN, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10301<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,166.37 | $12,166.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,000 FOR 2004 HURRICANE DAMAGES. |
| **Creditor Id:** 406062<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431<br><br>Counsel: ATTN DAVID C KEATING, ESQ | 3013<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,911,675.64 | $584,505.77 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES.  REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 416258<br>BARRAN, E L & G M & EYSTER, J & M<br>C/O JOHN C EYSTER<br>PO BOX 1189<br>DECATUR AL 35602<br><br>Counsel: ATTN HEATHER R MORGAN, SECRETARY | 12160<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,165,300.00 | $371,640.80 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id:** 410954<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 10142<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,841.91 | $12,974.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,912.37 AND $1,955.32 FOR OVERSTATED 2004 AND 2005 REAL ESTATE TAXES, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410927**<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | 12325<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,872,703.19 | $1,051,955.81 | REDUCED AMOUNT REFLECTS REMOVAL OF **$4,022,952.40, $1,314,239.58,** AND **$104,079.40** FOR OVERSTATED REJECTION DAMAGES, REAL ESTATE TAXES, AND COSTS INCIDENT TO LEASE, **$313,945** FOR UNEXPLAINED CHARGES DESPITE REPEATED INQUIRIES, AND **$65,531** FOR ADMINISTRATIVE CLAIM. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1141**<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12232<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $440,766.61 | $423,294.81 | REDUCED AMOUNT REFLECTS 6/28/04 PAYMENT OF **$5,081.55** FOR 4/30/04 TO 4/30/05 INSURANCE (ONLY **$4,450.96** IS ASSERTED) AND 11/30/05 PAYMENT OF **$10,382.80** FOR POSTPETITION REAL ESTATE TAXES (CORRECT TAX BILL IS **$12,825.81,** NOT **$12,575.12**) ASSERTED. REDUCED AMOUNT INCLUDES REJECTION DAMAGES OF **$423,740.53,** PREPETITION REAL ESTATE TAXES OF **$2,443.01,** AND 2004 COMMON AREA MAINTENANCE CREDITS OF **$208.36 & $2,680.37.** |
| **Creditor Id: 278549**<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510<br><br>Counsel: ATTN DAVID A GREER ESQ | 5071<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $948,788.12 | $947,993.82 | REDUCED AMOUNT REFLECTS REMOVAL OF **$794.30** FOR TAXES INCURRED POSTPETITION. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 244653**<br>CAROLINA TURKEYS<br>ATTN ROBIN MCSWAIN, CREDIT MGR<br>PO BOX 65959<br>CHARLOTTE, NC 28265-0001 | 5576<br>Debtor: **WINN-DIXIE STORES, INC.** | $22,760.90 | $4,086.90 | REDUCED AMOUNT REFLECTS REMOVAL OF **$18,674.00** FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10707<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,602,780.45 | $1,171,585.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF **$8,207.90,** REMOVAL OF **$160,334.41** ASSERTED IN CLAIM NUMBER 10709, AND RECLAMATION PAYMENTS IN PROCESS TOTALING **$262,652.87.** |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10708<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $164,831.54 | $163,831.54 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10709<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,878,424.20 | $269,410.65 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 381722**<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 | 25<br>Debtor: **WINN-DIXIE STORES, INC.** | $79,833.99 | $7,786.04 | REDUCED AMOUNT REFLECTS 4/1/05 PAYMENT OF $72,047.95 BY CHECK NUMBER 009901266 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DOCKET NUMBER 435). REDUCED AMOUNT IS $561.24 UNSECURED PRIORITY AND $7,224.80 UNSECURED NON-PRIORITY. |
| **Creditor Id: 410823**<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9642<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $402,234.49 | $247,234.49 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $247,234.49 AND REMOVAL OF ALL OTHER ESTIMATED UNDOCUMENTED EXPENSES. DEBTOR MADE REPEATED INQUIRIES FOR DOCUMENTATION. |
| **Creditor Id: 415972**<br>DALIKSCH FAMILY PARTNERSHIP<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 11980<br>Debtor: **WINN-DIXIE STORES, INC.** | $258,640.31 | $191,051.17 | REDUCED AMOUNT REFLECTS REMOVAL OF $25,838.98 FOR OVERSTATED REJECTION DAMAGES, $31,750.16 FOR ESTIMATED UNDOCUMENTED REAL ESTATE TAXES, AND $10,000 FOR ESTIMATED UNDOCUMENTED DAMAGES. DEBTOR MADE REPEATED INQUIRIES FOR DOCUMENTATION. |
| **Creditor Id: 411188**<br>DELTA INVESTMENTS<br>PO BOX 1806<br>GREENVILLE SC 29602<br><br>Counsel: ATTN SEANN GRAY TZOUVELEKAS, ESQ | 11123<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $573,464.83 | $494,720.06 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $445,563.82, $2,312.27 FOR FOURTH QUARTER 2004 COMMON AREA MAINTENANCE CHARGES, $45,214.94 FOR 2004 REAL ESTATE TAXES, AND $1,629.03 FOR 2004 INSURANCE. CLAIMANT PROVIDES NO SUPPORTING DOCUMENTATION FOR REMAINING ASSERTED AMOUNTS DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 410981**<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | 10262<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $380,308.78 | $307,980.63 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410981**<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845<br><br>Transferee: LCH OPPORTUNITIES LLC | 10263<br>Debtor: | $339,536.53<br>WINN-DIXIE RALEIGH, INC. | $156,098.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. CLAIMANT PROVIDES NO SUPPORTING DOCUMENTATION FOR REMAINING ASSERTED AMOUNTS DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 410394**<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | 12082<br>Debtor: | $296,466.60<br>WINN-DIXIE RALEIGH, INC. | $293,791.73 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 250169**<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12323<br>Debtor: | $438,356.39<br>WINN-DIXIE STORES, INC. | $397,418.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,066.52 FOR OVERSTATED REJECTION DAMAGES AND $38,871.72 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 250415**<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12322<br>Debtor: | $391,698.80<br>WINN-DIXIE STORES, INC. | $314,728.50 | REDUCED AMOUNT REFLECTS COMMON AREA MAINTENANCE CREDIT OF $965.04 AND REMOVAL OF $4,693.16 FOR OVERSTATED REJECTION DAMAGES, $4,060.39 FOR DISPUTED COMMON AREA CHARGES, $2,759.13 AND $59.79 FOR OVERSTATED 2004 AND PREPETITION 2005 REAL ESTATE TAXES, RESPECTIVELY, $30,790.85 FOR UNDOCUMENTED REPAIRS, AND $33,641.94 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381764**<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701<br><br>Counsel: ATTN: NINA STUBBLEFIELD TOLLISON, ESQ | 150<br>Debtor: | $167,728.00<br>WINN-DIXIE STORES, INC. | $95,796.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410907**<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12173<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $586,503.54 | $549,922.95 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $549,922.90. REMAINING ASSERTED AMOUNTS LACK ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 2291**<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | 12306<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $580,656.40 | $502,523.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $78,132.84 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1467**<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405<br><br>Counsel: ATTN CHARLES P SUMMERALL IV, ESQ | 10623<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $812,500.00 | $550,458.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 252331**<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACE WEST BLDG ONE<br>2727 PACES FERRY ROAD SUITE 1-1650<br>ATLANTA, GA 30339<br><br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11179<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,097,362.32 | $277,750.50 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 1475**<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | 12067<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $500,744.52 | $498,244.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |
| **Creditor Id: 410902**<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12169<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $274,975.17 | $259,503.16 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $270,837.87 AND CREDIT OF $11,334.71. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 278511**<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | 6068<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $474,743.54 | $165,674.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $299,069.11 FOR OVERSTATED REJECTION DAMAGES AND $10,000 CALCULATION ERROR. |
| **Creditor Id: 254565**<br>LEATHERMAN ASSOCS<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147<br><br>Counsel: ATTN GLENN E KETNER, JR, ESQ | 12395<br>Debtor: **WINN-DIXIE STORES, INC.** | $413,769.83 | $352,577.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $61,192.20 ASSERTED AS ADMINISTRATIVE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 404023**<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601<br><br>Transferee: LIQUIDITY SOLUTIONS, INC<br>Counsel: ATTN DAVID BUCHBINDER, ESQ | 11103<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $452,731.93 | $437,879.99 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 278516**<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096<br><br>Transferee: LIQUIDITY SOLUTIONS, INC<br>Counsel: ATTN J CHRISTOPHER MILLER, ESQ | 9709<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $348,877.08 | $342,748.57 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 12483<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $942,595.84 | $798,232.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 255395**<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 | 7048<br>Debtor: **WINN-DIXIE STORES, INC.** | $328,452.40 | $289,916.76 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $13,498.63, NET CONSUMPTION WAIVER OF $1,495.43, ACCOUNTS PAYABLE CREDIT OF $435.00, RECLAMATION PAYMENTS IN PROCESS TOTALING $47,853.52, AND REMOVAL OF $2,248.32 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 1929**<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 12335<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $277,590.65 | $268,640.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES AND REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| **Creditor Id: 255878**<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149<br><br>Transferee: LIQUIDITY SOLUTIONS INC | 10826<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $53,457.46 | $44,743.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,714.21 FOR DISPUTED 2004 COMMON AREA MAINTENANCE CHARGES AND INSURANCE. |
| **Creditor Id: 410382**<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | 12315<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $349,305.81 | $288,374.69 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,597.91 FOR OVERSTATED REJECTION DAMAGES, $3,500 FOR UNDOCUMENTED REPAIRS, $23,697.23 FOR ATTOREY FEES, AND $15,135.98 FOR REAL ESTATE TAXES INCURRED POSTPETITION. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 408316**<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 6796<br>Debtor: **WINN-DIXIE STORES, INC.** | $139,160.89 | $115,788.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 411075**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12201<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,225,801.07 | $1,692,845.90 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $1,673,612.10 AND PREPETITION 2005 GROUND LEASE AND LEASE RENT OF $892.85 AND $18,340.95, RESPECTIVELY. OTHER ASSERTED AMOUNTS LACK ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416842**<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | 12321<br>Debtor: WINN-DIXIE STORES, INC. | $329,470.22 | $261,753.68 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 410689**<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | 9710<br>Debtor: WINN-DIXIE STORES, INC. | $118,885.37 | $117,623.57 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,261.80 TERRORISM CHARGE. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12089<br>Debtor: WINN-DIXIE RALEIGH, INC. | $2,073,469.37 | $333,744.40 | CLAIM ASSERTED FOR STORES 2036 AND 2177.  REDUCED AMOUNT REFLECTS REMOVAL OF $67,888.24 ASSERTED FOR STORE NUMBER 2177 AS SUCH AMOUNT WAS AMENDED BY CLAIM NUMBER 12854, $1,656,322.86 FOR OVERSTATED REJECTION DAMAGES, $4,096.46 FOR ATTORNEY FEES, AND $11,417.41 FOR PAYMENT OF 2005 POSTPETITION REAL ESTATE TAXES. |
| **Creditor Id: 410937**<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492<br><br>Counsel: ATTN STEPHEN W ROSENBLATT, ESQ | 12292<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,104,476.18 | $250,162.86 | REDUCED AMOUNT REFLECTS REMOVAL OF $39,425.72 FOR OVERSTATED REJECTION DAMAGES FOR STORE NUMBER 1346 AND $814,887.60 ASSERTED FOR STORE NUMBER 1306 AS CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, ITS LENDER. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013<br>Debtor: WINN-DIXIE STORES, INC. | $713,560.15 | $6,197.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $18,593.39, RECLAMATION PAYMENTS IN PROCESS TOTALING $594,988.22, AND REMOVAL OF $93,780.75 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 2481**<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | 7840<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $10,932,176.00 | $1,313,237.40 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 399733**<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225<br><br>Transferee: HMAC 1999-PH1 WATAUGA CTR LTD PART | **824**<br>Debtor: WINN-DIXIE STORES, INC. | $563,767.84 | $436,357.74 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 259354**<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71662<br>CHICAGO, IL 60694-1862 | **6908**<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $136,064.44 | $97,563.92 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,096.39, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $183.82 AND $5.58, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $35,077.63, AND REMOVAL OF $2,137.10 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 408299**<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | **12069**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $388,235.32 | $385,735.32 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY'S FEES. |
| **Creditor Id: 2521**<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | **11940**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $520,835.00 | $342,352.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $157,324.39 FOR OVERSTATED REJECTION DAMAGES, $1,052.62 FOR OVERSTATED INSURANCE, $2,105.04 FOR UNDOCUMENTED CHARGES, AND $18,000 FOR UNDOCUMENTED REPAIRS. DEBTOR MADE REPEATED INQUIRIES FOR DOCUMENTATION. |
| **Creditor Id: 2522**<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 | **10259**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $2,764,818.90 | $413,638.31 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 403228**<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 | **12078**<br>Debtor: WINN-DIXIE STORES, INC. | $432,057.02 | $373,701.12 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $337,022.04 AND 2004 REAL ESTATE TAXES OF $36,679.08. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 1271**<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403<br><br>Counsel: ATTN J DAVID FORSYTH, ESQ | 2567<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $333,057.27 | $319,903.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,153.61 FOR OVERSTATED PREPETITION 2005 INSURANCE. |
| **Creditor Id: 2552**<br>SHERFFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | 9245<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $1,866,647.00 | $309,418.96 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 1897**<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | 10450<br>Debtor: **WINN-DIXIE STORES, INC.** | $204,644.40 | $80,094.97 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 5299<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,372,442.60 | $336,463.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 1934**<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8033<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $586,568.98 | $583,141.46 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES.   REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 264305**<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603<br><br>Counsel: ATTN NEIL REGER, ESQ | 12249<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $178,709.17 | $136,805.17 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 2660**<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | 11958<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,044,348.56 | $596,692.59 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $583,803.75 AND 2005 PREPETITION REAL ESTATE TAXES OF $12,888.84. |
| Counsel: ATTN BRIAN SHAW & ALLEN GUON, ESQS | | | | |
| **Creditor Id: 416847**<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | 12331<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,774,446.52 | $1,655,129.74 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | | | | |
| **Creditor Id: 408298**<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12071<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $454,665.88 | $452,165.88 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| **Creditor Id: 410403**<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | 7451<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $3,328,209.65 | $484,941.93 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN PAULA A SCHMECK, ESQ | | | | |
| **Total Claims to be Reduced:** | **66** | | | |
| **Total Amount to be Reduced:** | $64,253,240.50 | Plus Unliquidated Amounts, If Any | | |
| **Total Reduced Amount:** | $25,549,724.33 | | | |

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 1 of 7
Date: 06/13/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 241502<br>ACCURATE TESTING SERVICES<br>ATTN SAM SKETTENO, DIRECTOR<br>603 HIGHWAY 90, SUITE 2<br>BAY ST LOUIS, MS 39520 | 1969<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | Unliquidated | $140.00 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 264782<br>ANDERSON, WILLIAM<br>PO BOX 120310<br>CLERMONT FL 34712 | 2410<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | $282.86 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 244238<br>BUTLER INVESTMENT I LC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514<br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12385<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | Unliquidated | $496,195.65 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 244267<br>C&C MAINTENANCE<br>ATTN CHRIS CROCHET<br>9280 SCENIC RIVER DR<br>BILOXI, MS 39532<br>Counsel: ATTN MICHAEL B MCDERMOTT, ESQ | 9941<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | $335.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 244836<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514<br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12344<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | Unliquidated | $91,212.22 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 1191<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029<br>Counsel: ATTN ROBERT MEYER, ESQ | 12475<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | $651,296.44 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C- UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410945**<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | 9254<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $412.48 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12112<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | Unliquidated | $983,539.63 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410911**<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12171<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $389,534.57 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1294**<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12225<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $8,971.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 248782**<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12221<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $150,870.40 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1346**<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210<br><br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 8725<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $26,185.38 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410962**<br>GRAHAM PACKAGING COMPANY, LP<br>C/O VENABLE LLP<br>ATTN BRENT W PROCIDA, ESQ<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10210 | Unliquidated | $395,053.12 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| | **Debtor: DEEP SOUTH PRODUCTS, INC.** | | | |
| **Creditor Id: 416286**<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 | 12317 | Unliquidated | $472,794.50 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| | **Debtor: WINN-DIXIE MONTGOMERY, INC.** | | | |
| Counsel: ATTN DOUGLAS C NOBLE, ESQ | | | | |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2502 | Unliquidated | $584.47 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| | **Debtor: WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2503 | Unliquidated | $9,966.93 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| | **Debtor: WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2504 | Unliquidated | $14,547.76 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| | **Debtor: WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 410849**<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9933 | Unliquidated | $11,505.34 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| | **Debtor: WINN-DIXIE STORES, INC.** | | | |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410958<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10149<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $54,037.31 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 381390<br>LALUMIERE, PHILIPPE L<br>2678 NW 65TH AVE<br>MARGATE, FL 33063 | 4381<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $171.80 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 408168<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | 8103<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | Unliquidated | $158,316.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416843<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12326<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $413,183.81 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416844<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12327<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $468,351.10 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416253<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105<br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KATE FREELAND, ESQ | 12108<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $118,640.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410960**<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10151<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $26,797.16 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 258375**<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269<br><br>Transferee: SASCO 1996-CFL DOUGLAS CENTER LP<br>Counsel: ATTN WILLIAM L THOMPSON, ESQ | 12066<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $681,387.51 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1786**<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12218<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $405,539.06 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 264608**<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822 | 12396<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $892,114.74 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1838**<br>SHIELDS PLAZA INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12215<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $596,736.07 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410868**<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE FL 32207 | 9950<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $93,212.84 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 6 of 7
Date: 06/13/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10148<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $50,308.76 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 411295**<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | 11689<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $549,479.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 12914<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $252.06 | FIX AT ASSERTED LIQUIDATED AMOUNT. OF FIXED AMOUNT, $168.71 IS UNSECURED PRIORITY AND $83.35 IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410917**<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAP MARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346<br><br>Counsel: ATTN MARGERY N REED, ESQ | 10087<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $281,869.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1693**<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 | 11127<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unliquidated | $7,047.79 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS FOR PREPETITION PORTION OF 2005 REAL ESTATE TAXES. |
| **Creditor Id: 1999**<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 | 9675<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | $57,382.89 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 1999 | 9677 | Unliquidated | $81,797.83 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| WEINGARTEN REALTY INVESTORS | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| ATTN JENNY HYUN, ESQ. | | | | |
| 2600 CITADEL PLAZA DRIVE | | | | |
| HOUSTON TX 77008 | | | | |
| **Creditor Id:** 265010 | 12223 | Unliquidated | $434,028.35 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| WOODBERRY PLAZA E&A LLC | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| C/O WOODBERRY PLAZA | | | | |
| PO DRAWER B | | | | |
| COLUMBIA, SC 29202 | | | | |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | |

**Total Claims to be Fixed:** 38

**Total Amount to be Fixed:** $0.00     Plus Liquidated Amounts, If Any

**Total Fixed Amount:** $9,894,082.59

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411175**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CREDIT MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231-1487 | 13059 | $751,931.31 | 11240 | $1,061,222.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13048 | $502,647.99 | 11241 | $731,725.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | | |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13058 | $489,146.67 | 11242 | $752,735.46 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | | |
| **Creditor Id: 404028**<br>COMMONWEALTH OF KENTUCKY FIN & ADI<br>ATTN WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | 11695 | $2,608.08 | 1946 | $7,712.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |
| **Creditor Id: 381721**<br>COMMONWEALTH OF KENTUCKY REV DEP<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | 1946 | $7,712.19 | 23 | $7,126.23 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMSTO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 410726<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 12837 | $562,643.13<br>Debtor: WINN-DIXIE STORES, INC. | 11738 | $52,722.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 411181<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | 12086 | $351,925.68<br>Debtor: WINN-DIXIE STORES, INC. | 11251 | $209,651.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410498<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | 11802 | $31,191.84<br>Debtor: WINN-DIXIE STORES, INC. | 8419 | $114,942.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13230 | $271,083.09<br>Debtor: WINN-DIXIE STORES, INC. | 8603 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13229 | $271,083.09<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8604 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 411189<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 13221 | $13,803.38 | 11297 | $15,106.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | | |
| Creditor Id: 411189<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE<br>KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 13222 | $5,478.22 | 12548 | $300,586.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Creditor Id: 406297<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13196 | $0.00 | 3779 | $27,504.39 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 410530<br>VERIZON SOUTH WIRELESS<br>C/O AFNI/VERIZON WIRELESS<br>ATTN DIANA LEWIS<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701 | 13034 | $11,216.17 | 8413 | $14,992.22 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

Total Claims to be Disallowed:          14
Total Amount to be Disallowed:    $4,304,293.32          Plus Unliquidated Amounts, If Any

**EXHIBIT E**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

### ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) REDUCING OVERSTATED CLAIMS, (C) FIXING UNLIQUIDATED CLAIMS AND (D) DISALLOWING AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through D (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     The No Liability Claims listed on Exhibit A are disallowed in their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.     The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.     The Unliquidated Claims listed on Exhibit C are fixed in the amounts listed on Exhibit C under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

5.     The Amended Claims listed on Exhibit D are disallowed in their entirety.

6.     With respect to the Overstated Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

7.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

2

8.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

9.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of July, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4