UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 16, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 19, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.  **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 452225-97<br>INDIAN TRAIL SQUARE  LLC<br>C/O STITES & HARBISON PLLC<br>ATTN: NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |

Total:  3

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 8490

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| INDIAN TRAIL SQUARE  LLC    ID: 252126 | LIQUIDITY SOLUTIONS, INC    ID: 399393 |
| Name of Transferor | Name of Transferee |
| INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| Phone: 859 335 9663 | Phone: 2019680001 |

INDIAN TRAIL SQUARE  LLC  
C/O STITES & HARBISON PLLC  
ATTN: NICOLE S BIDDLE, ESQ  
250 WEST MAIN STREET  
2300 LEXINGTON FINANCIAL CENTER  
LEXINGTON KY 40507-1758

Phone: 859 226 2300  
ID: 452225

Claim No.: 12834                                          Full Transfer:     (X)          Partial Transfer:  
Date Claim Filed: 01/03/2006                       Amount: $482,630.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/16/2006

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 16, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8490

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| INDIAN TRAIL SQUARE LLC   ID: 252126 | LIQUIDITY SOLUTIONS, INC   ID: 399393 |
|---|---|
| Name of Transferor | Name of Transferee |
| INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| Phone: 859 335 9663 | Phone: 2019680001 |

INDIAN TRAIL SQUARE LLC
C/O STITES & HARBISON PLLC
ATTN: NICOLE S BIDDLE, ESQ
250 WEST MAIN STREET
2300 LEXINGTON FINANCIAL CENTER
LEXINGTON KY 40507-1758

Phone: 859 226 2300
ID: 452225

Claim No.: 12835                                Full Transfer:   (X)         Partial Transfer:
Date Claim Filed: 01/03/2006                    Amount: $482,630.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/16/2006                                /s/ Logan & Company, Inc.
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 16, 2006.