[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05-bk-03817-JAF
                                                                    Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

   This case came before the Court upon Motion of Vincent J. Roldan, a non-resident of Florida and counsel for Ad Hoc Trade Committee, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

   ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated June 19, 2006.

                                                        _____
                                                        Jerry A. Funk
                                                        United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Vincent J. Roldan, 1251 Avenue of the Americas, New York, NY 10020