# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### CERTIFICATE OF SERVICE WITH RESPECT TO DEBTOR'S NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 10855 FILED BY SIGNATURE BRANDS, LLC AS SET FORTH IN DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS, (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

I, Jane M. Leamy, certify that on June 16, 2006 I caused to be served the Debtor's Notice of Withdrawal of Objection to Claim No. 10855 Filed by Signature Brands, LLC as Set Forth in Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims, by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 19, 2006

                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By: /s/ *Jane M. Leamy*
                                                Jane M. Leamy
                                                One Rodney Square
                                                Willmington, DE 19801
                                                (302) 651-3000
                                                (302) 651-3001 (facsimile)

                                                        - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

## **Exhibit A**

Signature Brands LLC
Attn: Robert E Munn
808 SW 12th Street
Ocala, Fl  34478

DLA Piper Rudnick Gray Cary LLP
Attn: Daniel J Carrigan, Esq
1775 Wiehle Ave, Ste 400
Reston, VA  20190