**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 7770 FILED BY HILLANDALE FARMS, INC. AS SET FORTH IN DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS, (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to claim no. 7770, filed by Hillandale Farms, Inc., as set forth in the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (Docket No. 8116). The Debtors reserve the right to object to claim no. 7770 at a later date.

Dated: June 19, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|        D. J. Baker |        Stephen D. Busey |
|        Sally McDonald Henry |        James H. Post |
|        Rosalie Walker Gray |        Cynthia C. Jackson, |
|        Jane M. Leamy |        Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

459825-Wilmington Server 1A - MSW