UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) <br> ) *Chapter 11* <br> WINN-DIXIE STORES, INC., et al., ) <br> ) Jointly Administered <br> Debtors. ) |

**CREDITOR'S RESPONSE TO DEBTORS' OBJECTION
TO AMOUNT OF CLAIM**

Creditor ID: WDX-411413-1L-14
CLARK DISTRIBUTING COMPANY LOUISIANA
215 NORTH PIERCE
P.O. BOX 3970
LAFAYETTE, LA 70502

Counsel ID: WDX-411413-1L-15
FRANK HAMPTON MOORE, JR.
COLE & MOORE, P.S.C.
921 COLLEGE STREET
P.O. BOX 10240
BOWLING GREEN, KY 42102-7240

Creditor Clark Distributing Company Louisiana, by counsel, for its response to the debtors' objection to the amount of its asserted claim, states as follows:

This creditor's claim in the amount of $4,598.26 is evidenced by adequate supporting documentation in the form of delivery invoices. Said documentation has been previously provided to the debtors on at least one occasion. The debtors apparently rely upon the fact that some of these invoices do not bear the signature of one of its employees as a basis for its statement that the full amount of the claim is not supported by adequate documentation. In fact, the goods itemized on the invoices were all delivered to Winn Dixie stores on the dates stated therein. An affidavit of delivery,

attached hereto, further establishes the legitimacy of the full amount of the claim, as asserted.

Accordingly, Creditor Clark Distributing Company Louisiana hereby expresses its opposition to the reduction of its claim, and respectfully requests that the claim stand as asserted, in its full amount of $4,598.26.

This 19th day of June, 2006.

> CLARK DISTRIBUTING COMPANY LOUISIANA
> 215 NORTH PIERCE
> P.O. BOX 3970
> LAFAYETTE, LA 70502
> Phone: (270) 782-6666
> Fax: (270) 782-8666
>
> BY: _____
> FRANK HAMPTON MOORE, JR., ATTORNEY

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was on this 19th day of June, 2006, electronically transmitted to the following:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, NY 10036
djbaker@skadden.com
Facsimile (917) 777-2150

_____
FRANK HAMPTON MOORE, JR.

## AFFIDAVIT

The affiant, *Jimmy Briggs*, after having been duly sworn, states the following:

1. By virtue of my position in the company, I am familiar with the manner in which Clark Distributing Company Louisiana does business.

2. Having reviewed the invoices previously submitted in these bankruptcy proceedings in an effort to substantiate the claim of Creditor Clark Distributing Company Louisiana, I am satisfied that the goods itemized on each invoice were in fact delivered to the debtor's store(s) on the date indicated on each invoice, regardless of whether each invoice was signed by an agent of the debtor.

3. The full amount owed by the debtor as a result of the delivery and receipt of these goods is $4,598.26, as substantiated by the invoices.

FURTHER THE AFFIANT SAYETH NAUGHT.

Dated this *19* day of June, 2006.

*Jimmy Briggs*
Director of Operations TITLE
CLARK DISTRIBUTING COMPANY LOUISIANA

STATE OF *Kentucky*   )
                      )SS
COUNTY OF *Warren*    )

SUBSCRIBED and sworn to before me by *Jimmy Briggs* on the *19* day of June, 2006.

*Jordan A. Buccarell*
NOTARY PUBLIC
My commission expires: *July 28, 2009*