United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
Clerk of Court
300 North Hogan St.
Suite 3-350
Jacksonville Florida 32202



Re Winn Dixie Stores, Inc Case No. 05-03817-3Fl Claim No. 808

**This is to serve as written notice as opposition to reduction of our claim filed by debtor's attorney Skadden, Arps, Slate, Meagher & Flom, and LLP. Dated, May 30, 2006.**

1) Winn Dixie Short paid invoices leaving the balance due, and have not been already paid.
2) Winn Dixie has not provided proof of payment.
3) Contract Sweepers has provided proof of balance due.
4) Attorneys for debtor spent more money filing for relief than $323.62.
5) Contract Sweepers with corporate offices in Ohio request that written objection stand in as $323.62 amount does not justify trip to Florida to appear in person.
6) Contract sweepers served hard copy objecting to reduction to court in timely fashion.
7) Contract sweepers served hard copy objecting to reduction to debtor's attorney **Skadden, Arps, Slate, Meagher & Flom LLP.**
8) Original balance of invoices was $6,972.98. Balance currently due is $1,090.69.

Dated June 8th 2006.

*Bill Miller* (signature)

Bill Miller
CFO

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  ) Case No. 05-03817-3F1
 )
WINN-DIXIE STORES, INC., et al.,  ) Chapter 11
 )
Debtors.[1]  ) Jointly Administered

**FILED**
JACKSONVILLE, FLORIDA
JUN 19 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF DEBTORS' TWELFTH OMNIBUS OBJECTION TO (A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS

Creditor ID: WDX-246933-1L-12
CONTRACT SWEEPERS & EQUIPMENT
ATTN WILLIAM S MILLER, CONTROLLER
561 SHORT STREET
COLUMBUS, OH 43215-5678

| CLAIM(S) TO BE REDUCED ||
|---|---|
| Claim No.: 808<br>Claim Amount: $1,090.69 | Reduced Claim Amount: $767.07<br>Reason for Reduction:<br>REDUCED AMOUNT REFLECTS PAYMENT OF $323.62 FOR VARIOUS POSTPETITION INVOICES. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on May 30, 2006 their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3. If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 19, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **June 29, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: May 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |