## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 19, 2006, I caused copies of:

- the **Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims and (C) Reclassifying Misclassified Claims as Set Forth in the Debtors' Eleventh Omnibus Claims Objection**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: June 20, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 1V

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

CREDITOR ID: 84256-09
ALFARO, NORBERTO B
12328 CLOVER STONE DR
TAMPA FL 33624

CREDITOR ID: 85439-09
AMOS, MISTY D
PO BOX 415
STANLEYTOWN VA 24168

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242342-12
AMSOUTH BANK
10245 CENTURION PARKWAY, SUITE 200
JACKSONVILLE, FL 32256

CREDITOR ID: 242342-12
AMSOUTH BANK
C/O WINDERWEEDLE HAINES WARD ET AL
ATTN RYAN E DAVIS, ESQ
1500 BANK OF AMERICA CENTER
390 N ORANGE AVENUE
ORLANDO FL 32801

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 88987-09
BAKER, MICHAEL D
714 FORCE ROAD
GOLDSBORO NC 27534

CREDITOR ID: 89736-09
BARBOSA-LOPEZ, HILDA E
132 RUBY CIRCLE
BRANDON FL 33510

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORPORATION
C/O TUGGLE DUGGINS & MESCHAN, PA
ATTN PAUL M DENNIS, ESQ.
228 WEST MARKET STREET
PO BOX 2888
GREENSBORO NC 27402-2888

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORPORATION
C/O T COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO, NC 27404

CREDITOR ID: 393721-58
BRADFORD, DON F & WENDY L
C/O BEARFIELD & BLACKBURN
ATTN RICK J BEARFIELD, ESQ
2513 WESLEY STREET, STE 1
PO BOX 4210 CRS
JOHNSON CITY TN 37602

CREDITOR ID: 393721-58
BRADFORD, DON F & WENDY L
236 LAKERIDGE DRIVE
JOHNSON CITY TN 37659

CREDITOR ID: 408358-15
BROOKHAVEN RETAIL LLC
C/O STEVEN BARRY FRANKOFF, ESQ
15018 MARLEBONE
HOUSTON TX 77069

CREDITOR ID: 98895-09
BROOKS, THOMAS A
824 HUMMINGBIRD LANE
ORLANDO FL 32825

CREDITOR ID: 99687-09
BROWN, JOHN W
301 N KANAWHA STREET
BECKLEY WV 25801

CREDITOR ID: 278420-24
BROWN, NOLTEMEYER COMPANY
ATTN CHARLES A BROWN JR
2424 EAGLES EYRIE COURT
LOUISVILLE KY 40206

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LP
C/O BRONZE HOLDINGS INC.
1853 EAST PIEDMONT ROAD, SUITE 300
MARIETTA, GA 30066

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LP
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 374047-15
CAIN CREEK SHOPPING CENTER, INC
ATTN GEORGE BUCKMAN, JR, GP
400 BRIDGE STREET
DANVILLE, VA 24541

CREDITOR ID: 374047-15
CAIN CREEK SHOPPING CENTER, INC
C/O CLEMENT & WHEATLEY
ATTN TREVOR A MOE, ESQ
549 MAIN STREET
PO BOX 8200
DANVILLE VA 24543-8200

CREDITOR ID: 244415-12
CAMERON SANFORD COMPANY LLC
ATT CONNIE S STEAD ACCTG MGR
PO BOX 31827
RALEIGH, NC 27622-1827

CREDITOR ID: 244415-12
CAMERON SANFORD COMPANY LLC
C/O CRANFILL SUMNER & HARTZOG
ATTN RICHARD T BOYETTE, ESQ.
PO BOX 27808
RALEIGH NC 27611-7808

CREDITOR ID: 1183-07
CEDAR MOUNTAIN VILLAGE, LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T B MIMMS JR
85-A MILL STREET, SUITE 100
ROSWELL, GA 30075-5487

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORPORATION
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN CHARLES KADISH, VP
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 245819-12
CITY OF HAMILTON INCOME TAX DIV
ATTN MICHAEL MCDULIN, TAX COMM
345 HIGH STREET, STE 410
HAMILTON OH 45011

CREDITOR ID: 395541-15
CITY OF NEW ORLEANS REV COLL, LA
ATTN DERRICK MUSE, DPTY FIN DIR
CITY HALL ANNEX
NEW ORLEANS LA 70112

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427 | CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>C/O NORTH MIAMI BEACH CITY ATTORNEY<br>17011 NE 19TH AVENUE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 246043-12<br>CITY OF ORMOND BEACH<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN SANDRA C UPCHURCH<br>PO BOX 277<br>ORMAND BEACH, FL 32175-0277 |
| CREDITOR ID: 240257-06<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BOULEVARD<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 112325-09<br>CORTINA, PEDRO<br>5377 W 23RD  COURT<br>HIALEAH FL 33016 |
| CREDITOR ID: 399643-15<br>COUNTY OF FULTON FIN DEPT<br>WATER & SEWER BILLING & COLLECTIONS<br>ATTN MONICA DIXON<br>141 PRYOR STREET SW, SUITE 7001<br>ATLANTA GA 30303 | CREDITOR ID: 250148-12<br>COUNTY OF FULTON WATER SEWER REV FD<br>DEPT OF PUBLIC WORKS<br>ATTN CHARLES A EDWARDS, JR<br>1030 MARIETTA HWY<br>ROSWELL GA 30075 | CREDITOR ID: 240480-06<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 258386-12<br>COUNTY OF PERRY REVENUE DEPT<br>PROPERTY TAX<br>ATTN ELDORA ANDERSON, TAX COLLECTOR<br>PO BOX 95<br>MARION AL 36756 | CREDITOR ID: 113046-09<br>CRABTREE, JANISE V<br>125 CYPRESS LN<br>FAIRHOPE AL 36532 | CREDITOR ID: 18668-05<br>CRENSHAW, WILLIE G<br>678 WALKER GREEN RD<br>GREENVILLE AL 36037 |
| CREDITOR ID: 113762-09<br>CROCKER, THOMAS M<br>1108 COLLEGE ST<br>CLEVELAND MS 38732-0999 | CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 | CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 |
| CREDITOR ID: 116526-09<br>DAVIS, GARY D<br>200 WHITTINGTON DRIVE, APT 231<br>MADISONVILLE KY 42431 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN JOHN M. ROSENTHAL, ESQ<br>2 EMBARCADERO CENTER, STE 2700<br>SAN FRANCISCO CA 94117 |
| CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN DENNIS J DREBSKY, ESQ.<br>437 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 22386-05<br>DOSS, LISA G<br>30 EDGEWOOD DR<br>SELMA AL 36701 | CREDITOR ID: 121653-09<br>DUETT, WILLIAM W<br>1616 34TH AVENUE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 279359-36<br>FABRI-KAL CORPORATION<br>ATTN HOWARD W  LYNCH, CR MGR<br>PLASTICS PLACE<br>KALAMAZOO  MI 49001 | CREDITOR ID: 278462-24<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 | CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 |
| CREDITOR ID: 410446-15<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410858-15<br>FLINT CROSSING, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35803 | CREDITOR ID: 128219-09<br>FOLEY, PATRICK M<br>71 REGINA BLVD<br>BEVERLY HILLS FL 34465-4124 |

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410494-15<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 130749-09<br>FYE, LEAH F<br>608 S KING AVE<br>DUNN NC 28334 | CREDITOR ID: 278471-25<br>GENERAL MANAGEMENT SERVICES<br>204 SO TEMPLE AVENUE<br>FAYETTE AL 35555 |
| CREDITOR ID: 132901-09<br>GEORGE, MICHEAL T<br>803 VETERANS PKWY<br>OPELIKA AL 36805 | CREDITOR ID: 250527-12<br>GEORGIA SUBSEQUENT INJURY TRUST FND<br>ATTN RICHARD W MCGEE, ADMINISTRATOR<br>1720 PEACHTREE STREET, SUITE 500<br>ATLANTA GA 30309-2462 | CREDITOR ID: 28820-05<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 |
| CREDITOR ID: 1566-RJ<br>GRAVLEE, MACON W JR<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 421574-ST<br>HARDENBROOK, PAULA<br>7110 YOUNG OAK LANE<br>BLACKSHEAR GA 31516 | CREDITOR ID: 382874-51<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405 |
| CREDITOR ID: 382874-51<br>HARRISON, ANDREW DBA<br>C/O ARNOLD GALLAGHER SAYDACK ET AL<br>ATTN LOREN S SCOTT, ESQ<br>PO BOX 1758<br>EUGENE OR 97440-1758 | CREDITOR ID: 410571-15<br>HENKEL CONSUMER ADHESIVES<br>ATTN SCOTT MILLER, FINANCE DIRECTOR<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 | CREDITOR ID: 411192-15<br>HENLEY, J&R & YARBOROUGH W&M<br>238 N MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | CREDITOR ID: 145862-09<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA FL 32703 | CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE MS 38614 |
| CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>C/O HUNT & ROSS, PA<br>ATTN TOM T ROSS, JR, ESQ.<br>PO BOX 1196<br>CLARKSDALE MS 38614 | CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209 | CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>C/O BALCH & BINGHAM LLP<br>ATTN THOMAS G AMASON III, ESQ<br>1901 6TH AVENUE NORTH, SUITE 2600<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 150341-09<br>HUTLEY, RAYMOND L<br>1358 8TH STREET<br>WEST PALM BEACH FL 33402 | CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 381867-99<br>K-2 PROPERTIES LLC<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>STE 300 (27609); PO BOX 17047<br>RALEIGH NC 27619-7047 | CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46802 | CREDITOR ID: 43230-05<br>LAMB, HARVEY<br>88 GLORY LANE<br>TIFTON GA 31794 | CREDITOR ID: 43230-05<br>LAMB, HARVEY<br>C/O SIMS, FLEMING & BENSON<br>ATTN HERBERT W BENSON, ESQ<br>PO BOX 1165<br>TIFTON GA 31793 |

Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**        **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 254566-12<br>LEATHERWOOD CROSSING INC<br>PO BOX 4782<br>MARTINSVILLE VA 24115 |
| CREDITOR ID: 417074-15<br>LEATHERWOOD CROSSING INC<br>C/O AMERICAN PROPERTY MANAGEMENT<br>ATTN DOUGLAS WALSH, GEN MGR<br>PO DRAWER 4991<br>MARTINSVILLE VA 24115 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 165324-09<br>LEWIS, ROBBIN P<br>7105 MATTHEW ST<br>JACKSONVILLE FL 32210 | CREDITOR ID: 168400-09<br>LYON, KERRY D<br>1734 LAKESIDE DRIVE<br>VENICE FL 34293 | CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>ATTN WAYNE MCKINNEY<br>851 WASHINGTON SQ MALL<br>WASHINGTON NC 27889 |
| CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>C/O WARD & SMITH PA<br>ATTN J MICHAEL FIELDS<br>PO BOX 8088<br>GREENVILLE NC 27835-8088 | CREDITOR ID: 397197-67<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>C/O WARD & SMITH PA<br>ATTN J MICHAEL FIELDS ESQ<br>120 WEST FIRE TOWER ROAD<br>WINTERVILLE NC 28590 | CREDITOR ID: 255924-12<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 |
| CREDITOR ID: 52168-05<br>MONESTIME, FRANK<br>14801 GARDEN DRIVE<br>MIAMI FL 33168 | CREDITOR ID: 417088-15<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, A/R MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | CREDITOR ID: 182981-09<br>MYHRE, MICHAEL A<br>2806 DE MEL AVENUE, APT 2<br>LOUISVILLE KY 40214-5000 |
| CREDITOR ID: 380980-47<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | CREDITOR ID: 410990-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SWEETWATER VILLAGE, AUSTELL, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 184525-09<br>NICHOLSON, KRISTI D<br>401 MEDOC MOUNTAIN ROAD<br>ENFIELD NC 27823 |
| CREDITOR ID: 407596-15<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>FKA NORTHCROSS LAND &DEVELOPMENT LP<br>3800 ARCO CORPORATE DR, SUITE 200<br>CHARLOTTE NC 28273 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>C/O MOORE & VAN ALLEN, PLLC<br>ATTN CAROLINE HUBBELL, ESQ<br>100 N TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 |
| CREDITOR ID: 257458-12<br>NORTHWEST ALABAMA GAS DISTRICT<br>ATTN JERRY W SELF, GM<br>PO BOX 129<br>HAMILTON, AL 35570 | CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 411152-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HOLDERS OF BEAR STEARNS COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 416278-15<br>ORLANDO 99-FL LLC<br>C/O BROAD & CASSEL<br>ATTN ROY S KOBERT, ESQ<br>PO BOX 4961<br>ORLANDO FL 32802-4961 | CREDITOR ID: 56174-05<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | CREDITOR ID: 257863-12<br>OXYGEN SERVICE COMPANY<br>ATTN JUDY HASKINS<br>PO BOX 3489<br>MACON, GA 31205 |

**SERVICE LIST**
**Order (A) Disallowing No Liability Claims, (B) Disallowing**
**No Liability Misclassified Claims and (C) Reclassifying**
**Misclassified Claims as Set Forth in the Debtors'**
**Eleventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 254302-12
PARISH OF LAFOURCHE SCHOOL BD
PO BOX 997
THIBODAUX, LA 70302-0997

CREDITOR ID: 254302-12
PARISH OF LAFOURCHE SCHOOL BD
C/O DELISE, AMEDEE, HALL
ATTN PATRICK M AMEDEE, ESQ.
702 E 7TH STREET
THIBODAUX LA 70301

CREDITOR ID: 376513-44
PARISH OF ST MARY
SALES AND USE TAX
ATTN JEFFREY LAGRANGE
PO BOX 1142
MORGAN CITY, LA 70381-1142

CREDITOR ID: 376513-44
PARISH OF ST MARY
LIPPMAN MAHFOUZ TRANCHINA ET AL
ATTN BRIAN M TRANCHINA, ESQ
1025 VICTOR II BOULEVARD
MORGAN CITY LA 70380

CREDITOR ID: 408329-15
PARISH OF ST TAMMANY
ATTN ROBERT BARNETT, ESQ.
PO BOX 628
COVINGTON LA 70434

CREDITOR ID: 258072-12
PARKWOOD PLAZA SHOPPING CENTER
C/O MCFARLANE FERGUSON & MCMULLEN
ATTN ROBERT G COCHRAN, ESQ.
ONE TAMPA CITY CENTER, SUITE 2000
201 NORTH FRANKLIN STREET
TAMPA FL 33602

CREDITOR ID: 57126-05
PARRISH, J S
2342 BARBER ROAD
ELON COLLEGE NC 27244

CREDITOR ID: 410510-15
PAUL REVERE LIFE INSURANCE COMPANY
C/O UNUMPROVIDENT
ATTN MERI LOWRY, ESQ & S CARVEL, VP
2211 CONGRESS STREET, M284
PORTLAND ME 04122

CREDITOR ID: 410515-15
PAW CREEK CROSSING, LP
C/O GVA LAT PURSER & ASSOCIATES INC
ATTN DAVID R MARTIN, PROPERTY MGR
4530 PARK ROAD, SUITE 300
CHARLOTTE NC 28209

CREDITOR ID: 410515-15
PAW CREEK CROSSING, LP
C/O HORACK TALLEY LAW OFFICES
ATTN KRISTIN D OGBURN, ESQ
2600 ONE WACHOVIA CENTER
301 SOUTH COLLEGE STREET
CHARLOTTE NC 28202-6038

CREDITOR ID: 258574-12
PINES CARTER OF FLORIDA, INC
C/O MELAND, RUSSIN, ET AL
ATTN JONATHAN R WILLIAMS, ESQ
200 S BISCAYNE BLVD, SUITE 3000
MIAMI FL 33131

CREDITOR ID: 258574-12
PINES CARTER OF FLORIDA, INC
C/O PINES GROUP INC
ATTN R PINES, PRES OR G PINES, ESQ
3301 PONCE DELEON BLVD
CORAL GABLES, FL 33134

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 259355-12
RED OAK SHOPPING CENTER LLC
C/O BALCH & BINGHAM LLP
ATTN BETH T BAER, ESQ
3535 PIEDMONT RD, BLDG 14, STE 1100
ATLANTA GA 30305

CREDITOR ID: 259355-12
RED OAK SHOPPING CENTER LLC
C/O SPECTRUM CAUBLE MANAGEMENT LLC
5871 GLENRIDGE DRIVE, SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 259462-12
REPUBLIC PLASTICS LTD
ATTN MELISSA LAMB, CONTROLLER
355 SCHUMANN RD
MCQUEENEY, TX 78123

CREDITOR ID: 259648-12
RIDGEVIEW INC
ATTN RODNEY M POOLE, ESQ
PO BOX 6895
RICHMOND, VA 23230-6895

CREDITOR ID: 315892-40
RIDGEWOOD SQUARE LLC
PO BOX 4782
MARTINSVILLE, VA 24115

CREDITOR ID: 65611-05
SANCHEZ, GERARDO
3829 SW 145 PLACE
MIAMI FL 33165

CREDITOR ID: 315699-36
SCHUSTER MARKETING CORPORATION
C/O HEIDI SCHUSTER, VP
6223 W FOREST HOME AVE
MILWAUKEE WI 53220

CREDITOR ID: 68275-05
SIMMONS, ISAIAH M
PO BOX 487
HASTINGS FL 32145

CREDITOR ID: 410512-15
SOF INVESTMENTS, LP
ATTN MARC R LISKER, ESQ
645 FIFTH AVENUE, 21ST FLOOR
NEW YORK NY 10022

CREDITOR ID: 261306-12
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
ATTN JAMES E COVINGTON, JR.
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
SOUTH ROCKDALE SHOPPING CENTER
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG, STE 101
ATLANTA, GA 30327-3052

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 261365-12<br>SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>C/O BELL TINDAL & FREELAND, PA<br>ATTN WILLIAM C TINDAL, ESQ.<br>312 NORTH MAIN STREET<br>PO BOX 867<br>LANCASTER SC 29721 | CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721 |
| CREDITOR ID: 410540-15<br>SPRINGLAND ASSOCIATES, LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>104 EAST SPRINGS STREET<br>LANCASTER SC 29720 | CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427 | CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 |
| CREDITOR ID: 411295-15<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: BRIAN D SALWOWSKI<br>INDIANA GOVERNMENT CTR SO, FIFTH FL<br>402 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204-2770 |
| CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 261896-12<br>STATE OF SOUTH CAROLINA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: HENRY MCMASTER, ESQ<br>REMBERT C DENNIS OFFICE BLDG 519<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 |
| CREDITOR ID: 261896-12<br>STATE OF SOUTH CAROLINA REV DEPT<br>ATTN JOE S DUSENBURY JR, ESQ<br>301 GERVAIS ST<br>PO BOX 125<br>COLUMBIA SC 29214 | CREDITOR ID: 381921-15<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | CREDITOR ID: 262416-12<br>TAI FOONG USA INC<br>ATTN GIL G MARTIN, CREDIT MGR<br>SDS 12-2410<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2410 |
| CREDITOR ID: 408396-97<br>TAI FOONG USA, INC.<br>ATTN: GIL MARTIN<br>2456 6TH AVE S STE 300<br>SEATTLE WA 98134 | CREDITOR ID: 2613-07<br>TATONE PROPERTIES FLA INC<br>C/O LAW OFFICE OF MELODY D GENSON<br>ATTN MELODY D GENSON, ESQ.<br>3665 BEE RIDGE ROAD, SUITE 316<br>SARASOTA FL 34233 | CREDITOR ID: 2613-07<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE, SUITE 111<br>SARASOTA, FL 34237 |
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | CREDITOR ID: 410395-15<br>VENTURES, LLC<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 264180-12<br>VILLAGE PLAZA INC<br>ATTN BEN B MILLS JR, PRES<br>PO BOX 408<br>FITZGERALD, GA 31750-0408 |
| CREDITOR ID: 264180-12<br>VILLAGE PLAZA INC<br>C/O MILLS & LARKEY, LLC<br>ATTN BEN B MILLS JR, ESQ<br>315 SOUTH MAIN STREET<br>PO BOX 408<br>FITZGERALD GA 31750 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O LAW OFFICE OF NEIL REGER<br>ATTN NEIL REGER, ESQ<br>4476 BOCAIRE BLVD<br>BOCA RATON FL 33487 |

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims and (C) Reclassifying
Misclassified Claims as Set Forth in the Debtors'
Eleventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411027-15 | CREDITOR ID: 411027-15 | CREDITOR ID: 2668-07 |
| WD TAMPA TRUST | WD TAMPA TRUST | WD WESTMINSTER SC LLC |
| C/O HELD & ISRAEL | RIKER DANZIG SCHERER ET AL | C/O I REISS & SON |
| ATTN EDWIN HELD & ADAM FRISCH, ESQS | ATTN MORRISON/TILTON/SPONDER, ESQS | ATTN GREGORY MCMAHON, CPA |
| 1301 RIVERPLACE BLVD, SUITE 1916 | HEADQUARTERS PLAZA | 200 EAST 61ST STREET, APT 29F |
| JACKSONVILLE FL 32207 | ONE SPEEDWELL AVENUE | NEW YORK NY 10021 |
| | MORRISTOWN NJ 07962 | |
| CREDITOR ID: 2673-07 | CREDITOR ID: 403489-15 | CREDITOR ID: 410482-15 |
| WEDDINGTON ASSOCIATES | WEINACKER'S SHOPPING CENTER LLC | WELLS FARGO BANK NORTHWEST NA, TTEE |
| C/O KENNEDY, COVINGTON, ET AL | ATTN BARRY A FRIEDMAN | ATTN VAL T ORTON, VP |
| ATTN AMY PRITCHARD WILLIAMS, ESQ | 3809 CLARIDGE ROAD NORTH | MAC U1228-120 |
| HEARST TOWER, 47TH FLOOR | MOBILE AL 36608 | 299 SOUTH MAIN STREET, 12TH FLOOR |
| 214 NORTH TRYON STREET | | SALT LAKE CITY UT 84111 |
| CHARLOTTE NC 28202 | | |
| CREDITOR ID: 410482-15 | CREDITOR ID: 1115-07 | CREDITOR ID: 1115-07 |
| WELLS FARGO BANK NORTHWEST NA, TTEE | YORK, BENNETT V | YORK, BENNETT V |
| C/O VINSON & ELKINS LLP | C/O SOUTHGATE REALTY, LLC | C/O BENNETT, LOTTERHOS, SULSER & WILSON |
| ATTN STEVEN M ABRAMOWITZ, ESQ | PO BOX 16615 | ATTN MARCUS M WILSON, ESQ |
| 666 5TH AVE, 26TH FLOOR | HATTIESBURG MS 39402 | PO BOX 98 |
| NEW YORK NY 10103-0040 | | JACKSON MS 39205-0098 |

**Total:    171**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS AND (C) RECLASSIFYING MISCLASSIFIED CLAIMS AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 12846 filed by Don & Wendy Bradford, (ii) claim no. 8721 and 8722 filed by FW NC-Shoppes of Kildaire, LLC, (iii) claim no. 12168 filed by JDN Realty Corporation (iv) claim no. 12821 filed by Leatherwood Crossing Inc., (v) claim no. 9932 filed by KPT Communities, LLC, (vi) claim no. 9934 filed by KPT Properties, LP, (vii) claim nos. 8718 and 8719 filed by MCW-RC GA Howell Mill Village, LLC, (viii)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim nos. 10288, 10289, 10291, 10300 and 12200 filed by New Plan Excel Realty Trust, (ix) claim no. 12820 filed by Ridgewood Square LLC, (x) claim no. 9468 filed by Schuster Marketing Corporation, (xi) claims 11690, 11691 and 11693 filed by the State of Alabama Department of Revenue, (xii) claim no. 4439 filed by the State of Georgia Department of Revenue, (xiii) claim nos. 222, 11683, 11684 and 12826 filed by the State of Tennessee Department of Revenue, (xiv) claim no. 10314 filed by WD Route 3 LP, (xv) claim no. 2026 filed by Thomas Brooks and (xvi) claim no. 1167 filed by Weinacker's Shopping Center LLC (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through C. The Debtors have withdrawn without prejudice their objection to (i) claim no. 11901 filed by Chester Dix Newman Corporation, (ii) claim no. 4150 filed by the State of South Carolina Department of Revenue, and (iii) claim no. 12076 filed by Wells Fargo Bank Northwest NA which claims have been removed from Exhibit A. Claim no. 11817 filed by the Indiana Revenue Department was withdrawn by the creditor. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.      The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

4.      The secured, priority or multiple class status alleged for each of the Misclassified Claims listed on Exhibit C is denied; and the Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

2

5.      Upon agreement with the claimant, claim no. 8849 filed by Bennett V. York is reduced to $21,826.

6.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

7.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

8.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

9.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 15 day of June, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 408358**<br>BROOKHAVEN RETAIL LLC<br>C/O STEVEN BARRY FRANKOFF, ESQ<br>15018 MARLEBONE<br>HOUSTON TX 77069 | **7064**<br>**Debtor:** WINN-DIXIE STORES, INC. | $29,230.11 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/11/05 TO PKRB, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $30,443.08 FOR REAL ESTATE TAXES. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 278420**<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | **1333**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id: 278420**<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | **1334**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id: 278420**<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | **1335**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id: 278420**<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | **1336**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS PER AGREEMENT WITH CLAIMANT, SIGNED BUT OTHERWISE BLANK PROOF OF CLAIM WITH NO SUPPORTING DOCUMENTATION TO BE DISALLOWED. |
| **Creditor Id: 1151**<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066<br><br>Counsel: ATTN MITCHELL S ROSEN, ESQ | **3695**<br>**Debtor:** WINN-DIXIE STORES, INC. | $34,211.45 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO HARRIS TEETER, INC. 8/12/05. IN CONNECTION WITH CLOSING, DEBTOR PAID $5,948.35 FOR COMMON AREA MAINTENANCE CHARGES AND $28,263.10 FOR REAL ESTATE TAXES. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 374047**<br>CAIN CREEK SHOPPING CENTER, INC<br>ATTN GEORGE BUCKMAN, JR, GP<br>400 BRIDGE STREET<br>DANVILLE, VA 24541<br><br>Counsel: ATTN TREVOR A MOE, ESQ | **4184**<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $39,595.19 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT FOR PERIODS PRIOR TO 2004 PREVIOUSLY DISPUTED BY DEBTOR. REMAINING CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  244415**<br>CAMERON SANFORD COMPANY LLC<br>ATT CONNIE S STEAD ACCTG MGR<br>PO BOX 31827<br>RALEIGH, NC  27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | **10417**<br>Debtor: | **$1,210,641.32**<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD TO GREG ADAMS ENTERPRISES, INC. 9/16/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| **Creditor Id:  244415**<br>CAMERON SANFORD COMPANY LLC<br>ATT CONNIE S STEAD ACCTG MGR<br>PO BOX 31827<br>RALEIGH, NC  27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | **10418**<br>Debtor: | **$1,210,641.32**<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY CLAIM. LEASE SOLD TO GREG ADAMS ENTERPRISES, INC. 9/16/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| **Creditor Id:  1183**<br>CEDAR MOUNTAIN VILLAGE, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T B MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL, GA  30075-5487 | **9434**<br>Debtor: | **$74,759.57**<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC.  IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $74,728.55 (REAL ESTATE TAXES OF $30,852.52, INSURANCE OF $6,868.21, AND COMMON AREA MAINTENANCE CHARGES OF $36,907.82).  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:  407775**<br>CHAPIN DEVELOPMENT CO<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | **7832**<br>Debtor: | **$68,523.59**<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD AND, IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $65,049.61. NO OTHER AMOUNT IS DUE. |
| **Creditor Id:  2137**<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY  11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | **11900**<br>Debtor: | **$3,496,062.13**<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, UNITED COMMERCIAL MORTGAGE CORP. |
| **Creditor Id:  245819**<br>CITY OF HAMILTON INCOME TAX DIV<br>ATTN MICHAEL MCDULIN, TAX COMM<br>345 HIGH STREET, STE 410<br>HAMILTON  OH  45011 | **11670**<br>Debtor: | **$77.63**<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION.  DEBTOR HAS NO RECORD OF RECEIVING ANY NOTICE FOR UNPAID OR UNDERPAID TAXES FROM CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 395541**<br>CITY OF NEW ORLEANS REV COLL, LA<br>ATTN DERRICK MUSE, DPTY FIN DIR<br>CITY HALL ANNEX<br>NEW ORLEANS LA 70112 | **4200**<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,063,722.53 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CITY WAS SENT ALL MISSING RETURNS AND CANCELED CHECKS. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | **8608**<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $20,674.31 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id: 411303**<br>CRIIMI MAE SVCS LP, SERIES 1998-WF1<br>HOLDERS MORGAN STANLEY CAPITAL INC<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | **10602**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM FILED BY LANDLORD'S LOCKBOX FOR STORES 491 AND 899. LEASE FOR STORE 491 TERMINATED EFFECTIVE 1/31/04 AND STORE 899 IS AN OPERATING STORE. NO AMOUNTS ARE DUE ON EITHER STORES. |
| **Creditor Id: 247230**<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3636 CAVALIER DRIVE<br>JACKSON, MS 39216-3501<br><br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | **247230**<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $14,683.16 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/29/05 TO KAYE FOOD COMPANIES. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $14,683.16 FOR 2005 REAL PROPERTY TAXES. |
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | **12795**<br>Debtor: **WINN-DIXIE STORES, INC.** | $52,641.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. DEBTOR PAID ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | **12796**<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $52,641.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER. NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | **12797**<br>Debtor: | **$52,641.82**<br>WINN-DIXIE LOGISTICS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR PAID<br>ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO OTHER AMOUNT<br>IS DUE. |
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858<br><br>Counsel: ATTN JOHN M. ROSENTHAL, ESQ | **12798**<br>Debtor: | **$52,641.82**<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE.<br>DEBTOR PAID ASSERTED AMOUNT ON 11/30/05 BY ACH TRANSFER.  NO<br>OTHER AMOUNT IS DUE. |
| **Creditor Id: 410911**<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | **12170**<br>Debtor: | **$28,262.12**<br>WINN-DIXIE STORES, INC. | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN<br>APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE<br>3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON<br>PROOF OF CLAIM FORM. |
| **Creditor Id: 278462**<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 | **7074**<br>Debtor: | **$83,668.93**<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE TERMINATED<br>8/9/05.  PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT,<br>LANDLORD CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 410446**<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | **8177**<br>Debtor: | **$94,674.74**<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/29/05<br>TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN<br>CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS (REAL<br>ESTATE TAXES OF $16,553.60, INSURANCE OF $7,627.61, AND COMMON<br>AREA MAINTENANCE CHARGES OF $31,299.37).  NO OTHER AMOUNT IS<br>DUE. |
| **Creditor Id: 410446**<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | **8178**<br>Debtor: | **$94,674.74**<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE.<br>LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE,<br>LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS<br>(REAL ESTATE TAXES OF $16,553.60, INSURANCE OF $7,627.61, AND<br>COMMON AREA MAINTENANCE CHARGES OF $31,299.37).  NO OTHER<br>AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410858**<br>FLINT CROSSING, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE  AL  35803 | **8896**<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  NO OTHER PREPETITION AMOUNT IS DUE. |
| **Creditor Id: 1566**<br>GRAVLEE, MACON W JR<br>PO BOX 310<br>FAYETTE, AL  35555 | **5545**<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $7,954.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE ASSIGNED TO HOUCHENS INDUSTRIES, INC. IN OCTOBER 2004, CLAIM AMOUNT IS LIABILITY OF  CURRENT TENANT. |
| **Creditor Id: 421574**<br>HARDENBROOK, PAULA<br>7110 YOUNG OAK LANE<br>BLACKSHEAR  GA  31516 | **13169**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  CLAIM ALSO FILED LATE. |
| **Creditor Id: 382874**<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR  97405<br><br>Counsel: ATTN LOREN S SCOTT, ESQ | **7432**<br>Debtor: **ECONOMY WHOLESALE DISTRIBUTORS, INC.** | $21,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  COMMISSION IS NOT OWED AS PRODUCT WAS NOT PAID FOR BY PURCHASER, NATURE'S PATH. |
| **Creditor Id: 411192**<br>HENLEY, J&R & YARBOROUGH W&M<br>238 N MCPHERSON CHURCH ROAD<br>FAYETTEVILLE  NC  28303 | **11314**<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $6,255.96 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD TO CARLIE C'S OPERATION CENTER, INC. 8/15/05.  DEBTOR PAID $6,255.96 AT CLOSING.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 1435**<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC  28053 | **5289**<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,209.74 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/11/05 TO OVATION, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID NO CURE COSTS.  LANDLORD HAD OPPORTUNITY TO OBJECT AT THE TIME AND DID NOT. |
| **Creditor Id: 251919**<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE  MS  38614<br><br>Counsel: ATTN TOM T ROSS, JR., ESQ. | **7470**<br>Debtor: **WINN-DIXIE STORES, INC.** | $22,266.90 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407564**<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN THOMAS G AMASON III, ESQ | 4368<br>Debtor: WINN-DIXIE STORES, INC. | $32,968.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. IN CONNECTION WITH 8/15/05 CLOSING, DEBTOR PAID CURE COSTS OF $32,968.34. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 407564**<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN THOMAS G AMASON III, ESQ | 4369<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $32,968.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH 8/15/05 CLOSING, DEBTOR PAID CURE COSTS OF $32,968.34. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8587<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM AGAINST GUARANTOR. LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8588<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM. LEASE SOLD 8/29/05 TO SOUTHERN FAMILY MARKETS OF MERIDIANVILLE, LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8599<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8600<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR. LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 381867**<br>K-2 PROPERTIES LLC<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>STE 300 (27609); PO BOX 17047<br>RALEIGH NC 27619-7047 | 8564<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR SOLD LEASE TO SOUTHERN FAMILY MARKETS OF GOLDSBORO LLC 8/28/05 AND NO AMOUNT WAS DUE AT CLOSING. |
| **Creditor Id:  1526**<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT WAYNE, IN  46802 | 6072<br>Debtor: **WINN-DIXIE STORES, INC.** | $42,701.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/15/05 TO EKT FOODS LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $18,553.22 FOR 2004 REAL ESTATE TAXES AND $18,557.02 FOR COMMON AREA MAINTENANCE CHARGES.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:  2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA  30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10895<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS  38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12407<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $47,460.15 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id:  410375**<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS  38571<br><br>Counsel: ATTN SALLY BUSSELL FOX, ESQ | 12410<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,460.15 | CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1 AS ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. |
| **Creditor Id:  397197**<br>MCKINNEY'S FOODS OF WAYNE COUNTY<br>ATTN WAYNE MCKINNEY<br>851 WASHINGTON SQ MALL<br>WASHINGTON NC  27889<br><br>Counsel: ATTN J MICHAEL FIELDS ESQ | 3254<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER CLAIMANT AND DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 255924**<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | **1641**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $40,681.79 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS ON 8/29/05 FOR REAL ESTATE TAXES OF $40,681.79. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 417088**<br>MS BAPTIST MEDICAL CENTER<br>ATTN LINDA CREWS, AR MGR<br>PO BOX 23090<br>JACKSON MS 39225-3090 | **12873**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,725.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DOCUMENTATION RELATES TO POSTPETITION CHARGES. |
| **Creditor Id: 182981**<br>MYHRE, MICHAEL A<br>2806 DE MEL AVENUE, APT 2<br>LOUISVILLE KY 40214-5000 | **1423**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410994**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | **12198**<br>**Debtor:** WINN-DIXIE STORES, INC. | $315,607.58 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05 AND ALL CLAIMS WAIVED PER LEASE TERMINATION AGREEMENT. CLAIM ALSO FILED LATE. |
| **Creditor Id: 410994**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | **12199**<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,225.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE TERMINATED 8/9/05 AND ALL RENTS WERE CURRENT THROUGH 9/30/05. CLOSING STATEMENT, AGREED TO BY CLAIMANT, INCLUDED PRO-RATED POSTPETITION TAXES AND COMMON AREA CHARGES THROUGH 9/30/05. |
| **Creditor Id: 407596**<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | **4544**<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $100.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/10/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.,
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407596**<br>NORTH RIDGE SHOPPING CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | **4545**<br>Debtor: | **$100.00**<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/1005 TO HARRIS TEETER, INC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2454**<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>FKA NORTHCROSS LAND &DEVELOPMENT LP<br>3800 ARCO CORPORATE DR, SUITE 200<br>CHARLOTTE  NC  28273<br><br>Counsel: ATTN CAROLINE HUBBELL, ESQ | **4678**<br>Debtor: | **$22,733.54**<br>WINN-DIXIE RALEIGH, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05. AT CLOSING, DEBTOR PAID $41,071.67 IN CURE COSTS.  THEREAFTER, LANDLORD REFUNDED 2004 COMMON AREA MAINTENANCE CREDIT OF $18,338.13 TO DEBTOR. |
| **Creditor Id: 2454**<br>NORTHCROSS LAND & DEVELOPMENT LLC<br>FKA NORTHCROSS LAND &DEVELOPMENT LP<br>3800 ARCO CORPORATE DR, SUITE 200<br>CHARLOTTE  NC  28273<br><br>Counsel: ATTN CAROLINE HUBBELL, ESQ | **4866**<br>Debtor: | **$22,733.54**<br>WINN-DIXIE STORES, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE CLAIM.  DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05.  AT CLOSING, DEBTOR PAID $41,071.67 IN CURE COSTS.  THEREAFTER, LANDLORD REFUNDED 2004 COMMON AREA MAINTENANCE CREDIT OF $18,338.13 TO DEBTOR. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS  39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | **8256**<br>Debtor: | **$603,555.03**<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE WAS NOT REJECTED AND CLAIMANT CONSENTED TO DISALLOWANCE OF PREPETITION AMOUNTS DUE.  AS TO POSTPETITION AMOUNTS, DEBTOR PAID ALL CURE COSTS AT CLOSING.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS  39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | **8258**<br>Debtor: | **$603,555.03**<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE FOR ANTICIPATORY REJECTION DAMAGES AS LEASE WAS NOT REJECTED.  AS TO REMAINING ASSERTED AMOUNTS, CLAIMANT CONSENTED TO DISALLOWANCE OF PREPETITION AMOUNTS DUE AND DEBTOR PAID ALL CURE COSTS FOR POSTPETITION AMOUNTS AT CLOSING.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 411152**<br>ORIX CAPITAL MKTS, SERIES 1999-C1<br>HOLDERS OF BEAR STEARNS COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | **11219**<br>Debtor: | **$0.00**<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM.  LEASE SOLD 8/15/05 TO E&T FOODS LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL OUTSTANDING CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 416278**<br>ORLANDO 99-FL LLC<br>C/O BROAD & CASSEL<br>ATTN ROY S ROBERT, ESQ<br>PO BOX 4961<br>ORLANDO  FL  32802-4961 | **12284**<br>Debtor: | $1,054,916.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT ASSIGNED ITS RIGHTS TO ITS LENDER. RELATED CLAIM NUMBERS 12211 AND 13004 ALSO ASSERTED BY ITS LENDER. DISALLOWANCE IS WITHOUT PREJUDICE TO LENDER'S RIGHTS UNDER CLAIM NUMBERS 12211 AND 13004 AND DEBTOR'S RIGHTS TO OBJECT TO SUCH CLAIMS. |
| **Creditor Id: 254302**<br>PARISH OF LAFOURCHE SCHOOL BD<br>PO BOX 997<br>THIBODAUX, LA  70302-0997<br><br>Counsel: ATTN PATRICK M AMEDEE, ESQ. | **10053**<br>Debtor: | $556.29<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 254302**<br>PARISH OF LAFOURCHE SCHOOL BD<br>PO BOX 997<br>THIBODAUX, LA  70302-0997<br><br>Counsel: ATTN PATRICK M AMEDEE, ESQ. | **10054**<br>Debtor: | $1,172.33<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 376513**<br>PARISH OF ST MARY<br>SALES AND USE TAX<br>ATTN JEFFREY LAGRANGE<br>PO BOX 1142<br>MORGAN CITY, LA  70381-1142<br><br>Counsel: ATTN BRIAN M TRANCHINA, ESQ | **9484**<br>Debtor: | $281.14<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER CLAIMANT AND PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 258072**<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O MCFARLANE FERGUSON & MCMULLEN<br>ATTN ROBERT G COCHRAN, ESQ.<br>ONE TAMPA CITY CENTER, SUITE 2000<br>201 NORTH FRANKLIN STREET<br>TAMPA  FL  33602 | **11321**<br>Debtor: | $9,342.79<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410510**<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME  04122<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | **12134**<br>Debtor: | $751,973.85<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SERIES B NOTEHOLDER PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE, ABSENT PROOF OF ASSIGNMENT. |

WINN-DIXIE STORES, INC., ET AL.,
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 258574**<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL. 33134<br><br>Counsel: ATTN JONATHAN R WILLIAMS, ESQ | 12930<br>Debtor: WINN-DIXIE STORES, INC. | $31,613.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSUMED AND DEBTOR PAID CURE COSTS OF $30,113.30 ($20,727.03 BY CHECK NUMBER 009905002 AND $9,386.27 BY CHECK NUMBER 009905003). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8818<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $20,544.86 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER. LEASE SOLD 8/15/05 TO YM LEE, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS (COMMON AREA MAINTENANCE CHARGES OF $19,367.38). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8823<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY REJECTION DAMAGE CLAIM. LEASE SOLD 8/8/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID NO CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8832<br>Debtor: WINN-DIXIE RALEIGH, INC. | $10,619.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/13/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 259355**<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN BETH T BAER, ESQ | 6193<br>Debtor: WINN-DIXIE STORES, INC. | $44,987.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/26/05 TO WAYFIELD FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $44,987.21 (REAL ESTATE TAXES OF $24,542.12, INSURANCE OF $3,618.43, AND COMMON AREA MAINTENANCE CHARGES OF $16,826.66). NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 259355**<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN BETH T BAER, ESQ | 6194<br>Debtor: | $44,987.20<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/26/05 TO WAYFIELD FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $44,987.21 (REAL ESTATE TAXES OF $24,542.12, INSURANCE OF $3,618.43, AND COMMON AREA MAINTENANCE CHARGES OF $16,826.66). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 259648**<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | 11390<br>Debtor: | $89,620.59<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE DOCUMENTATION. |
| **Creditor Id: 410512**<br>SOF INVESTMENTS, LP<br>ATTN MARC R LISKER, ESQ<br>645 FIFTH AVENUE, 21ST FLOOR<br>NEW YORK NY 10022<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 12075<br>Debtor: | $751,973.85<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SERIES A NOTEHOLDER PURPORTED TO HAVE BEEN ASSIGNED LANDLORD'S GUARANTEE, ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 261306**<br>SOUTH HILL COMPANY LC<br>C/O THE COVINGTON COMPANY<br>ATTN JAMES E COVINGTON, JR.<br>PO BOX 8510<br>RICHMOND VA 23226 | 6788<br>Debtor: | $7,468.82<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. CLAIM AMOUNT IS LIABILITY OF CURRENT TENANT. |
| **Creditor Id: 1861**<br>SOUTH ROCKDALE ASSOCIATES, LLC DBA<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG, STE 101<br>ATLANTA, GA 30327-3052<br><br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 10127<br>Debtor: | $3,665.35<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2587**<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721<br><br>Counsel: ATTN WILLIAM C TINDAL, ESQ | 8519<br>Debtor: | $2,237,655.00<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/27/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID NO CURE COSTS. NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 2587<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721<br><br>Counsel: ATTN WILLIAM C TINDAL, ESQ. | 8520<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,237,655.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/27/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING DEBTOR PAID NO CURE COSTS. NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 417108<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 12923<br>**Debtor:** WINN-DIXIE STORES, INC. | $17,862.84 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS OF CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id:** 407582<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA, GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 4438<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $1,000,519.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALL SALES TAXES WERE PREVIOUSLY PAID ($126,080.91 ON 8/21/00 FOR PERIOD 7/00, $120,685.37 ON 9/11/00 FOR PERIOD 8/00, $121,448.21 ON 10/6/00 FOR PERIOD 9/00, $116,822.96 ON 11/6/00 FOR PERIOD 10/00 BY CHECK NUMBERS 044807, 005687993, 005723275, 005760587, RESPECTIVELY AND $116,919.56 ON 4/24/01 FOR PERIOD 4/01 BY ELECTRONIC TRANSFER) AND DEBTOR HAS NO RECORD OF ANY WITHHOLDING TAX LIABILITY FOR PERIOD ENDED 7/2000. AS TO THE LATTER, STATUTE OF LIMITATIONS HAS RUN. |
| **Creditor Id:** 410808<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 10625<br>**Debtor:** CRACKIN' GOOD, INC. | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM ASSERTED FOR CORPORATE INCOME TAX FOR THE PERIOD 7/1/2004 TO 2/21/2005. DEBTOR REQUESTED EXTENSION TO FILE RETURN FOR ALL OF FISCAL YEAR 2005, PAYING $66,200 ESTIMATED TO BE DUE BY CHECK NUMBER 8101875 DATED 9/8/2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). DEBTOR FILED INCOME TAX RETURN FOR FISCAL YEAR 2005 ON 3/14/06, SHOWING TAX LIABILITY OF $65,794 AND NET WORTH TAX OF $10.00. DEBTOR HAD $10 CREDIT FROM PREVIOUS YEAR. $10 OF OVERPAYMENT WILL BE CREDITED TO NEXT YEAR, AND DEBTOR REQUESTED REFUND OF $396.00. |
| **Creditor Id:** 399301<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 12912<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $686.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM ASSERTED FOR POSTPETITION WITHHOLDING TAXES. DEBTOR MADE PAYMENTS BY ELECTRONIC TRANSFERS. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE  LA  70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 12913<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $131,096.18 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM ASSERTED FOR POSTPETITION WITHHOLDING AND SALES TAXES.  DEBTOR MADE PAYMENTS BY ELECTRONIC TRANSFERS. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE  TN  37202-0207 | 11681<br>Debtor: TABLE SUPPLY FOOD STORES CO.,<br>INC. | $450.76 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. UNKNOWN BASIS OF CLAIM, AND INADEQUATE SUPPORTING DOCUMENTATION. MOREOVER, DEBTOR FILED RETURN FOR 7/1/2004-6/30/2005 PERIOD AND NO ADDITIONAL TAX IS DUE. |
| **Creditor Id: 411102**<br>TALLADEGA COMMUNITY BUILDERS, INC<br>ARONOW REALTY MANAGEMENT<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET ST, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 11018<br>Debtor: WINN-DIXIE STORES, INC. | $950.17 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD TO BAKER FOODS, INC. 8/15/2005.  IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $950.17.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 2613**<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE, SUITE 111<br>SARASOTA,  FL  34237<br>Counsel: ATTN MELODY D GENSON, ESQ. | 7435<br>Debtor: WINN-DIXIE STORES, INC. | $11,860.15 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE TERMINATED 8/6/2005 AND CLAIMANT WAIVED ALL CLAIMS PURSUANT TO PARAGRAPH 8 OF TERMINATION AGREEMENT. |
| **Creditor Id: 1951**<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE,  LA  70447 | 2099<br>Debtor: WINN-DIXIE STORES, INC. | $2,584.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE TERMINATED 8/9/05 AND CLAIMANT CONSENTED TO DISALLOWANCE OF CLAIMS. |
| **Creditor Id: 410395**<br>VENTURES, LLC<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE  NC  28246 | 7402<br>Debtor: WINN-DIXIE RALEIGH, INC. | $7,021.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $6,080.05 (INSURANCE OF $4,053.27 AND COMMON AREA MAINTENANCE CHARGES OF $2,026.78).  NO OTHER AMOUNT IS DUE. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410395**<br>VENTURES, LLC<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | 7403<br>**Debtor: WINN-DIXIE STORES, INC.** | $7,021.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/29/05 TO BH-LO LLC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $6,080.05 (INSURANCE OF $4,053.27 AND COMMON AREA MAINTENANCE CHARGES OF $2,026.78). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 264180**<br>VILLAGE PLAZA INC<br>ATTN BEN B MILLS JR, PRES<br>PO BOX 408<br>FITZGERALD, GA 31750-0408<br><br>Counsel: ATTN BEN B MILLS JR, ESQ | 5004<br>**Debtor: WINN-DIXIE STORES, INC.** | $13,957.09 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/27/05. IN CONNECTION WITH CLOSING, DEBTOR PAID $13,618.67 FOR FEBRUARY 2005 RENT AND $338.42 FOR FEBRUARY 2005 COMMON AREA MAINTENANCE CHARGES. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 264305**<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603<br><br>Counsel: ATTN NEIL REGER, ESQ | 12275<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $15,626.82 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411027**<br>WD TAMPA TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Counsel: ATTN MORRISON/TILTON/SPONDER, ESQS | 10385<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. IN CONNECTION WITH LEASE REJECTION, CLAIMANT WAIVED ANY AMOUNT DUE. |
| **Creditor Id: 2668**<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>ATTN GREGORY MCMAHON, CPA<br>200 EAST 61ST STREET, APT 29F<br>NEW YORK NY 10021 | 11955<br>**Debtor: WINN-DIXIE STORES, INC.** | $787,735.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE AS CLAIMANT ASSIGNED ALL RIGHTS TO ITS LENDER, LAFAYETTE INSURANCE COMPANY. |
| **Creditor Id: 2668**<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>ATTN GREGORY MCMAHON, CPA<br>200 EAST 61ST STREET, APT 29F<br>NEW YORK NY 10021 | 11956<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $787,735.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CLAIMANT ASSIGNED ALL RIGHTS TO ITS LENDER, LAFAYETTE INSURANCE COMPANY. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2673**<br>WEDDINGTON ASSOCIATES<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 9822<br>Debtor: WINN-DIXIE RALEIGH, INC. | $5,199.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/17/05 TO HARRIS TEETER. 2004 COMMON AREA MAINTENANCE CHARGE TO BE DISALLOWED AS LANDLORD RECEIVED NOTICE OF SALE AND NOTICE TO SUBMIT CURE AMOUNTS TO BE PAID AT CLOSING. LANDLORD FAILED TO DO SO. |
| **Creditor Id: 2673**<br>WEDDINGTON ASSOCIATES<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 9823<br>Debtor: WINN-DIXIE STORES, INC. | $5,199.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 8/17/05 TO HARRIS TEETER. 2004 COMMON AREA MAINTENANCE CHARGE TO BE DISALLOWED AS LANDLORD RECEIVED NOTICE OF SALE AND NOTICE TO SUBMIT CURE AMOUNTS TO BE PAID AT CLOSING. LANDLORD FAILED TO DO SO. |

Total Claims to be Disallowed:          92

Total Amount to be Disallowed:     $19,802,533.36     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

Page: 1 of 7
Date: 06/14/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 84256**<br>ALFARO, NORBERTO B<br>12328 CLOVER STONE DR<br>TAMPA FL 33624 | 3332 | $386.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** | WINN-DIXIE RALEIGH, INC. | | |
| **Creditor Id: 88987**<br>BAKER, MICHAEL D<br>714 FORCE ROAD<br>GOLDSBORO NC 27534 | 2045 | $1,800.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO<br>SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR<br>CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** | WINN-DIXIE RALEIGH, INC. | | |
| **Creditor Id: 1110**<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | 8253 | $38,945.49 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON<br>GUARANTEE. LEASE SOLD 8/29/05 TO BI-LO LLC. IN<br>CONNECTION WITH CLOSING DEBTOR PAID CURE COSTS OF<br>$38,945.49 FOR REAL ESTATE TAXES. NO OTHER AMOUNT IS<br>DUE. ALSO, MISCLASSIFIED CLAIM. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN PAUL M DENNIS, ESQ. | | | | | |
| **Creditor Id: 1110**<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | 8254 | $38,945.49 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE<br>SOLD 8/29/05 TO BI-LO LLC. IN CONNECTION WITH CLOSING<br>DEBTOR PAID CURE COSTS OF $38,945.49 FOR REAL ESTATE<br>TAXES. NO OTHER AMOUNT IS DUE. ALSO, MISCLASSIFIED<br>CLAIM. |
| | | **Debtor:** | WINN-DIXIE RALEIGH, INC. | | |
| Counsel: ATTN PAUL M DENNIS, ESQ. | | | | | |
| **Creditor Id: 99687**<br>BROWN, JOHN W<br>301 N KANAWHA STREET<br>BECKLEY WV 25801 | 1479 | $2,730.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 112325**<br>CORTINA, PEDRO<br>5377 W 23RD COURT<br>HIALEAH FL 33016 | 2072<br><br>Debtor: | $10,880.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 258386**<br>COUNTY OF PERRY REVENUE DEPT<br>PROPERTY TAX<br>ATTN ELDORA ANDERSON, TAX COLLECTOR<br>PO BOX 95<br>MARION AL 36756 | 3866<br><br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE CLOSED IN 2002. CLAIMANT ADMITS THERE IS NO LIABILITY: ONLY ASSERTS PROTECTIVE CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 18668**<br>CRENSHAW, WILLIE G<br>678 WALKER GREEN RD<br>GREENVILLE AL 36037 | 5908<br><br>Debtor: | $7,042.45<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PER STATEMENT ATTACHED TO CLAIM, EMPLOYEE IS 100% VESTED IN 401K PLAN TO WHICH CLAIM RELATES. 401K ACCOUNT IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 116526**<br>DAVIS, GARY D<br>200 WHITTINGTON DRIVE, APT 231<br>MADISONVILLE KY 42431 | 1457<br><br>Debtor: | $4,284.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 279308**<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858 | 8869<br><br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 1/1/98 TO DEON FOODS. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. NO OTHER AMOUNT IS DUE. ALSO, MISCLASSIFIED CLAIM. |

Counsel: ATTN JOHN M. ROSENTHAL, ESQ

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 121653**<br>DUETT, WILLIAM W<br>1616 34TH AVENUE<br>MERIDIAN MS 39301 | 2476 | $567.35 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| **Creditor Id: 128219**<br>FOLEY, PATRICK M<br>71 REGINA BLVD<br>BEVERLY HILLS FL 34465-4124 | 5451 | $442.40 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 130749**<br>FYE, LEAH F<br>608 S KING AVE<br>DUNN NC 28334 | 2352 | $840.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE RALEIGH, INC. | | |
| **Creditor Id: 132901**<br>GEORGE, MICHEAL T<br>803 VETERANS PKWY<br>OPELIKA AL 36805 | 4863 | $389.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id: 250527**<br>GEORGIA SUBSEQUENT INJURY TRUST FND<br>ATTN RICHARD W MCGEE, ADMINISTRATOR<br>1720 PEACHTREE STREET, SUITE 500<br>ATLANTA GA 30309-2462 | 5797 | $561,425.68 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY.  DEBTOR TIMELY PAID $528,568.80 ON 8/5/05 BY<br>CHECK NUMBER 008082885 PURSUANT TO ORDER<br>AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS'<br>COMPENSATION PROGRAMS (DKT NO. 432).  ASSERTED<br>AMOUNT REFLECTS AMOUNT SOUGHT IF DEBTOR HAD NOT<br>TENDERED TIMELY PAYMENT.  ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 145862**<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA  FL  32703 | 2927 | $350.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 150341**<br>HUTLEY, RAYMOND L<br>1358 8TH STREET<br>WEST PALM BEACH  FL  33402 | 1503 | $650.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8592 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE MONTGOMERY, INC. | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8593 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR.  LEASE SOLD 8/5/05 TO ALL AMERICAN QUALITY FOODS, INC.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8597 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM AGAINST GUARANTOR.  DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/8/05.  IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS.  DEBTOR OWES NO REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | 8598 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. DEBTOR SOLD LEASE TO HARRIS TEETER, INC. 8/6/05. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE RALEIGH, INC. | | |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | | | |
| **Creditor Id: 43230**<br>LAMB, HARVEY<br>88 GLORY LANE<br>TIFTON GA 31794 | 3709 | $17,812.06 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. PER STATEMENT ATTACHED TO CLAIM, EMPLOYEE IS 100% VESTED IN 401K PLAN TO WHICH CLAIM RELATES. 401K ACCOUNT IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN HERBERT W BENSON, ESQ | | | | | |
| **Creditor Id: 165324**<br>LEWIS, ROBBIN P<br>7105 MATTHEW ST<br>JACKSONVILLE FL 32210 | 1285 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 188400**<br>LYON, KERRY D<br>1734 LAKESIDE DRIVE<br>VENICE FL 34293 | 4318 | $15,513.09 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id: 52168**<br>MONESTIME, FRANK<br>14801 GARDEN DRIVE<br>MIAMI FL 33168 | 3960 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 184525**<br>NICHOLSON, KRISTI D<br>401 MEDOC MOUNTAIN ROAD<br>ENFIELD NC 27823<br><br>Debtor:  WINN-DIXIE STORES, INC. | 4029 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 257863**<br>OXYGEN SERVICE COMPANY<br>ATTN JUDY HASKINS<br>PO BOX 3489<br>MACON, GA 31205<br><br>Debtor:  WINN-DIXIE STORES, INC. | 11470 | $3,073.73 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT IS ATTEMPTING TO RECOVER IMPERMISSIBLE POSTPETITION INTEREST.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 57126**<br>PARRISH, J S<br>2342 BARBER ROAD<br>ELON COLLEGE NC 27244<br><br>Debtor:  WINN-DIXIE STORES, INC. | 5886 | $1,731.46 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410515**<br>PAW CREEK CROSSING, LP<br>C/O GVA LAT PURSER & ASSOCIATES INC<br>ATTN DAVID R MARTIN, PROPERTY MGR<br>4530 PARK ROAD, SUITE 300<br>CHARLOTTE NC 28209<br>Counsel: ATTN KRISTIN D OGBURN, ESQ | 8470 | $72,759.59 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASE SOLD 8/20/05 TO BI-LO LLC.  IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $72,759.29 (REAL ESTATE TAXES OF $37,671.55, INSURANCE OF $8,881.50, AND COMMON AREA MAINTENANCE CHARGES OF $26,206.24).  NO OTHER AMOUNT IS DUE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 65611**<br>SANCHEZ, GERARDO<br>3829 SW 145 PLACE<br>MIAMI FL 33185<br><br>Debtor:  WINN-DIXIE STORES, INC. | 3802 | $200.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 68275<br>SIMMONS, ISAIAH M<br>PO BOX 487<br>HASTINGS FL 32145 | 4814 | $4,657.10 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 1115<br>YORK, BENNETT V<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG MS 39402 | 8848 | $46,607.81 | Administrative | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/9/05 TO CHANDLER'S JKE, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. LANDLORD DID NOT OBJECT TO CURE COST AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN MARCUS M WILSON, ESQ | | | | | |

Total Claims to be Disallowed/Reclassified:    32
Total Amount to be Disallowed/Reclassified:    $851,832.70    Plus Unliquidated Amounts, If Any

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  85439**<br>AMOS, MISTY D<br>PO BOX 415<br>STANLEYTOWN VA 24168<br><br>Debtor:    WINN-DIXIE STORES, INC. | 1719 | $103.61 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  242342**<br>AMSOUTH BANK<br>10245 CENTURION PARKWAY, SUITE 200<br>JACKSONVILLE, FL 32256<br><br>Debtor:    WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN RYAN E DAVIS, ESQ | 10946 | $226,411.33 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  89736**<br>BARBOSA-LOPEZ, HILDA E<br>132 RUBY CIRCLE<br>BRANDON FL 33510<br><br>Debtor:    WINN-DIXIE STORES, INC. | 2122 | $300.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  246019**<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427<br><br>Debtor:    WINN-DIXIE STORES, INC.<br><br>Counsel: | 1642 | $3,130.82 | Administrative<br>Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  246043**<br>CITY OF ORMOND BEACH<br>C/O CITY ATTORNEYS OFFICE<br>ATTN SANDRA C UPCHURCH<br>PO BOX 277<br>ORMOND BEACH, FL 32175-0277 | 9786 | $2,163.83 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**ELEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240257** | | | | | |
| CITY OF RIVIERA BEACH | 11740 | $2,731.58 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| ATTN PATRICIA B JACKSON, MGR | | | | | |
| 600 W BLUE HERON BOULEVARD | | | | | |
| RIVIERA BEACH FL 33404 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 399643** | | | | | |
| COUNTY OF FULTON FIN DEPT | 739 | $909.02 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| WATER & SEWER BILLING & COLLECTIONS | | | | | |
| ATTN MONICA DIXON | | | | | |
| 141 PRYOR STREET SW, SUITE 7001 | | | | | |
| ATLANTA GA 30303 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 250148** | | | | | |
| COUNTY OF FULTON WATER SEWER REV FD | 1754 | $27.50 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| DEPT OF PUBLIC WORKS | | | | | |
| ATTN CHARLES A EDWARDS, JR | | | | | |
| 1030 MARIETTA HWY | | | | | |
| ROSWELL GA 30075 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 240480** | | | | | |
| COUNTY OF HAMILTON, TN | 5778 | $1,602.83 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| ATTN W F KNOWLES, RM 201 | | | | | |
| HAMILTON COUNTY COURTHOUSE | | | | | |
| CHATTANOOGA TN 37402 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 240480** | | | | | |
| COUNTY OF HAMILTON, TN | 5782 | $1,574.73 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| ATTN W F KNOWLES, RM 201 | | | | | |
| HAMILTON COUNTY COURTHOUSE | | | | | |
| CHATTANOOGA TN 37402 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 240480** | | | | | |
| COUNTY OF HAMILTON, TN | 5783 | $2,676.98 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| ATTN W F KNOWLES, RM 201 | | | | | |
| HAMILTON COUNTY COURTHOUSE | | | | | |
| CHATTANOOGA TN 37402 | | | | | |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 113046**<br>CRABTREE, JANISE V<br>125 CYPRESS LN<br>FAIRHOPE  AL  36532 | 3610 | $300.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 113762**<br>CROCKER, THOMAS M<br>1108 COLLEGE ST<br>CLEVELAND  MS  38732-0999 | 5479 | $294.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 22386**<br>DOSS, LISA G<br>30 EDGEWOOD DR<br>SELMA  AL  36701 | 4312 | $300.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 279359**<br>FABRI-KAL CORPORATION<br>ATTN HOWARD W LYNCH, CR MGR<br>PLASTICS PLACE<br>KALAMAZOO  MI  49001 | 3978 | $6,467.68 | Priority | Multiple Classes | MISCLASSIFIED CLAIM. RECLASSIFY $3,173.38 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,294.30 TO UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 28820**<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM  NC  27703 | 3429 | $883.20 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 410571**<br>HENKEL CONSUMER ADHESIVES<br>ATTN SCOTT MILLER, FINANCE DIRECTOR<br>32150 JUST IMAGINE DRIVE<br>AVON  OH  44011 | 8932 | $17,747.89 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $3,584.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,163.21 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 380980**<br>NEBRASKA MEAT CORP<br>ATTN JERRY ROMANOFF, PRES<br>124 MALVERN STREET<br>NEWARK NJ 07105 | 11898 | $84,121.40 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 257458**<br>NORTHWEST ALABAMA GAS DISTRICT<br>ATTN JERRY W SELF, GM<br>PO BOX 129<br>HAMILTON, AL 35570 | 1154 | $4,046.93 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 56174**<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | 2052 | $96.06 | Multiple Classes | Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 406329**<br>PARISH OF ST TAMMANY<br>ATTN ROBERT BARNETT, ESQ.<br>PO BOX 628<br>COVINGTON LA 70434 | 6988 | $568.73 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 259462**<br>REPUBLIC PLASTICS LTD<br>ATTN MELISSA LAMB, CONTROLLER<br>355 SCHUMANN RD<br>MCQUEENEY, TX 78123 | 813 | $17,229.40 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $16,540.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $689.18 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 261365**<br>SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | 3274 | $96,891.01 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
ELEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 262416
TAI FOONG USA INC
ATTN GIL G MARTIN, CREDIT MGR
SDS 12-2410
PO BOX 86
MINNEAPOLIS, MN 55486-2410 | 4304 | $207,460.00 | Multiple Classes | Multiple Classes | ASSERTED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. MISCLASSIFIED IN PART. RECLASSIFY $9,504.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $197,956.00 TO UNSECURED NON-PRIORITY. |
|  | Debtor: | WINN-DIXIE STORES, INC. |  |  |  |

Transferee: AMROC INVESTMENTS LLC

| | |
|---|---|
| Total Claims to be Reclassified: | 24 |
| Total Amount to be Reclassified: | $658,038.63    Plus Unliquidated Amounts, If Any |