# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OBJECTION TO DEBTORS' TWELFTH OMNIBUS OBJECTION

The Court finds that the Objection to Debtors' Twelfth Omnibus Objection filed by Todd Glass on behalf of U.S. Surveyors, Inc., on June 19, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Objection to Debtors' Twelfth Omnibus Objection filed by Todd Glass on behalf of U.S. Surveyors, Inc., on June 19, 2006 is stricken from the record.

**DATED June 20, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Todd Glass, 520 N.W. Second Street, Evansville, IN 47705-0779