UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.          Jointly Administered

_____

**RESPONSE OF EDENS & AVANT SOUTHEAST LIMITED PARTNERSHIP
TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION**

COMES NOW Edens & Avant Southeast Limited Partnership ("E&A Southeast") and shows the Court as follows as its response to the Debtors' Thirteenth Omnibus Objection (the "13th Objection").

1.

In Exhibit C to the 13th Objection the Debtors identify "Edens & Avant Properties LP c/o Reservoir Square" as having filed an unliquidated claim against Winn-Dixie Montgomery, Inc. The Debtors propose to modify the unliquidated claim to $8,971.23. The reason the Debtors give for the modification is to "fix at asserted liquidated amount."

2.

In paragraph 15 of the 13th Objection the Debtors incorrectly describe the claim as having been filed without a dollar amount being stated. The only claims filed concerning

the Winn-Dixie store at Reservoir Square in Brandon, Mississippi were for the liquidated amounts.

3.

The Debtors also misidentify the landlord of Reservoir Square as "Edens & Avant Properties, L.P." instead of E&A Southeast.

4.

E&A Southeast was the landlord of one of the Debtors at both Ellis Isle in Jackson Mississippi (Store No. 2620) and Reservoir Square in Brandon Mississippi (Grocery Store No. 1347 and Pump Station Store No. 1381). The tenant at these locations was Winn-Dixie Montgomery, Inc. Winn-Dixie Stores, Inc guaranteed each lease.

5.

E&A Southeast filed four claims related to Reservoir Square in Brandon, Mississippi:

A. Two claims, each in the amount of $271,434.57 (one against Winn-Dixie Montgomery, Inc. and one against Winn-Dixie Stores, Inc.) were filed for the Grocery Store, store No. 1347. [Copies of these Proofs of Claim are attached hereto collectively as Exhibit "A".]

B. Two more claims, each in the amount of $9,000.00 (one against Winn-Dixie Montgomery, Inc. and one against Winn-Dixie Stores, Inc.) were filed for Pump Station, Store No. 1381. [A copy of the Proof of Claim filed for Pump Station Store No. 1381, and the cover letter that was sent with this claim when it was filed, are attached hereto collectively as Exhibit "B".]

6.

E&A Southeast's attorney filed two Proofs of Claim, each in the amount of $8,971.23 (one against Winn-Dixie Montgomery, Inc. and one against Winn-Dixie Stores, Inc.) on behalf of E&A Southeast related to the Winn-Dixie grocery store located on Ellis Avenue in Jackson, Mississippi (Store No. 2620). Although this claim was filed in connection with Store No. 2620, this claim was inadvertently filed on a form listing "Edens & Avant Properties, LP c/o Reservoir Square" as the claimant. (There are 18 Winn-Dixie leases related to various Edens and Avant entities. The multitude of forms received from the Debtors led to the confusion that caused E&A Southeast to file one of its claims on a form that named a different center than the center that was the intended subject of the claim.)

7.

E&A Southeast has no objection to its claim against Winn-Dixie Montgomery, Inc. **related to the rejection of the lease at the Ellis Isle Shopping Center** being fixed at $8,971.23 so long as the order fixing the claim at this amount does not prejudice the claim in the same amount filed against Winn-Dixie Stores, Inc.

8.

E&A Southeast requests that, whatever the resolution of the Debtors' objection to the claim filed on Store No. 2620, such resolution not prejudice any other claims E&A Southeast filed against the Debtor concerning any other locations, including, but not limited to, the rejection of the leases for Stores Nos. 1347 and 1381.

WHEREFORE, E&A Southeast prays this Court enter an order fixing the claim of E&A Southeast against Winn-Dixie Montgomery, Inc. for the rejection of the lease at Ellis Isle, Winn-Dixie Store No. 2620, at $8,971.23. E&A Southeast further prays that the Court's order expressly provide that such order is without prejudice to any other claim filed by E&A Southeast, including, but not limited to, claims filed against Winn-Dixie Stores, Inc. for the rejection of the lease for Store No. 2620, and claims filed by E&A Southeast against Winn-Dixie Montgomery, Inc. and

Winn-Dixie Stores, Inc. regarding the rejection of leases at Stores Nos. 1347 and 1381 at Reservoir Square in Brandon, Mississippi.

DATED this 20 day of June, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile