Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P M EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **WINN-DIXIE STORES, INC.**   Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

E&A Southeast LP
c/o Mark A. Kelley, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, Building 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

Telephone No of Creditor: 404/237-4100
Fax No of Creditor: 404/364-0126

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor:
**File 10390.1**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1 Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other **Lease rejection**

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** June 1, 2006 (lease rejection date)
**3. If claim is based on a Court Judgment, date obtained:** _____

**4 Total Amount of Claim at Time Case Filed:** $ **9,000.00** (unsecured)   $ _____ (secured)   $ _____ (priority)   $ **9,000.00** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ **9,000.00**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

SEE EXHIBIT "A" attached

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

8 **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10 **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **5/22/06**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
**KITCHENS KELLEY GAYNES, P.C.**
Print: **By: Mark A. Kelley**   Title: **Attorney for E&A Southeast LP**
Signature: _[signature]_

EXHIBIT "B"

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:    WINN-DIXIE STORES, INC.,    )
                                      )    Case No. 05-03817-3F1
    Debtor.                           )

Exhibit "A"
to Proof of Claim of E&A Southeast LP
for Winn-Dixie #1381
(Pump-N-Save fuel center at
Reservoir Square, Jackson, Mississippi)

NOTE: THIS PROOF OF CLAIM DOES NOT SUPPLEMENT OR AMEND A PREVIOUSLY FILED PROOF OF CLAIM FILED BY E&A SOUTHEAST LP FOR THIS SHOPPING CENTER. THIS IS A SEPARATE CLAIM FOR A SEPARATE LEASE FOR A GAS STATION. THE OTHER LEASE WAS FOR A GROCERY STORE.

Rejection damages:

Rent of $1,000.00 per month for 9 months
(June 2006 through February 28, 2007)................$9,000.00
(Lease expires on February 28, 2007)

**TOTAL CLAIM.**..................................................$9,000.00

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **WINN-DIXIE MONTGOMERY, INC.**   Case No. **05-03837-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

E&A Southeast LP
c/o Mark A. Kelley, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, Building 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

Telephone No. of Creditor: 404/237-4100
Fax No. of Creditor: 404/364-0126

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☐ replaces address above ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **File 10390.1**
Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☒ Other **Lease rejection**
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** June 1, 2006 (lease rejection date)
**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:**
$ 9,000.00 (unsecured)   $ _____ (secured)   $ _____ (priority)   $ 9,000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 9,000.00
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

SEE EXHIBIT "A" attached

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

Date: 6/22/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
KITCHENS KELLEY GAYNES, P.C.
Print: By: Mark A. Kelley   Title: Attorney for E&A Southeast LP
Signature: [signed]

This Space Is For Court Use Only

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE MONTGOMERY, INC., )
                                    )   Case No. 05-03837-3F1
    Debtor.                         )
                                    )

Exhibit "A"
to Proof of Claim of E&A Southeast LP
for Winn-Dixie #1381
(Pump-N-Save fuel center at
Reservoir Square, Jackson, Mississippi)

NOTE: THIS PROOF OF CLAIM DOES NOT SUPPLEMENT OR AMEND A PREVIOUSLY FILED PROOF OF CLAIM FILED BY E&A SOUTHEAST LP FOR THIS SHOPPING CENTER. THIS IS A SEPARATE CLAIM FOR A SEPARATE LEASE FOR A GAS STATION. THE OTHER LEASE WAS FOR A GROCERY STORE.

Rejection damages:

Rent of $1,000.00 per month for 9 months
(June 2006 through February 28, 2007).................$9,000.00
(Lease expires on February 28, 2007)

**TOTAL CLAIM**........................................$9,000.00



**KITCHENS KELLEY GAYNES** PC

Attorneys at Law
Eleven Piedmont Center - Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: 404-237-4100
Telecopier: 404-364-0126

May 22, 2006

BY FEDERAL EXPRESS TRK #7904 3783 6682
Winn-Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043

Re: In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817-JAF
(Jointly Administered)

**PROOF OF CLAIM OF E&A SOUTHEAST LP**
**WINN-DIXIE STORE NUMBER 1381 (Pump-N-Save fuel center);**

In re Winn-Dixie Montgomery, Inc.
Chapter 11 Case No. 05-03837-3F1
(Jointly Administered)

**PROOF OF CLAIM OF E&A SOUTHEAST LP**
**WINN-DIXIE STORE NUMBER 1381 (Pump-N-Save fuel center);**

Our File No. 10390.1

Dear Sir or Madam:

Enclosed please find the originals and one copy each of a Proof of Claim form to be filed in each of the two above-referenced bankruptcy proceedings on behalf of our client, E&A Southeast LP, the landlord of the above-referenced Winn-Dixie store.

Please file and docket the original Proof of Claim forms and return the copies, stamped "FILED," to us in the enclosed return envelope.

Your assistance is appreciated.

Sincerely,

Rita
Rita Marrinson
Secretary to Mark A. Kelley

Enclosures
cc: Mr. Paul Tomlinson (w/enclosures)
    David B. Kitchens, Esq.

H:\DOCS\10000\10390\0001\CLERK-USBC.wpd