F I L E D
JACKSONVILLE, FLORIDA

JUN 2 0 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | |
| Winn-Dixie Stores, Inc., *et al.*, | § § | Case No. 05-11063 (RDD) (Chapter 11) |
| Debtors. | § | |

## NOTICE OF LAW FIRM NAME CHANGE FOR
## COUNSEL TO CHEVRON PHILLIPS CHEMICAL COMPANY, L.P.

Please be advised that the law firm (the "Firm") name for counsel to Chevron Phillips Chemical Company, L.P. ("Chevron Phillips") has changed from McClain, Leppert & Maney, P.C. to McClain, Maney & Patchin, P.C. The Firm's address, facsimile number and telephone number remain unchanged. Any questions about this matter may be directed to Chevron Phillips' undersigned counsel.

Respectfully submitted this 13th day of June, 2006.

McClain, Maney & Patchin, P.C.

By: _____
J. Casey Roy
Texas State Bar No. 00791578
711 Louisiana, Suite 3100
South Tower, Pennzoil Place
Houston, Texas 77002
Telephone: 713-654-8001
Telecopy: 713-654-8818

Attorneys for Chevron Phillips Chemical
Company, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Law Firm Name Change for Counsel to Chevron Phillips Chemical Company, L.P. were served, by first class mail, postage prepaid as reflected on the parties as listed on the attached Service List on this 13th day of June, 2006.

_____
J. Casey Roy

F:\WP\Client-Matters\Chevron Phillips\Pleadings\Notice of Firm Name Change.doc

**SERVICE LIST**

Debtors
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Debtors' Counsel
Adam Ravin
D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee
**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
richard.morrissey@usdoj.gov