UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | |
| | Case No. 05-3817-3F1 |
| Debtors. | |
| | (Jointly Administered) |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

Please take notice that the undersigned counsel for Sunstate Equities, LLC and Greenwood Commons Associates, creditors and parties in interest in the above captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

This the 21st day of June, 2006.

/s/Byron L. Saintsing
Byron L. Saintsing (NC Bar No. 16035)
of SMITH DEBNAM NARRON
  WYCHE SAINTSING & MYERS, LLP
Post Office Box 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2211
Email: Bsaintsing@smithdebnamlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* ) | |
| ) | Case No. 05-3817-3F1 |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

## CERTIFICATE OF SERVICE

I, Byron L. Saintsing, of SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, L.L.P., Attorneys at Law, hereby certify:

That I am, and at all times hereinafter-mentioned was, more that eighteen (18) years of age;

That on the 21st day of June, 2006, I served copies of the foregoing Request to Discontinue Service of Notices upon the following by mailing a copy thereof, postage prepaid and by electronic service through the CM/ECF System: as follows:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Joshua M. Katz
Nelson Mullins Rilet & Scarborough LLP
999 Peachtree Street, 14th Floor
Atlanta, GA 30309

Kenneth C. Meeker
United States Trustee
135 West Central Boulevard, Room 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

I certify under penalty of perjury that the foregoing is true and correct.

This the 21st day of June, 2006.

/s/ Byron L. Saintsing
Byron L. Saintsing