UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## <u>ORDER STRIKING NOTICE OF LAW FIRM NAME CHANGE FOR COUNSEL TO CHEVRON PHILLIPS CHEMICAL COMPANY, L.P.</u>

The Court finds that the Notice of Law Firm name Change for counsel to Chevron Phillips Chemical Company, L.P. filed by J. Casey Roy on behalf of Chevron Phillips Chemical Company, L.P., on June 20, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Law Firm name Change for counsel to Chevron Phillips Chemical Company, L.P. filed by J. Casey Roy on behalf of Chevron Phillips Chemical Company, L.P., on June 20, 2006 is stricken from the record.

DATED June 21, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
J. Casey Roy, 711 Louisiana, Suite 3100, South Tower, Pennzoil Place, Houston, TX 77002