UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM

The Court finds that the Motion for Leave to Allow Late Filing of Proof of Claim filed by Philip L. Valente on behalf of Rosa Collado, as Parent and Guardian of Elora Mesa, on June 15, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to Allow Late Filing of Proof of Claim filed by Philip L. Valente on behalf of Rosa Collado, as Parent and Guardian of Elora Mesa, on June 15, 2006 is stricken from the record.

**DATED June 19, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Philip L. Valente, 1806 Old Okeechobee Road, West Palm Beach, FL 33409

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1              Date Rcvd: Jun 19, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jun 21, 2006.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
            +Philip L. Valente,    1806 Old Okeechobee Road,    West Palm Beach, FL 33409-5228
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2006**                              **Signature:** _Joseph Speetjens_