UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Winn-Dixie Stores, Inc., *et al.*, | § | Case No. 3:05-BK-3817 |
| | § | (Chapter 11) |
| Debtors. | § | |

**NOTICE OF LAW FIRM NAME CHANGE FOR
COUNSEL TO CHEVRON PHILLIPS CHEMICAL COMPANY, L.P.**

Please be advised that the law firm (the "Firm") name for counsel to Chevron Phillips Chemical Company, L.P. ("Chevron Phillips") has changed from McClain, Leppert & Maney, P.C. to McClain, Maney & Patchin, P.C. The Firm's address, facsimile number and telephone number remain unchanged. Any questions about this matter may be directed to Chevron Phillips' undersigned counsel.

Respectfully submitted this 13th day of June, 2006.

                          McClain, Maney & Patchin, P.C.

                          By:/s/   J. Casey Roy
                                J. Casey Roy
                                Texas State Bar No.  00791578
                                711 Louisiana, Suite 3100
                                South Tower, Pennzoil Place
                                Houston, Texas 77002
                                Telephone:  713-654-8001
                                Telecopy:  713-654-8818

                          Attorneys for Chevron Phillips Chemical
                          Company, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Law Firm Name Change for Counsel to Chevron Phillips Chemical Company, L.P. were served, by first class mail, postage prepaid as reflected on the parties as listed on the attached Service List on this 13th day of June, 2006.

/s/  J. Casey Roy
J. Casey Roy

F:\WP\Client-Matters\Chevron Phillips\Pleadings\Notice of Firm Name Change.doc

## SERVICE LIST

<u>Debtors</u>
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

<u>Debtors' Counsel</u>
Adam Ravin
D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

<u>United States Trustee</u>
**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
richard.morrissey@usdoj.gov