UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Debra Simpson (Claim No. 12823) [Docket No. 8662] was furnished by mail on June 23, 2006 to Debra Simpson c/o Lee D. Andrews, Esq., P.O. Box 21472, Greensboro, North Carolina 27420.

Dated: June 23, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>     D. J. Baker  <br>     Sally McDonald Henry  <br>     Rosalie Gray | By   *s/ James H. Post*  <br>     Stephen D. Busey  <br>     James H. Post (FBN 175460)  <br>     Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC