UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mary Robertson  (Claim No. 2891) [Docket No. 8660] was furnished by mail on June 23, 2006 to Mary Robertson c/o Terry Carey, Esq., Carey & Hammer, P.C., P.O. Box 7111, Dothan, Alabama 36302.

Dated:  June 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By ___*s/ D. J. Baker*___          By ___*s/ James H. Post*___
    D. J. Baker              Stephen D. Busey
    Sally McDonald Henry              James H. Post (FBN 175460)
    Rosalie Gray              Cynthia C. Jackson

Four Times Square          225 Water Street, Suite 1800
New York, New York 10036          Jacksonville, Florida  32202
(212) 735-3000          (904) 359-7700
(917) 777-2150 (facsimile)          (904) 359-7708 (facsimile)
djbaker@skadden.com          jpost@smithhulsey.com

Co-Counsel for Debtors          Co-Counsel for Debtors
00520151.DOC