UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joann Meseke (Claim No. 11765) [Docket No. 8656] was furnished by mail on June 23, 2006 to Joann Meseke c/o Gene Zweben, Esq., Schwartz, Zweben & Associates, 205 S.W. Winnachee Drive, Stuart, Florida 34994.

Dated: June 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER     SMITH HULSEY & BUSEY
& FLOM LLP

By   *s/ D. J. Baker*       By   *s/ James H. Post*
    D. J. Baker           Stephen D. Busey
    Sally McDonald Henry           James H. Post (FBN 175460)
    Rosalie Gray           Cynthia C. Jackson

Four Times Square       225 Water Street, Suite 1800
New York, New York 10036       Jacksonville, Florida 32202
(212) 735-3000       (904) 359-7700
(917) 777-2150 (facsimile)       (904) 359-7708 (facsimile)
djbaker@skadden.com       jpost@smithhulsey.com

Co-Counsel for Debtors       Co-Counsel for Debtors

00520151.DOC