UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al.,    ) | Case No. 05-03817-3F1 |
|                                      ) | Chapter 11 |
| Debtors.    ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Donna Wiggins (Claim No. 2993) [Docket No. 8632] was furnished by mail on June 23, 2006 to Donna Wiggins c/o Robert R. Faucheux, Jr., Esq., 197 Belle Terre Blvd., P.O. Box 1960, LaPlace, Louisiana 70069.

Dated: June 23, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*      D. J. Baker      Sally McDonald Henry      Rosalie Gray | By   *s/ James H. Post*      Stephen D. Busey      James H. Post (FBN 175460)      Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC