UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN DIXIE STORES, INC., et al., ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | |
| ) | |

**RESPONSE OF VENTURA FOODS, LLC TO DEBTORS'
TWELFTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS**

Creditor, Ventura Foods, LLC ("Ventura Foods"), responds to the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims as follows:

1. On July 26, 2005, Ventura Foods filed an unsecured proof of claim in the amount of $149,682.05 representing the balance due for products purchased by the debtors prepetition. The claim is docketed as claim number 8133.[1]

2. By their objection, the Debtors are attempting to reduce the claim to $112,394.28 based upon alleged accounts payable credits in the amount of $37,287.77.

3. Ventura Foods asserts that claim number 8133 already reflects a reduction in the amount due based upon the credits at issue. Ventura Foods disputes the debtors' duplicate application of such credits.

---

[1] By agreement with the Debtors, the deadline to respond to the objection to claim was extended to June 23, 2006.

WHEREFORE, Ventura Foods requests the entry of an order (i) denying the Debtors' objection to its claim; (ii) allowing Ventura Foods' unsecured claim number 8133 in the amount of $149,682.05 as filed; and (iii) granting such other relief as is appropriate.

**LaFLEUR LAW FIRM**

By /s/ *Nina M. LaFleur*
_____
Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 861128
St. Augustine, Florida 32086
(904) 797-7995
(904) 797-7996 (Facsimile)

Attorneys for Ventura Foods, LLC

## Certificate of Service

I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 23rd day of June, 2006.

/s/ *Nina M. LaFleur*
_____
Attorney