# United States Bankruptcy Court
## Middle District of Florida

In re Winn-Dixie Stores, Inc., et al.,　　　　　Case No. 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **AT&T Corp.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | |
| | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent (if different from above) | **AT&T Corp.**<br>**1355 W. University Drive** |
| **Court Claim # (if known): 833**<br>**Claim Amount  $1,129,757.90** | **Room #TDL L223**<br>**Mesa, AZ  85201**<br>**Attn: Jeffrey Clarke** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alpa Jimenez*_____　　　　Date: _____May 19, 2006_____
　　　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

## NOTICE OF ASSIGNMENT OF CLAIM

AT&T Corp., a New York corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Agreement for Assignment of Bankruptcy Claim dated April 18, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, L.L.C., its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $1,129,757.90, of Assignor against Winn-Dixie Stores, Inc., et al. (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Middle District of Florida, (currently Bankruptcy Case Docket Number 05-03817), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Notice of Assignment of Claim by its duly authorized representative this 18 day of April, 2006.

(Assignor)
AT&T Corp.

By: _____
Title: Manager
      Jeffrey Clarke

WITNESS:

By: _____
Title: Assistant Mgr

Contrarian Funds, LLC
By: Contrarian Capital Management, LLC
As Manager

By: _____
Title: JANICE M. STANTON
       MEMBER