IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,                    CASE NO. 05-03817-3FL
                                                    *CHAPTER 11*
        Debtors.                                    **Jointly Administered**
_____/

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

Please take notice that the undersigned counsel for Timberlake Consultants, Inc., dba LESCO Medisearch, creditor and party in interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

This the 23rd day of June, 2006.

  /s/ *Charles H. Dittmar, Jr.*
CHARLES H. DITTMAR, JR., ESQUIRE
Fla. Bar No. 503850
1411 N. Westshore Blvd., Suite 203
Tampa, FL 33607-4529
Phone: (813) 639-1920
Fax: (813) 639-9799
E-Mail:  dittmarlaw@tampabaydsl.com
Attorney for Creditor LESCO MEDISEARCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Request to Discontinue Service of Notices has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **Cynthia C. Jackson,**

**Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32201; **Joshua M. Katz, Esquire**, Nelson Mullins et al., 999 Peachtree St., 14th Floor, Atlanta, GA 30309; **Kenneth C. Meeker, United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Dennis F. Dunne, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 this 23rd day of June, 2006.

   /s/ *Charles H. Dittmar, Jr.*
CHARLES H. DITTMAR, JR., ESQUIRE
Fla. Bar No. 503850
1411 N. Westshore Blvd., Suite 203
Tampa, FL 33607-4529
Phone: (813) 639-1920
Fax: (813) 639-9799
Attorney for Creditor LESCO MEDISEARCH