103951

## STATEMENT
E&A Acquisitions 2 LP

\*\*\*\*\* We are showing a Past Due Balance on your account \*\*\*\*\*
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Winn Dixie Stores, Inc.
d/b/a Winn Dixie #2213
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville FL 32254-3699

Premises:   Unit: 070

Winn Dixie #2213
4417 N.W. Blitchton Road
Ocala FL 34482

Make checks payable to:

Marketplace at Ocala
C/O E&A Acquisition Two, LP
Post Office Box 528
Columbia SC 29202

Date:              6/6/2006
Property ID:       2186
Tenant ID:         24991
Lease ID           3018  Pre-Petition Ba
Amount Enclosed:

**Property Manager: Judy Kender**                           **Phone: (407) 261-9111**

| Due Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 6/30/2005 | RTAM | 2004 Real Est Tax Adj | 51,814.24 | | | | 51,814.24 |
| 8/18/2005 | CAAM | 2004 Cam adj chg | 32,620.60 | | | | 32,620.60 |
| 3/30/2006 | RTAM | 2005 RTAM | 7,604.42 | | | | 7,604.42 |
| 4/28/2006 | CAAM | 2005 CAAM | 4,578.80 | | | | 4,578.80 |
| | | | | | | **AMOUNT DUE:** | 96,618.06 |

\*\*\*\*\* Please enclose this statement with your payment \*\*\*\*\*

EXHIBIT "A"

If Applicable, remember to send your sales reports  If you have
questions, please call your property manager at the above telephone number