**Marketplace at Ocala**  
**Winn Dixie**

10395.1

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 7% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 06/30/05 | 51,814.24 | 51,814.24 | 50 | 9.94 | 496.85 | 52,311.09 |
| 08/18/05 | 32,620.60 | 84,434.84 | 135 | 16.19 | 2,186.05 | 86,620.89 |

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 9% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 01/01/06 | 84,434.84 | 84,434.84 | 89 | 20.82 | 1,852.94 | 86,287.78 |
| 03/30/06 | 7,604.42 | 92,039.26 | 29 | 22.69 | 658.14 | 94,550.34 |
| 04/26/06 | -1,931.77 | 90,107.49 | 2 | 22.22 | 44.44 | 92,663.01 |
| 04/28/06 | 4,578.80 | 94,686.29 | 64 | 23.35 | 1,494.23 | 98,736.04 |

5,238.42

EXHIBIT "B"