*10398.1*

## STATEMENT
E&A Investments LP

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Winn Dixie Stores, Inc.
d/b/a Winn Dixie #736
Att: General Counsel
5050 Edgewood Court
Jacksonville FL 32254-3699

Premises:   Unit: 520

Winn Dixie #736
Promenades Mall
3280 Tamiami Trail
Port Charlotte FL 33952

Make checks payable to:

Promenades Mall
C/O E&A Investments LP
Post Office Box 528
Columbia SC 29202

Date:                6/6/2006
Property ID:         2067
Tenant ID:           21575
Lease ID             1683   Pre-Petition Ba
Amount Enclosed: _____

**Property Manager: Judy Kender**                      **Phone: (407) 261-9111**

| Due Date  | Charge | Description        | Charge    | Payment | Date     | Check Number | Balance   |
|-----------|--------|--------------------|-----------|---------|----------|--------------|-----------|
| 9/9/2005  | INAM   | 2004 annual Ins Adj| 15,506.53 |         |          |              | 15,506.53 |
| 9/9/2005  | RTAM   | 2004 annual Tax Adj| 43,306.60 |         |          |              | 43,306.60 |
| 9/27/2005 | CAAM   | 2004 annual CAM adj| 7,464.39- |         |          |              | 7,464.39- |
| 3/27/2006 | RTAM   | 2005 TAX REFUND    | 1,753.79- |         |          |              | 1,753.79- |
| 3/30/2006 | INAM   | 2005 INAM          | 3,418.58  | 132.80- | 5/1/2006 | 0            | 3,285.78  |
| 3/30/2006 | RTAM   | 2005 RTAM          | 7,098.56  |         |          |              | 7,098.56  |
| 4/17/2006 | CAAM   | 2005 CAAM          | 1,248.17- |         |          |              | 1,248.17- |
| 4/21/2006 | RTAM   | 05 RTAM            | 154.73    |         |          |              | 154.73    |

                                                                **AMOUNT DUE:**   58,885.85

***** Please enclose this statement with your payment *****

EXHIBIT "A"

If Applicable, remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number.

## STATEMENT
### E&A Investments LP

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items

Billing:

Winn Dixie Stores, Inc.
d/b/a Winn Dixie #736
Attn: General Counsel
5050 Edgewood Court
Jacksonville FL 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

Premises:    Unit: 520

Winn Dixie #736
3280 Tamiami Trail
Port Charlotte FL 33952

Make checks payable to:

Promenades Mall
C/O E&A Investments LP
Department # 2067
P.O Box 536856
Atlanta GA 30353-6856

Date:              6/6/2006
Property ID:       2067
Tenant ID:         38166
Lease ID           1683  Post-Petition B
Amount Enclosed:

**Property Manager: Judy Kender**                    Phone: (407) 261-9111

| Due Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 6/1/2006 | CAMR | EA CAM Charge | 3,166.66 | 164.49 | 6/5/2006 | 008209248 | 3,002.17 |
| | | | | | | **AMOUNT DUE:** | **3,002.17** |

***** Please enclose this statement with your payment *****

If Applicable, remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number