**Promenades Mall**  10398.1
**Winn Dixie**

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 7% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 09/09/05 | 58,813.43 | 58,813.43 | 18 | 11.28 | 203.03 | 59,016.46 |
| 09/27/05 | -7,464.39 | 51,349.04 | 95 | 9.85 | 935.54 | 52,284.58 |

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 9% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 01/01/06 | 51,349.04 | 51,349.04 | 86 | 12.66 | 1,088.88 | 52,437.92 |
| 03/27/06 | -1,753.79 | 49,595.25 | 3 | 12.23 | 36.69 | 50,720.82 |
| 03/30/06 | 10,384.34 | 59,979.59 | 18 | 14.79 | 266.21 | 61,371.37 |
| 04/17/06 | -1,248.17 | 58,731.42 | 4 | 14.48 | 57.93 | 60,181.13 |
| 04/21/06 | 154.73 | 58,886.15 | 41 | 14.52 | 595.31 | 60,931.17 |
| 06/01/06 | 3,002.17 | 61,888.32 | 31 | 15.26 | 473.06 | 64,406.40 |

2,530.35

Exhibit "B"