STATEMENT
E&A Financing II LP

10384.1

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items

Billing:

Winn-Dixie Stores, Inc.
d/b/a Winn-Dixie #0084
Att: Jane DeWitte
5050 Edgewood Court
Jacksonville FL 32254

Premises:   Unit: 090

Winn Dixie #0084
1722 South 8Th Street
Fernandina Beac FL 32034

Make checks payable to:

Amelia Plaza
C/O Edens & Avant Financing II, LP
Post Office Box 528
Columbia SC 29202

Date:                6/6/2006
Property ID:         2070
Tenant ID:           21738
Lease ID             1752  Pre-Petition Ba
Amount Enclosed:

**Property Manager: Cathi Galpin**

Phone: (229) 246-4423

| Due Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 3/22/2005 | INAM | 2004 Insurance Adju | 12,090.90 | | | | 12,090.90 |
| 3/22/2005 | RTAM | 2004 Real Est Tax Adj chg | 48,475.05 | | | | 48,475.05 |
| 8/4/2005 | CAAM | 2004 annual CAM Adj | 33,115.80 | | | | 33,115.80 |
| 3/30/2006 | CAAM | 2005 CAAM | 5,765.26 | 1,581.51- | 4/17/2006 | 8189774 | 4,183.75 |
| 3/30/2006 | INAM | 2005 INAM | 4,929.50 | | | | 4,929.50 |
| 3/30/2006 | RTAM | 2005 RTAM | 6,765.54 | | | | 6,765.54 |
| | | | | | | **AMOUNT DUE:** | 109,560.54 |

***** Please enclose this statement with your payment *****

EXHIBIT "A"

If Applicable, remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number.

## STATEMENT
### E&A Financing II LP

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately
The balance includes the following items

Billing:

Winn-Dixie Stores, Inc.
d/b/a Winn-Dixie #0084
Attn: Jane DeWitte
5050 Edgewood Court
Jacksonville FL 32254

Premises:   Unit: 090

Winn Dixie #0084
1722 South 8th Street
Fernandina Beach FL 32034

Make checks payable to:

Amelia Plaza
C/O Edens & Avant Financing II LP
Post Office Box 528
Columbia SC 29202

Date:              6/21/2006
Property ID:           2070
Tenant ID:            38169
Lease ID         1752  Post-Petition B
Amount Enclosed:

**Property Manager: Cathi Galpin**

Phone: (229) 246-4423

| Inv Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 1/6/2006 | INAM | 2005 INAM | 34,601.31 | 27,423.14- | 5/22/2006 | 008203536 | 7,178.17 |
| | | | | | | **AMOUNT DUE:** | 7,178.17 |

***** Please enclose this statement with your payment *****

If Applicable remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number