**Amelia Plaza**  10384.1
**Winn Dixie**

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 7% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 03/22/05 | 60,565.95 | 60,565.95 | 135 | 11.62 | 1,568.08 | 62,134.03 |
| 08/04/05 | 33,115.80 | 93,681.75 | 149 | 17.97 | 2,676.99 | 96,358.74 |

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 9% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 01/01/06 | 93,681.75 | 93,681.75 | 89 | 23.10 | 2,055.87 | 95,737.62 |
| 02/01/06 | 7,178.17 | 100,859.92 | 58 | 24.87 | 1,442.43 | 104,358.22 |
| 03/30/06 | 15,878.79 | 116,738.71 | 93 | 28.78 | 2,676.99 | 122,914.00 |

10,420.36

EXHIBIT "B"