## STATEMENT
E&A Financing II LP

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items

Billing:

Winn Dixie Stores, Inc.
d/b/a Winn Dixie #2333
Attn: Area Property Manager
5050 Edgewood Ct.
Jacksonville FL 32254-3699

Premises:  Unit: 140

Winn Dixie
5270 Babcock Street Ne
Palm Bay FL 32905

Make checks payable to:

Marketplace Shopping Center
C/O Edens & Avant Financing II. LP
Post Office Box 528
Columbia SC 29202

Date:              6/6/2006
Property ID:       2074
Tenant ID:         21810
Lease ID           1785  Pre-Petition Ba
Amount Enclosed:   _____

Phone: (407) 261-9111

**Property Manager: Julie Masten**

| Due Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 6/1/2005 | RTAM | 2004 annual Tax Adj | 70,852.26 | | | | 70,852.26 |
| 8/25/2005 | CAAM | 2004 Annual Adj | 30,432.05 | | | | 30,432.05 |
| 3/24/2006 | RTAM | 2005 RTAM | 9,450.15 | | | | 9,450.15 |
| 4/13/2006 | CAAM | 2005 CAAM | 6,238.04 | | | | 6,238.04 |
| | | | | | | **AMOUNT DUE:** | **116,972.50** |

***** Please enclose this statement with your payment *****

EXHIBIT "C"

If Applicable remember to send your sales reports. If you have
questions please call your property manager at the above telephone number.

## STATEMENT
E&A Financing II LP

Billing:

Winn Dixie Stores, Inc.
d/b/a Winn Dixie #2333
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville FL 32254-3699

Premises: Unit: 140

Winn Dixie #2333
5270 Babcock Street, NE
Palm Bay FL 32905

Make checks payable to:

Marketplace Shopping Center
C/O Edens & Avant Financing II LP
Post Office Box 528
Columbia SC 29202

Date: 6/21/2006
Property ID: 2074
Tenant ID: 38174
Lease ID: 1785  Post-Petition B
Amount Enclosed:

**Property Manager: Julie Masten**

Phone: (407) 261-9111

| Inv Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 4,227.36- |
| 4/27/2006 | OCRM | 2005 CAAM | | | | | |
| | | | | | | **AMOUNT DUE:** | 4,227.36- |

***** Please enclose this statement with your payment *****

If Applicable, remember to send your sales reports. If you have
questions, please call your property manager at the above telephone number.