**Marketplace Shopping Ctr**  
**Winn Dixie**

10385.1

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 7% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 06/01/05 | 70,852.26 | 70,852.26 | 86 | 13.59 | 1,168.58 | 72,020.84 |
| 08/25/04 | 30,432.05 | 101,284.31 | 128 | 19.42 | 2,486.32 | 104,939.21 |

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 9% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 01/01/06 | 101,284.31 | 101,284.31 | 83 | 24.97 | 2,072.86 | 103,357.17 |
| 03/24/05 | 9,450.15 | 110,734.46 | 20 | 27.30 | 546.09 | 113,353.41 |
| 04/13/06 | 6,238.04 | 116,972.50 | 31 | 28.84 | 894.12 | 120,485.57 |
| 04/27/06 | -4,227.36 | 112,745.14 | 65 | 27.80 | 1,807.01 | 114,552.15 |

8,974.98

EXHIBIT "D"