## STATEMENT
### E&A Financing II LP

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Winn-Dixie Stores, Inc.
d/b/a Winn Dixie #2230
Attn: Area Property Manager
5050 Edgewood Ct.
Jacksonville FL 32254-3699

Premises:  Unit: 250

Winn Dixie #2230
190 Malabar Rd, Sw
Palm Bay FL 32907

Make checks payable to:

Palm Bay West Shopping Center
C/O Edens & Avant Financing II LP
Post Office Box 528
Columbia SC 29202

Date: 6/6/2006
Property ID: 2085
Tenant ID: 22237
Lease ID: 1953  Pre-Petition Ba
Amount Enclosed: _____

**Property Manager:** Julie Masten

Phone: (407) 261-9111

| Due Date | Charge | Description | Charge | Payment | Date | Check Number | Balance |
|---|---|---|---|---|---|---|---|
| 6/22/2005 | RTAM | 2004 Real Est Tax Adj | 21,995.72 | | | | 21,995.72 |
| 3/23/2006 | RTAM | 2005 RTAM | 1,898.82 | | | | 1,898.82 |
| | | | | | | **AMOUNT DUE:** | 23,894.54 |

***** Please enclose this statement with your payment *****

EXHIBIT "E"

If Applicable, remember to send your sales reports. If you have questions, please call your property manager at the above telephone number.