**Palm Bay West S.C.**  10386.1
**Winn Dixie**

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 7% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 06/22/05 | 21,995.72 | 21,995.72 | 192 | 4.22 | 809.92 | 22,805.64 |

| Activity Date | Rent Charges | Principle Balance | Days | Per diem Interest @ 9% | Interest | Total Balance |
|---|---|---|---|---|---|---|
| 01/01/06 | 21,995.72 | 21,995.72 | 82 | 5.42 | 444.73 | 22,440.45 |
| 03/23/06 | 1,898.82 | 23,894.54 | 100 | 5.89 | 589.18 | 24,928.45 |

1,843.83

EXHIBIT "F"