EXHIBIT A

2004 CAM Reconciliation remaining balance................$41,794.58

2004 Water Reconciliation balance........................$    589.65
2005 Tax Reconciliation remaining balance ..............$ 9,058.11
A/R charge for sprinkler system..........................$    520.00

2005 CAM/Ins remaining balance ..........................$    326.26

2005 Water Reconciliation balance .......................$    630.48

TOTAL....................................................$52,919.08

**EXHIBIT "A"**