1577.17

ALPHARETTA CROSSING
WINN DIXIE

| | RENT, TAXES, COMMON AREA MAINTENANCE COSTS | PER DIEM INTEREST @ 18.00% | DAYS thru 7/1 | INTEREST |
|---|---|---|---|---|
| 03/21/05 2004 CAM RECON | 41,794.58 | 20.61 | 437 | 9,007.01 |
| 03/21/05 2004 WATER RECON | 589.65 | 0.29 | 437 | 127.08 |
| 08/24/05 2004 TAX RECON | 9,058.11 | 4.47 | 281 | 1,255.23 |
| 10/10/05 SPRINKLER CHARGE | 520.00 | 0.26 | 264 | 67.70 |
| 04/30/06 2005 CAM/INS BALANCE | 326.26 | 0.16 | 32 | 5.15 |
| 04/30/06 2005 WATER RECON BAL. | 630.48 | 0.31 | 32 | 9.95 |
| | 52,919.08 | 26.10 | | 10,472.12 |

BALANCE DUE FOR 2004 AND 2005                  $52,919.08
INTEREST (18%) THRU 7/1/06                      $10,472.12
**BALANCE DUE AND INTEREST THRU 7/1/06:**       **$63,391.20**

EXHIBIT "B"

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA, GEORGIA 30068

| | |
|---|---|
| TELEPHONE | 770-956-8383 |
| FAX DEVELOPMENT | 678-385-1930 |
| FAX LEASING | 770-956-8092 |
| FAX ACCOUNTING | 770-984-2662 |
| FAX PROPERTY MGMT | 770-955-7513 |
| DOMAIN | retailplanningcorp.com |

March 21, 2005

OVERNIGHT DELIVERY

Ms. Telsa Tinsley
The Grand Union Co. - RE Dept
5400 Fulton Industrial Blvd. B
Atlanta, GA 30326

RE:  2004 CAM & Insurance Billing
     Big Star #5746 (Winn Dixie #1852)
     13770 Haynes Bridge Road (formerly Norcross Street), Suite 501
     Alpharetta Crossing Shopping Center

Dear Ms. Tinsley:

Please allow this letter to serve as our invoice for your prorata share of the 2004 CAM &
Insurance expense for the above referenced property. Enclosed is a breakdown of the
calculation for Winn Dixie's share.

Please issue a check for $49,728.05 payable to ALG, L.P. and mail to:

Retail Planning Corporation
35 Johnson Ferry Road
Marietta, Georgia 30068

Thank you for your attention to this matter. If you have any questions, please feel free to
call me.

Sincerely,

RETAIL PLANNING CORPORATION

Kim P. Trotter
Property Manager

Enclosures

*WINN DIXIE #1852*
*ALPHARETTA CROSSING SHOPPING CENTER*
*2004 CAM RECONCILIATION*

| | |
|---|---|
| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.77% |

| | | |
|---|---|---|
| 2004 CAM EXPENSE | $ | 195,532.71 |
| TENANT'S SHARE OF CAM | $ | 91,444.05 |
| LESS PAYMENTS MADE BY TENANT | | ($41,716.00) |
| BALANCE: | $ | 49,728.05 |

## 2004 EXPENSES - GRAND UNION

| | |
|---|---|
| ELECTRICITY | $11,422.49 |
| WATER - IRRIGATION | $128.10 |
| SPRINKLER INSPECTION | $7,137.78 |
| TRASH REMOVAL | $0.00 |
| CAM - SIGNS | $420.00 |
| PLUMBING-METER READINGS | $2,093.85 |
| CANOPY ROOF REPAIRS | $0.00 |
| ELECTRICAL REPAIRS | $5,180.49 |
| GEN. REPAIRS & MAINT. | $2,517.00 |
| OTHER CONTRACT SERVICES | $2,944.00 |
| PARKING LOT REPAIRS | $101,373.00 |
| PARKING LOT SWEEPING/MAINT. | $13,470.00 |
| LANDSCAPING | $16,385.00 |
| MANAGEMENT FEE | $0.00 |
| INSURANCE | $32,461.00 |
| **TOTAL CAM** | **$195,532.71** |



ELLEN TINSLE.
Area Property Manager
Rial Estate Department

Via Fax 2 Pages (770-955-1513)
Certified Mail Return Receipt Requested
7000 1670 0004 6395 2426

April 28, 2005

Kim Trotter
RETAIL PLANNING CORPORATION
35 Johnson Ferry Road
Marietta, GA 30067

> RE: **Closed Winn Dixie Store #1852**
> **Subleased Alpharetta Crossing Shopping Center**
> **2004 CAM and Insurance Reconciliation**

Dear Ms. Trotter:

As a follow up to our conversation of April 14, 2005 and my voice mail message of today, this letter will acknowledge receipt of your package for 2004 CAM and Insurance for the above referenced location. As previously stated, you billed us $195,532.71 and the following charges are disputed:

## 2004 CAM

1)  Parking Lot Repairs                                                   $100,698.00

Per Section IV of the lease, entitled Contributions for Common Area Maintenance Costs, *Grand Union agrees to pay, commencing as of the Rent Commencement Date, as an additional charge, its proportionate share of costs and expenses of operation and maintenance of the common areas within the Shopping Center provided, however, that Grand Union shall not be obligated to pay any charge for items which would, under generally accepted accounting principles, constitute a capital charge*

After removing this invoice from the billings, the remaining balance for 2004 CAM is $62,373.71. Our pro rata share of this amount (46.77%) or $29,172.18, less payments totaling $41,716.00, would indicate a **credit** due in the amount of $12,543.82.

## 10/27/2004 – 10/27/2005 INSURANCE

1)  $32,461.00 - This amount differs from the actual bills faxed to me by your office. The total invoiced amount by Travelers Insurance is $25,033.73. Our pro rata share of this amount is (46.77%) or $11,708.27.

By this reference, I am authorizing our accounting department to issue a credit in the amount of $12,543.82 for year 2004 CAM. In addition, effective May 1, 2005, monthly recurring CAM deposits will be reduced to $2,431.01.

*Page 2 of 2*
*2004 CAM and INS*
*April 28  2005*

If you disagree with my calculations, please document your position and I will be more than happy to review this file again

Best Regards,

Telsa Tinsley

cc: File
    Lease Accounting

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA, GEORGIA, 30068

TELEPHONE                770-956-8383
FAX DEVELOPMENT          678-385-1930
FAX-LEASING              770-956-9092
FAX-ACCOUNTING           770-984-2662
FAX-PROPERTY MGMT 770-955-7513
DOMAIN                   retailplanningcorp.com

March 21, 2005

Ms. Telsa Tinsley
Real Estate Department
Winn Dixie #1852
5400 Fulton Industrial Blvd.
Atlanta, GA 30336

RE:   Winn Dixie - 2004 Water Reconciliation
      Alpharetta Crossing Shopping Center
      Alpharetta, GA

Dear Telsa:

Please allow this letter to serve as our invoice for the 2004 Water Reconciliation for the above referenced property. Enclosed is a breakdown of Winn Dixie's monthly consumption reference.

Please issue a check for $589.65 payable to ALG, L P and mail in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068.

Thank you for your attention to this matter. Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,

RETAIL PLANNING CORPORATION

Kim P Trotter
Property Manager

Enclosure

WINN DIXIE (GRAND UNION #1852) STE 501
(PERFECT LIVING IS SUBTENANT)
ALPHARETTA CROSSING SHOPPING CENTER
2004 WATER RECONCILIATION

|  | Actual Meter Readings | Actual Meter Usage | Actual $ Sewer | Actual $ Water | Total |
|---|---|---|---|---|---|
| December 03 | 7360000 |  |  |  |  |
| January | 7365000 | 5000 | 23.75 | 17.70 | 41.45 |
| February | 7369000 | 4000 | 19.00 | 14.16 | 33.16 |
| March | 7374000 | 5000 | 24.95 | 19.45 | 44.40 |
| April | 7379000 | 5000 | 24.95 | 19.45 | 44.40 |
| May | 7384000 | 5000 | 24.95 | 19.45 | 44.40 |
| June | WATER | 0 | 0.00 | 0.00 | 0.00 |
| July | 7395000 | 11000 | 54.89 | 42.79 | 97.68 |
| August | 7401000 | 6000 | 29.94 | 23.34 | 53.28 |
| September | 7408000 | 7000 | 34.93 | 27.23 | 62.16 |
| October | 7416000 | 8000 | 39.92 | 31.12 | 71.04 |
| November | 7421000 | 5000 | 24.95 | 19.45 | 44.40 |
| December | 7427000 | 6000 | 29.94 | 23.34 | 53.28 |

| TOTAL | $589.65 |
|---|---|
| Total Paid | $0.00 |
| BALANCE | $589.65 |

New rates effective 3/1/04
Sewer: $4.99 per gallons
Water: $9.45 for the first 3,000 gallons;thereafter $3.89 per 1,000 gallons

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA, GEORGIA 30068

| | |
|---|---|
| TELEPHONE | 770-956-8383 |
| FAX-DEVELOPMENT | 678-385-1930 |
| FAX-LEASING | 770-956-9092 |
| FAX-ACCOUNTING | 770-984-2662 |
| FAX PROPERTY MGMT | 770-955-7513 |
| DOMAIN | retailplanningcorp.com |

August 24, 2005

Ms. Telsa Tinsley
Real Estate Department
Winn Dixie #1852
P.O. Box 43425
Atlanta, GA 30326

RE:   Winn Dixie - 2005 Tax Reconciliation
Alpharetta Crossing Shopping Center
Alpharetta, GA

Dear Telsa:

Please allow this letter to serve as our invoice for the 2005 Fulton County property taxes received to date for the above referenced property. Enclosed is a breakdown of Winn Dixie's prorata share of the property taxes. Also enclosed are copies of the tax bills for your reference.

Please issue a check for $44,312.32 payable to AI G. L. P. and mail in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068

Thank you for your attention to this matter. Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,

RETAIL PLANNING CORPORATION

Kim P. Trotter
Property Manager

Enclosures

WINN DIXIE #1852 (GRAND UNION COMPANY)
ALPHARETTA CROSSING SHOPPING CENTER
2005 TAX RECONCILIATION

| | |
|---|---|
| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.767% |
| 2005 PROPERTY TAX EXPENSE: | $94,752.01 |
| TENANT'S SHARE OF TAXES: | $   44,312.32 |
| LESS PAYMENT MADE BY TENANT THROUGH 10/04 | |
| BALANCE: | $   44,312.32 |

October 26, 2005

Ms. Telsa Tinsley
Real Estate Department
Winn Dixie #1852
P O Box 43425
Atlanta, GA 30326

### RE: Winn Dixie - 2005 City of Alpharetta Tax Reconciliation
### Alpharetta Crossing Shopping Center
### Alpharetta, GA

Dear Telsa:

Please allow this letter to serve as our invoice for the 2005 City of Alpharetta property taxes received to date for the above referenced property  Enclosed is a breakdown of Winn Dixie s prorata share of the property taxes  Also enclosed are copies of the tax bills for your reference

Please issue a check for $10, 338 85 payable to AI G. L  P  and mail in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068.

Thank you for your attention to this matter  Should you have any questions regarding this information, please do not hesitate to call

Sincerely,

### RETAIL PLANNING CORPORATION

Kim P  Trotter
Property Manager

Enclosures

WINN DIXIE #1852 (GRAND UNION COMPANY)
ALPHARETTA CROSSING SHOPPING CENTER
2005 TAX RECONCILIATION


| | |
|---|---|
| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.767% |
| 2005 CITY OF ALPHARETTA TAX EXPENSE | $22,106.33 |
| TENANT'S SHARE OF TAXES:<br>LESS PAYMENT MADE BY TENANT THROUGH 10/05 | $   10,338.39 |
| BALANCE: | $   10,338.39 |

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA GEORGIA 30068

TELEPHONE                770-956-8383
FAX-DEVELOPMENT          679-385-1930
FAX-LEASING              770-956-9092
FAX-ACCOUNTING           770-984-2662
FAX-PROPERTY MGMT        770-955-7513
DOMAIN                   retailplanningcorp com

November 3, 2005

Ms. Telsa Tinsley                          VIA CERTIFIED MAIL #7003 1010 0000 8737 3721
Real Estate Department
Winn Dixie #1852
5050 Edgewood Court
Jacksonville, FL 32254-3601

RE:    Winn Dixie - 2005 Real Estate Tax Reconciliation
       Alpharetta Crossing Shopping Center
       Alpharetta, GA

Dear Telsa:

Please allow this letter to serve as our final invoice for the 2005 Fulton County and City of
Alpharetta property taxes received for the above referenced property. Enclosed is a breakdown
of Winn Dixie's prorata share of the property taxes. Also enclosed are copies of the tax bills for
your reference. On two previous occasions invoices ($44,312 32 and $10,338 85) were sent to
you. The $44,312.32 invoice was for the appealed Fulton County Tax the $10,338 85 was for the
City of Alpharetta Tax. The Fulton County tax appeal has been denied (correspondence attached)
and we must invoice for the remaining balance, which is $8,930.04. Since we have not received
payment for either of the two previous invoices a total of $63,581 21 is immediately due.

Therefore, please issue a check for the full amount of $63,581 21 payable to AI G, L P and mail
in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068

Thank you for your attention to this matter. Should you have any questions regarding this
information, please do not hesitate to call.

Sincerely,

RETAIL PLANNING CORPORATION

Kim P Trotter
Property Manager

Attachments

| WINN DIXIE #1852 (GRAND UNION COMPANY) |
| ALPHARETTA CROSSING SHOPPING CENTER |
| 2005 TAX RECONCILIATION |

| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.767% |

2005 PROPERTY TAX EXPENSE:                       $135,954.23

TENANT'S SHARE OF TAXES:                    $    63,581.21
LESS PAYMENT MADE BY TENANT THROUGH 10/05

BALANCE:                                    $    63,581.21

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA, GEORGIA 30068

| | |
|---|---|
| TELEPHONE | 770-956-8383 |
| FAX-DEVELOPMENT | 678-385-1930 |
| FAX-LEASING | 770-956-9092 |
| FAX-ACCOUNTING | 770-984-2662 |
| FAX-PROPERTY MGMT | 770-955-7513 |
| DOMAIN | retailplanningcorp.com |

October 10, 2005

Perfect Living
Store Manager
11770 Haynes Bridge Road
Suite 501
Alpharetta, GA  30004

RE:    Perfect Living
        Annual Fire Sprinkler Inspection
        Alpharetta Crossing Shopping Center

Dear Manager:

The annual fire inspection was performed at Alpharetta Crossing Shopping Center in July 2005. Upon inspection by D&C Fire Protection Company, it was observed that eight (8) sprinkler heads are in need of repair/replacement. The cost of such repairs is $520.00, your account will be invoiced for this amount. I have enclosed a copy of the proposal for your reference.

Jim White with D & C Fire Protection will be at your location on October 19th or 20th, 2005 to make the repairs, should you need to contact him you may call (770) 482-4100 ext. 107. Please call me at 770-956-8383 or email kim@retailplanningcorp.com to confirm your receipt of this notification

Should you have any questions or concerns, please call or email

Sincerely,

RETAIL PLANNING CORPORATION

Kim P. Trotter
Property Manager

Enclosure

*10/19 d 10/20*



AUTOMATIC FIRE SPRINKLER SYSTEMS

Date: | 09/23/05

# PROPOSAL

| | |
|---|---|
| TO: Retail Planning Corporation<br>35 Johnson Ferry Road<br>Marietta, GA 30068 | PROJECT: Alpharetta Crossing<br>11770 Haynes Bridge Road<br>Alpharetta, GA 30004 |
| ATTN: Kim Trotter | RE: Fire Sprinkler System Deficiencies |
| | |
| TELEPHONE #: (770) 956-8383 | DATE OF INSPECTION: 07/21/05 |
| FAX #:      (770) 955-7513 | INSPECTOR: Jim White |

The following deficiencies were noted during the inspection of your fire sprinkler system. In order to insure the proper operation of the system, we propose to furnish material and labor at the prices stipulated below:

~~Suite 209 - Time Warp Laundromat~~
Install one (1) sprinkler head in hallway on right side, install one (1) sprinkler head in rear area, relocate one (1) sprinkler head in front of restrooms, relocate one (1) sprinkler head in back room, ~~$1,795.00~~
and shorten one (1) sprinkler drop in back room

Suite 501 - Perfect Living                                                              520 00
Lower eight (8) sprinkler heads and install escutcheon plates

~~Suite 221 - Parking Value~~
Install escutcheon plate on two (2) sprinkler heads in kitchen                          ~~$178.50~~

~~Suite 205 - Vintage Jewelry & Book Shop~~
Lower one (1) sprinkler head and install escutcheon plate                               ~~$120.00~~

                                                                                        CONTINUED

1931 ROCK CHAPEL ROAD • P.O. BOX 918 • LITHONIA, GEORGIA 30058
TEL. (770) 482-4100 • FAX: (770) 482-7173



November 14, 2005

ALG, L.P.
c/o Retail Planning Corporation
35 Johnson Ferry Road
Marietta, Ga. 30068

*Via Telecopy with Confirmation and*
*Certified mail, Return Receipt*
7100 6921 9020 0006 3457

Re: Store #1852

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no 05-03817-3F1(the "Bankruptcy Court")

The Debtors have received your request for reimbursement of the amount of $44,312.32, representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through the date of this letter), a check is enclosed totaling $32,413.80

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

Check Date: 30 Nov 2005

Check No    008135291

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|----------|----------------|--------------|------------|--------------|--------------------|-------------|
| VDHDQ | 1852CAM12010001 | 01 Dec 2005 | 30680829 | 3,476.00 | 0.00 | 3,476.00 |
| VDHDQ | 1852RENT12010001 | 01 Dec 2005 | 30660830 | 19,799.18 | 0.00 | 19,799.18 |
| VDHDQ | 1853RET2005 | 14 Nov 2005 | 30581817 | 32,413.80 | 0.00 | 32,413.80 |

| Vendor Number | | Name | | Total Discounts | |
|---------------|--|------|--|-----------------|--|
| 0600781189 | | GLA LLC | | 50.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amount |
| 608135291 | 30 Nov 2005 | | 555,688.98 | $0.00 | $55,688.98 |

Winn Dixie Stores, Inc
Debtor-in-Possession
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK N.A.
Pensacola, FL 32504

008135291
63-191/632

Date    30 Nov 2005

Pay Amount  $55,688.98

Pay    *** FIFTY-FIVE THOUSAND SIX HUNDRED EIGHTY-EIGHT AND 98 /100 U.S. DOLLAR ***

To The Order Of

Winn Dixie Stores, Inc. Consolidated Disbursement Account

GLA LLC
% RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA GA 30067

Authorized Signature

⑈008135291⑈ ⑆063210125⑆ 2079940000225⑈

## RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA GEORGIA 30068

TELEPHONE          770-956-8383
FAX-DEVELOPMENT    678-385-1930
FAX-LEASING        770-956-9092
FAX-ACCOUNTING     770-984-2662
FAX-PROPERTY MGMT  770-955-7513
DOMAIN             retailplanningcorp com

December 6, 2005

Mr Richard Tansi                    VIA CERTIFIED MAIL #7003 1010 0000 8737 3745
Real Estate Department
Winn Dixie #1852
5050 Edgewood Court
Jacksonville, FL 32254-3699

RE:    Winn Dixie - 2005 Real Estate Tax Reconciliation
       Alpharetta Crossing Shopping Center
       Alpharetta, GA

Dear Mr Tansi:

Please allow this letter to serve as follow up to our letter of November 3rd, 2005 regarding the our final invoice for the 2005 Fulton County and City of Alpharetta property taxes received for the above referenced property

We have received your correspondence of November 14th, 2005 with a check enclosed in the amount of $32,413.80. The check does not cover Winn Dixie's full pro-rate share of the 2005 Property Taxes. Enclosed is a breakdown of Winn Dixie's prorata share of the property taxes including a credit for the payment of $32,413.80. I have also enclosed are copies of the tax bills for your reference. As we have not received payment in full, a total of $31,167.41 is immediately due

Therefore, please issue a check for the balance due of $31,167.41 payable to A.I.G. L. P and mail in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068

Thank you for your attention to this matter. Should you have any questions regarding this information, please do not hesitate to call

Sincerely

RETAIL PLANNING CORPORATION

Kim P Trotter
Property Manager

Enclosures





America's Supermarket®

May 17, 2006

ANGELA BARAGONA
Assistant Director of Taxes

AEG, L.P
C/o Retail Planning Corporation
35 Johnson Ferry Road
Marietta, GA 30068

7100 6921 4065 0007 5191

Re:    Store # 1852

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1 (the "Bankruptcy Court")

The Debtors have received your request for reimbursement of the amount of $27,854.61 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $22,109.27

Sincerely,

Angela Baragona
Winn Dixie Stores, Inc

| | | | | | Check No | 008204562 |
|---|---|---|---|---|---|---|
| Check Date: 18 May 2006 | | | | | | |
| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| DHBQ | 1853RE130054 | 18 May 2006 | 00616236 | 22,109.27 | 0.00 | 22,109.27 |



| Vendor Number | | | Name | | Total Discounts | |
|---|---|---|---|---|---|---|
| 0000781199 | | | GLA LLC | | $0.00 | |
| Check Number | Date | | | Total Amount | Discounts Taken | Total Paid Amount |
| 008204562 | 18 May 2006 | | | $22,109.27 | $0.00 | $22,109.27 |

008204562

Winn Dixie Stores, Inc.
Debtor-in-Possession
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.
Pensacola, FL 32521

63-1012/632

Date    18 May 2006

Pay Amount   $22,109.27

Pay   TWENTY-TWO THOUSAND ONE HUNDRED NINE AND 27/100 US DOLLAR

Winn Dixie Stores, Inc. Consolidated Disbursement Account

To The Order Of

GLA LLC
% RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

Authorized Signature

⑈008204562⑈ ⑆063201425⑆ 2079940000225⑈

# RE7 IL PLANNING CORPURATION

35 JOHNSON FERRY ROAD
MARIETTA GEORGIA 30068

| | |
|---|---|
| TELEPHONE | 770-956-8383 |
| FAX-DEVELOPMENT | 678-385-1830 |
| FAX LEASING | 770-956-9092 |
| FAX ACCOUNTING | 770-964-2552 |
| FAX-PROPERTY MGMT | 770-955-7513 |
| DOMAIN | retailplanningcorp.com |

April 3, 2006

OVERNIGHT DELIVERY

Ms. Telsa Tinsley
Real Estate Department
Winn Dixie #1852
5050 Edgewood Court
Jacksonville, FL 32254-3601

RE:   2005 CAM & Insurance Billing
      Big Star #5746 (Winn Dixie #1852)
      11770 Haynes Bridge Road (formerly Norcross Street), Suite 501
      Alpharetta Crossing Shopping Center

Dear Ms Tinsley

Please allow this letter to serve as our invoice for your prorata share of the 2005 CAM & Insurance expense for the above referenced property  Enclosed is a breakdown of the calculation for Winn Dixie's pro-rata share, as well as copies of the associated invoices

Please issue a check for $27,083.71 payable to ALG L P and mail to:

Retail Planning Corporation
35 Johnson Ferry Road
Marietta, Georgia 30068

Thank you for your attention to this matter. If you have any questions, please feel free to call me

Sincerely,

RETAIL PLANNING CORPORATION

Kim P Trotter
Property Manager

Enclosures

| WINN DIXIE #1852 |
| ALPHARETTA CROSSING SHOPPING CENTER |
| 2005 CAM RECONCILIATION |

| | |
|---|---|
| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.77% |
| | |
| 2005 CAM EXPENSE | $ 147,104.27 |
| | |
| TENANT'S SHARE OF CAM | $ 68,795.71 |
| LESS PAYMENTS MADE BY TENANT | ($41,712.00) |
| | |
| BALANCE: | $ 27,083.71 |

**2005 EXPENSES - WINN DIXIE**

| | |
|---|---|
| ELECTRICITY | $10,547 25 |
| WATER - IRRIGATION | $829 10 |
| SPRINKLER INSPECTION | $6 929 65 |
| TRASH REMOVAL | $0 00 |
| CAM - SIGNS | $865 40 |
| PLUMBING-METER READINGS | $9,673 43 |
| CANOPY ROOF REPAIRS | $0 00 |
| ELECTRICAL REPAIRS | $15,196 44 |
| GEN REPAIRS & MAINT | $3,705 00 |
| OTHER CONTRACT SERVICES | $4,905 00 |
| PARKING LOT REPAIRS | $5,110 00 |
| PARKING LOT SWEEPING/MAINT | $12,865 00 |
| LANDSCAPING | $14,560 00 |
| MANAGEMENT FEE | $37,021 00 |
| INSURANCE | $24,897.00 |
| TOTAL CAM | $147,104 27 |

## INSURANCE CALCULATION

| | 11/04-10/05 | 11/05-10/06 | 2005 |
|---|---|---|---|
| Property Insurance | 17 253 | 16 332 | 17 099 |
| Liability Insurance | 4 251 | 4 326 | 4,264 |
| Automobile | 10 | 37 | 14 |
| Umbrella Insurance | 2 700 | 2 767 | 2 711 |
| Worker's Comp | 65 | 86 | 68 |
| Boiler & Machinery | 755 | 664 | 740 |
| | 25 034 | 24 212 | 24 897 |

April 27, 2006

Retail Planning Corp.
Attn: Kim trotter
35 Johnson Ferry Road
Marietta, GA 30068

RE: Alpharetta Crossing Shopping Center

Dear Ms Trotter

I reviewed your 2005 INS billing; the amount you are billing is different from the Travelers Property invoice ($24,212.43). The following charges will be disallowed due to the Lease only stating Property and Liability insurance.

| 2005\2006 INS Billing | |
| --- | --- |
| Disallowed | |
| Auto | 36.75 |
| Umbrella | 2,767.46 |
| Work Comp | 85.96 |
| Boiler | 664.35 |
| Total | 3,554.52 |

In which the actual INS expense amount is $20,657.91, pro rata share (46.77%) or $9,661.71.

On the 2005 CAM expenses, the management fee charge is disallowed of $33,021.00 as it's not required by the Lease. Also in reviewing the back up documentation the adding tapes did not match your CAM recon on certain categories. In which your 2005 CAM was reduced by $2,490.12

My calculation for your 2005 CAM is $-3,035.01

If you have any question please give me a call

Sincerely:
### Virginia Vincent
Corp. Lease Associate
Real Estate Dept.
Winn-Dixie Stores Inc
Phone No. (904)-370-7389
Fax No. (904)370-6025

STORE 1852   2005 BILLING

2005 EXPENSE

| | WRD CALCULATIONS | | LL CALCULATIONS | DIFFERENCES | |
|---|---|---|---|---|---|
| OTHER CONTRACT SERVICES | $ | 4 070 00 | $ 4 905 00 | ($836 00) | |
| GEN REPAIRMENT | $ | 2 450 00 | $ 3 705 00 | ($1 255 00) | |
| CAM-SIGNS | $ | 865.40 | $ 865 40 | $0 00 | Billing & Tape didn t match |
| SPRINKLER SYSTEM | $ | 6 646 53 | $ 6 929 65 | ($330 12) | |
| ELECTRICAL REPAIRS | $ | 15 196 44 | $ 15 196 44 | $0.00 | |
| PLUMBING | $ | 9 552 43 | $ 9 673 43 | ($120 00) | |
| FKLT REPAIRS | $ | 5 110.00 | $ 5 110 00 | $0 00 | |
| FKLT SWEEPING MAINT | $ | 12 865 00 | $ 12 865 00 | $0 00 | |
| LANDSCAPING | $ | 14 560 00 | $ 14 560 00 | $0 00 | |
| ELECTRICITY | $ | 10,547 25 | $ 10,547 25 | $0.00 | |
| WATER/IRRIGATION | $ | 829 10 | $ 829 10 | $0 00 | |
| MANAGEMENT FEE | $ | | $ 37 021 00 | ($37 021 00) | Disallowed |
| TOTAL | $ | 82,696 15 | $ 123,207 27 | ($39,511 12) | |

10/27/05-10/27/06 INS

| | WRD CALCULATIONS | | LL CALCULATIONS | DIFFERENCES | |
|---|---|---|---|---|---|
| PROPERTY | $ | 16 331 91 | $ 17 059 00 | ($727 09) | Billing & Tape didn t match |
| LIABILITY | $ | 4 326 00 | $ 4 264 00 | $62 00 | |
| AUTO | $ | | $ 14 00 | ($14 00) | |
| UMBRELLA | $ | | $ 2 711 00 | ($2 711 00) | Disallowed |
| WRK COMP | $ | | $ 68 00 | ($68 00) | |
| BOILER | $ | | $ 740.00 | ($740 00) | |
| TOTAL | $ | 20,657 91 | $ 24,896.00 | ($4,238 09) | |

| Grand Total | $ | 103,354 06 | $ 147,103.27 | ($43,749 21) |
|---|---|---|---|---|

| 2005 CAM EXPENSE | $82,696.15 |
|---|---|
| PRO RATA SHARE (WD) | 48.77% |
| LESS PAYMENTS (WRD) | ($41,712.00) |
| Due to LL | ($3,035.01) |

| 05/06 INS EXPENSE | $20,657 91 |
|---|---|
| PRO RATA SHARE (WD) | 46.77% |
| Due to LL | $9,661 70 |

| BALANCE | $6,626.69 |
|---|---|

Check Date: 12 May 2006                                          Check No    0082026(

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amoun |
|----------|---------------|--------------|------------|--------------|--------------------|-----------|
| WDHDQ | 1852CAM2005CM | 12 May 2006 | 00715530 | 3,035.01 | 0.00 | 3,035 |
| WDHDQ | 1852INS05-06 | 12 May 2006 | 00715526 | 9,661.71 | 0.00 | 9,661 |

| Vendor Number | | Name | | Total Discounts | |
|---------------|---|------|---|-----------------|---|
| 0008781199 | | GLA LLC | | $0.00 | |
| Check Number | Date | | Total Amount | Discounts Taken | Total Paid Amoun |
| 008202687 | 12 May 2006 | | $6,626.70 | $0.00 | $6,626.70 |

Winn Dixie Stores, Inc.                         WACHOVIA BANK, N.A.            008202687
Debtor-in-Possession                            Pensacola, FL  32534              63-101/2632
PO Box B
Jacksonville, Florida 32203-0297
                                                Date    12 May 2006
                                                                    Pay Amount  $6,626.70**
Pay    *** SIX THOUSAND SIX HUNDRED TWENTY-SIX AND 70/100 US DOLLAR***

To The Order Of                                 Winn Dixie Stores, Inc. Consolidated Disbursement Account

GLA LLC
% RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA  GA  30067

                                                KD Hardee
                                                Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑈008202687⑈ ⑆063210⑈25⑆ 2079940000225⑈

## Kim Trotter

**From:** Kim Trotter [kim@retailplanningcorp.com]

**Sent:** Thursday, May 25 2006 4:59 PM

**To:** 'Virginia Vincent'

**Subject:** RE: store 1852

Virginia,

Thanks for the info. I've reviewed your comments regarding the insurance and feel I need to further address the amounts owed. You are correct in disallowing the charges other than Property & Liability Insurance, but I've attached the insurance invoices that correspond to the dollar amount note on your memo. The total for the 2005 Insurance is $21,857. Please see the chart below which shows how the $24,857 was arrived at.

| | 11/04-10/05 | 11/05-10/06 | 2005 |
|---|---|---|---|
| Property Insurance | 17,253 | 16,332 | 17,099 |
| Liability Insurance | 4,251 | 4,326 | 4,264 |
| Automobile | 10 | 37 | 14 |
| Umbrella | 2,700 | 2,767 | 2,711 |
| Worker's Comp | 65 | 86 | 68 |
| Boiler - Machines | 755 | 664 | 740 |
| | 25,034 | 24,212 | 24,357 |

The chart below reflects the correct charges to be pro-rated for Winn Dixie. Therefore Winn Dixie's pro-rata amount owed is $9,991.48 instead of the amount paid ($9,661.71). Please have an additional check in the amount of $329.77 issued as soon as possible.

| | 11/04-10/05 | 11/05-10/06 | 2005 |
|---|---|---|---|
| Property Insurance | 17,253 | 16,332 | 17,099 |
| Liability Insurance | 4,251 | 4,326 | 4,264 |
| Automobile | | | |
| Umbrella | | | |
| Worker's Comp | | | |
| Boiler - Machines | | | |
| | 25,034 | 24,212 | 21,363 |

I will address the 05 CAM charges in an email tomorrow.

Thanks!

Kim Trotter
Property Manager
Retail Planning Corporation

RETAIL PLANNING CORPORATION
PROPERTY MANAGEMENT

ADJUSTMENT REQUEST FORM

TO                          Jamie

FROM:                       Kim Trotter

SHOPPING CENTER             Alpharetta Crossing

TENANT NAME.                Winn Dixie

TYPE OF ADJUSTMENT          Credit
                            (WO = Write Off, CH = Charge, NC = Credit)

DATE:                       5/26/06 9:26 AM
AMOUNT:                     $1,652.85

        BASE RENT:

        % RENT:

        CAM:

        05                  $1,652.85
        INSURANCE
        Recon:

        TAXES:

        WATER:

        LATE FEES:

        A/R – Gas Svc

REASON FOR ADJUSTMENT:   Tenant only pays for Property & Liability Insurance

```
WINN DIXIE #1852
ALPHARETTA CROSSING SHOPPING CENTER
2005 CAM RECONCILIATION
```

| | |
|---|---:|
| TOTAL SQUARE FOOTAGE OF CENTER: | 95,504 |
| TENANT'S SQUARE FOOTAGE: | 44,664 |
| TENANT'S % OF CENTER: | 46.77% |
| 2005 CAM EXPENSE | $ 104,059.15 |
| TENANT'S SHARE OF CAM | $ 48,664.96 |
| LESS PAYMENTS MADE BY TENANT | ($41,712.00) |
| BALANCE: | $ 6,952.96 |

## 2005 EXPENSES - WINN DIXIE

| | |
|---|---|
| ELECTRICITY | $10.547 25 |
| WATER - IRRIGATION | $829.10 |
| SPRINKLER INSPECTION | $6,649.53 |
| TRASH REMOVAL | $0 00 |
| CAM - SIGNS | $865 40 |
| PLUMBING-METER READINGS | $9 553 43 |
| CANOPY ROOF REPAIRS | $0 00 |
| ELECTRICAL REPAIRS | $15,196 44 |
| GEN. REPAIRS & MAINT | $2,450 00 |
| OTHER CONTRACT SERVICES | $4,070 00 |
| PARKING LOT REPAIRS | $5,110 00 |
| PARKING LOT SWEEPING/MAINT | $12,865 00 |
| LANDSCAPING | $14,560 00 |
| MANAGEMENT FEE | |
| INSURANCE | |
| TOTAL CAM | $82,696 15 |

# RETAIL PLANNING CORPORATION

35 JOHNSON FERRY ROAD
MARIETTA GEORGIA 30068

| | |
|---|---|
| TELEPHONE | 770 956 8383 |
| FAX DEVELOPMENT | 678 385 1930 |
| FAX LEASING | 770 956 9092 |
| FAX ACCOUNTING | 770 984 2662 |
| FAX PROPERTY MGMT | 770 955 7513 |
| DOMAIN | retailplanningcorp com |

April 3, 2006

Ms. Telsa Tinsley
Real Estate Department
Winn Dixie #1852
5050 Edgewood Court
Jacksonville FL 32254-3691

RE:   Winn Dixie - 2005 Water Reconciliation
      Alpharetta Crossing Shopping Center
      Alpharetta, GA

Dear Telsa:

Please allow this letter to serve as our invoice for the 2005 Water Reconciliation for the above referenced property. Enclosed is a breakdown of Winn Dixie's monthly consumption reference

Please issue a check for $630 48 payable to ALG, L P and mail in care of Retail Planning Corporation, 35 Johnson Ferry Road, Marietta, Georgia 30068.

Thank you for your attention to this matter. Should you have any questions regarding this information, please do not hesitate to call

Sincerely,

RETAIL PLANNING CORPORATION

Kim P. Trotter
Property Manager

Enclosure

WINN DIXIE (GRAND UNION #1852) STE 501
(PERFECT LIVING IS SUBTENANT)
ALPHARETTA CROSSING SHOPPING CENTER
2005 WATER RECONCILIATION

|  | Actual Meter Readings | Actual Meter Usage | Actual $ Sewer | Actual $ Water | Total |
|---|---|---|---|---|---|
| December 04 | 7427000 |  |  |  |  |
| January | 7434000 | 7000 | 34.93 | 27.23 | 62.16 |
| February | 7439000 | 5000 | 24.95 | 19.45 | 44.40 |
| March | 7446000 | 7000 | 34.93 | 27.23 | 62.16 |
| April | 7452000 | 6000 | 29.94 | 23.34 | 53.28 |
| May | 7456000 | 4000 | 19.96 | 15.56 | 35.52 |
| June | 7461000 | 5000 | 24.95 | 19.45 | 44.40 |
| July | 7467000 | 11000 | 54.89 | 42.79 | 97.68 |
| August | 7472000 | 5000 | 24.95 | 19.45 | 44.40 |
| September | 7477000 | 5000 | 24.95 | 19.45 | 44.40 |
| October | 7483000 | 6000 | 29.94 | 23.34 | 53.28 |
| November | 7488000 | 5000 | 24.95 | 19.45 | 44.40 |
| December | 7493000 | 5000 | 24.95 | 19.45 | 44.40 |

| TOTAL | $630.48 |
|---|---|
| Total Paid | $0.00 |
| BALANCE | $630.48 |

New rates effective 3/1/04
Sewer: $4 99 per gallons
Water: $9 45 for the first 3,000 gallons;thereafter $3 89 per 1,000 gallons



**ALVAREZ & MARSAL**
TAX ADVISORY SERVICES LLC

TO:        Anita Flechler and ALG, LP Tax Files

FROM:    Kristina Dautrich
           Christine Chatham

DATE:     May 31, 2006

SUBJECT:  ALG, LP – PermaFlex expense

---

**Facts:** On December 13, 2004, ALG, LP paid H&H Paving $100,698 to repair the cracks in the existing asphalt parking lot by covering it with PermaFlex. PermaFlex is an asphalt paving system that is promoted as a more economical alternative to the standard asphalt patch method when making paving repairs. Included in the cost was re-painting the traffic lines on the parking lot (aka striping) and repairing the speed bumps.

**Issues:** Should the cost of applying the PermaFlex system be treated as an expense in the year incurred or capitalized for U.S. federal income tax purposes?

**Conclusion:** The cost of applying the PermaFlex system should be expensed in the applicable tax year, not capitalized, for federal income tax purposes

**Discussion:** Treas. Reg. Section 1.162-4 states that the cost of repairs which "neither materially add to the value of the property nor appreciably prolong its life, but keep it in ordinarily efficient operating condition, may be deducted as an expense" Permaflex is designed to be applied over existing parking lots that are structurally sound but possess cracks in the existing asphalt. During the Permaflex application process, the existing parking lot was covered as opposed to being removed entirely The majority of value of a parking lot is derived from its existence, not its cosmetic appearance. ALG, LP had an existing parking lot prior to the PermaFlex application. The value of the property is not increased and the life of the parking lot is not prolonged because the cracked pavement has been covered. Rather, the cracks in the existing pavement were repaired in a less costly manner than the standard patching alternative.

As provided in Treasury Department Circular 230, any tax advice in this communication is not intended or written by Alvarez & Marsal Tax Advisory Services, LLC to be used, and cannot be used, by a client or any other person or entity for the purpose of avoiding tax penalties that may be imposed on any taxpayer.

Our advice in this document is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the above-stated facts, assumptions and representations. If any of the foregoing facts, assumptions or representations is not entirely complete or accurate, it is imperative that we be informed immediately, as the inaccuracy or incompleteness could have a material effect on our conclusions. In rendering our advice, we are relying upon the relevant provisions of the Internal Revenue Code of 1986 as amended, the regulations thereunder, and the judicial and administrative interpretations thereof. These authorities are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our conclusions. We will not update our advice for subsequent changes or modifications to the law and regulations or to the judicial and administrative interpretations thereof.