UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

              Debtors.              Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNT FOR WD GREEN COVE TRUST
LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR ORDER
TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

WD Green Cove Trust, ("Green Cove"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

1.    This objection is in the nature of a cure objection.

2.    Green Cove is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 138.

3.    Store No. 138 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 138.

4.    Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 138 in the amount of $0.00.

Green Cove objects to the Proposed Cure Amount set forth in Exhibit "B". Green Cove is owed $6,267.81 for the pre-petition portion of the 2005 ad valorem taxes, which the Debtors have yet to pay. Green Cove is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5.    Green Cove reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 23 day of June, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile