UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.          Jointly Administered

OBJECTION TO PROPOSED CURE AMOUNT FOR WD PASCO TRUST
LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR ORDER
TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
 (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

WD Pasco Trust, ("Pasco"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

1.   This objection is in the nature of a cure objection.

2.   Pasco is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 672.

3.   Store No. 672 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 672.

4.   Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 672 in the amount of $9,098.00. Pasco objects to the Proposed Cure Amount set forth

in Exhibit "B". Pasco is owed $9,109.95 for the pre-petition portion of the 2005 ad valorem taxes, which the Debtors have yet to pay. Pasco is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5. Pasco reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 23 day of June, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile