UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

MOULTON PROPERTIES, INC.'S RESPONSE TO
DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS

Moulton Properties, Inc. ("Moulton"), a landlord creditor, responds to the objection filed by Winn-Dixie Stores, Inc. (Winn-Dixie") to Claim Number 59648 as follows:

1. Moulton is the owner of the retail shopping center located at 470 Highway 29 South in Cantonment, Florida. Winn-Dixie leased a portion of the premises from Moulton pursuant to a Lease dated October 17, 1985 (the "Lease").

2. The Lease had a term of 20 years, terminating on October 16, 1005. As of the Petition Date, the minimum monthly retail payment due under the Lease was $15,312.50, plus applicable sales and use taxes. Winn-Dixie is also obligated under the Lease to pay percentage rent equal to 1% of annual sales in excess of $13,500,000, plus all real estate taxes, insurance and common area maintenance charges applicable to the demised premises.

3. On February 21, 2005 Winn-Dixie rejected the Lease.

4. On July 19, 2005, Moulton filed a proof of claim for the $139,160.89 in damages flowing from the rejection of the Lease. The damages were calculated as follows:

| | |
|---|---|
| Rent (2.21.05 - 10.16.05) | $120,968.74 |
| Real Estate Taxes ($19,051.52/yr.) | 12,370.44 |
| CAM ($5,426.58/yr.) | 3,523.56 |
| Insurance ($3,539.35/yr.) | <u>2,298.15</u> |
| TOTAL: | <u>$139,160.89</u> |

5. Moulton's proof of claim has been docketed as Claim Number 59648.

6. On June 13, 2006, Winn-Dixie served its objection to Claim No. 59648 contending that Moulton's rejection damages are overstated by some $23,372.89, and that the correct amount should be $115,788. There is no reason stated in the objection for the claimed discrepancy.

6. Moulton disputes Winn-Dixie's calculation of Moulton's Lease rejection damages. If anything, the damages are understated in Moulton's proof of claim as the stated claim amount is based on an erroneous pro-ration of taxes, common area maintenance charges and insurance, and does not include sales taxes.[1]

---

[1] Moulton intends to amend its proof of claim to correct the errors contained in the proof of claim.

WHEREFORE, Moulton requests (i) that Winn-Dixie's objection to Claim No. 59648 be overruled, and (ii) that the Court grant such other relief as is appropriate.

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for Moulton Properties, Inc.

## Certificate of Service

I hereby certify on June 23, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ *Richard R. Thames*

---

59876                                                              Attorney