**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**DEBTORS' MOTION FOR ORDER (I) AUTHORIZING REJECTION OF**
**EXECUTORY CONTRACT WITH LIFETIME HOAN CORPORATION**
**AND (II) APPROVING (A) SETOFF AND (B) RESOLUTION OF CLAIMS**

I, Steven Eichel, certify that on June 23, 2006 I caused to be served the Debtors' Motion for Order (I) Authorizing Rejection of Executory Contract with Lifetime Hoan Corporation and (II) Approving (A) Setoff and (B) Resolution of Claims [Docket No. 8765] and corresponding Notice of Hearing [Docket No. 8766], by having true and correct copies thereof sent to the party listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 23, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Steven Eichel*
Steven Eichel
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/  *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

## Exhibit A

Lifetime Brands, Inc.
One Merrick Ave.
Westbury, NY 11590
Attn: Ed Birgona