UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

1. To Transferor:
Plaquemine, LLC
23 Taylortown Road
Montville, NJ 07045

   With a copy to:
   Edward Weisslitz, Esquire
   c/o Schechner & Targan
   80 Main Street
   West Orange, NJ 07052

2. Your claim(s) arising out of that certain lease by and between Thompson Land Co., Inc., a Louisiana corporation, as lessor and Winn-Dixie Louisiana, Inc., a Florida corporation, as lessee, dated as of October 29, 1997, as evidenced by a memorandum thereof recorded in Conveyance book 511, Entry 100 of the records of the Clerk of Court for the Parish of Iberville, Louisiana, as assigned to Plaquemine, LLC by that certain Assignment of Landlord's Interest in Lease by and between Thompson Land Co., Inc. and Plaquemine, LLC dated as of January 31, 2000 and recorded in Conveyance Book 526, Entry 17, of the records of the Clerk of Court for the Parish of Iberville, Louisiana (said lease together with any and all amendments thereto or modifications thereof hereinafter called the "Lease") against the Debtors has been transferred to the Transferee:

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\364644.1

SBZ Mortgage Associates, LLC

<u>With copies to:</u>
SBZ Mortgage Associates, LLC
One Hollow Lane
Suite 304
Lake Success, NY 11042

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3. If you <u>do</u> <u>not</u> object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee and its counsel at their respective addresses listed herein.

SBZ MORTGAGE ASSOCIATES, LLC

By: s/<u>Wendy M. Simkulak</u>
     One of Its Attorneys

Wendy M. Simkulak, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1547