# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** **Winn-Dixie Stores, Inc. and the United States Bankruptcy Court for the Middle District of Florida.**

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged and intending to be legally bound thereby, Plaquemine, LLC, a Delaware limited liability company (the "Assignor") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned (the "Assignment") to SBZ Mortgage Associates, LLC, a Delaware limited liability company ("Assignee") all of Assignor's right, title, interest, and causes of action in and to, or arising under, or in connection with, any and all claims of Assignor (collectively, the "Claim") against Winn-Dixie Stores, Inc. and/or one or more of its affiliates (collectively, the "Debtors"), in their chapter 11 bankruptcy cases, No. 05-11063, et seq. (Jointly Administered) (collectively, the "Bankruptcy Case"), as set forth in that certain Assignment of Transfer of Claim Agreement dated as of _May 25_ , 2006, between Assignor and Assignee.

Assignor hereby represents that it has filed no proofs of claim in the Bankruptcy Case and hereby expressly sells, transfers and assigns to the Assignee: (a) the exclusive right to file proof(s) of claim in the Bankruptcy Case; and (b) the exclusive right to receive payment and distributions of money or property in respect of the Claim. Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law or regulation. Assignor further agrees to waive its right to object to the Assignment (collectively, the "Assignor's Waivers"). Assignor acknowledges and agrees that Assignor's Waivers shall be

binding at all times even if Assignor receives a notice of transfer of claim that would otherwise permit Assignor to object to the transfer.  Assignor acknowledges, agrees and hereby stipulates that the Bankruptcy Court, without further notice to Assignor, may enter an Order transferring the Claim to Assignee and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

### SBZ MORTGAGE ASSOCIATES, LLC

<u>With copies to:</u>
SBZ Mortgage Associates LLC
One Hollow Lane
Suite 304
Lake Success, NY 11042

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

2

**IN WITNESS WHEREOF,** this **EVIDENCE OF TRANSFER OF CLAIM** is executed as of May 25 , 2006.

PLAQUEMINE, LLC

By:

    Name:      JOSEPH CONZOLA

    Title:       MANAGING MEMBER

3