UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF PROTECTIVE LIFE INSURANCE
COMPANY, ASSIGNEE OF DPJ, TO OBJECTION TO
CLAIM NO. 410981 FILED BY DEBTOR WINN-DIXIE, INC.**

The following is the response of Creditor Protective Life Insurance Company, assignee of Claim No. 410981 held by DPJ (hereafter "Protective") to the objection of Claim No. 410981 (hereafter the "Claim") filed by Debtor Winn-Dixie, Inc. ("Debtor").

1. Protective is the owner of various shopping centers in which Debtors previously operated retail stores pursuant to written leases (each a "Lease" and collectively the "Leases"). All of Protective's Leases are leases of premises located in shopping centers, as that term is used in 11 U.S.C. Section 365(b)(3). *See, In Re: Joshua Slocum, Ltd.*, 922 F.2d 1081 (3rd Cir. 1990).

2. By the Objection, Debtors seek to reduce the Claim.

3. Rule 3001 of the Federal Rules of Bankruptcy Procedure provides, at Subsection (f):

Evidentiary Effect. A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim.

4. Debtors object to the Claim alleging that the amount of the claim lacks adequate supporting documentation.

5. Attached hereto as Exhibit "A" is the Claim.

6. Attached hereto as Exhibit "B" are copies of the Lease which is the basis for the Claim, including amendments and modifications thereto.

7. Attached hereto as Exhibit "C" are documents which evidence the various additional charges shown on the Claim.

8. The Claim was filed by DPJ, and subsequently assigned to Protective. Protective has assigned its interest in the Claim to LCH Opportunities, L.L.C., but has agreed to respond to any objections that may be filed to the Claim as agent on behalf of LCH Opportunities, L.L.C.

9. The documents attached as Exhibit "C" show that Debtor failed to pay its share of certain CAM and insurance expenses for the property subject to the Lease (the "Leased Premises") for the years 2003, 2004 and 2005. The attached documents further show that Debtor failed to pay its share of the real estate taxes on the Leased Premises during the same years.

10. As demonstrated by the Lease, Debtor was obligated to pay such CAM charges, insurance charges, and real estate taxes during the years 2003 through 2005.

11. All of the debts described in the Claim arose pre-petition, as demonstrated by the documents attached hereto as Exhibits "B" and "C."

**WHEREFORE,** Protective prays that Debtors' objection to its Claim be overruled, and for such other and further relief as may be just and required under all the circumstances.

HOLLAND & KNIGHT LLP

By: _____
Charles S. McCall
Florida Bar No. 765510
50 North Laura Street, #3900
Jacksonville, FL 32202
(904) 353-2000 [Telephone]
(904) 358-1872 [Facsimile]
Attorneys for Protective Life
Insurance Company

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via electronic mail on this 26th day of June, 2006 to:

D.J. Baker, Esquire
Sally McDonald Henry, Esquire
Rosalie Walker Gray, Esquire
Jane M. Leamy, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

James H. Post, Esquire
Stephen D. Busey, Esquire
Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Mark J. Friedman, Esquire
Daniel Carrigan, Esquire
Janice L. Duban, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Thomas R. Califano, Esquire
Vincent J. Roldan, Esquire
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Philip V. Martino, Esquire
DLA Piper Rudnick Gray Cary US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602-5149

_____
Attorney

# 3859680_v1

4