FORM B10 (Official Form 10)(4/04)

| United States Bankruptcy Court MIDDLE District of FLORIDA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Winn Dixie Raleigh, Inc. | Case Number<br>05-03839-3F1 | |

Note This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C, § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>DPJ Limited Partnership  410981 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | DEBTOR WINN - DIXIE STORES, INC.<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11 |
|---|---|---|
| Name and address where notices should be sent<br>Herbert Weinberg, Esq.<br>Rosenberg & Weinberg<br>805 Turnpike Street<br>North Andover, MA 01845<br>Telephone number  (978) 683-2479 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | CLAIM NO.: 10263<br><br>This space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br>Unknown | Check here ☐ replaces a previously filed claim, dated:<br>if this claim ☐ amends _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal Injury/wrongful death
- ☐ Taxes
- ☒ Other  Lease

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS# _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2. Date debt was incurred:** _____

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $339,536.53   $0.00   $0.00   $339,536.53
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: _____

**6. Unsecured Nonpriority Claim** $380,308.78
☒ Check this box if: a) there is no collateral or lein securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check box if you have an unsecured priority claim
Amount entitled to priority _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to government unities - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents**  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages, security agreements, and evidence or perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain  If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and a copy of this proof of claim.

This space is for Court Use Only

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA
2005 JUL 28 PM 2: [illegible]
RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

| Date<br>7/26/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Wallace Yaffee, General Partner |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571

EXHIBIT "A"

ATTACHMENT TO PROOF OF CLAIM
Store No. 942

DPJ Limited Partnership ("DPJ") predecessor in interest leased real estate in Richmond, Virginia, to Winn Dixie Raleigh, Inc. pursuant to a lease. The said lease was a triple net lease with all bills, including, but not limited to, taxing authorities, and utilities, being sent to Winn Dixie and were paid by Winn Dixie. Consequently, DPJ is not aware of bills received by the Debtor and reserves the right to amend this claim as it learns of future expenses. All amounts due under said lease were guaranteed by Winn Dixie Stores, Inc. The amount due as limited by the Bankruptcy Code is as follows:

Pre Petition Unpaid expenses Thus Far Identified

| 2003 | - | CAM | - | $ 6,118.84 |
| 2003 | - | Real Estate | | $27,418.78 |
| 2004 | - | Real Estate | | $30,07.16 |

One Year Post Petition and Rent and Other Changes Due Under the Lease

| $48,000 | - | utilities – building must be air conditioned to avoid damage. |
| $12,500 | - | cost of clean up. |
| $18,195.70 | - | Insurance |
| $156,096 | - | Rent |
| $40,000 | - | CAM |
| $1,000.00 | - | Legal fees and expenses |

$339,536.53