*Richmond*
*RP 114*



**Invoice**
**Common Area Maintenance & Insurance 2004**
**Gayton Shopping Center**

*Developing your trust every day.*

804-741-RENT

Winn Dixie Stores, Inc.
P. O. Box B
Jacksonville, FL 32203-0297

Tuesday, March 29, 2005

Listed below is the annual reconciliation of Common Area Maintenance (CAM) and/or Insurance expenses (INS) for 2004. To avoid late charges, please remit payment within thirty days from the date of this invoice (4/28/2005). Remit payment to The Wilton Companies, PO Box 6895, Richmond, VA 23230-6895. Be sure to reference your account number 511-045 on your check. Please direct any questions to Shirley Baker (Shirley@TheWiltonCo.com).

| | |
|---|---:|
| Total CAM and INS expenses for 2004. | $51,604.10 |
| Your prorata share is equal to the sq/ft of your lease (44,550) / the sq/ft of the building or center (78,750). | 56.57% |
| Num months in occupancy during the year - 12  Lease Date: 9/1/1986 | 100.00% |
| Subtotal CAM and INS expenses - your prorata share of expenses: $0.66 per sq/ft/yr. | $29,192.44 |
| Plus additional expenses specific to your leased premises, eg. utilities, etc: $0.00 per sq/ft/yr. | $0.00 |
| Your Prorata Share of CAM and INS Charges | 29,192.44 |
| Less CAM, Utility and Insurance payments made during the year (see history below): | $9,000.00 |
| Balance Due by 4/28/2005 | $20,192.44 |

| CAM, Insurance & Utilities History - 2004 | | |
|---|---|---:|
| CAM | 01/01/2004 | 750.00 |
| CAM | 02/01/2004 | 750.00 |
| CAM | 03/01/2004 | 750.00 |
| CAM | 04/01/2004 | 750.00 |
| CAM | 05/01/2004 | 750.00 |
| CAM | 06/01/2004 | 750.00 |
| CAM | 07/01/2004 | 750.00 |
| CAM | 08/01/2004 | 750.00 |
| CAM | 09/01/2004 | 750.00 |
| CAM | 10/01/2004 | 750.00 |
| CAM | 11/01/2004 | 750.00 |
| CAM | 12/01/2004 | 750.00 |
| Total Charge History | | $9,000.00 |

Account Number: 511-045    12450 Gayton Road
Landlord: Ridgeview, Inc.

**EXHIBIT "C"**

## Gayton SC 2004 CAM

| | Common Costs | 12412-22 Gayton Rd | 12424-30 Gayton Rd | 12434-38 Gayton Rd |
|---|---|---|---|---|
| **Building Maintenance** | | | | |
| 1) Repairs/Supplies | 2,383.35 | | | |
| 2) Roof & Canopy Repairs | - | | | |
| 3) Janitorial | - | | | |
| **Grounds Upkeep** | | | | |
| 1) Parking Lot Repairs | 720.93 | | | |
| 2) Parking Lot Sweeping | - | | | |
| 3) Signs | 263.80 | | | |
| 4) Landscaping | 6,084.00 | | | |
| **Property Management** | | | | |
| 1) Truck Cost | 2,390.77 | | | |
| 2) General CAM Invoices | 1,023.29 | | | |
| 3) Labor Cost | 18,718.39 | | | |
| Snow/Ice Removal | 1,560.00 | | | |
| Subtotal | 33,144.33 | - | - | - |
| Dumpster Service | - | | | |
| Water & Sewer | - | 1,998.84 | 680.04 | 1,130.40 |
| Electricity | 5,999.59 | - | | |
| Insurance | 5,729.21 | | | |
| Subtotal | 44,873.13 | 1,998.84 | 680.04 | 1,130.40 |
| 15% Administrative Fee | 6,730.97 | 299.83 | 102.01 | 169.56 |
| Grand Total | 51,604.10 | 2,298.67 | 782.05 | 1,299.96 |
| Square Footage | 78,750.00 | 6,775.00 | 5,895.00 | 7,300.00 |
| CAM Cost/SF | 0.66 | 0.34 | 0.13 | 0.18 |
| Real Estate Taxes | | X | .749/sf | X | 2005#'s |

Notes (handwritten): sf for TAY 75,160 (amt incl bank) 2005 SF TAY $55,861.48

| Unit Number | Square Feet | Square Feet | Square Feet | Square Feet | Add Cost/ft |
|---|---|---|---|---|---|
| 511-032 12412 | 1,015 | 1,015 | | | 0.34 |
| 511-033 12414 | 1,015 | 1,015 | | | 0.34 |
| 511-034 12416 | 990 | 990 | | | 0.34 |
| 511-035 12418-20 | 2,150 | 2,150 | | | 0.34 |
| 511-037 12422 | 1,605 | 1,605 | | | 0.34 |
| 511-038 12424 | 2,460 | | 2,460 | | 0.13 |
| 511-039 12426 | 1,495 | | 1,495 | | 0.13 |
| 511-040 12428 | 1,000 | | 1,000 | | 0.13 |
| 511-041 12430 | 940 | | 940 | | 0.13 |
| 511-042 12434-36 | 4,180 | | | 4,180 | 0.18 |
| 511-043 12438 | 3,120 | | | 3,120 | 0.18 |
| 511-044 CVS | | | | | CAP 10% 2003 = $4256.04 * 1.10 = $4681.64 max in 04 |
| Gross Square Feet | 1,578,613 | 6,775.00 | 5,895.00 | 7,300.00 | |

Sq/ft - entire portfolio



**THE WILTON COMPANIES**
*Developing your trust every day.*
804-741-RENT

Invoice
**Common Area Maintenance & Insurance 2003**
**Gayton Shopping Center**

Winn Dixie Stores, Inc.
P. O. Box B
Jacksonville, FL 32203-0297

Monday, October 18, 2004

Listed below is the annual reconciliation of Common Area Maintenance (CAM) and/or Insurance expenses (INS) for 2003. To avoid late charges, please remit payment within thirty days from the date of this invoice (11/17/2004). Remit payment to The Wilton Companies, PO Box 6895, Richmond, VA 23230-6895. Be sure to reference your account number 511-045 on your check. Please direct any questions to Shirley Baker (Shirley@TheWiltonCo.com).

| | |
|---|---:|
| Total CAM and INS expenses for 2003. | $52,236.00 |
| Your prorata share is equal to the sq/ft of your lease (44,550) / the sq/ft of the building or center (78,750). | 56.57% |
| Num months in occupancy during the year - 12  Lease Date: 9/1/1986 | 100.00% |
| Subtotal CAM and INS expenses - your prorata share of expenses | $29,549.91 |
| Less CAM and Insurance payments made during the year (see history below): | $9,000.00 |
| Balance Due by 11/17/2004 | $20,549.91 |

*Handwritten:*
$20,549.91
−14,431.02  paid 12/22/04
                        √# 0074(
$6118.89
balance still due
for 2003 CAM

| CAM and INS Charge History - 2003 | | |
|---|---|---:|
| CAM | 01/01/2003 | 750.00 |
| CAM | 02/01/2003 | 750.00 |
| CAM | 03/01/2003 | 750.00 |
| CAM | 04/01/2003 | 750.00 |
| CAM | 05/01/2003 | 750.00 |
| CAM | 06/01/2003 | 750.00 |
| CAM | 07/01/2003 | 750.00 |

The Wilton Companies

Common Area Maintenance 2003

Property: Gayton SC

| | 2003 | $/SF | 2002 | $/SF | NOTES |
|---|---|---|---|---|---|
| Janitorial | 0.00 | 0.00 | 0.00 | 0.00 | |
| Parking Lot Sweep | 2,325.00 | 0.03 | 750.00 | 0.01 | |
| Grounds Upkeep | 6,069.31 | 0.08 | 5,254.37 | 0.06 | |
| Snow/Ice Removal | 2,274.29 | 0.03 | 2,300.00 | 0.03 | |
| Directory/Signs | 1,152.51 | 0.01 | 1,004.70 | 0.01 | |
| Roof Canopy Repair | 0.00 | 0.00 | 0.00 | 0.00 | |
| Parking Lot Repair | 0.00 | 0.00 | 7,728.00 | 0.10 | |
| Repair/Supplies | 667.91 | 0.01 | 3,877.59 | 0.05 | |
| Miscellaneous | 0.00 | 0.00 | 226.51 | 0.00 | |
| General CAM Invoices | 1,488.38 | 0.02 | | | |
| General CAM | 10,190.25 | 0.13 | | | |
| Truck Costs | 2,520.00 | 0.03 | | | |
| TOTAL | 26,687.65 | 0.34 | 21,142.17 | 0.26 | |
| 15% Maint Supervision | 4,003.15 | 0.05 | 3,171.33 | 0.04 | |
| TOTAL | 30,690.80 | 0.39 | 24,313.50 | 0.30 | |
| Dumpster Service | 0.00 | 0.00 | 0.00 | 0.00 | |
| Water & Sewer | 3,890.71 | 0.05 | 0.00 | 0.00 | |
| Electricity | 5,353.10 | 0.07 | 4,337.32 | 0.05 | |
| Insurance | 5,388.06 | 0.07 | 1,082.00 | 0.01 | |
| TOTAL | 45,422.67 | 0.58 | 29,712.82 | 0.37 | |
| 15% Overhead | 6,813.40 | 0.09 | 4,456.92 | 0.05 | |
| TOTAL | 52,236.07 | 0.66 | 34,169.74 | 0.42 | |
| Square Footage | 78,750 | | 81,180 | | SF difference for tax purposes due to bank SF |
| Cost/sf | 0.66 | | 0.42 | | |

2-1-06

## 2005 TAX
(to be billed)

| | |
|---|---|
| Total Tax | $55,861.48 |
| Your prorata share (44,550/75,760) | 58.80% |
| Your share | $32,846.55 |
| Pmts made | ∅ |
| Amt due | $32,846.55 |



**COUNTY OF HENRICO, VIRGINIA**
Department of Finance
P.O. Box 27032
Richmond, Virginia 23273-7032
**REAL ESTATE TAXES**

27855

1809122928915200000000027930740

| ACCOUNT NUMBER | | AMOUNT DUE |
|---|---|---|
| RI1229289-12 | TO AVOID ADDITIONAL CHARGES, THE AMOUNT DUE MUST BE RECEIVED BY 12/05/05 | $27,930.74 |

MAKE CHECK PAYABLE TO COUNTY OF HENRICO
AND ENTER ACCOUNT NUMBER ON YOUR CHECK

AMOUNT ENCLOSED

RIDGEVIEW INC
WILTON COMPANIES SUITE 10
4901 DICKENS RD
RICHMOND    VA 23230

COUNTY OF HENRICO-14
P O BOX 26304
RICHMOND, VA 23260-6304

For Proper Credit, Detach Top Portion and Return it with your Payment in the Enclosed Envelope
IF A RECEIPT IS REQUIRED, PLEASE RETURN BOTH PORTIONS OF THE BILL

### REAL PROPERTY DESCRIPTION

District: 01
Parcel ID: 732-751-0561
Loan Code: *Gayton Center*

Property Description:
68 A1    6
SL RIDGEFIELD PKWY
AC 7.43

### REAL ESTATE TAXES

| Assessed Values | | | | |
|---|---|---|---|---|
| Land | Building | Total | Tax Rate | Annual Tax |
| $1,699,200 | $4,372,700 | $6,071,900 | $.920 | $55,861.48 |

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2005 2nd Half Tax | $27,930.74 | $27,930.74 |
| Amount Due By 12/05/05 | | $27,930.74 |
| Total Amount Due for Year | | $27,930.74 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program (REAP) to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, contact: County of Henrico, Real Estate Advantage Program, Revenue Division, P.O. Box 27032, Richmond, Virginia 23273 or call the Revenue Division at the number listed under Contact Information on the reverse side of the bill.

See Reverse Side for Important Tax, Billing, and Payment Information

Account Number: RI1229289-12        1809122928915200000000027930740



**COUNTY OF HENRICO, VIRGINIA**
Department of Finance
P.O. Box 27032
Richmond, Virginia 23273-7032

32711

**REAL ESTATE TAXES**

18091229289151000000000027930742

| ACCOUNT NUMBER | | AMOUNT DUE |
|---|---|---|
| RI1229289-11 | TO AVOID ADDITIONAL CHARGES, THE AMOUNT DUE MUST BE RECEIVED BY 06/06/05 | $27,930.74 |

MAKE CHECK PAYABLE TO COUNTY OF HENRICO
AND ENTER ACCOUNT NUMBER ON YOUR CHECK

AMOUNT ENCLOSED

RIDGEVIEW INC
WILTON COMPANIES SUITE 10
4901 DICKENS RD
RICHMOND     VA 23230

COUNTY OF HENRICO-14
P O BOX 26304
RICHMOND, VA 23260-6304

For Proper Credit, Detach Top Portion and Return it with your Payment in the Enclosed Envelope
IF A RECEIPT IS REQUIRED, PLEASE RETURN BOTH PORTIONS OF THE BILL

### REAL PROPERTY DESCRIPTION

| | | Property Description: |
|---|---|---|
| District: | 01 | 68 A1  6 |
| Parcel ID: | 732-751-0561 | SL RIDGEFIELD PKWY |
| Loan Code: | | AC 7.43 |

*Graphic C+e* (handwritten)

### REAL ESTATE TAXES

| Assessed Values | | | | |
|---|---|---|---|---|
| Land | Building | Total | Tax Rate | Annual Levy |
| $1,699,200 | $4,372,700 | $6,071,900 | $.920 | $55,861.48 |
| 1618,300 | 3846,500 | 5464,800 | | |

(2nd – handwritten in margin)

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2005 1st Half Tax | $27,930.74 | $27,930.74 |
| 2005 2nd Half Tax | $27,930.74 | |
| | | |
| Amount Due By   06/06/05 | | $27,930.74 |
| Total Amount Due for Year | | $55,861.48 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program (REAP) to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, contact: County of Henrico, Real Estate Advantage Program, Revenue Division, P.O. Box 27032, Richmond, Virginia 23273 or call the Revenue Division at the number listed under Contact Information on the reverse side of the bill.

See Reverse Side for Important Tax, Billing, and Payment Information

Account Number: RI1229289-11                                    18091229289151000000000027930742





**THE WILTON COMPANIES**
*Developing your trust every day.*

Winn Dixie Stores, Inc.
P. O. Box B
Jacksonville, FL 32203-0297

**Invoice**
**Real Estate Taxes - 2004**

March 28, 2005

Gayton Shopping Center

Account Number: 511-045

Listed below is the annual reconcilliation of the payment of real estate taxes for 2004. Please forward your reimbursement to us as soon as possible. To avoid late charges, please remit payment within thirty days from the date of this invoice (4/28/2005). Remit All payments to The Wilton Companies, PO Box 6895, Richmond, VA 23230-6895. Please reference your account number 511-045 on your check.

Please direct any questions to Shirley Baker at *shirley@thewiltonco.com*.

| | |
|---|---|
| Total Real Estate Taxes paid on property in 2004: | $51,369.12 |
| Your prorata share is equal to the sq/ft of your lease (44,550)/ the sq/ft of the building or center (75,760)... 58.80% | 30,207.16 |
| Number of months occupied in the year: 12 | |

Balance Due by 4/28/2005    $30,207.16

Account Number: 511-045Ridgeview, Inc.



**COUNTY OF HENRICO, VIRGINIA**
Department of Finance
P.O. Box 27032
Richmond, Virginia 23273-7032
**REAL ESTATE TAXES**

27721

18091229289142000000000025684563

| ACCOUNT NUMBER | | AMOUNT DUE |
|---|---|---|
| RI1229289-12 | TO AVOID ADDITIONAL CHARGES, THE AMOUNT DUE MUST BE RECEIVED BY  12/06/04 | $25,684.56 |

MAKE CHECK PAYABLE TO COUNTY OF HENRICO
AND ENTER ACCOUNT NUMBER ON YOUR CHECK

AMOUNT ENCLOSED

RIDGEVIEW INC
WILTON COMPANIES SUITE 10
4901 DICKENS RD
RICHMOND     VA 23230

COUNTY OF HENRICO-14
P O BOX 26304
RICHMOND, VA 23260-6304

For Proper Credit, Detach Top Portion and Return it with your Payment in the Enclosed Envelope
IF A RECEIPT IS REQUIRED, PLEASE RETURN BOTH PORTIONS OF THE BILL

### REAL PROPERTY DESCRIPTION

District: 01
Parcel ID: 732-751-0561
Loan Code:

Property Description:
68 A1    6
SL RIDGEFIELD PKWY
AC 7.43

*Crayton Center* (handwritten)

### REAL ESTATE TAXES

| Assessed Values | | | | |
|---|---|---|---|---|
| Land | Building | Total | Tax Rate | Annual Levy |
| $1,618,300 | $3,846,500 | $5,464,800 | $.940 | $51,369.12 |

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2004 2nd Half Tax | $25,684.56 | $25,684.56 |
| | | |
| Amount Due By    12/06/04 | | $25,684.56 |
| Total Amount Due for Year | | $25,684.56 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program (REAP) to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, contact: County of Henrico, Real Estate Advantage Program, Revenue Division, P.O. Box 27032, Richmond, Virginia 23273 or call the Revenue Division at the number listed under Contact Information on the reverse side of the bill.

See Reverse Side for Important Tax, Billing, and Payment Information

Account Number: RI1229289-12           18091229289142000000000025684563

*IF A REMIT IS REQUIRED, PLEASE RETURN BOTH PORTIONS WITH THE BILL*

## REAL PROPERTY DESCRIPTION

| | |
|---|---|
| District: 01 | Property Description: |
| Parcel ID: 732-751-0561 | 68 A1 6 |
| Loan Code: *Grayton Center* | SL RIDGEFIELD PKWY |
| | AC 7.43 |

## REAL ESTATE TAXES

| | Assessed Values | | Tax Rate | Annual Levy |
|---|---|---|---|---|
| Land | Building | Total | | |
| $1,618,300 | $3,846,500 | $5,464,800 | $.940 | $51,369.12 |
| *2003* *1,456,400* | *3,504,300* | *4,960,700* | | |

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2004 1st Half Tax | $25,684.56 | $25,684.56 |
| 2004 2nd Half Tax | $25,684.56 | |
| | | |
| Amount Due By    06/07/04 | | $25,684.56 |
| Total Amount Due for Year | | $51,369.12 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program (REAP) to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, contact: County of Henrico, Real Estate Advantage Program, Revenue Division, P.O. Box 27032, Richmond, Virginia 23273 or call the Revenue Division at the number listed under Contact Information on the reverse side of the bill.

See Reverse Side for Important Tax, Billing, and Payment Information

Account Number: RI1229289

18091229289141000000000025684565

REREF RV 12/2003 WDH

## THE WILTON COMPANIES
### INCORPORATED
*Designers – Developers – Builders*
4901 Dickens Road, Ste. 100
Richmond, VA 23230

Winn Dixie Stores, Inc.
5050 Edgewood Court
P.O. Box B
Jacksonville, FL 32203-0297

| RE: 12450 Gayton Road, Richmond, VA  Store #942 | 10/4/2004 |
|---|---|
| Total 2003 Real Estate Tax | $ 46,630.58 |
| Percent Occupancy (44,550/75,760) | 58.80% |
| Your Proportionate Share | $27,418.78 |
| Days Occupancy (365/365) | 100% |
| Amount Owed | $ 27,418.78 |
| Amount Paid | $ |
| DUE | $ 27,418.78 |

*(handwritten note: 2003 Real Estate Taxes still owed)*

Please Make Checks Payable To:  **The Wilton Companies**

Mail To:  **The Wilton Companies**
P.O. Box 6895
Richmond, VA  23230



**COUNTY OF HENRICO, VIRGINIA**
Department of Finance
P.O. Box 27032
Richmond, Virginia 23273-7032
**REAL ESTATE TAXES**

13353

1809122928913100000000023315296

| Account Number | | Amount Due |
|---|---|---|
| RI1229289 | TO AVOID ADDITIONAL CHARGES, THE AMOUNT DUE MUST BE RECEIVED BY 06/05/03 | $23,315.29 |

MAKE CHECK PAYABLE TO COUNTY OF HENRICO
AND ENTER ACCOUNT NUMBER ON YOUR CHECK

Amount Enclosed

RIDGEVIEW INC

10625 PATTERSON AVE
RICHMOND      VA 23233

COUNTY OF HENRICO-14
P O BOX 26304
RICHMOND, VA 23260-6304

For Proper Credit, Detach Top Portion and Return it with your Payment in the Enclosed Envelope
IF A RECEIPT IS REQUIRED, PLEASE RETURN BOTH PORTIONS OF THE BILL

### REAL PROPERTY DESCRIPTION

District: 01
Parcel ID: 732-751-0561
Loan Code:

Property Description:
68 A1  6
SL RIDGEFIELD PKWY
AC 7.43

*Grayton Cent*

### REAL ESTATE TAXES

| Assessed Values | | | | |
|---|---|---|---|---|
| Land | Improvements | Total | Tax Rate | Annual Levy |
| $1,456,400 | $3,504,300 | $4,960,700 | $.940 | $46,630.58 |

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2003 1st Half Tax | $23,315.29 | $23,315.29 |
| 2003 2nd Half Tax | $23,315.29 | |
| Amount Due By 06/05/03 | | $23,315.29 |
| Total Amount Due for Year | | $46,630.58 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, call 501-4263 or write: County of Henrico, Real Estate Advantage Program, venue Division, P.O. Box 27032, Richmond, Virginia 23273.

See Reverse Side for Important Tax, Billing, and Payment Information

Account Number: R11229289

1809122928913100000000023315296



**COUNTY OF HENRICO, VIRGINIA**
Department of Finance
P.O. Box 27032
Richmond, Virginia 23273-7032

38662

**REAL ESTATE TAXES**

18091229289132000000000023315294

| Account Number | | Amount Due |
|---|---|---|
| RI1229289 | TO AVOID ADDITIONAL CHARGES, THE AMOUNT DUE MUST BE RECEIVED BY 12/05/03 | $23,315.29 |
| | MAKE CHECK PAYABLE TO COUNTY OF HENRICO AND ENTER ACCOUNT NUMBER ON YOUR CHECK | Amount Enclosed |

RIDGEVIEW INC

10625 PATTERSON AVE
RICHMOND      VA 23233

COUNTY OF HENRICO-14
P O BOX 26304
RICHMOND, VA 23260-6304

For Proper Credit, Detach Top Portion and Return It with your Payment in the Enclosed Envelope
IF A RECEIPT IS REQUIRED, PLEASE RETURN BOTH PORTIONS OF THE BILL

### REAL PROPERTY DESCRIPTION

District: 01
Parcel ID: 732-751-0561
Loan Code:

Property Description:
68 A1    6
SL RIDGEFIELD PKWY
AC 7.43

*Crystal Center*

### REAL ESTATE TAXES

| Assessed Values | | | | |
|---|---|---|---|---|
| Land | Building | Total | Tax Rate | Annual Levy |
| $1,456,400 | $3,504,300 | $4,960,700 | $.940 | $46,630.58 |

| Description | Total Amount Due | Current Amount Due |
|---|---|---|
| 2003 2nd Half Tax | $23,315.29 | $23,315.29 |
| | Amount Due By    12/05/03 | $23,315.29 |
| | Total Amount Due for Year | $23,315.29 |

**REAL ESTATE ADVANTAGE PROGRAM (REAP):** The County of Henrico offers the Real Estate Advantage Program to property owners who are age 65 or older or permanently and totally disabled by the end of the preceding year. This program is based on the applicant(s) meeting certain qualifications and is in the form of exemption or partial exemption. For more details or an application, call (804) 501-4263 or write: County of Henrico, Real Estate Advantage Program. Revenue Division, P.O. Box 27032, Richmond, Virginia 23273.

**See Reverse Side for Important Tax, Billing, and Payment Information**

Account Number: RI1229289

18091229289132000000000023315294