Thursday, June 22, 2006

HONORABLE JERRY FUNK,
I FEEL VERY BAD HAVING TO BOTHER YOU ON THIS WINN DIXIE CASE .
I WAS TALKING TO MY EX ATTORNEY(WHO I RETAINED UNTIL SEDGWICK CALLED AND TOLD ME THAT IF I LET HIM GO THEY WOULD WORK WITH DIRECTLY).
I HAVE THIS ON AUDIO TAPE.
SEDGWICK KNEW ABOUT THIS WHEN I WAS INJURED ON JUNE 12 2004.
THEY KNEW,
BUT WHY DID THEY NOT LET ME KNOW UNTIL ALMOST IT WAS TOO LATE?
MY CLAIM #IS 12918 AND THEY HAVE A TOTAL OF OVER 13200.
THAT WAS PRETTY CLOSE TO THE END.
ALSO IF THE INSURANCE COMPANY CAN NOT SETTLE THIS CASE BECAUSE WINN DIXIE IS IN BANKRUPTCY.
WHY CAN THEY HAVE THE AUTHORITY TO DENY MY CLAIM AMOUNT?
IT WAS $100,000,00 AND THEY CALLED ME TO TELL ME NO,AND OFFER $50,000.
THEN THEY WENT UP TO $65,000 AND THEY SAY I PROBABLY GET $6500.00
I AM VERY SORRY BUT THIS IS JUST NOT RIGHT.
IF I KEPT MY ATTORNEY INSTEAD OF LETTING HIM GO BECAUSE OF SEDGWICKS PROMISES.
I MIGHT NOT BE IN THE SITUATION I AM IN.
I JUST WOULD LIKE YOU TO UNDERSTAND THAT .
1.I WAS NOT NOTIFIED ON TIME.
2.AND THE INSURANCE CARRIER FOR WINN DIXIE IS NOT GOING BY THE LAWS OF THE BANKRUPTCY COURTS.
WHAT I MEAN IS AGAIN IF THEY CANNOT SETTLE ,WHY MESS WITH MY DEMANDS?I HAVE SENT YOU COPIES OF THE FORM I RECEIVED DATED JAN-6-2006.
I HOPE WINNDIXIE PULLS OUT OF THEIR TROUBLES,AND I HOPE THEY FIND OTHER INSURANCE CARRIERS.
THANK YOU AGAIN AND MAY GOD BLESS,

MR ROY MINOR 3210 FALLSTON WACO ROAD
SHELBY NC 28150
704-445-6368

**RICHARD A. PENISTON & ASSOCIATES, P.A.**
ATTORNEYS-AT-LAW
Charlotte Office:
1901 Central Avenue
Charlotte, North Carolina 28205
Telephone: (704) 373-0203
Facsimile: (704) 373-2858
Email: Seifera@raplaw.com

Richard A Peniston
Adam M. Seifer

Of Counsel:
David A. Manzi*
*Also Admitted in California

Monroe Office
211 Lancaster Avenue
PO Box 279
Monroe, North Carolina 28111
Telephone 704-225-8700
Facsimile 704-238-0317

Raleigh-Durham Office
811 West Morgan Street
Raleigh, North Carolina 27603
Telephone 919-834-2889
Facsimile 919-834-1533

Reply to above address

January 31, 2006

Winn-Dixie Claims Docketing Center
C/O Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

Re: Roy Minor
Creditor ID#: WDX-417065-BD-93-20867963
Incident Date: 06/12/04
Entity: Winn-Dixie Raleigh, Inc.- 05-03839-3F1

To Whom It May Concern:

I am enclosing the completed proof of claim form for my client. My client never received it until January 8, 2006 (I have enclosed a copy of the envelope from your company postmarked January 6, 2006) and neither my client nor our firm had actual notice of the bankruptcy until our inquiry of the adjusting company triggered the mailing of the overdue proof of claim.

Winn-Dixie as well as Sedgwick, the third-party claims administrator, had actual knowledge of Mr. Minor's claim. I am also enclosing copies of letters from Amy Charpentier from Sedgwick, dated June 22, 2004 and October 18, 2004 respectively, which show that Sedgwick was certainly aware of Mr. Minor's claim for damages. In fact, Mr. Minor completed a release and sent it to Sedgwick so that it could obtain his medical records to evaluate the claim. There also was an incident report filled out in the store when the accident occurred. Both Sedgwick and Winn-Dixie were aware of the accident and injuries before the bankruptcy, yet Mr. Minor was never sent a proof of claim form.

Therefore, we consider the proof of claim to be timely filed. Please give me a call if you have any questions.

Sincerely,

Adam Seifer

Please send back copy in SASE. thanx!!

Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

Chapter 11
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

**Name of Debtor Against Which You Assert Your Claim:**
Debtor Name Winn-Dixie Raleigh, NC Case No 05-03839-3F1
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property)**

Creditor Id WDX-417065-BD-93-20867963
MINOR ROY
3210 FALLSTON WACO ROAD
SHELBY NC 28150

417065

7043730203
Telephone No of Creditor
7043732858
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 12918**

**B Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☒ additional address**

Name Adam M. Seifer, Esq.
Company/Firm Richard A. Penisfort + Assoc
Address 1901 Central Avenue
Charlotte, NC 28205

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☒ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated ______

**1 Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☒ Personal injury/property damage
- ☐ Other ______
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract ______
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN ______
  Unpaid compensation for services performed from ______ to ______ (date) (date)

**2 Date debt was incurred.** 06/12/04

**3. If claim is based on a Court Judgment, date obtained:**

**4 Total Amount of Claim at Time Case Filed:** $100,000.00 (unsecured) $______ (secured) $______ (priority) $100000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other ______

Value of Collateral $______

Amount of arrearage and other charges at time case filed included in secured claim, if any $______

**6 Unsecured Nonpriority Claim** $100,000.00
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $______
Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 *days before filing* of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
- ☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
- ☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
- ☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**9. Supporting Documents** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**10. Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2006 FEB -7
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & CO RECEIVED AS AGENT

**Date** 1/10/06

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:**
Print Adam M. Seifer Title Attorney
Signature [signature]

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571



Logan & Company, Inc.
Claims & Noticing Agent
P.O. Box 43802
Upper Montclair, NJ 07043

DVD KEARNY NJ 070
07 JAN 2006

**DATED MATERIALS ENCLOSED**

2815049792



Sedgwick

Sedgwick Claims Management Services, Inc.
P O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904 419-5300 Facsimile 904 419-5365/5359

June 22, 2004

Mr. Roy Minor
6656 Wehunt Brown Rd
Cherryville, NC 28021

Re Customer Roy Minor
Incident Date: 06/12/2004
Location: 2051 Lincolnton, NC
File Number

Dear Mr. Minor:

In order for Winn Dixie to evaluate your claim they need complete medical records and billings for the treatment you received or are receiving for any injury pertaining to this incident. Medical providers will not release this information without your written authorization.

If you will please complete the enclosed medical authorization and list all the medical providers on the "List of All Providers..." form I will write to them in order to obtain the information needed.

If you are claiming any wage loss, please complete the "Authorization for Release of Wage & Salary Information" portion of the enclosed form and provide the name, address, and phone number of your employer(s) so we can verify your claim for wage loss. If you are self-employed I will need the last three years tax returns, including all schedules.

Thank you for your assistance and prompt attention to this. If you have any questions, feel free to contact me at your convenience. My toll-free number is 1-888-784-3470 extension 6712. My direct line is 904-419-6712.

Sincerely,

Amy Charpentier
Liability Claims Examiner III

Encl.

**(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)**



Sedgwick
Sedgwick Claims Management Services, Inc.
P. O. Box 24787. Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

October 18, 2004

Ralph Meekins, Esq.
Teddy & Meekins, PLLC
1219 Fallston Road
Shelby, NC 28150

RE: Claimant: Roy Minor
Claim #:
Date of Accident: 06/12/2004
Location: Winn-Dixie Store #2051 - Lincolnton, NC

Dear Attorney Meekins..

I acknowledge your letter of representation regarding Roy Minor.

Sedgwick Claims Management Services, Inc., is the third-party administrator of claims for Winn-Dixie Stores. Winn-Dixie Stores are self-insured for premises liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the adjuster assigned to this file. Please provide a status as to Roy Minor's treatment and medical progress Additionally, I request that you forward the medical records and bills that you have to date in order for me to begin evaluating this claim.

The above information will be greatly appreciated and will also facilitate the settling of this claim.

Finally, the recorded statement taken of your client has been sent to be transcribed. Upon receipt of the transcription, a copy will be forwarded to you.

Sincerely,

Amy Charpentier
Liability Claims Examiner III

**Obtaining the medical & wage loss information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**