UNited StatES Bankrupicy
Court
Middle District of Florida
300 North Hogan Street Suite-3-350
Jacksonville, Florida
32202

JUNE 18th, 2006

UNited State CLERK of the
Bankrupicy Court Middle
District of Florida

RE: OF CASE NUMBER 05CV-124(R)
DEFENdant Jeff ANderSON Hospital

        DEar Ms/Mrs. Susan Carter
        Case Manager

Comes NOW UNto You with the document of a Motion
Filed bY the defendant Jeff ANderSON Hospital granted
And Order So Judged June 13, 2006 A.D. 2006 THiS
Judgment of dismissal.

                                        M.D.O.C # 36214
                                        e, WI, C, F 3B, I, A-ZONE
                                        P.O. Box 89550
                                        PEaRl, MS 39288

Sworn and Subscribed Before me
THis 21st day of June     2006
NOTARY PUBLIC

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Aug 25, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

LAURA QUARLES
NOTARY
PUBLIC
HINDS COUNTY, MS

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

JOE LOUIS AMERSON, JR.       JUN 1  2006        **PLAINTIFF**

VS.                                 **CIVIL ACTION NO. 05CV-124R**

JEFF ANDERSON HOSPITAL
AND WINN DIXIE CO.                        **DEFENDANTS**

### JUDGMENT OF DISMISSAL

This day this cause came on for hearing on motion of defendant, Anderson Infirmary Benevolent Association, a Mississippi non-profit corporation, d/b/a Jeff Anderson Regional Medical Center, to dismiss this cause on the grounds that Plaintiff failed to provide the Hospital with proper sixty (60) days' notice prior to commencing this action pursuant to Miss. Code Ann. §15-1-36 (15), and the Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims and causes of action against Anderson Infirmary Benevolent Association, d/b/a Jeff Anderson Regional Medical Center, one of the defendants herein, be, and the same are hereby, dismissed, with each party to bear its own costs. The dismissal of plaintiff's claims against the Hospital does not prejudice plaintiff's rights to proceed against the remaining defendant.

**SO ORDERED AND ADJUDGED** on this, the _13_ day of ___June___, A.D. 2006.

_____
CIRCUIT JUDGE

**Prepared and Submitted by:**

**ROMNEY H. ENTREKIN {MB #9276}**
**FERRIS BURSON ENTREKIN & FOLLIS, PLLC**
POST OFFICE BOX 1289
1107 WEST SIXTH STREET
LAUREL, MISSISSIPPI 39441-1289
Telephone:    601:649-5399
Facsimile:     601:649-5799
*Attorney for Defendant, Jeff Anderson Regional Medical Center*