UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In Re:                                                            Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,              Chapter 11

               Debtors.                                 Jointly Administered

## MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

Creditor, LORENE MORGAN, by and through her undersigned counsel, moves this Honorable Court for entry of an Order allowing Creditor to file her Proof of Claim Late and states as follows:

1. Creditor's attorney prepared for filing the Proof of Claim form for creditor, LORENE MORGAN.

2. Creditor's attorney mailed by certified mail four (4) separate Proofs of Claim on July 21, 2005, to Winn-Dixie Claims, Docketing Center, c/o Logan and Company, 546 Valley Road, Upper Montclair, NJ 07043.

3. For some unknown reason, the proof of claim for LORENE MORGAN did not arrive timely at Logan and Company on the same date, but was received by Logan and Company on August 11, 2005.

4. All of the other claims (8104, 8105 and 8428) were received by Logan and Company on July 26, 2005.

5. All four (4) claims were filed as unsecured, non-priority.

6. The adjuster for Sedgwick Claims Management Services, Inc. has been in contact, both verbal and written, with creditor's attorney but has just recently notified creditor's attorney that the proof of claim was not timely filed.

WHEREFORE, Creditor, LORENE MORGAN, prays that this Honorable Court enter its order granting her Motion to File Proof of Claim Late and allow her proof of claim to be recognized as timely filed.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to Mark J. Friedman, Esq., Daniel Carrigan, Esq., Janice L. Duban, Esquire, DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, MD 21209; Thomas R. Califano, Esquire, Vincent J. Roldan, Esquire, 1251 Avenue of the Americas, New York, NY 10020-1104; and Philip Martino, Esquire, 101 E. Kennedy Blvd., Suite 2000, Tampa, FL 33602-5149, Attorneys for the Ad-Hoc Trade Committee of Winn-Dixie Stores Inc., et al., this 22 day of June, 2006.

BRIAN C. HOGAN, ESQUIRE
Fla. Bar No.: 0114537
5626 Curry Ford Road
Orlando, Florida 32822
Telephone: (407) 382-8402
Fax Number: (407) 382-8446
Attorney for Plaintiff