I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746(2) THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: June 22, 2006

By: _____
John H. O. La Gatta, Trustee of the La Gatta 1990 Trust, as Managing Member of Catamount KY-LS, LLC, a Nevada limited liability company

Respectfully submitted,

_____
C. Daniel Motsinger, Atty. No. 10122-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

KD_IM-710036_5.DOC