Exhibit 1

Preliminary Cost Opinion

**cBT**

3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

Winn Dixie - 4th & Oak St.
Building Repair
09/23/05 Estimate
Rev. 0
By: MJS/JRF
Rev. 2
Rev. 4 - 06/09/06 MJS - rework to include bldg repair and mntc only

| | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|
| Wheel Stops | Removal each | 12 | 15.00 | 180.00 | 10.00 | 120.00 | 325 | |
| | Add each | 120 | 30.00 | 3,600.00 | 15.00 | 1,800.00 | 650 | |
| Cart Coral | Paint each | 38 | 7.00 | 266.00 | 8.00 | 304.00 | 570 | |
| Light Standard | L.F. | 11 | 7.75 | 85.25 | 12.51 | 137.61 | 330 | |
| | Remove Paint Sq. Ft. | 70 | 0.82 | 57.40 | 1.42 | 99.40 | 200 | |
| | Repaint Sq. Ft. | 70 | 1.64 | 114.80 | 2.83 | 198.10 | 400 | |
| Building Foundation (parking lot area) | Demolition Sq. Ft. | 2,200 | 2.89 | 6,358.00 | 0.38 | 836.00 | 7,200 | |
| | Repaving Sq. Ft. | 2,200 | 0.05 | 110.00 | 0.36 | 792.00 | 1,060 | |
| Asphalt pavement | Sawcut Pavement L.F. | 160 | 0.46 | 73.60 | 0.55 | 88.00 | 208 | |
| | Pavement Removal Sq. Yd. | 700 | 1.74 | 1,218.00 | 1.20 | 840.00 | 2,800 | |
| | Pavement Replacement Sq. Ft. | 2,100 | 0.05 | 105.00 | 0.36 | 756.00 | 1,000 | |
| | Resealing Sq. Yd. | 4,700 | 0.50 | 2,350.00 | 0.50 | 2,350.00 | 4,700 | |
| Repaint P-lot Curbs | Sq. Ft. | 250 | 0.55 | 137.50 | 0.12 | 30.00 | 250 | |
| Striping | L.F. | 4,000 | 0.17 | 680.00 | 0.06 | 240.00 | 1,200 | |
| Curb at Building Front | Demolition L.F. | 30 | 2.52 | 75.60 | 0.78 | 23.40 | 150 | |
| | Reform L.F. | 30 | 0.97 | 29.10 | 0.95 | 28.50 | 80 | |
| Tree Removal | each | 8 | 170.00 | 1,360.00 | 127.00 | 1,016.00 | 3,240 | location is damaging roof |
| Gutter | Removal L.F. | 155 | 0.89 | 137.95 | 0.00 | 0.00 | 215 | |
| | Replacement L.F. | 155 | 2.68 | 415.40 | 1.22 | 189.10 | 850 | |
| EIFS | | | | 0.00 | | 0.00 | | |
| Windows | Removal Sq. Ft. | 20 | 2.70 | 54.00 | 1.77 | 35.40 | 121 | |
| | Replacement Sq. Ft. | 20 | 5.40 | 108.00 | 3.54 | 70.80 | 242 | |
| Remove & Reset Flashing L.F. | | 16 | 1.37 | 21.92 | 0.00 | 0.00 | 35 | |
| Seal Masonry Expansion Joints | Replace Sealant L.F. | 16 | 2.56 | | 1.24 | | 84 | |
| Drive Through Window Opening | Caulking L.F. | 400 | 2.56 | 85.25 | 1.24 | 137.61 | 2,100 | |
| | each | 1 | 61.00 | 0.00 | 300.00 | 0.00 | 440 | |
| Truck Bumper at Loading Dock | Replacement each | 2 | 13.70 | 114.80 | 42.00 | 198.10 | 135 | |
| | | | | | | **Page 1 Total** | 28,585 | |

Preliminary Cost Opinion

Winn Dixie - 4th & Oak St.
Building Repair
09/23/05 **Estimate**
Rev. 0
By: MJS/JRF

Rev. 4 - 06/09/06 MJS - rework to include bldg repair and mntc only

3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

| | Units | Qty | Labor | | Materials | | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Unit Costs | Item Costs | Unit Costs | Item Costs | | |
| **Mechanical** | | | | | | | | |
| 1 Seal cut copper refrigerant tubing | MHr | 135 | $ 55.00 | $ 7,425.00 | $ 12.50 | $ 1,687.50 | $ 9,100 | For long term storage |
| | | | | | | | | |
| **Electrical** | | | | | | | | |
| 2 Secure open circuits at cooler | LS | 1 | | $ 4,400.00 | | $ - | $ 4,400 | |
| 3 Replace damaged distribution panel | EA | 1 | | $ 1,233 | | $ 1,317 | $ 2,550 | From Means Est Guide |
| | | | | | | | | |
| Cost to secure facility | | | | | | | $ 16,050 | |
| Estimated cost to restore working condition | | | | | | | | |
| | | | | | | Page 2 Total | $ 16,050 | |

Preliminary Cost Opinion

**BTV**
3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

Winn Dixie - 4th & Oak St.
Building Repair
**09/23/05 Estimate**
Rev. 0
By: MJS/JRF

Rev. 4 - 06/09/06 MJS - rework to include bldg repair and mntc only

| Description | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|
| Handrail | Removal L.F. | 11 | 3.88 | 42.63 | 7.50 | 82.50 | 125 | |
|  | Replacement L.F. | 11 | 7.75 | 85.25 | 15.00 | 165.00 | 250 | |
| Joint Between Stair and Wall | L.F. | 11 | 2.56 | 28.16 | 1.24 | 13.64 | 42 | |
| Generator Exhaust Pipe Exit | Wall Cover Addition Sq. Ft. | 1 | 1.71 | 1.71 | 1.28 | 1.28 | 5 | |
| Masonry Paint at Loading Dock | Removal Sq. Ft | 2,700 | 0.28 | 742.50 | 0.06 | 162.00 | 1,350 | |
|  | Repaint Sq. Ft. | 2,700 | 0.55 | 1,485.00 | 0.12 | 324.00 | 2,700 | |
| Roof | Hole Patch Gal. | 1 | 280.00 | 280.00 | 18.05 | 18.05 | 20 | |
| Ceiling Tile | Replacement Sq. Ft. | 440 | 0.27 | 118.80 | 1.28 | 563.20 | 810 | |
| Mold/Mildew | | | | | | | | |
| Restroom Fixture Leaking | MHrs | 12 | 62.50 | 750.00 | 10.00 | 120.00 | 870 | |
|  | Remediation Sq. Ft. | 600 | 4.00 | 2,400.00 | 1.00 | 600.00 | 3,000 | |
| Floor Drains | Replacement Sq. Ft. | 600 | 1.15 | 690.00 | 0.25 | 150.00 | 1,250 | |
|  | Paint Sq. Ft. | 600 | 0.36 | 216.00 | 0.09 | 54.00 | 384 | |
|  | each | 5 | 45.00 | 225.00 | 5.00 | 25.00 | 250 | |
| Floor Tiles | Removal (Includes Refrigeration Area) Sq. Ft. | 2,530 | 0.26 | 657.80 | 0.50 | 1,265.00 | 2,370 | |
|  | Replacement (Includes Refrigeration Area) Sq. Ft. | 2,530 | 0.52 | 1,315.60 | 1.00 | 2,530.00 | 4,735 | |
|  | Removal Sq. Ft. | 1,005 | 0.26 | 261.30 | 0.50 | 502.50 | 950 | |
|  | Replacement Sq. Ft. | 1,005 | 0.52 | 522.60 | 1.00 | 1,005.00 | 1,900 | |

| | Amount |
|---|---|
| Page 1 Total | $ 28,585 |
| Page 2 Total | $ 16,050 |
| Page 3 Total | $ 21,000 |
| **Sub Total** | **$ 65,635** |
| 10% inflation and cost increase allowance — **Sub Total** | **$ 6,564** |
| **Total Est Costs** | **$ 72,198.50** |