Exhibit 3

Preliminary Cost Opinion

Winn Dixie - Shelbyville, KY
Building Repair
12-Jun-06
Rev. 1 Update after 06/11/06 walk-through
By: MJS

BTE
3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

| | | | | Labor | | Materials | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Units | Qty | Unit Costs | Item Costs | Unit Costs | Item Costs | Total Costs | Comments |
| 1 | Repair Electrical Circuit | LS | 1 | $ | 75.00 | $ | 10.00 | $ 85.00 | |
| 2 | Replace exterior light | EA | 1 | $ | 150.00 | $ | 150.00 | $ 300.00 | |
| 3 | Ceiling Tile | | | | | | | | |
| | Replacement | Sq. Ft. | 400 | $ 0.27 | 108.00 | $ 1.28 | 512.00 | $ 620.00 | based on 50 tiles |
| 4 | Mold/ Mildew Contamination | | | $ | - | $ | | | |
| | Remediation | Sq. Ft. | 1,200 | $ 4.00 | 4,800.00 | $ 1.00 | 1,200.00 | $ 6,000.00 | Qty per site measurements |
| | Replacement | Sq. Ft. | 1,200 | $ 1.15 | 1,380.00 | $ 0.25 | 300.00 | $ 1,680.00 | |
| | Paint | Sq. Ft. | 1,200 | $ 0.36 | 432.00 | $ 0.09 | 108.00 | $ 540.00 | |
| 5 | Floor Tiles | | | | | | | | |
| | Replacement | Sq. Ft. | 200 | $ 0.52 | 104.00 | $ 1.00 | 200.00 | $ 304.00 | |
| 6 | Wall Damage - Gypsum drywall | Sq. Ft. | 16 | $ | 75.00 | $ | 35.00 | $ 110.00 | |
| 7 | Damage to column trim-ss | LS | 1 | $ | 50.00 | $ | 50.00 | $ 100.00 | |
| 8 | Repair Brick corner at dock - exterior | SF | 30 | $ 7.50 | 225.00 | $ 5 | 150.00 | $ 375.00 | |
| | | | | | | Sub Total | | $ 10,100 | |
| | | | | | | Inflation Allowance 10% | | $ 1,010 | |
| | | | | | | Total | | $ 11,110 | |