## SHELBYVILLE TAX PAYMENTS

One check for $27,259.93 with check #265 – dated October 27, 2005

One check for $2,825.12 with check #266 – dated October 27, 2005

*Exhibit 4*



Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

**Property Tax Bill** — Commonwealth of Kentucky — 2005 Shelby County — Bill Number 5217

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Property Location
MIDLAND BOULEVARD

Map Number
040C-00-008

PVA Account Number
6003835 N

Tax District
01

#1673R
Assigned to Buehler
(1 of 2)

RECEIVED
OCT 04 2005
TAX DEPT.

Keep This Copy For Your Records

## Property Tax Bill

Commonwealth of Kentucky
2005 Shelby County

040C-00-008
MIDLAND CENTER 4.667 ACRES

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Please correct address if incorrect.



**Bring or Mail This Copy With Your Payment**

Amount Paid: _____

Check Number: _____

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

Bring or Mail This Copy With Your Payment

## Property Tax Bill

Commonwealth of Kentucky
2005 Shelby County

040C-00-008
MIDLAND CENTER 4.667 ACRES

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-
Please correct address if incorrect.

*005217*

### Bring or Mail This Copy With Your Payment



| | Amount Due | | | |
|---|---|---|---|---|
| 2% Discount | $556.33 | Paid By | NOV 1 2005 | $27,259.93 |
| Face Value | | Paid By | DEC 31 2005 | $27,816.25 |
| 5% Penalty | $1,390.81 | Paid By | JAN 31 2006 | $29,207.06 |
| 21% Penalty | $5,841.41 | Paid After JAN 31 2006 | | $33,657.66 |

Amount Paid: 27,259.93

Check Number: 265

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

### Bring or Mail This Copy With Your Payment

---

LA GATTA ESTATE COMPANY INC.
TRUST ACCOUNT
50 W. LIBERTY ST. STE. 1080
RENO, NV 89501

265

PAY TO THE ORDER OF: Mike Armstrong Sheriff            DATE Oct 27, 2005

Twenty Seven Thousand Two Hundred Fifty Nine & 93/100            $ 27,259.93 DOLLARS

NEVADA STATE BANK
P.O. BOX 2351
RENO, NV 89505
www.nsbank.com

FOR: Property Tax Bill 2005 Shelby County
Midland Blvd
#5217   Map# 040C-00-008  FYA# 0003825N

"000265"

**Property Tax Bill** — Commonwealth of Kentucky, 2005 Shelby County — Bill Number 5493

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite B
Shelbyville, KY 40065-1194

WINN DIXIE ADD. TR 4 MIDLAND CENTER
FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Property Location:
MIDLAND BOULEVARD 120

Map Number
040C-00-009

PVA Account Number
0004043 N

Tax District
01

| | | | | |
|---|---|---|---|---|
| REAL ESTATE | 725,080 | STATE | 0.1316 | $375.3500 |
| | | COUNTY | 0.1120 | $371.2800 |
| | | SCHOOL | 0.6450 | $1828.2500 |
| | | LIBRARY | 0.0310 | $584.3500 |
| | | HEALTH | 0.0275 | $166.8750 |
| | | LANDFILL | 0.0150 | $99.7500 |
| | | EXTENSION | 0.0264 | $57.0800 |

RECEIVED OCT 0 4 2005 TAX DEPT.



#1673R (2 of 2) Assigned to Buehler

| | | | |
|---|---|---|---|
| 2% Discount | $57.66 | Paid By NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After JAN 31 2006 | $3,488.16 |

Keep This Copy For Your Records

---

**Property Tax Bill**

Commonwealth of Kentucky
2005 Shelby County

040C-00-009
WINN DIXIE ADD. TR 4 MIDLAND CENTER

FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Please correct address if incorrect

Bring or Mail This Copy With Your Payment

| | | | |
|---|---|---|---|
| 2% Discount | $57.66 | Paid By NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After JAN 31 2006 | $3,488.16 |

Amount Paid: _____

Check Number: _____

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite B
Shelbyville, KY 40065-1194

Bring or Mail This Copy With Your Payment

## Property Tax Bill     Bring or Mail This Copy With Your Payment

Commonwealth of Kentucky
2005 Shelby County

040C-00-009
WINN DIXIE ADD. TR 4 MIDLAND CENTER

FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-
Please correct address if incorrect.

| | Amount Due | | | |
|---|---|---|---|---|
| 2% Discount | $57.66 | Paid By | NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By | DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By | JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After | JAN 31 2006 | $3,488.16 |



*005493*

Amount Paid: 2,825.12

Check Number: 266

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

Bring or Mail This Copy With Your Payment

---

LA GATTA ESTATE COMPANY INC.
TRUST ACCOUNT
50 W. LIBERTY ST. STE. 1080
RENO, NV 89501

266

DATE Oct 27, 2005

PAY TO THE ORDER OF  Mike Armstrong, Sheriff    $ 2825.12

Two Thousand Eight Hundred Twenty Five Dollars 12/100 —— DOLLARS

NEVADA STATE BANK
P.O. BOX 2351
RENO, NV 89505
www.nsbank.com

MIDLAND BLVD 120    Property Tax Bill
                    2005 Shelby County
FOR 040C 00C-00-009 PID# 0004M/3K
#5493    ⑈000266⑈         ⑆3901⑆