## LOUISVILLE TAX PAYMENT

Attached is the 2005 Property Tax Notice. We paid this with LEG check #291 on December 28, 2005.

*Exhibit 2*

# Jefferson County Kentucky
## 2005 Property Tax Notice

NOV 0 7 2005
Date Issued 11/01/05


Sheriff
Jefferson County

| Bill Number | Property ID Number | Type of Property |
|---|---|---|
| 2050500 | 08-029K-0051-0000 | REAL ESTATE |

Owner of record

IF YOU HAVE QUESTIONS ABOUT YOUR PROPERTY TAXES, PLEASE CALL THE APPROPRIATE OFFICE:
ASSESSMENTS     PVA OFFICE     574-6380
2005 TAX BILL   SHERIFF        574-5479
URBAN SERVICE DIST   LOUISVILLE   574-5479
Tax info online at www.jcsoky.org

CATAMOUNT LS KY LLC
50 W LIBERTY ST STE 1080
RENO NV 89501-1981

CUST #0001112248

| If Paid By: | Balance Due: | |
|---|---|---|
| 11/01/2005 to 12/01/2005 | 20,281.25 | (2%DISCOUNT) |
| 12/02/2005 to 12/31/2005 | 20,695.16 | (GROSS TAX) |
| 01/01/2006 to 01/31/2006 | 21,729.92 | (5%PENALTY) |
| 02/01/2006 to 04/10/2006 | 25,041.16 | (10%+10%) |
| 04/11/2006 to 04/30/2006 | 25,062.16 | (10%+10%+$21) |

Taxes not paid by the last date shown are considered delinquent and may be subject to legal action.

### Here's how we figured your gross tax:

| Schedule / Description of Property | Taxable Assessment | | Taxing Jurisdiction | Tax Rate/$100 | Gross Tax |
|---|---|---|---|---|---|
| 1148 S 4TH ST | LAND | 369,800 | STATE OF KY | 0.1310 | 2,156.26 |
| | BUILDING(S) | 1,276,200 | METRO RE TAXES | 0.1280 | 2,106.88 |
| DIST BLOCK LOT SUBLOT | TOTAL | 1,646,000 | JEFF CO SCHOOLS | 0.6250 | 10,287.50 |
| 08   029K  0051  0000 | | | URBAN SERV DIST | 0.3733 | 6,144.52 |

Paid # 291
December 30, 2005

---

Detach and mail THIS STUB with your check or money order for proper credit. Retain top section for your records.

Jefferson County Property Tax Payment Stub

Tax Year: 2005

Amount You Are Paying: 20,695.16

| Bill Number | Property ID Number | Type of Property |
|---|---|---|
| 2050500 | 08-029K-0051-0000 | REAL ESTATE |

CUST #0001112248

Property Owner:
CATAMOUNT LS KY LLC
50 W LIBERTY ST STE 1080
RENO NV 89501-1981

Bill Is For:
1148 S 4TH ST

YOU MAY PAY YOUR TAX BILL AT ANY FIFTH THIRD BANK LOCATION

| If Paid By: | Balance Due: | |
|---|---|---|
| 11/01/2005 to 12/01/2005 | 20,281.25 | (2%DISCOUNT) |
| 12/02/2005 to 12/31/2005 | 20,695.16 | (GROSS TAX) |
| 01/01/2006 to 01/31/2006 | 21,729.92 | (5%PENALTY) |
| 02/01/2006 to 04/10/2006 | 25,041.16 | (10%+10%) |
| 04/11/2006 to 04/30/2006 | 25,062.16 | (10%+10%+$21) |

Make your check or money order payable to:
Jefferson County Sheriff's Office
P.O. Box 70300
Louisville, KY 40270-0300

08029K005100002050500410020281259002069516900217299221

Jefferson County Sheriff's Office - Property Tax Search Page





Home
Start a New Search

## Property Tax Search

Search by Property Owner's Name

| Property ID: | Property Owner: | Tax Year: |
|---|---|---|
| 08029K00510000 | CATAMOUNT LS KY LLC<br>50 W LIBERTY STE 1080<br>RENO NV 89501 | 2005 |
| Property Location Address: | | Invoice Number: |
| 1148 S 4TH ST | | 2050500 |
| Property's Taxable Assessment: | | Mortgage Company Name |
| $1646000 | Gross Amt: $20695.16 | |

| | | |
|---|---|---|
| Homestead Exemption Amount: | $0 | |
| Disability Exemption Amount: | $0 | |
| Payment Periods | Amount | If Paid |
| Discount Amount: | $0 | |
| Gross Amount: | $0 | |
| 5% Penalty Amount: | $0 | |
| 10% + 10% Penalty Amount: | $0 | |
| 10% + 10% + $21 Penalty Amount: | $0 | |
| Amount Paid: | $20695.16 | |
| Paid on: | 12/28/2005 | |
| Balance Due: | $0 | |

http://www.jcsoky.org/ptax_search_results_name.asp                    5/30/2006