## SHELBYVILLE TAX PAYMENTS

One check for $27,259.93 with check #265 – dated October 27, 2005

One check for $2,825.12 with check #266 – dated October 27, 2005

Exhibit 4

**Property Tax Bill** — Commonwealth of Kentucky, 2005 Shelby County — Bill Number 5217

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

MIDLAND CENTER 4.667 ACRES

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Property Location
MIDLAND BOULEVARD

Map Number
040C-00-009

PVA Account Number
6003135 N

Tax District
01



#1673R
Assigned to Buehler
(1 of 2)

RECEIVED
OCT 04 2005
TAX DEPT.

| | | | |
|---|---|---|---|
| REAL ESTATE | 2,750,000 | STATE 0.1310 | $3601.5000 |
| | | COUNTY 0.1125 | $3093.8000 |
| | | SCHOOL 0.6450 | $17737.5000 |
| | | LIBRARY 0.0310 | $852.5000 |
| | | HEALTH 0.0375 | $1031.2500 |
| | | LANDFILL 0.0350 | $962.5000 |
| | | EXTENSION 0.0200 | $550.0000 |

| | | | |
|---|---|---|---|
| 2% Discount | $556.33 | Paid By NOV 1 2005 | $27,259.93 |
| Face Value | | Paid By DEC 31 2005 | $27,816.32 |
| 5% Penalty | $1,390.81 | Paid By JAN 31 2006 | $29,207.04 |
| 21% Penalty | $5,841.41 | Paid After JAN 31 2006 | $33,657.66 |

Keep This Copy For Your Records

---

**Property Tax Bill**

Commonwealth of Kentucky
2005 Shelby County

040C-00-009
MIDLAND CENTER 4.667 ACRES

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Please correct address if incorrect.


*0 0 5 2 1 7*

**Bring or Mail This Copy With Your Payment**

| | | | |
|---|---|---|---|
| 2% Discount | $556.33 | Paid By NOV 1 2005 | $27,259.93 |
| Face Value | | Paid By DEC 31 2005 | $27,816.25 |
| 5% Penalty | $1,390.81 | Paid By JAN 31 2006 | $29,207.66 |
| 21% Penalty | $5,841.41 | Paid After JAN 31 2006 | $33,657.66 |

Amount Paid: _____

Check Number: _____

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

**Bring or Mail This Copy With Your Payment**

## Property Tax Bill

**Commonwealth of Kentucky**
**2005 Shelby County**

040C-00-008
MIDLAND CENTER 4.667 ACRES

FLASK CORP
C/O WINN DIXIE LOUISVILLE, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-
Please correct address if incorrect.



\*005217\*

### Bring or Mail This Copy With Your Payment

| | Amount Due | Paid By | |
|---|---|---|---|
| 2% Discount | $556.33 | Paid By NOV 1 2005 | $27,259.93 |
| Face Value | | Paid By DEC 31 2005 | $27,816.25 |
| 5% Penalty | $1,390.81 | Paid By JAN 31 2006 | $29,207.06 |
| 21% Penalty | $5,841.41 | Paid After JAN 31 2006 | $33,657.66 |
| Sheriff's Fee and Advertising Cost | | | |
| Total Amount Paid | | | |

Amount Paid: 27,259.93

Check Number: 265

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

### Bring or Mail This Copy With Your Payment

---

**LA GATTA ESTATE COMPANY INC.**
**TRUST ACCOUNT**
50 W. LIBERTY ST. STE. 1080
RENO, NV 89501

265

PAY TO THE ORDER OF: Mike Armstrong Sheriff          DATE Oct 27, 2005

Twenty Seven Thousand Two Hundred Fifty Nine & 93/100          $ 27,259.93 DOLLARS

**NEVADA STATE BANK**
P.O. BOX 2351
RENO, NV 89505
www.nsbank.com

FOR: Property Tax Bill 2005 Shelby County
Midland Blvd
MAP # 040C-00-008  FYA# 0003825N
#5217

⑆000265⑆          ⑆0380⑆

**Property Tax Bill**    Commonwealth of Kentucky    **5493**
2005 Shelby County    Bill Number

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite B
Shelbyville, KY 40065-1194

WINN DIXIE ADD. TR 4 MIDLAND CENTER
FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-

Property Location
MIDLAND BOULEVARD 130

Map Number
040C-00-009

PVA Account Number
0004043 N

Tax District
01

| | | |
|---|---|---|
| REAL ESTATE | 715,000 | STATE 0.1316 $375.3500 |
| | | COUNTY 0.1120 $319.2000 |
| | | SCHOOL 0.6450 $1838.2500 |
| | | LIBRARY 0.0310 $96.3500 |
| | | HEALTH 0.0375 $106.8750 |
| | | LANDFILL 0.0350 $99.7500 |
| | | EXTENSION 0.0266 $57.0800 |

RECEIVED
OCT 04 2005
TAX DEPT.



#16732 (2 of 2)
Assigned to Buehler

| 2% Discount | $57.65 | Paid By NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After JAN 31 2006 | $3,488.16 |

Keep This Copy For Your Records

---

**Property Tax Bill**    Bring or Mail This Copy With Your Payment

Commonwealth of Kentucky
2005 Shelby County

040C-00-009
WINN DIXIE ADD. TR 4 MIDLAND CENTER

FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-
Please correct address if incorrect

| 2% Discount | $57.65 | Paid By NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After JAN 31 2006 | $3,488.16 |

Amount Paid: _____

Check Number: _____

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite B
Shelbyville, KY 40065-1194

Bring or Mail This Copy With Your Payment

## Property Tax Bill

Bring or Mail This Copy With Your Payment

Commonwealth of Kentucky
2005 Shelby County

040C-00-009
WINN DIXIE ADD. TR 4 MIDLAND CENTER

FUNK HELENE AND PETER W MERNER
NOMINEES FOR JOHN H O LA GATTA
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32203-
Please correct address if incorrect.

| | Amount Due | | | |
|---|---|---|---|---|
| 2% Discount | $57.66 | Paid By | NOV 1 2005 | $2,825.12 |
| Face Value | | Paid By | DEC 31 2005 | $2,882.78 |
| 5% Penalty | $144.14 | Paid By | JAN 31 2006 | $3,026.91 |
| 21% Penalty | $605.38 | Paid After | JAN 31 2006 | $3,488.16 |



*005493*

Amount Paid: 2,825.12

Check Number: 266

Make Checks Payable To:
Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville, KY 40065-1194

Bring or Mail This Copy With Your Payment

---

LA GATTA ESTATE COMPANY INC.
TRUST ACCOUNT
50 W. LIBERTY ST. STE. 1060
RENO, NV 89501

266

DATE Oct 27, 2005

PAY TO THE ORDER OF Mike Armstrong, Sheriff    $ 2825.12

Two Thousand Eight Hundred Twenty Five Dollars ¢ 12/100 ———— DOLLARS

NEVADA STATE BANK
P.O. BOX 2351
RENO, NV 89505
www.nsbank.com

MIDLAND BLVD 120  Property Tax Bill
                  2005 Shelby County
FOR 040C-00-009 FM# 0004M/3K

#5493  "000266"  ⬛⬛⬛⬛⬛  "3901"