**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING**
**ON MOTION FOR RELIEF FROM STAY**
**FILED BY MAUREEN FITZGERALD-MARHOLD**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Maureen Fitzgerald-Marhold ("Fitzgerald-Marhold") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Fitzgerald-Marhold (the "Motion") (Docket No. 4012) for final hearing on or after October 16, 2006, and (ii) the

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Fitzgerald-Marhold's Motion for Relief from Stay.

Dated: June 27, 2006.

GRAY ROBINSON, P.A.

By *s/ Stephanie M. Biernacki*
John A. Anthony
Stephanie M. Biernacki

Florida Bar Number: 0731013
Florida Bar Number: 0127299
201 N. Franklin Street, Suite 2200
Post Office Box 3324
Tampa, Florida 33601-3324
(813) 273-5000
(813) 273-5145 (facsimile)

Attorneys for Maureen Fitzgerald-Marhold

*Counsel has authorized her electronic signature.

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
rgray@skadden.com

Attorneys for the Debtors

535707