UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

In re: Winn-Dixie Stores, Inc. -
Lease Rejections

Debtor.

Chapter 11
Case Nos. 05-03817
Claim No. 9563

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **KELLER CROSSING TEXAS LP** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   C/O BVT MANAGEMENT SERVICES
   3350 RIVERWOOD PKWY SE
   STE 1500
   ATLANTA, GA 30339

2. Please take notice of the transfer of $649,639.03 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $649,639.03 to:

   **Madison Investment Trust - Series 1** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave. Suite 120

   Overland Park, KS   66202

No action is required if you do not object to the transfer of your claim.

*Sally Meyer* (signature)
Sally Meyer
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

**Madison Liquidity Investors, LLC.**
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

June 27, 2006

Florida Middle Bankruptcy Court
FL

RE: **Winn-Dixie Stores, Inc. - Lease Rejections**

      Buyer: Madison Investment Trust - Series 1

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
KELLER CROSSING TEXAS LP
C/O BVT MANAGEMENT SERVICES
3350 RIVERWOOD PKWY SE
STE 1500
ATLANTA, GA 30339

Social Sec. No./Tax ID:

**Request for Confirmation of Transfer**

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102406246

EVIDENCE OF TRANSFER OF CLAIM

TO: Middle District of Florida Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

KELLER CROSSING TEXAS, LIMITED PARTNERSHIP
_____ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. – Lease Rejections in the Middle District of Florida Bankruptcy Court, The case entitled In re Winn-Dixie Stores, Inc. – Lease Rejections, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

06-27-06 A09:51 RCVD

IN WITNESS WHERE OF, dated as of the _____ day of June, 2006
Name: Keller Crossing Texas Limited Partnership
By: BVT Institutional Investments, Inc.
(Signature of Claimant) Kip R. Marshall
By: _____
Print Name: Kip R. Marshall, Vice President

400 Interstate North Parkway, Suite 700
(Address)
Atlanta GA 30339
(Address)
58-2542238
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 102406246

Accepted: Madison Liquidity Investors, LLC
By: _____

379705v1