# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## STIPULATION TO FURTHER CONTINUE HEARING ON
## MOTION FOR RELIEF FROM STAY FILED BY DORTHA MOHUNDRO

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Dortha Mohundro stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by Dortha Mohundro (the "Motion") (Docket No. 6256) until on or after October 16, 2006 and (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

effect pending the conclusion of such hearing and determination of the Motion.


Dated: June 28, 2006.


GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.


By    *s/ Brian D. Zinn**
        Brian D. Zinn

Florida Bar Number 12497
Post Office Box 2366
Fort Myers, Florida  33902
(239) 334-1146
bzinn@gbclaw.com

Attorneys for Dortha Mohundro

*\* Counsel has authorized his electronic
signature.*

SMITH HULSEY & BUSEY


By    *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

               -and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
rgray@skadden.com

Attorneys for the Debtors

526522.3