UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.:  3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

            Debtors.          Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNTS FOR REGENCY
CENTERS, L.P. LISTED IN DEBTORS' AMENDED OMNIBUS
MOTION FOR ORDER TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY
LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Regency Centers, L.P., ("Regency"), by and through its
undersigned counsel, objects to the Proposed Cure Amounts listed
in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-
Residential Real Property Leases, (II) Fix Cure Amounts, and
(III) Grant Related Relief (the "Motion"), and states as
follows:

1.     This objection is in the nature of a cure objection.

2.     Regency is the landlord pursuant to a lease agreement
identified by the Debtors as Store No. 256.   Regency was the
landlord pursuant to a lease agreement identified by the Debtors
as Store No. 265.

3.     Store Nos. 256 and 265 are two of the stores referred
to in Exhibit "A" of the Debtors' Motion.   The Debtors seek an
order of the Court approving the assumption of the leases for
Store Nos. 256 and 265.

4.   Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 256 in the amount of $0.00. Regency objects to the Proposed Cure Amount for Store No. 256 set forth in Exhibit "B". With respect to Store No. 256, Regency is owed $31,512.93, which the Debtors have yet to pay. A copy of a spreadsheet detailing the amount owed is attached hereto as Exhibit "A".

5.   Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 265 in the amount of $14,738.00. Regency objects to the Proposed Cure Amount for Store No. 265 set forth in Exhibit "B". With respect to Store No. 265, Regency is owed $15,915.25 for the pre-petition portion of the 2005 real estate taxes, which the Debtors have yet to pay. A copy of a spreadsheet detailing the amount owed is attached hereto as Exhibit "B".

6.   Subsequent to the Petition Date, Regency sold the lease for Store No. 265 to a third party. Notwithstanding the sale of the lease, Regency, rather than the current landlord, is entitled to the payment of the pre-petition portion of the 2005 real estate taxes in the amount of $15,915.25, due to Regency being the landlord for Store No. 265 during that period of time. Payment of the cure amount of $15,915.25 should thus be tendered from the Debtors to Regency.

2

7.   Regency is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

8.   Regency reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 28 day of June, 2006.

HELD & ISRAEL

By: _____

Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile