Date :  6/27/2006
Tenant Number :  217389
Lease Number :  14716

**Billing Address :**

WINN DIXIE STORE #256
CHRISSY NORRIS
1141 SW 12TH AVE
POMPANO BEACH  FL  33069

**Make Check Payable to:**

Boynton Lakes Plaza
c/o Regency Centers, LP
P.O Box 532937
Atlanta  GA  30353-2937

| Tenant | Document Number | Invoice Date | Lease | G/L Offset | Gross Amount | Open Amount | Remark | Due Date |
|---|---|---|---|---|---|---|---|---|
| 217389 | 2050255 | 3/16/2005 | 00014716 | CAMP | $ (78 84) | $ (739 68) | CAM REC PRIOR YEAR | 3/16/2005 |
| 217389 | 2050255 | 3/16/2005 | 00014716 | INSP | $ 4 895 90 | $ 562 70 | INSURANCE REC PRIOR YEAR | 3/16/2005 |
| 217389 | 2314084 | 12/15/2005 | 00014716 | RETP | $ 3,910.82 | $ 3 723 05 | REAL ESTATE TAX REC PRIOR YEAR | 12/15/2005 |
| 217389 | 2418457 | 3/23/2006 | 00014716 | CAMP | $ (258 08) | $ 11 397.69 | CAM REC PRIOR YEAR | 3/23/2006 |
| 217389 | 2418457 | 3/23/2006 | 00014716 | INSP | $ 5,053.09 | $ 5 053 09 | INSURANCE REC PRIOR YEAR | 3/23/2006 |
| 217389 | 2457447 | 6/1/2006 | 00014716 | CAM | $ 712 30 | $ 4 459 10 | CAM | 6/1/2006 |
| 217389 | 2470574 | 6/2/2006 | 00014716 | TNNT | $ 1 150 00 | $ 1 150 00 | Bollard & Building repair | 7/2/2006 |
| 217389 | 2470575 | 6/2/2006 | 00014716 | TNNT | $ 97.00 | $ 97 00 | Backflow shut-off | 7/2/2006 |
| 217389 | 2471039 | 6/8/2006 | 00014716 | TNNT | $ 25 00 | $ 25 00 | Bill False Alarm Fee | 7/8/2006 |
| 217389 | 2506436 | 6/22/2006 | 00014716 | CAMP | $ (8 871 64) | $ (8 871 64) | Credit 2004 CAM Reconciliation | 6/22/2006 |
| 217389 | 2506438 | 6/22/2006 | 00014716 | CAMP | $ (11 397 69) | $ (11 397 69) | Credit 2005 CAM Reconciliation | 6/22/2006 |
| 217389 | 2506436 | 6/22/2006 | 00014716 | INSP | $ (3 970 38) | $ (3 970.38) | Credit 2004 INS Reconciliation | 6/22/2006 |
| 217389 | 2506439 | 6/22/2006 | 00014716 | INSP | $ (5 053 09) | $ (5,053.09) | Credit 2005 INS Reconciliation | 6/22/2006 |
| 217389 | 2497925 | 7/1/2006 | 00014716 | BASE | $ 38 824 58 | $ 38 824 58 | BASE RENT | 7/1/2006 |
| 217389 | 2497925 | 7/1/2006 | 00014716 | CAM | $ 712 30 | $ 712 30 | CAM | 7/1/2006 |
| 217389 | 2506437 | 7/1/2006 | 00014716 | CAM | $ (891 82) | $ (891 82) | Credit CAM Jan 2006 | 7/1/2006 |
| 217389 | 2506437 | 7/1/2006 | 00014716 | CAM | $ (891 82) | $ (891 82) | Credit CAM Feb 2006 | 7/1/2006 |
| 217389 | 2506437 | 7/1/2006 | 00014716 | CAM | $ (891 82) | $ (891 82) | Credit CAM Mar 2006 | 7/1/2006 |
| 217389 | 2506437 | 7/1/2006 | 00014716 | CAM | $ (891 82) | $ (891 82) | Credit CAM Apr 2006 | 7/1/2006 |
| 217389 | 2506437 | 7/1/2006 | 00014716 | CAM | $ (891 82) | $ (891 82) | Credit CAM May 2006 | 7/1/2006 |
| | | | | | $ 21,292.17 | $ 31,512.93 | **Total Amount Owed** | |

**Payments Received :**

| | |
|---|---|
| 1/9/2006 Ck # 8147132 | $ 40 428 70 |
| 1/26/2006 Ck # 8154621 | $ 22,409 88 |
| 2/10/2006 Ck # 8160566 | $ 40,428 70 |
| 3/13/2006 Ck # 8172060 | $ 40 428 70 |
| 4/10/2006 Ck # 8184458 | $ 40 428 70 |
| 5/8/2006 Ck # 8196144 | $ 40,428.70 |
| 6/6/2006 Ck # 8209246 | $ 27 731 58 |

Exhibit "A"