**Winn-Dixie**
**Palm Trail Plaza**

** Updated 6/4/06

| | | |
|---|---|---|
| Tenant # | 238130 | |
| Lease # | 5001 | |
| | | |
| Lease Begin Date | 03/26/98 | |
| Lease End Date | 03/25/18 | |
| | | |
| Date filed bankruptcy | 02/21/05 | |

**Pre-Petition rents (prior to 2/21/05)**

| | | |
|---|---|---|
| 2005 RET Rec estimate | $ 15,915.25 | (01/01/05 - 02/21/05) |
| | $ 15,915.25 | |

**Post Petition rents (2/22/05 - 09/30/05)**

| | | |
|---|---|---|
| 2005 RET Rec estimate | $ 95,797.55 | (02/22/05 - 12/31/05) |
| | $ 95,797.55 | |
| | $ (95,797.55) | Pd w/ ck# 8161344 2/09/06 |
| | $ 0.00 | |

**Total through 6/4/06**      **$ 15,915.25**

Exhibit "B"

Palm Trail Plaza
6/20/2006