UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

        Debtors.            Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNT FOR MCW-RC FL-SHOPPES
AT 104, LLC LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR
ORDER TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

MCW-RC FL-Shoppes at 104, LLC, ("Shoppes at 104"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

    1. This objection is in the nature of a cure objection.

    2. Shoppes at 104 is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 287.

    3. Store No. 287 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 287.

    4. Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 287 in the amount of

$29,933.00. Shoppes at 104 objects to the Proposed Cure Amount set forth in Exhibit "B". Shoppes at 104 is owed $37,201.66 for the 2004 and 2005 real estate taxes reconciliation, which the Debtors have yet to pay. A copy of a spreadsheet detailing the amount owed is attached hereto as Exhibit "A". Shoppes at 104 is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5. Shoppes at 104 reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 28 day of June, 2006.

HELD & ISRAEL

By: /s/ Kimberly Held Israel
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile