**Winn-Dixie**
**Shoppes @ 104**

| | | |
|---|---|---|
| Tenant # | 247356 | **\*\* Updated 6/4/06** |
| Lease # | 15318 | |

| | |
|---|---|
| Lease Begin Date | 07/05/90 |
| Lease End Date | 07/04/10 |

| | |
|---|---|
| Date filed bankruptcy | 02/21/05 |

**Pre-Petition rents (prior to 2/21/05)**

| | | | | |
|---|---|---|---|---|
| 12/16/2004 | 2004 RET Reconciliation | $ | 29,932.56 | |
| | 2005 RET Reconciliation | $ | 7,269.10 | (01/01/05 - 02/21/05) |
| | | $ | 37,201.66 | |

**Post Petition rents (2/22/05 - 09/30/05)**

| | | | | |
|---|---|---|---|---|
| | 2005 RET Reconciliation | $ | 43,754.36 | (2/22/05 - 12/31/05) |
| | | $ | 43,754.36 | |
| | | $ | (43,754.36) | Pd w/ ck# 8165686 |
| | | $ | 0.00 | |

**Total through 6/4/06**                                  **$   37,201.66**

Exhibit "A"

Shoppes @ 104
6/20/2006