**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05−bk−03817−JAF
	Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay (Final) is rescheduled to September 25, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 28, 2006 .

			Clerk of Court
			300 North Hogan Street Suite 3−350
			Jacksonville, FL 32202

Copies furnished to:
Debtors'
Attorney for Debtor
U.S. Trustee
Carroll Cayer, attorney for movant
Counsel for official committee of unsecured creditors