# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Scheduled Claim No.: <u>252088-12</u> |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, IMPERIAL TRADING CO, IN THE AMOUNT OF $9,957.00, TO DELLACAMERA CAPITAL MASTER FUND, LTD.**

**To Transferor:**

    IMPERIAL TRADING CO
    ATTN: WAYNE M. BAQUET, PRESIDENT
    PO BOX 676659
    DALLAS, TX 75267-6659

PLEASE TAKE NOTICE that the transfer of $9,957.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    DellaCamera Capital Master Fund, Ltd.
    c/o DellaCamera Capital Management, LLC
    237 Park Avenue
    Suite 900
    New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Debtors' Schedules listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                _____
                                                Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc.

Debtor

Case No. 05-11063

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Imperial Trading Co ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $9,957.00 | |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:  c/o DellaCamera Capital Management, LLC
          237 Park Avenue
          Suite 900
          New York, NY 10017

ASSIGNOR: Imperial Trading Co
Address:  PO Box 676659
          Dallas, TX 75267-6659
Signature: [signature]
Name: Wayne M. Baquet, Jr
Title: President
Date: 6/13/06

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   WINN-DIXIE STORES, INC.                               Case No.:   05-11063 (RDD)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| IMAGING TECHNOLOGIES<br>PO BOX 13426<br>ATLANTA, GA 30324<br>Creditor: 252060 - 12<br>Vendor: 0000091794 | 02/21/2005 | | | | | $16,398.64 |
| IMAGISTICS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193<br>Creditor: 252061 - 12<br>Vendor: 0000799756 | 02/21/2005 | | X | | | UNLIQUIDATED |
| IMMOKALEE DISPOSAL CO<br>120 W JEFFERSON AVE<br>IMMOKALEE, FL 34142<br>Creditor: 252076 - 12<br>Vendor: 0000090062 | 02/21/2005 | | | | | $1,000.67 |
| IMMOKALEE WATER & SEWER<br>1020 SANITATION RD<br>IMMOKALEE, FL 34142<br>Creditor: 252077 - 12<br>Vendor: 0000091942 | 02/21/2005 | X | | | | $341.63 |
| IMPERIAL TRADING CO<br>PO BOX 676659<br>DALLAS, TX 75267-6659<br>Creditor: 252088 - 12<br>Vendor: 0000091089 | 02/21/2005 | | | | | $9,957.00 |
| IMPRIMIS HEALTHCARE<br>1911 N PINE ISLAND ROAD<br>PLANTATION, FL 33322<br>Creditor: 252092 - 12<br>Vendor: 0000829687 | 02/21/2005 | | | | | $30.00 |
| INCOMM<br>250 WILLIAMS STREET, SUITE M-100<br>ATLANTA, GA 30303<br>Creditor: 393737 - 58<br>Vendor: 11063 | 02/21/2005 | | X | | | UNLIQUIDATED |
| INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>15908 NW 48TH AVENUE<br>MIAMI, FL 33014<br>Creditor: 252100 - 12<br>Vendor: 0000091862 | 02/21/2005 | | | | | $1,038.10 |

**PAGE TOTAL:**   **$28,766.04**