# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE MONTGOMERY, INC. | Case No. 05-03837-JAF |
| ("the Debtors") | Filed Claim No.: <u>11263</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, IMPERIAL TRADING COMPANY INC, IN THE AMOUNT OF $105,057.94, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**
IMPERIAL TRADING COMPANY INC
ATTN: WAYNE M. BAQUET, JR., PRESIDENT
PO BOX 23508
ELMWOOD, LA 70183-0508

PLEASE TAKE NOTICE that the transfer of $105,057.94 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   DellaCamera Capital Master Fund, Ltd.
c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>Winn-Dixie Montgomery, Inc.<br><br>Debtor | Case No. 05-03837-3F1<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Imperial Trading Company, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $105,057.94 | 11263 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:  c/o DellaCamera Capital Mangement, LLC
          237 Park Avenue
          Suite 900
          New York, NY 10017

ASSIGNOR: Imperial Trading Company Inc.
Address:  Attn: Keith Beba
          PO Box 23508
          Elmwood, LA 70183-0508
Signature: _Wayne M. B_____
Name: Wayne M. Broussard, Jr.
Title: President
Date: 6/13/06

# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Montgomery, Inc** Case No **05-03837-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>|||||||||||| 20268563<br>WDX-403234-B2-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN: KEITH BEBA<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | **504-733-1400**<br>Telephone No. of Creditor<br><br>**504-736-4542**<br>Fax No. of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | DEBTOR: WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11<br><br>**CLAIM NO.: 11263** |
|---|---|---|

Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated. _____

1. **Basis for Claim**
   - ☒ Goods sold to debtor(s)
   - ☐ Services performed for debtor(s)
   - ☐ Goods purchased from debtor(s)
   - ☐ Money loaned
   - ☐ Personal injury/property damage
   - ☐ Other _____
   - ☐ Taxes
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SSN. _____
     Unpaid compensation for services performed from
     _____ to _____
     (date)           (date)

2. Date debt was incurred: **See attachment 1/31/05 through 3/22/05**

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:  $**105,057.94**   $_____   $_____   $**105,057.94**
                                              (unsecured)    (secured)  (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)

   Brief description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

   Value of Collateral $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
   ☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S.C § 507 (a) (6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S.C. § 507 (a) (7).
   ☐ Taxes or penalties owed to governmental units – 11 U S.C § 507 (a) (8)
   ☐ Other – Specify applicable paragraph of 11 U S.C. § 507 (a) ( ).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2005 AUG -1 PM 12: 20
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

| Date<br>**7/28/05** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br>Print **Keith Beba**   Title: **Controller**<br>Signature _**Keith Beba**_ |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571.

**Imperial Trading Company Inc.**  
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**  
**Proof of Claim**  
Note: Supporting invoices (voluminous) will be produced upon request.

Page 1 of 5

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 91459 | 01/31/05 | INVOICE | 11553 | 467.55 |
| 91459 | 01/31/05 | INVOICE | 11554 | 632.46 |
| 91490 | 01/31/05 | INVOICE | 11555 | 332 00 |
| 91490 | 01/31/05 | INVOICE | 11556 | 413.12 |
| 90001 | 02/01/05 | INVOICE | 900071 | 6,753 50 |
| 90001 | 02/01/05 | INVOICE | 900072 | 2,435 50 |
| 90001 | 02/01/05 | INVOICE | 900073 | 768 00 |
| 91444 | 02/01/05 | INVOICE | 12242 | 500 19 |
| 91444 | 02/01/05 | INVOICE | 12243 | 307.20 |
| 91455 | 02/01/05 | CREDIT | 3623 | (337.50) |
| 91570 | 02/01/05 | INVOICE | 12094 | 234.14 |
| 91570 | 02/01/05 | INVOICE | 12095 | 374.62 |
| 91311 | 02/03/05 | INVOICE | 13304 | 188 22 |
| 91311 | 02/03/05 | INVOICE | 13305 | 27 12 |
| 91426 | 02/03/05 | INVOICE | 13480 | 385 29 |
| 91426 | 02/03/05 | INVOICE | 13481 | 312.14 |
| 91591 | 02/03/05 | INVOICE | 13131 | 792.20 |
| 91591 | 02/03/05 | INVOICE | 13132 | 261.81 |
| 92622 | 02/03/05 | INVOICE | 13247 | 632 33 |
| 92622 | 02/03/05 | INVOICE | 13248 | 441 73 |
| 92626 | 02/03/05 | INVOICE | 13337 | 550 64 |
| 92626 | 02/03/05 | INVOICE | 13338 | 51.91 |
| 94403 | 02/03/05 | INVOICE | 13442 | 267.58 |
| 94403 | 02/03/05 | INVOICE | 13443 | 177.42 |
| 94408 | 02/03/05 | INVOICE | 13436 | 591.75 |
| 94408 | 02/03/05 | INVOICE | 13437 | 361.31 |
| 94593 | 02/03/05 | INVOICE | 13406 | 389.17 |
| 94593 | 02/03/05 | INVOICE | 13407 | 157.39 |
| 91434 | 02/04/05 | INVOICE | 14208 | 323.23 |
| 91434 | 02/04/05 | INVOICE | 14209 | 87.16 |
| 91438 | 02/04/05 | INVOICE | 14212 | 484.30 |
| 91438 | 02/04/05 | INVOICE | 14213 | 187.30 |
| 91478 | 02/04/05 | INVOICE | 14258 | 685 02 |
| 91513 | 02/04/05 | INVOICE | 14259 | 1,203.59 |
| 91513 | 02/04/05 | INVOICE | 14260 | 217.31 |
| 91544 | 02/04/05 | INVOICE | 13773 | 391.70 |
| 91544 | 02/04/05 | INVOICE | 13774 | 219.00 |
| 91557 | 02/04/05 | INVOICE | 13901 | 268 61 |
| 91557 | 02/04/05 | INVOICE | 13902 | 36 20 |
| 92620 | 02/04/05 | INVOICE | 13735 | 1,417 90 |
| 94432 | 02/04/05 | INVOICE | 14210 | 335.73 |
| 94432 | 02/04/05 | INVOICE | 14211 | 73 00 |
| 94446 | 02/04/05 | INVOICE | 14023 | 566 89 |
| 94446 | 02/04/05 | INVOICE | 14024 | 211 12 |
| 91351 | 02/07/05 | CREDIT | 4384 | (167 34) |
| 91479 | 02/07/05 | INVOICE | 14737 | 419 95 |
| 91479 | 02/07/05 | INVOICE | 14738 | 17 40 |
| 91511 | 02/07/05 | INVOICE | 14736 | 480 82 |
| 91512 | 02/07/05 | INVOICE | 14734 | 725 14 |
| 91512 | 02/07/05 | INVOICE | 14735 | 23.58 |
| 92622 | 02/07/05 | CREDIT | 4388 | (20.80) |

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
Note: Supporting invoices (voluminous) will be produced upon request.

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 92623 | 02/07/05 | INVOICE | 14483 | 1,890.51 |
| 92623 | 02/07/05 | INVOICE | 14484 | 127.33 |
| 94430 | 02/07/05 | INVOICE | 14787 | 989.10 |
| 94430 | 02/07/05 | INVOICE | 14788 | 259 71 |
| 91434 | 02/09/05 | CREDIT | 4463 | (67 32) |
| 91438 | 02/09/05 | CREDIT | 4464 | (33.66) |
| 91544 | 02/09/05 | CREDIT | 4465 | (120.14) |
| 91591 | 02/09/05 | CREDIT | 4466 | (296.32) |
| 92620 | 02/09/05 | CREDIT | 4542 | (755.70) |
| 92620 | 02/09/05 | CREDIT | 4544 | (132 30) |
| 94403 | 02/09/05 | CREDIT | 4467 | (33 66) |
| 94408 | 02/09/05 | CREDIT | 4468 | (67.32) |
| 94430 | 02/09/05 | CREDIT | 4469 | (271.61) |
| 94430 | 02/09/05 | CREDIT | 4470 | (1.18) |
| 94446 | 02/09/05 | CREDIT | 4471 | (67.32) |
| 94446 | 02/09/05 | CREDIT | 4546 | (337.50) |
| 94593 | 02/09/05 | CREDIT | 4472 | (80.84) |
| 94593 | 02/09/05 | CREDIT | 4548 | (151.90) |
| 91453 | 02/10/05 | CREDIT | 4782 | (33.99) |
| 92620 | 02/10/05 | CREDIT | 4779 | (562.98) |
| 92621 | 02/10/05 | CREDIT | 4788 | (570.60) |
| 92622 | 02/10/05 | INVOICE | 15600 | 530.45 |
| 92622 | 02/10/05 | INVOICE | 15601 | 300 77 |
| 92623 | 02/10/05 | CREDIT | 4706 | (31 63) |
| 92623 | 02/10/05 | CREDIT | 4707 | (49.56) |
| 92623 | 02/10/05 | CREDIT | 4759 | (722 20) |
| 94404 | 02/10/05 | CREDIT | 4789 | (202 50) |
| 91444 | 02/11/05 | INVOICE | 16214 | 583.84 |
| 91444 | 02/11/05 | INVOICE | 16215 | 539.01 |
| 91478 | 02/11/05 | INVOICE | 16423 | 1,181 83 |
| 91513 | 02/11/05 | INVOICE | 16424 | 302.66 |
| 91513 | 02/11/05 | INVOICE | 16425 | 196.77 |
| 92624 | 02/11/05 | INVOICE | 16046 | 2,889.36 |
| 91329 | 02/14/05 | INVOICE | 17072 | 2,366.52 |
| 91329 | 02/14/05 | INVOICE | 17073 | 230.33 |
| 91338 | 02/14/05 | INVOICE | 16652 | 1,266 80 |
| 91409 | 02/14/05 | INVOICE | 17054 | 441.89 |
| 91409 | 02/14/05 | INVOICE | 17055 | 286.88 |
| 91454 | 02/14/05 | INVOICE | 16878 | 601.96 |
| 91454 | 02/14/05 | INVOICE | 16879 | 374.63 |
| 91500 | 02/14/05 | INVOICE | 17031 | 493.60 |
| 91500 | 02/14/05 | INVOICE | 17032 | 172 03 |
| 91555 | 02/14/05 | INVOICE | 16644 | 1,191 62 |
| 91555 | 02/14/05 | INVOICE | 16645 | 485.63 |
| 91577 | 02/14/05 | INVOICE | 16833 | 680.12 |
| 91577 | 02/14/05 | INVOICE | 16834 | 329.18 |
| 92622 | 02/14/05 | CREDIT | 4999 | (164 82) |
| 92627 | 02/14/05 | INVOICE | 16650 | 1,433 92 |
| 92627 | 02/14/05 | INVOICE | 16651 | 866.14 |
| 94406 | 02/14/05 | INVOICE | 17070 | 597 51 |
| 94406 | 02/14/05 | INVOICE | 17071 | 396 35 |

Imperial Trading Company Inc.  Page 3 of 5
Summary of Open Items Due From Winn Dixie Stores, Inc et al.,
Proof of Claim
Note: Supporting invoices (voluminous) will be produced upon request.

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---:|
| 94412 | 02/14/05 | INVOICE | 17068 | 145.55 |
| 94412 | 02/14/05 | INVOICE | 17069 | 203 38 |
| 94442 | 02/14/05 | INVOICE | 16956 | 309 00 |
| 94442 | 02/14/05 | INVOICE | 16957 | 235 40 |
| 94448 | 02/14/05 | INVOICE | 17029 | 1,141.86 |
| 94448 | 02/14/05 | INVOICE | 17030 | 231.84 |
| 94461 | 02/14/05 | INVOICE | 16845 | 186.46 |
| 94461 | 02/14/05 | INVOICE | 16846 | 307.21 |
| 94547 | 02/14/05 | INVOICE | 16716 | 240 69 |
| 94547 | 02/14/05 | INVOICE | 16717 | 59 07 |
| 94566 | 02/14/05 | INVOICE | 16719 | 421 38 |
| 94566 | 02/14/05 | INVOICE | 16720 | 175.42 |
| 94572 | 02/14/05 | INVOICE | 16861 | 1,017 02 |
| 94578 | 02/14/05 | INVOICE | 16851 | 541 44 |
| 94578 | 02/14/05 | INVOICE | 16852 | 215.17 |
| 91351 | 02/15/05 | INVOICE | 17294 | 818.52 |
| 91351 | 02/15/05 | INVOICE | 17295 | 279.63 |
| 91444 | 02/15/05 | CREDIT | 5158 | (35.60) |
| 91479 | 02/15/05 | INVOICE | 17626 | 606.80 |
| 91479 | 02/15/05 | INVOICE | 17627 | 104 44 |
| 91511 | 02/15/05 | INVOICE | 17624 | 416 20 |
| 91511 | 02/15/05 | INVOICE | 17625 | 134.64 |
| 91512 | 02/15/05 | INVOICE | 17622 | 1,374 50 |
| 91512 | 02/15/05 | INVOICE | 17623 | 183.78 |
| 91534 | 02/15/05 | INVOICE | 17528 | 620.98 |
| 91534 | 02/15/05 | INVOICE | 17529 | 54.43 |
| 91537 | 02/15/05 | INVOICE | 17563 | 1,117.81 |
| 91540 | 02/15/05 | INVOICE | 17551 | 1,072.52 |
| 91540 | 02/15/05 | INVOICE | 17552 | 856.95 |
| 94425 | 02/15/05 | INVOICE | 17602 | 434 80 |
| 94425 | 02/15/05 | INVOICE | 17603 | 348 23 |
| 94431 | 02/15/05 | INVOICE | 17600 | 368.61 |
| 94431 | 02/15/05 | INVOICE | 17601 | 181.72 |
| 94461 | 02/15/05 | CREDIT | 5159 | (134.64) |
| 94578 | 02/15/05 | CREDIT | 5160 | (114 50) |
| 94591 | 02/15/05 | INVOICE | 17523 | 119.80 |
| 94591 | 02/15/05 | INVOICE | 17524 | 283.79 |
| 91411 | 02/16/05 | INVOICE | 18203 | 751.22 |
| 91411 | 02/16/05 | INVOICE | 18204 | 346.28 |
| 91449 | 02/16/05 | INVOICE | 18123 | 617.31 |
| 91449 | 02/16/05 | INVOICE | 18124 | 498.92 |
| 91459 | 02/16/05 | CREDIT | 5304 | (100.98) |
| 91478 | 02/16/05 | CREDIT | 5305 | (144 00) |
| 91490 | 02/16/05 | CREDIT | 5306 | (134.64) |
| 91500 | 02/16/05 | CREDIT | 5307 | (67.32) |
| 91581 | 02/16/05 | INVOICE | 18147 | 1,334 88 |
| 91581 | 02/16/05 | INVOICE | 18148 | 675.97 |
| 92624 | 02/16/05 | CREDIT | 5308 | (32.31) |
| 94420 | 02/16/05 | INVOICE | 18207 | 1,440 82 |
| 94420 | 02/16/05 | INVOICE | 18208 | 317 09 |
| 94437 | 02/16/05 | INVOICE | 18205 | 629.23 |

Imperial Trading Company Inc.
Summary of Open Items Due From Winn Dixie Stores, Inc et al.,
Proof of Claim
Note: Supporting invoices (voluminous) will be produced upon request.

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 94437 | 02/16/05 | INVOICE | 18206 | 310.58 |
| 94442 | 02/16/05 | CREDIT | 5309 | (67.32) |
| 94448 | 02/16/05 | CREDIT | 5310 | (134.64) |
| 94488 | 02/16/05 | INVOICE | 18104 | 1,221 97 |
| 94488 | 02/16/05 | INVOICE | 18105 | 836.36 |
| 91329 | 02/17/05 | CREDIT | 5446 | (524 04) |
| 91409 | 02/17/05 | CREDIT | 5447 | (33.66) |
| 91426 | 02/17/05 | INVOICE | 18805 | 432 54 |
| 91426 | 02/17/05 | INVOICE | 18806 | 259.02 |
| 91444 | 02/17/05 | CREDIT | 5448 | (94.45) |
| 91455 | 02/17/05 | INVOICE | 18424 | 299.08 |
| 91455 | 02/17/05 | INVOICE | 18425 | 174 57 |
| 91456 | 02/17/05 | INVOICE | 18426 | 534.77 |
| 91456 | 02/17/05 | INVOICE | 18427 | 299 04 |
| 91540 | 02/17/05 | CREDIT | 5449 | (104 43) |
| 91555 | 02/17/05 | CREDIT | 5450 | (201 96) |
| 91577 | 02/17/05 | CREDIT | 5451 | (168 30) |
| 92626 | 02/17/05 | INVOICE | 18630 | 380.62 |
| 92626 | 02/17/05 | INVOICE | 18631 | 17.10 |
| 94408 | 02/17/05 | INVOICE | 18823 | 161.46 |
| 94408 | 02/17/05 | INVOICE | 18824 | 141.12 |
| 94417 | 02/17/05 | INVOICE | 18827 | 400.62 |
| 94417 | 02/17/05 | INVOICE | 18828 | 319 48 |
| 94425 | 02/17/05 | CREDIT | 5452 | (33 66) |
| 94431 | 02/17/05 | CREDIT | 5453 | (282.80) |
| 94449 | 02/17/05 | INVOICE | 18825 | 226.22 |
| 94449 | 02/17/05 | INVOICE | 18826 | 179.62 |
| 94570 | 02/17/05 | INVOICE | 18716 | 971.63 |
| 94570 | 02/17/05 | INVOICE | 18717 | 712.58 |
| 94588 | 02/17/05 | INVOICE | 18713 | 705.50 |
| 94588 | 02/17/05 | INVOICE | 18714 | 370.15 |
| 94591 | 02/17/05 | CREDIT | 5454 | (30.00) |
| 91351 | 02/18/05 | CREDIT | 5588 | (129.24) |
| 91351 | 02/18/05 | CREDIT | 5589 | (167.34) |
| 91411 | 02/18/05 | CREDIT | 5590 | (158.23) |
| 91511 | 02/18/05 | CREDIT | 5591 | (12.80) |
| 91512 | 02/18/05 | CREDIT | 5592 | (144.00) |
| 91581 | 02/18/05 | CREDIT | 5593 | (238 03) |
| 94420 | 02/18/05 | CREDIT | 5594 | (261.68) |
| 94488 | 02/18/05 | CREDIT | 5595 | (280 89) |
| 94570 | 02/18/05 | CREDIT | 5596 | (53 90) |
| 94588 | 02/18/05 | CREDIT | 5597 | (37 00) |
| 91561 | 02/21/05 | SHORT PAY | 503959 | 33 66 |
| 94488 | 02/21/05 | CREDIT | 5825 | (836.36) |
| 94570 | 02/21/05 | CREDIT | 5847 | (336.60) |
| 94588 | 02/21/05 | CREDIT | 5848 | (33 66) |
| 94588 | 02/21/05 | CREDIT | 6092 | (27.41) |
| 90001 | 03/15/05 | BANK FEE | 31505 | 45.00 |
| 90001 | 03/15/05 | NSF | 31505 | 36,348.46 |
| 91456 | 03/22/05 | CREDIT | 9407 | (135.30) |
| 91570 | 03/22/05 | CREDIT | 9467 | (90 00) |

**Imperial Trading Company Inc.**　　　　　　　　　　　　　　　　　　　　　　　　Page 5 of 5
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 94572 | 03/22/05 | CREDIT | 9408 | (269.28) |
| Total | | | | 105,057.94 |