**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: 11264 |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, IMPERIAL TRADING COMPANY INC, IN THE AMOUNT OF $105,057.94, TO DELLACAMERA CAPITAL MASTER FUND, LTD.**

**To Transferor:**

IMPERIAL TRADING COMPANY INC
ATTN: WAYNE M. BAQUET, JR., PRESIDENT
PO BOX 23508
ELMWOOD, LA 70183-0508

PLEASE TAKE NOTICE that the transfer of $105,057.94 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**

DellaCamera Capital Master Fund, Ltd.
c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim listing the claim is hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on __________, 2006.
INTERNAL CONTROL NO.______________
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

______________________________
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: Winn-Dixie Stores, Inc., Debtor | Case No. 05-03817-3F1<br>Chapter 11 |
|---|---|

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of Imperial Trading Company, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $105,057.94 | 11264 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o DellaCamera Capital Mangement, LLC
237 Park Avenue
Suite 900
New York, NY 10017

ASSIGNOR: Imperial Trading Company Inc.
Address: Attn: Keith Beba
PO Box 23508
Elmwood, LA 70183-0508
Signature: [signature]
Name: Wayne M. Baquet, Jr.
Title: President
Date: 6/13/06

# EXHIBIT

# A

Form B10 (Official Form 10) (04/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Chapter 11
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: Winn-Dixie Stores, Inc Case No 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

20268563
WDX-403234-B2-79
IMPERIAL TRADING COMPANY INC
ATTN: KEITH BEBA
PO BOX 23508
ELMWOOD LA 70183-0508

504-733-1400
Telephone No of Creditor

504-736-4542
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE.. 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 11264**

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address**

Name: ____

Company/Firm: ____

Address: ____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____

**1. Basis for Claim**

- ☒ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other ____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract ____
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: ____
  Unpaid compensation for services performed from ____ (date) to ____ (date)

**2. Date debt was incurred:** See Attachment 1/31/05 through 3/22/05

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| $105,057.94 | $____ | $____ | $105,057.94 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ____

Value of Collateral $____

Amount of arrearage and other charges at time case filed included in secured claim, if any. $____

**6. Unsecured Nonpriority Claim $____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $____
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C § 507 (a) (6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U S.C. § 507 (a) ( )

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT
2005 AUG -1 PM 12:20
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date: 7/28/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print Keith Beba Title Controller

Signature [signature]

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 91459 | 01/31/05 | INVOICE | 11553 | 467.55 |
| 91459 | 01/31/05 | INVOICE | 11554 | 632 46 |
| 91490 | 01/31/05 | INVOICE | 11555 | 332.00 |
| 91490 | 01/31/05 | INVOICE | 11556 | 413 12 |
| 90001 | 02/01/05 | INVOICE | 900071 | 6,753.50 |
| 90001 | 02/01/05 | INVOICE | 900072 | 2,435.50 |
| 90001 | 02/01/05 | INVOICE | 900073 | 768.00 |
| 91444 | 02/01/05 | INVOICE | 12242 | 500.19 |
| 91444 | 02/01/05 | INVOICE | 12243 | 307.20 |
| 91455 | 02/01/05 | CREDIT | 3623 | (337.50) |
| 91570 | 02/01/05 | INVOICE | 12094 | 234.14 |
| 91570 | 02/01/05 | INVOICE | 12095 | 374.62 |
| 91311 | 02/03/05 | INVOICE | 13304 | 188.22 |
| 91311 | 02/03/05 | INVOICE | 13305 | 27.12 |
| 91426 | 02/03/05 | INVOICE | 13480 | 385 29 |
| 91426 | 02/03/05 | INVOICE | 13481 | 312.14 |
| 91591 | 02/03/05 | INVOICE | 13131 | 792 20 |
| 91591 | 02/03/05 | INVOICE | 13132 | 261.81 |
| 92622 | 02/03/05 | INVOICE | 13247 | 632.33 |
| 92622 | 02/03/05 | INVOICE | 13248 | 441.73 |
| 92626 | 02/03/05 | INVOICE | 13337 | 550.64 |
| 92626 | 02/03/05 | INVOICE | 13338 | 51.91 |
| 94403 | 02/03/05 | INVOICE | 13442 | 267.58 |
| 94403 | 02/03/05 | INVOICE | 13443 | 177.42 |
| 94408 | 02/03/05 | INVOICE | 13436 | 591.75 |
| 94408 | 02/03/05 | INVOICE | 13437 | 361.31 |
| 94593 | 02/03/05 | INVOICE | 13406 | 389.17 |
| 94593 | 02/03/05 | INVOICE | 13407 | 157.39 |
| 91434 | 02/04/05 | INVOICE | 14208 | 323.23 |
| 91434 | 02/04/05 | INVOICE | 14209 | 87.16 |
| 91438 | 02/04/05 | INVOICE | 14212 | 484.30 |
| 91438 | 02/04/05 | INVOICE | 14213 | 187.30 |
| 91478 | 02/04/05 | INVOICE | 14258 | 685.02 |
| 91513 | 02/04/05 | INVOICE | 14259 | 1,203.59 |
| 91513 | 02/04/05 | INVOICE | 14260 | 217.31 |
| 91544 | 02/04/05 | INVOICE | 13773 | 391.70 |
| 91544 | 02/04/05 | INVOICE | 13774 | 219.00 |
| 91557 | 02/04/05 | INVOICE | 13901 | 268.61 |
| 91557 | 02/04/05 | INVOICE | 13902 | 36.20 |
| 92620 | 02/04/05 | INVOICE | 13735 | 1,417.90 |
| 94432 | 02/04/05 | INVOICE | 14210 | 335.73 |
| 94432 | 02/04/05 | INVOICE | 14211 | 73.00 |
| 94446 | 02/04/05 | INVOICE | 14023 | 566.89 |
| 94446 | 02/04/05 | INVOICE | 14024 | 211.12 |
| 91351 | 02/07/05 | CREDIT | 4384 | (167.34) |
| 91479 | 02/07/05 | INVOICE | 14737 | 419.95 |
| 91479 | 02/07/05 | INVOICE | 14738 | 17 40 |
| 91511 | 02/07/05 | INVOICE | 14736 | 480 82 |
| 91512 | 02/07/05 | INVOICE | 14734 | 725 14 |
| 91512 | 02/07/05 | INVOICE | 14735 | 23 58 |
| 92622 | 02/07/05 | CREDIT | 4388 | (20.80) |

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 92623 | 02/07/05 | INVOICE | 14483 | 1,890.51 |
| 92623 | 02/07/05 | INVOICE | 14484 | 127.33 |
| 94430 | 02/07/05 | INVOICE | 14787 | 989.10 |
| 94430 | 02/07/05 | INVOICE | 14788 | 259.71 |
| 91434 | 02/09/05 | CREDIT | 4463 | (67.32) |
| 91438 | 02/09/05 | CREDIT | 4464 | (33.66) |
| 91544 | 02/09/05 | CREDIT | 4465 | (120.14) |
| 91591 | 02/09/05 | CREDIT | 4466 | (296.32) |
| 92620 | 02/09/05 | CREDIT | 4542 | (755.70) |
| 92620 | 02/09/05 | CREDIT | 4544 | (132.30) |
| 94403 | 02/09/05 | CREDIT | 4467 | (33.66) |
| 94408 | 02/09/05 | CREDIT | 4468 | (67.32) |
| 94430 | 02/09/05 | CREDIT | 4469 | (271.61) |
| 94430 | 02/09/05 | CREDIT | 4470 | (1.18) |
| 94446 | 02/09/05 | CREDIT | 4471 | (67.32) |
| 94446 | 02/09/05 | CREDIT | 4546 | (337.50) |
| 94593 | 02/09/05 | CREDIT | 4472 | (80.84) |
| 94593 | 02/09/05 | CREDIT | 4548 | (151.90) |
| 91453 | 02/10/05 | CREDIT | 4782 | (33.99) |
| 92620 | 02/10/05 | CREDIT | 4779 | (562.98) |
| 92621 | 02/10/05 | CREDIT | 4788 | (570.60) |
| 92622 | 02/10/05 | INVOICE | 15600 | 530.45 |
| 92622 | 02/10/05 | INVOICE | 15601 | 300.77 |
| 92623 | 02/10/05 | CREDIT | 4706 | (31.63) |
| 92623 | 02/10/05 | CREDIT | 4707 | (49.56) |
| 92623 | 02/10/05 | CREDIT | 4759 | (722.20) |
| 94404 | 02/10/05 | CREDIT | 4789 | (202.50) |
| 91444 | 02/11/05 | INVOICE | 16214 | 583 84 |
| 91444 | 02/11/05 | INVOICE | 16215 | 539.01 |
| 91478 | 02/11/05 | INVOICE | 16423 | 1,181.83 |
| 91513 | 02/11/05 | INVOICE | 16424 | 302.66 |
| 91513 | 02/11/05 | INVOICE | 16425 | 196.77 |
| 92624 | 02/11/05 | INVOICE | 16046 | 2,889.36 |
| 91329 | 02/14/05 | INVOICE | 17072 | 2,366.52 |
| 91329 | 02/14/05 | INVOICE | 17073 | 230.33 |
| 91338 | 02/14/05 | INVOICE | 16652 | 1,266.80 |
| 91409 | 02/14/05 | INVOICE | 17054 | 441.89 |
| 91409 | 02/14/05 | INVOICE | 17055 | 286.88 |
| 91454 | 02/14/05 | INVOICE | 16878 | 601.96 |
| 91454 | 02/14/05 | INVOICE | 16879 | 374 63 |
| 91500 | 02/14/05 | INVOICE | 17031 | 493.60 |
| 91500 | 02/14/05 | INVOICE | 17032 | 172.03 |
| 91555 | 02/14/05 | INVOICE | 16644 | 1,191 62 |
| 91555 | 02/14/05 | INVOICE | 16645 | 485.63 |
| 91577 | 02/14/05 | INVOICE | 16833 | 680.12 |
| 91577 | 02/14/05 | INVOICE | 16834 | 329.18 |
| 92622 | 02/14/05 | CREDIT | 4999 | (164.82) |
| 92627 | 02/14/05 | INVOICE | 16650 | 1,433 92 |
| 92627 | 02/14/05 | INVOICE | 16651 | 866 14 |
| 94406 | 02/14/05 | INVOICE | 17070 | 597 51 |
| 94406 | 02/14/05 | INVOICE | 17071 | 396.35 |

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 94412 | 02/14/05 | INVOICE | 17068 | 145 55 |
| 94412 | 02/14/05 | INVOICE | 17069 | 203.38 |
| 94442 | 02/14/05 | INVOICE | 16956 | 309.00 |
| 94442 | 02/14/05 | INVOICE | 16957 | 235.40 |
| 94448 | 02/14/05 | INVOICE | 17029 | 1,141.86 |
| 94448 | 02/14/05 | INVOICE | 17030 | 231.84 |
| 94461 | 02/14/05 | INVOICE | 16845 | 186.46 |
| 94461 | 02/14/05 | INVOICE | 16846 | 307.21 |
| 94547 | 02/14/05 | INVOICE | 16716 | 240.69 |
| 94547 | 02/14/05 | INVOICE | 16717 | 59.07 |
| 94566 | 02/14/05 | INVOICE | 16719 | 421.38 |
| 94566 | 02/14/05 | INVOICE | 16720 | 175.42 |
| 94572 | 02/14/05 | INVOICE | 16861 | 1,017.02 |
| 94578 | 02/14/05 | INVOICE | 16851 | 541.44 |
| 94578 | 02/14/05 | INVOICE | 16852 | 215 17 |
| 91351 | 02/15/05 | INVOICE | 17294 | 818.52 |
| 91351 | 02/15/05 | INVOICE | 17295 | 279.63 |
| 91444 | 02/15/05 | CREDIT | 5158 | (35.60) |
| 91479 | 02/15/05 | INVOICE | 17626 | 606.80 |
| 91479 | 02/15/05 | INVOICE | 17627 | 104.44 |
| 91511 | 02/15/05 | INVOICE | 17624 | 416.20 |
| 91511 | 02/15/05 | INVOICE | 17625 | 134.64 |
| 91512 | 02/15/05 | INVOICE | 17622 | 1,374 50 |
| 91512 | 02/15/05 | INVOICE | 17623 | 183.78 |
| 91534 | 02/15/05 | INVOICE | 17528 | 620.98 |
| 91534 | 02/15/05 | INVOICE | 17529 | 54.43 |
| 91537 | 02/15/05 | INVOICE | 17563 | 1,117.81 |
| 91540 | 02/15/05 | INVOICE | 17551 | 1,072.52 |
| 91540 | 02/15/05 | INVOICE | 17552 | 856.95 |
| 94425 | 02/15/05 | INVOICE | 17602 | 434.80 |
| 94425 | 02/15/05 | INVOICE | 17603 | 348.23 |
| 94431 | 02/15/05 | INVOICE | 17600 | 368.61 |
| 94431 | 02/15/05 | INVOICE | 17601 | 181.72 |
| 94461 | 02/15/05 | CREDIT | 5159 | (134.64) |
| 94578 | 02/15/05 | CREDIT | 5160 | (114.50) |
| 94591 | 02/15/05 | INVOICE | 17523 | 119.80 |
| 94591 | 02/15/05 | INVOICE | 17524 | 283.79 |
| 91411 | 02/16/05 | INVOICE | 18203 | 751.22 |
| 91411 | 02/16/05 | INVOICE | 18204 | 346.28 |
| 91449 | 02/16/05 | INVOICE | 18123 | 617.31 |
| 91449 | 02/16/05 | INVOICE | 18124 | 498.92 |
| 91459 | 02/16/05 | CREDIT | 5304 | (100.98) |
| 91478 | 02/16/05 | CREDIT | 5305 | (144.00) |
| 91490 | 02/16/05 | CREDIT | 5306 | (134 64) |
| 91500 | 02/16/05 | CREDIT | 5307 | (67 32) |
| 91581 | 02/16/05 | INVOICE | 18147 | 1,334 88 |
| 91581 | 02/16/05 | INVOICE | 18148 | 675.97 |
| 92624 | 02/16/05 | CREDIT | 5308 | (32.31) |
| 94420 | 02/16/05 | INVOICE | 18207 | 1,440.82 |
| 94420 | 02/16/05 | INVOICE | 18208 | 317.09 |
| 94437 | 02/16/05 | INVOICE | 18205 | 629.23 |

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et.al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 94437 | 02/16/05 | INVOICE | 18206 | 310.58 |
| 94442 | 02/16/05 | CREDIT | 5309 | (67.32) |
| 94448 | 02/16/05 | CREDIT | 5310 | (134.64) |
| 94488 | 02/16/05 | INVOICE | 18104 | 1,221.97 |
| 94488 | 02/16/05 | INVOICE | 18105 | 836.36 |
| 91329 | 02/17/05 | CREDIT | 5446 | (524.04) |
| 91409 | 02/17/05 | CREDIT | 5447 | (33.66) |
| 91426 | 02/17/05 | INVOICE | 18805 | 432.54 |
| 91426 | 02/17/05 | INVOICE | 18806 | 259.02 |
| 91444 | 02/17/05 | CREDIT | 5448 | (94.45) |
| 91455 | 02/17/05 | INVOICE | 18424 | 299.08 |
| 91455 | 02/17/05 | INVOICE | 18425 | 174.57 |
| 91456 | 02/17/05 | INVOICE | 18426 | 534.77 |
| 91456 | 02/17/05 | INVOICE | 18427 | 299.04 |
| 91540 | 02/17/05 | CREDIT | 5449 | (104.43) |
| 91555 | 02/17/05 | CREDIT | 5450 | (201.96) |
| 91577 | 02/17/05 | CREDIT | 5451 | (168.30) |
| 92626 | 02/17/05 | INVOICE | 18630 | 380.62 |
| 92626 | 02/17/05 | INVOICE | 18631 | 17.10 |
| 94408 | 02/17/05 | INVOICE | 18823 | 161.46 |
| 94408 | 02/17/05 | INVOICE | 18824 | 141.12 |
| 94417 | 02/17/05 | INVOICE | 18827 | 400.62 |
| 94417 | 02/17/05 | INVOICE | 18828 | 319.48 |
| 94425 | 02/17/05 | CREDIT | 5452 | (33.66) |
| 94431 | 02/17/05 | CREDIT | 5453 | (282 80) |
| 94449 | 02/17/05 | INVOICE | 18825 | 226.22 |
| 94449 | 02/17/05 | INVOICE | 18826 | 179.62 |
| 94570 | 02/17/05 | INVOICE | 18716 | 971.63 |
| 94570 | 02/17/05 | INVOICE | 18717 | 712.58 |
| 94588 | 02/17/05 | INVOICE | 18713 | 705.50 |
| 94588 | 02/17/05 | INVOICE | 18714 | 370.15 |
| 94591 | 02/17/05 | CREDIT | 5454 | (30.00) |
| 91351 | 02/18/05 | CREDIT | 5588 | (129.24) |
| 91351 | 02/18/05 | CREDIT | 5589 | (167.34) |
| 91411 | 02/18/05 | CREDIT | 5590 | (158.23) |
| 91511 | 02/18/05 | CREDIT | 5591 | (12.80) |
| 91512 | 02/18/05 | CREDIT | 5592 | (144.00) |
| 91581 | 02/18/05 | CREDIT | 5593 | (238 03) |
| 94420 | 02/18/05 | CREDIT | 5594 | (261.68) |
| 94488 | 02/18/05 | CREDIT | 5595 | (280.89) |
| 94570 | 02/18/05 | CREDIT | 5596 | (53.90) |
| 94588 | 02/18/05 | CREDIT | 5597 | (37.00) |
| 91561 | 02/21/05 | SHORT PAY | 503959 | 33.66 |
| 94488 | 02/21/05 | CREDIT | 5825 | (836 36) |
| 94570 | 02/21/05 | CREDIT | 5847 | (336 60) |
| 94588 | 02/21/05 | CREDIT | 5848 | (33.66) |
| 94588 | 02/21/05 | CREDIT | 6092 | (27.41) |
| 90001 | 03/15/05 | BANK FEE | 31505 | 45.00 |
| 90001 | 03/15/05 | NSF | 31505 | 36,348.46 |
| 91456 | 03/22/05 | CREDIT | 9407 | (135.30) |
| 91570 | 03/22/05 | CREDIT | 9467 | (90.00) |

**Imperial Trading Company Inc.**
**Summary of Open Items Due From Winn Dixie Stores, Inc et al.,**
**Proof of Claim**
**Note: Supporting invoices (voluminous) will be produced upon request.**

| CUSTOMER # | DATE | TRANSACTION TYPE | REFERENCE # | AMOUNT |
|---|---|---|---|---|
| 94572 | 03/22/05 | CREDIT | 9408 | (269.28) |
| Total | | | | 105,057.94 |