**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


In re:                                              Case No. 3:05−bk−03817−JAF
                                                    Chapter 11


Winn−Dixie Stores, Inc




        Debtor(s)        /




AMENDED NOTICE OF RESCHEDULED HEARING (AMENDED TO INCLUDE MOVANT)


    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay (Final) filed by Iris and Sam Davidson rescheduled to September 25, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated June 28, 2006 .

                        Clerk of Court
                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202




Copies furnished to:
Debtors'
Attorney for Debtor
U.S. Trustee
Carroll Cayer, Attorney for Movant
Counsel for official committee of unsecured creditors