**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO
DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF (I) THREE
NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED
PREPETITION AND (II) THE RELATED ASSIGNMENT AGREEMENTS**

I, Adam S. Ravin, certify that on June 23, 2006 I caused to be served the Debtors' Motion for Order Authorizing Rejection of (I) Three Non-Residential Real Property Leases that Were Assigned Prepetition and (II) the Related Assignment Agreements [Docket No. 8762] and corresponding Notice of Hearing [Docket No. 8763], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 28, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam S. Ravin*
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**Exhibit A**

1997 PROPERTIES
PO BOX 55416
C/O ROGER P FRIOU
JACKSON, MS  39296

RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL WELLS  TX  76067

STANLEY H. HATHORN, ESQ
7059 HIGHWAY 15 SOUTH
LOUISVILLE, MS 39339

FOLMAR & ASSOCIATES
PO BOX 16765
% DELTA SQUARE
MOBILE  AL  36616

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1411
TYLER, TX 75710

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1412
TYLER, TX 75711

LUCKEY MCDOWELL
BAKER BOTTS
2001 ROSS AVENUE
DALLAS, TX 75201-2980

TRIPLE V, INC.
ATTN:  EL VOWELL
403 S CHURCH STREET
LOUISVILLE, MS 39339

ROBERTS COMPANY, INC.
ATTN:  JEFF IVERSON
1612 ADELINE STREET
HATTIESBURG, MS 39401