**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO
DEBTORS' MOTION FOR ORDER AUTHORIZING RETROACTIVE
REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES
THAT WERE ASSIGNED PREPETITION**

    I, Adam S. Ravin, certify that on June 23, 2006 I caused to be served the Debtors' Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases that Were Assigned Prepetition [Docket No. 8756] and corresponding Notice of Hearing [Docket No. 8758], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 28, 2006

                                                                             SKADDEN, ARPS, SLATE,
                                                                             MEAGHER & FLOM LLP

                                                                             By: /s/ *Adam S. Ravin*
                                                                             Adam S. Ravin
                                                                             Four Times Square
                                                                             New York, New York 10036
                                                                             (212) 735-3000
                                                                             (212) 735-2000 (facsimile)

                                                                                  - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

2

**Exhibit A**

BELL, ORR, AYERS & MOORE, PSC
ATTN:  ELIZABETH W. BURT, ESQ
1010 COLLEGE STREET
BOWLING GREEN, KY 42102

BINGHAM MCHALE, LLP
ATTN:  WILLIAM J. KAISER, JR
212 WEST SIXTH STREET
JASPER, IN 47546

C. TIMOTHY CONE, ESQ
GESS, MATTINGLY & ATCHISON
201 WEST SHORT STREET
LEXINGTON, KY 40508

40/86 MORTGAGE CAPITAL, INC.
P.O. BOX 1914
CARMEL, IN  46082 4914

A & S SUPPLY COMPANY, INC.
ATTN:  ARNOLD STANFORD
759 HICKORY DRIVE
GRANADA, MS 38901

ACRON USA FONDS SHILOH SQUARE
1516 S BOSTON AVE STE 215
TULSA, OK  74119

AMELIA STATION LTD
PO BOX 640474
CINCINNATI, OH  45264 0474

AMELIA STATION, LTD.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI, OH  45242

BARDSTOWN ROAD INVESTMENT
C/O METTS CO. REAL ESTATE
4014 DUTCHMANS LANE
LOUISVILLE, KY 40207

BAYVIEW LOAN SERVICING LLC
VICTORY COMMERCIAL REAL ESTATE
PO BOX 4767
COLUMBUS, GA  31904 1409

BLUE ASH STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH  45264 0474

BOURBOURVILLE SHOPPING CENTER INC
P.O. BOX 1152
BAROURVILLE, KY  40906

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1411
TYLER, TX 75710

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1412
TYLER, TX 75711

BROWN NOLTEMEYER COMPANY
122 N PETERSON AVE
LOUISVILLE, KY  40206 2335

BUEHLER OF KENTUCKY, LLC
ATTN:  KRIS BUEHLER MASSAT
PO BOX 82
1100 WEST 12TH AVENUE
JASPER, IN 47547-0082

CAIN CREEK SHOPPING CENTER ASS
400 BRIDGE STREET
DANVILLE, VA  24541

CAMERON EDENTON
C/O CSS MANAGEMENT
6501 CREEDMORE ROAD, SUITE 205
RALEIGH,NC  27613

CAMERON EDENTON CO
PO BOX 31827
RALEIGH, NC  27622 1827

CAPMARK SERVICES L P
245 PEACHTREE CTR AVE N E STE
ATTN TEAM B LN#400035236 STORE
ATLANTA, GA  30303

CARROLL & CARROLL REAL ESTATE
P O BOX 4668
JACKSON, MS  39216

CENTER AMERICA CAPITAL PARTNER
PO BOX 297731
HOUSTON, TX  77297

CENTER AMERICA PROPERTY TRUST LP
3901 BELLAIRE BLVD
ATTN LAMAR HAGGARD
HOUSTON, TX  77025

CHANDLER'S OF WEIR, INC.
ATTN:  ROBERT CHANDLER, JR.
103 MAIN STREET
WIER, MS 39772

CHESTER DIX LAKE CORP.
P.O. BOX 40
WESTBURY, NY  11590

CROSSING JOINT VENTURE
C/O ACROSS ASSET MNGMT INC.
5644 WESTHEIMER ROAD STE 405
HOUSTON, TX  77056 4002

CSFB 2000 FL1 CROWLEY LIMITED
BILL OHSLEN REAL ESTATE AST MG
LENNAR PARTNERS INC
MIAMI BEACH, FL  33139

CW CAPITAL LLC
ONE CHARLES RIVER PLACE
63 KENDRICK STREET
NEEDHAM  MA  02494

D S PARTNERS LP
719 GRISWOLD AVE SUITE 2330
DETROIT  MI  48226

D.S. PARTNERS
C/O THE BOSC GROUP, INC.
719 GRISWOLD AVE STE 2330
DETROIT  MI  48226

DANIEL G. KAMIN
490 SOUTH HIGHLAND AVENUE
PITTSBURGH  PA  15206

ELIZABETHTOWN COMMERCIAL PROPE
PO BOX 2713
ELIZABETHTOWN  KY  42702 2713

EUPORA SHOPPING CENTER
% MACON GRAVLEE
P O BOX 310
FAYETTE  AL  35555

EW JAMES INC.
ATTN:  LEE ANN JAMES
1308-14 NAILING DRIVE
UNION CITY, TN 38261

FARMER'S FOODS OF NORTH CAROLINA, LLC
ATTN:  JOHN FARMER
428 DODD STREET
CHASE CITY, VA 23924

FARMVILLE PARTNERS LLC
2619 FLOYD AVENUE
SUITE 100
RICHMOND  VA  23220

FF ACQUISITION, LLC
ATTN:  REAL ESTATE MANAGER
853 CHIMNEY HILL SC
VIRGINIA BEACH, VIRGINIA 23452

FF ACQUISITION, LLC
ATTN:  LEGAL DEPT
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FIELDER PLAZA SHOPPING CENTER
PO BOX 660394
ACCT # 1910 919132
DALLAS  TX  75266 0394

FIELDER-303 PARTNERS LTD
3838 OAKLAWN SUITE 810
DALLAS  TX  75219

FIESTA MART, INC.
HIRSCH & WESTHEIMER, PC
25TH FLOOR, BANK OF AMERICA CTR
700 LOUISIANA
HOUSTON, TX 77002

FIRST SECURITY BANK NATL ASSOC
ATTN CORPORATE TRUST SERVICES
ACCT #0510922115
SALT LAKE CITY  UT  84111

FOOD LION, LLC
ATTN:  FRANZ R. RASSMAN
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE., NW
WASHINGTON DC 20036

FOOD LION, LLC
ATTN:  REAL ESTATE DEPT
P. O. BOX 1330
2110 EXECUTIVE DRIVE
SALISBURY, NC 28145-1330

FOODTOWN SUPERMARKETS OF
KENTUCKY, INC.
BRAD NEWSOME, PRESIDENT
398 SOUTHLAND DRIVE
LEXINGTON, KY 40503

FOREST HILL-WD LTD
2880 LBJ FREEWAY  SUITE 500
DALLAS  TX  75234

FRANCIS CARRINGTON
PO BOX 1328
EUREKA  CA  95502

G & K FOODS, INC.
ATTN:  GREG MCDADE
1220 EAST NORTHSIDE DRIVE
JACKSON, MS 39211

GEM BIG BETHEL LLC
% ELLIS-GIBSON DEVELP GROUP
1081 19TH STREET SUITE 203
VIRGINIA BEACH  VA  23451 5600

GENE A & MILDRED A JACKSON
PO BOX 249
HAVELOCK  NC  28532 0249

GLN OF ARDMORE, INC.
207 SOUTH BROADWAY
CHECOTAH, OK 74426

GLN OF DURANT
207 SOUTH BROADWAY
CHECOTAH, OK 74426

GLN OF MARIETTA, INC.
207 SOUTH BROADWAY
CHECOTAH, OK 74426

GOSHEN STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI  OH  45264 0474

GREAT HALL REALTY,LLC
1125 S. 103RD ST. SUITE 450
OMAHA  NE  68124-1165

GWINNETT PRADO, L.P.
C/O BROGDON CONSULTING, INC.
P. O. BOX 988
DULUTH  GA  30096

HARRY B LUCAS MGMNT CORP
2828 TRINITY MILLS STE 10
CARROLLTON  TX  75006

HOUCHENS INDUSTRIES, INC.
ATTN:  JIMMIE GIPSON
900 CHURCH STREET
BOWLING GREEN, KY 42101

HUGGINS & WALKER INC
337 WESTOVER DR
CLARKSDALE  MS  38614

HYDE PARK PLAZA
C/O REGENCY CENTERS LP
LEASE# 14123
PITTSBURG  PA  15264 4019

J C PACE LTD
420 THROCKMORTON STREET
SUITE 710
FORT WORTH  TX  76102 3724

J.D. TRULY
1833 N. BROADWAY
ROCKPORT  TX  78382

JACKSON JUNCTION LTD.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

JAY SHUMINSKY TRUST
C/O QUINE & ASSOCIATES
P.O. BOX 833009
RICHARDSON TX 75083 3009

JIM NELSON
GROCER'S SUPPLY
3131 E. HOLCOMBE
HOUSTON, TX 77021

KCR LIMITED, INC.
CLAY COUNTY SHOPPING CTR
MANCHESTER, KY 40962
ATTN: MARTIN COX

KENNETH LMUSGRAVE
PO BOX 1743
ABILENE TX 79604 1743

KROGER LIMITED PARTNERSHIP
ATTN: REAL ESTATE DEPT
130 TRI-COUNTY PARKWAY, SUITE 324
CINCINNATI, OH 45246

KROGER TEXAS LP
ATTN: LAW DEPT.
1014 VINE STREET
CINCINNATI, OH 45202

LANDMARK ENTERPRISES
%DENNIS COLEMAN
P O BOX 9306 (REALTY & INVESTM
COLUMBUS MS 39705

LEATHERWOOD CROSSING INC
PO BOX 4782
MARTINSVILLE VA 24115

LIFTER REALTY
17760 NW 2ND AVE,STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

LUCKEY MCDOWELL
BAKER BOTTS
2001 ROSS AVENUE
DALLAS, TX 75201-2980

MACON GRAVLEE
% GENERAL MGMT SERVICES
P O BOX 310
FAYETTE AL 35555

MANCHESTER MALL ASSOCIATES, LP
C/O CENTER SERVICES INC
6200 CRESTWOOD STATION
CRESTWOOD KY 40014

MARLA EISENBAUM HELENE & WAYNE
433 S MAIN ST STE 310
CORPORATE CENTER WEST
WEST HARTFORD CT 06110

MESQUITE W.D. 99-I,LTD
1848 NORWOOD PLAZA, SUITE 214
HUSRST, TX
76054

METTS CO REAL ESTATE
4014 DUTCHMANS LANE
LOUISVILLE, KY 40207

MONFORT HEIGHTS STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI OH 45264 0474

MR. BRIAN WEST
1172 S.W. 30TH ST, SUITE 400
PALM CITY FL 34990

NEW DEAL SUPERMARKETS, INC.
ATTN: KENNY LEAKS
PO BOX 2177
JACKSON, MS 39286

OHIO NATIONAL LIFE INSURANCE C
C/O PRESTON MORTGAGE CORP
5215 N O'CONNOR ROAD STE 200
IRVING TX 75039

OPAL LEE SMITH & SARA N JORDAN
P O BOX 3468
JACKSON MS 39207

PALM LAKES LLC MEADOWTHROPE MA
C/O COLEMAN GROUP
2285 EXECUTIVE DRIVE
LEXINGTON  KY  40505

PALM LAKES,LLC
301 EAST MAIN STREET
SUITE 600
LEXINGTON  KY  40507

PARKWAY PLAZA
PO BOX 1152
BARBOURVILLE  KY  40906 1152

PAUL & ELEANOR SADE TRUSTEES
585 PT SAN PEDRO RD
SAN RAFAEL  CA  94901

PHELPS DUNBAR LLP
ATTN:  BRIDGFORTH RUTLEDGE
111 E CAPITOL STREET SUITE 600
JACKSON, MS 39201

PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI  OH  45242

PRINCIPAL LIFE INSURANCE COMPA
PO BOX 10387
LOAN 750417
DES MOINES  IA  50309

PROPERTY DEVELOPMENT ASSOCIATE
5918 STONERIDGE MALL RD.
% ACCOUNTING 98 5436 0101
PLEASANTON  CA  94588 3229

RANDALL'S FOOD & DRUG LP
3663 BRIAR PARK DRIVE
HOUSTON, TX 77042

REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE  FL  32232

REGENCY SAVINGS BANK F S B
ATTN COMMERCIAL LOAN SAVINGS
11 WEST MADISON
OAK PARK  IL  60302

RIDGEWOOD SQUARE LLC
PO BOX 4782
MARTINSVILLE  VA  24115

RINCON ASSOCIATES
C/O GARY JUSTER
303 SOUTH BROADWAY SUITE 450
TARRYTOWN  NY  10591 5410

RM SMITH INVESTMENTS
P O BOX 3468
JACKSON  MS  39207

ROBERTS COMPANY, INC.
ATTN:  JEFF IVERSON
1612 ADELINE STREET
HATTIESBURG, MS 39401

RONALD D  BACHRACH
C/O QUINE & ASSOCIATES
PO BOX 833009
RICHARDSON  TX  75083 3009

ROYAL INDEMNITY COMPANY
C/O LAUREATE CAPITAL CORP
PO BOX 890090
CHARLOTTE  NC  28289 0090

ROYAL INDEMNITY COMPANY
C/O ROYAL INVESTMENT MGMT CO.
9300 ARROWPOINT BLVD.
CHARLOTTE  NC  28273 8135

SAFEWAY INC PROP DEV ASSOC
4834 COLLECTIONS CENTER DRIVE
FACILITY NO 98-5436-01-01
CHICAGO  IL  60693 3229

SITTON PROPERTIES L L C
1425 EAST 71ST
TULSA  OK  74136

SOUTH HILL COMPANY L.C.
C/O COVINGTON COMPANIES
P.O. BOX 8510
RICHMOND  VA  23226

SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO  IL  60606

SOUTHWOOD REALTY CO
% MONTIE LAMBERT JR
4806 NORTH HAMPTON DR
JACKSON  MS  39211

STEINMART
ATTN:  REAL ESTATE
1200 RIVERPLACE BLVD.
JACKSONVILLE, FL 32207

SUPERVALU HOLDINGS
ATTN:  CORPORATE SECRETARY
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

SURREY SQUARE PARTNERS
441 VINE STREET
500 CAREW TOWER
CINCINNATI  OH  45202

TABANI ADMORE OK LLC
C/O TABANI GROUP INC
2765 TRINITY MILLS RD STE 407
CARROLLTON  TX  75006

THE COMMONS AT CLIFF CREEK LTD
ABRAXUS REAL ESTATE INC
6611 HILLCREST AVE #532
DALLAS  TX  75205 1301

THE KROGER CO.
ATTN:  LAW DEPT.
1014 VINE STREET
CINCINNATI, OH 45202

TOWN COMMONS ASSOCIATES
1648 F NORTH MARKET DRIVE
RALEIGH  NC  27609

TOWNE PROPERTIES
1055 ST PAUL PLACE
CINCINNATI  OH  45202

TRENT INVESTMENTS INC
PO BOX 1635
DURANT  OK  74702

TRIPLE V, INC.
ATTN:  EL VOWELL
403 S CHURCH STREET
LOUISVILLE, MS 39339

TRI-STATE COMMERCIAL ASC
P O BOX 833009
QUINE & ASSOCIATES
RICHARDSON  TX  75083 3009

TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN  NC  28334

TSCA 3 LIMITED PARTNERSHIP
C/O QUINE & ASSOCIATES INC
PO BOX 833009
RICHARDSON  TX  75083 3009

U. S. STEEL & CAREGIE PENSION FUND
114 WEST 47TH STEET, 3RD FLOOR
C/O U.S. TRUST COMPANY OF NEW
NEW YORK  NY  10036 1532

UNITED COMMERCIAL MORTGAGE COR
C/O LAWERENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY  NY  11568

US STEEL RETIREMENT PLAN
PO BOX 371046
PITTSBURGH  PA  15251 7046

USC OF RICHMOND LLC
C/O COLEMAN GROUP LLC
2285 EXECUTIVE DRIVE
LEXINGTON  KY  40505

WALMART REAL ESTATE BUSINESS
TRUST
ATTN:  LEGAL COUNSEL
WALMART STORES, INC.
BENTONVILLE, AR 72716-8611

WD FLORENCE PORTFOLIO LP
C/O H& R REAL ESTATE INVESTMEN
3625 DUFFERIN STREET
DOWNSVIEW, ON M3K 1Z2
CANADA

WILLIAM L HUNTLEY TRUST
% LONE STAR PROPERTIES INC
PO BOX 1828
ENGELWOOD  FL  34295 1828

WILTON PARTNERS CROWLEY LTD
THREE WORLD FINANCIAL CENTER
12TH FLOOR
NEW YORK  NY  10285