**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASE THAT WAS ASSIGNED PREPETITION (STORE 1361)**

    I, Adam S. Ravin, certify that on June 23, 2006 I caused to be served the Debtors' Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Lease that Was Assigned Prepetition (Store 1361) [Docket No. 8759] and corresponding Notice of Hearing [Docket No. 8760], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: June 28, 2006

                                                               SKADDEN, ARPS, SLATE,
                                                               MEAGHER & FLOM LLP

                                                                By: /s/ *Adam S. Ravin*
                                                               Adam S. Ravin
                                                               Four Times Square
                                                               New York, New York 10036
                                                               (212) 735-3000
                                                               (212) 735-2000 (facsimile)

                                                                   - and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

2

**Exhibit A**

WV INC.
ATTN: MR. WAYNE VINSON
PO. BOX 116
SUMMIT, MS 39666

BRUMFIELD AND AUSTIN
ATTN: MICHAEL AUSTIN, ESQ
119 NORTH BROADWAY (39648)
P.O. BOX 886
MCCOMB, MS 39649-0886

JAMES S HENDERSON
P O BOX 9909
GREENWOOD  MS  38930 1757

JAMES S. HENDERSON
805 WESTPARK AVE, SUITE 5E
GREENWOOD, MS 38930

H. DONALD BROCK, SR.
WHITTINGTON, BROCK & SWAYZE, PA
308 FULTON
GREENWOOD, MS 38930