*NOT INCLUDED IN ELECTRONIC FILE ***



UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                           Chapter 11

WINN-DIXIE STORES. INC., et al.                  Case No. 05-03817-3F1
                                                 Jointly Administered

              Debtor (s)

---

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 *(e) (2)*, WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

VR GLOBAL PARTNERS, L.P. (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest arising under or in connection with the general unsecured component of the proofs of claim (as such is defined in the Transfer of Claim Agreement dated 10th May 2006 by and between CREDIT SUISSE (the Seller/Transferor/Assignor) and VR GLOBAL PARTNERS, L.P. (the Purchaser/ Transferee/Assignee) against the debtors (the "Claim"), including the proofs of claim described specifically on Exhibit A attached hereto.

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing Evidence of Transfer of Claim, the Purchaser/ Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Claim for all purposes in these proceedings. As is set forth in the attached Evidence of Transfer of Claim, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/ Transferee/Assignee requests that the transfer of the Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

---

### SELLER/TRANSFEROR/ASSIGNOR:    PURCHASER/ASSIGNEE/TRANSFEREE:

**CREDIT SUISSE**                        **VR GLOBAL PARTNERS, L.P.**

**11 Madison Avenue, 5th Floor,**        **c/o VR Capital Group**
**New York, NY 10010**                   **Avrora Business Park**
                                         **77 Sadovnicheskaya Nab. Bldg. 1**
                                         **Moscow 115035 Russia**
**Telephone: (212) 538-5385**            **Telephone: (7 495) 787-8181**
**Fax:        (212) 538-8119**           **Fax:        (7 495) 787-8183**

**By: See attached Evidence**            **By: _____**
**of Transfer of Claim**                      **(Richard Deitz)**

- 10 –

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor"), pursuant and subject to the terms of that certain Transfer of Claim Agreement dated May _10_, 2006 by and between Assignor and VR Global Partners, L.P. ("Assignee") (the "Agreement"), hereby unconditionally and irrevocably sells, transfers and assigns to the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the general unsecured component of the proofs of claim against the debtors (the "Claims") as described specifically on Exhibit A attached hereto. The debtors described on Exhibit A (the "Debtors") are debtors-in-possession in the chapter 11 reorganization case entitled, *In re:* **Winn Dixie Stores, Inc., et al.** *Chapter 11 Case No.0533817 (Jointly Administered)*, pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owners and holders of the Claims. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS _10_ day of May, 2006.

**VR GLOBAL PARTNERS, L.P.**                    **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**

By: _____
Name:
Title:          Richard Deitz
             Authorized Signatory

By: _____
Name:
Title:

By: _____
Name:
Title:

**EXHIBIT A**

S:\MattersClosingDocuments\2380568-\Transfer of Claim Agreement\Transfer of Claim Agreement2380568-_Final_1.DOC

– 10 –

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse ("Assignor"), pursuant and subject to the terms of that certain Transfer of Claim Agreement dated May 10 , 2006 by and between Assignor and VR Global Partners, L.P. ("Assignee") (the "Agreement"), hereby unconditionally and irrevocably sells, transfers and assigns to the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the general unsecured component of the proofs of claim against the debtors (the "Claims") as described specifically on Exhibit A attached hereto. The debtors described on Exhibit A (the "Debtors") are debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn Dixie Stores, Inc., et al. Chapter 11 Case No.0533817 (Jointly Administered)*, pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owners and holders of the Claims. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 10 day of May, 2006.

**VR GLOBAL PARTNERS, L.P.**                **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**

By:_____                      By:_____
 Name:                                       Name:
 Title:                                      Title:    Joseph Brosnan
                                                       Vice President
                                             By:_____
                                              Name:    Wendy Beer
                                              Title:   Director
                                             EXHIBIT A

S:\MattersClosingDocuments\2380568-\Transfer of Claim Agreement\Transfer of Claim Agreement2380568-_Final_1.DOC

| Proof of Claim Number | Debtor | Portion of Claim Being Transferred |
|---|---|---|
| 8347 | Winn-Dixie Stores, Inc. | $3,923,758.13 |
| 8348 | Winn-Dixie Montgomery, Inc. | $2,099,817.13 |
| 8349 | Winn-Dixie Procurement, Inc. | $442.10. |
| 8350 | Winn-Dixie Raleigh, Inc | $518,550.10. |