FILED
JACKSONVILLE, FLORIDA

JUN 28 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-sF1 |
| | ) | |
| WINN-DIXIE STORES, INC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney should be withdrawn as counsel of record and all correspondence regarding CLAIMANT, Evergreen Monroe, ID WDX-416568-L1, should be addressed directly to CLAIMANT at her address on record, 603 SE 15 Drive, Gainesville, Florida 32641.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the court on the 27th day of June, 2006.

THE CANNON LAW FIRM, P.A.

By: _____
Craig J. Cannon, Esquire
Florida Bar No. 0932360
Post Office Box 1986
Ocala, Florida 34478
(352) 369-0529 telephone
(352) 369-9304 facsimile