UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON JUNE 29, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on June 29, 2006 at 1:00 p.m.:

**A.    Uncontested Matters**

1.   *Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. Sections 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as its Financial Advisors (Docket No. 7963)*

Objection Deadline:  Expired.

Objections:           No objections have been filed.

Status:              The Debtors have been informed that the Creditors' Committee will continue the Motion until further notice.

2. *Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. Sections 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (Docket No. 7959)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that the Creditors' Committee will continue the Motion until further notice.

3. *Application to Retain Deloitte Tax LLP to Provide Emergence-Related Tax Services (Docket No. 8319)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Application.

4. *Motion for Order Authorizing Rejection of Executory Contract with The Libman Company and Approving Resolution of Claims (Docket No. 8324)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

5. *Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases as of June 29, 2006 (Docket No. 8326)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

    6. *Motion for Order (I) Authorizing Rejection of Executory Contract with Sanderson Farms, Inc. and (II) Approving (A) Setoff and (B) Resolution of Claims (Docket No. 8345)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

    7. *Motion for Approval of Termination Agreement for Non-Residential Real Property Lease and for Related Relief (Store No. 1419) (Docket No. 8491)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

    8. *Motion (I) for Authority to Reject Non-Residential Real Property Lease (II) to Establish Bar Date for any Rejection Damage Claims and (III) Granting Related Relief (Store No. 1816) (Docket No. 8576)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

**B.**    **Contested Matters**

    1. *Debtors' Motion for Order Approving Termination Agreement (Store No. 276) (Docket No. 8061)*

Objection Deadline:  Expired.

Objections:  Morris Tract Corp. and Williston Highland Development Corp. (Docket No. 8132).

Status:  The Debtors will continue the Motion to July 13, 2006.

2. *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline: Expired.

Objections: Debtors (Docket No. 5874); and Creditors' Committee (Docket No. 5887).

Status: The Debtors and the Movant have agreed to continue the Motion to July 13, 2006.

3. *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline: None.

Objections: Debtors (Docket No. 7537).

Status: The Debtors and the Movant have agreed to continue the Motion to July 13, 2006.

4. *Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (Docket No. 8116)*

Objection Deadline: Expired.

Responses: Georgia Department of Revenue (Docket No. 8189);
CIP International, Inc. (Docket No. 8278);
The Miami Herald (Docket No. 8337);
Eight O'Clock Coffee (Docket No. 8411);
Syroco Inc. (Docket No. 8412);
Campbell Real Estate, Inc. (Docket No. 8485);
Riverdale Farms, Inc. (Docket No. 8579);
Cavendish Farms Operations, Inc. (Docket No. 8582);
Thomas E. Hitchens (Docket No. 8595);
Brach's Confections, Inc. (Docket No. 8617);
Ford's Crossing (Docket No. 8620);
Pell City Marketplace Partners (Docket No. 8621);
Hawaii Tropic and Tanning Research Laboratories, Inc. (Docket No. 8622);

        EMC$^2$ Corporation (Docket No. 8623);
        Commercial Net Lease Realty, Inc. n/k/a National Retail Properties, Inc. (Docket No. 8624);
        Daniel G. Kamin (Docket No. 8636);
        Clark Distributing Company Louisiana (Docket No. 8639);
        Contract Sweepers & Equipment (Docket No. 8640);
        New Plan Excel Realty Trust, Inc. and Cliffdale Corner, Inc. (Docket No. 8704);
        Sargento Foods, Inc. (Docket No. 8722); and
        Ventura Foods, LLC (Docket No. 8747).

Status:        The Debtors will proceed with the Objection.

5.    *Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (Docket No. 8014)*

Response Deadline:  Expired.

Responses:      No responses have been filed.

Status:        Convergint and LCH Opportunities have agreed to continue the Objection to July 13, 2006.

6.    *Motion of Woodland Hartford Assoc. LLC for an Order Granting it Relief from Order Authorizing Debtors to Reject Lease and Granting Related Relief (Docket No. 8277)*

Objection Deadline:  Expired.

Objections:      Debtors (Docket No. 8723).

Status:        The Debtors have been informed that Movant will proceed with the Motion.

7.  *Motion (I) for Authority to Reject Non-Residential Real Property Lease for Store 997, (II) to Establish Bar Date for Any Rejection Damage Claims, and (III) Granting Related Relief (Docket No. 8695)*

Objection Deadline:  None.

Objections:  No Objections have been filed. The Debtors anticipate the landlord, Woodland Hartford Assoc. LLC, will object at the hearing.

Status:  The Debtors will proceed with the Motion.

Dated:  June 28, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00535153