UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                              )       CASE NO. 05-03817-F1
                                    )
WINN-DIXIE STORES, INC., ET AL.,    )       CHAPTER 11
                                    )       (JOINTLY ADMINISTERED)
          DEBTORS.                  )
                                    )

RESPONSE TO DEBTOR'S
THIRTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B)
OVERSTATED CLAIMS, (C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND
SUPERSEDED CLAIMS BY AMERICAN RESIDENTIAL EQUITIES, INC.

American Residential Equities, Inc. ("ARE"), the holder of Claim No. 11029 in amount of $321,330.66, responds to the Thirteenth Omnibus Objection to Claims filed by the Debtor herein as follows:

1.      On or about August 1, 2005, ARE filed an unsecured Proof of Claim in this bankruptcy case.

2.      The claim has been designated as Claim No. 11029.

3.      The Proof of Claim is a lease rejection claim pursuant to Section 365 of the Bankruptcy Code. The lease, which is attached to the Proof of Claim, has been rejected by the Debtor.

4.      As set forth in the Proof of Claim, at the time of the filing the claimant was not the owner of the subject real property, but was the mortgagee which was in the process of obtaining title through the recordation of a deed of trust pursuant to South Carolina law.

5.      The subject property is located in Greenville, South Carolina and was owned by Peregrinee Properties Limited Partnership ("Peregrinee").

6.     The basis of the Debtor's objection to this claim is that there was no liability per Debtor's books and records for the claim.  It is be presumed that the books and records of the Debtor would reflect the liability to the then landlord, Peregrine.

7.     Attached hereto and made a part hereof is a copy of the deed of trust entitled "Title to Real Estate" recorded in the County of Anderson, State of South Carolina, wherein title to the subject property was conveyed by Wilmington Trust Company as trustee of the Southland-Anderson W.D. Delaware Business Trust as Grantor to American Residential Equities, Inc. as Grantee.

8.     As set forth in the deed of trust title to the real property passed from Peregrine Properties to ARE on August 9, 2005.

9.     ARE being the successor-in-interest to Debtor's landlord succeeds to them in their rights in the subject lease.  Set forth in detail as Exhibit 1 to the Proof of Claim are the computations pursuant to Section 502(b)(6) by which the claim amount has been calculated.

WHEREFORE, ARE respectfully requests this Court enter an Order overruling the objection of Winn-Dixie and allowing the Proof of Claim of ARE in its entirety.

HOLLAND & KNIGHT LLP

By:   /s/ Alan M. Weiss
Alan M. Weiss
Florida Bar No. 340219
50 N. Laura St., Ste. 3900
P.O. Box 52687 (ZIP 32201)
Jacksonville, FL 32202
(904) 353-2000
(904) 358-1872 (Facsimile)
American Residential Equities, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail to:

D.J. Baker
Jane M. Leamy
SKADDEN, ARPS, SLATE,
    MEAGER & FLOM, LLP
Four Times Square
New York, NY 10036

James H. Post
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

Elena Escamilla
United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

this 28th day of June, 2006.                 /s/ Alan M. Weiss
                                                      Attorney

# 3868748_v1

OS0026197  8/18/2005  Bk: 06905 Ps: 00099

**HAROLD P. THRELKELD**
ATTORNEY AT LAW
P.O. BOX 1385
ANDERSON, SC 29622-1385
PHONE (864) 226-1305

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | TITLE TO REAL ESTATE |
| COUNTY  OF  ANDERSON | ) | (Limited Warranty) |

KNOW ALL MEN BY THESE PRESENTS THAT Wilmington Trust Company, not in its individual capacity, but solely as Trustee of Southland-Anderson W.D. Delaware Business Trust, hereinafter called Grantor, in consideration of the sum of Five and No/100 ($5.00) Dollars and other valuable consideration (affidavit filed), to Grantor in hand paid at and before the sealing of these presents by American Residential Equities, Inc., a Delaware corporation, as Trustee (the receipt whereof is hereby acknowledged), subject to the Permitted Exceptions listed in Schedule A attached hereto and made part hereof by this reference, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto the said American Residential Equities, Inc., a Delaware corporation, as Trustee:

ALL that certain piece, parcel or tract of land situate, lying and being in the State of South Carolina, County of Anderson, being known and designated as Parcel B containing 5.87 acres, more or less, being shown on a plat prepared by Anderson Surveying Associates, Inc. and Don M. Kelly, PLS #9318, entitled As-Built Survey at the Request of Southland-Anderson W.D. Delaware Business Trust dated August 5, 1996 and having according to said plat, the following metes and bounds, to wit:

BEGINNING at a nail, old, on the right-of-way of U.S. Highway 29 (South) (75' R/W) that is marked POB and is approximately 157' from the intersection of S.C. Highway 28 (Bypass) (100' R/W); thence N 38-44-50 E 108.26' to a point; thence continuing along the right-of-way N 38-44-50 E 70.67' to a 1/2" rebar, old; thence N 38-53-52 E 58.22' to a 1/2" rod, old; thence along the common line of Parcel C, S 59-06-01 E 322.53' to a bolt, old; thence S 30-55-54 W 70.01' to a nail in cap, old; thence S 59-06-22 E 115.00' to a nail at face of wall, old; thence N 30-55-54 E 144.96' to a 1/2" rod, old;  thence along the right-of-way of Green Tree Circle (50' R/W), S 22-30-47 E 172.91' to a point; thence leaving the right-of-way of Green Tree Circle S 22-30-47 E

050026197   8/18/2005   Bk: 06905 Pg: 00100

19.88' to a 3/4" rebar, old; thence along the line of Lot 33
Lyonswood S 23-18-47 E 267.49' to a 1/2" rebar, old; thence along
the line of Lowenstein S 30-57-45 W 160.05' to a 1/2" rod, old;
thence S 12-23-47 E 36.56' to a 3/4" rod, old, on the right-of-way
of S.C. Highway 28 (Bypass); thence along the right-of-way N 59-
04-46 W 316.07' to a 1" pipe, bent (old); thence N 59-04-46 W
331.39' to a 5/8" rebar, old; thence along the common line of
Parcel A N 30-55-25 E 122.70' to a point in curbing; thence N 14-
08-22 W 35.53' to a point in curbing; thence along Parcel A N 59-
04-23 W 194.24' to the point of beginning.

This is the same property conveyed unto Wilmington Trust Company
as Trustee of Southland-Anderson W.D. Delaware Business Trust by
Peregrine Properties Limited Partnership, an Iowa limited
partnership dated October 1, 1996 and recorded in the office of
the Register of Deeds for Anderson County, South Carolina on
October 4, 1996 in Records Book 2458, at pages 1 through 4.

TMS#:   124-18-05-009

Grantee's Address: 848 Brickell Avenue, Penthouse, Miami, FL 33131

     TOGETHER  with  all  and  Singular  the  Rights,  Members,
Hereditaments and Appurtenances to the said premises belonging, or
in anywise incident or appertaining.

     TO HAVE AND TO HOLD all and singular the said Premises before
mentioned unto the said American Residential Equities, Inc., a
Delaware corporation, as Trustee, and its successors in office and
assigns forever, subject to the Permitted Exceptions listed in
Schedule A annexed hereto.

     And Grantor does hereby bind Grantor and Grantor's successors
in office to warrant and forever defend, all and singular, the
said premises unto the said American Residential Equities, Inc., a
Delaware corporation, as Trustee, and its successors in office and
assigns against Grantor and Grantor's successors in office and no
other person whomsoever lawfully claiming or to claim the same or
any part thereof.

     WITNESS my hand and seal this _9th_ day of _August_, A.D. 2005.

Signed, Sealed and Delivered in          WILMINGTON TRUST COMPANY, A
The Presence of:                         DELAWARE BANKING CORPORATION,
                                         NOT IN ITS INDIVIDUAL CAPACITY
_Marica M Grauly_                        BUT SOLELY AS TRUSTEE OF
                                         SOUTHLAND-ANDERSON   W.D.
_Karl DeHart_                            DELAWARE BUSINESS TRUST

                                         BY: _____
                                         ITS: _____
                                                 Jennifer A. Luce
                                              Financial Services Officer

Case 3:05-bk-03817-JAF    Doc 8844    Filed 06/28/06    Page 6 of 8

0S0026197    8/18/2005    Bk: 06905 Ps: 00101

STATE OF          )
                  )          ACKNOWLEDGMENT
COUNTY OF         )

    The foregoing instrument was acknowledged before me this *9th*
day of *August* 2005 by *Jennifer A. Fuse*      as
__Financial Services Officer__ of Wilmington Trust Company, as Trustee
of Southland-Anderson W.D. Delaware Business Trust.

*Susanne M. Gula*
Notary Public for
My Commission Expires: _____

SUSANNE M. GULA
NOTARY PUBLIC
My Commission Expires November 21, 2005

STATE OF SOUTH CAROLINA
           COUNTY AUDITOR
             CERTIFICATE
COUNTY OF ANDERSON

I HEREBY CERTIFY THAT THE WITHIN DEED HAS
BEEN ENTERED OF RECORD IN THE OFFICE OF THE
COUNTY AUDITOR FOR ANDERSON COUNTY, PURSUANT
TO SECTION 60-68, CODE OF LAWS OF SOUTH
CAROLINA 1982.

*Jacky Hunter*
JACKY HUNTER
ANDERSON COUNTY AUDITOR

050026197  8/18/2005  Bk:  06905 Ps:  00102

## SCHEDULE A
## PERMITTED EXCEPTIONS

The foregoing conveyance is made subject to the following Permitted Exceptions:

1.  The lien of all mortgages and other security instruments of record affecting the premises.

2.  All easements and rights of way of record affecting the premises.

3.  All leases of record or disclosed of record affecting the premises.

4.  All delinquent and accrued property taxes and assessments affecting the premises.

5.  The lien of all judgments of record against the Grantor or any prior owner.

6.  Such matters as would be revealed by a recent and accurate survey of the premises.

7.  Any other matter of record affecting the premises.

8.  Any matter existing prior to October 1, 1996.

JUN-19-2006(MON) 23:41   AMERICAN RESIDENTIAL EQUITIES.   (FAX)3053786941                    P 006/006

050026197   8/18/2005   Bk: 06905   Pg: 00103

## STATE OF SOUTH CAROLINA)

**COUNTY OF** Anderson _____ )          **AFFIDAVIT FOR EXEMPT TRANSFERS**

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. I have read the information on the back of this affidavit and I understand such information.

2. The property being transferred is located at _____
_____, bearing Anderson _____ County Tax Map Number
124-18-05-009 _____, was transferred by Wilmington Trust Company, not in its
individual capacity, but solely as Trustee of * to American Residential Equities, Inc., a Delaware corporation,
as Trustee _____ on _____ , 2005 _____

   *Southland-Anderson W.D. Delaware Business Trust

3. The deed is exempt from the deed recording fee because (See Information section of affidavit):

Deed in Lieu of Foreclosure

_____
_____
_____

If exempt under exemption #14 as described in the Information section of this affidavit, did the agent and principal relationship exist at the time of the original sale and was the purpose of this relationship to purchase the realty? Check Yes _____ or No _____

4. As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as:
Attorney for American Residential Equities, Inc., a Delaware corporation, as Trustee

5. I understand that a person required to furnish this affidavit who wilfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

_____
Responsible Person Connected with the Transaction

Harold P. Threlkeld
Print or Type Name Here

SWORN to before me this 15th day of August ____ 20 05
_____
Notary Public for SC
My Commission Expires: 5/19/2013

STATE OF SOUTH CAROLINA )
COUNTY OF ANDERSON ) Certification
) County Assessor
hereby certify that the within deed has been identified and located on the records of the Assessor's Office pursuant to Section 7, Act 208 of 1975.

050026197   8/18/2005 10:05:28 AM
FILED, RECORDED, INDEXED
Bk: 06905 Pg: 00099 Pages:005
Rec Fee:     10.00      St Fee:
Co Fee:
REGISTER OF DEEDS, ANDERSON CO, SC
Shirley McElhannon