**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                        CASE NO. 05-03817-3F1

**WINN-DIXIE STORES, INC., et al**

**DEBTOR**                                           **CHAPTER 11**

-----------------------------------------------------------------------

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

      PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the following attorneys hereby appear as counsel of record for the Louisiana Department of Revenue, Creditor herein, and request that all notices required to be served on the Louisiana Department of Revenue also be served on the following attorneys:

> David M. Hansen
> Christine Bratkowski
> Alva C. Smith
> Louisiana Department of Revenue
> Legal Division
> 617 North Third Street
> Baton Rouge, Louisiana 70802
> Telephone (225) 219-2080
> Facsimile (225) 219-2090

Respectfully submitted by:

__/s/ David M. Hansen
David M. Hansen, La. Bar Roll Number 26916
Louisiana Department of Revenue
Legal Division
617 North Third Street
Baton Rouge, Louisiana 70802
Telephone (225) 219-2080
Facsimile (225) 219-2090
E-mail: david.hansen@la.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that electronic notice of the electronic filing of the above and foregoing has been sent to all parties who are registered participants in the Electronic Case Filing System.

      Signed in Baton Rouge, Louisiana, on this 28th day of June, 2006.

> __/s/ David M. Hansen___
> David M. Hansen