UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.                Chapter 11

        Debtors.                Case No. 05-03817-3F1
                                               (Jointly Administered)
_____/

## **MOTION FOR SUBSTITUTION OF COUNSEL**

      David N. Stern and the law firm of Genovese Joblove & Battista, P.A. respectfully request that this Court enter an order allowing the law firm of Genovese Joblove & Battista, P.A. to replace Karen K. Specie and the law firm of Scruggs & Carmichael, P.A. as counsel of record for Weston Road Shopping Center, LLC

      Respectfully submitted this 28th day of June, 2006.

| | |
|---|---|
| Genovese Joblove & Battista, P.A. | Scruggs & Carmichael, P.A. |
| 200 East Broward Boulevard, Suite 1110 | P.O. Box 23109 |
| Ft. Lauderdale, FL 33301 | Gainesville, FL 32602-3109 |
| Telephone: (305) 349-2300 Ext. 8018 | Telephone: (352) 376-5242 |
| Facsimile: (954) 767-6047 | Facsimile: (352) 375-0690 |
| | |
| By: /s/ David N. Stern | By: /s/ Karen K. Specie |
|     David N. Stern |     Karen K. Specie |
|     Florida Bar No. 040398 |     Florida Bar No. 260746 |
|     dstern@gjb-law.com |     specie@scruggs-carmichael.com |

Weston Road Shopping Center, LLC, a Florida limited
liability company
By: WR, LLC, a Florida limited liability company, its
Manager

By: /s/ Firpo Garcia, its Sole Member
      Firpo Garcia, its Sole Member

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and to D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 on the 21st day of June, 2006.

Respectfully submitted,

Genovese Joblove & Battista, P.A.
Counsel for Landlord
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
Telephone: (305) 349-2300 Ext. 8018
Facsimile: (954) 767-6057
Email: dstern@gjb-law.com


/s/ David N. Stern
David N. Stern
Florida Bar No. 040398