UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,  Case No.: 3:05-bk-03817-JAF

    Debtors.  Chapter 11

    Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Report.

Dated: June 29, 2006.

**AKERMAN SENTERFITT**

By: */s/Patrick P. Patangan*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-Counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

-and-

{JA280990;1}

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA280990;1}