United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 9571 |
| | } |
| | } Case No. 05-03817 |
| | } |
| | } |
| Debtor | } Amount $1,931,681.69 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

INTERACTIVE COMMUNICATIONS INTL. INC D/B/A INCOMM
250 WILLIAMS STREET
ATLANTA, GA 30303

The transfer of your claim as shown above in the amount of $1,931,681.69 has been transferred to:

    Liquidity Solutions, Inc
    Defined Benefit IRA
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Jeffrey Caress
    Liquidity Solutions, Inc
    Defined Benefit IRA
    (201) 968-0001

496663

**Transfer Notice**

Interactive Communications Intl. Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. Defined Benefit Pension Plan, One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores, Inc. (the "Debtor") between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $1,931,681.69 representing all claims against the Debtor in the United States Bankruptcy Court for the Middle District of Florida, administered as Case No. 05-3817.

IN WITNESS WHEREOF, Assignor has signed below as of the 26 day of June, 2006.

WITNESS:

Interactive Communications Intl. Inc.　　　　　Liquidity Solutions, Inc. Defined
d/b/a InComm　　　　　　　　　　　　　　　　Benefit Pension Plan

By: _____　　　　　　　　By: _____
(Signature)　　　　　　　　　　　　　　　　　(Signature)

M. Brooks Smith　　　　　　　　　　　　　　　Jeffry L. Coress, Assoc.
(Print Name and Title)　　　　　　　　　　　　(Print Name and Title)