**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., <u>et al</u>.,[1]<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' PROPOSED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE THAT:**

1. Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), have filed with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement"), along with an accompanying proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. A hearing to consider the approval of the Disclosure Statement as containing adequate information pursuant to 11 U.S.C. § 1125 will be held on **August 4, 2006, at 9:30 a.m. (Eastern Time)**, before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Fourth Floor, Courtroom 4D, Jacksonville, Florida.  The hearing may be adjourned from time to time by announcement in open court.  You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.  You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

3. Pending approval of the Disclosure Statement by the Bankruptcy Court, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), copies of the Disclosure Statement and Plan will be transmitted by e-mail only to (a) parties in interest on the Master Service List with a designated e-mail address and (b) parties in interest who make written requests for copies and provide e-mail addresses.  Any such written requests for copies should be directed to Skadden, Arps, Slate, Meagher & Flom LLP, Attention: Johannes Wetzel, Four Times Square, New York, New York 10036, Fax: (212) 735-2000, E-mail: jwetzel@skadden.com.  Alternatively, the Disclosure Statement is available at http://www.loganandco.com.

4. No later than **July 25, 2006, at 4:00 p.m. (Eastern Time)**, any and all objections to the Disclosure Statement must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: 212-822-5194, E-mail: mbarr@milbank.com.  The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Disclosure Statement.

5. The Debtors retain the right to modify or supplement the Disclosure Statement and Plan at any time prior to the approval of the Disclosure Statement.  Notice of any such changes will be provided by e-mail only to (a) parties in interest on the Master Service List with a designated e-mail address and (b) parties in interest who made written requests for copies pursuant to paragraph 3 above.

6. After approval of the Disclosure Statement by the Bankruptcy Court, the Disclosure Statement and Plan will be mailed to parties in interest entitled to vote on the Plan.

7. THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.

Dated: June 29, 2006

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square, New York, New York 10036<br><br>Co-Counsel for Debtors | Stephen D. Busey<br>James H. Post, Cynthia C. Jackson, Leanne Prendergast<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800, Jacksonville, Florida  32202<br><br>Co-Counsel for Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.