**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Maureen Fitzgerald−Marhold is rescheduled for final hearing to October 30, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 29, 2006 .

          Clerk of Court
          300 North Hogan Street Suite 3−350
          Jacksonville, FL 32202


Copies furnished to:
Debtor
Debtor's Attorney
U.S. Trustee
Stephanie Biernacki, Attorney for Movant
Counsel for Official Committee of Unsecured Creditors