UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

         Debtors.                         Jointly Administered

---

OBJECTION TO PROPOSED CURE AMOUNT FOR GEHR FLORIDA
DEVELOPMENT, LLC LISTED IN DEBTORS' AMENDED OMNIBUS MOTION
FOR ORDER TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Gehr Florida Development, LLC, ("Gehr"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

1. This objection is in the nature of a cure objection.

2. Gehr is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 348.

3. Store No. 348 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 348.

4. Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 348 in the amount of

$39,729.00. Gehr objects to the Proposed Cure Amount set forth in Exhibit "B". Gehr is owed a total of $52,006.33, which consists of $39,729.00 for the 2004 real estate taxes, and $12,277.33 for various operating expenses, which the Debtors have yet to pay. Gehr is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5. Gehr reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 29 day of June, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2