United States Bankruptcy Court
For the Middle District Of Florida

---

| WINN DIXIE STORES, INC., et al. | } Chapter 11 |
| | } |
| | } Claim No. 1331 |
| | } |
| | } Case No. 05-11081 |
| | } |
| | } |
| Debtor | } **Amount $1,940.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**RIVER PARISH DISPOSAL**
**PO BOX 10482**
**NEW ORLEANS, LA 70181**

The transfer of your claim as shown above in the amount of **$1,940.00** has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By:/s/ Mike Richards
> Revenue Management
> (201) 968-0001

790906

**TRANSFER NOTICE**

River Parish Disposal ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the River Parish Disposal Claims of Assignor in the aggregate amount of $1,940.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-11063.

IN WITNESS WHEREOF, Assignor has signed below as of the 20th day of June , 2006.

WITNESS:

River Parish Disposal                                              Revenue Management

_____                          By: _____
(Signature)                                                              (Signature)

Paula Mayer-Campiere                                       MIKE RICHARDS
(Print Name of Witness)                                       (Print Name and Title)

790906