UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

     Debtors.                             Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNT FOR SOUTHLAND-RIVER RIDGE W.D. DELAWARE BUSINESS TRUST LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR ORDER TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

    Southland-River Ridge W.D. Delaware Business Trust, ("River Ridge"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

    1.   This objection is in the nature of a cure objection.

    2.   River Ridge is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 1404.

    3.   Store No. 1404 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 1404.

    4.   Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 1404 in the amount of $0.00.

River Ridge objects to the Proposed Cure Amount set forth in Exhibit "B". River Ridge is owed $15,624.75 for real estate taxes, interest due pursuant to the lease, and related legal fees, which the Debtors have yet to pay, plus per diem interest of $2.98 from July 1, 2006 until the cure amount is paid. River Ridge is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled.

5. River Ridge reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 29 day of June, 2006.

                HELD & ISRAEL

                By: _____
                Kimberly Held Israel, Esquire
                Florida Bar #47287
                Adam N. Frisch, Esquire
                Florida Bar #635308
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile