UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

   Debtors.                               Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNT FOR SOUTHLAND-AMITE W.D. DELAWARE BUSINESS TRUST LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR ORDER TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Southland-Amite W.D. Delaware Business Trust, ("Amite"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

1. This objection is in the nature of a cure objection.

2. Amite is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 1449.

3. Store No. 1449 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 1449.

4. Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 1449 in the amount of

$4,291.00. Amite objects to the Proposed Cure Amount set forth in Exhibit "B". Amite is owed $12,135.94 for real estate taxes, interest due pursuant to the lease, and related legal fees, which the Debtors have yet to pay, plus per diem interest of $1.60 from July 1, 2006 until the cure amount is paid. Amite is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled.

5. Amite reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 29 day of June, 2006.

HELD & ISRAEL

By: /s/ _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile