**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al..* ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

**UNOPPOSED MOTION FOR WAIVER OF**
**REQUIREMENT TO DESIGNATE LOCAL COUNSEL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Balch & Bingham LLP, ("B&B"), counsel for Capital Crossing Bank ("Capital Crossing"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, B&B respectfully states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1(c) provides that the Court may waive such designation for good cause shown.

3. The matters pertaining to Capital Crossing at issue in these jointly-administered Chapter 11 cases are limited to the defense of lease rejection and guaranty claims.

4.     Further, B&B's offices are located in Birmingham, Alabama, approximately two hours or less away from the Court by plane.

5.     The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

6.     Based on the foregoing, B&B requests that the Court grant the firm leave to represent Capital Crossing without the necessity of designating local counsel.

WHEREFORE, B&B respectfully requests that the Court enter an Order authorizing B&B to represent Capital Crossing Bank without designating local counsel and granting B&B such other and further relief to which it may be entitled.

Dated: June 29, 2006.

BALCH & BINGHAM LLP

*/s/ Christie L. Dowling*
Christie L. Dowling
Alabama Bar No. 9508R72D
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Tel:    (205) 251-8100
Fax:    (205) 226-8799

*Attorney for Capital Crossing Bank*

845002.1

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on June 29, 2006.

Adam Ravin, Esq.
D.J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                          /s/ Christie L. Dowling
                                          OF COUNSEL