

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion of Official Committee of Unsecured Creditors for Order Under 11 U.S. C. Sections 328(a) and 1103 Authorizing Amendment of Previously Approved Employment and Retention of Alvarez & Marsal, LLC as Operational and Real Estate Advisors (7959)

*Cont'd to further notice*

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

RULING: