

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 29, 2006
1:00 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Rejection of Executory Contract with The Libman Company and Approving Resolution of Claims Filed by Debtors' (8324)

*Granted - ord/signed*

**APPEARANCES:**
**US TRUSTEE:**         ELENA ESCAMILLA
**UNSEC. CRED:**        JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR

**RULING:**