

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

**Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases as of June 29, 2006 Filed by Debtors' (8326)**

*Granted - ord/signed*

**APPEARANCES:**
**US TRUSTEE:**         ELENA ESCAMILLA
**UNSEC. CRED:**        JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR

**RULING:**