

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday

June 29, 2006

1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Motion (I) for Authority to Reject Non-Residential Real Property Lease (II) to Establish Bar Date for any Rejection Damage Claims and (III) Granting Related Relief (Store No. 1816) Filed by Debtors (8576)**

Granted - ord/signed

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

RULING: