

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Termination Agreement Store No. 276 Filed by Debtors (8061)

Objection to Motion filed by Morris Tract Corp. and Williston Highland Development Corp. (8132)

*Cont'd to July 13 @ 1:00*

*AOCNFN*

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR

MORRIS TRACT CORP & WILLISTON
HIGHLAND DEVELOPMENT CORP:                 PETER RUSSIN

RULING: