

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (4283)

Objection to Motion filed by Debtors (5874)

Objection to Motion filed by Creditors' Committee (5887)

Cont'd to July 13 @ 1:00

AOCNFN

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

RULING: