# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT
TO DEBTORS' MOTION FOR ORDER AUTHORIZING RETROACTIVE
REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES
THAT WERE ASSIGNED PREPETITION**

    I, Adam S. Ravin, certify that on June 28, 2006 I caused to be served the Debtors' Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases that Were Assigned Prepetition [Docket No. 8756] and corresponding Notice of Hearing [Docket No. 8758], by having true and correct copies thereof sent to (A) the party listed in Exhibit A via FedEx and first class mail, postage pre-paid, (B) the party listed in Exhibit B via FedEx and facsimile, and (C) the party listed in Exhibit C via FedEx.

Dated: June 29, 2006

                                                             SKADDEN, ARPS, SLATE,
                                                              MEAGHER & FLOM LLP

                                                              By: /s/ *Adam S. Ravin*
                                                              Adam S. Ravin
                                                              Four Times Square
                                                              New York, New York 10036
                                                              (212) 735-3000
                                                              (212) 735-2000 (facsimile)

                                                                     - and –

2

SMITH HULSEY & BUSEY

By: /s/ Cynthia C. Jackson
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

## Exhibit A

United Supermarkets, Ltd.
Attn: Suzann Kirby
7830 Orlando Avenue
Lubbock, TX 79423

**Exhibit B**

Arnold and Sheri Schlesinger
9595 Wilshire Boulevard
Beverly Hills, CA 90212

**Exhibit C**

Peter Gilbert
AVG Partners
9595 Wilshire Boulevard
Beverly Hills, CA 90212