

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Adequate Protection (4284)

Objection to Motion filed by Debtors (7537)

Cont'd to July 13 @ 1:00
AOCNF)

APPEARANCES:
US TRUSTEE:                 ELENA ESCAMILLA
UNSEC. CRED:                JOHN B. MACDONALD/PATRICK PATANGAN
                            MATTHEW S. BARR

RULING: