

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.        Page 1 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twelfth Omnibus Objection to (A) Overstate Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims Filed by Debtors (8116)

Objection filed by Georgia Department of Revenue (8189)

Objection filed by CIP International, Inc. (8278)

Objection filed by The Miami Herald (8337)

Objection filed by Eight O'Clock Coffee (8411)

*[Judge's signature]*
Order Signed

**APPEARANCES CONTINUED ON PAGE 5**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 29, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 2 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

      Objection filed by Syroco Inc. (8412)

      Objection filed by Campbell Real Estate, Inc. (8485)

      Objection filed by Riverdale Farms, Inc. (8579)

      Objection filed by Cavendish Farms Operations, Inc. (8582)

      Objection filed by Thomas E. Hitchens (8595)

      Objection filed by Brach's Confections, Inc. (8617)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                           Page 3 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


Objection filed by Ford's Crossing (8620)


Objection filed by Pell City Marketplace Partners (8621)


Objection filed by Hawaii Tropic and Tanning Research Laboratories, Inc. (8622)


Objection filed by EMC2 Corporation (8623)


Objection filed by Commercial Net Lease Realty, Inc. n/k/a Natl Retail Prop., Inc. (8624)


Objection filed by Daniel G. Kamin (8638)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
June 29, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                Page 4 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


      **Objection filed by Clark Distributing Company Louisiana (8639)**

      **Objection filed by Contract Sweepers & Equipment (8640)**

      **Objection filed by New Plan Excel Realty Trust, Inc. and Cliffdale Corner, Inc. (8704)**

      **Objection filed by Sargento Foods, Inc. (8722)**

      **Objection filed by Ventura Foods, LLC (8747)**



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                           Page 5 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN/ |
| | MATTHEW S. BARR |
| | |
| GEORGIA DEPT OF REVENUE: | OSCAR FEARS |
| CIP INTERNATIONAL, INC.: | |
| THE MIAMI HERALD: | |
| EIGHT O'CLOCK COFFEE: | |
| SYROCO, INC.: | |
| CAMPBELL REAL ESTATE, INC.: | |
| RIVERDALE FARMS, INC.: | C. CRAIG ELLER |
| CAVENDISH FARMS OPERATIONS, INC.: | NICHOLAS PULIGNANO |
| THOMAS E. HITCHENS: | |
| BRACH'S CONFECTIONS, INC.: | ROBERT WILCOX |
| FORD'S CROSSING: | |
| PELL CITY MARKETPLACE PARTNERS: | |
| HAWAII TROPIC & TANNING RESEARCH LAB., INC.: | |
| EMC² CORPORATION: | |
| COMMERCIAL NET LEASE REALTY, INC: | ZACHARY BANCROFT |
| DANIEL G. KAMIN: | SARA LORBER |
| CLARK DISTRIBUTING COMPANY LOUISIANA: | FRANK MOORE |
| CONTRACT SWEEPERS & EQUIPMENT: | |
| NEW PLAN EXCEL REALTY TRUST, INC. AND    CLIFFDALE CORNER, INC.: | DAVID POLLACK |
| SARGENTO FOODS, INC.: | MICHAEL JANKOWSKI |
| VENTURA FOODS, LLC: | NINA LAFLEUR |


RULING: