

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (8014)

*Cont'd to July 13 @ 11:00*

*ACC NF∅*

APPEARANCES:
US TRUSTEE:                             ELENA ESCAMILLA
UNSEC. CRED:                            JOHN B. MACDONALD/PATRICK PATANGAN
                                        MATTHEW S. BARR
CONVERGINT TECHNOLOGIES LLC:            ROBERT WILCOX

RULING: