

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion of Woodland Hartford Assoc. LLC for an Order Granting it Relief from Order

Authorizing Debtors to Reject Lease and Granting Related Relief (8277)

Objection to Motion filed by Debtors (8723)

*Administrative claims to be pd through date of termination.*

MICHAEL SCHABOBIC - W
RONALD RETNER - W

*45 days to file rejection damage claim*

*Granted as # location being vacated — [struck: and Busey]*

*oral Busey*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

**RULING:**       *Wayne Singletary  P*
                  *Joe Schaperman  P*
                  *[struck: Ronald]*
                  *Wachovia: Adrian Bucaroli  P*