

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 29, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (I) for Authority to Reject Non-Residential Real Property Lease for Store 997, (II) to Establish Bar Date for Any Rejection Damage Claims and (III) Granting Related Relief filed by Debtors (8695)

*Granted - ord/Busey*

*Sub lease is terminated.*

*Granted w/o prejudice as to location being vacated - ord/Busey*

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

RULING: