UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER (I) AUTHORIZING DEBTORS TO REJECT NON-RESDENTIAL REAL PROPERTY LEASE; (II) ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE AND (III) GRANTING RELATED RELIEF (STORE NO. 1816)

These cases came before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. § 365(a), authorizing the Debtors to reject a non-residential real property lease for Store No. 1816 located in Calhoun, Georgia (the "Master Lease") and pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the landlord of the Master Lease (the "Landlord") must file any claims for rejection damages under the Master Lease (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Master Lease pursuant to 11

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

U.S.C. § 365(a). The Master Lease is rejected effective June 29, 2006.

3. The Landlord must file any claims resulting from the rejection of the Master Lease, if any, no later than thirty (30) days after entry of this Order.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against the Landlord, whether or not related to the Master Lease.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated June 29, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00533980.3

2