UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO TERMINATE LEASE
AND GRANTING RELATED RELIEF (STORE NO. 1419)**

These cases came before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"),[1] for entry of an order under 11 U.S.C. § 363(b) approving a Lease Termination Agreement by which the Debtors seek to terminate a non-residential real property lease located in New Orleans, Louisiana (the "Lease"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to enter into the Lease Termination Agreement and to terminate the Lease pursuant to 11 U.S.C. § 363(b). The Lease is terminated effective April 30, 2006.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against the landlord, whether or not related to the Lease.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 29 day of June, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00534387

2