UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF JUNE 29, 2006**

These cases came before the Court for hearing on June 29, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit A (collectively, the "Contracts") effective as of June 29, 2006 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of June 29, 2006.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6. The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ___ day of June, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

## EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Adamo Enterprises, Inc.<br>11911 U.S. Hwy 1<br>North Palm Beach, FL 33408 | Winn-Dixie Stores, Inc. | Pharmacist Service Agreement dated as of December 4, 2001 |
| American Cold Storage-North America, L.P.<br>607 Industry Rd.<br>Louisville, KY 40208<br>Attn: Al Borthwick | Winn-Dixie Logistics, Inc. | Warehouse Service Agreement dated as of February 1, 2002 |
| Cardinal Health Staffing Network<br>7000 Cardinal Place<br>Dublin, OH 43017 | Winn-Dixie Stores, Inc. | Pharmacist Service Agreement dated as of January 15, 2001 |
| Cintas Corporation<br>191 Elcon Drive<br>Greenville, SC 29605 | Winn-Dixie Stores, Inc. | Standard Uniform Rental Service Agreement dated July 26, 2004 for Superbrand Dairy, Greenville, SC |
| Custom Staffing, Inc.<br>9995 Gate Parkway North, Suite 100<br>Jacksonville, FL 32246<br>Attn: Shawn Durden | Winn-Dixie Stores, Inc. | Master Information Technology Services Agreement dated as of July 26, 2004 |
| Great America Leasing Corporation<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Winn-Dixie Montgomery, Inc. | Lease Agreement No. 300085 for 3 Canon IR 5000 Copier Systems dated as of December 21, 2004 |
| Health Research Associates, Inc.<br>d/b/a Pharmacy Resources Network<br>P.O. Box 1233<br>Kennesaw, GA 30156 | Winn-Dixie Stores, Inc. | Agreement to Provide Pharmacists dated as of October 23, 2002 |
| Information Builders, Inc.<br>Vice President of Finance<br>Two Penn Plaza<br>New York, NY 10121-2898 | Winn-Dixie Stores, Inc. | Master Software License Agreement dated April 15, 2003<br>WebFocus DB2-Mainframe Connector for Tomax Reports<br>WebFocus Enterprise Reporting<br>WebFocus S390 |
| Kenan Advantage Group Inc.<br>4895 Dressler Road, NW<br>Suite 100<br>Canton, OH 44718 | Winn-Dixie Stores, Inc. | Transportation Agreement dated as of September 29, 2003 |

| | | |
|---|---|---|
| MCI Worldcom Network Services Inc.<br>Three Ravinia Drive<br>Atlanta, GA 30346<br>Attn: Legal Department, Commercial Law | Winn-Dixie Stores, Inc. | 1. Special Customer Arrangement for MCI Worldcom On-Net Services dated September 9, 1999<br><br>2. Master Agreement No. M12-40317 for EDI NET Services dated March 25, 1994 |
| Nova Information Systems<br>One Concourse Parkway, Suite 300<br>Atlanta, GA 30328 | Winn-Dixie Stores, Inc. | Merchant Processing Agreement dated December 13, 1996 |
| Pharmacy Relief Services of Central Florida<br>1810 Poinciana Road<br>Winter Park, FL 32792 | Winn-Dixie Stores, Inc. | Pharmacist Service Agreement dated as of February 16, 2001 |
| Phoenix Closures<br>1899 High Grove Lane<br>Naperville, IL 60540-3996 | Deep South Products, Inc. | Phoenix/Deep South Partnership Inventory Agreement dated as of March 30, 2000 |
| Project Assistants Inc.<br>Foulkstone Plaza Business Park<br>1409 Foulk Rd., Suite 200<br>Wilmington, DE 19803<br>Attn: Bob Kirkpatrick | Winn-Dixie Stores, Inc. | Statement of Work for Knowledge Management Solution dated December 22, 2004 |
| Protemp Services, LLC<br>6162 Valley Station Circle<br>Pelham, AL 35124<br>Attn: Scott Baker, Owner | Winn-Dixie Stores, Inc. | Pharmacist Service Agreement, dated as of March 15, 2002 |
| Reliable One Staffing Services<br>325 S. Old Woodward, 3rd Floor<br>Birmingham, MI 48009<br>Attn: Ray Lichocki | Winn-Dixie Stores, Inc. | Pharmacist Service Agreement, dated as of March 15, 2001 |
| Rx Relief<br>6770 N. West Ave., Suite 102<br>Fresno, CA 93711-1399 | Winn-Dixie Stores, Inc. | Professional Services Agreement, dated as of May 3, 2004 |
| Rx Solutions<br>PMB 1318436 Denton Hwy.<br>Suite 208<br>Watauga, TX 76148-2459 | Winn-Dixie Montgomery, Inc. f/k/a Winn-Dixie Louisiana, Inc. | Pharmacist Service Agreement, dated as of February 16, 2001 |
| Safety-Kleen Corp.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | Winn-Dixie Stores, Inc. | Used Fluid Recovery Service Agreement dated November 30, 2001 |
| Wachovia Bank f/k/a First Union National Bank<br>7750-1 Bayberry Rd.<br>Jacksonville, FL 32256 | Winn-Dixie Stores, Inc. | Merchant Processing Agreement dated December 13, 1996 |
| Wackenhut Corporation<br>Contracts Management Dept.<br>1500 San Remo Avenue<br>Coral Gables, FL 33146-3009 | Winn-Dixie Stores, Inc. | Services Contract, dated as of July 17, 1989 |
| Waste Management of AL-North<br>101 Spacegate Dr. NW<br>Huntsville, AL 35806-3726 | Winn-Dixie Stores, Inc. | Service Agreement for Store No. 1912, dated October 3, 1997 |

458446-Wilmington Server 1A - MSW