UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        CASE NO.: 3:05-bk-03817-JAF

                                              CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

      Debtors.                          Jointly Administered

_____

OBJECTION TO PROPOSED CURE AMOUNT FOR LAND DADE, INC.
LISTED IN DEBTORS' AMENDED OMNIBUS MOTION FOR ORDER TO
(I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX
CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

    Land Dade, Inc., ("Land Dade"), by and through its undersigned counsel, objects to the Proposed Cure Amount listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states as follows:

    1.    This objection is in the nature of a cure objection.

    2.    Land Dade is the landlord pursuant to a lease agreement identified by the Debtors as Store No. 607.

    3.    Store No. 607 is one of the stores referred to in Exhibit "A" of the Debtors' Motion. The Debtors seek an order of the Court approving the assumption of the lease for Store No. 607.

    4.    Exhibit "B" of the Debtors' Motion schedules the Proposed Cure Amount for Store No. 607 in the amount of $0.00.

Land Dade objects to the Proposed Cure Amount set forth in Exhibit "B". Land Dade is owed a total of $13,500.00 for insurance reimbursements, which the Debtors have yet to pay. Land Dade is also owed for other monetary sums, including rent, that will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

5. Land Dade reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 30 day of June, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile