# EXHIBIT A

## PRINCIPAL CURE CLAIMS

| Store # | Location | Principal Cure Amount |
|---|---|---|
| 637 | Palm River Square (Tampa, FL) | $ 45,377.25 |
| 651 | Land O' Lakes, FL | undisputed |
| 656 | Shoppes of Paradise Bay (Bradenton, FL) | $ 19,269.54 |
| 660 | NBR Market Place West (Bradenton, FL) | $ 214,809.36 |
| 737 | Kings Crossing Shopping Center (Port Charlotte, FL) | $ 227,957.77 |