# EXHIBIT B

## CURE CLAIM CALCULATIONS (PRINCIPAL ONLY)

Winn Dixie Store # 637
Palm River Square
Tampa, FL
Prop # 2396 Unit # 008 Lease # 51916

**Pre-Petition charges through 2/20/05**

| | | | |
|---|---|---|---:|
| Real Estate Tax | 01/01/04-12/31/04 | | $ 30,834.75 |
| | 01/01/05-02/20/05 | | 6,423.65 |
| Water/Utility | 05/01/04-10/31/04 | | $ 4,140.77 |
| | 11/30/04-02/20/05 | | 2,901.68 |
| Misc/HVAC | 10/04 | | $ 76.50 |
| | 11/04 | | 500.00 |
| | 12/04 | | 500.00 |
| **TOTAL** | | | **$ 45,377.25** |
| Post Petition Charges as of  6/22/06 | | | -0- |



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
03/09/05        04138346

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4138346-001   2004 REAL ESTATE TAX                      30,834.75
                      Total Amount Due                   30,834.75

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)359-8303.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04138346

INVOICE #   4138346

Winn Dixie                                                       ACCOUNT #     51916

### 2004 REAL ESTATE TAX

PROPERTY #   2396
7801-7879 Palm River Road
Tampa, FL

TAX AMOUNT(s):

| | | |
|---|---|---:|
| #SBL | 44483.0000 | 84,978.68 |
| #SBL | 44483.0100 | 26,550.80 |
| | TOTAL TAXES ................... | 111,529.48 |
| | LESS: TAX BASE (if applicable) | 48,882.70- |
| | NET TAXES FOR BILLING ......... | 62,646.78 |
| | X PRORATED SHARE .............. | 49.2200% |
| | YOUR SHARE OF TAXES ........... | 30,834.75 |
| | ESCROW BILLING FOR PERIOD ..... | 0.00 |
| | BALANCE FROM PRIOR BILLINGS ... | 0.00 |
| | TOTAL REAL ESTATE TAX DUE | 30,834.75 |

PLEASE REFERENCE ACCOUNT #   51916   WITH YOUR REMITTANCE



**BENDERSON DEVELOPMENT COMPANY, LLC**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Jane DeWitte
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
12/23/05        04395450

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4395450-001   2005 REAL ESTATE TAX              45,089.09
              Total Amount Due                  45,089.09

Note - Please remember to forward your payment to our new P.O. Box noted
       above. Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*Less Post Petition Payment        - 38665.44*

*Balance Due    $ 6423.65*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04395450

INVOICE #  4395450

Winn Dixie                                                      ACCOUNT #    51916

                        2005 REAL ESTATE TAX

                        PROPERTY #   2396
                        7801-7879 Palm River Road
                        Tampa, FL

TAX AMOUNT(s):
        #SBL    44483.0000                                  117,765.92
        #SBL    44483.0100                                   22,724.03
                                                -------------------

                TOTAL TAXES .................              140,489.95

                LESS: TAX BASE (if applicable)               48,882.70-
                                                -------------------

                NET TAXES FOR BILLING .........               91,607.25

                X PRORATED SHARE ..............                  49.2200%
                                              -------------------

                YOUR SHARE OF TAXES ...........               45,089.09

                ESCROW BILLING FOR PERIOD .....                    0.00

                BALANCE FROM PRIOR BILLINGS ...                    0.00
                                              -------------------

                TOTAL REAL ESTATE TAX DUE                     45,089.09
                                             ===================

PLEASE REFERENCE ACCOUNT #    51916    WITH YOUR REMITTANCE



# BENDERSON DEVELOPMENT COMPANY, INC.
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Ron-Ben Associates
          Braden River Post Office, PO Box 21199
          Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
06/21/05        04221050

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

| | |
|---|---|
| 4221050-001  Water Service | 4,140.77 |
| Service from 05/01/04 thru 10/31/04 | |

Usage                                68,155
Cost Per Unit                      0.060755

Total Water                       $4,140.77
A & O                                  0.00

Total Due for Water               $4,140.77

                        Total Amount Due      4,140.77

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04221050



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
05/31/05        04217974

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | |
|---|---|---|
| 4217974-001  Water Service | | 4,647.82 |
| Service from 11/01/04 thru 04/30/05 | | |
| Usage | 74,900 | |
| Cost Per Unit | .062054 | |
| Total Water | $ 4,647.82 | |
| A & O | 0.00 | |
| Total Due for Water | $ 4,647.82 | |
| | Total Amount Due | 4,647.82 |

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

*Less Post Petition Payment*    — 1746.14

*Balance Due*    $ 2,901.68

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04217974

SLA



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211  ·  Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date   Invoice No
12/10/04       04081406

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | |
|---|---|---|
| 4081406-001 | Investigate/No Problems | 76.50 |
| | Total Amount Due | 76.50 |

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (716) 878-9465.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04081406



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Ron-Ben Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #637
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
01/12/05        04108478

Account No.
00051916

RE - 2396    UNIT - 008
Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4108478-001   Replace HVAC Compressor               500.00
                        Total Amount Due            500.00

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (716)878-9465.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04108478



# BENDERSON DEVELOPMENT COMPANY, INC.
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Ron-Ben Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.              Invoice Date    Invoice No
Winn Dixie #637                       02/16/05       04132309
Attn: Area Property Manager
5050 Edgewood Court                   Account No.
Jacksonville, FL 32254-3699             00051916

                                      RE - 2396    UNIT - 008
                                      Palm River Square

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4132309-001   Replace HVAC Compressor              500.00
                        Total Amount Due           500.00

Note - Please remember to forward your payment to our new P.O. Box noted
       above. Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (716)878-9465.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04132309