# EXHIBIT C

## CURE CLAIM CALCULATIONS (PRINCIPAL ONLY)

Winn Dixie Store # 656
Shoppes of Paradise Bay
Prop # 2049 Unit # 008 Lease # 45235

**Pre-Petition charges through 2/20/05**

| | | | |
|---|---|---|---:|
| Real Estate Tax | 01/01/04-12/31/04 | $ | 15,465.05 |
| | 01/01/05-02/20/05 | | 3,304.49 |

**TOTAL** $ **18,769.54**

**Post Petition Charges as of 6/22/06**

| | | |
|---|---|---:|
| HVAC repair | $ | 500.00 |
| **TOTAL** | **$** | **500.00** |

**SUMMARY**

| | | |
|---|---|---:|
| Pre-petition | $ | 18,769.54 |
| Post petition | $ | 500.00 |
| **TOTAL** | **$** | **19,269.54** |



# BENDERSON DEVELOPMENT COMPANY, LLC
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - Buffalo-Marine Associates
PO Box 823201
Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.
Winn Dixie #656
Attn: Jane DeWitte
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
05/30/06        04544789

Lease No.
00045235

RE - 2049    UNIT - 008
Shoppes of Paradise Bay

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | |
|---|---|---|
| 4544789-001 | HVAC Repair | 500.00 |
| | Total Amount Due | 500.00 |

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04544789



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

```
Remit to - Buffalo-Marine Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199
```

Winn-Dixie Stores, Inc.
Winn-Dixie #656
Attn: Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254-3699

Invoice Date    Invoice No
03/02/05        04135374

Account No.
00045235

RE - 2049    UNIT - 008
Shoppes of Paradise Bay

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

```
4135374-001   2004 REAL ESTATE TAX              11,129.64
                         Total Amount Due       11,129.64
```

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

```
          0 · *

          0 · *

    11,129.64  ÷
     4,335.41  +
    15,465.05  *
```

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)359-8303.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04135374

```
INVOICE #   4135374


    Winn-Dixie                                        ACCOUNT #      45235

                            2004 REAL ESTATE TAX

                            PROPERTY #    2049
                            7274 Cortez Boulevard
                            Bradenton, FL


TAX AMOUNT(s):
               #SBL    51457.0005/9                          112,283.64
               #SBL    9000-047860-2-2                            38.71
                                                         ------------------

               TOTAL TAXES ..................           112,322.35
               LESS: TAX BASE (if applicable)            80,925.63-
                                                         ------------------
               NET TAXES FOR BILLING ........            31,396.72
               X PRORATED SHARE .............            35.4484%
                                                         ------------------
               YOUR SHARE OF TAXES ..........            11,129.64
               ESCROW BILLING FOR PERIOD ....                 0.00
               BALANCE FROM PRIOR BILLINGS ..                 0.00
                                                         ------------------
               TOTAL REAL ESTATE TAX DUE                 11,129.64
                                                         ==================


    PLEASE REFERENCE ACCOUNT #    45235    WITH YOUR REMITTANCE
```

```
INVOICE #   4135375


    Winn-Dixie                                      ACCOUNT #      45235

                         2004 REAL ESTATE TAX

                         PROPERTY #    2049
                         7274 Cortez Boulevard
                         Bradenton, FL


TAX AMOUNT(s):
              #SBL    51457.0005/9                        112,283.64
              #SBL    9000-047860-2-2                          38.71
                                                      ------------------
                    TOTAL TAXES .................        112,322.35
                    LESS: TAX BASE (if applicable)        70,481.09-
                                                      ------------------
                    NET TAXES FOR BILLING ........         41,841.26
                    X PRORATED SHARE .............           10.3616%
                                                      ------------------
                    YOUR SHARE OF TAXES ..........          4,335.41
                    ESCROW BILLING FOR PERIOD ....              0.00
                    BALANCE FROM PRIOR BILLINGS ..              0.00
                                                      ------------------
                    TOTAL REAL ESTATE TAX DUE              4,335.41
                                                      ==================


        PLEASE REFERENCE ACCOUNT #     45235    WITH YOUR REMITTANCE
```



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

```
Remit to - Buffalo-Marine Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199
```

```
Winn-Dixie Stores, Inc.              Invoice Date    Invoice No
Winn-Dixie #656                        12/23/05       04395538
Attn: Jane DeWitte
5050 Edgewood Court                   Account No.
Jacksonville, FL 32254-3699             00045235

                                      RE - 2049    UNIT - 008
                                      Shoppes of Paradise Bay
```

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

```
4395538-001   2005 REAL ESTATE TAX              8,439.95
                      Total Amount Due          8,439.95
```

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

*Less Post Petition Payment $ 6105.73*

*Balance Due $ 2334.22*

```
      0 · C

      0 · *

  2,334·22 +
    970·27 +
  3,304·49 *
```

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04395538

INVOICE #   4395538

Winn-Dixie                                               ACCOUNT #     45235

                2005 REAL ESTATE TAX

                PROPERTY #    2049
                7274 Cortez Boulevard
                Bradenton, FL

TAX AMOUNT(s):
        #SBL    51457.0005/9                               105,632.93
        #SBL    9000-047860-2-2                                   38.81
                                                         -------------------

        TOTAL TAXES ..................                    105,671.74

        LESS: TAX BASE (if applicable)                     80,925.63-
                                                         -------------------

        NET TAXES FOR BILLING .........                    24,746.11

        X PRORATED SHARE ..............                     34.1062%
                                                         -------------------

        YOUR SHARE OF TAXES ...........                     8,439.95

        ESCROW BILLING FOR PERIOD .....                         0.00

        BALANCE FROM PRIOR BILLINGS ...                         0.00
                                                         -------------------

        TOTAL REAL ESTATE TAX DUE                           8,439.95
                                                         ===================

PLEASE REFERENCE ACCOUNT #     45235     WITH YOUR REMITTANCE



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - Buffalo-Marine Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn-Dixie #656
Attn: Jane DeWitte
5050 Edgewood Court
Jacksonville, FL 32254-3699

| Invoice Date | Invoice No |
|---|---|
| 12/23/05 | 04395539 |

Account No.
00045235

RE - 2049   UNIT - 008
Shoppes of Paradise Bay

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

```
4395539-001   2005 REAL ESTATE TAX                    3,508.24
                            Total Amount Due          3,508.24
```

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

*Less Post Petition Payment - 2537.97*
*Balance Due $970.27*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04395539

INVOICE #  4395539

Winn-Dixie                                                    ACCOUNT #    45235

                          2005 REAL ESTATE TAX

                          PROPERTY #    2049
                          7274 Cortez Boulevard
                          Bradenton, FL

TAX AMOUNT(s):
            #SBL    51457.0005/9                          105,632.93
            #SBL    9000-047860-2-2                            38.81
                                                         ----------------
                    TOTAL TAXES .................        105,671.74
                    LESS: TAX BASE (if applicable)         70,481.09-
                                                         ----------------
                    NET TAXES FOR BILLING .........        35,190.65
                    X PRORATED SHARE ..............            9.9692%
                                                         ----------------
                    YOUR SHARE OF TAXES ...........         3,508.24
                    ESCROW BILLING FOR PERIOD .....             0.00
                    BALANCE FROM PRIOR BILLINGS ...             0.00
                                                         ----------------
                    TOTAL REAL ESTATE TAX DUE              3,508.24
                                                         ================

    PLEASE REFERENCE ACCOUNT #    45235    WITH YOUR REMITTANCE