# EXHIBIT D

## CURE CLAIM CALCULATIONS (PRINCIPAL ONLY)

Winn Dixie Store # 660
NBR Marketplace West
Bradenton, FL
Prop # 2699 Unit # 006 Lease # 53641

**Pre-Petition charges through 2/20/05**

| | | | |
|---|---|---|---|
| Cam Escrows | 01/01/05-02/20/05 | $ | 857.14 |
| Cam Reconciliation | 01/01/02-12/31/02 | $ | 20,723.48 |
| | 01/01/03-12/31/03 | | 56,449.54 |
| | 01/01/04-12/31/04 | | 18,140.72 |
| | 01/01/05-02/20/05 | | 1,975.89 |
| Real Estate Tax | 01/01/04-12/31/04 | $ | 74,235.80 |
| | 01/01/05-02/20/05 | | 9,385.79 |
| **TOTAL** | | | **$ 181,768.36** |

**Post Petition Charges as of 6/22/06**

| | | | |
|---|---|---|---|
| Cam Escrows | 02/21/05-02/28/05 | $ | 142.86 |
| | 01/01/06-05/30/06 | | 4,978.01 |
| Cam Reconciliation | 02/21/05-12/31/05 | $ | 12,165.35 |
| Rent (Unauthorized cam deduction) | 06/01/05-06/30/06 | $ | 15,754.78 |
| **TOTAL** | | | **$ 33,041.00** |

**SUMMARY**

| | | |
|---|---|---|
| Pre-petition | $ | 181,768.36 |
| Post petition | $ | 33,041.00 |
| **TOTAL** | | **$ 214,809.36** |

Remit to - RB 1993-1 Trust & WR-II
       PO Box 823201
       Philadelphia, PA 19182-3201

   Winn-Dixie Stores, Inc.
   Winn Dixie #660
   Attn: Chrissy Norris
      Area Property Manager
   1141 SW 12th Avenue
   Pompano Beach, FL 33069

| Invoice Date | Invoice No |
|---|---|
| 01/01/05 | 04105064 |

Lease No.
00053641

RE - 2699    UNIT - 006
NBR Marketplace West

| 4105064-001 | Rent | 32,230.00 |
| 4105064-002 | Common Area Maintenance Escrow | 8,000.00 |
| | Total Amount Due | 40,230.00 |

Note - Please remember to forward your payment to our new P.O. Box noted
      above.  Please make sure to allow for sufficient mailing time
      to assure timely application of your payment.

*π WITFIELD — 1/05- $500.00 CAM Escrow*

```
    0·c
    0· *
  500· +
  357·14 +
  857·14 *
```

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.


04105064

Remit to - RB 1993-1 Trust & WR-II
          PO Box 823201
          Philadelphia, PA 19182-3201

          Winn-Dixie Stores, Inc.
          Winn Dixie #660
          Attn: Chrissy Norris
                Area Property Manager
          1141 SW 12th Avenue
          Pompano Beach, FL 33069

**Invoice Date**    **Invoice No**
  02/01/05          04128647

                  **Lease No.**
                    00053641

RE - 2699    UNIT - 006
NBR Marketplace West

| | | |
|---|---|---|
| 4128647-001 | Rent | 32,230.00 |
| 4128647-002 | Common Area Maintenance Escrow | 8,000.00 |
| | Total Amount Due | 40,230.00 |

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

π WITHELD — 2/05  $500.00 CAM ESCROW

PRE PETITION  $357.14
POST PETITION  $142.86

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.





**BENDERSON
DEVELOPMENT
COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - Randall Benderson 1993-1 Trust
Niagara Square Station, PO Box 660
Buffalo, NY 14201-0660

Winn-Dixie Stores, Inc.
Winn-Dixie #660
Attn: Ann Burbine
3015 Coastline Drive
Orlando, FL 32808

I N V O I C E    No.  3485635
- - - - - -    --- -------
Winn-Dixie
RE - 2699 / 009
NBR Marketplace West
34th Street West @ 53rd Avenue
Bradenton
34210-

Date    04/14/03

Account No.    4786

Lease    53641

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Common Area Maintenance Charges for Period: 01/02  through  12/02

| | |
|---|---|
| Total Costs incurred by Landlord . . . . | 213,541.92 |
| PRO RATA Share . . . . . . . . . . . . . .  × | .611863 |
| | 130,658.40 |
| Occupancy Factor . . . . . . . . . .  × | 1.000000 |
| Your Share of Costs. . . . . . . . . . | 130,658.40 |
| A & O per your Lease . . . . . . . . .  + | |
| Total. . . . . . . . . . . . . . | 130,658.40 |
| Escrow Billings For This Period plus Prior Period Adjustments (if any). . . .  - | 22,800.00 |
| Amount Due before Sales Tax. . . . . . . | 107,858.40 |
| Sales Tax @    .000 % . . . . . . . . .  + | |
| Due After All Escrow Paid. . . . . . . . | 107,858.40 |

*Less Payment Received*          $1,134.92

*Balance Due*          $ 20,723.48

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE

BENDERSON DEVELOPMENT CO., INC.
www.Benderson.com


3485635



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211  ·  Fax (716) 886-2269

Remit to - RB 1993-1 Trust & WR-II
Niagara Square Station, PO Box 660
Buffalo, NY 14201-0660

Winn-Dixie Stores, Inc.
Winn-Dixie #660
Attn: Ann Burbine
3015 Coastline Drive
Orlando, FL 32808

**I N V O I C E**   No.   3826645

Winn-Dixie
RE - 2699 / 009
NBR Marketplace West
34th Street West @ 53rd Avenue
Bradenton
34210-

**Date**   02/23/04

**Account No.**   4786

**Lease**   53641

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Common Area Maintenance Charges for Period: 01/03  through  12/03

| | | |
|---|---|---|
| Total Costs incurred by Landlord . . . . | | 224,296.97 |
| PRO RATA Share . . . . . . . . . . . | x | .611863 |
| | | 137,239.02 |
| Occupancy Factor . . . . . . . . . . | x | 1.000000 |
| Your Share of Costs. . . . . . . . . | | 137,239.02 |
| A & O per your Lease . . . . . . . . | + | |
| Total. . . . . . . . . . . . . . . | | 137,239.02 |
| Escrow Billings For This Period plus Prior Period Adjustments (if any). . . . | - | 45,200.00 |
| Amount Due before Sales Tax. . . . . . | | 92,039.02 |
| Sales Tax @     .000 % . . . . . . . . | + | |
| Due After All Escrow Paid. . . . . . . | | 92,039.02 |

*Less Payment Received*          27,740.58
*Less Credit Allowed*            1,848.90
    *Balance Due*          $ 56,449.54

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE

BENDERSON DEVELOPMENT CO., INC.
www.Benderson.com



3826645



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - RB 1993-1 Trust & WR-II
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn-Dixie #660
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

I N V O I C E    No.  4171506
- - - - - -      --- --------
Winn-Dixie
RE - 2699 / 006
NBR Marketplace West
34th Street West @ 53rd Avenue
Bradenton
34210-

Date    04/14/05

Account No.    100204

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Lease    53641

Common Area Maintenance Charges for Period: 01/01/04  through   12/31/04

| | | |
|---|---|---|
| Total Costs incurred by Landlord . . . . | | 182,559.61 |
| PRO RATA Share . . . . . . . . . . . | x | .611863 |
| | | 111,701.47 |
| Occupancy Factor . . . . . . . . . . | x | 1.000000 |
| Your Share of Costs. . . . . . . . . | | 111,701.47 |
| A & O per your Lease . . . . . . . . | + | |
| Total. . . . . . . . . . . . . | | 111,701.47 |
| Escrow Billings For This Period plus Prior Period Adjustments (if any). . . . | - | 90,000.00 |
| Amount Due before Sales Tax. . . . . . | | 21,701.47 |
| Sales Tax @   .000 % . . . . . . . . | + | |
| Due After All Escrow Paid. . . . . . . | | 21,701.47 |

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*Less Credit Allowed*  $ 3,561.05
*Balance Due*          $18,140.42

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04171506



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - RB 1993-1 Trust & WR-II
PO Box 823201
Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.
Winn Dixie #660
Attn: Chrissy Norris
     Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

**INVOICE  No.  4497052**

Winn Dixie
RE - 2699 / 006
NBR Marketplace West
34th Street West @ 53rd Avenue
Bradenton
34210-

Date    04/10/06

Account No.    100204

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Lease    53641

Common Area Maintenance Charges for Period: 01/01/05  through  12/31/05

| | | |
|---|---|---|
| Total Costs incurred by Landlord . . . . | 170,241.99 | 0·C |
| PRO RATA Share . . . . . . . . . . . . x | .611863 | 0· ✳ |
| | 104,164.77 | 0· ✳ |
| Occupancy Factor . . . . . . . . . x | 1.000000 | |
| Your Share of Costs. . . . . . . . . . | 104,164.77 | 14ᴼ141·24 ÷ |
| A & O per your Lease . . . . . . . . . + | | 365· = |
| Total. . . . . . . . . . . . . | 104,164.77 | 38·7431232876 ✳ |
| Escrow Billings For This Period plus | | 38·7431232876 ✕ |
| Prior Period Adjustments (if any). . . . - | 90,000.00 | 51· = |
| Amount Due before Sales Tax. . . . . . | 14,164.77 | 1ᴼ975·89928766 ✳ |
| Sales Tax @    .000 % . . . . . . . . + | | *prepd* 0·C |
| Due After All Escrow Paid. . . . . . . | 14,164.77 | 14ᴼ141·24 + |
| ================= | | 1ᴼ975·89 - |
| | | 12ᴼ165·35 ✳ |

Note - Please remember to forward your payment to our new P.O. Box not
above.  Please make sure to allow for sufficient mailing time t
assure timely application of your payment.  Address questions t
your Account Representative, Sharon L. Alcorn at (941)360-7237.

*Post petition*

*LESS CREDIT ALLOWED*    $ 23.53

*BALANCE DUE*    $ 14,141.24

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04497052



# BENDERSON DEVELOPMENT COMPANY, INC.

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - RB 1993-1 Trust & WR-II
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn-Dixie #660
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

Invoice Date    Invoice N
   03/02/05         041354233

              Account No.
               00053641

RE - 2699    UNIT - 006
NBR Marketplace West

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | |
|---|---|---|
| 4135423-001  2004 REAL ESTATE TAX | | 74,235.80 |
| Total Amount Due | | 74,235.80 |

Note - Please remember to forward your payment to our new P.O. Box noted
above.  Please make sure to allow for sufficient mailing time
to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)359-8303.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04135423



# BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - RB 1993-1 Trust & WR-II
PO Box 823201
Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.
Winn Dixie #660
Attn: Chrissy Norris
       Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

**Invoice Date**   Invoice No
  02/03/06         04424916

**Lease No.**
  00053641

RE - 2699   UNIT - 006
NBR Marketplace West

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| | | |
|---|---|---|
| 4424916-001   2005 REAL ESTATE TAX | | 65,881.04 |
| Total Amount Due | | 65,881.04 |

Note - Please remember to forward your payment to our new P.O. Box noted
above.  Please make sure to allow for sufficient mailing time
to assure timely application of your payment.

*Less Payment Received*        *$56,495.25*
*Balance Due*                  *$9,385.79*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04424916

```
                          Print Key Output                          Page   1
        5722SS1 V5R2M0 020719            S1033287          06/26/06  11:52:19

          Display Device . . . . . :  QPADEV0011
          User  . . . . . . . . . :  SLA

       56222                          Tenant A/R Ledger
       Tenant . . . . . .                                             Paid   N
       Lease No.. . . . .       53641 Winn Dixie #660                 Co
       Billing Code . . . LC    Late Charges      Total LC  27,198.02 Incl LC Y
       From Due Date. . .             To Due Date             Pre-Petition  N
       Invoice Number . .             Skip to
                                      Totals
       O . . Document. . Invoice   Due/Rec Bill     Gross         Open       Check/
       P Ty  Number  Itm  Date      Date   Code    Amount       Amount        Item
         RT  3451877 000 02/14/03 02/14/03 LC        95.77        95.77
         RT  3477315 000 03/15/03 03/15/03 LC       397.05       397.05
         RT  3502141 000 04/16/03 04/16/03 LC       133.96       133.96
         RT  3547413 000 05/16/03 05/16/03 LC       133.96       133.96
         RT  3547498 000 05/16/03 05/16/03 LC     1,617.88     1,617.88
         RT  3576780 000 06/16/03 06/16/03 LC       133.96       133.96
         RT  3576852 000 06/16/03 06/16/03 LC       310.85       310.85
         RT  3603559 000 07/16/03 07/16/03 LC       133.96       133.96
         RT  3603627 000 07/16/03 07/16/03 LC       310.85       310.85
         RT  3629589 000 08/16/03 08/16/03 LC       133.96       133.96
         RT  3629657 000 08/16/03 08/16/03 LC       310.85       310.85
         RT  3673884 000 09/16/03 09/16/03 LC       133.96       133.96
         RT  3673950 000 09/16/03 09/16/03 LC       310.85       310.85
         RT  3674007 000 09/16/03 09/16/03 LC        84.00        84.00
       Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
                      Print Key Output                        Page   1
5722SS1 V5R2M0 020719              S1033287        06/26/06  11:52:20

  Display Device  . . . . . :  QPADEV0011
  User  . . . . . . . . . . :  SLA

56222                      Tenant A/R Ledger
Tenant . . . . . .                                           Paid    N
Lease No.. . . . .      53641 Winn Dixie #660                Co
Billing Code . . . LC    Late Charges      Total LC  27,198.02  Incl LC Y
From Due Date. . .              To Due Date               Pre-Petition  N
Invoice Number . .             Skip to
                               Totals
O . . Document. . Invoice   Due/Rec Bill    Gross          Open       Check/
P Ty  Number  Itm  Date      Date   Code    Amount         Amount     Item
  RT  3674008 000 09/16/03 09/16/03 LC            7.31           7.31
  RT  3703694 000 10/16/03 10/16/03 LC          133.96         133.96
  RT  3703760 000 10/16/03 10/16/03 LC          310.85         310.85
  RT  3703809 000 10/16/03 10/16/03 LC           84.00          84.00
  RT  3703818 000 10/16/03 10/16/03 LC           84.00          84.00
  RT  3731026 000 11/16/03 11/16/03 LC          133.96         133.96
  RT  3731039 000 11/16/03 11/16/03 LC          310.85         310.85
  RT  3731065 000 11/16/03 11/16/03 LC           95.91          95.91
  RT  3759088 000 12/16/03 12/16/03 LC          133.96         133.96
  RT  3759101 000 12/16/03 12/16/03 LC          310.85         310.85
  RT  3807288 000 01/16/04 01/16/04 LC          133.96         133.96
  RT  3807301 000 01/16/04 01/16/04 LC          310.85         310.85
  RT  3847386 000 03/01/04 03/01/04 LC          621.70         621.70
  RT  3896938 000 04/16/04 04/16/04 LC          310.85         310.85
Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
                       Print Key Output                         Page   1
    5722SS1 V5R2M0 020719              S1033287         06/26/06  11:52:21

    Display Device  . . . . . :  QPADEV0011
    User  . . . . . . . . . . :  SLA

56222                        Tenant A/R Ledger
Tenant . . . . . .                                              Paid    N
Lease No.. . . . .      53641 Winn Dixie #660                   Co
Billing Code . . . LC   Late Charges        Total LC  27,198.02  Incl LC Y
From Due Date. . .          To Due Date                     Pre-Petition  N
Invoice Number . .          Skip to
                            Totals
O  . . Document. . Invoice   Due/Rec Bill     Gross          Open        Check/
P Ty  Number  Itm   Date      Date   Code     Amount         Amount       Item
   RT 3897009 000 04/16/04 04/16/04 LC        2,345.07       2,345.07
   RT 3923035 000 05/16/04 05/16/04 LC          310.85         310.85
   RT 3923083 000 05/16/04 05/16/04 LC          964.48         964.48
   RT 3949257 000 06/16/04 06/16/04 LC          310.85         310.85
   RT 3949301 000 06/16/04 06/16/04 LC          964.48         964.48
   RT 3972946 000 07/16/04 07/16/04 LC          310.85         310.85
   RT 3972990 000 07/16/04 07/16/04 LC          964.48         964.48
   RT 3996506 000 08/16/04 08/16/04 LC          310.85         310.85
   RT 3996550 000 08/16/04 08/16/04 LC          964.48         964.48
   RT 4019491 000 09/16/04 09/16/04 LC          310.85         310.85
   RT 4019535 000 09/16/04 09/16/04 LC          964.48         964.48
   RT 4047981 000 10/16/04 10/16/04 LC          310.85         310.85
   RT 4048025 000 10/16/04 10/16/04 LC          964.48         964.48
   RT 4071730 000 11/16/04 11/16/04 LC          310.85         310.85
Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease   F21=Prt
```

```
                        Print Key Output                          Page   1
    5722SS1 V5R2M0 020719              S1033287        06/26/06  11:52:23

     Display Device  . . . . . :  QPADEV0011
     User  . . . . . . . . . . :  SLA

    56222                        Tenant A/R Ledger
    Tenant . . . . . .                                          Paid    N
    Lease No.. . . . .      53641 Winn Dixie #660               Co
    Billing Code . . . LC   Late Charges      Total LC  27,198.02  Incl LC Y
    From Due Date. . .           To Due Date                 Pre-Petition  N
    Invoice Number . .           Skip to
                                 Totals
    O . . Document. . Invoice  Due/Rec Bill     Gross          Open        Check/
    P Ty  Number  Itm  Date      Date   Code    Amount         Amount       Item
      RT  4071774 000 11/16/04 11/16/04 LC        964.48        964.48
      RT  4098065 000 12/16/04 12/16/04 LC        310.85        310.85
      RT  4098109 000 12/16/04 12/16/04 LC        964.48        964.48
      RT  4124428 000 01/16/05 01/16/05 LC        310.85        310.85
      RT  4124472 000 01/16/05 01/16/05 LC        964.48        964.48
      RT  4124559 000 01/16/05 01/16/05 LC          7.50          7.50
      RT  4165598 000 03/16/05 03/16/05 LC        621.70        621.70
      RT  4165641 000 03/16/05 03/16/05 LC      1,928.96      1,928.96
      RT  4165724 000 03/16/05 03/16/05 LC         15.00         15.00
      RT  4165735 000 03/16/05 03/16/05 LC         15.00         15.00
      RT  4165744 000 03/16/05 03/16/05 LC          7.50          7.50
      RT  4187787 000 04/16/05 04/16/05 LC          7.50          7.50
      RT  4187805 000 04/16/05 04/16/05 LC          7.50          7.50
      RT  4212189 000 05/16/05 05/16/05 LC          7.50          7.50
    Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals   F5=Recpts   F10=Lease  F21=Prt
```

To 2/20/05
$ 21,055.41

```
                         Print Key Output                        Page   1
    5722SS1 V5R2M0 020719              S1033287        06/29/06  15:25:58

     Display Device  . . . . . :  QPADEV004W
     User  . . . . . . . . . . :  SLA

56222                          Tenant A/R Ledger
Tenant . . . . . .                                             Paid    N
Lease No.. . . . .      53641 Winn Dixie #660                  Co
Billing Code . . . LC   Late Charges      Total LC  27,198.02  Incl LC Y
From Due Date. . . 02/21/05 To Due Date                    Pre-Petition  N
Invoice Number . .          Skip to
                            Totals
O . . Document. . Invoice   Due/Rec Bill    Gross         Open        Check/
P Ty  Number  Itm  Date      Date   Code   Amount       Amount        Item
  RT  4165598 000 03/16/05 03/16/05 LC        621.70       621.70
  RT  4165641 000 03/16/05 03/16/05 LC      1,928.96     1,928.96
  RT  4165724 000 03/16/05 03/16/05 LC         15.00        15.00
  RT  4165735 000 03/16/05 03/16/05 LC         15.00        15.00
  RT  4165744 000 03/16/05 03/16/05 LC          7.50         7.50
  RT  4187787 000 04/16/05 04/16/05 LC          7.50         7.50
  RT  4187805 000 04/16/05 04/16/05 LC          7.50         7.50
  RT  4212189 000 05/16/05 05/16/05 LC          7.50         7.50
  RT  4212207 000 05/16/05 05/16/05 LC          7.50         7.50
  RT  4212228 000 05/16/05 05/16/05 LC          7.50         7.50
  RT  4236866 000 06/16/05 06/16/05 LC          7.50         7.50
  RT  4236884 000 06/16/05 06/16/05 LC          7.50         7.50
  RT  4236905 000 06/16/05 06/16/05 LC          7.50         7.50
  RT  4236911 000 06/16/05 06/16/05 LC          7.50         7.50
Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals   F5=Recpts   F10=Lease   F21=Prt
```

```
                        Print Key Output                              Page   1
      5722SS1 V5R2M0 020719              S1033287            06/29/06  15:26:00

      Display Device  . . . . . :  QPADEV004W
      User  . . . . . . . . . . :  SLA

   56222                         Tenant A/R Ledger
   Tenant . . . . . .                                               Paid    N
   Lease No.. . . . .    53641 Winn Dixie #660                      Co
   Billing Code . . . LC  Late Charges           Total LC  27,198.02  Incl LC Y
   From Due Date. . . 02/21/05 To Due Date                   Pre-Petition  N
   Invoice Number . .           Skip to
                                Totals
   O . . Document. . Invoice   Due/Rec Bill    Gross          Open        Check/
   P Ty  Number  Itm  Date      Date   Code    Amount        Amount        Item
     RT  4262390 000 07/16/05 07/16/05 LC         7.50          7.50
     RT  4262403 000 07/16/05 07/16/05 LC         7.50          7.50
     RT  4262423 000 07/16/05 07/16/05 LC         7.50          7.50
     RT  4262428 000 07/16/05 07/16/05 LC         7.50          7.50
     RT  4262433 000 07/16/05 07/16/05 LC         7.50          7.50
     RT  4286905 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4286918 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4286938 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4286943 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4286948 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4286957 000 08/16/05 08/16/05 LC         7.50          7.50
     RT  4311330 000 09/16/05 09/16/05 LC         7.50          7.50
     RT  4311343 000 09/16/05 09/16/05 LC         7.50          7.50
     RT  4311360 000 09/16/05 09/16/05 LC         7.50          7.50
   Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease   F21=Prt
```

```
                        Print Key Output                          Page   1
      5722SS1 V5R2M0 020719            S1033287          06/29/06  15:26:01

       Display Device  . . . . . :  QPADEV004W
       User  . . . . . . . . . . :  SLA

  56222                          Tenant A/R Ledger
  Tenant . . . . . .                                             Paid    N
  Lease No.. . . . .       53641 Winn Dixie #660                 Co
  Billing Code . . . LC   Late Charges        Total LC  27,198.02  Incl LC Y
  From Due Date. . . 02/21/05 To Due Date                  Pre-Petition  N
  Invoice Number . .            Skip to
                                Totals
  O  . . Document. . Invoice   Due/Rec Bill     Gross          Open        Check/
  P Ty   Number  Itm  Date      Date   Code     Amount         Amount       Item
    RT   4311365 000 09/16/05 09/16/05 LC          7.50          7.50
    RT   4311370 000 09/16/05 09/16/05 LC          7.50          7.50
    RT   4311379 000 09/16/05 09/16/05 LC          7.50          7.50
    RT   4311390 000 09/16/05 09/16/05 LC          7.50          7.50
    RT   4340080 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340093 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340107 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340112 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340117 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340124 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340131 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4340142 000 10/16/05 10/16/05 LC          7.50          7.50
    RT   4366891 000 11/16/05 11/16/05 LC          7.50          7.50
    RT   4366904 000 11/16/05 11/16/05 LC          7.50          7.50
  Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts   F10=Lease  F21=Prt
```

```
                        Print Key Output                        Page   1
     5722SS1 V5R2M0 020719          S1033287         06/29/06  15:26:02

       Display Device  . . . . . :  QPADEV004W
       User  . . . . . . . . . . :  SLA

    56222                       Tenant A/R Ledger
    Tenant . . . . . .                                          Paid    N
    Lease No.. . . . .     53641 Winn Dixie #660                Co
    Billing Code . . . LC   Late Charges      Total LC  27,198.02  Incl LC Y
    From Due Date. . . 02/21/05 To Due Date              Pre-Petition  N
    Invoice Number . .            Skip to
                                  Totals
    O . . Document. . Invoice  Due/Rec Bill    Gross         Open       Check/
    P Ty  Number  Itm  Date     Date  Code    Amount        Amount       Item
      RT  4366917 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366922 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366927 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366934 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366941 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366950 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4366957 000 11/16/05 11/16/05 LC     250.84        250.84
      RT  4366970 000 11/16/05 11/16/05 LC       7.50          7.50
      RT  4392020 000 12/16/05 12/16/05 LC       7.50          7.50
      RT  4392033 000 12/16/05 12/16/05 LC       7.50          7.50
      RT  4392046 000 12/16/05 12/16/05 LC       7.50          7.50
      RT  4392051 000 12/16/05 12/16/05 LC       7.50          7.50
      RT  4392056 000 12/16/05 12/16/05 LC       7.50          7.50
      RT  4392063 000 12/16/05 12/16/05 LC       7.50          7.50
    Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
                    Print Key Output                              Page   1
    5722SS1 V5R2M0 020719              S1033287          06/29/06  15:26:04

    Display Device  . . . . . :  QPADEV004W
    User  . . . . . . . . . . :  SLA

56222                           Tenant A/R Ledger
Tenant . . . . . .                                                 Paid    N
Lease No.. . . . .        53641 Winn Dixie #660                    Co
Billing Code . . . LC   Late Charges        Total LC  27,198.02  Incl LC Y
From Due Date. . . 02/21/05 To Due Date                    Pre-Petition  N
Invoice Number . .              Skip to
                                Totals
O  . . Document. . Invoice    Due/Rec Bill     Gross          Open        Check/
P Ty  Number  Itm  Date       Date    Code    Amount        Amount        Item
  RT  4392070 000 12/16/05 12/16/05 LC          7.50          7.50
  RT  4392075 000 12/16/05 12/16/05 LC          7.50          7.50
  RT  4392080 000 12/16/05 12/16/05 LC        250.84        250.84
  RT  4392090 000 12/16/05 12/16/05 LC          7.50          7.50
  RT  4392098 000 12/16/05 12/16/05 LC          7.50          7.50
  RT  4417153 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417166 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417179 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417184 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417189 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417196 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417203 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417208 000 01/16/06 01/16/06 LC          7.50          7.50
  RT  4417220 000 01/16/06 01/16/06 LC          7.50          7.50
Opt:1=Inv. 2=Txt     F2=Fmt   F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
                           Print Key Output                        Page   1
      5722SS1 V5R2M0 020719              S1033287         06/29/06  15:26:05

        Display Device  . . . . . :  QPADEV004W
        User  . . . . . . . . . . :  SLA

    56222                          Tenant A/R Ledger
    Tenant . . . . . .                                            Paid    N
    Lease No.. . . . .       53641 Winn Dixie #660                Co
    Billing Code . . . LC   Late Charges         Total LC  27,198.02  Incl LC Y
    From Due Date. . . 02/21/05 To Due Date                    Pre-Petition  N
    Invoice Number . .            Skip to
                                  Totals
    O . . Document. . Invoice  Due/Rec Bill     Gross         Open        Check/
    P Ty  Number  Itm  Date     Date   Code    Amount        Amount        Item
      RT  4417224 000 01/16/06 01/16/06 LC         7.50          7.50
      RT  4417232 000 01/16/06 01/16/06 LC        24.20         24.20
      RT  4462851 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462860 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462869 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462870 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462871 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462872 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462874 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462875 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462885 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462887 000 02/16/06 02/16/06 LC         7.50          7.50
      RT  4462889 000 02/16/06 02/16/06 LC        24.20         24.20
      RT  4462892 000 02/16/06 02/16/06 LC        24.20         24.20
    Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
                      Print Key Output                        Page   1
      5722SS1 V5R2M0 020719          S1033287         06/29/06  15:26:06

      Display Device  . . . . . :  QPADEV004W
      User  . . . . . . . . . . :  SLA

 56222                        Tenant A/R Ledger
 Tenant . . . . . .                                          Paid    N
 Lease No.. . . . .       53641 Winn Dixie #660              Co
 Billing Code . . . LC   Late Charges      Total LC  27,198.02  Incl LC Y
 From Due Date. . . 02/21/05 To Due Date               Pre-Petition  N
 Invoice Number . .            Skip to
                               Totals
 O . . Document. . Invoice   Due/Rec Bill     Gross         Open        Check/
 P Ty  Number  Itm  Date      Date   Code     Amount        Amount       Item
   RT  4488051 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488060 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488069 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488070 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488071 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488072 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488075 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488076 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488083 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488084 000 03/16/06 03/16/06 LC          7.50          7.50
   RT  4488086 000 03/16/06 03/16/06 LC         24.20         24.20
   RT  4488087 000 03/16/06 03/16/06 LC         24.20         24.20
   RT  4488089 000 03/16/06 03/16/06 LC        988.22        988.22
   RT  4488104 000 03/16/06 03/16/06 LC         24.20         24.20
 Opt:1=Inv. 2=Txt    F2=Fmt   F4=Totals   F5=Recpts   F10=Lease   F21=Prt
```

```
                        Print Key Output                              Page   1
   5722SS1 V5R2M0 020719                S1033287              06/29/06  15:26:08

    Display Device  . . . . . :  QPADEV004W
    User  . . . . . . . . . . :  SLA

 56222                          Tenant A/R Ledger
 Tenant . . . . . .                                                  Paid    N
 Lease No.. . . . .      53641 Winn Dixie #660                       Co
 Billing Code . . . LC   Late Charges         Total LC  27,198.02  Incl LC Y
 From Due Date. . . 02/21/05 To Due Date                       Pre-Petition  N
 Invoice Number . .          Skip to
                             Totals
 O . . Document. . Invoice  Due/Rec Bill        Gross           Open         Check/
 P Ty  Number  Itm  Date      Date  Code        Amount          Amount        Item
   RT  4513513 000 04/16/06 04/16/06 LC            24.20           24.20
   RT  4513514 000 04/16/06 04/16/06 LC            24.20           24.20
   RT  4513526 000 04/16/06 04/16/06 LC            24.20           24.20
   RT  4513529 000 04/16/06 04/16/06 LC             1.70            1.70
   RT  4513530 000 04/16/06 04/16/06 LC             7.31            7.31
   RT  4538448 000 05/16/06 05/16/06 LC            24.20           24.20
   RT  4538449 000 05/16/06 05/16/06 LC            24.20           24.20
   RT  4538461 000 05/16/06 05/16/06 LC            24.20           24.20
   RT  4538464 000 05/16/06 05/16/06 LC             1.70            1.70
   RT  4538465 000 05/16/06 05/16/06 LC             7.31            7.31
   RT  4538473 000 05/16/06 05/16/06 LC           212.47          212.47
   RT  4538482 000 05/16/06 05/16/06 LC             1.70            1.70
   RT  4538483 000 05/16/06 05/16/06 LC             7.31            7.31
   RT  4564379 000 06/16/06 06/16/06 LC            24.20           24.20
 Opt:1=Inv. 2=Txt     F2=Fmt   F4=Totals   F5=Recpts  F10=Lease   F21=Prt
```

```
                        Print Key Output                        Page   1
     5722SS1 V5R2M0 020719          S1033287          06/29/06 15:26:09

      Display Device  . . . . . :  QPADEV004W
      User  . . . . . . . . . . :  SLA

    56222                      Tenant A/R Ledger
    Tenant . . . . . .                                      Paid    N
    Lease No.. . . . .    53641 Winn Dixie #660             Co
    Billing Code . . . LC   Late Charges      Total LC  27,198.02  Incl LC Y
    From Due Date. . . 02/21/05 To Due Date               Pre-Petition  N
    Invoice Number . .           Skip to
                                 Totals
    O . . Document. . Invoice  Due/Rec Bill   Gross        Open         Check/
    P Ty  Number  Itm  Date     Date   Code   Amount       Amount       Item
      RT  4564380 000 06/16/06 06/16/06 LC        24.20        24.20
      RT  4564389 000 06/16/06 06/16/06 LC        24.20        24.20
      RT  4564392 000 06/16/06 06/16/06 LC         7.31         7.31
      RT  4564400 000 06/16/06 06/16/06 LC       212.47       212.47
      RT  4564403 000 06/16/06 06/16/06 LC         1.70         1.70
      RT  4564404 000 06/16/06 06/16/06 LC         7.31         7.31
      RT  4564410 000 06/16/06 06/16/06 LC       483.45       483.45
      RT  4564411 000 06/16/06 06/16/06 LC       112.50       112.50
      RT  4564412 000 06/16/06 06/16/06 LC         7.31         7.31
                                            ------------- --------------
                                 TOTAL         6,142.61     6,142.61


    Opt:1=Inv. 2=Txt    F2=Fmt  F4=Totals  F5=Recpts  F10=Lease  F21=Prt
```

```
Remit to - RB 1993-1 Trust & WR-II
           PO Box 823201
           Philadelphia, PA 19182-3201
```

```
Winn-Dixie Stores, Inc.
Winn Dixie #660
Attn: Chrissy Norris
     Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069
```

**Invoice Date**   **Invoice No**
02/01/05            04128647

**Lease No.**
00053641

RE - 2699    UNIT - 006
NBR Marketplace West

```
4128647-001   Rent                                32,230.00
4128647-002   Common Area Maintenance Escrow       8,000.00
              Total Amount Due                     40,230.00
```

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*π WITHELD — 2/05  $500.00 CAM ESCROW*

*PRE PETITION  $357.14*
*POST PETITION  $142.86*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.



04128647

```
Remit to - RB 1993-1 Trust & WR-II
           PO Box 823201
           Philadelphia, PA 19182-3201

     Winn-Dixie Stores, Inc.                    Invoice Date)   Invoice No
     Winn Dixie #660                             01/01/06        04397648
     Attn: Chrissy Norris
           Area Property Manager                 Lease No.
     1141 SW 12th Avenue                          00053641
     Pompano Beach, FL 33069
                                        RE -  2699   UNIT -  006
                                        NBR Marketplace West


     4397648-001   Rent                              32,230.00
     4397648-002   Common Area Maintenance Escrow     9,000.00
                        Total Amount Due             41,230.00

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.
```

T WITHELD CAM ESCROW $1613.44

```
          0·C

     1,613·44  +
     1,613·44  +
     1,613·44  +
        24·25  ÷
       113·44  +
     4,978·01  *
```

```
Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.
```



04397648

Remit to - RB 1993-1 Trust & WR-II
          PO Box 823201
          Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.                    **Invoice Date    Invoice No**
Winn Dixie #660                              02/01/06      04422197
Attn: Chrissy Norris
      Area Property Manager                      **Lease No.**
1141 SW 12th Avenue                              00053641
Pompano Beach, FL 33069

                                           RE - 2699    UNIT - 006
                                           NBR Marketplace West


4422197-001   Rent                              32,230.00
4422197-002   Common Area Maintenance Escrow     9,000.00
                        Total Amount Due        41,230.00

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

_π WITHELS CAM Escrow $1,613.44_


Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.



04422197

Remit to - RB 1993-1 Trust & WR-II
            PO Box 823201
            Philadelphia, PA 19182-3201

        Winn-Dixie Stores, Inc.
        Winn Dixie #660
        Attn: Chrissy Norris
              Area Property Manager
        1141 SW 12th Avenue
        Pompano Beach, FL 33069

                                            Invoice Date   Invoice No
                                              03/01/06       04467667

                                            Lease No.
                                              00053641

                                        RE -   2699    UNIT -   006
                                        NBR Marketplace West


        4467667-001   Rent                           32,230.00
        4467667-002   Common Area Maintenance Escrow   9,000.00
                              Total Amount Due        41,230.00

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.


        π WITHELD CAm Escrow $1,613.44


Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.



04467667

Remit to - RB 1993-1 Trust & WR-II
          PO Box 823201
          Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.                    **Invoice Date**   **Invoice No**
Winn Dixie #660                              04/01/06          04492999
Attn: Chrissy Norris
      Area Property Manager                **Lease No.**
1141 SW 12th Avenue                          00053641
Pompano Beach, FL 33069

                                           RE - 2699    UNIT - 006
                                           NBR Marketplace West


4492999-001   Rent                                    32,230.00
4492999-002   Common Area Maintenance Escrow           7,500.00
4492999-003   State Sales Tax (Manatee) 6.5%             487.50
              Total Amount Due                         40,217.50

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.


*π WITHELD CAM Escrow $24.25*


Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.


04492999

Remit to - RB 1993-1 Trust & WR-II
          PO Box 823201
          Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.                          **Invoice Date**    **Invoice No**
Winn Dixie #660                                     05/01/06          04518445
Attn: Chrissy Norris
     Area Property Manager                       **Lease No.**
1141 SW 12th Avenue                                 00053641
Pompano Beach, FL 33069

                                                 RE - 2699    UNIT - 006
                                                 NBR Marketplace West

        4518445-001   Rent                              32,230.00
        4518445-002   Common Area Maintenance Escrow     7,500.00
        4518445-003   State Sales Tax (Manatee) 6.5%        487.50
                            Total Amount Due            40,217.50

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

       _π Witheis Cam Escrow $113.44_

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.



04518445

Remit to - RB 1993-1 Trust & WR-II
           PO Box 823201
           Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.                    **Invoice Date   Invoice No**
Winn Dixie #660                              06/01/06       04544209
Attn: Chrissy Norris
      Area Property Manager                 **Lease No.**
1141 SW 12th Avenue                          00053641
Pompano Beach, FL 33069

                                           RE - 2699    UNIT - 006
                                           NBR Marketplace West

    .

4544209-001  Rent                              32,230.00
4544209-002  Common Area Maintenance Escrow     7,500.00
4544209-003  State Sales Tax (Manatee) 6.5%       487.50
             Total Amount Due                  40,217.50

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

π Witheio Rent
For Unauthorized CAm Deduction  $15,154.78

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

