# EXHIBIT E

## CURE CLAIM CALCULATIONS (PRINCIPAL ONLY)

Winn Dixie Store # 737
Kings Crossing Shopping Center
Port Charlotte, FL
Prop # 2241 Unit # 009 Lease # 49705

**Pre-Petition Charges through 2/20/05**

| | | | |
|---|---|---|---:|
| Cam Escrows | 01/01/05-02/20/05 | $ | 689.50 |
| Cam Reconciliation | 01/01/03-12/31/03 | $ | 22,880.44 |
| | 01/01/04-12/31/04 | | 62,040.29 |
| | 01/01/05-02/20/05 | | 4,095.65 |
| Real Estate Tax | 01/01/04-12/31/04 | $ | 100,656.44 |
| | 01/01/05-02/20/05 | | 12,378.99 |
| **TOTAL** | | **$** | **202,741.31** |

**Post Petition Charges**

| | | | |
|---|---|---|---:|
| Cam Reconciliation | 02/21/05-12/31/05 | $ | 25,216.39 |
| **TOTAL** | | **$** | **25,216.39** |

**SUMMARY**

| | | |
|---|---|---:|
| Pre-petition | $ | 202,741.31 |
| Post petition | $ | 25,216.39 |
| **TOTAL** | **$** | **227,957.77** |

Remit to - NB-85 Associates
         PO Box 823201
         Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.　　　　　　　　　　Invoice Date   Invoice No
Winn Dixie #737　　　　　　　　　　　　　　　01/01/05      04104544
Attn: Chrissy Norris
     Area Property Manager　　　　　　　　Lease No.
1141 SW 12th Avenue　　　　　　　　　　　　　　00049705
Pompano Beach, FL 33069
　　　　　　　　　　　　　　　　　　　　　　　RE - 2241   UNIT - 009
　　　　　　　　　　　　　　　　　　　　　　　Kings Crossing Shopping Cente


   4104544-001   Rent　　　　　　　　　　　　　　　　　29,166.67
   4104544-002   Common Area Maintenance Escrow　　　　4,500.00
　　　　　　　　　　　　　Total Amount Due　　　　　　　33,666.67

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*[handwritten: CAM Escrow Shortpaid $400.00]*

```
    0 - C

    0 - *

  400 - +
  289.5 +
  689.5 *
```

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

04104544

Remit to - NB-85 Associates
         PO Box 823201
         Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.                          Invoice Date   Invoice No
Winn Dixie #737                                    02/01/05     04128163
Attn: Chrissy Norris
      Area Property Manager                          Lease No.
1141 SW 12th Avenue                                  00049705
Pompano Beach, FL 33069
                                                 RE -  2241    UNIT -  009
                                                 Kings Crossing Shopping Cente


    4128163-001    Rent                                      29,166.67
    4128163-002    Common Area Maintenance Escrow             4,500.00
                            Total Amount Due                 33,666.67

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*CAM Escrow $ontrato $289⁵⁰* (handwritten)

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.


04128163



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

```
Remit to - NB/85 - Ruben Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #737
Mario Labit, Real Estate Manager
PO Box 408300
Ft. Lauderdale, FL 33340-8300
```

```
I N V O I C E       No.  3852924
Winn Dixie
RE - 2241 / 002
Kings Crossing Shopping Center
2000 Kings Highway
Port Charlotte
33980-

Date          03/16/04

Account No.        73523

Lease              49705
```

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

```
Common Area Maintenance Charges for Period: 01/03 through 12/03

   Total Costs incurred by Landlord . . . .       177,800.94
   PRO RATA Share . . . . . . . . . . . .  x          .542753
                                                   96,501.99
   Occupancy Factor . . . . . . . . . . .  x         1.000000
   Your Share of Costs. . . . . . . . . .             96,501.99
   A & O per your Lease . . . . . . . . .  +
   Total. . . . . . . . . . . . . . . . .             96,501.99
   Escrow Billings For This Period plus
   Prior Period Adjustments (if any). . .  -          35,082.00
   Amount Due before Sales Tax. . . . . .             61,419.99
   Sales Tax @     .000 % . . . . . . . .  +
   Due After All Escrow Paid. . . . . . .             61,419.99
```

Note - Please remember to forward your payment to our new P.O. Box noted above. This will assure timely application of your payment.

*Less Payment Received     -$ 38,539.55*
*Balance Due              $ 22,880.44*

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.

BENDERSON DEVELOPMENT CO., INC.
www.Benderson.com


3852924



**BENDERSON DEVELOPMENT COMPANY, INC.**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - NB-85 Associates
Braden River Post Office, PO Box 21199
Bradenton, FL 34204-1199

Winn-Dixie Stores, Inc.
Winn Dixie #737
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

INVOICE   No.   4168181

Winn Dixie
RE - 2241 / 002
Kings Crossing Shopping Center
2000 Kings Highway
Port Charlotte
33980-

Date   03/31/05

Account No.   73523

Lease   49705

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Common Area Maintenance Charges for Period: 01/01/04  through  12/31/04

| | |
|---|---:|
| Total Costs incurred by Landlord . . . . | 224,098.19 |
| PRO RATA Share . . . . . . . . . . . . . .  x | .542012 |
| | 121,463.91 |
| Occupancy Factor . . . . . . . . . . . . .  x | 1.000000 |
| Your Share of Costs. . . . . . . . . . . | 121,463.91 |
| A & O per your Lease . . . . . . . . . . + | |
| Total. . . . . . . . . . . . . . . . . . | 121,463.91 |
| Escrow Billings For This Period plus Prior Period Adjustments (if any). . . . - | 49,200.00 |
| Amount Due before Sales Tax. . . . . . . | 72,263.91 |
| Sales Tax @  .000 % . . . . . . . . . . + | |
| Due After All Escrow Paid. . . . . . . . | 72,263.91 |

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

*Less Credit Allowed   - $ 10,223.62*
*Balance Due           $ 62,040.29*

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04168181



**BENDERSON DEVELOPMENT COMPANY, LLC**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - NB-85 Associates
PO Box 823201
Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.
Winn Dixie #737
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

I N V O I C E    No. 4494406

Winn Dixie
RE - 2241 / 009
Kings Crossing Shopping Center
1932 - 2000 Kings Highway
Port Charlotte
33980-

Date      03/30/06

Account No.      73523

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

Lease     49705

Common Area Maintenance Charges for Period: 01/01/05  through   12/31/05

```
Total Costs incurred by Landlord . . . .         158,583.27

PRO RATA Share . . . . . . . . . . . . . . .  x    .525352
                                                  _____
                                                  83,312.04

Occupancy Factor . . . . . . . . . . . . .   x    1.000000
                                                  _____
Your Share of Costs. . . . . . . . . . . .         83,312.04

A & O per your Lease . . . . . . . . . . .  +    _____

Total. . . . . . . . . . . . . . . . . . .         83,312.04

Escrow Billings For This Period plus
Prior Period Adjustments (if any). . . .    -     54,000.00

Amount Due before Sales Tax. . . . . . .          29,312.04

    0 - C     .000 %  . . . . . . . .       +    _____

              Escrow Paid. . . . . . . .          29,312.04
                                                  ==========
```

Handwritten calculations:
```
29,312.04  ÷
   365. =
80.3069589041  ÷
80.3069589041  x
    51. =
4,095.6549041  *

pre
petition

    0 · C

29,312.04 ÷
 4,095.65 -
25,216.39 *

post
petition
```

to forward your payment to our new P.O. Box noted
ake sure to allow for sufficient mailing time to
plication of your payment. Address questions to
resentative, Sharon L. Alcorn at (941)360-7237.

...ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH
...AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04494406



# BENDERSON DEVELOPMENT COMPANY, INC.
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

```
Remit to - NB-85 Associates
           Braden River Post Office, PO Box 21199
           Bradenton, FL 34204-1199
```

```
Winn-Dixie Stores, Inc.                        Invoice Date    Invoice No
Winn Dixie #737                                   03/09/05      04138285
Attn: Chrissy Norris
      Area Property Manager                         Account No.
1141 SW 12th Avenue                                  00049705
Pompano Beach, FL 33069
                                          RE -   2241    UNIT -   002
                                          Kings Crossing Shopping Cente
```

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

```
    4138285-001   2004 REAL ESTATE TAX              100,656.44
                           Total Amount Due         100,656.44
```

Note - Please remember to forward your payment to our new P.O. Box noted above.  Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)359-8303.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.


04138285

INVOICE #  4138285

Winn Dixie                                                      ACCOUNT #      49705

2004 REAL ESTATE TAX

PROPERTY #    2241
2000 Kings Highway
Port Charlotte, FL

TAX AMOUNT(s):
| | | |
|---|---|---:|
| | #SBL   0070867-000100-4 | 185,046.48 |
| | #SBL   CNT-100645-2 | 408.91 |

TOTAL TAXES ..................     185,455.39
LESS: TAX BASE (if applicable)            0.00

NET TAXES FOR BILLING ........    185,455.39
X PRORATED SHARE .............        54.2753%

YOUR SHARE OF TAXES ..........    100,656.44
ESCROW BILLING FOR PERIOD .....         0.00
BALANCE FROM PRIOR BILLINGS ...         0.00

TOTAL REAL ESTATE TAX DUE         100,656.44
==================

PLEASE REFERENCE ACCOUNT #     49705    WITH YOUR REMITTANCE



## BENDERSON DEVELOPMENT COMPANY, LLC

570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 • Fax (716) 886-2269

Remit to - NB-85 Associates
PO Box 823201
Philadelphia, PA 19182-3201

Winn-Dixie Stores, Inc.
Winn Dixie #737
Attn: Chrissy Norris
      Area Property Manager
1141 SW 12th Avenue
Pompano Beach, FL 33069

Invoice Date   Invoice No
02/03/06       04424223

Lease No.
00049705

RE - 2241    UNIT - 009
Kings Crossing Shopping Cente

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

4424223-001   2005 REAL ESTATE TAX              86,891.00
                         Total Amount Due       86,891.00

Note - Please remember to forward your payment to our new P.O. Box noted
       above.  Please make sure to allow for sufficient mailing time
       to assure timely application of your payment.

*Less Payment Received       − 74,512.01*
*Balance Due                 $ 12,378.99*

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE. RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04424223

INVOICE #   4424223

Winn Dixie                                                              LEASE #      49705

                            2005 REAL ESTATE TAX

                            PROPERTY #    2241
                            1932 - 2000 Kings Highway
                            Port Charlotte, FL

TAX AMOUNT(s):
             #SBL    0070867-000100-4                       143,403.80
             #SBL    0070867-000200-4                        70,688.85
             #SBL    CNT-100645-2                               318.55
                                                         ------------------
             TOTAL TAXES ....................             214,411.20
             LESS: TAX BASE (if applicable)                     0.00
                                                         ------------------
             NET TAXES FOR BILLING .........             214,411.20
             X PRORATED SHARE ..............                40.5254%
                                                         ------------------
             YOUR SHARE OF TAXES ...........              86,891.00
             ESCROW BILLING FOR PERIOD .....                   0.00
             BALANCE FROM PRIOR BILLINGS ...                   0.00
                                                         ------------------
             TOTAL REAL ESTATE TAX DUE                    86,891.00
                                                         ==================

       PLEASE REFERENCE LEASE #    49705    WITH YOUR REMITTANCE