# EXHIBIT G

## INTEREST CURE CLAIMS (through 6/30/06)

| Store # | Location | Interest |
|---|---|---|
| 637 | Palm River Square (Tampa, FL) | $ 3,869.26 |
| 651 | Land O' Lakes, FL | $ 7,113.87 |
| 656 | Shoppes of Paradise Bay (Bradenton, FL) | $ 1,787.97 |
| 660 | NBR Market Place West (Bradenton, FL) | $ 27,198.02 |
| 737 | Kings Crossing Shopping Center (Port Charlotte, FL) | $ 23,170.73 |