# EXHIBIT H

## INTEREST CALCULATIONS

Winn Dixie Store # 637
Palm River Square
Tampa, FL
Prop # 2396 Unit # 008 Lease # 51916

**2004 Real Estate Tax due 03/24/05**

| | |
|---|---|
| 03/24/05-12/31/05 | $ 30,834.75x7%÷365x283= 1,673.52 |
| 01/01/06-06/30/06 | $ 30,834.75x9%÷365x181= 1376.16 |

**Water/Utility due 06/15/05**

| | |
|---|---|
| 06/15/05-12/31/05 | $2,901.68x7%÷365x200=111.30 |
| 01/01/06-06/30/06 | $2,901.68x9%÷365x181=129.50 |

**Water/Utility due 07/06/05**

| | |
|---|---|
| 07/06/05-12/31/05 | $4,140.77x7%÷365x179=142.14 |
| 01/01/06-06/30/06 | $4,140.77x9%÷365x181=184.80 |

**2005 Real Estate Tax due 01/23/06**

| | |
|---|---|
| 01/23/06-06/30/06 | $6,423.65x9%÷365x159= $251.84 |

**TOTAL**                                $3,869.26

Additionally, $10.91 will accrue per diem from July 1, 2006

## INTEREST CALCULATIONS

Winn Dixie Store # 651
Land O' Lakes
Land O' Lakes, FL
Prop # 2672 Unit # 001 Lease # 53034

**2004 Real Estate Tax due 03/17/05**

| | |
|---|---|
| 03/17/05-12/31/05 | $ 60,396.02x7%÷365x289=3,347.43 |
| 01/01/06-06/30/06 | $ 60,396.02x9%÷365x181=2,695.48 |

**2005 Real Estate Tax due 02/18/06**

| | |
|---|---|
| 02/18/06-04/07/06 | $58,864.08x9%÷365x48=696.69 |
| 04/08/06-06/30/06 | $ 8,386.12x9%÷365x181=374.27 |

**TOTAL**                                             **$7,113.87**

Additionally, $16.96 will accrue per diem from July 1, 2006

## INTEREST CALCULATIONS

Winn Dixie Store # 656
Shoppes of Paradise Bay
Prop # 2049 Unit # 008 Lease # 45235

### 2004 Real Estate Tax due 03/17/05

| | |
|---|---|
| 03/17/05-12/31/05 | $ 15,465.05x7%÷365x289= 857.14 |
| 01/01/06-06/30/06 | $ 15,465.05x9%÷365x181= 690.20 |

### 2005 Real Estate Tax due 01/07/06

| | |
|---|---|
| 01/07/06-04/10/06 | $ 8,439.95x9%÷365x92=191.46 |
| 04/10/06-06/30/06 | $ 2,334.22x9%÷365x82=47.20 |

### HVAC due 6/14/06

$ 500.00x9%÷365x16=1.97

**TOTAL**                                  **$1,787.97**

Additionally, $4.50 will accrue per diem from July 1, 2006

## INTEREST CLAIM CALCULATIONS

Winn Dixie Store # 660
NBR Marketplace West
Bradenton, FL
Prop # 2699 Unit # 006 Lease # 53641

| | |
|---|---|
| Interest | $ 21,055.41 |
| Interest | $  6,142.61 |
| **Total** | **$ 27,198.02** |

Additionally, $119.35 will accrue per diem from July 1, 2006

## INTEREST CALCULATIONS

Winn Dixie Store # 737
Kings Crossing Shopping Center
Port Charlotte, FL
Prop # 2241 Unit # 009 Lease # 49705

**Cam Escrows $400.00 due 01/01/05**

| | |
|---|---|
| 01/01/05-12/31/05 | $ 400x7%= 28.00 |
| 01/01/06-06/30/06 | $ 400x9%÷365x181= 17.85 |

**Cam Escrows $289.50 due 02/01/05**

| | |
|---|---|
| 02/01/05-12/31/05 | $ 289.50x7%÷365x334=18.54 |
| 01/01/06-06/30/06 | $ 289.50x9%÷365x181=12.92 |

**Cam Reconciliation 2003-due 03/31/04**

| | |
|---|---|
| 03/31/04-08/25/04 | $61,419.99x7%÷365x148=1,743.32 |
| 08/26/04-12/31/04 | $22,880.44x7%÷365x127=557.28 |
| 01/01/05-12/31/05 | $22,880.44x7%=1601.63 |
| 01/01/06-06/30/06 | $22,880.44x9%÷365x181=1,021.15 |

**2004 Cam Reconciliation due 04/15/05 $6,2040.29**

| | |
|---|---|
| 04/15/05-12/31/05 | $6,2040.29x7%÷365x261=3,105.41 |
| 01/01/06-06/30/06 | $6,2040.29x9%÷365x181=2,768.86 |

**2005 Cam Reconciliation due 04/14/06**

| | |
|---|---|
| 04/14/06-06/30/06 | $2,9312.04x9%÷365x77=556.52 |

**Real Estate Tax 2004 due 3/24/05**

| | |
|---|---|
| 03/24/05-12/31/05 | $100,656.44x7%÷365x283=5,463.02 |
| 01/01/06-06/30/06 | $100,656.44x9%÷365x181=4,492.31 |

**Real Estate Tax 2005 due 02/18/06**

| | |
|---|---|
| 02/18/06-05/03/06 | $86,891.00x9%÷365x75=1,606.89 |
| 05/04/06-06/30/06 | $12,378.99x9%÷365x58=177.03 |

**TOTAL**                                                       **$23,170.73**

Additionally, $56.21 will accrue per diem from July 1, 2006