UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 23, 2006, I caused copies of:

- the **Notice of Debtors' Second Omnibus Objection to Unresolved Litigation Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 30, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: L2

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                          **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>RT 1, BOX 3130<br>MONTICELLO FL 32344 | CREDITOR ID: 416974-15<br>ALEXANDER, LORETHIA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 399467-82<br>BERCEA, JOHN<br>1839 ADAMS STREET<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 417422-15<br>BOYD, RACHEL L<br>C/O WIGGINS, CHILDS, QUINN ET AL<br>ATTN A C ROBERTSON/T D TRUEBLOOD<br>301 19TH STREET NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 402463-89<br>CAHOE, JOSEPH R<br>6012 BAY PINE DRIVE<br>LOUISVILLE KY 40219 | CREDITOR ID: 397823-15<br>CHARLES, KATRINA<br>425 NW 29TH TERRACE<br>FORT LAUDERDALE, FL 33311 |
| CREDITOR ID: 398154-77<br>CHISM, JEROME<br>C/O WILKINSON LAW FIRM, PC<br>ATTN CYNTHIA WILKINSON, ESQ<br>SUITE 811<br>215 N RICHARD ARRINGTON JR BLVD<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 399482-82<br>CLOWER, RUSSELL B JR<br>141 WILMONT ROAD<br>GREENVILLE MS 38701 | CREDITOR ID: 399485-82<br>CRAWFORD, MICHAEL<br>145 NW 3RD STREET<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>960 LEMON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 269437-18<br>CUYLER, REBECCA<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 411267-15<br>DELEGAL LAW OFFICES, PA<br>ATTN T A DELEGAL III, ESQ<br>424 E MONROE STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 118103-09<br>DELEON, CRISTAL J<br>843 NW 12 ST<br>MIAMI FL 33136 | CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>2807 TARTARY DRIVE<br>TALLAHASSEE FL 32301 | CREDITOR ID: 416973-15<br>DESSALINES, HUBERT<br>C/O MARIE A MATTOX, PA<br>ATTN MARIE A MATTOX, ESQ<br>310 EAST BRADFORD ROAD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 269618-19<br>DOMINGUEZ, PEDRO<br>C/O MANZINI & ASSOCIATES, PA<br>ATTN NICHOLAS A MANZINI, ESQ<br>169 E FLAGLER ST, SUITE 1500<br>MIAMI FL 33131 | CREDITOR ID: 22770-05<br>DUCINVIL, THERAMENE G<br>2541 SW 10 STREET<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 23899-05<br>EILER, DOYLE A<br>5376 SKYLARK MANOR DRIVE<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 248949-12<br>EMEKA I KWENTOH & THOMAS F TALTY<br>C/O DE RAMUS & TALTY<br>ATTN THOMAS T TALTY, ESQ<br>2015 FIRST AVENUE NORTH<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 416996-15<br>FITZGERALD-MARHOLD, MAUREEN<br>C/O GRAYROBINSON, PA<br>ATTN J ANTHONY / S BIERNACKI, ESQS<br>201 N FRANKLIN STREET, SUITE 2200<br>TAMPA FL 33602 | CREDITOR ID: 244854-12<br>FLUKER, CELIEA F<br>1312 13TH AVE NW<br>CHILDERSBURG AL 35044 |
| CREDITOR ID: 128275-09<br>FONSECA, TERESA<br>9777 NW 127 TERR<br>HIALEAH GARDENS FL 33016 | CREDITOR ID: 397977-76<br>GAMBLE, BRODERICK ET AL<br>2635 23RD STREET<br>TUSCALOOSA, AL 35401 | CREDITOR ID: 403477-93<br>GO, WAH HONG<br>C/O LAW OFFICES ANTHONY F SANCHEZ<br>ATTN ANTHONY F SANCHEZ, ESQ.<br>ALFRED I DUPONT BLDG<br>169 E FLAGLER STREET, SUITE 1500<br>MIAMI FL 33131 |
| CREDITOR ID: 197357-09<br>GUNNELLS, RAYMOND A<br>21359 HIGHWAY 417<br>LETTSWORTH LA 70753 | CREDITOR ID: 197357-09<br>GUNNELLS, RAYMOND A<br>C/O DAN M SCHEUERMANN LAW FIRM<br>ATTN TROY D JACKSON, ESQ<br>600 AMERICA STREET<br>BATON ROUGE LA 40802 | CREDITOR ID: 159979-09<br>KIRBY, CONNIE S<br>PO BOX 1436<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 159979-09<br>KIRBY, CONNIE S<br>C/O HOGAN & HOGAN<br>ATTN THOMAS J HOGAN JR, ESQ<br>PO BOX 1274<br>HAMMOND LA 70404 | CREDITOR ID: 162298-09<br>LANDRY, SHIRLEY A<br>18954 VIGNES LAKE AVE<br>BATON ROUGE LA 70817 | CREDITOR ID: 381760-15<br>LESENE, RAGUEL<br>C/O RANDY A FLEISCHER, ESQ<br>8258 STATE RD 84<br>DAVIE FL 33324 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 269639-19<br>MACK, DON<br>C/O WILKINSON LAW FIRM PC<br>ATTN CYNTHIA WILKINSON, ESQ<br>SUITE 811<br>215 N RICHARD ARRINGTON BLVD.<br>BIRMINGHAM AL 35203 | CREDITOR ID: 175475-09<br>MCNALLY, ROSE MARIE C<br>82 RAEMOORE DRIVE<br>PALM COAST FL 32164 | CREDITOR ID: 269646-19<br>MUNRO, THOMAS<br>C/O FLORIN ROEBIG<br>ATTN A OUTTEN/C GRAY, ESQS<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 193072-09<br>PITTS, MACK<br>1784 GILLEM DRIVE<br>ATLANTA GA 30310 | CREDITOR ID: 269658-19<br>RUPPERECHT, JOHN<br>C/O FLORIN ROEBIG & WALKER, PA<br>ATTN W FLORIN/C GRAY, ESQS<br>777 ALDERMAN ROAD<br>PALM HARBOR FL 34683 | CREDITOR ID: 206677-09<br>SAUNDERS, DARREN A<br>19001 NW 24TH AVE<br>OPA LOCKA FL 33052-6130 |
| CREDITOR ID: 206677-09<br>SAUNDERS, DARREN A<br>C/O MANZINI & ASSOCIATES, PA<br>ATTN NICOLAS A MANZINI, ESQ<br>169 E FLAGER ST, STE 1500<br>MIAMI FL 33131 | CREDITOR ID: 269660-19<br>SHERRILL, MIGNON<br>C/O BETTS & ASSOCIATES<br>ATTN DAVID E BETTS, ESQ<br>140 PEACHTREE STREET NW<br>ATLANTA GA 30303 | CREDITOR ID: 269673-19<br>WILLIAMSON, JANICE<br>C/O ALBRITTONS CLIFTON ALVERSON<br>ATTN THOMAS B ALBRITTON, ESQ<br>PO BOX 880<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 235886-09<br>WILSON, ANNIE R<br>603 FINLEY AVE.<br>SYLACAUGA AL 35150 | CREDITOR ID: 398012-76<br>WINDHAM, JENNY<br>235 B EAST WASHINGTON STREET<br>ABBEVILLE, AL 36310 | |

      **Total:** 41

# EXHIBIT B

[Claimant's Name & Address]                              [Attorney's Name & Address]

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                       )   Case No. 05-03817-3F1
                                             )
WINN-DIXIE STORES, INC., et al.,             )   *Chapter 11*
                                             )
Debtors. [1]                                 )   Jointly Administered
                                             )

**NOTICE OF DEBTORS' SECOND OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

| CLAIM(S) SUBJECT TO OBJECTION ||
|---|---|
| **Claim No.:** | **Claim Amount:** |

1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Second Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.   The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) SUBJECT TO OBJECTION because the Debtors (a) contest the legal basis of each claim and (b) dispute the amount of each claim.  In addition, the Debtors may also object to your claim based upon one more of the following grounds: (i) claims which are not supported by legally sufficient documentation; (ii) claims which were not filed prior to the applicable proof of claim bar date; (iii) claims which are required to be reclassified as unsecured; (iv) claims which appear to be duplicative of other claims filed against the Debtors; (v) claims which appear to have been amended and superseded by later filed claims; and/or (vi) claims which have been settled or withdrawn.

3.   The Objection is being made at this time only to confirm that your claims listed above under CLAIM(S) SUBJECT TO OBJECTION have been objected to and are in dispute at this time.

**4.   This Objection does NOT require you to file any response or attend any hearing at this time.  NO hearing has been noticed or scheduled on the Objection at this time.**

5.   The Debtors will continue to utilize the Claims Resolution Procedures, including the mediation procedures authorized by the Bankruptcy Court, to settle or liquidate the Unresolved Litigation Claims. The Debtors reserve the right, however, to prosecute one or more of the objections at such time that the Debtors deem appropriate.  Therefore, in the future, you may receive a separate notice of hearing to adjudicate one or more of the objections against you and you will be given an opportunity to respond to such objection at such time.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

6. You may disregard this Notice and the Objection **IF** your litigation claim has already been resolved by the entry of an Agreed Order through the Claims Resolution Procedure.

7. In addition to the reasons set forth above for the Objection to your claim, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. **If you have any questions regarding the Notice or the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated:    June 22, 2006

SMITH HULSEY & BUSEY

By    */s/ James H. Post*
    Stephen D. Busey
    James H. Post, F.B.N. 175460
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202

Co-counsel for Debtors