UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., <u>et al.</u>, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 26, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 30, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

# SERVICE LIST
## Notice of Transfer of Claim Other Than For Security

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 400436-15<br>AT&T CORP<br>ATTN LISA MCLAIN, ADMIN AGENT<br>1355 W UNIVERSITY DR<br>MESA AZ 85201 | CREDITOR ID: 452441-97<br>AT&T CORP<br>ATTN: JEFFREY CLARK, MGR<br>1355 W UNIVERSITY DRIVE<br>ROOM #TDL L223<br>MESA AZ 85201 |
| CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 452442-97<br>REXAM BEVERAGE CAN COMPANY<br>ATTN: RON LOTTMAN, VP & CFO<br>8770 W BRYN MAWR AVE, STE 175<br>CHICAGO IL 60631 | CREDITOR ID: 382079-36<br>REXAM BEVERAGE CAN COMPANY<br>ATTN BRUCE M BIALY, CR MGR<br>8770 W BRYN MAWR AVE, SUITE 175<br>CHICAGO IL 60631-3655 |

**Total:** 6

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 8748

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| AT&T CORP | CONTRARIAN FUNDS, LLC |
| Name of Transferor | Name of Transferee |
| AT&T CORP<br>ATTN LISA MCLAIN, ADMIN AGENT<br>1355 W UNIVERSITY DR<br>MESA AZ 85201 | CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: 800 414 4099 ext 6320<br>Account No.: 400436 | Phone: 203 862 8236<br>Account No.: 416956 |
| AT&T CORP<br>ATTN: JEFFREY CLARK, MGR<br>1355 W UNIVERSITY DRIVE<br>ROOM #TDL L223<br>MESA AZ 85201 | |
| Phone:<br>Account No.: 452441 | |
| Claim No.: 833<br>Date Claim Filed: 04/25/2005 | Full Transfer: (X)　　Partial Transfer:<br>Transfer Amount: $1,129,757.90 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/26/2006　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8769 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| REXAM BEVERAGE CAN COMPANY | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| REXAM BEVERAGE CAN COMPANY | AMROC INVESTMENTS LLC |
| ATTN BRUCE M BIALY, CR MGR | ATTN DAVID S LEINWAND ESQ |
| 8770 W BRYN MAWR AVE, SUITE 175 | 535 MADISON AVE 15TH FLR |
| CHICAGO IL 60631-3655 | NEW YORK NY 10022 |
| | |
| Phone: 773 399 8492 | Phone: |
| Account No.: 382079 | Account No.: 399614 |
| | |
| REXAM BEVERAGE CAN COMPANY | |
| ATTN: RON LOTTMAN, VP & CFO | |
| 8770 W BRYN MAWR AVE, STE 175 | |
| CHICAGO IL 60631 | |
| | |
| Phone: | |
| Account No.: 452442 | |
| | |
| Claim No.: 9469 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Transfer Amount: $815,667.63 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 06/26/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  June 26, 2006.