UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 29, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: June 30, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 457585-97<br>KELLER CROSSING TEXAS LP<br>C/O MCGUIREWOODS LLP<br>ATTN: ROBERT A COX JR, ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 2344-RJ<br>KELLER CROSSING TEXAS, LP<br>C/O BVT MGMT SERVICES, INC.<br>ATTN K E WILLSON/K R MARSHALL<br>3350 RIVERWOOD PKWY, STE 1500<br>ATLANTA GA 30339 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 457584-97<br>MELLO SMELLO LLC<br>ATTN: JOE MORRIS, PRES<br>3440 WINNETKA AVENUE NO<br>MINNEAPOLIS MN 55427 | CREDITOR ID: 256041-12<br>MELLO SMELLO, LLC<br>ATTN: BOB MEYER, SR ACCTG MGR<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 407714-15<br>WILLOW BROOK FOODS, INC<br>C/O LATHROP & GAGE, LC<br>ATTN DAN NELSON, ESQ<br>PO BOX 4288<br>SPRINGFIELD MO 65808-4288 | |

    **Total: 8**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1
                                                                          Docket No.: 8790

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| KELLER CROSSING TEXAS, LP | MADISON INVESTMENT TRUST - SERIES 1 |
|---|---|
| Name of Transferor | Name of Transferee |

KELLER CROSSING TEXAS, LP
C/O BVT MGMT SERVICES, INC.
ATTN K E WILLSON/K R MARSHALL
3350 RIVERWOOD PKWY, STE 1500
ATLANTA GA 30339

MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 770 618 3500
Account No.: 2344

Phone: 800 896 8913
Account No.: 410459

KELLER CROSSING TEXAS LP
C/O MCGUIREWOODS LLP
ATTN: ROBERT A COX JR, ESQ
BANK OF AMERICA CORP CENTER
100 NORTH TYRON ST, STE 2900
CHARLOTTE NC 28202

Phone: 703 373 4637
Account No.: 457585

Claim No.: 9563                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/28/2005                       Transfer Amount: $649,639.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/29/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 29, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                             Case No.: 05-03817-3F1
                                                                   Docket No.: 8783

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MELLO SMELLO, LLC   ID: 256041<br>Name of Claimant/Transferor | SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520<br>Transferee |
| MELLO SMELLO, LLC<br>ATTN: BOB MEYER, SR ACCTG MGR<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427<br>Phone: 763 504 5425 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830<br>Phone: 203 542 4032 |
| MELLO SMELLO, LLC   ID: 457584<br>ATTN: JOE MORRIS, PRES<br>3440 WINNETKA AVE NO<br>MINNEAPOLIS, MN 55427<br>Phone: 763 504 5425 | SPC GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017<br>Phone: 212 476 4770 |

Claim No.: 2937                        Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 05/13/2005           Amount: $62,145.89

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/29/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 29, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 8782

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WILLOW BROOK FOODS INC   ID: 407714<br>Name of Claimant/Transferor<br><br>WILLOW BROOK FOODS INC<br>C/O LATHROP & GAGE, LC<br>ATTN DAN NELSON, ESQ<br>PO BOX 4288<br>SPRINGFIELD  MO  65808-4288<br>Phone: 417 886 2000 | SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520<br>Transferee<br><br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH  CT  06830<br>Phone: 203 542 4032<br><br>SPC GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK  NY  10017<br>Phone: 212 476 4770 |

Claim No.: 5302                         Full Transfer: ☒            Partial Transfer:
Date Claim Filed: 07/05/2005            Amount: $68,818.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/29/2006                                          /s/ Logan & Company, Inc.
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on June 29, 2006.