UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**OBJECTION OF LONDON ASSOCIATES, LTD. TO DEBTORS'
AMENDED OMNIBUS MOTION FOR ORDER TO (I) ASSUME
NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE
AMOUNTS, AND (III) GRANT RELATED RELIEF**

London Associates, Ltd. (hereinafter "London Associates") hereby files its Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (hereinafter the "Motion"), and states as follows:

**I.      Factual and Procedural Background.**

1.      On February 21, 2005 (hereinafter the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three (23) of its subsidiaries and affiliates (hereinafter collectively the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      London Associates leases to certain Debtors Store 290, a full service store in the West Palm designated market area ("Store 290 Lease") and Store 279, a liquor store contiguous to 290 ("Store 279 Lease") (collectively, the " London Associates Leases").

3.      On or about May 20, 2006, the Debtors filed the Motion seeking, among other relief, an order allowing Debtors to assume the London Associates Leases.

4. In the Motion, the Debtors allege that the cure of the London Associates Leases is $0 dollars.

## II. OBJECTION TO DEBTORS' MOTION

5. London Associates objects to the Debtors' alleged cure amount.

6. London Associates submits that the actual cure for the Store 279 Lease is at least $16,218.64 not including July monthly lease charges and CAM reconciliation (the "279 Monetary Defaults"). Moreover, London Associates submits that the actual cure for the Store 290 Lease is at least $167,660.38 not including July monthly lease charges and CAM reconciliation (the "290 Monetary Defaults"). Attached hereto as **Composite Exhibit "A"** is a reconciliation of the 279 Monetary Defaults and the 290 Monetary Defaults.

7. Pursuant to 11 U.S.C. § 365(b), Debtors are required to cure or provide adequate assurance of prompt cure of all defaults of the London Associates Leases, including the 279 Monetary Default and the 290 Monetary Default.

8. Consequently, prior to assuming the London Associates Leases, Debtors must cure all defaults as required pursuant to 11 U.S.C. §365.

**WHEREFORE**, London Associates respectfully requests that the Court sustain the objection raised herein and require the Debtors to cure all defaults of the London Associates

Leases, including the 279 Monetary Defaults and the 290 Monetary Defaults listed herein and grant London Associates such other relief as is just and proper under the circumstances.

Dated this 30th day of June, 2006.

Respectfully submitted,

By: /s/ Jimmy D. Parrish  JDP
R. Scott Shuker, Esq.
Florida State Bar No. 984469
Jimmy D. Parrish, Esq.
Florida State Bar No. 526401
**GRONEK & LATHAM, LLP**
390 North Orange Avenue, Ste 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Counsel for Creditor London Associates, Ltd.

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing Objection of London Associates, Ltd. to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief on the following parties, by either electronic transmission and/or U.S. First Class mail, in a properly addressed envelope, with adequate postage affixed thereof, as necessary:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Office of United States Trustee
135 W. Central Blvd.
Orlando, FL 32801

Dated this 30th day of June 2006.

By:  /s/ Jimmy D. Parrish  JDP
Jimmy D. Parrish, Esq.



## MEMORANDUM

Date: 6/28/2006    Revised / Updated

To: Dave Johnston

From: Marcel Gagne

Subject: 410-678 Winn Dixie Liquor #279 & 410-680 Winn Dixie #290

As you know this tenant declared bankruptcy and has proceeded with restructuring as of 02/22/2005. The current Open Items on account are as follows;

410-678 Winn Dixie Liquor #279:

| 04/01/2004 | DESCRIPTION | UNPAID CHARGE | Cumulative Balance |
|---|---|---|---|
| ELC | Electric Reimb 4/1/04 | 71.44 | 71.44 |
| 06/25/2004 | | | |
| OPE | OPE Adj 3/17-06/01/04 | 1,123.50 | 1,194.94 |
| 08/01/2004 | | | |
| OPE | Operating Exp-Exempt | 322.50 | 1,517.44 |
| 09/01/2004 | | | |
| OPE | Operating Exp-Exempt | 322.50 | 1,839.94 |
| 10/01/2004 | | | |
| OPE | Operating Exp-Exempt | 322.50 | 2,162.44 |
| 10/11/2004 | | | |
| LAT | Late Fee | 16.13 | 2,178.57 |
| 11/01/2004 | | | |
| OPE | Operating Exp-Exempt | 322.50 | 2,501.07 |
| 11/11/2004 | | | |
| LAT | Late Fee | 16.13 | 2,517.20 |

Composite Exhibit "A"

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 12/01/2004 | OPE | Operating Exp-Exempt | 322.50 | 2,839.70 |
| 12/13/2004 | LAT | Late Fee | 16.13 | 2,855.83 |
| 01/01/2005 | OPE | Operating Exp-Exempt | 322.50 | 3,178.33 |
| 01/11/2005 | LAT | Late Fees | 16.93 | 3,195.26 |
| 02/01/2005 | OPE | Operating Exp-Exempt | 0.03 | 3,195.29 |
| | | **TOTAL PRE-FILING CHARGES UNPAID** | | **3,195.29** |
| 03/01/2005 | CRN | Commercial Rent – Exempt | 7100.00 | 7,100.00 |
| 3/11/2005 | LAT | Late Fee | 371.13 | 7,471.13 |
| 01/01/2006 | OPE | Operating Exp-Exempt | 555.44 | 8,026.57 |
| | YNN | Annual Ins. – Exempt | 2,079.34 | 10,105.91 |
| 02/01/2006 | OPE | Operating Exp-Exempt | 555.44 | 10,661.35 |
| 02/13/2006 | LAT | Late Fee | 27.77 | 10,689.12 |
| 03/01/2006 | OPE | Operating Exp-Exempt | 555.44 | 11,244.56 |
| 03/10/2006 | LAT | Late Fee | 29.16 | 11,273.72 |
| 04/01/2006 | OPE | Operating Exp-Exempt | 555.44 | 11,829.16 |
| 04/11/2006 | LAT | Late Fee | 27.77 | 11,856.93 |
| 05/01/2006 | OPE | Operating Exp-Exempt | 555.44 | 12,412.37 |

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 05/11/2006 LAT | | Late Fee | 27.77 | 12,440.14 |
| 06/01/2006 OPE | | Operating Exp-Exempt | 555.44 | 12,995.58 |
| 06/11/2006 LAT | | Late Fee | 27.77 | 13,023.35 |
| | | **TOTAL POST FILING UNPAID** | | 13,023.35 |
| TOTAL PRE & POST FILING CHARGES UNPAID THIS ACCT | | | | $16,218.64 |

410-680 Winn Dixie #290:

| 01/01/2006 | DESCRIPTION | UNPAID CHARGE | Cumulative Balance |
|---|---|---|---|
| OPE | Operating Exp- Exempt | 5,628.46 | 5,628.46 |
| YNN | Annual Ins. – Exempt | 19,784.84 | 25,413.30 |
| YRN | Annual RE Txs – Exempt | 112,236.76 | 137,650.06 |
| 02/01/2006 | | | |
| OPE | Operating Exp- Exempt | 5,729.69 | 143,379.75 |
| 02/13/2006 | | | |
| LAT | Late Fee | 215.32 | 143,662.85 |
| 03/01/2006 | | | |
| OPE | Operating Exp- Exempt | 5,729.69 | 149,392.54 |
| 03/10/2006 | | | |
| LAT | Late Fee | 297.25 | 149,689.79 |
| 04/01/2006 | | | |
| OPE | Operating Exp- Exempt | 5,729.69 | 155,419.48 |
| 04/11/2006 | | | |
| LAT | Late Fee | 283.10 | 155,702.58 |
| 05/01/2006 | | | |
| OPE | Operating Exp- Exempt | 5,729.69 | 161,432.27 |
| 05/11/2006 | | | |
| LAT | Late Fee | 283.10 | 161,715.37 |
| 06/01/2006 | | | |
| OPE | Operating Exp- Exempt | 5,729.69 | 167,445.06 |
| 06/11/2006 | | | |
| LAT | Late Fee | 283.10 | 167,728.16 |
| TOTAL POST FILING CHARGES UNPAID THIS ACCT | | | **$167,660.38** |