Exhibit A. Cure Amounts for Winn-Dixie Stores, Inc. Lease
for Space in Lake City Shopping Center Held by Prudential Insurance Company of America

**Location**  Lake City Shopping Center                **Attorney Fees**[3] $8,125.62

| Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | |
| $1,449.42 | Estimated 2005 Pro-Rated Real Estate Tax | $0.00 | $1,449.42 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| $1,449.42 | | $0.00 | $1,449.42 |
| **Post-Petition Rent and Charges:** | | | |
| $8,781.78 | Estimated 2005 Pro-Rated Real Estate Tax | $0.00 | $8,781.78 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| $8,781.78 | | $0.00 | $8,781.78 |

**Total Due:**                               **$18,356.82**

---

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Pre-Petition interest calculated at 10% from the due date through the petition date 02-21-05. Post-Petition interest calculated at 10% from the due date through 06-30-06 (End of Month)

3 Includes attorneys fees and costs accrued through 06-22-06. Landlord will supplement with final attorneys fee and cost amounts when available.

31307727_1 XLS

Exhibit "A"