## Exhibit B-1. Cure Amounts for Winn-Dixie Stores, Inc. Lease for Space in Park View Square Held by Prudential Insurance Company of America

**Location**  Park View Square  Winn Dixie Store        **Attorney Fees**[3] $2,884.67

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 1/1/2005 | $17,380.10 | Pro-rated 2005 Taxes | $242.85 | $17,622.95 |
| 1/1/2005 | $3,409.35 | Pro-rated 2005 Insurance | $47.64 | $3,456.99 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | $20,789.45 | | $290.49 | $21,079.94 |
| | | | | |
| **Post-Petition Rent and Charges:** | | | | |
| 12/9/2005 | ($1,030.43) | | $0.00 | ($1,030.43) |
| 12/13/2005 | ($5,034.41) | | $0.00 | ($5,034.41) |
| | ($5,152.15) | Monthly credit of $1,030.43 for Jan.-May, 2006 | $0.00 | ($5,152.15) |
| | $20,658.07 | Pro-rated 2005 Insurance | $0.00 | $20,658.07 |
| | ($3,939.60) | | $0.00 | ($3,939.60) |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | $5,501.48 | | $0.00 | $5,501.48 |

**Total Due:**            **$29,466.09**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease

2  Pre-Petition interest calculated at 10% from the due date through the petition date 02-21-05. Post-Petition interest calculated at 10% from the due date through 06-30-06 (End of Month).

3  Includes attorneys fees and costs accrued through 06-22-06. Landlord will supplement with final attorneys fee and cost amounts when available.

31307727_1 XLS                                                **Exhibit "B-1"**