## Exhibit B-2. Cure Amounts for Winn-Dixie Stores, Inc. Lease for Space in Park View Square Held by Prudential Insurance Company of America

**Location**  Park View Square Winn Dixie Liquor Store    **Attorney Fees[3]**

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 1/1/2005 | $1,213.26 | Pro-rated 2005 Taxes | $16.95 | $1,230.21 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | | $0.00 |
| | $1,213.26 | | $16.95 | $1,230.21 |
| | | | | |
| **Post-Petition Rent and Charges:** | | | | |
| | ($430.02) | Credit of $71.67 per month for six months from Dec. 05-May 06 | $0.00 | ($430.02) |
| 3/16/2006 | ($351.77) | Insurance Credit | $0.00 | ($351.77) |
| 3/16/2006 | $1,681.49 | 2005 Insurance | $49.29 | $1,730.78 |
| 3/30/2006 | ($275.28) | Credit | $0.00 | ($275.28) |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | $624.42 | | $49.29 | $673.71 |

**Total Due:**     **$1,903.92**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 02-21-05. Post-Petition interest calculated at 10% from the due date through 06-30-06 (End of Month).

3  Includes attorneys fees and costs accrued through 06-22-06. Landlord will supplement with final attorneys fee and cost amounts when available.

31307727_1 XLS     Exhibit "B-2"