## Exhibit B-3. Cure Amounts for Winn-Dixie Stores, Inc. Lease for Space in Park View Square Held by Prudential Insurance Company of America

**Location**  Park View Square Winn Dixie Outparcel          **Attorney Fees[3]**

| | Landlord's Cure Calculation[1] | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| **Post-Petition Rent and Charges:** | | | |
| 5/1/2006 | $437.32 | $7.31 | $444.63 |
| 6/1/2006 | $437.32 | $3.59 | $440.91 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| | $874.64 | $10.90 | $885.54 |

**Total Due:**                      **$885.54**

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Pre-Petition interest calculated at 10% from the due date through the petition date 02-21-05. Post-Petition interest calculated at 10% from the due date through 06-30-06 (End of Month).

3 Includes attorneys fees and costs accrued through 06-22-06. Landlord will supplement with final attorneys fee and cost amounts when available.

Exhibit "B-3"

31307727_1 XLS