## Exhibit C. Cure Amounts for Winn-Dixie Stores, Inc. Lease for Space in St. John's Commons Held by Prudential Insurance Company of America

**Location**   St. John's Commons                                **Attorney Fees**[3] $3,285.17

|  | Landlord's Cure Calculation[1] |  | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 12/31/2004 | $21,807.27 | 2004 Adjusted Real Estate Tax | $310.68 | $22,117.95 |
| 1/1/2005 | $827.22 | Pro-rated Insurance (1/1/05-2/21/05) | $11.56 | $838.78 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | $22,634.49 | | $322.24 | $22,956.73 |
| | | | | |
| **Post-Petition Rent and Charges:** | | | | |
| 3/15/2005 | $5,011.98 | Pro-rated Insurance (2/22/05-12/31/05) | $649.50 | $5,661.48 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | $5,011.98 | | $649.50 | $5,661.48 |

**Total Due:**                                **$31,903.38**

---

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Pre-Petition interest calculated at 10% from the due date through the petition date 02-21-05. Post-Petition interest calculated at 10% from the due date through 06-30-06 (End of Month).

3 Includes attorneys fees and costs accrued through 06-22-06. Landlord will supplement with final attorneys fee and cost amounts when available.

31307727_1 XLS

Exhibit "C"