# Westfork

# Winn-Dixie #278

**Composite Exhibit B**

# Resident Ledger

**Winn-Dixie # 278**

Attn: Area Property Mgr.

WEST FORK

| | |
|---|---|
| Date: | 6/26/2006 |
| Resident Code: | t0031339 |
| Property: | tf150 |
| Unit: | 15859 |
| Status: | Current |
| Rent: | $ 36,610.83 |
| Deposit: | $ 0.00 |
| Move In Date: | 04/15/99 |
| Move Out Date: | |
| Due Day: | 0 |
| Tel# (O): | |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 03/12/04 | Misc. Non Taxable | 100.00 | | 100.00 |
| 03/12/04 | Misc. Non Taxable | 100.00 | | 200.00 |
| 08/01/04 | CAM | 3,270.25 | | 3,470.25 |
| 08/01/04 | CAM | 3,270.25 | | 6,740.50 |
| 08/16/04 | Building Repair | 990.00 | | 7,730.50 |
| 08/16/04 | Building Repair | 990.00 | | 8,720.50 |
| 05/01/05 | CAM | 0.10 | | 8,720.60 |
| 06/01/05 | CAM | 0.10 | | 8,720.70 |
| 07/01/05 | CAM | 0.10 | | 8,720.80 |
| 08/01/05 | CAM | 0.10 | | 8,720.90 |
| 09/01/05 | CAM | 0.10 | | 8,721.00 |
| 10/01/05 | CAM | 5,983.00 | | 14,704.00 |
| 10/01/05 | Monthly Rent (4/15/99-4/14/1 | 36,610.83 | | 51,314.83 |
| 10/01/05 | Rent (10/2005) | 36,610.83 | | 87,925.66 |
| 10/01/05 | CAM (10/2005) | 5,983.00 | | 93,908.66 |
| 10/21/05 | rev. misc. non taxable | (100.00) | | 93,808.66 |
| 10/21/05 | Estimated CAM | (3,270.25) | | 90,538.41 |
| 10/21/05 | Building repair | (990.00) | | 89,548.41 |
| 10/21/05 | rev CAM | (5,983.00) | | 83,565.41 |
| 10/21/05 | rev Monthly Base Rent | (36,610.83) | | 46,954.58 |
| 11/01/05 | Rent (11/2005) | 36,610.83 | | 83,565.41 |
| 11/01/05 | Estimated CAM (11/2005) | 5,983.00 | | 89,548.41 |
| 11/30/05 | RET 2005 | 163,747.71 | | 253,296.12 |
| 12/01/05 | Rent (12/2005) | 36,610.83 | | 289,906.95 |
| 12/01/05 | Estimated CAM (12/2005) | 5,983.00 | | 295,889.95 |
| 12/02/05 | 2005 Actual RET | (16,084.91) | | 279,805.04 |
| 01/01/06 | Rent (01/2006) | 36,610.83 | | 316,415.87 |
| 01/01/06 | Estimated CAM (01/2006) | 5,983.00 | | 322,398.87 |
| 01/11/06 | Chk# 8149042 | | 126,625.91 | 195,772.96 |
| 02/01/06 | Rent (02/2006) | 36,610.83 | | 232,383.79 |
| 02/01/06 | Estimated CAM (02/2006) | 5,983.00 | | 238,366.79 |
| 03/01/06 | Rent (03/2006) | 36,610.83 | | 274,977.62 |
| 03/01/06 | Estimated CAM (03/2006) | 5,983.00 | | 280,960.62 |

**Resident Ledger**

| | |
|---|---|
| Winn-Dixie # 278 | Date: 6/26/2006<br>Resident Code: t0031339<br>Property: tf150<br>Unit: 15859<br>Status: Current<br>Rent: $ 36,610.83 |
| Attn: Area Property Mgr.<br>9<br>WESTFORK | Deposit: $ 0.00<br>Move In Date: 04/15/99<br>Move Out Date:<br>Due Day: 0<br>Tel# (O):<br>Tel# (H): |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 03/02/06 | Chk# 112489098 | | 183,054.15 | 97,906.47 |
| 03/08/06 | Chk# 8172997 | | 29,914.50 | 67,991.97 |
| 03/10/06 | Chk# 8172298 | | 42,593.73 | 25,398.24 |
| 04/01/06 | Rent (04/2006) | 36,610.83 | | 62,009.07 |
| 04/01/06 | Estimated CAM (04/2006) | 5,983.00 | | 67,992.07 |
| 04/06/06 | Chk# 8184728 | | 42,593.73 | 25,398.34 |
| 05/01/06 | Rent (05/2006) | 36,610.83 | | 62,009.17 |
| 05/01/06 | Estimated CAM (05/2006) | 5,983.00 | | 67,992.17 |
| 05/08/06 | Chk# 8196520 | | 42,593.73 | 25,398.44 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.10 | 0.10 | 25,398.24 | 25,398.44 |

# Concord

# Winn-Dixie #254

# Resident Ledger

WINN-DIXIE STORES#254

... Area ........ Mgr

(co-cop)

| | |
|---|---|
| Date: | 6/26/2006 |
| Resident Code: | t0004364 |
| Property: | f0403401 |
| Unit: | 44 |
| Status: | Current |
| Rent: | $ 7,916.67 |
| Deposit: | $ 0.00 |
| Move In Date: | 05/06/96 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | (904)370-6123 |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 24,897.92 |
| 02/01/05 | Kiosks Sub-leasing Rent Non Taxable | 2,312.74 | | 27,210.66 |
| 03/01/05 | 2005 CAM Rec Non- Taxable | 8,727.00 | | 35,937.66 |
| 03/01/05 | CAM 2004 Rec Non-taxable | 3,724.00 | | 39,661.66 |
| 03/01/05 | 2004 RET Reconciliation Non-taxable | (6,709.00) | | 32,952.66 |
| 06/01/05 | CAM Rec Non-taxable | 8,727.00 | | 41,679.66 |
| 09/01/05 | CAM Rec Non-taxable | 8,727.00 | | 50,406.66 |
| 10/01/05 | Base Rent (10/2005) | 7,916.67 | | 58,323.33 |
| 10/06/05 | Chk# 8110443 | | 7,916.67 | 50,406.66 |
| 11/01/05 | Base Rent (11/2005) | 7,916.67 | | 58,323.33 |
| 11/08/05 | Chk# 8123698 | | 7,916.67 | 50,406.66 |
| 11/30/05 | 2005 RET Charges | 138,731.03 | | 189,137.69 |
| 12/01/05 | Base Rent (12/2005) | 7,916.67 | | 197,054.36 |
| 12/08/05 | Chk# 8135508 | | 7,916.67 | 189,137.69 |
| 01/01/06 | Base Rent (01/2006) | 7,916.67 | | 197,054.36 |
| 01/06/06 | Chk# 8147329 | | 7,916.67 | 189,137.69 |
| 01/10/06 | Chk# 8149009 | | 118,966.61 | 70,171.08 |
| 01/11/06 | CAM Estimate (12/2005) | 8,727.00 | | 78,898.08 |
| 01/11/06 | CAM Estimate (12/2005) | 8,727.00 | | 87,625.08 |
| 01/11/06 | :Prog Gen Reverse for chg# 7477937 | (8,727.00) | | 78,898.08 |
| 02/01/06 | Base Rent (02/2006) | 7,916.67 | | 86,814.75 |
| 03/01/06 | Base Rent (03/2006) | 7,916.67 | | 94,731.42 |
| 03/01/06 | CAM Prior Year (03/2006) | (34,908.00) | | 59,823.42 |
| 03/01/06 | Real Estate Tax Prior Year (03/2006) | 2,049.00 | | 61,872.42 |
| 04/01/06 | Base Rent (04/2006) | 7,916.67 | | 69,789.09 |
| 05/01/06 | Base Rent (05/2006) | 7,916.67 | | 77,705.76 |
| 05/08/06 | Chk# 8196011 | | 7,916.67 | 69,789.09 |
| 05/10/06 | 2005 RET Reconciliation Adjustment | (7,873.79) | | 61,915.30 |
| 05/10/06 | 2004 CAM Reconciliation | (3,724.00) | | 58,191.30 |
| 06/01/06 | Base Rent (06/2006) | 7,916.67 | | 66,107.97 |
| 06/05/06 | Chk# 8207161 | | 23,750.01 | 42,357.96 |
| 06/06/06 | Chk# 8209193 | | 7,916.67 | 34,441.29 |
| 07/01/06 | Base Rent (07/2006) | 7,916.67 | | 42,357.96 |

**Resident Ledger**

|  |  |  |
|---|---|---|
| **WINN-DIXIE STORES#254** | Date: | 6/26/2006 |
|  | Resident Code: | t0004364 |
|  | Property: | f0403401 |
|  | Unit: | 44 |
|  | Status: | Current |
|  | Rent: | $ 7,916.67 |
|  | Deposit: | $ 0.00 |
|  | Move In Date: | 05/06/96 |
|  | Move Out Date: |  |
|  | Due Day: | 1 |
|  | Tel# (O): | (904)370-6123 |
|  | Tel# (H): |  |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 7,916.67 | (5,824.79) | 0.00 | 40,266.08 | 42,357.96 |

# Cresthaven

# Winn-Dixie #221

## Resident Ledger

**Winn-Dixie # 221**
Att: Area Property Manager

(illegible signature)

| | |
|---|---|
| Date: | 6/26/2006 |
| Resident Code: | t0005002 |
| Property: | f0701501 |
| Unit: | A |
| Status: | Current |
| Rent: | $ 35,750.00 |
| Deposit: | $ 0.00 |
| Move In Date: | 05/25/88 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | (904)370-6123 |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 08/15/05 | Misc-False fire alarm chg | 228.00 | | 228.00 |
| 09/20/05 | Miscellaneous | 228.00 | | 456.00 |
| 10/11/05 | Chk# 8110516 | | 39,875.00 | (39,419.00) |
| 11/01/05 | Base Rent (11/2005) | 35,750.00 | | (3,669.00) |
| 11/01/05 | Chk# 8118746 | | 228.00 | (3,897.00) |
| 11/14/05 | Chk# 8123762 | | 39,875.00 | (43,772.00) |
| 12/01/05 | Base Rent (12/2005) | 35,750.00 | | (8,022.00) |
| 12/05/05 | False Alarms | 500.00 | | (7,522.00) |
| 12/05/05 | 2005 RET Rec. NT | 11,005.76 | | 3,483.76 |
| 12/19/05 | False Alarm Charge | 1,750.00 | | 5,233.76 |
| 12/19/05 | Chk# 8135588 | | 39,875.00 | (34,641.24) |
| 12/20/05 | October Base Rent | 35,750.00 | | 1,108.76 |
| 12/20/05 | October CAM Charge | 4,125.00 | | 5,233.76 |
| 12/20/05 | November CAM Charge | 4,125.00 | | 9,358.76 |
| 12/20/05 | December CAM Charge | 4,125.00 | | 13,483.76 |
| 01/01/06 | Base Rent (01/2006) | 35,750.00 | | 49,233.76 |
| 01/01/06 | CAM Estimate (01/2006) | 4,125.00 | | 53,358.76 |
| 01/10/06 | Chk# 8147405 | | 39,875.00 | 13,483.76 |
| 01/17/06 | Chk# 8149041 | | 9,437.82 | 4,045.94 |
| 02/01/06 | Base Rent (02/2006) | 35,750.00 | | 39,795.94 |
| 02/01/06 | CAM Estimate (02/2006) | 4,125.00 | | 43,920.94 |
| 02/13/06 | Chk# 8160784 | | 39,875.00 | 4,045.94 |
| 03/01/06 | Base Rent (03/2006) | 35,750.00 | | 39,795.94 |
| 03/01/06 | CAM Estimate (03/2006) | 4,125.00 | | 43,920.94 |
| 03/16/06 | Chk# 8172296 | | 39,875.00 | 4,045.94 |
| 04/01/06 | Base Rent (04/2006) | 35,750.00 | | 39,795.94 |
| 04/01/06 | CAM Estimate (04/2006) | 4,125.00 | | 43,920.94 |
| 04/13/06 | Chk# 8184729 | | 39,875.00 | 4,045.94 |
| 05/01/06 | Base Rent (05/2006) | 35,750.00 | | 39,795.94 |
| 05/01/06 | CAM Estimate (05/2006) | 4,125.00 | | 43,920.94 |
| 06/01/06 | Base Rent (06/2006) | 35,750.00 | | 79,670.94 |
| 06/01/06 | CAM Estimate (06/2006) | 4,125.00 | | 83,795.94 |
| 06/12/06 | Chk# 8208833 | | 39,875.00 | 43,920.94 |

# Resident Ledger

| | |
|---|---|
| **Winn-Dixie # 221**<br>Att: Area Property Manager | Date: 6/26/2006<br>Resident Code: t0005002<br>Property: f0701501<br>Unit: A<br>Status: Current<br>Rent: $ 35,750.00<br>Deposit: $ 0.00<br>Move In Date: 05/25/88<br>Move Out Date:<br>Due Day: 1<br>Tel# (O): (904)370-6123<br>Tel# (H): |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 06/13/06 | Chk# 8211127 | | 39,875.00 | 4,045.94 |
| 07/01/06 | Base Rent (07/2006) | 35,750.00 | | 39,795.94 |
| 07/01/06 | CAM Estimate (07/2006) | 4,125.00 | | 43,920.94 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 39,875.00 | 0.00 | 0.00 | 7,942.94 | 43,920.94 |

# Palm Johnson

# Winn-Dixie #209

| | | TERRANOVA CORPORATION | | |
|---|---|---|---|---|
| 6/26/2006 | | | | 6:56:03PM |
| User: LIOR | | | | Page 10 of 10 |

## OCCUPANT LEDGER

PALM JOHNSON

Unit Reference Number : 305-A            Occupant Type : CURRENT

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---:|---:|
| 07/08/2005 | CA2 | Pymt. Batch 609 Check 8066281 | -14,459.04 | 0.00 |
| 08/01/2005 | RN2 | MONTHLY RENT | 14,196.15 | 14,196.15 |
| 08/01/2005 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 14,459.04 |
| 08/08/2005 | CA2 | Pymt. Batch 912 Check 8082010 | -14,459.04 | 0.00 |
| 09/01/2005 | RN2 | MONTHLY RENT | 14,196.15 | 14,196.15 |
| 09/01/2005 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 14,459.04 |
| 09/07/2005 | CA2 | Pymt. Batch 153 Check 8098190 | -14,459.04 | 0.00 |
| 10/01/2005 | RN2 | MONTHLY RENT | 14,196.15 | 14,196.15 |
| 10/01/2005 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 14,459.04 |
| 10/06/2005 | CA2 | Pymt. Batch 354 Check 8110517 | -14,459.04 | 0.00 |
| 11/01/2005 | RN2 | MONTHLY RENT | 14,196.15 | 14,196.15 |
| 11/01/2005 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 14,459.04 |
| 11/08/2005 | CA2 | Pymt. Batch 600 Check 8123761 | -14,459.04 | 0.00 |
| 12/01/2005 | RN2 | MONTHLY RENT | 14,196.15 | 14,196.15 |
| 12/01/2005 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 14,459.04 |
| 12/01/2005 | RY9 | 2005 RET Reconciliation NT | 30,320.75 | 44,779.79 |
| 12/05/2005 | RY9 | Billing Adjustments | -30,320.75 | 14,459.04 |
| 12/05/2005 | RY9 | 2005 RET Reconciliation NT | 30,320.75 | 44,779.79 |
| 12/08/2005 | CA2 | Pymt. Batch 827 Check 8135587 | -14,459.04 | 30,320.75 |
| 01/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 44,516.90 |
| 01/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 44,779.79 |
| 01/06/2006 | CA2 | Pymt. Batch 030 Check 8147404 | -14,459.04 | 30,320.75 |
| 01/11/2006 | RY9 | Pymt. Batch 082 Check 8148328 | -26,001.08 | 4,319.67 |
| 02/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 18,515.82 |
| 02/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 18,778.71 |
| 02/09/2006 | CA2 | Pymt. Batch 334 Check 8160785 | -14,459.04 | 4,319.67 |
| 03/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 18,515.82 |
| 03/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 18,778.71 |
| 03/13/2006 | CA2 | Pymt. Batch 536 Check 8172299 | -14,459.04 | 4,319.67 |
| 04/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 18,515.82 |
| 04/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 18,778.71 |
| 04/06/2006 | CA2 | Pymt. Batch 734 Check 8184731 | -14,459.04 | 4,319.67 |
| 05/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 18,515.82 |
| 05/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 18,778.71 |
| 05/08/2006 | CA2 | Pymt. Batch 004 Check 8196519 | -14,459.04 | 4,319.67 |
| 06/01/2006 | RN2 | MONTHLY RENT | 14,196.15 | 18,515.82 |
| 06/01/2006 | CA2 | COMMON AREA MAINTENANCE | 262.89 | 18,778.71 |
| 06/06/2006 | CA2 | Pymt. Batch 236 Check 8209376 | -14,459.04 | 4,319.67 |

# Parkhill

# Winn-Dixie #353

## OCCUPANT LEDGER

Unit Reference Number : 336-006　　　　　　　　　　　　　Occupant Type : CURRENT　　　　　　MCKNICC

### Chronological History

| Date | Charge Code | Charge Description | Amount | Balance |
|---|---|---|---:|---:|
| 04/01/2006 | RN2 | MONTHLY RENT(3/18/06-3/19/11) | 17,963.00 | 22,977.20 |
| 04/01/2006 | CA2 | COMMON AREA MAINTENANCE | 290.75 | 23,267.95 |
| 04/01/2006 | RY7 | RET 2005 Reconciliation | -2,362.00 | 20,905.95 |
| 04/06/2006 | CA2 | Pymt. Batch 762 Check 8184653 | -18,815.36 | 2,090.59 |
| 05/01/2006 | SE2 | Security non taxable | 561.61 | 2,652.20 |
| 05/01/2006 | RN2 | MONTHLY RENT(3/18/06-3/19/11) | 17,963.00 | 20,615.20 |
| 05/01/2006 | CA2 | COMMON AREA MAINTENANCE | 290.75 | 20,905.95 |
| 05/08/2006 | CA2 | Pymt. Batch 016 Check 8196413 | -18,815.36 | 2,090.59 |
| 06/01/2006 | SE2 | Security non taxable | 561.61 | 2,652.20 |
| 06/01/2006 | RN2 | MONTHLY RENT(3/18/06-3/19/11) | 17,963.00 | 20,615.20 |
| 06/01/2006 | CA2 | COMMON AREA MAINTENANCE | 290.75 | 20,905.95 |
| 06/06/2006 | CA2 | Pymt Batch 232 Check 8209327 | -18,815.36 | 2,090.59 |