UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 27, 2006, I caused copies of:

- the **Notice of Debtors' First Omnibus Motion For Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: June 30, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 1W-1Y

Exhibit A – Service List
[No Liability Scheduled Claims]

Notice of Debtors' First Omnibus Motion For Order Deeming
Schedules Amended to (A) Disallow No Liability Scheduled
Claims, (B) Reduce Overstated Scheduled Claims and
(C) Reclassify Misclassified Scheduled
[No Liability Scheduled Claims]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 278710-99<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE, TN 37950-2570 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 244244-12<br>BVI DBA PRIMED WETUMPKA<br>PO BOX 240695<br>MONTGOMERY, AL 36124-0695 |
| CREDITOR ID: 246637-12<br>COLLINS & AIKMAN<br>ATTN: JAMES MOOR, VP ENG/REAL ESTAT<br>PO BOX 580<br>ALBEMARLE, NC 28001 | CREDITOR ID: 246643-12<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC<br>950 E PACES RD SUITE 900<br>ATLANTA, GA 30326 | CREDITOR ID: 249513-12<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 |
| CREDITOR ID: 249906-12<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 255234-12<br>GRAVLEE, MACON<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 252826-12<br>JDN REALTY CORPORATION<br>PO BOX 532614<br>DEPT 320<br>ACCT# 190320-JD1321<br>ATLANTA, GA 30353-2614 |
| CREDITOR ID: 255579-12<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | CREDITOR ID: 257018-12<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | CREDITOR ID: 257540-12<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 |
| CREDITOR ID: 260084-12<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 261510-12<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | |

    **Total:** 14

Exhibit A – Service List
[Scheduled Claims to be Reduced]

**Notice of Debtors' First Omnibus Motion For Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled**
[Scheduled Claimants to be Reduced]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241886-12<br>ALBERTVILLE QUALITY FOOD<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0836 | CREDITOR ID: 242343-12<br>AMSTAR FOODS<br>400 AUGUSTA ST<br>PO BOX 9239<br>GREENVILLE, SC 29604 | CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 384008-47<br>BERNIE LITTLE DISTRIBUTING<br>PO BOX 1128<br>EATON PARK, FL 33840-1128 | CREDITOR ID: 243555-12<br>BIRCHWOOD FOODS<br>BIN #53012<br>MILWAUKEE, WI 53288 |
| CREDITOR ID: 243575-12<br>BISSELL INC<br>PO BOX 73669-0<br>CHICAGO, IL 60673-7669 | CREDITOR ID: 244275-12<br>C&M FOOD DISTRIBUTING<br>PO BOX 530727<br>BIRMINGHAM, AL 35253-0727 | CREDITOR ID: 244969-12<br>CHAMBERS BOTTLING CO<br>PO BOX 2709<br>HUNTSVILLE, AL 35804 |
| CREDITOR ID: 245139-12<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | CREDITOR ID: 245374-12<br>CHUBS<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | CREDITOR ID: 245463-12<br>CITI SYSTEMS LEASING<br>DEPT 56901<br>PO BOX 67000<br>DETROIT, MI 48267 |
| CREDITOR ID: 246519-12<br>CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5314 | CREDITOR ID: 247521-12<br>DALES SAUCES<br>PO BOX 130684<br>BIRMINGHAM, AL 35213-0684 | CREDITOR ID: 248118-12<br>DIAZ FOODS<br>5501 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 |
| CREDITOR ID: 248217-12<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 248607-12<br>DYNAMIC SCAN INC<br>ATTN: JONATHAN LANIGAN, PRES<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416 | CREDITOR ID: 249496-12<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 |
| CREDITOR ID: 249503-12<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 | CREDITOR ID: 250854-12<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH, VT 05060 | CREDITOR ID: 251589-12<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 253783-12<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 254107-12<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 |
| CREDITOR ID: 254133-12<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | CREDITOR ID: 254127-12<br>KRISPY KREME<br>ATTN: FRANK GUTHRIE, PRES<br>1644 GORDON HIGHWAY<br>AUGUSTA, GA 30906 | CREDITOR ID: 254125-12<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 |

Case 3:05-bk-03817-JAF   Doc 8924   Filed 06/30/06   Page 6 of 19

SERVICE LIST
Page 2 of 3

Notice of Debtors' First Omnibus Motion For Order Deeming
Schedules Amended to (A) Disallow No Liability Scheduled
Claims, (B) Reduce Overstated Scheduled Claims and
(C) Reclassify Misclassified Scheduled
[Scheduled Claimants to be Reduced]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254128-12<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 | CREDITOR ID: 384205-47<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>ATTN: MARK GAUTHIER, PRES<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610 | CREDITOR ID: 254138-12<br>KRISPY KREME DONUT CO<br>ATTN: FRANK GUTHRIE, PRES<br>PO BOX 569<br>AUGUSTA, GA 30901 |
| CREDITOR ID: 254144-12<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARKK CIRCLE<br>DOTHAN, AL 36301 | CREDITOR ID: 254394-12<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 254743-12<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 | CREDITOR ID: 255147-12<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 |
| CREDITOR ID: 384234-47<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 380987-47<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>ATTN H MAKAMURA<br>ONE BRIDGE PLAZA, SUITE 270<br>FORT LEE NJ 07024 | CREDITOR ID: 384268-47<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 |
| CREDITOR ID: 384283-47<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 | CREDITOR ID: 258335-12<br>PEPSI COLA BOTTLING CO<br>1766 BANKHEAD HIGHWAY<br>WINFIELD, AL 35594 | CREDITOR ID: 258407-12<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 |
| CREDITOR ID: 258411-12<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 | CREDITOR ID: 259465-12<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 | CREDITOR ID: 259702-12<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 |
| CREDITOR ID: 260292-12<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417 | CREDITOR ID: 260362-12<br>SAMPCO<br>651 WEST WASHINGTON BLVD, SUITE 300<br>CHICAGO, IL 60661 | CREDITOR ID: 279039-32<br>SCHWAN'S CONSUMER BRANDS NORTH AMERICA, INC.<br>ATTN: JILL E. HAAN - SUITE 2000<br>NORMANDALE LAKE OFFICE PARK<br>8500 NORMANDALE LAKE BLVD.<br>BLOOMINGTON MN 55437 |
| CREDITOR ID: 260560-12<br>SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 261917-12<br>STEFCO INDUSTRIES INC<br>1006 MARLEY DRIVE<br>HAINES CITY, FL 33844 |
| CREDITOR ID: 452220-97<br>SUN & FUN SALES<br>ATTN: JONATHAN LANIGAN, PRES<br>1239 OLYMPIC CIRCLE<br>W PALM BEACH FL 33413 | CREDITOR ID: 262162-12<br>SUN & FUN SALES INC<br>PO BOX 21574<br>WEST PALM BEACH, FL 33416 | CREDITOR ID: 384404-47<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 |

**SERVICE LIST**

**Notice of Debtors' First Omnibus Motion For Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled**

**[Scheduled Claimants to be Reduced]**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                                        **CASE:**   05-03817-3F1

| CREDITOR ID: 380976-47 | CREDITOR ID: 264774-12 | CREDITOR ID: 264985-12 |
|---|---|---|
| VESTCOM NEW CENTURY LLC | WILLERT HOME PRODUCTS | WISE FOODS INC |
| PO BOX 34838 | PO BOX 790051 | PO BOX 538062 |
| NEWARK, NJ 07189-4838 | ST LOUIS, MO 63179 | ATLANTA, GA 30353-8062 |

**Total:   57**

Exhibit A – Service List
[Scheduled Claims to be Reclassified]

**SERVICE LIST**
**Notice of Debtors' First Omnibus Motion For Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled**
[Scheduled Claims to be Reclassified]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241890-12<br>ALCOA INC<br>PO BOX 198276<br>ATLANTA, GA 30384-8276 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 242536-12<br>ARIZONA BEVERAGE LLC<br>2450 W COPANS ROAD<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 384023-47<br>BURKHARDT DIST CO<br>PO BOX 438<br>ST AUGUSTINE, FL 32085 |
| CREDITOR ID: 245139-12<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | CREDITOR ID: 245270-12<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 | CREDITOR ID: 246952-12<br>CONWOOD SALES CO, LP<br>ATTN EDWARD J FOSTER<br>PO BOX 217<br>MEMPHIS, TN 38101-0217 |
| CREDITOR ID: 247051-12<br>COTY US INC<br>PO BOX 70613<br>CHICAGO, IL 60673-0613 | CREDITOR ID: 247061-12<br>COUNTRY GARDEN SILKS<br>PO BOX 802<br>NAHUNTA, GA 31553 | CREDITOR ID: 248571-12<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 |
| CREDITOR ID: 249303-12<br>EXXONMOBIL FUELS MARKETING<br>ATTN: BETH E BROWN<br>120 MCDONALD STREET<br>SAINT JOHN NB E2J 1M5<br>CANADA | CREDITOR ID: 250695-12<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA 30368-6223 | CREDITOR ID: 251433-12<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 252269-12<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL 60674-1913 | CREDITOR ID: 254130-12<br>KRISPY KREME<br>ATTN: JAMES ANDERSON, PRES<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH, FL 32114 | CREDITOR ID: 254129-12<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 |
| CREDITOR ID: 254147-12<br>KRISPY KREME DOUGHNUTS<br>ATTN: TERRENCE JONES, VP<br>310 NW 13TH STREET<br>GAINESVILLE, FL 32601 | CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255826-12<br>MAXELL CORP OF AMERICA<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325 | CREDITOR ID: 256749-12<br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 |
| CREDITOR ID: 257888-12<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #98783<br>CHARLOTTE, NC 28201-1067 | CREDITOR ID: 415959-97<br>PROVIMI FOODS INC F/K/A<br>PROVIMI VEAL CORPORATION<br>ATTN: DANIEL R SCHOBER<br>W2103 COUNTY ROAD VV<br>SEYMOUR WI 54165 | CREDITOR ID: 259008-12<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 |

**SERVICE LIST**
Notice of Debtors' First Omnibus Motion For Order Deeming
Schedules Amended to (A) Disallow No Liability Scheduled
Claims, (B) Reduce Overstated Scheduled Claims and
(C) Reclassify Misclassified Scheduled
[Scheduled Claims to be Reclassified]

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                             **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 259258-12<br>RANIR CORPORATION<br>PO BOX 8877<br>GRAND RAPIDS, MI 49518-8547 | CREDITOR ID: 384316-47<br>REYNOLDS METALS CO<br>DRAWER CS 198276<br>ATLANTA, GA 30384-8276 | CREDITOR ID: 405533-95<br>SCHWANS BAKERY INC<br>ATTN: HARRY G LEONARDI, VP & CFO<br>2855 ROLLING PIN LANE<br>SUWANEE GA 30024 |
| CREDITOR ID: 260561-12<br>SCHWANS BAKERY INC<br>PO BOX 532066<br>ATLANTA, GA 30353-2066 | CREDITOR ID: 384358-47<br>SILVER EAGLE DIST KEY WEST<br>1000 PARK COMMERCE BLVD<br>HOMESTEAD, FL 33035 | CREDITOR ID: 384366-47<br>SOUTHERN EAGLE DIST<br>ATTN: JEROME CURRAN, ADMIN DIR<br>5300 GLADES CUT OFF ROAD<br>FORT PIERCE, FL 34981 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 261689-12<br>ST JOHNS BEVERAGE CO<br>ATTN: CARMINE J SCHIAVONE, PRES<br>1221 SE VEITCH ST<br>GAINESVILLE, FL 32601 | CREDITOR ID: 262344-12<br>SWIFT & CO<br>PO BOX 88920<br>CHICAGO, IL 60695-1920 |
| CREDITOR ID: 384400-47<br>TRI EAGLE DISTRIBUTING<br>PO BOX 2128<br>TALLAHASSEE, FL 32304 | CREDITOR ID: 264614-12<br>WENNER BREAD PRODUCTS INC<br>ATTN: RICHARD WENNER, PRES/CEO<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102 | |

          Total: 38

Exhibit B
Notice to No Liability Scheduled Claims

| | |
|---|---|
| [Claimant's Name & Address] | Counsel and/or Transferee Name & Address |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS**

| SCHEDULED CLAIM TO BE DISALLOWED ||
|---|---|
| **Claim No.:**  **Claim Amount:** | **Reason for Proposed Disallowance:** |

    1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 27, 2006 their First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims (the "Motion") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

    2. **The Motion requests that the Bankruptcy Court disallow your originally scheduled and noticed claim amount (listed above under "Scheduled Claim to be Disallowed") for the reason set forth above. As a result, such claim shall not be enforceable against the Debtors, and the Debtors will have no obligation to you with respect to such claim. Any claim that the Bankruptcy Court disallows will be treated as if it had not been scheduled and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. If you do NOT oppose the disallowance of your claim listed above under CLAIM TO BE DISALLOWED then you do NOT need to file a written response to the Motion and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim listed above under CLAIM TO BE DISALLOWED, then you MUST file and serve a written response to the Motion that is received on or before **4:00 p.m. Eastern Time on July 20, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **July 27, 2006** to consider the Motion. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Motion, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Motion with respect to your claim. If the Debtors do agree to a continuance with respect to your claim, the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim, then a hearing on the Motion will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim listed above under CLAIM TO BE DISALLOWED, the Debtors may seek to object to your claim on other grounds at a later date. The Debtors reserve the right to object on any grounds to any proofs of claim that you may have filed. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Motion or your claim, you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Motion can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: June 27, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By   */s/ D.J. Baker*  <br>   D.J. Baker <br>   Sally McDonald Henry <br>   Rosalie Walker Gray <br>   Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | By   */s/ James H. Post*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson <br>   Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br>  jpost@smithhulsey.com |

# Exhibit B
# Notice to Scheduled Claims to be Reduced

[Claimant's Name & Address]

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS**

| SCHEDULED CLAIM TO BE REDUCED ||
|---|---|
| **Claim No.:** <br> **Claim Amount:** | **Reduced Claim Amount:** <br> **Reason for Reduction:** |

      1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 27, 2006 their First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims (the "Motion") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      **2. The Motion requests that the Bankruptcy Court reduce your originally scheduled and noticed claim amount (listed above under "Scheduled Claim to be Reduced") for the reason set forth above. As a result, the amount that exceeds the Reduced Claim Amount will be disallowed; and you will not be permitted to**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**enforce against the Debtors, and the Debtors will have no obligation to you for, the amount that exceeds the Reduced Claim Amount.**

3. If you do NOT oppose the reduction of your claim listed above under CLAIM TO BE REDUCED then you do NOT need to file a written response to the Motion and you do NOT need to appear at the hearing.

4. If you DO oppose the reduction of your claim listed above under CLAIM TO BE REDUCED, then you MUST file and serve a written response to the Motion that is received on or before **4:00 p.m. Eastern Time on July 20, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **July 27, 2006** to consider the Motion. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Motion, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Motion with respect to your claim. If the Debtors do agree to a continuance with respect to your claim, the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim, then a hearing on the Motion will be conducted on the above date.

8. The Debtors may seek to object to your claim on other grounds at a later date. The Debtors reserve the right to object on any grounds to any proofs of claim that you may have filed. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Motion or your claim, you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Motion can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: June 27, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   _/s/ D.J. Baker_   D.J. Baker   Sally McDonald Henry   Rosalie Walker Gray   Jane M. Leamy   Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | By   _/s/ James H. Post_   Stephen D. Busey   James H. Post   Cynthia C. Jackson   Florida Bar Number 175460   225 Water Street, Suite 1800   Jacksonville, Florida 32202   (904) 359-7700   (904) 359-7708 (facsimile)   jpost@smithhulsey.com |

Exhibit B
Notice to Scheduled Claims to be Reclassified

[Claimant's Name & Address]

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FIRST OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS**

| SCHEDULED CLAIM TO BE RECLASSIFIED ||
|---|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Claim Class Status:** | **Modified Class Status:**<br>**Reason for Reclassification:** |

    1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 27, 2006 their First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims (the "Motion") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

    2. **The Motion requests that the Bankruptcy Court partially reclassify your originally scheduled and noticed claim amount (listed above under "Scheduled Claim to be Reclassified") from an unsecured non-priority claim to an administrative priority claim to the extent of your allowed reclamation claim, as set forth above. The remainder of your claim set forth above will remain classified as an unsecured non-priority claim.**

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

      3.  If you do NOT oppose the reclassification of your claim listed above under SCHEDULED CLAIM TO BE RECLASSIFIED then you do NOT need to file a written response to the Motion and you do NOT need to appear at the hearing.

      4.  If you DO oppose the reclassification of your claim listed above under SCHEDULED CLAIM TO BE RECLASSIFIED, then you MUST file and serve a written response to the Motion that is received on or before **4:00 p.m. Eastern Time on July 20, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

      5.  Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

      6.  In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

      7.  A hearing will be held on **July 27, 2006** to consider the Motion.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Motion, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Motion with respect to your claim.  If the Debtors do agree to a continuance with respect to your claim, the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim, then a hearing on the Motion will be conducted on the above date.

      8.  The Debtors may seek to object to your claim on other grounds at a later date.  The Debtors reserve the right to object on any grounds to any proofs of claim that you may have filed.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

      9.  The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

      10.  **If you have any questions regarding the Motion or your claim, you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Motion can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: June 27, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    */s/ D.J. Baker*<br>     D.J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By    */s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson<br>     Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |