UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about June 28, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' First Omnibus Motion For Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: June 30, 2006

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
Notice of Hearing
Debtors' First Omnibus Motion For Order Deeming
Schedules Amended to (A) Disallow No Liability Scheduled
Claims, (B) Reduce Overstated Scheduled Claims and
(C) Reclassify Misclassified Scheduled

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**               **CASE:  05-03817-3F1**

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

SERVICE LIST
Notice of Hearing
Debtors' First Omnibus Motion For Order Deeming
Schedules Amended to (A) Disallow No Liability Scheduled
Claims, (B) Reduce Overstated Scheduled Claims and
(C) Reclassify Misclassified Scheduled

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 2005 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |
| CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 | CREDITOR ID: 403518-98<br>MADISON LIQUIDITY INVESTORS LLC<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PAARK KS 66202 | CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 |
| CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 | CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 |
| CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' First Omnibus Motion For Order Deeming**
**Schedules Amended to (A) Disallow No Liability Scheduled**
**Claims, (B) Reduce Overstated Scheduled Claims and**
**(C) Reclassify Misclassified Scheduled**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:   57**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **July 27, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Fix Misclassified Scheduled Claims.

Only objections filed with the Court so as to be received by **July 20, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: June 27, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                  By    _s/ James H. Post_
        D. J. Baker                             Stephen D. Busey
        Sally McDonald Henry                    James H. Post
        Rosalie Walker Gray                     Cynthia C. Jackson,
        Jane M. Leamy                           Florida Bar Number 175460
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Attorneys for Debtors                 Co-Attorneys for Debtors


2

Hearing Date:    July 27, 2006 at 1:00 p.m.
Obj. Deadline:   July 20, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' FIRST OMNIBUS MOTION DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS, AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), move for entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the scheduled claims listed on Exhibits A through C (the "Motion").[2] In support of this Motion, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus deemed schedule amendment motions (the "Schedule Amendment Procedures Order"). This Motion is filed pursuant to the Schedule Amendment Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are Rules 1009 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Schedules and Proofs of Claim

6.    On April 7, 2005, the Debtors filed their Statements of Financial Affairs, their Schedules of Assets and Liabilities and their Schedules of Executory Contracts and Unexpired Leases (the "Schedules"). On July 21, 2005, the Debtors filed their First Amendment to the Schedules, and on November 3, 2005, the Debtors filed their Second Amendment to the Schedules.

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

2

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,200 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of all prepetition claims, including a comparison of the claims listed in the Schedules (the "Scheduled Claims") with the current Books and Records. In the process, the Debtors have identified a number of Scheduled Claims that require adjustment to reflect the Debtors' actual liability to such creditors.

9.    Pursuant to the Schedule Amendment Procedures Order, the Debtors may seek entry of an order deeming the Schedules amended in lieu of actually amending the Schedules. In accordance with the Schedule Amendment Procedures Order, the Debtors seek entry of the Proposed Order deeming the Schedules amended to disallow, reduce or reclassify certain Scheduled Claims for the reasons set forth below.

## RELIEF REQUESTED

10.    By this Motion, the Debtors seek entry of the Proposed Order, pursuant to Bankruptcy Rules 1009 and 9014, disallowing, reducing or reclassifying the Scheduled Claims listed on Exhibits A through C, for the reasons set forth in more detail below.

**BASIS FOR RELIEF**

A.    No Liability Scheduled Claims

11.    As a result of their review, the Debtors have identified 15 Scheduled Claims that the Debtors' Books and Records currently reflect as zero balance claims (the "No Liability Scheduled Claims") as a result of (a) prepetition payments that were not reflected in the Books and Records at the time the Schedules were filed or (b) the correction of erroneous entries in the Books and Records that were scheduled as claims.  The No Liability Scheduled Claims are listed on Exhibit A.

12.    The Debtors seek entry of the Proposed Order deeming the Schedules amended to disallow the No Liability Scheduled Claims.  Claimants may elect, by not timely objecting to this Motion, to permit their No Liability Scheduled Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order deeming the Schedules amended to disallow the No Liability Scheduled Claims.

B.    Overstated Scheduled Claims

13.    As a result of their review, the Debtors have identified 49 Scheduled Claims that were scheduled in amounts that are greater than the liabilities actually owed to such claimants as reflected in the current Books and Records (the "Overstated Scheduled Claims").  The Overstated Scheduled Claims are listed on Exhibit B.

14.    The Debtors seek to reduce the Overstated Scheduled Claims in order to account for (a) postpetition payments made on account of prepetition claims pursuant to order of the Court, (b) postpetition amounts due to the claimants that were inadvertently included in the Overstated Scheduled Claims, (c) accounts payable credits and or accounts receivable balances

4

due to the Debtors and/or (d) amounts that are otherwise no longer reflected as liabilities on the Books and Records.

15.    In addition, the Debtors identified certain Overstated Scheduled Claims that were based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors.  As a result, such Overstated Scheduled Claims partially duplicate the reclamation demands.  The Debtors and the reclamation vendors listed on Exhibit B have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005.  The Debtors seek to reduce the Overstated Scheduled Claims by those agreed amounts, for which payments are in process, in addition to any other reductions as set forth on Exhibit B.

16.    The Debtors seek entry of the Proposed Order deeming the Schedules amended to reduce such Overstated Scheduled Claims to the amounts listed on Exhibit B. Claimants may elect, by not timely responding to this Motion, to permit their Overstated Scheduled Claims listed on Exhibit B to be reduced as set forth on Exhibit B and to disallow the excess amount.  In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order deeming the Schedules amended to reduce the Overstated Scheduled Claims to the amounts listed on Exhibit B and to disallow the excess amount.

C.    Misclassified Scheduled Claims

17.    As a result of their review, the Debtors have identified 29 Misclassified Scheduled Claims that are partially misclassified (the "Misclassified Scheduled Claims").  The Misclassified Scheduled Claims are listed on Exhibit C.

5

18.    The Misclassified Scheduled Claims are based in part on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors.  As a result, such Misclassified Scheduled Claims partially duplicate the reclamation demands.  The Debtors and the reclamation vendors whose Misclassified Scheduled Claims are listed on Exhibit B have previously agreed to their respective allowed reclamation claims.  The Debtors seek to reclassify such Misclassified Scheduled Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit C, with the remainder of the proposed reduced claim amounts to remain classified as unsecured non-priority claims.

19.    The Debtors seek entry of the Proposed Order reclassifying the Misclassified Scheduled Claims as specified on Exhibit C.  Claimants may elect, by not timely responding to this Motion, to permit their Misclassified Scheduled Claims to be reclassified as specified on Exhibit C.  In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Misclassified Scheduled Claims.

### SEPARATE CONTESTED MATTERS

20.    Each of the Scheduled Claims and the Debtors' proposed amendments thereto asserted in this Motion constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to the proposed amendments asserted in this Motion shall be deemed a separate order with respect to each Scheduled Claim.

### RESERVATION OF RIGHTS

21.    The Debtors expressly reserve the right to amend, modify, or supplement these proposed amendments and to file additional proposed amendments to the Scheduled

Claims and to file objections to proofs of claim or any other claims (filed or not) which may be asserted against the Debtors.

22.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE MOTION

A.    Filing and Service of Responses

23.    Pursuant to the Schedule Amendment Procedures Order, to contest a proposed deemed schedule amendment, a claimant must file a written response to the Motion (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **July 20, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

24.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **July 27, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific proposed amendment and any Response thereto.

25.    If a claimant whose scheduled claim is subject to the Motion, and who is served with the Motion, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order deeming the schedules amended to disallow, reduce or reclassify the Scheduled Claim without further notice to the claimant.

### NOTICE

26.    As authorized by the Schedule Amendment Procedures Order, the Debtors will serve a special notice of filing of the Motion informing claimants in bold lettering that their Scheduled Claims may be disallowed, reduced or reclassified as a result of the Motion (the "Schedule Amendment Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through C at the addresses listed in the Schedules. Copies of this Motion will be served with a standard notice of filing, but not a Schedule Amendment Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Motion, (ii) enter the Proposed Order attached as Exhibit D (a) disallowing the No Liability Scheduled Claims (b) reducing the Overstated Scheduled Claims and (c) reclassifying the Misclassified Scheduled Claims and (iii) grant such other and further relief as is just and proper.

Dated: June 27, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 278710<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE, TN 37950-2570 | 35573<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $6,059,170.64 | CLAIMANT AGREES NO AMOUNT IS OWED. |
| Creditor Id: 244244<br>BVI DBA PRIMED WETUMPKA<br>PO BOX 240695<br>MONTGOMERY, AL 36124-0695 | 33320<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $60.00 | SCHEDULED IN ERROR. |
| Creditor Id: 246637<br>COLLINS & AIKMAN<br>ATTN: JAMES MOOR, VP ENG/REAL ESTAT<br>PO BOX 580<br>ALBEMARLE, NC 28001<br>Transferee: ASM CAPITAL LP | 33472<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,770.83 | NO LIABILITY. |
| Creditor Id: 246643<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC<br>950 E PACES RD SUITE 900<br>ATLANTA, GA 30326 | 36167<br>Debtor: WINN-DIXIE RALEIGH, INC. | $36,535.37 | NO LIABILITY. |
| Creditor Id: 249513<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 | 34830<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $29,167.48 | NO LIABILITY. DEBTOR HAS ACCOUNTS RECEIVABLE BALANCE FROM CLAIMANT OF $58,638.80. ACCORDINGLY, CLAIMANT OWES DEBTOR $29,471.32. |
| Creditor Id: 249906<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | 36314<br>Debtor: WINN-DIXIE RALEIGH, INC. | $11,811.15 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC. CLAIMANT FILED CLAIM NUMBER 9794 AGAINST WINN-DIXIE STORES, INC. |
| Creditor Id: 255234<br>GRAVLEE, MACON<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | 36532<br>Debtor: WINN-DIXIE RALEIGH, INC. | $14,967.77 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC. CLAIMANT FILED CLAIM NUMBER 5542 AGAINST WINN-DIXIE MONTGOMERY, INC. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS

Page: 2 of 2
Date: 06/27/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 252826<br>JDN REALTY CORPORATION<br>PO BOX 532614<br>DEPT 320<br>ACCT# 190320-JD1321<br>ATLANTA, GA 30353-2614 | 31015<br>Debtor: WINN-DIXIE STORES, INC. | $4,719.79 | NO LIABILITY. |
| Creditor Id: 255579<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | 32787<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $294.12 | SCHEDULED IN ERROR AGAINST WINN-DIXIE LOGISTICS, INC. CLAIMANT FILED CLAIM NUMBER 1027 AGAINST WINN-DIXIE STORES, INC. |
| Creditor Id: 257018<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | 35158<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $366.21 | SCHEDULED IN ERROR. |
| Creditor Id: 257540<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 | 31300<br>Debtor: WINN-DIXIE STORES, INC. | $16,617.52 | SCHEDULED IN ERROR. $16,617.52 PAID VIA WIRE TRANSFER NUMBER 01B206 2/2/2005 (ACTUAL AMOUNT OF WIRE PAID $31,650.58 FOR JANUARY & FEBRUARY). |
| Creditor Id: 260084<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | 31489<br>Debtor: WINN-DIXIE STORES, INC. | $12,545.77 | NO LIABILITY. CLAIMANT OWES DEBTOR $419,688.45 FOR 2004 HURRICANE DAMAGES. |
| Creditor Id: 261510<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 34183<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $3,399.32 | NO LIABILITY. DEBTOR'S $6,938.78 CREDITS NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $3,539.46 |
| Creditor Id: 261510<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 36810<br>Debtor: WINN-DIXIE RALEIGH, INC. | $54,292.43 | NO LIABILITY. DEBTOR'S $85,599.16 CREDIT NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $31,306.73. |

| | | | |
|---|---|---|---|
| Total Claims to be Disallowed: | 14 | | |
| Total Amount to be Disallowed: | $6,255,718.40 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id:  241886<br>ALBERTVILLE QUALITY FOOD<br>PO BOX 11407<br>BIRMINGHAM, AL  35246-0836 | 34516<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $23,385.60 | $15,668.35 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $233.86 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,483.39. |
| Creditor Id:  242343<br>AMSTAR FOODS<br>400 AUGUSTA ST<br>PO BOX 9239<br>GREENVILLE,  SC  29604 | 33222<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $34,005.30 | $22,808.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $339.30 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,857.60. |
| Creditor Id:  384008<br>BERNIE LITTLE DISTRIBUTING<br>PO BOX 1128<br>EATON PARK, FL  33840-1128 | 32083<br>Debtor:  WINN-DIXIE STORES, INC. | $76.30 | $37.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1.18 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37.78. |
| Creditor Id:  243555<br>BIRCHWOOD FOODS<br>BIN #53012<br>MILWAUKEE, WI  53288 | 34609<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $293,247.89 | $5,712.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,713.20 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $278,822.29. |
| Creditor Id:  243575<br>BISSELL INC<br>PO BOX 73669-0<br>CHICAGO, IL  60673-7669 | 34611<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $3,907.51 | $1,446.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $45.36, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $585.85 AND $378.18, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,451.61. |
| Creditor Id:  244275<br>C&M FOOD DISTRIBUTING<br>PO BOX 530727<br>BIRMINGHAM, AL  35253-0727 | 34634<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $7,036.60 | $5,281.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $53.19, ACCOUNTS RECEIVABLE BALANCE OF $55.40, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,646.68. |
| Creditor Id:  244969<br>CHAMBERS BOTTLING CO<br>PO BOX 2709<br>HUNTSVILLE, AL  35804 | 33350<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $86,870.04 | $76,952.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $300.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,616.65. |
| Creditor Id:  245139<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA  30384-0770 | 34677<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $152,742.77 | $142,742.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $10,000. ALSO ON EXHIBIT C. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 245374<br>CHUBS<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | 34687<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $28,659.90 | $22,224.90 | REDUCED AMOUNT REFLECTS CHARGE OF $133.37 FOR INTEREST AND ATTORNEY FEES AND 5/12/05 PAYMENT OF $6,568.37 BY CHECK NUMBER 008024653 PURSUANT TO INTERIM ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 245463<br>CITI SYSTEMS LEASING<br>DEPT 56901<br>PO BOX 67000<br>DETROIT, MI 48267 | 30355<br>Debtor: WINN-DIXIE STORES, INC. | $152,825.22 | $101,883.48 | REDUCED AMOUNT REFLECTS 6/1/05 PAYMENT OF $50,941.74 BY CHECK NUMBER 008050059 FOR 3/1/05-3/31/05 RENT. INVOICE NUMBER WAS DATED 1/27/05 AND ERRONEOUSLY INCLUDED IN SCHEDULED AMOUNT. |
| Creditor Id: 246519<br>CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5314 | 34698<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $66,640.01 | $49,310.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $525.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,803.99. |
| Creditor Id: 247521<br>DALES SAUCES<br>PO BOX 130684<br>BIRMINGHAM, AL 35213-0684 | 34744<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $46,122.64 | $9,366.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,114.70 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $35,641.17. |
| Creditor Id: 248118<br>DIAZ FOODS<br>5501 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 | 36243<br>Debtor: WINN-DIXIE RALEIGH, INC. | $44,449.69 | $25,783.10 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $565.66 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $18,100.93. |
| Creditor Id: 248217<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 | 34771<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $67,464.00 | $36,279.00 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $945.00 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $30,240.00. |
| Creditor Id: 248607<br>DYNAMIC SCAN INC<br>ATTN: JONATHAN LANIGAN, PRES<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416 | 30683<br>Debtor: WINN-DIXIE STORES, INC. | $53,666.15 | $22,882.86 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $932.83 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,850.46. |

Transferee: LCH OPPORTUNITIES LLC

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 249496<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 | 34825<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $159,961.34 | $85,968.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,242.21 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $71,750.97. |
| Creditor Id: 249503<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 | 34828<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $49,899.83 | $34,000.31 | REDUCE AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $728.79 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,170.73. |
| Creditor Id: 250854<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH, VT 05060 | 34906<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $8,277.12 | $95.83 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $1,305.72, NET CONSUMPTION WAIVER OF $287.48, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,199.53. |
| Creditor Id: 251589<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | 36405<br>Debtor: WINN-DIXIE RALEIGH, INC. | $15,233.98 | $12,645.92 | REDUCED AMOUNT REFLECTS 3/25/05 PAYMENT OF $2,588.06 BY CHECK NUMBER 008009899 FOR POSTPETITITION INVOICE SCHEDULED IN ERROR. |
| Creditor Id: 253783<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | 31052<br>Debtor: WINN-DIXIE STORES, INC. | $16,617.35 | $10,066.30 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $198.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,352.53. |
| Creditor Id: 254107<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 | 35023<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $32,845.13 | $2,857.28 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $908.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,079.13. |
| Creditor Id: 254125<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 | 31081<br>Debtor: WINN-DIXIE STORES, INC. | $22,346.09 | $14,475.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $238.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,632.39. |
| Creditor Id: 254127<br>KRISPY KREME<br>ATTN: FRANK GUTHRIE, PRES<br>1644 GORDON HIGHWAY<br>AUGUSTA, GA 30906 | 31082<br>Debtor: WINN-DIXIE STORES, INC. | $67,271.97 | $66,214.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $32.05 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,025.86. |

Transferee: ASM CAPITAL II, LP

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

Page: 4 of 7
Date: 06/26/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254128**<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 | 31083<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,980.81 | $6,193.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $114.75 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,672.11. |
| **Creditor Id: 254133**<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | 36491<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $229,822.61 | $88,908.55 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,270.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $136,643.93. |
| **Creditor Id: 384205**<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>ATTN: MARK GAUTHIER, PRES<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610<br><br>Transferee: ASM CAPITAL LP | 32150<br>Debtor: **WINN-DIXIE STORES, INC.** | $101,299.78 | $84,881.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $497.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,920.58. |
| **Creditor Id: 254138**<br>KRISPY KREME DONUT CO<br>ATTN: FRANK GUTHRIE, PRES<br>PO BOX 569<br>AUGUSTA, GA 30901<br><br>Transferee: ASM CAPITAL II, LP | 31087<br>Debtor: **WINN-DIXIE STORES, INC.** | $56,491.85 | $39,493.67 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $515.10 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,483.08. |
| **Creditor Id: 254144**<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARRK CIRCLE<br>DOTHAN, AL 36301 | 31088<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,394.13 | $2,227.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $95.96 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,070.51. |
| **Creditor Id: 254394**<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | 35039<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $54,118.15 | $31,343.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $690.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,083.74. |
| **Creditor Id: 254725**<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 31137<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,127.69 | $8,533.63 | REDUCED AMOUNT REFLECTS REMOVAL OF POSTPETITION PORTIONS OF INVOICES, WHICH PORTIONS WERE SCHEDULED IN ERROR. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254743**<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 | 31139<br>Debtor: WINN-DIXIE STORES, INC. | $27,857.90 | $149.91 | REDUCED AMOUNT REFLECTS 5/9/05 PAYMENT OF $27,707.99 BY CHECK NUMBER 008036635 FOR POSTPETITION INVOICE SCHEDULED IN ERROR. |
| **Creditor Id: 255147**<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 | 33849<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $61,101.51 | $50,605.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $319.64 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,176.61. |
| **Creditor Id: 384234**<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | 35764<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $86,907.44 | $37,586.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,496.65 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $47,824.54. |
| **Creditor Id: 380987**<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>ATTN H MAKAMURA<br>ONE BRIDGE PLAZA, SUITE 270<br>FORT LEE NJ 07024 | 32396<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $28,676.55 | $21,615.80 | REDUCED AMOUNT REFLECTS ADDITIONAL AMOUNT DUE OF $1,459.80 AND CREDIT OF $8,520.55 (CM 90416314 DATED 2/3/05). |
| **Creditor Id: 384268**<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 | 35771<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $18,647.63 | $223.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $3,686.77, NET CONSUMPTION WAIVER OF $670.04, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,441.02. |
| **Creditor Id: 384283**<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 | 32179<br>Debtor: WINN-DIXIE STORES, INC. | $2,789.40 | $147.47 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $11,957.85, NET CONSUMPTION WAIVER OF $442.42, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $14,157.36. |
| **Creditor Id: 258335**<br>PEPSI COLA BOTTLING CO<br>1766 BANKHEAD HIGHWAY<br>WINFIELD, AL 35594 | 34018<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $20,430.20 | $3,579.91 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,227.64 AND REMOVAL OF $13,622.65 AGREED TO BY CLAIMANT. |
| **Creditor Id: 258407**<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 | 35234<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $54,691.16 | $777.23 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $15,832.28, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $15,742.60 AND $89.68, RESPECTIVELY, NET CONSUMPTION WAIVER OF $2,115.71, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $51,870.22. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 258411**<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 | 32376<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $94,930.00 | $71,402.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $712.95 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,814.40. |
| **Creditor Id: 259465**<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 | 35287<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $5,770.45 | $3,077.56 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $87.53 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,605.36. |
| **Creditor Id: 259702**<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 | 31475<br>Debtor: **WINN-DIXIE STORES, INC.** | $89,160.25 | $85,895.25 | REDUCED AMOUNT REFLECTS 2004 HURRICANE DAMAGES OF $3,265.00. |
| **Creditor Id: 260292**<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417<br><br>Transferee: ASM CAPITAL LP | 35325<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $1,265,923.46 | $1,107,304.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,935.71 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $153,682.78. |
| **Creditor Id: 260362**<br>SAMPCO<br>651 WEST WASHINGTON BLVD, SUITE 300<br>CHICAGO, IL 60661 | 35328<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $43,890.00 | $440.00 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $110.00, NET CONSUMPTION WAIVER OF $1,320.00, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $42,240.00. |
| **Creditor Id: 260560**<br>SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br><br>Transferee: JPMORGAN CHASE BANK NA | 31531<br>Debtor: **WINN-DIXIE STORES, INC.** | $240,279.17 | $105,348.99 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $11,519.18 AND 3/28/05 PAYMENT OF $123,411.00 BY CHECK NUMBER 8011185 PURSUANT TO ORDER TO RELEASE FUNDS HELD FOR CONSIGNED GOODS (DKT NO. 48). |
| **Creditor Id: 261917**<br>STEFCO INDUSTRIES INC<br>1006 MARLEY DRIVE<br>HAINES CITY, FL 33844 | 35401<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $15,408.30 | $8,478.50 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $258.60 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,671.20. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 262162**<br>SUN & FUN SALES INC<br>PO BOX 21574<br>WEST PALM BEACH, FL 33416<br><br>Transferee: LCH OPPORTUNITIES LLC | 31646<br>Debtor: **WINN-DIXIE STORES, INC.** | $21,814.57 | $18,189.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $109.64 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,515.09. |
| **Creditor Id: 384404**<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,200.00 | $9,901.78 | REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY OWED. |
| **Creditor Id: 380976**<br>VESTCOM NEW CENTURY LLC<br>PO BOX 34838<br>NEWARK, NJ 07189-4838 | 35695<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $39,078.39 | $390.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,172.36 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37,515.25. |
| **Creditor Id: 264774**<br>WILLERT HOME PRODUCTS<br>PO BOX 790051<br>ST LOUIS, MO 63179 | 35548<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $8,389.38 | $4,884.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $106.43 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,398.33. |
| **Creditor Id: 264985**<br>WISE FOODS INC<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 | 31877<br>Debtor: **WINN-DIXIE STORES, INC.** | $153,460.50 | $82,017.07 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,491.15 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $68,952.28. |

**Total Claims to be Reduced:** 50

**Total Amount to be Reduced:** $4,191,193.71 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $2,638,304.02

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 241890**<br>ALCOA INC<br>PO BOX 198276<br>ATLANTA, GA 30384-8276 | 34517 | $19,243.37 | Unsecured Non-Priority | Administrative | RECLASSIFY TO ADMINISTRATIVE PRIORITY (RECLAMATION). |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 242536**<br>ARIZONA BEVERAGE LLC<br>2450 W COPANS ROAD<br>POMPANO BEACH, FL 33069 | 34551 | $67,803.78 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $28,809.54 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $38,994.24 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 384023**<br>BURKHARDT DIST CO<br>PO BOX 438<br>ST AUGUSTINE, FL 32085 | 32091 | $1,548.05 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $275.86 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,272.19 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 245139**<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | 34677 | $152,742.77 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $65,237.88 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $77,504.89 REMAINS UNSECURED NON-PRIORITY. ALSO ON EXHIBIT B. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 245270**<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 | 34685 | $215,467.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $143,075.45 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,391.89 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| Transferee: ASM CAPITAL II, LP | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 246952**<br>CONWOOD SALES CO, LP<br>ATTN EDWARD J FOSTER<br>PO BOX 217<br>MEMPHIS, TN 38101-0217 | 34723 | $85,117.16 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $30,960.91 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $54,156.25 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 247051**<br>COTY US INC<br>PO BOX 70613<br>CHICAGO, IL 60673-0613 | 34727 | $123,177.81 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $15,753.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $107,424.13 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 247061**<br>COUNTRY GARDEN SILKS<br>PO BOX 802<br>NAHUNTA, GA 31553 | 30581 | $7,268.00 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $1,557.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $5,711.00 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 248571**<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | 36262 | $26,932.16 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $2,605.74 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $24,326.42 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE RALEIGH, INC. | | |
| Transferee: AMROC INVESTMENTS LLC | | | | | |
| **Creditor Id: 249303**<br>EXXONMOBIL FUELS MARKETING<br>ATTN: BETH E BROWN<br>120 MCDONALD STREET<br>SAINT JOHN NB E2J 1M5 CANADA | 32645 | $31,170.84 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $3,803.39 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $27,367.45 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE LOGISTICS, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 250695**<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA 30368-6223 | 34888 | $149,527.23 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $80,679.94 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $68,847.29 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 251433**<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 34927 | $77,338.80 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $74,146.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,192.12 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 252269**<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL 60674-1913 | 34974 | $70,830.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $37,042.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $33,787.70 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 254129**<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 | 36489 | $13,518.40 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $1,739.90 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $11,778.50 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE RALEIGH, INC. | | |
| **Creditor Id: 254130**<br>KRISPY KREME<br>ATTN: JAMES ANDERSON, PRES<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH, FL 32114 | 31084 | $41,946.63 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $27,377.69 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,568.94 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |

Transferee: ASM CAPITAL II, LP

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 254147**<br>KRISPY KREME DOUGHNUTS<br>ATTN: TERRENCE JONES, VP<br>310 NW 13TH STREET<br>GAINESVILLE, FL 32601 | 31091 | $53,799.63 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY **$4,870.25 TO**<br>ADMINISTRATIVE PRIORITY (RECLAMATION) AND **$48,929.38**<br>REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: | WINN-DIXIE STORES, INC. | |
| | | *Transferee: ASM CAPITAL II, LP* | | | |
| **Creditor Id: 255826**<br>MAXELL CORP OF AMERICA<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325 | 35097 | $2,313.00 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY **$135.00 TO**<br>ADMINISTRATIVE PRIORITY (RECLAMATION) AND **$2,178.00**<br>REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | |
| **Creditor Id: 256749**<br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 | 33941 | $21,087.57 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY **$10,659.61 TO**<br>ADMINISTRATIVE PRIORITY (RECLAMATION) AND **$10,427.96**<br>REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| **Creditor Id: 257888**<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #98783<br>CHARLOTTE, NC 28201-1067 | 35212 | $207,964.33 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY **$12,727.62 TO**<br>ADMINISTRATIVE PRIORITY (RECLAMATION) AND **$195,236.71**<br>REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | |
| | | *Transferee: ASM CAPITAL LP* | | | |
| **Creditor Id: 259008**<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | 35266 | $34,794.97 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY **$6,367.80 TO**<br>ADMINISTRATIVE PRIORITY (RECLAMATION) AND **$28,427.17**<br>REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | |

*Transferee: MADISON INVESTMENT TRUST - SERIES 3*

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 259258**<br>RANIR CORPORATION<br>PO BOX 8977<br>GRAND RAPIDS, MI 49518-8547 | 35277 | $20,651.04 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $12,595.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $8,055.57 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 384316**<br>REYNOLDS METALS CO<br>DRAWER CS 198276<br>ATLANTA, GA 30384-8276 | 35785 | $166,014.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $149,633.66 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $16,380.68 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 260561**<br>SCHWANS BAKERY INC<br>PO BOX 532066<br>ATLANTA, GA 30353-2066 | 35343 | $510,794.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $248,778.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $262,016.25 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | | | | | |
| **Creditor Id: 384358**<br>SILVER EAGLE DIST KEY WEST<br>1000 PARK COMMERCE BLVD<br>HOMESTEAD, FL 33035 | 32203 | $370,800.39 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $846.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $370,154.02 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 384366**<br>SOUTHERN EAGLE DIST<br>ATTN: JEROME CURRAN, ADMIN DIR<br>5300 GLADES CUT OFF ROAD<br>FORT PIERCE, FL 34981 | 32209 | $3,329.40 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $619.34 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $2,710.06 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: | WINN-DIXIE STORES, INC. | | |
| Transferee: ASM CAPITAL LP | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - SCHEDULED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 261689**<br>ST JOHNS BEVERAGE CO<br>ATTN: CARMINE J SCHIAVONE, PRES<br>1221 SE VEITCH ST<br>GAINESVILLE, FL 32601<br><br>Transferee: ASM CAPITAL II, LP | 35396 | $313,691.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $192,021.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $121,670.35 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor:    WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 262344**<br>SWIFT & CO<br>PO BOX 88920<br>CHICAGO, IL 60695-1920 | 35430 | $194,282.26 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $93,152.02 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $101,130.24 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor:    WINN-DIXIE PROCUREMENT, INC. | | |
| **Creditor Id: 384400**<br>TRI EAGLE DISTRIBUTING<br>PO BOX 2128<br>TALLAHASSEE, FL 32304 | 30022 | $892.55 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $217.01 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $675.54 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor:    WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 264614**<br>WENNER BREAD PRODUCTS INC<br>ATTN: RICHARD WENNER, PRES/CEO<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102<br><br>Transferee: MADISON INVESTMENT TRUST | 35534 | $238,148.84 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $113,755.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $124,393.54 REMAINS UNSECURED NON-PRIORITY. |
| | | | Debtor:    WINN-DIXIE PROCUREMENT, INC. | | |

Total Claims to be Reclassified:    29

Total Amount to be Reclassified:    $3,222,197.10    Plus Unliquidated Amounts, If Any

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO
LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED
SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED
SCHEDULED CLAIMS AS SET FORTH IN THE DEBTORS' FIRST
OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED**

These cases came before the Court for hearing on July 27, 2006, upon

the First Omnibus Motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-

three of its subsidiaries and affiliates (collectively, the "Debtors") for entry of an

order deeming the Debtors' Schedules amended to disallow, reduce or reclassify the

scheduled claims listed on Exhibit A through C (the "Scheduled Claims").[2] Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Motion is granted.

2.    The Debtors' Schedules are deemed amended to disallow in

their entirety the No Liability Scheduled Claims listed on Exhibit A.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Motion.

3.     The Debtors' Schedules are deemed amended to reduce the Overstated Scheduled Claims listed on Exhibit B to the amounts set forth on Exhibit B under the heading Reduced Claim Amount.  All amounts exceeding the Reduced Claim Amount are disallowed.

4.     The Debtors' Schedules are deemed amended to reclassify in part the  Misclassified Scheduled Claims as specified on Exhibit C.

5.     With respect to the Overstated Scheduled Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Scheduled Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

6.     Each Scheduled Claim and the proposed amendments by the Debtors to such claim as addressed in the Motion constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each Scheduled Claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

2

7.      Neither the Motion nor any disposition of the Scheduled Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

8.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Scheduled Claims.

Dated this ____ day of July, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE MOTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE MOTION**

4