KELLEY DRYE & WARREN LLP   **Objection Deadline: June 30, 2006**
101 Park Avenue
New York, New York  10178
James S. Carr ( JC-1603)
Robert L. LeHane ( RL-9422)
Tel:  (212) 808-7800
Fax: (212) 808-7897

    -and-

HELD & ISRAEL
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL  32207-9024
Tel: (904) 398-7036
Fax:  (904) 398-4283

Attorneys for Developers Diversified Realty Corp

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____) | | |

**OBJECTION OF DEVELOPERS DIVERSIFIED REALTY CORP.
TO DEBTORS' MOTION TO ASSUME THE LEASE FOR
<u>STORE NO. 2289 IN OCALA FLORIDA</u>**

Developers Diversified Realty Corp., (the "Landlord"), by and through its attorneys,

Kelley Drye & Warren LLP and Held & Israel, hereby submits this Objection (the "Objection")

to the amended omnibus motion of Winn-Dixie Stores, Inc. *et al.* (collectively, the "Debtors"),

dated May 20, 2006, for an order to (i) assume non-residential real property leases, (ii) fix cure

amounts, and (iii) grant related relief (the "Motion"). In support of the Objection, the Landlord respectfully state as follows:

## PRELIMINARY STATEMENT

1. The "Lease" (defined below) expired and the Debtors vacated the Leased Premises (defined below) prior to the filing of the Debtors' bankruptcy cases and the Debtors have no remaining interest in the Lease. As such, the Debtors have no legal right to assume the Lease.

## BACKGROUND

2. On or about February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. The Debtors remain in possession of their properties and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. The Landlord is the owner or managing agent for the owners, of, among others, the Ocala West Shopping Center located at 2400 SW College Road, Ocala, FL. The Debtors previously leased retail space from the Landlord for Winn Dixie Store No. 2289 pursuant to a written leases (the "Lease") at the Ocala West Shopping Center (the "Leased Premises").

5. The Motion seeks an Order (i) authorizing, but not directing, the Debtors to assume the Lease as of the date that the Debtors' plan of reorganization (the "Plan") becomes effective (the "Effective Date"); (ii) fixing cure amounts; and (iii) granting the Debtors a further extension of time to assume or reject the Leases through the Effective Date. Motion, ¶ 8 at p. 3.

## OBJECTION

6. The Debtors have no interest in the Lease to assume because the Debtors

2

vacated the Leased Premises in June 2004 and the Lease expired in November of 2004, prior to the Petition Date. When a contract has been terminated according to its terms under applicable non-bankruptcy law, the debtor is left without an interest to assume or reject. *See Vanderpark Prop., Inc. v. Buchbinder (In re Windmill Farms, Inc.)*, 841 F.2d 1467, 1469 (9th Cir. 1988); *Erickson v. Polk,* 921 F.2d 200, 201 (8th Cir. 190); *Robinson v. Chicago Hous. Auth.*, 54 F.3d 316 (7th Cir. 1995).

## CONCLUSION

**WHEREFORE**, the Landlord respectfully requests that the Court enter an Order (i) denying the relief requested in the Motion with respect to the Lease because the Debtors have no interest in the Lease to assume; and (ii) granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 30, 2006

By: /s/ *Robert L. LeHane*

KELLEY DRYE & WARREN LLP
James S. Carr (JC-603)
Robert L. LeHane (RL-9422)
101 Park Avenue
New York, New York 10178
Phone: (212) 808-7800
Fax: (212) 808-7897

- and-

HELD & ISRAEL
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207-9024
Tel: (904) 398-7036
Fax: (904) 398-4283

**CERTIFICATE OF SERVICE**

       On June 30, 2006, I caused to be served the *OBJECTION OF DEVELOPERS DIVERSIFIED REALTY CORP. TO DEBTORS' MOTION TO ASSUME THE LEASE FOR STORE NO. 2289 IN OCALA FLORIDA,* upon the parties listed below via email, telecopier and United States First Class mail.

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>Fax: 212-735-2000<br>djbaker@skadden.com | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Fl.  32201<br>Fax:  904-359-7708<br>cjackson@smithhulsey.com |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY  10169<br>Fax:  212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Fax:  212-530-5219 |

                                                          /*s/ Robert R. LeHane*