**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION**
**FOR RELIEF FROM STAY FILED BY VERA VOLOVECKY**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Vera Volovecky stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by Vera Volovecky (the "Motion") (Docket No. 2083) until on or after September 11, 2006, and (ii) the continuation of the automatic stay in effect pending the conclusion of such

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

hearing and determination of the Motion.

Dated: June 30, 2006.

| VOLPE, BAJALIA, WICKES, ROGERSON & WACHS, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ John T. Rogerson, III*  <br>     John T. Rogerson, III | By  *s/ Leanne McKnight Prendergast*  <br>     Leanne McKnight Prendergast |
| Florida Bar Number 832839<br>Riverplace Tower<br>1301 Riverplace Boulevard<br>Suite 1700<br>Jacksonville, Florida 32207<br>(904) 355-1700<br>(904) 355-1797 (facsimile)<br>jrogerson@vbwr.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorneys for Vera Volovecky | -and- |
| *Counsel has authorized his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Debtors |

536355