**EXHIBIT B**

| Resource | Description | Unit Price | End Inventory Purchased | Total $ to be Invoiced |
|---|---|---|---|---|
| 304325 | ROL REG CORN CHIP | 0.066475149 | 625 | 41.55 |
| 309518 | CTN FROST CHERRY TP | 0.0775 | 1000 | 77.50 |
| 309514 | CTN FROST FUDGE TP | 0.0775 | 3346 | 259.32 |
| 309546 | DIV PIE CRUST W-02 | 0.047 | 5799 | 272.55 |
| 309355 | CTN 16 OZ WX GA CRK | 0.0956 | 3300 | 315.48 |
| 309471 | DIV 12 OZ REALLY PAD W-11 | 0.077000162 | 4349 | 334.87 |
| 304350 | ROL TRI NACHO TORTILLA | 0.090379918 | 3734 | 337.48 |
| 304330 | ROL BBQ CORN CHIP | 0.065379168 | 5625 | 367.76 |
| 304332 | ROL CHILI CHEESE CORN CHI | 0.066299947 | 8125 | 538.69 |
| 309084 | ROL BIG 60 DUPLEX | 0.046466498 | 15000 | 697.00 |
| 304497 | CON #80 R CARDBOARD | 0.262 | 2718 | 712.12 |
| 304466 | CTN 3-PK MW KETTLE BTR | 0.083657319 | 8830 | 738.69 |
| 304356 | ROL SALSA TORTILLA CHIP | 0.090379918 | 8536 | 771.48 |
| 304496 | CON #10 PLAIN WHITE KO | 0.65 | 1270 | 825.50 |
| 309542 | TRA ALUM PIE CRUST PAN | 0.138975 | 6000 | 833.85 |
| 309543 | TRA PIE CRUST LID | 0.098115385 | 9300 | 912.47 |
| 309470 | CON 12 OZ REALLY W-11 | 0.335000358 | 2725 | 912.88 |
| 309316 | CTN UNSALTED WD | 0.095621187 | 10175 | 972.95 |
| 304463 | CTN 3-PK MW BTR LIGHT | 0.083489998 | 13620 | 1,137.13 |
| 309275 | CON ORLEAN WAF W-4 | 0.3008305 | 3800 | 1,143.16 |
| 309083 | ROL BIG 60 OATMEAL P.B. | 0.043857159 | 28000 | 1,228.00 |
| 309087 | ROL BIG 60 VAN CREME | 0.042490519 | 30500 | 1,295.96 |
| 309082 | ROL BIG 60 ASSORTED FILM | 0.065397992 | 20500 | 1,340.66 |
| 309496 | CON W-13 CHUNKY | 0.624000803 | 2250 | 1,404.00 |
| 309074 | CON W-20 CHEESE BITS | 0.34 | 4188 | 1,423.92 |
| 304465 | CTN 3-PK MW NOSALT | 0.08133 | 17790 | 1,446.86 |
| 309085 | ROL BIG 60 PRT BTR GRAHM | 0.0445 | 34000 | 1,513.00 |
| 309151 | CON 14.4 OZ GRAHM W-63 WD | 0.355 | 4300 | 1,526.50 |
| 309124 | TRA 20 OZ KREMO S638 | 0.075899802 | 20160 | 1,530.14 |
| 309212 | CTN OATMEAL PIE | 0.077267081 | 20121 | 1,554.69 |
| 331040 | CTN TOASTERZ STRAWBERRY | 0.06195 | 25200 | 1,561.14 |
| 304475 | OVERWRAP | 1.10082326 | 1487 | 1,636.92 |
| 304470 | CTN 3-PK MW NATURAL | 0.082094616 | 20400 | 1,674.73 |
| 309545 | CON W-2 PIE CRUST | 0.249000768 | 6761 | 1,683.49 |
| 309898 | TRA CHEWY S389 OV | 0.036 | 49600 | 1,785.60 |
| 309512 | CTN FROST BRN SGR CIN TP | 0.077500117 | 26600 | 2,061.50 |
| 304460 | CTN 3-PK MW BUTTER | 0.081756349 | 26100 | 2,133.84 |
| 304484 | CON 50# | 0.312000045 | 6860 | 2,140.32 |
| 331126 | CG PALLET CAP - FIRST CHO | 0.12 | 18123 | 2,174.76 |
| 309086 | ROL BIG 60 LEMON | 0.042694109 | 52000 | 2,220.09 |
| 309476 | ROL REALLY PECAN JOY | 0.192 | 11637 | 2,234.30 |
| 309522 | CON W-6 TP | 0.265000033 | 8584.74 | 2,274.96 |
| 309223 | CON W-18 PIE | 0.3 | 8050 | 2,415.00 |
| 309357 | CON 18/16 GA CRK W52 | 0.516 | 5080 | 2,621.28 |
| 304499 | CON #20 PLAIN WHITE KO | 0.465 | 6044 | 2,810.46 |
| 309121 | CON 12/16 OZ KREMO W-35 | 0.35 | 8050 | 2,817.50 |
| 309231 | TRA CHOC MINIPIE (ENG) | 0.12984 | 22500 | 2,921.40 |
| 309114 | TRA KREMO S733 | 0.041125694 | 71100 | 2,924.04 |
| 309072 | CON W-31/12 12 OZ | 0.31502384 | 9530 | 3,002.18 |

| | | | | |
|---|---|---|---|---|
| 304485 | CON #70 | 0.903 | 3587 | 3,239.06 |
| 309490 | CON W-10 18 OZ REALLY | 0.594458505 | 5796 | 3,445.48 |
| 309055 | CON W-30 12 | 0.268 | 13380 | 3,585.84 |
| 309472 | TRA REALLY/DELUX S542 | 0.047552671 | 76014 | 3,614.67 |
| 304461 | CTN 3-PK MW DOUBLE BTR | 0.082076628 | 45100 | 3,701.66 |
| 309126 | CON 12 OZ FP TRAY CKY W-5 | 0.613001183 | 6764 | 4,146.34 |
| 309306 | XX HOT-MELT GLUE | 1.104929252 | 4025 | 4,447.34 |
| 309234 | ROL MINI PIE OVERWRAP (BO | 1.440000122 | 3274.34 | 4,715.05 |
| 37935 | ROL 15.75" 2.5MIL HDPE/TI | 0.018739635 | 257178.5 | 4,819.43 |
| 309091 | CON BIG 60 W-28 | 0.423247172 | 12020 | 5,087.43 |
| 309325 | CON 18/12 GA CRK W-42 | 0.421000081 | 13103 | 5,516.36 |
| 309315 | CON 12/16 OZ SALTINE W-57 | 0.43 | 13670 | 5,878.10 |
| 309061 | ROL 16" COEX | 1.119831468 | 5301 | 5,936.23 |
| 309491 | TRA 18 OZ CHOC S499 | 0.079569519 | 78645 | 6,257.74 |
| 309314 | CON 24/16 OZ SALTINE W-27 | 0.565000415 | 11801 | 6,667.57 |
| 334004 | ROL 3.67 OZ ICE BLUE (22 | 0.013999997 | 490050 | 6,860.70 |
| 309236 | ROL MINI PIE BANANA | 0.003 | 2505800 | 7,517.40 |
| 309098 | CON 18 OZ CHEWY W60 OF | 0.517 | 14765 | 7,633.51 |
| 462343 | TRAY 13 OZ CREME S-778IVE | 0.025860475 | 325980 | 8,430.00 |
| 309276 | ROL 10 1/2" GRHM K160HB23 | 2.890758675 | 2939.73 | 8,498.05 |
| 309319 | ROL 7 1/4" COEX | 1.12213212 | 7584 | 8,510.25 |
| 309206 | CTN CHOC PIE | 0.095546097 | 93900 | 8,971.78 |
| 334002 | ROL 3.67 OZ ICE CHERRY(22 | 0.014000002 | 653400 | 9,147.60 |
| 304478 | BAG GENERIC MW POPCORN | 0.04 | 249250 | 9,970.00 |
| 309081 | TRA BIG 60 S538 | 0.05056999 | 216384 | 10,942.54 |
| 37987 | ROL 17" B2150 LINER | 0.019152542 | 737647.5 | 14,127.83 |
| 309310 | ROL 9 1/16" CO-EX SALTINE | 1.13052476 | 15743 | 17,797.85 |
| 309202 | ROL 8 3/4 PIES | 1.336890241 | 13558 | 18,125.56 |
| 309312 | CTN SALTINE WD | 0.096922482 | 210650 | 20,416.72 |
| 309327 | CTN 12 OZ TM GA CRK | 0.0956 | 222375 | 21,259.05 |
| 334003 | ROL 3.67 OZ ICE STRAW(22 | 0.014000001 | 1842225 | 25,791.15 |
| | | **Total pkg CBC Purchased** | | **344,617.95** |
| | Updated 6/27/06 WD total pkg CBC Purchased. | | | |