## EXHIBIT C

| Resource | Description | Unit Price | End Inventory Purchased | Total $ to be Invoiced |
|---|---|---|---|---|
| 113204 | CL PROTEOLYTIC ENZYME TAB | 0.094228856 | 125.4 | 11.82 |
| 123378 | CO GOLDEN MEADOW VEG SHAD | 1.650118203 | 33.84 | 55.84 |
| 153345 | FV N&A BUTTER PECAN 0392 | 2.02 | 42 | 84.84 |
| 153300 | FV ART BLACK CHERRY 202-0 | 2.638072855 | 34.04 | 89.80 |
| 173202 | SP CHILI POWDER | 2 | 50 | 100.00 |
| 123330 | CO LEMON YELLOW SHADE 402 | 1.393851508 | 77 | 107.33 |
| 153315 | FV ART LEMON OIL 7136 | 3.529745042 | 33 | 116.48 |
| 123348 | CO MARSHMALO ROSE SHAD 40 | 3.491196451 | 41 | 143.14 |
| 153361 | FV ART CREAMY VANILLA 488 | 4.790415704 | 34.64 | 165.94 |
| 123375 | CO BANANA YELLOW SHADE 40 | 2.109543011 | 81 | 170.87 |
| 153312 | FV COCONUT 0371 | 3.828831948 | 48 | 183.78 |
| 153336 | FV ORANGE OIL 002056 | 2 | 115 | 230.00 |
| 153331 | FV N&A CINNAMON OIL 0741 | 5.199937811 | 47 | 244.40 |
| 153279 | FV ART BANANA OIL 202-013 | 3.97852349 | 63 | 250.65 |
| 15103 | FV LEMON SUPREME | 2.089 | 133.4 | 278.67 |
| 18940 | SW NULOMALINE - SURE SWEE | 0.8419 | 400 | 336.76 |
| 14026 | FL SOFT WHEAT BULK FLOUR | 0.117855273 | 3150 | 371.24 |
| 153314 | FV N&A GRAHAM CRKR 5435 - | 7.048139535 | 53 | 373.55 |
| 153288 | FV N&A CINNAMON | 1.495197232 | 255 | 381.28 |
| 153285 | FV ART CARAMEL 209-0313 | 2.780068729 | 139.68 | 388.32 |
| 153281 | FV ART BUTTERSCOTCH 0328 | 2.708420612 | 155 | 419.81 |
| 113198 | CL SODIUM PROPIONATE | 0.874 | 500 | 437.00 |
| 18067 | SW SORBITOL | 0.45 | 1100 | 495.00 |
| 153373 | FV PWD N&A VANILLIN REPLA | 4.306666667 | 121 | 521.11 |
| 153306 | FV ART CHOCOLATE 0705 | 3.198014927 | 186 | 594.83 |
| 153372 | FV VANILLA SUGAR 3060 | 12.58 | 50 | 629.00 |
| 113172 | CL PYROXIDINE HCL VITAMI | 14.7845805 | 44.1 | 652.00 |
| 153362 | FV VANILLA CRYSTAL (16-1) | 1.69 | 400 | 676.00 |
| 110960 | CL PULVERIZED SALT (EXTRA | 0.154687179 | 4500 | 696.09 |
| 153365 | FV VANILLA WAFER TYPE D87 | 3.82 | 200 | 764.00 |
| 153363 | FV SPECIAL ART VANILLA 01 | 2.392055567 | 350 | 837.22 |
| 153368 | FV POWD VANILLA 2981 | 16.7952 | 50 | 839.76 |
| 183032 | SW GRAPE SPRINKLE 22265 | 2.16 | 400 | 864.00 |
| 11227 | CL FUMERIC ACID | 1 | 880 | 880.00 |
| 18911 | SW SUGAR SANDING SUGAR | 0.3526 | 2500 | 881.50 |
| 153297 | FV NATURAL CHEESE 1176 | 9.466666667 | 100 | 946.67 |
| 12265 | CO BLUE LIQUID PC616 | 6.5 | 150 | 975.00 |
| 11312 | CL MIRA-SPERSE | 0.5 | 2100 | 1,050.00 |
| 153370 | FV VANILLIN 001249 | 9.845266742 | 110.125 | 1,084.21 |
| 183029 | SW GREEN SPRINKLE 22217 | 1.41 | 850 | 1,198.50 |
| 153308 | FV N&A CHOCOLATE D160 | 2.24 | 550 | 1,232.00 |
| 113450 | CL POTASSIUM CHLORIDE USP | 0.529 | 2450 | 1,296.05 |
| 16103 | SH MARGARINE | 0.577675 | 2300 | 1,328.65 |
| 150920 | FV N&A BUTTER WL29015 812 | 6.85 | 200 | 1,370.00 |
| 173227 | SP CINAMON SUGAR | 0.646718519 | 2212 | 1,430.54 |
| 163402 | SH BUNGE COTTNSEED FLAK 1 | 0.862883333 | 1700 | 1,466.90 |
| 19270 | TN PECAN HALVES | 5.147515528 | 300 | 1,544.25 |
| 113211 | CL SODIUM METABISULPHITE | 0.503412698 | 3121.0625 | 1,571.18 |
| 18232 | SW SUGAR SANDING RED | 0.694526923 | 2500 | 1,736.32 |
| 133400 | CG STRAWB BANANA TOASTER/ | 0.81 | 2200 | 1,782.00 |
| 153293 | FV CHEESE 1035 | 10.84924851 | 165 | 1,790.13 |
| 153282 | FV ART CUSTARD 0620 | 3.623909637 | 511 | 1,851.82 |
| 153360 | FV N&A VANILLA CREME 2967 | 2.756639055 | 673 | 1,855.22 |
| 183098 | SW SUGAR EFG CANE BULK | 0.259735343 | 7740.4375 | 2,010.47 |
| 163294 | SH NATURAL LARD 2017235 | 4.092135004 | 492 | 2,013.33 |

| | | | | |
|---|---|---|---|---|
| 118113 | SW INVERT SUGAR LIQUID | 0.337741111 | 6000 | 2,026.45 |
| 113420 | CL MR CHIP ICING STABIL F | 0.75462 | 2765 | 2,086.52 |
| 153353 | FV ART BUTTER 6136 | 2.613886245 | 840.4 | 2,196.71 |
| 18513 | SW SYR COR HI.FRUCTO-BULK | 0.100388629 | 24800 | 2,489.64 |
| 11699 | CL LOW TEMP 588 STARCH | 0.5 | 5150 | 2,575.00 |
| 153369 | FV PURE VANILLA & SPICE | 8 | 324 | 2,592.00 |
| 183028 | SW WHITE COLOR SPRINKLE 2 | 1.937777778 | 1350 | 2,616.00 |
| 11478 | CL BINOSAL 15--MODIFIED S | 0.5 | 5550 | 2,775.00 |
| 123416 | DE EGG YOLK SOLIDS | 1.55 | 1800 | 2,790.00 |
| E2793 | VERSA WHIP 600K | 8.142380952 | 350 | 2,849.83 |
| 123305 | CO CARAMEL COLOR 602 | 0.83 | 3450 | 2,863.50 |
| 143399 | FL UNSWEET MED DESICCAT C | 0.606338028 | 4765 | 2,889.20 |
| 113201 | CL SODIUM ALGINATE KELTON | 12.21712 | 238 | 2,907.67 |
| 15628 | FV BLUEBERRY FLAVOUR FN-1 | 5.355 | 555.66 | 2,975.56 |
| 25429 | CL KOSHER GELATIN | 11 | 300 | 3,300.00 |
| 103393 | LIQUOR CHOCOLATE | 2.284958333 | 1760 | 4,021.53 |
| 153163 | FV STO-MAR | 6.660743902 | 614 | 4,089.70 |
| 118114 | SW CORN SYRUP SOLID STARD | 0.25 | 16575 | 4,143.75 |
| 15235 | FV STRAWBERRY NAT FN-2004 | 7.694006309 | 546 | 4,200.93 |
| 123443 | DE DELACTOSED WHEY | 0.681818182 | 6200 | 4,227.27 |
| 123414 | DE POWDERED WHOLE EGGS | 1.53 | 2955 | 4,521.15 |
| 13888 | FI PASTE RAISIN | 1.103717949 | 4100 | 4,525.24 |
| 18507 | SW SYRUP CORN-BULK     4 | 0.117106943 | 39298 | 4,602.07 |
| 133408 | CG GRAPE TOASTR PASTR 119 | 0.748 | 7000 | 5,236.00 |
| 133295 | FI UNFLAVOR BAKERY 2347 | 0.876568627 | 6000 | 5,259.41 |
| 160821 | SH SOYBEAN OIL TK2 523MDP | 0.321626559 | 17595 | 5,659.02 |
| 163156 | SH SHORTENING OLYMPIC 200 | 0.354739623 | 16701 | 5,924.51 |
| 160815 | SH SOYBEAN OIL 574 MDP 38 | 0.342113393 | 17381 | 5,946.27 |
| 14623 | COCONUT MACAROON BAKER'S | 0.605714286 | 9975 | 6,042.00 |
| 103413 | CH SEMI SWEET CHOC DROPS | 1.1013375 | 5800 | 6,387.76 |
| 123387 | DE CHEDLONG F009510 | 2.604125 | 2700 | 7,031.14 |
| G3560 | CL SODIUM ALUMINUM PHOSPH | 1.215357143 | 6300 | 7,656.75 |
| 123384 | DE CHEDDAR CHEESE | 3.650331871 | 2202.66 | 8,040.44 |
| 103001 | CH NATURAL COCOA POWDER L | 0.6143525 | 13475 | 8,278.40 |
| 153354 | FV BUTTER-VAN FLAVOR | 6.596940299 | 1365 | 9,004.82 |
| 11338 | CL PANODAN-SDK-EMULSIFER | 2.23 | 4149.5 | 9,253.39 |
| 183177 | SW MALT SYRUP PREMOSE OS- | 0.245 | 39600 | 9,702.00 |
| 103003 | CH BLACK B&C COCOA BAG | 0.956666667 | 10550 | 10,092.83 |
| 163126 | SH PURE VEGATABLE OIL | 0.315386959 | 35767 | 11,280.45 |
| 16834 | SH COCONUT SPRAY OIL 76 D | 0.421252651 | 46935 | 19,771.49 |
| 133405 | CG BRN SGR CIN TP 119408 | 0.66 | 30800 | 20,328.00 |
| 133404 | CG BLUEB TOASTER PASTRY 1 | 0.83 | 28600 | 23,738.00 |
| 133407 | CG CHIOC FUDG TP 119420 | 0.7 | 41250 | 28,875.00 |
| 133403 | CG APPLE TOASTER PASTRY 1 | 0.7 | 56100 | 39,270.00 |
| 133406 | CG CHERRY TOASTER PASTRY | 0.76 | 54450 | 41,382.00 |
| 133401 | CG STRAWB TOAST PASTR 10T | 0.789806094 | 64900 | 51,258.42 |
| | **Total Ingredients purchased after acquisition** | | | **463,488.07** |