**EXHIBIT D**

| Resource | Description | Unit Price | Ending Inventory Qty | Total $ to Invoice |
|---|---|---|---|---|
| 714307 | WX 12/11 OZ FRST STRAWB/B | 8.17 | 430.00 | 3,511.38 |
| 714309 | WX 12/10 OZ CHERRY | 7.41 | 274.00 | 2,031.44 |
| 814253 | WX 12/12 OZ GINGER SNAP B | 13.09 | 95.00 | 1,243.83 |
| 814257 | TD 12/8 OZ CHOCOLATE CHIP | 6.54 | 12.00 | 78.51 |
| 814261 | TD 12/8 OZ LEMON SUGAR | 5.54 | 562.00 | 3,116.06 |
| 814262 | TD 12/8 OZ OATMAL CHOC CH | 8.11 | 213.00 | 1,726.96 |
| 814269 | WX 12/11 OZ WILD CHERRY P | 8.74 | 1,941.00 | 16,965.22 |
| 814270 | WX 12/11 OZ DEVIL FOOD PI | 9.18 | 391.00 | 3,589.78 |
| 814272 | WX 12/11 OZ BUTTER PECAN | 8.42 | 25.00 | 210.39 |
| 814275 | WX 12/11 OZ VANILLA PIE | 8.47 | 541.00 | 4,583.97 |
| 814292 | WX 12/12 OZ ANIMAL COOKIE | 8.02 | 468.00 | 3,754.43 |
| 814316 | TD 12/8 OZ OATMEAL CKY | 5.81 | 296.00 | 1,718.50 |
| 814317 | TD 12/8 OZ MIXED | 6.86 | - | 0.00 |
| 814610 | WX 24/16 OZ SALTINE STAK- | 15.07 | 21.00 | 316.47 |
| 814641 | WX 24/15 OZ FAT FREE CRAC | 15.22 | 5.00 | 76.12 |
| 814851 | CG 12/12 OZ OATMEAL TRAY | 8.58 | 217.00 | 1,862.36 |
| 815012 | CG 12/24 OZ OATMEAL PNUT | 10.76 | 509.00 | 5,474.97 |
| 815014 | CG 12/24 OZ PEANUT BUTTER | 12.35 | 1,548.00 | 19,112.03 |
| 815020 | CG 12/24 OZ VAN FUDGE BIG | 10.00 | 361.00 | 3,611.25 |
| 815040 | CG 12/24 OZ LEMON | 9.15 | 40.00 | 365.89 |
| 815621 | CG 12/14 OZ COCONUT KREMO | 13.99 | 250.00 | 3,496.89 |
| 815724 | CG 12/12 OZ REALLY PECAN | 17.10 | 55.00 | 940.49 |
| 815732 | CG 12/15 OZ REALLY CHUNKY | 16.50 | 5.00 | 82.50 |
| | | | **Total Finished Goods** | **77,869.45** |

Updated 6/27/06 chart for WD Finished Goods