IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for August 24, 2006 at 1:00 p.m. (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Request of Consolidated Biscuit Company for Payment of an Administrative Expense Claim.

Only objections filed with the Court so as to be received by August 17, 2006 and served on Kenneth C. Baker at kcbaker@eastmansmith.com, Eastman & Smith Ltd., One SeaGate, 24th Floor, Toledo, Ohio 43604, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

2

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Respectfully submitted,

Dated:  June 30, 2006    EASTMAN & SMITH LTD.


/s/ Kenneth C. Baker
Henry N. Heuerman (0017962)
hnheuerman@eastmansmith.com
Kenneth C. Baker (0011853)
kcbaker@eastmansmith.com
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Facsimile:  (419) 247-1777

Attorneys for Consolidated Biscuit Company

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **Notice of Hearing** was served this 30th day of June, 2006, via the Court's electronic noticing system upon all those participating therein, and via ordinary U.S. Mail, postage prepaid, to the following parties: Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699, Debtor; to Kenneth C. Meeker, Esq. and Elena L. Escamilla, Esq., Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, FL 32801; to Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, an attorney for Debtors; to Cynthia C. Jackson, Esq., James H. Post, Esq., Stephen D. Busey, Esq. and Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201, attorneys for Debtors; to Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, an attorney to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.; and to John B. MacDonald, Esq. and Patrick P. Patangan, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202, attorneys to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.

/s/ Kenneth C. Baker
An Attorney for Consolidated Biscuit Co.

H:\HOME\ADCramer\Other\KCB\Consolidated Biscuit\Winn Dixie Stores Inc\Notice of Hearing 06292006.rtf