[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

AMENDED NOTICE OF RESCHEDULED HEARING (AMENDED TO INCLUDE MOVANT)

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay (Final) filed by Iris and Sam Davidson rescheduled to September 25, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 28, 2006 .

> Clerk of Court
> 300 North Hogan Street Suite 3−350
> Jacksonville, FL 32202

Copies furnished to:
Debtors'
Attorney for Debtor
U.S. Trustee
Carroll Cayer, Attorney for Movant
Counsel for official committee of unsecured creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: baldws           Page 1 of 1              Date Rcvd: Jun 28, 2006
Case: 05-03817              Form ID: 3902a         Total Served: 1

The following entities were served by first class mail on Jun 30, 2006.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2006**                     **Signature:** *Joseph Speetjens*