[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 3:05−bk−03817−JAF
                                                                      Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Dortha Mohundro is rescheduled for final hearing to October 30, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 29, 2006 .

                        Clerk of Court
                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202

Copies furnished to:
Debtors'
Debtors' Attorney
U.S. Trustee
Brian Zinn, Attorney for Movant
Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws             Page 1 of 1          Date Rcvd: Jun 29, 2006
Case: 05-03817                Form ID: 3902a           Total Served: 2

The following entities were served by first class mail on Jul 01, 2006.
aty          +B Summer Chandler,   McKenna Long & Aldridge LLP,   303 Peachtree Street,   Suite 5300,
               Atlanta, GA 30308-3265
aty           Brian D Zinn,   Goldstein Buckley Cechman Rice & Purtz,   Post Office Box 2366,
               Fort Myers, FL  33902-2366

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2006**                         **Signature:** *Joseph Speetjens*