UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Obj. Deadline: July 6, 2006 |

### WATKINS INVESTMENTS, L.P.'S RESPONSE IN OPPOSITION TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS

Watkins Investments, L.P. ("Watkins"), as successor-in-interest to Watkins Investments ("Watkins"), for its response in opposition to Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection"), respectfully states as follows:

1. As of the filing of the above referenced Debtors' voluntary petitions under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), Watkins was the landlord and Winn-Dixie Stores, Inc. (the "Debtor") was the tenant under a lease of nonresidential real property located in Tampa, Florida (Winn-Dixie Store No. 634) dated as of June 20, 1994, as amended from time to time (the "Lease").

2. The Debtors rejected the Lease effective September 30, 2005.

3. On or about October 13, 2005, Watkins timely filed its proof of claim against the Debtors (Claim No. 11958) for (a) unpaid pre-petition obligations under the Lease and (b) damages arising from the rejection of the Lease, limited by the statutory cap set forth under § 502(b)(6) of the Bankruptcy Code. The total amount of Watkins's

pre-petition claim as asserted in the proof of claim is $1,044,348.56. A copy of Watkins's proof of claim with supporting detail is attached hereto as Exhibit A.

4. In the Objection, Debtors objected to Watkins's claim and sought to reduce Watkins's claim to $596,692.59. The objection to Watkins's claim was summarily included with dozens of other objections and merely states that Watkins overstated its rejection damage calculation. The Debtors fail to specify any other basis for seeking to reduce Watkins's claim.

7. Federal Rule of Bankruptcy Procedure 3001(f) provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." A proof of claim provides *prima facie* evidence as to the validity and amount of the claim and will prevail over a "mere formal objection without more." *Lundell v. Anchor Const. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000). While the ultimate burden of persuasion remains with the claimant, the debtor has the initial burden of producing sufficient evidence to negate one or more facts in the proof of claim. *Id.* at 1039-40.

8. The Debtors' Objection fails to rebut the *prima facie* validity of Watkins's proof of claim, and therefore, the Objection must be denied. The Debtors' boilerplate objection fails to provide any information as to actual grounds by which the Debtors dispute Watkins's damage calculation. Watkins cannot even provide a detailed factual response to the Objection since it is devoid of any factual information as to the Debtors' dispute with the calculation of Watkins's claim. Since the Debtors have not provided any factual basis to rebut Watkins's claim, the Objection must be denied. Accordingly, Watkins's claim should be allowed as filed.

WHEREFORE, Watkins Investments, L.P., respectfully requests that this Court (a) deny the relief requested in the Objection; (b) allow Watkins's claim in the amount of $1,044,348.56; and (c) grant such other and further relief as this Court deems just and equitable.

Respectfully submitted,

July 3, 2006                                By:_____/s/Allen J. Guon_____

Brian L. Shaw (IL ARDC # 6216834)
Allen J. Guon (IL ARDC # 6244526)
SHAW GUSSIS FISHMAN
GLANTZ WOLFSON & TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
(312) 541-0151

Attorneys for Watkins Investments, L.P.

## CERTIFICATE OF SERVICE

I, Allen J. Guon, an attorney, certify that I caused to be served a true copy of **WATKINS INVESTMENTS, L.P.'S RESPONSE IN OPPOSITION TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS** on the party below by facsimile and electronic mail on the 3rd day of July 2006.

By: _____/s/Allen J. Guon_____

## SERVICE LIST

D. J. (Jan) Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Facsimile:  (917) 777-2150
djbaker@skadden.com

Brian L. Shaw (#6216834)
Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile
*Counsel for Watkins Investments, L.P.*

{4981 CER A0134274.DOC}