# EXHIBIT A

**EXHIBIT A**

### Normandy Square, Jacksonville FL — 5217007

| 153 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | PRE | POST |
|---|---|---|---|---|---|---|---|---|
| 05217007 | 6/23/2006 | 6/23/2006 | 1/1/05-2/20/05 RE Tax Rec | RRET | 5,469.00 | 5,469.00 | | |
| 05217007 | 6/23/2006 | 2/21/05-8/9/05 RE Tax Rec | | RRET | 18,229.99 | 18,229.99 | | |
| 05217007 | 6/23/2006 | 8/10/05-12/31/05 RE Tax | | RRET | 15,441.87 | 15,441.87 | | |
| 05217007 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 29,420.33 | 29,420.33 | | |
| 05217007 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 439 | 439 | | |
| | | | | | | 69,000.19 | 5,469.00 | $63,531.19 |

### Miami Gardens, Miami FL — 861211

| 231 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 00861211 | 3/24/2005 | 3/24/2005 | RCAM 1/1/2004 - 12/31/2004 | RCAM | 48,842.25 | 48,842.25 | | |
| 00861211 | 3/24/2005 | 3/24/2005 | RINS 1/1/2004 - 12/31/2004 | RINS | 15,442.69 | 15,442.69 | | |
| 00861211 | 3/24/2005 | 3/24/2005 | RRET 1/1/2004 - 12/31/2004 | RRET | 125,035.51 | 125,035.51 | | |
| 00861211 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 47,439.75 | 47,439.75 | | |
| | | | | | | 236,760.20 | 189320.45 | 47,439.75 |

### Wycliffe, Lake Worth FL — 5208010

| 281 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 05208010 | 11/1/2005 | 11/1/2005 | Annual Minimum Rent | AMR | 32,177.67 | 1,159.99 | | |
| 05208010 | 11/1/2005 | 11/1/2005 | CAM (Escrow / Deposit) | CAM | 4,200.00 | 2,866.67 | | |
| 05208010 | 3/24/2006 | 3/24/2006 | 2/1/05 rent | POA | -36,057.67 | -7,733.32 | | |
| 05208010 | 4/1/2006 | 4/1/2006 | CAM (Escrow / Deposit) | CAM | 4,200.00 | 320.00 | | |
| 05208010 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 32,177.67 | 32,177.67 | | |
| 05208010 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 3,880.00 | 3,880.00 | | |
| | | | | | 40,577.67 | 32,671.01 | -7733.32 | 40,404.33 |

### Rutland, St. Petersburg FL — 186002

| 698 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 00186002 | 5/14/2002 | 5/14/2002 | Late Charge | LATE | 89.2 | 89.2 | | |
| 00186002 | 5/14/2002 | 5/14/2002 | Late Charge | STX | 6.24 | 6.24 | | |
| 00186002 | 5/14/2002 | 5/14/2002 | Late Charge | STX | -3.09 | -3.09 | | |
| 00186002 | 5/14/2002 | 5/14/2002 | Late Charge | STX | -69.23 | -69.23 | | |
| 00186002 | 5/14/2002 | 5/14/2002 | Late Charge | STX | 6.24 | 6.24 | | |
| 00186002 | 10/4/2002 | 10/4/2002 | Re Tax Rec 2001 | POA | -4,279.01 | -4279.01 | | |
| 00186002 | 12/1/2002 | 12/1/2002 | CAM (Escrow / Deposit) | CAM | 5,893.02 | 907.5 | | |
| 00186002 | 1/1/2004 | 1/1/2004 | CAM (Escrow / Deposit) | CAM | 5,422.06 | 2453.21 | | |
| 00186002 | 12/19/2004 | 12/19/2004 | Cam Rec Credit 1/1/03-12/31/0 | RCAM | -6,392.06 | -359.34 | | |
| 00186002 | 3/2/2005 | 3/2/2005 | 2004 CAM reconciliation | RCAM | 15,565.40 | 15565.4 | | |
| 00186002 | 3/2/2005 | 3/2/2005 | 2004 RE Tax reconciliation | RRET | 16,243.22 | 16243.22 | | |
| 00186002 | 10/31/2005 | 10/31/2005 | Late Fees Adj. | LATE | -89.2 | -89.20 | | |
| 00186002 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 29,565.42 | 29,565.42 | | |
| 00186002 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 4,039.21 | 4,039.21 | | |
| | | | | | 64,075.77 | | 30560.34 | 33,515.43 |

### Holly Hill, Holly Hill FL — 1620018

| 2258 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01620018 | 4/10/2003 | 4/10/2003 | Cam Rec 12/12/02-12/31/02 | RCAM | .03- | .03- | | |
| 01620018 | 4/10/2003 | 4/10/2003 | Cam Rec 1/1/02-12/11/02 | SBT | .58- | .58- | | |
| 01620018 | 6/1/2003 | 6/1/2003 | CAM (Escrow / Deposit) | CAM | 417.23 | 250 | | |
| 01620018 | 2/23/2005 | 2/23/2005 | RRET 1/1/2004 - 12/31/2004 | RRET | 8,379.36 | 8379.36 | | |
| 01620018 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 32,680.75 | 32,680.75 | | |
| 01620018 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 417.23 | 417.23 | | |
| | | | | | 41727.34 | | 2629.36 | 39,097.98 |

**Silver Hills, Orlando FL     1476008**

| 2301 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01476008 | 2/28/2002 | 2/28/2002 | Pre CA Merger Balance | SBT | 409.45 | 409.45 | | |
| 01476008 | 5/30/2003 | 5/30/2003 | RE Tax Rec. 01/02-2/02 | SBT | 3,565.41 | 884.52 | | |
| 01476008 | 6/2/2004 | 6/2/2004 | 2003 RETAX Reconciliation | RRET | 14,628.44 | 359.95 | | |
| 01476008 | 9/10/2004 | 9/10/2004 | RETX add. recon. 1/03 - 12/03 | RRET | 1,397.64 | 1,397.64 | | |
| 01476008 | 9/10/2004 | 9/10/2004 | STX add. recon. 1/03-12/03 | STX | 90.85 | 90.85 | | |
| 01476008 | 2/2/2005 | 2/2/2005 | 2004 RE Tax reconciliation | RRET | 13,868.76 | 13,868.76 | | |
| 01476008 | 5/17/2006 | 5/17/2006 | 1/1/05-2/20/05 RETX Recon | RRET | 2,072.38 | 2,072.38 | | |
| 01476008 | 5/17/2006 | 5/17/2006 | 2/21/05-12/31/05 RETX Recon | RRET | 12,759.35 | 40.59 | | |
| 01476008 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 10,988.50 | 10,988.50 | | |
| 01476008 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 366.25 | 366.25 | | |
| | | | | | 30,478.89 | | 19083.55 | 11,395.34 |

**Riverwood, Port Orange FL     5169010**

| 2311 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 05169010 | 2/26/2003 | 2/26/2003 | CAM Pkg lotRec 1/1/02-12/31/0 | RCAM | 1,718.27 | 388.52 | | |
| 05169010 | 3/21/2005 | 3/21/2005 | RCAM 1/1/2004 - 12/31/2004 | RCAM | -3,984.77 | -1,679.48 | | |
| 05169010 | 3/21/2005 | 3/21/2005 | RINS 1/1/2004 - 12/31/2004 | RINS | 11,683.46 | 11,683.46 | | |
| 05169010 | 3/21/2005 | 3/21/2005 | 2004 RE TAX Reconciliation | RRET | 84,998.48 | 84,998.48 | | |
| 05169010 | 5/19/2006 | 5/19/2006 | Tax Rec 1/1/05-2/20/05 | RRET | 11,234.31 | 5,751.93 | | |
| 05169010 | 6/19/2006 | 6/19/2006 | 2/21/05-8/9/05  RINS Rec | RINS | 5,111.62 | 5,111.62 | | |
| 05169010 | 6/19/2006 | 6/19/2006 | 8/10/05-12/31/05 RINS Rec | RINS | 4,329.84 | 4,329.84 | | |
| 05169010 | 6/22/2006 | 6/22/2006 | 2/21/05-8/9/05 RCAM Rec | RCAM | 945.2 | 945.20 | | |
| 05169010 | 6/22/2006 | 6/22/2006 | 8/10/05-12/31/05 RCAM Recon | RCAM | 800.63 | 800.63 | | |
| 05169010 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 13,398.42 | 13,398.42 | | |
| 05169010 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 2,800.00 | 2,800.00 | | |
| | | | | | 128,528.62 | | 101142.91 | 27,385.71 |

**Shops of Victoria, Port St. Lucie FL     3008018**

| 2348 | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 03008018 | 11/19/2003 | 11/19/2003 | 10/9/03-10/31/03 Cam | POA | -272.05 | -272.05 | | |
| 03008018 | 12/9/2003 | 12/9/2003 | Ck#6007071929$496.77 | POA | -47,666.68 | -496.77 | | |
| 03008018 | 4/21/2004 | 4/21/2004 | Prevent Maint-PO#149939 | BACK | 570 | 570 | | |
| 03008018 | 5/1/2005 | 5/1/2005 | Annual Minimum Rent | AMR | 23,466.67 | 73.79 | | |
| 03008018 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 23,466.67 | 23,466.67 | | |
| 03008018 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 366.67 | 366.67 | | |
| | | | | | 23,708.31 | | 198.82 | 23,509.49 |

**Marrero, Marrero LA     1514003**

| 1430" | Invoice Date | G/L Date | Remark | G/L Offset | Gross Amount | Open Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01514003 | 2/1/2005 | 2/1/2005 | Annual Minimum Rent | AMR | 26,872.00 | 4,792.00 | | |
| 01514003 | 2/1/2005 | 2/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 3/1/2005 | 3/1/2005 | Annual Minimum Rent | AMR | 26,872.00 | 7,844.08 | | |
| 01514003 | 3/1/2005 | 3/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 4/1/2005 | 4/1/2005 | Annual Minimum Rent | AMR | 26,872.00 | 7,844.08 | | |
| 01514003 | 4/1/2005 | 4/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 5/1/2005 | 5/1/2005 | Annual Minimum Rent | AMR | 26,872.00 | 7,844.08 | | |
| 01514003 | 5/1/2005 | 5/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 6/1/2005 | 6/1/2005 | Annual Minimum Rent | AMR | 26,872.00 | 7,844.08 | | |
| 01514003 | 6/1/2005 | 6/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | -2004 CAM 4/12/04 - 12/31/0 | RCAM | -17,586.48 | -17,586.48 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | Insurance | RINS | 3,708.64 | 3,708.64 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | Real Estate Tax | RRET | 20,265.06 | 20,265.06 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | Real Estate Tax | SBT | 7,829.70 | 7,829.70 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | Insurance | SBT | 1,432.89 | 1,432.89 | | |
| 01514003 | 6/29/2005 | 6/29/2005 | -2004 CAM 1/1/04 - 4/11/0 | SBT | -6,886.24 | -6,886.24 | | |
| 01514003 | 7/1/2005 | 7/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 20,344.00 | | |
| 01514003 | 7/1/2005 | 7/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01514003 | 8/1/2005 | 8/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 20,344.08 | | |
| 01514003 | 8/1/2005 | 8/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 9/1/2005 | 9/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 27,955.25 | | |
| 01514003 | 9/1/2005 | 9/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 10/1/2005 | 10/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 20,344.08 | | |
| 01514003 | 10/1/2005 | 10/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 11/1/2005 | 11/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 20,344.08 | | |
| 01514003 | 11/1/2005 | 11/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 12/1/2005 | 12/1/2005 | Annual Minimum Rent | AMR | 39,372.00 | 20,344.08 | | |
| 01514003 | 12/1/2005 | 12/1/2005 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| 01514003 | 4/21/2006 | 4/21/2006 | 2005 CAM Rec | RCAM | -2,384.89 | -2,384.89 | | |
| 01514003 | 4/21/2006 | 4/21/2006 | 2005 INS Rec | RINS | 13,810.52 | 13,810.52 | | |
| 01514003 | 4/21/2006 | 4/21/2006 | 2005 Retax Recon | RRET | 64,685.15 | 9,215.42 | | |
| 01514003 | 7/1/2006 | 7/1/2006 | Annual Minimum Rent | AMR | 39,372.00 | 39,372.00 | | |
| 01514003 | 7/1/2006 | 7/1/2006 | CAM (Escrow / Deposit) | CAM | 2,945.00 | 2,945.00 | | |
| | | | | | 269,960.59 | | 7737 | 262,223.59 |

# E X H I B I T   B

**EXHIBIT  B**

## ITEMIZATION OF CLAIM

| Tenant | Winn-Dixie Stores, Inc., de al., | Case #05-03817-3F1 |
|---|---|---|

Tenant  Winn-Dixie Stores, Inc., de al.,         Case #05-03817-3F1
**Winn-Dixie Store #556**
Winn-Dixie Montgomery, Inc., a Kentucky corporation   CLAIM AS OF 6/30/2006
Account #0362-002331               **Filed Chapter 11 on February 21, 2005**

Landlord  Cordova Collection Limited Partnership
C/O Aronov Realty Management, Inc.
3500 Eastern Boulevard               Suite #B
Montgomery, Alabama 36116          **Cordova Collection, Pensacola, Florida**
(334)244-2504                   Lease expiration:  1/22/2012

1     Liability arising from Debtor's failure to perform its obligation under the Lease
consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 3/23/2005 | | 2004 CAM Recovery | 1,227.17 | | 1,227.17 |
| 1/1/2005 | 2/21/2005 | 2005 Tax Recovery | 9,166.44 | | 10,393.61 |
| 1/1/2005 | 2/21/2005 | 2005 Insurance Recovery | 3,787.44 | | 14,181.06 |
| 1/1/2005 | 2/21/2005 | 2005 CAM Recovery | -44.66 | | 14,136.39 |
| | | | | | |

**TOTAL PRE-PETITION**               **$14,136.39**

2     Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
for administrative rents consisting of :       **-$268.84**

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2/22/2005 | 12/31/2005 | 2005 CAM Recovery | -268.84 | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ITEMIZATION OF CLAIM

| Tenant | Winn-Dixie Stores, Inc., de al., | Case #05-03817-3F1 |
|---|---|---|
| | **Winn-Dixie Store #460** | |
| | Winn-Dixie Montgomery, Inc., a Kentucky corporation | Cure as of June 30, 2006 |
| | Account #0355-000940 | **Filed Chapter 11 on February 21, 2005** |

| Landlord | Eastdale Square LLC | |
|---|---|---|
| | C/O Aronov Realty Management, Inc. | Suite C |
| | 3500 Eastern Boulevard | **Eastdale Square, Montgomery, Alabama** |
| | Montgomery, Alabama 36116 | Lease expiration: 8/11/2019 |
| | (334)244-2504 | |

1    Liability arising from Debtor's failure to perform its obligation under the Lease
consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 5/20/2005 | | 2003 Lot Electricity After hour | 6,353.87 | | 6,353.87 |
| 5/20/2005 | | 2004 Lot Electricity After hour | 7,527.30 | | 13,881.17 |
| 1/1/2005 | 2/21/2005 | 2005 Real Estate Tax Recover | 1,283.79 | | 15,164.96 |
| 1/1/2005 | 2/21/2005 | 2005 Insurance Recovery | 1,501.80 | | 16,666.76 |

**TOTAL PRE-PETITION**                                                **$16,666.76**

2    Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
for administrative rents consisting of :                                **$2,271.32**

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2/22/2005 | 12/31/2005 | 2005 Real Estate Tax Recover | 7727.43 | -5456.11 | 2271.32 |
| | | | | | |
| | | | | | |

## ITEMIZATION OF CLAIM

| Tenant | Winn-Dixie Stores, Inc., de al.,<br>**Winn-Dixie Store #454**<br>Winn-Dixie Montgomery, Inc., a Kentucky corporation<br>Account #0316-002203 | Case #05-03817-3F1<br><br>Cure As of June 30, 2006<br>**Filed Chapter 11 on February 21, 2005** |
|---|---|---|
| Landlord | Southview Square LLC<br>C/O Aronov Realty Management, Inc.<br>3500 Eastern Boulevard<br>Montgomery, Alabama 36116<br>(334)244-2504 | Suite 08<br>**Southview Square, Dothan, Alabama**<br>Lease expiration:  08/03/2014 |

1   Liability arising from Debtor's failure to perform its obligation under the Lease
consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 12/29/2004 | | 2004 Real Estate Tax Adj | 12,632.85 | | 12,632.85 |
| 12/29/2004 | | 2004 Insurance Adjustment | 3,961.94 | | 16,594.79 |
| 5/19/2005 | | 2004 Common Area Maint | 3,856.07 | | 20,450.86 |
| 1/1/2005 | 2/21/2005 | 2005 Real Estate Tax Adj | 1,789.04 | | 22,239.90 |
| 1/1/2005 | 2/21/2005 | 2005 Insurance Adjustment | 555.02 | | 22,794.92 |
| 1/1/2005 | 2/21/2005 | 2005 CAM Recovery | 514.40 | | 23,309.32 |
| | | | | | |
| | | | | | |

**TOTAL PRE-PETITION**                                    **$23,309.32**

2   Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
for administrative rents consisting of :                      **$6,767.96**

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2/22/2005 | 12/31/2005 | 2005 Real Estate Tax Recover | 10,768.62 | -7,603.40 | 3,165.22 |
| 2/22/2005 | 12/31/2005 | 2005 CAM Recovery | 3,096.27 | | 6,261.49 |
| 7/1/2005 | 7/30/2005 | Monthly Cam shortage | 2.47 | | 6,263.96 |
| 1/1/2006 | 1/31/2006 | Monthly Cam shortage | 84.00 | | 6,347.96 |
| 2/1/2006 | 2/28/2006 | Monthly Cam shortage | 84.00 | | 6,431.96 |
| 3/1/2006 | 3/31/2006 | Monthly Cam shortage | 84.00 | | 6,515.96 |
| 4/1/2006 | 4/30/2006 | Monthly Cam shortage | 84.00 | | 6,599.96 |
| 5/1/2006 | 5/31/2006 | Monthly Cam shortage | 84.00 | | 6,683.96 |
| 6/1/2006 | 6/30/2006 | Monthly Cam shortage | 84.00 | | 6,767.96 |

## ITEMIZATION OF CLAIM

| Tenant | Winn-Dixie Stores, Inc., de al., | Case #05-03817-3F1 |
|---|---|---|
| | **Winn-Dixie Store #426** | |
| | Winn-Dixie Montgomery, Inc., a Kentucky corporation | Cure as June 30, 2006 |
| | Account #0306-001783 | **Filed Chapter 11 on February 21, 2005** |

| Landlord | Aronov Realty Company, Inc., an Alabama corporation, and Frank M. Johnston, as tenants in common | |
|---|---|---|
| | C/O Aronov Realty Management, Inc. | Suite #B and B-1 |
| | 3500 Eastern Boulevard | **Wiregrass Plaza, Dothan, Alabama** |
| | Montgomery, Alabama 36116 | Lease expiration: 2/28/2010 |
| | (334)244-2504 | |

1  Liability arising from Debtor's failure to perform its obligation under the Lease
consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 12/28/2004 | | 2004 Ins. Adjust Ste B | 699.42 | | 699.42 |
| 12/28/2004 | | 2004 Ins. Adjust Ste B-1 | 3228.01 | | 3927.43 |
| 12/28/2004 | | 2004 Real Estate Tax Ste B | 5226.91 | | 9154.34 |
| 12/28/2004 | | 2004 Real Estate Tax Ste B-1 | 2875.09 | | 12029.43 |
| 4/30/2004 | | 2004 Common Area Adjust | 3136.94 | | 15166.37 |
| 1/1/2005 | 2/21/2005 | 2005 Ins. Adjust Ste B (pre) 52 days | 93.85 | | 15260.22 |
| 1/1/2005 | 2/21/2005 | 2005 CAM Adjustment-B-1 (pre) 52 days | 523.71 | | 15783.93 |
| 1/1/2005 | 2/21/2005 | 2005 Real Estate Tax Ste B-1 (pre) 52 days | 409.72 | | 16193.65 |
| 1/1/2005 | 2/21/2005 | 2005 Real Estate Tax Ste B (pre) 52 days | 745.07 | | 16938.72 |
| 1/1/2005 | 2/21/2005 | 2005 Ins. Adjust Ste B-1 (pre) 52 days | 457.2 | | 17395.92 |

**TOTAL PRE-PETITION**                                                                 $17,395.92

2  Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
for administrative rents consisting of :                              $5,360.03

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2/22/2005 | 12/31/2005 | 2005 Ins. Adjust Ste B post 313 days | 564.94 | | 564.94 |
| 2/22/2005 | 12/31/2005 | 2005 Real Estate Tax Ste B post 313 days | 4,484.72 | 3,166.53 | 1,883.13 |
| 2/22/2005 | 12/31/2005 | 2005 Real Estate Tax Ste B-1 post 313 days | 2,466.23 | 1,741.33 | 2,608.03 |
| 2/22/2005 | 12/31/2005 | 2005 Ins. Adjust Ste B-1 post 313 days | 2,752.00 | | 5,360.03 |
| | | | | | |
| | | | . | | |
| | | | | | |