**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN DIXIE STORES, INC., et al.,                        Case No. 05-03817-3F1

        Debtors.                                              Chapter 11
_____/                        Jointly Administered

**NOTICE OF WITHDRAWAL OF STAY RELIEF MOTION**

      Movants CHARLENE MILLER and ROBERT MILLER hereby notice their withdrawal of their motion for relief from automatic stay which was set for hearing at 2:00 p.m. July 10, 2006. As grounds, Movants state that they have settled their personal injury claim directly with an insurance carrier outside of the bankruptcy estate and that the proceeds to them from the insurance policy would not inure to the benefit of any other creditor of the bankruptcy estate.

      Dated: July 5, 2006

                                              RUTHERFORD MULHALL, P.A.
                                              Attorneys for Charlene and Robert Miller
                                              2600 N. Military Trail, 4th Floor
                                              Boca Raton, FL 33431-6348
                                              Tel: (561) 241-1600
                                              Fax: (561) 241-3815

                                              By:/s/ *Robert L. Wunker*
                                                  Robert L. Wunker
                                                  Florida Bar No. 176998

   I HEREBY CERTIFY that a copy of this Motion was filed either electronically or by U.S. Mail to the debtor Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, at 5050 Edgewood Court, Jacksonville, FL 32254, to D. Jan Baker, Esq. at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtor, at Four Times Square, New York City, NY 10036, to Stephen D. Busey, Esq., counsel for the Debtor, at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, to Office of the United States Trustee at 135 West Central Blvd., Room 620, Orlando, FL 32801, and to all Rule 1007(d) Parties in Interest and other parties identified in the Master Service List which is attached hereto and made a part of this motion, this 5th day of July, 2006.

I further certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court.

                    RUTHERFORD MULHALL, P.A.
                    Attorneys for Movants Charlene and Robert Miller
                    2600 N. Military Trail, 4th Floor
                    Boca Raton, FL 33431-6348
                    Tel: (561) 241-1600
                    Fax: (561) 241-3815

                    By:/s/ ROBERT L. WUNKER
                      Robert L. Wunker
                      Florida Bar No. 176998