**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

WINN DIXIE STORES, INC., et al.,　　　　　　Case No. 05-03817-3F1

　　　　　Debtors.　　　　　　　　　　　　　Chapter 11
_____/　　　　　Jointly Administered

**NOTICE OF WITHDRAWAL FROM CASE
AND
<u>REQUEST TO STOP ELECTRONIC NOTICE</u>**

　　　Movants CHARLENE MILLER and ROBERT MILLER and their undersigned counsel hereby notice their withdrawal from the above case and request stoppage of all electronic notices in the case to their undersigned counsel.

　　　Dated: July 5, 2006

　　　　　　　　　　　　　　　　　　　　　RUTHERFORD MULHALL, P.A.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Charlene and Robert Miller
　　　　　　　　　　　　　　　　　　　　　2600 N. Military Trail, 4th Floor
　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431-6348
　　　　　　　　　　　　　　　　　　　　　Tel: (561) 241-1600
　　　　　　　　　　　　　　　　　　　　　Fax: (561) 241-3815

　　　　　　　　　　　　　　　　　　　　　By:/s/ *Robert L. Wunker*
　　　　　　　　　　　　　　　　　　　　　　　Robert L. Wunker
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 176998

   I HEREBY CERTIFY that a copy of this Motion was filed either electronically or by U.S. Mail to the debtor Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, at 5050 Edgewood Court, Jacksonville, FL 32254, to D. Jan Baker, Esq. at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtor, at Four Times Square, New York City, NY 10036, to Stephen D. Busey, Esq., counsel for the Debtor, at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, to Office of the United States Trustee at 135 West Central Blvd., Room 620, Orlando, FL 32801, and to all Rule 1007(d) Parties in Interest and other parties identified in the Master Service List which is attached hereto and made a part of this motion, this 5th day of July, 2006.

I further certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court.

                 RUTHERFORD MULHALL, P.A.
                 Attorneys for Movants Charlene and Robert Miller
                 2600 N. Military Trail, 4th Floor
                 Boca Raton, FL 33431-6348
                 Tel: (561) 241-1600
                 Fax: (561) 241-3815

                 By:/s/ ROBERT L. WUNKER
                   Robert L. Wunker
                   Florida Bar No. 176998