UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | |
| _____ ) | |

### DAUKSCH FAMILY PARTNERSHIP'S RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS

Dauksch Family Partnership ("Dauksch"), a landlord creditor, responds to the objection filed by Winn-Dixie Stores, Inc. (Winn- Dixie") to Claim Number 11980 as follows:

1. Dauksch is the owner of a retail shopping center located in Maitland, Florida. Winn-Dixie leased a portion of the premises from Dauksch pursuant to a Lease dated April 25,1964, as amended on October 20,1967, April 29,1985 and May 3,1989 (the "Lease").

2. The minimum monthly retail payment due under the Lease as of the Petition Date was $13,307.58, plus applicable sales and use taxes, which increased to $13,792.13 effective October 1, 2005. Winn-Dixie is also obligated under the Lease to pay all real estate taxes, insurance and maintenance expenses associated with the demised premises.

3. On September 20, 2005, Winn-Dixie rejected the Lease.

4. On October 13, 2005, Dauksch filed a proof of claim for the $258,640.31 in damages flowing from the rejection of the Lease. The rejection damages were based on prior year billings, and were calculated as follows:

| | |
|---|---:|
| Rent | $165,505.56 |
|     Rent @ $13,792.13/month | |
| Maintenance @ $500/month | $6,000.00 |
| Utilities | |
|     Water @ $300/month | $3,600.00 |
|     Gas @ $20/month | $240.00 |
|     Electric @ $1,500/month | $18,000.00 |
| Insurance | |
|     Property @ $2,500/month | $30,000.00 |
|     Liability @ $250/month | $3,000.00 |
| Ad valorem taxes (annual) | $18,454.11 |
| Past ad valorem taxes Jan - Sept 2005 | $13,840.58 |
| Construction of wall required by lease | <u>$10,000.00</u> |
| **Total** | **$258,640.31** |

5.     Dauksch's proof of claim has been docketed as Claim Number 11980.

6.     On June 13, 2005, Winn-Dixie served its objection to Claim No. 11980 contending that Dauksch's rejection damages are overstated by some $67,589.14, and that the correct amount should be $191,051.17.

7.     Since the initial claim was filed, Dauksch has received the actual 2005 tax bills and other documents for which its claim can now be fixed. The correct sums due are as follows:

Rent (¶2)

| | |
|---|---:|
|     Rent @ $13,792.13/month x 12 | $165,505.56 |
| Maintenance & Repairs Necessitated Following Vacature (¶6) | $1,469.24 |

Utilities (¶9)

 Water    $212.88
 Electric    $1,992.15

Insurance(¶ 4)

 Property    $14,859.76
 Liability    $2,178.68

Taxes (¶ 4)

 Ad valorem taxes (2005)    $19,049.29
 Ad valorem taxes January 1 -
 September 20, 2006    <u>$13,725.93</u>

   **Total**    **$218,993.49**[1]

8. Under the authority of *In re Clements*, 185 B.R. 895 (Bankr. M.D. Fla. 1995), all the above charges qualify as "rent reserved by the lease." Dauksch therefore disputes

---

[1] Winn-Dixie also agreed to replace a retaining wall adjacent to the demised premises which it removed. The estimated cost of reconstructing the wall is $10,000. Dauksch hereby waives its right to receive reimbursement for that item as that portion of its claim is still unliquidated.

Winn-Dixie's calculation of Dauksch's Lease rejection damages and requests a hearing to determine its entitlement to the above stated sums.

**STUTSMAN THAMES & MARKEY, P.A.**

By /s/ *Richard R. Thames*
_____
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for Dauksch Family Partnership

**Certificate of Service**

I hereby certify on July 5, 2006, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

| | |
|---|---|
| Adam Ravin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>aravin@skadden.com | D.J. Baker, Esq.<br>Skadden, Arps, Slat, Meagher, & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>dbaker@skadden.com |

/s/ *Richard R. Thames*
_____
Attorney

59977