UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-03817-3fl |
| | § | |
| | § | |
| WINN-DIXIE STORES, INC., et al., | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

<u>RESPONSE OF 440 GROUP, LTD AND LCH OPPORTUNITIES, L.L.C (CLAIM NO. 6808) TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS, (C) UNLIQUIDATED CLAIMS AND (D) AMENDED AND SUPERSEDED CLAIMS</u>

COME NOW 440 Group, LTD, and LCH Opportunities, L.L.C, ("CLAIMANTS") and file this their response to Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims and as grounds therefore would respectfully show unto the Court the following:

1. Claimants admit the allegations in paragraph 1 of the objection.

2. Claimants have no knowledge of the facts alleged in paragraph 2 of the objection and are therefore unable to admit or deny same.

3. Claimants have no knowledge of the allegations in paragraph 3 of the objection and are therefore unable to admit or deny same.

4. Claimants admit the allegations in paragraph 4 of the objection.

5. The allegations in paragraph 5 relate to statutory predicates for relief requested in the objection and need not be admitted or denied.

6. Claimants admit that the bar date for claims was August 1, 2005. Claimants are

unaware of the remaining facts stated in paragraph 6 of the objection and are therefore unable to admit or deny same.

7. Claimants are unaware of the facts alleged in paragraph 7 of the objection and are therefore unable to admit or deny same.

8. The allegations in paragraph 8 need not be admitted or denied.

9. The allegations in paragraph 9 do not relate to claimants' claim and need not be admitted or denied.

10. The allegations in paragraph 10 of the objection do not relate to claimants' claim and need not be admitted or denied.

11. Claimants deny the allegations in paragraph 11 as they relate to claimants' claim.

12. Claimants deny the allegations in paragraph 12 as they relate to claimants' claim.

13. The allegations in paragraph 13 do not relate to claimants' clai' and need not be admitted or denied.

14. Claimants deny the allegations in paragraph 14 of the objection as they relate to claimants' claim.

15. 440 Group, LTD, is the original holder of the claim in question. 440 Group, LTD, assigned the claim to LCH Opportunities, L.L.C., by assignment dated April 12, 2006. Said assignment has been filed in this case. The terms of the assignment obligate 440 Group, LTD, to defend this motion.

16. Claimants' claim is based on a lease termination agreement executed by 440 Group, LTD, and the Debtors pre-petition and is a liquidated claim in the amount of $217,500.00. The Debtors seek to reduce the claim to $183,168.80, stating that the reduced amount reflects the accurate

calculation of rejection damages. Since the termination agreement was signed pre-petition, the correct measure of damages is the amount agreed to in the lease termination agreement which is $217,500.00, and not "rejection damages".  A copy of the lease termination agreement is attached hereto as EXHIBIT "A" and is incorporated herein by reference.

17. The allegations in paragraph 15, 16, 17, 18, and 19 do not relate to claimants' claim and need not be admitted or denied.

18. The allegations in paragraph 20, 21, 22, 23, 24, 25, and 26 relate to procedural matters and need not be admitted or denied.

WHEREFORE, PREMISES CONSIDERED, Claimants pray that the Debtors' objection be denied and all things as it relates to Claimants' claim and that Claimants' claim be allowed as filed in the amount of $217,500.00. Claimants pray for general relief.

Respectfully submitted,

/s/ James O. Cure
JAMES O. CURE
Attorney for 440 Group, Ltd and
LCH Opportunities, L.L.C
2584 Blue Meadow Drive
Temple, TX  76502
(254) 778-8934
FAX (254) 773-2477
State Bar Card No. 05252800

## CERTIFICATE OF SERVICE

This is to certify that on the  5th   day of July, 2006, a copy of this Response of 440 Group, LTD. and LCH Opportunities, L.L.C (CLAIM NO. 6808)  to Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B)  Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims was served electronically and via facsimile to the following:

D.J. Baker Esq.
212/735-2000 (facsimile)
djbaker@skadden.com

                                                                       /s/ James O. Cure
                                                                       James O. Cure