UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.   Case No. 3:05-bk-03817-3F1
Chapter 11

        Debtor.

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 12078
(BY ROYAL OAKS BRANDON, LTD.)**

      Comes now ROYAL OAKS BRANDON, LTD. ("**Royal Oaks**"), and files this, its response to the Debtors' Objection to Claim 12078 filed by Royal Oaks, stating as follows:

      1.    That on or about June 13, 2006, the Debtors filed an Objection (**"the Objection"**) to Claim 12078 filed by Royal Oaks (**"the Claim"**).

      2.    That the Claim, as filed, is for $432,057.02, consisting of (i) rejection damages and (ii) damages for physical damage to the leased premises.

      3.    That the Objection seeks to reduce the amount of the Claim by asserting that the amount of the claim is limited to rejection damages and 2004 real estate taxes.

      4.    That it appears that the Objection overlooks the component of the Claim related to physical damage of the leased premises.

      5.    That based on the foregoing, the Objection should be overruled.

VERONA LAW GROUP, P.A.

By:   /s/ Jay B. Verona
      Jay B. Verona, Esq.
      7235 First Ave. So.
      St. Petersburg, FL 33707
      (727) 347-7000; (727) 347-7997 (Fax)
      FBN 352616
      Attorneys for Royal Oaks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5 day of July, 2006, a copy of the foregoing was served, either by the Court's CM/ECF system, by U.S. Mail and/or by facsimile transmission upon:

Winn Dixie Stores, Inc., Debtor
5050 Edgewood Court, Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   D.J. Baker
Four Times Square, New York, NY 10036
djbaker@skadden.com
(917) 777-2150

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32201

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800, Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620, Orlando, FL 32801

Dennis F. Dunne, Esq., Attorney for Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, NY 10005

John B. Macdonald, Esq., Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 North Laura Street, Suite 2500, Jacksonville, FL 32202

Patrick P. Patangan, Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 N. Laura Street, Suite 2500, Jacksonville, FL 32202

/s/    Jay B. Verona
Jay B. Verona