**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                     Case No. 3:05−bk−03817−JAF
                                                           Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULED HEARING


   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Vera Volovecky is rescheduled for final hearing to September 25, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated July 6, 2006 .

                          Clerk of Court
                          300 North Hogan Street Suite 3−350
                          Jacksonville, FL 32202



Copies furnished to:
Debtor
Debtors Attorney
U.S. Trustee
John T. Rogerson, III, Movant
Counsel for Official Committee of Unsecured Creditors