# Braun & Braun, L.L.P.

Attorneys at Law
103 Memorial Drive
Hinesville, Georgia 31313



**Leon M. Braun, Jr.**
**Richard E. Braun, Jr.**

Phone: (912) 876-7101
Fax: (912) 876-8007
Real Estate: (912) 876-4626
Real Estate Fax: (912) 876-8088
E-Mail: Leonbraun@braun-braun.com
Richardbraun@braun-braun.com

June 27, 2006

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

    Re:    Winn-Dixie Stores, Inc., et al.
            Case No.: 05-03817-3F1
            Chapter 11 – Jointly Administered
            Claim No. 9450 and Claim No. 11532

Dear Clerk:

    Enclosed is a filed copy of Plaintiff's Notice of Intention to Withdraw as Attorney of Record and the Order approving withdrawal. Please send all future court notices to Ms. Johnson at her address Post Office Box 1941 in Douglas, Georgia 31534.

    Thank you for your attention in this matter.

                              Sincerely,

                              Leon M. Braun, Jr.

LMB/gmh
Enclosures
cc:    Ms. Amanda Johnson



IN THE STATE COURT OF COFFEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMANDA JOHNSON, as Parent and Next Friend of BRENDEN JOHNSON, a Minor,<br><br>Plaintiff,<br>v.<br><br>WINN-DIXIE STORES, INC.,<br><br>Defendant, Third-Party Plaintiff,<br><br>CARVEL CORPORATION,<br><br>Third-Party Defendant. | Civil Action No: 2003-C04-0119<br><br>Filed in Office this<br>12 day of June 2006<br><br>Clerk, Superior Court & State Court<br>Coffee County, Georgia |

### ORDER

Plaintiffs Counsel's Notice of Intention To Withdraw as Attorney's of Record For Plaintiff having been read and considered, and the Court having determined that the requested withdrawal is appropriate and consistent with Uniform Superior Court Rule 4.3,

IT IS HEREBY ORDERED that Leon M. Braun, Jr. is hereby discharged of his obligations to act as the attorney of record for Plaintiff.

The Court further directs that until such time as Plaintiff retains substitute council that all further correspondence and notices regarding this case are to be served upon Ms. Amanda Johnson at her last known address of Post Office Box 1941, Douglas, Georgia 31534.

SO ORDERED this 12th day of June, 2006.

By: _____
Honorable Robert Preston
Judge of State Court
Coffee County, Georgia



IN THE STATE COURT OF COFFEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMANDA JOHNSON, as Parent and Next Friend of BRENDEN JOHNSON, a Minor,<br><br>      Plaintiff,<br>v.<br><br>WINN-DIXIE STORES, INC.,<br><br>      Defendant, Third-Party Plaintiff,<br><br>CARVEL CORPORATION,<br><br>      Third-Party Defendant. | Civil Action No: 2003-C04-0119<br><br>Filed in Office this<br>12 day of June 2006<br>Angela C. Spell<br>Clerk, Superior Court & State Court<br>Coffee County, Georgia |

## PLAINTIFF'S NOTICE OF INTENTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Leon M. Braun, Jr. pursuant to Uniform Superior Court Rule 4.3, and hereby gives the Court notice of his intention to withdraw as counsel of record for Amanda Johnson, as Parent and Next Friend of Brenden Johnson, a Minor.

1.

Should the Court permit the withdrawal of Plaintiff's counsel, the Court will retain jurisdiction over this case.

3.

Upon withdrawal of the attorney representing Plaintiff, Amanda Johnson, as Parent and Next Friend of Brenden Johnson, a Minor, Plaintiff shall have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served.

4.

Upon withdrawal of the attorney representing Plaintiff, Plaintiff shall have the obligation to prepare this case for trial or hire substitute counsel to prepare for trial when the trial date of this case is set by the Court.