United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE STORES, INC | } Chapter 11 |
| --- | --- |
| | } |
| | } Claim No. 12313 |
| | } |
| | } |
| | } Case No. 05-03837 |
| | } |
| Debtor | } Amount $1,444,403.47 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**ALBION PACIFIC PROPERTY RESOURCES, LLC**
**1438 N GOWER STREET SUITE 11**
**LOS ANGELES, CA 90028**

The transfer of your claim as shown above in the amount of $1,444,403.47 has been transferred to:

    Defined Benefits, IRA
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                            By:/s/ Robert Minkoff
                                            Defined Benefits, IRA
                                            (201) 968-0001

496666

Albion Pacific Property Resources, LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM Re: Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Albion Pacific Property Resources, LLC claim(s) of Assignor in the aggregate amount of $1,444,403.47 representing all claims against Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03837-3F1 and Case No. 05-03817-3F1, respectively, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 21st day of June, 2006.

Albion Pacific Property Resources, LLC

WITNESS:

_____
(Signature)

By: _____
(Signature)

SABRINA LOCATELLI
(Print Name of Witness)

Andrew McKinnon, Manager
(Print Name and Title)

4966666