UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

ORDER GRANTING MOTION ON
PENMAN PLAZA ASSOCIATES, LTD. LEASE

These cases came before the Court for hearing on December 15, 2005 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a), 365(a) and 365(b) approving the assumption by the Debtors of an unexpired nonresidential real property lease with Penman Plaza Associates, Ltd. (the "Lease") (the "Motion"). Penman Plaza filed an objection to the Motion asserting that the Debtors should be directed to pay Penman $220,851.12 and provide proof of insurance to Penman within thirty days of entry of this Order. At the hearing on this matter, the Debtors represented that it has paid $46,349.22 and will pay the remaining $174,501.90 and provide proof of insurance to Penman within thirty days of this Order.

The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

1. The Motion is granted.

2. The Penman Objection is overruled as moot.

3. Pursuant to 11 U.S.C. § 365(a), the Debtors are authorized to assume the Lease effective as of November 18, 2005.

4. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors is $103,907.20 (the "Proposed Cure Amount").

5. Penman is deemed to have waived any and all claims it may have against the Debtors for cure or compensation under the Lease, except for the Proposed Cure Amount.

6. The Proposed Cure Amount will be paid by the Debtors on or as soon as practicable after the date of entry of this Order.

7. The requirements of 11 U.S.C. § 365(b)(1) are deemed satisfied with respect to the Lease.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated ~~June~~ July 5, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this Order on all
parties served with the Motion.

00516633