# LEESBURG BANSAL LLC

30 Grey Coach Rd., Reading, MA 01867

Phone: (781) 944-2931     Fax: (781) 944-2931

---

July 1, 2006

<u>VIA CERTIFIED MAIL</u>
7004-0750-0010-5430-6922

Clerk of the Court
United States court House
300 North Hogan St., Suite 3-350
Jacksonville, FL-32202

F I L E D
JACKSONVILLE, FLORIDA

JUL - 5 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: Claim # 7026
     Winn-Dixie Stores Inc.
     Case # 05-03817-3F1

Gentleman,

    We hereby oppose the disallowance of our claim # 7026 against the above named debtor. In support of our claim, a copy of the real estate tax bill for the base tax year of 1988 is attached.

Sincerely,

Dau D. Bansal
Managing Member
Leesburg Bansal LLC

CC: Skadden, Arps, Slate, Meagher & Flom LLP
    Attn.: D. J. Baker   (Via Fax: 917-777-2150)
    David Goldstein - Via Fax — 1-813-288-8051

1988 RE Tax bill - attached.

Individual Tax Certificate 1988 1726689.0000

| ACCOUNT NUMBER | ESCROWED | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 2319241100-000-00801 | | 1,559,308 | | 1,559,308 | 00L |

Holder 0100127

LEESBURG BANSAL LLC
30 GREY COACH
READING MA 01867

1101 WEST NORTH BLVD
LEESBURG, N C LEE ESTATE A PART
OF LOT 8 DESC AS FOLLOWS: FROM
NW COR GOV LOT 5 RUN E'LY ALONG
N LINE OF SAID GOV LOT 5 A DIST
See Tax Roll For Extra Legal

**AD VALOREM TAXES**

| TAXING AUTHORITY | | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| CCNT | LAKE COUNTY | | | 1,559,308 | |
| | GENERAL | 1.3240 | | 1,559,308 | 2,064.52 |
| | FINE & FORFEITURE | 2.4760 | | 1,559,308 | 3,860.84 |
| SSCH | LAKE COUNTY SCHOOL BOA | | | 1,559,308 | |
| | CURRENT | 6.2420 | | 1,559,308 | 9,733.21 |
| | CAPITAL OUTLAY | 1.5000 | | 1,559,308 | 2,338.96 |
| T027 | CITY OF LEESBURG | 3.9670 | | 1,559,308 | 6,185.79 |
| H014 | NORTHWEST HOSPITAL | 0.9640 | | 1,559,308 | 1,503.18 |
| A015 | NORTHWEST AMBULANCE | 0.2230 | | 1,559,308 | 347.74 |
| W016 | ST JOHNS RIVER WM DS | 0.2810 | | 1,559,308 | 438.16 |
| W009 | OKLAWAHA RIVER WATER C | 0.8380 | | 1,559,308 | 1,306.67 |

*1988 Base Tax*

| | TOTAL MILLAGE | 17.8150 | | AD VALOREM TAXES | 27,779.07 |

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

Please Retain this Portion for your Recon

NON-AD VALOREM ASSESSMENTS

27,779.07

| COMBINED TAXES AND ASSESSMENTS | | | See reverse side for important information | |
|---|---|---|---|---|
| Face Amt 1988 30,051.46 Bid % 14.00 | Certificate 342.000 | If Paid By Please Pay | Nov 30 1990 36,717.87 | Dec 31 1990 37,068.47 |

BOB McKEE
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROWED | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 2319241100-000-00801 | | 1,559,308 | | 1,559,308 | 00L |

Holder 0100127

LEESBURG BANSAL LLC
30 GREY COACH
READING MA 01867

1101 WEST NORTH BLVD
LEESBURG, N C LEE ESTATE A PART
OF LOT 8 DESC AS FOLLOWS: FROM
NW COR GOV LOT 5 RUN E'LY ALONG
N LINE OF SAID GOV LOT 5 A DIST
See Tax Roll For Extra Legal

PLEASE PAY IN U.S. FUNDS TO BOB MCKEE LAKE COUNTY TAX COLLECTOR • P.O. BOX 327, TAVARES, FL 32778-0327

| Face Amt 1988 30,051.46 Bid % 14.00 | Certificate 342.000 | If Paid By Please Pay | Nov 30 1990 36,717.87 | Dec 31 1990 37,068.47 |
|---|---|---|---|---|

PD 06/1990 ET 11/30/1990 Rcpt # 4002655-0001 $36,367.27