UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )          Case No. 05-03817-3F1
                                                              Chapter 11
                 Debtors.                          )          Jointly Administered


## CERTIFICATE OF SERVICE


I certify that a copy of Debtors' Second Omnibus Motion for Authority to (I) Assume

Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief

(Docket No. 8941) was furnished by mail and/or electronically on June 30, 2006 to those

parties on the Master Service List attached as Exhibit A.


Dated:  July 6, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By    *s/ Cynthia C. Jackson*
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post
      Rosalie Walker Gray                     Cynthia C. Jackson (FBN 498882)

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors

00535529