# EXHIBIT A

**EXHIBIT A**

**Winn Dixie #1402**
**Clinton Shopping Center**

| Invoice Date | Lease | G/L Date | G/L Offset | Open Amount | Remark |
|---|---|---|---|---|---|
| 4/1/2005 | 01513015 | 2/1/2005 | AMR | 19,923.95 | AMR-2/10/05-2/21/2005 |
| 4/1/2005 | 01513015 | 2/1/2005 | AMR | 892.85 | AMR-2/10/05-2/21/2005 |
| 4/1/2005 | 01513015 | 2/1/2005 | CAM | 2,494.31 | CAM 2/10/05 - 2/21/2005 |
| 4/1/2005 | 01513015 | 2/1/2005 | CAM | 428.57 | CAM 2/10/05 - 2/21/2005 |
| | | | **Pre-petition** | **23,739.68** | |
| 3/1/2005 | 01513015 | 3/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 3/1/2005 | 01513015 | 3/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 4/1/2005 | 01513015 | 4/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| 5/1/2005 | 01513015 | 5/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 5/1/2005 | 01513015 | 5/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| 6/1/2005 | 01513015 | 6/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 6/1/2005 | 01513015 | 6/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| 7/1/2005 | 01513015 | 7/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 7/1/2005 | 01513015 | 7/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| 8/1/2005 | 01513015 | 8/1/2005 | CAM | 5,820.06 | CAM (Escrow / Deposit) |
| 8/1/2005 | 01513015 | 8/1/2005 | CAM | 1,000.00 | CAM (Escrow / Deposit) |
| | | 9/1/2005 | CAM | 4,656.24 | CAM (Escrow / Deposit) |
| | | 9/1/2005 | CAM | 800.16 | CAM (Escrow / Deposit) |
| | | 10/6/2005 | OPP | (9,714.52) | |
| | | | **Post Petition** | **36,662.24** | |

**Rejection Damages**  Lease Expires February 9th 2025

| | | |
|---|---|---|
| Base Rent | $ | 46,489.23 |
| Pad Base Rent | $ | 2,083.33 |
| CAM Escrow | $ | 6,820.06 |
| **Total** | **$** | **55,392.62**  × 36 months = |

| | | |
|---|---|---|
| Pre-Petition | $ | 23,739.68 |
| Post Petition | $ | 36,662.24 |
| Total | $ | 60,401.92 |

| | | |
|---|---|---|
| 3 Years Rent | $ | 1,994,134.32 |
| 2005 Property Taxes | $ | 33,531.19 |
| 2006 Property Taxes | $ | 34,872.44 |
| 2007 Property Taxes | $ | 36,267.34 |
| Total 3 years | $ | 2,098,805.29 |

CAM, TAX, Insurance

| Pre + Post Petition | | |
|---|---|---|
| 1-Oct-05 | $ | 60,401.92 |
| 1-Nov-05 | $ | 55,392.62 |
| 1-Dec-05 | $ | 55,392.62 |
| 1-Jan-06 | $ | 55,392.62 |
| | | 664,711.44 |

| Date | | Amount | Description |
|---|---|---|---|
| 1-Jan-07 | $ | 33,531.19 | 2005 Property Taxes |
| 1-Jan-08 | $ | 664,711.44 | 2006 Property Taxes |
| 1-Jan-08 | $ | 34,872.44 | 2006 Property Taxes |
| 1-Jan-09 | $ | 664,711.44 | 2007 Property Taxes |
| 1-Jan-09 | $ | 36,267.34 | 2007 Property Taxes |
| 1-Jan-10 | $ | 664,711.44 | 2008 Property Taxes |
| 1-Jan-10 | $ | 37,718.04 | 2008 Property Taxes |
| 1-Jan-11 | $ | 664,711.44 | 2009 Property Taxes |
| 1-Jan-11 | $ | 39,226.77 | 2009 Property Taxes |
| 1-Jan-12 | $ | 664,711.44 | 2010 Property Taxes |
| 1-Jan-12 | $ | 40,795.84 | 2010 Property Taxes |
| 1-Jan-13 | $ | 664,711.44 | 2011 Property Taxes |
| 1-Jan-13 | $ | 42,427.68 | 2011 Property Taxes |
| 1-Jan-14 | $ | 664,711.44 | 2012 Property Taxes |
| 1-Jan-14 | $ | 44,124.79 | 2012 Property Taxes |
| 1-Jan-15 | $ | 664,711.44 | 2013 Property Taxes |
| 1-Jan-15 | $ | 45,889.79 | 2013 Property Taxes |
| 1-Jan-16 | $ | 664,711.44 | 2014 Property Taxes |
| 1-Jan-16 | $ | 47,725.39 | 2014 Property Taxes |
| 1-Jan-17 | $ | 664,711.44 | 2015 Property Taxes |
| 1-Jan-17 | $ | 49,634.41 | 2015 Property Taxes |
| 1-Jan-18 | $ | 664,711.44 | 2016 Property Taxes |
| 1-Jan-18 | $ | 51,619.79 | 2016 Property Taxes |
| 1-Jan-19 | $ | 664,711.44 | 2017 Property Taxes |
| 1-Jan-19 | $ | 53,684.59 | 2017 Property Taxes |
| 1-Jan-20 | $ | 664,711.44 | 2018 Property Taxes |
| 1-Jan-20 | $ | 55,831.98 | 2018 Property Taxes |
| 1-Jan-21 | $ | 664,711.44 | 2019 Property Taxes |
| 1-Jan-21 | $ | 58,065.26 | 2019 Property Taxes |
| 1-Jan-22 | $ | 664,711.44 | 2020 Property Taxes |
| 1-Jan-22 | $ | 60,387.87 | 2020 Property Taxes |
| 1-Jan-23 | $ | 664,711.44 | 2021 Property Taxes |
| 1-Jan-23 | $ | 62,803.39 | 2021 Property Taxes |
| 1-Jan-24 | $ | 664,711.44 | 2022 Property Taxes |
| 1-Jan-24 | $ | 65,315.53 | 2022 Property Taxes |
| 1-Jan-25 | $ | 664,711.44 | 2023 Property Taxes |
| 1-Jan-25 | $ | 67,928.16 | 2023 Property Taxes |
| 9-Feb-25 | $ | 70,645.29 | 2024 Property Taxes |
| | $ | 55,392.62 | |
| | $ | 17,804.79 | |

$ 13,927,790.09  x 15%

$ 2,089,168.52