## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

-----------------------------------------------------x

In re:                                          Chapter 11

**WINN-DIXIE STORES, INC., *et al.*,**          Case No. 05-03817-3F1


**Debtor.**                                     (Jointly Administered)

-----------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NO. 8331 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Kate Greeley
      William J. O'Shea, VP- Treasurer
      Campbell Soup Company (Pepperidge Farm)
      One Campbell Place – SW4
      Camden, NJ  08103

Your claim, as evidenced by your proof of claim in the face amount of $842,547.02 (docketed as Proof Claim No. 8331 as such claim was assigned by this Court) against Winn-Dixie Stores, Inc., ("Winn-Dixie"), the debtor and debtor in possession in the above-captioned case, has been transferred, to the extent of $838,825.01, pursuant to the terms of Notice of Assignment of Claim (attached hereto as Exhibit A) to Merrill Lynch Credit Products, LLC ("Transferee"), its successors and assigns, with offices located at:

> Merrill Lynch Credit Products, LLC
> 4 World Financial Center, 7th Floor
> New York, New York 10080
> Attention: Gary S. Cohen/Christopher Moon
> Tel.: 212-449-4969

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

> United States Bankruptcy Court
> Middle District of Florida
> Attn: Claims Processing Center
> 300 North Hogan Street
> Winn-Dixie Claim Docketing
> Jacksonville, Florida  32202

dc-455567

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____ Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.

INTERNAL CONTROL NO._____
Copy to Transferee:        _____
Claims Agent Noticed: _____


_____
                    Deputy Clerk

dc-455567

## EXHIBIT A

Notice of Assignment of Claim

## NOTICE OF ASSIGNMENT OF CLAIM

PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto MERRILL LYNCH CREDIT PRODUCTS, LLC, a Delaware limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of $838,825.01 (defined as the "Claim") against WINN-DIXIE STORES, INC., et al. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No. 05-03817 (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _12th_ day of June, 2006.

PEPPERIDGE FARM, INCORPORATED

WITNESS _Marianne Traina_
(Signature)

(Signature of Corporate Officer)

_Marianne Trainor, Exec. Asst_
(Print Name and Title of Witness)

William J. O'Shea, VP-Treasurer.
(Print Name and Title of Corporate Officer)

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS _____
(Signature)

(Signature of Corporate Officer)

_Gary S. Cohen_
(Print Name and Title of Witness)

Ron Torok, Vice President
(Print Name and Title of Corporate Officer)