7-3-06

Hon. Jerry A. Funk

My E-Mail Address
Ronnie14109@mindspring.com

Dear Sir,

I noticed in Winn-Dixie's reorganization they are setting aside a small "equity" to give "certain" associates shares of the new company when they come out of bankrupcy. This seems like they are taking care of their own since they will lose their current shares when Winn-Dixie comes out of bankrupcy. This being done through a "bonus plan."

I think they should divide this "equity" with current shareholders. I realize it will probably be "one" new share to "five" current shares, but at least current shareholders could recoup some of their investment.

I have worked for WD for 35 years and bought stock for 25. Please take into consideration the thousands of employees and have them change the "plan" as I have suggested. Thank you for taking the time to read my letter. Now I know how the "Enron" employees feel.     Thank you, Ronnie Wilson
I was told you were an honorable man

FILED
JACKSONVILLE, FLORIDA
JUL - 5 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA