IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) ) ) | Case No. 05-03817-3F1 |
| Debtors. | ) ) | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Randy Roark
c/o Helms Roark Inc., Agent
PO Box 1149
Montgomery, Alabama 36101

Please take notice of the transfer of $28,378.30 of the above-captioned claim (claim no. 10821), together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

Transferee:    Jefferson-Pilot Investments, Inc.
c/o Diana Palecek
100 North Greene Street
Greensboro, North Carolina 27401

No action is required if you do not object to the transfer of your claim. However, IF YOU DO OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH: the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202.

Please send a copy of your objection to the Transferee at the following address:

Christine L. Myatt
Nexsen Pruet Adams Kleemeier, PLLC
PO Box 3463
Greensboro, NC 27402

If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

This the 6ᵗʰ day of July, 2006.

                                               /s/ Christine L. Myatt
                                             Christine L. Myatt
                                             N. C. State Bar No. 10444
                                             Benjamin A. Kahn
                                             N. C. State Bar No. 20004
                                             Attorneys for Jefferson-Pilot Investments, Inc.

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600