**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE
OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE
FIFTEENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE
ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached as Exhibit A indicated next to the name of such Ordinary Course Professional):

Assessment Technologies, Ltd.

The Debtors will serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Creditors' Committee and counsel to the DIP Lender. The United States Trustee, the Creditors' Committee, and the DIP Lender have 20

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.
[2]   Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

days after such service to object to the retention of the above referenced Ordinary Course Professional.

Dated: July 6, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*   <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Steven B. Eichel | By    *s/ Cynthia C. Jackson*   <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN IT TO THE DEBTORS AT:**

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, James F. Hausman, Jr., PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Assessment Technologies, LTD

   111 Soledad, Suite 1100

   San Antonio, Texas 78205

2. Date of retention: June 1, 2006

3. Type of services provided (accounting, legal, etc.):

   Property tax consulting

Questionnaire of: <u>Assessment Technologies, Ltd.</u>
(Name of Firm)

4. Brief description of services to be provided:

   Activities generally performed by internal tax offices including serve as agent of record for tax purposes and collection of all notices from tax appraisers/assessors and collectors; calculation of tax account/jurisdiction credits, carry-forwards and refunds, including performing both internal and external (tax office) payment history research where necessary; creation of payment schedules that conform to orders of the court or other stipulated agreements to settle tax disputes; response to inquiries from the tax offices as to elements of the bankruptcy process and how their basis has been affected; and consultation with client on engineering the most effective way to come out of the bankruptcy and carry forward the savings generated in the process.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6. Average hourly rate (if applicable): <u>$185</u>
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): <u>not applicable</u>

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: <u>none</u>

   Date claim arose: <u>not applicable</u>

   Source of claim: <u>not applicable</u>

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>none</u>

   Status: <u>not applicable</u>

   Amount of Claim: <u>not applicable</u>

-2-

Questionnaire of: <u>Assessment Technologies, Ltd.</u>
(Name of Firm)

Date claim arose: <u>not applicable</u>

Source of claim: <u>not applicable</u>

9. Stock of any of the Debtors currently held by the firm:

    Kind of shares: <u>none</u>

    No. of shares: <u>not applicable</u>

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: <u>none</u>

    Status: <u>not applicable</u>

    Kind of shares: <u>not applicable</u>

    No. of shares: <u>not applicable</u>

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    <u>No adverse interest</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>June 28, 2006</u>

Name: <u>James F. Hausman, Jr.</u>
Title: <u>Senior Vice President</u>
Company: <u>Assessment Technologies, Ltd.</u>
Address: <u>111 Soledad, Suite 1100</u>
<u>San Antonio, Texas 78205</u>
Telephone: <u>(210)222-1221</u>
Facsimile: <u>(210)222-9519</u>