IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Randy Roark
               c/o Helms Roark Inc., Agent
               PO Box 1149
               Montgomery, Alabama 36101

Please take notice of the transfer of $28,378.30 of the above-captioned claim (claim no. 10822), together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

Transferee:    Jefferson-Pilot Investments, Inc.
               c/o Diana Palecek
               100 North Greene Street
               Greensboro, North Carolina 27401

No action is required if you do not object to the transfer of your claim. However, IF YOU DO OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH: the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202.

Please send a copy of your objection to the Transferee at the following address:

               Christine L. Myatt
               Nexsen Pruet Adams Kleemeier, PLLC
               PO Box 3463
               Greensboro, NC 27402

If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

This the 6th day of July, 2006.

_____
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Investments, Inc.

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600