## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.  05-03817-3F1 |
| | § | |
| **WINN-DIXIE STORES, INC.,** *et al.,* | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

## LIMITED OBJECTION TO (I) DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF (i) THREE NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION AND (ii) THE RELATED ASSIGNMENT AGREEMENTS AND (II) DEBTORS' MOTION FOR ORDER AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION

Brookshire Grocery Company ("Brookshire's") files this limited objection to (I) *Debtors' Motion For Order Authorizing Rejection of (i) Three Non-Residential Real Property Leases That Were Assigned Prepetition and (ii) the Related Assignment Agreements* (the "Assignment Rejection Motion") and (II) *Debtors' Motion For Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition* (the "Retroactive Rejection Motion") and states as follows:

### BACKGROUND

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' cases are jointly administered.

2.      On June 23, 2006, the Debtors filed the Assignment Rejection Motion seeking to reject, among other things, (i) the lease agreement regarding store 2435 (the "Store 2435 Lease") between Winn-Dixie Montgomery, Inc. and Richard Ball and Associates d/b/a Parker Plaza Shopping Center as landlord, and (ii) the assignment agreement (the "Store 2435 Assignment")

between Winn-Dixie Montgomery, Inc., Winn-Dixie Stores, Inc. and Brookshire's regarding the Store 2435 Lease. Pursuant to the Assignment Rejection Motion, the Debtors seek to reject the Store 2435 Lease and Store 2435 Assignment as of June 23, 2006.

3.    Also on June 23, 2006, the Debtors filed the Retroactive Rejection Motion seeking to reject certain lease agreements that have been assigned to, among others, Brookshire's, but were originally between one or more of the Debtors, as tenants, and various landlords (collectively, the "Assigned Leases"). Pursuant to the Retroactive Rejection Motion, the Debtors seek to reject the Assigned Leases as of the Petition Date.

## OBJECTION

4.    Brookshire's files this limited objection in an abundance of caution to prevent any party from subsequently asserting that either the Assignment Rejection Motion or the Retroactive Rejection Motion terminates or otherwise alters any contractual obligations between Brookshire's, as tenant, and any of the respective landlords to either the Store 2435 Lease or any of the Assigned Leases.

5.    The Store 2435 Lease and each of the Assigned Leases have previously been assigned to Brookshire's. As a result of the various assignments, all of the Debtors' rights and obligations under the assigned leases were assigned to Brookshire's.

6.    The Debtors' motions to reject the Assigned Leases and Store 2435 Lease should have no effect whatsoever on the contractual relationship between Brookshire's and the various landlords. In fact, it is far from settled that the surviving contractual relationships between the Debtors and the various landlords are even executory so as to be subject to rejection under 11 U.S.C. § 365. While the Debtors remain liable to the various landlords per the terms of the assignment agreement, that liability alone does not make the surviving contract executory.

7.      The Debtor's surviving liability under the assigned leases is essentially a one-way guaranty.  Following the assignment, the landlords' obligations shifted to Brookshire's and away from the Debtors.  As a result, the surviving relationship between the Debtors and the various landlords is most likely not executory and, thus, not subject to rejection.  *See N.L.R.B. v. Bildisco and Bildisco,* 465 U.S. 513, 528, 104 S.Ct. 1188, 79 L.Ed.2d 482 (1984) (to determine whether a contract is executory, courts generally agree that "the relevant inquiry is whether performance remains due to some extent on both sides").

8.      Notwithstanding this analysis, the Debtors have prudently moved to reject any surviving agreement between the Debtors and the landlords in an abundance of caution so as to avoid any future argument that the Debtors inadvertently assumed the liabilities.  Brookshire's does not dispute the Debtors' prudent decision, but instead seeks only to ensure that the rejection order is clear that the motion does not seek to, and the order does not operate to, terminate or otherwise modify any rights and/or obligations between Brookshire's and the various landlords under either the Store 2435 Lease or any of the Assigned Leases.

9.      In addition, Brookshire's seeks a clarification that the Debtors' rejection of the Store 2435 Assignment between Brookshire's and the Debtors will not entitle the Debtors to claw back or otherwise seek the return of any money paid by the Debtors pursuant to the assignment agreement prior to the date of entry of the order granting the Assignment Rejection Motion.

10.     Brookshire's is in discussion with the Debtors and hopes to resolve its limited objection by clarifications in the proposed form of order.

WHEREFORE, Brookshire's respectfully requests that the Court enter an order consistent with the relief requested herein and grant such other and further relief as is just and proper.

Dated:  July 6, 2006

Respectfully submitted,

**BAKER BOTTS L.L.P.**

/s/ C. Luckey McDowell
James R. Prince
State Bar No. 00784791
C. Luckey McDowell
State Bar No. 24034565
2001 Ross Avenue
Dallas TX  75201
Telephone: 214.953.6500
Facsimile:  214.953.6503
Email: *jim.prince@bakerbotts.com*
        *luckey.mcdowell@bakerbotts.com*

**COUNSEL TO BROOKSHIRE GROCERY COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 6, 2006, true and correct copies of the Limited Objection to (I) Debtors' Motion For Order Authorizing Rejection of (i) Three Non-Residential Real Property Leases That Were Assigned Prepetition and (ii) the Related Assignment Agreements and (II) Debtors' Motion For Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition following documents were served as follows:

1.      Via ECF email notification on those persons/entities listed on Exhibit "A" hereto;

2.      Via United States mail, postage prepaid on those persons/entities listed on Exhibit "B" hereto; and

3.      Via email on those persons/entities listed on Exhibit "C" hereto.

Dated:   July 6, 2006

/s/ C. Luckey McDowell
C. Luckey McDowell

**MASTER SERVICE LIST**
**EXHIBIT "A"**

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
phone: 407-648-6301
fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
phone: 407-648-6301
fax: 407-648-6323
ElenaL.Escamilla@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Smith Hulsey & Busey
Attn: Stephen D. Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
sbusey@smithhulsey.com

Internal Revenue Service
Special Procedures – Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Road, NE, Ste 1000
Atlanta, GA 30326-1232
Phone: 404-842-7626
Fax: 404-842-7633
sherrill-beards@sec.gov

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050
Phone: 850-414-3300
Fax: 850-410-1630

Deutsche Bank Trust Company Americas
C/O Nixon Peabody LLP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022
Phone: 212-940-3000
Fax: 212-940-3111
ddrebsky@nixonpeabody.com;
jrosenthal@nixonpeabody.com

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax: 847-646-4479
sschirmang@kraft.com

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405
Fax: 972-334-7237
scott.johnson@fritolay.com

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorillo, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis
O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com;
DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA 92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau,
Theresa A. Foudy
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com; athau@cm-p.com;
tfoudy@cm-p.com

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com

Scarcella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com; tslome@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com;
dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C.
Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler,
Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 215-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray, Christie L.
Dowling
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com;
cdowling@balch.com

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com;
rsteinberg@angelfrankel.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com;
kmurphy@kayescholer.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5500
Fax: 201-226-8395
Plhuffst@coxsmith.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4500
Fax: 214-885-4300
mheld@jenkens.com

Erman, Teicher, Miller, Zucker & Freedman,
P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins,
Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com;
mcollins@manierherod.com;
tpennington@manierherod.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1015
Szuber@pitneyhardin.com

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
Henry.efroymson@icemiller.com;
mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax: 610-687-3187
David.boyle@airgas.com

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq., Dena Copulsky
Kaufman, Brian Grieco
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax: 212-918-3100
Isgreene@hhlaw.com; dckaufman@hhlaw.com;
bgrieco@hhlaw.com

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James
Smith
171 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com; Hayden.kepner@agg.com;
james.smith@agg.com
michael.holbein@agg.com

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com;
dustin.branch@kmzr.com

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002
Phone: 713-226-1200
Fax: 713-223-3717
hobankecf@lockeliddell.com

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0500
Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmulle@bccb.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Phone: 212-262-6700
Fax: 212-262-7402
bnathan@lowenstein.com;
agayer@lowenstein.com

Morrison & Foerster LLP
Attn: Alexandra Steinberg Barrage, Laura
Santana
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: 202-887-1500
Fax: 202-887-0763
abarrage@mofo.com, lsantana@mofo.com

Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080
Phone: 212-449-8707
Fax: 212-449-3247
nicholas_griffiths@ml.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin, Marc
Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com;
msolomon@burr.com

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com
Held & Israel
Attn: Edwin W. Held, Kimberly Held Israel
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-7038
Fax: 904-398-4283
eheld@hilawfirm.com; khisrael@hilawfirm.com

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 212-967-0895
Fax: 212-202-5217
rkaniuklaw@aol.com

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax: 317-817-4115
franklin.berg@4086.com

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
ajrlaw@aol.com

Filardi Law Offices, LLC
Attn: Charles J. Filardi
65 Trumbull St Second Floor
New Haven, CT 06510
cfilardi@filardi-law.com

Klehr, Harrison, Harvey, Branzburg & Ellers,
LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter
Dicker, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com;
jkurtzma@klehr.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen, Emily
Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com;
dcohen@warnerstevens.com;
echou@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax: 318-445-5710
jennifer@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com;
gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Richard R. Thames, Bradley Markey
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
RRThames@stutsman-thames.com;
brmarkey@stutsman-thames.com

Bear Stearns Investment Products Inc.
383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com; rspigel@willkie.com

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444
Fax: 973-624-7070
wwallach@mccarter.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax: 404-681-4355
lmcbryan@maceywilensky.com

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016
Phone: 212-682-1818
Fax: 212-682-1892
jsailer@murrayfrank.com;
apatton@murrayfrank.com

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew
Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
psm@kompc.com; tah@kompc.com;
met@kompc.com

Fox Rothschild LLP
Attn: Joshua T. Klein
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291
Phone: 215-299-2000
Fax: 215-299-2150
jklein@foxrothschild.com

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202
Phone: 214-855-7500
Fax: 214-855-7584
rurbanik@munsch.com; sellis@munsch.com

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233
Phone: 804-747-7208
russj4478@aol.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102
Phone: 703-770-9265
Fax: 703-770-9266
wdw@mccarthywhite.com

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Phone: 302-888-6800
Fax: 302-571-1750
smiller@morrisjames.com

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Phone: 706-316-1150
Fax: 706-316-1153
dbegnaud@athens1867.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax: 410-580-30001
mark.friedman@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St., NW
Washington, DC 20036
Phone: 202-861-3840
Fax: 202-861-3840
daniel.carrigan@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601
Phone: 312-368-7097
Fax: 312-630-5383
janice.duban@dlapiper.com

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530
Phone: 516-873-2000
Fax: 516-873-2010
mhamroff@moritthock.com;
lberkoff@moritthock.com

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802
Phone: 225-383-9953
dale@sb-lawfirm.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com;
jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax: 630-218-4900
bittourna@inlandgroup.com

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax: 972-923-0430
dianegreed@sbcglobal.net

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax: 404-815-6555
tmeyers@kilpatrickstockton.com

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701
Phone: 512-482-6800
Fax: 512-482-6859
streuss@hughesluce.com

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022
Phone: 212-754-9400
Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg &
Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
bankruptcy@hswgb.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Reed Smith LLP
Attn: Elena Lazarou
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514
Phone: 757-624-3000
Fax: 757-624-3169
pkcampsen@kaufcan.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
mmcnamee_br@nealharwell.com

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601
Phone: 201- 488-3900
Fax: 201-488-9481
abenissatto@shapiro-croland.com

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709
Phone: 302-777-6500
Fax: 302-421-8390
carignanj@pepperlaw.com

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: 215-981-4000
Fax: 215-981-4750
caseyl@pepperlaw.com

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502
Phone: 412-454-5000
Fax: 412-281-0717
sablea@pepperlaw.com

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke
511 Union Street, Ste 2700
Nashville, TN 37219
Phone: 615-244-6380
Fax: 615-244-6804
david.lemke@wallerlaw.com;

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016
Phone: 212-661-9400
soljas@aol.com

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington,
Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax: 704-353-6107
rcox@mcguirewoods.com

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167
Phone: 212-692-2034
Fax: 212-867-6395
jmalley@angelogordon.com

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268
bill.ray@hamitonbeach.com

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com; rkjones@mppkj.com

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4040
Fax: 513-241-4490
mkindt@ctks.com

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003
eric.newberg@diazfoods.com

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197
Phone: 614-365-2700
Fax: 614-365-2499
krichner@ssd.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com

Richard Blackstone II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701
Phone: 407-260-8955
Fax: 407-260-5133
rbwiipa@aol.com

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax: 650-348-0962
dfinkelstein@afelaw.com

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Philip@buckeyecapitalpartners.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax: 212-418-1701
Patrick.bartels@QuadrangleGroup.com;
Andrew.Herenstein@QuadrangleGroup.com

Lowndes, Drosdick, Doster, Kantor and Reed,
P.A.
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900
Fax: 813-229-3323
lfoyle@kasslaw.com

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Fredrikson& Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Phone: 612-492-7038
Fax: 612-492-7077
jkoneck@fredlaw.com

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903
Phone: 305-274-7533
Fax: 305-274-7855
mkaplan@kaplanfreedman.com

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1, Ste 525
Clearwater, FL 34762
Phone: 727-592-6704
Fax: 727-571-7157
william.hoog@amsouth.com

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108
Phone: 407-422-1966
Vickie@fosterandlindeman.com

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114
Phone: 617-742-7300
Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jk@kttlaw.com; lmi@kttlaw.com

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax: 612-335-1657
larry.ricke@leonard.com

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902
Phone: 865-546-1291
Fax: 865-546-1501
duggerkw@aol.com

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032
Phone: 860-676-3000
Fax: 860-676-3200
rfingold@ldlaw.com

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701
Phone: 727-898-9669
Fax: 727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Perkins Coie LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
bmacintyre@perkinscoie.com;
jstevenson@perkinscoie.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
4350 Lassiter At North Hills Avenue, Suite 300
Post Office Box 17047
Raleigh, NC 27619-7047
Fax: 9191-516-2011
mwestbrook@kennedycovington.com;
lhogewood@kennedycovington.com

Adelman Law Offices, PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter, Edward Peterson
Elena Ketchum
110 East Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
dstichter@srbp.com; epeterson@srbp.com ;
eketchum@srbp.com

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074
Phone: 713-270-5552
Fax: 713-270-7128
wharmeyer@harmeyerlaw.com

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave., Ste 1330
West Palm Beach, FL 33401
Phone: 561-238-9900
Fax: 561-238-9920
mbakst@ebcblaw.com

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross,
Heather Deans Foley
1800 Mercantile Bank & Trust Bldg., 2 Hopkins
Plaza
Baltimore, MD 21201
Phone: 410-244-7400
Fax: 410-244-7742
lbtancredi@venable.com;
gacross@venable.com; hdfoley@venable.com

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1550
rmmnybankruptcy@pitneyhardin.com

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022
Phone: 212-751-9700
Fax: 212-751-6820
dwander@wanderlaw.com

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave., 4th Fl.
Ft. Lauderdale, FL 33316
Phone: 954-525-2300
Fax: 954-763-4725
fredcburesh@aol.com

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
Phone: 404-266-2421
jmartin@simplawatlanta.com

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156
Phone: 305-670-5000
Fax: 305-670-5011
jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Fax: 954-474-9850
dblack@fwblaw.net

Ford, Bowlus, Duss, Morgan, Kenney, Safer &
Hampton PA
Attn: Michael Bowlus, Katherine Naugle
10110 San Jose Blvd.
Jacksonville, FL 32257
Phone: 904-268-7227
Fax: 904-268-3337
mbowlus@fjbd.com; knaugle@fjbd.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202
Phone: 704-331-7400
Fax: 704-353-3129
handresen@kennedycovington.com

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170-3500
Phone: 504-582-1521
Fax: 504-582-1564
jdf@sessions-law.com

Weiss Serota Helfman Pastoriza Guedes Cole &
Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312
Phone: 954-763-4242
Fax: 954-764-7770
dgonzales@wsh-law.com

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093
Phone: 847-441-7676
Fax: 312-346-8434
wschwartz@lplegal.com

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022
Phone: 212-895-2000
Fax: 212-895-2900
gcatalanello@brownraysman.com

Broward County Revenue Collection Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301
Phone: 954-357-7600
Fax: 954-357-7641
hhawn@broward.org

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204
Phone: 904-354-5200
Fax: 904-354-5256
afranson@atritt.com

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757
Phone: 727-461-1818
Fax: 727-443-6548
mikem@jpfirm.com

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460
Phone: 757-629-0617
Fax: 757-629-0660
dgreer@williamsmullen.com

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320
Phone: 804-783-6448
Fax: 804-783-6507
pbliley@williamsmullen.com

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294
Phone: 614-462-5404
Fax: 614-464-2634
scupps@keglerbrown.com

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103
Phone: 860-240-2700
Fax: 860-240-2800
anthony.smits@bingham.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: 302-421-6840
Fax: 302-421-5873
mminuti@saul.com

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092
Phone: 770-925-0111
Fax: 770-925-8597
anasuti@tokn.com

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700
Fax: 813-229-1707
ecf@jennisbowen.com;
djennis@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017
Phone: 212-684-0199
Fax: 212-684-0197
dflanigan@pswslaw.com

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112
Phone: 816-753-1000
Fax: 816-753-1536
jbird@pswslaw.com

Clark, Partington, Hart, Larry, Bond &
Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501
Phone: 850-434-9200
Fax: 850-434-7340
kbell@cphlaw.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax: 770-531-1481
bpatten@sgwmfirm.com

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008
Phone: 336-293-9000
Fax: 336-293-9030
gbt@btcmlaw.com

Smith, Anderson, Blount, Dorsett, Mitchell &
Jernigan LLP
Attm: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611
Phone: 919-821-1220
Fax: 919-821-6800
apriester@smithlaw.com

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, MS 39225-3066
Phone: 601-352-2300
Fax: 601-360-9777
nobled@phelps.com

Stoel Rives LLP
Attn: Peter L. Slinn
600 University St., Ste 3600
Seattle, WA 98101
Phone: 206-386-7612
Fax: 206-386-7500
plslinn@stoel.com

Simon Property Group
Attn: Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204
Phone: 317-263-2346
Fax: 317-263-7901
rtucker@simon.com

Pachulski, Stang, Ziehl, Young, Jones &
Weintraub PC
Attn: Robert Feinstein
780 Third Ave., 36th Fl.
New York, NY 10017
Phone: 212-561-7700
Fax: 212-561-7777
rfeinstein@pszyjw.com

Davis & Fields PC
Attn: Richard Davis
PO Box 2925
Daphne, AL 36526
Phone: 251-621-1555
Fax: 251-621-1520
rdavis@davis-fields.com

Haywood, Denny & Miller LLP
Attn: Robert Levin
PO Box 51429
Durham, NC 51429
Phone: 919-403-0000
Fax: 919-403-0001
rlevin@hdmllp.com

GrayRobinson PA
Attn: Donald Nohrr
PO Box 1870
Melbourne, FL 32902
Phone: 321-727-8100
Fax: 321-984-4122
dnohrr@gray-robinson.com

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr., Neal J. Kling
909 Poydras St., 28th Fl.
New Orleans, Louisiana 70112
Phone: 504-299-2100
Fax: 504-299-2300
ecahill@shergarner.com;
nkling@shergarner.com

Seyfarth Shaw LLP
Attn: Sara Lorber
55 East Monroe St., Ste 4200
Chicago, IL 60601-5803
Phone: 312-346-8000
Fax: 312-269-8869
slorber@seyfarth.com

St. John & Wayne, LLC
Attn: Todd Galante, Paul Evangelista
Two Penn Plaza East
Newark, NJ 07105
Phone: 973-491-3600
Fax: 973-491-3555
tmg@stjohnlaw.com; pse@stjohnlaw.com

Shaw Gussis Fishman Glantz Wolfson &
Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark St., Ste 800
Chicago, IL 60610
Phone: 312-541-0151
Fax: 312-980-3888
bshaw100@shawgussis.com;
aguon@shawgussis.com

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High St., 31st Fl.
Columbus, OH 43215
Phone: 614-227-2178
Fax: 614-227-2100
jbotti@porterwright.com

Snell & Wilmer, LLP
Attn: Peter Rathwell
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Phone: 602-382-6203
Fax: 602-382-6070
prathwell@swlaw.com

McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD
Phone: 410-527-6050
Fax: 410-527-6262
austin_nooney@mccormick.com

Wolff, Hill, McFarlin & Herron, PA
Attn: David McFarlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL 32804
Phone: 407-648-0058
Fax: 407-648-0681
dmcfarlin@whmh.com; kherron@whmh.com

Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
PO Box 87, 300 East McBee Avenue, Ste 500
Greenvile, SC 29602-0087
Phone: 864-240-2490
Fax: 864-240-2498
stzouvelekas@lwtm.com

Haynsworth Sinkler Boyd, PA
Attn: William H. Short
PO Box 11889
Columbia, SC 29201
Phone: 803-779-3080
Fax: 803-765-1243
bshort@hsblawfirm.com

Johnston, Harris, Gerde & Jelks, PA
Attn: Jerry Gerde
239 E. 4th St.
Panama City, FL 091787
Phone: 850-763-8421
Fax: 850-763-8425
gerdekomarek@bellsouth.net

Foley & Mansfield, PLLP
Attn: Jeffrey DeCarlo
545 Madison Avenue
New York, NY 10022
Phone: 212-421-0436
Fax: 212-421-0539
jdecarlo@foleymansfield.com

McClain, Maney & Patchin, P.C.
Attn: J. Casey Roy, Michael Leppert
711 Louisiana Street, Suite 3100
Houston, Texas 77002
Phone: 713-654-8001
Fax: 713-654-8818
roy@mcclainmaney.com;
leppert@mcclainmaney.com

Brenner Kaprosy LLP
Attn: T. David Mitchell
50 East Washington St.
Chagrin Falls, OH 4402
Phone: 440-247-5555
Fax: 440-247-5551
tdavidmitchell@msn.com

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
PO Box 5600
Woodbridge, NJ 07095-0988
Phone: 732-549-5600
Fax: 732-549-1881
tdenitzio@greenbaumlaw.com;
runderhill@greenbaumlaw.com

Ray Quinney & Nebeker, PC
Attn: Steven Waterman
PO Box 45385
Salt Lake City, UT 84145-0385
Phone: 801-532-1500
Fax: 801-532-7543
swaterman@rqn.com

Alfred E. Smith
60 E. 42nd St., Ste 2501
New York, NY 10017
Phone: 212-986-2251
Fax: 212-986-2238
alsmithesq@aol.com

Wachtel & Masyr, LLP
Attn: Steven Cohen, Greg Haber
110 East 59th St.
New York, NY 10022
Phone: 212-909-9500
Fax: 212-371-0320
cohen@wmllp.com; ghaber@wmllp.com

Spain & Gillon, LLC
Attn: Walter F. McArdle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
Phone: 205-328-4100
Fax: 205-324-8866
wfm@spain-gillon.com

Genovese Joblove & Battista, P.A.
Attn: Craig P. Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131
Phone: 305-349-2300
Fax: 305-349-2310
crieders@gjb-law.com

Berger Singerman, P.A.
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301
Phone: 954-525-9900
Fax: 561-998-0028
aspector@bergersingerman.com;
grobson@bergersingerman.com

Stovash,,Case & Tingley, PA
Attn: Rachel Adams
SunTrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410
Phone: 407-316-0393
Fax: 407-316-8969
radams@sctlaw.com

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Phone: 501-371-0808
Fax: 501-376-9442
jglover@wlj.com

Marvin S. Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 33331
Phone: 954-349-3300
Fax: 954-650-3045
mschulmanpa@aol.com

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004
Phone: 610-667-5800
Fax: 610-617-6224
slewis@stoltzusa.com

Gronek & Latham, LLP
Attn: Scott Shuker
390 N. Orange Ave., Ste 600
Orlando, FL 32801
Phone: 407-481-5800
Fax: 407-481-5801
rshuker@groneklatham.com

Rogers Towers PA
Attn: Betsy Cox, Robert T. Hyde, Jr.
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32207
Phone: 904-398-3911
Fax: 904-396-0663
bcox@rtlaw.com; bhyde@rtlaw.com

Lee & Rosenberger, a Law Corporation
Attn: Gregg Rapoport
135 W. Green St., Ste 100
Pasadena, CA 91105
Phone: 626-356-8080
Fax: 626-578-1827
gar@garlaw.us

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067
Phone: 310-586-8108
Fax: 310-449-3136
cmiller@mgm.com

Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Laurence H. Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707 Main
(301) 961-6525 Facsimile
lberbert@bregmanlaw.com

Nick Law Firm, LC
Attn: Tammy N. Nick
676 East I-10 Service Road
Slidell, LA 70461
Phone: 985-641-1802
Fax: 985-641-1807
nicklaw@eatel.net

Wilkins, Bankester, Biles & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 36532
Phone: 251-928-1915
Fax: 251-928-1967
twynne@wbbwlaw.com; bbritt@wbbwlaw.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill &
Mullis
Attn: Lara R. Fernandez, Richard McIntyre
Post Office Box 1102
Tampa FL, 33601-1102
Phone: 813-223-7474
Fax: 813-229-6553
lrfernandez@trenam.com;
rjmcintyre@trenam.com

Platzer, Swergold, Karlin, Levine, Goldberg &
Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018
Phone: 212-593-3000
Fax: 212-593-0353
tsadutto@platzerlaw.com

RMC Property
c/o Dennis LeVine & Associates
PO Box 707
Tampa, FL 33601-0707
Phone: 813-253-0777
Fax: 813-253-0975
Dennis@bcylaw.com

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
5929 College Ave.
Oakland, CA 94618
shweitze@dreyers.com

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270
Phone: 415-989-4730
Fax: 415-989-0491
cookdavidj@aol.com

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste 308
St. Petersburg, FL 33701
Phone: 727-895-8050
Fax: 727-895-8057
sbeavens@iurillolaw.com

Marks Gray, P.A.
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207
Phone: 904-398-0900
Fax: 904-399-8440
npulignano@marksgray.com

Mowrey & Biggins, P.A.
Attn: Ronald A. Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111
Phone: 850-222-9482
Fax: 850-561-6867
rmowrey@mowreylaw.com

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326
Phone: 404-923-9045
Fax: 404-923-9099
amcbrayer@ebglaw.com

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957
Phone: 513-381-2838
Fax: 513-381-0205
ferrell@taftlaw.com

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Phone: 847-934-6500
Fax: 847-934-6508
gardner@pacatrust.com

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816
Phone: 256-536-8213
Fax:  256-536-8262
mikeelee@bellsouth.net

Nelson Mullins Riley & Scarborough, LLP
Attn: George B. Cauthen
Meridian Building, 17th Fl.
1320 Main St.
Colombia, SC 29201
Phone: 803-799-2000
Fax: 803-255-9644
george.cauthen@nelsonmullins.com

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL 32202
Phone: 904-798-5459
Fax: 904-358-1872
alan.weiss@hklaw.com

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801
Phone: 256-533-5770
Fax: 256-533-5980
smaples@jmmtlawfirm.com

Volpe, Bajalia, Wickes, Rogerson, Galloway &
Wachs.
Attn: John T. Rogerson
Riverplace Tower
1301 Riverplace Blvd., Suite 1700
Jacksonville, FL 32207
Phone: 904-355-1700
Fax: 904-355-1797
jrogerson@vbwr.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524
Phone: 212-872-1000
Fax: 212-872-1002
skuhn@akingump.com

Rex D. Rainach
A Professional Law Corporation
3622 Government St.
Baton Rouge, LA 70806-0646
Phone: 225-343-0643
Fax:225-343-0646
rainach@msn.com

The Coca-Cola Company
Attn: John Lewis, Litigation Counsel
PO Box 1734
Atlanta, GA 30301
Phone: 404-676-4016
Fax: 404-676-7636
johnlewis@na.ko.com; josjohnson@na.ko.com

Regan Zebouni & Walker, P.A.
Attn: Jeffrey C. Regan
9905 St. Augustine Road, Suite 400
Jacksonville, FL 32257
Phone: 904-356-1300
Fax: 904-356-8050
Jregan@rzwlaw.com; cwalker@rzwlaw.com

Berger Singerman, P.A.
Attn: Berger Singerman
200 South Biscayne Blvd., St1 1000
Miami, FL 33131-5308
Phone: 305-755-9500
Fax: 305-714-4340
singerman@bergersingerman.com

Gerard Kouri, Jr.
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191
Phone: 954-447-9632
Fax: 954-447-9634
gmkouri@aol.com

Karem & Karem, Attorneys at Law
Attn: John W. Harrison, Jr.
333 Guthrie Green, Ste 312
Louisville, KY 40202
Phone: 502-587-6659
Fax: 502-582-1171
kandklaw_jwh@msn.com

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave., Ste 400
Marietta, GA 30060-7946
Phone: 770-426-4619
Fax: 770-426-4846
bankruptcy@evict.net

Reinhart Boerner Van Deuren s.c.
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St., Ste 2100, PO Box 2965
Milwaukee, WI 53201-2965
Phone: 414-298-1000
Fax: 414-298-8097
mjankows@reinhartlaw.com;
jblakely@reinhartlaw.com

Kondos & Kondos Law Office
Attn:  Anjel K. Avant, Esq.
1595 N. Central Expressway
Richardson, TX  75080
Phone: 972-231-9924
Fax: 972-231-8636
anjela@kondoslaw.net

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002
Phone: 713-222-1470
Fax: 713-222-1475
rrios@munsch.com

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St.
North Andover, MA 01845
Phone: 978-683-2479
Fax: 978-683-3041
hweinberg@jrhwlaw.com

Shutts & Bowen LLP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801
Phone: 407-423-3200
Fax: 407-425-8316
abrumby@shutts-law.com

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St., Ste 800
Atlanta, GA 30309-7649
Phone: 404-962-6100
Fax: 404-962-6300
charrison@millermartin.com

Poyner & Spruill LLP
Attn: Judy Thompson
301 South College St., Ste 2300
Charlotte, NC 28202
Phone: 704-342-5250
Fax: 704-342-5264
jthompson@poynerspruill.com

Tabas, Freedman, Soloff & Miller PA
Attn: Joel Tabas
919 Ingraham Bldg, 25 Southeast Second Ave.
Miami, FL 33131-1538
Phone: 305-375-8171
Fax: 305-381-7708
jtabas@tfslaw.com

Saul Ewing LLP
Attn: Joyce Kuhns
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202
Phone: 410-332-8965
Fax: 410-332-8964
jkuhns@saul.com

Johnston, Conwell & Donovan LLC
Attn: W. Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birmingham, AL 35209
Phone: 205-414-1200
Fax: 205-414-1205
whd@johnstonconwell.com;
amd@johnstonconwell.com

Slott, Barker & Nussbaum
Attn: Earl M. Barker
334 East Duval St.
Jacksonville, FL 32202
Phone: 904-353-0033
Fax: 904-355-4148
embarker@bellsouth.net

Hangley, Aronchick, Segal & Pudlin
Attn: Ashley Chan
One Logan Square, 27th Fl
Philadelphia, PA 19103
Phone: 215-568-6200
Fax: 215-568-0300
achan@hangley.com

Loreal Paris
Attn: Patrick Ackerman
35 Broadway Road
Cranbury, NJ  08512
Phone: 609-860-7627
Fax: 609-860-7738
packerman@us.loreal.com

Lowndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
PO Box 2809
Orlando, FL 32802
Phone: 407-418-6259
Fax: 407-843-4444
matt.beal@lowndes-law.com

Foley & Mansfield PLLP
Attn: Thomas Lallier, Megan Blazina
250 Marquette Ave, Ste 1200
Minneapolis, MN 55401
Phone: 612-338-8788
Fax: 612-338-8690
tlallier@foleymansfield.com;
mblazina@foleymansfield.com

Morgan & Morgan, Attorneys at Law PC
Attn: Lee P. Morgan
PO Box 48359
Athens, GA 30604
Phone: 706-548-7070
Fax: 706-613-2089
lmorgan@morganlawyers.com

State of Georgia, Assistant Attorney General
Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, GA 30334
Phone: 404-656-3303
Fax: 404-657-3239
bo.fears@law.state.ga.us

Pinellas County, Florida
Diane Nelson, Tax Collector
PO Box 2943
Clearwater, FL 33757-2943
Phone: 727-464-3402
Fax: 727-464-5230
bgramley@taxcollect.com

Canova and Delahaye
Attn: L. Phillip Canova, Louis Delahaye, Thomas
Delahaye
58156 Court St.
Plaquemine, LA 70764-2708
Phone: 225-687-8340
Fax: 225-687-1868
pcanova@eatel.net

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Two International Place
Boston, MA 02110
Phone: 617-248-5000
Fax: 617-248-4000
jventola@choate.com; wmcmahon@choate.com

Barnes & Thornburg LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535
Phone: 317-236-1313
Fax: 317-231-7433
wendy.brewer@btlaw.com

Anthony Salzano
Counsel for Pasco County Board of County
Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL 34654
Phone: 727-847-8120
tosipov@pascocountyfl.net

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Ste 300
Clearwater, FL 33765
Phone: 727-799-4840
Fax: 727-797-8206
buford@harperkynes.com

Law Offices of Daniel Markind
Attn: Johanna Markind
1500 Walnut St., Ste 1100
Philadelphia, PA 19102
Phone: 215-546-2212
Fax: 215-735-9004
markindlaw@att.net

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210
Phone: 904-388-6500
Fax: 904-387-4192
cohenthurston@cs.com

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman
PO Box 2231
Tampa, FL 33601
Phone: 813-221-3900
Fax: 813-221-2900
lsherman@hwhlaw.com

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
PO Box 10032
Toledo, OH 43699-0032
Phone: 41-241-6000
Fax: 419-247-1777
kcbaker@eastsmith.com

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791
Phone: 516-677-8200
borgeslawfirm@aol.com

Akerman Senterfitt
Attn:  John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone:  904-798-3700
Fax:  904-398-3730
john.macdonald@akerman.com

Broad and Cassel
Attn: Roy S. Kobert
390 North Orange Ave., Ste 1100
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-650-0927
rkobert@broadandcassel.com;
orlandobankruptcy@broadandcassel.com

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E. Davis
a/f AmSouth Bank
390 North Orange Ave., Ste 1500
PO Box 1391
Orlando, FL 32802-1391
Phone: 407-423-4246
Fax: 407-423-7014
rdavis@whww.com

Irby Law Firm
Attn: Albert Adams
PO Box 910
Eufaula, AL 36072
Phone: 334-687-6672
Fax: 334-687-6671
irbylawfirm@bellsouth.net

Hubbard, Smith, McIlwain, Brakefield & Browder
PC
Attn: Marcus Brakefield, Christopher McIlwain,
Kristofor Sodergren
PO Box 2427
Tuscaloosa, AL 35403
mbrakefield@hsmbb.com;
cmcilwain@hsmbb.com;
ksodergren@hsmbb.com

McGuirewoods LLP
Attn: John H. Maddock III
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804-775-1000
Fax: 804-775-1061
jmaddock@mcguirewoods.com

McGuirewoods LLP
Attn: Charles L. Gibbs II
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661
Phone: 904-798-3200
Fax: 904-798-3207
cgibbs@mcguirewoods.com

Kizer, Hood & Morgan, LLP
Attn: Ralph Hood
2111 Quail Run Drive
Baton Rouge, LA 70808
Phone: 225-761-0001
Fax: 225-761-0731
rhood@khmllp.com

Neufeld, Rennett & Bach, APC
Attn: Timothy L. Neufeld
360 E. Second Street, Suite 703,
Los Angeles, CA 90012
Phone: 213-625-2625
Fax: 213-625-2650
tneufeld@nrblaw.com

Gunster, Yoakley & Stewart, PA
Attn: Christian Petersen
500 East Broward Blvd, Ste 1400
Fort Lauderdale, FL 33394
Phone: 954-468-1394
Fax: 954-523-1722
cpetersen@gunster.com

Neil, Gerber & Eisenberg
Attn: Thomas Wolford
2 North LaSalle St., Ste 2200
Chicago, IL 60602
Phone: 312-269-5675
Fax: 312-269-1747
twolford@ngelaw.com

Pinkston & Pinkston, PA
Attn: David Pinkston, Gina Schlegel
PO Box 4608
Jacksonville, FL 32201
Phone: 904-389-5880
Fax: 904-389-9957
dpinkston@pinkstonandpinkston.com;
gschlegel@pinkstonandpinkston.com

McKenna Long & Aldridge LLP
Attn: B. Summer Chandler
303 Peachtree St., Ste 5300
Atlanta, GA 30308
Phone: 404-527-4000
Fax: 404-527-4198
schandler@mckennalong.com

Lord, Bissell & Brook LLP
Attn: Folarin Dosunmu, Aaron C Smith
115 S. LaSalle Street
Chicago, IL 60603
Phone: 312-443-0700
Fax: 312-443-0336
Fdosunmu@lordbissell.com;
asmith@lordbissell.com

Piper, Ludin, Howie & Werner, PA
Attn: Eric E. Ludin
5720 Central Ave.
St. Petersburg, FL 33707
Phone: 727-344-1111
Fax: 727-344-1117
ludin@piperludin.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Sarah Schultz
1700 Pacific Ave., Ste 4100
Dallas, TX 75201-4675
Phone: 214-969-2800
Fax: 214-969-4343
sschultz@akingump.com

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall St., 35th Fl.
New York, NY 10005
Phone: 212-267-7600
Fax: 212-267-2030
jshafferman@solpearl.com

Hinshaw & Culbertson LLP
Attn: Kenneth G. M. Mather
100 South Ashley Drive, Ste 500
Tampa, FL 33602
Phone: 813-276-1662
Fax: 813-276-1956
kmather@hinshawlaw.com

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250
950 E. Paces Ferry Rd.
Atlanta, GA 30326
Phone: (404) 832-8410
Fax: (404) 832-8422
mrosen@rosenlawgroup.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill &
Mullis, P.A.
Attn: William Knight Zewadski
PO Box 1102
Tampa, Florida 33601
Phone: (813) 223-7474
Z@trenam.com

Harrell & Harrell, P.A.
Attn: Greg Schlax; Michael Moran
4735 Sunbeam Road
Jacksonville, Florida 32257
Phone: (904) 251-1111
Fax: (904) 296-7710
gschlax@harrellandharrell.com;
mmoran@harrellandharrell.com

Ward and Smith, PA
Attn: J. Michael Fields
120 West Fire Tower Rd
PO Box 8088
Greenville, NC 27835-8088
Phone: (252) 215-4026
jmf@wardandsmith.com

Diane Nelson, Tax Collector of Pinellas County,
FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court St.
Clearwater, FL 33756
Phone: 727-464-3354
Fax: 727-464-4147
srichard@co.pinellas.fl.us

McElwee Law Firm, PLLC
Attn: Robert Laney
906 Main St.
North Wilkesboro, NC 28659
Phone: 336-838-1111
Fax: 336-838-0753
blaney@mcelweefirm.com

Kitchens Kelley Gaynes, P.C.
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Phone: 404-237-4100
Fax: 404-364-0126
mkelley@kkgpc.com

Wilcox Law Firm
Attn: Robert D Wilcox
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Phone: 904-281-0770
Fax: 904-513-9201
rwilcox@wilcoxlawfirm.com

Tuggle Duggins & Meschan, P.A.
Attn: Paul M. Dennis, Jr.
228 West Market St., P.O. Box 2888
Greensboro, NC 27402-2888
Phone: 336-378-1431
Fax: 336-274-6590
pdennis@tuggleduggins.com

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P. Canas
315 Deaderick St., Ste 1800
Nashville, TN 37238
Phone: 615-256-0500
Fax: 615-251-1058
dpc@h3gm.com

Foley & Lardner LLP
Attn: Gardner Davis
PO Box 240
Jacksonville, FL 32201-0240
Phone: 904-359-2000
Fax: 904-359-8700
gdavis@foley.com

Buist Moore Smythe McGee, P.A.
Attn:  Charles P. Summerall, IV
P.O. Box 999
Charleston, SC  29402
Phone:  843-722-3400
Fax:  843-723-7398
csummerall@bmsmlaw.com

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring St.
Pensacola, FL 32502
Phone: 850-433-6581
sfox@esclaw.com

Tatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd., Ste 316
Sarasota, FL 34233
Phone: 941-927-6377
melodydgenson@verizon.net

Krieg DeVault LLP
Attn: C. Daniel Motsinger
One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079
Phone: 317-636-4341
Fax: 317-636-1507
cmotsinger@kdlegal.com

Balch & Bingham LLP
Attn: Elizabeth T Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30305
bbaer@balch.com

Sell & Melton, LLP
Attn: Ed S Sell
PO Box 229
Macon, GA 31202-0229
Phone: 478-746-8521
Fax: 478-745-6426
eds@sell-melton.com

Hillsborough County Attorney's Office
Attn: Brian T FitzGerald
PO Box 1110
Tampa, FL 33601-1110
Phone: 813-272-5670
Fax: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

Blackwell Sanders Peper Martin LLP
Attn: John Cruciani
4801 Main St., Ste 1000
Kansas City, MO 64112
Phone: 816-983-8197
Fax: 816-983-8080
jcruciani@blackwellsanders.com

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St
PO Box 17102
Baltimore, MD  21297
Lbrandonisio@VertisInc.com

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay St., 8th Fl
Jacksonville, FL 32202
Phone: 904-632-2424
Fax: 904-632-0549
cayer@terrellhogan.com

Hodgson Russ LLP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431
ttalarch@hodgsonruss.com

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602
Phone: 813-472-7550
Fax: 813-472-7570
whittemd@phelps.com

Verona Law Group, PA
Attn: Jay Verona
7235 First Ave. So.
St. Petersburg, FL 33707
Phone: 727-347-7000
Fax: 727-347-7997
jay@veronalawgroup.com

Kilpatrick Stockton LLP
Attn: Paul M. Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax: 404-815-6555
Prosenblatt@KilpatrickStockton.com

Henderson, Franklin, Starnes & Holt, PA
Attn: Douglas Szabo, John Noland
PO Box 280
Fort Myers, FL 33902-0280
Phone: 239-344-1140
douglas.szabo@henlaw.com

Hiday & Ricke, PA
Attn: Jeffrey Becker
PO Box 550858
Jacksonville, FL 32255
Phone: 904-363-2769
Fax: 904-363-0538
litigate@hidayricke.com

Squire, Sanders & Dempsey LLP
Attn: Joseph Weinstein
4900 Keuy Tower
127 Public Sq.
Cleveland, OH 44114-1304
Phone: 216-479-8426
Fax: 216-479-8780
jweinstein@ssd.com

Ervin, Cohen & Jessup
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212
Phone: 310-273-6333
Fax: 310-859-2325
mkogan@ecjlaw.com

Mirick, O'Connell, DeMallie & Lougee LLP
Attn: Paul W. Carey
100 Front St.
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
bankrupt@modl.com

McGuirewoods LLP
Attn: Michael Schmahl
77 W. Wacker Dr., Ste 4100
Chicago, IL 60601
Phone: :312-849-8100
mschmahl@mcguirewoods.com

Becket and Lee LLP
Attn: Gilbert Weisman
PO Box 3001
Malvern, PA 19355-0701
Phone: 610-644-7800
Fax: 610-993-8493
notices@becket-lee.com

Baker Botts LLP
Attn: C. Luckey McDowell
2001 Ross Ave.
Dallas, TX 75201-2980
Phone: 214-953-6500
Fax: 214-953-6503
luckey.mcdowell@bakerbotts.com

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Colodny, Fass, Talenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd., Ste 232
Ft. Lauderdale, FL 33309
Phone: 954-492-4010
Fax: 954-492-1144
jfass@cftlaw.com

Hill, Ward & Henderson, PA
Attn: Paige Greenlee
PO Box 2231
Tampa, FL 33601
Phone: 813-221-3900
Fax: 813-221-2900
pgreenlee@hwhlaw.com

Ervin, Cohen & Jessup, LLP
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212
Phone: 310-273-6333
Fax: 310-859-2325
mkogan@ecjlaw.com

Blaxberg, Grayson, Kukoff & Segal, PA
Attn: Ian J Kukoff
25 Southeast Second Ave.
Miami, FL 33131
Phone: 305-381-7979
Fax: 305-371-6816
ian.kukoff@blaxgray.com

Mickler & Mickler
Attn: Albert H. Mickler
5452 Arlington Exp.
Jacksonville, FL 32211
Phone: (904) 725-0822
Fax: (904) 725-0855
court@planlaw.com

Held & Israel
Attn: Adam Frisch
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-7038
Fax: 904-398-4283
afrisch@hilawfirm.com

GrayRobinson
Attn: Jason B. Burnett
50 North Laura St., Ste 1675
Jacksonville, FL 32202
Phone: (904) 598-9929
Fax: (904) 598-9109
jburnett@gray-robinson.com

Friedline & McConnell, P.A.
Attn: Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216
Phone: 904-727-7850
bankruptcy@fandmlaw.com

Powell Goldstein LLP
Attn: Wendy Hagenau, John Moore
One Atlantic Center, 14th Fl
1201 W. Peachtree St., NW
Atlanta, FA 30309-3488
Phone: 404-572-6600
Fax: 404-572-6999
'jmoore@pogolaw.com

Duane Morris LLP
Attn: Margery Reed, Wendy Simkulak
30 South 17th St.
Philadelphia, PA 19103
Phone: 215-979-1000
Fax: 215-979-1020
mnreed@duanemorris.com;
wmsimkulak@duanemorris.com

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K. Denniston
600 Peachtree Street. N.E.
Twenty-Fourth Floor
Atlanta, GA 30308
Tel: (404) 815-2347
Fax: (404) 685-5347
karolkdenniston@paulhastings.com

Stichter, Riedel, Blain & Prosser PA
Attn: Susan H. Sharp
110 Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
ssharp.ecf@srbp.com

Marcus, Santoro & Kozak, PC
Attn: Kelly M Barnhart
1435 Crossways Blvd., Ste 300
Chesapeake, VA 23320
Phone: 757-222-2224
Fax: 757-333-3390
kbarnhart@mskpc.com

Kelley & Fulton, PA
Attn: Craig I. Kelley
1665 Palm Beach Lakes Blvd.
The Forum, Ste 1000
West Palm Beach, FL 33401
Phone: 561-684-5524
Fax: 561-684-3773
craig@kelleylawoffice.com

Schnader Harrison Segal & Lewis LLP
Attn: William J. Maffucci
1600 Market Street Suite 3600
Philadelphia, PA 19103-7286
Phone: 215-751-2210
wjmaffucci@schnader.co

Arnstein & Lehr LLP
Attn: Ronald J Marlowe
1110 N. Florida Ave.
Tampa, FL 33602
rjmarlowe@arnstein.com

State of Georgia, Dept. of
    Community Health
Attn:  Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA  30303-3159

State of Kentucky Health & Family
    Services Cabinet
Attn:  Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY  40621

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn:  Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303-8909

Quarles & Brady LLP
Attn: Valerie Bailey-Rihn
1900 Glades Road, Ste 355
Boca Raton, FL 33431
Phone: 561-368-5400
vlb@quarles.com

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
PO Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
jes@lcojlaw.com

The Caluda Law Firm
Attn: Robert J. Caluda
3232 Edenborn Ave.
Metairie, LA 70002
Phone: 504-586-0361
rcaluda@rcaluda.com

Contrarian Capital Management, LLC
Attn: Ethan Schwartz
411 West Putnam Ave., Ste 225
Greenwich, CT 06830
Phone:  203-629-0139
eschwartz@contrariancapital.com

Thompson & Knight
Attn: John S Brannon
1700 Pacific Ave., Suite 3300
Dallas, TX 75201
214-969-1505
214-999-1608
john.brannon@tklaw.com

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Ave., 20th Fl.
New York, NY 10022
Phone: 212-319-8500
jk@stevenslee.com

Leesfield Leighton & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33133-2314
Phone 305-854-4900
Fax 305-854-8266
leighton@leesfield.com

Philip A Bates, P.A.
Philip A. Bates
25 West Cedar Street, Suite 550
Pensacola, FL 1390
Phone 850-470-0091
philipbates@bellsouth.net,
lucysmith@bellsouth.net

Mary Kay Shaver
Varnum, Riddering, Schmidt & HowlettLLP.
Bridgewater Place
P.O. Box 352
Grand Rapids, Michigan 49501-0352
Phone:  (616) 336-6000
Fax:  (616) 336-7000
mkshaver@varnumlaw.com

Philip D. Storey, Esq.
Alvarez, Sambol, Winthrop & Madson, P.A.
Post Office Box 3511
Orlando, FL 32802
pds@aswmpa.com, bsantiago@aswmpa.com

Tew Cardenas, LLP
Attn:  Thomas R. Lehman, Esq.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL  33131-3407
Phone:  305-536-1112
Fax:  305-536-1116
TRL@Tewlaw.com

Cooney, Mattson, Lance, Blackburn, Richards & O'Connor
Attn:  Ace J. Blackburn, Jr., Esq.
2312 Wilton Drive
Ft. Lauderdale, FL  33305
Phone:  954-568-6669
ablackburn@cmlbro.com

Nina M. Lafleur, Esq.
PO Box 861128
St. Augustine, FL 32086
nina@lafleurlaw.com

Paul, Hastings, Janofsky & Walker LLP
Attn:  James D. Wareham
875 15th Street, NW
Washington, DC  20005
Phone:  202-551-1700
jameswareham@paulhastings.com

Stearns Weaver Miller Weissler
  Alhadeff & Sitterson, P.A.
Attn:  Patricia A. Redmond, Andrew McNamee
150 West Flagler Street, Suite 2200
Miami, FL  33130
Phone:  305-789-3553
Fax:  305-789-3395
Predmond@swmwas.com;
amcnamee@swmwas.com

Scruggs & Carmichael, P.A.
Attn:  Karen K. Specie
One S.E. First Avenue
P.O. Box 23109
Gainesville, FL  32602
Phone:  352-376-5242
Fax:  352-375-0690
specie@scruggs-carmichael.com

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL  33411

Mark S. Kessler, P.A.
Attn:  Mark S. Kessler
331 E. Union Street
Jacksonville, FL  32202
Phone:  904-350-0060
Fax:  904-350-9906

CadleRock, L.L.C.
Attn:  Vic Buente
100 North Center Street
Newton Falls, OH  44444-1321

Marketown Investors, Inc.
Attn:  Donald E. T heriot, Regina S. Wedig
1944 First Street
Slidell, LA  70458
Phone:  504-610-5328
Fax:  985-643-1886
detheriot@cableone.net; rswedig@i-55.com

Frost Brown Todd LLC
Attn  Kyle R. Grubbs
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Phone:  513-651-6800
Fax:  513-651-6981
kgrubbs@fbtlaw.com

World Fitness
Attn:  Cliff Block
214 St. James Ave.
Goose Creek, SC  29445

Heller Ehrman LLP
Attn:  Russell Reid
Times Square Tower
Seven Times Square
New York, NY  10036
Phone:  212-832-8300
Fax:  212-763-7600
russell.reid@hellerehrman.com

Shook, Hardy & Bacon L.L.P.
Attn:  Kristen F. Trainor
2555 Grand Blvd.
Kansas City, MO  64108
Phone:  816-474-6550
Fax:  816-421-5547
ktrainor@shb.com

Exel Transportation Services, Inc.
Attn:  Richard Merrill
7651 Esters Blvd., Suite 200
Irving, TX  75063
Dick.merrill@ets.exel.com

Benderson Development Company,LLC
Attn:  Joey E. Schlosberg, Esq.
8441 Cooper Creek Blvd.
University Park, FL  34201
Phone:  (941) 360-7229
Fax:  (941) 359-1836
joeys@benderson.com

Bush Ross, P.A.
Attn:  Adam Lawton Alpert
P.O. Box 3913
Tampa, FL  33601-3913
Phone:  813-224-9255
Fax:  813-223-9620
aalpert@bushross.com

John Haas Weinstein, APLC
Attn:  Tom St. Germain
407 S. Union Street
Opelousas, LA  70570
Phone:  337-948-4700
Fax:  337-948-4172
tom@weinlaw.com

Dillon, Bitar & Luther, LLC
Attn:  Michael L. Rich
53 Maple Ave.
P.O. Box 398
Morristown, NJ  07963-0398
Phone:  973-539-3100
Fax:  973-292-2960
mrich@dbl-law.com

Milam Howard Nicandri Dees & Gillam, P.A.
Attn:  Peter E. Nicandri
208 N. Laura Street, Suite 800
Jacksonville, FL  32202
Phone:  904-357-3660
Fax:  904-357-3661
pnicandri@milamhoward.com

Law Offices of Andrew J. Cavanaugh
Attn:  Robert Croteau
205 E. Anapamu Street
Santa Barbara, CA 93101
Phone:  (805) 965-7014
Fax: (866) 496-4660
office@andrewesq.com

City of Norfolk
Attn:  Charles Stanley Prentace
900 City Hall Building
Norfolk, VA 23510
Phone:  (757) 664-4529
Fax:  (757) 664-4201
charles.prentace@norfolk.gov.

Office of Senior Assistant County Attorney
Chesterfield County
Attn:  Michael S. J. Chernau, Esq.
P.O. Box 40
Chesterfield, VA 23832
Phone:  (804) 748-1491
Fax:  (804) 717-6297
chernaum@chesterfield.gov

Office of Henrico County Attorney
Attn:  Rhysa Griffith South, Esq.
Assistant County Attorney
P.O. Box 27032
Richmond, VA 23273-7032
Phone:  (804) 501-5091
Fax:  (804) 501-4140
Sou06@co.henrico.va.us

Office of City Attorney
Attn:  Alexandra Silva Fannon, Esq.
Assistant City Attorney
900 East Broad Street, Room 300
Richmond, VA 23219
Phone:  (804) 646-7940
Fax:  (804) 646-6653
silvaa@ci.richmond.va.us

Office of Roanoke County Attorney
Attn:  Katherine Howe Jones, Esq.
Assistant County Attorney
P.O. Box 29800
Roanoke, VA 24018
Phone:  (540) 772-2071
Fax:  (540) 772-2089
kjones@roanokecountyva.gov

Guynn, Memmer & Dillon, P.C.
Attn:  Jim H. Guynn, Jr., Esq.
P.O. Box 20788
Roanoke, VA 24018
Phone:  (540) 387-2320
Fax: (540) 389-2350
jim.guynn@g-mpc.com

Spears, Moore, Rebman & Williams, P.C.
Attn:  Scott N. Brown, Jr., Esq.
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
Phone:  (423) 756-7000
Fax:  (423) 756-4801
snb@smrw.com

Commonwealth of Kentucky
Finance 7 Administration cabinet
Department of Revenue
Attn:  Susan F. Stivers
P.O. Box 5222
Frankfort, KY 40602-5222
Phone:  (502) 564-4921 ext. 4445
Fax: (5020 564-7348
susan.stivers@ky.gov.

Traub, Bonaquist & Fox LLP
Attn:  Maura I. Russell, Esq.
Attn:  Wendy G. Marcari, Esq.
655 Third Avenue, 21st Floor
New York, NY 10017
Phone:  (212) 476-4770
Fax: (212) 476-4787
DBR@tbfesq.com

Benton & Centeno, LLP
Attn:  C. Steven Ball, Esq.
2019 Third Avenue North
Birmingham, AL 35203
Phone:  (205) 278-8000
Fax:  (205) 278-8008
sball@bcattys.com

Benton & Centeno, LLP
Attn:  Lee R. Benton, Esq.
2019 Third Avenue North
Birmingham, AL 35203
Phone:  (205) 278-8000
Fax:  (205) 278-8008
lbenton@bcattys.com

Agency for Health Care Administration
Attn:  Debora E. Fridie, Esq.
Lead Counsel for the Agency
2727 Mahan Drive, Mail Stop #3
Tallahassee, FL 32308-5407
Phone:  (8500 922-5873
Fax:  (850) 921-0158
fridied@ahca.myflorida.com

Agency for Health Care Administration
Attn:  Brevin Brown, Esq.
Co-Counsel for the Agency
2727 Mahan Drive, Mail Stop #3
Tallahassee, FL 32308-5407
Phone:  (850) 922-5873
Fax:  (850) 921-0158
brownbr@ahca.myflorida.com

Law Office of Charles M. McBurney, Jr.
Attn:  Charles M. McBurney, Jr.
76 South Laura Street, Suite 590
Jacksonville, Florida  32202
Phone:  (904) 798-0002
Fax:  (904) 798-3757
cmcburney@bellsouth.net

Delegal Law Offices, P.A.
Attn:  T.A. "Tad" Delegal,III
424 Eat Monroe Street
Jacksonville, Florida  32202
Phone:  (904) 633-5000
Fax:  (904) 358-2850
tad@delegal.net

Genovese Joblove & Battista, P.A.
Attn:  David N. Stern
200 East Broward Boulevard, Eleventh Floor
Fort Lauderdale, Florida  33301
Cell:  (404) 625-517
dstern@gjb-law.com

James S. Ginocchio, Esq.
Assistant prosecuting Attorney
c/o Hamilton County, OH
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
Phone:  (513) 946-3115
Fax:  (513) 946-3018
jim.ginocchio@hcpros.org

Rick J. Bearfield, Esq.
P.O. Box 4210 CRS
Wesley Plaza, Suite 1
2513 Wesley Street
Johnson City, TN 37602
Phone:  (423) 282-1006
Fax:  (423) 282-3081
rjbearfield@bearmc.com

Gene Tarr, Esq.
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Phone: (336) 293-9000
Fax: (336) 293-9030
gbt@btcmlaw.com

Michael E. Cecil, Esq.
118 West Adams Street, #800
Jacksonville, FL 32202
Phone:  (904) 353-5884
Fax:  (904) 353-5994
courtmail@schuylaw.com

Robert P. Gates, Esq.
Erskine & Tulley, P.A.
Professional Corporation
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Phone: (415) 392-5431
Fax: (415) 392-1978
bob@erskinetulley.com

Denise A. Lyn, P.A.
307 N. Apopka Avenue
Inverness, FL  34450-4201
Phone:  (352) 726-9400
dlyn@tampabay.rr.com

Robert F. Kulik, Esq.
2141 Park Street
Jacksonville, FL 32204
Phone:  (904) 389-1988
Fax:  (904) 389-0882
bobkulik@bellsouth.net

Thomas R. Califano, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
Phone:  212-335-4569
Fax:  212-884-8569
thomas.califano@dlapiper.com

Vincent J. Roldan, Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
Phone:  212-335-4569
Fax:  212-884-8569
vincent.roldan@dlapiper.com

Frederick F. Rudzik, Esq.
Assistant General Counsel
Florida Department of Revenue
P.O. Box 6668
Tallahassee, Florida  32314-6668
Phone:  (850) 921-2151
Fax:  (850) 921-3039
rudzikf@dor.state.fl.us

Louisiana Department of Revenue
Legal Division
Attn:  David M. Hansen, Christine Bratkowski,
Alva C. Smith
617 North Third Street
Baton Rouge, LA  70802
Phone:  225-219-2080
Fax:  225-219-2090
David.hansen@la.gov

Price Law Office
Attn:  Robert E. Price, Jr.
1144 West Fourth Street
Winston Salem, NC  27101
Phone:  336-724-7030
Fax:  336-724-7047
rprice@replegal.com

Bilzin Sumberg Baena Price & Axelrod,LLP
Attn:  James C. Moon
200 South  Biscayne Boulevard, Suite 2500
Miami, FL  33131
Phone:  305-350-7383
Fax:  305-351-2282
jmoon@bilzin.com

Vinson & Elkins, LLP
Attn:  Steven M. Abramowitz
666 Fifth Avenue
New York, NY  10103
Phone:  212-237-0137
Fax:  212-237-0100
sabramowitz@velaw.com

EXHIBIT "B"

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

State of Florida, AHCA
Attn:  Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL  32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn:  Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303-8909

State of Georgia, Dept. of
  Community Health
Attn:  Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA  30303-3159

State of Kentucky Health & Family
  Services Cabinet
Attn:  Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY  40621

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, FL  33411

Mark S. Kessler, P.A.
Attn:  Mark S. Kessler
331 E. Union Street
Jacksonville, FL  32202

CadleRock, L.L.C.
Attn:  Vic Buente
100 North Center Street
Newton Falls, OH  44444-1321

Bear Stearns Investment Products Inc.
383 Madison Ave.
New York, NY 10179

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002

World Fitness
Attn:  Cliff Block
214 St. James Ave.
Goose Creek, SC  29445

EXHIBIT "C"

| FirstName | LastName | EmailAddress |
|-----------|----------|--------------|
| James | Moon | jmoon@bilzin.com |
| Nicholas | Griffiths | nicholas_griffiths@ml.com |
| Arnall | LLP | michael.holbein@agg.com |
| Vincent | Roldan | vincent.roldan@dlapiper.com |
| Robert | Kulik | bobkulik@bellsouth.net |
| Denise | Lyn | dlyn@tampabay.rr.com |
| Robert | Gates | bob@erskinetulley.com |
| Brevin | Brown | brownbr@ahca.myflorida.com |
| Debora | Fridie | fridied@ahca.myflorida.com |
| Robert | Croteau | office@andrewesq.com |
| Theresa | Foudy | tfoudy@cm-p.com |
| Richard | Merrill | Dick.merrill@ets.exel.com |
| Regina | Wedig | rswedig@i-55.com |
| Donald | Theriot | detheriot@cableone.net |
| Laura | Santana | lsantana@mofo.com |
| Alexandra | Barrage | abarrage@mofo.com |
| Patricia | Redmond | Predmond@swmwas.com |
| James | Wareham | jameswareham@paulhastings.com |
| Charles | Throckmorton | cwt@kttlaw.com |
| Lynne | Berg | lberg@reinhartlaw.com |
| Ethan | Schwartz | eschwartz@contrariancapital.com |
| Leesfield | Leighton | leighton@leesfield.com |
| Ned | Nashban | nrn@quarles.com |
| Grant | Dearborn | dearborg@ahca.myflorida.com |
| Robert | Caluda | rcaluda@rcaluda.com |
| Jeffrey | DeCarlo | jdecarlo@foleymansfield.com |
| Kenneth | Thomas | Thomasrltr@sbcglobal.net |
| William | Maffucci | wjmaffucci@schnader.com |
| Wendy | Simkulak | WMSimkulak@duanemorris.com |
| Karol | Denniston | karolkdenniston@paulhastings.com |
| Joel | Fass | jfass@cftlaw.com |
| C. | McDowell | luckey.mcdowell@bakerbotts.com |
| Gilbert | Weisman | notices@becket-lee.com |
| Michael | Schmahl | mschmahl@mcguirewoods.com |
| Paul | Carey | bankrupt@modl.com |
| Michael | Kogan | mkogan@ecjlaw.com |
| John | Cruciani | jcruciani@blackwellsanders.com |
| Luke | Brandonisio | Lbrandonisio@VertisInc.com |
| Carroll | Cayer | Cayer@Terrellhogan.com |
| Joseph | Weinstein | jweinstein@ssd.com |
| Paul | Rosenblatt | Prosenblatt@KilpatrickStockton.com |
| Donald | Whittemore | whittemd@phelps.com |
| Mark | Kelley | mkelley@kkgpc.com |
| Michael | Moran | mmoran@harrellandharrell.com |
| Melissa | Hager | mhager@oshr.com |
| Amber | Donner | Amber@tfsmlaw.com |
| Greg | Schlax | gschlax@harrellandharrell.com |
| Joel | Shafferman | jshafferman@solpearl.com |
| Eric | Ludin | ludin@piperludin.com |
| Christian | Petersen | cpetersen@gunster.com |
| Timothy | Neufeld | tneufeld@nrblaw.com |

EXHIBIT "C"

| | | |
|---|---|---|
| Ralph | Hood | rhood@khmllp.com |
| John | Maddock | jmaddock@mcguirewoods.com |
| James | Martin | jmartin@simplawatlanta.com |
| Judy | Thompson | jthompson@poynerspruill.com |
| Kristofor | Sodergren | ksodergren@hsmbb.com |
| Christopher | McIlwain | cmcilwain@hsmbb.com |
| Marcus | Brakefield | mbrakefield@hsmbb.com |
| J. | Johnson | josjohnson@na.ko.com |
| Hollie | Hawn | hhawn@broward.org |
| William | Hoog | william.hoog@amsouth.com |
| James | Malley | jmalley@angelogordon.com |
| | Fears | bo.fears@law.state.ga.us |
| Charles | Buford | law@harperkynes.com |
| John | Ventola | jventola@choate.com |
| Anjel | Avant | anjela@kondoslaw.net |
| Patrick | Ackerman | packerman@us.loreal.com |
| Edward | Peterson | epeterson@srbp.com |
| Herbert | Weinberg | hweinberg@jrhwlaw.com |
| Randall | Rios | rrios@munsch.com |
| Grace | Robson | grobson@bergersingerman.com |
| Michael | Jankowski | mjankows@reinhartlaw.com |
| John | Wiles | bankruptcy@evict.net |
| Gerard | Kouri | gmkouri@aol.com |
| Stephen | Kuhn | skuhn@akingump.com |
| John | Rogerson | jrogerson@vbwr.com |
| Berger | Singerman | singerman@bergersingerman.com |
| Alex | Benisatto | ABenisatto@shapiro-croland.com |
| John | Lewis | johnlewis@na.ko.com |
| Vickie | Pace | Vickie@fosterandlindeman.com |
| Michael | Lee | mikeelee@bellsouth.net |
| Stuart | Maples | smaples@jmmtlawfirm.com |
| Mary | Gardner | gardner@pacatrust.com |
| Shelly | Bishop | sbishop@wawlaw.com |
| Susan | Sherrill-Beard | sherrill-beards@sec.gov |
| Annette | McBrayer | amcbrayer@ebglaw.com |
| Ronald | Mowrey | rmowrey@mowreylaw.com |
| Shane | Weitzel | shweitze@dreyers.com |
| Marion | Wynne | twynne@wbbwlaw.com |
| Emily | Chou | echou@warnerstevens.com |
| Richard | McIntyre | rjmcintyre@trenam.com |
| Conrad | Chiu | Cchiu@pitneyhardin.com |
| Kenneth | Meeker | ken.meeker@usdoj.gov |
| Laurence | Berbert | lberbert@bregmanlaw.com |
| Runderhill@Greenbaur | Runderhill@Greenbaumlaw. | runderhill@greenbaumlaw.com |
| James | Glover | jglover@wlj.com |
| Susan | Maher | susan.maher@dlapiper.com |
| R. | Shapiro | rshapiro@shapiro-croland.com |
| J. | Kremer | jkremer@lglaw.com |
| K. | Hoffman | hoffmank@phelps.com |
| C. | Cooper | ccooper@xroadsllc.com |
| Cindy | | cindy@gvk-law.com |
| Carole | Levine | carole.levine@kmzr.com |

EXHIBIT "C"

| | | |
|---|---|---|
| Erin | Lum | elum@kelleydrye.com |
| Alfred | Smith | alsmithesq@aol.com |
| David | Adelman | adelman@pacaenforcer.com |
| Laurence | Appel | LarryAppel@winn-dixie.com |
| Michael | Bakst | mbakst@ebcblaw.com |
| Zachary | Bancroft | zachary.bancroft@lowndes-law.com |
| Patrick | Bartel | Patrick.bartels@QuadrangleGroup.com |
| Krista | Bates | kbates@hhdulaw.com |
| Bryan | Becker | bbecker@hswmke.com |
| Darrel | Begnaud | dbegnaud@athens1867.com |
| Frank | Berg | franklin.b@4086.com |
| Karen | Bifferato | kbifferato@cblh.com |
| Bert | Bittourna | bittourna@inlandgroup.com |
| David | Black | dblack@fwblaw.net |
| Richard | Blackstone | rbwiipa@aol.com |
| Paul | Bliley | pbliley@williamsmullen.com |
| Mark | Bloom | bloomm@gtlaw.com |
| Joseph | Bodoff | jbodoff@bodoffslavitt.com |
| Mark | Bogdanowicz | Mark.bogdanowicz@icemiller.com |
| C. | Boldissar | dboldissar@lockeliddell.com |
| Sarah | Borders | sborders@kslaw.com |
| James | Botti | jbotti@porterwright.com |
| Michael | Bowlus | mbowlus@fjbd.com |
| David | Boyle | David.boyle@airgas.com |
| Leggett | Bradford | Rbleggett@allmanspry.com |
| Morton | Branzburg | mbranzburg@klehr.com |
| Philip | Brown | Philip@buckeyecapitalpartners.com |
| Rachel | Budke | rachel_budke@fpl.com |
| Fredric | Buresh | fredcburesh@aol.com |
| Elwood | Cahill | ecahill@shergarner.com |
| Paul | Campsen | pkcampsen@kaufcan.com |
| James | Carignan | carignanj@pepperlaw.com |
| Daniel | Carrigan | daniel.carrigan@dlapiper.com |
| Gerard | Catalanello | gcatalanello@brownraysman.com |
| Jeffrey | Chebot | jchebot@wbc-lawyers.com |
| Steven | Cimalore | scimalore@wilmingtontrust.com |
| David | Cohen | dcohen@warnerstevens.com |
| Steven | Cohen | cohen@wmllp.com |
| William | Cohen | coheniw@pepperlaw.com |
| David | Conroy | dconroy@millinglaw.com |
| Eric | Cotton | ecotton@ddrc.com |
| Robert | Cox | rcox@mcguirewoods.com |
| Gregory | Cross | gacross@venable.com |
| Stewart | Cupps | scupps@keglerbrown.com |
| Richard | Davis | rdavis@davis-fields.com |
| Thomas | Denitzio | tdenitzio@greenbaumlaw.com |
| Dennis | Drebsky | ddrebsky@nixonpeabody.com |
| Janice | Duban | janice.duban@dlapiper.com |
| Kyle | Dugger | duggerkw@aol.com |
| C. | Eller | celler@broadandcassel.com |
| Scott | Ellis | sellis@munsch.com |
| Mark | Elmore | mark.elmore@haynesboone.com |

EXHIBIT "C"

| | | |
|---|---|---|
| Robert | Feinstein | rfeinstein@pszyjw.com |
| Ross | Fingold | rfingold@ldlaw.com |
| Dan | Fiorello | dfiorillo@oshr.com |
| Andrew | Flame | andrew.flame@dbr.com |
| Daniel | Flanigan | dflanigan@pswslaw.com |
| Heather | Foley | hdfoley@venable.com |
| Larry | Foyle | lfoyle@kasslaw.com |
| Joseph | Frank | Jfrank@fgllp.com |
| Albert | Franson | afranson@atritt.com |
| Jerry | Gerde | gerdekomarek@bellsouth.net |
| Douglas | Gonzales | dgonzales@wsh-law.com |
| David | Greer | dgreer@williamsmullen.com |
| Allen | Guon | aguon@shawgussis.com |
| Kurt | GwynneEsq | kgwynne@reedsmith.com |
| Greg | Haber | ghaber@wmllp.com |
| Michael | Handler | mhandler@pbwt.com |
| Clinton | Hansen | bkdept@fagelhaber.com |
| William | Harmeyer | wharmeyer@harmeyerlaw.com |
| Michael | Held | mheld@jenkens.com |
| Jonathan | Helfat | Jhelfat@oshr.com |
| Andrew | Herenstein | Andrew.Herenstein@QuadrangleGroup.com |
| Flip | Huffard | huffard@blackstone.com |
| David | Jennis | djennis@jennisbowen.com |
| Stacey | Jernigan | stacey.jernigan@haynesboone.com |
| Kristina | Johnson | kjohnson@watkinsludlam.com |
| Russell | Johnson | russj4478@aol.com |
| Scott | Johnson | scott.johnson@fritolay.com |
| Richard | Jones | rkjones@mwpplaw.com |
| Matthew | Kaplan | mkaplan@kaplanfreedman.com |
| J. | Kepner | Hayden.kepner@agg.com |
| Monica | Kindt | mkindt@ctks.com |
| Joshua | Klein | jklein@foxrothschild.com |
| Neal | Kling | nkling@shergarner.com |
| John | Koneck | jkoneck@fredlaw.com |
| John | Kozyak | jk@kttlaw.com |
| Omer | Kuebel | Rkuebel@lockeliddell.com |
| David | Landis | dlandis@mateerharbert.com |
| Michael | Leppert | leppert@mcclainleppert.com |
| Robert | Levin | rlevin@hdmllp.com |
| David | Liebman | dliebman@cozen.com |
| Sara | Lorbers | slorber@seyfarth.com |
| Bruce | MacIntyre | bmacintyre@perkinscoie.com |
| Paul | Magy | tah@kompc.com |
| Michael | Markham | mikem@jpfirm.com |
| Jerry | Markowitz | jmarkowitz@mdrtlaw.com |
| Warren | Martin | wjmartin@pbnlaw.com |
| Louis | McBryan | lmcbryan@maceywilensky.com |
| Lawrence | Meuers | lmeuers@meuerslawfirm.com |
| Richard | Miller | millerr@gtlaw.com |
| Russell | Mills | rmills@hhdulaw.com |
| Thomas | Mimms | legal@mimms.org |
| Andrew | Morrison | amorrison@reedsmith.com |

EXHIBIT "C"

| | | |
|---|---|---|
| Keith | Murphy | kmurphy@kayescholer.com |
| Albert | Nasuti | anasuti@tokn.com |
| Katherine | Naugle | knaugle@fjbd.com |
| M. | Newberg | eric.newberg@diazfoods.com |
| Douglas | Noble | nobled@phelps.com |
| Donald | Nohrr | dnohrr@gray-robinson.com |
| Austin | Nooney | austin_nooney@mccormick.com |
| Dennis | O'Donnell | DODonnell@milbank.com |
| Brad | Patten | bpatten@sgwmfirm.com |
| James | Post | jpost@smithhulsey.com |
| Amos | Priester | apriester@smithlaw.com |
| Susan | Profant | susanp@taxcollector.com |
| Peter | Rathwell | prathwell@swlaw.com |
| William | Ray | bill.ray@hamiltonbeach.com |
| Glenn | Reisman | glenn.reisman@corporate.ge.com |
| Kristin | Richner | krichner@ssd.com |
| John | Rosenthal | jrosenthal@nixonpeabody.com |
| Patricia | Rynn | pat@rjlaw.com |
| Alan | Sable | sablea@pepperlaw.com |
| Jacqueline | Sailer | jsailer@murrayfrank.com |
| Sandra | Schirmang | sschirmang@kraft.com |
| Eric | Schwartz | Eschwartz@mnat.com |
| William | Schwartz | wschwartz@lplegal.com |
| Brian | Shaw | bshaw100@shawgussis.com |
| William | Short | bshort@hsblawfirm.com |
| Dennis | Simon | dsimon@xroadsllc.com |
| Carol | Slocum | cslocum@klehr.com |
| James | Smith | jsmith@stoneandbaxter.com |
| Jerome | Smyth | jes@lcojlaw.com |
| Robin | Spigel | rspigel@willkie.com |
| Jason | Staib | staib@blankrome.com |
| Janice | Stanton | Jstanton@contrariancapital.com |
| Richard | Stern | rstern@maccosternlaw.com |
| Lisa | Tancredi | lbtancredi@venable.com |
| Andrew | Tenzer | Atenzer@Shearman.com |
| Andrew | Thau | athau@cm-p.com |
| Christina | Thompson | cthompson@cblh.com |
| Matthew | Thompson | met@kompc.com |
| Richard | Toder | rtoder@morganlewis.com |
| Seann | Tzouvelekas | stzouvelekas@lwtm.com |
| Ginnie | Van Kesteren | gvk@gvk-law.com |
| Vincent | Vastola | vincent@marreroland.com |
| Frank | Vydra | Frankvydra@discoverfinancial.com |
| William | Wallach | wwallach@mccarter.com |
| Janice | Warren | lynda.becker@mail.tc.citrus.fl.us |
| Steven | Waterman | swaterman@rqn.com |
| W. | Watson | Cwatson@balch.com |
| William | Wessler | wwessler@cableone.net |
| Margaret | Westbrook | mwestbrook@kennedycovington.com |
| Amy | Williams | handresen@kennedycovington.com |
| Michael | Lee | mikeelee@bellsouth.net |