UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

## RESPONSE OF DELTA INVESTMENTS TO DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

Delta Investments, an unsecured creditor of Debtor Winn-Dixie Raleigh, Inc. ("Creditor"), hereby responds to the Debtors' Thirteenth Omnibus Claims Objection (the "Objection"), in which this Debtor has objected to its claim, numbered 11123, which was filed in the amount of $573,464.83. Creditor is listed as having an identification number of 411188 on the Objection.

Creditor believes it has provided the Debtor with the necessary documentation to substantiate the amounts referenced in the Objection. Creditor denies that the Debtor has made repeated inquiries for additional documentation. Creditor is in the process of obtaining additional documentation and expects to forward same to the Debtor's counsel by the end of the day, Thursday, July 6, 2006.

For the foregoing reasons, Creditor respectfully requests that this Court grant it an allowed unsecured claim in the amount of $573,464.83.

DATED July 6, 2006.

Of Counsel:

Seann Gray Tzouvelekas
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
Post Office Box 87

Greenville, SC  29602-0087
(864) 242-6440

                           /s/ Michael C. Markham
Michael C. Markham; FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for the Creditor

379155