UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

## RESPONSE OF THE ROSEMYR CORPORATION TO DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

The Rosemyr Corporation, an unsecured creditor of Debtor Winn-Dixie Raleigh, Inc. ("Creditor"), hereby responds to the Debtors' Thirteenth Omnibus Claims Objection, in which this Debtor has objected to its claim, numbered 11940, which was filed in the amount of $520,835.00. Creditor is listed as having an identification number of 2521 on the Objection.

Creditor does not object to the Debtor's request to reduce the claim by $157,324.39 (rejection damages); by $1,052.62 (insurance); and by $2,105.04 (miscellaneous charges). However, Creditor believes the Debtor is not entitled to reduce the claim for repairs. Creditor has submitted the necessary documentation to Debtor's counsel to support its claim for the repairs. Creditor also denies that the Debtor has made repeated inquiries for supporting documentation, as claimed in the Objection.

For the foregoing reasons, Creditor respectfully requests that this Court grant it an allowed unsecured claim in the amount of $360,352.95.

DATED July 6, 2006.

Of Counsel:

Seann Gray Tzouvelekas
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500

Post Office Box 87
Greenville, SC  29602-0087
(864) 242-6440

                                                                                      /s/ Michael C. Markham
Michael C. Markham; FBN: 0768560
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for the Creditor

379157