# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about June 30, 2006 I caused copies of:

- the **Order (A) Reducing Overstated Claims, (B) Reducing and Reclassifying Overstated Misclassified Claims and (C) Disallowing No Liability Misclassified Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: July 6, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 2E

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and Reclassifying Overstated Misclassified Claims and (C) Disallowing No Liability Misclassified Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 381743-15
3M
C/O RECEIVABLES CONTROL CORP
ATTN JEFFREY N PIERSON, MGR
PO BOX 9658
MINNEAPOLIS MN 55440

CREDITOR ID: 279333-36
ACCO BRANDS, INC
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J PASCHKE & J YOUNG, ESQS
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO  IL 60606-1229

CREDITOR ID: 241504-12
ACE ELECTRICAL SERVICE, INC
ATTN CHARLES R DEPARI, JR
1504 DAMON AVENUE
KISSIMMEE, FL 34744

CREDITOR ID: 399285-79
ACTION TIME USA INC
ATTN LEAH JOHNSTON
4378 PARK BLVD
PINELLAS PARK FL 33781

CREDITOR ID: 408344-15
ACTION TIMES USA, INC
ATTN DANIEL STANISLAWEK, CEO
3336 CRESCENT OAKS BLVD
TARPON SPRINGS FL 34688

CREDITOR ID: 405935-15
ADC-THE MAP PEOPLE
ATTN JOHN H DRISCO, A/R MGR
6440 GENERAL GREEN WAY
ALEXANDRIA VA 22312

CREDITOR ID: 405898-15
ADS SEAFOOD INC DBA
ATLANTIC FISHERIES
C/O TRENAM KEMKER
ATTN RICHARD MCINTYRE, ESQ
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 242523-12
AGAPION, BILL DBA ARCO REALTY CO
625 S ELM STREET
GREENSBORO, NC 27406-1327

CREDITOR ID: 241883-12
ALBERTO CULVER USA, INC
ATTN JAMES W VAREY, CREDIT MGR
2525 ARMITAGE AVENUE
MELROSE PARK IL 60160-1163

CREDITOR ID: 315665-36
ALLEN FLAVORS INC
C/O SILLER WILK LLP
ATTN ERIC J SNYDER, ESQ
675 THIRD AVENUE
NEW YORK NY 10017

CREDITOR ID: 242041-12
ALLSTATE BEVERAGE COMPANY
ATTN SCARLETT BOYD BOX
PO BOX 2308
MONTGOMERY, AL 36104

CREDITOR ID: 381731-15
ALTADIS USA
ATTN MIRIAM PIEDRA, CR MGR
5900 N ANDREWS AVE
FORT LAUDERDALE FL 33309

CREDITOR ID: 400438-15
AMERICAN FOOD DISTRIBUTORS, INC
C/O MACCO & STERN
ATTN RICHARD L STERN, ESQ
135 PINELAWN ROAD
MELVILLE NY 11747

CREDITOR ID: 400438-15
AMERICAN FOOD DISTRIBUTORS, INC
ATTN LEN KANTER, VP
325 WIRELESS BLVD
HAUPPAUGE NY 11788

CREDITOR ID: 242206-12
AMERICAN MAP CORP
ATTN JOHN A DRISCO
36-36 33RD STREET, 4TH FLOOR
LONG ISLAND CITY NY 11106

CREDITOR ID: 381987-36
AMERICAN RICE, INC
ATTN C BRONSON SCHULTZ, VP
PO BOX 2587
HOUSTON TX 77252

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 279068-32
ARQUEST, INC
C/O FOX ROTHSCHILD
ATTN HAL L BAUME, ESQ
PO BOX 5231
PRINCETON NJ 08543-5231

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 381989-36
AZALEA GUMBO
C/O SILVER VOIT & THOMPSON, PC
ATTN W ALEXANDER GRAY, JR, ESQ
4317-A MIDMOST DRIVE
MOBILE AL 36609-5589

CREDITOR ID: 381989-36
AZALEA GUMBO
C/O AZALEA SEAFOOD GUMBO SHOPPE
ATTN MIKE RATHLE
5570 PEARY ROAD
THEODORE AL 36582

CREDITOR ID: 381994-36
BARILLA AMERICA, INC
ATTN JIM ALLEN, CREDIT MGR
1200 LAKESIDE DRIVE
BANNOCKBURN IL 60015-1243

CREDITOR ID: 243074-12
BARILLA AMERICA, INC
PO BOX 7247-7252
PHILADELPHIA, PA 19170-7252

CREDITOR ID: 399456-79
BAYER HEALTHCARE LLC
ATTN SHIRLEY BEACH/C CRAMER
1884 MILES AVENUE
EKLHART IN 49514

CREDITOR ID: 243228-12
BEECH-NUT NUTRITION CORPORATION
C/O BLACKWELL SANDERS PEPER MARTIN
ATTN JOHN J CRUCIANI, ESQ
4801 MAIN STREET, SUITE 1000
KANSAS CITY MO 64112

CREDITOR ID: 243228-12
BEECH-NUT NUTRITION CORPORATION
PO BOX 500762
ST LOUIS, MO 63150-0762

CREDITOR ID: 279340-36
BEMIS COMPANY, INC
POLYETHYLENE PACKING DIVISON
ATTN JAMES MCDERMOTT
PO BOX 905
TERRE  HAUTE  IN 47808

Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAGE CO OF
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN GERARD S CATALANELLO, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAGE CO OF
SOUTH CAROLINA LP, THE
ATTN MIKE SISK, CFO
101 BEVERAGE BLVD
RIDGEWAY SC 29130

CREDITOR ID: 411117-15
BFI WASTE SYSTEMS OF NA, INC
C/O FENNEMORE CRAIG, PC
ATTN BRYAN A ALBUE, ESQ
3003 N CENTRAL AVENUE, STE 2600
PHOENIX AZ 85012-2913

CREDITOR ID: 404233-95
BIC USA INC
ATTN JOAN EVARTS, CREDIT MGR
500 BIC DRIVE
MILFORD CT 06460

CREDITOR ID: 381970-36
BINNEY & SMITH INC
ATTN BONNIE WERKHEISER
1100 CHURCH LANE
PO BOX 431
EASTON PA 18044-0431

CREDITOR ID: 279208-35
BLUE BELL CREAMERIES, LP
ATTN PAUL KRUSE / DIANA MARKWARDT
PO BOX 1807
BRENHAM TX 77834-1807

CREDITOR ID: 243646-12
BLUE DIAMOND GROWERS
ATTN ELAINE DYKHOUSE, MGR
PO BOX 96269
CHICAGO, IL 60693

CREDITOR ID: 373924-44
BLUE RHINO CORPORATION
C/O WOMBLE CARLYLE SANDRIDGE ET AL
ATTN JULIE B PAPE, ESQ.
ONE WEST FOURTH STREET
WINSTON-SALEM NC 27101

CREDITOR ID: 381971-36
BRACH'S CONFECTIONS, INC
ATTN JOHN A VOGEL, CR & AR MGR
PO BOX 22427
CHATTANOOGA TN 37422-2427

CREDITOR ID: 381971-36
BRACH'S CONFECTIONS, INC
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ
6817 SOUTHPORT PARKWAY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 240811-10
BRANDENBURG TEL CO INC
ATTN RITA HARDESTY
PO BOX 599
BRANDENBURG KY 40108-0599

CREDITOR ID: 244021-12
BROAD RIVER WATER AUTHORITY
ATTN HARLOW BROWN, MGR
PO BOX 37
SPINDALE, NC 28160

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENENSON CAPITAL PARTNERS LLC
ATTN LLOYD D STABINER, CFO
708 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 407613-15
BUNGE NORTH AMERICA, INC
C/O THOMPSON COBURN, LLP
ATTN SETH A ALBIN, ESQ
ONE US BANK PLAZA
ST LOUIS MO 63101

CREDITOR ID: 394064-61
BUSSEY, WHITE, MCDONOUGH & FREEMAN, PA
ATTN JOHN W BUSSEY, III, PRESIDENT
PO BOX 531086
ORLANDO, FL 32853-1086

CREDITOR ID: 410412-15
CAJUN CUTTERS LAWN SERVICE
ATTN CRAIG A LEBLANC, OWNER
20631 LEO ROAD
ABBEVILLE LA 70510

CREDITOR ID: 279117-99
CAL-MAINE FOODS INC
C/O YOUNG WILLIAMS, PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

CREDITOR ID: 384033-47
CAMPBELL REAL ESTATE, INC
ATTN COLIN CAMPBELL, JR PRESIDENT
2608 SABLEWOOD DR
VALRICO, FL 33594

CREDITOR ID: 244427-12
CAMPBELL SOUP COMPANY
ATTN LINDA ELLIS, DIR CREDIT OP
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 404312-95
CARGILL, INC, SALT
ATTN JENNIFER HENDERSON, LAW
151 N MAIN STREET
WICHITA KS 67202

CREDITOR ID: 244681-12
CARR FARMS, LLP
ATTN C H CARR AND BARRY D CARR
3199 PALMYRA ROAD
ALBANY GA 31707

CREDITOR ID: 244681-12
CARR FARMS, LLP
C/O GARDNER, WILLIS,  ET AL
ATTN DEENA PLAIRE-HAAS, ESQ
2408 WESTGATE DRIVE
ALBANY GA 31707

CREDITOR ID: 279212-35
CASCADES TISSUE GROUP
ATTN JEAN P BREAULT, CONTR
1200 FOREST ST
EAU CLAIRE WI 54703

CREDITOR ID: 15149-05
CAUTHEN, TASHA N
527 CAROLINA AV N
STATESVILLE NC 28677

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 407695-15
CAVENDISH FARMS, TRANSFEREE OF
IRVING TISSUE
C/O KEATON & ASSOCIATES, PC
ATTN MARY E GARDNER, ESQ
1278 W NORTHWEST HWY, SUITE 903
PALATINE IL 60067

CREDITOR ID: 244289-12
CB FLEET CO
PO BOX 79119
BALTIMORE, MD 21279-0119

**SERVICE LIST**

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 404291-95
CB FLEET COMPANY
ATTN RAY VENCKUS, CR MGR
PO BOX 11349
LYNCHBURG VA 245061349

CREDITOR ID: 403439-15
CIP INTERNATIONAL INC
ATTN CHUCK HORNING, TREAS
9575 LESAINT DRIVE
FAIRFIELD OH 45014

CREDITOR ID: 245635-12
CITY OF CLAXTON
ATTN GAYLE K DURRENCE
PO BOX 829
CLAXTON, GA 30417-0829

CREDITOR ID: 219-03
CITY OF COCOA BEACH
ATTN CHARLES H HOLLAND JR
2 S ORLANDO AVENUE
COCOA BEACH FL 32932

CREDITOR ID: 245695-12
CITY OF DELAND
LEGAL DEPARTMENT
120 SOUTH FLORIDA AVE
PO DRAWER 449
DELAND, FL 32721

CREDITOR ID: 267823-14
CITY OF LAUDERHILL, FL
C/O HALL & ROSENBERG, LLC
ATTN ANGEL PETTI ROSENBERG, ESQ
14 ROSE DRIVE
FORT LAUDERDALE FL 33316

CREDITOR ID: 267823-14
CITY OF LAUDERHILL, FL
ATTN JUDITH HIGGINS
2100 NW 55TH WAY
FORT LAUDERDALE FL 33313-3055

CREDITOR ID: 689-03
CITY OF OPELIKA
ATTN GARY FULLER, MAYOR
1010 AVENUE C
PO BOX 390
OPELIKA AL 36801

CREDITOR ID: 246087-99
CITY OF PLAQUEMINE, LA
CITY LIGHT AND WATER PLANT
ATTN MONIKA G EDMOND, DIR
PO BOX 777
PLAQUEMINE LA 70764

CREDITOR ID: 246087-99
CITY OF PLAQUEMINE, LA
C/O CANOVA & DELAHAYE LP
ATTN PHILLIP CANOVA, JR
58156 COURT STREET
PLAQUEMINE LA 70764-2708

CREDITOR ID: 246106-12
CITY OF QUINCY
ATTN SHELLY ROBINSON, DIR CUST SVCE
404 WEST JEFFERSON STREET
QUINCY, FL 32351-2328

CREDITOR ID: 246135-12
CITY OF ROCK HILL
C/O SPENCER & SPENCER, PA
ATTN SUSAN E DRISCOLL, ESQ
226 EAST MAIN STREET, STE 200
PO BOX 790
ROCK HILL SC 29731-0790

CREDITOR ID: 246135-12
CITY OF ROCK HILL
ATTN DAVID VEHAUN, FINANCE DIRECTOR
PO BOX 11646
ROCK HILL, SC 29731-1164

CREDITOR ID: 246231-12
CITY OF TUSCALOOSA WATER & SEWER
ATTN TOMEKKA JOHNSON
2201 UNIVERSITY BLVD
TUSCALOOSA, AL 35401

CREDITOR ID: 259022-12
CITY OF YAZOO PUBLIC SERVICE COMM
ATTN JIMMY WEVER, MGR
PO BOX 660
YAZOO CITY, MS 39194

CREDITOR ID: 411413-15
CLARK DISTRIBUTING CO LA
C/O COLE & MOORE, PSC
ATTN FRANK HAMPTON MOORE JR, ESQ
921 COLLEGE STREET
PO BOX 10240
BOWLING GREEN KY 42102-7240

CREDITOR ID: 411413-15
CLARK DISTRIBUTING CO LA
215 NORTH PIERCE
PO BOX 3970
LAFAYETTE LA 70502

CREDITOR ID: 246531-12
COAST GAS OF OLDSMAR
C/O TITAN PROPANE
ATTN MARCIA A SCOTT, COLLECTIONS
PO BOX 7000
LEBANON MO 65536

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS INC
ATTN: CYNTHIA A HARVARD, CFO
1188 LAKESHORE DRIVE
MUSKEGON MI 49441-1691

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS INC
C/O VARNUM, RIDDERING, SCHMIDT, ET AL
ATTN TIMOTHY J CURTIN, ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352

CREDITOR ID: 410360-15
COLUMBUS SHOWCASE COMPANY, THE
ATTN JOHN GREGA, VP/CFO
4401 EQUITY DRIVE
COLUMBUS OH 43228

CREDITOR ID: 410360-15
COLUMBUS SHOWCASE COMPANY, THE
KEGLER BROWN HILL & RITTER
ATTN STEWART H CUPPS, ESQ
CAPITOL SQUARE, SUITE 1800
65 E STATE STREET
COLUMBUS OH 43215-4294

CREDITOR ID: 279352-36
COMBE INC
ATTN CAROL PIRONE OR J GUSMANO
1101 WESTCHESTER AVENUE
WHITE PLAINS  NY 10604

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 279128-32
COMMUNITY COFFEE COMPANY, LLC
C/O KANTROW SPAHT WEAVER & BLITZER
ATTN DAVID S RUBIN, ESQ
PO BOX 2997
BATON ROUGE LA 70821

CREDITOR ID: 374410-44
COMPASS FOODS
EIGHT O CLOCK COFFEE
ATTN TOM CORCORAN, CONTROLLER
PO BOX 23438
NEWARK, NJ 07189-0438

SERVICE LIST
Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246852-12<br>CONECUH SAUSAGE COMPANY INC<br>200 INDUSTRIAL PARK<br>PO BOX 327<br>EVERGREEN, AL 36401 | CREDITOR ID: 279000-32<br>CONSOLIDATED BISCUIT CO.<br>ATTN: BILL VARNEY<br>312 RADER ROAD<br>MCCOMB, OH 45858 | CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 631073<br>CINCINNATI, OH 45263-1073 |
| CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>C/O EASTMAN & SMITH LTD<br>ATTN KENNETH BAKER, ESQ<br>ONE SEAGATE 24TH FL<br>PO BOX 10032<br>TOLEDO OH 43604 | CREDITOR ID: 246933-12<br>CONTRACT SWEEPERS & EQUIPMENT<br>ATTN WILLIAM S MILLER, CONTROLLER<br>561 SHORT STREET<br>COLUMBUS, OH 43215-5678 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| CREDITOR ID: 247023-12<br>CORR WILLIAMS COMPANY, THE<br>C/O BRUNINI, GRANTHAM, ET AL<br>ATTN JAMES A MCCULLOUGH II, ESQ<br>PO DRAWER 119<br>JACKSON MS 39205-0119 | CREDITOR ID: 247023-12<br>CORR WILLIAMS COMPANY, THE<br>PO BOX 32<br>1522 HIGHWAY 98 EAST<br>COLUMBIA, MS 39429 | CREDITOR ID: 410583-15<br>COUNTY OF CHARLOTTE-MECKLENBURG, NC<br>C/O RUFF BOND COBB WADE & BETHUNE<br>ATTN HAMLIN L WADE, ESQ.<br>THE ADDISON BUILDING<br>831 EAST MOREHEAD STREET, SUITE 860<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 410583-15<br>COUNTY OF CHARLOTTE-MECKLENBURG, NC<br>ATTN NEAL L DIXON, TAX COLLECTOR<br>700 EAST STONEWALL STREET<br>PO BOX 31457<br>CHARLOTTE NC 28231 | CREDITOR ID: 240480-06<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ESBIN & ALTER LLP<br>LESLEY HYNES<br>497 SOUTH MAIN ST<br>NEW CITY NY 10956 | CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC<br>ATTN: ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK  NY 10022 | CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>FARMS, INC<br>ATTN WENDY BEER, ESQ<br>11 MADISON AVENUE, 5TH FLOOR<br>NEW YORK NY 10010 |
| CREDITOR ID: 247421-12<br>D&J CONSTRUCTION INC<br>3350 BURRIS RD<br>FORT LAUDERDALE, FL 33314-2250 | CREDITOR ID: 247421-12<br>D&J CONSTRUCTION INC<br>C/O SHELDON T SLATKIN, PA<br>ATTN SHELDON T SLATKIN, ESQ<br>9900 WEST SAMPLE ROAD, SUITE 400<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 115659-09<br>DANIELS, PERRY L<br>4285 TROUT DR SE<br>ST PETERSBURG FL 33705 |
| CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>BARNES & THORNBURG, LLP<br>ATTN M MCCRORY/W BREWER, ESQS<br>11 S MERIDAN STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT LYSKO, NAT CR MGR<br>3333 SARGENT ROAD<br>JACKSON MI 49201 | CREDITOR ID: 380971-47<br>DEGUSSA FLAVORS & FRUIT SYSTEMS LLC<br>C/O DEGUSSA CORPORATION<br>ATTN KEVIN E MANN, ESQ<br>23700 CHAGRIN BLVD<br>CLEVELAND OH 44122 |
| CREDITOR ID: 380971-47<br>DEGUSSA FLAVORS & FRUIT SYSTEMS LLC<br>LOCATION 00557<br>10311 CHESTER ROAD<br>CINCINNATI, OH 45215 | CREDITOR ID: 374695-44<br>DISTRIBUTION SERVICES INC<br>C/O AMERICAN MEDIA, INC<br>ATTN JOHN RICK, VP OPERATIONS<br>190 CONGRESS PARK DRIVE, SUITE 200<br>DELRAY BEACH FL 33445 | CREDITOR ID: 410497-15<br>DISTRIBUTION SERVICES, INC<br>C/O AMERICAN MEDIA, INC<br>ATTN DAVID OLSON, ESQ<br>ONE PARK AVENUE, 3RD FLOOR<br>NEW YORK NY 10016 |
| CREDITOR ID: 279100-32<br>DOLCO PACKAGING<br>C/O PITNEY HARDIN LLP<br>ATTN PETER FORGOSH, ESQ<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | CREDITOR ID: 279100-32<br>DOLCO PACKAGING<br>ATTN GREGORY MEYER<br>2110 PATTERSON STREET<br>PO BOX 1005<br>DECATUR IN 46733 | CREDITOR ID: 248282-12<br>DOLE PACKAGED FOODS COMPANY<br>ATTN JOE MITCHELL, CR MGR<br>PO BOX 371251<br>PITTSBURGH, PA 15251-7251 |

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 384099-47<br>DOUBLE EAGLE NO ALCOHOL<br>ATTN JOSPEH D HORSFALL, VP<br>50 LOCK ROAD<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 382008-36<br>EAST PENN MANUFACTURING CO INC<br>ATTN ROBERT A BASHORE OR C PRUITT<br>PO BOX 147<br>LYON STATION PA 19536-0147 | CREDITOR ID: 407427-15<br>EASTMAN KODAK COMPANY<br>ATTN CAROL LUCIANO, 6035380<br>343 STATE STREET<br>ROCHESTER NY 14650-1121 |
| CREDITOR ID: 399297-15<br>ED SMITH USA, INC FKA<br>NORTH COAST PROCESSING INC<br>C/O MARK G CLAYPOOL, ESQ<br>120 WEST TENTH STREET<br>ERIE PA 16501-1461 | CREDITOR ID: 248834-12<br>EHS CORPORATION<br>ATTN TONY SOFIO<br>1501 RIVER OAKS RD W<br>HARAHAN, LA 70123 | CREDITOR ID: 399332-79<br>EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 |
| CREDITOR ID: 405693-95<br>ENCORE GROUP, THE<br>ATTN MARK BENNETT, CREDIT MGR<br>111 CLOVERLEAF ROAD<br>WINSTON SALEM NC 27103 | CREDITOR ID: 407563-15<br>EVERCARE COMPANY, THE FKA<br>HELMAC PRODUCTS CORP<br>C/O SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN RICHARD G MURPHY, JR, ESQ<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20004 | CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>ATTN MICHAEL S WIENER, PRES & CEO<br>ONE HOLLOW LANE, SUITE 112<br>LAKE SUCCESS NY 11042 |
| CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>PLATZER SWERGOLD KARLIN ET AL<br>ATTN DANA HONG<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK NY 10018 | CREDITOR ID: 411264-15<br>F GAVINA & SONS INC<br>ATTN TERESA GONZALEZ, CREDIT MGR<br>2700 FRUITLAND AVENUE<br>VERNON CA 90058-3608 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 249403-12<br>FASTENERS FOR RETAIL INC<br>ATTN AMY BATES, CREDIT MANAGER<br>PO BOX 74049<br>CLEVELAND, OH 44191-4049 | CREDITOR ID: 410697-15<br>FIRST AMERICAN TITLE INSURANCE CO<br>ATTN STEVEN A NELSON, VP/ESQ<br>5775 GLENRIDGE DRIVE, SUITE A-240<br>ALTANTA GA 30328 | CREDITOR ID: 249844-12<br>FLORIDA'S NATURAL GROWERS, DIV<br>CITRUS WORLD, INC<br>ATTN FAYE HARRIS<br>20205 US HIGHWAY 27N<br>PO BOX 1111<br>LAKE WALES FL 33859 |
| CREDITOR ID: 411116-15<br>FLOWERS FOODS BAKERY GROUP<br>ATTN PEGGY CLARK<br>132 N BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 279166-33<br>FLOWERS, INC BALLOONS<br>ATTN ROY DRINKARD, CFO<br>325 CLEVELAND ROAD<br>BOGART GA 30622 | CREDITOR ID: 410555-15<br>FORD'S CROSSING<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36104-1149 |
| CREDITOR ID: 405899-15<br>FPL FOOD LLC DBA<br>SHAPIRO PACKING COMPANY INC<br>1301 NEW SAVANNAH ROAD<br>AUGUSTA GA 30901 | CREDITOR ID: 405899-15<br>FPL FOOD LLC DBA<br>C/O HUGHES HUBBARD & REED LLP<br>ATTN DANIEL S LUBELL, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 377842-36<br>FRIENDSHIP DAIRIES INC<br>ATTN JOSEPH MURGOLO/DOUGLAS GERBOSI<br>ONE JERICHO PLAZA, SUITE 107<br>JERICHO NY 11753-1668 |
| CREDITOR ID: 377842-36<br>FRIENDSHIP DAIRIES INC<br>C/O PHILLIPS LYTLE LLP<br>ATTM ANGELA Z MILLER, ESQ<br>3400 HSBC CENTER<br>BUFFALO NY 14203 | CREDITOR ID: 279067-32<br>FRONT-END SERVICES CORPORATION<br>C/O HAYNES & BOONE, LLP<br>ATTN MARK J ELMORE, ESQ.<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202-3789 | CREDITOR ID: 279067-32<br>FRONT-END SERVICES CORPORATION<br>ATTN KAREN EDDLEMON, CASH MGR<br>1100 FOUNTAIN PARKWAY<br>GRAND PRAIRIE TX 75050-1513 |
| CREDITOR ID: 378300-15<br>FROZEN SPECIALTIES, INC<br>ATTN CFO<br>1465 TIMBERWOLF DRIVE<br>HOLLAND OH 43528 | CREDITOR ID: 250173-12<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | CREDITOR ID: 382014-36<br>GEORGIA-PACIFIC CORPORATION<br>ATTN: ERICH L MCINNIS, COLL MNGR<br>133 PEACHTREE STREET NE (30303)<br>PO BOX 105605<br>ATLANTA GA 30348-5605 |

**SERVICE LIST**

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417078-97<br>GEORGIA-PACIFIC CORPORATION<br>ATTN: JAMES J PIERCE, SR CRED MNGR<br>133 PEACHTREE STREET NE, 7TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 410405-15<br>GLAZER'S WHOLESALE DRUG CO OF NEW<br>ORLEANS INC ET AL<br>C/O GLAZER'S WHOLESALE DRUG CO, INC<br>ATTN CARY ROSSEL, VP & CFO<br>PO BOX 809013<br>DALLAS TX 75380-9013 | CREDITOR ID: 410405-15<br>GLAZER'S WHOLESALE DRUG CO OF NEW<br>C/O PRAGER & MILLER, PC<br>ATTN ROBERT A MILLER, ESQ<br>14911 QUORUM DRIVE, SUITE 320<br>DALLAS TX 75254 |
| CREDITOR ID: 279011-32<br>GOLD COAST EAGLE DISTRIBUTING<br>ATTN JOHN W SAPUTO/ERIC J CONDREN<br>2150 47TH STREET<br>SARASOTA FL 34234 | CREDITOR ID: 406122-97<br>GOLDEN FLAKE SNACK FOODS INC<br>ATTN MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA LAFLEUR, ESQ.<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 | CREDITOR ID: 250725-12<br>GOOD L CORP<br>ATTN JERE BROWN & BETSY GOODELL<br>5382 MURFREESBORO ROAD<br>PO BOX 337<br>LA VERGNE, TN 37086-0337 |
| CREDITOR ID: 250755-12<br>GOYA FOODS<br>ATTN BENITO RIVACOBA, CONTROLLER<br>PO BOX 226110<br>MIAMI, FL 33122 | CREDITOR ID: 411417-15<br>GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD<br>SUITE 510<br>BETHESDA MD 20815 | CREDITOR ID: 410905-15<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 251056-12<br>GUSTAFSONS DAIRY, LLC<br>ATTN JAMES COOPER, CFO<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338 |
| CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 251228-12<br>HANOVER FOODS CORPORATION<br>ATTN STEVEN E ROBERTSON, TREASURER<br>PO BOX 334<br>HANOVER PA 17331 |
| CREDITOR ID: 315691-36<br>HARVARD DRUG GROUP, LLC<br>C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226 | CREDITOR ID: 384158-47<br>HAWAIIAN TROPIC<br>PO BOX 116132<br>ATLANTA, GA 30368613 | CREDITOR ID: 143274-09<br>HAYFORD, JANICE G<br>3010 LAROSE ST<br>EAST POINT GA 30344 |
| CREDITOR ID: 315692-36<br>HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | CREDITOR ID: 315674-36<br>HERITAGE MINT LTD<br>C/O JEFF OR CRAIG WRIGHT<br>PO BOX 13760<br>SCOTTSDALE AZ 85267 | CREDITOR ID: 315674-36<br>HERITAGE MINT LTD<br>C/O LANG & BAKER, PLC<br>ATTN SUZANNE WEATHERMON, ESQ<br>8233 VIA PASEO DEL NORTE, STE C-100<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 279234-35<br>HICO HELIUM & BALLOONS<br>ATTN: NORMAN THIEM, MNG PRTN<br>3230 HOPELAND INDUSTRIAL DRIVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 278897-30<br>HICO HELIUM & BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS, GA 30127 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109 |

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 251626-12
HILLANDALE FARMS, INC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 146557-09
HITCHENS, THOMAS E
20120 SW 91ST AVENUE
MIAMI FL 33189

CREDITOR ID: 251987-12
IBERIA MIDDLE SCHOOL
ATTN MICHAEL BONIN
613 WEEKS ISLAND
NEW IBERIA, LA 70560

CREDITOR ID: 315712-36
INTEPLAST GROUP LTD
ATTN MITCHELL A FRIED, CR MGR
9 PEACH TREE ROAD
LIVINGSTON NJ 07039

CREDITOR ID: 375368-44
JADE HEALTH & BEAUTY INC
ATTN: SUSAN DODSON, SEC/TREAS
PO BOX 1090
MONTGOMERY TX 77356

CREDITOR ID: 406128-97
JADE HEALTH & BEAUTY INC
ATTN: SUSAN DODSON, SEC/TREAS
18923 FREEPORT DRIVE
MONTGOMERY TX 77356

CREDITOR ID: 152291-09
JAMES, LAKEISHA R
1939 WEST MADISON STREET
LOUISVILLE KY 40203

CREDITOR ID: 279142-33
JA-RU, INC
ATTN KENNETH T KOCHAN, CFO
4030 PHILLIPS HIGHWAY
JACKSONVILLE FL 32207

CREDITOR ID: 279142-33
JA-RU, INC
C/O HELD & ISRAEL
RIVERPLACE TOWER, SUITE 1916
1301 RIVERPLACE BLVD
JACKSONVILLE FL 33207-9073

CREDITOR ID: 382025-36
JENNIE-O TURKEY STORE
ATTN FORD SYMONDS, CR MGR
1 HORMEL PLACE
AUSTIN MN 55912-3680

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON, PRES
262 FELLS ROAD
ESSEX FELLS, NJ 07021

CREDITOR ID: 279291-35
JM SMUCKER COMPANY, THE
ATTN BRUCE JONES, MGR
STRAWBERRY LANE
ORRVILLE OH 44667-0280

CREDITOR ID: 253193-12
JOHN B SANFILIPPO & SON INC
ATTN PUNI NAGPAL, CREDIT MGR
2299 BUSSE ROAD
ELK GROVE VILLAGE IL 60007

CREDITOR ID: 39767-05
JOHNSON, SARAH S
27 QUEENS ROAD
ST HELENA ISLAND SC 29920

CREDITOR ID: 253369-12
JONES DAIRY FARM
ATTN STEPHEN K RUPLINGER, CR MGR
PO BOX 808
FORT ATKINSON, WI 53538-0808

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 404970-95
JUST BORN INC
ATTN: RONALD J IZEWSKI, CFO
1300 STEFKO BLVD
BETHLEHEM PA 18017-6672

CREDITOR ID: 279026-32
JUST BORN INC
ATTN SUSAN SZILAGYI, SR FIN ANALYST
1300 STEFKO BOULEVARD
BETHLEHEM PA 18017-6672

CREDITOR ID: 410761-15
KAMIN, DANIEL G
C/O KAMIN REALTY CO
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410761-15
KAMIN, DANIEL G
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 253554-12
KC LOGISTICS CO
ATTN JEAN M WESTBERRY, PRES
PO BOX 5533
FLORENCE SC 29502-5533

CREDITOR ID: 452125-97
KIK INTERNATIONAL INC
ATTN: S R SMALLBONE, EXE VP, FIN CF
33 MACINTOSH BLVD
CONCORD ON L4K 4L5
CANADA

CREDITOR ID: 381748-15
KIK INTERNATIONAL INC
ATTN SHARON MOHR, VP & TREAS
33 MACINTOSH BLVD
CONCORD ON L4K 4L5
CANADA

CREDITOR ID: 382031-36
KIMBERLY CLARK CORP
ATTN TED C BANKER, DIR CUSTOMER FIN
520 W SUMMITT HILL DR
KNOXVILLE TN 37902

CREDITOR ID: 315678-99
KLEINPETER FARMS DAIRY LLC
C/O SCHANEVILLE & BARINGER
ATTN DALE R BARINGER, ESQ
918 GOVERNMENT STREET
BATON ROUGE LA 70802

CREDITOR ID: 254143-12
KRISPY KREME
MCAEER'S OF BIRMINGHAM, INC
ATTN CLAYTON MILES, DIRECTOR
1990 NEW PATTON CHAPEL ROAD
BIRMINGHAM, AL 35226

SERVICE LIST

Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 410570-15
KRISPY KREME 475
M&M DOUGHNUT, INC
ATTN CLAYTON MILES, DIRECTOR OF OPS
400 NORTH SLAPPEY BLVD
ALBANY GA 31701

CREDITOR ID: 254142-12
KRISPY KREME DOUGHNUT CORP
ATTN EVAN LYNN SMITH, GM
1400 MCFARLAND BLVD E
TUSCALOOSA, AL 35405

CREDITOR ID: 410518-15
KRISPY KREME OF SOUTH FLORIDA LLC
C/O HODGSON RUSS LLP
ATTN STEPHEN L YONATY, ESQ.
ONE M&T PLAZA, SUITE 2000
BUFFALO NY 14203

CREDITOR ID: 410518-15
KRISPY KREME OF SOUTH FLORIDA LLC
ATTN NINA E COREY, CONTROLLER
4225 GENESEE STREET
BUFFALO NY 14225

CREDITOR ID: 408180-97
LANCE INC
ATTN: B CLYDE PRESLAR, VP FIN
8600 SOUTH BLVD
CHARLOTTE NC 28273

CREDITOR ID: 315679-36
LANCE, INC
C/O SHUMAKER LOOP & KENDRICK LLP
ATTN DAVID M GROGAN ESQ
128 SOUTH TRYON STREET STE 1800
CHARLOTTE NC 28202

CREDITOR ID: 410553-15
LANTANA SQUARE SHOPPING CENTER, LTD
C/O GLATTER & ASSOCIATES, PA
ATTN ERIC GLATTER, ESQ.
1489 WEST PALMETTO PK RD, SUITE 420
BOCA RATON FL 33486

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 44986-05
LEWIS, MARY L
147  BALL PARK RD
ST HELENA ISLAND SC 29920

CREDITOR ID: 254917-12
LMS INTELLIBOUND, INC
ATTN REBECCA W HOLDERREAD, CFO
1979 LAKESIDE PARKWAY, SUITE 180
TUCKER, GA 30084

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 407504-99
LOREAL PARIS
C/O GARFUNKEL WILD & TRAVIS PC
ATTN BURTON S WESTON, ESQ
111 GREAT NECK ROAD, STE 503
GREAT NECK NY 11021

CREDITOR ID: 407504-99
LOREAL PARIS
ATTN PATRICK ACKERMAN
35 BROADWAY ROAD
CRANBURY NJ 08512

CREDITOR ID: 407611-15
LUIGINO'S, INC
C/O FRYBERGER LAW FIRM
ATTN SHAWN M DUNLEVY, ESQ
302 N SUPERIOR STREET, SUITE 700
DULUTH  MN 55802

CREDITOR ID: 407611-15
LUIGINO'S, INC
PO BOX 16630
DULUTH MN 55816

CREDITOR ID: 279323-35
M JACOBS & SONS
ATTN DAVID LUBIN, CFO
PO BOX 9069
FARMINGTON HILLS MI 48333

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 376019-44
MADIX INC
ATTN DAVID PAYNE, CREDIT MGR
PO BOX 729
TERRELL TX 75160

CREDITOR ID: 279243-35
MADIX STORE FIXTURES
ATTN: DAVID PAYNE/JUSTIN SAUNDERS
500 AIRPORT RD
TERRELL TX 75160

CREDITOR ID: 382037-36
MALT-O-MEAL COMPANY
ATTN: NANCY M JOHNSON, CR MGR
2700 IDS TOWER
80 SOUTH 8TH ST
MINNEAPOLIS MN 55402-2297

CREDITOR ID: 410888-15
MANDEVILLE PARTNERS, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 255394-12
MAPLE LEAF MEATS, INC
C/O GIBBONS DEL DEO DOLAN ET AL
ATTN DAVID N CRAPO, ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102-5496

CREDITOR ID: 255394-12
MAPLE LEAF MEATS, INC
ATTN KAM RAMCHARAN, NATL CREDIT MGR
5063 N SERVICE RD, BOX 5091
BURLINGTON, ON L7R 4R3
CANADA

CREDITOR ID: 279380-36
MARCAL PAPER MILLS, INC
ATTN BARBARA A MAHONEY, CR MGR
1 MARKET STREET
ELMWOOD  PARK  NJ 07407-1451

CREDITOR ID: 255493-12
MARIO OLIVE DIVISION
ATTN BRADLEY L POPPEN, CFO
11808 W CENTER RD
OMAHA, NE 68144-4397

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>3508 SYDNEY ROAD<br>PLANT CITY FL 33567 | CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>C/O STICHTER RIEDEL BLAIN & PROSSER, PA<br>ATTN: DON M STICHTER, ESQ<br>110 MADISON STREET, SUITE 200<br>SUITE 200<br>TAMPA FL 33602 | CREDITOR ID: 382040-36<br>MAYFIELD DAIRY FARMS, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, STE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 255902-12<br>MCILHENNY COMPANY<br>ATTN DARLENE DOOLEY CR SUPERV<br>HIGHWAY 329<br>AVERY ISLAND LA 70513 | CREDITOR ID: 255906-12<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | CREDITOR ID: 406127-97<br>MCKEE FOODS CORPORATION<br>ATTN BARRY S PATTERSON, CFO<br>PO BOX 2118<br>COLLEGEDALE TN 37315 |
| CREDITOR ID: 411262-15<br>MCMILLAN, JOE F<br>PO BOX 1418<br>COLUMBIA SC 29202-1418 | CREDITOR ID: 255976-12<br>MEDIA PARTNERS CORPORATION<br>ATTN ROBERT C JOHNSON, PRES<br>911 WESTERN AVENUE, SUITE 306<br>SEATTLE WA 98104 | CREDITOR ID: 382043-36<br>MEDTECH PRODUCTS, INC<br>DIV OF PRESTIGE BRANDS HOLDINGS INC<br>ATTN HARRIS T SEMEGRAM, CR DIR<br>90 NORTH BROADWAY<br>IRVINGTON NY 10533 |
| CREDITOR ID: 315702-36<br>MEOW MIX COMPANY, THE<br>C/O STEPHEN MACCHIAVERALT, CONTR<br>400 PLAZA DR, 1ST FL<br>SECAUCUS NJ 07094 | CREDITOR ID: 279149-33<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O THOMAS L. WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN CHRIS MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 |
| CREDITOR ID: 262856-12<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 | CREDITOR ID: 256176-12<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>11750 SW 95TH AVENUE<br>MIAMI, FL 33176-4251 | CREDITOR ID: 279249-35<br>MICHAEL FOODS, INC<br>ATTN JERRY L KNECHT, CR MGR<br>301 CARLSON PARKWAY, STE 400<br>MINNETONKA MN 55305 |
| CREDITOR ID: 256396-12<br>MILK PRODUCTS LP<br>ATTN JIM HANNAN, CONTROLLER<br>PO BOX 60333<br>LAFAYETTE, LA 70596 | CREDITOR ID: 405193-95<br>MILK PRODUCTS LP<br>BORDENS MILK COMPANY<br>5327 SOUTH LAMAR ST<br>DALLAS TX 75215 | CREDITOR ID: 52167-05<br>MONESTIME, BRIDGET A<br>12035 NE 5 AVE<br>BISCAYNE PARK FL 33161 |
| CREDITOR ID: 304980-39<br>MOORE, NICKCOLE SIMOND<br>3112 MOUNT OLIVE<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 382049-36<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743 | CREDITOR ID: 382049-36<br>MORTON SALT<br>C/O UNGARETTI & HARRIS<br>ATTN R SCOTT ALSTERDA, ESQ<br>3500 3 FIRST NATIONAL PLAZA<br>CHICAGO IL 60602-4283 |
| CREDITOR ID: 256690-12<br>MOSBY PACKING CO, INC<br>ATTN: JOE M MOSBY JR, PRES<br>PO BOX 4253, W STATION<br>MERIDIAN, MS 39305 | CREDITOR ID: 256783-12<br>MUNCHKIN INC<br>ATTN LEE TEMPLE, SR CR MGR<br>16689 SCHOENBORN ST<br>NORTH HILLS CA 91343 | CREDITOR ID: 376310-44<br>MUNCHKIN INC<br>ATTN: LEE TEMPLE, SR CR MGR<br>PO BOX 512487<br>LOS ANGELES, CA 90051-0487 |
| CREDITOR ID: 406013-15<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | CREDITOR ID: 405244-95<br>NATIONAL FRUIT PRODUCTS<br>ATTN NANCY JENKINS, ACCTG SUPERV<br>PO BOX 2040<br>WINCHESTER VA 22604-1240 | CREDITOR ID: 382053-36<br>NATIONAL TOBACCO COMPANY<br>ATTN EDWARD L HICKERSON, VP<br>3029 MULHAMMAD ALI BLVD<br>PO BOX 32980<br>LOUISVILLE KY 40232-2980 |

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411001-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SILVER HILLS, ORLANDO, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 404215-95<br>NEW YORK VALUE CLUB DBA BELCO, INC<br>C/O BELCO DISTRIBUTORS<br>ATTN JEREL SABELLA, PRESIDENT<br>100 ADAMS BLVD<br>FARMINGDALE NY 11735 | CREDITOR ID: 404215-95<br>NEW YORK VALUE CLUB DBA BELCO, INC<br>AVRUM J ROSEN LAW OFFICES<br>ATTN AVRUM J ROSEN, ESQ<br>38 NEW STREET<br>HUNTINGTON NY 11743 |
| CREDITOR ID: 184315-09<br>NGUYEN, DANA<br>12510 S W 188 TERRACE<br>MIAMI FL 33177 | CREDITOR ID: 410385-15<br>NORMAN W FRIES, INC DBA<br>CLAXTON POULTRY FARMS<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN RICHARD FERRELL, ESQ<br>425 WALNUT STREET, SUITE 1800<br>CINCINNATI OH 45202 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O HELD & ISRAEL<br>ATTN ADMA N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 |
| CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>BOTTLING CO INC<br>PO BOX 968<br>STARKVILLE MS 39760 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 | CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>C/O NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG, ESQ<br>39 BROADWAY, 25TH FLOOR<br>NEW YORK NY 10006-3003 |
| CREDITOR ID: 257443-12<br>NORTHPOINT TRADING INC<br>ATTN JACK EZON, VP<br>347 FIFTH AVENUE, SUITE 201<br>NEW YORK, NY 10016 | CREDITOR ID: 381732-15<br>NYK LOGISTICS (AMERICAS) GST DIV<br>C/O LAW OFFICES OF PAUL W STEWART<br>ATTN: PAUL W STEWART, ESQ<br>8295 TOURNAMENT DRIVE, SUITE 230<br>MEMPHIS TN 38125 | CREDITOR ID: 381732-15<br>NYK LOGISTICS (AMERICAS) GST DIV<br>8295 TOURNAMENT DRIVE, SUITE 150<br>MEMPHIS TN 38125 |
| CREDITOR ID: 257581-12<br>ODOM'S TENNESSEE PRIDE SAUSAGE INC<br>ATTN RONNIE REEVES, CR MGR<br>PO BOX 1187<br>MADISON, TN 37115-1187 | CREDITOR ID: 257738-12<br>ORANGEBURG PUBLIC UTILITY DEPT<br>C/O ROBINSON MCFADDEN & MOORE, PC<br>ATTN ANNEMARIE B MATHEWS, ESQ<br>1901 MAIN STREET, SUITE 1200<br>PO BOX 944<br>COLUMBIA SC 29202 | CREDITOR ID: 257738-12<br>ORANGEBURG PUBLIC UTILITY DEPT<br>ATTN MICHAEL G SELLS, DIRECTOR<br>PO BOX 1057<br>ORANGEBURG, SC 29116-1057 |
| CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 410951-15<br>PARISH OF ACADIA SCHOOL BOARD<br>ATTN JANET STELLY, TAX COLLECTOR<br>2402 N PARKERSON<br>PO BOX 309<br>CROWLEY LA 70527-0309 |
| CREDITOR ID: 410757-15<br>PARISH OF AVOYELLES SCHOOL BOARD<br>ATTN WILFRED DUCOTE<br>221 WEST TUNICA DRIVE<br>MARKSVILLE LA 71351 | CREDITOR ID: 410938-15<br>PARISH OF POINTE COUPEE POLICE JURY<br>ATTN RONELL ROUBIQUE, DIRECTOR<br>160 EAST MAIN<br>PO BOX 290<br>NEW ROADS LA 70760 | CREDITOR ID: 241183-11<br>PARISH OF ST MARTIN SCHOOL BOARD<br>ATTN CARLA RICHARD, SALES TAX ADMIN<br>111 COURVILLE STREET<br>PO BOX 1000<br>BREAU BRIDGE, LA 70517-1000 |
| CREDITOR ID: 258087-12<br>PASKERT DISTRIBUTING CO<br>C/O KASS, SHULER ET AL<br>ATTN LARRY FOYLE, ESQ<br>1505 N FLORIDA AVENUE<br>TAMPA FL 33602 | CREDITOR ID: 258087-12<br>PASKERT DISTRIBUTING CO<br>9318 FLORIDA PALM DRIVE<br>TAMPA, FL 33619 | CREDITOR ID: 378302-15<br>PASKERT DISTRIBUTING CO<br>C/O KASS SHULER SOLOMON ET AL<br>ATTN LARRY FOYLE ESQ<br>1505 N FLORIDA AVENUE<br>PO BOX 800<br>TAMPA FL 33601 |
| CREDITOR ID: 279033-32<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN ANDREW TAYLOR, FIN VP<br>582 BEACHLAND BLVD, SUITE 300<br>VERO BEACH FL 32963 | CREDITOR ID: 258252-12<br>PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY 11705 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 406240-G4
PENN-PAK INC
ATTN JOE JEFFERSON, CR MGR
PO BOX 290
MADISON GA 30650

CREDITOR ID: 382063-36
PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 416964-97
PERDUE FARMS INC
ATTN: HAL RUNNER, CORP CREDIT MGR
31149 OLD OCEAN CITY ROAD
SALISBURY MD 21802

CREDITOR ID: 279140-33
PERDUE FARMS INCORPORATED
SAUL EWING
ATTN GARY H LEBOWITZ, ESQ
100 SOUTH CHARLES STREET
BALTIMORE MD 21201-2773

CREDITOR ID: 279140-33
PERDUE FARMS INCORPORATED
ATTN HAL RUNNER, CORP CREDIT MGR
PO BOX 1537
SALISBURY MD 21802-1537

CREDITOR ID: 410919-15
PERFETTI VAN MELLA USA INC
C/O FROST BROWN TODD LLC
ATTN MICHAEL J O'GRADY, ESQ
201 E FIFTH STREET, SUITE 2200
CINCINNATI OH 45202

CREDITOR ID: 382067-36
PERRIGO
ATTN DAN CULLINAN, CREDIT DEPT
515 EASTERN AVE
ALLEGAN MI 49010

CREDITOR ID: 258475-12
PHILLY'S SORBET SWIRL
ATTN: MAXWELL LAPIN, CORP SEC
1102 N 28TH STREET
TAMPA, FL 33605

CREDITOR ID: 258641-12
PLAYTEX PRODUCTS, INC
ATTN JAIME G PALANCA, CREDIT DIR
50 N DUPONT HIGHWAY
DOVER DE 19901

CREDITOR ID: 258690-12
POM WONDERFUL LLC
ATTN ANDREW ASCH/C CRAWFORD
11444 W OLYMPIC BLVD, 10TH FLR
LOS ANGELES, CA 90064

CREDITOR ID: 258969-12
PROFESSIONAL SCREEN PRINTING INC
ATTN GILBERT GISPERT, PRES
PO BOX 4316
TAMPA, FL 33677-4316

CREDITOR ID: 410392-15
PRUDENTIAL CO - ST JOHN'S COMMONS
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 279081-32
PURITY WHOLESALE GROCERS, INC
ATTN BRUCE KRICHMAR, VP OF ACCT
5400 BROKEN SOUND BLVD NW
BOCA RATON FL 33487

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 259164-12
R&M DISTRIBUTORS, INC
ATTN GUSTAVO VEGA, PRES
7050 SW 4TH STREET
MIAMI, FL 33144

CREDITOR ID: 259166-12
R&R SHEET METAL, INC
ATTN KATHY ROWELL
PO BOX 49
FOXWORTH, MS 39483

CREDITOR ID: 259222-12
RALSTON FOODS, DIV OF
RALCORP HOLDINGS, INC
ATTN GLENDA F GRIMES, DIR CORP CRED
800 MARKET STREET, SUITE 2150
ST LOUIS MO 63101

CREDITOR ID: 410952-99
RANDALL BENDERSON 1993-1 TRUST &
WR-II ASSOCIATES, LTD
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVE
BUFFALO NY 14202

CREDITOR ID: 410952-99
RANDALL BENDERSON 1993-1 TRUST &
C/O BENDERSON DEVELOPMENT CO LLC
ATTN: JOEL E SCHOLSBERG, ESQ
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

CREDITOR ID: 407578-15
RANDSTAD NORTH AMERICA
ATTN WES ARGABRITE, CREDIT ANALYST
2015 S PARK PLACE
ATLANTA GA 30339

CREDITOR ID: 259142-12
RB HOUGH DIST CO
ATTN R B HOUGH, OWNER
PO BOX 7813
SPANISH FORT, AL 36577

CREDITOR ID: 259311-12
RC2 BRANDS INC
ATTN DORIS KOOPMANN, VP OPERATIONS
1971 RELIABLE PARKWAY
CHICAGO, IL 60686-1971

CREDITOR ID: 410460-15
RC2 BRANDS, INC
ATTN CHERYL BARRY
100 TECHNOLOGY CENTER DRIVE, STE 2A
STOUGHTON MA 02072

CREDITOR ID: 279158-33
REFRON, INC
C/O PLATZER, SWERGOLD, KARLIN ET AL
ATTN HENRY G SWERGOLD, ESQ
1065 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10018

CREDITOR ID: 3094-04
REPUBLIC WASTE SERVICES
ATTN JAMIE LOCHART OR D CARELOCK
5516 ROZZELLS FERRY ROAD
CHARLOTTE NC 28214

CREDITOR ID: 259470-12
RESERS FINE FOODS, INC
PO BOX 5037, UNIT 114
PORTLAND, OR 97208

CREDITOR ID: 315698-36
RESER'S FINE FOODS, INC
ATTN CHIMENE GOWEN-HOUTSAGER, MGR
15570 SW JENKINS ROAD
BEAVERTON OR 97006

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259554-12<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 278994-32<br>RIVER CITY TRADERS, INC<br>ATTN M SCOTT OLSON, PRESIDENT<br>10665-B SUITE 1<br>RIDGEWAY INDUSTRIAL DRIVE<br>OLIVE BRANCH MS 38654 | CREDITOR ID: 411398-97<br>RIVERDALE FARMS<br>ATTN: L. BALTAZAR, PRES<br>1401 NW 84 AVE<br>MIAMI FL 33126 |
| CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O BROAD AND CASSEL<br>ATTN C CRAIG ELLER, ESQ<br>ONE NORTH CLEMATIS ST, STE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 381739-15<br>ROCKLINE INDUSTRIES INC<br>ATTN JENNY WELSCH, ASST CONTR<br>1113 MARYLAND AVENUE<br>SHEBOYGAN WI 53081 |
| CREDITOR ID: 202796-09<br>ROHR, ANGELA M<br>1425 WINDMOOR DRIVE<br>DUNEDIN FL 33770 | CREDITOR ID: 65255-05<br>SACKETT, RYAN A<br>2839 TIMBER KNOLL DRIVE<br>VALRICO FL 33594 | CREDITOR ID: 381953-15<br>SAFETY KLEEN SYSTEMS, INC<br>ATTN BANKRUPTCY SUPERVISOR<br>CLUSTER II BLDG 3<br>5400 LEGACY DRIVE<br>PLANO TX 75024 |
| CREDITOR ID: 66045-05<br>SARDONE, JOHN<br>265 OSPREY LANE<br>FLAGLER BEACH FL 32136 | CREDITOR ID: 279037-32<br>SARGENTO FOODS, INC<br>C/O REINHART BOERNER VAN DEUREN, SC<br>ATTN MICHAEL D JANKOWSKI, ESQ<br>1000 N WATER STREET<br>PO BOX 2965<br>MILWAUKEE WI 53201-2965 | CREDITOR ID: 279037-32<br>SARGENTO FOODS, INC<br>ATTN STU STURZL, CREDIT MGR<br>ONE PERSNICKETY PLACE<br>PLYMOUTH WI 53073-3547 |
| CREDITOR ID: 260531-12<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 | CREDITOR ID: 279282-35<br>SCHWARZKOPF & HENKEL<br>ATTN RACHEL LISK, CREDIT MGR<br>1063 MCGAW AVE, SUITE 100<br>IRVINE CA 92614 | CREDITOR ID: 260729-12<br>SERGEANT'S PET CARE PRODUCTS, INC<br>ATTN JOSEPH P CONNEALY, CONTROLLER<br>2637 SOUTH 158TH PLAZA, SUITE 100<br>OMAHA NE 68130-1703 |
| CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 | CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002 |
| CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O COZEN O'CONNOR<br>ATTN JERROLD N POSLUSNY JR, ESQ<br>457 HADDONFIELD ROAD, SUITE 300<br>PO BOX 5459<br>CHERRY HILL NJ 08002-2220 | CREDITOR ID: 213975-09<br>SMITH, TYRONE<br>3003 WINDCHASE BLVD, APT 301<br>HOUSTON TX 77082 | CREDITOR ID: 261263-12<br>SORRENTO LACTALIS, INC<br>ATTN ANN M AMICO/J ZIELINSKI<br>2376 SOUTH PARK AVENUE<br>BUFFALO NY 14220-2670 |
| CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405882-99<br>SOUTHBROOK PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 384360-47<br>SOUTHEAST MILK, INC (SMI)<br>PO BOX 3790<br>BELLVIEW, FL 34421-3790 |
| CREDITOR ID: 384360-47<br>SOUTHEAST MILK, INC (SMI)<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ<br>PO BOX 3353<br>ORLANDO FL 32802-3353 | CREDITOR ID: 406130-97<br>SOUTHEAST UNLOADING LLC<br>ATTN: CHRIS SPENCE, VP<br>502 BAYVIEW ROAD<br>YULEE FL 32097 | CREDITOR ID: 261348-12<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041 |

SERVICE LIST

Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410581-15<br>SOUTHERN BOTTLED WATER CO, INC<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ.<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | CREDITOR ID: 417058-97<br>SOUTHERN BOTTLED WATER INC<br>ATTN: STEVEN J JANUSEK, CFO<br>8750 NORTH CENTRAL EXPRESSWAY<br>STE 1800<br>DALLAS TX 75231 | CREDITOR ID: 242223-12<br>SOUTHERN PRIDE CATFISH LLC DBA<br>C/O TANNER & GUIN, LLC<br>ATTN CAROL A. ENTELISANO, ESQ.<br>2711 UNIVERSITY BLVD.<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 242223-12<br>SOUTHERN PRIDE CATFISH LLC DBA<br>AMERICAN PRIDE SEAFOODS<br>ATTN: BOB MYATT, VP FIN<br>40 HERMAN MELVILLE BLVD<br>NEW BEDFORD MA 02741 | CREDITOR ID: 411231-15<br>SOUTHWESTERN DATE GROWERS, DBA<br>WESTERN DATE RANCHES LP<br>PO BOX 2705<br>YUMA AZ 85366 | CREDITOR ID: 411231-15<br>SOUTHWESTERN DATE GROWERS, DBA<br>C/O WESTOVER SHADLE & WALSUM, PC<br>ATTN STEPHEN P SHADLE, ESQ<br>2260 4TH AVENUE<br>YUMA AZ 85364 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>C/O MORRIS JAMES HITCHENS & WILLIAMS<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVENUE<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 |
| CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR, SUITE 100<br>ONTARIO CA 91764 | CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 382255-51<br>ST PETERSBURG TIMES<br>ATTN KIMBERLY RILEY, CXREDIT MGR<br>490 FIRST AVENUE SOUTH<br>ST PETERSBURG, FL 33731 |
| CREDITOR ID: 261760-12<br>ST ROSE NURSERY<br>C/O COLEMAN JOHNSON ARTIGUES ET AL<br>ATTN RICHARD B JURISICH JR, ESQ<br>321 ST CHARLES AVE, 10TH FL SUITE<br>NEW ORLEANS LA 70130 | CREDITOR ID: 261760-12<br>ST ROSE NURSERY<br>ATTN DAVID ROBINSON, CONTROLLER<br>PO BOX 95339<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 408190-15<br>STATE OF MISSISSIPPI TAX COMMISSION<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MICHAEL MOORE, ESQ<br>DEPARTMENT OF JUSTICE<br>PO BOX 220<br>JACKSON MS 39205-0220 | CREDITOR ID: 408190-15<br>STATE OF MISSISSIPPI TAX COMMISSION<br>ATTN BRENDA T CARTER<br>BANKRUPTCY SECTION<br>PO BOX 23338<br>JACKSON MS 39225-3338 |
| CREDITOR ID: 262048-12<br>STRATE WELDING SUPPLY CO, INC<br>ATTN W E STRAYE, VP<br>PO BOX 37330<br>JACKSONVILLE, FL 32236-7330 | CREDITOR ID: 279156-33<br>SUNSWEET GROWERS, INC<br>ATTN KAREN MILLER/A DRISCOLL<br>901 N WALTON AVENUE<br>YUBA CITY CA 95993 | CREDITOR ID: 262247-12<br>SUPER MARKET MERCHANDISING<br>ATTN EDWARD FANN, CONTROLLER<br>5200 VIRGINIA AVENUE<br>ST LOUIS, MO 63111-1946 |
| CREDITOR ID: 262270-12<br>SUPERMARKET SYSTEMS, INC<br>ATTN WILLIAM M LINEBERGER, PRES<br>PO BOX 472513<br>CHARLOTTE, NC 28247-2513 | CREDITOR ID: 410374-15<br>SWEDISH MATCH NORTH AMERICA, INC &<br>SWEDISH MATCH CIGARS INC<br>C/O CHRISTIAN & BARTON, LLP<br>ATTN JENNIFER M MCLEMORE, ESQ<br>909 E MAIN STREET, SUITE 1200<br>RICHMOND VA 23219 | CREDITOR ID: 405667-95<br>SYROCO, INC<br>ATTN RONNIE RECCIO, CREDIT MGR<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027 |
| CREDITOR ID: 407581-15<br>TANNING RESEARCH LABORATORIES, INC.<br>ATTN TIM GREER, DIRECTOR OF FINANCE<br>1051 N 16TH STREET, SUITE D<br>MURRAY KY 42071 | CREDITOR ID: 262536-12<br>TATE & LYLE INGREDIENTS AMERICAS<br>ATTN GARY L DURBIN, SR CR MGR<br>2200 E ELDORADO STREET<br>DECATUR IL 62521 | CREDITOR ID: 382090-36<br>TEMPLE INLAND<br>ATTN CLAUDIA TYNES OR D MOHR<br>1300 S MOPAC EXPRESSWAY<br>AUSTIN TX 78746 |

SERVICE LIST

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | CREDITOR ID: 262390-12<br>TG LEE FOODS, INC DBA TG LEE DAIRY<br>ATTN MIKE CLUKEY, CREDIT MGR<br>315 N RUMBY AVE<br>ORLANDO FL 32803 | CREDITOR ID: 404007-15<br>THOMSON WEST<br>ATTN JOHN F TUMULTY<br>610 OPPERMAN DRIVE, D6-11-3807<br>EAGAN MN 55123 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 395548-15<br>TURTLE WAX, INC<br>C/O EULER HERMES ACI, AGENT<br>ATTN JANET DENMAN<br>800 RED BROOK BOULEVARD<br>OWING MILLS MD 21117 | CREDITOR ID: 279159-33<br>UNARCO INDUSTRIES, INC<br>C/O FAGELHABER LLC<br>ATTN CLINTON P HANSEN, ESQ<br>55 EAST MONROE STREET, 40TH FLR<br>CHICAGO IL 60603 |
| CREDITOR ID: 403480-15<br>UNITED STATES AGRICULTURE DEPT<br>AGRICULTURAL MARKETING SVCE DAIRY<br>PROGRAMS FOS 6&7<br>ATTN SUE L MOSLEY MILK MARKET ADMIN<br>1550 NORTH BROWN ROAD, SUITE 120<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 403480-15<br>UNITED STATES AGRICULTURE DEPT<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 403480-15<br>UNITED STATES AGRICULTURE DEPT<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 |
| CREDITOR ID: 279076-32<br>UNITED SUGARS CORPORATION<br>C/O LENARD, STREET AND DEINARD<br>ATTN LARRY B RICKE, ESQ<br>150 SOUTH FIFTH STREET, STE 2300<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 407566-15<br>UNIVAR USA INC<br>PO BOX 34325<br>SEATTLE WA 98124-1325 | CREDITOR ID: 263892-12<br>UPPER CRUST PRODUCTION CO INC<br>ATTN: DHANMATTIE HIRAMAN, ASS CONTR<br>55 CANARCTIC DR<br>DOWNSVIEW, ON M3J 2N7<br>CANADA |
| CREDITOR ID: 382093-36<br>UPPER CRUST, LTD<br>C/O WARREN & MARTZIN LLC<br>ATTN WM FRANKLIN WARREN, III, ESQ<br>150 MILESTONE WAY, STE A<br>GREENVILLE SC 29615 | CREDITOR ID: 410956-15<br>US SURVEYOR<br>C/O FINE & HATFIELD, PC<br>ATTN TODD I GLASS, ESQ<br>520 NW SECOND ST<br>PO BOX 779<br>EVANSVILLE IN 47705-0779 | CREDITOR ID: 263998-12<br>VALLEY PROTEINS INC<br>ATTN TRISHA B DAUGHERTY, MGR<br>PO BOX 643393<br>CINCINNATI, OH 45264-3393 |
| CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>ATTN VIRGINIA SODERMAN, AR DIR<br>40 POINTE DRIVE<br>BREA CA 92821 | CREDITOR ID: 405795-95<br>VENTURA FOODS LLC<br>C/O LEFLEUR LAW FIRM<br>ATTN: NINA M LAFLEUR<br>PO BOX 861128<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 452056-98<br>VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW 115035<br>RUSSIA |
| CREDITOR ID: 76800-05<br>WADE, JESSIE<br>209 3RD AVENUE<br>MERIDIAN MS 39301 | CREDITOR ID: 264432-12<br>WARREN OIL CO INC<br>ATTN H LARRY SANDERSON, CFO<br>PO BOX 1507<br>DUNN NC 28335 | CREDITOR ID: 397348-15<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 |
| CREDITOR ID: 264502-12<br>WATSON TRADING COMPANY, INC<br>ATTN GREGORY J WATSON, PRES<br>501 W CARLETON ROAD<br>1 WICKER PLACE<br>PO BOX 257<br>HILLSDALE, MI 49242 | CREDITOR ID: 410802-15<br>WD MARIANNA PORTFOLIO, LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN MICHAEL S HELD, ESQ<br>1445 ROSS AVENUE, STE 3700<br>DALLAS TX 75202 | CREDITOR ID: 410802-15<br>WD MARIANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON ON MSK 1N4<br>CANADA |
| CREDITOR ID: 381752-99<br>WEBB'S SEAFOOD, INC<br>C/O JOHNSTON HARRIS GERDE ET AL<br>ATTN JERRY W GERDE, ESQ<br>239 E 4TH STREET<br>PANAMA CITY FL 32401 | CREDITOR ID: 264586-12<br>WELCH FOODS<br>ATTN GERALD LEBLANC, CR MGR<br>PO BOX 100565<br>ATLANTA, GA 30384-0565 | CREDITOR ID: 279297-35<br>WELCH FOODS, INC<br>ATTN GERARD LEBLANC, CR MGR<br>575 VIRGINA ROAD<br>PO BOX 9101<br>CONCORD MA 01742-9101 |

**SERVICE LIST**

**Order (A) Reducing Overstated Claims, (B) Reducing and
Reclassifying Overstated Misclassified Claims and (C)
Disallowing No Liability Misclassified Claims as Set Forth
in the Debtors' Twelfth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 264635-12
WEST COAST NOVELTY
ATTN MING SERNA, CR MGR
2401 MONARCH ST
ALAMEDA, CA 94501

CREDITOR ID: 264712-12
WHINK PRODUCTS COMPANY
ATTN CLARK LAWLER, CFO
PO BOX 467
ELDORA, IA 50627-0467

CREDITOR ID: 80525-05
WILSON, ALTON
223 N CEDAR STREET
CRESCENT CITY FL 32112

CREDITOR ID: 407765-15
WM WRIGLEY JR CO
ATTN BRIAN BAYSTON, FIN RISK ANAL
410 N MICHIGAN AVENUE
CHICAGO IL 60611

CREDITOR ID: 264996-12
WM WRIGLEY JR CO
PO BOX 905020
CHARLOTTE, NC 28290-5020

CREDITOR ID: 399358-15
YALE INDUSTRIAL TRUCKS
ATTN LISA RAUCHMILLER, VP
2230 N US HWY 301
TAMPA FL 33619

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVE, 14TH FLOOR
NEW YORK NY 10019-4107

**Total:   386**

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER (A) REDUCING OVERSTATED CLAIMS, (B) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS AND (C) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 29, 2006, upon

the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A through C (the "Disputed Claims").[2] Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

10543 filed by Allen Flavors, Inc., (ii) claim no. 11098 filed by BFI Waste Systems,

(iii) claim nos. 8559 and 9507 filed by Brach's Confections, Inc., (iv) claim no. 7771

filed by Bundy New Orleans Co. LLC, (v) claim no. 5064 filed by Cavendish Farms,

(vi) claim no. 3086 filed by the City of Opelika, (vii) claim no. 11831 filed by Clark

Distributing Co., (viii) claim no. 12202 filed by Cliffdale Corner, (ix) claim no.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

8606 filed by Commercial Net Lease Realty, (x) claim no. 4125 filed by Compass

Foods, (xi) claim no. 808 filed by Contract Sweepers, (xii) claim no. 8795 filed by

EHS Corporation, (xiii) claim no. 465 filed by EMC Corporation, (xiv) claim no.

10824 filed by Ford's Crossing, (xv) claim no. 4413 filed by Hawaiian Tropic, (xvi)

claim no. 6192 filed by John B. Sanfilippo & Son, Inc., (xvii) claim no. 12310 filed

by Daniel G. Kamin, (xviii) claim no. 8475 filed by Krispy Kreme of South Florida

LLC, (xix) 10632 filed by the Miami Herald Publishing Co., (xx) claim no. 6633

filed by Milk Products LP, (xxi) claim no. 10299 filed by New Plan Excel Realty

Trustee Inc., (xxii) claim no. 8176 filed by Samuel Oschin, Trustee, (xxiii) claim no.

3789 filed by Pedrini USA Inc., (xxiv) claim no. 10828 filed by Pell City

Marketplace Partners, (xxv) claim no. 10140 filed by Randall Benderson 1993-1

Trust, (xxvi) claim nos. 954 and 957 filed by Southeast Unloading, LLC, (xxvii)

claim no. 8952 filed by Southern Bottled Water Co., Inc., (xxviii) claim no. 4437

filed by the State of Georgia Department of Revenue, (xxix) claim no. 6419 filed by

Syroco, Inc., (xxx) claim no. 10147 filed by US Surveyor, (xxxi) claim no. 8133

filed by Ventura Foods LLC, (xxxii) claim no. 11576 filed by F. Gavina & Sons,

(xxxiii) claim no. 12172 filed by GS II Brook Highland, LLC, (xxxiv) claim no.

11821 filed by Riverdale Farms Inc. and (xxxv) claim no. 11435 filed by Thomas

Hitchens (collectively, the "Unresolved Objections"), which claims have been

removed from Exhibits A through C. The Debtors have withdrawn without prejudice

their objection to (i) claim no. 240 filed by Campbell Real Estate, Inc., (ii) claim no.

989 filed by CIP International, Inc., (iii) claim no. 7770 filed by Hillandale Farms,

Inc. and (iv) claim no. 10855 filed by Signature Brands, LLC, which claims have

been removed from Exhibit A and B. Upon consideration, it is

ORDERED AND ADJUDGED:

2

1.    The Objection is sustained.

2.    The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

3.    The Overstated Misclassified Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit B is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit B under the heading "Modified Class Status."

4.    The No Liability Misclassified Claims listed on Exhibit C are disallowed in their entirety.

5.    With respect to the Overstated Claims and Overstated Misclassified Claims that are reduced by the amount of the reclamation payments listed on Exhibits A and B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims and Overstated Misclassified Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibits A and B.

6.    Upon agreement with the claimant, claim nos. 4635 and 4636 filed by Rich-Seapak Corporation, are disallowed, having been paid in full.

3

7.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

8.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

9.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

10.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

11.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 29 day of June, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 361743**<br>3M<br>C/O RECEIVABLES CONTROL CORP<br>ATTN JEFFREY N PIERSON, MGR<br>PO BOX 9658<br>MINNEAPOLIS  MN  55440 | **64**<br>Debtor:  WINN-DIXIE STORES, INC. | $84,828.80 | $31,997.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $872.40 AND $365.38, RESPECTIVELY, AND REMOVAL OF $11,623.61 FOR POSTPETITION INVOICE NUMBER AU56934, $7,145.01 FOR POSTPETITION INVOICE NUMBER AU58944, AND $32,824.94 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 399285**<br>ACTION TIME USA INC<br>ATTN LEAH JOHNSTON<br>4378 PARK BLVD<br>PINELLAS PARK  FL  33781 | **7820**<br>Debtor:  WINN-DIXIE STORES, INC. | $283,594.43 | $242,287.19 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,307.24 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 405898**<br>ADS SEAFOOD INC DBA<br>ATLANTIC FISHERIES<br>C/O TRENAM KEMKER<br>ATTN RICHARD MCINTYRE, ESQ<br>PO BOX 1102<br>TAMPA  FL  33601-1102 | **2063**<br>Debtor:  WINN-DIXIE STORES, INC. | $115,327.35 | $13,780.04 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,076.41, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $581.00 AND $2,669.20, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $95,174.94, AND REMOVAL OF $25.76 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 241883**<br>ALBERTO CULVER USA, INC<br>ATTN JAMES W VAREY, CREDIT MGR<br>2525 ARMITAGE AVENUE<br>MELROSE PARK  IL  60160-1163 | **7808**<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $607,586.71 | $492,988.37 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,472.68 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $111,125.66. |
| **Creditor Id: 242041**<br>ALLSTATE BEVERAGE COMPANY<br>ATTN SCARLETT BOYD BOX<br>PO BOX 2308<br>MONTGOMERY, AL  36104 | **6651**<br>Debtor:  WINN-DIXIE STORES, INC. | $17,414.69 | $13,060.07 | REDUCED AMOUNT REFLECTS PREPETITION PAYMENTS OF $4,210.92 FOR THIRTY-FIVE PREPETITION INVOICES BY TEN CHECKS AND POSTPETITION PAYMENTS OF $122.20 FOR INVOICE NUMBER 170596 ON 3/23/05 AND $21.50 FOR INVOICE NUMBER 231973 ON 4/6/05 BY CHECK NUMBERS 8021002 AND 8034105, RESPECTIVELY. |
| **Creditor Id: 242206**<br>AMERICAN MAP CORP<br>ATTN JOHN A DRISCO<br>36-36 33RD STREET, 4TH FLOOR<br>LONG ISLAND CITY  NY  11106 | **2318**<br>Debtor:  WINN-DIXIE STORES, INC. | $44,021.66 | $30,219.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,802.44 BY AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.,
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 243074**<br>BARILLA AMERICA, INC<br>PO BOX 7247-7252<br>PHILADELPHIA, PA 19170-7252 | **9893**<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $372,719.77 | $59,552.19 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,848.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,969.43 AND $4,489.32, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $129,539.54, AND REMOVAL OF $75,320.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 389456**<br>BAYER HEALTHCARE LLC<br>ATTN SHIRLEY BEACH/C CRAMER<br>1884 MILES AVENUE<br>ELKHART IN 49514 | **2083**<br>Debtor: **WINN-DIXIE STORES, INC.** | $907,949.40 | $570,951.23 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,416.89, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $12,192.70 AND $83,570.35, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $233,818.23. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 243228**<br>BEECH-NUT NUTRITION CORPORATION<br>PO BOX 500762<br>ST LOUIS, MO 63150-0762<br><br>Counsel: ATTN JOHN J CRUCIANI, ESQ | **9827**<br>Debtor: **WINN-DIXIE STORES, INC.** | $162,588.94 | $98,968.57 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,927.78, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $224.30 AND $10,704.91, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $52,763.38. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | **5989**<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,567.24 | $124.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $374.26, RECLAMATION PAYMENTS IN PROCESS TOTALING $11,976.32, AND REMOVAL OF $2,091.91 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 373924**<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM NC 27101 | **11068**<br>Debtor: **WINN-DIXIE STORES, INC.** | $274,529.36 | $265,497.36 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,032.00. |
| **Creditor Id: 240811**<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | **2232**<br>Debtor: **WINN-DIXIE STORES, INC.** | $382.99 | $218.11 | REDUCED AMOUNT REFLECTS 4/8/05 PAYMENT OF $164.88 FOR POSTPETITION INVOICE NUMBER 352-2373A BY CHECK NUMBER 0080019136. |
| **Creditor Id: 244021**<br>BROAD RIVER WATER AUTHORITY<br>ATTN HARLOW BROWN, MGR<br>PO BOX 27<br>SPINDALE, NC 28160 | **1110**<br>Debtor: **WINN-DIXIE STORES, INC.** | $825.80 | $802.11 | REDUCED AMOUNT REFLECTS 3/28/05 PAYMENT OF $23.69 FOR POSTPETITION INVOICE BY CHECK NUMBER 0080010825. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 394064**<br>BUSSEY, WHITE, MCDONOUGH & FREEMAN, PA<br>ATTN JOHN W BUSSEY, III, PRESIDENT<br>PO BOX 531086<br>ORLANDO, FL 32853-1086 | 6285<br>**Debtor:** WINN-DIXIE STORES, INC. | $59,022.24 | $58,857.24 | REDUCED AMOUNT REFLECTS 10/7/05 THIRD-PARTY ADMINISTRATOR SEDGWICKS PAYMENTS OF $110.00 AND $55.00 FOR INVOICE NUMBER 7025 BY CHECK NUMBER 9047061 AND INVOICE NUMBER 7026 BY CHECK NUMBER 9047062, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS COMPENSATION PROGRAMS (DKT NO. 432). |
| **Creditor Id: 244681**<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>3199 PALMYRA ROAD<br>ALBANY GA 31707<br><br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 1753<br>**Debtor:** WINN-DIXIE STORES, INC. | $53,821.15 | $50,232.92 | REDUCED AMOUNT REFLECTS PAYMENT OF $3,588.23 BY CHECK NUMBER 008042671 FOR POSTPETITION PORTION OF INSURANCE BILL. |
| **Creditor Id: 279212**<br>CASCADES TISSUE GROUP<br>ATTN JEAN P BREAULT, CONTR<br>1200 FOREST ST<br>EAU CLAIRE WI 54703 | 9427<br>**Debtor:** WINN-DIXIE STORES, INC. | $189,175.56 | $128,353.24 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,318.31, ACCOUNTS PAYABLE CREDIT OF $1,276.50, RECLAMATION PAYMENTS IN PROCESS TOTALING $40,909.49, AND REMOVAL OF $17,318.02 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 244289**<br>CB FLEET CO<br>PO BOX 78119<br>BALTIMORE, MD 21278-0119 | 5525<br>**Debtor:** WINN-DIXIE STORES, INC. | $83,504.40 | $53,178.83 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $9,109.44, NET CONSUMPTION WAIVER OF $842.91, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $20,573.22. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 219**<br>CITY OF COCOA BEACH<br>ATTN CHARLES H HOLLAND JR<br>2 S ORLANDO AVENUE<br>COCOA BEACH FL 32932 | 6723<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,733.38 | $2,430.23 | REDUCED AMOUNT REFLECTS 4/15/05 PAYMENT OF $303.15 FOR POSTPETITION INVOICE NUMBER 8331511584 BY CHECK NUMBER 008022433. |
| **Creditor Id: 246087**<br>CITY OF PLAQUEMINE, LA<br>CITY OF PLAQUEMINE, LA<br>CITY LIGHT AND WATER PLANT<br>ATTN MONIKA G EDMOND, DIR<br>PO BOX 777<br>PLAQUEMINE LA 70764<br><br>Counsel: ATTN PHILLIP CANOVA, JR | 1022<br>**Debtor:** WINN-DIXIE STORES, INC. | $49,749.80 | $47,203.72 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE PENALTY CHARGES OF $2,546.08. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 246106**<br>CITY OF QUINCY<br>ATTN SHELLY ROBINSON, DIR CUST SVCE<br>404 WEST JEFFERSON STREET<br>QUINCY, FL 32351-2328 | 4069<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,111.42 | $28,061.16 | REDUCED AMOUNT REFLECTS REMOVAL OF $17,818.36 FOR POSTPETITION INVOICE AND $4,231.90 FOR IMPERMISSIBLE LATE FEES. $3,000 OF REDUCED AMOUNT IS CLASSIFIED AS SECURED (DEPOSIT) AND THE REMAINDER AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 246135**<br>CITY OF ROCK HILL<br>ATTN DAVID VEHAUN, FINANCE DIRECTOR<br>PO BOX 11646<br>ROCK HILL, SC 29731-1164 | 12902<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $86,188.21 | $19,773.90 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT AS TO ACTUAL AMOUNT OWED. $400.00 OF REDUCED AMOUNT IS CLASSIFIED AS SECURED (DEPOSIT) AND $19,373.90 AS UNSECURED NON-PRIORITY. |
| Counsel: ATTN SUSAN E DRISCOLL, ESQ | | | | |
| **Creditor Id: 246231**<br>CITY OF TUSCALOOSA WATER & SEWER<br>ATTN TOMEKKA JOHNSON<br>2201 UNIVERSITY BLVD<br>TUSCALOOSA, AL 35401 | 1382<br>Debtor: **WINN-DIXIE STORES, INC.** | $237.46 | $110.15 | REDUCED AMOUNT REFLECTS 3/31/05 PAYMENT OF $127.31 FOR POSTPETITION PORTION OF INVOICE NUMBER 16784 BY CHECK NUMBER 0080013911. |
| **Creditor Id: 246231**<br>CITY OF TUSCALOOSA WATER & SEWER<br>ATTN TOMEKKA JOHNSON<br>2201 UNIVERSITY BLVD<br>TUSCALOOSA, AL 35401 | 1384<br>Debtor: **WINN-DIXIE STORES, INC.** | $437.97 | $237.63 | REDUCED AMOUNT REFLECTS 3/31/05 PAYMENT OF $200.34 ON POSTPETITION PORTION OF INVOICE NUMBER 75104 BY CHECK NUMBER 0080013911. |
| **Creditor Id: 259022**<br>CITY OF YAZOO PUBLIC SERVICE COMM<br>ATTN JIMMY WEVER, MGR<br>PO BOX 660<br>YAZOO CITY, MS 39194 | 1810<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,710.50 | $12,032.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $678.04 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 246531**<br>COAST GAS OF ODSMAR<br>C/O TITAN PROPANE<br>ATTN MARCIA A SCOTT, COLLECTIONS<br>PO BOX 7000<br>LEBANON MO 65536 | 3502<br>Debtor: **WINN-DIXIE STORES, INC.** | $326.68 | $103.92 | REDUCED AMOUNT REFLECTS PAYMENT OF $204.69 FOR POSTPETITION INVOICE NUMBER 7903371 BY CHECK NUMBER 008036438 AND REMOVAL OF $18.07 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 410360**<br>COLUMBUS SHOWCASE COMPANY, THE<br>ATTN JOHN GREGA, VP/CFO<br>4401 EQUITY DRIVE<br>COLUMBUS OH 43228 | 7284<br>Debtor: **WINN-DIXIE STORES, INC.** | $56,246.16 | $46,152.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,481.32 FOR INVOICE LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS AND $3,612.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Counsel: ATTN STEWART H CUPPS, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 410583<br>COUNTY OF CHARLOTTE-MECKLENBURG, NC<br>ATTN NEAL L DIXON, TAX COLLECTOR<br>700 EAST STONEWALL STREET<br>PO BOX 31457<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN HAMLIN L WADE, ESQ. | 8954<br>Debtor: WINN-DIXIE STORES, INC. | $1,198.57 | $529.65 | REDUCED AMOUNT REFLECTS PAYMENTS OF $668.92 FOR POSTPETITION OBLIGATIONS ($72.59 ON 7/21/05 FOR ACCOUNT NUMBER 2005 9015620 BY MONEY ORDER NUMBER 08-267190564 AND $238.86, $238.86, AND $118.61 FOR ACCOUNT NUMBERS 2005 9040664, 2005 9016711 , AND 2005 9012264, RESPECTIVELY, BY CHECK NUMBER 8072612 WHICH CLEARED 7/28/05). |
| Creditor Id: 240480<br>COUNTY OF HAMILTON, TN<br>ATTN W F KNOWLES, RM 201<br>HAMILTON COUNTY COURTHOUSE<br>CHATTANOOGA TN 37402 | 5780<br>Debtor: WINN-DIXIE STORES, INC. | $1,534,448.62 | $2,284.07 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT AS TO AMOUNT OWED. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED PRIORITY. |
| Creditor Id: 410700<br>CREDIT SUISSE, ASSIGNEE OF FALCON FARMS, INC<br>ATTN WENDY BEER, ESQ<br>11 MADISON AVENUE, 5TH FLOOR<br>NEW YORK NY 10010<br><br>Transferee: VR GLOBAL PARTNERS, LP<br>Counsel: ATTN: ALEX SPIZZ, ESQ | 9549<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,166,255.45 | $2,000,883.76 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $6,116.21, ACCOUNTS PAYABLE CREDIT OF $234.00, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $159,021.48. |
| Creditor Id: 247421<br>D&J CONSTRUCTION INC<br>3350 BURRIS RD<br>FORT LAUDERDALE, FL 33314-2250<br><br>Counsel: ATTN SHELDON T SLATKIN, ESQ | 4642<br>Debtor: WINN-DIXIE STORES, INC. | $122,022.23 | $115,338.84 | REDUCED AMOUNT REFLECTS PAYMENT OF $6,683.39 ON 6/23/05 FOR POSTPETITION INVOICE NUMBER 6704 BY CHECK NUMBER 8062007. |
| Creditor Id: 374695<br>DISTRIBUTION SERVICES INC<br>C/O AMERICAN MEDIA, INC<br>ATTN JOHN RICK, VP OPERATIONS<br>190 CONGRESS PARK DRIVE, SUITE 200<br>DELRAY BEACH FL 33445 | 8416<br>Debtor: WINN-DIXIE STORES, INC. | $109,200.00 | $95,675.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,525 FOR SERVICES PROVIDED POSTPETITION. |
| Creditor Id: 248282<br>DOLE PACKAGED FOODS COMPANY<br>ATTN JOE MITCHELL, CR MGR<br>PO BOX 371251<br>PITTSBURGH, PA 15251-7251 | 8018<br>Debtor: WINN-DIXIE STORES, INC. | $148,887.79 | $17,986.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,565.26, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $16,673.17 AND $5,975.12, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $91,440.02, AND REMOVAL OF $13,267.54 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407427**<br>EASTMAN KODAK COMPANY<br>ATTN CAROL LUCIANO, 6035360<br>343 STATE STREET<br>ROCHESTER NY 14650-1121<br><br>Transferee: ASM CAPITAL LP | 4038<br>Debtor: WINN-DIXIE STORES, INC. | $161,073.59 | $114,281.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 405693**<br>ENCORE GROUP, THE<br>ATTN MARK BENNETT, CREDIT MGR<br>111 CLOVERLEAF ROAD<br>WINSTON SALEM NC 27103 | 7361<br>Debtor: WINN-DIXIE STORES, INC. | $86,560.50 | $84,591.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,969.50 PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 249274**<br>EXCESS SPACE RETAIL SERVICES, INC<br>ATTN MICHAEL S WIENER, PRES & CEO<br>ONE HOLLOW LANE, SUITE 112<br>LAKE SUCCESS NY 11042<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN DANA HONG | 6163<br>Debtor: WINN-DIXIE STORES, INC. | $292,658.00 | $230,953.32 | REDUCED AMOUNT REFLECTS PAYMENT OF $15,055.55 ON 5/17/05 FOR POSTPETITION INVOICE NUMBER 3934 BY CHECK NUMBER 8041731 AND REMOVAL OF $11,007.13 AND $35,642.00 FOR POSTPETITION INVOICES (INVOICE NUMBER 2046 AND INVOICE LABELED FOOD LION). |
| **Creditor Id: 410697**<br>FIRST AMERICAN TITLE INSURANCE CO<br>ATTN STEVEN A NELSON, VP/ESQ<br>5775 GLENRIDGE DRIVE, SUITE A-240<br>ATLANTA GA 30328 | 9554<br>Debtor: WINN-DIXIE STORES, INC. | $75,256.91 | $51,780.54 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,285.50, $6,432.62, AND $8,758.25 AS AGREED TO BY CLAIMANT. |
| **Creditor Id: 411116**<br>FLOWERS FOODS BAKERY GROUP<br>ATTN PEGGY CLARK<br>132 N BROAD STREET<br>THOMASVILLE GA 31792 | 11081<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $117,806.38 | $101,560.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $16,245.71 AS AGREED TO BY CLAIMANT. |
| **Creditor Id: 250173**<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $528,604.74 | $508,985.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $594.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,024.45. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279011**<br>GOLD COAST EAGLE DISTRIBUTING<br>ATTN JOHN W SAPUTO/ERIC J CONDREN<br>2150 47TH STREET<br>SARASOTA FL 34234 | 10488<br>Debtor: WINN-DIXIE STORES, INC. | $2,638.70 | $1,869.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $23.29 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $745.44. |
| **Creditor Id: 250755**<br>GOYA FOODS<br>ATTN BENITO RIVACOBA, CONTROLLER<br>PO BOX 226110<br>MIAMI, FL 33122 | 2098<br>Debtor: WINN-DIXIE STORES, INC. | $576,525.78 | $292,144.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,617.63, ACCOUNTS PAYABLE CREDIT OF $58.41, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $275,705.68. |
| **Creditor Id: 1395**<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>6931 ARLINGTON ROAD<br>SUITE 510<br>BETHESDA MD 20815<br><br>Counsel: ATTN JEFFREY L TARKENTON, ESQ | 12174<br>Debtor: WINN-DIXIE RALEIGH, INC. | $627,515.02 | $623,879.78 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,635.24 (INTEREST AND LATE FEES ADDED TO 2004 REAL ESTATE TAXES). |
| **Creditor Id: 251055**<br>GUSTAFSONS DAIRY, LLC<br>ATTN JAMES COOPER, CFO<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338<br><br>Counsel: ATTN R SCOTT SHUKER, ESQ | 5988<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $203,484.70 | $133,781.83 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 251228**<br>HANOVER FOODS CORPORATION<br>ATTN STEVEN E ROBERTSON, TREASURER<br>PO BOX 334<br>HANOVER PA 17331 | 4164<br>Debtor: WINN-DIXIE STORES, INC. | $72,543.18 | $46,277.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $375.22, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $896.78 AND $12,986.20, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $12,007.23. |
| **Creditor Id: 251987**<br>IBERIA MIDDLE SCHOOL<br>ATTN MICHAEL BONIN<br>613 WEEKS ISLAND<br>NEW IBERIA, LA 70560 | 1296<br>Debtor: WINN-DIXIE STORES, INC. | $73.51 | $3.00 | REDUCED AMOUNT REFLECTS 4/29/05 PAYMENT OF $70.51 BY CHECK NUMBER 00990264T PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 315712**<br>INTEPLAST GROUP LTD<br>ATTN MITCHELL A FRIED, CR MGR<br>9 PEACH TREE ROAD<br>LIVINGSTON NJ 07039<br><br>Transferee: ASM CAPITAL II, LP | 1496<br>Debtor: WINN-DIXIE STORES, INC. | $171,755.78 | $104,511.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,037.70, ACCOUNTS PAYABLE CREDIT OF $41.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $65,164.83. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,051,192.94 | $762,371.96 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $39,920.56, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $226,975.75 AND $1,314.98, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $1,019,929.31, AND REMOVAL OF $3,880.40 FOR UNDOCUMENTED CHARGES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 253554**<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE SC 29502-5533 | 283<br>Debtor: WINN-DIXIE STORES, INC. | $19,028.75 | $18,866.25 | REDUCED AMOUNT REFLECTS 1/17/05 PAYMENT OF $162.50 FOR THE BALANCE OF INVOICE NUMBER 98513 BY CHECK NUMBER 007430082. |
| **Creditor Id: 361748**<br>KIK INTERNATIONAL INC<br>ATTN SHARON MOHR, VP & TREAS<br>33 MACINTOSH BLVD<br>CONCORD ON L4K 4L5 CANADA<br><br>Transferee: LCH OPPORTUNITIES LLC | 79<br>Debtor: WINN-DIXIE STORES, INC. | $173,549.02 | $157,108.32 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $498.20, ACCOUNTS PAYABLE CREDIT OF $335.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,606.74. |
| **Creditor Id: 382031**<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9664<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,810,056.71 | $834,596.36 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,373.38 AND $328,028.03, RESPECTIVELY. NET CONSUMPTION WAIVER OF $49,850.27, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,595,208.67. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410570**<br>KRISPY KREME 475<br>M&M DOUGHNUT, INC<br>ATTN CLAYTON MILES, DIRECTOR OF OPS<br>400 NORTH SLAPPEY BLVD<br>ALBANY GA 31701 | 8930<br>Debtor: WINN-DIXIE STORES, INC. | $13,569.49 | $5,943.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,625.69 FOR UNDOCUMENTED CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254142**<br>KRISPY KREME DOUGHNUT CORP<br>ATTN EVAN LYNN SMITH, GM<br>1400 MCFARLAND BLVD E<br>TUSCALOOSA, AL 35405 | 6872<br>Debtor: WINN-DIXIE STORES, INC. | $77,722.51 | $2,216.17 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $19.83, RECLAMATION PAYMENTS IN PROCESS TOTALING $634.68, AND REMOVAL OF $74,851.83 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 410653**<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>C/O GLATTER & ASSOCIATES, PA<br>ATTN ERIC GLATTER, ESQ.<br>1489 WEST PALMETTO PK RD, SUITE 420<br>BOCA RATON FL 33486 | 8545<br>Debtor: WINN-DIXIE STORES, INC. | $89,295.00 | $71,436.00 | REDUCED AMOUNT REFLECTS PREPETITION PAYMENT OF $17,859.00 BY CHECK NUMBER 00744042T WHICH CLEARED ON 1/31/05. |
| **Creditor Id: 254817**<br>LMS INTELLIBOUND, INC<br>ATTN REBECCA W HOLDERREAD, CFO<br>1979 LAKESIDE PARKWAY, SUITE 180<br>TUCKER, GA 30084<br><br>Transferee: AMROC INVESTMENTS LLC | 5077<br>Debtor: WINN-DIXIE RALEIGH, INC. | $570.00 | $435.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $75.00 ON 3/29/05 AND $60.00 ON 4/18/05 FOR POSTPETITION INVOICES BY CHECK NUMBERS 008011742 AND 008023146, RESPECTIVELY. |
| **Creditor Id: 382037**<br>MALT-O-MEAL COMPANY<br>ATTN: NANCY M JOHNSON, CR MGR<br>2700 IDS TOWER<br>80 SOUTH 8TH ST<br>MINNEAPOLIS MN 55402-2297<br><br>Transferee: HAIN CAPITAL INVESTORS LLC | 472<br>Debtor: WINN-DIXIE STORES, INC. | $155,344.00 | $28,704.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $9,689.37 AND $780.74, RESPECTIVELY, NET CONSUMPTION WAIVER OF $3,596.50, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $112,572.90. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410888**<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 10001<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $80,634.77 | $77,464.58 | REDUCED AMOUNT REFLECTS 2004 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $27,980.62 AND $49,477.02, RESPECTIVELY, AND FLOOD INSURANCE OF $6.94. PROPERTY MANAGER DID NOT APPROVE 2003 INSURANCE OF $1,956.38 (RENTAL PAYMENT AND UMBRELLA PAYMENT) AND 2004 INSURANCE OF $1,213.61 (RENTAL INCOME PAYMENT). |
| **Creditor Id: 255394**<br>MAPLE LEAF MEATS, INC<br>ATTN KAM RAMCHARAN, NATL CREDIT MGR<br>5063 N SERVICE RD, BOX 5091<br>BURLINGTON, ON L7R 4R3 CANADA<br><br>Counsel: ATTN DAVID N CRAPO, ESQ | 8109<br>Debtor: WINN-DIXIE STORES, INC. | $292,864.20 | $292,348.60 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS OF $262.66 AND $252.95. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 255493<br>MARIO OLIVE DIVISION<br>ATTN BRADLEY L POPPEN, CFO<br>11808 W CENTER RD<br>OMAHA, NE 68144-4397 | 4339<br>Debtor: WINN-DIXIE STORES, INC. | $26,331.25 | $4,335.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $812.41, ACCOUNTS PAYABLE CREDIT OF $1,785.60, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,597.27. |
| Creditor Id: 410948<br>MARJON SPECIALTY FOODS, INC<br>3508 SYDNEY ROAD<br>PLANT CITY FL 33567<br><br>Counsel: ATTN: DON M STICHTER, ESQ | 11662<br>Debtor: WINN-DIXIE STORES, INC. | $41,652.10 | $37,968.90 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,683.20. |
| Creditor Id: 382040<br>MAYFIELD DAIRY FARMS, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, STE 1200<br>DALLAS TX 75201 | 4573<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $662,959.10 | $435,714.86 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $6,804.07, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,063.23 AND $2,154.03, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $212,192.91. |
| Creditor Id: 382043<br>MEDTECH PRODUCTS, INC<br>DIV OF PRESTIGE BRANDS HOLDINGS INC<br>ATTN HARRIS T SEMEGRAM, CR DIR<br>90 NORTH BROADWAY<br>IRVINGTON NY 10533 | 6896<br>Debtor: WINN-DIXIE STORES, INC. | $161,064.00 | $128,334.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $557.06, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $12,698.33 AND $2,078.26, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $17,196.09. |
| Creditor Id: 315702<br>MEOW MIX COMPANY, THE<br>C/O STEPHEN MACCHIAVERALT, CONTR<br>400 PLAZA DR, 1ST FL<br>SECAUCUS NJ 07094<br><br>Transferee: AMROC INVESTMENTS LLC | 3348<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $265,345.53 | $183,403.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $43,656.47 AND $8,148.38, RESPECTIVELY, NET CONSUMPTION WAIVER OF $1,066.75, RECLAMATION PAYMENTS IN PROCESS TOTALING $29,041.27, AND REMOVAL OF $29.36 FOR UNDOCUMENTED CHARGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 279149<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 | 3530<br>Debtor: WINN-DIXIE STORES, INC. | $136,674.64 | $119,407.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $523.26 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,744.32. |

WINN-DIXIE STORES, INC., ET. AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 256176**<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>11750 SW 95TH AVENUE<br>MIAMI, FL 33176-4251 | 47<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,649.58 | $19,172.89 | REDUCED AMOUNT REFLECTS PAYMENTS OF $80.25 FOR INVOICE NUMBER 12183 ON 6/1/04 BY CHECK NUMBER 007270403 AND $396.44 FOR INVOICE NUMBER 12523 ON 11/12/04 BY CHECK NUMBER 007381979. |
| **Creditor Id: 279249**<br>MICHAEL FOODS, INC<br>ATTN JERRY L KNECHT, CR MGR<br>301 CARLSON PARKWAY, STE 400<br>MINNETONKA MN 55305 | 7588<br>**Debtor:** WINN-DIXIE STORES, INC. | $28,698.84 | $7,711.41 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $312.76, ACCOUNTS RECEIVABLE BALANCE OF $204.59, RECLAMATION PAYMENTS IN PROCESS TOTALING $9,884.46, AND REMOVAL OF $10,585.62 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 382049**<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743<br><br>Counsel: ATTN R SCOTT ALSTERDA, ESQ | 10963<br>**Debtor:** WINN-DIXIE STORES, INC. | $183,328.77 | $130,246.39 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,223.94, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,134.45 AND $4,683.23, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $37,785.73, AND REMOVAL OF $6,083.03 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 406013**<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | 2894<br>**Debtor:** WINN-DIXIE STORES, INC. | $511,046.20 | $0.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT AND NET CONSUMPTION WAIVER OF $20,842.42 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $499,930.15 |
| **Creditor Id: 405244**<br>NATIONAL FRUIT PRODUCTS<br>ATTN NANCY JENKINS, ACCTG SUPERV<br>PO BOX 2040<br>WINCHESTER VA 22604-1240 | 11163<br>**Debtor:** WINN-DIXIE STORES, INC. | $160,496.76 | $84,318.65 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $210.70, 3/4/05 PAYMENT OF $18,010.85 FOR GOODS RECEIVED POSTPETITION BY CHECK NUMBER 8002430, AND REMOVAL OF $57,956.56 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 257738**<br>ORANGEBURG PUBLIC UTILITY DEPT<br>ATTN MICHAEL G SELLS, DIRECTOR<br>PO BOX 1057<br>ORANGEBURG, SC 29116-1057<br><br>Counsel: ATTN ANNEMARIE B MATHEWS, ESQ | 2980<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $21,751.38 | $21,726.38 | REDUCED AMOUNT REFLECTS 3/28/05 PAYMENT OF $25.00 FOR POSTPETITION INVOICE BY CHECK NUMBER 009010854. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410951**<br>PARISH OF ACADIA SCHOOL BOARD<br>ATTN JANET STELLY, TAX COLLECTOR<br>2402 N PARKERSON<br>PO BOX 309<br>CROWLEY LA 70527-0309 | 10206<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $30,176.92 | $15,914.68 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT FOR TAXES OF $12,511.35 AND INTEREST OF $3,403.33. POSTPETITION PENALTY IS IMPERMISSIBLE. |
| **Creditor Id: 410757**<br>PARISH OF AVOYELLES SCHOOL BOARD<br>ATTN WILFRED DUCOTE<br>221 WEST TUNICA DRIVE<br>MARKSVILLE LA 71351 | 9781<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $34,282.82 | $19,196.44 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT FOR TAXES OF $15,421.42 AND INTEREST OF $3,775.02. POSTPETITION PENALTY IS IMPERMISSIBLE. |
| **Creditor Id: 410938**<br>PARISH OF POINTE COUPEE POLICE JURY<br>ATTN RONELL ROUBIQUE, DIRECTOR<br>160 EAST MAIN<br>PO BOX 290<br>NEW ROADS LA 70760 | 10177<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $56,215.88 | $41,199.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT FOR TAXES OF $30,855.34 AND INTEREST OF $10,343.67. POSTPETITION PENALTY IS IMPERMISSIBLE. |
| **Creditor Id: 241183**<br>PARISH OF ST MARTIN SCHOOL BOARD<br>ATTN CARLA RICHARD, SALES TAX ADMIN<br>111 COURVILLE STREET<br>PO BOX 1000<br>BREAU BRIDGE, LA 70517-1000 | 9849<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $50,556.53 | $37,766.73 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT FOR TAXES OF $28,716.33 AND INTEREST OF $9,050.40. POSTPETITION PENALTY IS IMPERMISSIBLE. |
| **Creditor Id: 406240**<br>PENN-PAK INC<br>ATTN JOE JEFFERSON, CR MGR<br>PO BOX 290<br>MADISON GA 30650 | 9473<br>Debtor: WINN-DIXIE STORES, INC. | $83,010.14 | $10,904.71 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $580.54, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,961.79 AND $28,627.12, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $21,034.66, AND REMOVAL OF $17,801.32 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 410919**<br>PERFETTI VAN MELLA USA INC<br>C/O FROST BROWN TODD LLC<br>ATTN MICHAEL J OGRADY, ESQ<br>201 E FIFTH STREET, SUITE 2200<br>CINCINNATI OH 45202 | 10083<br>Debtor: WINN-DIXIE STORES, INC. | $143,173.56 | $7,359.81 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,890.80, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,068.00 AND $42,068.72, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $80,995.19, AND REMOVAL OF $6,791.04 FOR UNDOCUMENTED CHARGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor id:** 382067<br>PERRIGO<br>ATTN DAN CULLINAN, CREDIT DEPT<br>515 EASTERN AVE<br>ALLEGAN MI 49010 | 5546<br>**Debtor:** WINN-DIXIE STORES, INC. | $320,080.88 | $303,529.46 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $433.64, ACCOUNTS PAYABLE CREDIT OF $2,241.13, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $13,876.65. |
| **Creditor id:** 381730<br>PHILLY'S FAMOUS WATER ICE INC<br>ATTN: MAXWELL LAPIN, CORP SEC<br>1102 N 28TH ST<br>TAMPA FL 33605<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 39<br>**Debtor:** WINN-DIXIE STORES, INC. | $43,424.88 | $42,239.66 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT, AND ACCOUNTS RECEIVABLE BALANCE OF $42.00 AND $1,143.22, RESPECTIVELY. |
| **Creditor id:** 258641<br>PLAYTEX PRODUCTS, INC<br>ATTN JAIME G PALANCA, CREDIT DIR<br>50 N DUPONT HIGHWAY<br>DOVER DE 19901 | 6131<br>**Debtor:** WINN-DIXIE STORES, INC. | $361,784.68 | $209,159.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,398.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,433.27 AND $37,045.92, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $108,747.94. |
| **Creditor id:** 258969<br>PROFESSIONAL SCREEN PRINTING INC<br>ATTN GILBERT GISPERT, PRES<br>PO BOX 4316<br>TAMPA, FL 33677-4316 | 2021<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,182.76 | $11,155.78 | REDUCED AMOUNT REFLECTS 8/13/04 PAYMENT OF $26.98 BY CHECK NUMBER 7306410. |
| **Creditor id:** 410392<br>PRUDENTIAL CO - ST JOHN'S COMMONS<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 7398<br>**Debtor:** WINN-DIXIE STORES, INC. | $77,677.11 | $21,807.27 | REDUCED AMOUNT REFLECTS 2004 INSURANCE ASSERTED AS UNSECURED NON-PRIORITY. AS TO REMAINING ASSERTED AMOUNT FILED AS ADMINISTRATIVE PRIORITY, DEBTOR PAID $46,455.75 FOR JULY 2005 RENT BY CHECK NUMBER 008069790 AND OWES NEITHER INTEREST OF $743.29 NOR ATTORNEY FEES OF $8,670.80.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor id:** 407428<br>PURITY DAIRIES, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4040<br>**Debtor:** WINN-DIXIE STORES, INC. | $54,396.91 | $33,127.47 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $614.10, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,010.88 AND $714.45, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $18,930.01. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A -- OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279031**<br>PURITY WHOLESALE GROCERS, INC<br>ATTN BRUCE KRICHMAR, VP OF ACCT<br>5400 BROKEN SOUND BLVD NW<br>BOCA RATON  FL 33487<br><br>Transferee: M.D. SASS | 585<br>Debtor: **WINN-DIXIE STORES, INC.** | $228,790.42 | $116,567.52 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,400.09, ACCOUNTS PAYABLE CREDIT OF $3,515.80, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $105,287.01. |
| **Creditor Id: 269164**<br>R&M DISTRIBUTORS, INC<br>ATTN GUSTAVO VEGA, PRES<br>7050 SW 4TH STREET<br>MIAMI, FL  33144 | 96<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,659.82 | $3,510.03 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3.99 AND MONEY ORDER PAYMENT OF $145.80 FOR WINE INVOICE NUMBERS 536.86, 736.35, 286.53, 722.60, 2282.34 MADE WEEK OF FEBRUARY 9, 2005. |
| **Creditor Id: 269166**<br>R&R SHEET METAL, INC<br>ATTN KATHY ROWELL<br>PO BOX 49<br>FOXWORTH, MS  39483<br><br>Transferee: ASM CAPITAL LP | 185<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,121.71 | $8,484.06 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,637.65 FOR TWO UNDOCUMENTED INVOICES. |
| **Creditor Id: 259222**<br>RALSTON FOODS, DIV OF<br>RALCORP HOLDINGS, INC<br>ATTN GLENDA F GRIMES, DIR CORP CRED<br>800 MARKET STREET, SUITE 2150<br>ST LOUIS MO  63101<br><br>Transferee: AMROC INVESTMENTS LLC | 3843<br>Debtor: **WINN-DIXIE STORES, INC.** | $356,723.13 | $72,359.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,504.03, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,721.77 AND $9.42, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $272,128.73.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 407578**<br>RANDSTAD NORTH AMERICA<br>ATTN WES ARGABRITE, CREDIT ANALYST<br>2015 S PARK PLACE<br>ATLANTA  GA  30339 | 4408<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,447.20 | $17,995.89 | REDUCED AMOUNT REFLECTS 2/8/05 PAYMENT OF $451.31 FOR INVOICE NUMBER R41990654 BY CHECK NUMBER 007447681. |
| **Creditor Id: 269470**<br>RESERS FINE FOODS, INC<br>PO BOX 5037, UNIT 114<br>PORTLAND, OR  97208 | 8714<br>Debtor: **WINN-DIXIE STORES, INC.** | $480,235.35 | $374,437.76 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,129.02, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,530.85 AND $8.68, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $100,128.84. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 381953**<br>SAFETY KLEEN SYSTEMS, INC<br>ATTN BANKRUPTCY SUPERVISOR<br>CLUSTER II BLDG 3<br>5400 LEGACY DRIVE<br>PLANO TX 75024 | 252<br>Debtor: **WINN-DIXIE STORES, INC.** | $24,787.31 | $19,359.64 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,847.35 FOR 2002-2003 INVOICES LACKING ADEQUATE DOCUMENTATION AND NOT REFLECTED IN DEBTOR'S BOOKS AND RECORDS AND PAYMENTS OF $133.77, $397.04, AND $324.21 ON 10/8/03 FOR INVOICE NUMBERS 24088981, 24230832, AND MO0162101Z, RESPECTIVELY, BY CHECK NUMBER 7020067, $453.90 ON 12/26/03 FOR INVOICE NUMBER 25032386 BY CHECK NUMBER 7096075, AND $171.40 ON 2/18/04 FOR INVOICE NUMBER 25155623 BY CHECK NUMBER 7145894. |
| **Creditor Id: 260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 | 8153<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $987,563.33 | $350,598.19 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $18,444.74, ACCOUNTS PAYABLE AND RECEIVABLE OFFSETS OF $23,797.56 AND $7,799.48, RESPECTIVELY, REMOVAL OF CHARGEBACKS OF $11,059.56, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $575,863.80. |
| **Creditor Id: 406147**<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT, INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002<br><br>Counsel: ATTN JERROLD N POSLUSNY JR, ESQ | 12802<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,051.91 | $29,316.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,735.84 ERRONEOUSLY INCLUDED IN 2004 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 405882**<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2585<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $53,099.43 | $47,985.52 | REDUCED AMOUNT REFLECTS REAL ESTATE TAXES OF $46,895.51, PREPETITION INSURANCE OF $1,205.23, AND CREDIT BALANCE OF $115.22 FOR COMMON AREA MAINTENANCE CHARGES. DEBTOR PAID $4,755.77 3/21/05 FOR POSTPETITION INSURANCE AND PROPERTY MANAGER DID NOT APPROVE $450 HVAC CHARGE. |
| **Creditor Id: 261348**<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br><br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 958<br>Debtor: **CRACKIN GOOD, INC.** | $185.00 | $60.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $125.00 FOR APPROXIMATELY 100 INVOICES ON 12/3/04 BY CHECK NUMBER 7397917. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 261348<br>SOUTHEAST UNLOADING, LLC<br>ATTN: CHRIS SPENCE, VP<br>PO BOX 1647<br>YULEE, FL 32041<br><br>Transferee: MERRILL LYNCH CREDIT PRODUCTS LLC<br>Counsel: ATTN RICHARD K. JONES, ESQ. | 959<br>**Debtor:** WINN-DIXIE STORES, INC. | $808.00 | $701.00 | REDUCED AMOUNT REFLECTS 1/6/05 PAYMENT OF $107.00 BY CHECK NUMBER CHECK 7422511. |
| **Creditor Id:** 242223<br>SOUTHERN PRIDE CATFISH LLC DBA<br>AMERICAN PRIDE SEAFOODS<br>ATTN: BOB MYATT, VP FIN<br>40 HERMAN MELVILLE BLVD<br>NEW BEDFORD MA 02741<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN CAROL A. ENTELISANO, ESQ. | 3002<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $1,034,429.80 | $929,181.42 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,189.34, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $13,288.49 AND $441.60, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $88,328.95. |
| **Creditor Id:** 408325<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR., SUITE 100<br>ONTARIO CA 91764<br><br>Counsel: ATTN: STEPHEN M MILLER, ESQ | 6761<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $59,577.79 | $48,539.19 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279265<br>SPIC AND SPAN COMPANY, THE<br>DIV OF PRESTIGE BRANDS HOLDINGS INC<br>ATTN HARRIS T SEMEGRAM, CR DIRECTOR<br>90 NORTH BROADWAY<br>IRVINGTON NY 10533 | 7305<br>**Debtor:** WINN-DIXIE STORES, INC. | $38,264.18 | $16,837.22 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $246.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $341.79 AND $884.08, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $7,532.59, AND REMOVAL OF $12,422.42 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 382255<br>ST PETERSBURG TIMES<br>ATTN KIMBERLY RILEY, CKREDIT MGR<br>490 FIRST AVENUE SOUTH<br>ST PETERSBURG, FL 33731 | 10534<br>**Debtor:** WINN-DIXIE STORES, INC. | $48,085.33 | $38,068.41 | REDUCED AMOUNT REFLECTS 185 PAYMENTS AGGREGATING $10,016.92 (CLAIM ASSERTED BY ST. PETERSBURG TIMES, BUT INVOICES ISSUED BY, AND PAYMENTS TENDERED TO, TIMES PUBLISHING COMPANY). |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 261780**<br>ST ROSE NURSERY<br>ATTN DAVID ROBINSON, CONTROLLER<br>PO BOX 95339<br>NEW ORLEANS, LA 70195<br><br>Transferee: HAIN CAPITAL OPPORTUNITIES LLC<br>Counsel: ATTN RICHARD B JURISICH JR, ESQ | 1233<br>Debtor: WINN-DIXIE STORES, INC. | $257,885.30 | $249,217.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,949.52 AND REMOVAL OF $4,518.52 BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 406190**<br>STATE OF MISSISSIPPI TAX COMMISSION<br>ATTN BRENDA T CARTER<br>BANKRUPTCY SECTION<br>PO BOX 23338<br>JACKSON MS 39225-3338<br><br>Counsel: ATTN: MICHAEL MOORE, ESQ | 6128<br>Debtor: WINN-DIXIE STORES, INC. | $1,242.71 | $143.75 | REDUCED AMOUNT REFLECTS UNSECURED PRIORITY FRANCHISE AND INCOME TAX OF $125.00, UNSECURED PRIORITY INTEREST OF $12.50, AND UNSECURED NON-PRIORITY PENALTY OF $6.25. AS TO DIXIE SPIRITS, INC., DEBTOR PAID $209.58 ON 9/9/05 BY CHECK NUMBER 008101878 AND PROTESTED $104.79 PENALTY THEREON. AS TO WINN-DIXIE STORES, INC.'S $784.44 WITHHOLDING TAX, INTEREST, AND PENALTY, NO AMOUNT IS DUE AS THAT DEBTOR HAS NOT BEEN DOING BUSINESS AND DOES NOT HAVE EMPLOYEES IN MISSISSIPPI. |
| **Creditor Id: 262046**<br>STRATE WELDING SUPPLY CO, INC<br>ATTN WE STRAYE, VP<br>PO BOX 37330<br>JACKSONVILLE, FL 32236-7330 | 1696<br>Debtor: WINN-DIXIE STORES, INC. | $4,068.48 | $3,011.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,057.17 FOR IMPERMISSIBLE LATE FEES. |
| **Creditor Id: 279156**<br>SUNSWEET GROWERS, INC<br>ATTN KAREN MILLER/A DRISCOLL<br>901 N WALTON AVENUE<br>YUBA CITY CA 95993 | 10146<br>Debtor: WINN-DIXIE STORES, INC. | $38,403.84 | $21,508.23 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $469.90, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $388.80 AND $2,000.00, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,036.71. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 262247**<br>SUPER MARKET MERCHANDISING<br>ATTN EDWARD FANN, CONTROLLER<br>5200 VIRGINIA AVENUE<br>ST LOUIS, MO 63111-1946 | 8005<br>Debtor: WINN-DIXIE STORES, INC. | $41,357.96 | $38,917.29 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $71.30 AND REMOVAL OF $2,320.67 FOR INVOICE NUMBERS 34846 AND 34847 BY AGREEMENT WITH CLAIMANT AND $48.70 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 2210**<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | 1288<br>Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | $1,909.12 | REDUCED AMOUNT REFLECTS 2005 PREPETITION REAL ESTATE TAXES BASED ON ACTUAL BILL RECEIVED, RATHER THAN ESTIMATED AMOUNT USED BY CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  262390**<br>TG LEE FOODS, INC DBA TG LEE DAIRY<br>ATTN MIKE CLUKEY, CREDIT MGR<br>315 N RUMBY AVE<br>ORLANDO  FL  32803 | 3766<br>**Debtor:**  WINN-DIXIE STORES, INC. | $181,226.87 | $127,025.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,568.07, ACCOUNTS PAYABLE CREDIT OF $2,454.93, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $50,178.36. |
| **Creditor Id:  404007**<br>THOMSON WEST<br>ATTN JOHN F TUMULTY<br>610 OPPERMAN DRIVE, D6-11-3807<br>EAGAN  MN  55123 | 1630<br>**Debtor:**  WINN-DIXIE STORES, INC. | $10,748.37 | $10,641.87 | REDUCED AMOUNT REFLECTS PAYMENT OF $106.50 FOR POSTPETITION PORTION OF INVOICE NUMBER 808505056 BY CHECK NUMBER 008055719. |
| **Creditor Id:  403480**<br>UNITED STATES AGRICULTURE DEPT<br>AGRICULTURAL MARKETING SVCE DAIRY<br>PROGRAMS FOS 8&7<br>ATTN SUE L MOSLEY MILK MARKET ADMIN<br>1550 NORTH BROWN ROAD, SUITE 120<br>LAWRENCEVILLE  GA  30043<br><br>Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | 1038<br>**Debtor:**  WINN-DIXIE STORES, INC. | $2,276,326.88 | $202,655.38 | CLAIM INCLUDES CHARGES OWED CLAIMANT AND AMOUNTS DUE SUPPLIERS OF MILK.  REDUCED AMOUNT REFLECTS REMOVAL OF $2,057,533.14 WHICH IS IN THE AGGREGATE DUPLICATE LIABILITIES ASSERTED BY AND SETTLED WITH SUPPLIERS (CLAIM NUMBERS 4209, 4209, 3501, AND 6176) AND $16,138.36 FOR IMPERMISSIBLE POSTPETITION PENALTIES.  REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id:  407566**<br>UNIVAR USA INC<br>PO BOX 34325<br>SEATTLE  WA  98124-1325 | 4405<br>**Debtor:**  WINN-DIXIE STORES, INC. | $58,558.03 | $37,144.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $648.90 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $20,764.80. |
| **Creditor Id:  382093**<br>UPPER CRUST, LTD<br>C/O WARREN & MARTZIN LLC<br>ATTN WM FRANKLIN WARREN, III, ESQ<br>150 MILESTONE WAY, STE A<br>GREENVILLE  SC  29615<br><br>Transferee: ASM CAPITAL II, LP | 9420<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $45,196.80 | $38,144.19 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $7,052.61. |
| **Creditor Id:  263098**<br>VALLEY PROTEINS INC<br>ATTN TRISHA B DAUGHERTY, MGR<br>PO BOX 643393<br>CINCINNATI, OH  45264-3393 | 6880<br>**Debtor:**  WINN-DIXIE RALEIGH, INC. | $51,940.00 | $50,345.00 | REDUCED AMOUNT REFLECTS PAYMENTS OF $145.00 FOR INVOICE NUMBER 308274 ON 7/19/05, $580.00 FOR INVOICE NUMBER 308274 ON 7/26/05, $580.00 FOR INVOICE NUMBER 308273 ON 3/31/05, AND $290.00 FOR INVOICE 308273 ON 7/26/05 BY CHECK NUMBERS 8076131, 8076729, 8014109, AND 8075676, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 397348**<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 | 740<br>Debtor: WINN-DIXIE STORES, INC. | $83,892.17 | $56,365.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $27,526.96 FOR INVOICES FOR STORES LOCATED IN DE, MD, NJ, PA, MI, NE AND CT AS DEBTORS DO NOT OWN OR OPERATE STORES IN THOSE STATES. |
| **Creditor Id: 264502**<br>WATSON TRADING COMPANY, INC<br>ATTN GREGORY J WATSON, PRES<br>501 W CARLETON ROAD<br>1 WICKER PLACE<br>PO BOX 257<br>HILLSDALE, MI 49242 | 921<br>Debtor: WINN-DIXIE STORES, INC. | $36,876.37 | $34,408.68 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,467.69 FOR CHARGEBACKS CONSISTING OF FREIGHT, PRICING DIFFERENCES, AND SHORTAGES  ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 264586**<br>WELCH FOODS<br>ATTN GERALD LEBLANC, CR MGR<br>PO BOX 100565<br>ATLANTA, GA 30384-0565 | 9558<br>Debtor: WINN-DIXIE STORES, INC. | $529,458.12 | $187,510.91 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 405280**<br>WHITE WAVE, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 3746<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $307,298.08 | $172,215.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,859.85, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $11,386.92 AND $15,193.02, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $104,843.04. |
| **Creditor Id: 264996**<br>WM WRIGLEY JR CO<br>PO BOX 905020<br>CHARLOTTE, NC 28290-5020 | 9867<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $149,735.99 | $59,326.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $271.20 AND $67,217.15, RESPECTIVELY, AND REMOVAL OF $22,921.18 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 399358**<br>YALE INDUSTRIAL TRUCKS<br>ATTN LISA RAUCH-MILLER, VP<br>2230 N US HWY 301<br>TAMPA FL 33619 | 500<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $24,001.73 | $20,486.72 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,515.01 FOR INVOICE NUMBER 03E7857780 INCLUDED TWICE IN DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 399358**<br>YALE INDUSTRIAL TRUCKS<br>ATTN LISA RAUCH-MILLER, VP<br>2230 N US HWY 301<br>TAMPA, FL 33619 | 501<br>Debtor: WINN-DIXIE STORES, INC. | $16,089.78 | $15,197.77 | REDUCED AMOUNT REFLECTS PAYMENTS OF $341.50 ON 11/1/04 AND $550.51 ON 12/30/04 BY CHECK NUMBERS 7372505 AND 7418121, RESPECTIVELY. |
| **Creditor Id: 410597**<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK, NY 10019-4107 | 9843<br>Debtor: WINN-DIXIE STORES, INC. | $52,549.71 | $52,024.21 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE LATE FEE OF $525.50. |
| Counsel: ATTN ROBERT J FEINSTEIN, ESQ | | | | |

|  |  |  |
|---|---|---|
| **Total Claims to be Reduced:** | 116 | |
| **Total Amount to be Reduced:** | $27,306,386.83 | Plus Unliquidated Amounts, If Any |
| **Total Reduced Amount:** | $14,421,886.03 | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| ACCO BRANDS, INC C/O WILDMAN HARROLD ALLEN & DIXON ATTN J PASCHKE & J YOUNG, ESQS 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606-1229 | 918 | $23,230.75 | Unsecured Non-Priority | Multiple Classes | $19,434.20 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,256.73 AND REMOVAL OF $2,539.82 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $5,156.82 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,277.38 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted Debtor: | | WINN-DIXIE PROCUREMENT, INC. | | | |
| ACE ELECTRICAL SERVICE, INC ATTN CHARLES R DEPARI, JR 1504 DAMON AVENUE KISSIMMEE, FL 34744 | 1672 | $18,825.25 | Multiple Classes | Unsecured Non-Priority | $14,824.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.82 FOR POSTPETITION INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| AGAPION, BILL DBA ARCO REALTY CO 625 S ELM STREET GREENSBORO, NC 27406-1327 | 2412 | $3,352.59 | Multiple Classes | Unsecured Non-Priority | $3,204.41 | REDUCED AMOUNT REFLECTS REMOVAL OF $148.18 FOR WATER USED AFTER REJECTION DATE. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| ALTADIS USA ATTN MIRIAM PIEDRA, CR MGR 5900 N ANDREWS AVE FORT LAUDERDALE FL 33309 | 1693 | $53,841.68 | Unsecured Non-Priority | Multiple Classes | $50,643.19 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $218.40 AND REMOVAL OF INVALID RETURNS OF $2,980.09. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $4,769.28 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $45,873.91 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| AMERICAN FOOD DISTRIBUTORS, INC ATTN LEN KANTER, VP 325 WIRELESS BLVD HAUPPAUGE NY 11788 | 835 | $134,737.65 | Multiple Classes | Unsecured Non-Priority | $1,347.38 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,435.00, NET CONSUMPTION WAIVER OF $4,042.13, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $127,913.14. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| AMERICAN FOOD DISTRIBUTORS, INC ATTN LEN KANTER, VP 325 WIRELESS BLVD HAUPPAUGE NY 11788 | 836 | $59,499.60 | Multiple Classes | Unsecured Non-Priority | $45,137.45 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER BOOKS AND RECORDS AND DOCUMENTATION SUPPORTING CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| AMERICAN RICE, INC ATTN C BRONSON SCHULTZ, VP PO BOX 2587 HOUSTON TX 77252 | 2775 | $3,040.26 | Multiple Classes | Unsecured Non-Priority | $30.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $91.21, ACCOUNTS PAYABLE CREDIT OF $80.64, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,838.01. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| ARQUEST, INC C/O FOX ROTHSCHILD ATTN HALL BAUME, ESQ PO BOX 5231 PRINCETON NJ 08543-5231 | 7741 | $105,788.74 | Priority | Unsecured Non-Priority | $29,078.78 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,240.80 AND $42.89 RESPECTIVELY, NET CONSUMPTION WAIVER OF $2,324.54, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $70,101.73. ALSO, MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| AZALEA GUMBO C/O AZALEA SEAFOOD GUMBO SHOPPE ATTN MIKE RATHLE 5570 PEARY ROAD THEODORE AL 36582  Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | 6823 | $9,912.00 | Priority | Unsecured Non-Priority | $99.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $297.36 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,515.52. ALSO, MISCLASSIFIED CLAIM. |
| BEAVER STREET FISHERIES INC C/O HELD & ISRAEL ATTN EDWIN W HELD JR, ESQ 1301 RIVERPLACE BLVD, STE 1916 JACKSONVILLE FL 32207  Asserted Debtor: WINN-DIXIE STORES, INC. | 4538 | $283,655.42 | Multiple Classes | Unsecured Non-Priority | $71,716.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,878.87, ACCOUNTS PAYABLE CREDIT OF $4,063.56, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $185,995.27. ALSO, MISCLASSIFIED CLAIM. |
| BEMIS COMPANY, INC POLYETHYLENE PACKING DIVISON ATTN JAMES MCDERMOTT PO BOX 905 TERRE HAUTE IN 47808  Asserted Debtor: DEEP SOUTH PRODUCTS, INC. | 1069 | $173,807.78 | Multiple Classes | Unsecured Non-Priority | $104,052.51 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $356.46 EACH, NET CONSUMPTION WAIVER OF $2,113.69, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $66,928.66. ALSO, MISCLASSIFIED CLAIM. |
| BIC USA INC ATTN JOAN EVARTS, CREDIT MGR 500 BIC DRIVE MILFORD CT 06460  Asserted Debtor: WINN-DIXIE STORES, INC. | 5684 | $137,694.75 | Multiple Classes | Multiple Classes | $88,320.27 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $994.24 AND $1,445.73, RESPECTIVELY, AND COUPON DEDUCTIONS AND ADVERTISING PAYBACKS AGGREGATING $47,234.51 THAT CLAIMANT AGREED TO WAIVE. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $24,884.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $63,435.97 REMAINS UNSECURED NON-PRIORITY. |
| BINNEY & SMITH INC ATTN BONNIE WERKHEISER 1100 CHURCH LANE PO BOX 431 EASTON PA 18044-0431  Asserted Debtor: WINN-DIXIE STORES, INC. | 2689 | $149,207.78 | Multiple Classes | Unsecured Non-Priority | $7,518.19 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,315.17, NET CONSUMPTION WAIVER OF $4,293.62, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $136,080.80. ALSO, MISCLASSIFIED CLAIM. |
| BLUE BELL CREAMERIES, LP ATTN PAUL KRUSE / DIANA MARKWARDT PO BOX 1807 BRENHAM TX 77834-1807  Asserted Debtor: WINN-DIXIE STORES, INC. | 4297 | $870,235.07 | Multiple Classes | Unsecured Non-Priority | $516,864.69 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,684.83, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $83,698.46 AND $16,072.41, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $245,914.68. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT 6 - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| BLUE DIAMOND GROWERS ATTN ELAINE DYKHOUSE, MGR PO BOX 96269 CHICAGO, IL 60693 Transferred To: FAIR HARBOR CAPITAL LLC ATTN FRED GLASS 875 AVENUE OF THE AMERICAS STE 2305 NEW YORK, NY 10001 | 3314 | $23,183.60 Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $13,435.95 | REDUCED AMOUNT REFLECTS PAYMENTS OF $3,161.40 ON 2/11/05 FOR INVOICE NUMBER 443427 DATED 2/1/05 BY CHECK NUMBER 7451119, $3,888.30 ON 3/3/05 FOR INVOICE NUMBER 443931 DATED 02/18/05 BY CHECK NUMBER 8002729, AND $2,897.95 ON 3/4/05 FOR INVOICE NUMBER 443937 DATED 02/18/05 BY CHECK NUMBER 8002305 AS DEBTOR RECEIVED GOODS ON LATTER TWO INVOICES POSTPETITION. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $10,116.48 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,319.47 REMAINS UNSECURED NON-PRIORITY. |
| BUNGE NORTH AMERICA, INC C/O THOMPSON COBURN, LLP ATTN SETH A ALBIN, ESQ ONE US BANK PLAZA ST LOUIS MO 63101 | 3684 | $147,011.82 Asserted Debtor: DEEP SOUTH PRODUCTS, INC. | Administrative | Unsecured Non-Priority | $1,470.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,410.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $141,131.35. ALSO, MISCLASSIFIED CLAIM. |
| CAJUN CUTTERS LAWN SERVICE ATTN CRAIG A LEBLANC, OWNER 20631 LEO ROAD ABBEVILLE LA 70510 | 7478 | $1,875.00 Asserted Debtor: WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $1,250.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $625.00 FOR DUPLICATE INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| CAL-MAINE FOODS INC C/O YOUNG WILLIAMS, PA ATTN ROBERT L HOLLADAY JR PO BOX 23059 JACKSON MS 39225-3059 | 9424 | $306,907.80 Asserted Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Unsecured Non-Priority | $175,869.32 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,970.86 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $127,067.62. ALSO MISCLASSIFIED CLAIM. |
| CAMPBELL SOUP COMPANY ATTN LINDA ELLIS, DIR CREDIT OP 1 CAMPBELL PLACE CAMDEN NJ 08103 | 8066 | $1,519,768.96 Asserted Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Unsecured Non-Priority | $591,494.82 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $24,649.06, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $29,902.27 AND $146,503.11, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $705,112.09, AND REMOVAL OF $22,037.61 FOR CHARGES LISTED TWICE IN PROOF OF CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| CARGILL INC, SALT ATTN JENNIFER HENDERSON, LAW 151 N MAIN STREET WICHITA KS 67202 | 9705 | $29,881.59 Asserted Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $26,285.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,595.70. ALSO, MISCLASSIFIED IN PART. ASSERTED AS ADMINISTRATIVE PRIORITY, SECURED, AND UNSECURED NON-PRIORITY. RECLASSIFY $20,272.53 TO UNSECURED NON-PRIORITY AND $6,013.36 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B – OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CARGILL INCORPORATED, SWEETENER: ATTN JENNIFER HENDERSON, LAW 151 N MAIN STREET WICHITA KS 67202 | 9704 | $232,667.83 | Multiple Classes | Multiple Classes | $194,330.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $38,336.93 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED IN PART. ASSERTED AS ADMINISTRATIVE PRIORITY, SECURED, AND UNSECURED NON-PRIORITY. RECLASSIFY $170,760.89 TO UNSECURED NON-PRIORITY AND $23,570.01 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| CITY OF CLAXTON ATTN GAYLE K DURRENCE PO BOX 829 CLAXTON, GA 30417-0829 | 2519 | $1,787.54 | Priority | Unsecured Non-Priority | $1,076.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $710.93 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| CITY OF DELAND LEGAL DEPARTMENT 120 SOUTH FLORIDA AVE PO DRAWER 449 DELAND, FL 32721 | 11732 | $4,903.37 | Secured | Unsecured Non-Priority | $3,913.34 | REDUCED AMOUNT REFLECTS REMOVAL OF $990.03 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| CITY OF LAUDERHILL, FL ATTN JUDITH HIGGINS 2100 NW 55TH WAY FORT LAUDERDALE FL 33313-3055 | 11687 | $3,452.19 | Priority | Unsecured Non-Priority | $1,186.40 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE POSTPETITION PENALTY CHARGES OF $2,265.79. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| COLE'S QUALITY FOODS INC ATTN: CYNTHIA A HARVARD, CFO 1188 LAKESHORE DRIVE MUSKEGON MI 49441-1691 | 4426 | $150,505.00 | Multiple Classes | Multiple Classes | $143,577.07 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,484.40 AND $1,443.53, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $73,888.23 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $69,688.84 TO UNSECURED NON-PRIORITY. |
| | | Asserted Debtor: | WINN-DIXIE PROCUREMENT, INC. | | | |
| Transferred To: SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE ATTN BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | | | | | | |
| COMBE INC ATTN CAROL PIRONE OR J GUSMANO 1101 WESTCHESTER AVENUE WHITE PLAINS NY 10604 | 10655 | $196,960.32 | Multiple Classes | Unsecured Non-Priority | $150,994.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,391.68, ACCOUNTS PAYABLE CREDIT OF $51.68, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $44,532.86. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE PROCUREMENT, INC. | | | |
| COMMUNITY COFFEE COMPANY, LLC C/O KANTROW SPAHT WEAVER & BLITZER ATTN DAVID S RUBIN, ESQ PO BOX 2997 BATON ROUGE LA 70821 | 1263 | $87,403.20 | Unsecured Non-Priority | Multiple Classes | $85,394.32 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,506.25 AND $52.63, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $70,892.99 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,501.33 REMAINS UNSECURED NON-PRIORITY. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CONECUH SAUSAGE COMPANY INC 200 INDUSTRIAL PARK PO BOX 327 EVERGREEN, AL 36401 | 3658 | $61,558.08 | Unsecured Non-Priority | Multiple Classes | $60,793.92 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $764.16. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $26,951.12 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $33,842.80 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| CONSOLIDATED BISCUIT COMPANY PO BOX 631073 CINCINNATI, OH 45263-1073 Transferred To: JPMORGAN CHASE BANK NA ATTN STANLEY LIM 270 PARK AVE 17TH FLR NEW YORK, NY 10017 | 9559 | $920,994.46 | Unsecured Non-Priority | Multiple Classes | $911,882.22 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,112.24. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $384,929.04 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $526,953.18 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| CORR WILLIAMS COMPANY, THE PO BOX 32 1522 HIGHWAY 98 EAST COLUMBIA, MS 39429 | 10877 | $51,868.02 | Multiple Classes | Unsecured Non-Priority | $37,564.48 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $412.71, ACCOUNTS PAYABLE CREDIT OF $884.05, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $13,206.78. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| DAWN FOOD PRODUCTS, INC ATTN ROBERT LYSKO, NAT CR MGR 3333 SARGENT ROAD JACKSON MI 49201 | 10631 | $411,317.02 | Multiple Classes | Unsecured Non-Priority | $151,543.43 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $5,575.10, NET CONSUMPTION WAIVER OF $8,021.81, ACCOUNTS PAYABLE CREDIT OF $9,343.90, RECLAMATION PAYMENTS IN PROCESS TOTALING $247,353.98, AND REMOVAL OF $629.00 FOR CALCULATION ERROR IN PROOF OF CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| DEGUSSA FLAVORS & FRUIT SYSTEMS L LOCATION 00557 10311 CHESTER ROAD CINCINNATI, OH 45215 | 4214 | $43,265.00 | Priority | Unsecured Non-Priority | $432.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,297.95 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $41,534.40. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | DEEP SOUTH PRODUCTS, INC. | | |
| DOLCO PACKAGING ATTN GREGORY MEYER 2110 PATTERSON STREET PO BOX 1005 DECATUR IN 46733 | 2389 | $131,921.23 | Multiple Classes | Unsecured Non-Priority | $57,132.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,256.31 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $72,521.95. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | DEEP SOUTH PRODUCTS, INC. | | |
| DOUBLE EAGLE NO ALCOHOL ATTN JOSPEH D HORSFALL, VP 50 LOCK ROAD DEERFIELD BEACH, FL 33441 | 8781 | $3,090.15 | Multiple Classes | Unsecured Non-Priority | $2,463.28 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $19.00 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $607.87. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| EAST PENN MANUFACTURING CO INC ATTN ROBERT A BASHORE OR C PRUITT PO BOX 147 LYON STATION PA 19536-0147 | 11813 | $6,787.91 | Multiple Classes | Unsecured Non-Priority | $5,993.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $23.00, ACCOUNTS PAYABLE CREDIT OF $117.50, RECLAMATION PAYMENTS IN PROCESS TOTALING $618.30, AND REMOVAL OF $35.93 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| ED SMITH USA, INC FKA NORTH COAST PROCESSING INC C/O MARK G CLAYPOOL, ESQ 120 WEST TENTH STREET ERIE PA 16501-1461 | 451 | $59,983.32 | Administrative | Unsecured Non-Priority | $16,300.56 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,061.98, RECLAMATION PAYMENTS IN PROCESS TOTALING $33,983.54, AND REMOVAL OF $8,637.24 FOR POST-PETITION INVOICE NUMBER 15719. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| EVERCARE COMPANY, THE FKA HELMAC PRODUCTS CORP C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN RICHARD G MURPHY, JR, ESQ 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 | 4367 | $100,087.08 | Multiple Classes | Unsecured Non-Priority | $82,504.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $436.69, ACCOUNTS RECEIVABLE BALANCE OF $1,120.90, REMOVAL OF IMPERMISSIBLE FINANCE CHARGE OF $1,491.90, UNDOCUMENTED CHARGES OF $114.84, CANCELLED ORDER OF $1,564.60, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $12,853.40. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| FASTENERS FOR RETAIL INC ATTN AMY BATES, CREDIT MANAGER PO BOX 74049 CLEVELAND, OH 44191-4049 | 4782 | $43,385.73 | Unsecured Non-Priority | Multiple Classes | $26,894.45 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $493.06 AND CANCELLED ORDER OF $15,998.22. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $13,197.28 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $13,697.17 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| FLORIDA'S NATURAL GROWERS, DIV CITRUS WORLD, INC ATTN FAYE HARRIS 20205 US HIGHWAY 27N PO BOX 1111 LAKE WALES FL 33859 | 5986 | $90,968.12 | Multiple Classes | Unsecured Non-Priority | $58,841.19 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE PROCUREMENT, INC. | | |
| FLOWERS, INC BALLOONS ATTN ROY DRINKARD, CFO 325 CLEVELAND ROAD BOGART GA 30622 | 7389 | $90,396.24 | Multiple Classes | Unsecured Non-Priority | $22,438.01 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,058.43 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $65,899.80. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| FPL FOOD LLC DBA SHAPIRO PACKING COMPANY INC 1301 NEW SAVANNAH ROAD AUGUSTA GA 30901<br><br>Transferred To: SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE ATTN BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH, CT 06830 | 2064<br><br>Asserted Debtor: | $295,592.30<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $2,955.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,867.77 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $283,768.61. ALSO, MISCLASSIFIED CLAIM. |
| FRIENDSHIP DAIRIES INC ATTN JOSEPH MURGOLO/DOUGLAS GERBOSI ONE JERICHO PLAZA, SUITE 107 JERICHO NY 11753-1688 | 4110<br><br>Asserted Debtor: | $31,693.88<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $21,138.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,140.62, NET CONSUMPTION WAIVER OF $319.87, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $8,095.19. ALSO, MISCLASSIFIED CLAIM. |
| FRONT-END SERVICES CORPORATION ATTN KAREN EDDLEMON, CASH MGR 1100 FOUNTAIN PARKWAY GRAND PRAIRIE TX 75050-1513 | 8556<br><br>Asserted Debtor: | $726,680.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $580,160.00 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,440.00 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $142,080.00. ALSO, MISCLASSIFIED CLAIM. |
| FROZEN SPECIALTIES, INC ATTN CFO 1465 TIMBERWOLF DRIVE HOLLAND OH 43528 | 9<br><br>Asserted Debtor: | $40,185.00<br><br>WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $39,909.50 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $275.50. ALSO, MISCLASSIFIED CLAIM. RECLASSIFY $38,302.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,607.40 REMAINS UNSECURED NON-PRIORITY. |
| GEORGIA-PACIFIC CORPORATION ATTN: ERICH L MCINNIS, COLL MNGR 133 PEACHTREE STREET NE (30303) PO BOX 105605 ATLANTA GA 30348-5605<br><br>Transferred To: CONTRARIAN FUNDS, LLC ATTN ALPA JIMENEZ 411 WEST PUTNAM AVE S-225 GREENWICH, CT 06830 | 4850<br><br>Asserted Debtor: | $1,997,391.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $792,983.85 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,594.53, NET CONSUMPTION WAIVER OF $36,497.19, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,163,315.52. ALSO, MISCLASSIFIED CLAIM. |
| GLAZER'S WHOLESALE DRUG CO OF NE ORLEANS INC ET AL C/O GLAZERS WHOLESALE DRUG CO, INC. ATTN CARY ROSSEL, VP & CFO PO BOX 809013 DALLAS TX 75380-9013 | 7453<br><br>Asserted Debtor: | $375,212.76<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $183,748.22 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,801.95 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $185,662.59. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br>Transferred To: MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK, KS 66202 | 1265<br><br>Asserted Debtor: | $185,267.74<br><br>WINN-DIXIE STORES, INC. | Administrative | Unsecured Non-Priority | $19,374.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,376.96, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,043.66 AND $24.11, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $139,738.75. ALSO, MISCLASSIFIED CLAIM. |
| GOOD L CORP<br>ATTN JERE BROWN & BETSY GOODELL<br>5382 MURFREESBORO ROAD<br>PO BOX 337<br>LA VERGNE, TN 37086-0337 | 84<br><br>Asserted Debtor: | $22,543.37<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $17,692.46 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,451.90, CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES OF $770.17, AND PAYMENT OF $2,628.84 FOR INVOICE NUMBER 70852 PAID 12/04/05 BY CHECK NUMBER 007435163. ALSO, MISCLASSIFIED CLAIM. |
| GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA, GA 30355-2505 | 11833<br><br>Asserted Debtor: | $264,425.22<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $264,341.82 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $83.40. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $25,076.28 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $239,265.54 TO UNSECURED NON-PRIORITY. |
| HARVARD DRUG GROUP, LLC<br>C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226 | 5819<br><br>Asserted Debtor: | $623,072.35<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $297,170.76 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,875.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $316,025.79. ALSO, MISCLASSIFIED CLAIM. |
| HENSCHEL-STEINAU INC<br>C/O SHAPIRO & CROLAND<br>ATTN ROBERT P SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE<br>HACKENSACK NJ 07601 | 9339<br><br>Asserted Debtor: | $91,129.85<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $43,852.30 | REDUCED AMOUNT REFLECTS RECLAMATION PAYMENTS IN PROCESS TOTALING $47,277.55. ALSO, MISCLASSIFIED CLAIM. |
| HERITAGE MINT LTD<br>C/O JEFF OR CRAIG WRIGHT<br>PO BOX 13760<br>SCOTTSDALE AZ 85267 | 3985<br><br>Asserted Debtor: | $227,214.72<br><br>WINN-DIXIE STORES, INC. | Secured | Multiple Classes | $170,437.63 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $496.80 AND RETURN OF DEEMED RECLAIMED GOODS VALUED AT $56,280.29 PER 8/3/05 STIPULATION (DKT NO. 2759) APPROVED BY 8/25/05 ORDER (DKT NO. 3209). ALSO, MISCLASSIFIED CLAIM. RECLASSIFY $140,564.59 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $29,873.04 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| HICO HELIUM & BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS, GA 30127<br><br>Transferred To: AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK, NY 10022 | 2102 | $99,512.30 | Multiple Classes<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $65,476.59 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $375.85, ACCOUNTS PAYABLE CREDIT OF $2,056.50, AND RECLAMATION IN PROCESS PAYMENTS TOTALING $11,603.36. ALSO, MISCLASSIFIED CLAIM. |
| HORMEL FOODS CORP<br>ATTN FORD H SYMONDS, CR MGR<br>1 HORMEL PLACE<br>AUSTIN MN 55912-3680 | 1769 | $511,771.04 | Multiple Classes<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $112,244.93 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $15,813.21, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $24,480.88 AND $7,195.66, RESPECTIVELY, ADDITIONAL RECLAMATION CLAIM OF $28,301.06, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $379,357.42. ALSO, MISCLASSIFIED CLAIM. |
| JA-RU, INC<br>ATTN KENNETH T KOCHAN, CFO<br>4030 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32207 | 2652 | $288,875.26 | Multiple Classes<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $285,029.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $115.16, ACCOUNTS PAYABLE CREDIT OF $5.70, RECLAMATION PAYMENTS IN PROCESS TOTALING $3,679.50, AND DEDUCTION OF $45.13 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| JADE HEALTH & BEAUTY INC<br>ATTN: SUSAN DODSON, SEC/TREAS<br>PO BOX 1090<br>MONTGOMERY TX 77356<br><br>Transferred To: M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS, NY 10604 | 1544 | $125,195.79 | Multiple Classes<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $115,773.13 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $285.53 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,137.13. ALSO, MISCLASSIFIED CLAIM. |
| JENNIE-O TURKEY STORE<br>ATTN FORD SYMONDS, CR MGR<br>1 HORMEL PLACE<br>AUSTIN MN 55912-3680 | 1705 | $70,450.35 | Multiple Classes<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $67,991.19 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $74.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,384.64. ALSO, MISCLASSIFIED CLAIM. |
| JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | 889 | $18,608.00 | Priority<br><br>WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $8,691.11 | REDUCED AMOUNT REFLECTS PREPETITION AMOUNT OWED ON ACTUAL BILL OF $22,029.55 FOR LOT104 TO 9/30/05 REAL ESTATE TAXES. DEBTOR PAID $13,338.44 ON 12/22/05 FOR POSTPETITION PORTION BY CHECK NUMBER 008144112. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| JONES DAIRY FARM<br>ATTN STEPHEN K RUPLINGER, CR MGR<br>PO BOX 608<br>FORT ATKINSON, WI 53538-0808<br><br>Asserted Debtor: WINN-DIXIE STORES, INC. | 8835 | $19,588.32 | Unsecured<br>Non-Priority | Multiple Classes | $18,351.61 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $41.73 AND $58.60, RESPECTIVELY, AND REMOVAL OF $1,126.38 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $8,778.04 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $9,573.57 REMAINS UNSECURED NON-PRIORITY. |
| JUST BORN INC<br>ATTN SUSAN SZLAGYI, SR FIN ANALYST<br>1300 STEFKO BOULEVARD<br>BETHLEHEM PA 18017-6672<br><br>Transferred To: SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH, CT 06830 | 9562 | $42,912.51 | Multiple Classes | Multiple Classes | $30,936.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,039.12 AND $1,935.04, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. CLAIM ASSERTED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $6,706.71 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $24,231.64 REMAINS UNSECURED NON-PRIORITY. |
| KLEINPETER FARMS DAIRY LLC<br>C/O SCHANEVILLE & BARINGER<br>ATTN DALE R BARINGER, ESQ<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802<br><br>Asserted Debtor: WINN-DIXIE STORES, INC. | 9132 | $64,360.86 | Multiple Classes | Unsecured<br>Non-Priority | $39,644.49 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $792.09, NET CONSUMPTION WAIVER OF $654.94, ACCOUNTS PAYABLE CREDIT OF $3,895.47, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $20,958.05. ALSO, MISCLASSIFIED CLAIM. |
| KRISPY KREME<br>MCAEER'S OF BIRMINGHAM, INC<br>ATTN CLAYTON MILES, DIRECTOR<br>1990 NEW PATTON CHAPEL ROAD<br>BIRMINGHAM, AL 35226<br><br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | 8566 | $60,440.36 | Unsecured<br>Non-Priority | Multiple Classes | $55,929.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,511.31 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $11,208.35 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $44,720.70 REMAINS UNSECURED NON-PRIORITY. |
| LANCE, INC.<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE NC 28202<br><br>Transferred To: M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS, NY 10604 | 857 | $848,137.52 | Multiple Classes | Multiple Classes | $844,694.59 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,442.93. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS SECURED AND UNSECURED NON-PRIORITY. RECLASSIFY $122,122.74 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $722,571.85 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| LOREAL PARIS ATTN PATRICK ACKERMAN 36 BROADWAY ROAD CRANBURY NJ 08512 | 11315 | $275,895.18 | Administrative | Unsecured Non-Priority | $2,758.95 | REDUCED AMOUNT REFLECTS RECLAMATION PAYMENTS IN PROCESS TOTALING $273,136.23. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| LUIGINO'S, INC PO BOX 16630 DULUTH MN 55816 | 4585 | $348,291.00 | Priority | Unsecured Non-Priority | $72,796.39 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,987.00, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,544.76 AND $147,425.21, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $100,998.64, AND 34/05 PAYMENT OF $18,539.00 FOR POSTPETITION INVOICE NUMBER 00282182 BY CHECK NUMBER 8002723. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| M JACOBS & SONS ATTN DAVID LUBIN, CFO PO BOX 8068 FARMINGTON HILLS MI 48333 | 1347 | $3,678.72 | Multiple Classes | Unsecured Non-Priority | $2,983.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $21.08, ACCOUNTS RECEIVABLE BALANCE OF $2.16, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $672.22. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| MADIX INC ATTN DAVID PAYNE, CREDIT MGR PO BOX 729 TERREL TX 75160 | 11874 | $671,333.13 | Multiple Classes | Unsecured Non-Priority | $439,668.03 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,020.16 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $224,644.94. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| Transferred To: MADISON INVESTMENT TRUST - SERIES 4 ATTN SALLY MEYER 6310 LAMAR AVE SUITE 120 OVERLAND PARK, KS 66202 | | | | | | |
| MARCAL PAPER MILLS, INC ATTN BARBARA A MAHONEY, CR MGR 1 MARKET STREET ELMWOOD PARK NJ 07407-1451 | 11591 | $72,680.81 | Multiple Classes | Multiple Classes | $70,852.55 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,552.35 AND $275.91, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $67,254.49 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,598.06 TO UNSECURED NON-PRIORITY. |
| | | Asserted Debtor: | WINN-DIXIE PROCUREMENT, INC. | | | |
| Transferred To: MADISON INVESTMENT TRUST - SERIES 4 ATTN SALLY MEYER 6310 LAMAR AVE SUITE 120 OVERLAND PARK, KS 66202 | | | | | | |
| MCILHENNY COMPANY ATTN DARLENE DOOLEY CR SUPERV HIGHWAY 329 AVERY ISLAND LA 70513 | 9762 | $20,356.20 | Multiple Classes | Unsecured Non-Priority | $19,538.19 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE AGGREGATING $818.01. ALSO, MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| MCKEE FOODS CORPORATION ATTN VALERIE PHILLIPS PO BOX 750 COLLEGEDALE, TN 37315 Transferred To: AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | 1004 | $2,829,450.40 WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $2,826,760.79 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,306.07 AND $1,383.54, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. CLAIM ASSERTED AS UNSECURED PRIORITY AND UNSECURED NON-PRIORITY. RECLASSIFY $487,772.56 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $2,339,008.23 TO UNSECURED NON-PRIORITY. |
| MEDIA PARTNERS CORPORATION ATTN ROBERT C JOHNSON, PRES 911 WESTERN AVENUE, SUITE 306 SEATTLE WA 98104 | 2454 | $13,028.90 WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | $12,221.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $807.00 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED CLAIM. |
| MOSBY PACKING CO, INC ATTN: JOE M MOSBY JR, PRES PO BOX 4253, W STATION MERIDAN, MS 39305 Transferred To: ASM CAPITAL LP ATTN ADAM MOSKOWITZ 7600 JERICHO TPK STE 302 WOODBURY, NY 11797 | 3979 | $204,026.84 WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $140,518.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $63,507.85 FOR UNDOCUMENTED CHARGES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $20,926.17 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $119,592.82 REMAINS UNSECURED NON-PRIORITY. |
| MUNCHKIN INC ATTN LEE TEMPLE, SR CR MGR 16669 SCHOENBORN ST NORTH HILLS CA 91343 Transferred To: ASM CAPITAL LP ATTN ADAM MOSKOWITZ 7600 JERICHO TPK STE 302 WOODBURY, NY 11797 | 1648 | $98,684.71 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $73,002.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $7,839.08 AND $4,699.23, RESPECTIVELY, AND REMOVAL OF $13,144.39 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| NATIONAL TOBACCO COMPANY ATTN EDWARD L HICKERSON, VP 3029 MULHAMMAD ALI BLVD PO BOX 32980 LOUISVILLE KY 40232-2980 | 9205 | $14,443.94 WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $12,157.22 | REDUCED AMOUNT REFLECTS 8/31/05 PAYMENT OF $2,286.72 FOR POSTPETITION INVOICE NUMBERS 877364, 877386, AND 877386, BY WIRE TRANSFER REFERENCE NUMBER 3992. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $3,282.88 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $8,864.34 REMAINS UNSECURED NON-PRIORITY. |
| NEW YORK VALUE CLUB DBA BELCO, IN C/O BELCO DISTRIBUTORS ATTN JEREL SABELLA, PRESIDENT 100 ADAMS BLVD FARMINGDALE NY 11735 | 4862 | $201,608.00 WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $90,114.49 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $322.58 AND $111,170.93, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $46,729.70 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $43,384.79 REMAINS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| NORMAN W FRIES, INC DBA CLAXTON POULTRY FARMS C/O TAFT STETTINIUS & HOLLISTER LLP ATTN RICHARD FERRELL, ESQ 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202 Transferred To: JPMORGAN CHASE BANK NA ATTN STANLEY LIM 270 PARK AVE 17TH FLR NEW YORK, NY 10017 | 7381 | $766,760.65 | Multiple Classes Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $510,319.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,585.80, ACCOUNTS PAYABLE CREDIT OR $10,445.09, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $238,409.89.  ALSO, MISCLASSIFIED CLAIM. |
| NORTHEAST MISSISSIPPI COCA-COLA BOTTLING CO INC PO BOX 968 STARKVILLE MS 39760 | 7831 | $25,788.55 | Multiple Classes Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $9,751.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $465.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,531.41.  ALSO, MISCLASSIFIED CLAIM. |
| NORTHPOINT TRADING INC ATTN JACK EZON, VP 347 FIFTH AVENUE, SUITE 201 NEW YORK, NY 10016 | 1515 | $285,228.00 | Administrative Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $2,852.28 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $465.56, NET CONSUMPTION WAIVER OF $8,556.84, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $273,352.32.  ALSO, MISCLASSIFIED CLAIM. |
| NYK LOGISTICS (AMERICAS) GST DIV 8295 TOURNAMENT DRIVE, SUITE 150 MEMPHIS TN 38125 | 46 | $61,659.31 | Priority Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $57,108.41 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,852 AND $1,721 FOR POSTPETITION INVOICE NUMBERS 3271328 AND 3279929, RESPECTIVELY, AND $977.90 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED CLAIM. |
| ODOM'S TENNESSEE PRIDE SAUSAGE # 3822 ATTN RONNIE REEVES, CR MGR PO BOX 1187 MADISON, TN 37115-1187 | 3822 | $30,209.40 | Priority Asserted Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $302.09 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $58.74, NET CONSUMPTION WAIVER OF $906.29, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $28,942.28.  ALSO, MISCLASSIFIED CLAIM. |
| PASKERT DISTRIBUTING CO 9318 FLORIDA PALM DRIVE TAMPA, FL 33619 Transferred To: ASM CAPITAL LP ATTN ADAM MOSKOWITZ 7600 JERICHO TPK STE 302 WOODBURY, NY 11797 | 9613 | $904,391.00 | Unsecured Non-Priority Asserted Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $894,350.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $10,040.27.  ALSO, MISCLASSIFIED CLAIM.  RECLASSIFY $77,397.53 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $816,953.20 REMAINS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| PEACE RIVER CITRUS PRODUCTS ATTN ANDREW TAYLOR, FIN VP 582 BEACHLAND BLVD, SUITE 300 VERO BEACH FL 32963 | 7262 | $292,678.40 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $85,852.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $6,818.45 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $200,007.83. ALSO, MISCLASSIFIED CLAIM. |
| PEPPERIDGE FARM ATTN KATE GREELEY 1 CAMPBELL PLACE CAMDEN NJ 08103 | 8331 | $842,547.02 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $838,825.01 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,122.56 AND $1,599.45, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. |
| PERDUE FARMS INCORPORATED ATTN HAL RUNNER, CORP CREDIT MGR PO BOX 1537 SALISBURY MD 21802-1537 Transferred To: MADISON INVESTMENT TRUST - SERIES 3 ATTN KRISTY STARK 6310 LAMAR AVE STE 120 OVERLAND PARK, KS 66202 | 4402 | $184,679.79 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $137,713.32 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,423.23, ACCOUNTS PAYABLE CREDIT OF $3,735.14, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $41,808.10. ALSO, MISCLASSIFIED CLAIM. |
| POM WONDERFUL LLC ATTN ANDREW ASCHIC CRAWFORD 11444 W OLYMPIC BLVD, 10TH FLR LOS ANGELES, CA 90064 | 10340 | $83,004.50 Asserted Debtor: | Multiple Classes WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | $69,149.57 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $92.55 AND REMOVAL OF $13,762.38 FOR CANCELLED ORDERS. ALSO, MISCLASSIFIED IN PART. CLAIM ASSERTED AS UNSECURED PRIORITY AND UNSECURED NON-PRIORITY. RECLASSIFY $3,431.42 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $65,718.15 REMAINS UNSECURED NON-PRIORITY. |
| RB HOUGH DIST CO ATTN R B HOUGH, OWNER PO BOX 7813 SPANISH FORT, AL 36577 | 6902 | $10,340.15 Asserted Debtor: | Unsecured Non-Priority WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | $10,340.15 | MISCLASSIFIED CLAIM. |
| RC2 BRANDS INC ATTN DORIS KOOPMANN, VP OPERATIONS 1971 RELIABLE PARKWAY CHICAGO, IL 60686-1971 | 8098 | $72,327.36 Asserted Debtor: | Unsecured Non-Priority WINN-DIXIE STORES, INC. | Multiple Classes | $70,887.44 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $470.88 AND $969.04, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $6,597.53 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $64,289.91 REMAINS UNSECURED NON-PRIORITY. |
| REFRON, INC C/O PLATZER, SWERGOLD, KARLIN ET AL ATTN HENRY G SWERGOLD, ESQ 1065 AVENUE OF THE AMERICAS 18TH FL NEW YORK NY 10018 | 10706 | $44,981.63 Asserted Debtor: | Administrative WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $449.82 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,349.45, ACCOUNTS PAYABLE CREDIT OF $17,999.29, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $25,183.07. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| REPUBLIC WASTE SERVICES ATTN JAMIE LOCHART OR D CARELOCK 5516 ROZZELLS FERRY ROAD CHARLOTTE NC 28214 | 1846 | $1,933.48 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $1,450.34 | REDUCED AMOUNT REFLECTS 3/31/05 PAYMENT OF $483.14 FOR POSTPETITION PORTION OF INVOICE NUMBER 0847566 BY CHECK NUMBER 008014075. ALSO, MISCLASSIFIED CLAIM. |
| RICH-SEAPAK CORPORATION ATTN TOM MCBRIDE, CR MGR PO BOX 88072 CHICAGO, IL 60693-8072 | 4654 | $122,787.16 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $2,794.41 | REDUCED AMOUNT REFLECTS PAYMENT AND AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| RIVER CITY TRADERS, INC ATTN M SCOTT OLSON, PRESIDENT 10685-B SUITE 1 RIDGEWAY INDUSTRIAL DRIVE OLIVE BRANCH MS 38654 | 11759 | $14,160.00 Asserted Debtor: | Secured WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $141.60 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $424.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $13,593.60. ALSO, MISCLASSIFIED CLAIM. |
| ROCKLINE INDUSTRIES INC ATTN JENNY WELSCH, ASST CONTR 1113 MARYLAND AVENUE SHEBOYGAN WI 53081 | 58 | $85,525.64 Asserted Debtor: | Administrative WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $855.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,565.77. ACCOUNTS RECEIVABLE BALANCE OF $80.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $82,023.62. ALSO, MISCLASSIFIED CLAIM. |
| SARGENTO FOODS, INC ATTN STU STURZL, CREDIT MGR ONE PERSNICKETY PLACE PLYMOUTH WI 53073-3547 | 6164 | $375,291.18 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $137,904.81 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| SCHWARZKOPF & HENKEL ATTN RACHEL LISK, CREDIT MGR 1063 MCGAW AVE, SUITE 100 IRVINE CA 92614 | 9649 | $106,158.96 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Administrative | $4,882.87 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,325.4A AND $596,949.81, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. |
| SERGEANT'S PET CARE PRODUCTS, INC ATTN JOSEPH P CONNEALY, CONTROLLER 2637 SOUTH 156TH PLAZA, SUITE 100 OMAHA NE 68130-1703 Transferred To: AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | 2056 | $224,496.26 Asserted Debtor: | Unsecured Non-Priority WINN-DIXIE STORES, INC. | Multiple Classes | $151,122.80 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $341.87 AND $73,031.59, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $6,202.60 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $144,920.20 REMAINS UNSECURED NON-PRIORITY. |
| SORRENTO LACTALIS, INC ATTN ANN M AMICOJ ZIELINSKI 2376 SOUTH PARK AVENUE BUFFALO NY 14220-2670 | 7448 | $52,949.43 Asserted Debtor: | Multiple Classes WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $29,724.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $703.80 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,521.48. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SORRENTO LACTALIS, INC<br>ATTN ANN M AMICO/J ZIELINSKI<br>2378 SOUTH PARK AVENUE<br>BUFFALO NY 14220-2670<br><br>Asserted Debtor:   WINN-DIXIE MONTGOMERY, INC. | 7449 | $6,915.12 | Multiple Classes | Unsecured<br>Non-Priority | $5,175.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $113.31 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,626.04. ALSO, MISCLASSIFIED CLAIM. |
| SOUTH-EAST MILK, INC (SMI)<br>PO BOX 3790<br>BELLVIEW, FL 34421-3790<br><br>Asserted Debtor:   WINN-DIXIE STORES, INC. | 6175 | $918,141.14 | Multiple Classes | Unsecured<br>Non-Priority | $813,267.36 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $24,201.64 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $80,672.14. ALSO, MISCLASSIFIED CLAIM. |
| SOUTHWESTERN DATE GROWERS, DBA<br>WESTERN DATE RANCHES LP<br>PO BOX 2705<br>YUMA AZ 85366<br><br>Asserted Debtor:   WINN-DIXIE SUPERMARKETS, INC. | 11387 | $8,117.50 | Multiple Classes | Unsecured<br>Non-Priority | $1,656.40 | REDUCED AMOUNT REFLECTS 1/7/05 PAYMENT OF $6,461.10 FOR INVOICE NUMBER 1640 BY CHECK NUMBER 007424520. ALSO, MISCLASSIFIED CLAIM. |
| ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE  LA 71351<br><br>Asserted Debtor:   WINN-DIXIE MONTGOMERY, INC. | 6276 | $18,445.54 | Secured | Unsecured<br>Non-Priority | $14,593.54 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,852.00 FOR DEDUCTIBLE NOT OWED BY DEBTOR UNDER LEASE. ALSO, MISCLASSIFIED CLAIM. |
| SUPERMARKET SYSTEMS, INC<br>ATTN WILLIAM M LINEBERGER, PRES<br>PO BOX 472513<br>CHARLOTTE, NC 28247-2513<br><br>Asserted Debtor:   WINN-DIXIE STORES, INC. | 6939 | $70,983.58 | Multiple Classes | Unsecured<br>Non-Priority | $67,854.53 | REDUCED AMOUNT REFLECTS 6/1/05 PAYMENT OF $505.20 AND $1,181.59 FOR POST-PETITION INVOICE NUMBERS 14895 AND 14922, RESPECTIVELY, BY CHECK NUMBER 6082970 AND REMOVAL OF $1,442.26 FOR IMPERMISSIBLE INTEREST AND TAX. ALSO, MISCLASSIFIED CLAIM. |
| SWEDISH MATCH NORTH AMERICA, INC<br>SWEDISH MATCH CIGARS INC<br>C/O CHRISTIAN & BARTON, LLP<br>ATTN JENNIFER M MCLEMORE, ESQ<br>909 E MAIN STREET, SUITE 1200<br>RICHMOND  VA 23219<br><br>Asserted Debtor:   WINN-DIXIE STORES, INC. | 11664 | $124,626.38 | Multiple Classes | Unsecured<br>Non-Priority | $92,530.09 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $976.67, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $520.68 AND $11.24, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $30,785.70. ALSO, MISCLASSIFIED CLAIM. |
| TATE & LYLE INGREDIENTS AMERICAS<br>ATTN GARY L DURBIN, SR CR MGR<br>2200 E ELDORADO STREET<br>DECATUR IL 62521<br><br>Asserted Debtor:   WINN-DIXIE STORES, INC. | 2013 | $15,862.63 | Multiple Classes | Unsecured<br>Non-Priority | $6,809.84 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $274.33 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $8,778.46. ALSO, MISCLASSIFIED CLAIM. |
| TEMPLE INLAND<br>ATTN CLAUDIA TYNES OR D MOHR<br>1300 S MOPAC EXPRESSWAY<br>AUSTIN TX 78746<br><br>Asserted Debtor:   WINN-DIXIE STORES, INC. | 11712 | $30,966.76 | Multiple Classes | Unsecured<br>Non-Priority | $23,780.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $371.75 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,966.22. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Proposed Reduction and Reclassification |
|---|---|---|---|---|---|---|
| TURTLE WAX, INC<br>C/O EULER HERMES ACI, AGENT<br>ATTN JANET DENMAN<br>800 RED BROOK BOULEVARD<br>OWING MILLS  MD  21117<br><br>Asserted Debtor:  WINN-DIXIE STORES, INC. | 325 | $30,996.52 | Unsecured<br>Non-Priority | Multiple Classes | $24,959.51 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $798.45 AND $390.75, RESPECTIVELY, 4/19/05 PAYMENT OF $2,910.72 FOR INVOICE NUMBER 856754 BY CHECK NUMBER 8024237 AS GOODS RECEIVED POSTPETITION, AND REMOVAL OF $1,927.09 FOR UNDELIVERED GOODS.  ALSO, MISCLASSIFIED IN PART.  RECLASSIFY $18,943.90 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $6,015.61 REMAINS UNSECURED NON-PRIORITY. |
| UNARCO INDUSTRIES, INC<br>C/O FAGELHABER LLC<br>ATTN CLINTON P HANSEN, ESQ<br>55 EAST MONROE STREET, 40TH FLR<br>CHICAGO  IL  60603<br><br>Asserted Debtor:  WINN-DIXIE STORES, INC. | 11412 | $147,526.33 | Multiple Classes | Unsecured<br>Non-Priority | $132,491.85 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $458.62 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $14,575.86.  ALSO, MISCLASSIFIED CLAIM. |
| UNITED SUGARS CORPORATION<br>C/O LENARD, STREET AND DEINARD<br>ATTN LARRY B RICKE, ESQ<br>150 SOUTH FIFTH STREET, STE 2300<br>MINNEAPOLIS  MN  55402<br><br>Transferred To: LONGACRE MASTER FUND LTD<br>ATTN VLADMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK, NY 10019 | 6855 | $381,939.24 | Unsecured<br>Non-Priority | Multiple Classes | $378,776.76 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $11.95 AND REMOVAL OF $3,150.53 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED IN PART.  RECLASSIFY $103,715.24 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $275,061.52 REMAINS UNSECURED NON-PRIORITY. |
| WARREN OIL CO INC<br>ATTN H LARRY SANDERSON, CFO<br>PO BOX 1507<br>DUNN  NC  28335<br><br>Asserted Debtor:  WINN-DIXIE STORES, INC. | 4173 | $164,148.80 | Multiple Classes | Unsecured<br>Non-Priority | $89,213.29 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,253.58, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,270.87 AND $210.56, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $70,633.38, AND REMOVAL OF $567.12 FOR UNDOCUMENTED CHARGES.  ALSO, MISCLASSIFIED CLAIM. |
| WD MARIANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO  ON  ON M5K 1N4 CANADA | 9734 | $40,108.42 | Multiple Classes | Unsecured<br>Non-Priority | $36,494.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor:  WINN-DIXIE MONTGOMERY, INC. | | | |
| WEBB'S SEAFOOD, INC<br>C/O JOHNSTON HARRIS GERDE ET AL<br>ATTN JERRY W GERDE, ESQ<br>239 E 4TH STREET<br>PANAMA CITY  FL  32401<br><br>Asserted Debtor:  WINN-DIXIE STORES, INC. | 3068 | $144,088.35 | Multiple Classes | Unsecured<br>Non-Priority | $143,348.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $740.00.  ALSO, MISCLASSIFIED  CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| WEST COAST NOVELTY ATTN MING SERNA, CR MGR 2401 MONARCH ST ALAMEDA, CA 94501 | 1580 | $19,363.28 | Multiple Classes | Unsecured Non-Priority | $3,581.43 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $192.00 AND REMOVAL OF $15,589.85 FOR UNDOCUMENTED CHARGES DESPITE REPEATED INQUIRIES. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |
| WHINK PRODUCTS COMPANY ATTN CLARK LAWLER, CFO PO BOX 467 ELDORA, IA 50627-0467 | 1454 | $16,520.40 | Multiple Classes | Unsecured Non-Priority | $12,233.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $129.91 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $4,157.16. ALSO, MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | | |

Total Claims to be Reduced & Reclassified:        112
Total Amount to be Reduced & Reclassified:        $25,241,826.30        Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount:        $16,502,893.79

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

Page: 1 of 4
Date: 06/27/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 15149**<br>CAUTHEN, TASHA N<br>527 CAROLINA AV N<br>STATESVILLE NC 28677<br><br>Debtor:    WINN-DIXIE STORES, INC. | 10507 | $177.06 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 115659**<br>DANIELS, PERRY L<br>4285 TROUT DR SE<br>ST PETERSBURG FL 33705<br><br>Debtor:    WINN-DIXIE SUPERMARKETS, INC. | 9352 | $3,000.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 143274**<br>HAYFORD, JANICE G<br>3010 LAROSE ST<br>EAST POINT GA 30344<br><br>Debtor:    WINN-DIXIE MONTGOMERY, INC. | 11161 | $15,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 152291**<br>JAMES, LAKEISHA R<br>1939 WEST MADISON STREET<br>LOUISVILLE KY 40203<br><br>Debtor:    WINN-DIXIE STORES, INC. | 10641 | $900.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 39767**<br>JOHNSON, SARAH S<br>27 QUEENS ROAD<br>ST HELENA ISLAND SC 29920<br><br>Debtor:    WINN-DIXIE STORES, INC. | 8260 | $81,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K<br>PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 44986<br>LEWIS, MARY L<br>147 BALL PARK RD<br>ST HELENA ISLAND SC 28920 | 9229 | $122,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 411262<br>MCMILLAN, JOE F<br>PO BOX 1418<br>COLUMBIA SC 29202-1418 | 11570 | $92,649.52 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 52187<br>MONESTIME, BRIDGET A<br>12035 NE 5 AVE<br>BISCAYNE PARK FL 33161 | 3959 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 304980<br>MOORE, NICKCOLE SIMOND<br>3112 MOUNT OLIVE<br>DONALDSONVILLE LA 70346 | 6067 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING AND PROOF OF CLAIM IS NOT NECESSARY FOR STOCK HOLDINGS. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 184315<br>NGUYEN, DANA<br>12510 S W 188 TERRACE<br>MIAMI FL 33177 | 2107 | $5,362.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Debtor: | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWELFTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  202796**<br>ROHR, ANGELA M<br>1425 WINDMOOR DRIVE<br>DUNEDIN  FL  33770<br>Debtor:    WINN-DIXIE STORES, INC. | 10533 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  PROOF OF CLAIM IS NOT NECESSARY FOR STOCK HOLDINGS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  65255**<br>SACKETT, RYAN A<br>2839 TIMBER KNOLL DRIVE<br>VALRICO  FL  33594<br>Debtor:    WINN-DIXIE SUPERMARKETS, INC. | 7630 | $3,347.21 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  66045**<br>SARDONE, JOHN<br>265 OSPREY LANE<br>FLAGLER BEACH  FL  32136<br>Debtor:    WINN-DIXIE SUPERMARKETS, INC. | 10768 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  213975**<br>SMITH, TYRONE<br>3003 WINDCHASE BLVD, APT 301<br>HOUSTON  TX  77082<br>Debtor:    WINN-DIXIE STORES, INC. | 6669 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  76800**<br>WADE, JESSIE<br>209 3RD AVENUE<br>MERIDIAN  MS  39301<br>Debtor:    WINN-DIXIE SUPERMARKETS, INC. | 7529 | $18,500.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWELFTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 80525<br>WILSON, ALTON<br>223 N CEDAR STREET<br>CRESCENT CITY FL 32112 | 1249 | $4,876.11 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K AMOUNT IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
|  | Debtor: | WINN-DIXIE STORES, INC. | | | |

Total Claims to be Disallowed & Reclassified: 16

Total Amount to be Disallowed & Reclassified: $346,611.90   Plus Unliquidated Amounts, If Any