IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO. 05-03817-3F1
CLAIM NO. A411208846-0001-01
PROOF OF CLAIM # 447

IN RE: BANKRUPTCY OF
WINN-DIXIE CHARLOTTE, INC. d/b/a WINN-DIXIE
And WINN-DIXIE RALEIGH, INC., and
WINN-DIXIE STORES, INC.

FILED
JACKSONVILLE, FLORIDA
JUL - 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

SUZANNE FOX,    CLAIMANT

## VOLUNTARY DISMISSAL OF CLAIM

Comes the Claimant, Suzanne Fox, and voluntarily dismisses her claim, that she had previously filed in the above matter, with prejudice.

_____
SUZANNE FOX

COMMONWEALTH OF KENTUCKY

COUNTY OF CLAY

Subscribed and sworn to me by Suzanne Fox on this the 3rd day of July, 2006.

_____
Notary Public State at Large

My Commission Expires: 3/24/2008

## CERTIFICATE OF SERVICE:

I hereby certify that a true and accurate copy of the foregoing has been mailed, all postage, prepaid upon the following:

# LAW OFFICES OF CARL A. SHORT II
## ATTORNEYS AT LAW
### 209-A MAIN STREET
### P. O. BOX 463
### MANCHESTER, KENTUCKY 40962

| | |
|---|---|
| Carl A. Short II | Telephone: (606) 598-2563 |
| Kenneth S. Stepp | Facsimile: (606) 598-0433 |

July 3, 2006

Hon. David K. Oliveria
Clerk of Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re: Bankruptcy of Winn-Dixie

FILED
JACKSONVILLE, FLORIDA
JUL - 6 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Mr. Oliveria:

I am the attorney for a Claimant in the above stated matter.

Please find the originals and a copy of her voluntary dismissal of her claim.

Please file the original in the appropriate file, and please stamp the remaining copy "filed" to show when and where the original was filed, and mail the copy back to me in the enclosed envelope.

With warmest regards,

Kenneth S. Stepp
Florida Bar No. 235490

KSS/ks

Enclosure

Cc: all on certificate of service
client

Hon. David S. Strite
O'Bryan, Brown & Toner
1500 Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202

Hon. William C. Shouse
Landrum & Shouse
P.O. Box 951
Lexington, Kentucky 40588-0951

Hon. Melany C. Taylor
Allen, Kopet & Associates
P. O. Box 34048
Lexington, KY 40588

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, NJ 07043

Sedgwick Claims Management Services, Inc.
P. O. Box 24787
Jacksonville, FL 32241-4787

Skadden, Arps, Slate, Meager & Flom LLP
Four Times Square
New York, New York 10036-6522

This the 3rd day of July, 2006.

KENNETH S. STEPP of
LAW OFFICES OF CARL A. SHORT, II
ATTORNEYS FOR CLAIMANT
Florida Bar No. 235490
P.O. BOX 463
MANCHESTER, KENTUCKY 40962
TELEPHONE: (606) 598-2563
FACSIMILE: (606) 598-0433

c:\civil\fox.sue\release bpcy