# Leading Edge Marketing Consultants
Riverton Tower   Suite 6 - O
5353 Arlington Expressway
Jacksonville, Florida 32211-5540
Municipal License Code: 772.325

July 5, 2006

United States Bankruptcy Court
300 North Hogan Street
Suite 3-300
Jacksonville, Florida 32202
Attn: The Honorable George I. Proctor

FILED
JACKSONVILLE, FLORIDA
JUL - 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Subject: Winn Dixie Bankruptcy Case

Dear Sir:

It just occurred to me that I might have information that would be of value to you and the creditors.

Enclosed is my letter of March 5, 2006.

Since 1979, I estimate that Winn Dixie lost "Profit" of roughly $ 900,000 a year for 27 years through 2005 for an estimated $ 24,300,000 because of the illicit "Contributions".

Winn Dixie and others are entitled to restitution by a "Class Action Lawsuit".

Sincerely,

Thomas J. Thomas, Jr.

Thomas J. Thomas, Jr.                           JEA File: 212
President

Telephone: 904-745-8324                         Email: tjthomasjr@aol.com

Georgia Tech Class of 1949                      B.S. Industrial Management

Shell Oil-Manager, Purchasing & Stores          Self-Employed-Marketing Consultant
Drew Chemical-Manager, Purchasing & Receiving   Roux Laboratories-Purchasing Manager
Ryder Truck Lines-Director, Purchasing & General Services   Branchemco-Materials Manager
American Coolair-Manager, Purchasing & Material Control     University of N. Florida-Property Control Accountant

c.c. Mr. Peter Lynch
   Smith Hulsey & Busey
   Mr. Stephen D. Busey, PA
   225 Water Street
   Suite 1800
   Jacksonville, FL 32202

# Leading Edge Marketing Consultants

Riverton Tower  Suite 7 G
5353 Arlington Expressway
Jacksonville, Florida 32211-9985
Municipal License Code: 772.325

March 5, 2006

To: JEA Electric Commercial and Industrial Customers
    Attn: Chief Executive Officers

Subject: **LOST PROFITS:**

| | | |
|---|---|---|
| 1-Year Period | $ | 38,350,821 |
| 5-Year Period | $ | 181,869,888 |
| 10-Year Period | $ | 324,900,842 |
| 15-Year Period | $ | 436,455,621 |
| 20-Year Period | $ | 523,926,607 |
| 26-Year Period | $ | 597,120,756 |

Included with this FAX is JEA File: 280-A that supports the above **LOST PROFITS**.

**Special Remarks:**

The **"LOST PROFITS"** does not include the ten- percent consumed by Commercial Customers that are Federal, State of Florida and the City of Jacksonville.

I sent a FAX on 3/3/06 to 137 interested recipients concerning how Winn Dixie could have earned $ 921,707.80 more **"PROFIT"**.

My FAX showed that Winn Dixie had an Electric Bill of $ 601,269.77 and that the "Contribution and Taxes" totaled $ 76,808.98. The Electric Bill could have been **$ 524,460.79**.

I sent letters to Anhauser Busch and Publix showing that in 2004, they could have had more profit of **$ 835,051** and **$ 850,000** respectfully.

Please keep in mind that your employees improperly paid millage and taxes. Included in this FAX is JEA File: 280-B that shows the amounts 341,162 Residents could have saved if the "Contribution" was eliminated.

The residents could have saved **$ 552,611,175** over the 26 years.

The **GRAND TOTAL** saved could have been **$ 1,149,731,931**.

Mr. Carl N. Cannon, Publisher of the Florida Times-Union, has steadfastly refused to disclose anything about this City of Jacksonville SCANDAL. All the other local media, in concert, have also failed to disclose the SCANDAL.

I gave public notice to all of these media with my letter of initial disclosure on July 6. 2005. They chose a "Conspiracy of Silence". All State and Local Elected Officials also chose a "Conspiracy of Silence".

I firmly believe that both a Federal Grand Jury and a State Grand Jury will be impaneled.

Sincerely, *Thomas J. Thomas, Jr.*

Thomas J. Thomas, Jr.
President

JEA File: 155

Telephone: 904-745-TECH    Georgia Tech Class of 1949    B.S. Industrial Management

| | |
|---|---|
| Shell Oil-Manager, Purchasing & Stores | Self-Employed-Marketing Consultant |
| Drew Chemical-Manager, Purchasing & Receiving | Roux Laboratories-Purchasing Manager |
| Ryder Truck Lines-Director, Purchasing & General Services | Branchemco-Materials Manager |
| American Coolair-Manager, Purchasing & Material Control | University of N. Florida-Property Control Accountant |

JEA Commercial Customers - Contributions and Taxes Paid - 1979 thru 2004 - 26 Years

JEA File: 280-A

| Year | Contributions TOTAL | Percent Commercial Contributions | 90 Percent Commercial Contributions | Florida Gross Receipts Tax 2.50% | Florida Sales Tax Rate | Florida Sales Tax | Florida Taxes Paid TOTAL | City Public Service Tax 10.00% | Taxes Paid TOTAL | Contributions & Taxes Paid TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | $70,039,278 | 55.41 | $34,927,888 | $873,197 | 7.00% | $3,318,149 | $4,191,347 | $3,492,789 | $7,684,135 | $38,350,821 |
| 2003 | $67,039,278 | 55.71 | $33,612,824 | $840,321 | 7.00% | $3,193,218 | $4,033,539 | $3,361,282 | $7,394,821 | $36,906,880 |
| 2002 | $65,489,556 | 57.26 | $33,749,388 | $843,735 | 7.00% | $3,206,192 | $4,049,927 | $3,374,939 | $7,424,865 | $37,056,828 |
| 2001 | $62,589,668 | 56.72 | $31,950,774 | $798,769 | 7.00% | $3,035,324 | $3,834,093 | $3,195,077 | $7,029,170 | $35,081,950 |
| 2000 | $60,898,145 | 57.52 | $31,525,752 | $788,144 | 6.50% | $2,837,318 | $3,625,461 | $3,152,575 | $6,778,037 | $34,473,409 |
| 5 Years | $326,055,925 | | $165,766,624 | $4,144,166 | | $15,590,201 | $19,734,366 | $16,576,662 | $36,311,029 | $181,869,888 |
| 1999 | $57,056,117 | 57.53 | $29,541,946 | $738,549 | 6.50% | $2,658,775 | $3,397,324 | $2,954,195 | $6,351,518 | $32,304,118 |
| 1998 | $52,039,278 | 55.52 | $26,002,986 | $650,075 | 6.50% | $2,340,269 | $2,990,343 | $2,600,299 | $5,590,642 | $28,434,266 |
| 1997 | $52,800,571 | 56.62 | $26,906,115 | $672,653 | 6.50% | $2,421,550 | $3,094,203 | $2,690,611 | $5,784,815 | $29,421,837 |
| 1996 | $48,798,841 | 54.51 | $23,940,223 | $598,506 | 6.50% | $2,154,620 | $2,753,126 | $2,394,022 | $5,147,148 | $26,178,634 |
| 1995 | $48,570,887 | 55.84 | $24,409,785 | $610,245 | 6.50% | $2,196,881 | $2,807,125 | $2,440,978 | $5,248,104 | $26,692,100 |
| 10 Years | $585,321,619 | | $296,567,680 | $7,414,192 | | $27,362,296 | $34,776,488 | $29,656,768 | $64,433,256 | $324,900,842 |
| 1994 | $45,424,698 | 55.33 | $22,620,137 | $565,503 | 6.50% | $2,035,812 | $2,601,316 | $2,262,014 | $4,863,329 | $24,735,120 |
| 1993 | $42,323,106 | 55.18 | $21,018,501 | $525,463 | 6.00% | $1,786,573 | $2,312,035 | $2,101,850 | $4,413,885 | $22,889,147 |
| 1992 | $41,529,616 | 54.05 | $20,202,082 | $505,052 | 6.00% | $1,717,177 | $2,222,229 | $2,020,208 | $4,242,437 | $22,000,067 |
| 1991 | $40,063,483 | 55.41 | $19,979,258 | $499,481 | 6.00% | $1,698,237 | $2,197,718 | $1,997,926 | $4,195,644 | $21,757,412 |
| 1990 | $37,759,359 | 54.51 | $18,524,364 | $463,109 | 6.00% | $1,574,571 | $2,037,680 | $1,852,436 | $3,890,116 | $20,173,032 |
| 15 Years | $792,421,881 | | $398,912,022 | $9,972,801 | | $36,174,665 | $46,147,466 | $39,891,202 | $86,038,668 | $436,455,621 |
| 1989 | $37,490,966 | 56.42 | $19,037,163 | $475,929 | 6.00% | $1,618,159 | $2,094,088 | $1,903,716 | $3,997,804 | $20,731,470 |
| 1988 | $33,778,052 | 55.20 | $16,780,936 | $419,523 | 6.00% | $1,426,380 | $1,845,903 | $1,678,094 | $3,523,997 | $18,274,440 |
| 1987 | $31,124,554 | 55.22 | $15,468,281 | $386,707 | 6.00% | $1,314,804 | $1,701,511 | $1,546,828 | $3,248,339 | $16,844,958 |
| 1986 | $29,457,186 | 54.62 | $14,480,563 | $362,014 | 6.00% | $1,230,848 | $1,592,862 | $1,448,056 | $3,040,918 | $15,769,334 |
| 1985 | $28,884,837 | 55.99 | $14,555,358 | $363,884 | 6.00% | $1,237,205 | $1,601,089 | $1,455,536 | $3,056,625 | $15,850,785 |
| 20 Years | $953,157,476 | | $479,234,323 | $11,980,858 | | $43,002,061 | $54,982,919 | $47,923,432 | $102,906,351 | $523,926,607 |
| 1984 | $27,819,985 | 55.33 | $13,853,518 | $346,338 | 6.00% | $1,177,549 | $1,523,887 | $1,385,352 | $2,909,239 | $15,086,481 |
| 1983 | $28,803,338 | 55.49 | $14,384,675 | $359,617 | 6.00% | $1,222,697 | $1,582,314 | $1,438,468 | $3,020,782 | $15,664,911 |
| 1982 | $25,907,300 | 56.67 | $13,213,500 | $330,338 | 5.00% | $991,013 | $1,321,350 | $1,321,350 | $2,642,700 | $14,270,580 |
| 1981 | $25,430,587 | 55.94 | $12,803,283 | $320,082 | 5.00% | $960,246 | $1,280,328 | $1,280,328 | $2,560,657 | $13,827,546 |
| 1980 | $26,259,521 | 56.20 | $13,282,066 | $332,052 | 5.00% | $996,155 | $1,328,207 | $1,328,207 | $2,656,413 | $14,344,631 |
| 1979 | $25,731,850 | 55.87 | $12,938,746 | $323,469 | 5.00% | $970,406 | $1,293,875 | $1,293,875 | $2,587,749 | $13,973,846 |
| TOTALS | $1,087,378,207 | | $546,771,365 | $13,669,284 | | $48,349,721 | $62,019,005 | $54,677,137 | $116,696,142 | $597,120,756 |

JEA Residential Customers - Contributions and Taxes Paid - 1979 thru 2004 - 26 Years

| Year | Contributions TOTAL | Percent Residential Contributions | Residential Contributions | Florida Gross Receipts Tax 2.50 % | City Public Service Tax 10.00 % | Taxes Paid TOTAL | JEA File: 280-B Contributions and Taxes Paid TOTAL |
|---|---|---|---|---|---|---|---|
| 2004 | $70,039,278 | 44.59 | $31,230,514 | $780,763 | $3,123,051 | $3,903,814 | $35,134,328 |
| 2003 | $67,039,278 | 44.29 | $29,691,696 | $742,292 | $2,969,170 | $3,711,462 | $33,403,158 |
| 2002 | $65,489,556 | 42.74 | $27,990,236 | $699,756 | $2,799,024 | $3,498,780 | $31,489,016 |
| 2001 | $62,589,668 | 43.28 | $27,088,808 | $677,220 | $2,708,881 | $3,386,101 | $30,474,909 |
| 2000 | $60,898,145 | 42.48 | $25,869,532 | $646,738 | $2,586,953 | $3,233,691 | $29,103,223 |
| 5 years | $326,055,925 | | $141,870,787 | $3,546,770 | $14,187,079 | $17,733,848 | $159,604,635 |
| 1999 | $57,056,117 | 42.47 | $24,231,733 | $605,793 | $2,423,173 | $3,028,967 | $27,260,700 |
| 1998 | $52,039,278 | 44.48 | $23,147,071 | $578,677 | $2,314,707 | $2,893,384 | $26,040,455 |
| 1997 | $52,800,571 | 43.38 | $22,904,888 | $572,622 | $2,290,489 | $2,863,111 | $25,767,999 |
| 1996 | $48,798,841 | 45.49 | $22,198,593 | $554,965 | $2,219,859 | $2,774,824 | $24,973,417 |
| 1995 | $48,570,887 | 44.16 | $21,448,904 | $536,223 | $2,144,890 | $2,681,113 | $24,130,017 |
| 10 Years | $585,321,619 | | $255,801,975 | $6,395,049 | $25,580,197 | $31,975,247 | $287,777,222 |
| 1994 | $45,424,698 | 44.67 | $20,291,213 | $507,280 | $2,029,121 | $2,536,402 | $22,827,614 |
| 1993 | $42,323,106 | 44.82 | $18,969,216 | $474,230 | $1,896,922 | $2,371,152 | $21,340,368 |
| 1992 | $41,529,616 | 45.95 | $19,082,859 | $477,071 | $1,908,286 | $2,385,357 | $21,468,216 |
| 1991 | $40,063,483 | 44.59 | $17,864,307 | $446,608 | $1,786,431 | $2,233,038 | $20,097,345 |
| 1990 | $37,759,359 | 45.49 | $17,176,732 | $429,418 | $1,717,673 | $2,147,092 | $19,323,824 |
| 15 Years | $792,421,881 | | $349,186,301 | $8,729,658 | $34,918,630 | $43,648,288 | $392,834,589 |
| 1989 | $37,490,966 | 43.58 | $16,338,563 | $408,464 | $1,633,856 | $2,042,320 | $18,380,883 |
| 1988 | $33,778,052 | 44.80 | $15,132,567 | $378,314 | $1,513,257 | $1,891,571 | $17,024,138 |
| 1987 | $31,124,554 | 44.78 | $13,937,575 | $348,439 | $1,393,758 | $1,742,197 | $15,679,772 |
| 1986 | $29,457,186 | 45.38 | $13,367,671 | $334,192 | $1,336,767 | $1,670,959 | $15,038,630 |
| 1985 | $28,884,837 | 44.01 | $12,712,217 | $317,805 | $1,271,222 | $1,589,027 | $14,301,244 |
| 20 Years | $953,157,476 | | $420,674,895 | $10,516,872 | $42,067,489 | $52,584,362 | $473,259,257 |
| 1984 | $27,819,985 | 44.67 | $12,427,187 | $310,680 | $1,242,719 | $1,553,398 | $13,980,586 |
| 1983 | $28,803,338 | 44.51 | $12,820,366 | $320,509 | $1,282,037 | $1,602,546 | $14,422,911 |
| 1982 | $25,907,300 | 43.33 | $11,225,633 | $280,641 | $1,122,563 | $1,403,204 | $12,628,837 |
| 1981 | $25,430,587 | 44.06 | $11,204,717 | $280,118 | $1,120,472 | $1,400,590 | $12,605,306 |
| 1980 | $26,259,521 | 43.80 | $11,501,670 | $287,542 | $1,150,167 | $1,437,709 | $12,939,379 |
| 1979 | $25,731,850 | 44.13 | $11,355,465 | $283,887 | $1,135,547 | $1,419,433 | $12,774,899 |
| TOTALS | $1,113,110,057 | | $491,209,933 | $12,280,248 | $49,120,993 | $61,401,242 | $552,611,175 |

| FY | JEA CITY CONTRIBUTION | | |
|---|---|---|---|
| | CONTRIBUTION ELECTRIC | CONTRIBUTION WATER | TOTAL CONTRIBUTION |
| 1979 | $ 25,731,850 | | 25,731,850 |
| 1980 | 26,259,521 | | 26,259,521 |
| 1981 | 25,430,587 | | 25,430,587 |
| 1982 | 25,907,300 | | 25,907,300 |
| 1983 | 25,803,338 | | 25,803,338 |
| 1984 | 27,819,985 | | 27,819,985 |
| 1985 | 28,884,837 | | 28,884,837 |
| 1986 | 29,457,186 | | 29,457,186 |
| 1987 | 31,124,553 | | 31,124,553 |
| 1988 | 33,778,052 | | 33,778,052 |
| 1989 | 37,490,966 | | 37,490,966 |
| 1990 | 37,759,359 | | 37,759,359 |
| 1991 | 40,063,483 | | 40,063,483 |
| 1992 | 41,529,616 | | 41,529,616 |
| 1993 | 42,323,106 | | 42,323,106 |
| 1994 | 45,424,698 | | 45,424,698 |
| 1995 | 48,570,887 | | 48,570,887 |
| 1996 | 48,798,841 | | 48,798,841 |
| 1997 | 52,800,571 | 3,035,682 | 55,836,253 |
| 1998 | 52,039,278 | 9,528,923 | 61,568,201 |
| 1999 | 57,056,117 | 9,437,643 | 66,493,760 |
| 2000 | 60,898,145 | 10,536,135 | 71,434,280 |
| 2001 | 62,589,668 | 11,048,610 | 73,638,278 |
| 2002 | 65,489,556 | 11,116,676 | 76,606,232 |
| 2003 | 67,039,278 | 11,456,781 | 78,496,059 |
| 2004 | 70,039,278 | 13,148,260 | 83,187,538 |
| Totals | 1,110,110,056 | 79,308,710 | 1,189,418,766 |

Prior to 1979, there was no prescribed rate or millage for JEA's contributions to the City.

| YEAR | MILLAGE | ACTUAL CITY CONTRIBUTIONS |
|---|---|---|
| 1978/79 | 4.50 | 25,731,959 |
| 1979/80 | 4.50 | 26,259,521 |
| 1980/81 | 4.50 | 25,430,587 |
| 1981/82 | 4.50 | 25,907,300 |
| 1982/83 | 4.50 | 25,803,338 |
| 1983/84 | 4.75 | 27,819,985 |
| 1984/85 | 4.75 | 28,884,837 |
| 1985/86 | 4.75 | 29,457,186 |
| 1986/87 | 4.75 | 31,124,554 |
| 1987/88 | 4.75 | 33,778,052 |
| 1988/89 | 5.00 | 37,490,966 |
| 1989/90 | 5.00 | 37,759,359 |
| 1990/91 | 5.00 | 40,063,483 |
| 1991/92 | 5.00 | 41,529,616 |
| 1992/93 | 5.00 | 42,323,106 |
| 1993/94 | 5.25 | 45,424,698 |
| 1994/95 | 5.25 | 48,570,887 |
| 1995/96 | 5.25 | 48,798,841 |
| 1996/97 | 5.25 | 52,800,571 |
| 1997/98 | 5.25 | 52,039,278 |
| 1998/99 | 5.50 | 56,719,575 |
| 1999/2000 | 5.50 | 61,234,685 |
| 2000/2001 | 5.50 | 62,589,668 |
| 2001/2002 | 5.50 | 65,489,556 |
| 2002/2003 | 5.50 | 67,039,278 |
| | | $ 1,040,070,855 |



EXHIBIT C



U.S. Department of Justice

Office of the Inspector General

Washington, D.C. 20530

June 7, 2006

Thomas J. Thomas, Jr.
Riverton Tower, Suite 7G
5353 Arlington Expressway
Jacksonville, FL 3221-9985

Dear Mr. Thomas:

The purpose of this letter is to acknowledge receipt of your correspondence dated May 10, 2006 regarding the City of Jacksonville, Florida. The staff of the Investigations Division has reviewed the issues that you raised.

The Office of the Inspector General (OIG) receives a high volume of complaints every day for review and handling. Because the OIG has limited staff and resources we are not able to investigate every complaint. Only those complaints involving criminally prosecutable misconduct and the most egregious administrative misconduct can be accepted for investigation. Many other issues can and should be addressed by the management levels of the involved components. We have determined that the Criminal Division management should review your complaint. Therefore, your complaint has been forwarded to:

        Department of Justice
        Criminal Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Roger M. Williams
Special Agent in Charge
 Of Operations
Investigations Division

U.S. Department of Justice
Office of the Inspector General
Investigations Division
950 Pennsylvania Avenue, NW, Room 4760
Washington, DC 20530

# Leading Edge Marketing Consultants

Riverton Tower  Suite 7 G
5353 Arlington Expressway
Jacksonville, Florida 32211-9985
Municipal License Code: 772.325

May 10, 2006

United States Department of Justice
Office of the Inspector General
The Honorable Glenn Fine
950 Pennsylvania Avenue, N. W.;  Suite 4322
Washington, D. C. 20530
 Attn: Hotline

Subject: Conspiracy to Defraud

The City of Jacksonville and the Jacksonville Electric Authority (JEA) have acted in concert to defraud the JEA Electric and Water Customers.

I have requested the State of Florida to issue a Cease and Desist Order to stop this monetary fraud. Enclosed is a cover-copy of my letter of request and the reply by the Auditor General of the State of Florida.

The "Contributions" from Electric started on October 1, 1978, the start of the JEA Fiscal Year 1979.

"Contributions" from Water started on October 1, 1997 when the City Water & Sewer Department was transferred to the JEA Independent Authority.

Refer to the recap provided to me by the JEA that totals $ 1,189,416,766 through the year 2004.

The alternative could have been to increase the Duval County Property Ad Valorem Tax Rate or to hold a Surtax Referendum. If this had been done, the Federal and State would have been "tax-exempt" from both of these taxes.

As a result, they improperly paid millions and millions of dollars in "Contributions".

The "Contributions" are basically a Surtax. The City should have used a Surtax Referendum.

I refer to FS 212.055 (2) Local Government Infrastructure Surtax - Discretionary Sales Surtaxes; Legislative Intent; Authorization and Use of Proceeds.

(a)1 The governing authority in each county may levy a discretionary sales surtax of 0.5 percent or 1 percent. The levy of the surtax shall be pursuant to ordinance enacted by a majority of the members of the county governing authority and approved by a majority of the electors of the count voting in a referendum on the surtax.

Special Comment: The illegal "Contributions" were "hidden" and were thereby included in the kilowatt cost of the Electric and cubic foot cost of Water. As a result, the State of Florida improperly received the 2.5641 % Gross Receipts Tax Revenue.

$ 1,189,416,766 multiplied by 2.5641 % is a total of $ 30,497,834 that is in addition to the "Contributions".

Failure to Disclose the "hidden Contributions' was in violation of Florida Statute - Chapter 501 - Consumer Protection - Deception and Unfair Practices Act.

The Federal Government was also financially injured by this illegal act and should consider Grand Jury investigation of this civic corruption under the RICO Act. The State was also financially injured and should have a Grand Jury consider investigation of this civic corruption.

The JEA Customers have no legal recourse for monetary recovery unless considered enjoined parties in the Federal and State Cases for monetary recovery.

Please issue a Cease and Desist Order to be served on the JEA.

Sincerely,

*Thomas J. Thomas, Jr.*

| | |
|---|---|
| Thomas J. Thomas, Jr.<br>President | JEA File: 193-A |
| Telephone: 904-745-8324 | Email: tthomas@jones.edu |
| Georgia Tech Class of 1949 | B.S. Industrial Management |
| Shell Oil-Manager, Purchasing & Stores<br>Drew Chemical-Manager, Purchasing & Receiving<br>Ryder Truck Lines-Director, Purchasing & General Services<br>American Coolair-Manager, Purchasing & Material Control | Self-Employed-Marketing Consultant<br>Roux Laboratories-Purchasing Manager<br>Branchemco-Materials Manager<br>University of N. Florida-Property Control Accountant |

c.c. State of Florida. General Counsel, Office of Legal Affairs
    State of Florida, Office of the Auditor General, The Honorable William D. Monroe, C. P. A.