UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about July 6, 2006 I caused copies of:

•  the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: July 6, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 9012   Filed 07/06/06   Page 3 of 20
SERVICE LIST
Page 1 of 1
Notice of Transfer of Claim Other Than For Security

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 279115-99
COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN: SHELLY D RUCKER, ESQ
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 378307-15
HEBERT, MARLENE A & NOLAN
C/O GREENWALD LAW FIRM LLC
ATTN JOSEPH W GREENWALD JR, ESQ
401 MARKET STREET, SUITE 1200
SHREVEPORT LA 71101

CREDITOR ID: 403234-79
IMPERIAL TRADING COMPANY INC
ATTN KEITH BEBA, CONTROLLER
PO BOX 23508
ELMWOOD LA 70183-0508

CREDITOR ID: 252088-12
IMPERIAL TRADING COMPANY INC
ATTN: WAYNE M BAQUET, PRES
PO BOX 676659
DALLAS TX 75267-6659

CREDITOR ID: 492826-97
KALTENBACH, RHONDA
C/O J SCOTT NOONEY & ASSOCIATES
ATTN: J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 408221-15
KALTENBACH, RHONDA
PO BOX 2231
YULEE FL 32041

CREDITOR ID: 406287-15
LEXISNEXIS EXAMEN INC, DIV OF
REED ELSEVIER, INC
ATTN BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342

CREDITOR ID: 254720-12
LEXISNEXIS PEOPLEWISE
CANDICE C KRISHER, DIR CUST  ACCTNG
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

       **Total:   11**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8807 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COCA-COLA ENTERPRISES INC ET AL   ID: 279115 | VR GLOBAL PARTNERS, LP   ID: 452056 |
|---|---|
| Name of Transferor | Current Transferee |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 | VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW 115035 RUSSIA |
| Phone: 423 785 8274 | Phone: 7 495 787 8181 |
| | CREDIT SUISSE   ID: 411244 |
| | Prior Transferee |
| | CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| | Phone: 212 538 5385 |
| Claim No.: 8347 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 07/28/2005 | Amount: $3,923,758.13 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8807 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COCA-COLA ENTERPRISES INC ET AL    ID: 279115 | VR GLOBAL PARTNERS, LP    ID: 452056 |
| Name of Transferor | Current Transferee |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 | VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW  115035 RUSSIA |
| Phone: 423 785 8274 | Phone: 7 495 787 8181 |
| | CREDIT SUISSE    ID: 411244 |
| | Prior Transferee |
| | CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| | Phone: 212 538 5385 |

| | |
|---|---|
| Claim No.: 8348 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/28/2005 | Amount: $2,099,817.13 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8807

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COCA-COLA ENTERPRISES INC ET AL    ID: 279115 | VR GLOBAL PARTNERS, LP    ID: 452056 |
| Name of Transferor | Current Transferee |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 | VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW  115035 RUSSIA |
| Phone: 423 785 8274 | Phone: 7 495 787 8181 |
| | CREDIT SUISSE    ID: 411244 |
| | Prior Transferee |
| | CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| | Phone: 212 538 5385 |

Claim No.: 8349
Date Claim Filed: 07/28/2005

Full Transfer: (X)    Partial Transfer:
Amount: $442.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8807 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COCA-COLA ENTERPRISES INC ET AL   ID: 279115 | VR GLOBAL PARTNERS, LP   ID: 452056 |
| Name of Transferor | Current Transferee |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289 | VR GLOBAL PARTNERS, LP<br>C/O VR CAPITAL GROUP<br>AVRORA BUSINESS PARK<br>77 SADOVNICHESKAYA NAB BLDG 1<br>MOSCOW  115035 RUSSIA |
| Phone: 423 785 8274 | Phone: 7 495 787 8181 |
| | CREDIT SUISSE   ID: 411244 |
| | Prior Transferee |
| | CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 |
| | Phone: 212 538 5385 |
| Claim No.: 8350 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 07/28/2005 | Amount: $518,550.10 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8795

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| IMPERIAL TRADING COMPANY INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| IMPERIAL TRADING COMPANY INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| ATTN: WAYNE M BAQUET JR, PRES | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 676659 | ATTN JEFFREY KAPLAN |
| DALLAS TX 75267-6659 | 237 PARK AVE SUITE 900 |
| | NEW YORK NY 10017 |
| | |
| Phone: | Phone: 212 808 3597 |
| Account No.: 252088 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 33749 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $97,015.47 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8796

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| IMPERIAL TRADING COMPANY INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| Phone:<br>Account No.: 252088 | Phone: 212 808 3597<br>Account No.: 452148 |

Claim No.: 30970
Date Claim Filed: 04/07/2005

Full Transfer: (X)   Partial Transfer:
Transfer Amount: $9,957.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                            Docket No.: 8797

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| IMPERIAL TRADING COMPANY INC | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |
| IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| Phone: 504 733 1400<br>Account No.: 403234 | Phone: 212 808 3597<br>Account No.: 452148 |
| IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | |
| Phone:<br>Account No.: 252088 | |
| Claim No.: 11263<br>Date Claim Filed: 08/01/2005 | Full Transfer: (X)    Partial Transfer:<br>Transfer Amount: $105,057.94 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 8798

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| IMPERIAL TRADING COMPANY INC | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |

IMPERIAL TRADING COMPANY INC
ATTN KEITH BEBA, CONTROLLER
PO BOX 23508
ELMWOOD LA 70183-0508

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 504 733 1400
Account No.: 403234

Phone: 212 808 3597
Account No.: 452148

IMPERIAL TRADING COMPANY INC
ATTN: WAYNE M BAQUET JR, PRES
PO BOX 676659
DALLAS TX 75267-6659

Phone:
Account No.: 252088

Claim No.: 11264
Date Claim Filed: 08/01/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $105,057.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8837 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HEBERT, MARLENE A & NOLAN | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| HEBERT, MARLENE A & NOLAN | DELLACAMERA CAPITAL MASTER FUND LTD |
| C/O GREENWALD LAW FIRM LLC | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN JOSEPH W GREENWALD JR, ESQ | ATTN JEFFREY KAPLAN |
| 401 MARKET STREET, SUITE 1200 | 237 PARK AVE SUITE 900 |
| SHREVEPORT LA 71101 | NEW YORK NY 10017 |
| | |
| Phone: 318 227 9005 | Phone: 212 808 3597 |
| Account No.: 378307 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 1136 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $30,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---
**DEADLINE TO OBJECT TO TRANSFER**
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8843 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| KALTENBACH, RHONDA | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| KALTENBACH, RHONDA<br>PO BOX 2231<br>YULEE FL 32041 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| Phone: 9043981992 | Phone: 212 808 3597 |
| Account No.: 408221 | Account No.: 452148 |

KALTENBACH, RHONDA
C/O J SCOTT NOONEY & ASSOCIATES
ATTN: J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

Phone: 904 398 1992
Account No.: 492826

| | |
|---|---|
| Claim No.: 7267 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/19/2005 | Transfer Amount: $40,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8809 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| LEXISNEXIS PEOPLEWISE<br>CANDICE C KRISHER, DIR CUST  ACCTNG<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| Phone:<br>Account No.: 254720 | Phone: 212 808 3597<br>Account No.: 452148 |
| Claim No.: 31136<br>Date Claim Filed: 04/07/2005 | Full Transfer: (X)     Partial Transfer:<br>Transfer Amount: $43,925.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 6, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8810 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| CANDICE C KRISHER, DIR CUST ACCTNG | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 7247-7090 | ATTN JEFFREY KAPLAN |
| PHILADELPHIA, PA 19170-7090 | 237 PARK AVE SUITE 900 |
| | NEW YORK NY 10017 |
| | |
| Phone: | Phone: 212 808 3597 |
| Account No.: 254720 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 33830 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $34,030.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8811 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| CANDICE C KRISHER, DIR CUST ACCTNG | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 7247-7090 | ATTN JEFFREY KAPLAN |
| PHILADELPHIA, PA 19170-7090 | 237 PARK AVE SUITE 900 |
| | NEW YORK NY 10017 |
| Phone: | Phone: 212 808 3597 |
| Account No.: 254720 | Account No.: 452148 |

Claim No.: 36517  
Date Claim Filed: 04/07/2005

Full Transfer: (X)   Partial Transfer:  
Transfer Amount: $7,279.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/06/2006

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8812 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| CANDICE C KRISHER, DIR CUST ACCTNG | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 7247-7090 | ATTN JEFFREY KAPLAN |
| PHILADELPHIA, PA 19170-7090 | 237 PARK AVE SUITE 900 |
| | NEW YORK NY 10017 |
| | |
| Phone: | Phone: 212 808 3597 |
| Account No.: 254720 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 32769 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,504.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8814 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| LEXISNEXIS PEOPLEWISE | DELLACAMERA CAPITAL MASTER FUND LTD |
| CANDICE C KRISHER, DIR CUST ACCTNG | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 7247-7090 | ATTN JEFFREY KAPLAN |
| PHILADELPHIA, PA 19170-7090 | 237 PARK AVE SUITE 900 |
| | NEW YORK NY 10017 |
| | |
| Phone: | Phone: 212 808 3597 |
| Account No.: 254720 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 35044 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $56.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 8815 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LEXISNEXIS EXAMEN INC, DIV OF | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| LEXISNEXIS EXAMEN INC, DIV OF | DELLACAMERA CAPITAL MASTER FUND LTD |
| REED ELSEVIER, INC | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN BETH FARNHAM | ATTN JEFFREY KAPLAN |
| 9443 SPRINGBORO PIKE | 237 PARK AVE SUITE 900 |
| MIAMISBURG OH 45342 | NEW YORK NY 10017 |
| | |
| Phone: 973 865 1965 | Phone: 212 808 3597 |
| Account No.: 406287 | Account No.: 452148 |
| | |
| LEXISNEXIS PEOPLEWISE | |
| CANDICE C KRISHER, DIR CUST ACCTNG | |
| PO BOX 7247-7090 | |
| PHILADELPHIA, PA 19170-7090 | |
| | |
| Phone: | |
| Account No.: 254720 | |
| | |
| Claim No.: 13257 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/22/2006 | Transfer Amount: $151,091.04 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/06/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 6, 2006.