Hearing Date: July 13, 2006, 1:00 p.m.
Objection Deadline: July 6, 2006, 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3Fl |
| | ) |
| WINN-DIXIE STORES, INC., et aI. | ) Chapter 11 |
| | ) |
| Debtors | ) Jointly Administered |

**OBJECTION OF 1997 PROPERTIES, INC. TO DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF (I) THREE NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION AND (II) THE RELATED ASSIGNMENT AGREEMENTS**

1997 Properties, Inc. ("1997 Properties") objects to the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365(a) authorizing the Debtors to reject (i) three non-residential real property leases that were assigned prepetition and (ii) the related assignment agreements (the "Motion") as it pertains to 1997 Properties. In support of its objection, 1997 Properties states as follows:

1.   1997 objects to the Motion on the grounds that the Bankruptcy Code does not authorize the rejection of leases that have been assigned. The Debtors must cure any defaults, assume and assign the leases.

2.   Whether as a cure amount or in the alternative as administrative expense, Debtors should be required to pay immediately $17,379.65 owed to 1997 Properties as post-petition rent for a post-petition check delivered to 1997 Properties on which the Debtors stopped payment pursuant to section 365(d)(3) of the Bankruptcy Code. The majority of courts interpreting Section 365 find that lessors of nonresidential real property are entitled to payment of rent due under an unexpired

lease as an administrative claim for the period running from the filing of the petition until the rejection of the lease. In re: Kirsch, 242 B.R. 777, 779 (Bankr. M.D. Fla. 1991) "Until debtors reject leases for nonresidential real property, whether by their own action or by law, lessors are entitled to administrative expenses for unpaid rent accruing postpetition". Id. at 80. See also, In re: CHS Electronics, Inc., 265 B.R. 339, 341 (S.D.Fla. 2001)("nonresidential landlords are entitled to administrative expense priority for postpetition rent under an unexpired lease of nonresidential real property, without regard to §503(b)(1)").

3. 1997 Properties reserves the right to make claims for any additional amounts that may be due in order to cure defaults and or as rejection damages.

DATED: July 6, 2006.

WELLS, MOORE, SIMMONS & HUBBARD, PLLC

BY: */s/ Richard Montague*
  Richard Montague
  Mississippi Bar Number 3411
  Highland Bluff North, Suite 200
  4450 Old Canton Road
  Post Office Box 1970
  Jackson, Mississippi 39215-1970
  Telephone: (601) 354-5400
  Telecopier: (601) 355-5850

  *Attorney for 1997 Properties, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July 6, 2006.

Adam Ravin, Esq.
D.J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square New York, NY 10036

United States Trustee -JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza New York, NY 10005

Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                        /s/ Richard Montague