**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC, et. al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**RESPONSE TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION
TO REDUCTION OF CLAIM**

    **COME NOW** the Creditors, E. Lee Barran and wife, Gay M. Barran, and John C. Eyster and wife, Mary W. Eyster, by and through their attorney, W. David Vaughn and this response to the Debtors' Thirteenth Omnibus Objection to the reduction of their claim and respectfully represent as follows:

    1.    On October 12, 2005, the Creditors filed an unsecured nonpriority Proof of Claim in the above styled case in the amount of $1,165,300.00.

    2.    The Creditors has filed an amended unsecured nonpriority Proof of Claim in the above styled case in the amount of $1,540,574.00.

    3.    The original Lease Agreement between the Creditors and Winn-Dixie Stores, Inc. (Winn-Dixie Atlanta, Inc.) leased a 220 foot by 200 foot commercial business premises in the Plum Tree Center in Decatur, Alabama, to the Tenant for an annual lease payment of $250,800.00 per year or $20,900.00 per month for a term of 20 years from the commencement date.
**SEE ATTACHED EXHIBIT A TO THE AMENDED PROOF OF CLAIM**

    4.    On June 12, 1995, the Landlords and the Tenant amended the original Lease Agreement to allow for the enlargement of the Winn-Dixie Store premises to allow the Winn-Dixie Store, at its own cost, to erect an addition to the existing building. The Landlords agreed to partially reimburse the Tenant, Winn-Dixie, the sum of $350,000.00. The initial term of the Lease Agreement was extended for a period of 13 years from the completion date and the rent was increased from $20,900.00 per month to $27,100.00 per month. **The term of the Lease Agreement, as amended, was set to expire on April 24, 2009.**
**SEE ATTACHED EXHIBIT B TO THE AMENDED PROOF OF CLAIM**

    5.    The Amended Proof of Claim shows a calculation of damages as follows:

**CALCULATION OF DAMAGES**

**LEASE AGREEMENT REJECTION DATE**: September 21, 2005

**REMAINING TERM ON LEASE AGREEMENT:**
September 21, 2005 – April 24, 2009 = 43 Months

**TOTAL DAMAGES CLAIMED**

Monthly Lease payment $27,100.00 times 43 Months = **$1,165,300.00**

The Creditors/ Landlords, E. Lee Barran and wife, Gay M. Barran, and John C. Eyster and wife, Mary W. Eyster, doing business as Plum Tree Center entered into a Lease Agreement with Fred's Stores of Tennessee, Inc. for the lease of approximately 20,672 square fee (200' x 103.3) in part of the former Winn-Dixie store location in the Plum Tree Center in Decatur, Alabama, with rental payments in the amount of $107,000.00 ($5.18 per square foot) per lease year, payable in equal monthly installments of $8,916.67 commencing on May 1, 2006, and continuing for 5 years. The Lessee, Fred's Stores of Tennessee, Inc., further agreed to pay a common area maintenance charge (CAM) for $416.00 per month. **SEE ATTACHED EXHIBIT C TO AMENDED PROOF OF CLAIM**

The Creditors/ Landlords, E. Lee Barran and wife, Gay M. Barran, and John C. Eyster and wife, Mary W. Eyster, doing business as Plum Tree Center entered into a Lease Agreement with Aldi, Inc. (Alabama), an Alabama corporation, for the lease of approximately 16,800 square feet (200' x 84') in part of the former Winn-Dixie store location in the Plum Tree Center in Decatur, Alabama, with rental payments in the amount of $105,000.00 ($6.25 per square foot) per lease year, payable in equal monthly installments of $8,750.00 commencing on August 1, 2006, and continuing for 5 years. The Lessee, Aldi, Inc., further agreed to pay a common area maintenance charge (CAM) equal to the Lessee's pro-rata share of the common area maintenance which shall not in any event be in excess of 3% of the common area maintenance charges (exclusive of insurance premiums, taxes, and expenditures in excess of $10,000.00); however, because of the present uncertainty as to the amount of Aldi, Inc.'s obligation to pay common area maintenance fees to the Lessors, the common area maintenance obligation of Aldi, Inc. will not be used in the calculations of damages. **SEE ATTACHED EXHIBIT D TO THE AMENDED PROOF OF CLAIM**

The additional renovation and remodeling cost of the former Winn-Dixie store location for use by new tenants, Fred's Stores of Tennessee, Inc. and Aldi, Inc. (Alabama), an Alabama corporation, and an additional 19,500 square feet of as yet un-leased and vacant space which has been paid or which is in the process of being paid by the Landlord's is approximately $950,000.00.

The Landlords paid a real estate commission in the amount of $50,000.00 for the negotiation of the real estate lease with Aldi, Inc.

**PAYMENTS TO BE RECEIVED BY LANDLORD IN MITIGATION OF DAMAGES**

Payments to be received from Fred's Stores of Tennessee, Inc. during the remaining term of the Winn-Dixie Lease Period:

May 1, 2006 – April 24, 2009 = 36 months

Rent ($8,916.67/ Month) plus CAM ($416.00/ Month) = $9,332.67

$9,332.67/ Month times 36 Months = $335,976.00

Payments to be received from Aldi, Inc. during the remaining term of the Winn-Dixie Lease Period:

August 1, 2006 – April 24, 2009 = 33 Months

Rent ($8,750.00/ Month) plus CAM ($0.00/ Month) = $8,750.00

$8,750.00/ Month times 33 Months = $288,750.00

Total Payment to be received in Mitigation of Damages        $624,726.00

**SUMMARY**

Total Monthly Lease Payments Claimed in Original Proof of Claim

| | |
|---|---|
| $27,100.00/ month times 43 Months = | $1,165,300.00 |
| Plus Additional Renovation and Remodeling Cost For New Tenants = | + $950,000.00 |
| Plus Real Estate Commission for Negotiation of Lease with Aldi, Inc. | + $50,000.00 |
| Less Total Payments to be received in Mitigation of Damages | - $624,726.00 |
| Total Amount of Amended Claim | **$1,540,574.00** |

**WHEREFORE** the Creditors, E. Lee Barran and wife, Gay M. Barran, and John C. Eyster and wife, Mary W. Eyster, request that the Debtors' Thirteenth

Omnibus Objection to the Creditors claim be denied and that the Creditors' Amended Claim in the amount of $1,540,574.00 be allowed as filed.

**DATED** this the 6th day of July, 2006.

/s/ Michael L. Edwards  07/06/06
_____
Michael L. Edwards
FL Bar Number:  248622
218 East Ashley Street
Jacksonville, Florida 32202
Telephone No.: (904) 350-9800
Facsimile No.: (904) 350-9803
Attorney for Creditors


/s/ William L. Chenault, III.
_____
William L. Chenault, III.
Attorney for Creditors
P. O. Box 1906
Decatur, Alabama 35602-1906
Telephone No.: (256) 353-7031
Facsimile No.: (256) 353-8701
Email: wlc@chhlawpc.com

# CERTIFICATE OF SERVICE

I, Michael L. Edwards, do hereby certify that I have on this the 6th day of July, 2006, served a copy of the Response to the Debtors' Thirteenth Omnibus Objection to the Reduction of the Creditors' Claim by transmitting a copy of the same by the Court's ECF electronic filing noticing system or by email transmission or by mailing a copy of the same by regular United States mail properly addressed with first class postage prepaid to each of the following persons of entities:

Cynthia C. Jackson (F.B. N. 498882)
Stephen D Busey
James H. Post
Attorneys for Winn-Dixie Stores, et. al.
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone No.: (904) 359-7700
Facsimile No.: (359-7708
Email: cjackson@smithhulsey.com

D. J. Baker
Sally McDonald Henry
Rosalie W. Gray
Eric M. Davis
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Winn-Dixie Stores, et. al.
Four Time Square
New York, New York 10036
Telephone No.: (212) 735-3000
Facsimile No.: (212) 735-2000
Email: djbaker@skadden.com

Jane Leamy
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Winn-Dixie Stores, et. al.
Four Time Square
New York, New York 10036
Telephone No.: (212) 735-3000
Facsimile No.: (212) 735-2000
Email: jleamy@skadden.com

/s/ Michael L. Edwards
Michael L. Edwards
FL Bar Number: 248622
218 East Ashley Street
Jacksonville, Florida 32202
Telephone No.: (904) 350-9800
Facsimile No.: (904) 350-9803

Attorney for Creditors