**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

| | |
|---|---|
| WINN DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | Chapter 11 |
| _____/ | Jointly Administered |

**AMENDED NOTICE OF WITHDRAWAL OF STAY RELIEF MOTION**

Movants CHARLENE MILLER and ROBERT MILLER and their undersigned counsel hereby notice their withdrawal of their motion for relief from automatic stay which was set for hearing at 2:00 p.m. July 10, 2006. As grounds, Movants state they have reached a settlement on their personal injury claim through an insurance adjuster for Winn Dixie Stores, Inc. which is pending approval by the court.

Dated: July 5, 2006

    RUTHERFORD MULHALL, P.A.
    Attorneys for Charlene and Robert Miller
    2600 N. Military Trail, 4th Floor
    Boca Raton, FL 33431-6348
    Tel: (561) 241-1600
    Fax: (561) 241-3815

    By:/s/ *Robert L. Wunker*
        Robert L. Wunker
        Florida Bar No. 176998

   I HEREBY CERTIFY that a copy of this Motion was filed either electronically or by U.S. Mail to the debtor Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, at 5050 Edgewood Court, Jacksonville, FL 32254, to D. Jan Baker, Esq. at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtor, at Four Times Square, New York City, NY 10036, to Stephen D. Busey, Esq., counsel for the Debtor, at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, to Office of the United States Trustee at 135 West Central Blvd., Room 620, Orlando, FL 32801, and to all Rule 1007(d) Parties in Interest and other parties identified in the Master Service List which is attached hereto and made a part of this motion, this 6th day of July, 2006.

I further certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court.

                     RUTHERFORD MULHALL, P.A.
                     Attorneys for Movants Charlene and Robert Miller
                     2600 N. Military Trail, 4th Floor
                     Boca Raton, FL 33431-6348
                     Tel: (561) 241-1600
                     Fax: (561) 241-3815

                     By:/s/ ROBERT L. WUNKER
                        Robert L. Wunker
                        Florida Bar No. 176998