# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC., et al.,             Case No. 05-03817-3F1

         Debtors.                                                Chapter 11

_____/                  Jointly Administered

## AMENDED NOTICE OF WITHDRAWAL FROM CASE
## AND
## REQUEST TO STOP ELECTRONIC NOTICE

     Movants CHARLENE MILLER and ROBERT MILLER and their undersigned counsel hereby notice their withdrawal from the above case for the purpose of requesting stoppage of all electronic notices in the case to their undersigned counsel. However, these creditors do not withdraw their proof of claim which is filed in the case.

     Dated: July 6, 2006

                                                    RUTHERFORD MULHALL, P.A.
                                                  Attorneys for Charlene and Robert Miller
                                                  2600 N. Military Trail, 4th Floor
                                                  Boca Raton, FL 33431-6348
                                                  Tel: (561) 241-1600
                                                  Fax: (561) 241-3815

                                                  By:/s/ *Robert L. Wunker*
                                                       Robert L. Wunker
                                                       Florida Bar No. 176998

I HEREBY CERTIFY that a copy of this Motion was filed either electronically or by U.S. Mail to the debtor Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, at 5050 Edgewood Court, Jacksonville, FL 32254, to D. Jan Baker, Esq. at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtor, at Four Times Square, New York City, NY 10036, to Stephen D. Busey, Esq., counsel for the Debtor, at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, to Office of the United States Trustee at 135 West Central Blvd., Room 620, Orlando, FL 32801, and to all Rule 1007(d) Parties in Interest and other parties identified in the Master Service List which is attached hereto and made a part of this motion, this 6th day of July, 2006.

I further certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court.

    RUTHERFORD MULHALL, P.A.
Attorneys for Movants Charlene and Robert Miller
2600 N. Military Trail, 4th Floor
Boca Raton, FL 33431-6348
Tel: (561) 241-1600
Fax: (561) 241-3815

By:/s/ ROBERT L. WUNKER
    Robert L. Wunker
    Florida Bar No. 176998