IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WINN-DIXIE STORES, INC. et al., | § | CASE NO. 05-03817-3F1 |
| | § | |
| | § | *Chapter 11* |
| | § | |
| Debtors.[1] | § | JOINTLY ADMINISTERED |

**FIESTA MART, INC.'S OBJECTION TO DEBTORS' MOTION FOR
ORDER AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL
REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION**

COMES NOW, Fiesta Mart, Inc. ("Fiesta"), an assignee of four of the Winn-Dixie leases which are the subject to Winn-Dixie's Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition ("Motion") and files this, their Objection to Winn-Dixie's Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition ("Objection") and would respectfully show unto the Court as follows:

1. Fiesta admits the allegations of the first five paragraphs of the Motion.

2. The allegations of paragraph 6 of the Motion is a prayer for relief which does not require a response, but for pleading purposes Fiesta denies the allegations.

3. With regards to the four leases assigned to Fiesta, Fiesta would admit the allegations of paragraphs 7 and 8 of the Motion.

4. With regards to the four leases assigned to Fiesta, Fiesta denies the allegations of paragraph 9 of the Motion.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

037100.20040511/258825.v1

5. Paragraphs 10 and 11 contain legal argument and as such a response to those paragraphs is not required; however, for pleading purposes they are denied.

6. Fiesta lacks sufficient knowledge and facts to enable it to admit or deny paragraph 12 of the Motion.

7. Paragraph 13 is a request for relief which does not require a response, but for pleading purposes the same is denied.

8. Fiesta lacks sufficient knowledge and facts to enable it to admit or deny paragraph 14 of the Motion.

9. Pleading further, Fiesta asserts that if Winn-Dixie has previously assigned the lease, there is nothing to reject. Pursuant to the Asset Purchase Agreement dated May 21, 2002, the Debtor assigned to Fiesta all of Debtor's right, title and interest, as tenant, under the four leases, specifically store numbers 2411, 2422, 2441 and 2459.

10. Fiesta would assert that to prevent damages to Fiesta, the Debtor should assume and assign leases as that also eliminates damages which may arise from a Fiesta claim. 11 U.S.C. §365.

11. Fiesta would show that if the Debtors are able to reject the lease, such rejection may constitute a default leading to damages not only for the landlords, but also for the lease assignee. 11 U.S.C. §365(h).

12. Fiesta asserts that Debtor's attempt to reject constitutes a breach of the Asset Purchase Agreement.

13. Fiesta asserts that Section 365(c) allows for rejection of any "unexpired lease of the debtor"; however, due to the assignment, the four Fiesta leases are not now, nor were they at the time of the bankruptcy filing leases of the Debtor.

WHEREFORE, PREMISES CONSIDERED, Fiesta prays that the Court deny Debtor's Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition and grant Fiesta such other and further relief as is just.

OF COUNSEL:

HIRSCH & WESTHEIMER, P.C.

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
    Michael J. Durrschmidt
    Admissions No. 4720
    State Bar No. 06287650
    25th Floor, Bank of America Center
    700 Louisiana
    Houston, Texas 77002
    Telephone: (713) 220-9165
    Telecopier: (713) 223-9319

ATTORNEYS FOR FIESTA MART, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Objection to Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition was served by first class mail, postage prepaid, facsimile and/or electronic mail by the Clerk of the Court via the ECM system, as listed on the attached Exhibit "A" and as listed below on July 6, 2006.

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
225 Water Street, Suite 1800
Jacksonville, Florida 32202

                                              /s/ Michael J. Durrschmidt
                                              Michael J. Durrschmidt