UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.        Chapter 11

        Debtors.                      Case No. 05-03817-3F1
                                                  (Jointly Administered)
_____/

## AMENDMENT TO MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel hereby amends the Motion for Substitution of Counsel filed on June 28, 2006 (C.P.#8848) by attaching hereto a copy of the motion containing the original client signature.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served copies of this pleading on the Debtors by depositing same in the U.S. Mail, postage prepaid and addressed to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and to D. J. Baker, Esq., Skadden Arps Slate Meagher & Flom LLP, Four Times Square, New York, New York 10036 on this 7th day of July, 2006.

                                      Respectfully submitted,

                                      GENOVESE JOBLOVE & BATTISTA, P.A.
                                      200 East Broward Boulevard, Suite 1110
                                      Ft. Lauderdale, FL 33301
                                      Telephone: (954) 453-8018
                                      Facsimile: (954) 453-8010
                                      dstern@gjb-law.com

                                      /s/ David N. Stern
                                      David N. Stern
                                      Florida Bar No. 040398

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.         Chapter 11

       Debtors.                 Case No. 05-03817-3F1
                                         (Jointly Administered)
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

David N. Stern and the law firm of Genovese Joblove & Battista, P.A. respectfully request that this Court enter an order allowing the law firm of Genovese Joblove & Battista, P.A. to replace Karen K. Specie and the law firm of Scruggs & Carmichael, P.A. as counsel of record for Weston Road Shopping Center, LLC

Respectfully submitted this 28th day of Jun, 2006.

| | |
|---|---|
| Genovese Joblove & Battista, P.A. | Scruggs & Carmichael, P.A. |
| 200 East Broward Boulevard, Suite 1110 | P.O. Box 23109 |
| Ft. Lauderdale, FL 33301 | Gainesville, FL 32602-3109 |
| Telephone: (305) 349-2300 Ext. 8018 | Telephone: (352) 376-5242 |
| Facsimile: (954) 767-6047 | Facsimile: (352) 375-0690 |

By: _____
David N. Stern
Florida Bar No. 040398
dstern@gjb-law.com

By: _____
Karen K. Specie  /s/ David Stern w/ consent
Florida Bar No. 260746
specie@scruggs-carmichael.com

Weston Road Shopping Center, LLC, a Florida limited
liability company
By: WR, LLC, a Florida limited liability company, its
Manager

By: _____
Firpo Garcia, it Sole Member