**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT**
**TO DEBTORS' MOTION FOR ORDER AUTHORIZING RETROACTIVE**
**REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES**
**THAT WERE ASSIGNED PREPETITION**

    I, Adam S. Ravin, certify that on July 7, 2006 I caused to be served the Debtors' Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases that Were Assigned Prepetition [Docket No. 8756] and corresponding Notice of Hearing [Docket No. 8758], by having true and correct copies thereof sent to (A) the parties listed in Exhibit A via FedEx and first class mail.

Dated: July 10, 2006

                                                                          SKADDEN, ARPS, SLATE,
                                                                          MEAGHER & FLOM LLP

                                                                          By: /s/ *Adam S. Ravin*
                                                                          Adam S. Ravin
                                                                          Four Times Square
                                                                          New York, New York 10036
                                                                          (212) 735-3000
                                                                          (212) 735-2000 (facsimile)

                                                                             - and –

2

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**Exhibit A**

Musgrave Enterprises
500 Chestnut Street, Suite 700
Abilene, TX 79602

Carolyn Buck
609 Sheridan Road
Winnetka, IL 60093

Camp Bowie, LTD
8235 Douglas Ave, Suite 200
Dallas, TX 75225
Attn: David Lane

Thomas G. Hotz
HMG Coinvestment, LLC
1125 S. 103rd Street, Suite 450
Omaha, NE 68124

Bill Ohlsen
Lennar Partners, Inc.
1601 Washington Ave., Suite 700
Miami Beach, FL 33139