# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br><br><br>WINN-DIXIE MONTGOMERY, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3Fl Jointly Administered<br><br><br><br>Case No. 05-03837-JAF<br><br>Scheduled Claim No.: <u>261124-12</u> |

### **<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, SIRVA RELOCATION, IN THE AMOUNT OF $368,924.09, TO DELLACAMERA CAPITAL MASTER FUND, LTD.</u>**

**To Transferor:**
        SIRVA RELOCATION
        ATTN: JEFFREY MARGOLIS, SENIOR COUNSEL
        6070 PARKLAND BLVD
        MAYFIELD HEIGHTS, OH 44124

PLEASE TAKE NOTICE that the transfer of $368,924.09 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**        DellaCamera Capital Master Fund, Ltd.
                           c/o DellaCamera Capital Management, LLC
                           237 Park Avenue
                           Suite 900
                           New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtor's Schedules listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                               _____
                                                                                               Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Winn-Dixie Montgomery, Inc. | Case No. 05-11081 (RDD) |
| | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Sirva Relocation ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $368,924.09 | 261124-12 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

ASSIGNOR: Sirva Relocation
Address: 6070 Parkland Blvd.
Mayfield Heights, OH 44124
Signature: *[signed]*
Name: Jeffrey Margolis
Title: Senior Counsel
Date: 6/26/06

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   WINN-DIXIE MONTGOMERY, INC.                                                  Case No.:   05-11081 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| SIMMONS CATFISH<br>2628 ERICKSON ROAD<br>YAZOO CITY, MS  39194<br>Creditor: 261091 - 12<br> Vendor: 0000197046 | 02/21/2005 | | | | | $3,021.70 |
| SIMON HUBIG PIE CO<br>2417 DAUPHINE STREET<br>NEW ORLEANS, LA  70117<br>Creditor: 261094 - 12<br> Vendor: 0000505639 | 02/21/2005 | | | | | $11,168.75 |
| SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE, IL  60055-0320<br>Creditor: 261097 - 12<br> Vendor: 0000820394 | 02/21/2005 | | | | | $32,557.95 |
| SIMPSON COUNTY NEWS<br>PO BOX 97<br>MENDENHALL, MS  39114<br>Creditor: 261108 - 12<br> Vendor: 0000779358 | 02/21/2005 | | | | | $1,072.50 |
| SINGING RIVER ELECT POWER<br>PO BOX 767<br>LUCEDALE, MS  39452-0767<br>Creditor: 261115 - 12<br> Vendor: 0000199222 | 02/21/2005 | | | | | $16,085.14 |
| SIRIUS COMPUTER SOLUTIONS INC<br>PO BOX 224968<br>DALLAS, TX  75222-4968<br>Creditor: 261123 - 12<br> Vendor: 0000831178 | 02/21/2005 | | | | | $14,841.34 |
| ==SIRVA RELOCATION==<br>==6070 PARKLAND BLVD==<br>==MAYFIELD HEIGHTS, OH  44124==<br>==Creditor: 261124 - 12==<br>== Vendor: 0000822126== | 02/21/2005 | | | | | ==$368,924.09== |
| SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA  70162<br>Creditor: 261139 - 12<br> Vendor: 0000450937 | 02/21/2005 | | | | | $18,714.27 |

**PAGE TOTAL:**     **$466,385.74**