# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: <u>8209</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, SIRVA RELOCATION, IN THE AMOUNT OF $530,214.04, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**

> SIRVA RELOCATION
> ATTN: GLENN M REISMAN, ESQ
> C/O LAW OFFICE OF GLENN M REISMAN
> TWO CORPORATE DRIVE, SUITE 648, PO BOX 861
> SHELTON, CT 06484-0861

PLEASE TAKE NOTICE that the transfer of $530,214.04 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   DellaCamera Capital Master Fund, Ltd.
c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

The evidence of transfer of claim is attached hereto.  A copy of the Proof of Claim listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim.  However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                    _____
                                                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:

    Winn-Dixie Stores, Inc.

        Debtor

Case No. 05-03817-3F1

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Sirva Relocation ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $530,214.04 | 8209 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

ASSIGNOR: Sirva
Address: Attn: Molly Solly, Account Rep
6070 Parkland Blvd.
Mayfield Heights, OH 44124
Signature: _Jeffrey McCey_
Name: Jeffrey Margolis
Title: Senior Counsel
Date: 6/26/06

# EXHIBIT A

Form P10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

**Name of Debtor Against Which You Assert Your Claim:**
Debtor Name: Winn-Dixie Stores, Inc.   Case No. 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

Your claim is scheduled as follows:

Debtor
Winn-Dixie Stores, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$.00
Unliquidated
DEBTOR: WINN - DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE.: 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 8209**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

19954858
Creditor Id: WDX-382161-B1-51
SIRVA
ATTN: MOLLY SOLLY, ACCOUNT REP
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

Telephone No. of Creditor: 203-944-3042
Fax No. of Creditor: 203-944-3044

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if ☒ replaces address above ☐ additional address
Name: Glenn M. Reisman, Esq.
Company/Firm: Law Office of Glenn M. Reisman
Address: Two Corporate Drive, Suite 648
P.O. Box 861, Shelton, CT 06484-0861

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☒ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)      (date)

**2. Date debt was incurred:** 1/10/05 through 2/21/05

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$530,214.04 (unsecured)   $_____ (secured)   $_____ (priority)   $530,214.04 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 530,214.04
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7/26/05 | Print: Michelle Reisman   Title: Attorney<br>Signature: [signed] |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# SIRVA RELOCATION
6070 Parkland Blvd
Mayfield Heights, OH 44124
(440) 684-5597

# INVOICE

Invoice No: W 15 - Revised
Date: 07/21/05

To:   Winn-Dixie
      ATT: Connie Clark
      5050 Edgewood Court
      Jacksonville, FL 32254-3699

| Description | Amount |
|---|---|
| Expense Summary Invoice for 02/07/-03/07/2005 | $144,527.29 |
| Total Balance Due | $144,527.29 |
| INVOICE PAYMENT DUE IN FULL THREE DAYS FROM DATE OF INVOICE | |

Please remit
wire transfer to        **NATIONAL CITY BANK**
                        **FORT WAYNE, IN**
To the account of       **SIRVA RELOCATION**

**SIRVA**

## Winn-Dixie Invoicing Report

| Period: | 2/7/2005 | to | 3/7/2005 |
|---|---|---|---|
| Date Submitted: | 3/7/2005 | | |
| | Amt. Due: | $ 144,527.29 | |

| Name | Division | Net Amount | Amount Paid on 3/21 | Remaining Balance | Reference | Expense Date | TI3/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|---|---|
| BRILLER, MATTHEW | 101113 - JAX Retail | $ 1,515.00 | | $ 1,515.00 | TL LODGING-1/7-1/31/05 | 2/15/2005 | 49795 | 293573 | 9002 |
| BRILLER, MATTHEW | 101113 - JAX Retail | $ 1,092.00 | | $ 1,092.00 | TL LODGING-2/1-2/27/05 | 2/15/2005 | 49795 | 293573 | 9002 |
| ERHARDT, KARL | 101113 - JAX Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/17/05 | 2/17/2005 | 52976 | 293248 | 9002 |
| ERHARDT, KARL | 101113 - JAX Retail | $ 1,000.00 | | $ 1,000.00 | MEA W/GUP-2/17/05 | 2/17/2005 | 52976 | 293248 | 9002 |
| HAYNES, MIKE | 101113 - JAX Retail | $ 3,966.80 | $ 3,782.35 | | TL LODGING-2/20-3/31/05 | 3/3/2005 | 52976 | 293248 | 9002 |
| HINTON, CHARLES | 101113 - JAX Retail | $ 204.45 | | $ 204.45 | TL LODGING-2/1-2/15/05 | 2/15/2005 | 49345 | 292766 | 9002 |
| HINTON, CHARLES | 101113 - JAX Retail | $ 1,288.20 | | $ 1,288.20 | EXPADV FEE-2/17/05 | 2/17/2005 | 53184 | 293872 | 9003 |
| LEFURGE, DAN | 101113 - JAX Retail | $ 295.00 | | $ 295.00 | LSP W/GUP-2/17/05 | 2/17/2005 | 53184 | 293872 | 9003 |
| LEFURGE, DAN | 101113 - JAX Retail | $ 5,000.00 | | $ 5,000.00 | EXPADV FEE-2/14/05 | 2/14/2005 | 52448 | 292620 | 9003 |
| LYNCH, PETER | 101113 - JAX Retail | $ 295.00 | | $ 295.00 | MEA W/GUP-2/14/05 | 2/14/2005 | 52448 | 292620 | 9003 |
| SCOTT, BERNARD | 101113 - JAX Retail | $ 1,600.84 | | $ 1,600.84 | AUTO SHIPMENT(1) | 2/15/2005 | 49466 | 292970 | 9001 |
| SCOTT, BERNARD | 101113 - JAX Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/16/05 | 2/16/2005 | 53011 | 293344 | 9002 |
| SCOTT, BERNARD | 101113 - JAX Retail | $ 322.40 | | $ 322.40 | HT AIRFARE-2/18/05 | 2/23/2005 | 53011 | 293344 | 9002 |
| SCOTT, BERNARD | 101113 - JAX Retail | $ 1,000.00 | | $ 1,000.00 | MEA W/GUP-2/18/05 | 2/16/2005 | 53011 | 293344 | 9002 |
| SINISCALCHI, NICK | 101113 - JAX Retail | $ 1,121.23 | $ 784.86 | | TL LODGING-2/18-2/28/05 | 3/3/2005 | 53011 | 293344 | 9002 |
| VAUGHN, TIMOTHY | 101113 - JAX Retail | $ 2,538.00 | | $ 2,538.00 | TL LODGING-1/7-2/2/05 | 2/8/2005 | 44453 | 286950 | 9002 |
| VAUGHN, TIMOTHY | 101113 - JAX Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/15/05 | 2/15/2005 | 52915 | 293059 | 9002 |
| VAUGHN, TIMOTHY | 101113 - JAX Retail | $ 1,000.00 | | $ 1,000.00 | MEA W/GUP-2/15/05 | 2/15/2005 | 52915 | 293059 | 9002 |
| | **101113 - JAX Retail Total** | $ 23,939.57 | | $ 4,597.21 | | | | | |
| | | | | $ 18,372.36 | | | | | |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 84.70 | | $ 84.70 | HT LODGING-2/10/05 | 2/21/2005 | 51709 | 289309 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 244.90 | | $ 244.90 | HT MILEAGE @ 31-2/10-2/12/05 | 2/21/2005 | 51709 | 289309 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 1,746.00 | $ 616.24 | $ 1,129.76 | TL LODGING-2/11-2/28/05 | 3/3/2005 | 51709 | 289309 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 59.25 | | $ 59.25 | TN MILEAGE @ 15-2/14/05 | 2/21/2005 | 51709 | 289309 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 63.20 | | $ 63.20 | TN MILEAGE @ 16-2/14/05 | 2/21/2005 | 51709 | 289309 | 9002 |
| SAVAGE, MATTHEW | 101120 - JAX Logistics | $ 1,938.00 | $ 847.88 | $ 1,090.12 | EXPADV FEE-2/15/05 | 3/3/2005 | 51033 | 290063 | 9002 |
| | **101120 - JAX Logistics Total** | $ 4,134.05 | $ 1,464.12 | $ 2,671.93 | | | | | |
| HULSEY, JOHN | 103113 - MIA Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/15/05 | 2/15/2005 | 53057 | 293480 | 9003-DISCO |
| HULSEY, JOHN | 103113 - MIA Retail | $ 10,000.00 | $ 10,000.00 (credits from bill) | | LSP W/GUP-2/15/05 | 2/15/2005 | 53057 | 293480 | 9003-DISCO |
| JENKINS, JILL | 103113 - MIA Retail | $ 149.42 | | $ 149.42 | HT MILEAGE-2/19/05 | 2/22/2005 | 47503 | 278456 | 9002 |
| JENKINS, JILL | 103113 - MIA Retail | $ 8,536.62 | | $ 8,536.62 | NAPCC CLOSING COSTS-10-5-04 | 2/21/2005 | 47503 | 278456 | 9002 |
| JENKINS, JILL | 103113 - MIA Retail | $ 72.30 | | $ 72.30 | TN MILEAGE @ 15-2/19/05 | 2/22/2005 | 47503 | 278456 | 9002 |
| JENKINS, JILL | 103113 - MIA Retail | $ 77.12 | | $ 77.12 | TN MILEAGE @ 16-2/16/05 | 2/22/2005 | 47503 | 278456 | 9002 |
| | **103113 - MIA Retail Total** | $ 19,130.46 | $ 10,000.00 | $ 9,130.48 | | | | | |
| VANNOY, NEIL | 105113 - RAL Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/15/05 | 2/15/2005 | 53053 | 293468 | 9003 |
| VANNOY, NEIL | 105113 - RAL Retail | $ 5,000.00 | | $ 5,000.00 | LSP W/GUP-2/15/05 | 2/15/2005 | 53053 | 293468 | 9003 |
| | **105113 - RAL Retail Total** | $ 5,295.00 | | $ 5,295.00 | | | | | |
| FIELDS, MICHAEL | 107113 - MTG Retail | $ 295.00 | | $ 295.00 | EXPADV FEE-2/16/05 | 2/16/2005 | 53020 | 293367 | 9002 |
| FIELDS, MICHAEL | 107113 - MTG Retail | $ 2,500.00 | | $ 2,500.00 | LSP W/GUP-2/16/05 | 2/16/2005 | 53020 | 293367 | 9002 |
| SMITH, THOMAS | 107113 - MTG Retail | $ 1,288.38 | | $ 1,288.38 | TL LODGING-2/1-2/15/05 | 3/3/2005 | 49186 | 281718 | 9002 |
| | **107113 - MTG Retail Total** | $ 4,083.38 | | $ 4,083.38 | | | | | |
| DURAND, WILLIAM | 107120 - MTG Logistics | $ 121.83 | | $ 121.83 | TFL MILEAGE @ 31-2/16/05 | 2/23/2005 | 51760 | 289499 | 9002 |
| DURAND, WILLIAM | 107120 - MTG Logistics | $ 1,790.25 | $ 370.40 | $ 1,419.85 | TL LODGING-1/27-2/28/05 | 3/3/2005 | 51760 | 289499 | 9002 |
| DURAND, WILLIAM | 107120 - MTG Logistics | $ 121.83 | | $ 121.83 | TL MILEAGE @ 31-1/16/05 | 2/23/2005 | 51760 | 289499 | 9002 |
| | **107120 - MTG Logistics Total** | $ 2,033.91 | $ 370.40 | $ 1,663.51 | | | | | |
| UTRATA, GARY | 108113 - NOL Retail | $ 880.00 | | $ 880.00 | TL LODGING-1/21-1/31/05 | 2/17/2005 | 47974 | 278777 | 9002 |
| UTRATA, GARY | 108113 - NOL Retail | $ 2,720.00 | $ 1,071.51 | $ 1,648.49 | TL LODGING-2/1-3/6/05 | 2/17/2005 | 47974 | 278777 | 9002 |
| | **108113 - NOL Retail Total** | $ 3,600.00 | $ 1,071.51 | $ 2,528.49 | | | | | |
| SCOTT, THOMAS | 111113 - CHR Retail | $ 23.20 | | $ 23.20 | TL LAUNDRY - 12/31/04 | 2/6/2005 | 47694 | 277030 | 9002 |
| SCOTT, THOMAS | 111113 - CHR Retail | $ 30.00 | | $ 30.00 | TL LAUNDRY-2/12/05 | 2/24/2005 | 47694 | 277030 | 9002 |
| SCOTT, THOMAS | 111113 - CHR Retail | $ 1,749.64 | | $ 1,749.64 | TL LODGING - 1/1 - 1/31/05 | 2/8/2005 | 47694 | 277030 | 9002 |
| SCOTT, THOMAS | 111113 - CHR Retail | $ 749.82 | | $ 749.82 | TL LODGING-2/2-2/16/05 | 2/24/2005 | 47694 | 277030 | 9002 |
| WARDEN, HANK | 111113 - CHR Retail | $ 91.00 | | $ 91.00 | FINAL BILL-2/16/05 | 2/21/2005 | 46888 | 274498 | 9002 |
| | **111113 - CHR Retail Total** | $ 2,643.66 | | $ 2,643.66 | | | | | |

| Name | Division | Net Amount | Amount Paid on 3/29 | Remaining Balance | Reference | Expense Date | TTS/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|---|---|
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | 713.80 | | 713.80 | TFL AIRFARE - 2/8/05 | 2/10/2005 | 32884 | 230808 | 9002 |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | 713.80 | | 713.80 | TNL AIRFARE - 2/12/05 | 2/10/2005 | 32884 | 230808 | 9002 |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | 398.84 | | 398.84 | TNL CAR RENTAL 2/8-2/12/05 | 2/17/2005 | 32884 | 230808 | 9002 |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | 146.33 | | 146.33 | TNL PARKING, LODGING, TOLLS-2/8-2/12/05 | 2/17/2005 | 32884 | 230808 | 9002 |
| | 117330 - Dixie Packers Total | 1,960.77 | | 1,960.77 | | | | | |
| AUSTIN, BRENDA | 117903 - HOO All (Except CP) | 343.80 | | 343.80 | HT AIRFARE-1/31-2/3 | 2/17/2005 | 51573 | 288851 | 9002 |
| AUSTIN, BRENDA | 117903 - HOO All (Except CP) | 234.66 | | 234.66 | HT CAR RENTAL-1/31-2/3 | 2/17/2005 | 51573 | 288851 | 9002 |
| AUSTIN, BRENDA | 117903 - HOO All (Except CP) | 32.10 | | 32.10 | HT HOTEL PARKING 1/31-2/3 | 2/17/2005 | 51573 | 288851 | 9002 |
| AUSTIN, BRENDA | 117903 - HOO All (Except CP) | 315.60 | | 315.60 | HT LODGING-1/31-2/2 | 2/17/2005 | 51573 | 288851 | 9002 |
| COPELAND, LINDA | 117903 - HOO All (Except CP) | 1,513.00 | 934.50 | 578.50 | TL LODGING 2/12-2/28/05 | 3/3/2005 | 51573 | 288851 | 9002 |
| COPELAND, LINDA | 117903 - HOO All (Except CP) | 295.00 | | 295.00 | EXPADV FEE-2/14/05 | 2/14/2005 | 52795 | 292662 | 9002 |
| LASSITER, WILLIAM | 117903 - HOO All (Except CP) | 1,000.00 | | 1,000.00 | MEA WOUP-2/14/05 | 2/14/2005 | 52795 | 292662 | 9002 |
| LIGON, MAURA | 117903 - HOO All (Except CP) | 1,281.00 | | 1,281.00 | AUTO SHIPMENT(1) | 2/15/2005 | 51007 | 287297 | 9002 |
| HART, MAURA | 117903 - HOO All (Except CP) | 295.00 | | 295.00 | EXPADV FEE-2/15/05 | 2/15/2005 | 52766 | 292577 | 9002 |
| HART, MAURA | 117903 - HOO All (Except CP) | 1,000.00 | | 1,000.00 | MEA WOUP-2/15/05 | 2/15/2005 | 52766 | 292577 | 9002 |
| BEND, CATHERINE | 117903 - HOO All (Except CP) | 525.00 | | 525.00 | HT LODGING-1/14-1/17/05 | 2/19/2005 | 50528 | 285858 | 9002 |
| BOLD, CATHERINE | 117903 - HOO All (Except CP) | 158.55 | | 158.55 | HT MILEAGE @ 31-1/14-1/17/05 | 2/23/2005 | 50528 | 285858 | 9002 |
| BOLD, CATHERINE | 117903 - HOO All (Except CP) | 19.26 | | 19.26 | TL LAUNDRY-2/15/05 | 2/23/2005 | 50528 | 285858 | 9002 |
| BOLD, CATHERINE | 117903 - HOO All (Except CP) | 30.00 | | 30.00 | TL LAUNDRY-2/18/05 | 3/2/2005 | 50528 | 285858 | 9002 |
| BOLD, CATHERINE | 117903 - HOO All (Except CP) | 2,399.05 | | 2,399.05 | TL LODGING 45 DAYS 2/18/05 | 2/23/2005 | 50528 | 285858 | 9002 |
| BOLD, CATHERINE | 117903 - HOO All (Except CP) | 132.06 | | 132.06 | TL MILEAGE @ 31-2/18/05 | 2/23/2005 | 50528 | 285858 | 9002 |
| KEEN, STEVE | 117903 - HOO All (Except CP) | 31.85 | | 31.85 | TL UHAUL-2/1/05 | 2/23/2005 | 50528 | 285858 | 9002 |
| KENT, ALICE | 117903 - HOO All (Except CP) | 405.00 | | 405.00 | CANCEL FEE-2/21/05 | 2/24/2005 | 52278 | 291154 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 1,000.00 | | 1,000.00 | MEA WOUP-2/28/05 | 2/28/2005 | 53618 | 295151 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 437.31 | 218.66 | | HT LODGING-1/20-1/22/05 | 3/3/2005 | 51936 | 290074 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 155.00 | 77.50 | | HT MILEAGE-1/20-1/22/05 | 3/3/2005 | 51936 | 290074 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 299.00 | | 299.00 | RENTAL ASSISTANCE-2/16/05 | 12/26/2005 | 51936 | 290074 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 30.00 | | 30.00 | TNL LAUNDRY @ 15-2/7/05 | 2/21/2005 | 51936 | 290074 | 9002 |
| LEWIS, EVAN | 117903 - HOO All (Except CP) | 32.00 | | 32.00 | TNL MILEAGE @ 16-2/7/05 | 2/21/2005 | 51936 | 290074 | 9001 |
| McDONALD, JAMES | 117903 - HOO All (Except CP) | 167.15 | | 167.15 | TL BOX SHIPMENT-2/8/05 | 2/22/2005 | 47833 | 47833 | 9001 |
| McDONALD, JAMES | 117903 - HOO All (Except CP) | 14.85 | | 14.85 | TL LAUNDRY-2/8/05 | 2/15/2005 | 47833 | 277425 | 9001 |
| WESTON, CHARLES | 117903 - HOO All (Except CP) | 2,027.22 | | 2,027.22 | TL LODGING - 1/08 - 1/31/05 | 2/10/2005 | 47833 | 277425 | 9001 |
| | 117903 - HOO All (Except CP) | 8,959.50 | | 8,959.50 | NHPCC-2/15/05 | 2/15/2005 | 44765 | 268051 | 9001 |
| | 117903 - HOO All (Except CP) Total | 23,117.06 | 1,230.66 | 21,886.40 | | | | | |
| BIGGERSTAFF, LARRY | 117920 - CP General | 42.25 | | 42.25 | TL LAUNDRY-1/73/05 | 2/7/2005 | 49473 | 282910 | 9002 |
| BIGGERSTAFF, LARRY | 117920 - CP General | 23.30 | | 23.30 | TL LAUNDRY-2/15/05 | 2/23/2005 | 49473 | 282910 | 9002 |
| BIGGERSTAFF, LARRY | 117920 - CP General | 18.65 | | 18.65 | TL LAUNDRY-2/7/05 | 2/16/2005 | 49473 | 282910 | 9002 |
| COOK, JASON | 117920 - CP General | 64.75 | | 64.75 | HGM EXCEPTION APPROVAL | 3/3/2005 | 48134 | 278371 | 9002 |
| COOK, JASON | 117920 - CP General | 5,410.97 | | 5,410.97 | HGM-NORTH AMERICAN VAN LINES | 3/3/2005 | 48134 | 278371 | 9002 |
| DAVIS, JERRY | 117920 - CP General | 459.55 | | 459.55 | FINAL BILL-2/9/05 | 2/14/2005 | 50607 | 286090 | 9002 |
| DAVIS, JERRY | 117920 - CP General | 12,735.45 | | 12,735.45 | INITIAL BILL-2/8/05 | 3/2/2005 | 50607 | 286090 | 9002 |
| FISHER, WILLIAM | 117920 - CP General | 3,223.46 | | 3,223.46 | HGM-NORTH AMERICAN VAN LINES | 3/2/2005 | 43001 | 262518 | 9001 |
| FISHER, WILLIAM | 117920 - CP General | 2,084.91 | | 2,084.91 | HGM-STORAGE>30 DAYS (30) | 3/2/2005 | 43001 | 262518 | 9001 |
| FISHER, WILLIAM | 117920 - CP General | 1,404.60 | | 1,404.60 | HGM-STORAGE>30 DAYS (30) | 3/2/2005 | 43001 | 262518 | 9001 |
| FRITSCHMANN, STEVEN | 117920 - CP General | 2,712.00 | | 2,712.00 | TL LODGING-3/2-2/18/05 | 2/9/2005 | 49616 | 283013 | 9002 |
| FRITSCHMANN, STEVEN | 117920 - CP General | 168.12 | | 168.12 | TNL LODGING @ 14-12/11/04 | 3/17-12/11/04 | 49616 | 283013 | 9002 |
| FRITSCHMANN, STEVEN | 117920 - CP General | 205.36 | | 205.36 | TNL LODGING @ 17-12/11/04 | 2/9/2005 | 49616 | 283013 | 9002 |
| KIENZLER, ANDREW | 117920 - CP General | 108.48 | | 108.48 | FINAL BILL-2/8/05 | 3/3/2005 | 47964 | 277854 | 9002 |
| MURDOCK, TRACEY | 117920 - CP General | 1,030.56 | | 1,030.56 | TNL LODGING-1/28-1/29/05 | 2/7/2005 | 47964 | 277854 | 9002 |
| RIDGEWAY, HUGH | 117920 - CP General | 2,440.80 | | 2,440.80 | TL LODGING-2/6-3/9/05 | 3/22/2005 | 48451 | 279096 | 9002 |
| RODRIGUEZ, MICHAEL | 117920 - CP General | 6,037.85 | | 6,037.85 | HGM-NORTH AMERICAN VAN LINES | 3/4/2005 | 44036 | 285664 | 9002 |
| RODRIGUEZ, MICHAEL | 117920 - CP General | 2,784.94 | | 2,784.94 | TL LODGING-1/9-2/18/05 | 2/24/2005 | 50035 | 284325 | 9002 |
| ROEHL, DANIEL | 117920 - CP General | 72.76 | | 72.76 | TL MILEAGE @ 31-1/9/05 | 2/24/2005 | 50035 | 284325 | 9002 |
| ROEHL, DANIEL | 117920 - CP General | 2,760.13 | | 2,760.13 | HGM-NORTH AMERICAN VAN LINES | 3/4/2005 | 35937 | 240058 | 9002 |
| ROFIR, DANIEL | 117920 - CP General | 1,923.80 | | 1,923.80 | HGM-STORAGE>30 DAYS (30) | 3/4/2005 | 35937 | 240058 | 9002 |
| ROFIR, DANIEL | 117920 - CP General | 511.59 | | 511.59 | HGM-STORAGE>30 DAYS (15) | 3/4/2005 | 35937 | 240058 | 9002 |
| SENGER, JOSEPH | 117920 - CP General | 1,137.50 | | 1,137.50 | FINAL BILL-2/8/05 | 2/14/2005 | 48154 | 278562 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 1,710.00 | | 1,710.00 | TL LODGING-2/2-2/16/05 | 3/22/2005 | 48154 | 278564 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 1,710.00 | | 1,710.00 | TL LODGING-2/10-2/28/05 | 3/22/2005 | 51903 | 289953 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 270.00 | | 270.00 | TL LODGING-3/1-3/2/05 | 3/7/2005 | 51903 | 289953 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 201.35 | | 201.35 | TNL LODGING-2/2/05 | 2/25/2005 | 51903 | 289953 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 453.30 | | 453.30 | TNL MILEAGE @ 15-2/2/05 | 2/24/2005 | 51903 | 289953 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | 483.52 | | 483.52 | TNL MILEAGE @ 18-2/22/05 | 2/24/2005 | 51903 | 289953 | 9002 |
| | 117920 - CP General Total | 52,190.91 | | 52,190.91 | | | | | |
| TUTREDY, PAUL | 117965 - CP Produce & Floral | 14,218.02 | 8,489.10 (credits from bill) | 4,729.92 | HGM-UNITED VAN LINES | 12/12/2004 | 33908 | 234125 | 9001 |
| | 117965 - CP Produce & Floral Total | 14,218.02 | 8,489.10 | 4,729.91 | | | | | |
| SPEED, JAMES | 117966 - CP Marketing | 11,029.81 | | 11,029.81 | HGM-NORTH AMERICAN VAN LINES | 3/3/2005 | 46522 | 273390 | 9002 DISCO |
| | 117966 - CP Marketing Total | 11,029.81 | | 11,029.81 | | | | | |
| JOHNSTON, TIM | 133113 - SaveRite | 2,814.50 | | 2,814.50 | TL LODGING-1/24-2/27/05 | 2/17/2005 | 46899 | 274653 | 9002 |

| Name | Division | Net Amount | Amount Paid on 3/29 | Remaining Balance | Reference | Expense Date | TTS/Intrnst ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|---|---|
| SKINNER, DAVID | 133113 - SaveRite | $ 1,272.39 | $ . | $ 1,272.39 | TL LODGING-1/11-1/31/05 | 2/15/2005 | 49620 | 283024 | 9002 |
| SKINNER, DAVID | 133113 - SaveRite | $ 1,454.16 | $ . | $ 1,454.16 | TL LODGING-2/1-2/24/05 | 2/15/2005 | 49620 | 283024 | 9002 |
| | 133113 - SaveRite Total | $ 6,341.05 | | $ 6,341.05 | | | | | |
| | Grand Total | $ 172,720.29 | $ 28,193.91 | $ 144,527.29 | | | | | |

| | | | | |
|---|---|---|---|---|
| ~JOHN HULSEY | 103113 - MIA Retail | | 283460 | LSP W/GUP - 2/13/05 | | $ 10,000.00 |
| ~PAUL KENNEDY | 117985 - CP Produce & Floral | | | HHG-UNITED VAN LINES | | 14,211.82 |
| | | | | | Total $ | 24,211.82 |
| Reduced by the following credits: | | | | | | |
| | FOTOVICH, JENNIFER | 117330 - Dixie Packers | 230804 | FINAL BILL CREDIT-2/7/05 | | $ (327.80) |
| | CRUMPTON, TIM | 133113 - SaveRite | 274651 | MOVE CANCEL FEE REIMB - 2/22/05 | | $ (18,161.30) |
| | | | | | Total Credits $ | (18,489.10) |
| | | | | Remaining Balance for Hulsey: | | $0.00 |
| | | | | Remaining Balance for Kennedy: | $ | 5,722.52 |

# SIRVA RELOCATION
6070 Parkland Blvd
Mayfield Heights, OH 44124
(440) 684-5597

# INVOICE

Invoice No: W 14 - Revised
Date: 07/21/05

**To:** Winn-Dixie
ATT: Connie Clark
5050 Edgewood Court
Jacksonville, FL 32254-3699

| Description | Amount |
|---|---|
| Expense Summary Invoice for 01/10/-02/07/2005 | $385,686.75 |
| **Total Balance Due** | $385,686.75 |

**Please remit wire transfer to**   NATIONAL CITY BANK
FORT WAYNE, IN

**To the account of**   SIRVA RELOCATION

# SIRVA Relocation

## Winn-Dixie Invoicing Report

Period: 1/10/2005 to 2/7/2005
Date Submitted: 2/7/2005
Amt. Due: $ 385,686.75

| Name | Division | Net Amount | Reference | Expense Date | TTS/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|
| ADAIR, ROBERT | 101113 - JAX Retail | $ 82.30 | TL LAUNDRY-12/24-1/7/05 | 1/25/2005 | 47611 | 276990 | 9002 |
| ADAIR, ROBERT | 101113 - JAX Retail | $ 1,125.00 | TL LODGING-12/23-1/8/05 | 1/17/2005 | 47611 | 276990 | 9002 |
| BRILLER, MATTHEW | 101113 - JAX Retail | $ 91.00 | FINAL BILL-1/19/05 | 1/27/2005 | 49795 | 284868 | 9002 |
| "BRILLER, MATTHEW | 101113 - JAX Retail | $ 1,830.11 | INITIAL BILL-1/18/05 | 1/20/2005 | 49795 | 284868 | 9002 |
| COONEY, MARK | 101113 - JAX Retail | $ 534.77 | HGM-STORAGE<30 DAYS (30) | 1/17/2005 | 41373 | 257546 | 9002 |
| COONEY, MARK | 101113 - JAX Retail | $ 1,598.89 | HGM-UNITED VAN LINES | 1/17/2005 | 41373 | 257546 | 9002 |
| LYNCH, PETER | 101113 - JAX Retail | $ 8,235.00 | DH CHICAGO HOME IMPROVEMENTS-1/27 | 1/27/2005 | 49466 | 282971 | 9001 |
| LYNCH, PETER | 101113 - JAX Retail | $ 120,958.75 | FINAL BILL-1/28/05 | 2/3/2005 | 49466 | 282969 | 9001 |
| SINISCALCHI, NICK | 101113 - JAX Retail | $ 1,410.00 | TL LODGING-11/23-12/07/04 | 1/10/2005 | 44453 | 273669 | 9002 |
| SINISCALCHI, NICK | 101113 - JAX Retail | $ 1,410.00 | TL LODGING-11/8-11/22/04 | 1/10/2005 | 44453 | 273669 | 9002 |
| SINISCALCHI, NICK | 101113 - JAX Retail | $ 2,820.00 | TL LODGING-12/8/-1/8/05 | 1/10/2005 | 44453 | 273669 | 9002 |
| | 101113 - JAX Retail Total | $ 139,895.82 | | | | | |
| HOWARD, BRIAN | 101120 - JAX Logistics | $ 3,442.50 | NHPCC-12/10/04 | 1/10/2005 | 46835 | 274352 | 9002 |
| HOWARD, BRIAN | 101120 - JAX Logistics | $ 14.72 | TL LAUNDRY-12/21/04 | 1/10/2005 | 46835 | 274352 | 9002 |
| HOWARD, BRIAN | 101120 - JAX Logistics | $ 190.10 | TNL AIRFARE & PARKING-12/7/04 | 1/10/2005 | 46835 | 274352 | 9002 |
| HOWARD, BRIAN | 101120 - JAX Logistics | $ 117.60 | TNL MILEAGE @ .14-12/9/04 | 1/10/2005 | 46835 | 274352 | 9002 |
| HOWARD, BRIAN | 101120 - JAX Logistics | $ 142.80 | TNL MILEAGE @ .17-12/9/04 | 1/10/2005 | 46835 | 274352 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 295.00 | EXPADV FEE-01/26/05 | 1/26/2005 | 51709 | 289309 | 9002 |
| PODSIALIK, TIM | 101120 - JAX Logistics | $ 1,000.00 | MEA W/GUP-1/26/05 | 1/26/2005 | 51709 | 289309 | 9002 |
| SAVAGE, MATTHEW | 101120 - JAX Logistics | $ 295.00 | EXPADV FEE-2/2/05 | 2/2/2005 | 51933 | 290063 | 9002 |
| SAVAGE, MATTHEW | 101120 - JAX Logistics | $ 1,000.00 | MEA W/GUP-2/2/05 | 2/2/2005 | 51933 | 290063 | 9002 |
| | 101120 - JAX Logistics Total | $ 6,497.72 | | | | | |
| MARCINEC, FRAN | 103113 - MIA Retail | $ 222.95 | AUTH LOAN INTEREST-2/2/05 | 2/4/2005 | 48030 | 278051 | 9002 |
| PISZCZYNSKI, STEVE | 103113 - MIA Retail | $ 3,807.88 | HGM-BELTMANN GROUP | 1/17/2005 | 45786 | 271176 | 9002 |
| PISZCZYNSKI, STEVE | 103113 - MIA Retail | $ 2,144.12 | TL LODGING-1/04-11/6/05 | 1/24/2005 | 45786 | 271177 | 9002 |
| SCARPACE, JOE | 103113 - MIA Retail | $ 295.00 | EXPADV FEE-1/24/05 | 1/24/2005 | 51636 | 289060 | 9003 |
| SCARPACE, JOE | 103113 - MIA Retail | $ 5,000.00 | LSP W/GUP-1/24/05 | 1/24/2005 | 51636 | 289060 | 9003 |
| TORREGROSA, MIGUE | 103113 - MIA Retail | $ 227.50 | FINAL BILL-1/25/05 | 2/1/2005 | 47756 | 277221 | 9002 |
| TORREGROSA, MIGUE | 103113 - MIA Retail | $ 1,819.85 | TL LODGING-12/21-1/4/05 | 1/19/2005 | 47756 | 277223 | 9002 |
| | 103113 - MIA Retail Total | $ 13,517.20 | | | | | |
| PENDLETON, MARLEN | 105113 - RAL Retail | $ 295.00 | EXPADV FEE-2/3/05 | 2/3/2005 | 52223 | 290924 | 9003 |
| PENDLETON, MARLEN | 105113 - RAL Retail | $ 5,000.00 | LSP W/GUP-2/3/05 | 2/3/2005 | 52223 | 290924 | 9003 |
| | 105113 - RAL Retail Total | $ 5,295.00 | | | | | |
| JANELIAK, MICHAEL | 107113 - MTG Retail | $ 2,514.34 | HGM-APPROVED EXCEPTIONS | 1/21/2005 | 33774 | 233727 | 9002 |
| JANELIAK, MICHAEL | 107113 - MTG Retail | $ 10,611.43 | HGM-NORTH AMERICAN VAN LINES | 1/21/2005 | 33774 | 233727 | 9002 |
| MCGOUGH, RICHARD | 107113 - MTG Retail | $ 1,278.85 | NHPCC-1/31/05 | 2/2/2005 | 34409 | 235772 | 9003 |
| SCOTT, CHAD | 107113 - MTG Retail | $ 255.13 | HHT MILEAGE @ .31-6/20/04 | 1/11/2005 | 38858 | 249845 | 9001 |
| SMITH, THOMAS | 107113 - MTG Retail | $ 459.55 | FINAL BILL-1/26/05 | 2/3/2005 | 49186 | 281716 | 9002 |

| Name | Division | Net Amount | Reference | Expense Date | TTS/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|
| SMITH, THOMAS | 107113 - MTG Retail | $ 371.58 | HHT MILEAGE, AIRFARE-1/14-1/19/05 | 2/2/2005 | 49188 | 281718 | 9002 |
| SMITH, THOMAS | 107113 - MTG Retail | $ 21.72 | HHT PARKING/CABFARE-1/19/05 | 2/2/2005 | 49188 | 281718 | 9002 |
| SMITH, THOMAS | 107113 - MTG Retail | $ 13,190.45 | INITIAL BILL-1/13/05 | 1/20/2005 | 49188 | 281718 | 9002 |
| SMITH, THOMAS | 107113 - MTG Retail | $ 147.44 | TL MISC MILEAGE @ .31-1/2/05 | 1/12/2005 | 49188 | 281718 | 9002 |
| SOUDELIER, MORRIS | 107113 - MTG Retail | $ 1,000.00 | MEA W/GUP-1/21/05 | 1/21/2005 | 45558 | 270337 | 9002 |
| | 107113 - MTG Retail Total | $ 29,848.47 | | | | | |
| OURAND, WILLIAM | 107120 - MTG Logistics | $ 295.00 | EXPADV FEE-1/26/05 | 1/26/2005 | 51760 | 289499 | 9002 |
| OURAND, WILLIAM | 107120 - MTG Logistics | $ 1,000.00 | MEA W/GUP-1/26/05 | 1/26/2005 | 51760 | 289499 | 9002 |
| | 107120 - MTG Logistics Total | $ 1,295.00 | | | | | |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 8,824.14 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 46244 | 272515 | 9001 |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 289.70 | HHT AIRFARE-12/25/04 | 1/10/2005 | 46244 | 272515 | 9002 |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 218.70 | TFL RETURN TRIP-12/25/04 | 1/10/2005 | 46244 | 272515 | 9002 |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 180.00 | TL LAUNDRY-12/10/04 | 1/10/2005 | 46244 | 272515 | 9002 |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 211.12 | TNL MILEAGE @ .14-12/28/04 | 1/10/2005 | 46244 | 272515 | 9002 |
| MATTINGLY, JOHN | 108113 - NOL Retail | $ 258.38 | TNL MILEAGE @ .17-12/28/04 | 1/10/2005 | 46244 | 272515 | 9002 |
| SMITH, LINDA | 108113 - NOL Retail | $ 295.00 | EXPADV FEE-1/20/05 | 1/20/2005 | 51461 | 288498 | 9002 |
| SMITH, LINDA | 108113 - NOL Retail | $ 5,000.00 | LSP W/GUP-1/20/05 | 1/20/2005 | 51461 | 288498 | 9003 |
| UTRATA, GARY | 108113 - NOL Retail | $ 750.75 | FINAL BILL-1/13/05 | 1/20/2005 | 47974 | 278775 | 9002 |
| | 108113 - NOL Retail Total | $ 15,823.77 | | | | | |
| ISTRE, MICHAEL | 111113 - CHR Retail | $ 2,784.00 | TL LODGING-1/30-2/28/05 | 2/4/2005 | 43859 | 264451 | 9001 |
| PAINTER, MIKE | 111113 - CHR Retail | $ 2,250.47 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 46239 | 272495 | 9002 |
| SANDOVAL, MICHELLE | 111113 - CHR Retail | $ 64.96 | TNL MILEAGE @ .14-12/29/04 | 1/12/2005 | 48777 | 280430 | 9002 |
| SANDOVAL, MICHELLE | 111113 - CHR Retail | $ 78.88 | TNL MILEAGE @ .17-12/29/04 | 1/12/2005 | 48777 | 280430 | 9002 |
| SEAY, TOM | 111113 - CHR Retail | $ 1,219.40 | FINAL BILL-1/18/05 | 1/20/2005 | 48648 | 280010 | 9002 |
| SEAY, TOM | 111113 - CHR Retail | $ 15,970.50 | INITIAL BILL-1/10/05 | 1/17/2005 | 48648 | 280010 | 9002 |
| | 111113 - CHR Retail Total | $ 22,368.21 | | | | | |
| COBB, CHRIS | 112113 - ORL Retail | $ 342.97 | HGM-APPROVED EXCEPTION | 1/17/2005 | 38466 | 248599 | 9002 |
| COBB, CHRIS | 112113 - ORL Retail | $ 1,052.91 | HGM-STORAGE<30 DAYS (30) | 1/17/2005 | 38466 | 248559 | 9002 |
| COBB, CHRIS | 112113 - ORL Retail | $ 114.78 | HGM-STORAGE>30 DAYS (6) | 1/17/2005 | 38466 | 248559 | 9003 |
| | 112113 - ORL Retail Total | $ 1,510.66 | | | | | |
| GONZALEZ, MARIA | 112120 - MIA Logistics | $ 295.00 | EXPADV FEE-1/26/05 | 1/26/2005 | 51803 | 289637 | 9003 |
| GONZALEZ, MARIA | 112120 - MIA Logistics | $ 2,000.00 | LSP W/GUP-1/26/05 | 1/26/2005 | 51803 | 289637 | 9003 |
| | 112120 - MIA Logistics Total | $ 2,295.00 | | | | | |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | $ 1,440.50 | AUTO SHIPMENT(1) | 2/4/2005 | 32884 | 230805 | 9002 |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | $ 1,440.50 | AUTO SHIPMENT(2) | 2/4/2005 | 32884 | 230805 | 9002 |
| FOTOVICH, JENNIFER | 117330 - Dixie Packers | $ 20.00 | HGM UTILITY HOOKUP-12/7/04 | 1/12/2005 | 32884 | 230806 | 9002 |
| | 117330 - Dixie Packers Total | $ 2,901.00 | | | | | |
| ANCIRA, GINA | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-2/1/05 | 2/1/2005 | 52066 | 290472 | 9003 |
| ANCIRA, GINA | 117903 - HDQ All (Except CP) | $ 5,000.00 | LSP W/GUP-2/1/05 | 2/1/2005 | 52066 | 290472 | 9003 |
| AUSTIN, BRENDA | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-01/24/05 | 1/24/2005 | 51573 | 288851 | 9002 |
| AUSTIN, BRENDA | 117903 - HDQ All (Except CP) | $ 1,000.00 | MEA W/GUP-1/24/05 | 1/24/2005 | 51573 | 288851 | 9002 |
| BELL, MIKE | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-2/3/05 | 2/3/2005 | 52264 | 291014 | 9003 |
| BELL, MIKE | 117903 - HDQ All (Except CP) | $ 5,000.00 | LSP W/GUP-2/3/05 | 2/3/2005 | 52264 | 291014 | 9003 |
| DEUSER, WILLIAM | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-1/18/05 | 1/18/2005 | 51007 | 287298 | 9002 |
| DEUSER, WILLIAM | 117903 - HDQ All (Except CP) | $ 1,000.00 | MEA W/GUP-1/18/05 | 1/18/2005 | 51007 | 287298 | 9002 |
| DILLIAN, HEIDE | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-1/20/05 | 1/20/2005 | 51302 | 288008 | 9002 |
| DILLIAN, HEIDE | 117903 - HDQ All (Except CP) | $ 1,000.00 | MEA W/GUP-1/20/05 | 1/20/2005 | 51302 | 288008 | 9002 |
| HENDERSON, JOHN | 117903 - HDQ All (Except CP) | $ 2,933.63 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 46020 | 272133 | 9002 |
| HOLLEY, PAXTON | 117903 - HDQ All (Except CP) | $ 295.00 | EXPADV FEE-2/3/05 | 2/3/2005 | 52227 | 290910 | 9003 |

| Name | Division | | Net Amount | Reference | Expense Date | TTS/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|---|
| HOLLEY, PAXTON | 117903 - HDQ All (Except CP) | $ | 5,000.00 | LSP W/GUP-2/3/05 | 2/3/2005 | 52227 | 290910 | 9003 |
| HOLLINGSWORTH, STI | 117903 - HDQ All (Except CP) | $ | 16.85 | TL LAUNDRY-1/12/05 | 1/27/2005 | 45787 | 271100 | 9002 |
| HOLLINGSWORTH, STI | 117903 - HDQ All (Except CP) | $ | 1,769.50 | TL LODGING-1/27-2/10/05 | 2/12/2005 | 45787 | 271100 | 9002 |
| HOLLINGSWORTH, STI | 117903 - HDQ All (Except CP) | $ | 1,769.50 | TL LODGING-2/11-2/25/05 | 2/1/2005 | 45787 | 271100 | 9002 |
| HUNT, WILLIAM | 117903 - HDQ All (Except CP) | $ | 295.00 | EXPADV FEE-1/17/05 | 1/17/2005 | 51220 | 287738 | 9002 |
| HUNT, WILLIAM | 117903 - HDQ All (Except CP) | $ | 5,000.00 | LSP W/GUP-1/17/05 | 1/17/2005 | 51220 | 287738 | 9003 |
| IBOLD, CATHERINE | 117903 - HDQ All (Except CP) | $ | 295.00 | EXPADV FEE-1/11/05 | 1/11/2005 | 50529 | 285858 | 9003 |
| IBOLD, CATHERINE | 117903 - HDQ All (Except CP) | $ | 1,000.00 | MEA W/GUP-1/11/05 | 1/11/2005 | 50529 | 285858 | 9002 |
| LEWIS, EVAN | 117903 - HDQ All (Except CP) | $ | 295.00 | EXPADV FEE-2/2/05 | 2/2/2005 | 51938 | 290074 | 9002 |
| LEWIS, EVAN | 117903 - HDQ All (Except CP) | $ | 1,000.00 | MEA W/GUP-2/2/05 | 2/2/2005 | 51938 | 290074 | 9002 |
| MCDONALD, JAMES | 117903 - HDQ All (Except CP) | $ | 23.45 | TL LAUNDRY-1/17/05 | 1/21/2005 | 47833 | 277425 | 9001 |
| MCDONALD, JAMES | 117903 - HDQ All (Except CP) | $ | 1,014.00 | TL LODGING-12/11-12/23/04 | 1/12/2005 | 47833 | 277425 | 9001 |
| MCDONALD, JAMES | 117903 - HDQ All (Except CP) | $ | 1,014.00 | TL LODGING-12/24-1/5/05 | 1/21/2005 | 47833 | 277425 | 9001 |
| MYLAVARI, MANOHAR | 117903 - HDQ All (Except CP) | $ | 295.00 | EXPADV FEE-2/3/05 | 2/3/2005 | 52263 | 291007 | 9003 |
| MYLAVARI, MANOHAR | 117903 - HDQ All (Except CP) | $ | 5,000.00 | LSP W/GUP-2/3/05 | 2/3/2005 | 52263 | 291007 | 9003 |
| NEWSOM, CHUCK | 117903 - HDQ All (Except CP) | $ | 100.00 | TL LODGING-1/26/05 | 1/19/2005 | 46668 | 273868 | 9001 |
| NEWSOM, CHUCK | 117903 - HDQ All (Except CP) | $ | 500.00 | TL LODGING-1/27-1/31/05 | 1/19/2005 | 46668 | 273868 | 9001 |
| NEWSOM, CHUCK | 117903 - HDQ All (Except CP) | $ | 2,800.00 | TL LODGING-2/1-2/28/05 | 1/20/2005 | 46668 | 273868 | 9001 |
| REILLY, HOPE | 117903 - HDQ All (Except CP) | $ | 1,189.08 | DH FEB MORTGAGE-2/4/05 | 2/4/2005 | 44944 | 268523 | 9002 |
| REILLY, HOPE | 117903 - HDQ All (Except CP) | $ | 62.38 | HGM-APPROVED EXCEPTIONS | 1/17/2005 | 44944 | 268522 | 9002 |
| REILLY, HOPE | 117903 - HDQ All (Except CP) | $ | 7,945.59 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 44944 | 268522 | 9002 |
| SLOAN, SHAWN | 117903 - HDQ All (Except CP) | $ | 100.27 | HSC AUTH LOAN INTEREST-1/31/05 | 2/3/2005 | 46709 | 274002 | 9002 |
| SLOAN, SHAWN | 117903 - HDQ All (Except CP) | $ | 749.38 | TL LODGING-1/18-1/25/05 | 2/4/2005 | 46709 | 274004 | 9002 |
| SLOAN, SHAWN | 117903 - HDQ All (Except CP) | $ | 1,405.00 | TL LODGING-1/3-1/17/05 | 1/17/2005 | 46709 | 274004 | 9002 |
| SLOAN, SHAWN | 117903 - HDQ All (Except CP) | $ | 1,405.00 | TL LODGING-12/19-1/2/05 | 1/17/2005 | 46709 | 274004 | 9002 |
| VITELLI, TODD | 117903 - HDQ All (Except CP) | $ | 295.00 | EXPADV FEE-1/11/05 | 1/11/2005 | 50615 | 286098 | 9003-DISCO |
| VITELLI, TODD | 117903 - HDQ All (Except CP) | $ | 10,000.00 | LSP W/GUP-1/11/05 | 1/11/2005 | 50615 | 286098 | 9003-DISCO |
| | 117903 - HDQ All (Except CP) Tota | $ | 68,042.59 | | | | | |
| BIGGERSTAFF, LARRY | 117920 - CP General | $ | 1,440.00 | HGM-AUTO SHIPMENT(1) | 1/25/2005 | 49473 | 282909 | 9002 |
| BIGGERSTAFF, LARRY | 117920 - CP General | $ | 1,288.20 | TL LODGING-2/1-2/15/05 | 2/4/2005 | 49473 | 282910 | 9002 |
| BIGGERSTAFF, LARRY | 117920 - CP General | $ | 1,288.20 | TL LODGING-2/16-3/2/05 | 2/4/2005 | 49473 | 282910 | 9002 |
| BREWER, DARRIN | 117920 - CP General | $ | 295.00 | EXPADV FEE-2/4/05 | 2/4/2005 | 52333 | 291247 | 9002 |
| BREWER, DARRIN | 117920 - CP General | $ | 1,000.00 | MEA W/GUP-2/4/05 | 2/4/2005 | 52333 | 291247 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 288.46 | TFL MILEAGE @ .31-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 30.00 | TL LAUNDRY-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 283.82 | TL LODGING-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 67.77 | TNL LODGING-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 259.80 | TNL MILEAGE @ .15-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| COOK, JASON | 117920 - CP General | $ | 277.12 | TNL MILEAGE @ .16-1/20/05 | 1/24/2005 | 48134 | 278370 | 9002 |
| DAVIS, JERRY | 117920 - CP General | $ | 295.00 | EXPADV FEE-1/11/05 | 1/11/2005 | 50607 | 286082 | 9002 |
| DAVIS, JERRY | 117920 - CP General | $ | 1,000.00 | MEA W/GUP-1/11/05 | 1/11/2005 | 50607 | 286082 | 9002 |
| FIENFIELD, TOM | 117920 - CP General | $ | 255.40 | HHT AIRFARE-12/8/04 | 2/2/2005 | 44811 | 268096 | 9002 |
| FIENFIELD, TOM | 117920 - CP General | $ | 303.35 | HHT LODGING-12/8-12/12/04 | 2/2/2005 | 44811 | 268096 | 9002 |
| FISHER, WILLIAM | 117920 - CP General | $ | 189.84 | TL LODGING-12/10-12/11/04 | 1/11/2005 | 43001 | 262518 | 9001 |
| FRITSCHMANN, STEVI | 117920 - CP General | $ | 2,712.00 | TL LODGING-1/3-2/1/05 | 1/14/2005 | 49618 | 283013 | 9002 |
| HANSEN, CHRIS | 117920 - CP General | $ | 9,923.01 | HGM-NORTH AMERICAN VAN LINES | 1/24/2005 | 40154 | 253789 | 9002 |
| HANSEN, CHRIS | 117920 - CP General | $ | 287.57 | TFL CAR RENTAL-11/1/04 | 1/26/2005 | 40154 | 253790 | 9002 |
| HESTER, LARRY | 117920 - CP General | $ | 2,259.50 | HGM-BELTMANN GROUP | 1/17/2005 | 45638 | 270602 | 9002-DISCO |
| HESTER, LARRY | 117920 - CP General | $ | 1,220.40 | TL LODGING-11/8-11/22/05 | 2/3/2005 | 45638 | 270601 | 9002-DISCO |
| KIENZLER, ANDREW | 117920 - CP General | $ | 379.68 | TL LODGING-1/2-1/8/05 | 2/1/2005 | 47964 | 277854 | 9002 |
| KIENZLER, ANDREW | 117920 - CP General | $ | 99.89 | TNL LODGING-11/26/04 | 2/2/2005 | 47964 | 277854 | 9002 |
| KIENZLER, ANDREW | 117920 - CP General | $ | 126.00 | TNL MILEAGE @ .14-11/26/04 | 2/2/2005 | 47964 | 277854 | 9002 |
| KIENZLER, ANDREW | 117920 - CP General | $ | 153.00 | TNL MILEAGE @ .17-11/26/04 | 2/2/2005 | 47964 | 277854 | 9002 |
| LEANNAIS, PATRICE | 117920 - CP General | $ | 295.43 | HGM-APPROVED EXCEPTIONS | 1/17/2005 | 38819 | 249731 | 9002 |
| LEANNAIS, PATRICE | 117920 - CP General | $ | 15,393.72 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 38819 | 249731 | 9002 |

| Name | Division | Net Amount | Reference | Expense Date | TTS/Wintrac ID | WT Auth Code | Policy Level |
|---|---|---|---|---|---|---|---|
| MURDOCK, TRACEY | 117920 - CP General | $ 1,220.40 | TL LODGING-1/24-2/7/05 | 1/21/2005 | 48451 | 279396 | 9002 |
| MURDOCK, TRACEY | 117920 - CP General | $ 1,220.40 | TL LODGING-1/9-1/23/05 | 1/21/2005 | 48451 | 279396 | 9002 |
| SENGER, JOSEPH | 117920 - CP General | $ 294.60 | HT AIRFARE-1/15-1/18/05 | 1/26/2005 | 48154 | 278564 | 9002 |
| SENGER, JOSEPH | 117920 - CP General | $ 101.22 | HT CAR RENTAL-1/15-1/18/50 | 1/26/2005 | 48154 | 278564 | 9002 |
| TINDEL, TERRY | 117920 - CP General | $ 2,485.00 | TL LODGING-1/8-2/4/05 | 1/12/2005 | 46326 | 272768 | 9002 |
| TINDEL, TERRY | 117920 - CP General | $ 1,170.68 | TL LODGING-12/23-1/5/05 | 1/17/2005 | 46326 | 272768 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | $ 295.00 | EXPADV FEE-1/27/05 | 1/27/2005 | 51903 | 289953 | 9002 |
| YOUNG, CORTNEY | 117920 - CP General | $ 1,000.00 | MEA W/GUP-1/27/05 | 1/27/2005 | 51903 | 289953 | 9002 |
| | 117920 - CP General Total | $ 49,159.26 | | | | | |
| ENNIS, RODNEY | 117965 - CP Produce & Floral | $ 548.22 | HHT MILEAGE @ .31-11/19-11/21/04 | 1/20/2005 | 47239 | 275589 | 9002 |
| ENNIS, RODNEY | 117965 - CP Produce & Floral | $ 20.55 | TL LAUNDRY-12/18-12/22/04 | 1/20/2005 | 47239 | 275589 | 9002 |
| ENNIS, RODNEY | 117965 - CP Produce & Floral | $ 81.38 | TL LODGING-1/8/05 | 1/17/2005 | 47239 | 275589 | 9002 |
| KRAGE, MICHAEL | 117965 - CP Produce & Floral | $ 13,806.34 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 43130 | 262851 | 9002 |
| KRAGE, MICHAEL | 117965 - CP Produce & Floral | $ 1,423.80 | TL LODGING-10/21-11/4/04 | 1/27/2005 | 43130 | 262852 | 9002 |
| KRAGE, MICHAEL | 117965 - CP Produce & Floral | $ 1,423.80 | TL LODGING-10/8-10/20/04 | 1/27/2005 | 43130 | 262852 | 9002 |
| | 117965 - CP Produce & Floral Total | $ 17,302.07 | | | | | |
| SNEED, JAMES | 117966 - CP Marketing | $ 1,254.15 | TL LODGING-12/31-1/14/05 | 1/25/2005 | 46522 | 273381 | 9002-DISCO |
| | 117966 - CP Marketing Total | $ 1,254.15 | | | | | |
| MORWAY, RON | 133113 - SaveRite | $ 55.43 | HGM-APPROVED EXCEPTION | 1/17/2005 | 30008 | 221718 | 9002 |
| MORWAY, RON | 133113 - SaveRite | $ 8,625.40 | HGM-NORTH AMERICAN VAN LINES | 1/17/2005 | 30008 | 221718 | 9002 |
| | 133113 - SaveRite Total | $ 8,680.83 | | | | | |
| | Grand Total | $ 385,688.75 | | | | | |

ADJUSTMENT:

**BRILLER, MATTHEW  101113 - JAX Retail   INITIAL BILL-1/18/05 (original billed amount)   284868   $ 20,475.00

Reduced by the following credits:

| | | | | | |
|---|---|---|---|---|---|
| SINISCALCHI, NICK | 101113 - JAX Retail | FINAL BILL CREDIT-1/8/05 | 266948 | $ | (432.25) |
| ALLEN, RICHARD | 101120 - JAX Logistics | FINAL BILL CREDIT-1/12/05 | 268853 | $ | (577.85) |
| ALLEN, RICHARD | 101120 - JAX Logistics | OVERPAYMENT ADJ-12/23/04 | 268853 | $ | (304.85) |
| HOWARD, BRIAN | 101120 - JAX Logistics | FINAL BILL CREDIT-1/8/05 | 274350 | $ | (409.50) |
| FIENFIELD, TOM | 117920 - CP General | HHT ADJUSTMENT-2/2/05 | 268098 | $ | (458.77) |
| HANSEN, CHRIS | 117920 - CP General | FINAL BILL CREDIT-1/25/05 | 253788 | $ | (16,661.67) |

Total Credits $ (18,844.89)

Remaining Balance for Briller: $ 1,630.11

Michelle Reisman

Telephone: (203) 944-3043
Secretary: (203) 944-3040
Fax: (203) 944-3044
DialComm: 8*233-3043

LAW OFFICES
## GLENN M. REISMAN
Two Corporate Drive
P.O. Box 861
Shelton, CT 06484-0861

Admitted to Practice in
New York

---

July 26, 2005

**VIA FEDERAL EXPRESS**

Winn-Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

Re:   Winn-Dixie Stores, Inc.
      Case No. 05-03817-3F1

Dear Sir or Madam:

Enclosed is a Proof of Claim in the amount of $530,214.04 on behalf of SIRVA Relocation.

An additional copy of the Proof of Claim is enclosed. Please indicate the filing date and return the copy to the undersigned in the enclosed self-addressed stamped envelope.

Very truly yours,

Michelle Reisman

MR/aa

Enclosures:   Proof of Claim with Attachments
              Proof of Claim – Copy
              Self-addressed Stamped envelope

cc:   Wayne Traynham, Esq.
      Val Zitko
      SIRVA, Inc.
      700 Oakmont Lane
      Westmont, IL 60559