UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-03817-JAF |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    I, Maura I. Russell, hereby certify that on July 7, 2006, a true and correct copy of the *Notice of Transfer/Assignment of Claim. Original Claimant: Pfizer Inc. f/k/a Warner Lambert Consumer Group ($917,018.27 of Claim #7386), Transferee: SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD.,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.
.

                                    **TRAUB, BONACQUIST & FOX LLP**

                                    By: /s/*Maura I. Russell*
                                        Maura I. Russell (MR 1178)
                                        655 Third Avenue, 21st Floor
                                        New York, NY 10017
                                        Tel. (212) 476-4770
                                        Fax. (212) 476-4787

## Service List

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Logan & Company, Inc.**
546 Valley Road
Upper Montclair
New Jersey 07043

**Pfizer Inc.**
f/k/a Warner Lambert Consumer Group
201 Tabor Road 86-1
Morris Plains, NJ 07950

**Wanda Borges**
BORGES & ASSOCIATES, LLC
575 Underhill Blvd
Syosset, NY 11791