Rodney Butler (minor)
C/O Ethel Butler
PO BOX 2341
Brunswick, GA 31521

FILED
JACKSONVILLE, FLORIDA
JUL - 7 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court
Middle District of Florida
300 Hogan Street, Courtroom 4D
Jacksonville, Florida   32202

July 5, 2006

Subject:   Objecting Debtors' Proposed Disclosure Statement
   Rodney Butler (case number 05-03817-3F1)
   PO Box 2341
   Brunswick, Georgia 31521

I am in objection to the Debtors' Proposed Disclosure Statement request due to the Debtors' has not paid the 3rd party insurance companies Army Military Tricare Medical Bills and Southeast Georgia Healthcare Hospital Bills and the facility Doctor's Bills.  Rodney fall and injuries had limited his ability to continue with his professional sporting career.

A hearing before the Honorable Jerry A. Funk will help bring a resolution to this case.


Sincerely,

*Rodney Butler*

Rodney Butler (minor)
Ethel Butler
email-ethelbutler60@bellsouth.net

CC.
Logan & Company Inc, Claims & Noticing Agent, PO .Box 43802, Upper Montclair, NJ 07043

Sedwick CMS, PO. Box 24787, Jacksonville, Florida. 32241-4787