# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3:05-bk-03817-JAF

          Debtors.                    Chapter 11

                          Jointly Administered

_____/

## THIRD SUPPLEMENTAL AFFIDAVIT OF
## JOHN B. MACDONALD, ON BEHALF OF
## AKERMAN SENTERFITT, PURSUANT TO ORDER
## APPROVING APPLICATION OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS OF
## WINN-DIXIE STORES, INC. FOR RETENTION AND
## EMPLOYMENT OF AKERMAN SENTERFITT AS
## CO-COUNSEL, NUNC PRO TUNC TO APRIL 22, 2005

STATE OF FLORIDA       )

COUNTY OF DUVAL      )

BEFORE ME, the undersigned authority, on this _10th_ day of July, 2006, personally appeared John B. Macdonald, who, by me being first duly sworn, deposes and says:

1.    He is a shareholder of Akerman Senterfitt and makes this Affidavit on its behalf based upon his own personal knowledge and matters reported to him by other shareholders of Akerman Senterfitt and its employees working under his or their direction.

2.    He makes this Affidavit pursuant to the Order of the United States Bankruptcy Court, Jacksonville Division, Middle District of Florida, entered in the above-styled cases on June 13, 2005 (the "Order")(Docket No. 1684), approving the Application of the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., under 11 U.S.C. §1103 and Rules 2014 and 5002, Federal Rules of Bankruptcy Procedure, authorizing the retention and

{JA281398;4}

employment of Akerman Senterfitt as co-counsel for the Committee, *nun pro tunc* to April 22, 2005.

3.      This Supplemental Affidavit supplements the (a)  Affidavit of John B. Macdonald executed on May 3, 2005, in support of the Committee's application to retain and employ Akerman Senterfitt in these cases (Docket No. 1013), as supplemented on May 18, 2005 (Docket No. 1272), and June 3, 2005 (Docket No. 1575), and (b) the Affidavit of John B. Macdonald executed on July 13, 2005, pursuant to Order Approving Committee's Application to Retain and Employ Akerman Senterfitt as co-counsel, nunc pro tunc to April 22, 2005 (Docket No. 2124) as supplemented on September 15, 2005 (Docket No. 3461), and March 27, 2005 (Docket No. 6814) (collectively, the "Prior Affidavits").

4.      In the Prior Affidavits, Akerman Senterfitt has undertaken to promptly disclose to the Court any information pertinent to its retention and employment in these cases.

5.      Commencing on July 3, 2006, Damien Moore was hired by and will participate in a summer clerkship with Akerman Senterfitt in its office in Miami, Florida.  Mr. Moore previously participated in a summer clerkship with King & Spalding, LLP, from May 9, 2006, through June 30, 2006.

6.      The law firm of King & Spalding, LLP, is currently employed as special corporate and litigation counsel for the Debtors (Docket No. 427).

7.      In connection with his clerkship with Akerman Senterfitt, Mr. Moore has signed and submitted an affidavit dated July 3, 2006, representing to Akerman Senterfitt that during his clerkship with King & Spalding, LLP, he did not obtain confidential information, had no knowledge of, and did not work in any way on the Winn-Dixie bankruptcy cases.

8.    As an additional measure, during Mr. Moore's clerkship Akerman Senterfitt will not utilize Mr. Moore for any research project, services, or any other work whatsoever in connection with Akerman Senterfitt's performance of its services as co-counsel for the Committee in the Winn-Dixie bankruptcy cases.

9.    Akerman will file Supplementary Affidavits regarding its retention if any additional relevant information comes to its attention.

_____

John B. Macdonald

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF DUVAL           )

The foregoing instrument was acknowledged before me this _10_ day of July, 2006,    by _____, who is [personally known to me] or who has produced _____ (type of identification) as identification.

_____

NOTARY PUBLIC, STATE OF FLORIDA

JENNIFER S. MEEHAN
MY COMMISSION # DD 286031
EXPIRES: May 29, 2008
Bonded Thru Notary Public Underwriters

_____
(Print, Type or Stamp Commissioned Name of Notary Public)