UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                               Chapter 11
                    Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Venda Storr  (Claim No. 7962) [Docket No. 8855] was furnished by mail on July 7, 2006

to Venda Storr c/o Manuel E. Garcia, Esq., 515 Whitehead Street, Key West, Florida

33040.

Dated:  July 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                 By       *s/ James H. Post*
       D. J. Baker                               Stephen D. Busey
       Sally McDonald Henry                      James H. Post (FBN 175460)
       Rosalie Gray                              Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com


Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC