UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ruth Propp (Claim Nos. 11711, 11250 and 11942) [Docket No. 8840] was furnished by mail on July 7, 2006 to Ruth Propp c/o Amy L. Sergent, Esq., Lancaster & Eure, P.A., P.O. Box 4257, Sarasota, Florida 34230.

Dated: July 10, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*      D. J. Baker   Sally McDonald Henry   Rosalie Gray | By   *s/ James H. Post*      Stephen D. Busey   James H. Post (FBN 175460)   Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida 32202   (904) 359-7700   (904) 359-7708 (facsimile)   jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC