UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tiffany Lewis (Claim No. 12277) [Docket No. 8832] was furnished by mail on July 7, 2006 to Tiffany Lewis c/o Harold L. ehrenberg, Esq., 2113 Veterans Blvd., Metairie, Louisiana 70002.

Dated: July 10, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|       D. J. Baker |       Stephen D. Busey |
|       Sally McDonald Henry |       James H. Post (FBN 175460) |
|       Rosalie Gray |       Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC