UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of June Keith (Claim No. 7672) [Docket No. 8830] was furnished by mail on July 7, 2006 to June Keith c/o Manuel E. Garcia, Esq., 515 Whitehead Street, Key West, Florida 33040.

Dated: July 10, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post (FBN 175460)  <br>    Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC