UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Melita Jean (Claim No. 12471) [Docket No. 8827] was furnished by mail on July 7, 2006 to Melita Jean c/o Sanford M. Reinstein, Esq., Levine, Busch, Schnepper & Stein, P.A., 9100 South Dadeland Blvd., Suite 1010, Miami, Florida 33156.

Dated: July 10, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By   *s/ James H. Post*   <br> Stephen D. Busey <br> James H. Post (FBN 175460) <br> Cynthia C. Jackson |
| | |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC