UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )          Case No. 05-03817-3F1
                                                    Chapter 11
                  Debtors.               )          Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Sharing Smith  (Claim No. 12631) [Docket No. 8694] was furnished by mail on July 7,

2006 to Sharing Smith, 19213 N.W. 34th Court, Miami, Florida 33147.

Dated:  July 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                   By   *s/ James H. Post*
    D. J. Baker                             Stephen D. Busey
    Sally McDonald Henry                    James H. Post (FBN 175460)
    Rosalie Gray                            Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC