UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                               Chapter 11
                Debtors.              )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joann Malone  (Claim No. 11432) [Docket No. 8655] was furnished by mail on July 7, 2006 to Joann Malone c/o David A. Lipton, Esq., 44 Broad Street, N.W., The Grant Building, Suite 400, Atlanta, Georgia 30303.

Dated:  July 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By ___*s/ D. J. Baker*_____          By _____*s/ James H. Post*_____
     D. J. Baker                           Stephen D. Busey
     Sally McDonald Henry                  James H. Post (FBN 175460)
     Rosalie Gray                          Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC