**FORM 762 2004**

Page 2

| PART IV  OTHER TANGIBLE PERSONAL PROPERTY | Number Owned | Fair Market Value as Listed by Taxpayer | Fair Market Value as Ascertained by Commissioner of the Revenue |
|---|---|---|---|
| 26. (a) Horses, mules and other kindred animals | | | |
| (b) Cattle | | | |
| (c) Sheep and goats | | | |
| (d) Hogs | | | |
| (e) Poultry — chickens, turkeys, ducks, geese, etc. | | | |
| (f) Equipment used by farmers or cooperatives to produce ethanol derived primarily from farm products | | | |
| (g) Grains and other feeds used for the nurture of farm animals | | | |
| (h) Grain, tobacco and other agricultural products in the hands of a producer | | | |
| (i) Equipment and machinery used by farm wineries in the production of wine | | | |
| 27. Felled timber, ties, poles, cord wood, bark and other timber products | | | |
| 28. (a) Refrigerators, deep freeze units, air conditioners and automatic refrigerating machinery | | | |
| (b) Vacuum cleaners, sewing machines, washing machines, dryers and all other household machinery | | | |
| (c) Pianos and organs, television sets, radios, phonographs and records and all other musical instruments | | | |
| (d) Watches and clocks and gold and silver plates and plated ware | | | |
| (e) Oil paintings, pictures, statuary, and other works of art $ _____ books $ _____ | | | |
| (f) Diamonds, cameos and other precious stones and precious metals used as ornaments or jewelry | | | |
| (g) Sporting and photographic equipment | | | |
| (h) Firearms and weapons of all kinds | | | |
| (i) Bicycles and lawnmowers, hand or power | | | |
| (j) Household and kitchen furniture (state number of rooms _____ ) | | | |
| 29. Seines, pound nets, fykes, weirs and other devices for catching fish | | | |
| 30. Poles, wires, switchboards, etc., telephone or telegraph instruments, apparatus, etc., owned by any person, firm, association or company not incorporated | | | |
| 31. Toll bridges, turnpikes and ferries (except steam ferries owned and operated by chartered company) | | | |
| 32. Total of Part IV (add lines 26 through 31 and enter on line 23) | | | |

**GENERAL INSTRUCTIONS:** Complete Form 762, reporting property which you owned on January 1, 2004, then file it with the Commissioner of the Revenue of the County or City generally on or before May 1, 2004. Since some localities have due dates other than May 1, you may want to contact your local office to be sure of the proper due date. Write the word "None" opposite each item of property which you do not own. No property is assessable as tangible personal property if defined by §58.1-1100 as intangible personal property. If additional space is needed, attach a separate schedule. **Note:** If your motor vehicle is considered by State Law to have a business usage, it does not qualify for Car Tax Relief. Your vehicle is classified as having business usage if any of the following circumstances apply: 1) more that 50% of the mileage for the year was reported as a business expense for Federal Income Tax purposes or reimbursed by an employer; 2) more than 50% of the depreciation associated with the vehicle is deducted as a business expense for Federal Income Tax purposes; 3) the cost of the vehicle is expensed pursuant to Section 179 of the IRC; or 4) the vehicle is leased by an individual and the leasing company pays the tax without reimbursement from the individual.

**DEFINITION OF MANUFACTURED HOMES (ALSO KNOWN AS MOBILE HOMES) FOR PART I, LINE 3**

"Manufactured home" means a structure subject to federal regulation, which is transportable in one or more sections; is eight body feet or more in width and 40 body feet or more in length in the traveling mode, or is 320 or more square feet when erected on site; is built on a permanent chassis; is designed to be used as a single-family dwelling, with or without a permanent foundation, when connected to the required utilities; and includes the plumbing, heating, air-conditioning, and electrical systems contained in the structure (§36-85.3, Code of Virginia). "Manufactured homes" are also known as "mobile homes."

**INFORMATION FOR PART II, MACHINERY AND TOOLS**

If you are engaged in a manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, report all machinery and tools used in manufacturing, mining, water well drilling, processing or reprocessing, radio or television broadcasting, dairy, dry cleaning or laundry business, such machinery and tools being segregated by §58.1-3507, Code of Virginia, as amended for local taxation exclusively, and each county, city and town being required to make a separate classification for all such machinery and tools.

**INFORMATION FOR PART III, MERCHANTS' CAPITAL**

If you are a merchant and if locality taxes the capital of merchants, report all other taxable personal property of any kind whatsoever, except money on hand and on deposit and except tangible personal property not offered for sale as merchandise, which tangible personal property should be reported as such on front of this return under the heading "TANGIBLE PERSONAL PROPERTY."

**FOR EXECUTORS, ADMINISTRATORS, TRUSTEES, COMMITTEES, GUARDIANS AND OTHER FIDUCIARIES**

If this is the return of tangible personal property, machinery and tools, or merchants' capital in the hands of an executor, administrator, trustee, committee, guardian or other fiduciary, such fiduciary must complete so much of both pages of this return as pertains to such property and, in addition, supply the information called for below:

1. Character of Fiduciary:   Executor ☐   Administrator ☐   Trustee ☐   Committee ☐   Guardian ☐   Other ☐ _____ (Specify)

2. Name of Estate, Trust or Ward _____

**DECLARATION OF TAXPAYER**

I declare that the statement and figures submitted on both pages of this return are true... Date _____ ief. I certify that unless otherwise indicated as business use, the vehicles listed herein ar...

NOTE — It is a misdemeanor for any person wilfully to subscribe a return which he does not believe to be true and correct as to every material matter (Code of Virginia §58.1-11).

APR 21 2004

John P. Taylor,  Property Tax Manager
Winn-Dixie Stores, Inc.
(904) 783-5220
(Signature of Taxpayer)   (Date)

Executors, administrators, trustees and other fiduciaries must also supply information called for on this return.

un Date: 04/21/04, Acct No: 209068, Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

**2004 RENDITION OF BUSINESS PERSONAL PROPERTY**

# ASSET VALUE SUMMARY
(as of January 1, 2004)

**Account 209068**
VA-JAMES CITY
WINN-DIXIE

### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Asset Category | Cost | Market Value |
|---|---:|---:|
| COMPUTERS | 199,394 | 49,848 |
| FURN & FIX | 1,645,226 | 411,307 |
| MACH & EQP | 138,590 | 34,648 |
| Totals | $1,983,210 | $495,803 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

04/21/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER,  Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | JAMES CITY COUNTY<br>COMM. OF THE REVENUE<br>PO BOX 283<br>WILLIAMSBURG, VA  23187-0283<br>Phone:  757-253-6695     Fax: 757-253-6733 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE DETAIL

(as of January 1, 2004)
Summarized by Year of Acquisition

**Account 209068**
VA-JAMES CITY
WINN-DIXIE

### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acq Year | Cost | PV Factor | Adj | Market Value |
|---|---|---|---|---|
| COMPUTERS | VALUATION METHOD: VA-JAMES CTY | | | |
| 2003 and prior | 199,394 | 25.0% | 1.00 | 49,848 |
| TOTALS for COMPUTERS | | | | |
| | $199,394 | | | $49,848 |
| FURN & FIX | VALUATION METHOD: VA-JAMES CTY | | | |
| 2003 and prior | 1,645,226 | 25.0% | 1.00 | 411,307 |
| TOTALS for FURN & FIX | | | | |
| | $1,645,226 | | | $411,307 |
| MACH & EQP | VALUATION METHOD: VA-JAMES CTY | | | |
| 2003 and prior | 138,590 | 25.0% | 1.00 | 34,648 |
| TOTALS for MACH & EQP | | | | |
| | $138,590 | | | $34,648 |
| GRAND TOTALS | $1,983,210 | | | $495,803 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

ASSETDET                                          1                                          04/21/04

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| COMPUTERS | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 09/12/02 | QUANTUM SCALE/PRINTER | 2,788 | 1.0000 | 25.0% | 1.00 | 697 |
| 09/12/02 | QUANTUM SCALE/PRINTER | 2,788 | 1.0000 | 25.0% | 1.00 | 697 |
| 09/12/02 | QUANTUM SCALE/PRINTER | 2,788 | 1.0000 | 25.0% | 1.00 | 697 |
| 09/12/02 | QUANTUM SCALE/PRINTER | 2,788 | 1.0000 | 25.0% | 1.00 | 697 |
| 09/12/02 | QUANTUM SCALE/PRINTER | 2,788 | 1.0000 | 25.0% | 1.00 | 697 |
| 09/12/02 | QUANTUM PRINTER | 2,715 | 1.0000 | 25.0% | 1.00 | 679 |
| 09/12/02 | HOBART SCALE | 541 | 1.0000 | 25.0% | 1.00 | 135 |
| 09/12/02 | HOBART HAND WRAP STATION | 731 | 1.0000 | 25.0% | 1.00 | 183 |
| 10/14/98 | ELTRON UPC LABEL PRINTER | 905 | 1.0000 | 25.0% | 1.00 | 226 |
| 08/19/98 | IBM RISC6000 REGISTER UPGD | 3,590 | 1.0000 | 25.0% | 1.00 | 897 |
| 06/24/98 | CHECKPOINT SYSTEM | 3,766 | 1.0000 | 25.0% | 1.00 | 941 |
| 09/18/96 | PIN PAD | 793 | 1.0000 | 25.0% | 1.00 | 198 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 770 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 770 | 1.0000 | 25.0% | 1.00 | 192 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 770 | 1.0000 | 25.0% | 1.00 | 192 |
| 06/26/96 | PIN PAD | 770 | 1.0000 | 25.0% | 1.00 | 192 |
| 06/26/96 | PIN PAD | 1,878 | 1.0000 | 25.0% | 1.00 | 469 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/26/96 | PIN PAD | 771 | 1.0000 | 25.0% | 1.00 | 193 |
| 06/28/95 | SOFTWARE | 3,658 | 1.0000 | 25.0% | 1.00 | 914 |
| 06/28/95 | BAKERY SCALE UPGRADE | 947 | 1.0000 | 25.0% | 1.00 | 237 |
| 05/31/95 | SERVICE SCALE | 3,400 | 1.0000 | 25.0% | 1.00 | 850 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

### Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG, VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| **COMPUTERS** | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 05/03/95 | COMPACT LABEL APPLIER | 6,922 | 1.0000 | 25.0% | 1.00 | 1,730 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | TERMINAL | 4,464 | 1.0000 | 25.0% | 1.00 | 1,116 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | TERMINAL | 4,837 | 1.0000 | 25.0% | 1.00 | 1,209 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | TERMINAL | 2,925 | 1.0000 | 25.0% | 1.00 | 731 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | CONVEYOR SCALE | 10,595 | 1.0000 | 25.0% | 1.00 | 2,649 |
| 05/03/95 | TERMINAL | 4,640 | 1.0000 | 25.0% | 1.00 | 1,160 |
| 05/03/95 | TERMINAL | 4,276 | 1.0000 | 25.0% | 1.00 | 1,069 |
| 05/03/95 | STAND ALONE SCALE | 7,286 | 1.0000 | 25.0% | 1.00 | 1,822 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 05/03/95 | SERVICE SCALE | 3,755 | 1.0000 | 25.0% | 1.00 | 939 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |
| 04/05/95 | SCANNER/SCALES | 2,143 | 1.0000 | 25.0% | 1.00 | 536 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|----------|-------------|------|--------------|-----------|-----|--------------|
| **COMPUTERS** | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 03/08/95 | SCALE W/CHART | 405 | 1.0000 | 25.0% | 1.00 | 101 |
| 03/08/95 | SCALE W/CHART | 405 | 1.0000 | 25.0% | 1.00 | 101 |
| 03/08/95 | SCALE W/CHART | 405 | 1.0000 | 25.0% | 1.00 | 101 |
| 03/08/95 | SCALE W/CHART | 405 | 1.0000 | 25.0% | 1.00 | 101 |
| 03/08/95 | SCALE W/CHART | 405 | 1.0000 | 25.0% | 1.00 | 101 |
| 12/12/90 | IBM POS TERMINAL | 4,581 | 1.0000 | 25.0% | 1.00 | 1,145 |

**TOTALS for COMPUTERS**

**Owned on January 1**      $199,394      $49,848

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|----------|-------------|------|--------------|-----------|-----|--------------|
| **FURN & FIX** | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 25.0% | 1.00 | 190 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 25.0% | 1.00 | 190 |
| 05/28/03 | ENTERASYS ETHERNET SWITCH | 760 | 1.0000 | 25.0% | 1.00 | 190 |
| 02/20/02 | FILTER PUMP ASSEMBLY | 1,355 | 1.0000 | 25.0% | 1.00 | 339 |
| 08/29/01 | CUSTOMER SERVICE COUNTER | 2,637 | 1.0000 | 25.0% | 1.00 | 659 |
| 08/22/01 | SERVICE CENTER | 11,208 | 1.0000 | 25.0% | 1.00 | 2,802 |
| 06/30/01 | MADIX SHELVING | 3,320 | 1.0000 | 25.0% | 1.00 | 830 |
| 06/28/01 | MADIX SHELVING | 3,322 | 1.0000 | 25.0% | 1.00 | 830 |
| 06/15/01 | OUTSIDE WEDGE | 3,137 | 1.0000 | 25.0% | 1.00 | 784 |
| 06/15/01 | WOOD MERCHANDISER | 822 | 1.0000 | 25.0% | 1.00 | 205 |
| 06/15/01 | WOOD MERCHANDISER | 822 | 1.0000 | 25.0% | 1.00 | 205 |
| 06/15/01 | WOOD MERCHANDISER | 822 | 1.0000 | 25.0% | 1.00 | 205 |
| 06/15/01 | REMOTE REFRIGERATED SELF SERVE | 5,752 | 1.0000 | 25.0% | 1.00 | 1,438 |
| 06/15/01 | CAKE DECORATING STATION | 2,719 | 1.0000 | 25.0% | 1.00 | 680 |
| 06/15/01 | DELI HOT/COLD CASE | 7,443 | 1.0000 | 25.0% | 1.00 | 1,861 |
| 06/15/01 | WOOD MERCHANDISER | 822 | 1.0000 | 25.0% | 1.00 | 205 |
| 06/15/01 | REMOTE REFRIGERATED SELF SERVE | 5,752 | 1.0000 | 25.0% | 1.00 | 1,438 |
| 06/15/01 | INSIDE WEDGE | 3,137 | 1.0000 | 25.0% | 1.00 | 784 |
| 06/15/01 | REMOTE REFRIGERATED SELF SERVE | 5,752 | 1.0000 | 25.0% | 1.00 | 1,438 |
| 06/14/01 | DELI HOT CASE | 12,991 | 1.0000 | 25.0% | 1.00 | 3,248 |
| 06/13/01 | DELI SLICER TABLE | 935 | 1.0000 | 25.0% | 1.00 | 234 |
| 06/13/01 | DELI SLICER TABLE | 935 | 1.0000 | 25.0% | 1.00 | 234 |
| 06/11/01 | 8' MEAT CASE | 8,691 | 1.0000 | 25.0% | 1.00 | 2,173 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

### Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 02/22/01 | OIL CADDY | 599 | 1.0000 | 25.0% | 1.00 | 150 |
| 02/20/01 | ONE COMPARTMENT SINK | 831 | 1.0000 | 25.0% | 1.00 | 208 |
| 02/16/01 | WOOD MERCHANDISER | 1,402 | 1.0000 | 25.0% | 1.00 | 351 |
| 02/16/01 | WOOD MERCHANDISER | 1,402 | 1.0000 | 25.0% | 1.00 | 351 |
| 02/16/01 | WOOD MERCHANDISER | 1,402 | 1.0000 | 25.0% | 1.00 | 351 |
| 02/15/01 | DELI SLICER TABLE | 906 | 1.0000 | 25.0% | 1.00 | 227 |
| 02/15/01 | DELI SLICER TABLE | 906 | 1.0000 | 25.0% | 1.00 | 227 |
| 02/12/01 | BARCELONA BANANA CART | 3,166 | 1.0000 | 25.0% | 1.00 | 792 |
| 03/02/00 | PRODUCE MISTING SYSTEM | 4,497 | 1.0000 | 25.0% | 1.00 | 1,124 |
| 09/24/99 | PRODUCE IMAGING SYSTEM | 2,819 | 1.0000 | 25.0% | 1.00 | 705 |
| 04/28/99 | REACH-IN FROZEN FOOD (K/W) | 6,555 | 1.0000 | 25.0% | 1.00 | 1,639 |
| 04/28/99 | REACH-IN FROZEN FOOD (K/W) | 5,813 | 1.0000 | 25.0% | 1.00 | 1,453 |
| 12/09/98 | LOBBY DISPLAY | 543 | 1.0000 | 25.0% | 1.00 | 136 |
| 12/09/98 | LOBBY DISPLAY | 543 | 1.0000 | 25.0% | 1.00 | 136 |
| 12/09/98 | LOBBY DISPLAY | 543 | 1.0000 | 25.0% | 1.00 | 136 |
| 12/09/98 | LOBBY DISPLAY | 543 | 1.0000 | 25.0% | 1.00 | 136 |
| 10/14/98 | 10' SPOT CASE | 8,898 | 1.0000 | 25.0% | 1.00 | 2,225 |
| 05/27/98 | REFRIG. GAS MONITOR | 4,750 | 1.0000 | 25.0% | 1.00 | 1,187 |
| 05/27/98 | INSTALL CASES | 795 | 1.0000 | 25.0% | 1.00 | 199 |
| 04/29/98 | REACH-IN DISPLAY CASE | 7,667 | 1.0000 | 25.0% | 1.00 | 1,917 |
| 04/29/98 | REACH-IN DISPLAY CASE | 7,667 | 1.0000 | 25.0% | 1.00 | 1,917 |
| 04/29/98 | REFRIGERATION GAS MONITOR | 4,786 | 1.0000 | 25.0% | 1.00 | 1,196 |
| 03/04/98 | DAIRY DECK | 7,899 | 1.0000 | 25.0% | 1.00 | 1,975 |
| 01/07/98 | CITRUS JUICER CART | 742 | 1.0000 | 25.0% | 1.00 | 186 |
| 01/07/98 | CITRUS JUICER | 8,340 | 1.0000 | 25.0% | 1.00 | 2,085 |
| 01/07/98 | YALE PALLET JACK | 3,272 | 1.0000 | 25.0% | 1.00 | 818 |
| 09/17/97 | TRAY LIDDER TABLE | 328 | 1.0000 | 25.0% | 1.00 | 82 |
| 04/02/97 | CHILI SERVER | 339 | 1.0000 | 25.0% | 1.00 | 85 |
| 04/02/97 | SAVORY ST-5 ROTISSERIE OVEN | 5,899 | 1.0000 | 25.0% | 1.00 | 1,475 |
| 03/05/97 | DISH MACHINE | 8,930 | 1.0000 | 25.0% | 1.00 | 2,232 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | DISTRICT MANAGER'S OFFICE | 3,838 | 1.0000 | 25.0% | 1.00 | 960 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|----------|-------------|------|--------------|-----------|-----|--------------|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | CEILING FAN | 315 | 1.0000 | 25.0% | 1.00 | 79 |
| 02/05/97 | MARLITE WALL | 1,929 | 1.0000 | 25.0% | 1.00 | 482 |
| 01/08/97 | TABLE | 394 | 1.0000 | 25.0% | 1.00 | 99 |
| 01/08/97 | BOOTH | 958 | 1.0000 | 25.0% | 1.00 | 239 |
| 01/08/97 | BOOTH | 958 | 1.0000 | 25.0% | 1.00 | 239 |
| 01/08/97 | TABLE | 394 | 1.0000 | 25.0% | 1.00 | 99 |
| 01/08/97 | BOOTH | 581 | 1.0000 | 25.0% | 1.00 | 145 |
| 01/08/97 | TABLE | 394 | 1.0000 | 25.0% | 1.00 | 99 |
| 01/08/97 | BOOTH | 581 | 1.0000 | 25.0% | 1.00 | 145 |
| 10/16/96 | RECEPTACLE | 460 | 1.0000 | 25.0% | 1.00 | 115 |
| 10/16/96 | RECEPTACLE | 460 | 1.0000 | 25.0% | 1.00 | 115 |
| 09/18/96 | WINE DISPLAY CASE | 3,870 | 1.0000 | 25.0% | 1.00 | 967 |
| 08/21/96 | ROLL MERCHANDISER | 2,815 | 1.0000 | 25.0% | 1.00 | 704 |
| 05/29/96 | PIZZA MERCHANDISER | 942 | 1.0000 | 25.0% | 1.00 | 235 |
| 05/01/96 | SNUFF CABINET | 556 | 1.0000 | 25.0% | 1.00 | 139 |
| 05/01/96 | CIGARETTE CABINET | 1,331 | 1.0000 | 25.0% | 1.00 | 333 |
| 05/01/96 | END DISPLAY | 634 | 1.0000 | 25.0% | 1.00 | 159 |
| 05/01/96 | FILLER CABINET BESIDE ICE CREA | 1,053 | 1.0000 | 25.0% | 1.00 | 263 |
| 05/01/96 | END DISPLAY | 634 | 1.0000 | 25.0% | 1.00 | 159 |
| 05/01/96 | PHARMACY WALL | 1,334 | 1.0000 | 25.0% | 1.00 | 334 |
| 11/15/95 | WESTERN UNION CABINET | 2,253 | 1.0000 | 25.0% | 1.00 | 563 |
| 09/20/95 | OFFICE | 4,728 | 1.0000 | 25.0% | 1.00 | 1,182 |
| 07/26/95 | CREDIT CARD MACHINE | 209 | 1.0000 | 25.0% | 1.00 | 52 |
| 07/26/95 | CONVEYOR BELT | 320 | 1.0000 | 25.0% | 1.00 | 80 |
| 06/28/95 | FLORAL FIXTURE | 1,306 | 1.0000 | 25.0% | 1.00 | 327 |
| 06/28/95 | OFFICE CABINET AND COUNTERS | 3,654 | 1.0000 | 25.0% | 1.00 | 914 |
| 06/28/95 | CAMEO CABINET | 464 | 1.0000 | 25.0% | 1.00 | 116 |
| 06/28/95 | OAK LATTICE CHEESE UNIT | 228 | 1.0000 | 25.0% | 1.00 | 57 |
| 06/28/95 | WALL CABINET AND DESK UNIT | 323 | 1.0000 | 25.0% | 1.00 | 81 |
| 06/28/95 | OAK LATTICE CHEESE UNIT | 228 | 1.0000 | 25.0% | 1.00 | 57 |
| 06/28/95 | PRODUCE BOXES | 306 | 1.0000 | 25.0% | 1.00 | 76 |
| 06/28/95 | ALUMINUM CAN DISPENSER | 651 | 1.0000 | 25.0% | 1.00 | 163 |
| 06/28/95 | MISC. SHELVING | 1,454 | 1.0000 | 25.0% | 1.00 | 364 |
| 06/28/95 | OAK BAKERY RACKS | 281 | 1.0000 | 25.0% | 1.00 | 70 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 06/28/95 | 3-STEP FLORAL FIXTURE | 2,639 | 1.0000 | 25.0% | 1.00 | 660 |
| 06/28/95 | FOOD CHUTE | 274 | 1.0000 | 25.0% | 1.00 | 69 |
| 06/28/95 | OAK BAKERY RACKS | 281 | 1.0000 | 25.0% | 1.00 | 70 |
| 06/28/95 | KEY MACHINE DESK | 203 | 1.0000 | 25.0% | 1.00 | 51 |
| 06/28/95 | PHARMACY CABINET | 1,451 | 1.0000 | 25.0% | 1.00 | 363 |
| 06/28/95 | FOOD PROCESSOR | 2,119 | 1.0000 | 25.0% | 1.00 | 530 |
| 06/28/95 | FILLER CABINET | 312 | 1.0000 | 25.0% | 1.00 | 78 |
| 06/28/95 | PLEXIGLASS MIRROR | 267 | 1.0000 | 25.0% | 1.00 | 67 |
| 06/28/95 | FOOD PROCESSOR | 2,151 | 1.0000 | 25.0% | 1.00 | 538 |
| 06/28/95 | OAK BAKERY RACKS | 281 | 1.0000 | 25.0% | 1.00 | 70 |
| 06/28/95 | FILLER CABINET | 286 | 1.0000 | 25.0% | 1.00 | 72 |
| 06/28/95 | WEDGE-SHAPED FILLER CABINET | 351 | 1.0000 | 25.0% | 1.00 | 88 |
| 06/28/95 | GRID FIXTURE | 1,346 | 1.0000 | 25.0% | 1.00 | 337 |
| 06/28/95 | 3-TIER FLORAL FIXTURE | 768 | 1.0000 | 25.0% | 1.00 | 192 |
| 06/28/95 | OFFICE | 1,271 | 1.0000 | 25.0% | 1.00 | 318 |
| 06/28/95 | CAKE SHELF | 395 | 1.0000 | 25.0% | 1.00 | 99 |
| 06/28/95 | 3-TIER FLORAL FIXTURE | 768 | 1.0000 | 25.0% | 1.00 | 192 |
| 06/28/95 | FLORAL FIXTURE | 520 | 1.0000 | 25.0% | 1.00 | 130 |
| 06/28/95 | MANUAL WHEELCHAIR | 361 | 1.0000 | 25.0% | 1.00 | 90 |
| 06/28/95 | MARLITE FOR FRONT WALL | 488 | 1.0000 | 25.0% | 1.00 | 122 |
| 06/28/95 | FLORAL FIXTURE | 520 | 1.0000 | 25.0% | 1.00 | 130 |
| 06/28/95 | TUMBLER STAINLESS STEEL DRUM | 637 | 1.0000 | 25.0% | 1.00 | 159 |
| 06/28/95 | OAK LATTICE CHEESE UNIT | 228 | 1.0000 | 25.0% | 1.00 | 57 |
| 06/28/95 | ALUMINUM CAN DISPENSER | 651 | 1.0000 | 25.0% | 1.00 | 163 |
| 06/28/95 | DRY CLEANING WINDOW MOUNTED NE | 753 | 1.0000 | 25.0% | 1.00 | 188 |
| 06/28/95 | OAK LATTICE CHEESE UNIT | 228 | 1.0000 | 25.0% | 1.00 | 57 |
| 06/28/95 | MISC. SHELVING | 10,885 | 1.0000 | 25.0% | 1.00 | 2,721 |
| 06/28/95 | OPEN 24 HRS. WINDOW MOUNTED NE | 709 | 1.0000 | 25.0% | 1.00 | 177 |
| 06/28/95 | SMART SHOPPER | 1,667 | 1.0000 | 25.0% | 1.00 | 417 |
| 06/28/95 | CHALKBOARD | 720 | 1.0000 | 25.0% | 1.00 | 180 |
| 06/28/95 | CAMEO CABINET | 275 | 1.0000 | 25.0% | 1.00 | 69 |
| 06/28/95 | FILLER CABINET | 280 | 1.0000 | 25.0% | 1.00 | 70 |
| 06/28/95 | DRY CLEANER STORAGE RACKS | 1,698 | 1.0000 | 25.0% | 1.00 | 425 |
| 06/28/95 | FLORAL FIXTURE | 871 | 1.0000 | 25.0% | 1.00 | 218 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 06/28/95 | OAK BAKERY RACKS | 281 | 1.0000 | 25.0% | 1.00 | 70 |
| 05/31/95 | AUTO SCRUBBER | 4,678 | 1.0000 | 25.0% | 1.00 | 1,169 |
| 05/31/95 | SERVICE IDENTIFIER SIGNS | 485 | 1.0000 | 25.0% | 1.00 | 121 |
| 05/31/95 | CARPET VACUUM | 470 | 1.0000 | 25.0% | 1.00 | 118 |
| 05/31/95 | PROPANE BUFFER | 2,768 | 1.0000 | 25.0% | 1.00 | 692 |
| 05/31/95 | 8 YD CONTAINER | 961 | 1.0000 | 25.0% | 1.00 | 240 |
| 05/31/95 | 8 YD CONTAINER | 961 | 1.0000 | 25.0% | 1.00 | 240 |
| 05/31/95 | DISPLAY FREEZER | 862 | 1.0000 | 25.0% | 1.00 | 216 |
| 05/31/95 | PHOTO SIGN | 417 | 1.0000 | 25.0% | 1.00 | 104 |
| 05/31/95 | PA SYSTEM | 981 | 1.0000 | 25.0% | 1.00 | 245 |
| 05/03/95 | WASTE CABINET | 382 | 1.0000 | 25.0% | 1.00 | 95 |
| 05/03/95 | GAS RANGE | 3,342 | 1.0000 | 25.0% | 1.00 | 836 |
| 05/03/95 | PROOF BOX | 3,256 | 1.0000 | 25.0% | 1.00 | 814 |
| 05/03/95 | END DISPLAY UNIT | 582 | 1.0000 | 25.0% | 1.00 | 145 |
| 05/03/95 | TEAL GRIDS FOR WALL | 812 | 1.0000 | 25.0% | 1.00 | 203 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | REFRIGERATOR | 3,145 | 1.0000 | 25.0% | 1.00 | 786 |
| 05/03/95 | DRY CLEANING & LAUNDRY TEAL NE | 1,854 | 1.0000 | 25.0% | 1.00 | 464 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | SALAD BAR | 27,587 | 1.0000 | 25.0% | 1.00 | 6,897 |
| 05/03/95 | FLORAL WORK CABINET AND COUNTE | 2,171 | 1.0000 | 25.0% | 1.00 | 543 |
| 05/03/95 | CURVED 3-STEP FLORAL DISPLAY | 451 | 1.0000 | 25.0% | 1.00 | 113 |
| 05/03/95 | WALL CABINET AND DESK UNIT | 292 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | WALL CABINET AND DESK UNIT | 292 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | LETTUCE CUTTER | 298 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | DRY CLEANING SIGN | 210 | 1.0000 | 25.0% | 1.00 | 53 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | CHEESE DISPENSER | 227 | 1.0000 | 25.0% | 1.00 | 57 |
| 05/03/95 | SINK | 1,518 | 1.0000 | 25.0% | 1.00 | 379 |
| 05/03/95 | MICROWAVE OVEN | 2,142 | 1.0000 | 25.0% | 1.00 | 536 |
| 05/03/95 | MISC. SHELVING | 85,987 | 1.0000 | 25.0% | 1.00 | 21,497 |
| 05/03/95 | PRODUCE FLAT | 814 | 1.0000 | 25.0% | 1.00 | 204 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 05/03/95 | PIZZA PREP REFRIGERATOR | 3,161 | 1.0000 | 25.0% | 1.00 | 790 |
| 05/03/95 | PROMOTIONAL DISPLAY | 582 | 1.0000 | 25.0% | 1.00 | 146 |
| 05/03/95 | EUROBIN ISLAND | 3,505 | 1.0000 | 25.0% | 1.00 | 876 |
| 05/03/95 | END DISPLAY UNIT | 582 | 1.0000 | 25.0% | 1.00 | 145 |
| 05/03/95 | PHARMACY CABINET | 1,009 | 1.0000 | 25.0% | 1.00 | 252 |
| 05/03/95 | BEVERAGE DISPENSER | 9,380 | 1.0000 | 25.0% | 1.00 | 2,345 |
| 05/03/95 | FILLER STRIPS | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | WALL CABINET AND DESK UNIT | 292 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | PRODUCE DISPLAY | 691 | 1.0000 | 25.0% | 1.00 | 173 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | WASTE CABINET | 382 | 1.0000 | 25.0% | 1.00 | 95 |
| 05/03/95 | CAMEO DISPLAYWALL | 2,908 | 1.0000 | 25.0% | 1.00 | 727 |
| 05/03/95 | SHELF | 340 | 1.0000 | 25.0% | 1.00 | 85 |
| 05/03/95 | WALL CABINET AND DESK UNIT | 292 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | FOOD BAR | 1,365 | 1.0000 | 25.0% | 1.00 | 341 |
| 05/03/95 | CURVED 3-STEP FLORAL DISPLAY | 451 | 1.0000 | 25.0% | 1.00 | 113 |
| 05/03/95 | END DISPLAY UNIT | 514 | 1.0000 | 25.0% | 1.00 | 129 |
| 05/03/95 | CHILI DISPENSER | 239 | 1.0000 | 25.0% | 1.00 | 60 |
| 05/03/95 | DECK OVEN | 9,796 | 1.0000 | 25.0% | 1.00 | 2,449 |
| 05/03/95 | PRODUCE DISPLAY | 341 | 1.0000 | 25.0% | 1.00 | 85 |
| 05/03/95 | THE BOAT SEAFOOD DISPLAY | 533 | 1.0000 | 25.0% | 1.00 | 133 |
| 05/03/95 | "SHOP AROUND" ISLAND BREAD DIS | 730 | 1.0000 | 25.0% | 1.00 | 182 |
| 05/03/95 | "SHOP AROUND" ISLAND BREAD DIS | 730 | 1.0000 | 25.0% | 1.00 | 182 |
| 05/03/95 | END DISPLAY UNIT | 514 | 1.0000 | 25.0% | 1.00 | 129 |
| 05/03/95 | REACH-IN REFRIGERATOR | 3,999 | 1.0000 | 25.0% | 1.00 | 1,000 |
| 05/03/95 | PRODUCE DISPLAY | 341 | 1.0000 | 25.0% | 1.00 | 85 |
| 05/03/95 | AMANA MICROWAVE | 304 | 1.0000 | 25.0% | 1.00 | 76 |
| 05/03/95 | HOT DOG WARMER | 487 | 1.0000 | 25.0% | 1.00 | 122 |
| 05/03/95 | ELECTRIC OVEN | 17,252 | 1.0000 | 25.0% | 1.00 | 4,313 |
| 05/03/95 | "SHOP AROUND" ISLAND BREAD DIS | 730 | 1.0000 | 25.0% | 1.00 | 182 |
| 05/03/95 | PRODUCE DISPLAY | 691 | 1.0000 | 25.0% | 1.00 | 173 |
| 05/03/95 | SET OF OFFICE CABINETS | 4,072 | 1.0000 | 25.0% | 1.00 | 1,018 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 05/03/95 | LARGE COMPUTER CART | 326 | 1.0000 | 25.0% | 1.00 | 82 |
| 05/03/95 | HOT DOG GRILL | 584 | 1.0000 | 25.0% | 1.00 | 146 |
| 05/03/95 | PROOF BOX | 4,465 | 1.0000 | 25.0% | 1.00 | 1,116 |
| 05/03/95 | JET SPRAY DISPENSER | 1,116 | 1.0000 | 25.0% | 1.00 | 279 |
| 05/03/95 | CROSS-SHAPED FLORAL FIXTURE | 4,004 | 1.0000 | 25.0% | 1.00 | 1,001 |
| 05/03/95 | SMALL COMPUTER CART | 257 | 1.0000 | 25.0% | 1.00 | 64 |
| 05/03/95 | DISPLAY CART | 472 | 1.0000 | 25.0% | 1.00 | 118 |
| 05/03/95 | PRODUCE DISPLAY | 691 | 1.0000 | 25.0% | 1.00 | 173 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | PORTABLE FILTER SYSTEM | 1,000 | 1.0000 | 25.0% | 1.00 | 250 |
| 05/03/95 | "SHOP AROUND SAUCE FIXTURE | 767 | 1.0000 | 25.0% | 1.00 | 192 |
| 05/03/95 | PROMOTIONAL DISPLAY | 582 | 1.0000 | 25.0% | 1.00 | 146 |
| 05/03/95 | END DISPLAY UNIT | 514 | 1.0000 | 25.0% | 1.00 | 129 |
| 05/03/95 | DISPLAY CART | 472 | 1.0000 | 25.0% | 1.00 | 118 |
| 05/03/95 | END DISPLAY UNIT | 582 | 1.0000 | 25.0% | 1.00 | 145 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | DISPLAY CART | 472 | 1.0000 | 25.0% | 1.00 | 118 |
| 05/03/95 | DONUT GLAZER | 1,117 | 1.0000 | 25.0% | 1.00 | 279 |
| 05/03/95 | OAK BENCH | 283 | 1.0000 | 25.0% | 1.00 | 71 |
| 05/03/95 | CORNER WEDGE | 1,166 | 1.0000 | 25.0% | 1.00 | 291 |
| 05/03/95 | END DISPLAY UNIT | 582 | 1.0000 | 25.0% | 1.00 | 145 |
| 05/03/95 | END DISPLAY UNIT | 514 | 1.0000 | 25.0% | 1.00 | 129 |
| 05/03/95 | DISPLAY CART | 472 | 1.0000 | 25.0% | 1.00 | 118 |
| 05/03/95 | FLOOR SLICER | 4,012 | 1.0000 | 25.0% | 1.00 | 1,003 |
| 05/03/95 | "SHOP AROUND" ISLAND BREAD DIS | 730 | 1.0000 | 25.0% | 1.00 | 182 |
| 05/03/95 | END DISPLAY UNIT | 514 | 1.0000 | 25.0% | 1.00 | 129 |
| 05/03/95 | REFRIGERATED CASE | 1,792 | 1.0000 | 25.0% | 1.00 | 448 |
| 05/03/95 | PRODUCE DISPLAY | 341 | 1.0000 | 25.0% | 1.00 | 85 |
| 05/03/95 | FLORAL REGISTER CABINET AND CO | 1,762 | 1.0000 | 25.0% | 1.00 | 441 |
| 05/03/95 | "SHOP AROUND" ISLAND BREAD DIS | 730 | 1.0000 | 25.0% | 1.00 | 182 |
| 05/03/95 | WALL CABINET AND DESK UNIT | 292 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |
| 05/03/95 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 738 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

## Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|----------|-------------|------|--------------|-----------|-----|--------------|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 04/05/95 | DELI-BAKERY LETTERS | 4,435 | 1.0000 | 25.0% | 1.00 | 1,109 |
| 04/05/95 | PHARMACY LETTERS | 4,435 | 1.0000 | 25.0% | 1.00 | 1,109 |
| 04/05/95 | ALARM SYSTEM | 917 | 1.0000 | 25.0% | 1.00 | 229 |
| 04/05/95 | WARMER | 1,829 | 1.0000 | 25.0% | 1.00 | 457 |
| 04/05/95 | MANUAL DONUT CUTTER | 1,123 | 1.0000 | 25.0% | 1.00 | 281 |
| 04/05/95 | MISC. SHELVING | 17,452 | 1.0000 | 25.0% | 1.00 | 4,363 |
| 04/05/95 | ICE CART/DISPLAY CASE | 421 | 1.0000 | 25.0% | 1.00 | 105 |
| 04/05/95 | ICE CART/DISPLAY CASE | 421 | 1.0000 | 25.0% | 1.00 | 105 |
| 04/05/95 | MARKETPLACE LETTERS | 4,435 | 1.0000 | 25.0% | 1.00 | 1,109 |
| 04/05/95 | MARKETPLACE LETTERS | 4,435 | 1.0000 | 25.0% | 1.00 | 1,109 |
| 04/05/95 | PROOF BOX | 3,354 | 1.0000 | 25.0% | 1.00 | 839 |
| 04/05/95 | CAROUSEL MERCHANDISER | 4,594 | 1.0000 | 25.0% | 1.00 | 1,149 |
| 04/05/95 | PINEAPPLE CORER | 464 | 1.0000 | 25.0% | 1.00 | 116 |
| 04/05/95 | 1 HR PHOTO SIGN | 2,308 | 1.0000 | 25.0% | 1.00 | 577 |
| 03/08/95 | SLICER | 3,628 | 1.0000 | 25.0% | 1.00 | 907 |
| 03/08/95 | KOPYKAKE PROJECTOR SET | 468 | 1.0000 | 25.0% | 1.00 | 117 |
| 03/08/95 | MEAT & FISH BRIGHT WHITE NEON | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | SLICER | 2,373 | 1.0000 | 25.0% | 1.00 | 593 |
| 03/08/95 | BAKED GOODS GREEN NEON SIGN | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | PHARMACY BRIGHT WHITE NEON SIG | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | SLICER | 2,373 | 1.0000 | 25.0% | 1.00 | 593 |
| 03/08/95 | BAKED GOODS GREEN NEON SIGN | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | ELECTRIC PROOFER | 2,395 | 1.0000 | 25.0% | 1.00 | 599 |
| 03/08/95 | FOOD PROCESSOR | 1,997 | 1.0000 | 25.0% | 1.00 | 499 |
| 03/08/95 | BAKED GOODS GREEN NEON SIGN | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | CONVECTION OVEN | 3,383 | 1.0000 | 25.0% | 1.00 | 846 |
| 03/08/95 | SLICER | 2,373 | 1.0000 | 25.0% | 1.00 | 593 |
| 03/08/95 | FOOD PROCESSOR | 1,299 | 1.0000 | 25.0% | 1.00 | 325 |
| 03/08/95 | SLICER | 2,373 | 1.0000 | 25.0% | 1.00 | 593 |
| 03/08/95 | MIXER | 4,712 | 1.0000 | 25.0% | 1.00 | 1,178 |
| 03/08/95 | COMPUTER CART | 278 | 1.0000 | 25.0% | 1.00 | 69 |
| 03/08/95 | MOBILE FILTER | 1,267 | 1.0000 | 25.0% | 1.00 | 317 |
| 03/08/95 | MIXER | 3,261 | 1.0000 | 25.0% | 1.00 | 815 |
| 03/08/95 | ICE MERCHANDISER | 2,233 | 1.0000 | 25.0% | 1.00 | 558 |
| 03/08/95 | AIRMASTER AIRBRUSH SET | 566 | 1.0000 | 25.0% | 1.00 | 141 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 03/08/95 | VACUUM TUMBLER | 3,028 | 1.0000 | 25.0% | 1.00 | 757 |
| 02/08/95 | ICE BIN | 2,101 | 1.0000 | 25.0% | 1.00 | 525 |
| 02/08/95 | CHEESE CASE | 8,092 | 1.0000 | 25.0% | 1.00 | 2,023 |
| 02/08/95 | HOT FOOD CASE | 8,707 | 1.0000 | 25.0% | 1.00 | 2,177 |
| 02/08/95 | MULTI DECK MEAT CASE | 3,437 | 1.0000 | 25.0% | 1.00 | 859 |
| 02/08/95 | FROZEN FOOD CASE | 6,510 | 1.0000 | 25.0% | 1.00 | 1,628 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | CAKE DISPLAY | 379 | 1.0000 | 25.0% | 1.00 | 95 |
| 02/08/95 | CAKE DISPLAY | 379 | 1.0000 | 25.0% | 1.00 | 95 |
| 02/08/95 | CORNER UNIT | 2,252 | 1.0000 | 25.0% | 1.00 | 563 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,443 |
| 02/08/95 | BAKERY CASE | 4,230 | 1.0000 | 25.0% | 1.00 | 1,057 |
| 02/08/95 | ICE MAKER | 5,440 | 1.0000 | 25.0% | 1.00 | 1,360 |
| 02/08/95 | WIDE ISLAND CASE | 3,157 | 1.0000 | 25.0% | 1.00 | 789 |
| 02/08/95 | MEAT CASE | 3,696 | 1.0000 | 25.0% | 1.00 | 924 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | SHELVING | 1,939 | 1.0000 | 25.0% | 1.00 | 485 |
| 02/08/95 | WIDE ISLAND CASE | 3,277 | 1.0000 | 25.0% | 1.00 | 819 |
| 02/08/95 | WIDE ISLAND CASE | 3,157 | 1.0000 | 25.0% | 1.00 | 789 |
| 02/08/95 | DAIRY CASE | 4,287 | 1.0000 | 25.0% | 1.00 | 1,072 |
| 02/08/95 | BAKERY CASE | 4,776 | 1.0000 | 25.0% | 1.00 | 1,194 |
| 02/08/95 | WEDGE | 4,499 | 1.0000 | 25.0% | 1.00 | 1,125 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,443 |
| 02/08/95 | DAIRY CASE | 4,287 | 1.0000 | 25.0% | 1.00 | 1,072 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | BAKERY CASE | 5,415 | 1.0000 | 25.0% | 1.00 | 1,354 |
| 02/08/95 | PRODUCE COOLER | 9,192 | 1.0000 | 25.0% | 1.00 | 2,298 |
| 02/08/95 | DAIRY CASE | 4,634 | 1.0000 | 25.0% | 1.00 | 1,158 |
| 02/08/95 | WEDGE | 4,499 | 1.0000 | 25.0% | 1.00 | 1,125 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,998 | 1.0000 | 25.0% | 1.00 | 1,500 |
| 02/08/95 | SUPPLIES ORGANIZER | 1,191 | 1.0000 | 25.0% | 1.00 | 298 |
| 02/08/95 | ICE MAKER | 5,440 | 1.0000 | 25.0% | 1.00 | 1,360 |
| 02/08/95 | DAIRY CASE | 4,311 | 1.0000 | 25.0% | 1.00 | 1,078 |
| 02/08/95 | SUPPLIES ORGANIZER | 1,191 | 1.0000 | 25.0% | 1.00 | 298 |
| 02/08/95 | WIDE ISLAND CASE | 3,277 | 1.0000 | 25.0% | 1.00 | 819 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

## Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG, VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 02/08/95 | WEDGE | 4,465 | 1.0000 | 25.0% | 1.00 | 1,116 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,998 | 1.0000 | 25.0% | 1.00 | 1,500 |
| 02/08/95 | DELI-BAKERY COOLER & FREEZER | 7,035 | 1.0000 | 25.0% | 1.00 | 1,759 |
| 02/08/95 | REFRIGERATED ISLAND CASE | 9,299 | 1.0000 | 25.0% | 1.00 | 2,325 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | SUPPLIES ORGANIZER | 1,191 | 1.0000 | 25.0% | 1.00 | 298 |
| 02/08/95 | ICE BIN | 2,101 | 1.0000 | 25.0% | 1.00 | 525 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | ISLAND FROZEN FOOD CASE | 2,917 | 1.0000 | 25.0% | 1.00 | 729 |
| 02/08/95 | REACH IN ICE CREAM CASE | 5,533 | 1.0000 | 25.0% | 1.00 | 1,383 |
| 02/08/95 | CASH STAND | 1,713 | 1.0000 | 25.0% | 1.00 | 428 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 3,624 | 1.0000 | 25.0% | 1.00 | 906 |
| 02/08/95 | FLORAL CASE | 7,177 | 1.0000 | 25.0% | 1.00 | 1,794 |
| 02/08/95 | SPECIAL PALLET LIFT | 898 | 1.0000 | 25.0% | 1.00 | 224 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | BACK LIGHT SIGN | 1,732 | 1.0000 | 25.0% | 1.00 | 433 |
| 02/08/95 | BRASS TRAY STICK | 1,748 | 1.0000 | 25.0% | 1.00 | 437 |
| 02/08/95 | BALER | 7,234 | 1.0000 | 25.0% | 1.00 | 1,809 |
| 02/08/95 | MEAT CASE | 3,346 | 1.0000 | 25.0% | 1.00 | 837 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 3,625 | 1.0000 | 25.0% | 1.00 | 906 |
| 02/08/95 | REACH IN ICE CREAM CASE | 5,533 | 1.0000 | 25.0% | 1.00 | 1,383 |
| 02/08/95 | FLORAL CASE | 7,177 | 1.0000 | 25.0% | 1.00 | 1,794 |
| 02/08/95 | SPECIAL PALLET LIFT | 898 | 1.0000 | 25.0% | 1.00 | 224 |
| 02/08/95 | REFRIGERATED ISLAND CASE | 9,299 | 1.0000 | 25.0% | 1.00 | 2,325 |
| 02/08/95 | MEAT CASE | 3,696 | 1.0000 | 25.0% | 1.00 | 924 |
| 02/08/95 | MEAT CASE | 3,346 | 1.0000 | 25.0% | 1.00 | 837 |
| 02/08/95 | ICE MACHINE | 3,085 | 1.0000 | 25.0% | 1.00 | 771 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 3,625 | 1.0000 | 25.0% | 1.00 | 906 |
| 02/08/95 | REFRIGERATED ISLAND CASE | 9,299 | 1.0000 | 25.0% | 1.00 | 2,325 |
| 02/08/95 | ISLAND FROZEN FOOD CASE | 2,917 | 1.0000 | 25.0% | 1.00 | 729 |
| 02/08/95 | BREAD SHELVING | 2,370 | 1.0000 | 25.0% | 1.00 | 592 |
| 02/08/95 | DELI CASE | 29,692 | 1.0000 | 25.0% | 1.00 | 7,423 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

### Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,443 |
| 02/08/95 | MULTI DECK CASE | 8,707 | 1.0000 | 25.0% | 1.00 | 2,177 |
| 02/08/95 | BAKERY CASE | 5,492 | 1.0000 | 25.0% | 1.00 | 1,373 |
| 02/08/95 | PRODUCE CASE | 2,704 | 1.0000 | 25.0% | 1.00 | 676 |
| 02/08/95 | PRODUCE CASE | 2,701 | 1.0000 | 25.0% | 1.00 | 675 |
| 02/08/95 | MELON BAR | 19,035 | 1.0000 | 25.0% | 1.00 | 4,759 |
| 02/08/95 | DELI CASE | 3,305 | 1.0000 | 25.0% | 1.00 | 826 |
| 02/08/95 | ISLAND FROZEN FOOD CASE | 2,917 | 1.0000 | 25.0% | 1.00 | 729 |
| 02/08/95 | REACH IN ICE CREAM CASE | 3,841 | 1.0000 | 25.0% | 1.00 | 960 |
| 02/08/95 | DELI CASE | 25,207 | 1.0000 | 25.0% | 1.00 | 6,302 |
| 02/08/95 | PRODUCE CASE | 2,704 | 1.0000 | 25.0% | 1.00 | 676 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,775 | 1.0000 | 25.0% | 1.00 | 1,444 |
| 02/08/95 | CORNER UNIT | 2,593 | 1.0000 | 25.0% | 1.00 | 648 |
| 02/08/95 | BAKERY CASE | 5,492 | 1.0000 | 25.0% | 1.00 | 1,373 |
| 02/08/95 | EZ SHOPPER 2 | 1,667 | 1.0000 | 25.0% | 1.00 | 417 |
| 02/08/95 | PRODUCE CASE | 4,149 | 1.0000 | 25.0% | 1.00 | 1,037 |
| 02/08/95 | ISLAND FROZEN FOOD CASE | 2,917 | 1.0000 | 25.0% | 1.00 | 729 |
| 02/08/95 | REACH IN ICE CREAM CASE | 5,533 | 1.0000 | 25.0% | 1.00 | 1,383 |
| 02/08/95 | DELI CASE | 24,664 | 1.0000 | 25.0% | 1.00 | 6,166 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,444 |
| 02/08/95 | DELI CASE | 29,692 | 1.0000 | 25.0% | 1.00 | 7,423 |
| 02/08/95 | END ISLAND PRODUCE CASE | 1,312 | 1.0000 | 25.0% | 1.00 | 328 |
| 02/08/95 | ISLAND FROZEN FOOD CASE | 2,917 | 1.0000 | 25.0% | 1.00 | 729 |
| 02/08/95 | DAIRY CASE | 3,747 | 1.0000 | 25.0% | 1.00 | 937 |
| 02/08/95 | BAKERY CASE | 3,494 | 1.0000 | 25.0% | 1.00 | 873 |
| 02/08/95 | PINEAPPLE CORER | 478 | 1.0000 | 25.0% | 1.00 | 120 |
| 02/08/95 | SELF SERVICE CASE | 11,502 | 1.0000 | 25.0% | 1.00 | 2,876 |
| 02/08/95 | PRODUCE CASE | 2,704 | 1.0000 | 25.0% | 1.00 | 676 |
| 02/08/95 | DELI CASE | 4,141 | 1.0000 | 25.0% | 1.00 | 1,035 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,998 | 1.0000 | 25.0% | 1.00 | 1,500 |
| 02/08/95 | REACH IN ICE CREAM CASE | 5,533 | 1.0000 | 25.0% | 1.00 | 1,383 |
| 02/08/95 | FROZEN FOOD FREEZER | 9,130 | 1.0000 | 25.0% | 1.00 | 2,283 |
| 02/08/95 | WEDGE | 5,003 | 1.0000 | 25.0% | 1.00 | 1,251 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

## Account 209068
### VA-JAMES CITY
### WINN-DIXIE
#### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | |
| 02/08/95 | DAIRY CASE | 3,284 | 1.0000 | 25.0% | 1.00 | 821 |
| 02/08/95 | WEDDING CAKE SIGN | 298 | 1.0000 | 25.0% | 1.00 | 74 |
| 02/08/95 | CORNER UNIT | 2,398 | 1.0000 | 25.0% | 1.00 | 599 |
| 02/08/95 | WEDGE | 4,465 | 1.0000 | 25.0% | 1.00 | 1,116 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,998 | 1.0000 | 25.0% | 1.00 | 1,500 |
| 02/08/95 | WEDGE | 5,003 | 1.0000 | 25.0% | 1.00 | 1,251 |
| 02/08/95 | DELI CASE | 3,305 | 1.0000 | 25.0% | 1.00 | 826 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,956 | 1.0000 | 25.0% | 1.00 | 1,489 |
| 02/08/95 | ICE CREAM FREEZER | 5,365 | 1.0000 | 25.0% | 1.00 | 1,341 |
| 02/08/95 | DAIRY CASE | 3,284 | 1.0000 | 25.0% | 1.00 | 821 |
| 02/08/95 | WEDDING CAKE DISPLAY | 920 | 1.0000 | 25.0% | 1.00 | 230 |
| 02/08/95 | FMP 400 SMOKEHOUSE | 11,784 | 1.0000 | 25.0% | 1.00 | 2,946 |
| 02/08/95 | PRODUCE CASE | 3,434 | 1.0000 | 25.0% | 1.00 | 859 |
| 02/08/95 | DELI CASE | 3,305 | 1.0000 | 25.0% | 1.00 | 826 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,443 |
| 02/08/95 | BAKERY CASE | 4,646 | 1.0000 | 25.0% | 1.00 | 1,162 |
| 02/08/95 | DAIRY COOLER | 10,359 | 1.0000 | 25.0% | 1.00 | 2,590 |
| 02/08/95 | PRODUCE CASE | 3,434 | 1.0000 | 25.0% | 1.00 | 859 |
| 02/08/95 | DELI CASE | 3,305 | 1.0000 | 25.0% | 1.00 | 826 |
| 02/08/95 | REACH IN FROZEN FOOD CASE | 5,774 | 1.0000 | 25.0% | 1.00 | 1,443 |
| 02/08/95 | FREEZER | 5,237 | 1.0000 | 25.0% | 1.00 | 1,309 |
| 02/08/95 | CHEESE CASE | 8,092 | 1.0000 | 25.0% | 1.00 | 2,023 |
| 02/08/95 | ICE BIN | 2,101 | 1.0000 | 25.0% | 1.00 | 525 |
| 01/11/95 | MACHINE RACK C | 54,284 | 1.0000 | 25.0% | 1.00 | 13,571 |
| 01/11/95 | MACHINE RACK A | 50,595 | 1.0000 | 25.0% | 1.00 | 12,649 |
| 01/11/95 | CHAIR | 399 | 1.0000 | 25.0% | 1.00 | 100 |
| 01/11/95 | CHAIR | 399 | 1.0000 | 25.0% | 1.00 | 100 |
| 01/11/95 | CONDENSER | 12,104 | 1.0000 | 25.0% | 1.00 | 3,026 |
| 01/11/95 | MACHINE RACK D | 69,355 | 1.0000 | 25.0% | 1.00 | 17,339 |
| 01/11/95 | CONDENSER | 16,630 | 1.0000 | 25.0% | 1.00 | 4,157 |
| 01/11/95 | MACHINE RACK B | 59,218 | 1.0000 | 25.0% | 1.00 | 14,805 |
| 12/14/94 | COIL-DELI COOLER | 501 | 1.0000 | 25.0% | 1.00 | 125 |
| 12/14/94 | FLORAL COOLER | 6,518 | 1.0000 | 25.0% | 1.00 | 1,629 |
| 12/14/94 | COIL-FLORAL COOLER | 1,045 | 1.0000 | 25.0% | 1.00 | 261 |
| 12/14/94 | COIL-BAKERY COOLER | 421 | 1.0000 | 25.0% | 1.00 | 105 |
| 12/14/94 | COIL-DELI COOLER | 467 | 1.0000 | 25.0% | 1.00 | 117 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| FURN & FIX | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 12/14/94 | COIL-SALAD COOLER | 342 | 1.0000 | 25.0% | 1.00 | 85 |
| 12/14/94 | COIL-MEAT COOLER | 1,232 | 1.0000 | 25.0% | 1.00 | 308 |
| 12/14/94 | COIL-MEAT COOLER | 1,232 | 1.0000 | 25.0% | 1.00 | 308 |
| 12/14/94 | COIL-PRODUCE COOLER | 1,030 | 1.0000 | 25.0% | 1.00 | 257 |
| 12/14/94 | COIL-MEAT PREP | 844 | 1.0000 | 25.0% | 1.00 | 211 |
| 12/14/94 | GENERATOR | 14,428 | 1.0000 | 25.0% | 1.00 | 3,607 |
| 12/14/94 | MEAT COOLER/CUTTING ROOM | 23,754 | 1.0000 | 25.0% | 1.00 | 5,939 |
| 12/14/94 | COIL-PRODUCE COOLER | 1,030 | 1.0000 | 25.0% | 1.00 | 257 |
| 12/14/94 | COILS-SEAFOOD FREEZER | 527 | 1.0000 | 25.0% | 1.00 | 132 |
| 12/14/94 | BAKERY COOLER | 3,411 | 1.0000 | 25.0% | 1.00 | 853 |
| 12/14/94 | COIL-MEAT PREP | 844 | 1.0000 | 25.0% | 1.00 | 211 |
| 12/14/94 | COILS-DELI FREEZER | 611 | 1.0000 | 25.0% | 1.00 | 153 |
| 12/14/94 | COILS-MEAT FREEZER | 655 | 1.0000 | 25.0% | 1.00 | 164 |
| 12/14/94 | ICE CREAM/DELI FREEZER | 3,479 | 1.0000 | 25.0% | 1.00 | 870 |
| 12/14/94 | COILS-FOOD FREEZER | 1,254 | 1.0000 | 25.0% | 1.00 | 313 |
| 12/14/94 | DELI COOLER | 4,319 | 1.0000 | 25.0% | 1.00 | 1,080 |
| 12/14/94 | COILS-BAKERY FREEZER | 642 | 1.0000 | 25.0% | 1.00 | 160 |
| 12/14/94 | SEAFOOD/SALAD COOLER | 5,682 | 1.0000 | 25.0% | 1.00 | 1,421 |
| 12/14/94 | COIL-DAIRY COOLER | 1,065 | 1.0000 | 25.0% | 1.00 | 266 |
| 12/14/94 | SAFE | 2,958 | 1.0000 | 25.0% | 1.00 | 740 |
| 12/14/94 | MEAT/SEAFOOD FREEZER | 5,390 | 1.0000 | 25.0% | 1.00 | 1,348 |
| 12/14/94 | COIL-SEAFOOD COOLER | 342 | 1.0000 | 25.0% | 1.00 | 85 |
| 12/14/94 | COILS-ICE CREAM FREEZER | 991 | 1.0000 | 25.0% | 1.00 | 248 |
| 12/14/94 | COILS-ICE CREAM/DELI FREEZER | 609 | 1.0000 | 25.0% | 1.00 | 152 |
| 12/14/94 | BAKERY FREEZER | 4,364 | 1.0000 | 25.0% | 1.00 | 1,091 |
| 07/27/94 | REFRIGERATOR/FREEZER | 710 | 1.0000 | 25.0% | 1.00 | 177 |
| 11/15/89 | BURR-BROWN TIME CLOCK | 225 | 1.0000 | 25.0% | 1.00 | 56 |
| TOTALS for FURN & FIX | | | | | | |
| **Owned on January 1** | | **$1,645,226** | | | | **$411,307** |
| | | | | | | |
| MACH & EQP | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 10/08/01 | SELF SERVE DELI CASE | 2,157 | 1.0000 | 25.0% | 1.00 | 539 |
| 10/08/01 | SELF SERVE DELI CASE | 2,157 | 1.0000 | 25.0% | 1.00 | 539 |
| 08/22/01 | SEAFOOD WEDGE | 530 | 1.0000 | 25.0% | 1.00 | 133 |
| 08/22/01 | SEAFOOD CONDIMENT CABINET | 916 | 1.0000 | 25.0% | 1.00 | 229 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

## Account 209068
VA-JAMES CITY
WINN-DIXIE
4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| MACH & EQP | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 08/22/01 | SEAFOOD WEDGE | 530 | 1.0000 | 25.0% | 1.00 | 133 |
| 06/11/01 | 8' SEAFOOD CASE | 4,964 | 1.0000 | 25.0% | 1.00 | 1,241 |
| 06/11/01 | 8' SEAFOOD CASE | 11,322 | 1.0000 | 25.0% | 1.00 | 2,830 |
| 04/02/97 | PREP TABLE | 230 | 1.0000 | 25.0% | 1.00 | 58 |
| 04/02/97 | PREP TABLE | 302 | 1.0000 | 25.0% | 1.00 | 75 |
| 06/28/95 | CHOPPER | 2,384 | 1.0000 | 25.0% | 1.00 | 596 |
| 06/28/95 | DELI PREP TABLE | 1,422 | 1.0000 | 25.0% | 1.00 | 356 |
| 05/31/95 | AUTOMATIC STRETCH WRAPPER | 22,987 | 1.0000 | 25.0% | 1.00 | 5,747 |
| 05/31/95 | CLASSY WRAP SYSTEM | 1,040 | 1.0000 | 25.0% | 1.00 | 260 |
| 05/03/95 | DELI PREP TABLE | 895 | 1.0000 | 25.0% | 1.00 | 224 |
| 05/03/95 | PORTABLE DESK | 348 | 1.0000 | 25.0% | 1.00 | 87 |
| 05/03/95 | 2 SECTION SANDWICH TABLE | 3,800 | 1.0000 | 25.0% | 1.00 | 950 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | MEAT PREP TABLE | 380 | 1.0000 | 25.0% | 1.00 | 95 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | DELI PREP TABLE | 757 | 1.0000 | 25.0% | 1.00 | 189 |
| 05/03/95 | PREP TABLE | 397 | 1.0000 | 25.0% | 1.00 | 99 |
| 05/03/95 | MEAT PREP TABLE | 373 | 1.0000 | 25.0% | 1.00 | 93 |
| 05/03/95 | DELI PREP TABLE | 300 | 1.0000 | 25.0% | 1.00 | 75 |
| 05/03/95 | MEAT PREP TABLE | 295 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | DELI PREP TABLE | 757 | 1.0000 | 25.0% | 1.00 | 189 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | DELI PREP TABLE | 300 | 1.0000 | 25.0% | 1.00 | 75 |
| 05/03/95 | PREP TABLE | 474 | 1.0000 | 25.0% | 1.00 | 119 |
| 05/03/95 | DELI TABLE | 589 | 1.0000 | 25.0% | 1.00 | 147 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | DELI PREP TABLE | 854 | 1.0000 | 25.0% | 1.00 | 213 |
| 05/03/95 | PREP TABLE | 474 | 1.0000 | 25.0% | 1.00 | 119 |
| 05/03/95 | PREP TABLE | 347 | 1.0000 | 25.0% | 1.00 | 87 |
| 05/03/95 | PRESTIGE MEAT TABLE | 295 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | PORTABLE DESK | 348 | 1.0000 | 25.0% | 1.00 | 87 |
| 05/03/95 | TENDERIZER | 1,438 | 1.0000 | 25.0% | 1.00 | 360 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | DELI TABLE | 600 | 1.0000 | 25.0% | 1.00 | 150 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

# 2004 ASSET LISTING

**Account 209068**

VA-JAMES CITY

WINN-DIXIE

4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|
| MACH & EQP | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 05/03/95 | DELI PREP TABLE | 895 | 1.0000 | 25.0% | 1.00 | 224 |
| 05/03/95 | PORTABLE DESK | 348 | 1.0000 | 25.0% | 1.00 | 87 |
| 05/03/95 | DELI TABLE | 600 | 1.0000 | 25.0% | 1.00 | 150 |
| 05/03/95 | PREP TABLE | 414 | 1.0000 | 25.0% | 1.00 | 104 |
| 05/03/95 | DELI PREP TABLE | 895 | 1.0000 | 25.0% | 1.00 | 224 |
| 05/03/95 | PREP TABLE | 325 | 1.0000 | 25.0% | 1.00 | 81 |
| 05/03/95 | DELI PREP TABLE | 879 | 1.0000 | 25.0% | 1.00 | 220 |
| 05/03/95 | PREP TABLE | 414 | 1.0000 | 25.0% | 1.00 | 104 |
| 05/03/95 | PREP TABLE | 474 | 1.0000 | 25.0% | 1.00 | 119 |
| 05/03/95 | WRAPPER | 291 | 1.0000 | 25.0% | 1.00 | 73 |
| 05/03/95 | PREP TABLE | 414 | 1.0000 | 25.0% | 1.00 | 104 |
| 05/03/95 | MEAT PREP TABLE | 295 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | DELI TABLE | 770 | 1.0000 | 25.0% | 1.00 | 192 |
| 05/03/95 | MEAT PREP TABLE | 295 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | MEAT PREP TABLE | 295 | 1.0000 | 25.0% | 1.00 | 74 |
| 05/03/95 | DELI TABLE | 770 | 1.0000 | 25.0% | 1.00 | 192 |
| 05/03/95 | PREP TABLE | 349 | 1.0000 | 25.0% | 1.00 | 87 |
| 05/03/95 | PREP TABLE | 255 | 1.0000 | 25.0% | 1.00 | 64 |
| 05/03/95 | DELI PREP TABLE | 895 | 1.0000 | 25.0% | 1.00 | 224 |
| 03/08/95 | ELECTRIC STEAMER | 2,795 | 1.0000 | 25.0% | 1.00 | 699 |
| 03/08/95 | ELECTRIC STEAMER | 2,795 | 1.0000 | 25.0% | 1.00 | 699 |
| 03/08/95 | MEAT SAW | 3,978 | 1.0000 | 25.0% | 1.00 | 995 |
| 03/08/95 | ROLLER TABLE | 983 | 1.0000 | 25.0% | 1.00 | 246 |
| 03/08/95 | PHOTOLAB | 16,782 | 1.0000 | 25.0% | 1.00 | 4,196 |
| 03/08/95 | MEAT SAW | 3,978 | 1.0000 | 25.0% | 1.00 | 995 |
| 03/08/95 | MIXER GRINDER | 6,699 | 1.0000 | 25.0% | 1.00 | 1,675 |
| 02/08/95 | SLICING STAND | 487 | 1.0000 | 25.0% | 1.00 | 122 |
| 02/08/95 | SEAFOOD CASE | 11,003 | 1.0000 | 25.0% | 1.00 | 2,751 |
| 02/08/95 | BAKERY PREP TABLE | 1,085 | 1.0000 | 25.0% | 1.00 | 271 |
| 02/08/95 | LOBSTER TANK | 9,596 | 1.0000 | 25.0% | 1.00 | 2,399 |
| 02/08/95 | PREP TABLE-MELON BAR | 1,535 | 1.0000 | 25.0% | 1.00 | 384 |
| TOTALS for MACH & EQP | | | | | | |
| Owned on January 1 | | $138,590 | | | | $34,648 |
| GRAND TOTALS | | $1,983,210 | | | | $495,803 |

Location (PTS):0961, Property Descr:WINN-DIXIE SHOPPING CENTER

ASSETLST

04/21/04

# 2004 LIST OF ASSET DISPOSALS

### Account 209068
### VA-JAMES CITY
### WINN-DIXIE
### 4511 JOHN TYLER HWY WILLIAMSBURG,VA 23185

| Acquired | Disp | Description | Cost | Index Factor | PV Factor | Adj | Market Value |
|---|---|---|---|---|---|---|---|
| URN & FIX | | | VALUATION METHOD: VA-JAMES CTY | | | | |
| 5/03/95 | 12/31/03 | CHECKOUT COUNTER | 2,954 | 1.0000 | 25.0% | 1.00 | 0 |
| OTALS for FURN & FIX | | | | | | | |
| | | Disposed on or before January 1 | $2,954 | | | | |
| RAND TOTALS | | | | | | | |
| | | | $2,954 | | | | |

*LEASED EQUIPMENT REPORT ---- Provided as information only.*
*Winn-Dixie Stores leases some equipment for its stores, warehouses, and offices.  These*
*assets are covered under operating leases and are not capitalized.  All Property Tax on this*
*equipment should be reported and paid by the lessor.  Bill backs to Winn-Dixie are handled*
*through the lease agreement.*

## JAMES CITY                    W-D LOC <u>0961</u>

| Year | Description | Serial No | Name | State | County |
|------|-------------|-----------|------|-------|--------|
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | C3333,32MB,3.2 G | 6275 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM BLACK E54 15 | 6331 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | NETFINITY 1000 P | 8477 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | IBM G54 15 IN. C | 6546 | COMPUTER LEASING | VA | JAMES CITY |
| 1998 | 4059 OPTRA S | 1250 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | LIEBERT GXT2-100 | GXT2-100 | COMPUTER LEASING | VA | JAMES CITY |
| 2002 | DELL NAS PV715N | PV715N | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | LEX RX PRINTER W | 1255N | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | LEX OPTRA S 1255 | 1255N | COMPUTER LEASING | VA | JAMES CITY |
| 2002 | POWEREDGE 2500 P | 2500 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | ETHERNET/TR MODU | 2612 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |

*LEASED EQUIPMENT REPORT --- Provided as information only.*
*Winn-Dixie Stores leases some equipment for its stores, warehouses, and offices.  These*
*assets are covered under operating leases and are not capitalized.  All Property Tax on this*
*equipment should be reported and paid by the lessor.  Bill backs to Winn-Dixie are handled*
*through the lease agreement.*

## JAMES CITY                    W-D LOC 0961

| Year | Description | Serial No | Name | State | County |
|------|-------------|-----------|------|-------|--------|
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2001 | IBM THERMAL LASE | 4610 | COMPUTER LEASING | VA | JAMES CITY |
| 2002 | #GXT2-700RT120 L | GXT2-700 | COMPUTER LEASING | VA | JAMES CITY |
| 1999 | UPS GXT1500 | GXT1500 | COMPUTER LEASING | VA | JAMES CITY |

§ 58.1-3980. Application to commissioner of the revenue or other official for correction.

A. Any person, firm or corporation assessed by a commissioner of the revenue or other official performing the duties imposed on commissioners of the revenue under this title with any local tax authorized by this title, including, but not limited to, taxes on tangible personal property, machinery and tools, merchants' capital, transient occupancy, food and beverage, or admissions, or a local license tax, aggrieved by any such assessment, may, within three years from the last day of the tax year for which such assessment is made, or within one year from the date of the assessment, whichever is later, apply to the commissioner of the revenue or such other official who made the assessment for a correction thereof.

Sections 58.1-3980 through 58.1-3983 shall also apply to erroneous assessments of real estate if the error sought to be corrected in any case was made by the commissioner of the revenue or such other official to whom the application is made, or is due to a factual error made by others in connection with conducting general reassessments as provided in subsection C of § 58.1-3981.

B. Notwithstanding the provisions of subsection A, an unpaid tangible personal property tax assessment may be appealed to the commissioner of the revenue or other assessing official at any time during which such assessment is collectible under § 58.1-3940, provided the taxpayer can demonstrate by clear factual evidence that he was not subject to the tax for the year in question. If the assessing official is satisfied that the assessment is erroneous, he shall abate the assessment and notify the treasurer or other collecting official of the abatement. Upon receipt of such notice, the treasurer or other collecting official shall forthwith issue a refund or take such other steps as may be necessary to correct the taxpayer's liability accordingly upon the books of the locality.

In the case of an erroneous assessment that has been satisfied in whole or in part through an involuntary payment, an appeal to the assessing official must be made within one year from the date of the involuntary payment. If the assessing official is satisfied that the assessment is erroneous, he shall abate the assessment and notify the treasurer or other collecting official of the abatement. Upon receipt of such notice, the treasurer or other collecting official shall forthwith issue a refund. For purposes of this section, "involuntary payment" means a payment received pursuant to the Setoff Debt Collection Act (§ 58.1-520 et seq.) or § 58.1-3952.

(Code 1950, § 58-1141; 1952, c. 82; 1954, c. 533; 1958, c. 585; 1971, Ex. Sess., c. 13; 1974, c. 362; 1977, c. 99; 1984, c. 675; 1989, c. 86; 1991, c. 8; 1992, c. 382; 1995, c. 445; 1998, c. 648; 1999, cc. 123, 624, 677.)

---

A refund of any payment made due to an erroneous assessment shall bear interest in the amount of ten percent per annum commencing the first day of the month following the month in which such taxes are due or in which such taxes are paid, whichever is later, but in no event prior to July 1, 1999. For the purposes of this paragraph, an erroneous assessment shall mean an assessment that a taxpayer can demonstrate, by clear factual evidence, that he or she was not subject to such assessment for the year in question. No interest shall be paid if the refund is ten dollars or less or if the refund is the result of proration pursuant to section 58.1-351.6 of the Code of Virginia.

No refund shall be made in any case when application therefor was made more than three years after the last day of the tax year for which such taxes were assessed; provided, that if any tax is declared to be unconstitutional by a court of competent jurisdiction, the board of supervisors shall grant a refund of such tax hereunder to all taxpayers for those years to which the court proceeding was applicable.
(9-13-76; Ord. No. 96A-1, 11-16-83; Ord. No. 107A-2, 12-2-85; Ord. No. 107A-29, 6-22-99; Ord. No. 107A-35, 6-27-00)
    **State law reference**-Code of Va., §58.1-3916.

## Sec. 20-7.3. Correction of assessment.

Any person, firm or corporation aggrieved by any local assessment on tangible personal property, machinery and tools, merchant's capital, local license tax or real estate may, within five years from the last day of the tax year from which such assessment is made, apply to the commissioner of the revenue for a correction thereof. (Ord. No. 107A-12, 7-2-90)
    **State law reference**-Application to commissioner of the revenue or other local official for correction, Code of Va., § 58.1-3980.

## Sec. 20-7.4. Penalties and interest for late payment of taxes.

Any person failing to pay any County real estate or personal property tax levy on or before either of its two installment due dates, or failing to pay any other County levy on or before the fifth day of December of the year in which it becomes due, or the first day thereafter which is not a Saturday, a Sunday, or a legal holiday shall incur a penalty thereon of ten percent. Said penalty shall be added to amount due from such person, which, when collected by the Treasurer, shall be accounted for in said person's settlements; in addition thereto, interest in the amount of ten percent per annum shall commence the first day of the month following the month in which such taxes are due.
(Ord. No. 126, 12-11-78; Ord. No. 107A-2, 12-2-85; Ord. No. 107A-4, 7-7-86; Ord. No. 107A-21, 4-22-97)
    **State law reference**-Code of Va., §58.1-3916.

## Sec. 20-7.5. Fee for passing a bad check to the county.

There shall be a fee of $20.00 imposed on any person for the uttering, publishing, or passing of any check or draft to the county, which is subsequently returned for insufficient funds or because there is no account or the account has been closed.
(Ord. No. 107A-32, 1-26-00)
    **State law reference** – Code of Va., § 15.2-106.

Supp. No. 5, 6-00

§ 58.1-3983.1. Appeals and rulings of local taxes.

A. Definitions. For purposes of this section:

Amount in dispute," when used with respect to taxes due or assessed, means the amount specifically identified in the administrative appeal or application for judicial review as disputed by the party filing such appeal or application.

Frivolous" means a finding, based upon specific facts, that the party asserting the appeal is unlikely to prevail upon the merits because the appeal is (i) not well grounded in fact; (ii) not warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law; (iii) interposed for an improper purpose, such as to harass, to cause unnecessary delay in the payment of tax or a refund, or to create needless cost from the litigation; or (iv) otherwise frivolous.

Jeopardized by delay" means a finding, based upon specific facts, that a taxpayer desires to (i) depart quickly from the locality, (ii) remove his property therefrom, (iii) conceal himself or his property, or (iv) do any other act tending to prejudice, or to render wholly or partially ineffectual, proceedings to collect the tax for the period in question.

Local business tax" means machinery and tools tax, business tangible personal property tax (including, without limitation, computer equipment), merchant's capital tax, and a consumer utility tax where the amount in dispute exceeds $2,500 other than the tax collected on mobile telecommunication service as defined in § 58.1-3812.

Local mobile property tax" means the tangible personal property tax on airplanes, boats, campers, recreational vehicles, and trailers.

Taxpayer" includes a business required to collect a local consumer utility tax to the extent that the business is charged or assessed with such tax.

B. Administrative appeal to commissioner of the revenue or other assessing official.

Any person assessed with any local mobile property tax or local business tax as defined in this section may appeal such assessment within one year from the last day of the tax year for which such assessment is made, or within one year from the date of such assessment, whichever is later, to the commissioner of the revenue or other assessing official.

The appeal shall be filed in good faith and sufficiently identify the taxpayer, the tax period covered by the challenged assessment, the amount in dispute, the remedy sought, each alleged error in the assessment, the grounds upon which the taxpayer relies, and any other facts relevant to the taxpayer's contention.

The commissioner of the revenue or other assessing official may hold a conference with the taxpayer if requested by the taxpayer, or require submission of additional information and documents, an audit or further audits, or other evidence deemed necessary for a proper and equitable determination of the application.

The assessment shall be deemed prima facie correct.

The commissioner of the revenue or other assessing official shall undertake a full review of the taxpayer's claims and issue a written determination to the taxpayer setting forth the facts and arguments in support of his decision within 90 days after such appeal is filed. Such determination shall be accompanied by a written explanation of the taxpayer's right to file an administrative appeal of the determination to the Tax Commissioner pursuant to subsection

Any taxpayer whose administrative appeal to the commissioner of the revenue or other assessing official pursuant

this subsection has been pending for more than one year without the issuance of a final determination may, upon not less than 30 days' written notice to the commissioner of the revenue or other assessing official, elect to treat the application as denied and appeal the assessment to the Tax Commissioner in accordance with the provisions of subsection D. The Tax Commissioner shall not consider an appeal filed pursuant to the provisions of this subsection if he finds that the absence of a final determination on the part of the commissioner of the revenue or other assessing official was caused by the willful failure or refusal of the taxpayer to provide information requested and reasonably needed by the commissioner of the revenue or other assessing official to make his determination.

C. Suspension of collection activity pending administrative appeal to commissioner of the revenue or other assessing official. Provided a timely and complete appeal is filed pursuant to subsection B, collection activity shall be suspended by the treasurer or other official responsible for the collection of such tax until a final determination is issued by the commissioner of the revenue or other assessing official, unless the treasurer or other collection official (i) determines that collection would be jeopardized by delay as defined in this section; or (ii) is advised by the commissioner of the revenue or other assessing official that the taxpayer has not responded to a request for relevant information after a reasonable time. Interest shall accrue in accordance with the provisions of subdivision A 2 e of § 58.1-3703.1, but no further penalty shall be imposed while collection action is suspended.

D. Administrative appeal to Tax Commissioner.

Any person whose administrative appeal to the commissioner of the revenue or other assessing official pursuant to subsection B has been denied in whole or in part may appeal the determination of the commissioner of the revenue or other assessing official by filing an appeal with the Tax Commissioner and serving a copy of the appeal upon the commissioner of the revenue or other assessing official within 90 days of the date of the determination of the commissioner of the revenue or other assessing official. The appeal shall include a copy of the written determination of the commissioner of the revenue or other assessing official that is challenged, together with a statement of the facts and grounds upon which the taxpayer relies.

The Tax Commissioner shall determine whether he has jurisdiction to hear the appeal within 30 days of receipt of the taxpayer's appeal.

If the Tax Commissioner determines that he has jurisdiction, he shall provide the commissioner of the revenue or other assessing official with an opportunity to respond to the appeal and permit the commissioner of the revenue or other assessing official to participate in the proceedings. The Tax Commissioner shall issue a determination to the taxpayer within 90 days of receipt of the taxpayer's appeal, unless the taxpayer and the commissioner of the revenue or other assessing official are notified that a longer period will be required. Such longer period of time shall not exceed 60 days, and the Tax Commissioner shall notify the affected parties of the reason necessitating the longer period of time. If the Tax Commissioner is unable to issue a determination within the 60-day extension period due to the failure of an affected party to supply the Tax Commissioner with necessary information, the Tax Commissioner shall certify this fact in writing prior to the expiration of the extension period. The Tax Commissioner shall then issue a determination within 60 days of receipt of such necessary information.

The appeal shall be treated as an application pursuant to § 58.1-1821, and the Tax Commissioner may issue an order correcting such assessment of such property pursuant to § 58.1-1822, if the taxpayer has met the burden of proof provided in § 58.1-3987.

The Tax Commissioner shall not make a determination regarding the valuation or the method of valuation of property subject to any local tax other than a local business tax.

E. Suspension of collection activity during administrative appeal to Tax Commissioner. On receipt of a notice of intent to file an appeal to the Tax Commissioner under subsection D, the treasurer or other official responsible for the collection of such tax shall further suspend collection activity until a final determination is issued by the Tax Commissioner, unless the treasurer or other collection official (i) determines that collection would be jeopardized by delay as defined in this section; or (ii) is advised by the commissioner or other assessing official that the taxpayer has not responded to a request for relevant information after a reasonable time. Interest shall accrue in accordance with

he provisions of subdivision A 2 e of § 58.1-3703.1, but no further penalty shall be imposed while collection action is uspended. The requirement that collection activity be suspended shall cease unless an appeal pursuant to subsection ) is filed and served on the necessary parties within 30 days of the service of the notice of intent to file such appeal.

`. Implementation of determination of Tax Commissioner. Promptly upon receipt of a final determination of the Tax Commissioner, the commissioner of the revenue or other local assessing official shall take those steps necessary to alculate the amount of tax owed by or refund due to the taxpayer consistent with the Tax Commissioner's etermination and shall provide that information to the taxpayer and to the treasurer or other official responsible for ollection in accordance with the provisions of this subsection.

. If the determination of the Tax Commissioner sets forth a specific amount of tax due, the commissioner of the evenue or other assessing official shall certify this amount to the treasurer or other official responsible for collection, nd the treasurer or other official responsible for collection shall issue a bill to the taxpayer for such amount due, )gether with interest accrued, within 30 days of the date of the determination of the Tax Commissioner.

. If the determination of the Tax Commissioner sets forth a specific amount of refund due, the commissioner of the evenue or other assessing official shall certify this amount to the treasurer or other official responsible for collection, nd the treasurer or other official responsible for collection shall issue a payment to the taxpayer for such amount due, )gether with interest accrued, within 30 days of the date of the determination of the Tax Commissioner.

. If the determination of the Tax Commissioner does not set forth a specific amount of tax due, or otherwise requires ne commissioner of the revenue or other assessing official to undertake a new or revised assessment that will result in ne determination of a tax due that has not previously been paid in full, the commissioner of the revenue or other ssessing official shall promptly commence the steps necessary to undertake such new or revised assessment, and rovide the same to the taxpayer within 60 days of the date of the determination of the Tax Commissioner, or within 0 days after receipt from the taxpayer of any additional information requested or reasonably required under the etermination of the Tax Commissioner, whichever is later. The commissioner of the revenue or other assessing fficial shall certify the new assessment to the treasurer or other official responsible for collection, and the treasurer r other official responsible for collection shall issue a bill to the taxpayer for the amount due, together with interest ccrued, within 30 days of the date of the new assessment.

. If the determination of the Tax Commissioner does not set forth a specific amount of refund due, or otherwise equires the commissioner of the revenue or other assessing official to undertake a new or revised assessment that will esult in the determination of a refund of taxes previously paid, the commissioner of the revenue or other assessing fficial shall promptly commence the steps necessary to undertake such new or revised assessment, and provide the ame to the taxpayer within 60 days of the date of the determination of the Tax Commissioner, or within 60 days after eceipt from the taxpayer of any additional information requested or reasonably required under the determination of ne Tax Commissioner, whichever is later. The commissioner of the revenue or other assessing official shall certify ne new assessment to the treasurer or other official responsible for collection, and the treasurer or other official esponsible for collection shall issue a refund to the taxpayer for the amount of tax due, together with interest accrued, /ithin 30 days of the date of the new assessment.

;. Judicial review of determination of Tax Commissioner. Following the issuance of a final determination of the Tax Commissioner pursuant to subsection D, the taxpayer or commissioner of the revenue or other assessing official may pply to the appropriate circuit court for judicial review of the determination, or any part thereof, pursuant to § 58.1-984. In any such proceeding for judicial review of a determination of the Tax Commissioner, the burden shall be on ne party challenging the determination of the Tax Commissioner, or any part thereof, to show that the ruling of the ax Commissioner is erroneous with respect to the part challenged. Neither the Tax Commissioner nor the Department of Taxation shall be made a party to an application to correct an assessment merely because the Tax Commissioner has ruled on it.

l. Suspension of payment of disputed amount of tax due upon taxpayer's notice of intent to initiate judicial review.

. On receipt of a notice of intent to file an application for judicial review, pursuant to § 58.1-3984, of a determination

if the Tax Commissioner pursuant to subsection D, and upon payment of the amount of the tax that is not in dispute together with any penalty and interest then due with respect to such undisputed portion of the tax, the treasurer or other collection official shall further suspend collection activity while the court retains jurisdiction unless the court, upon appropriate motion after notice and an opportunity to be heard, determines that (i) the taxpayer's application for judicial review is frivolous, as defined in this section; (ii) collection would be jeopardized by delay, as defined in this section; or (iii) suspension of collection would cause substantial economic hardship to the locality. For purposes of determining whether substantial economic hardship to the locality would arise from a suspension of collection activity, the court shall consider the cumulative effect of then-pending appeals filed within the locality by different taxpayers that allege common claims or theories of relief.

.. Upon a determination that the appeal is frivolous, that collection may be jeopardized by delay, or that suspension of collection would result in substantial economic hardship to the locality, the court may require the taxpayer to pay the amount in dispute or a portion thereof, or to provide surety for payment of the amount in dispute in a form acceptable to the court.

. No suspension of collection activity shall be required if the application for judicial review fails to identify with particularity the amount in dispute.

. The requirement that collection activity be suspended shall cease unless an application for judicial review pursuant to § 58.1-3984 is filed and served on the necessary parties within 30 days of the service of the notice of intent to file such application.

. The suspension of collection activity authorized by this subdivision shall not be applicable to any appeal of a local business tax or local mobile property tax that is initiated by the direct filing of an action pursuant to § 58.1-3984 without prior exhaustion of the appeals provided by subsections B and D.

. Suspension of payment of disputed amount of refund due upon locality's notice of intent to initiate judicial review.

. Payment of any refund determined to be due pursuant to the determination of the Tax Commissioner shall be suspended if the locality assessing the tax serves upon the taxpayer, within 60 days of the date of the determination of the Tax Commissioner, a notice of intent to file an application for judicial review of the Tax Commissioner's determination pursuant to § 58.1-3984 and pays the amount of the refund not in dispute, including tax and accrued interest. Payment of such refund shall remain suspended while the court retains jurisdiction unless the court, upon appropriate motion after notice and an opportunity to be heard, determines that the locality's application for judicial review is frivolous, as defined in this section.

. No suspension of refund activity shall be permitted if the locality's application for judicial review fails to identify with particularity the amount in dispute.

. The requirement that the obligation to make a refund be suspended shall cease unless an application for judicial review pursuant to § 58.1-3984 is filed and served on the necessary parties within 30 days of the service of the notice of intent to file such application.

. Rulings and advisory opinions.

. Written rulings from commissioner of the revenue or other assessing official. Any taxpayer or authorized representative of a taxpayer may request a written ruling regarding the application of a local mobile property tax or a local business tax to a specific situation from the commissioner of the revenue or other assessing official. Any taxpayer requesting such a ruling shall provide all facts relevant to the situation and may present a rationale for the basis of an interpretation of the law most favorable to the taxpayer. Any misrepresentation or change in the applicable law or the factual situation as presented in the ruling request shall invalidate any such ruling issued. A written ruling may be revoked or amended prospectively if (i) there is a change in the law, a court decision, or the guidelines issued by the Department of Taxation upon which the ruling was based or (ii) the commissioner of the revenue or other assessing official notifies the taxpayer of a change in the policy or interpretation upon which the ruling was based.

However, any taxpayer who acts on a written ruling which later becomes invalid shall be deemed to have acted in good faith during the period in which such ruling was in effect.

B. Advisory opinions of the Tax Commissioner. The Tax Commissioner shall have the authority to issue advisory written opinions in specific cases as requested to interpret a local business tax and matters related to the administration thereof when an assessment of that tax is subject to appeal to the Tax Commissioner under this chapter. Opinions issued pursuant to this section shall not be applicable as an interpretation of any other tax law.

C. Record-keeping and audits. Every person who is assessable with a local mobile property tax or a local business tax shall keep sufficient records to enable the commissioner of the revenue or other assessing official to verify the correctness of the tax paid for the taxable years assessable and to enable the commissioner of the revenue or other assessing official to ascertain the correct amount of tax assessable for each of those years. All such records, books of accounts and other information shall be open to inspection and examination by the commissioner of the revenue or other assessing official in order to allow him to establish whether the tax is due within this jurisdiction. The commissioner of the revenue or other assessing official shall provide the taxpayer with the option to conduct the audit in the taxpayer's local business office, if the records are maintained there. In the event the records are maintained outside this jurisdiction, copies of the appropriate books and records shall be sent to the commissioner's or assessor's office upon demand.

1999, cc. 202, 470; 2002, c. 525; 2003, c. 196; 2004, cc. 527, 534; 2005, c. 927.)

**previous** | **next** | **new search** | **table of contents** | **home**

§ 58.1-3984. Application to court to correct erroneous assessments of local levies generally.

A. Any person assessed with local taxes, aggrieved by any such assessment, may, unless otherwise specially provided by law (including, but not limited to, as provided under (i) § 15.2-717 and (ii) § 3 of Chapter 261 of the Acts of Assembly of 1936 (which was continued in effect by § 58-769 of the Code of Virginia; and now continued in effect by § 58.1-3260), as amended by Chapter 422 of the Acts of Assembly of 1950, as amended by Chapter 339 of the Acts of Assembly of 1958, and as amended by the 2003 Regular Session of the General Assembly), (a) within three years from the last day of the tax year for which any such assessment is made, (b) within one year from the date of the assessment, (c) within one year from the date of the Tax Commissioner's final determination under § 58.1-3703.1 A 5 or § 58.1-3983.1 D, or (d) within one year from the date of the final determination under § 58.1-3981, whichever is later, apply for relief to the circuit court of the county or city wherein such assessment was made. The application shall be before the court when it is filed in the clerk's office. In such proceeding the burden of proof shall be upon the taxpayer to show that the property in question is valued at more than its fair market value or that the assessment is not uniform in its application, or that the assessment is otherwise invalid or illegal, but it shall not be necessary for the taxpayer to show that intentional, systematic and willful discrimination has been made. The proceedings shall be conducted as an action at law before the court, sitting without a jury. The county or city attorney, or if none, the attorney for the Commonwealth, shall defend the application.

B. In the event it comes or is brought to the attention of the commissioner of the revenue of the locality that the assessment of any tax is improper or is based on obvious error and should be corrected in order that the ends of justice may be served, and he is not able to correct it under § 58.1-3981, the commissioner of the revenue shall apply to the appropriate court, in the manner herein provided for relief of the taxpayer. Such application may include a petition for relief for any of several taxpayers.

(Code 1950, §§ 58-1145, 58-1146, 58-1149, 58-1153, 58-1154, 58-1155; 1968, c. 360; 1974, c. 362; 1977, c. 99; 1980, c. 735; 1984, c. 675; 1988, c. 282; 1989, c. 86; 1991, c. 8; 1992, c. 382; 1997, c. 251; 1998, c. 529; 1999, cc. 02, 407; 2003, c. 1036.)

---