# STEPHEN M. CHOUEST
## AND ASSOCIATES
### *A PROFESSIONAL LAW CORPORATION*
### ATTORNEYS AT LAW
### NOTARY PUBLIC

**STEPHEN M. CHOUEST**
(LLM ADMIRALTY)

**PETER E. DUFFY, PLC**
(OF COUNSEL)

4732 UTICA STREET
SUITE 100
METAIRIE, LA 70006

PHONE: (504) 455-7300
FAX: (504) 455-1252

TIN: 72-1362570

E-MAIL: law@metairie.com
http://www.metairie.com

July 5, 2006

United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

FILED
JACKSONVILLE, FLORIDA

JUL 10 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re:    Winn-Dixie Stores, Inc., et al., Debtors
       Case No. 05-03817-3F1, Chapter 11
       Claimant: Lori Baudot
       Claimant ID: WDX-393465-L1
       Claim No. 7996

## NOTICE OF CHANGE OF COUNSEL AND ADDRESS

Dear Sir or Madame:

   We have been retained to assume the handling of Lori Baudot's claim in connection with her accident of May 23, 2004 (claim number 7996). This claim was initially filed on Lori Baudot's behalf by Connick and Connick, LLC, William P Connick, Esq.

   We have previously notified Ms. Angela D. Williams of Sedgwick Claims Management Services, Inc. and Trinchard & Trinchard, LLC, Claire W. Trinchard, Esq, local Louisiana counsel for the debtor that we have taken over the representation of Lori Baudot. Today, we received a copy of the enclosed letter directed to your office dated June 27, 2006, in which William P Connick, Esq., confirms that his firm no longer represents Lori Baudot in connection with this matter. It appears that Mr. Connick's enclosed letter was intended to be mailed to your office, but that it was actually addressed to the offices of Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202. Since the attached letter was addressed to the debtor's counsel, you may not have previously received the original letter.

   We respectfully ask that you add our office's name and address, as indicated on the above letterhead, to the mailing matrix for future notices and correspondence in connection with Lori Baudot's claim. If we need to file anything further in order to accomplish this change, please let me know.

United States Bankruptcy Court
Middle District of Florida
July 5, 2006
Page -2-

    I am also forwarding a copy of this letter and its enclosure to James H. Post, Esq., of Smith Hulsey & Busey, Attn. Tana Copeland, as well as the others indicated below.

    Thanking you in advance for your time and cooperation, with kind regards, I remain

                                       Very truly yours,

                          Stephen M. Chouest and Associates, APLC

                                      Stephen M. Chouest

SMC/mm

enclosure

cc    Smith Hulsey & Busey LLC  (via fax 904-359-7708)
       James H. Post, Esq.,
       Attn. Tana Copeland

       Trinchard & Trinchard, LLC  (via fax 504-529-8941)
       Attn. Claire W. Trinchard, Esq.

       Sedgwick Claims Management Services, Inc. (via fax 904-419-5365/5359)
       Attn. Angela D. Williams, Examiner III

       Lori Baudot

## CONNICK AND CONNICK, L.L.C.
ATTORNEYS AT LAW

2551 METAIRIE ROAD

METAIRIE, LOUISIANA 70001

TELEPHONE (504) 838-8777
FACSIMILE (504) 838-9903
E-MAIL ADDRESS:
pconnick@connicklaw.com
Website: www.connicklaw.com

WILLIAM PETER CONNICK

MICHAEL S. FUTRELL
MICHAEL F. NOLAN
BRIAN J. EISELEN
GUY H. BUMPAS IV

OF COUNSEL
PAUL D. CONNICK, JR.

June 27, 2006

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
225 Water Street
Suite 1800
Jacksonville, FL 32202

F I L E D
JACKSONVILLE, FLORIDA

JUL 1 0 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re:  Our Client:    Lori Baudot
     Date of Injury: 05/23/04
     Case #:         05-03817-3F1
     Claimant ID:    WDX-393465-L1
     Claim #:        7996

Dear Sir/Madam:

Please be advised that my firm no longer represents Lori Baudot in connection with the above captioned matter. As such, please remove my name from your mailing matrix and direct all future correspondence directly to Ms. Baudot at 5501 Craig Avenue, Kenner, LA 70065.

Thanking you in advance for your cooperation, I remain

Sincerely yours,

CONNICK AND CONNICK, L.L.C.

WILLIAM P. CONNICK

WPC/rmm
cc:  Lori Baudot

# CONNICK AND CONNICK, L.L.C.
### ATTORNEYS AT LAW

2551 METAIRIE ROAD

METAIRIE, LOUISIANA 70001

TELEPHONE (504) 838-8777
FACSIMILE (504) 838-9903
E-MAIL ADDRESS:
pconnick@connicklaw.com
Website: www.connicklaw.com

WILLIAM PETER CONNICK

MICHAEL S. FUTRELL
MICHAEL F. NOLAN
BRIAN J. EISELEN
GUY H. BUMPAS IV

OF COUNSEL
PAUL D. CONNICK, JR.

June 27, 2006

Lori Baudot
5501 Craig Avenue
Kenner, LA 70065

Re: Lori Baudot v.
Winn-Dixie, et al
24th JDC No.: 616-137 "D"
D/A: May 23, 2004
Our Ref.: 2092.049687

Dear Lori:

Enclosed please find a cop[y of the Notice of Un]resolved Litigation Claims which I received in conn[ection with the above. Please] forward same to your attorney.

With every good wish, I [am, Very truly yours, CONNICK AND CONNICK], L.L.C.

WPC/rmm

[Handwritten note:]
Steve,
I got this in the mail Saturday
Thanks, Lori

Claimant ID: WDX-393465-L1
BAUDOT, LORI
C/O CONNICK AND CONNICK, LLC
ATTN WILLIAM P CONNICK, ESQ
2551 METAIRIE ROAD
METAIRIE LA 70001

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Jointly Administered |

NOTICE OF DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS

| CLAIM(S) SUBJECT TO OBJECTION ||
|---|---|
| Claim No.: 7996 | Claim Amount: $650,000.00 |

1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.   The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) SUBJECT TO OBJECTION because the Debtors (a) contest the legal basis of each claim and (b) dispute the amount of each claim. In addition, the Debtors may also object to your claim based upon one more of the following grounds: (i) claims which are not supported by legally sufficient documentation; (ii) claims which were not filed prior to the applicable proof of claim bar date; (iii) claims which are required to be reclassified as unsecured; (iv) claims which appear to be duplicative of other claims filed against the Debtors; (v) claims which appear to have been amended and superseded by later filed claims; and/or (vi) claims which have been settled or withdrawn.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# CONNICK AND CONNICK, L.L.C.
### ATTORNEYS AT LAW

2551 METAIRIE ROAD

METAIRIE, LOUISIANA 70001

TELEPHONE (504) 838-8777
FACSIMILE (504) 838-9903
E-MAIL ADDRESS:
pconnick@connicklaw.com
Website: www.connicklaw.com

WILLIAM PETER CONNICK

MICHAEL S. FUTRELL
MICHAEL F. NOLAN
BRIAN J. EISELEN
GUY H. BUMPAS IV

OF COUNSEL
PAUL D. CONNICK, JR.

June 27, 2006

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
225 Water Street
Suite 1800
Jacksonville, FL 32202

Re:  Our Client:     Lori Baudot
     Date of Injury: 05/23/04
     Case #:         05-03817-3F1
     Claimant ID:    WDX-393465-L1
     Claim #:        7996

Dear Sir/Madam:

Please be advised that my firm no longer represents Lori Baudot in connection with the above captioned matter. As such, please remove my name from your mailing matrix and direct all future correspondence directly to Ms. Baudot at 5501 Craig Avenue, Kenner, LA 70065.

Thanking you in advance for your cooperation, I remain

Sincerely yours,

CONNICK AND CONNICK, L.L.C.

WILLIAM P. CONNICK

WPC/rmm
cc:   Lori Baudot

3. The Objection is being made at this time only to confirm that your claims listed above under CLAIM(S) SUBJECT TO OBJECTION have been objected to and are in dispute at this time.

4. This Objection does NOT require you to file any response or attend any hearing at this time. NO hearing has been noticed or scheduled on the Objection at this time.

5. The Debtors will continue to utilize the Claims Resolution Procedures, including the mediation procedures authorized by the Bankruptcy Court, to settle or liquidate the Unresolved Litigation Claims. The Debtors reserve the right, however, to prosecute one or more of the objections at such time that the Debtors deem appropriate. Therefore, in the future, you may receive a separate notice of hearing to adjudicate one or more of the objections against you and you will be given an opportunity to respond to such objection at such time.

6. You may disregard this Notice and the Objection IF your litigation claim has already been resolved by the entry of an Agreed Order through the Claims Resolution Procedure.

7. In addition to the reasons set forth above for the Objection to your claim, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. If you have any questions regarding the Notice or the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated: June 22, 2006

SMITH HULSEY & BUSEY

By  /s/ James H. Post
      Stephen D. Busey
      James H. Post, F.B.N. 175460
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Debtors