UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC.                             Chapter 11
     Debtor.
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR AS COUNSEL FOR CREDITOR SULPHUR SPRINGS MARKETPLACE, L.L.C

     The undersigned gives notice that the firm of Rice Pugatch Robinson & Schiller, P.A. no longer represents Sulphur Springs Marketplace, L.L.C., and accordingly notices and other papers to Sulphur Springs Marketplace, L.L.C should not be served on the undersigned.

**RICE PUGATCH ROBINSON & SCHILLER, P.A.**
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300


By:_____/s Mark Roher_____
    LISA M. SCHILLER
    Florida Bar No. 984426
    lschiller@rprslaw.com
    MARK S. ROHER
    Florida Bar No. 178098
    mroher@rprslaw.com

G:\Wpdocs\1491\Misc\Notice of Withdrawal of Apperance.DOC