UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.              Chapter 11

Debtors.                                     Case No. 05-03817-3F1
                                             (Jointly Administered)

_____/

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

This case is before the Court on a Motion for Substitution of Counsel. This motion is consented to by the withdrawing counsel, appearing counsel and Weston Road Shopping Center, LLC. Accordingly, it is

ORDERED:

1.     David N. Stern and the law firm of Genovese Joblove & Battista, P.A. are substituted as counsel for Weston Road Shopping Center, LLC.

2.     Karen K. Specie and the law firm of Scruggs & Carmichael, P.A. are discharged from further responsibility of representing Weston Road Shopping Center, LLC.

3.     All future notices and pleadings shall be served upon:

David N. Stern
Genovese Joblove & Battista, P.A.
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
dstern@GJB-law.com

DATED this 10 day of July, 2006 at Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge