**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al. | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF REMOVAL FROM MATRIX**

Melitta USA, Inc., by and through its undersigned counsel, hereby files this Notice of Removal from Matrix of Edwin G. Rice, Esq., 100 S. Ashley Drive, Suite 1300, Tampa, Florida 33602.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. Mail on this 12th day of July, 2006, to D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036; James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and the Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602.

                                                                             /s/ Edwin G. Rice
                                                          Edwin G. Rice
                                                          Fla. Bar No. 855944
                                                          erice@glennrasmussen.com
                                                          **Glenn Rasmussen Fogarty & Hooker, P.A.**
                                                          Post Office Box 3333
                                                          Tampa, FL  33601-3333
                                                          (813) 229-3333
                                                          (813) 229-5946 (fax)
                                                          *Attorneys for Melitta USA, Inc.*

02750-00500 238563 V1