UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
JUL 1 2 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                              *    Case No. 05-03817-3F1
                                    *
WINN-DIXIE STORES, INC., et al.,    *    Chapter 11
                                    *
Debtors.                            *    Jointly Administered

## JEFFERSON COUNTY, ALABAMA TAX COLLECTOR'S RESPONSE TO THE DEBTORS' THIRD OMNIBUS OBJECTION TO TAX CLAIMS

Comes now Grover Dunn, the duly elected Assistant Tax Collector for the Bessemer Division of Jefferson County, Alabama, and submits this response to the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities. In further support of this response, the Tax Collector states as follows:

1.    The Debtors' objection asserts that four of the Tax Collector's claims for Alabama personal property tax are based upon inflated values of the Debtors' personal property.

2.    Attached to this response are the tax returns, filed under oath, by the Debtors' property tax managers.

3.    These returns contain the Debtors' valuation, under oath, of their personal property.

4.    These returns form the basis for the tax amounts which the Debtors now claim are inflated.

5.    The Debtors' representations filed with this Court are inconsistent with their

1

**DAN WEINRIB, TAX ASSESSOR**
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341   FAX (205) 325-5985

KAREN TUCKER
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL 35020-4907
(205) 481-4208   FAX (205) 481-4128

**2005 Tax Year**

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL TAX RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)

RECEIVED DEC 17 2004

ACCT NBR   0000

Parcel I.D. No.:   052   90-37-501638.010-

Name:   WINN DIXIE MONTGOMERY INC
Mailing Address:   PO BOX B
JACKSONVILLE FL 32203-0297

DBA:   WINN DIXIE #595

1. Business address of the personal property.
Street  2910 MORGAN RD

City ____ BESSEMER

Business Type:   5410

Please complete a separate return for each location within the county giving the property location for each.

Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property.  STATE LAW REQUIRES that this form be signed by the taxpayer or official agent.

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided.  The depreciation schedule MUST BE ADJUSTED FOR ADDITIONS AND DELETIONS so that it will contain property owned by the business on the October 1 lien date.  See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1.  The REPORTED COST SHOULD INCLUDE invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures? YES____ NO____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2.  Include with this listing the lessee and address or physical location of each item of personal property.

Cost - 1684396
Mkt - 512218
ASD - 102440

(1)

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (I.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?  $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes  ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft?  ☐ Yes  ☐ No  If yes, complete **PART C.**

9. Do you have a construction in progress or holding account?  ☐ Yes  ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes  ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes  ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor  ☐ Partnership  ☐ Alabama Corporation  ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    JOHN TAYLOR _____  Day Time Phone No. (_904_)783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, Code of Alabama 1975.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  12/10/04 _____   Signed _____ DEC 10 2004
                                                   Date
                            John P. Taylor, Property Tax Manager
                            Title __ Winn-Dixie Stores, Inc.
                            (904) 783-5220

Run Date: 12/10/04, Acct No: 52-90-501638.01, Location (PTS):0595, Property Descr:MORGAN ROAD SQUARE

(2)

## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of October 1, 2004)
### Account 52-90-501638.01
### AL-JEFFERSON
### WINN-DIXIE MONTGOMERY, INC.
### 59-1212119
### 2910 MORGAN RD, SUITE 128 BIRMINGHAM,AL 35206

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 23,327 | AL-3 YR CMBND | 15,856 |
| FURN & FIX | 1,661,077 | AL-10 YR CMBND | 574,656 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,709,954 | | $616,062 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

_____   12/10/04
                               Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER.  Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE MONTGOMERY, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**Filed With**

JEFFERSON COUNTY TAX ASSESSOR
RM 170, FIRST FLOOR
716 RICHARD ARRINGTON BLVD N, RM 410-A
BIRMINGHAM, AL 35203
Phone: 205-325-5341        Fax: 205-325-5297

Location (PTS):0595, Property Descr:MORGAN ROAD SQUARE

*(3)*
1

ASSETSUM                                                        12/10/04

**DAN WEINRIB, TAX ASSESSOR**
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341   FAX (205) 325-5985

KAREN TUCKER
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL 35020-4907
(205) 481-4208  FAX (205) 481-4128

2006
Tax Year

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL TAX RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)

RECEIVED

OCT 12 2005

DEC 14

TAX DEPT.

ACCT NBR    0000

Parcel I.D. No.:   064   90-37-501638.020-PP

Name:                WINN DIXIE MONTGOMERY INC
Mailing Address:  PO BOX B
                         JACKSONVILLE FL 32203-0297

PR 5/10/06

DBA:        WINN DIXIE #550    Footprint

1. Business address of the personal property.
Street 104 RIVER SQUARE PZ

City    HUEYTOWN

Business Type: 5410

Please complete a separate return for each location within the county giving the property location for each.

**Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property.  STATE LAW REQUIRES that this form be signed by the taxpayer or official agent.**

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided. The depreciation schedule MUST BE ADJUSTED FOR ADDITIONS AND DELETIONS so that it will contain property owned by the business on the October 1 lien date. See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1. The REPORTED COST SHOULD INCLUDE invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures? YES____ NO____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2. Include with this listing the lessee and address or physical location of each item of personal property.

(1)

The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported.** (I.e., office supplies, spare parts, and other consumable items.)

   What was the cost of supplies and materials on hand as of October 1? $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them? ☐ Yes ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft? ☐ Yes ☐ No   If yes, complete **PART C.**

9. Do you have a construction in progress or holding account? ☐ Yes ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles? ☐ Yes ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E? ☐ Yes ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    _____   Day Time Phone No. (_____)_____

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, Code of Alabama 1975.**

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  11/17/05 _____   Signed _[signature]_

                                              Title _Mgr, Sales/Use + Property Tax_

## 2006 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of October 1, 2005)
### Account 64-90-501638.02
### AL-JEFFERSON
### WINN-DIXIE MONTGOMERY, INC.
### 59-1212119
### 104 RIVER SQUARE PLAZA HUEYTOWN,AL 35023

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
| --- | --- | --- | --- |
| COMPUTERS | 42,466 | AL-3 YR CMBND | 22,081 |
| FURN & FIX | 1,313,802 | AL-10 YR CMBND | 871,245 |
| SUPPLIES | 23,800 | 100% COST | 23,800 |
| Totals | $1,380,068 | | $917,126 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

_____   11/17/05
                                     **Date**

**Filed By/On Behalf Of**

| |
| --- |
| WINN-DIXIE MONTGOMERY, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 |

**Filed With**

| |
| --- |
| JEFFERSON COUNTY TAX ASSESSOR<br>RM 170, FIRST FLOOR<br>716 RICHARD ARRINGTON BLVD N, RM 410-A<br>BIRMINGHAM, AL 35203<br>Phone: 205-325-5341      Fax: 205-325-5297 |



Location (PTS):0550, Property Descr::n/aLegal Entity:n



2005
Tax Year

# DAN WEINRIB, TAX ASSESSOR
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341  FAX (205) 325-5985

KAREN TUCKER
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL. 35020-4907
(205) 481-4208  FAX (205) 481-4128

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL PROPERTY RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)

DEC 17 2004

ACCT NBR    0000

Parcel I.D. No.:    064  90-37-501638.020-PP

Name:    WINN DIXIE MONTGOMERY INC
Mailing Address: PO BOX B
JACKSONVILLE FL 32203-0297

DBA:    WINN DIXIE #550

1. Business address of the personal property.

Street 104 RIVER SQUARE PZ

City    HUEYTOWN

Business Type: 5410

Please complete a separate return for each location within the county giving the property location for each.

**Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. STATE LAW REQUIRES that this form be signed by the taxpayer or official agent.**

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided. The depreciation schedule MUST BE ADJUSTED FOR ADDITIONS AND DELETIONS so that it will contain property owned by the business on the October 1 lien date. See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1. The REPORTED COST SHOULD INCLUDE invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures? YES____ NO____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2. Include with this listing the lessee and address or physical location of each item of personal property.

Cost - 1337450
Mkt - 887998
ASD - 177,600

(1)

The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable and must be **reported. (I.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1? $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them? ☐ Yes ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft? ☐ Yes ☐ No If yes, complete **PART C.**

9. Do you have a construction in progress or holding account? ☐ Yes ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles? ☐ Yes ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E? ☐ Yes ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.

    JOHN TAYLOR _____   Day Time Phone No. (_904-_)783-5220 _____

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date 12/10/04 _____   Signed _____ DEC 1 0 2004
                                                                            Date
                                      John P. Taylor, Property Tax Manager   DEC 1 0 2004
                                Title ___ Winn-Dixie Stores, Inc.
                                          (904) 783-5220

Run Date: 12/10/04, Acct No: 64-90-501638.02, Location (PTS):0550, Property Descr:n



## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

### (as of October 1, 2004)

### Account 64-90-501638.02
### AL-JEFFERSON
### WINN-DIXIE MONTGOMERY, INC.
### 59-1212119
### 104 RIVER SQUARE PLAZA HUEYTOWN, AL 35023

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 30,641 | AL-3 YR CMBND | 17,844 |
| FURN & FIX | 1,306,819 | AL-10 YR CMBND | 870,873 |
| SUPPLIES | 23,800 | 100% COST | 23,800 |
| Totals | $1,361,260 | | $912,517 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

_____ 12/10/04
Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE MONTGOMERY, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**Filed With**

JEFFERSON COUNTY TAX ASSESSOR
RM 170, FIRST FLOOR
716 RICHARD ARRINGTON BLVD N, RM 410-A
BIRMINGHAM, AL 35203
Phone: 205-325-5341     Fax: 205-325-5297

Location (PTS):0550, Property Descr:n

(3)
1

12/10/04

ASSETSUM

2005
Tax Year

# DAN WEINRIB, TAX ASSESSOR
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341   FAX (205) 325-5985

KAREN TUCKER
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL 35020-4907
(205) 481-4208   FAX (205) 481-4128

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL TAX RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)

DEC 17 2004

ACCT NBR     0000

Parcel I.D. No.:    052   90-37-501638-030-PP

Name:               WINN DIXIE MONTGOMERY INC
Mailing Address:    PO BOX B
                    JACKSONVILLE FL 32203-0297

1. Business address of the personal property.

Street _710 ACADEMY DR_____

City _____BESSEMER_____

DBA:     WINN DIXIE #594

Business Type:_____5410_____

Please complete a separate return for each location within the county giving the property location for each.

Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. STATE LAW REQUIRES that this form be signed by the taxpayer or official agent.

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided. The depreciation schedule MUST BE ADJUSTED FOR ADDITIONS AND DELETIONS so that it will contain property owned by the business on the October 1 lien date. See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1. The REPORTED COST SHOULD INCLUDE invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures?
YES_____ NO_____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2. Include with this listing the lessee and address or physical location of each item of personal property.

(1)

Cost - 1,501,965
Mkt - 614,141
ASD - 122,820

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable and must be reported. (i.e., office supplies, spare parts, and other consumable items.)

   What was the cost of supplies and materials on hand as of October 1?   $ _____ 0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them? ☐ Yes   ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A**. If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft? ☐ Yes   ☐ No   If yes, complete **PART C.**

9. Do you have a construction in progress or holding account? ☐ Yes   ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles? ☐ Yes   ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E? ☐ Yes   ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.

    JOHN TAYLOR _____   Day Time Phone No. ( 904 )783-5220

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date 12/10/04 _____   Signed _____ DEC 1 0 2004 DEC 1 0 2004
                                                         Date
                                            John P. Taylor, Property Tax Manager
                                  Title __ Winn-Dixie Stores, Inc.
                                            (904) 783-5220

Run Date: 12/10/04, Acct No: 52-90-501638.03, Location (PTS):0594, Property Descr:ACADEMY SHOPPING CENTER

(2)

## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

(as of October 1, 2004)

### Account 52-90-501638.03
### AL-JEFFERSON
### WINN-DIXIE MONTGOMERY, INC.
### 59-1212119
### 710 ACADEMY DRIVE BESSEMER, AL 35022

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| | 19,841 | AL-3 YR CMBND | 14,146 |
| COMPUTERS | 1,482,129 | AL-10 YR CMBND | 601,647 |
| FURN & FIX | 25,550 | 100% COST | 25,550 |
| SUPPLIES | | | |
| Totals | $1,527,520 | | $641,343 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

                                                                                                    12/10/04
                                                                                                    Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE MONTGOMERY, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | JEFFERSON COUNTY TAX ASSESSOR<br>RM 170, FIRST FLOOR<br>716 RICHARD ARRINGTON BLVD N, RM 410-A<br>BIRMINGHAM, AL 35203<br>Phone: 205-325-5341      Fax: 205-325-5297 |

(3)

Location (PTS):0594, Property Descr:ACADEMY SHOPPING CENTER

1

12/10/04

**DAN WEINRIB, TAX ASSESSOR**
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341   FAX (205) 325-5985

KAREN TUCKER
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL 35020-4907
(205) 481-4208   FAX (205) 481-4128

2005
Tax Year

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL TAX RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)

RECEIVED DEC 17 2004

ACCT NBR   0000

Parcel I.D. No.:   055   90-37-501636-000-22

Name:   WINN DIXIE MONTGOMERY INC
Mailing Address:   PO BOX B
                   JACKSONVILLE FL 32203-0297

DBA:   WINN DIXIE #523

1. Business address of the personal property.
Street 6523 AARON ARONOV

City   FAIRFIELD

Business Type: 5410

Please complete a separate return for each location within the county giving the property location for each.

Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. **STATE LAW REQUIRES** that this form be signed by the taxpayer or official agent.

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided. The depreciation schedule MUST BE ADJUSTED FOR ADDITIONS AND DELETIONS so that it will contain property owned by the business on the October 1 lien date. See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1. The REPORTED COST SHOULD INCLUDE invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures? YES_____ NO_____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2. Include with this listing the lessee and address or physical location of each item of personal property.

Cost - 1,146,134
Mkt - 394,180
ASD - 78,840

(1)

5. The itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (i.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?   $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?   ☐ Yes   ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft?   ☐ Yes   ☐ No   If yes, complete **PART C.**

9. Do you have a construction in progress or holding account?   ☐ Yes   ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?   ☐ Yes   ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?   ☐ Yes   ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor   ☐ Partnership   ☐ Alabama Corporation   ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.

    JOHN TAYLOR _____   Day Time Phone No. (__904-)783-5220_____

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date __12/10/04_____

Signed _____ DEC 1 0 2004 Date_____   DEC 1 0 2004

**John P. Taylor, Property Tax Manager**
Title ___ **Winn-Dixie Stores, Inc.**
**(904) 783-5220**

Run Date: 12/10/04, Acct No: 55-90-501638.00, Location (PTS):0523, Property Descr:FLINTRIDGE CENTER

(2)

## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of October 1, 2004)
### Account 55-90-501638.00
### AL-JEFFERSON
### WINN-DIXIE MONTGOMERY, INC.
### 59-1212119
### 6523 AARON ARNOVO DRIVE FAIRFIELD, AL 35064

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 14,671 | AL-3 YR CMBND | 8,284 |
| FURN & FIX | 1,131,470 | AL-10 YR CMBND | 387,905 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,171,691 | | $421,739 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

12/10/04
Date

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE MONTGOMERY, INC. | JEFFERSON COUNTY TAX ASSESSOR |
| 5050 EDGEWOOD COURT | RM 170, FIRST FLOOR |
| JACKSONVILLE, FL 32254 | 716 RICHARD ARRINGTON BLVD N, RM 410-A |
| | BIRMINGHAM, AL 35203 |
| | Phone: 205-325-5341    Fax: 205-325-5297 |

Location (PTS):0523, Property Descr:FLINTRIDGE CENTER

$(3)$

1

ASSETSUM

12/10/04

**DAN WEINRIB, TAX ASSESSOR**
ROOM 170 FIRST FLOOR
716 RICHARD ARRINGTON JR BLVD NORTH
Birmingham, AL 35203
(205) 325-5341   FAX (205) 325-5985

**2006 Tax Year**

**KAREN TUCKER**
ASSISTANT TAX ASSESSOR
ROOM 209 COURTHOUSE
Bessemer, AL 35020-4907
(205) 481-4208  FAX (205) 481-4128

# BUSINESS PERSONAL PROPERTY AD VALOREM TAX RETURN
FILE THIS ANNUAL TAX RETURN BETWEEN OCTOBER 1 AND DECEMBER 31. (confidential)
RECEIVED

DEC 1 ·   OCT 1 2 2005          ACCT NBR   0000

TAX DEPT.

Parcel I.D. No.:   052   90-37-501638.010-PP

Name:   WINN DIXIE MONTGOMERY INC
Mailing Address:  PO BOX B
                  JACKSONVILLE FL 32203-0297

PP 5/10/06

DBA:   WINN DIXIE #595   *Footprint*

1. Business address of the personal property.
Street  2910 MORGAN RD

City   BESSEMER

Business Type:   5410

Please complete a separate return for each location within the county giving the property location for each.

**Title 40 of the 1975 Code of Alabama requires that each taxpayer render unto the taxing official each year a complete list of all business personal property owned by the taxpayer on October 1 of the tax year. This form must be completely filled out and all instructions followed in order to complete the assessing process for business personal property. STATE LAW REQUIRES that this form be signed by the taxpayer or official agent.**

1. In the business type blank indicate the type of business conducted such as: restaurant, department store, etc.

2. A COMPLETE ITEMIZED LISTING of all personal property owned on October 1 or a copy of the depreciation schedule used in preparing your income tax return listing the property owned by the taxpayer at the close of the fiscal year, next preceding October 1, must be provided. The depreciation schedule MUST BE **ADJUSTED FOR ADDITIONS AND DELETIONS** so that it will contain property owned by the business on the October 1 lien date. See Part A.

Whichever way of reporting chosen, you must provide the name or type of personal property, the year of acquisition, the cost when acquired and any property which has been fully depreciated but was still owned on October 1. The **REPORTED COST SHOULD INCLUDE** invoice price, freight and installation cost, sales and/or use tax, extra foundations necessary to support the equipment, and other cost incurred for the use of the property.

3. Do you lease or rent any items of personal property such as machinery, equipment, furnitures and fixtures? YES_____ NO_____ If yes, then complete (Statement of leased or rented equipment).

## STATEMENT OF LEASED OR RENTED EQUIPMENT

| Name and Address of Lessor | Item | Quantity | Date of Lease | Term of Lease | Selling Price if Known | Annual Rent |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Leasing companies having equipment located in this county should attach a complete listing of personal property as stated in Item 2. Include with this listing the lessee and address or physical location of each item of personal property.

(1)

T= 1736238
M= 510227
A= 105,890

itemized list should include all fixed assets, including but not limited to, furniture, fixtures, computers, machinery, equipment, unlicensed motor vehicles, and add-on equipment. Multiple items of the same type of property acquired in the same year may be listed together. **For example:**

| Type of Property | Date Acquired | Acquisition Cost |
|---|---|---|
| 10 IBM Typewriters | 5/23/84 | $10,000 |
| 4 IBM Typewriters | 2/12/86 | 5,200 |

6. Supplies and materials used in the operations of the business that are **NOT** for sale are taxable **and must be reported. (i.e., office supplies, spare parts, and other consumable items.)**

   What was the cost of supplies and materials on hand as of October 1?  $_____0 (or monthly average)

7. Do you have licensed motor vehicles having "add-on" or "specialized" equipment (i.e. dump bodies, box type bodies, cement drums, etc.) affixed to them?  ☐ Yes  ☐ No
   If yes, and you are able to separate the cost of the add-on equipment from the total cost of the motor vehicle, complete **PART A.** If you are unable to separate the cost of the add-on equipment, complete **PART B.**

8. Do you own aircraft?  ☐ Yes  ☐ No  If yes, complete **PART C.**

9. Do you have a construction in progress or holding account?  ☐ Yes  ☐ No
   If yes, complete **PART D** using cost as of October 1.

10. Do you lease or rent any items of personal property from someone such as machinery, equipment, computers, furniture, fixtures, aircraft, or motor vehicles?  ☐ Yes  ☐ No
    If yes, complete **PART E** (Statement of Leased or Rented Personal Property).

11. **LEASING COMPANIES** having equipment located in this county must attach a complete listing of personal property as stated in item 4. Include with this listing the lessee and address or physical location of each item of personal property.

12. Do you have personal property in your possession or located on your premises that is owned by someone else, excluding any leased or rented equipment listed in Part E?  ☐ Yes  ☐ No
    If yes, complete **PART F** (Statement of Other Personal Property Located on Your Premises).

13. Check category below in which your business belongs?
    ☐ Single Proprietor  ☐ Partnership  ☐ Alabama Corporation  ☐ Out of State Corporation

14. If there is personal property listed on this form you feel should be exempt, please note and give reasons.
    _____
    _____
    _____

15. Person to contact if additional information is required.
    _____  Day Time Phone No. (_____)_____

**NOTICE: All Business Personal Property Returns are subject to audit and appropriate penalties as found in Title 40, Chapter 7, *Code of Alabama 1975.***

I hereby affirm that to the best of my knowledge and belief this listing including any accompanying statements, schedules, and other information is true and complete. All forms not completely filled out and signed will be returned.

Date  11/17/05 _____  Signed  _R. ꞏꞏꞏ_

Title  _Mgr Sales/Use + Property Tax_

(2)

Run Date: 11/17/05, Acct No: 52-90-501638.01, Location (PTS):0595, Property Descr:MORGAN ROAD SQUARE,

---

## 2006 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

### (as of October 1, 2005)

### Account 52-90-501638.01

### AL-JEFFERSON

### WINN-DIXIE MONTGOMERY, INC.

### 59-1212119

### 2910 MORGAN RD, SUITE 128 BIRMINGHAM, AL 35206

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 35,225 | AL-3 YR CMBND | 21,447 |
| FURN & FIX | 1,694,722 | AL-10 YR CMBND | 527,668 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,755,497 | | $574,665 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

11/17/05
**Date**

**Filed By/On Behalf Of**

WINN-DIXIE MONTGOMERY, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**Filed With**

JEFFERSON COUNTY TAX ASSESSOR
RM 170, FIRST FLOOR
716 RICHARD ARRINGTON BLVD N, RM 410-A
BIRMINGHAM, AL 35203
Phone: 205-325-5341    Fax: 205-325-5297

(3)

Location (PTS):0595, Property Descr:MORGAN ROAD SQUARE, Legal Entity:n

**JEFFERSON COUNTY COMMISSION**



**OFFICE OF COUNTY ATTORNEY**

EDWIN A. STRICKLAND
County Attorney

CHARLES S. WAGNER
JEFFREY M. SEWELL
THEODORE A. LAWSON, II
Assistant County Attorneys

280 Courthouse
Birmingham, Alabama 35203
Telephone (205) 325-5688
FAX (205) 325-5840

July 10, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida  32202

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT
JUL 1 2 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re:     In Re: Winn-Dixie Stores, Inc., et al.
        Case No. 05-03817-3F1 (Chapter 11 – Jointly Administered)

Dear Sir or Madam:

Enclosed please find an original and one copy of JEFFERSON COUNTY, ALABAMA TAX COLLECTOR'S RESPONSE TO THE DEBTORS' THIRD OMNIBUS OBJECTION TO TAX CLAIMS in the above case.  Please file the original and return the "stamped" copy to me in the enclosed self-addressed envelope.

If you have any questions, please let me know.  Thank you for your assistance.

Sincerely,

Jeffrey M. Sewell / khc

Jeffrey M. Sewell
Assistant County Attorney

JMS/khc

Enclosures

representations made to the State of Alabama, under oath, regarding the value of their personal property.

6.    The Debtors have offered no explanation for their inconsistent behavior and should be estopped from taking such inconsistent positions under oath.

7.    It is requested that the Debtors' objections to our four claims be overruled for the reasons set forth herein.

_____
JEFFREY M. SEWELL
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama 35203
(205) 325-5688

## CERTIFICATE OF SERVICE

I have served a copy of the foregoing **JEFFERSON COUNTY, ALABAMA'S RESPONSE TO THE DEBTORS' THIRD OMNIBUS OBJECTION TO TAX CLAIMS** on counsel for all parties, by placing same in the U.S. Mail, postage prepaid and properly addressed, this the 10th day of July, 2006.

_____
JEFFREY M. SEWELL
Assistant County Attorney

pc:    Cynthia C. Jackson
        225 Water Street
        Suite 1800
        Jacksonville, Florida  32202