UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re | ) | Case No. 05-3817-3F1 |
|---|---|---|
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON JULY 13, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 13, 2006 at 1:00 p.m.:

**A. Uncontested Matters**

1. *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline: Expired.

Responses: No responses have been filed.

Status: The Debtors and the Claimants have agreed to continue the hearing on the Objection to August 10, 2006.

2. *Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

Response Deadline: Expired.

Responses: No objections have been filed.

Status: The Debtors and the Claimant have agreed to continue the hearing on the Objection to August 10, 2006.

3. *Debtor's Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Lease that was Assigned Prepetition (Store 1361) (Docket No. 8759)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

4. *Debtors' Motion for Order (I) Authorizing Rejection of Executory Contract with Lifetime Hoan Corporation and (II) Approving (a) Setoff and (b) Resolution of Claims (Docket No. 8765)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

**B. Contested Matters**

1. *Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Docket No. 8425)*

Response Deadline: Expired.

Responses: Edens & Avant Southeast Limited Partnership (Docket No. 8666);
Moulton Properties, Inc. (Docket No. 8767);
Protective Life Insurance Company (Docket No. 8776);
American Residential Equities, Inc. (Docket No. 8844);
Dauksch Family Partnership (Docket No. 8964);
440 Group, Ltd. And LCH Opportunities LLC (Docket No. 8967);
Royal Oaks Brandon, Ltd. (Docket No. 8968);
Prudential Insurance Company of America (Docket No. 8973);
Leesburg Bansal, LLC (Docket No. 8976);

New Plan Excel Realty Trust, Inc. and Aronov Realty Management, Inc. (Docket No. 8981);
Delta Investments (Docket No. 9007);
Rosemyr Corporation (Docket No. 9008);
Estate of H. C. Plunkett (Docket No. 9014);
E. Lee Barran, et al. (Docket Nos. 9015 and 9017);
Skinners of Point Meadows, Inc. (Docket No. 9016);
Fountain Columbus Associates, L.L.C. (Docket No. 9019); and
Merrill Lynch Pierce Fenner & Smith (Docket No. 9059) – untimely filed.

Status: The Debtors will proceed with the Objection.

2. *Debtors' Motion for Order Approving Termination Agreement (Store No. 276) (Docket No. 8061)*

Objection Deadline: Expired.

Objections: Morris Tract Corp. and Williston Highland Development Corp. (Docket No. 8132).

Status: The Debtors will proceed with the Motion.

3. *Debtor's Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases that Were Assigned Prepetition (Docket No. 8756)*

Objection Deadline: Expired.

Objections: Brookshire Grocery Company (Docket No. 9006); and
Fiesta Mart, Inc. (Docket No. 9021).

Status: The Debtors will proceed with the Motion.

4. *Debtors' Motion for Order Authorizing Rejection of (I) Three Non-Residential Real Property Leases that Were Assigned Prepetition and (II) the Related Assignment Agreements (Docket No. 8762)*

Objection Deadline: Expired.

Objections: 1997 Properties, Inc. (Docket No. 9013); Brookshire Grocery Company (Docket No. 9006).

Status: The Debtors will proceed with the Motion.

5. *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline: Expired.

Objections: Debtors (Docket No. 5874); and Creditors' Committee (Docket No. 5887).

Status: The Debtors and the Movant have agreed to continue the hearing on the Motion to August 24, 2006.

6. *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline: None.

Objections: Debtors (Docket No. 7537).

Status: The Debtors and the Movant have agreed to continue the hearing on the Motion to August 24, 2006.

7. *Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (Docket No. 8014)*

Response Deadline: Expired.

Responses: No responses have been filed.

Status: The Debtors have been informed that Convergint will proceed with the Objection.

Dated: July 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00535153