# EXHIBIT "A"

## **EVIDENCE OF TRANSFER OF CLAIM**

TO: **Winn-Dixie Stores, Inc. and the United States Bankruptcy Court for the Middle District of Florida.**

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged and intending to be legally bound hereby, CARDINAL CAPITAL PARTNERS, INC. EMPLOYEE PROFIT SHARING PLAN & TRUST a/k/a CCP EMPLOYEE PROFIT SHARING PLAN & TRUST (the "Assignor") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned (the "Assignment") to PRINCIPAL LIFE INSURANCE COMPANY ("Assignee"): (i) all of Assignor's right, title, interest, and causes of action arising under or in connection with the following proofs of claim: (a) a claim against Winn-Dixie Stores, Inc. ("WD Stores") dated July 26, 2005 and filed July 27, 2005 and identified by the Debtor as Claim No. 8903 (the "Claim 8903"), (b) a claim against Winn Dixie Charlotte, Inc. ("WD Charlotte"; together with WD Stores, the "Debtor") dated July 26, 2005 and filed July 27, 2005 and identified by the Debtor as Claim No. 8902 ("Claim 8902"), and (c) a claim, to the extent it arises out of leases and contracts related to the Property (as defined herein), against WD Charlotte dated July 30, 2005 and filed on August 1, 2005 and identified by the Debtor as Claim No. 11157 ("Claim 11157") (Claim 8902, Claim 11157, and Claim 8903 are collectively referred to herein as the "Proofs of Claim"); (ii) any and all claims (as such term is defined in section 101(5) of the United States Bankruptcy Code) of Assignor (collectively, with the Proofs of Claim, the "Claim") against WD Stores and WD Charlotte arising out of or related to the property commonly known as 1606 Church Street, Conway, South Carolina 29526-2958 and/or identified by the Debtor as Store 2124 ("Property") which arose under any and all leases with respect thereto, including, without limitation, that certain Lease Agreement dated February 1, 1985 by and between Coastal Mall Associates, as lessor, and

Mountcastle Corporation, as lessee, that certain Land Sub-Lease dated May 7, 1985 by and between Mountcastle Corporation and Winn Dixie Charlotte, Inc., and that certain Sub–sublease dated December 12, 1986 between Realty South Investors, Inc., as landlord, and Winn Dixie Charlotte, Inc., as tenant (collectively, as amended, the "Lease"); and (iii) all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive rent and other amounts owing under the Lease, use and occupancy charges, rejection damages, distributions and other amounts that may be paid, payable or issued by the Debtor or any successor thereto on account of or with respect to the Claim. The terms and conditions of the Assignment are set forth in that certain Assignment of Transfer of Claim Agreement dated as of July 5th, 2006, between Assignor and Assignee.

Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

Principal Life Insurance Company

<u>With copies to:</u>
Principal Real Estate Investors, LLC
801 Grand Avenue
Des Moines, IA  50392-1450
Attention: Darin Bennigsdorf

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

3

**IN WITNESS WHEREOF,** this **EVIDENCE OF TRANSFER OF CLAIM** is executed as of July 5th, 2006.

CARDINAL CAPITAL PARTNERS, INC.
EMPLOYEE PROFIT SHARING PLAN &
TRUST a/k/a CCP EMPLOYEE PROFIT
SHARING PLAN & TRUST

By: _____
Name: Gil Besing
Title: Trustee

3

DM3\348608.3