**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION FOR**
**RELIEF FROM STAY FILED BY SES GROUP MIAMI SPRINGS, LTD.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and SES Group Miami Springs, Ltd. ("SES") stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by SES (the "Motion") (Docket No. 6189) until on or after

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

September 25, 2006, and (ii) the continuation of the automatic stay in effect pending the

conclusion of such hearing and determination of the Motion.

Dated: July 12, 2006.


STUTSMAN, THAMES & MARKEY, P.A.          SMITH HULSEY & BUSEY



By____*s/ Bradley R. Markey*_____          By ____*s/ Allan E. Wulbern*_____
        Richard R. Thames                                    Cynthia C. Jackson
        Bradley R. Markey                                    Allan E. Wulbern

Florida Bar Number 0718459                      Florida Bar Number 175460
Florida Bar Number 0984213                      Florida Bar Number 175511
50 North Laura Street, Suite 1600               225 Water Street, Suite 1800
Jacksonville, Florida  32202                    Jacksonville, Florida  32202
(904) 358-4000                                  (904) 359-7700
(904) 358-4001                                  (904) 359-7708 (facsimile)
brmarkey@Stutsman-thames.com                    awulbern@smithhulsey.com

Attorneys for SES Group Miami Springs, Ltd.              -and-

*Counsel has authorized his electronic signature.    SKADDEN, ARPS, SLATE, MEAGHER
                                                     & FLOM LLP
                                                     D. J. Baker
                                                     Sally McDonald Henry
                                                     Rosalie Walker Gray
                                                     Four Times Square
                                                     New York, New York 10036
                                                     (212) 735-3000
                                                     (212) 735-2000 (facsimile)
                                                     rgray@skadden.com

                                                     Attorneys for the Debtors

537188