# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about July 11, 2006 I caused copies of:

•   the **Notice of Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: July 13, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 4E-4F

EXHIBIT A SERVICE
No Liability Claimants

SERVICE LIST
## Notice of Debtors' Fourteenth Omnibus Objection to
## (A) No Liability Claims, and (B) No Liability Misclassified
## Claims
## [Exhibit A Claimants - No Liability]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 2036-07
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 2036-07
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 82564-09
ABERCROMBIE, LATOYA D
416 3RD AVENUE
BESSEMER AL 35020

CREDITOR ID: 86388-09
ANTOINE, WILFRED O
113 COTTON STREET
NEW IBERIA LA 70563

CREDITOR ID: 87753-09
AUGUSTUS, TERRY
221 MAYFIELD ST
GREENVILLE MS 38701

CREDITOR ID: 88375-09
BADGETT, CURTIS
164 BARNEY BANKS RD
PINOLA MS 39149

CREDITOR ID: 88437-09
BAGLEY, APRIL
3217 E HANNA AVE
TAMPA FL 33610-3642

CREDITOR ID: 410564-15
BAKE-LINE GROUP, LLC, ET AL
C/O ASK FINANCIAL GROUP LLP
ATTN COREY J EILERS, ESQ
2600 EAGAN WOODS DRIVE, SUITE 220
EAGAN MN 55121

CREDITOR ID: 89997-09
BARNES, CARLA W
PO BOX 995
ST AUGUSTINE FL 32085

CREDITOR ID: 91002-09
BATTISTE, KECIA
8835 OLEANDER
NEW ORLEANS LA 70118

CREDITOR ID: 91027-09
BATTLE, GAIL K
220 JACKSON RD
MCDONOUGH GA 30252

CREDITOR ID: 7807-05
BEAVER, STEVE D
216 TRIANGLE ROAD
GAFFNEY SC 29340

CREDITOR ID: 92077-09
BELL, CHERRY R
1601 DUNN AVENUE, APT 809
JAX FL 32218

CREDITOR ID: 416940-15
BIG LOTS STORES, INC
C/O SCHOTTENSTEIN ZOX & DUNN
ATTN TYSON A CRIST, ESQ.
PO BOX 165020
COLUMBUS OH 43216-5020

CREDITOR ID: 417070-15
BIG LOTS STORES, INC FKA
CONSOLIDATED STORES CORPORATION
300 PHILLIPI ROAD, DEPT 10061
COLUMBUS OH 43228

CREDITOR ID: 417070-15
BIG LOTS STORES, INC FKA
C/O SCHOTTENSTEIN ZOX & DUNN CO
ATTN TYSON A CRIST, ESQ
240 WEST STREET
PO BOX 165020
COLUMBUS OH 43216-5020

CREDITOR ID: 9113-05
BLACK, GLORIA A
2781 S ROCKY CREEK RD
ASHFORD AL 36312

CREDITOR ID: 9209-05
BLACKSHER, KATHY C
PO BOX 90371
EAST POINT GA 30344

CREDITOR ID: 243617-12
BLEVINS ELECTRIC INC
ATTN RICHARD BLEVINS, PRES
PO BOX 5609
5351 FORT HENRY DRIVE
KINGSPORT TN 37663-5609

CREDITOR ID: 10454-05
BOYD, JUDSON T
13026 GREYCREST DR
CHARLOTTE NC 28278

CREDITOR ID: 96903-09
BOYKIN, TIFFANY
801 COLLINS PLACE APT 12
ATTALLA AL 35954

CREDITOR ID: 10552-05
BOZEMAN, SAMUEL C
8910 JEAN ST
TAMPA FL 33610

CREDITOR ID: 402116-90
BRADY, VIRGINIA
1274 THE GROVE RD
ORANGE PARK FL 32073

CREDITOR ID: 97617-09
BRASHEAR, DAVID
3672 COTTAGE CIRCLE
LEXINGTON KY 40513

CREDITOR ID: 97828-09
BRAZLEY, TERRY
4677 CHARLENE
NEW ORLEANS LA 70127

CREDITOR ID: 244059-12
BROWN, NOLTEMEYER COMPANY
122 N PETERSON AVENUE
LOUISVILLE, KY 40206-2335

CREDITOR ID: 12120-05
BROWN, YOLANDA E
3505 W. CHASE AVE  APT 1
JACKSONVILLE FL 32209

**Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 102591-09<br>BUTLER, JOHNNY<br>1002 BUTLER DR<br>WESSON MS 39191 | CREDITOR ID: 102697-09<br>BUTLER, WILLIE FRANK<br>1197 BAHALIA ROAD<br>PO BOX 738<br>WESSON MS 39191 | CREDITOR ID: 102846-09<br>BYRD, CANDICE D<br>1517 CREST AVENUE<br>LEESBURG FL 34748 |
| CREDITOR ID: 174766-09<br>CALLOWAY, ROXANNE MCKAY<br>205B PERRY ST<br>ANDALUSIA AL 36420-3635 | CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 | CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>C/O CRANFILL SUMNER & HARTZOG<br>ATTN RICHARD T BOYETTE, ESQ.<br>PO BOX 27808<br>RALEIGH NC 27611-7808 |
| CREDITOR ID: 106654-09<br>CEPHAS, KEVIN L<br>3312 TONOKA COURT<br>RICHMOND VA 23223 | CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 403291-83<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 |
| CREDITOR ID: 452115-15<br>COLT INTERNATIONAL INC<br>ATTN JOEL C PURDOM, VP<br>12929 GULF FREEWAY, SUITE 310<br>HOUSTON TX 77034 | CREDITOR ID: 408331-15<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>ATTN LEON SPRINKLE<br>PO BOX 2156<br>RICHMOND VA 23218-2156 | CREDITOR ID: 408331-15<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 18124-05<br>COTE, SHIRLEY M<br>288 VALENCIA AVE<br>KISSIMMEE FL 34743 | CREDITOR ID: 254611-12<br>COUNTY OF LEFLORE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN SARA KENRIGHT<br>PO BOX 1349<br>GREENWOOD MS 38935-1349 | CREDITOR ID: 113353-09<br>CRAWFORD, JOSEPH B<br>4000 LILLIE STREET<br>POWDERSPRINGS GA 30127-3229 |
| CREDITOR ID: 114976-09<br>CURTIS, WANDA S<br>1402 W 24TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 114998-09<br>CUSHION, TINNE J<br>1513 E MOORE ST<br>VALDOSTA GA 31601 | CREDITOR ID: 19536-05<br>DALEY, CANDICE A<br>1790 MERCY DRIVE, APT 104<br>ORLANDO FL 32808 |
| CREDITOR ID: 115411-09<br>DAMPIER, BETTY<br>111 LAKESHORE DRIVE, APT J302<br>BRANDON MS 39047-1111 | CREDITOR ID: 115656-09<br>DANIELS, OTIS A<br>1542 HICKORY STREET<br>LAURINBURG NC 28352 | CREDITOR ID: 116050-09<br>DAVIDSON, DETA<br>8812 ANDORA DRIVE<br>MIRAMAR FL 33025 |
| CREDITOR ID: 117861-09<br>DEFUSCO, JESSE C<br>3274 FAIRFAX AVENUE<br>PALM BAY FL 32905 | CREDITOR ID: 20932-05<br>DELANEY-THOMAS, PAMELA<br>425 WOODS OF NORTH BEND, APT C<br>RALEIGH NC 27609 | CREDITOR ID: 410467-15<br>DELOACH, TYWAN<br>3001 N JACKSON LOT #16<br>PALESTONE TX 75803 |
| CREDITOR ID: 118221-09<br>DELOACH, TYWAN L<br>12026 CO RD 9<br>LISMAN AL 36912 | CREDITOR ID: 393376-55<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | CREDITOR ID: 21538-05<br>DIAZ, CARMEN<br>1005 CURTISS DRIVE<br>OPALOCKA FL 33054 |

**Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 22031-05<br>DOCKUM, TIMOTHY W<br>355 WILLOW LANE<br>ELLENTON FL 34222 | CREDITOR ID: 406583-MS<br>DOOLITTLE, C W<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | CREDITOR ID: 123205-09<br>EDOUARD-CALIXTE, RAYMONDE<br>160 ZENITH CIRCLE<br>FT MYERS FL 33913 |
| CREDITOR ID: 123291-09<br>EDWARDS, DONNA D<br>1105 NW 155TH LANE, APT 103<br>NORTH MIAMI FL 33169 | CREDITOR ID: 125908-09<br>FARRAR, TERESA S<br>PO BOX 2168<br>HENDERSON NC 27536 | CREDITOR ID: 126431-09<br>FERGUSON, ALAN J<br>657 STONY MILL SCHOOL ROAD<br>DANVILLE VA 24541 |
| CREDITOR ID: 411186-15<br>FINANCIAL SUPERMARKETS, INC<br>C/O KILPATRICK STOCKTON LLP<br>ATTN J W MILLS & J STEVENS, ESQS<br>1100 PEACHTREE STREET, STE 2800<br>ATLANTA GA 303009-453 | CREDITOR ID: 411186-15<br>FINANCIAL SUPERMARKETS, INC<br>ATTN HARRY STEPHE, TREAS<br>383 CLARKESVILLE STREET<br>PO BOX 1900<br>CORNELLA GA 30531 | CREDITOR ID: 127465-09<br>FISKE, ANDREW P<br>114 OGDEN AVE<br>OCEAN SPRINGS MS 39564 |
| CREDITOR ID: 407754-15<br>FITZGERALD-BEN HILL LANDFILL<br>C/O JAY SHERRELL SMITH & BRADDY, PC<br>ATTN JOHN E SMITH, III, ESQ<br>PO BOX 308<br>FITZGERALD GA 31750-0308 | CREDITOR ID: 407754-15<br>FITZGERALD-BEN HILL LANDFILL<br>544 CAMP BROOKLYN ROAD<br>FITZGERALD GA 31750 | CREDITOR ID: 128835-09<br>FOSTER, ARNIE<br>3111 NW 210 TERR<br>MIAMI FL 33056 |
| CREDITOR ID: 27866-05<br>GAMBLE, ERNEST SR<br>2819 PARENTAL HOME ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 132502-09<br>GAUDIOSO, FRANK M<br>216 LOBLOLLY LANE<br>MYRTLE BEACH SC 29579 | CREDITOR ID: 135537-09<br>GORDON, KAREN L<br>134 BORDEN ST<br>HAYNEVILLE AL 36040-1111 |
| CREDITOR ID: 136582-09<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | CREDITOR ID: 407794-15<br>H&E EQUIPMENT SERVICES LLC<br>ATTN TERI GROSS, REGIONAL CR MGR<br>4310 E COLUMBUS DRIVE<br>TAMPA FL 33605 | CREDITOR ID: 251114-12<br>H&E EQUIPMENT SERVICES LLC<br>PO BOX 261150<br>BATON ROUGE, LA 70826-1150 |
| CREDITOR ID: 139361-09<br>HALL, ANGELA<br>120 JEFFERSON  STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 140237-09<br>HAMPTON, CEDRIC M<br>196 PECAN ACRES<br>STARKVILLE MS 39759 | CREDITOR ID: 406723-MS<br>HARDEN, OTIS DUKE<br>1844 COLONIAL DRIVE<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 32859-05<br>HARMON, JERRY R<br>1608 LARKIN STREET<br>HIGH POINT NC 27262-0212 | CREDITOR ID: 33072-05<br>HARRIS, CHARLES E<br>11846 PINE NEEDLE LANE<br>HAMPTON GA 30228 | CREDITOR ID: 142495-09<br>HARVEY, LAKEISHA R<br>179 GUIOMAR RD<br>CORDOVA SC 29039 |
| CREDITOR ID: 142965-09<br>HAWKINS, SARAH J<br>58 CLINE STREET<br>LUMBERTON NC 28358 | CREDITOR ID: 144076-09<br>HEMPHILL, JAMES E<br>1019 GLENARDEN DR APT A<br>ROCK HILL SC 29730 | CREDITOR ID: 34352-05<br>HENDERSON, LARONDA A<br>2121 WINDY HILL RD, APT 206<br>MARIETTA GA 30060 |

SERVICE LIST
Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit A Claimants - No Liability]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 262827-12
HERALD, THE
ATTN ELIZABETH WILLIAMS
PO BOX 2242
RALEIGH, NC 27602-2242

CREDITOR ID: 34793-05
HERNANDEZ, ROLANDO E
940 E 10TH AVENUE
HIALEAH FL 33010

CREDITOR ID: 251630-12
HILLMAN GROUP INC
ATTN PATRICIA DECLUSIN
8990 KYRENE RD
TEMPE AZ 85284

CREDITOR ID: 146607-09
HOARD, BREANNA A
PO BOX 154
PELAHATCHIE MS 39145

CREDITOR ID: 146959-09
HOGAN, PATRICIA A
937 47TH STREET N
BIRMINGHAM AL 35212

CREDITOR ID: 452129-15
HOLLAND & KNIGHT LLP
ATTN STEVEN E COHEN, CREDIT & COLL
1 EAST BROWARD BLVD, SUITE 1300
FT LAUDERDALE FL 33301

CREDITOR ID: 149574-09
HUGHLEY, JEAN M
4609 MOLINE AVE
COLUMBUS GA 31907-3190

CREDITOR ID: 406802-MS
HUTTON, RANDALL L
153 BAGLEY ROAD
MAPLETON ME 04757

CREDITOR ID: 150656-09
INGLE, DEANNA L
PO BOX 862
DEBARY FL 32753

CREDITOR ID: 406806-MS
ISTRE, MICHAEL J
145 ST JOHNS FOREST BLVD
JACKSONVILLE FL 32259

CREDITOR ID: 151400-09
JACKSON, DIANE
3909 WATER AVENUE
SELMA AL 36703

CREDITOR ID: 152041-09
JACOBS, MARY E
339 INDIAN HERITAGE RD
LUMBERTON NC 28358

CREDITOR ID: 152371-09
JAMES, TAMIKA R
5350 CAROL PLANTATION RD APT 12D
THEODORE AL 36582

CREDITOR ID: 417067-15
JEFFERIES, MARK S
2828 DAVISTOWN ROAD
WENDELL NC 27591

CREDITOR ID: 265463-31
JENKINS, BERTRAM
PO BOX 3148
BELLAIRE TX 77402

CREDITOR ID: 153229-09
JENNINGS, PHYLLIS A
721 STONEWALL COURT
ROCK HILL SC 29730-0630

CREDITOR ID: 253679-12
JFE SHOJI TRADE AMERICA INC FKA
KAWASHO INTERNATIONAL USA INC
ATTN MARK SHIRLOFF
45 BROADWAY, 18TH FLOOR
NEW YORK NY 10006

CREDITOR ID: 154103-09
JOHNSON, DONALD J
1448 FREEMANVILLE DRIVE
ATMORE AL 36502

CREDITOR ID: 40189-05
JONES, EMETREUS J
7251 OLD MILITARY RD
THEODORE AL 36582

CREDITOR ID: 157277-09
JOSEY, SERITA L
430 GARDEN ST
KISISMMEE FL 34744

CREDITOR ID: 41562-05
KENNERLY, JOSEPH P
908 10TH STREET
PORT ROYAL SC 29935

CREDITOR ID: 383217-15
KIR COLERAIN 017, LLC
C/O MORGAN, LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 161119-09
KRAUSS, MELODY A
PO BOX 68
PORT RICHEY FL 34668

CREDITOR ID: 166350-09
LOCKETT, DARROW M
1105 COMPROMISE ST
KENNER LA 70062

CREDITOR ID: 45984-05
LOSLEY, FREDERICK C
1320 COCO PLUM
MARATHON FL 33050

CREDITOR ID: 171968-09
MATOS, JOSE M
20020 NW 57TH COURT
MIAMI LAKES FL 33015

CREDITOR ID: 402250-90
MATTOX, EDWIN
2625 ANTEBELLUM DRIVE
MOBILE AL 36609

**Notice of Debtors' Fourteenth Omnibus Objection to**
**(A) No Liability Claims, and (B) No Liability Misclassified**
**Claims**
**[Exhibit A Claimants - No Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 172571-09<br>MAYO, SIERA A<br>2385 SOUTH EAST PUTNAM ST<br>LAKE CITY FL 32025 | CREDITOR ID: 173284-09<br>MCCLINDON, TRINA L<br>562 HAMMOND RD<br>OAKVALE MS 39656 | CREDITOR ID: 174093-09<br>MCDOUGALD, SHAWN M<br>2830 LITTLE LAUREL WAY<br>MT DORA FL 32757 |
| CREDITOR ID: 175833-09<br>MCZEAL, CYNTHIA A<br>206 6TH ST MERMENTAU<br>PO BOX 220<br>MERMENTAU LA 70556 | CREDITOR ID: 410841-15<br>MENDOZA, MARIO V<br>PO BOX 014647<br>MIAMI FL 33101 | CREDITOR ID: 177479-09<br>MILLAN, EMILIO L<br>1026 SW 4TH TERR<br>CAPE CORAL FL 33914 |
| CREDITOR ID: 177800-09<br>MILLER, JUDY A<br>169 SPRING ST<br>HAMPTON TN 37658 | CREDITOR ID: 256481-12<br>MISSISSIPPI ABC<br>7595 CENTURION PKWY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 |
| CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 | CREDITOR ID: 180728-09<br>MORALES, STEVEN<br>811 TOWER POINT<br>LAKE WALES FL 33859 | CREDITOR ID: 180749-09<br>MORAN, FRANK V<br>1340 LAUREL STREET<br>METAIRIE LA 70003 |
| CREDITOR ID: 53436-05<br>MOULTRIE, JOENATHAN H<br>48 REUNION ROAD<br>P.O BOX 1275<br>ST HELENA SC 29920-1275 | CREDITOR ID: 53919-05<br>MURWIN, JAMIE J<br>6383 CALIFORNIA STREET<br>BROOKSVILLE FL 34604 | CREDITOR ID: 184463-09<br>NICHOLS, NANCY G<br>107 13TH AVE SW<br>REFORM AL 35481 |
| CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>C/O MOORE & VAN ALLEN, PLLC<br>ATTN CAROLINE HUBBELL, ESQ<br>100 N TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 | CREDITOR ID: 384266-47<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>PO BOX 403155<br>CHARLOTTE, NC 30384-3155 | CREDITOR ID: 56431-05<br>OWENS-BATES, TRISHA L<br>3470 NW 6TH COURT<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 56456-05<br>PABON, DANIELLE M<br>PO BOX 770294<br>OCALA FL 34477-0294 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 |
| CREDITOR ID: 411155-15<br>PAY CENTERS LLC<br>C/O LOFARO & REISER, LLP<br>ATTN GLENN R REISER ESQ<br>55 HUDSON ST<br>HACKENSACK NJ 07601 | CREDITOR ID: 411155-15<br>PAY CENTERS LLC<br>C/O NERSESIAN & SANKIEWICZ<br>ATTN R NERSESIAN<br>528 SOUTH EIGHTH STREET<br>LAS VEGAS NV 89101 | CREDITOR ID: 411155-15<br>PAY CENTERS LLC<br>6363 SOUTH PECOS ROAD, STE 203<br>LAS VEGAS NV 89120 |
| CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | CREDITOR ID: 191070-09<br>PERNELL, LATRINAH M<br>3667 OAK STREET<br>MONTGOMERY AL 36105 | CREDITOR ID: 410388-15<br>PERNELL, LATRINAH M<br>3255 HACKBERRY LANE<br>MONTGOMERY AL 36116 |

SERVICE LIST
## Notice of Debtors' Fourteenth Omnibus Objection to
## (A) No Liability Claims, and (B) No Liability Misclassified
## Claims
### [Exhibit A Claimants - No Liability]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 191180-09<br>PERRY, GREGORY R<br>1900 SE 4TH ST APT 161<br>GAINESVILLE FL 32602 | CREDITOR ID: 191292-09<br>PERRY-BELL, ARLAINA<br>1907 DUNCAN AVENUE<br>ANNISTON AL 36201 | CREDITOR ID: 191490-09<br>PETERSON, GERREN M<br>2617 CEDAR ST<br>LOUISVILLE KY 40212-0171 |
| CREDITOR ID: 404021-15<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | CREDITOR ID: 193391-09<br>POLANCO, IRIS<br>7075 NW 186 STREET, APT 502<br>MIAMI FL 33015 | CREDITOR ID: 194162-09<br>POUNCEY, LORETTA<br>1118 E SAUNDER RD<br>DOTHAN AL 36301 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 258973-12<br>PROFOOT INC<br>ATTN RICHARD KIRSCHNER, CONT<br>PO BOX 397<br>NEWARK, NJ 07101-0397 |
| CREDITOR ID: 60770-05<br>QUINN, THOMAS A<br>517 RAYBURN ROAD<br>BIRMINGHAM AL 35226 | CREDITOR ID: 196950-09<br>RANKIN, DANIELLE J<br>4040 AMITY HILL ROAD<br>CLEVELAND NC 27013 | CREDITOR ID: 197872-09<br>REESE, DEBRA<br>4030 SPRUCE STREET<br>MOSS POINT MS 39563 |
| CREDITOR ID: 386993-54<br>ROSARIO, JAMNY<br>535 NW 1ST AVENUE, APT B<br>HOMESTEAD FL 33030 | CREDITOR ID: 406110-15<br>RUDE, WILLIAM G<br>600 BROWNLEE DRIVE<br>HENDERSON NV 89015 | CREDITOR ID: 381953-15<br>SAFETY KLEEN SYSTEMS, INC<br>ATTN BANKRUPTCY SUPERVISOR<br>CLUSTER II BLDG 3<br>5400 LEGACY DRIVE<br>PLANO TX 75024 |
| CREDITOR ID: 205072-09<br>SAHA, PAMELA L<br>905 SAVOY WAY<br>APEX NC 27502-5030 | CREDITOR ID: 206326-09<br>SANTIAGO, LISBETH<br>8808 CRESTVIEW DR<br>TAMPA FL 33604 | CREDITOR ID: 207078-09<br>SCHEINHAUS, ALLEN R<br>529 TERRACEVIEW COVE, APT 303<br>ALTAMONTE SPRINGS FL 32714-1757 |
| CREDITOR ID: 208218-09<br>SEARS, NORMAN E<br>12100 SEMINOLE BLVD, APT 387<br>LARGO FL 33778-0283 | CREDITOR ID: 403933-94<br>SELLERS, MARK A<br>7651 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | CREDITOR ID: 69800-05<br>SMITH, VICTOR O<br>4407 NW 47TH COURT<br>TAMARAC FL 33319 |
| CREDITOR ID: 214800-09<br>SOYARS, SHARON D<br>7112 FISHING CIRCLE, APT 201<br>MECHANICSVILLE VA 23111 | CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 70866-05<br>STAPP, CHARLES B<br>1550 BRANDON GLEN WAY<br>CONYERS GA 30012-3886 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |

SERVICE LIST

**Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 216188-09<br>STATON, JAMES A<br>1337 JOHNSON RD<br>CONYERS GA 30094 |
| CREDITOR ID: 71079-05<br>STEPHENS, CHRISTOPHER S<br>2802 ST MARC CT<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 217120-09<br>STEWART, WINFRED G<br>6050 VICTORIA LN<br>PINSON AL 35126 | CREDITOR ID: 71864-05<br>STRONG, BARBARA L<br>29084 VIOLET DRIVE<br>BIG PINE KEY FL 33043 |
| CREDITOR ID: 403956-94<br>STUCKER, GERALD R<br>146 PLANTATION DRIVE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | CREDITOR ID: 405983-15<br>THC LLC<br>C/O F&M REALTY<br>2600 E SOUTH BLVD STE 230<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 221791-09<br>THOMAS, SUSAN L<br>499 HOLLAND RIDGE DR<br>LA VERGNE TN 37086-2099 | CREDITOR ID: 222602-09<br>THORNTON, SAMANTHA L<br>5401 TIMBERLINE RIDGE<br>MOBILE AL 36693 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 |
| CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 224759-09<br>TULL, AARON Q<br>6316 EUREKA AVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 263782-12<br>UNITED BEVERAGES OF NC LLC<br>ATTN H DEAN PROCTOR, VP<br>PO BOX 818<br>HICKORY NC 28601 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 225548-09<br>UNPINGCO, YVONNE L<br>PO BOX 70693<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 226161-09<br>VANDEVENTER, JAMIE L<br>4469 HWY 19-E<br>ELIZABETHTON TN 37643 | CREDITOR ID: 226555-09<br>VAUGHN, ASHLEY V<br>28 CR 107<br>OXFORD MS 38655 | CREDITOR ID: 227330-09<br>VICTORIAN, JARVIS J<br>1505 PENNSYLVANIA ST<br>NEW ROADS LA 70760 |
| CREDITOR ID: 269370-16<br>VISAGENT CORPORATION<br>C/O RUBIN & RUBIN<br>ATTN GUY B RUBIN, ESQ<br>520 SOUTH FEDERAL HWY<br>PO BOX 395<br>STUART, FL 34995 | CREDITOR ID: 77383-05<br>WARD, WILLIAM SR<br>4531 TCHOUPITOULAS<br>NEW ORLEANS LA 70115 | CREDITOR ID: 230488-09<br>WATTERS, GLENNA K<br>12041 STONE CROSSING CIR<br>TAMPA FL 33635 |
| CREDITOR ID: 77976-05<br>WATTS, CATHERINE A<br>5301 COURT J<br>BIRMINGHAM AL 35208 | CREDITOR ID: 230713-09<br>WEAVER, CHILLIE L<br>778 SECOND STREET<br>AYDEN NC 28513 | CREDITOR ID: 231994-09<br>WHEELER, FELICIA R<br>4666 WHITTIER PLACE<br>POWDER SPRINGS GA 30127 |

SERVICE LIST
**Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 256791-12
WHEELOCK, MURIAH
2508 OAKWOOD AVENUE NE
HUNTSVILLE, AL 35811

CREDITOR ID: 243363-12
WILLIAMS, BESSIE
11720 5TH ST N E
CAIRO, GA 39828

CREDITOR ID: 234122-09
WILLIAMS, DARLENE L
PO BOX 911
HAWTHORNE FL 32640

CREDITOR ID: 234871-09
WILLIAMS, MARINA R
PO BOX 1786
DARIEN GA 31305-1786

CREDITOR ID: 235071-09
WILLIAMS, PHYLLIS M
4230 BENT TREE DR
VALDOSTA GA 31601

CREDITOR ID: 80877-05
WINES, CARRIE L
85 UPWARD HILLS DRIVE
FLAT ROCK NC 28793

CREDITOR ID: 406309-15
WINES, CARRIE LEIGH
PO BOX 261
HENDERSONVILLE NC 28793

CREDITOR ID: 238136-09
WRIGHT, MATHIS D
4801 NW 19TH CT
LAUDERHILL FL 33313

CREDITOR ID: 239069-09
YOUNG, LATOYA Y
3384 MT ZION RD, APT 8-301
STOCKBRIDGE GA 30281

**Total:   198**

EXHIBIT A SERVICE
No Liability Misclassified Claimants

SERVICE LIST
Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit B Claimants - No Liability Misclassified]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 83819-09<br>ALBEA, JENNIFER M<br>2736 LOUISE DR<br>SHELBY NC 28150 | CREDITOR ID: 85061-09<br>ALSTON, LAURICE A<br>113 CREEKSIDE COURT<br>PO BOX 1781<br>ROANOKE RAPIDS NC 27870 | CREDITOR ID: 260141-12<br>ALY, RUBY<br>85 NW 51 STREET<br>MIAMI FL 33127 |
| CREDITOR ID: 86345-09<br>ANTHONY, LAMONDRA S<br>1612 PEARSON AVE SW<br>BIRMINGHAM AL 35211 | CREDITOR ID: 88748-09<br>BAIN, JEFFERSON M<br>255 NW 58 STREET<br>MIAMI FL 33127 | CREDITOR ID: 7185-05<br>BARRETT, SAMANTHA A<br>7361 BENSON AVE<br>DOUGLASVILLE GA 30134 |
| CREDITOR ID: 90753-09<br>BASS, MARTHA S<br>PO BOX 276<br>TERRY MS 39170-0001 | CREDITOR ID: 408159-93<br>BATCHELOR, MICHAEL R<br>C/O SHARON Y HANDY (MOTHER)<br>7 NANCY LANE APT B<br>AIKEN SC 29803 | CREDITOR ID: 92970-09<br>BENTLEY, TIMOTHY A<br>57 ROBINSON DRIVE<br>PALM COAST FL 32164 |
| CREDITOR ID: 8769-05<br>BETHEA, SHARON Y<br>357 EAST BEAL ST<br>HIGHLAND SPRING VA 23075 | CREDITOR ID: 94519-09<br>BLAKE, DWAYNE J<br>870 NW 33RD AVE<br>FORT LAUDERDALE FL 33311-6529 | CREDITOR ID: 9501-05<br>BLOUNT, KRISTIE G<br>35580 LA HWY 1036<br>HOLDEN LA 70744 |
| CREDITOR ID: 281004-39<br>BLUE, ARCHIE F<br>PO BOX 651395<br>MIAMI FL 33265-1395 | CREDITOR ID: 410944-15<br>BOAZ, WILLIAM & BRIDGET<br>2411 ST JOHN DRIVE<br>WILSON NC 27893 | CREDITOR ID: 95512-09<br>BOND, FLORENDA<br>PO BOX 225<br>LAKELAND FL 33802 |
| CREDITOR ID: 403610-94<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | CREDITOR ID: 10067-05<br>BOSSE, RAPHAEL C<br>8052 TIGER LILY DRIVE<br>NAPLES FL 34113 | CREDITOR ID: 10555-05<br>BOZEMAN, TOY D<br>1804 BELL GROVE ST<br>LAKELAND FL 33805 |
| CREDITOR ID: 256203-12<br>BRANCH, MICHAEL<br>858 S 24TH STREET<br>LOUISVILLE KY 40211 | CREDITOR ID: 97430-09<br>BRANCH, SHELISA C<br>201 S SUNSET TERRACE<br>JACKSON MS 39212 | CREDITOR ID: 98078-09<br>BREY, KENNETH A<br>225 RAMS RUN ROAD<br>SHEPERDSVILLE KY 40165 |
| CREDITOR ID: 98960-09<br>BROTHERS, HEIDI G<br>1018 BRASS LANE<br>HOLIDAY FL 34691 | CREDITOR ID: 244058-12<br>BROWN INVESTMENT PROPERTIES FBO<br>KRUSCH PROPERTIES, LLC<br>ATTN EDWARD B KRUSCH, MGR<br>PO BOX 930<br>GREENSBORO, NC 27402 | CREDITOR ID: 410559-15<br>BROWN INVESTMENT PROPERTIES FBO<br>KRUSCH PROPERTIES, LLC<br>ATTN EDWARD B KRUSCH, MGR<br>PO BOX 1195<br>GREENSBORO NC 27402 |
| CREDITOR ID: 410559-15<br>BROWN INVESTMENT PROPERTIES FBO<br>DANIEL SROKA, PC<br>ATTN DANIEL SROKA, ESQ<br>PO BOX 1658<br>GREENSBORO NC 27402 | CREDITOR ID: 11908-05<br>BROWN, MARSHALL K<br>13 ELKINS AVENUE<br>BLUFFTON SC 29910 | CREDITOR ID: 100087-09<br>BROWN, RICHARD D<br>3524 WINDSOR CIRCLE<br>MACON GA 31217 |

SERVICE LIST

**Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit B Claimants - No Liability Misclassified]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 12333-05<br>BRYANT, CARLA P<br>328 DARE STREET<br>BURLINGTON NC 27217 | CREDITOR ID: 103343-09<br>CALDWELL, CONIAL C<br>711 UNDERWOOD AVENUE, APT 404-D<br>PENSACOLA FL 32514 | CREDITOR ID: 406460-MS<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 |
| CREDITOR ID: 105250-09<br>CARSON, BETTY<br>PO BOX 1941<br>MORGANTON NC 28680 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIG W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 | CREDITOR ID: 268915-14<br>CITY OF UNION TAX ASSESSOR<br>ATTN DENNIS RAKESTRAW<br>114 E BANKHEAD STREET<br>NEW ALBANY MS 38652-3932 |
| CREDITOR ID: 110393-09<br>COLLINS, ANNIE M<br>PO BOX 867<br>LUGOFF SC 29078 | CREDITOR ID: 410972-15<br>COMERICA LEASING DIV COMERICA BANK<br>C/O MILLER CANFIELD PADDOCK ET AL<br>ATTN JONATHAN S GREEN, ESQ<br>150 WEST JEFFERSON, STE 2500<br>DETROIT MI 48226 | CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621 |
| CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 17501-05<br>CONNOR, JAMES R<br>4225 ORISTANO ROAD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 113081-09<br>CRAFT, JEARLENE<br>3340 HARLEY STREET, APT 13 D<br>JACKSON MS 39209 |
| CREDITOR ID: 407782-15<br>CRAWFORD, SAVONAH<br>519 E COLLEGE STREET<br>WRIGHTSVILLE GA 31096 | CREDITOR ID: 113403-09<br>CRAWFORD, SAVONAH Y<br>PO BOX 26<br>WRIGHTSVILLE GA 31096-0026 | CREDITOR ID: 410814-15<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 115863-09<br>DASIN, MESHANNA Y<br>1000 EDEN STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 20009-05<br>DAVIS, BOBBIE<br>3802 LAMPTON AVENUE<br>JACKSON MS 39213 | CREDITOR ID: 20182-05<br>DAVIS, JIMMY L<br>11715 SE 57TH AVENUE, APT 6<br>BELLEVIEW FL 34420 |
| CREDITOR ID: 20458-05<br>DAVIS, WILLIAM K<br>2520 JONES FRANKLIN ROAD<br>RALEIGH NC 27606 | CREDITOR ID: 116141-09<br>DAVIS-COOPER, DENISE E<br>3211 H VIRGINIA PINE LANE<br>MONTGOMERY AL 36116-1111 | CREDITOR ID: 21479-05<br>DEWER, WILMA F<br>5216 BYRD ROAD<br>BURLINGTON NC 27215 |
| CREDITOR ID: 120723-09<br>DOSS, LOUIS T<br>30 EDGEWOOD DR<br>SELMA AL 36701 | CREDITOR ID: 121607-09<br>DUDLEY, BILLANDO D<br>4355 DUDLEY RD<br>MARIANNA FL 32446 | CREDITOR ID: 256218-12<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 122293-09<br>DUPREE, PATRICIA A<br>3340 HARLEY STREET, APT 3F<br>JACKSON MS 39209 | CREDITOR ID: 123988-09<br>ELLIS, PATRICIA C<br>5667 RATTLESNAKE HMK RD<br>NAPLES FL 34113 | CREDITOR ID: 24768-05<br>EVANS, RAY A<br>37 NEWBERRY CIRCLE<br>YEMASSEE SC 29945 |

SERVICE LIST
Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit B Claimants - No Liability Misclassified]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 125420-09<br>EZELL, ERIK W<br>86118 RHOERLAN PLACE<br>YULEE FL 32097 | CREDITOR ID: 410833-15<br>FALSETTI, STEVE<br>113 SECOND STREET<br>NOKOMIS FL 34275 | CREDITOR ID: 126960-09<br>FIELDS, KIMBERLY R<br>214 WATSON STREET<br>BOONE NC 28607 |
| CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 132729-09<br>GEIST, HAROLD T<br>3512 DAVENTRY LANE<br>KENNESAW GA 30144 | CREDITOR ID: 29875-05<br>GONZALEZ, ROSA<br>20861 NW 22ND COURT<br>PEMBROKE PINES FL 33029 |
| CREDITOR ID: 135893-09<br>GRACE, TOMMY C<br>13045 NE 156TH STREET<br>FORT MCCOY FL 32134 | CREDITOR ID: 30628-05<br>GREEN, DEIDRE J<br>4600 S ROBERTSON STREET<br>NEW ORLEANS LA 70115 | CREDITOR ID: 137677-09<br>GRIFFIN, SARAH<br>1665 GERALD CIRCLE<br>FERNANDINA BEACH FL 32034 |
| CREDITOR ID: 137781-09<br>GRIFFITH, ROBERT C<br>1115 MERRYDALE DR<br>PICAYUNE MS 39466 | CREDITOR ID: 137781-09<br>GRIFFITH, ROBERT C<br>G. GERALD CRUTHIRD, PA<br>G. GERALD CRUTHIRD, ESQ<br>PO BOX 1056<br>PICAYUNE MS 39466 | CREDITOR ID: 137805-09<br>GRIGGS, MARTHA<br>PO BOX 422<br>SUMMIT MS 39666 |
| CREDITOR ID: 140899-09<br>HARDY, TAMIKA M<br>103 WARWICK AVENUE<br>PENSACOLA FL 32503 | CREDITOR ID: 142469-09<br>HARVEY, DENNIS E<br>2708 E WILDER AVE<br>TAMPA FL 33610 | CREDITOR ID: 145007-09<br>HERNANDEZ, SAMUEL<br>1356 GOLDEN GATE AVE<br>ORLANDO FL 32808 |
| CREDITOR ID: 35010-05<br>HIBBERD, JOHN R<br>30378 PALM DRIVE<br>BIG PINE KEY FL 33043 | CREDITOR ID: 36669-05<br>HOWARD, SANDRA<br>472 UPPERKINGSTON RD<br>PRATTVILLE AL 36067 | CREDITOR ID: 149916-09<br>HUNTER, CHRISTOPHER D<br>108 SAWMILL ROAD<br>WILLIAMSBURG VA 23188 |
| CREDITOR ID: 38176-05<br>JACKSON, TERESA R<br>23047 NW 178TH PLACE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 152394-09<br>JAMES, VICKI L<br>8859 OLD KINGS ROAD SOUTH, APT 502<br>JACKSONVILLE FL 32257-1744 | CREDITOR ID: 153973-09<br>JOHNSON, CONNIE J<br>PO BOX 2252<br>MONTGOMERY AL 36102 |
| CREDITOR ID: 154193-09<br>JOHNSON, FERSHA R<br>3401 RICHELLE DRIVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 154274-09<br>JOHNSON, IRIS S<br>2312 D RAINTREE COURT<br>BIRMINGHAM AL 35215 | CREDITOR ID: 154745-09<br>JOHNSON, MELANIE R<br>PO BOX 8384<br>ANNISTON AL 36202 |
| CREDITOR ID: 155552-09<br>JONES, ANNETTE S<br>783 BRITT ROAD<br>MABELTON GA 30126 | CREDITOR ID: 155911-09<br>JONES, ERMA H<br>3317 ANNETTE ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 40404-05<br>JONES, MARGARET L<br>11 JOE FRAZIER ROAD<br>BURTON SC 29906 |

**Notice of Debtors' Fourteenth Omnibus Objection to**
**(A) No Liability Claims, and (B) No Liability Misclassified**
**Claims**
**[Exhibit B Claimants - No Liability Misclassified]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 40516-05<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 157493-09<br>JUMP, JOE<br>719 DENMARK STREET<br>LOUISVILLE KY 40215 | CREDITOR ID: 158470-09<br>KELLY, DOROTHY F<br>1861 ROCKY HILL RD<br>CAMDEN MS 39045 |
| CREDITOR ID: 159083-09<br>KEVELIER, ANDRE<br>1225 FAIRBURN RD, APT DD8<br>ATLANTA GA 30331 | CREDITOR ID: 160230-09<br>KITURE, JANICE B<br>3470 NW 32ND ST.<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 160710-09<br>KNOX, ROY L<br>282 PINE ST<br>LAPLACE LA 70068 |
| CREDITOR ID: 161811-09<br>LAIRD, COREY D<br>120 DALE DRIVE<br>TROY AL 36081 | CREDITOR ID: 44095-05<br>LEBLANC, CLAUDETTE<br>3322 TEESIDE DR<br>NEW PORT RICHY FL 34655-1911 | CREDITOR ID: 164010-09<br>LEE, DEBORAH E<br>1683 COUNTRY WALK DR<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 410484-99<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR, ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 164914-09<br>LEVINS, ARTHUR J<br>4350 WATER TANK ROAD<br>MCDAVID FL 32568 | CREDITOR ID: 165022-09<br>LEWIS, BETTY J<br>1021 E 1ST ST<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 167678-09<br>LOWELL, ABBIE L<br>PO BOX 2428<br>ORANGE BEACH AL 36561 | CREDITOR ID: 168235-09<br>LUTZ, BRIAN<br>2319 37TH AVE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 168837-09<br>MADDOX, JANICE A<br>3407 AVE R<br>FORT PIERCE FL 34947 |
| CREDITOR ID: 47366-05<br>MANUS, PATRICIA A<br>3811 RUSHLO STREET<br>SEBRING FL 33870 | CREDITOR ID: 170874-09<br>MARTIN, KENNETH<br>1229 FLOOD STREET<br>NEW ORLEANS LA 70117 | CREDITOR ID: 172129-09<br>MATTHEWS, TIWANA M<br>1824 W KENTUCKY STREET<br>LOUISVILLE KY 40210 |
| CREDITOR ID: 173208-09<br>MCCLANEY, ROMMEL J<br>1525 31TH ST N<br>BIRMINGHAM AL 35235 | CREDITOR ID: 173615-09<br>MCCRANIE, FELICIA S<br>408 EAST MARION AVENUE, APT D2<br>PUNTA GORDA FL 33950 | CREDITOR ID: 173922-09<br>MCDERMOTT, HEATHER D<br>9 BIRDSEYE PLACE<br>PALM COAST FL 32137 |
| CREDITOR ID: 174362-09<br>MCGEE, LINDA<br>506 HWY EXT FRONT-6-9<br>MERIDIAN MS 39301 | CREDITOR ID: 49915-05<br>MCKOY, ARTHUREE H<br>29 COMMUNITY CENTER ROAD<br>SEABROOK SC 29940 | CREDITOR ID: 175133-09<br>MCLAUGHLIN, SHANNON R<br>PO BOX 297<br>PINEBLUFF NC 28373 |
| CREDITOR ID: 176535-09<br>MENDEZ, SAMUEL E<br>750 SIX FLAG, LOT 493<br>AUSTELL GA 30168 | CREDITOR ID: 408186-15<br>MENDEZ, SAMUEL ESPINOZA<br>531 PINELAND CR SW<br>MABLETON GA 30126 | CREDITOR ID: 178036-09<br>MILLER, SHAWNDA V<br>1100 SPIVEY AVENUE<br>MYRTLE BEACH SC 29577 |

SERVICE LIST

**Notice of Debtors' Fourteenth Omnibus Objection to**
**(A) No Liability Claims, and (B) No Liability Misclassified**
**Claims**
**[Exhibit B Claimants - No Liability Misclassified]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 52147-05<br>MONCURE, ARMERS<br>719 HICKORY RIDGE DR<br>JACKSON MS 39206 | CREDITOR ID: 179781-09<br>MONTGOMERY, TIMOTHY M<br>75 RUBY ROAD<br>MONROEVILLE AL 36460 | CREDITOR ID: 180078-09<br>MOORE, COREY J<br>11682 ROUND TABLE WAY<br>THONOTAOSASSA FL 33592-3037 |
| CREDITOR ID: 52594-05<br>MOORE, MARIETTA K<br>3006 SHELL POINT ROAD<br>BEAUFORT SC 29906 | CREDITOR ID: 180797-09<br>MOREE, LORRI B<br>90 SALUDA LANE<br>BATH NC 27808 | CREDITOR ID: 182115-09<br>MULET, JORGE A<br>14061 SW 38TH TERR.<br>MIAMI FL 33175 |
| CREDITOR ID: 182456-09<br>MURDOCK, LAMAR L<br>96 ORMAN DR<br>ELLIJAY GA 30540 | CREDITOR ID: 183986-09<br>NETTLES, GWENDOLYN<br>1702 27TH AVENUE SOUTH<br>BIRMINGHAM AL 35209 | CREDITOR ID: 55001-05<br>NOBLE, HENRY<br>424 BARNWELL STREET<br>COLUMBIA SC 29205 |
| CREDITOR ID: 257309-12<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 | CREDITOR ID: 185161-09<br>NORMANDIN, MICHAEL E<br>PO BOX 4205<br>BILOXI MS 39535 | CREDITOR ID: 189117-09<br>PATEL, JAYMINA<br>7231 PRINCE WILBERT WAY<br>WEST CHESTER OH 45069 |
| CREDITOR ID: 189462-09<br>PATTON, GINA R<br>119 ELM STREET<br>TIFTON GA 31794 | CREDITOR ID: 190493-09<br>PEOPLES, CRYSTAL B<br>3120 SUMAC RD, APT E5<br>DECATUR AL 35603 | CREDITOR ID: 191067-09<br>PERNELL, DAWN L<br>2137 LINCOLN ST<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 191343-09<br>PERSONS, SHIRLEY L<br>PO BOX 8233<br>ANNISTON AL 36202-0823 | CREDITOR ID: 59934-05<br>POWELL, DONALD R JR<br>900 WEST PARK LANE<br>FULTONDALE AL 35068 | CREDITOR ID: 195423-09<br>PRYOR, DERRICK L<br>6TH AVE NW<br>PO BOX 1471<br>REFORM AL 35481 |
| CREDITOR ID: 60645-05<br>PUTMAN, LINDA A<br>1538  S HWY 14<br>GREER SC 29651 | CREDITOR ID: 196190-09<br>RADLOFF, PAMELA D<br>316 HALE AVENUE, APT 34F<br>OWENSBORO KY 42301-0489 | CREDITOR ID: 196615-09<br>RAMOS, ANACRISTIN C<br>10818 SW 88 STREET APT R21<br>MIAMI FL 33176 |
| CREDITOR ID: 197789-09<br>REED, RUTH E<br>11472 PARK BLVD<br>SEMINOLE FL 33772-4620 | CREDITOR ID: 197799-09<br>REED, STEPHEN<br>425 S CHICKASAW TRAIL, APT 231<br>ORLANDO FL 32825-7833 | CREDITOR ID: 198994-09<br>RICARDO, JORGE L<br>6195 SCOROIO CIRCLE, APT 232<br>TAMPA FL 33614 |
| CREDITOR ID: 199065-09<br>RICE, LAMEKA<br>1505 W THARPE STREET, APT 1426<br>TALLAHASSEE FL 32303 | CREDITOR ID: 63485-05<br>ROBINSON, NORRIS G<br>430 BLAKE AVE<br>SE ATLANTA GA 30316 | CREDITOR ID: 64282-05<br>ROMERO, MILDRED<br>500 HERITAGE CIR<br>PO BOX 440<br>PEMBROKE PINE FL 33029 |

SERVICE LIST
Notice of Debtors' Fourteenth Omnibus Objection to
(A) No Liability Claims, and (B) No Liability Misclassified
Claims
[Exhibit B Claimants - No Liability Misclassified]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 203599-09<br>ROSS, HENORA M<br>1220 BERMUDA STREET<br>CLEARWATER FL 33755-1104 | CREDITOR ID: 204462-09<br>RUPERT, BRITTNEY L<br>1622 MARIAH ANN CT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 204757-09<br>RUTHERFORD, MARILYN K<br>3015 CORPENING CHAPEL RD<br>MORGANTON NC 28655 |
| CREDITOR ID: 205048-09<br>SAFFORLD, RAMONA D<br>749 SW 3RD PLACE<br>DANIA FL 33004 | CREDITOR ID: 205048-09<br>SAFFORLD, RAMONA D<br>C/O MARK J MILLER, PA<br>ATTN MARK J MILLER ESQ<br>1600 S FEDERAL HWY SUITE 1101<br>POMPANO BEACH FL 33062 | CREDITOR ID: 205391-09<br>SALWAY, SEYMOUR<br>80 FAIR HAVEN HILL COURT<br>GALLOWAY NJ 08205 |
| CREDITOR ID: 205771-09<br>SANDER, THOMAS R<br>758 PICKET WAY<br>CINCINNATI OH 45245 | CREDITOR ID: 208616-09<br>SENECHAL, ROBERT J<br>3963 SE 17TH PLACE<br>OCALA FL 34471 | CREDITOR ID: 247863-12<br>SEYLER, DEBRA<br>5737 SHORE BLVD S #2<br>GULFPORT FL 33707-6012 |
| CREDITOR ID: 208953-09<br>SHADE, CEDRIC J<br>714 ALAMO<br>MONTGOMERY AL 36111 | CREDITOR ID: 210080-09<br>SHIRLEY, TINA D<br>635 TAYLOR ST<br>CENTRAL SC 29630 | CREDITOR ID: 210527-09<br>SIERRA, MERCEDES CAMBERO<br>405 NW 37 STREET, APT 5A<br>MIAMI FL 33127 |
| CREDITOR ID: 218174-09<br>STUCKEY, ELIZABETH ANN<br>534 LAUREL GROVE LANE<br>ORANGE PARK, FL 32073 | CREDITOR ID: 71997-05<br>SUAREZ, ELISEO<br>14520 SW BUCHANAN ST<br>MIAMI FL 33176 | CREDITOR ID: 72025-05<br>SUBBS, EDDIE C<br>PO BOX 19<br>PLYMOUTH FL 32768 |
| CREDITOR ID: 225153-09<br>TURNER, SHELBY R<br>PO BOX 502<br>COLLINSVILLE VA 24078 | CREDITOR ID: 407497-15<br>VAUGHAN, IDONA M, BENEFICIARY<br>OF CLARENCE E VAUGHAN<br>1808 E RAMPART STREET<br>TAMPA FL 33604 | CREDITOR ID: 406290-15<br>WAGES, LARRY W JR<br>1550 JACKSON FERRY ROAD<br>MONTGOMERY AL 36104-1718 |
| CREDITOR ID: 227993-09<br>WAGES, LARRY W JR<br>11840 WALNUT LN<br>PO BOX 174<br>FOUNTAIN FL 32438 | CREDITOR ID: 228209-09<br>WALDRON, JEFFREY L<br>37 CANEBRAKE BLVD<br>HATTIESBURGH MS 39402-8710 | CREDITOR ID: 229974-09<br>WASHINGTON, LINDA J<br>RT 1 BOX 107 GRAY RD<br>YEMASSEE SC 29945 |
| CREDITOR ID: 405943-93<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 411317-15<br>WEBSTER, FRANCIS AARON<br>1314 HANFORD ROAD<br>GRAHAM NC 27253 | CREDITOR ID: 405942-93<br>WEBSTER, REBECCA A<br>1314 HANFORD RD<br>GRAHAM NC 27253 |
| CREDITOR ID: 234310-09<br>WILLIAMS, FREDA<br>PO BOX 596<br>TERRY MS 39170 | CREDITOR ID: 235037-09<br>WILLIAMS, PAMELA R<br>PO BOX 551307<br>ORLANDO FL 32855 | CREDITOR ID: 235281-09<br>WILLIAMS, SHIRLEY A<br>PO 11823<br>JACKSON MS 39283 |

SERVICE LIST
**Notice of Debtors' Fourteenth Omnibus Objection to**
**(A) No Liability Claims, and (B) No Liability Misclassified**
**Claims**
**[Exhibit B Claimants - No Liability Misclassified]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 81422-05
WOOTEN, JENNIFER L
2380 CARTER ROAD
BILOXI MS 39531

CREDITOR ID: 238944-09
YOUNG, DONALD L
PO BOX 39622-9622
FT LAUDERDALE FL 33339

CREDITOR ID: 238966-09
YOUNG, GEORGE D
5200 9TH AVENUE
WYLAM AL 35224

CREDITOR ID: 239102-09
YOUNG, MELISA
1812 EVERGREEN DRIVE
CHARLOTTE NC 28208

CREDITOR ID: 239229-09
YOUNG, WILMA A
401 BRADEN ST
HOPKINSVILLE KY 42240

**Total:    167**

EXHIBIT B
Notice to No Liability Claimants

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

NOTICE OF DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS

[Claimant's Address]                                    [Counsel Address]

[Additional Notice Party Address]

| CLAIM(S) TO BE DISALLOWED |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| **Reason for Proposed Disallowance:** |

1.       PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 11, 2006 their Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.       **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

3.       If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.       If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 1, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 10, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 11, 2006

SKADDEN, ARPS, SLATE, MEAGHER                           SMITH HULSEY & BUSEY
& FLOM, LLP

By      _/s/ D.J. Baker_____                  By      _/s/ James H. Post_____
        D.J. Baker                                              Stephen D. Busey
        Sally McDonald Henry                             225 Water Street, Suite 1800
New York, New York 10036                                Jacksonville, Florida 32202
(212) 735-3000                                          (904) 359-7700
(917) 777-2150 (facsimile)                              (904) 359-7708 (facsimile)
djbaker@skadden.com                                      jpost@smithhulsey.com

EXHIBIT B
Notice to No Liability Misclassified Claimants

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
### (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS

[Claimant's Address]                                    [Counsel Address]

[Additional Notice Party Address]

| CLAIM(S) TO BE DISALLOWED |
|---|
| **Claim No.:**           **Modified Class Status:** <br> **Claim Amount:**       **Reason for Disallowance and Reclassification:** <br> **Claim Class Status:** |

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 11, 2006 their Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

3.    If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 1, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 10, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: July 11, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By      */s/ D.J. Baker*                          By      */s/ James H. Post*
        D.J. Baker                                        Stephen D. Busey
        Sally McDonald Henry                              James H. Post
        Rosalie Walker Gray                               Cynthia C. Jackson
        Jane M. Leamy                                     Florida Bar Number 175460
Four Times Square                                 225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida 32202
(212) 735-3000                                    (904) 359-7700
(917) 777-2150 (facsimile)                        (904) 359-7708 (facsimile)
djbaker@skadden.com                               jpost@smithhulsey.com