**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re: WINN-DIXIE STORES, INC., et al., Debtors.[1] | Chapter 11 Case No. 05-03817-3F1 (Jointly Administered) |
|---|---|

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about July 12, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: July 13, 2006

Kathleen M. Logan

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**



**Notice of Hearing**

**Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims, and (B) No Liability Misclassified Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN JEFFREY KAPLAN
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON HM 12
BERMUDA

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
C/O HELLER EHRMAN LLP
7 TIMES SQUARE
TIMES SQUARE TOWER
NEW YORK NY 10036

**SERVICE LIST**



**Notice of Hearing**
**Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims, and (B) No Liability Misclassified Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA PA 19103-4196

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 399728-98
MADISON NICHE OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
A GEORGIA LIMITED PARTNERSHIP
C/O LNR PARTNERS INC
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
NELSON MULLINS RILEY & SCARBOROUGH
JOSHUA M KATZ
FIRST UNION PLAZA
999 PEACHTREE ST NE SUITE 1400
ATLANTA GA 30309

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

**SERVICE LIST**



**Notice of Hearing**

**Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims, and (B) No Liability Misclassified Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW 115035
RUSSIA

**Total: 66**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 10, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims.

Only objections filed with the Court so as to be received by **August 1, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

1 In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 11, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By *s/ James H. Post*
Stephen D. Busey
James H. Post
Cynthia C. Jackson,
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

**Hearing Date:** **August 10, 2006 at 1:00 p.m.**
**Obj. Deadline:** **August 1, 2006 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A and B (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

**BACKGROUND**

A. The Chapter 11 Filings

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

1 In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2 By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2. The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4. On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors together with a proposed Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

5. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6. The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B. Proofs of Claim

7. By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,300 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8. In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims. In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9. By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the Disputed Claims.

## BASIS FOR RELIEF

### A. No Liability Claims

10. As a result of their review, the Debtors have identified 200 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11. The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed. In the absence of a Response (as defined in paragraph 18 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B. No Liability Misclassified Claims

12. As a result of their review, the Debtors have identified 162 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims"). The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

13. To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status. The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code. Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

14. The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims. To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed. In the absence of a Response (as defined in paragraph 18 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

**SEPARATE CONTESTED MATTERS**

15. Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

**RESERVATION OF RIGHTS**

16. The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

17. The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

**RESPONSES TO THE OBJECTION**

A. Filing and Service of Responses

18. Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **August 1, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline"). In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B. Timely Response Required; Hearing; Replies

19. If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **August 10, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

20. If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim without further notice to the claimant.

## NOTICE

21. As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their

claims may be disallowed as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A and B. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit C disallowing (a) the No Liability Claims and (b) the No Liability Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated: July 11, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By *s/ James H. Post*
Stephen D. Busey
James H. Post
Cynthia C. Jackson,
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

**Declaration**

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 2036<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br>Counsel: ATTN JOHN R DOWD, ESQ | 7322<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 2036<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br>Counsel: ATTN JOHN R DOWD, ESQ | 7323<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 82564<br>ABERCROMBIE, LATOYA D<br>416 3RD AVENUE<br>BESSEMER AL 35020 | 7443<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 86388<br>ANTOINE, WILFRED O<br>113 COTTON STREET<br>NEW IBERIA LA 70563 | 2032<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 87753<br>AUGUSTUS, TERRY<br>221 MAYFIELD ST<br>GREENVILLE MS 38701 | 4483<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 88375<br>BADGETT, CURTIS<br>164 BARNEY BANKS RD<br>PINOLA MS 39149 | 11459<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 88437<br>BAGLEY, APRIL<br>3217 E HANNA AVE<br>TAMPA FL 33610-3642 | 6697<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410564<br>BAKE-LINE GROUP, LLC, ET AL<br>C/O ASK FINANCIAL GROUP LLP<br>ATTN COREY J EILERS, ESQ<br>2600 EAGAN WOODS DRIVE, SUITE 220<br>EAGAN MN 55121 | 8884<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $84,538.10 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND INADEQUATE SUPPORTING DOCUMENTATION DESPITE INQUIRY. ON MAY 10, 2006, CLAIMANT STATED THAT DOCUMENTATION WOULD BE CLOSE TO IMPOSSIBLE TO PRODUCE. |
| **Creditor Id:** 89997<br>BARNES, CARLA W<br>PO BOX 995<br>ST AUGUSTINE FL 32085 | 5351<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 91002<br>BATTISTE, KECIA<br>8835 OLEANDER<br>NEW OREANS LA 70118 | 11443<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE. |
| **Creditor Id:** 91027<br>BATTLE, GAIL K<br>220 JACKSON RD<br>MCDONOUGH GA 30252 | 7571<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 7807<br>BEAVER, STEVE D<br>216 TRIANGLE ROAD<br>GAFFNEY SC 29340 | 7223<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 92077<br>BELL, CHERRY R<br>1601 DUNN AVENUE, APT 809<br>JAX FL 32218 | 2751<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 416940<br>BIG LOTS STORES, INC<br>C/O SCHOTTENSTEIN ZOX & DUNN<br>ATTN TYSON A CRIST, ESQ.<br>PO BOX 165020<br>COLUMBUS OH 43216-5020 | 12413<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $749,051.74 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SUBTENANT OF REJECTED LEASE. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 417070<br>BIG LOTS STORES, INC FKA<br>CONSOLIDATED STORES CORPORATION<br>300 PHILLIPI ROAD, DEPT 10061<br>COLUMBUS OH 43228<br>Counsel: ATTN TYSON A CRIST, ESQ | 12836<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $975,517.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO SUBTENANT OF REJECTED LEASE. |
| **Creditor Id:** 9113<br>BLACK, GLORIA A<br>2781 S ROCKY CREEK RD<br>ASHFORD AL 36312 | 9353<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $9,723.71 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 9209<br>BLACKSHER, KATHY C<br>PO BOX 90371<br>EAST POINT GA 30344 | 6847<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 243617<br>BLEVINS ELECTRIC INC<br>ATTN RICHARD BLEVINS, PRES<br>PO BOX 5609<br>5351 FORT HENRY DRIVE<br>KINGSPORT TN 37663-5609 | 2714<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 10454<br>BOYD, JUDSON T<br>13026 GREYCREST DR<br>CHARLOTTE NC 28278 | 6081<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $2,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 96903<br>BOYKIN, TIFFANY<br>801 COLLINS PLACE APT 12<br>ATTALLA AL 35954 | 10755<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 10552<br>BOZEMAN, SAMUEL C<br>8910 JEAN ST<br>TAMPA FL 33610 | 5711<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 402116<br>BRADY, VIRGINIA<br>1274 THE GROVE RD<br>ORANGE PARK FL 32073 | 5008<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 97617<br>BRASHEAR, DAVID<br>3672 COTTAGE CIRCLE<br>LEXINGTON KY 40513 | 7991<br>**Debtor:** | $824.42<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 97828<br>BRAZLEY, TERRY<br>4677 CHARLENE<br>NEW ORLEANS LA 70127 | 3808<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 244059<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 | 1332<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 12120<br>BROWN, YOLANDA E<br>3505 W. CHASE AVE APT 1<br>JACKSONVILLE FL 32209 | 11560<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 102591<br>BUTLER, JOHNNY<br>1002 BUTLER DR<br>WESSON MS 39191 | 3771<br>**Debtor:** | $8,000.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 102697<br>BUTLER, WILLIE FRANK<br>1197 BAHALIA ROAD<br>PO BOX 738<br>WESSON MS 39191 | 3733<br>**Debtor:** | $8,000.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 102846<br>BYRD, CANDICE D<br>1517 CREST AVENUE<br>LEESBURG FL 34748 | 9225<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 174766<br>CALLOWAY, ROXANNE MCKAY<br>205B PERRY ST<br>ANDALUSIA AL 36420-3635 | 4151<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 2111<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10239<br>Debtor: **WINN-DIXIE STORES, INC.** | $839,489.56 | CLAIMANT AGREES NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSIGNED TO FARMERS FOODS OF NORTH CAROLINA, LLC ON 2/17/05. |
| **Creditor Id:** 2111<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10419<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $839,489.56 | CLAIMANT AGREES NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSIGNED TO FARMERS FOODS OF NORTH CAROLINA, LLC ON 2/17/05. |
| **Creditor Id:** 106654<br>CEPHAS, KEVIN L<br>3312 TONOKA COURT<br>RICHMOND VA 23223 | 5938<br>Debtor: **WINN-DIXIE STORES, INC.** | $303.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 406483<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | 9247<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,848.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID 2/5/04 BY CHECK NUMBER 523568. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8666<br>Debtor: **WINN-DIXIE STORES, INC.** | $263.99 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8667<br>Debtor: **WINN-DIXIE STORES, INC.** | $679.29 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8668<br>Debtor: **WINN-DIXIE STORES, INC.** | $565.21 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8669<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $343.90 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8670<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $38.53 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8671<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $456.74 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8672<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $329.62 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8673<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $683.97 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8674<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $468.11 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8675<br>**Debtor:** | $401.98<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8676<br>**Debtor:** | $73.00<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8677<br>**Debtor:** | $531.63<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 403291<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8678<br>**Debtor:** | $769.75<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id:** 452115<br>COLT INTERNATIONAL INC<br>ATTN JOEL C PURDOM, VP<br>12929 GULF FREEWAY, SUITE 310<br>HOUSTON TX 77034 | 13225<br>**Debtor:** | $3,767.50<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE. |
| **Creditor Id:** 408331<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>ATTN LEON SPRINKLE<br>PO BOX 2156<br>RICHMOND VA 23218-2156<br>Counsel: ATTN JERRY KILGORE, ESQ | 6992<br>**Debtor:** | $483.70<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS TO SALES TAXES, DEBTOR HAS NO RECORD OF SUCH LIABILITY. AS TO WITHHOLDING TAXES, DEBTOR MADE WEEKLY PAYMENT AND HAS NO RECORD OF RECEIVING ANY NOTICE OF ADDITIONAL AMOUNTS DUE. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 18124<br>COTE, SHIRLEY M<br>288 VALENCIA AVE<br>KISSIMMEE FL 34743 | 3128<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 254611<br>COUNTY OF LEFLORE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN SARA KENRIGHT<br>PO BOX 1349<br>GREENWOOD MS 38935-1349 | 2668<br>**Debtor:** | $1,775.57<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 113353<br>CRAWFORD, JOSEPH B<br>4000 LILLIE STREET<br>POWDERSPRINGS GA 30127-3229 | 2142<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 114976<br>CURTIS, WANDA S<br>1402 W 24TH ST<br>JACKSONVILLE FL 32209 | 11463<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 114998<br>CUSHION, TINNE J<br>1513 E MOORE ST<br>VALDOSTA GA 31601 | 2120<br>**Debtor:** | $0.00<br>**CRACKIN' GOOD, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 19536<br>DALEY, CANDICE A<br>1790 MERCY DRIVE, APT 104<br>ORLANDO FL 32808 | 9369<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 115411<br>DAMPIER, BETTY<br>111 LAKESHORE DRIVE, APT J302<br>BRANDON MS 39047-1111 | 2613<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 115656<br>DANIELS, OTIS A<br>1542 HICKORY STREET<br>LAURINBURG NC 28352 | 4265<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 116050<br>DAVIDSON, DETA<br>8812 ANDORA DRIVE<br>MIRAMAR FL 33025 | 8431<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 117861<br>DEFUSCO, JESSE C<br>3274 FAIRFAX AVENUE<br>PALM BAY FL 32905 | 3519<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 20932<br>DELANEY-THOMAS, PAMELA<br>425 WOODS OF NORTH BEND, APT C<br>RALEIGH NC 27609 | 6683<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 118221<br>DELOACH, TYWAN L<br>12026 CO RD 9<br>LISMAN AL 36912 | 8114<br>**Debtor:** **TABLE SUPPLY FOOD STORES CO., INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 393376<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 10445<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $1,291.19 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 21538<br>DIAZ, CARMEN<br>1005 CURTISS DRIVE<br>OPALOCKA FL 33054 | 2761<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 22031<br>DOCKUM, TIMOTHY W<br>355 WILLOW LANE<br>ELLENTON FL 34222 | 2042<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 406583<br>DOOLITTLE, C W<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | 7519<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $3,402.56 | NO LIABILITY ON ADMINISTRATIVE CLAIM PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID 9/16/05 BY CHECK NUMBER 626489. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 123205<br>EDOUARD-CALIXTE, RAYMONDE<br>160 ZENITH CIRCLE<br>FT MYERS FL 33913 | 3517<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 123291<br>EDWARDS, DONNA D<br>1105 NW 155TH LANE, APT 103<br>NORTH MIAMI FL 33169 | 7445<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 125908<br>FARRAR, TERESA S<br>PO BOX 2168<br>HENDERSON NC 27536 | 2040<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 126431<br>FERGUSON, ALAN J<br>657 STONY MILL SCHOOL ROAD<br>DANVILLE VA 24541 | 11488<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 411186<br>FINANCIAL SUPERMARKETS, INC<br>ATTN HARRY STEPHE, TREAS<br>383 CLARKESVILLE STREET<br>PO BOX 1900<br>CORNELLA GA 30531<br>Counsel: ATTN J W MILLS & J STEVENS, ESQS | 10255<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CONTRACT WAS COMPLETED. ANTICIPATORY REJECTION DAMAGES ARE NOT OWED. |
| **Creditor Id:** 127465<br>FISKE, ANDREW P<br>114 OGDEN AVE<br>OCEAN SPRINGS MS 39564 | 5358<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 407754<br>FITZGERALD-BEN HILL LANDFILL<br>544 CAMP BROOKLYN ROAD<br>FITZGERALD GA 31750<br>Counsel: ATTN JOHN E SMITH, III, ESQ | 5418<br>**Debtor:** | $10,984.68<br>**DEEP SOUTH PRODUCTS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 128835<br>FOSTER, ARNIE<br>3111 NW 210 TERR<br>MIAMI FL 33056 | 2362<br>**Debtor:** | $0.00<br>**WINN-DIXIE LOGISTICS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 27866<br>GAMBLE, ERNEST SR<br>2819 PARENTAL HOME ROAD<br>JACKSONVILLE FL 32216 | 2342<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 132502<br>GAUDIOSO, FRANK M<br>216 LOBLOLLY LANE<br>MYRTLE BEACH SC 29579 | 5383<br>**Debtor:** WINN-DIXIE STORES, INC. | $975.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 135537<br>GORDON, KAREN L<br>134 BORDEN ST<br>HAYNEVILLE AL 36040-1111 | 5866<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 136582<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | 9982<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 251114<br>H&E EQUIPMENT SERVICES LLC<br>PO BOX 261150<br>BATON ROUGE, LA 70826-1150 | 5650<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 139361<br>HALL, ANGELA<br>120 JEFFERSON STREET<br>FITZGERALD GA 31750 | 2337<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 140237<br>HAMPTON, CEDRIC M<br>196 PECAN ACRES<br>STARKVILLE MS 39759 | 5317<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 406723<br>HARDEN, OTIS DUKE<br>1844 COLONIAL DRIVE<br>GREEN COVE SPRINGS FL 32043 | 11216<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ALSO FILED CLAIM NUMBER 11215 FOR HIS MSP PARTICIPATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 32859<br>HARMON, JERRY R<br>1608 LARKIN STREET<br>HIGH POINT NC 27262-0212 | 2341<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 33072<br>HARRIS, CHARLES E<br>11846 PINE NEEDLE LANE<br>HAMPTON GA 30228 | 2043<br>**Debtor:** DEBTOR IS UNIDENTIFIABLE | $884.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 142495<br>HARVEY, LAKEISHA R<br>179 GUIOMAR RD<br>CORDOVA SC 29039 | 4826<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 142965<br>HAWKINS, SARAH J<br>58 CLINE STREET<br>LUMBERTON NC 28358 | 2671<br>**Debtor:** DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 144076<br>HEMPHILL, JAMES E<br>1019 GLENARDEN DR APT A<br>ROCK HILL SC 29730 | 10395<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 34352<br>HENDERSON, LARONDA A<br>2121 WINDY HILL RD, APT 206<br>MARIETTA GA 30060 | 11827<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 262827<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 | 2339<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 262827<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 | 2340<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 34793<br>HERNANDEZ, ROLANDO E<br>940 E 10TH AVENUE<br>HIALEAH FL 33010 | 3145<br>**Debtor:** | $388.08<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORD AND NO DOCUMENTATION. |
| **Creditor Id:** 251630<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | 2070<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER CLAIMANT. |
| **Creditor Id:** 251630<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | 2071<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 146607<br>HOARD, BREANNA A<br>PO BOX 154<br>PELAHATCHIE MS 39145 | 11531<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 146959<br>HOGAN, PATRICIA A<br>937 47TH STREET N<br>BIRMINGHAM AL 35212 | 6418<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 452129<br>HOLLAND & KNIGHT LLP<br>ATTN STEVEN E COHEN, CREDIT & COLL<br>1 EAST BROWARD BLVD, SUITE 1300<br>FT LAUDERDALE FL 33301 | 13237<br>**Debtor:** | $4,157.29<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 149574<br>HUGHLEY, JEAN M<br>4609 MOLINE AVE<br>COLUMBUS GA 31907-3190 | 4317<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 406802<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | 7313<br>**Debtor:** | $104,582.85<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 406802<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | 7314<br>**Debtor:** | $4,891.18<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 150656<br>INGLE, DEANNA L<br>PO BOX 862<br>DEBARY FL 32753 | 4114<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 406806<br>ISTRE, MICHAEL J<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE FL 32259 | 9542<br>**Debtor:** | $14,126.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID 8/19/04 BY CHECK NUMBER 622650. |
| **Creditor Id:** 151400<br>JACKSON, DIANE<br>3909 WATER AVENUE<br>SELMA AL 36703 | 3829<br>**Debtor:** | $0.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 152041<br>JACOBS, MARY E<br>339 INDIAN HERITAGE RD<br>LUMBERTON NC 28358 | 3571<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 152371<br>JAMES, TAMIKA R<br>5350 CAROL PLANTATION RD APT 12D<br>THEODORE AL 36582 | 10487<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 417067<br>JEFFERIES, MARK S<br>2828 DAVISTOWN ROAD<br>WENDELL NC 27591 | 12832<br>**Debtor:** | $110,000.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 265463<br>JENKINS, BERTRAM<br>PO BOX 3148<br>BELLAIRE TX 77402 | 4045<br>**Debtor:** | $10,000,000.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 153229<br>JENNINGS, PHYLLIS A<br>721 STONEWALL COURT<br>ROCK HILL SC 29730-0630 | 3812<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 253679<br>JFE SHOJI TRADE AMERICA INC FKA<br>KAWASHO INTERNATIONAL USA INC<br>ATTN MARK SHIRLOFF<br>45 BROADWAY, 18TH FLOOR<br>NEW YORK NY 10006 | 2404<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 154103<br>JOHNSON, DONALD J<br>1448 FREEMANVILLE DRIVE<br>ATMORE AL 36502 | 6895<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 40189<br>JONES, EMETREUS J<br>7251 OLD MILITARY RD<br>THEODORE AL 36582 | 4319<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 157277<br>JOSEY, SERITA L<br>430 GARDEN ST<br>KISISMMEE FL 34744 | 5694<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,550.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 41562<br>KENNERLY, JOSEPH P<br>908 10TH STREET<br>PORT ROYAL SC 29935 | 3962<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 383217<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 296<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,365.04 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 161119<br>KRAUSS, MELODY A<br>PO BOX 68<br>PORT RICHEY FL 34668 | 2293<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 166350<br>LOCKETT, DARROW M<br>1105 COMPROMISE ST<br>KENNER LA 70062 | 6854<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 45984<br>LOSLEY, FREDERICK C<br>1320 COCO PLUM<br>MARATHON FL 33050 | 2117<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 171968<br>MATOS, JOSE M<br>20020 NW 57TH COURT<br>MIAMI LAKES FL 33015 | 11594<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 402250<br>MATTOX, EDWIN<br>2625 ANTEBELLUM DRIVE<br>MOBILE AL 36609 | 4461<br>**Debtor:** | $41,577.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIMANT FILED CLAIM NUMBER 5850 FOR MSP PARTICIPATION. |
| **Creditor Id:** 172571<br>MAYO, SIERA A<br>2385 SOUTH EAST PUTNAM ST<br>LAKE CITY FL 32025 | 1804<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 173284<br>MCCLINDON, TRINA L<br>562 HAMMOND RD<br>OAKVALE MS 39656 | 4611<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 174093<br>MCDOUGALD, SHAWN M<br>2830 LITTLE LAUREL WAY<br>MT DORA FL 32757 | 6685<br>**Debtor:** | $0.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 175833<br>MCZEAL, CYNTHIA A<br>206 6TH ST MERMENTAU<br>PO BOX 220<br>MERMENTAU LA 70556 | 7526<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410841<br>MENDOZA, MARIO V<br>PO BOX 014647<br>MIAMI FL 33101 | 9883<br>**Debtor:** | $2,705.92<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 177479<br>MILLAN, EMILIO L<br>1026 SW 4TH TERR<br>CAPE CORAL FL 33914 | 3585<br>**Debtor:** | $31,007.05<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 177800<br>MILLER, JUDY A<br>169 SPRING ST<br>HAMPTON TN 37658 | 7993<br>**Debtor:** | $407.25<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 256481<br>MISSISSIPPI ABC<br>7595 CENTURION PKWY<br>JACKSONVILLE FL 32256 | 3572<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 1128<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080<br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 10129<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 180728<br>MORALES, STEVEN<br>811 TOWER POINT<br>LAKE WALES FL 33859 | 2350<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 180749<br>MORAN, FRANK V<br>1340 LAUREL STREET<br>METARIE LA 70003 | 11486<br>**Debtor:** | $297.66<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 53436<br>MOULTRIE, JOENATHAN H<br>48 REUNION ROAD<br>P.O BOX 1275<br>ST HELENA SC 29920-1275 | 10398<br>**Debtor:** | $38,563.25<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 53919<br>MURWIN, JAMIE J<br>6383 CALIFORNIA STREET<br>BROOKSVILLE FL 34604 | 7589<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 184463<br>NICHOLS, NANCY G<br>107 13TH AVE SW<br>REFORM AL 35481 | 4591<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $850.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 384266<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>PO BOX 403155<br>CHARLOTTE, NC 30384-3155<br>Counsel: ATTN CAROLINE HUBBELL, ESQ | 4677<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 56431<br>OWENS-BATES, TRISHA L<br>3470 NW 6TH COURT<br>FORT LAUDERDALE FL 33311 | 4391<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $44,611.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 56456<br>PABON, DANIELLE M<br>PO BOX 770294<br>OCALA FL 34477-0294 | 11778<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 2515<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br>Counsel: ATTN EDWARD T BRADING, ESQ | 2588<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $19,452.52 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND DUPLICATES LIABILITY IN CLAIM 2081. |
| **Creditor Id:** 411155<br>PAY CENTERS LLC<br>6363 SOUTH PECOS ROAD, STE 203<br>LAS VEGAS NV 89120<br>Counsel: ATTN R NERSESIAN | 11208<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $1,558,599.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 1699<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | 2807<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 191070<br>PERNELL, LATRINAH M<br>3667 OAK STREET<br>MONTGOMERY AL 36105 | 7433<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $200.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 191180<br>PERRY, GREGORY R<br>1900 SE 4TH ST APT 161<br>GAINESVILLE FL 32602 | 10721<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 191292<br>PERRY-BELL, ARLAINA<br>1907 DUNCAN AVENUE<br>ANNISTON AL 36201 | 6925<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 191490<br>PETERSON, GERREN M<br>2617 CEDAR ST<br>LOUISVILLE KY 40212-0171 | 8123<br>**Debtor:** WINN-DIXIE STORES, INC. | $894.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 404021<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 1930<br>**Debtor:** DIXIE PACKERS, INC. | $500.76 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 404021<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 1931<br>**Debtor:** DIXIE PACKERS, INC. | $11,723.02 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES FOR POSTAGE METER AT FACILITY SOLD IN 2004 TO SMITHFIELD FOODS TO BE DISALLOWED. |
| **Creditor Id:** 193391<br>POLANCO, IRIS<br>7075 NW 186 STREET, APT 502<br>MIAMI FL 33015 | 2727<br>**Debtor:** WINN-DIXIE STORES, INC. | $500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 194162<br>POUNCEY, LORETTA<br>1118 E SAUNDER RD<br>DOTHAN AL 36301 | 2363<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8829<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8834<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGE LENDER. LEASE WITH PS FRANKLIN LTD WAS TERMINATED 8/9/05. IN CONNECTION WITH TERMINATION AGREEMENT, LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8836<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 12157<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $753,465.07 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id:** 258973<br>PROFOOT INC<br>ATTN RICHARD KIRSCHNER, CONT<br>PO BOX 397<br>NEWARK, NJ 07101-0397 | 1465<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 60770<br>QUINN, THOMAS A<br>517 RAYBURN ROAD<br>BIRMINGHAM AL 35226 | 4727<br>**Debtor:** | $300.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 196950<br>RANKIN, DANIELLE J<br>4040 AMITY HILL ROAD<br>CLEVELAND NC 27013 | 3764<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 197872<br>REESE, DEBRA<br>4030 SPRUCE STREET<br>MOSS POINT MS 39563 | 11417<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 386993<br>ROSARIO, JAMNY<br>535 NW 1ST AVENUE, APT B<br>HOMESTEAD FL 33030 | 3034<br>**Debtor:** | $526.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 406110<br>RUDE, WILLIAM G<br>600 BROWNLEE DRIVE<br>HENDERSON NV 89015 | 3305<br>**Debtor:** | $1,241.50<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 381953<br>SAFETY KLEEN SYSTEMS, INC<br>ATTN BANKRUPTCY SUPERVISOR<br>CLUSTER II BLDG 3<br>5400 LEGACY DRIVE<br>PLANO TX 75024 | 13227<br>**Debtor:** | $489.25<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 205072<br>SAHA, PAMELA L<br>905 SAVOY WAY<br>APEX NC 27502-5030 | 3119<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 206326<br>SANTIAGO, LISBETH<br>8808 CRESTVIEW DR<br>TAMPA FL 33604 | 2047<br>**Debtor:** | $337.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT SEEKS REFUND FROM MARRIOTT INTL ADMIN SRVS, INC., NOT ONE OF THE DEBTORS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 207078<br>SCHEINHAUS, ALLEN R<br>529 TERRACEVIEW COVE, APT 303<br>ALTAMONTE SPRINGS FL 32714-1757 | 11490<br>**Debtor:** | $250.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 208218<br>SEARS, NORMAN E<br>12100 SEMINOLE BLVD, APT 387<br>LARGO FL 33778-0283 | 3534<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>7651 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9518<br>**Debtor:** | $40,800.00<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>7651 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9519<br>**Debtor:** | $204,998.53<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 403933<br>SELLERS, MARK A<br>7651 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9520<br>**Debtor:** | $60,938.88<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 69800<br>SMITH, VICTOR O<br>4407 NW 47TH COURT<br>TAMARAC FL 33319 | 2035<br>**Debtor:** | $11,123.85<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 214800<br>SOYARS, SHARON D<br>7112 FISHING CIRCLE, APT 201<br>MECHANICSVILLE VA 23111 | 4708<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 411055<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 10663<br>**Debtor:** | $1,269.64<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 411055<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 10664<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $1,269.64 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 70866<br>STAPP, CHARLES B<br>1550 BRANDON GLEN WAY<br>CONYERS GA 30012-3886 | 2286<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 411189<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12549<br>Debtor: **WINN-DIXIE STORES, INC.** | $892.52 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $1,295,128.84 ON 4/30/04 BY ELECTRONIC TRANSFER OF FUNDS ("EFT") NUMBER 010039 FOR QUARTER ENDING 3/31/2004, $587,892.52 ON 7/30/04 BY EFT NUMBER 010869 FOR QUARTER ENDING 6/30/04, $372,904.80 ON 10/29/04 BY EFT NUMBER 011724 FOR QUARTER ENDING 9/30/2004, AND $301,028.16 ON 1/28/05 BY EFT NUMBER 012563 FOR QUARTER ENDING 12/31/2004. NO OTHER AMOUNTS ARE DUE. |
| **Creditor Id:** 410808<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br>Counsel: ATTN: OSCAR B FEARS III | 11089<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | $558,678.53 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS TO 1999 WITHHOLDING TAX, DEBTOR HAS NO RECORD OF RECEIVING ANY NOTICES OF AMOUNT DUE. AS TO SALES AND USE TAXES, DEBTOR HAS NO INFORMATION FOR 2/95, 8/95, 7/02, 8/02, AND 9/02 PERIODS (IN ADDITION, THREE YEAR STATUTE OF LIMITATION FOR 1995 PERIOD HAS RUN), FILED $0 LIABILITY RETURN FOR 9/04 PERIOD, AND PAID $163.45 FOR 7/99 BY CHECK NUMBER 043379 DATED 8/17/99, $2,762.26 FOR 12/98 BY CHECK NUMBER 04773690 DATED 01/25/99, $2,588.20 FOR 01/01 BY CHECK NUMBER 005901919 DATED 02/22/01, $3,303.31 FOR 05/02 BY CHECK NUMBER 006506300 DATED 6/17/02, AND $4,652.36 FOR 06/02 BY CHECK NUMBER 006538370 DATED 07/12/02. AS TO CORPORATION TAXES, DEBTOR PROTESTED $5,394.12 PENALTY FOR 7/1/01-6/30/02 AND $740.16 PENALTY FOR 7/1/02-6/30/03 AND PAID $28,000 ON 3/15/05 FOR THIRD QUARTER, $287,400 ON 6/14/05 FOR FOURTH QUARTER, AND $5,600 ON 9/15/05 WITH REQUEST FOR EXTENSION ALL BY ELECTRONIC TRANSFER OF FUNDS. DEBTOR FILED RETURN ON 3/14/2006 REFLECTING LIABILITY OF $306,284. AFTER APPLICATION OF PAYMENTS, DEBTOR HAS CREDIT OF $14,716 TO BE APPLIED TO FISCAL YEAR 2006. POSTPETITION PAYMENTS ARE AUTHORIZED BY ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT 435). |
| **Creditor Id:** 216188<br>STATON, JAMES A<br>1337 JOHNSON RD<br>CONYERS GA 30094 | 2279<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 71079<br>STEPHENS, CHRISTOPHER S<br>2802 ST MARC CT<br>PONTE VEDRA BEACH FL 32082 | 12106<br>**Debtor:** | $165.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 217120<br>STEWART, WINFRED G<br>6050 VICTORIA LN<br>PINSON AL 35126 | 11495<br>**Debtor:** | $10,000.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 71864<br>STRONG, BARBARA L<br>29084 VIOLET DRIVE<br>BIG PINE KEY FL 33043 | 3567<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 403956<br>STUCKER, GERALD R<br>146 PLANTATION DRIVE<br>SHELBYVILLE KY 40065 | 7950<br>**Debtor:** | $31,386.69<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 1928<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | 2665<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 221791<br>THOMAS, SUSAN L<br>499 HOLLAND RIDGE DR<br>LA VERGNE TN 37086-2099 | 5205<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 222602<br>THORNTON, SAMANTHA L<br>5401 TIMBERLINE RIDGE<br>MOBILE AL 36693 | 2574<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 2639<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327<br>Counsel: ATTN ANNETTE KERLIN MCBRAYER, ESQ | 11578<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 224759<br>TULL, AARON Q<br>6316 EUREKA AVE<br>LOUISVILLE KY 40216 | 10458<br>**Debtor:** | $308.04<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 263782<br>UNITED BEVERAGES OF NC LLC<br>ATTN H DEAN PROCTOR, VP<br>PO BOX 818<br>HICKORY NC 28601 | 3518<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12142<br>**Debtor:** | $2,457,328.19<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR ASSUMED LEASE AND PAID ALL CURE COSTS AT CLOSING. CLAIMANT AGREES NO AMOUNT IS DUE. |
| **Creditor Id:** 225548<br>UNPINGCO, YVONNE L<br>PO BOX 70693<br>MONTGOMERY AL 36107 | 3815<br>**Debtor:** | $1,296.40<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 226161<br>VANDEVENTER, JAMIE L<br>4469 HWY 19-E<br>ELIZABETHTON TN 37643 | 3963<br>**Debtor:** | $736.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 226555<br>VAUGHN, ASHLEY V<br>28 CR 107<br>OXFORD MS 38655 | 5380<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 227330<br>VICTORIAN, JARVIS J<br>1505 PENNSYLVANIA ST<br>NEW ROADS LA 70760 | 4710<br>**Debtor:** | $0.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 269370<br>VISAGENT CORPORATION<br>C/O RUBIN & RUBIN<br>ATTN GUY B RUBIN, ESQ<br>520 SOUTH FEDERAL HWY<br>PO BOX 395<br>STUART, FL 34995 | 9953<br>**Debtor:** | $131,875,000.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY ON ALLEGED BREACH OF SERVICE AGREEMENT AND RELATED THEORIES OF RECOVERY. CLAIMANT CONTENDS DEBTORS BREACHED EXCLUSIVITY PROVISION IN SERVICE AGREEMENT, ENTITLING IT TO 2% OF ALL DEBTOR'S PURCHASES DURING APPLICABLE PERIOD. CLAIM CONTAINS NO SUPPORTING DOCUMENTATION AND NO EXPLANATION OF DAMAGE CALCULATION. DEBTORS ABIDED BY EXCLUSIVITY PROVISION AND THERE WERE NO OUTSTANDING CLAIMS WHEN SERVICE AGREEMENT EXPIRED IN JUNE 2004. UPON TERMINATION OF RELATED EXCHANGE USER AGREEMENT, CLAIMANT WAS REQUIRED, BUT FAILED, TO RETURN $25,000 DEPOSIT. ACCORDINGLY, CLAIMANT OWES DEBTOR $25,000. |
| **Creditor Id:** 77383<br>WARD, WILLIAM SR<br>4531 TCHOUPITOULAS<br>NEW ORLEANS LA 70115 | 1997<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 230488<br>WATTERS, GLENNA K<br>12041 STONE CROSSING CIR<br>TAMPA FL 33635 | 1878<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 77976<br>WATTS, CATHERINE A<br>5301 COURT J<br>BIRMINGHAM AL 35208 | 2878<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 230713<br>WEAVER, CHILLIE L<br>778 SECOND STREET<br>AYDEN NC 28513 | 9138<br>**Debtor:** | $818.40<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 231994<br>WHEELER, FELICIA R<br>4666 WHITTIER PLACE<br>POWDER SPRINGS GA 30127 | 6293<br>**Debtor:** | $702.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 256791<br>WHEELOCK, MURIAH<br>2508 OAKWOOD AVENUE NE<br>HUNTSVILLE, AL 35811 | 2328<br>**Debtor:** | $60.98<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID BY CHECK DATED 10/22/04. |
| **Creditor Id:** 243363<br>WILLIAMS, BESSIE<br>11720 5TH ST N E<br>CAIRO, GA 39828 | 3108<br>**Debtor:** | $613.43<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED



| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 234122<br>WILLIAMS, DARLENE L<br>PO BOX 911<br>HAWTHORNE FL 32640 | 11492<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 234871<br>WILLIAMS, MARINA R<br>PO BOX 1786<br>DARIEN GA 31305-1786 | 1456<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id:** 235071<br>WILLIAMS, PHYLLIS M<br>4230 BENT TREE DR<br>VALDOSTA GA 31601 | 4272<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 80877<br>WINES, CARRIE L<br>85 UPWARD HILLS DRIVE<br>FLAT ROCK NC 28793 | 2966<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 238136<br>WRIGHT, MATHIS D<br>4801 NW 19TH CT<br>LAUDERHILL FL 33313 | 6754<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id:** 239069<br>YOUNG, LATOYA Y<br>3384 MT ZION RD, APT 8-301<br>STOCKBRIDGE GA 30281 | 5006<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**Total Claims to be Disallowed:** **200**

**Total Amount to be Disallowed:** **$151,567,902.11** **Plus Unliquidated Amounts, If Any**

# EXHIBIT B

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 83819<br>ALBEA, JENNIFER M<br>2736 LOUISE DR<br>SHELBY NC 28150 | 11466<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $742.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 85061<br>ALSTON, LAURICE A<br>113 CREEKSIDE COURT<br>PO BOX 1781<br>ROANOKE RAPIDS NC 27870 | 3225<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $3,500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 260141<br>ALY, RUBY<br>85 NW 51 STREET<br>MIAMI FL 33127 | 2038<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $957.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 86345<br>ANTHONY, LAMONDRA S<br>1612 PEARSON AVE SW<br>BIRMINGHAM AL 35211 | 4842<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 88748<br>BAIN, JEFFERSON M<br>255 NW 58 STREET<br>MIAMI FL 33127 | 10467<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 7185<br>BARRETT, SAMANTHA A<br>7361 BENSON AVE<br>DOUGLASVILLE GA 30134 | 11663<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 90753<br>BASS, MARTHA S<br>PO BOX 276<br>TERRY MS 39170-0001 | 2719<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 408159<br>BATCHELOR, MICHAEL R<br>C/O SHARON Y HANDY (MOTHER)<br>7 NANCY LANE APT B<br>AIKEN SC 29803 | 10481<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $539.80 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 92970<br>BENTLEY, TIMOTHY A<br>57 ROBINSON DRIVE<br>PALM COAST FL 32164 | 11743<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $320.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 8769<br>BETHEA, SHARON Y<br>357 EAST BEAL ST<br>HIGHLAND SPRING VA 23075 | 10519<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $934.96 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WHO LEFT EMPLOY OF DEBTOR FOR ANOTHER JOB IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 94519<br>BLAKE, DWAYNE J<br>870 NW 33RD AVE<br>FORT LAUDERDALE FL 33311-6529 | 1898<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 9501<br>BLOUNT, KRISTIE G<br>35580 LA HWY 1036<br>HOLDEN LA 70744 | 3819<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $6,500.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 281004<br>BLUE, ARCHIE F<br>PO BOX 651395<br>MIAMI FL 33265-1395 | 4822<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $7,150.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410944<br>BOAZ, WILLIAM & BRIDGET<br>2411 ST JOHN DRIVE<br>WILSON NC 27893 | 10196<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $114,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 95512<br>BOND, FLORENDA<br>PO BOX 225<br>LAKELAND FL 33802 | 2360<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 403610<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | 1852<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,430.33 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 10067<br>BOSSE, RAPHAEL C<br>8052 TIGER LILY DRIVE<br>NAPLES FL 34113 | 10033<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $155.51 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 10555<br>BOZEMAN, TOY D<br>1804 BELL GROVE ST<br>LAKELAND FL 33805 | 5469<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,929.06 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 256203<br>BRANCH, MICHAEL<br>858 S 24TH STREET<br>LOUISVILLE KY 40211 | 5833<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,000.20 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. FUNDS DEPOSITED IN CREDIT UNION ARE NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 97430<br>BRANCH, SHELISA C<br>201 S SUNSET TERRACE<br>JACKSON MS 39212 | 1349<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 98078<br>BREY, KENNETH A<br>225 RAMS RUN ROAD<br>SHEPERDSVILLE KY 40165 | 3961<br>Aserted Debtor: WINN-DIXIE LOGISTICS, INC. | $4,200.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WHO LEFT EMPLOY OF DEBTOR FOR ANOTHER JOB IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 98960<br>BROTHERS, HEIDI G<br>1018 BRASS LANE<br>HOLIDAY FL 34691 | 2448<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $115.55 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 244058<br>BROWN INVESTMENT PROPERTIES FBO<br>KRUSCH PROPERTIES, LLC<br>ATTN EDWARD B KRUSCH, MGR<br>PO BOX 930<br>GREENSBORO, NC 27402 | 8888<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $2,141.31 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/11/05 TO HARRIS TEETER, INC. NO CURE WAS PAID AT CLOSING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 11908<br>BROWN, MARSHALL K<br>13 ELKINS AVENUE<br>BLUFFTON SC 29910 | 9261<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $65,564.17 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 100087<br>BROWN, RICHARD D<br>3524 WINDSOR CIRCLE<br>MACON GA 31217 | 3622<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,258.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 12333<br>BRYANT, CARLA P<br>328 DARE STREET<br>BURLINGTON NC 27217 | 1450<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 103343<br>CALDWELL, CONIAL C<br>711 UNDERWOOD AVENUE, APT 404-D<br>PENSACOLA FL 32514 | 1360<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 406460<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 | 3942<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $15,841.15 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 105250<br>CARSON, BETTY<br>PO BOX 1941<br>MORGANTON NC 28680 | 4537<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 1195<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIG W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 | 7049<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $7,685.96 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/25/05 TO WAYFIELD FOODS, INC. LANDLORD DID NOT OBJECT TO $0.00 CURE AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 268915<br>CITY OF UNION TAX ASSESSOR<br>ATTN DENNIS RAKESTRAW<br>114 E BANKHEAD STREET<br>NEW ALBANY MS 38652-3932 | 1419<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $7,790.77 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED CLAIM SEEKS TAXES INCURRED MORE THAN 3 YEARS AGO. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 110393<br>COLLINS, ANNIE M<br>PO BOX 867<br>LUGOFF SC 29078 | 1363<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410972<br>COMERICA LEASING DIV COMERICA BANK<br>C/O MILLER CANFIELD PADDOCK ET AL<br>ATTN JONATHAN S GREEN, ESQ<br>150 WEST JEFFERSON, STE 2500<br>DETROIT MI 48226 | 10339<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 403269<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621<br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 11212<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $64,679.85 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 17501<br>CONNOR, JAMES R<br>4225 ORISTANO ROAD<br>JACKSONVILLE FL 32244 | 4518<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $16,472.90 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 113081<br>CRAFT, JEARLENE<br>3340 HARLEY STREET, APT 13 D<br>JACKSON MS 39209 | 7982<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $11,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 113403<br>CRAWFORD, SAVONAH Y<br>PO BOX 26<br>WRIGHTSVILLE GA 31096-0026 | 4370<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410814<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10598<br>**Aserted Debtor:** WINN-DIXIE RALEIGH, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 115863<br>DASIN, MESHANNA Y<br>1000 EDEN STREET<br>NEW IBERIA LA 70560 | 2054<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 20009<br>DAVIS, BOBBIE<br>3802 LAMPTON AVENUE<br>JACKSON MS 39213 | 1895<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $995.53 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 20182<br>DAVIS, JIMMY L<br>11715 SE 57TH AVENUE, APT 6<br>BELLEVIEW FL 34420 | 1226<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $800.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 20458<br>DAVIS, WILLIAM K<br>2520 JONES FRANKLIN ROAD<br>RALEIGH NC 27606 | 6370<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $35,467.45 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 116141<br>DAVIS-COOPER, DENISE E<br>3211 H VIRGINIA PINE LANE<br>MONTGOMERY AL 36116-1111 | 4126<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 21479<br>DEWER, WILMA F<br>5216 BYRD ROAD<br>BURLINGTON NC 27215 | 4277<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $300.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 120723<br>DOSS, LOUIS T<br>30 EDGEWOOD DR<br>SELMA AL 36701 | 4311<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $300.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 121607<br>DUDLEY, BILLANDO D<br>4355 DUDLEY RD<br>MARIANNA FL 32446 | 5183<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 256218<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 | 2347<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $2,452.08 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT USED VACATION TIME AND UNUSED SICK TIME IS NOT COMPENSABLE. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 122293<br>DUPREE, PATRICIA A<br>3340 HARLEY STREET, APT 3F<br>JACKSON MS 39209 | 2036<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 123988<br>ELLIS, PATRICIA C<br>5667 RATTLESNAKE HMK RD<br>NAPLES FL 34113 | 1712<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $107.93 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 24768<br>EVANS, RAY A<br>37 NEWBERRY CIRCLE<br>YEMASSEE SC 29945 | 10399<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $95,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 125420<br>EZELL, ERIK W<br>86118 RHOERLAN PLACE<br>YULEE FL 32097 | 11009<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410833<br>FALSETTI, STEVE<br>113 SECOND STREET<br>NOKOMIS FL 34275 | 9866<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $29,265.82 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 126960<br>FIELDS, KIMBERLY R<br>214 WATSON STREET<br>BOONE NC 28607 | 2708<br>Aserted Debtor: WINN-DIXIE RALEIGH, INC. | $400.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 381792<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10246<br>Aserted Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGEE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 132729<br>GEIST, HAROLD T<br>3512 DAVENTRY LANE<br>KENNESAW GA 30144 | 5703<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $7,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, ONLY EMPLOYED FOR NINETY DAYS, IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 29875<br>GONZALEZ, ROSA<br>20861 NW 22ND COURT<br>PEMBROKE PINES FL 33029 | 6927<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 135893<br>GRACE, TOMMY C<br>13045 NE 156TH STREET<br>FORT MCCOY FL 32134 | 2676<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $900.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 30628<br>GREEN, DEIDRE J<br>4600 S ROBERTSON STREET<br>NEW ORLEANS LA 70115 | 2191<br>Aserted Debtor: DIXIE SPIRITS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 137677<br>GRIFFIN, SARAH<br>1665 GERALD CIRCLE<br>FERNANDINA BEACH FL 32034 | 6324<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 137781<br>GRIFFITH, ROBERT C<br>1115 MERRYDALE DR<br>PICAYUNE MS 39466<br>Counsel: G. GERALD CRUTHIRD, ESQ | 2638<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $8,500.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 137805<br>GRIGGS, MARTHA<br>PO BOX 422<br>SUMMIT MS 39666 | 4115<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 140899<br>HARDY, TAMIKA M<br>103 WARWICK AVENUE<br>PENSACOLA FL 32503 | 9900<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 142469<br>HARVEY, DENNIS E<br>2708 E WILDER AVE<br>TAMPA FL 33610 | 2121<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $229.67 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 145007<br>HERNANDEZ, SAMUEL<br>1356 GOLDEN GATE AVE<br>ORLANDO FL 32808 | 10379<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $2,500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 35010<br>HIBBERD, JOHN R<br>30378 PALM DRIVE<br>BIG PINE KEY FL 33043 | 7532<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $24,994.65 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 36669<br>HOWARD, SANDRA<br>472 UPPERKINGSTON RD<br>PRATTVILLE AL 36067 | 10778<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $216.53 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 149916<br>HUNTER, CHRISTOPHER D<br>108 SAWMILL ROAD<br>WILLIAMSBURG VA 23188 | 11628<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $2,750.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, TERMINATED ON 1/12/05, IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 38176<br>JACKSON, TERESA R<br>23047 NW 178TH PLACE<br>HIGH SPRINGS FL 32643 | 2776<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 152394<br>JAMES, VICKI L<br>8859 OLD KINGS ROAD SOUTH, APT 502<br>JACKSONVILLE FL 32257-1744 | 5309<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 153973<br>JOHNSON, CONNIE J<br>PO BOX 2252<br>MONTGOMERY AL 36102 | 2939<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $4,925.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 154193<br>JOHNSON, FERSHA R<br>3401 RICHELLE DRIVE<br>LOUISVILLE KY 40216 | 6682<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 154274<br>JOHNSON, IRIS S<br>2312 D RAINTREE COURT<br>BIRMINGHAM AL 35215 | 10646<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 154745<br>JOHNSON, MELANIE R<br>PO BOX 8384<br>ANNISTON AL 36202 | 6846<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $142.80 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ACCUMULATED SICK PAY IS NOT COMPENSABLE UPON TERMINATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 155552<br>JONES, ANNETTE S<br>783 BRITT ROAD<br>MABELTON GA 30126 | 5720<br>Aserted Debtor: DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 155911<br>JONES, ERMA H<br>3317 ANNETTE ST<br>NEW ORLEANS LA 70122 | 5708<br>Aserted Debtor: DIXIE STORES, INC. | $3,500.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 40404<br>JONES, MARGARET L<br>11 JOE FRAZIER ROAD<br>BURTON SC 29906 | 9361<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $89,014.95 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 40516<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | 7095<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $400,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 157493<br>JUMP, JOE<br>719 DENMARK STREET<br>LOUISVILLE KY 40215 | 9226<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,766.80 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 158470<br>KELLY, DOROTHY F<br>1861 ROCKY HILL RD<br>CAMDEN MS 39045 | 3926<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $50.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 159083<br>KEVELIER, ANDRE<br>1225 FAIRBURN RD, APT DD8<br>ATLANTA GA 30331 | 3832<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $2,166.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 160230<br>KITURE, JANICE B<br>3470 NW 32ND ST.<br>LAUDERDALE LAKES FL 33309 | 6894<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $900.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 160710<br>KNOX, ROY L<br>282 PINE ST<br>LAPLACE LA 70068 | 11758<br>**Aserted Debtor:** WINN-DIXIE LOGISTICS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 161811<br>LAIRD, COREY D<br>120 DALE DRIVE<br>TROY AL 36081 | 7113<br>**Aserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | $4,205.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 44095<br>LEBLANC, CLAUDETTE<br>3322 TEESIDE DR<br>NEW PORT RICHY FL 34655-1911 | 3555<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $201.48 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 164010<br>LEE, DEBORAH E<br>1683 COUNTRY WALK DR<br>ORANGE PARK FL 32003 | 3604<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $227.50 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID ASSERTED AMOUNT ON 4/27/04 BY CHECK NUMBER 262693. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410484<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR, ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | 9125<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY CLAIM. LEASE SOLD TO SOUTHERN FAMILY MARKETS OF COLUMBUS ALABAMA STREET, LLC 8/29/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 410484<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR, ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | 9126<br>**Aserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO SOUTHERN FAMILY MARKETS OF COLUMBUS ALABAMA STREET, LLC 8/29/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 164914<br>LEVINS, ARTHUR J<br>4350 WATER TANK ROAD<br>MCDAVID FL 32568 | 3228<br>**Aserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,157.59 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 165022<br>LEWIS, BETTY J<br>1021 E 1ST ST<br>HOPKINSVILLE KY 42240 | 1835<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 167678<br>LOWELL, ABBIE L<br>PO BOX 2428<br>ORANGE BEACH AL 36561 | 4010<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 168235<br>LUTZ, BRIAN<br>2319 37TH AVE N<br>ST PETERSBURG FL 33713 | 2471<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 168837<br>MADDOX, JANICE A<br>3407 AVE R<br>FORT PIERCE FL 34947 | 2053<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $3,309.73 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 47366<br>MANUS, PATRICIA A<br>3811 RUSHLO STREET<br>SEBRING FL 33870 | 3605<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $2,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 170874<br>MARTIN, KENNETH<br>1229 FLOOD STREET<br>NEW ORLEANS LA 70117 | 3549<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 172129<br>MATTHEWS, TIWANA M<br>1824 W KENTUCKY STREET<br>LOUISVILLE KY 40210 | 4423<br>**Aserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 173208<br>MCCLANEY, ROMMEL J<br>1525 31TH ST N<br>BIRMINGHAM AL 35235 | 10462<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 173615<br>MCCRANIE, FELICIA S<br>408 EAST MARION AVENUE, APT D2<br>PUNTA GORDA FL 33950 | 3170<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 173922<br>MCDERMOTT, HEATHER D<br>9 BIRDSEYE PLACE<br>PALM COAST FL 32137 | 2137<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 174362<br>MCGEE, LINDA<br>506 HWY EXT FRONT-6-9<br>MERIDIAN MS 39301 | 1320<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $3,100.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 49915<br>MCKOY, ARTHUREE H<br>29 COMMUNITY CENTER ROAD<br>SEABROOK SC 29940 | 10506<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $522.82 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 175133<br>MCLAUGHLIN, SHANNON R<br>PO BOX 297<br>PINEBLUFF NC 28373 | 7025<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 176535<br>MENDEZ, SAMUEL E<br>750 SIX FLAG, LOT 493<br>AUSTELL GA 30168 | 6114<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 178036<br>MILLER, SHAWNDA V<br>1100 SPIVEY AVENUE<br>MYRTLE BEACH SC 29577 | 7114<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $602.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 52147<br>MONCURE, ARMERS<br>719 HICKORY RIDGE DR<br>JACKSON MS 39206 | 7537<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $19,626.26 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 179781<br>MONTGOMERY, TIMOTHY M<br>75 RUBY ROAD<br>MONROEVILLE AL 36460 | 4671<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $2,114.14 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 180078<br>MOORE, COREY J<br>11682 ROUND TABLE WAY<br>THONOTAOSASSA FL 33592-3037 | 2760<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $387.20 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 52594<br>MOORE, MARIETTA K<br>3006 SHELL POINT ROAD<br>BEAUFORT SC 29906 | 7089<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $28,243.80 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 180797<br>MOREE, LORRI B<br>90 SALUDA LANE<br>BATH NC 27808 | 11611<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $560.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 182115<br>MULET, JORGE A<br>14061 SW 38TH TERR.<br>MIAMI FL 33175 | 11454<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $1,050.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 182456<br>MURDOCK, LAMAR L<br>96 ORMAN DR<br>ELLIJAY GA 30540 | 2110<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $35,360.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 183986<br>NETTLES, GWENDOLYN<br>1702 27TH AVENUE SOUTH<br>BIRMINGHAM AL 35209 | 10459<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 55001<br>NOBLE, HENRY<br>424 BARNWELL STREET<br>COLUMBIA SC 29205 | 6364<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $5,400.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 257309<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 | 1314<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 185161<br>NORMANDIN, MICHAEL E<br>PO BOX 4205<br>BILOXI MS 39535 | 4287<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $150.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 189117<br>PATEL, JAYMINA<br>7231 PRINCE WILBERT WAY<br>WEST CHESTER OH 45069 | 3408<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $1,500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 189462<br>PATTON, GINA R<br>119 ELM STREET<br>TIFTON GA 31794 | 3566<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $300.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 190493<br>PEOPLES, CRYSTAL B<br>3120 SUMAC RD, APT E5<br>DECATUR AL 35603 | 11493<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 191067<br>PERNELL, DAWN L<br>2137 LINCOLN ST<br>HOLLYWOOD FL 33020 | 6698<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 191343<br>PERSONS, SHIRLEY L<br>PO BOX 8233<br>ANNISTON AL 36202-0823 | 1250<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 59934<br>POWELL, DONALD R JR<br>900 WEST PARK LANE<br>FULTONDALE AL 35068 | 8434<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 195423<br>PRYOR, DERRICK L<br>6TH AVE NW<br>PO BOX 1471<br>REFORM AL 35481 | 5652<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 60645<br>PUTMAN, LINDA A<br>1538 S HWY 14<br>GREER SC 29651 | 4827<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $3,777.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 196190<br>RADLOFF, PAMELA D<br>316 HALE AVENUE, APT 34F<br>OWENSBORO KY 42301-0489 | 4371<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $800.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 196615<br>RAMOS, ANACRISTIN C<br>10818 SW 88 STREET APT R21<br>MIAMI FL 33176 | 10392<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $2,500.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197789<br>REED, RUTH E<br>11472 PARK BLVD<br>SEMINOLE FL 33772-4620 | 3172<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $2,653.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197799<br>REED, STEPHEN<br>425 S CHICKASAW TRAIL, APT 231<br>ORLANDO FL 32825-7833 | 2684<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $4,925.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197799<br>REED, STEPHEN<br>425 S CHICKASAW TRAIL, APT 231<br>ORLANDO FL 32825-7833 | 2685<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $4,925.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 198994<br>RICARDO, JORGE L<br>6195 SCOROIO CIRCLE, APT 232<br>TAMPA FL 33614 | 2514<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $75.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 199065<br>RICE, LAMEKA<br>1505 W THARPE STREET, APT 1426<br>TALLAHASSEE FL 32303 | 2123<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $1,973.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 63485<br>ROBINSON, NORRIS G<br>430 BLAKE AVE<br>SE ATLANTA GA 30316 | 4819<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $358.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 64282<br>ROMERO, MILDRED<br>500 HERITAGE CIR<br>PO BOX 440<br>PEMBROKE PINE FL 33029 | 6928<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 203599<br>ROSS, HENORA M<br>1220 BERMUDA STREET<br>CLEARWATER FL 33755-1104 | 5411<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $15,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 204462<br>RUPERT, BRITTNEY L<br>1622 MARIAH ANN CT<br>JACKSONVILLE FL 32225 | 3409<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $175.28 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 204757<br>RUTHERFORD, MARILYN K<br>3015 CORPENING CHAPEL RD<br>MORGANTON NC 28655 | 5687<br>Aserted Debtor: DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 205048<br>SAFFORLD, RAMONA D<br>749 SW 3RD PLACE<br>DANIA FL 33004<br>Counsel: ATTN MARK J MILLER ESQ | 10482<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 205391<br>SALWAY, SEYMOUR<br>80 FAIR HAVEN HILL COURT<br>GALLOWAY NJ 08205 | 2141<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $1,008.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 205771<br>SANDER, THOMAS R<br>758 PICKET WAY<br>CINCINNATI OH 45245 | 3111<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $25,200.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. SALARIED EMPLOYEES ARE NOT ENTITLED TO PAYMENT FOR UNUSED VACATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 208616<br>SENECHAL, ROBERT J<br>3963 SE 17TH PLACE<br>OCALA FL 34471 | 3237<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $227.50 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 247863<br>SEYLER, DEBRA<br>5737 SHORE BLVD S #2<br>GULFPORT FL 33707-6012 | 3698<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $689.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 208953<br>SHADE, CEDRIC J<br>714 ALAMO<br>MONTGOMERY AL 36111 | 11491<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 210080<br>SHIRLEY, TINA D<br>635 TAYLOR ST<br>CENTRAL SC 29630 | 6753<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $4,925.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 210527<br>SIERRA, MERCEDES CAMBERO<br>405 NW 37 STREET, APT 5A<br>MIAMI FL 33127 | 2516<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $150.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 218174<br>STUCKEY, ELIZABETH ANN<br>534 LAUREL GROVE LANE<br>ORANGE PARK, FL 32073 | 11936<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $67,394.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 71997<br>SUAREZ, ELISEO<br>14520 SW BUCHANAN ST<br>MIAMI FL 33176 | 5699<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 72025<br>SUBBS, EDDIE C<br>PO BOX 19<br>PLYMOUTH FL 32768 | 2198<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 72025<br>SUBBS, EDDIE C<br>PO BOX 19<br>PLYMOUTH FL 32768 | 2560<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 225153<br>TURNER, SHELBY R<br>PO BOX 502<br>COLLINSVILLE VA 24078 | 5667<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $368.32 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 407497<br>VAUGHAN, IDONA M, BENEFICIARY OF CLARENCE E VAUGHAN<br>1808 E RAMPART STREET<br>TAMPA FL 33604 | 4153<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS NO RECORD OF LIFE INSURANCE POLICY. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 227993<br>WAGES, LARRY W JR<br>11840 WALNUT LN<br>PO BOX 174<br>FOUNTAIN FL 32438 | 2941<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $2,442.33 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 228209<br>WALDRON, JEFFREY L<br>37 CANEBRAKE BLVD<br>HATTIESBURGH MS 39402-8710 | 7092<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $460.11 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 229974<br>WASHINGTON, LINDA J<br>RT 1 BOX 107 GRAY RD<br>YEMASSEE SC 29945 | 2819<br>Aserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 405943<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 | 11462<br>**Aserted Debtor:** DIXIE STORES, INC. | $3,250.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 411317<br>WEBSTER, FRANCIS AARON<br>1314 HANFORD ROAD<br>GRAHAM NC 27253 | 11511<br>**Aserted Debtor:** DIXIE STORES, INC. | $4,925.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 405942<br>WEBSTER, REBECCA A<br>1314 HANFORD RD<br>GRAHAM NC 27253 | 11510<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $4,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 234310<br>WILLIAMS, FREDA<br>PO BOX 596<br>TERRY MS 39170 | 10789<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 235037<br>WILLIAMS, PAMELA R<br>PO BOX 551307<br>ORLANDO FL 32855 | 6142<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $400.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 235281<br>WILLIAMS, SHIRLEY A<br>PO 11823<br>JACKSON MS 39283 | 2044<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 81422<br>WOOTEN, JENNIFER L<br>2380 CARTER ROAD<br>BILOXI MS 39531 | 2101<br>**Aserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $3,134.39 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 238944<br>YOUNG, DONALD L<br>PO BOX 39622-9622<br>FT LAUDERDALE FL 33339 | 11617<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $934.40 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**



| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 238966<br>YOUNG, GEORGE D<br>5200 9TH AVENUE<br>WYLAM AL 35224 | 10752<br>**Aserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | $6,500.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 239102<br>YOUNG, MELISA<br>1812 EVERGREEN DRIVE<br>CHARLOTTE NC 28208 | 1298<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 239229<br>YOUNG, WILMA A<br>401 BRADEN ST<br>HOPKINSVILLE KY 42240 | 4316<br>**Aserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

**Total Claims to be Disallowed & Recl:** **162**

**Total Amount to be Disallowed & Recl:** **$1,586,240.58** **Plus Unliquidated Amounts, If Any**

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**ORDER DISALLOWING (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on August 11, 2006, upon the Fourteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A and B (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3. The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability

---

1 In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2 All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ____ day of August, 2006 in Jacksonville, Florida.

______________________________
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve a copy of this Order on all parties who received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**