**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. | ) | Chapter 11 |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

**Notice of Appearance**

Margaret C. Lumsden, of the law firm Unti & Lumsden LLP, gives notice of her appearance in this matter for Progress Energy Carolinas, Inc. and requests that notices be served at the following address:

> Margaret C. Lumsden
> Unti & Lumsden LLP
> 302 Jefferson Street, Suite 200
> Raleigh, North Carolina  27605

This the 13th day of July, 2006.

> /s/ Margaret Lumsden
> Margaret C. Lumsden
>   NC Bar No. 15953
> Unti & Lumsden LLP
> 302 Jefferson Street, Ste 200
> Raleigh, NC 27605
> (919) 828-3966
> Fax: (919) 828-3927