**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   CASE NO. 05-03817-3F1
                                   CHAPTER 11
    Debtors.                       (JOINTLY ADMINISTERED)

_____/

**NOTICE OF CHANGE OF ATTORNEY OF RECORD AND NOTICE ADDRESS**

Christie L. Dowling, on behalf of Balch & Bingham LLP, hereby gives notice of her substitution as counsel for Salem Crossing Shopping Center, LLC, and respectfully requests that the Clerk substitute Christie L. Dowling for Elizabeth T. Baer on the service list as Ms. Baer is no longer a member of this firm and all future notices should be sent to:

Salem Crossing Shopping Center, LLC
c/o SeArrow Realty
Christie L. Dowling, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306
cdowling@balch.com

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing Notice of Change of Attorney of Record and Notice Address upon the persons listed below by United States Mail, postage prepaid and properly addressed and all others via the Court's electronic CM/ECF noticing system on the 13th day of July, 2006.

Stephen D. Busey, Esq.
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

G:\Notice of Change of Attorney.doc

Elena L Escamilla, Esq.
135 W Central Blvd., Ste 620
Orlando, FL 32806


John B. MacDonald, Esq.
AKERMAN SENTERFITT
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

                                            BALCH & BINGHAM, LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-Mail: cdowling@balch.com


/s/ Christie L. Dowling
Christie L. Dowling, Esq.

*Attorney for Red Oak Shopping Center, LCC*