# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' THIRD OMNIBUS OBJECTION TO TAX CLAIMS

The Court finds that the Response to Debtors' Third Omnibus Objection to Tax Claims filed by Jeffrey Sewell on behalf of Jefferson County, Alabama Tax Collectors, on July 12, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtors' Third Omnibus Objection to Tax Claims filed by Jeffrey Sewell on behalf of Jefferson County Alabama Tax Collectors, on July 12, 2006, is stricken from the record.

**DATED July 13, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Jeffrey Sewell, 280 Jefferson County Courthouse, 716 Richard Arrington Jr., Blvd. North, Birmingham, AL 35203