

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claim filed by United States Department of Health and Human Services (Claim no. 10662) filed by Debtors' (5872)

*Cont'd. to 8/10 @ 1:00*

*AOC NFN*

APPEARANCES:
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:                          JOHN B. MACDONALD/PATRICK PATANGAN
                                      MATTHEW S. BARR

US DEPT OF HEALTH & HUMAN SVCS:

RULING: