

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (I) Authorizing Rejection of Executory Contract with Lifetime Hoan Corporation and (II) Approving (a) Setoff and (b) Resolution of Claims filed by Debtors' (8765)

*Granted*
*Ord/Signed*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

LIFETIME HOAN CORPORATION:

RULING: