

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 1 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims (C) Unliquidated Claims and (D) Amended and Superseded Claims filed by Debtors' (8425)

       Response filed by Edens & Avant Southeast Limited Partnership (8666)

       Response filed by Moulton Properties, Inc. (8767)

       Response filed by Protective Life Insurance Company (8776)

       Response filed by American Residential Equities, Inc. (8844)

       Response filed by Dauksch Family Partnership (8964)

       Response filed by 440 Group, Ltd. and LCH Opportunities LLC (8967)

*Sustained and Cont. on objs. that are still pending*

*Orig/Signed*

APPEARANCES CONTINUED ON PAGE 4

Case 3:05-bk-03817-JAF    Doc 9179    Filed 07/13/06    Page 2 of 4



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Royal Oaks Brandon, Ltd (8968)

Response filed by Prudential Insurance Company of America (8973)

Response filed by Leesburg Bansal, LLC (8976)

Response filed by New Plan Excel Realty Trust and Aronov Realty Mgmt, Inc. (8981)

Response filed by Delta Investments (9007)

Response filed by Rosemyr Corporation (9008)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 13, 2006
1:00 P.M.

**PRO MEMO**

| | |
|---|---|
| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Page 3 of 4 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Response by Estate of H.C. Plunkett (9014)**

**Response by E. Lee Barran, et al (9015 and 9017)**

**Response by Skinners of Point Meadows, Inc. (9016)**

**Response by Fountain Columbus Associates, LLC (9019)**

**Response by Merrill Lynch Pierce Fenner & Smith (9059) - untimely filed**



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                             Page 4 of 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| | |
| EDENS & AVANT SE LIMITED PARTNERSHIP: | ADAM FRISCH |
| MOULTON PROPERTIES, INC: | RICK THAMES |
| PROTECTIVE LIFE INSURANCE CO: | CHARLES S. MCCALL |
| AMERICAN RESIDENTIAL EQUITIES, INC: | ALAN WEISS |
| DAUKSCH FAMILY PARTNERSHIP: | RICK THAMES |
| 440 GROUP, LTD & LCH OPPORTUNITIES LLC: | JAMES CURE |
| ROYAL OAKS BRANDON, LTD: | JAY VERONA |
| PRUDENTIAL INSURANCE CO. OF AMERICA: | ADAM FRISCH |
| LEESBURG BANSAL, LLC: | |
| NEW PLAN EXCEL REALTY TRUST & ARONOV REALTY MANAGEMENT INC: | DAVID POLLACK |
| DELTA INVESTMENTS: | MICHAEL MARKHAM |
| ROSEMYR CORPORATION: | MICHAEL MARKHAM |
| ESTATE OF H.C. PLUNKETT: | ADAM FRISCH |
| E. LEE BARRAN, ET AL: | MICHAEL EDWARDS |
| SKINNERS OF POINT MEADOWS, INC: | BETSY COX |
| FOUNTAIN COLUMBUS ASSOCIATES, LLC: | EARL M. BARKER, JR. |
| MERRILL LYNCH PIERCE FENNER & SMITH: | CHRISTIE DOWLING |

RULING: