

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Termination Agreement (Store no. 276) filed by Debtors (8061)

Objection to Motion filed by Morris Tract Corp. and Williston Highland Development Corp. (8132) – resolved

Granted
Ord/Signed

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
MORRIS TRACT CORP. & WILLISTON
  HIGHLAND DEVELOPMENT CORP:   PETER RUSSIN

RULING: