

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases that were Assigned Prepetition filed by Debtors (8756)

Objection to Motion filed by Brookshire Grocery Company (9006) - *resolved*

Objection to Motion filed by Fiesta Mart, Inc. (9021) - *resolved*

*Granted*
*Ord/Signed*

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR
BROOKSHIRE GROCERY COMPANY:  C. LUCKEY MCDOWELL
FIESTA MART, INC:                        MICHAEL DURRSCHMIDT

RULING: