

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Rejection of (I) Three Non-Residential Real Property leases that were assigned Prepetition and (II) the related Assignment Agreements filed by Debtors' (8762)

2435, 1371 — *Granted Ord/Signed*

Objection to Motion filed by 1997 Properties, Inc. (9013) 1327 — *Cont'd. to 7/27 @ 1:00*

Objection to Motion filed by Brookshire Grocery Company (9006) 2435, 1371 — *resolved*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

1997 PROPERTIES, INC.:  RICHARD MONTAGUE
BROOKSHIRE GROCERY CO:  C. LUCKEY MCDOWELL

RULING: