

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 13, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Leave to file Proofs of Claim without Prejudice (4283)

Objection to Motion filed by Debtors (5874)

Objection to Motion filed by Creditors' Committee (5887)

Cont'd. to 8/24 @ 1:00
ADCNFN

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

FLORIDA TAX COLLECTORS:  BRIAN FITZGERALD

RULING: