UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL
REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION**

These cases came before the Court for hearing on July 13, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection, effective as of the Petition Date, of the leases listed on Exhibit A that were assigned prepetition (the "Assigned Leases") (the "Motion"). On July 6, 2006, Brookshire Grocery Company and Fiesta Mart, Inc. each filed an objection to the Motion (collectively, the "Objections"). The Court has reviewed the Motion and considered the representations of counsel. Upon the representation of counsel for the Debtors that the Objections have been resolved by revisions to this Order, and without objection from the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1.   The Motion is granted.

---

[1]   All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2. The Debtors are authorized to reject the Assigned Leases pursuant to 11 U.S.C. § 365(a), and the Assigned Leases are deemed rejected effective as of the Petition Date.

3. To the extent the objecting parties have not yet withdrawn the Objections, the Objections are overruled.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Assigned Leases, whether or not related to the Assigned Leases.

5. Notwithstanding anything to the contrary in this Order, nothing in this Order shall affect the validity of the assignment of the Assigned Leases to the Assignees, the Assignees' rights and obligations under the respective Assigned Leases and Related Documents, or constitute a breach or default by the Assignee of the Assigned Leases and Related Documents.

6. For any Landlord who has not already filed a proof of claim for rejection damages under the applicable Assigned Lease or Related Documents, claims for any rejection damages (a) resulting from the rejection of such Assigned Lease or (b) allegedly arising under the Related Documents, must be filed within 30 days after the date of entry of this Order.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 13 day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.

# EXHIBIT A

## ASSIGNED LEASES FOR REJECTION

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 155 | 5633 HIGHWAY 21 SOUTH RINCON, GA 31326 | RINCON ASSOCIATES | 7/24/95 | KROGER LIMITED PARTNERSHIP |
| 444 | 15160 HWY 43 BYPASS, N.E. RUSSELVILLE, AL 35654 | MACON W. GRAVLEE, JR. | 1/10/01 | HOUCHENS INDUSTRIES, INC. |
| 841 | 1202 W. BROAD STREET ELIZABETHTOWN, NC 28337 | TOWN COMMON ASSOCIATES | 12/11/92 | FOOD LION, LLC |
| 865 | US 70 WEST HAVELOCK, NC 28532 | GENE A & MILDRED A JACKSON | 11/30/83 | FOOD LION, LLC |
| 896 | 1727 W CUMBERLAND ST DUNN, NC 28334 | BAYVIEW LOAN SERVICING LLC | 7/30/86 | FOOD LION, LLC |
| 896 (GL) | 1727 W CUMBERLAND ST DUNN, NC 28334 | TRL PROPERTIES LLC (GROUND LEASE) | 2/8/85 | FOOD LION, LLC |
| 899 | 300-C VIRGINIA ROAD EDENTON, NC 27932 | CAMERON EDENTON CO | 5/25/88 | FARMER'S FOODS OF NORTH CAROLINA, LLC |
| 910 | 830 HALSTEAD BLVD. ELIZABETH CITY, NC 27909 | ELIZABETH CITY ASSOCIATES, 10 CROSSROADS PLAZA, WEST HARTFORD, CT 06117 | 2/5/1982 | FOOD LION, LLC |
| 943 | 951 FAIRYSTONE PARK HIGHWAY STANLEYTOWN, VA 24168 | RIDGEWOOD SQUARE LLC | 8/18/86 | FOOD LION, LLC |
| 944 | 1461 S BOSTON ROAD DANVILLE, VA 24540 | CAIN CREEK SHOPPING CENTER ASS | 7/18/84 | FOOD LION, LLC |
| 945 | 1013 VIRGINIA AVE CLARKSVILLE, VA 23927 | CLARKSVILLE 99-VA LLC, 609 SHERIDAN ROAD, WINNETKA, IL 60093 | 8/26/99 | FOOD LION, LLC |

1

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 961 | 4511 JOHN TYLER HWY WILLIAMSBURG, VA 23185 | WTVA LTD | 12/27/93 | FF ACQUISITION, LLC |
| 962 | 715 EAST ATLANTIC STREET SOUTH HILL, VA 23970 | SOUTH HILL COMPANY LLC | 8/16/91 | FOOD LION, LLC |
| 964 | 8500 PHILLPOTT HIGHWAY RIDGEWAY, VA 24148 | LEATHERWOOD CROSSING INC | 12/14/92 | FOOD LION, LLC |
| 978 | 1479 SOUTH MAIN STREET FARMVILLE, VA 23901 | FARMVILLE PARTNERS LLC | 12/14/71 | FOOD LION, LLC |
| 985 | 6500-C G.W. MEMORIAL HWY. YORKTOWN, VA 23692 | FRANCIS CARRINGTON | 10/31/95 | FF ACQUISITION, LLC |
| 994 | 30 TOWNE CENTRE WAY HAMPTON, VA 23666 | GEM BIG BETHEL LLC | 2/4/97 | FF ACQUISITION, LLC |
| 1307 | 653 DULING ST. JACKSON, MS 39216 | CARROLL & THOMPSON INC. | 2/25/97 | G & K FOODS, INC. |
| 1312 | 1204-10 W. CAPITOL ST. JACKSON, MS 39203 | RM SMITH INVESTMENTS, LP | 11/23/71 | NEW DEAL SUPERMARKETS, INC. |
| 1319 | 2875 MCDOWELL SQUARE JACKSON, MS 39204 | SOUTHWOOD REALTY CO | 7/6/72 | G & K FOODS, INC. |
| 1339 | 105 HWY 45 NORTH ABERDEEN, MS 39730 | LANDMARK ENTERPRISES | 7/2/76 | TRIPLE V, INC. |
| 1340 | 210 HWY 9 NORTH EUPORA, MS 39744 | EUPORA SHOPPING CENTER | 5/19/90 | CHANDLER'S OF WEIR, INC. |
| 1344 | 122 PORT GIBSON ST. RAYMOND, MS 39154 | OPAL LEE SMITH & SARA N JORDAN & CYNTHIA SMITH NORFLEET | 10/1/96 | ROBERTS COMPANY, INC. |
| 1367 | 901 COMMERCE PLAZA CLARKSDALE, MS 38614 | HUGGINS & WALKER INC | 12/31/80 | A & S SUPPLY COMPANY, INC. |
| 1633 | 1600 LEESTOWN PIKE LEXINGTON, KY 40508 | PALM LAKES LLC | 5/21/87 | EW JAMES INC. |

2

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 1638 | 1250 BARDSTOWN ROAD LOUISVILLE, KY 40204 | SANDRA J. METTS & MARVIN M. SOTSKY | 7/14/80 | BUEHLER OF KENTUCKY, LLC |
| 1640 | 1265 GOSS AVENUE LOUISVILLE, KY 40217 | KINGFISH GERMANTOWN LLC | 8/9/88 | BUEHLER OF KENTUCKY, LLC |
| 1647 | ROUTE 4 MANCHESTER SQ. BOX 600 MANCHESTER, KY 40962 | MANCHESTER MALL ASSOCIATES, LP | 6/10/81 | KCR LIMITED, INC. |
| 1675 | 690 UNIVERSITY DRIVE RICHMOND, KY 40475 | USC OF RICHMOND LLC | 10/18/95 | EW JAMES INC. |
| 1681 | STATE HIGHWAY 15 JACKSON, KY 41339 | JACKSON JUNCTION LTD | 7/6/83 | FOODTOWN SUPERMARKETS OF KENTUCKY, INC. |
| 1684 | US HWY 25E BARBOURVILLE, KY 40906 | BARBOURVILLE SHOPPING CENTER INC. | 11/4/87 | HOUCHENS INDUSTRIES, INC. |
| 1690 | 200 ST JOHN ROAD ELIZABETHTOWN, KY 42701 | ELIZABETHTOWN COMMERCIAL PROPERTIES, LLC | 10/15/87 | EW JAMES INC. |
| 1705 | 550 OLD STATE ROUTE 74 CINCINNATI, OH 45244 | WD MOUNT CARMEL LLC | 3/4/98 | KROGER LIMITED PARTNERSHIP |
| 1706 | 9950 BERBERICH DRIVE FLORENCE, KY 41042 | WD FLORENCE PORTFOLIO LP | 7/3/96 | KROGER LIMITED PARTNERSHIP |
| 1707 | 7172 CINCINNATI - DAYTON RD WESTCHESTER, OH 45069 | WD WESTCHESTER LLC | 3/4/98 | KROGER LIMITED PARTNERSHIP |
| 1708 | 6725 DICK FLYNN BLVD GOSHEN, OH 45122 | GOSHEN STATION LTD | 6/22/02 | KROGER LIMITED PARTNERSHIP |
| 1753 | 4500 MONTGOMERY ROAD CINCINNATI, OH 45212 | SURREY SQUARE PARTNERS | 8/24/74 | KROGER LIMITED PARTNERSHIP |
| 1765 | 4900 HUNT ROAD CINCINNATI, OH 45242 | BLUE ASH STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 1767 | 3491 NORTH BEND ROAD CINCINNATI, OH 45239 | MONFORT HEIGHTS STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |
| 1770 | 11390 MONTGOMERY ROAD CINCINNATI, OH 45249 | TOWNE INVESTMENT COMPANY | 1/25/79 | KROGER LIMITED PARTNERSHIP |
| 1774 | 3872 PAXTON AVENUE CINCINNATI, OH 45209 | HYDE PARK PARTNERS, LP | 8/27/91 | SUPERVALU HOLDINGS |
| 1777 | 1260 OHIO PIKE AMELIA, OH 45102 | AMELIA STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |
| 1999 | 10599 JONESBRIDGE RD ALPHARETTA, GA 30201 | GWINNETT PRADO LP | 8/25/88 | STEINMART |
| 2401 | 3220 N. MAIN STREET FORT WORTH, TX 76106 | TSCA 3 LIMITED PARTNERSHIP | 8/29/76 | GROCER'S SUPPLY |
| 2402 | 501 EAST BROADWAY SWEETWATER, TX 79556 | J C PACE LTD | 9/10/93 | BROOKSHIRE GROCERY COMPANY |
| 2405 | 511 N STEWARD ROAD AZLE, TX 76020 | JD TRULY & DOROTHY C. TRULY | 7/29/85 | BROOKSHIRE GROCERY COMPANY |
| 2407 | 7201 GRAPEVINE HIGHWAY NORTH RICHLAND HILLS, TX 76054 | JAY SCHUMINSKY TRUST | 11/16/66 | KROGER TEXAS LP |
| 2411 | 3320 MANSFIELD HIGHWAY FOREST HILL, TX 76119 | CENTER AMERICA CAPITAL PARTNER | 7/6/73 | FIESTA MART, INC. |
| 2417 | 2525 WEST I-20 GRAND PRAIRIE, TX 75052 | PORCUPINE WD4, LLC | 3/4/98 | KROGER TEXAS LP |
| 2418 | 5434 I-20 WEST WILLOW PARK, TX 76087 | DANIEL G. KAMIN | 3/4/98 | BROOKSHIRE GROCERY COMPANY |
| 2422 | 2700 8TH AVENUE FORT WORTH, TX 76110 | DANIEL G. KAMIN | 3/4/98 | FIESTA MART, INC. |
| 2430 | 1400 Austin Ave. Brownwood, TX 76801 | MUSGRAVE HOLDINGS LTD | 4/22/85 | BROOKSHIRE GROCERY COMPANY |
| 2431 | 205 N. COMMERCE ARDMORE, OK 73401 | TABANI ADMORE OK LLC | 3/14/97 | GLN OF ARDMORE, INC. |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 2440 | 6479 CAMP BOWIE BLVD<br>FORT WORTH, TX 76116 | US STEEL RETIREMENT PLAN | 6/29/72 | KROGER TEXAS LP |
| 2441 | 1320 NORTH 25TH STREET<br>WACO, TX 76707 | SOUTHLAND WACO WD | 8/25/94 | FIESTA MART, INC. |
| 2442 | 1701 RANDOL MILL ROAD<br>ARLINGTON, TX 76012 | FIELDER PLAZA SHOPPING CENTER | 12/27/72 | RANDALL'S FOOD & DRUG LP |
| 2444 | 708 E. PIPELINE RD<br>Hurst, TX 76053 | UNITED COMMERCIAL MORTGAGE COR | 12/2/96 | KROGER TEXAS LP |
| 2448 | 500 HIGHWAY 199 EAST<br>SPRINGTOWN, TX 76082 | JET REALTY LLC & LUCAS SPRINGTOWN JV | 7/8/96 | BROOKSHIRE GROCERY COMPANY |
| 2450 | 320 EAST MAIN<br>CROWLEY, TX 76036 | CSFB 2000 FL1 CROWLEY LIMITED | 11/6/86 | BROOKSHIRE GROCERY COMPANY |
| 2451 | 2210 S. FIELDER RD<br>ARLINGTON, TX 76013 | FIELDER-303 PARTNERS LTD | 5/17/95 | KROGER TEXAS LP |
| 2454 | 1301 SOUTH MORGAN<br>GRANBURY, TX 76048 | J C PACE LTD | 3/31/99 | BROOKSHIRE GROCERY COMPANY |
| 2459 | 1300 EAST PIONEER PARKWAY<br>ARLINGTON, TX 76014 | CW CAPITAL LLC | 8/25/94 | FIESTA MART, INC. |
| 2460 | 6513 MEADOWBROOK<br>FORT WORTH, TX 76112 | ROYAL INDEMNITY COMPANY | 8/29/76 | WALMART REAL ESTATE BUSINESS TRUST |
| 2467 | 719 I-35 EAST SOUTH<br>DENTON, TX 76205 | D S PARTNERS LP | 6/13/84 | BROOKSHIRE GROCERY COMPANY |
| 2470 | 3770 BELTLINE ROAD<br>ADDISON, TX 75001 | THE COMMONS AT CLIFF CREEK LTD | 4/20/93 | KROGER TEXAS LP |
| 2477 | 219 SOUTH PALESTINE STREET<br>ATHENS, TX 75751 | TRI-STATE-LAST KNOWN PARTY | 4/29/76 | BROOKSHIRE GROCERY COMPANY |
| 2478 | 194 GARRET MORRIS PARKWAY<br>MINERAL WELLS, TX 76067 | CROSSING JOINT VENTURE | 6/14/85 | BROOKSHIRE GROCERY COMPANY |
| 2479 | 6805 NORTH MAIN<br>THE COLONY, TX 75056 | PAUL & ELEANOR SADE TRUSTEES | 6/9/87 | KROGER TEXAS LP |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 2481 | 6708 LAKE WORTH BLVD. LAKE WORTH, TX 76135 | UNITED COMMERCIAL MORTGAGE COR | 12/2/96 | BROOKSHIRE GROCERY COMPANY |
| 2482 | 6750 FOREST HILLS DRIVE FOREST HILL, TX 76140 | FOREST HILL-WD LTD | 10/29/96 | BROOKSHIRE GROCERY COMPANY |
| 2484 | 2334 BUCKINGHAM GARLAND, TX 75042 | ACRON USA FONDS SHILOH SQUARE | 12/5/96 | RANDALL'S FOOD & DRUG LP |
| 2488 | 3164 FIFTH STREET WICHITA FALLS, TX 76301 | SAFEWAY INC PROPERTY DEVELOPM | 11/1/82 | BROOKSHIRE GROCERY COMPANY |
| 2489 | 3801 JACKSBORO HIGHWAY WICHITA FALLS, TX 76302 | SAFEWAY INC PROP DEV ASSOC | 9/27/91 | BROOKSHIRE GROCERY COMPANY |
| 2493 | 1919 FAITHON LUCAS MESQUITE, TX 75181 | WILLIAM L HUNTLEY TRUST | 12/4/97 | KROGER TEXAS LP |
| 2515 | 1231 WASHINGTON DURANT, OK 74701 | TRENT INVESTMENTS INC | 7/24/79 | GLN OF DURANT |
| 2576 | 201 COLSTON DRIVE MARIETTA, OK 73448 | SITTON PROPERTIES L L C | 12/11/84 | GLN OF MARIETTA, INC. |
| 2598 | 9461 HIGHWAY 377 SOUTH BENBROOK, TX 76126 | RONALD D BACHRACH | 3/31/78 | BROOKSHIRE GROCERY COMPANY |