**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No.  05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**ORDER GRANTING MOTION FOR**
**APPROVAL OF TERMINATION AGREEMENT**

These cases came before the Court on the Motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), for an order under 11 U.S.C. §363(b), approving an early termination of lease agreement for Store Number 276 (the "Motion"). On May 31, 2006, The Morris Tract Corp., The Williston Highlands Development Corp., and The Morris Tract Corp. doing business as Newport Partners (collectively, "Newport Partners"), filed an objection to the Motion (Docket No. 8132) (the "Objection"). The Court has reviewed the Motion and heard the representations of counsel.   Upon the representation of counsel for the Debtors that the Objection has been resolved by revisions to the Agreement and this Order, and without objection by the United States Trustee or any other interested party, it is

ORDERED:

    1.    The Motion is granted.

    2.    The early termination of lease agreement (the "Agreement"), is approved.

    3.    The Debtors are authorized to enter into the Agreement and perform their obligations under the Agreement.

    4.    Upon the termination of the Lease, the Debtors have no further liability under the Lease and all non-debtor parties to the Lease are forever enjoined and estopped from asserting any default or other liability against the Debtors under the Lease.

5.     Notwithstanding anything in the contrary in the Motion or this Order, the Agreement will not include the Debtors' assignment or other transfer of any reciprocal parking easements.

6.     In the event Newport Partners obtains a judgment against the Debtors in the adversary proceeding styled *Winn Dixie, Inc., et al. v. The Morris Tract Corp., a Florida corporation, The Williston Highlands Development Corp., a Florida corporation, and the Morris Tract Corp., doing business as Newport Partners, doing business as Partnership/Newport Motel* (adversary proceeding number 05-00317-JAF), and it is determined that the Debtors may not assume a non-residential lease on the parcel of real property owned by the Newport Partners and located at 3275 Coral Way, Miami, FL (the "Property"),[1] then the Agreement approved by this Court shall not be binding upon the Newport Partners or their agents, affiliates, representatives, assigns or tenants.

7.     To the extent Newport Partners has not yet withdrawn its Objection, the Objection is overruled.

8.     The Court retains exclusive jurisdiction to (a) enforce and implement the Agreement, (b) resolve any disputes, controversies or claims arising out of or relating to the Agreement, and (c) interpret, implement and enforce the provisions of this Order.

Dated this 13 day of ~~August,~~ July 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.

00532777.4

---

[1] The legal description of the Property is attached as Exhibit "A."

## PARCEL 1

That portion of Tract C of CORAL GATE SECTION D, according to the Plat thereof as recorded in Plat Book 50 at Page 34 of the Public Records of Dade County, Florida, being more particularly described as follows:

Commence at the Northeast corner of said Tract C, thence run South 0°54'46" East along the East boundary of said Tract C a distance of 431.02 feet to a point of curvature of a circular curve concave to the Northwest having a radius of 25.00 feet; thence Southwesterly along the arc of said curve, through a central angle of 90°54'46" an arc distance of 39.67 feet to the point of tangency of said curve, said point being on the South boundary line of said Tract C, thence run West along said South boundary line of Tract C a distance of 240.22 feet to the point of beginning of the parcel of land hereinafter described; thence leaving said South boundary line of Tract C North 0°54'46" West a distance of 101.42 feet; thence run North a distance of 315.80 feet to the Northerly boundary line of said Tract C, thence South 74°30'00" West along said Northerly boundary line a distance of 424.92 feet to a point on a curve concave to the Southwest having a radius of 658.03 feet, said point being on the Westerly boundary line of said Tract C; thence run Southerly along said West boundary line and the arc of said curve, through a central angle of 04°59'33" an arc distance of 57.34 feet to the point of tangency of said curve; thence run South along said West boundary line a distance of 221.38 feet to the beginning of a circular curve concave to the Northeast, having a radius of 25.00 feet; thence Southeasterly along the arc of said curve, through a central angle of 90°00'00" an arc distance of 39.27 feet to the point of tangency of said curve, said point being on the South boundary line of said Tract C; thence run East along said South boundary line, a distance of 383.60 feet to the point of beginning.

Exhibit "A"

## PARCEL 2

A portion of Tract C of CORAL GATE SECTION D, according to the Plat thereof as recorded in Plat Book 50 at Page 34 of the Public Records of Dade County, Florida, described as follows:

> Commence at the Northeast corner of Tract C; thence South 0°54'46" East along the East line of said Tract C for 431.02 feet to a point of curvature of a circular curve to the right; thence Southeasterly, Southerly, Southwesterly and Westerly along the arc of said curve to the right having a radius of 25.00 feet and a central angle of 90°54'46" for 39.67 feet to the point of tangency, said point being on the Southerly line of said Tract C; thence West along the previously described line for 174.60 feet to the point of beginning of the hereinafter described parcel; thence continue West for 65.62 feet; thence North 0°54'46" West along a line that is parallel with the East line of said Tract C for 101.42 feet; thence East along a line that is parallel with the South line of said Tract C for 65.62 feet; thence South 0°54'46" East along a line that is parallel with the East line of said Tract C for 101.42 feet to the point of beginning. Containing 0.15 acres more or less, and

A portion of Tract C of CORAL GATE SECTION D, according to the Plat thereof as recorded in Plat Book 50 at Page 34 of the Public Records of Dade County, Florida, described as follows:

> Commence at the Northeast corner of Tract C; thence South 0°54'46" East along the East line of said Tract C for 431.02 feet to a point of curvature of a circular curve to the right; thence Southeasterly, Southerly, Southwesterly and Westerly along the arc of said curve to the right having a radius of 25.00 feet and a central angle of 90°54'46" for 39.67 feet to the point of tangency, said point being on the Southerly line of said Tract C; thence West along the previously described line for 174.60 feet; thence North 0°54'46" West along a line that is parallel to the East line of said Tract C for 101.42 feet to the point of beginning of the hereinafter described parcel; thence continue North 0°54'46" West along the previously described line for 50.00 feet; thence West along a line that is parallel to the South line of said Tract C for 64.83 feet; thence South for 50.00 feet; thence East along a line parallel to the South line of said Tract C for 65.62 feet to the point of beginning. Containing 0.07 acres more or less.