UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT
WITH LIFETIME HOAN CORPORATION AND APPROVING
SETOFF AND RESOLUTION OF CLAIMS**

These cases came before the Court for hearing on July 13, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 362, 365(a), 502 and 553 (i) authorizing the rejection of a prepetition supply agreement dated August 2, 2003 with Lifetime Hoan Corporation (the "Prepetition Supply Agreement"), effective as of July 14, 2006, and (ii) approving (a) the setoff of mutual obligations and (b) the resolution of associated claims (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Prepetition Supply Agreement pursuant to 11 U.S.C. § 365(a), and the Prepetition Supply Agreement is rejected, effective as of July 14, 2006.

3.      Proof of claim no. 6177 (the "Proof of Claim") filed in the amount of $135,649.70 shall be setoff against the Debtors' accrued prepetition credits in the amount of $44,402.93, which setoff is approved under 11 U.S.C. §§ 362 and 553, with the result that the Proof of Claim shall be reduced and allowed in the amount of $91,246.77.

4.      The claim scheduled by Winn-Dixie Procurement, Inc. on behalf of Lifetime Hoan Corporation in the amount of $91,246.77 shall be disallowed and expunged in its entirety.

5.      Lifetime Hoan Corporation shall have no rejection damages claim against the Debtors resulting from the rejection of the Prepetition Supply Agreement. All other claims that Lifetime Hoan Corporation has or may have had against the Debtors (except for the agreed general unsecured claim in the amount of $91.246.77 and any unpaid postpetition invoices) are waived.

6.      Nothing in this Order constitutes a waiver of any claims the Debtors may have against Lifetime Hoan Corporation, whether or not related to the Prepetition Supply Agreement.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 13 day of July, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2