IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

```
-------------------------------------------------------------x
In re                                         :
                                              :         Chapter 11
                                              :
WINN-DIXIE STORES, INC., et al.,              :         Case No. 05-03817
                                              :
                    Debtors.                  :         (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**REQUEST FOR REMOVAL FROM MATRIX
AND REQUEST TO STOP ELECTRONIC NOTICE**

Judith Elkin of Haynes and Boone, LLP hereby files this Request for Removal From Matrix and Request to Stop Electronic Notice, and requests that the following name, address and email address be removed from the matrix and from the Court's electronic noticing system for this case:

> Judith Elkin
> HAYNES AND BOONE, LLP
> 399 Park Avenue
> New York, NY 10022-4614
> Telephone: (212) 659-7300
> Facsimile: (212) 918-8989
> Judith.Elkin@haynesboone.com

Dated: July 13, 2006.

          /s/ Judith Elkin
HAYNES AND BOONE, L.L.P.
Judith Elkin (JE-4112)
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was served upon all parties on the attached Service List by United States first class mail, postage prepaid, in accordance with the Federal Rules of Bankruptcy Procedure on this 13th day of July, 2006.

/s/    Judith Elkin

**SERVICE LIST**

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303

James H. Post
Stephen D. Busey
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Elena L. Escamilla
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Logan and Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043