**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN DIXIE STORES, INC., et al.,      Chapter 11

    Debtors.      Case No. 05-03817-3F1
                                                           (Jointly Administered)
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION BY LANDLORD**
**WESTON SHOPPING CENTER TO DEBTORS' PROPOSED CURE**
**AMOUNT FOR STORE NO. 310**

Weston Road Shopping Center, LLC, the Landlord of Store 310, through undersigned counsel, hereby withdraws its objection to Debtors' proposed cure amount for Store No. 310 (C.P.#7416) filed on April 25, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served on this 13th day of July, 2006 via US. Mail to the parties on the attached service list.

                                      Respectfully submitted,

                                      GENOVESE JOBLOVE & BATTISTA, P.A.
                                      Counsel for Weston Road Shopping Center, LLC
                                      200 East Broward Boulevard, Suite 1135
                                      Ft. Lauderdale, Florida 33301
                                      Telephone: (954) 453-8000
                                      Facsimile:   (954) 453-8010

                                      /s/ David N. Stern
                                      David N. Stern
                                      Florida Bar No. 040398

## SERVICE LIST

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla, Esq.
Office of the U.S. Trustee-JAX
135 W. Central Boulevard,  Suite 620
Orlando, FL 32801