UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER DIRECTING
MEDIATION AND APPOINTING MEDIATOR

This cause came before the Court on May 18, 2006 upon the Case Management Conference relating to Debtors' Objection to Claims filed by State of Louisiana Department of Revenue (Claim Nos. 456 and 457) (Docket No. 7392). Upon consideration, and it appearing to the Court that this contested matter is suitable for mediation, and by consent of the parties, it is

ORDERED:

1. This contested matter is directed to mediation for possible resolution.

2. Except as provided in this Order, this mediation will be conducted pursuant to M.D. Fla. L.B.R. 9019-2(d) (e) (g) (h) (i) and (k).

3. John W. Perry, Jr., Esq., is appointed to serve as the Mediator.

4. Unless the parties agree to an alternative date and/or location, the mediation conference will be held as follows:

Date: August 31, 2006,

Time: 10:00 a.m.

{N1518358.1}                                1

Place: Jones Walker
Four United Plaza
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana 70809

-or-

Louisiana Department of Revenue
617 N. 3rd Street
Baton Rouge, Louisiana 70802

5. The parties directed to attend this mediation are:

   1. State of Louisiana Department of Revenue – Claimant; and
   2. Winn-Dixie Stores, Inc. – Debtor.

6. The personal attendance of trial counsel and all parties is mandatory. The parties will appear with full authority to resolve the matter.

7. In addition to the mediation of Claim Nos. 456 and 457, the parties may, but are not required to, also mediate the contested matters relating to Debtors' Objection to Claims filed by State of Louisiana Department of Revenue (Claim Nos. 455, 459, 463, 6205 and 6206) (Docket No. 7513).

8. Not less than ten days before the mediation conference, each party shall furnish a confidential written summary of the facts and issues and current status of negotiations to the mediator ("Statements"). Each party's statement shall be furnished solely to the mediator and shall not be provided to the other party. The Statements shall not be filed with the Court and the mediator shall not disclose the contents of the mediation statements without the consent of both parties.

9. The mediator will be compensated at the rate of $300 per hour and an administrative fee of $300. Final payment for mediation will be allocated equally between the parties and made within 30 days of receipt of statement from mediator.

10. The participation by the parties in this Consent Order and the mediation conference does not constitute a waiver of any of the parties' rights or defenses in this case.

DATED this 13 day of July, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve a copy
of this Order on all interested parties.