UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 05-03817-3FL |
| WINN-DIXIE STORES, INC. | * | |
| | * | |
| | * | CHAPTER 11 |
| DEBTOR. | * | |

NOTICE OF APPEARANCE

Comes now, Tuscaloosa County, AL Tax Collector, by and through their attorneys, W. Marcus Brakefield and Kristofor D. Sodergren, of Hubbard, Smith, McIlwain, Brakefield & Browder, P.C., and files this appearance and further requests that their names and addresses be added to the mailing matrix in order that the undersigned may receive copies of Court notices, hearing dates, and other information distributed by the Clerk in this proceeding.

The proper address for the undersigned is as follows:

Tuscaloosa County, AL Tax Collector
c/o W. Marcus Brakefield, Esq.
Post Office Box 2427
Tuscaloosa, AL 35403

Respectfully submitted,

_____
W. Marcus Brakefield
Attorney for Tuscaloosa County, AL Tax Collector
Our File No. 36500.0639

OF COUNSEL
HUBBARD, SMITH, MCILWAIN,
BRAKEFIELD & BROWDER, P.C.
808 Lurleen Wallace Blvd., N.
Post Office Box 2427
Tuscaloosa, Alabama 35403

Telephone: (205) 345-6789

CERTIFICATE OF SERVICE

       This is to certify that I have this day served:

D. J. Baker
SKADDEN, ARPS, SLATE,
MEAGGER & FLOM, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
SMITH, HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

with a copy of the above Appearance by electronically filing and by depositing a copy of same in a preadressed, prestamped envelope with adequate postage prepaid thereon and properly addressed to them.

       This the ___14th___ day of ___July___, 2006.

                                            _____
                                            W. Marcus Brakefield
                                            Of Counsel For Tuscaloosa County, AL Tax Collector