**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05−bk−03817−JAF
                                                                        Chapter 11

Winn−Dixie Stores, Inc


              Debtor(s)            /


### NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by SES Group Miami Springs, Ltd. is rescheduled to October 16, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated July 14, 2006 .

                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202


Copies furnished to:
Attorneys for Debtor
Debtor
U.S. Trustee
Bradley Markey, Attorney for Movant
Counsel for Official Commitee of Unsecured Creditors