UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO.:   3:05-bk-03817-JAF

Winn-Dixie Stores, Inc., et al.,                    CHAPTER 11

    Debtors.                                   JOINTLY ADMINISTERED
_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

**GrayRobinson, P.A.** gives notice of its appearance as counsel of record for creditor and party in interest, **Dougherty County Tax Commissioner,** and requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on **Dougherty County Tax Commissioner** also be served on it in care of the undersigned counsel.

                                          GRAY/ROBINSON, P.A.

                                          By: _____
                                          Jason B. Burnett
                                          Florida Bar No.: 822663
                                          50 North Laura Street, Suite 1675
                                          Jacksonville, Florida 32202
                                          Telephone: 904-632-8484
                                          Facsimile: 904-632-8488

                                          Counsel for Creditor
                                          **Dougherty County Tax Commissioner**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of July, 2006, a true copy of the attached Notice of Appearance and Request for Service of Notices has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

_____
Attorney

# 7709 v1