UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    CASE NO.:   3:05-bk-03817-JAF

Winn-Dixie Stores, Inc., et al.,                          CHAPTER 11

      Debtors.                                        JOINTLY ADMINISTERED
_____/

### DOUGHERTY COUNTY TAX COMMISSIONER'S RESPONSE IN OPPOSITION TO DEBTORS' THIRD OMNIBUS OBJECTION TO TAX CLAIMS

The Dougherty County Tax Commissioner ("Dougherty County") files this Response in Opposition to the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities ("Third Omnibus Objection to Tax Claims") and states:

1. Dougherty County filed its Proof of Claim for taxes in the amount of $85,404.47 on or about June 10, 2005. Dougherty County subsequently amended that Proof of Claim to $81,400.99 as of September 22, 2005.

2. On June 26, 2006, the Debtors in the above-referenced case filed their Third Omnibus Objection to Tax Claims.

3. The Third Omnibus Objection to Tax Claims seeks to reduce the tax claim of Dougherty County for the year 2004 and revise the assessed taxes for the year 2005.

4. Dougherty County respectfully asserts that the taxes assessed for the years 2004, 2005 and prospectively for 2006 are correct.

5. Dougherty County respectfully requests an evidentiary hearing with regard to the Debtors' Third Omnibus Objection to Tax Claims.

Respectfully submitted this 14th day of July, 2006.

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Counsel for Creditor
**Dougherty County Tax Commissioner**

### CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of July, 2006, a true copy of the attached Notice of Appearance and Request for Service of Notices has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd, Room 620
Orlando, FL 32801

_____
Attorney

\710052\1 - # 7733 v1