[3902a] [Notice of Continued or Rescheduled Hearing]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05−bk−03817−JAF
                                                                Chapter 11

Winn−Dixie Stores, Inc

_____ Debtor(s) _____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by SES Group Miami Springs, Ltd. is rescheduled to October 16, 2006 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated July 14, 2006 .

                         Lee Ann Bennett, Clerk of Court

                         300 North Hogan Street Suite 3−350
                         Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
Debtor
U.S. Trustee
Bradley Markey, Attorney for Movant
Counsel for Official Commitee of Unsecured Creditors

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 113A-3          User: baldws          Page 1 of 1              Date Rcvd: Jul 14, 2006
Case: 05-03817                Form ID: 3902a         Total Served: 2
```

```
The following entities were served by first class mail on Jul 16, 2006.
aty           +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
              +Bradley Markey,   50 N. Laura St. Suite 1600,   Jacksonville, FL 32202-3614
```

```
The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2006**                          **Signature:**        _Joseph Speetjens_