Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M EASTERN TIME<br>GOV. ENTITY - AUG. 2? |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: Winn-Dixie Stores, Inc.     Case No. 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20237168
WDX-246670-B2-12
COUNTY OF COLUMBIA TAX COMMISSIONER
PROPERTY TAX
P̶O̶ ̶B̶O̶X̶ ̶5̶6̶
A̶P̶P̶L̶I̶N̶G̶ ̶G̶A̶ ̶3̶0̶8̶0̶2̶-̶0̶0̶5̶6̶
see below

Telephone No. of Creditor: (706) 261-8299
Fax No. of Creditor: (706) 312-1357

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☒ replaces address above  ☐ additional address

Name: Kay K. Allen/Lynn Farmer
Company/Firm: Columbia County Tax Commissioner
Address: P. O. Box 3030
Evans, GA 30809

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance wi the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor: 1427355 & 36157

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☒ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: ____
  Unpaid compensation for services performed from ____ to ____ (date) (date)

**2. Date debt was incurred:** Jan. 1, 2005

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____ (unsecured)   $_____ (secured)   $ 23,579.30 (priority)   $ 23,579.30 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____

Value of Collateral: $____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

**6. Unsecured Nonpriority Claim $____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 23,579.30
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507 (a) (3)
- ☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7)
- ☒ Taxes or penalties owed to governmental units – 11 U.S.C § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C § 507 (a) ( ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

RECEIVED 2005 AUG -1 AM 9:37
BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY, INC AS AGENT

Date: 7/29/2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: Kay K. Allen    Title: Columbia County Tax Commissioner
Signature: /s/ Kay K. Allen

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571

Exhibit "A"

```
                    Case 3:05-bk-03817-JAF   Doc 9232-1   Filed 07/17/06   Page 2 of 11
```

COLUMBIA COUNTY Tax Bill
Reprinted Bill for 2005 100 0279883

Today's Date: 7/27/2005  Due Date: 11/15/2005    Amt. Assessed:        8,607
Tax District:   3         Taxpayer Id: 36157      Exempt:
Description: SECT A SCH G1 CLASS FFE ASM# 00      Appraised:

Receipt: 2005 100 2542159  279883    Parcel Id:
         REAL AND PERSONAL
                  Tax Rates(2005)  Tax Owed       Additional Charges Owed
COUNTY FIRE TAX    1.68000          14.46
COUNTY BOND         .67000           5.77
COUNTY TAX         7.03000          60.50
SCHOOL TAX        17.18000         147.87
STATE TAX           .25000           2.15

Total             26.81000         230.75                                 .00

                                   Total Collected to Date               .00
                                   Total Due as of 7/27/2005          230.75
BANKRUPTCY


WINN-DIXIE FOOD STORES INC           RETURN THIS STATEMENT AND PAYMENT TO:
# 1284                               KAY K. ALLEN
WINN-DIXIE TAX DEPT                  TAX COMMISSIONER
PO BOX 2209                          POST OFFICE BOX 3030
JACKSONVILLE, FL 32203               EVANS, GA   30809

```
                    COLUMBIA COUNTY Tax Bill
                      Reprinted Bill for 2005 100 0279883

Today's Date:  7/27/2005 Due Date: 11/15/2005  Amt. Assessed:       114,054
Tax District:   3           Taxpayer Id: 36157       Exempt:
Description: SECT A SCH G2 CLASS FFE ASM# 00    Appraised:

Receipt: 2005 100 2542160  279883     Parcel Id:
         REAL AND PERSONAL
                 Tax Rates(2005)  Tax Owed        Additional Charges Owed
COUNTY FIRE TAX    1.68000         191.61
COUNTY BOND         .67000          76.42
COUNTY TAX         7.03000         801.79
SCHOOL TAX        17.18000        1959.45
STATE TAX          .25000           28.51

Total             26.81000        3057.78                            .00

                              Total Collected to Date              .00
                              Total Due as of  7/27/2005        3,057.78
BANKRUPTCY




     WINN-DIXIE FOOD STORES INC        RETURN THIS STATEMENT AND PAYMENT TO:
     # 1284                            KAY K. ALLEN
     WINN-DIXIE TAX DEPT               TAX COMMISSIONER
     PO BOX 2209                       POST OFFICE BOX 3030
     JACKSONVILLE, FL 32203            EVANS, GA  30809
```

COLUMBIA COUNTY Tax Bill
Reprinted Bill for 2005 100 0279883

Today's Date: 7/27/2005  Due Date: 11/15/2005  Amt. Assessed:       4,412
Tax District:  3          Taxpayer Id: 36157     Exempt:
Description: SECT A SCH G3 CLASS FFE ASM# 00   Appraised:

Receipt: 2005 100 2542161  279883    Parcel Id:
         REAL AND PERSONAL

|                  | Tax Rates (2005) | Tax Owed | Additional Charges Owed |
|------------------|------------------|----------|-------------------------|
| COUNTY FIRE TAX  | 1.68000          | 7.41     |                         |
| COUNTY BOND      | .67000           | 2.96     |                         |
| COUNTY TAX       | 7.03000          | 31.01    |                         |
| SCHOOL TAX       | 17.18000         | 75.80    |                         |
| STATE TAX        | .25000           | 1.10     |                         |
| Total            | 26.81000         | 118.28   | .00                     |

Total Collected to Date        .00
Total Due as of  7/27/2005   118.28

BANKRUPTCY


WINN-DIXIE FOOD STORES INC        RETURN THIS STATEMENT AND PAYMENT TO:
# 1284                            KAY K. ALLEN
WINN-DIXIE TAX DEPT               TAX COMMISSIONER
PO BOX 2209                       POST OFFICE BOX 3030
JACKSONVILLE, FL 32203            EVANS, GA  30809

```
                    COLUMBIA COUNTY Tax Bill
                    Reprinted Bill for 2005 100 0279883

Today's Date:  7/27/2005 Due Date: 11/15/2005   Amt. Assessed:          2,995
Tax District:    3           Taxpayer Id: 36157      Exempt:
Description: SECT A SCH C4 CLASS FFE ASM# 00    Appraised:

Receipt: 2005 100 2542162  279883      Parcel Id:
         REAL AND PERSONAL
                  Tax Rates(2005)  Tax Owed        Additional Charges Owed
COUNTY FIRE TAX     1.68000          5.03
COUNTY BOND          .67000          2.01
COUNTY TAX          7.03000         21.06
SCHOOL TAX         17.18000         51.45
STATE TAX            .25000           .75

Total              26.81000         80.30                             .00

                                 Total Collected to Date              .00
                                 Total Due as of  7/27/2005         80.30
BANKRUPTCY
```

```
WINN-DIXIE FOOD STORES INC        RETURN THIS STATEMENT AND PAYMENT TO:
# 1284                            KAY K. ALLEN
WINN-DIXIE TAX DEPT               TAX COMMISSIONER
PO BOX 2209                       POST OFFICE BOX 3030
JACKSONVILLE, FL 32203            EVANS, GA   30809
```

COLUMBIA COUNTY Tax Bill
Reprinted Bill for 2005 100 0279883

Today's Date: 7/27/2005  Due Date: 11/15/2005   Amt. Assessed:      304,859
Tax District:  3          Taxpayer Id: 36157         Exempt:
Description: CLASS H ASM# 000                       Appraised:

Receipt: 2005 100 2542163  279883     Parcel Id:
         REAL AND PERSONAL

|                  | Tax Rates(2005) | Tax Owed | Additional Charges Owed |
|------------------|-----------------|----------|-------------------------|
| COUNTY FIRE TAX  | 1.68000         | 512.16   |                         |
| COUNTY BOND      | .67000          | 204.26   |                         |
| COUNTY TAX       | 7.03000         | 2143.16  |                         |
| SCHOOL TAX       | 17.18000        | 5237.48  |                         |
| STATE TAX        | .25000          | 76.21    |                         |
| Total            | 26.81000        | 8173.27  | .00                     |

                                  Total Collected to Date         .00
                                  Total Due as of  7/27/2005   8,173.27
BANKRUPTCY

WINN-DIXIE FOOD STORES INC           RETURN THIS STATEMENT AND PAYMENT TO:
# 1284                               KAY K. ALLEN
WINN-DIXIE TAX DEPT                  TAX COMMISSIONER
PO BOX 2209                          POST OFFICE BOX 3030
JACKSONVILLE, FL 32203               EVANS, GA  30809

```
                      COLUMBIA COUNTY Tax Bill
                      Reprinted Bill for 2005 100 0277698

Today's Date:  7/27/2005 Due Date: 11/15/2005  Amt. Assessed:         9,061
Tax District:    3          Taxpayer Id: 1427355      Exempt:
Description: SECT A SCH G1 CLASS FFE ASM# 00    Appraised:

Receipt: 2005 100 2538254  277698     Parcel Id:
         REAL AND PERSONAL
                 Tax Rates(2005)  Tax Owed        Additional Charges Owed
COUNTY FIRE TAX    1.68000          15.22
COUNTY BOND         .67000           6.07
COUNTY TAX         7.03000          63.70
SCHOOL TAX        17.18000         155.67
STATE TAX           .25000           2.27

Total             26.81000         242.93                              .00

                                 Total Collected to Date              .00
                                 Total Due as of  7/27/2005        242.93
BANKRUPTCY
```

```
WINN-DIXIE #1289                        RETURN THIS STATEMENT AND PAYMENT TO:
JOHN P. TAYLOR--PROP TAX MNGR           KAY K. ALLEN
P.O. BOX 2209                           TAX COMMISSIONER
JACKSONVILLE, FL 32203                  POST OFFICE BOX 3030
                                        EVANS, GA   30809
```

```
                        COLUMBIA COUNTY Tax Bill
                        Reprinted Bill for 2005 100 0277698

Today's Date:  7/27/2005 Due Date: 11/15/2005  Amt. Assessed:      118,144
Tax District:    3          Taxpayer Id: 1427355      Exempt:
Description: SECT A SCH G2 CLASS FFE ASM# 00      Appraised:

Receipt: 2005 100 2538255  277698     Parcel Id:
         REAL AND PERSONAL
                 Tax Rates(2005)  Tax Owed         Additional Charges Owed
COUNTY FIRE TAX    1.68000          198.48
COUNTY BOND         .67000           79.16
COUNTY TAX         7.03000          830.55
SCHOOL TAX        17.18000         2029.71
STATE TAX           .25000           29.54
                 ---------        --------                         -------
Total             26.81000         3167.44                             .00

                                 Total Collected to Date              .00
                                 Total Due as of  7/27/2005      3,167.44
BANKRUPTCY
```

```
WINN-DIXIE #1289                    RETURN THIS STATEMENT AND PAYMENT TO:
JOHN P. TAYLOR--PROP TAX MNGR       KAY K. ALLEN
P.O. BOX 2209                       TAX COMMISSIONER
JACKSONVILLE, FL 32203              POST OFFICE BOX 3030
                                    EVANS, GA  30809
```

```
                          COLUMBIA COUNTY Tax Bill
                           Reprinted Bill for 2005 100 0277698

Today's Date:  7/27/2005 Due Date: 11/15/2005  Amt. Assessed:        8,235
Tax District:    3         Taxpayer Id: 1427355    Exempt:
Description: SECT A SCH G3 CLASS FFE ASM# 00     Appraised:

Receipt: 2005 100 2538256  277698     Parcel Id:
         REAL AND PERSONAL
                 Tax Rates(2005)  Tax Owed        Additional Charges Owed
COUNTY FIRE TAX     1.68000         13.83
COUNTY BOND          .67000          5.52
COUNTY TAX          7.03000         57.90
SCHOOL TAX         17.18000        141.48
STATE TAX            .25000          2.06

Total              26.81000        220.79                             .00

                                 Total Collected to Date              .00
                                 Total Due as of  7/27/2005        220.79
BANKRUPTCY
```

```
WINN-DIXIE #1289                      RETURN THIS STATEMENT AND PAYMENT TO:
JOHN P. TAYLOR-PROP TAX MNGR            KAY K. ALLEN
P.O. BOX 2209                           TAX COMMISSIONER
JACKSONVILLE, FL 32203                  POST OFFICE BOX 3030
                                        EVANS, GA  30809
```

```
                         COLUMBIA COUNTY Tax Bill
                           Reprinted Bill for 2005 100 0277698

Today's Date:  7/27/2005 Due Date: 11/15/2005  Amt. Assessed:         2,468
Tax District:    3          Taxpayer Id: 1427355      Exempt:
Description: SECT A SCH C4 CLASS FFE ASM# 00         Appraised:

Receipt: 2005 100 2538257  277698      Parcel Id:
         REAL AND PERSONAL
                  Tax Rates(2005)  Tax Owed        Additional Charges Owed
COUNTY FIRE TAX    1.68000           4.15
COUNTY BOND         .67000           1.65
COUNTY TAX         7.03000          17.35
SCHOOL TAX        17.18000          42.40
STATE TAX          .25000             .62

Total             26.81000          66.17                              .00

                                Total Collected to Date               .00
                                Total Due as of  7/27/2005          66.17
BANKRUPTCY
```

```
WINN-DIXIE #1289                    RETURN THIS STATEMENT AND PAYMENT TO:
JOHN P. TAYLOR-PROP TAX MNGR        KAY K. ALLEN
P.O. BOX 2209                       TAX COMMISSIONER
JACKSONVILLE, FL 32203              POST OFFICE BOX 3030
                                    EVANS, GA   30809
```

```
                    COLUMBIA COUNTY Tax Bill
                     Reprinted Bill for 2005 100 0277698

Today's Date:  7/27/2005  Due Date: 11/15/2005  Amt. Assessed:     306,661
Tax District:    3          Taxpayer Id: 1427355      Exempt:
Description: CLASS H ASM# 000                    Appraised:

Receipt: 2005 100 2538258  277698      Parcel Id:
         REAL AND PERSONAL
                   Tax Rates(2005)   Tax Owed      Additional Charges Owed
COUNTY FIRE TAX    1.68000            515.19
COUNTY BOND         .67000            205.46
COUNTY TAX         7.03000           2155.83
SCHOOL TAX        17.18000           5268.44
STATE TAX           .25000             76.67
                  _____          _____                       _____
Total             26.81000           8221.59                          .00

                                Total Collected to Date               .00
                                Total Due as of  7/27/2005       8,221.59

BANKRUPTCY
```

WINN-DIXIE #1289                    RETURN THIS STATEMENT AND PAYMENT TO:
JOHN P. TAYLOR-PROP TAX MNGR        KAY K. ALLEN
P.O. BOX 2209                       TAX COMMISSIONER
JACKSONVILLE, FL 32203              POST OFFICE BOX 3030
                                    EVANS, GA  30809