# EXHIBIT "B"

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 912-764-2181 | 18595P1 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| APRIL 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**
BULLOCH COUNTY ASSESSOR
115 N MAIN ST
PO BOX 1421
STATESBORO, GA 30459-1421

**TAXPAYER NAME AND ADDRESS**
WINN-DIXIE STORES, INC.
PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

RECEIVED MAR 1 0 2005

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

**BUSINESS PHYSICAL LOCATION**
602 BRANNEN STREET STATESBORO, GA 30458

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

## PERSONAL PROPERTY STRATA

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| LINE | | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | 369,921 | 369,921 | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 910,693 | 910,693 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — includes all personal property not otherwise defined above. | | | |
| | **TOTALS** ➔ | 1,280,614 | 1,280,614 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of prop[erty]

TAXPAYER OR AGENT. _[signature]_ Date MAR 07 2005

PLEASE PRINT OR TYPE John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.
TITLE _____ (904) 783-5220

PHONE NUMBER: _____

Run Date: 03/07/05, Acct No: 18595P1, Location (PTS):0147, Property Descr:GENTILLY PLAZA,    PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS:  COMMERCIAL [ ]   INDUSTRIAL [ ]   AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:  CORPORATION [X]   INDIVIDUAL [ ]   PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ___/___
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: STATESBORO
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR   PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220   HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 06/10/93   WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [X] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [X]
    AIRCRAFT? YES [ ] NO [X] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 03/07/05, Acct No: 18595P1, Location (PTS):0147, Property Descr:GENTILLY PLAZA,

# BUSINESS PERSONAL PROPERTY SCHEDULE A
*(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)*

THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 912-764-2181 | 18595P1 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| APRIL 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**
BULLOCH COUNTY ASSESSOR
115 N MAIN ST
PO BOX 1421
STATESBORO, GA  30459-1421

**TAXPAYER NAME AND ADDRESS**
WINN-DIXIE STORES, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

**BUSINESS PHYSICAL LOCATION**
602 BRANNEN STREET STATESBORO, GA 30458

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | ADDITIONS OR TRANSFERS IN | DISPOSALS OR TRANSFERS OUT | ADJUSTED ORIGINAL COST NEW | COMP CONV. FACTOR | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|
| **GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | .87 | |
| 2002 | 14,334 | | | | .74 | |
| 2001 | | | | 14,334 | .58 | 8,314 |
| 2000 | | | | | .43 | |
| 1999 | | | | | .32 | |
| 1998 | 9,118 | | | | .26 | |
| 97 & - | 28,742 | | 25,695 | 9,118 | .21 | 1,915 |
| TOTAL GROUP 1 | 52,194 | | 25,695 | 3,047 | .20 | 609 |
| | | | | 26,499 | | 10,838 |
| **GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | 7,424 | | 7,424 | .92 | 6,830 |
| 2003 | 3,156 | | 1,519 | 1,637 | .85 | 1,392 |
| 2002 | | | | | .78 | |
| 2001 | 115,457 | | 12,287 | 103,170 | .70 | 72,219 |
| 2000 | 60,102 | | 14,640 | 45,462 | .63 | 28,641 |
| 1999 | 55,607 | | 20,347 | 35,260 | .54 | 19,040 |
| 1998 | 23,415 | 7,909 | | 31,324 | .44 | 13,782 |
| 1997 | 112,403 | | 847 | 111,556 | .34 | 37,929 |
| 1996 | 1,918 | | 436 | 1,482 | .28 | 415 |
| 1995 | 4,156 | | 3,573 | 583 | .25 | 146 |
| 1994 | 3,686 | | 1,027 | 2,659 | .25 | 665 |
| 93 & - | 703,645 | | 36,083 | 667,562 | .20 | 133,511 |
| TOTAL GROUP 2 | 1,083,545 | 15,333 | 90,759 | 1,008,119 | | 314,570 |
| **GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | .95 | |
| 2002 | | | | | .91 | |
| 2001 | | | | | .87 | |
| 2000 | | | | | .82 | |
| 1999 | | | | | .79 | |
| 1998 | | | | | .75 | |
| 1997 | | | | | .70 | |
| 1996 | | | | | .63 | |
| 1995 | | | | | .57 | |
| 1994 | | | | | .52 | |
| 1993 | 64,399 | | | | .47 | |
| 1992 | 30,864 | | | 64,399 | .41 | 26,404 |
| 1991 | | | | 30,864 | .35 | 10,802 |
| 1990 | | | | | .31 | |
| 1989 | | | | | .29 | |
| 88 & - | 9,778 | | | | .28 | |
| TOTAL GROUP 3 | 105,041 | | | 9,778 | .20 | 1,956 |
| | | | | 105,041 | | 39,162 |
| **GROUP 4: TYPICAL ECONOMIC LIFE OF 14 YEARS; ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | 985 | | 985 | .67 | 660 |
| 2003 | 7,168 | 1,519 | | 8,687 | .54 | 4,691 |
| 2002 | | | | | .31 | |
| 01 & - | | | | | .10 | |
| TOTAL GROUP 4 | 7,168 | 2,504 | | 9,672 | | 5,351 |
| TOTAL ALL GROUPS | 1,247,948 | 17,837 | 116,454 | 1,149,331 | | 369,921 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN.

Run Date: 03/07/05, Acct No: 18595P1, Location (PTS):0147, Property Descr:GENTILLY PLAZA,


1784730

## BUSINESS PERSONAL PROPERTY SCHEDULE B   INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

### SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| # | Item | Value |
|---|------|-------|
| 1. | Merchandise | 897,793 |
| 2. | Raw Materials | |
| 3. | Goods in Process | |
| 4. | Finished Goods | |
| 5. | Goods in Transit | |
| 6. | Warehoused | |
| 7. | Consigned | |
| 8. | Floor Planned | |
| 9. | Spare Parts | |
| 10. | Supplies (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 12,900 |
| 11. | Packaging Materials | |
| 12. | Livestock (Non Exempt 48-5-41.1) | |
| 13. | TOTAL INVENTORY | 910,693 |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ___/___
   If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return: _____
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

### SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | = | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | .75 | = | | |

### SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |
| | | |

### SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

### SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

### SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Date Printed: 07/12/2006  
Tax Year 2005

# Personal Property Account Summary

Bulloch County County, GA  
Page 1

Account # 18595

| Account | 18595 | | Owner # | 18530 | Flags | |
|---|---|---|---|---|---|---|
| County ID # | | | Parcel Number | S53 000059 000 | Field Audit | ( ) |
| Name | WINN-DIXIE STORES INC #147 | | Physical | 0 GENTILLY SQUARE | Desk Audit | ( ) |
| Address | ATTN: JOHN P. TAYLOR | | Tax District | STATESBORO | Field Check | ( ) |
| | TAX DEPARTMENT | | Phone | (912)764-9238 | Asmt Notice | (x) |
| | 5050 EDGEWOOD COURT | | NAICS | 445110 | Return Made | (x) |
| | JACKSONVILLE FL 32254-3699 | | Digest Class | C | 03/10/2005 | |

| Business | WINN DIXIE | | | |
|---|---|---|---|---|

| Values | | Boats | 0 | Total | 1,342,806 | Bldg. SF | 45,680 |
|---|---|---|---|---|---|---|---|
| Inventory | 910,693 | Aircraft | 0 | | | | |
| Mach & Equip | 432,113 | Other | 0 | Exemptions: SF: | 0 | Sales SF | 0 |

**Comments**: BUSINESS PERSONAL PROPERTY   CITY BUSINESS LICENSE

| Merchandise | Raw Material | In-Process | Finished | Transit | Warehoused | Consigned |
|---|---|---|---|---|---|---|
| 897793 | 0 | 0 | 0 | 0 | 0 | 0 |

## COST APPROACH / BUSINESS INVENTORY

| Year | Description | Group | Cost | Disposals | Depr | Func | Econ | Value |
|---|---|---|---|---|---|---|---|---|
| 1993 | INSECUTOR | 1 | 1,956 | 1,956 | 0.20 | 0.00 | 0.00 | 0 |
| 1993 | STEPLADDER | 1 | 243 | 243 | 0.20 | 0.00 | 0.00 | 0 |
| 1993 | BAR CODE PRINTER | 1 | 2,707 | 0 | 0.20 | 0.00 | 0.00 | 541 |
| 1993 | LOAD CELL SVCE SCALE | 1 | 3,514 | 3,514 | 0.20 | 0.00 | 0.00 | 0 |
| 1995 | HOBART LOAD CELL PLU SVC | 1 | 3,383 | 3,383 | 0.20 | 0.00 | 0.00 | 0 |
| 1997 | QUANTUM SCALE/PRINTER-DELI | 1 | 3,922 | 3,922 | 0.20 | 0.00 | 0.00 | 0 |
| 1999 | PHONE SYSTEM | 1 | 4,488 | 0 | 0.26 | 0.00 | 0.00 | 1,167 |
| 2001 | INTERACTIVE VOICE REFIL SYSTEM | 1 | 5,131 | 0 | 0.43 | 0.00 | 0.00 | 2,206 |
| 2002 | QUANTUM SCALE/PRINTER | 1 | 14,335 | 0 | 0.58 | 0.00 | 0.00 | 8,314 |
| 1977 | HILL DAIRY CASE | 2 | 2,489 | 0 | 0.20 | 0.00 | 0.00 | 498 |
| 1977 | COPPER TUBING | 2 | 4,356 | 0 | 0.20 | 0.00 | 0.00 | 871 |
| 1977 | WINN DIXIE | 2 | 7,112 | 0 | 0.20 | 0.00 | 0.00 | 1,422 |
| 1977 | COPPER TUBING | 2 | 1,580 | 0 | 0.20 | 0.00 | 0.00 | 316 |
| 1977 | HILL DAIRY CASE | 2 | 2,489 | 0 | 0.20 | 0.00 | 0.00 | 498 |
| 1977 | HILL DAIRY CASE | 2 | 2,489 | 0 | 0.20 | 0.00 | 0.00 | 498 |
| 1977 | HILL EGG & BEER CASE | 2 | 2,222 | 0 | 0.20 | 0.00 | 0.00 | 444 |
| 1977 | HILL EGG & BEER CASE | 2 | 2,222 | 0 | 0.20 | 0.00 | 0.00 | 444 |
| 1977 | INST REFRIGERATION EQUIPMENT | 2 | 10,200 | 0 | 0.20 | 0.00 | 0.00 | 2,040 |
| 1977 | HILL PRODUCE CASE+ | 2 | 1,908 | 0 | 0.20 | 0.00 | 0.00 | 382 |

Packing 12900

Date Printed: 07/12/2006

Tax Year 2005

# Personal Property Account Summary

Bulloch County County, GA

Page 2

Account # 18595

| Year | Description | Qty | | | | | |
|---|---|---|---|---|---|---|---|
| 1977 | HILL PRODUCE CASE | 2 | 1,975 | 0 | 0.20 | 0.00 | 395 |
| 1977 | HILL PRODUCE CASE | 2 | 1,975 | 0 | 0.20 | 0.00 | 395 |
| 1977 | HILL DAIRY CASE | 2 | 2,489 | 0 | 0.20 | 0.00 | 498 |
| 1984 | CHECK OUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | INSTALL NEW PRODUCE CASES | 2 | 2,123 | 0 | 0.20 | 0.00 | 425 |
| 1984 | DELI DECOR | 2 | 2,971 | 0 | 0.20 | 0.00 | 594 |
| 1984 | REMODEL & INSTALLATION | 2 | 86,952 | 86,952 | 0.20 | 0.00 | 0 |
| 1984 | EVERPURE WATER FILTERS 2 | 2 | 564 | 0 | 0.20 | 0.00 | 113 |
| 1984 | MOBILE ICE CART | 2 | 349 | 349 | 0.20 | 0.00 | 0 |
| 1984 | COPPER | 2 | 2,026 | 0 | 0.20 | 0.00 | 405 |
| 1984 | COPPER | 2 | 2,368 | 0 | 0.20 | 0.00 | 474 |
| 1984 | COPPER | 2 | 806 | 0 | 0.20 | 0.00 | 161 |
| 1984 | BOHN COIL | 2 | 477 | 0 | 0.20 | 0.00 | 95 |
| 1984 | HR870 BOHN COIL | 2 | 477 | 0 | 0.20 | 0.00 | 95 |
| 1984 | HGT1600 BOHN COIL | 2 | 588 | 0 | 0.20 | 0.00 | 118 |
| 1984 | HR 1080 BOHN COIL | 2 | 524 | 0 | 0.20 | 0.00 | 105 |
| 1984 | HR 1080 BOHN COIL | 2 | 524 | 0 | 0.20 | 0.00 | 105 |
| 1984 | BOHN COIL | 2 | 503 | 0 | 0.20 | 0.00 | 101 |
| 1984 | HR 1080 BOHN COIL | 2 | 524 | 0 | 0.20 | 0.00 | 105 |
| 1984 | HILL FIVE DECK BEER CASE | 2 | 3,423 | 0 | 0.20 | 0.00 | 685 |
| 1984 | 12 COOLER RACKS | 2 | 2,525 | 0 | 0.20 | 0.00 | 505 |
| 1984 | PENN DAIRY COOLER | 2 | 5,643 | 0 | 0.20 | 0.00 | 1,129 |
| 1984 | PENN FISH COOLER | 2 | 4,135 | 0 | 0.20 | 0.00 | 827 |
| 1984 | DELI BAKERY LETTERS | 2 | 3,093 | 0 | 0.20 | 0.00 | 619 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | CHECKOUT COUNTER | 2 | 1,860 | 0 | 0.20 | 0.00 | 372 |
| 1984 | INSTALLED MIRRORS | 2 | 662 | 0 | 0.20 | 0.00 | 132 |
| 1984 | CHEESE TABLE | 2 | 585 | 0 | 0.20 | 0.00 | 117 |
| 1984 | DELI TABLE CHEESE | 2 | 527 | 527 | 0.20 | 0.00 | 0 |
| 1984 | DELI TABLE CHEESE | 2 | 527 | 527 | 0.20 | 0.00 | 0 |
| 1984 | 2 PREP TABLES FISH | 2 | 479 | 479 | 0.20 | 0.00 | 0 |
| 1984 | 2 PREP TABLES | 2 | 493 | 493 | 0.20 | 0.00 | 0 |
| 1984 | HOBART HANGING SCALE | 2 | 305 | 305 | 0.20 | 0.00 | 0 |
| 1984 | 2 BAKERY CRNR FILLER UNIT | 2 | 588 | 0 | 0.20 | 0.00 | 118 |

Date Printed: 07/12/2006

Tax Year 2005

# Personal Property Account Summary

Bulloch County County, GA

Page 3

Account # 18595

| Year | Description | | Value | | | | |
|---|---|---|---|---|---|---|---|
| 1984 | HENNY PENNY PRESSURE FRYER | 2 | 3,697 | 0 | 0.20 | 0.00 | 739 |
| 1984 | DONUT GLAZE UNIT | 2 | 1,094 | 0 | 0.20 | 0.00 | 219 |
| 1984 | ADAMATIC OVEN | 2 | 6,494 | 0 | 0.20 | 0.00 | 1,299 |
| 1984 | HOBART MIXER FLOOR TYPE | 2 | 1,793 | 0 | 0.20 | 0.00 | 359 |
| 1984 | MADIX SHELVING | 2 | 42,916 | 0 | 0.20 | 0.00 | 8,583 |
| 1985 | LEASEHOLD IMPROVEMENTS | 2 | 281,321 | 221,151 | 0.20 | 0.00 | 12,034 |
| 1985 | COPPER INSTALLATION | 2 | 943 | 0 | 0.20 | 0.00 | 189 |
| 1987 | MADIX SHELVING | 2 | 6,105 | 0 | 0.20 | 0.00 | 1,221 |
| 1987 | BALERS & INSTALLATION | 2 | 6,001 | 0 | 0.20 | 0.00 | 1,200 |
| 1987 | PENNANT INC. DONUT DROPPE | 2 | 643 | 643 | 0.20 | 0.00 | 0 |
| 1988 | INSTALLATION OF DELI REFRIG | 2 | 634 | 634 | 0.20 | 0.00 | 0 |
| 1988 | SHELVING | 2 | 763 | 0 | 0.20 | 0.00 | 153 |
| 1988 | INST OF CAKE CASE & VCR CABIN | 2 | 1,983 | 0 | 0.20 | 0.00 | 397 |
| 1988 | CANOPY HOOD FOR SEAFOOD ST | 2 | 2,283 | 0 | 0.20 | 0.00 | 457 |
| 1988 | DELI TABLE | 2 | 957 | 0 | 0.20 | 0.00 | 191 |
| 1988 | BREAD TABLE 3 X 4 | 2 | 506 | 0 | 0.20 | 0.00 | 101 |
| 1988 | HOBART SLICER | 2 | 1,360 | 0 | 0.20 | 0.00 | 272 |
| 1988 | TYLER 12' DAIRY CASE | 2 | 4,183 | 4,183 | 0.20 | 0.00 | 0 |
| 1989 | HOBART VERTICAL MEAT SAW | 2 | 2,907 | 0 | 0.20 | 0.00 | 581 |
| 1989 | TIME CLOCK FOR TIME & ATT | 2 | 1,953 | 0 | 0.20 | 0.00 | 391 |
| 1989 | DELI PICTURES | 2 | 440 | 440 | 0.20 | 0.00 | 0 |
| 1989 | BERKEL MANUAL SLICER | 2 | 1,597 | 1,597 | 0.20 | 0.00 | 0 |
| 1989 | BERKEL AUTOMATIC SLICER | 2 | 2,395 | 2,395 | 0.20 | 0.00 | 0 |
| 1989 | ADDITIONAL SHELVING | 2 | 835 | 0 | 0.20 | 0.00 | 167 |
| 1989 | ADDITIONAL SHELVING | 2 | 801 | 0 | 0.20 | 0.00 | 160 |
| 1989 | ADDITIONAL SHELVING | 2 | 1,597 | 0 | 0.20 | 0.00 | 319 |
| 1990 | HOBART OPERATOR CONTROL P | 2 | 4,432 | 4,432 | 0.20 | 0.00 | 0 |
| 1990 | INSTALL MEAT CASES | 2 | 1,244 | 0 | 0.20 | 0.00 | 249 |
| 1990 | COPPER TUBING | 2 | 1,117 | 0 | 0.20 | 0.00 | 223 |
| 1990 | TABBEE BOARDS AND DELI PI | 2 | 1,546 | 1,546 | 0.20 | 0.00 | 0 |
| 1990 | CLASSY WRAP BALLOON MACHINE | 2 | 1,303 | 1,303 | 0.20 | 0.00 | 0 |
| 1991 | FLY FAN | 2 | 3,806 | 0 | 0.20 | 0.00 | 761 |
| 1991 | RM SHORT RACK | 2 | 246 | 246 | 0.20 | 0.00 | 0 |
| 1992 | HOBART SCALE MASTER | 2 | 3,047 | 0 | 0.20 | 0.00 | 609 |
| 1992 | COMPUTER CABINET | 2 | 266 | 266 | 0.20 | 0.00 | 0 |
| 1992 | PINEAPPLE CORER | 2 | 433 | 433 | 0.20 | 0.00 | 0 |
| 1992 | HOBART ELECTRIC STEAMER | 2 | 3,261 | 0 | 0.20 | 0.00 | 652 |
| 1992 | HOBART MIXER GRINDER | 2 | 6,657 | 0 | 0.20 | 0.00 | 1,331 |
| 1992 | PENN ICE CREAM FREEZER | 2 | 4,938 | 0 | 0.20 | 0.00 | 988 |

# Personal Property Account Summary

Date Printed: 07/12/2006  
Tax Year 2005  
Account # 18595  
Bulloch County, County, GA  
Page 4

| Year | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 1992 | PENN PRODUCE COOLER | 2 | 12,654 | 0 | 0.20 | 0.00 | 2,531 |
| 1992 | PENN FOOD FREEZER | 2 | 13,271 | 0 | 0.20 | 0.00 | 2,654 |
| 1992 | AUDIT ADJ TO BAL TO G/L | 2 | 2,883 | 0 | 0.20 | 0.00 | 577 |
| 1993 | HILL PARASYSTEM | 2 | 102,986 | 0 | 0.20 | 0.00 | 20,597 |
| 1993 | ONAN GENERATOR | 2 | 12,283 | 0 | 0.20 | 0.00 | 2,457 |
| 1993 | WATER FILTER SYSTEM | 2 | 892 | 0 | 0.20 | 0.00 | 178 |
| 1993 | LOAD KING DELI TABLE | 2 | 284 | 284 | 0.20 | 0.00 | 0 |
| 1993 | REMOTE CONDENSER | 2 | 22,198 | 0 | 0.20 | 0.00 | 4,440 |
| 1993 | LEASEHOLD IMPROVEMENTS | 2 | 248,823 | 0 | 0.20 | 0.00 | 49,765 |
| 1993 | TURBOCIDE HDWE | 2 | 4,081 | 0 | 0.20 | 0.00 | 816 |
| 1993 | LOAD KING SIDE LIFT | 2 | 7,938 | 0 | 0.20 | 0.00 | 1,588 |
| 1993 | HILL MULTI DECK EGG CASE | 2 | 3,851 | 0 | 0.20 | 0.00 | 770 |
| 1993 | HILL DAIRY CASE | 2 | 7,680 | 0 | 0.20 | 0.00 | 1,536 |
| 1993 | HILL DAIRY CASE | 2 | 7,680 | 0 | 0.20 | 0.00 | 1,536 |
| 1993 | HILL MEAT CASE | 2 | 2,234 | 2,234 | 0.20 | 0.00 | 0 |
| 1993 | HILL MEAT CASE | 2 | 2,234 | 2,234 | 0.20 | 0.00 | 0 |
| 1993 | HILL MEAT CASE | 2 | 2,234 | 2,234 | 0.20 | 0.00 | 0 |
| 1993 | HILL LUNCHMEAT CASE | 2 | 3,081 | 0 | 0.20 | 0.00 | 616 |
| 1993 | OPTIMA 5' REFRIG CASE | 2 | 5,781 | 0 | 0.20 | 0.00 | 1,156 |
| 1993 | HILL ICE CREAM DOORS | 2 | 5,960 | 0 | 0.20 | 0.00 | 1,192 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL ICE CREAM DOORS | 2 | 5,960 | 0 | 0.20 | 0.00 | 1,192 |
| 1993 | HILL ICE CREAM DOORS | 2 | 5,960 | 0 | 0.20 | 0.00 | 1,192 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL FROZEN FOOD DOORS | 2 | 5,705 | 0 | 0.20 | 0.00 | 1,141 |
| 1993 | HILL ICE CREAM DOORS | 2 | 5,960 | 0 | 0.20 | 0.00 | 1,192 |
| 1993 | HILL ICE CREAM DOORS | 2 | 5,960 | 0 | 0.20 | 0.00 | 1,192 |
| 1993 | KYSOR WARREN FROZEN FOOD | 2 | 5,121 | 0 | 0.20 | 0.00 | 1,024 |
| 1993 | KYSOR WARREN FROZEN FOOD | 2 | 5,121 | 0 | 0.20 | 0.00 | 1,024 |
| 1993 | KYSOR WARREN FROZEN FOOD | 2 | 5,121 | 0 | 0.20 | 0.00 | 1,024 |
| 1993 | PENN COOLER | 2 | 3,100 | 0 | 0.20 | 0.00 | 620 |
| 1993 | PENN FREEZER | 2 | 3,664 | 0 | 0.20 | 0.00 | 733 |
| 1993 | PENN FREEZER | 2 | 3,945 | 0 | 0.20 | 0.00 | 789 |

Jul 12 06 04:09p  Bulloch Co. Commissioners  (912) 764-8634  p.32

Date Printed: 07/12/2006

**Personal Property Account Summary**

Bulloch County County, GA

Page 5

Tax Year 2005    Account # 18595

| Year | Description | Qty | Cost | | | | |
|------|-------------|-----|------|---|---|---|---|
| 1993 | PENN COOLER | 2 | 3,382 | 0 | 0.20 | 0.00 | 676 |
| 1993 | PENN COOLER | 2 | 14,236 | 0 | 0.20 | 0.00 | 2,847 |
| 1993 | COOLER DOOR | 2 | 2,393 | 0 | 0.20 | 0.00 | 479 |
| 1993 | COOLER DOOR | 2 | 2,393 | 0 | 0.20 | 0.00 | 479 |
| 1993 | COOLER DOOR | 2 | 2,393 | 0 | 0.20 | 0.00 | 479 |
| 1993 | COOLER DOOR | 2 | 2,792 | 0 | 0.20 | 0.00 | 558 |
| 1993 | FREEZER DOOR | 2 | 581 | 0 | 0.20 | 0.00 | 116 |
| 1993 | FREEZER DOOR | 2 | 581 | 0 | 0.20 | 0.00 | 116 |
| 1993 | COIL | 2 | 341 | 0 | 0.20 | 0.00 | 68 |
| 1993 | COIL | 2 | 824 | 0 | 0.20 | 0.00 | 165 |
| 1993 | COIL | 2 | 1,007 | 0 | 0.20 | 0.00 | 201 |
| 1993 | COIL | 2 | 824 | 0 | 0.20 | 0.00 | 165 |
| 1993 | COPPER TUBING | 2 | 3,915 | 0 | 0.20 | 0.00 | 783 |
| 1993 | PENN HIGH MEAT FREEZER | 2 | 12,929 | 0 | 0.20 | 0.00 | 2,586 |
| 1993 | BOHN COIL | 2 | 578 | 0 | 0.20 | 0.00 | 116 |
| 1993 | BOWEN COIL | 2 | 227 | 0 | 0.20 | 0.00 | 0 |
| 1993 | BOWEN COIL | 2 | 246 | 0 | 0.20 | 0.00 | 0 |
| 1993 | BOWEN COIL | 2 | 246 | 0 | 0.20 | 0.00 | 0 |
| 1993 | BANANA END CAP | 2 | 246 | 0 | 0.20 | 0.00 | 0 |
| 1993 | FMP800 RACK OVEN | 2 | 15,680 | 0 | 0.20 | 0.00 | 3,136 |
| 1993 | OPTIMA 5' CAKE DECORATOR | 2 | 4,669 | 0 | 0.20 | 0.00 | 934 |
| 1993 | FOOD PROCESSOR | 2 | 970 | 970 | 0.20 | 0.00 | 0 |
| 1993 | HUSSMAN UPRIGHT MERCHANDISER | 2 | 3,679 | 0 | 0.20 | 0.00 | 736 |
| 1993 | LOADKING PREP TABLE | 2 | 398 | 398 | 0.20 | 0.00 | 0 |
| 1993 | LOAD KING COOLER CART(8@$213) | 2 | 1,704 | 1,704 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING CART | 2 | 284 | 284 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING DESK | 2 | 284 | 284 | 0.20 | 0.00 | 0 |
| 1993 | LOADKIN DESK | 2 | 284 | 284 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING LOCKER | 2 | 224 | 224 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING PREP TALBE | 2 | 380 | 380 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING PREP TABLE | 2 | 380 | 380 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING PREP TABLE | 2 | 380 | 380 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING COOLER RACKS | 2 | 426 | 426 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING COOLER RACKS | 2 | 426 | 426 | 0.20 | 0.00 | 0 |
| 1993 | SONOZAIRE UNIT | 2 | 1,366 | 0 | 0.20 | 0.00 | 273 |
| 1993 | AMPLIFIER | 2 | 787 | 0 | 0.20 | 0.00 | 157 |
| 1993 | TENDERIZER | 2 | 1,491 | 0 | 0.20 | 0.00 | 298 |
| 1993 | LOAD CELL SVCE SCALE | 2 | 3,514 | 3,514 | 0.20 | 0.00 | 0 |

Date Printed: 07/12/2006

Tax Year 2005

## Personal Property Account Summary

Account # 18595

Bulloch County   County, GA

Page 6

| Year | Description | Qty | Value 1 | Value 2 | Rate 1 | Rate 2 | Amount |
|---|---|---|---|---|---|---|---|
| 1993 | OLIVER BREAD SLICER | 2 | 2,817 | 0 | 0.20 | 0.00 | 563 |
| 1993 | SANISEALER WRAPPER CONSO | 2 | 337 | 337 | 0.20 | 0.00 | 0 |
| 1993 | SANISEALER WRAPPER CONSO | 2 | 318 | 318 | 0.20 | 0.00 | 0 |
| 1993 | SANISEALER WRAPPER CONSO | 2 | 340 | 340 | 0.20 | 0.00 | 0 |
| 1993 | SANISEALER WRAPPER CONSO | 2 | 318 | 318 | 0.20 | 0.00 | 0 |
| 1993 | CONVECTION OVEN | 2 | 3,407 | 3,407 | 0.20 | 0.00 | 0 |
| 1993 | ADAMATIC PROFFER | 2 | 4,442 | 0 | 0.20 | 0.00 | 888 |
| 1993 | ADAMATIC PROFFER | 2 | 4,442 | 0 | 0.20 | 0.00 | 888 |
| 1993 | LOADKING PREP TABLE | 2 | 232 | 232 | 0.20 | 0.00 | 0 |
| 1993 | WEDDING CAKE DISPLAY | 2 | 726 | 0 | 0.20 | 0.00 | 145 |
| 1993 | CHEESE WEDGE | 2 | 726 | 726 | 0.20 | 0.00 | 0 |
| 1993 | CAKE ORGANIZER | 2 | 726 | 0 | 0.20 | 0.00 | 145 |
| 1993 | BAKERY REGISTER CABINET | 2 | 415 | 415 | 0.20 | 0.00 | 0 |
| 1993 | LOADKING GLAZING TABLE | 2 | 1,555 | 0 | 0.20 | 0.00 | 311 |
| 1993 | FOURWAY PLANT STAND | 2 | 836 | 0 | 0.20 | 0.00 | 167 |
| 1993 | LARGE PLANT MERCHANDISER | 2 | 1,179 | 0 | 0.20 | 0.00 | 236 |
| 1993 | FOUR WAY PLANT STAND | 2 | 836 | 0 | 0.20 | 0.00 | 167 |
| 1993 | FOUR WAY PLANT STAND | 2 | 836 | 836 | 0.20 | 0.00 | 0 |
| 1993 | FLORAL WORK STATION | 2 | 2,600 | 0 | 0.20 | 0.00 | 520 |
| 1993 | HANGING PLANT STAND | 2 | 495 | 495 | 0.20 | 0.00 | 0 |
| 1993 | FLORAL WORK STATION | 2 | 2,600 | 0 | 0.20 | 0.00 | 520 |
| 1993 | HOBART GRINDER TABLE | 2 | 530 | 0 | 0.20 | 0.00 | 106 |
| 1993 | ADDITIONAL SHELVING | 2 | 1,093 | 0 | 0.20 | 0.00 | 219 |
| 1993 | WINE AND CHEESE SHELVING | 2 | 922 | 0 | 0.20 | 0.00 | 184 |
| 1993 | ADDITIONAL SHELVING | 2 | 63,460 | 0 | 0.20 | 0.00 | 12,692 |
| 1994 | ENVIROMENTAL CONTROL SENSOR | 2 | 1,366 | 274 | 0.25 | 0.00 | 273 |
| 1994 | OAK BENCH | 2 | 303 | 303 | 0.25 | 0.00 | 0 |
| 1994 | HANDRAIL | 2 | 1,837 | 0 | 0.25 | 0.00 | 459 |
| 1995 | EYE WASH STATIONS | 2 | 488 | 0 | 0.25 | 0.00 | 122 |
| 1995 | PRODUCE TABLE 4 X 6 | 2 | 583 | 0 | 0.25 | 0.00 | 146 |
| 1995 | LYCO #40 VACUUM TUMBLER | 2 | 3,085 | 3,085 | 0.25 | 0.00 | 0 |
| 1996 | MADIX SHELVING | 2 | 942 | 0 | 0.28 | 0.00 | 264 |
| 1996 | AQUAMATE | 2 | 436 | 436 | 0.28 | 0.00 | 0 |
| 1996 | FOLDING DARK BOX | 2 | 541 | 0 | 0.28 | 0.00 | 151 |
| 1997 | MADIX SHELVING | 2 | 1,963 | 0 | 0.34 | 0.00 | 667 |
| 1997 | PHARMACY | 2 | 66,746 | 0 | 0.34 | 0.00 | 22,694 |
| 1997 | 12"PHARMACY VINYL | 2 | 1,136 | 0 | 0.34 | 0.00 | 386 |
| 1997 | METAL DOOR | 2 | 413 | 0 | 0.34 | 0.00 | 140 |
| 1997 | SHELVING | 2 | 3,570 | 0 | 0.34 | 0.00 | 1,214 |

Date Printed: 07/12/2006
Tax Year 2005

# Personal Property Account Summary

Bulloch County   County, GA
Page 7

Account # 18595

| Year | Description | Qty | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|---|
| 1997 | METAL DOOR | 2 | 413 | 0 | 0.34 | 0.00 | 140 |
| 1997 | METAL DOOR | 2 | 216 | 0 | 0.34 | 0.00 | 73 |
| 1997 | 12"BAKED GOOD NEON GRAPH | 2 | 1,136 | 0 | 0.34 | 0.00 | 386 |
| 1997 | PHARMACY BACK SHELVING | 2 | 603 | 0 | 0.34 | 0.00 | 205 |
| 1997 | COMPLETE PHARMACY INSTALL | 2 | 3,842 | 0 | 0.34 | 0.00 | 1,306 |
| 1997 | PHARMACY HOT WATER HEATER | 2 | 206 | 0 | 0.34 | 0.00 | 70 |
| 1997 | PHARMACY | 2 | 12,637 | 0 | 0.34 | 0.00 | 4,297 |
| 1997 | PHARMACY DECOR PACKAGE | 2 | 5,686 | 0 | 0.34 | 0.00 | 1,933 |
| 1997 | PRODUCE RACKS | 2 | 2,625 | 0 | 0.34 | 0.00 | 893 |
| 1997 | ULTIMA 200H1 SYSTEM(SCALES) | 2 | 7,140 | 7,140 | 0.34 | 0.00 | 0 |
| 1997 | TURBOCIDE | 2 | 309 | 309 | 0.34 | 0.00 | 0 |
| 1997 | TURBOCIDE | 2 | 309 | 309 | 0.34 | 0.00 | 0 |
| 1997 | TURBOCIDE | 2 | 309 | 309 | 0.34 | 0.00 | 0 |
| 1997 | MULTI DECK MEAT | 2 | 5,250 | 0 | 0.34 | 0.00 | 1,785 |
| 1998 | CASH PODIUM | 2 | 360 | 360 | 0.44 | 0.00 | 0 |
| 1998 | SPEED LIFT | 2 | 12,696 | 0 | 0.44 | 0.00 | 5,586 |
| 1998 | HUSS DAIRY CASE | 2 | 4,460 | 0 | 0.44 | 0.00 | 1,962 |
| 1998 | HUSS DAIRY CASE | 2 | 5,899 | 0 | 0.44 | 0.00 | 2,596 |
| 1998 | MEAT CASES | 2 | 8,269 | 0 | 0.44 | 0.00 | 3,638 |
| 1999 | HAND WRAP STATION | 2 | 7,457 | 0 | 0.54 | 0.00 | 4,027 |
| 1999 | ELECT PALLET JACK | 2 | 3,332 | 0 | 0.54 | 0.00 | 1,799 |
| 1999 | PRODUCE MISTING SYSTEM | 2 | 3,523 | 0 | 0.54 | 0.00 | 1,902 |
| 1999 | SHELVING | 2 | 10,260 | 0 | 0.54 | 0.00 | 5,540 |
| 1999 | 5 TON PHARMACY A/C UNIT | 2 | 6,200 | 0 | 0.54 | 0.00 | 3,348 |
| 1999 | CASE CONVERSION | 2 | 35,093 | 0 | 0.54 | 0.00 | 18,950 |
| 2000 | DELI BUDDY SLICER TABLE | 2 | 1,322 | 0 | 0.63 | 0.00 | 833 |
| 2000 | DELI BUDDY SLICER TABLE | 2 | 1,322 | 0 | 0.63 | 0.00 | 833 |
| 2000 | ETFC COMPRESSOR | 2 | 2,211 | 0 | 0.63 | 0.00 | 1,393 |
| 2000 | FLORAL CASE 8' | 2 | 10,451 | 0 | 0.63 | 0.00 | 6,584 |
| 2000 | MADIX SHELVING | 2 | 10,150 | 0 | 0.63 | 0.00 | 6,395 |
| 2000 | REACH IN ICE CREAM FREEZE | 2 | 8,072 | 8,072 | 0.63 | 0.00 | 0 |
| 2000 | REACH IN ICE CREAM FREEZE | 2 | 8,454 | 0 | 0.63 | 0.00 | 5,326 |
| 2000 | SEAFOOD DISPLAY | 2 | 711 | 0 | 0.63 | 0.00 | 448 |
| 2000 | REVOLVING/CONVECTION OVEN | 2 | 10,274 | 0 | 0.63 | 0.00 | 6,473 |
| 2000 | OIL CADDY | 2 | 567 | 0 | 0.63 | 0.00 | 357 |
| 2000 | DELI SELF SERVE CASE | 2 | 6,568 | 6,568 | 0.63 | 0.00 | 0 |
| 2001 | PAIR OF ENDS FOR TYLER CASE | 2 | 736 | 0 | 0.70 | 0.00 | 515 |
| 2001 | HUMIDITY SYSTEM | 2 | 1,469 | 0 | 0.70 | 0.00 | 1,028 |
| 2001 | DELI HOT CASE | 2 | 9,247 | 0 | 0.70 | 0.00 | 6,473 |

Date Printed: 07/12/2006

## Personal Property Account Summary

Bulloch County, County, GA

Page 8

Tax Year 2005

Account # 18595

| Year | Description | Qty | Cost | | | | Value |
|---|---|---|---|---|---|---|---|
| 2001 | 48" PIZZA/SANDWICH PREP | 2 | 1,800 | 0 | 0.70 | 0.00 | 1,260 |
| 2001 | 48" PIZZA/SANDWICH PREP | 2 | 1,800 | 0 | 0.70 | 0.00 | 1,260 |
| 2001 | 8' SERVICE DELI CASE | 2 | 7,646 | 0 | 0.70 | 0.00 | 5,352 |
| 2001 | BAKERY DISPLAY TABLE | 2 | 1,133 | 1,133 | 0.70 | 0.00 | 0 |
| 2001 | BAKERY DISPLAY TABLE | 2 | 1,133 | 0 | 0.70 | 0.00 | 793 |
| 2001 | 8' SERVICE DELI CASE | 2 | 11,471 | 0 | 0.70 | 0.00 | 8,030 |
| 2001 | 8' SERVICE DELI CASE | 2 | 13,260 | 0 | 0.70 | 0.00 | 9,282 |
| 2001 | 12' SERVICE DELI CASE | 2 | 9,141 | 0 | 0.70 | 0.00 | 6,399 |
| 2001 | 8' SERVICE SEAFOOD CASE | 2 | 13,260 | 0 | 0.70 | 0.00 | 9,282 |
| 2001 | 8'48" REFRIG MULTI DECK DELI | 2 | 17,058 | 0 | 0.70 | 0.00 | 11,941 |
| 2001 | 6' X 12' REF ISLAND CHEESE CAS | 2 | 23,277 | 0 | 0.70 | 0.00 | 16,294 |
| 2001 | WDC 6/2 HOT DELI CASE | 2 | 11,154 | 11,154 | 0.70 | 0.00 | 0 |
| 2003 | TIME CLOCK(2) | 2 | 1,638 | 0 | 0.85 | 0.00 | 1,392 |
| 2004 | IVR PHARMACY | 2 | 1,988 | 0 | 0.92 | 0.00 | 1,829 |
| 2004 | IVR IN FRONT SWITCH | 2 | 605 | 0 | 0.92 | 0.00 | 557 |
| 2004 | 16CH SWEATMISER | 2 | 4,832 | 0 | 0.92 | 0.00 | 4,445 |
| 1977 | FREIGHT ON SAFE | 3 | 260 | 0 | 0.20 | 0.00 | 52 |
| 1977 | GARY SAFE | 3 | 1,605 | 0 | 0.20 | 0.00 | 321 |
| 1977 | FREIGHT ON SIGN | 3 | 11 | 11 | 0.20 | 0.00 | 0 |
| 1990 | NEW FACES FOR PYLON SIGN | 3 | 6,876 | 0 | 0.29 | 0.00 | 1,994 |
| 1993 | PENN HIGH MEAT ROOM | 3 | 22,187 | 0 | 0.41 | 0.00 | 9,097 |
| 1993 | EXTERIOR SIGNS | 3 | 21,092 | 0 | 0.41 | 0.00 | 8,648 |
| 1993 | INTERIOR NEON | 3 | 1,860 | 0 | 0.41 | 0.00 | 763 |
| 1993 | INTERIOR SIGN | 3 | 2,049 | 0 | 0.41 | 0.00 | 840 |
| 1994 | PHOTO SIGN | 3 | 1,567 | 0 | 0.47 | 0.00 | 736 |
| 1994 | ENTRANCE SIGN | 3 | 451 | 451 | 0.47 | 0.00 | 0 |
| 1997 | SIGNS | 3 | 2,653 | 0 | 0.63 | 0.00 | 1,671 |
| 1999 | UPGRADE PARKING LOT LIGHT | 3 | 20,348 | 20,348 | 0.75 | 0.00 | 0 |
| 1990 | DSD & T/A EQUIPMENT | 4 | 842 | 0 | 0.10 | 0.00 | 84 |
| 1990 | BUILD DSD ROOM | 4 | 1,089 | 0 | 0.10 | 0.00 | 109 |
| 1993 | ADC PACK | 4 | 315 | 315 | 0.10 | 0.00 | 0 |
| 1998 | IBM RISC 6000 REGISTER W/ | 4 | 3,602 | 0 | 0.10 | 0.00 | 360 |
| 1998 | CHECKPOINT SYSTEM | 4 | 3,267 | 0 | 0.10 | 0.00 | 327 |
| 1998 | CHECK POINT SYSTEM | 4 | 2,248 | 0 | 0.10 | 0.00 | 225 |
| 1998 | ENTERASYS ETHERNET SWITCH(2) | 4 | 1,520 | 0 | 0.54 | 0.00 | 821 |
| 2003 | OPTIPLEX SX 260 (6) | 4 | 4,203 | 0 | 0.54 | 0.00 | 2,270 |
| 2003 | LEXMARK T630N RX(2) | 4 | 2,110 | 0 | 0.54 | 0.00 | 1,139 |
| 2003 | LEXMARK T 630 N | 4 | 854 | 0 | 0.54 | 0.00 | 461 |

Totals: 1,885,356    429,513    432,113

**Personal Property Account Summary**

Date Printed: 07/12/2006
Tax Year 2005
Account # 18595

| | LESSOR | | | |
|---|---|---|---|---|
| Name | COMPUTER LEASING CO OF MI INC | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | COMPUTER EQUIPMENT | Mfg/Model | / | |
| Comment | $ 95,121. PURCHASE COST | Year | | |
| Name | KONICA PHOTO IMAGING INC | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | PHOTO EQUIPMENT | Mfg/Model | / | |
| Comment | | Year | 1996 | |
| Name | HILLMAN GROUP THE INC | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | METAL KEY MACHINE | Mfg/Model | / | |
| Comment | $1,166. | Year | 1994 | |
| Name | IBM CREDIT CORP ICC | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | MAGSTAR MAG TAPE | Mfg/Model | / | |
| Comment | $7700 36 MONTH LEASE | Year | 1999 | |
| Name | HEALTHGUARD INTERNATIONAL | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | BLOOD PRESSURE MACHINE | Mfg/Model | / | |
| Comment | $40/MONTH 5 YEAR LEASE | Year | 1999 | |
| Name | PITNEY BOWES INC | Lessor | | Asset # |
| Serial # | | Quantity | 1 | |
| Description | COPY MACHINE | Mfg/Model | / | |
| Comment | $69/MONTH  4 YEAR LEASE | Year | 1999 | |
| Name | AT & T (NCR) ATM | Lessor | | Asset # 123222 |
| Serial # | | Quantity | 1 | |
| Description | PEOPLES TELEPHONE COMPANY INC | Mfg/Model | / | |
| Comment | $13080  60 MONTH LEASE | Year | 1995 | |
| Name | PAYPHONE | Lessor | | Asset # 31102ll0010900 |
| Serial # | | Quantity | 1 | |
| Description | CIT COMMUNICATIONS FINANCE CORP | Mfg/Model | / | |
| Comment | $1,132. | Year | 1997 | |
| Name | ATM | Lessor | | |
| Serial # | | Quantity | 1 | |
| Description | OFF LEASE 2002 | Mfg/Model | ATMS567X 4TH GEN / | |
| Comment | $11,037.83 | Year | 1995 | |

# Personal Property Account Summary

Date Printed: 07/12/2006
Tax Year 2005

Account # 18595

| Name | CIT COMMUNICATIONS FINANCE CORP |
| Serial # | |
| Description | OFF LEASE 2002 |
| Comment | COMPUTER EQUIPMENT $540.00 |

| Lessor | |
| Quantity | 1 |
| Mfg/Model | GENL0006 3RD PARTY / |
| Year | 1995 |

Asset # 311102II001109000

Bulloch County County, GA
Page 10