# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3Fl |
| | ) |
| WINN-DIXIE STORES, INC., et aI. | ) Chapter 11 |
| | ) |
| Debtors | ) Jointly Administered |

## MOTION TO APPEAR PRO HAC VICE AND
## FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Wells, Moore, Simmons & Hubbard PLLC, ("Wells Moore"), counsel for 1997 Properties, Inc. ("1997 Properties"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion to appear *pro hac vice* and for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, Wells Moore respectfully states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., et at. (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1 © provides that the Court may waive such designation for good cause shown.

3. The matters pertaining to 1997 Properties at issue in these jointly-administered

Chapter 11 cases are limited to matters relating to non-residential real property leases in which 1997 Properties is the lessor and Winn-Dixie is the lessee and the protection of the rights and claims of 1997 Properties arising out of those leases. Retention of local counsel will likely cause 1997 Properties to incur excessive legal expense given the limited nature of the involvement of 1997 Properties in this case. Counsel for Winn-Dixie has authorized the undersigned counsel to represent to the court that Winn-Dixie consents to this motion.

4. Richard Montague, the undersigned counsel for 1997 Properties is licensed to practice in the Bankruptcy Courts of the Northern and Southern Districts of Mississippi and is authorized to file electronically in those courts and in this court. Counsel for 1997 Properties has reviewed this court's local rules and agrees to abide by those rules.

WHEREFORE, Wells Moore respectfully requests that the Court enter an Order authorizing Wells Moore to appear *pro hac vice* to represent 1997 Properties without designating local counsel and granting Wells Moore such other and further relief to which it may be entitled.

DATED: July 17, 2006

        WELLS, MOORE, SIMMONS & HUBBARD, PLLC

        BY: */s/ Richard Montague*
            Richard Montague
            Mississippi Bar Number 3411
            Highland Bluff North, Suite 200
            4450 Old Canton Road
            Post Office Box 1970
            Jackson, Mississippi 39215-1970
            Telephone: (601) 354-5400
            Telecopier: (601) 355-5850

        *Attorney for 1997 Properties, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on July 17, 2006.

Adam Ravin, Esq.
D.J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square New York, NY 10036

United States Trustee -JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza New York, NY 10005

Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

                                                  /s/ Richard Montague