Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name **d/b/a Save Rite Grocery #2734**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property)

20258021
WDX-381225-B2-47
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

Telephone No. of Creditor: **7) 822-7849**
Fax No. of Creditor: **770-822-7292**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE: 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11696**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor:
**B300224**

Check here if this claim
☐ replaces   ☐ amends   a previously filed claim, dated _____

1. Basis for Claim
   - ☐ Goods sold to debtor(s)
   - ☐ Services performed for debtor(s)
   - ☐ Goods purchased from debtor(s)
   - ☐ Money loaned
   - ☐ Personal injury/property damage
   - ☐ Other _____
   - ☑ Taxes
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SSN _____
     Unpaid compensation for services performed from
     _____ to _____
     (date)       (date)

2. Date debt was incurred: **01-01-2005**

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:
   $_____ (unsecured)   $_____ (secured)   $**14,593.78** (priority)   $**14,593.78** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **14,593.78**
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)
☑ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only
RECEIVED 2005 AUG 22 PM 4:03
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY, INC. AS AGENT

Date: **8/18/2005**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print **Bill McCurdy**   Title **Claims Processor**
Signature **Bill McCurdy**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Composite Exhibit "A"



# NOTICE OF TAXES
## GWINNETT COUNTY, GEORGIA
### KATHERINE SHERRINGTON
### TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1016203
www.gwinnett-tax.com
770-822-8800
PIN NUMBER: 3498160

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300224 | SAVE RITE GROCERY #2734 | 1575 HWY 29<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL
PP VALUE          1,130,605
TOTAL VALUE       1,130,605
ASSESSED VALUE      452,240

MILL RATE   0.032270

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $5,187.19 |
| SCHOOL TAXES | $9,293.53 |
| STATE OF GEORGIA TAXES | $113.06 |
| TOTAL AMOUNT DUE | $14,593.78 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

### SPECIAL INSTRUCTIONS

PROPERTY TAXES ARE DUE OCT 15, 2005 IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005 If you have an escrow account a copy of your bill has been made available to your mortgage company However, It is your responsibility to ensure taxes are paid If your mortgage company has recently changed you should send a copy of this bill to the new company

08/19/2005

**PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS**

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300224 | $7,296.89 | 11-15-2005 | |

B300224
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2734
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2  05  0230022400000000  2  00000729689  00000729689  2

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300224 | $7,296.89 | 10-15-2005 | $14,593.78 | |

B300224
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2734
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2  05  0230022400000000  2  00000729689  00001459378  6



**GWINNETT COUNTY**
TAX COMMISSIONER'S OFFICE
G E O R G I A
Katherine Sherrington, Tax Commissioner

Department of Property Tax

75 Langley Drive
Lawrenceville, GA 30045
770.822.8800
Fax 770.822.7292
www.GwinnettTaxCommissioner.com

August 19, 2005

Winn-Dixie Docketing Center
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

CASE NO: 05-03817

DEBTOR: Winn-Dixie d/b/a Save Rite

Dear Claims Center:

Our proof of claims and tax notices for the above debtor is enclosed for your review. Please acknowledge receipt by returning our file copy in the preaddressed envelope.

If you have any questions concerning our claim, please call me direct at 770-822-7349 or by e-mail, bill.mccurdy@gwinnettcounty.com.

Sincerely

Bill McCurdy
Claims Processor
Property Tax Department

Enclosure

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim.

Debtor Name: **d/b/a Save Rite Grocery #2713**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

WDX-381225-B2-47
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

20258021

Telephone No. of Creditor: **770-822-7349**
Fax No. of Creditor: **770-822-7292**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC
U.S BANKRUPTCY COURT M.D FLORIDA
JOINTLY ADMINISTERED UNDER
CASE : 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11697**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor: **6300405**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☒ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date)(date)

**2. Date debt was incurred:** 01-01-2005

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed**
$_____ (unsecured)  $_____ (secured)  $**17,553.76** (priority)  $**17,553.76** (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **17,553.76**
Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)
- ☒ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8)
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
2005 AUG 22 PM 4:05
RECEIVED
LOGAN & COMPANY
AS AGENT

Date: **8/18/2005**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Bill McCurdy**   Title: **Claims Processor**
Signature: **Bill McCurdy**

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1031868
www.gwinnett-tax.com
770-822-8800
PIN NUMBER    3506383

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300405 | SAVE RITE GROCERY #2713 | 4801 LAWRENCEVILLE HWY<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL    PP VALUE           1,201,275
             TOTAL VALUE        1,201,275
             ASSESSED VALUE       480,530

MILL RATE    0.036530

## ACCOUNT SUMMARY

| | |
|---|---|
| SCHOOL TAXES | $9,874.89 |
| STATE OF GEORGIA TAXES | $120.13 |
| CITY OF LILBURN TAXES | $2,047.06 |
| COUNTY TAXES | $5,511.68 |
| TOTAL AMOUNT DUE | $17,553.76 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

**SPECIAL INSTRUCTIONS**

PROPERTY TAXES ARE DUE OCT 15, 2005. IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15, 2005. If you have an escrow account a copy of your bill has been made available to your mortgage company. However it is your responsibility to ensure taxes are paid. If your mortgage company has recently changed you should send a copy of this bill to the new company.

08/19/2005

**PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS**

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300405 | $8,776.88 | 11-15-2005 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and
provide the following information

Address _____
_____
Effective Date _____
Signature _____
Daytime Phone Number _____

B300405
ATTN: MELISSA PENA CORP TAX
SAVE RITE GROCERY #2713
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

2    05    0230040500000000    3    0000087768    0000087768    2

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300405 | $8,776.88 | 10-15-2005 | $17,553.76 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and
provide the following information

Address _____
_____
Effective Date _____
Signature _____
Daytime Phone Number _____

B300405
ATTN: MELISSA PENA CORP TAX
SAVE RITE GROCERY #2713
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

2    05    0230040500000000    3    0000087768    0001755376    9

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name d/b/a Save Rite #2740    Case No 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20258021
WDX-381225-B247
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

770-822-7349
Telephone No of Creditor

770-822-7292
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U.S. BANKRUPTCY COURT M D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11698**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor:
B 300486

Check here if this claim
☐ replaces  ☐ amends  a previously filed claim, dated_____

1 Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☒ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)            (date)

2 Date debt was incurred: 01-01-2005
3. If claim is based on a Court Judgment, date obtained:

4 Total Amount of Claim at Time Case Filed:
$_____ (unsecured)  $_____ (secured)  $ 12,900.57 (priority)  $ 12,900.57 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☒ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 12,900.57
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☒ Taxes or penalties owed to governmental units - 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9 Supporting Documents Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10 Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED 2005 AUG 22 PM 4:03 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA LOGAN & COMPANY, INC. AS AGENT

Date 8/18/2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print Bill McCurdy    Title Claims Processor
Signature Bill McCurdy

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1016281
www.gwinnett-tax.com
770-822-8800
PIN NUMBER  3511590

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300486 | SAVE RITE #2740 | 4770 BRITT RD<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL  PP VALUE         999,444
           TOTAL VALUE      999,444
           ASSESSED VALUE   399,770

MILL RATE  0.032270

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $4,585.36 |
| SCHOOL TAXES | $8,215.27 |
| STATE OF GEORGIA TAXES | $99.94 |
| TOTAL AMOUNT DUE | $12,900.57 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

### SPECIAL INSTRUCTIONS

PROPERTY TAXES ARE DUE OCT 15, 2005  IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005  If you have an escrow account a copy of your bill has been made available to your mortgage company  However it is your responsibility to ensure taxes are paid  If your mortgage company has recently changed, you should send a copy of this bill to the new company

08/19/2005

PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300486 | $6,450.28 | 11-15-2005 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

B300486
ATTN MELISSA PENA CORP TAX
SAVE RITE #2740
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   0230048600000000   5   00000645028   00000645028   2

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300486 | $6,450.29 | 10-15-2005 | $12,900.57 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

B300486
ATTN MELISSA PENA CORP TAX
SAVE RITE #2740
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   0230048600000000   5   00000645029   00001290057   6

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **d/b/a Save Rite Grocery # 2715**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20258021
WDX-381225-B2-47
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

Telephone No of Creditor: **770-822-7349**
Fax No of Creditor: **770-822-7292**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC
U.S. BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 11699**

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor: **B300578**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
  - ☐ Goods sold to debtor(s)
  - ☐ Services performed for debtor(s)
  - ☐ Goods purchased from debtor(s)
  - ☐ Money loaned
  - ☐ Personal injury/property damage
  - ☐ Other _____
  - ☒ Taxes
  - ☐ Severance agreement
  - ☐ Refund
  - ☐ Real property lease
  - ☐ Personal property lease
  - ☐ Other contract _____
  - ☐ Retiree benefits as defined in 11 U S C § 1114(a)
  - ☐ Wages, salaries, and compensation (fill out below)
    Last four digits of SSN: _____
    Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **01-01-2005**

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:
$_____ (unsecured)   $_____ (secured)   $ **19,671.78** (priority)   $ **19,671.78** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☒ Check this box if you have an unsecured priority claim

Amount entitled to priority $ **19,671.78**
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U.S.C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☒ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other - Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary
10. Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only
2005 AUG 22 PH 4: 03
BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date: **8-18-2005**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice

Print: **Bill McCurdy**   Title: **Claims Processor**
Signature: *Bill McCurdy*

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571



# NOTICE OF TAXES
## GWINNETT COUNTY, GEORGIA
### KATHERINE SHERRINGTON
### TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1016351
www.gwinnett-tax.com
770-822-8800
PIN NUMBER  3522516

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300578 | SAVE RITE GROCERY #2715 | 1404 LVILLE SUWANEE RD<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL  PP VALUE       1,523,931
           TOTAL VALUE    1,523,931
           ASSESSED VALUE   609,600

MILL RATE  0.032270

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $6,892.10 |
| SCHOOL TAXES | $12,627.28 |
| STATE OF GEORGIA TAXES | $152.40 |
| TOTAL AMOUNT DUE | $19,671.78 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

### SPECIAL INSTRUCTIONS

PROPERTY TAXES ARE DUE OCT 15, 2005. IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005. If you have an escrow account, a copy of your bill has been made available to your mortgage company. However it is your responsibility to ensure taxes are paid. If your mortgage company has recently changed, you should send a copy of this bill to the new company.

08/19/2005

**PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS**

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300578 | $9,835.89 | 11-15-2005 | |

B300578
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2715
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2  05  0230057800000000  4  0000098358 9  0000098358 9  9

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300578 | $9,835.89 | 10-15-2005 | $19,671.78 | |

B300578
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2715
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2  05  0230057800000000  4  0000098358 9  00001967178  9

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: d/b/a Save Rite #2741    Case No: 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  20258021
WDX-381225-B2-47
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

Telephone No. of Creditor: 770-822-7349
Fax No. of Creditor: 770-822-7292

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC.
U S BANKRUPTCY COURT M.D. FLORIDA
JOINTLY ADMINISTERED UNDER
CASE: 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11700**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address
Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: 13300812

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☑ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN _____
   Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: 01-01-2005
3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:
$_____ (unsecured)   $_____ (secured)   $11,568.47 (priority)   $11,568.47 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $11,568.47
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☑ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only

[Stamp: 2005 AUG 22 PM 4:03 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA]
[Stamp: RECEIVED LOGAN & COMPANY, INC. AS AGENT]

Date: 8/18/2005
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice
Print: Bill McCurdy    Title: Claims Processor
Signature: Bill McCurdy

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1016408
www.gwinnett-tax.com
770-822-8800
PIN NUMBER   3531621

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300812 | SAVE RITE #2741 | 5450 PEACHTREE PKW<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL
PP VALUE          896,236
TOTAL VALUE       896,236
ASSESSED VALUE    358,490

MILL RATE   0 032270

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $4,111.88 |
| SCHOOL TAXES | $7,366.97 |
| STATE OF GEORGIA TAXES | $89.62 |
| TOTAL AMOUNT DUE | $11,568 47 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS PLEASE READ THE REVERSE SIDE OF THIS NOTICE

**SPECIAL INSTRUCTIONS**

PROPERTY TAXES ARE DUE OCT 15, 2005 IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15, 2005 If you have an escrow account a copy of your bill has been made available to your mortgage company However, it is your responsibility to ensure taxes are paid If your mortgage company has recently changed, you should send a copy of this bill to the new company

08/19/2005

__PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS__

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300812 | $5,784 23 | 11-15-2005 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

B300812
ATTN MELISSA PENA CORP TAX
SAVE RITE #2741
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   023008120000000   0   00000578423   00000578423   0

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300812 | $5,784 24 | 10-15-2005 | $11,568 47 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

B300812
ATTN MELISSA PENA CORP TAX
SAVE RITE #2741
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   023008120000000   0   00000578424   00001156847   7

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: d/b/a Save Rite #2720     Case No. 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

||||| 20258021
WDX-381225B247
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

720-822-7349
Telephone No of Creditor

770-822-7252
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U.S. BANKRUPTCY COURT M.D. FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11701**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above  ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: 1230198

Check here if this claim ☐ replaces  ☐ amends a previously filed claim, dated _____

**1 Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☑ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN _____
  Unpaid compensation for services performed from _____ to _____
  (date)    (date)

**2 Date debt was incurred:** 01-01-2005

**3 If claim is based on a Court Judgment, date obtained:** _____

**4 Total Amount of Claim at Time Case Filed:**

$_____ (unsecured)  $_____ (secured)  $10,842.72 (priority)  $10,842.72 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5 Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $10,842.72
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☑ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8 Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9 Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

2005 AUG 22 PM 4:03
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
RECEIVED LOGAN & COMPANY, INC AS AGENT

Date: 8-18-2005
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: Bill McCurdy    Title: Claims Processor
Signature: Bill McCurdy

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
TAX COMMISSIONER
TaxCommissioner@gwinnettcounty.com

1032816
www.gwinnett-tax.com
770-822-8800
PIN NUMBER   3545362

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B301198 | SAVE RITE #2720 | 2055 BEAVER RUIN RD<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL
PP VALUE           840,002
TOTAL VALUE        840,002
ASSESSED VALUE     336,000

MILL RATE    0.032270

## ACCOUNT SUMMARY

| | |
|---|---|
| SCHOOL TAXES | $6,904.80 |
| STATE OF GEORGIA TAXES | $84.00 |
| COUNTY TAXES | $3,853.92 |
| TOTAL AMOUNT DUE | $10,842.72 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

### SPECIAL INSTRUCTIONS

PROPERTY TAXES ARE DUE OCT 15, 2005 IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005 If you have an escrow account a copy of your bill has been made available to your mortgage company However, it is your responsibility to ensure taxes are paid If your mortgage company has recently changed, you should send a copy of this bill to the new company

08/19/2005

PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B301198 | $5,421.36 | 11-15-2005 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

B301198
ATTN MELISSA PENA CORP TAX
SAVE RITE #2720
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2    05    0230119800000000    2    00000542136    00000542136    5

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B301198 | $5,421.36 | 10-15-2005 | $10,842.72 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

B301198
ATTN MELISSA PENA CORP TAX
SAVE RITE #2720
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2    05    0230119800000000    2    00000542136    00001084272    0

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name d/b/a WD Lawrenceville LLC     Case No 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

770-822-7349
Telephone No. of Creditor

20258021
WDX-381225-B2-47
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

770-822-7242
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN-DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M D-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11702**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor
R7048-403

Check here if this claim
☐ replaces  ☐ amends     a previously filed claim, dated _____

1. Basis for Claim
   ☐ Goods sold to debtor(s)
   ☐ Services performed for debtor(s)
   ☐ Goods purchased from debtor(s)
   ☐ Money loaned
   ☐ Personal injury/property damage
   ☐ Other _____
   ☑ Taxes
   ☐ Severance agreement
   ☐ Refund
   ☐ Real property lease
   ☐ Personal property lease
   ☐ Other contract _____
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN. _____
   Unpaid compensation for services performed from _____ to _____
   (date)          (date)

2. Date debt was incurred:

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
   $_____(unsecured)   $_____(secured)   $ 43,403.15 (priority)   $ 43,403.15 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 43,403.15
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☑ Taxes or penalties owed to governmental units – 11 U.S.C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2005 AUG 22 PM 4:03
RECEIVED
LOGAN & COMPANY INC
AS AGENT
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Date 8/18/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print Bill McCurdy   Title Claims Processor
Signature Bill McCurdy

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
**TAX COMMISSIONER**
TaxCommissioner@gwinnettcounty.com

2124435
www.gwinnett-tax.com
770-822-8800
PIN NUMBER  2522534

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | R7048 403 | WD LAWRENCEVILLE LLC | 1404 L'VILLE SUWANEE RD LAWRENCEVILLE SUWANEE ROAD |

| APPRAISAL | | | | | | |
|---|---|---|---|---|---|---|
| LAND VALUE | 1,305,500 | ACRES | 10.39 | CREDITS AND EXEMPTIONS | GWINNETT HOMESTEAD | $0.00 |
| BLDG VALUE | 2,057,000 | | | | TAX RELIEF CREDIT | $0.00 |
| TOTAL VALUE | 3,362,500 | | | | VALUE OFFSET EXEMPTION | $0.00 |
| ASSESSED VALUE | 1,345,000 | | | | | |

MILL RATE  0.032270                                        TOTAL CREDIT / EXEMPT    $0.00

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $15,427.15 |
| SCHOOL TAXES | $27,639.75 |
| STATE OF GEORGIA TAXES | $336.25 |
| **TOTAL AMOUNT DUE** | **$43,403.15** |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS PLEASE READ THE REVERSE SIDE OF THIS NOTICE

**SPECIAL INSTRUCTIONS**

PROPERTY TAXES ARE DUE OCT 15, 2005. IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005. If you have an escrow account, a copy of your bill has been made available to your mortgage company. However, it is your responsibility to ensure taxes are paid. If your mortgage company has recently changed, you should send a copy of this bill to the new company.

08/19/2005

**PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS**

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | R7048 403 | $21,701.57 | 11-15-2005 | |

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

Effective Date _____

Signature _____

Daytime Phone Number _____

R7048 403
WD LAWRENCEVILLE LLC

1   05   187048004030000   5   000021701 57   00002170157   8

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | R7048 403 | $21,701.58 | 10-15-2005 | $43,403.15 | |

If your address has changed, please indicate which has changed, ☐ your mailing address, or ☐ the property location address and provide the following information

Address _____

Effective Date _____

Signature _____

Daytime Phone Number _____

R7048 403
WD LAWRENCEVILLE LLC

1   05   187048004030000   5   00002170158   00004340315   2

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim

Debtor Name: **d/b/a SaveRite Grocery # 2735**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

WDX-381225-B2-47   28258021
GWINNETT COUNTY DEPT OF PUBLIC UTILITIES
75 LANGLEY DR
LAWRENCEVILLE, GA 30245-6940

Telephone No. of Creditor: **7) 822-7349**
Fax No. of Creditor: **7) 822-7292**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN-DIXIE STORES, INC.
U.S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE: 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 11703**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above  ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **B300023**
Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
   ☐ Goods sold to debtor(s)
   ☐ Services performed for debtor(s)
   ☐ Goods purchased from debtor(s)
   ☐ Money loaned
   ☐ Personal injury/property damage
   ☐ Other _____
   ☑ Taxes
   ☐ Severance agreement
   ☐ Refund
   ☐ Real property lease
   ☐ Personal property lease
   ☐ Other contract
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SSN _____
     Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **01-01-05**
3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:
   $ _____ (unsecured)   $ _____ (secured)   $ **13,674.10** (priority)   $ **13,674.10** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **13,674.10**
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7)
☑ Taxes or penalties owed to governmental units – 11 U.S.C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U.S.C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is For Court Use Only

RECEIVED 2005 AUG 22 PM 4:03
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY INC AS AGENT

Date: **8/18/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice
Print: **Bill McCurdy**   Title: **Claims Processor**
Signature: **Bill McCurdy**

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571



**NOTICE OF TAXES**
**GWINNETT COUNTY, GEORGIA**
KATHERINE SHERRINGTON
**TAX COMMISSIONER**
TaxCommissioner@gwinnettcounty.com

1016123
www.gwinnett-tax.com
770-822-8800
PIN NUMBER   3491548

| TAX YEAR | ACCOUNT # | NAME | PROPERTY LOCATION & DESCRIPTION |
|---|---|---|---|
| 2005 | B300023 | SAVE RITE GROCERY #2735 | 850 DOGWOOD RD<br>BUSINESS INVENTORY/EQUIPMENT |

APPRAISAL
PP VALUE         1,059,295
TOTAL VALUE      1,059,295
ASSESSED VALUE     423,740

MILL RATE    0.032270

## ACCOUNT SUMMARY

| | |
|---|---|
| COUNTY TAXES | $4,860.30 |
| SCHOOL TAXES | $8,707.86 |
| STATE OF GEORGIA TAXES | $105.94 |
| TOTAL AMOUNT DUE | $13,674.10 |

FOR ADDITIONAL INFORMATION WHICH MAY HELP ANSWER YOUR QUESTIONS, PLEASE READ THE REVERSE SIDE OF THIS NOTICE

### SPECIAL INSTRUCTIONS

PROPERTY TAXES ARE DUE OCT 15, 2005 IF PAYING IN INSTALLMENTS, THE 1st INSTALLMENT IS DUE OCT 15, 2005 AND THE BALANCE IS DUE NOV 15 2005 If you have an escrow account, a copy of your bill has been made available to your mortgage company However, it is your responsibility to ensure taxes are paid If your mortgage company has recently changed, you should send a copy of this bill to the new company

08/19/2005

**PLEASE RETAIN THE TOP PORTION FOR YOUR RECORDS**

08/19/2005

**RETURN THIS PORTION WITH YOUR 2nd INSTALLMENT PAYMENT**

| Tax Year | Account Number | 2nd Installment Amount | Due Date | Amount Paid |
|---|---|---|---|---|
| 2005 | B300023 | $6,837.05 | 11-15-2005 | |

If your address has changed, please indicate which has changed,
☐ your mailing address, or ☐ the property location address and provide the following information

B300023
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2735
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   023000230000000   5   000000683705   000000683705   4

08/19/2005

**RETURN THIS PORTION WITH YOUR 1st INSTALLMENT PAYMENT**

| Tax Year | Account Number | 1st Installment Amount | Due Date | Total Due | Amount Paid |
|---|---|---|---|---|---|
| 2005 | B300023 | $6,837.05 | 10-15-2005 | $13,674.10 | |

B300023
ATTN MELISSA PENA CORP TAX
SAVE RITE GROCERY #2735
5050 EDGEWOOD CT
JACKSONVILLE FL 32254-3601

Address _____
Effective Date _____
Signature _____
Daytime Phone Number _____

2   05   023000230000000   5   000000683705   000001367410   7