**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE OF RESPONSE OF THE TAX COMMISSIONER OF DOUGLAS COUNTY, GEORGIA TO THE DEBTOR'S THIRD OMNIBUS OBJECTION TO TAX CLAIMS**

**I HEREBY CERTIFY** that a true and correct copy of the Response of The Tax Commissioner of Douglas County, Georgia to the Debtors Third Omnibus Objection to Tax Claims has been served on this 17th day of July, 2006, to all creditors listed below: US Trustees Office, Attention: Elena Escamilla, 135 West Central Blvd., Suite 620, Orlando, Fl 32801; Allan E. Wulbern, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036-6522.

/s/ Stephen R. Caplan
STEPHEN R. CAPLAN, ESQUIRE
Local Counsel for Douglas County Commissioner
31 North Hyer Avenue
Orlando, FL 32801
(407) 872-6249 / Fax: (407) 425-1501
FL Bar No: 835153