Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-bk-3817 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

## OBJECTION TO MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Comes now Selma Highway 80 Venture II Joint Venture, Landlord/Creditor in the above-styled bankruptcy case (hereinafter "Landlord"), and objects to the cure amount set forth in Debtors' Second Omnibus **Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief** as follows:

1. Winn-Dixie Montgomery, Inc., entered into that certain lease with Landlord for the lease of property at 1352 Highland Avenue, Selma, Alabama (Store Numbers: 520GL and 520BL). The cure amount set forth in the Motion to Assume that lease filed herein on June 30, 2006, is $5,758.66.

2. The actual amount necessary to cure the default under this lease is $11,578.66. This consists of common area maintenance charges totaling $5,758.66 and attorneys fees totaling $5,820.00.

3. Pursuant to Paragraph 18 of the Lease, the Landlord is entitled to a reasonable attorneys fee. A true and correct copy of the Lease is attached hereto and incorporated herein by reference as Exhibit A.

Submitted this the 17th day of July, 2006.

_____
Nina M. LaFleur

Nina M. LaFleur
LaFleur Law Firm
P.O. Box 861128
St. Augustine, FL 32086
Phone: 904-797-7995

_____
Walter F. McArdle

Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 581-6295
Facsimile: (205) 324-8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the parties via electronic mail or U.S. Mail on this ___ day of July, 2006.

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher &Flom, LLP
Four Times Square
New York, NY 10036-6522

Dennis F. Dunne, Esq.
Millbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, Florida 32801

_____
Of Counsel