UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT
TO ORDER AUTHORIZING RETROACTIVE REJECTION
OF NON-RESIDENTIAL REAL PROPERTY LEASE THAT
<u>WAS ASSIGNED PREPETITION (STORE 1361)</u>**

      I, Adam S. Ravin, certify that on July 14, 2006 I caused to be served the Order Authorizing Retroactive Rejection of Non-Residential Real Property Lease that Was Assigned Prepetition (Store 1361) [Docket No. 9192], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: July 17, 2006

                                                     SKADDEN, ARPS, SLATE,
                                                     MEAGHER & FLOM LLP

                                                     By: /s/ *Adam S. Ravin*
                                                     Adam S. Ravin
                                                     Four Times Square
                                                     New York, New York 10036
                                                     (212) 735-3000
                                                     (212) 735-2000 (facsimile)

                                                       - and –

                                                     SMITH HULSEY & BUSEY

                                                     By: /s/ *Cynthia C. Jackson*
                                                     Cynthia C. Jackson
                                                     Florida Bar Number 498882
                                                     225 Water Street, Suite 1800
                                                     Jacksonville, Florida 32202
                                                     (904) 359-7700
                                                     (904) 359-7708 (facsimile)

                                                     Co-Counsel for Debtors

**Exhibit A**

WV INC.
ATTN:  MR. WAYNE VINSON
PO. BOX 116
SUMMIT, MS 39666

BRUMFIELD AND AUSTIN
ATTN:  MICHAEL AUSTIN, ESQ
119 NORTH BROADWAY (39648)
P.O. BOX 886
MCCOMB, MS 39649-0886

JAMES S HENDERSON
P O BOX 9909
GREENWOOD  MS  38930 1757

JAMES S. HENDERSON
805 WESTPARK AVE, SUITE 5E
GREENWOOD, MS 38930

H. DONALD BROCK, SR.
WHITTINGTON, BROCK & SWAYZE, PA
308 FULTON
GREENWOOD, MS 38930

617384.01-New York Server 2A - MSW