UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT
TO ORDER AUTHORIZING REJECTION OF (I) THREE
NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED
PREPETITION AND (II) THE RELATED ASSIGNMENT AGREEMENTS**

I, Adam S. Ravin, certify that on July 14, 2006 I caused to be served the Order Authorizing Rejection of (I) Three Non-Residential Real Property Leases that Were Assigned Prepetition and (II) the Related Assignment Agreements [Docket No. 9186], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: July 17, 2006

        SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP

        By: /s/ *Adam S. Ravin*
        Adam S. Ravin
        Four Times Square
        New York, New York 10036
        (212) 735-3000
        (212) 735-2000 (facsimile)

        - and –

        SMITH HULSEY & BUSEY

        By: /s/ *Cynthia C. Jackson*
        Cynthia C. Jackson
        Florida Bar Number 498882
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)

        Co-Counsel for Debtors

**Exhibit A**

1997 PROPERTIES
PO BOX 55416
C/O ROGER P FRIOU
JACKSON, MS  39296

RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL WELLS  TX  76067

STANLEY H. HATHORN, ESQ
7059 HIGHWAY 15 SOUTH
LOUISVILLE, MS 39339

FOLMAR & ASSOCIATES
PO BOX 16765
% DELTA SQUARE
MOBILE  AL  36616

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1411
TYLER, TX 75710

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1412
TYLER, TX 75711

LUCKEY MCDOWELL
BAKER BOTTS
2001 ROSS AVENUE
DALLAS, TX 75201-2980

TRIPLE V, INC.
ATTN:  EL VOWELL
403 S CHURCH STREET
LOUISVILLE, MS 39339

ROBERTS COMPANY, INC.
ATTN:  JEFF IVERSON
1612 ADELINE STREET
HATTIESBURG, MS 39401

RICHARD MONTAGUE
HIGHLAND BLUFF NORTH, SUITE 200
4450 OLD CANTON ROAD
POST OFFICE BOX 1970
JACKSON, MISSISSIPPI 39215-1970