UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

         Debtors.      Jointly Administered
_____

SUPPLEMENT TO RESPONSE OF GWINNETT COUNTY TAX
COMMISSIONER TO DEBTORS' THIRD OMNIBUS OBJECTION TO TAX
CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES

Gwinnett County Tax Commissioner ("Gwinnett"), by and through its undersigned counsel, hereby supplements its response (the "Response") to the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities ("Objection") and states as follows:

1. Pursuant to Paragraph 6 of its Response, Gwinnett is supplementing its Response to the Objection by attaching copies of the personal property tax returns prepared by the Debtors for the years 2004 and 2005.

2. Attached hereto as Composite Exhibit "B" are copies of the personal property tax returns prepared by the Debtors for the years 2004 and 2005.

3. Pursuant to the tax returns contained in Composite Exhibit "B", the Debtors declared that they "do solemnly swear that ... the value placed by [them] on the

property returned, as shown by the list, is the **true market value thereof**." (emphasis added).

4. All other paragraphs of the Response are hereby incorporated by reference.

5. Gwinnett reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 18 day of July, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile