| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | 2004 | 770-822-7212 | 2735-SAVERITE |

RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| | DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
|---|---|---|---|
| | MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE  *SAVE RITE # 2035*

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

950 DOGWOOD RD, LAWRENCEVILLE

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §4-5-300  The return and supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

**LINE / PERSONAL PROPERTY STRATA**

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULE A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual labor, trade, leasehold improvements personal property in nature and construction in progress personal property in nature | 1,398 | 1,398 | |
| I. Inventory — includes all raw materials goods, in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does inventory receiving Freepont Exemption under O.C.G.A. 5-48.2. | 684,125 | 684,125 | |
| P. Freeport Inventory — includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2. | | | |
| Z. Other Personal — includes all personal property not otherwise defined above. | | | |
| TOTALS ➤ | 685,523 | 685,523 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

**TAXPAYER'S DECLARATION**

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state  I do further swear that in making this return I have done so by estimating the true worth and value of every species of property contained

TAXPAYER OR AGENT X_____  Date  FEB 20 2004

PLEASE PRINT OR TYPE NAME __  John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____  (904) 783-5220  ___ NUMBER: _____

Run Date: 02/26/04, Acct No: 2735-SAVERITE, Location (PTS):2735, Property Descr:1998 FORKS VILLAGE    PAGE 1

Composite Exhibit "B"

## GENERAL INFORMATION THIS SECTION SHOULD BE COMPLETED IN DETAIL   NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION

1. CHECK TYPE OF BUSINESS:           COMMERCIAL [ ]   INDUSTRIAL [ ]   AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:   CORPORATION [X]   INDIVIDUAL [ ]   PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ____/____/____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: ____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER:____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: ____
8. NAME ON BUSINESS LICENSE: ____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LAWRENCEVILLE
10. PREPARERS NAME: ____
    ADDRESS: ____ PHONE: # ____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR ____ PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: ____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 ____ HOME OFFICE NUMBER: ____
    TOLL FREE NUMBER: ____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: ____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: ____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: ____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS ____

18. DATE BUSINESS BEGAN IN THIS COUNTY: 09/27/90 ____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x]   NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ]   NO [X]
    AIRCRAFT? YES [ ]   NO [X]   IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-290 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal, is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most valuations do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 02/26/04, Acct No: 2735-SAVERITE, Location (PTS):2735, Property Descr:1998 FORKS VILLAGE

# BUSINESS PERSONAL PROPERTY SCHEDULE A
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2004 | 770-822-7212 | 2735-SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 45000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
850 DOGWOOD RD, LAWRENCEVILLE

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1 TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .26 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| **GROUP 2 TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .92 | = | 1,398 |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | | 1,519 | | | | 1,519 | | | | 1,398 |
| **GROUP 3 TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .26 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| **GROUP 4 TYPICAL ECONOMIC LIFE OF 14 YEARS (ALSO IRS ASSET CLASS 00.12) (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | | | | | | | | | |
| TOTAL ALL GROUPS | | | 1,519 | | | | 1,519 | | | | 1,398 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/26/04, Acct No: 2735-SAVERITE, Location (PTS):2735, Property Descr:1998 FORKS VILLAGE

PAGE 3

# BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
## THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B - INVENTORY  SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ).
If yes, please list in space provided below.  Show total 100% cost, do not include
licensed motor vehicles, or dealer heavy duty equipment for sale weighing over
5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1.  Merchandise | 658,575 |
| 2.  Raw Materials | |
| 3.  Goods In Process | |
| 4.  Finished Goods | |
| 5.  Goods In Transit | |
| 6.  Warehoused | |
| 7.  Consigned | |
| 8.  Floor Planned | |
| 9.  Spare Parts | |
| 10.  Supplies<br>Includes computer, medical, office and operating<br>supplies, fuel, and tangible prepaid (expensed items) | 25,550 |
| 11.  Packaging Materials | |
| 12.  Livestock<br>(Non Exempt 48-5-41 1) | |
| 13  TOTAL INVENTORY | |

Enter total on page 1 Line I schedule column. If Freeport account
enter exempt amount on Line P and taxable amount on Line 1.

1.  Indicate your inventory accounting method (Lower of Cost or Market, Retail
Method, Weighted Average, Physical, etc.) COST
2.  Check Cost Method as it applies to your inventory:    (X) Actual ( ) LIFO
( ) FIFO  LIFO not acceptable
3.  Fiscal Year ending date of business ____ / ____
If your Fiscal Year ends at a point in time other than January 1, you should attach
a breakdown of how you arrived at your January 1 inventory.
4.  Inventory reported on previous year Georgia Income Tax Return ____
5.  The 100% delivered cost should include freight, burden and overhead at your
level of trade on January 1.
6.  If you file a Corporate or Partnership Income Tax Return, a photocopy of your
most current balance sheet (Corporation  Form 1120, Schedule A & L - Partnership,
Form 1065, Schedule A & L as filed with your U.S. Income Tax Return is requested.
If you filed an individual or Sole Proprietorship Income Tax Return, a photo copy
of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 &
2 as filed with your U.S. Income Tax Return is requested. These documents are
requested for inventory verification purposes and will not be available for public
inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish
any Income Tax Records or Returns.
7.  Inventory is subject to audit and verification from your records or those you have
filed with the State of Georgia Department of Revenue.
8.  Do not make any deductions for anticipated mark-down or shrinkage. Do not
discount, figures are to be taken directly from your books.
9.  If inventory is less than the previous year an explanation for the decrease should
be submitted.
10.  Gross Sales for the previous calendar year: ____
11.  All taxable livestock and farm products should be reported as inventory. See
O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C  CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( )  No ( ).  If yes, did you have tangible personal property connected with
this construction in progress that has not been reported in any other section of this schedule? Yes ( )  No ( ).  If yes, please list in the space provided below. Add
Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS<br>(ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR<br>ACQUIRED | USEFUL<br>LIFE<br>(YEARS) | TOTAL<br>COST | | MARKET<br>VALUE<br>FACTOR | | INDICATED<br>VALUE | OFFICE USE<br>ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | = | | |
| | | | | X | 75 | = | | |

## SECTION 1  CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and
not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( )  No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS<br>(ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL<br>COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2  LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending
machines (coffee, cigarette, candy games etc.) or other type personal property which was leased, loaned, stored or otherwise located at your business and
not owned by you? Yes ( )  No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING<br>PRICE | RENTAL<br>AMOUNT<br>PER MONTH | DATE OF<br>MANUFACTURE | DATE<br>INSTALLED | LENGTH<br>OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3  ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported?  Yes ( )  No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4  DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business on January 1 this year? Yes ( )  No ( ). If yes, list in the
space provided below.

| DETAILED DESCRIPTION OF ITEMS<br>(ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR<br>ACQUIRED | DATE<br>DISPOSED | ORIGINAL COST<br>NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF<br>PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

PT - 50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2004 | 770-822-7212 | | 2735-SAVERITE |
| | DUE DATE | | MAP AND PARCEL, I.D. NO. | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | | 445000 |
| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS | | | |

COUNTY NAME AND RETURN ADDRESS:

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS:

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**
850 DOGWOOD RD, LAWRENCEVILLE

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute waiver of the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%)

1. DESCRIBE THE TYPE OF BUSINESS:

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5. SUMMATION OF TAXABLE INVENTORY:
   PLEASE COMPLETE THE FOLLOWING
   INVENTORY NOT ELIGIBLE FOR FREEPORT

   A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1 .......... $_____
   B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1. ... $ 25,550
   C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1. .......... $_____
   D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1 ... $_____
   E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1. ... $ 658,575
   INVENTORY ELIGIBLE FOR FREEPORT
   F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1 .......... $_____
   G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1. .......... $_____
   H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1. ... $_____

   I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B) ... $ 684,125
   (Current market value at your level of trade)
   J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

   1. RAW MATERIALS; GOODS IN PROCESS

   _____ X* _____ = (_____)
   From F and G Above    County Exemption %    Exemption Amount
   2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)

   _____ X* _____ = (_____)
   From H Above    County Exemption %    Exemption Amount
   3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)

   _____ X* ___0___ = (_____)
   From Section 8C line E Back Page    County Exemption %    Exemption Amount
   * NOTE: COUNTY EXEMPTION % WILL BE 20, 40  60, 80, OR 100 PERCENT.
   K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)

   L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE (ENTER ON PAGE 1 LINE I OF TAX RETURN)    684,125
   PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in-trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse , dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)

| | | | |
|---|---|---|---|
| A. Total finished goods inventory shipments from this county during the last complete calendar year: | | _____ | |
| B. Total finished goods inventory shipments from this county during the last complete calendar year to an out-of State destination: | | _____ | |
| C Percentage of out-of State shipments: (B divided by A) | | | _____ % |
| D. Total finished goods inventory on January 1 of this year: (Exclude inventory stored over (12) months) | | _____ | |
| E. Estimated out-of-State shipments this year: (multiply C times D) Enter under 5.J.3 front page | | _____ | |

7. If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C. The same property cannot be exempted under more than one of these categories.

8 PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 850 DOGWOOD RD, LAWRENCEVILLE

9 LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10 NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY

NAME_____    PHONE_____

## OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:

"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

03/01/04

| (Taxpayer Signature) | (Title) | (Date) |
|---|---|---|
| (Preparers Signature) | (Title) | (Date) |

DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS

APPROVED                                        DATE
                                          DISAPPROVED

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

### (as of January 1, 2004)

### Account 2735-SAVERITE
### GA-GWINNETT
### WINN-DIXIE

### 850 DOGWOOD RD LAWRENCEVILLE,GA 30044

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| FURN & FIX | 1,519 | GA-GROUP II | 1,398 |
| GA-GROUP 1 | 44,091 | GA-GROUP 1 | 9,253 |
| GA-GROUP 2 | 999,807 | GA-GROUP 2 | 342,473 |
| GA-GROUP 3 | 121,847 | GA-GROUP 3 | 51,377 |
| INVENTORY - RETAIL | 658,575 | 100% COST | 658,575 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,851,389 | | $1,088,626 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**
WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**
GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone:  770-822-7212      Fax:  770-822-7220

Location (PTS):2735, Property Descr:1998 FORKS VILLAGE

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION. RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | 2005 | 770-822-7220 | | B300023 |
| | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| | MARCH 01 | | | 445000 |

| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS |
|---|---|
| GWINNETT COUNTY ASSESSOR<br>75 LANGLEY DR<br>LAWRENCEVILLE, GA 30045-6900 | WINN-DIXIE RALEIGH, INC.  SALE SITE # 2735<br><br>PROPERTY TAX DEPT 5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 |

BUSINESS PHYSICAL LOCATION

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

850 DOGWOOD RD LAWRENCEVILLE, GA 30044
IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:
ADDRESS:
CITY STATE, ZIP:

**PERSONAL PROPERTY STRATA**

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property, construction in progress personal property in nature | 367,952 | 367,952 | |
| I. Inventory — includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 691,344 | 691,344 | |
| P. Freeport Inventory — includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — includes all personal property not otherwise defined above. | | | |
| TOTALS → | 1,059,296 | 1,059,296 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property contain'

TAXPAYER OR AGENT X _____ Date _____ FEB 23 2005

PLEASE PRINT OR TYPE NAME — John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220 _____ PHONE NUMBER: _____

Run Date: 02/18/05, Acct No: B300023, Location (PIS):2735, Property Descr:1998 FORKS VILLAGE,

PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL    (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS:    COMMERCIAL [ ]    INDUSTRIAL [ ]    AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:    CORPORATION [x]    INDIVIDUAL [ ]    PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: _____/_____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE _____
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LAWRENCEVILLE _____
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME:  JOHN TAYLOR _____ PHONE #: _904-783-5220_____
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646 _____
    EMAIL ADDRESS:  JOHNTAYLOR@WINN-DIXIE.COM _____
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000 _____
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
    _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: _09/27/90_____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [x]
    AIRCRAFT? YES [ ] NO [x] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A § 48-5-269 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution if such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request
12. Computer software (O.C.G.A, § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

## BUSINESS PERSONAL PROPERTY SCHEDULE A
### (FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B300023 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

**BUSINESS PHYSICAL LOCATION**
850 DOGWOOD RD LAWRENCEVILLE, GA 30044

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2004 | | + | | - | | = | | X | .87 | = | |
| 2003 | | + | | - | | = | | X | .74 | = | |
| 2002 | | + | | - | | = | | X | .58 | = | |
| 2001 | | + | | - | | = | | X | .43 | = | |
| 2000 | | + | | - | | = | | X | .32 | = | |
| 1999 | | + | | - | | = | | X | .26 | = | |
| 1998 | 7,095 | + | | - | | = | 7,095 | X | .21 | = | 1,490 |
| 97 & - | 36,996 | - | | - | 19,866 | = | 17,130 | X | .20 | = | 3,426 |
| TOTAL GROUP 1 | 44,091 | | | | 19,866 | | 24,225 | | | | 4,916 |
| GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2004 | | + | 4,241 | - | | = | 4,241 | X | .92 | = | 3,902 |
| 2003 | 1,519 | + | 524 | - | | = | 2,043 | X | .85 | = | 1,736 |
| 2002 | 104,521 | + | | - | 8,156 | = | 96,365 | X | .78 | = | 75,165 |
| 2001 | 16,480 | + | 6,606 | - | | = | 23,086 | X | .70 | = | 16,160 |
| 2000 | 103,624 | + | | - | 2,847 | = | 100,777 | X | .63 | = | 63,490 |
| 1999 | | + | | - | | = | | X | .54 | = | |
| 1998 | 5,207 | + | | - | 3,321 | = | 1,886 | X | .44 | = | 830 |
| 1997 | 755 | + | 11,315 | - | | = | 12,070 | X | .34 | = | 4,104 |
| 1996 | 51,689 | + | | - | | = | 51,689 | X | .28 | = | 14,473 |
| 1995 | 46,969 | + | | - | 12,792 | = | 34,177 | X | .25 | = | 8,544 |
| 1994 | 5,140 | + | | - | 531 | = | 4,609 | X | .25 | = | 1,152 |
| 93 & - | 665,421 | + | | - | 27,626 | = | 637,795 | X | .20 | = | 127,559 |
| TOTAL GROUP 2 | 1,001,325 | | 22,686 | | 55,273 | | 968,738 | | | | 317,115 |
| GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2004 | | + | | - | | = | | X | .95 | = | |
| 2003 | | + | | - | | = | | X | .91 | = | |
| 2002 | | + | | - | | = | | X | .87 | = | |
| 2001 | | + | | - | | = | | X | .82 | = | |
| 2000 | | + | | - | | = | | X | .79 | = | |
| 1999 | | + | | - | | = | | X | .75 | = | |
| 1998 | | + | | - | | = | | X | .70 | = | |
| 1997 | | + | | - | | = | | X | .63 | = | |
| 1996 | | + | | - | | = | | X | .57 | = | |
| 1995 | 52,324 | + | | - | | = | 52,324 | X | .52 | = | 27,209 |
| 1994 | | + | | - | | = | | X | .47 | = | |
| 1993 | | + | | - | | = | | X | .41 | = | |
| 1992 | | + | | - | | = | | X | .35 | = | |
| 1991 | | + | | - | | = | | X | .31 | = | |
| 1990 | 69,523 | + | | - | 22,539 | = | 46,984 | X | .29 | = | 13,625 |
| 1989 | | + | | - | | = | | X | .28 | = | |
| 88 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | 121,847 | | | | 22,539 | | 99,308 | | | | 40,834 |
| GROUP 4: TYPICAL ECONOMIC LIFE OF 1-4 YEARS (ALSO I.R.S. ASSET CLASS 00.12) (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2004 | | + | 6,368 | - | | = | 6,368 | X | .67 | = | 4,267 |
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .54 | = | 820 |
| 2002 | | + | | - | | = | | X | .31 | = | |
| 01 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | 7,887 | | | | 7,887 | | | | 5,087 |
| TOTAL ALL GROUPS | 1,167,263 | | 30,573 | | 97,678 | | 1,100,158 | | | | 367,952 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/18/05, Acct No: B300023, Location (PTS):2735, Property Descr:1998 FORKS VILLAGE,

## BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

### SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1 this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes

| | |
|---|---|
| 1. Merchandise | 665,794 |
| 2. Raw Materials | |
| 3. Goods in Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies    Includes computer medical, office and operating supplies, (ink) and tangible prepaid expensed (items) | 25,550 |
| 11. Packaging Materials | |
| 12. Livestock    (Non Exempt 48-5-41 1) | |
| 13. TOTAL INVENTORY | 691,344 |

Enter total on page 1 Line I schedule column I Freeport account
enter exempt amount on Line P and taxable amount on Line I

1.  Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2.  Check Cost Method as it applies to your inventory:  (X ) Actual ( ) LIFO  ( ) FIFO  LIFO not acceptable
3.  Fiscal Year ending date of business _____/_____/_____
    If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 inventory
4.  Inventory reported on previous year Georgia Income Tax Return: _____
5.  The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6.  If you file a Corporate or Partnership Income Tax Return  a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L – Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return  a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns
7.  Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8.  Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books
9.  If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41 1 for details of exemption

### SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | = | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | .75 | = | | |

### SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |
| | | |

### SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

### SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or during the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

### SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | 2004  770-822-7212 | | 2734-SAVERITE |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| | MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE  *Save Rite # 2734*

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

1575 LAWRENCEVILLE HWY, LAWRENCEVILLE

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §4-5-300. The return and supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

**PERSONAL PROPERTY STRATA**

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| L I N E | PERSONAL PROPERTY STRATA | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULE A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — Includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manufacture, electric gen, leasehold improvements personal property in nature and construction in progress personal property in nature. | 1,398 | 1,398 | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 5-48.2. | 678,955 | 678,955 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | **TOTALS** | 680,353 | 680,353 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property cont

TAXPAYER OR AGENT X_____  Date_____

PLEASE PRINT OR TYPE NAME  John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____  (904) 783-5220  PHONE NUMBER: _____

Run Date: 02/26/04, Acct No: 2734-SAVERITE, Location (PTS):2734, Property Descr:DAVIS MILL STATION    PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL. NOTE: THIS INFORMATION IS FOR PUBLIC INSPECTION.

1. CHECK TYPE OF BUSINESS:              COMMERCIAL [   ]    INDUSTRIAL [   ]   AGRICULTURAL [   ]
2. CHECK TYPE OF GA. INCOME TAX FILED:     CORPORATION [x  ]   INDIVIDUAL [   ]    PARTNERSHIP [   ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ___/___
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: ____ ____ ____ STATE SALES TAX NUMBER: ____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: <u>WINN-DIXIE</u>
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: <u>LAWRENCEVILLE</u>
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: <u>JOHN TAYLOR</u> _____ PHONE #: <u>904-783-5220</u>
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: <u>904-783-5220</u> ____ HOME OFFICE NUMBER: ____
    TOLL FREE NUMBER: _____ FAX NUMBER: <u>904-783-5646</u>
    EMAIL ADDRESS: <u>JOHNTAYLOR@WINN-DIXIE.COM</u>
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: <u>445000</u>
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: ____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS ____
_____
18. DATE BUSINESS BEGAN IN THIS COUNTY: <u>10/29/87</u> ____ WAS RETURN FILED LAST YEAR? YES [   ] NO [   ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x  ] NO [   ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [   ] NO [x  ]
    AIRCRAFT? YES [   ] NO [x  ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

# BUSINESS PERSONAL PROPERTY SCHEDULE A
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2004 | 770-822-7212 | 2734-SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW

BUSINESS PHYSICAL LOCATION
1575 LAWRENCEVILLE HWY, LAWRENCEVILLE

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | |
| 2003 | | + | - | | = | | X | .87 | = | |
| 2002 | | + | - | | = | | X | .74 | = | |
| 2001 | | + | - | | = | | X | .58 | = | |
| 2000 | | + | - | | = | | X | .43 | = | |
| 1999 | | + | - | | = | | X | .32 | = | |
| 1998 | | + | - | | = | | X | .26 | = | |
| 1997 | | + | - | | = | | X | .21 | = | |
| 96 & - | | + | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | |
| GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | |
| 2003 | | + 1,519 | - | | = | 1,519 | X | .92 | = | 1,398 |
| 2002 | | + | - | | = | | X | .85 | = | |
| 2001 | | + | - | | = | | X | .78 | = | |
| 2000 | | + | - | | = | | X | .70 | = | |
| 1999 | | + | - | | = | | X | .63 | = | |
| 1998 | | + | - | | = | | X | .54 | = | |
| 1997 | | + | - | | = | | X | .44 | = | |
| 1996 | | + | - | | = | | X | .34 | = | |
| 1995 | | + | - | | = | | X | .28 | = | |
| 1994 | | + | - | | = | | X | .25 | = | |
| 1993 | | + | - | | = | | X | .25 | = | |
| 92 & - | | + | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | 1,519 | | | | 1,519 | | | | 1,398 |
| GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | |
| 2003 | | + | - | | = | | X | .95 | = | |
| 2002 | | + | - | | = | | X | .91 | = | |
| 2001 | | + | - | | = | | X | .87 | = | |
| 2000 | | + | - | | = | | X | .82 | = | |
| 1999 | | + | - | | = | | X | .79 | = | |
| 1998 | | + | - | | = | | X | .75 | = | |
| 1997 | | + | - | | = | | X | .70 | = | |
| 1996 | | + | - | | = | | X | .63 | = | |
| 1995 | | + | - | | = | | X | .57 | = | |
| 1994 | | + | - | | = | | X | .52 | = | |
| 1993 | | + | - | | = | | X | .47 | = | |
| 1992 | | + | - | | = | | X | .41 | = | |
| 1991 | | + | - | | = | | X | .35 | = | |
| 1990 | | + | - | | = | | X | .31 | = | |
| 1989 | | + | - | | = | | X | .29 | = | |
| 1988 | | + | - | | = | | X | .28 | = | |
| 87 & - | | + | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | |
| GROUP 4: TYPICAL ECONOMIC LIFE OF 1-4 YEARS, ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | |
| 2003 | | + | - | | = | | X | .67 | = | |
| 2002 | | + | - | | = | | X | .54 | = | |
| 2001 | | + | - | | = | | X | .31 | = | |
| 00 & - | | + | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | | | | | | | | |
| TOTAL ALL GROUPS | | 1,519 | | | | 1,519 | | | | |

PAGE 3

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/26/04, Acct No: 2734-SAVERITE, Location (PTS):2734, Property Descr:DAVIS MILL STATION CENTER

# BUSINESS PERSONAL PROPERTY SCHEDULE B   INVENTORY

THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B- INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes( ) No( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or other heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 652,796 |
| 2. Raw Materials | |
| 3. Goods in Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 26,159 |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41.1) | |
| 13. TOTAL INVENTORY | |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ___/___/___ If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314) Under GA Law you cannot be required to furnish any income Tax Records or Returns
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year:
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ) If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add indicated to Total on Page 1 Line F Schedule C Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | = | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | 75 | | | |

## SECTION 1 CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2 LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| **SEE ATTACHED** | | | | | | |

## SECTION 3 ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4 DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

PT-50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2004 | 770-822-7212 | | 2734-SAVERITE |
| | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | | 445000 |
| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS | | | |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**
1575 LAWRENCEVILLE HWY, LAWRENCEVILLE

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute waiver of the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption), May 1- May 31 (58.33%), June 1 (50%), Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%).

1. DESCRIBE THE TYPE OF BUSINESS:

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION: _____

5. SUMMATION OF TAXABLE INVENTORY:
   PLEASE COMPLETE THE FOLLOWING
   INVENTORY NOT ELIGIBLE FOR FREEPORT

A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1.    $_____
B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1.    $____26,159
C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1.    $_____
D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1    $_____
E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1.    $____652,796
   INVENTORY ELIGIBLE FOR FREEPORT
F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1.    $_____
G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1.    $_____
H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1    $_____

I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B)    $____678,955
   (Current market value at your level of trade)

J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

   1. RAW MATERIALS, GOODS IN PROCESS
      _____ X* _____ = (_____)
      From F and G Above        County Exemption %        Exemption Amount
   2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)
      _____ X* _____ = (_____)
      From H Above        County Exemption %        Exemption Amount
   3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)
      _____ X* 0 = (_____)
      From Section 6C line B Back Page        County Exemption %        Exemption Amount

   * NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80, OR 100 PERCENT.

K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)    $▓▓▓▓▓▓▓

L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE (ENTER ON PAGE 1 LINE I OF TAX RETURN)    $____678,955

PAGE 1

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse, dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)
A. Total finished goods inventory shipments from this county during the last complete calendar year:
B. Total finished goods inventory shipments from this county during the last complete calendar year
to an out-of State destination:
C. Percentage of out-of State shipments: (B divided by A) _____ %
D. Total finished goods inventory on January 1 of this year: (Exclude inventory stored over (12) months)
E. Estimated out-of-State shipments this year: (multiply C times D) Enter under 5.J.3 front page

7. If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C. The same property cannot be exempted under more than one of these three categories.

8. PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 1575 LAWRENCEVILLE HWY, LAWRENCEVILLE

9 LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10. NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY.

NAME_____ PHONE_____

OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:
"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

03/01/04

_____ _____ (Date)
(Taxpayer Signature) (Title)

_____ _____ (Date)
(Preparers Signature) (Title)

DISPOSTION OF THE COUNTY BOARD OF TAX ASSESSORS
APPROVED                    DATE
                           DISAPPROVED

PAGE 2
Run Date: 02/26/2004

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of January 1, 2004)

### Account 2734-SAVERITE
### GA-GWINNETT
### WINN-DIXIE

## 1575 LAWRENCEVILLE HWY LAWRENCEVILLE,GA 30045

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| FURN & FIX | 1,519 | GA-GROUP II | 1,398 |
| GA-GROUP 1 | 39,028 | GA-GROUP 1 | 10,184 |
| GA-GROUP 2 | 857,097 | GA-GROUP 2 | 359,385 |
| GA-GROUP 3 | 108,076 | GA-GROUP 3 | 50,796 |
| GA-GROUP 4 | 23,196 | GA-GROUP 4 | 2,320 |
| INVENTORY - RETAIL | 652,796 | 100% COST | 652,796 |
| SUPPLIES | 26,159 | 100% COST | 26,159 |
| Totals | $1,707,871 | | $1,103,038 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone: 770-822-7212    Fax: 770-822-7220

Location (PTS):2734, Property Descr:DAVIS MILL STATION CENTER

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION
AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B300224 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.    STORE #2734

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION

1575 LAWRENCEVILLE HWY LAWRENCEVILLE, GA 30045

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-08 (3) (C)

## PERSONAL PROPERTY STRATA

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — Includes all fixtures, furniture, office equipment, supplies, chargers, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual labor, trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | 378,461 | 378,461 | |
| I. Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods such as packaging, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A § 48-5-48.2. | 752,143 | 752,143 | |
| P. Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — Includes all personal property not otherwise defined above. | | | |
| TOTALS ➤ | 1,130,604 | 1,130,604 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property conta:

TAXPAYER OR AGENT X_____ Date FEB 23 2005

PLEASE PRINT OR TYPE NAME  John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220    PHONE NUMBER: _____    PAGE 1

Run Date: 02/18/05, Acct No: B300224, Location (PTS):2734, Property Descr:DAVIS MILL STATION CENTER,

**GENERAL INFORMATION: THIS SECTION SHOULD BE COMPLETED IN DETAIL** NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION

1. CHECK TYPE OF BUSINESS:       COMMERCIAL [   ]     INDUSTRIAL [   ]    AGRICULTURAL [   ]
2. CHECK TYPE OF GA. INCOME TAX FILED:    CORPORATION [x  ]     INDIVIDUAL [   ]    PARTNERSHIP [   ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: _____/_____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER:_____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: <u>WINN-DIXIE</u>_____
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE:_____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: <u>LAWRENCEVILLE</u>_____
10. PREPARERS NAME: _____
     ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
     NAME: <u>JOHN TAYLOR</u>_____ PHONE #: <u>904-783-5220</u>_____
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: <u>904-783-5220</u>_____ HOME OFFICE NUMBER: _____
     TOLL FREE NUMBER: _____ FAX NUMBER: <u>904-783-5646</u>_____
     EMAIL ADDRESS: <u>JOHNTAYLOR@WINN-DIXIE.COM</u>_____
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: <u>445000</u>_____
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____

_____
18. DATE BUSINESS BEGAN IN THIS COUNTY: <u>10/29/87</u>_____ WAS RETURN FILED LAST YEAR? YES [   ] NO [   ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x  ]   NO [   ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [   ] NO [x  ]
     AIRCRAFT? YES [   ] NO [x  ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

**REFERENCE INFORMATION.**

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A § 48-5-299 (a).
6. Freeport Exemption (O.C G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states . "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A § 48-5-41 1 states. . "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less. which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-410 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) .shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

                                                                        PAGE 2

**BUSINESS PERSONAL PROPERTY SCHEDULE A**
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B300224 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION
1575 LAWRENCEVILLE HWY LAWRENCEVILLE, GA 30045

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | DISPOSALS OR TRANSFERED OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** ||||||||||| 
| 2004 | | + | | - | = | | X | .87 | = | |
| 2003 | | + | | - | = | | X | .74 | = | |
| 2002 | 3,509 | + | | - | = | 3,509 | X | .58 | = | 2,035 |
| 2001 | | + | | - | = | | X | .43 | = | |
| 2000 | | + | | - | = | | X | .32 | = | |
| 1999 | | + | | - | = | | X | .26 | = | |
| 1998 | 7,510 | + | | - | = | 7,510 | X | .21 | = | 1,577 |
| 97 & - | 28,009 | + | | 14,009 | = | 14,000 | X | .20 | = | 2,800 |
| TOTAL GROUP 1 | 39,028 | | | 14,009 | = | 25,019 | | | | 6,412 |
| **GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** |||||||||||
| 2004 | | + | 2,793 | - | = | 2,793 | X | .92 | = | 2,570 |
| 2003 | 1,519 | + | | - | = | | X | .85 | = | |
| 2002 | 145,005 | + | | - | = | 145,005 | X | .78 | = | 113,104 |
| 2001 | 4,465 | + | | - | = | 4,465 | X | .70 | = | 3,126 |
| 2000 | 113,142 | + | | - | = | 113,142 | X | .63 | = | 71,279 |
| 1999 | 1,699 | + | | 1,699 | = | | X | .54 | = | |
| 1998 | 76,211 | + | | 9,347 | = | 66,864 | X | .44 | = | 29,420 |
| 1997 | 755 | + | | 755 | = | | X | .34 | = | |
| 1996 | 860 | + | | 860 | = | | X | .28 | = | |
| 1995 | | + | | | = | | X | .25 | = | |
| 1994 | 29,147 | + | | 878 | = | 28,269 | X | .25 | = | 7,067 |
| 93 & - | 485,812 | + | | 15,917 | = | 469,895 | X | .20 | = | 93,978 |
| TOTAL GROUP 2 | 858,615 | | 2,793 | 30,975 | = | 830,433 | | | | 320,544 |
| **GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** |||||||||||
| 2004 | | + | | - | = | | X | .95 | = | |
| 2003 | | + | | - | = | | X | .91 | = | |
| 2002 | | + | | - | = | | X | .87 | = | |
| 2001 | | + | | - | = | | X | .82 | = | |
| 2000 | | + | | - | = | | X | .79 | = | |
| 1999 | | + | | - | = | | X | .75 | = | |
| 1998 | | + | | - | = | | X | .70 | = | |
| 1997 | | + | | - | = | | X | .63 | = | |
| 1996 | | + | | - | = | | X | .57 | = | |
| 1995 | | + | | - | = | | X | .52 | = | |
| 1994 | | + | | - | = | | X | .47 | = | |
| 1993 | 108,076 | + | | 421 | = | 107,655 | X | .41 | = | 44,139 |
| 1992 | | + | | - | = | | X | .35 | = | |
| 1991 | | + | | - | = | | X | .31 | = | |
| 1990 | | + | | - | = | | X | .29 | = | |
| 1989 | | + | | - | = | | X | .28 | = | |
| 88 & - | | + | | - | = | | X | .20 | = | |
| TOTAL GROUP 3 | 108,076 | | | 421 | = | 107,655 | | | | 44,139 |
| **GROUP 4: TYPICAL ECONOMIC LIFE OF 14 YEARS. ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** |||||||||||
| 2004 | | + | 9,770 | - | = | 9,770 | X | .67 | = | 6,546 |
| 2003 | | + | 1,519 | - | = | 1,519 | X | .54 | = | 820 |
| 2002 | | + | | | = | | X | .31 | = | |
| 01 & - | 23,195 | + | | 23,195 | = | | X | .10 | = | |
| TOTAL GROUP 4 | 23,195 | | 11,289 | 23,195 | = | 11,289 | | | | 7,366 |
| TOTAL ALL GROUPS | 1,028,914 | | 14,082 | 68,600 | = | 974,396 | | | | 378,461 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN _____

Run Date: 02/18/05, Acct No: B300224, Location (PTS):2734, Property Descr:DAVIS MILL STATION CENTER,

# BUSINESS PERSONAL PROPERTY SCHEDULE B  INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B · INVENTORY · SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ).
If yes, please list in space provided below. Show total 100% cost, do not include
licensed motor vehicles, or dealer heavy duty equipment for sale weighing over
5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 725,984 |
| 2. Raw Materials | |
| 3. Goods In Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 26,159 |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41.1) | |
| 13. TOTAL INVENTORY | 752,143 |

Enter total on page 1 Line I schedule column. If Freeport account
enter exempt amount on Line P and taxable amount on Line I

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO
   ( ) FIFO. LIFO not acceptable
3. Fiscal Year ending date of business ___
   If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 Inventory
4. Inventory reported on previous year Georgia Income Tax Return: ___
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: ___
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption

## SCHEDULE C · CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | = | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | 75 | | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and was not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Run Date: 02/18/05, Acct No: 8300224, Location (PTS):2734, Property Descr:DAVIS MILL STATION CENTER,  PAGE 4

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | 2004 | 770-822-7212 | | 2718 |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| | MARCH 01 | | | 445000 |

| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS |
|---|---|
| GWINNETT COUNTY ASSESSOR 75 LANGLEY DR LAWRENCEVILLE, GA 30045-6900 | WINN-DIXIE *Save Rite # 2713* PROPERTY TAX DEPT 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254-3699 |

| BUSINESS PHYSICAL LOCATION |
|---|
| 4801 LAWRENCEVILLE HIGHWA, LILBURN |

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. A return and supporting schedule must be completed and returned in order for property to be properly returned. (Department of Revenue Rule 560-11-10-08(3) (d))

COPY

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

LINE

PERSONAL PROPERTY STRATA
GWINNETT COUNTY
TAX ASSESSORS OFFICE

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

| | | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULE A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | 1,398 | 1,398 | |
| I | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts Does not include Inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 911,866 | 911,866 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | TOTALS | 913,264 | 913,264 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property contained

TAXPAYER OR AGENT X _____ Date _____ FEB 26 2004

PLEASE PRINT OR TYPE NAME __ John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc
(904) 783-5220

TITLE _____ NUMBER: _____

Run Date: 02/26/04, Acct No: 2713, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE          PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL. NOTE THIS INFORMATION IS OPEN TO PUBLIC INSPECTION

1. CHECK TYPE OF BUSINESS: COMMERCIAL [ ] INDUSTRIAL [ ] AGRICULTURAL [ ]

2. CHECK TYPE OF GA. INCOME TAX FILED: CORPORATION [X ] INDIVIDUAL [ ] PARTNERSHIP [ ]

3. FISCAL YEAR ENDING DATE OF BUSINESS: _____/_____

4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____

5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____

6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE

7. DOING BUSINESS AS: _____

8. NAME ON BUSINESS LICENSE: _____

9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LILBURN

10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____

11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR _____ PHONE #: 904-783-5220

12. LOCATION OF SUPPORTING RECORDS: _____

13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM

14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____

15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000

16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____

17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____

18. DATE BUSINESS BEGAN IN THIS COUNTY: 07/28/88 _____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]

19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x ] NO [ ]

20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [X ]
    AIRCRAFT? YES [ ] NO [X ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation

2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers or documents, by subpoena, if necessary, which may aid in determining the proper assessment

3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.

4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property

5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).

6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.

7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states ... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.

8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.

9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes"

10. O.C.G.A. § 48-5-43 states . "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation"

11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request

12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 02/26/04, Acct No: 2713, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE

# BUSINESS PERSONAL PROPERTY
## SCHEDULE A

(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND
WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|
| 2004 | 770-822-7212 | | 2713 |
| DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| MARCH 01 | | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT,
FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( )
NO ( ) IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
4801 LAWRENCEVILLE HIGHWA, LILBURN

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1 - TYPICAL ECONOMIC LIFE OF 5 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .26 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| **GROUP 2 - TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .92 | = | 1,398 |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | | 1,519 | | | | 1,519 | | | | 1,398 |
| **GROUP 3 - TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .28 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| **GROUP 4 - TYPICAL ECONOMIC LIFE OF 4 YEARS, ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | | | | | | | | | |
| TOTAL ALL GROUPS | | | 1,519 | | | | 1,519 | | | | |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/26/04, Acct No: 2713, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE

PAGE 3

# BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B: INVENTORY  SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes( ) No( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or other heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1  Merchandise | 886,316 |
| 2  Raw Materials | |
| 3  Goods in Process | |
| 4  Finished Goods | |
| 5  Goods in Transit | |
| 6  Warehoused | |
| 7  Consigned | |
| 8  Floor Planned | |
| 9  Spare Parts | |
| 10  Supplies  includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 25,550 |
| 11  Packaging Materials | |
| 12  Livestock  (Non Exempt 48-5-41.1) | |
| 13  TOTAL INVENTORY | |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market  Retail Method, Weighted Average, Physical, etc ) COST
2. Check Cost Method as it applies to your inventory:    (X) Actual  ( ) LIFO
   ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ____/____
   If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return.
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed on Individual or Sole Proprietorship Income Tax Return, a photocopy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C: CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ) If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X .75 | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

PT - 50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2004 | 770-822-7212 | | 2713 |
| | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | | 445000 |
| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS | | | |

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

4801 LAWRENCEVILLE HIGHWA, LILBURN

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

**IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW**

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute waiver of the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption) May 1- May 31 (58.33%), June 1 (50%), Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%).

1. DESCRIBE THE TYPE OF BUSINESS.

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5. SUMMATION OF TAXABLE INVENTORY:
   PLEASE COMPLETE THE FOLLOWING
   INVENTORY NOT ELIGIBLE FOR FREEPORT

A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1.    $ _____

B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1.    $ _____ 25,550

C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1.    $ _____

D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1    $ _____

E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1.    $ _____ 886,316

   INVENTORY ELIGIBLE FOR FREEPORT

F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1.    $ _____

G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1.    $ _____

H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1.    $ _____

I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B)    $ _____ 911,866
   (Current market value at your level of trade)

J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

   1. RAW MATERIALS, GOODS IN PROCESS

   _____ X* _____ = ( _____ )
   From F and G Above   County Exemption %    Exemption Amount

   2 FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)

   _____ X* _____ = ( _____ )
   From H Above   County Exemption %    Exemption Amount

   3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)

   _____ X* _____0_____ = ( _____ )
   From Section 8C and E Back Page   County Exemption %    Exemption Amount

   * NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80, OR 100 PERCENT.

K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)

L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE (ENTER ON PAGE 1 LINE I OF TAX RETURN)  911,866

PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse , dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. This exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known

SUMMARY FOR THIS EXEMPTION: (6C)
A Total finished goods inventory shipments from this county during the last complete calendar year: _____
B Total finished goods inventory shipments from this county during the last complete calendar year
    to an out-of State destination: _____
C. Percentage of out-of State shipments: (B divided by A) _____ %
D. Total finished goods inventory on January 1 of this year. (Exclude inventory stored over (12) months) _____
E. Estimated out-of-State shipments this year: (multiply C times D) Enter under 5.J.3 front page _____

7. If property is exempt under freeport. It is exempt either as covered by category 6A, 6B, 6C The same property cannot be exempted under more than one of these three categories.

8. PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 4801 LAWRENCEVILLE HIGHWA, LILBURN

9. LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10. NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY

NAME _____ PHONE _____

OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:
"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

                                                                      03/01/04

(Taxpayer Signature)                        (Title)                    (Date)

(Preparers Signature)                    (Title)                    (Date)

DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS             DATE
                APPROVED)                          DISAPPROVED

PAGE 2

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
## (as of January 1, 2004)

### Account 2713
### GA-GWINNETT
### WINN-DIXIE

### 4801 LAWRENCEVILLE HIGHWA LILBURN,GA 30047

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| FURN & FIX | 1,519 | GA-GROUP II | 1,398 |
| GA-GROUP 1 | 30,056 | GA-GROUP 1 | 6,448 |
| GA-GROUP 2 | 1,024,599 | GA-GROUP 2 | 440,157 |
| GA-GROUP 3 | 72,896 | GA-GROUP 3 | 21,756 |
| GA-GROUP 4 | 2,986 | GA-GROUP 4 | 299 |
| INVENTORY - RETAIL | 886,316 | 100% COST | 886,316 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $2,043,922 | | $1,381,924 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone: 770-822-7212     Fax: 770-822-7220

Location (PTS):2713, Property Descr:LILBURN MARKETPLACE

ASSETSUM                                      1                                      02/26/04

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | 2005 | 770-822-7220 | | 300405 |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| | MARCH 01 | | | 445000 |

COUNTY NAME AND RETURN ADDRESS / TAXPAYER NAME AND ADDRESS

GWINNETT COUNTY ASSESSOR **THIS IS A CERTIFIED COPY**
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-3909

WINN-DIXIE RALEIGH, INC. *SAME SITE # 2713*
PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

4801 LAWRENCEVILLE HIGHWAY LILBURN, GA 30047
IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

**PERSONAL PROPERTY STRATA**

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | IINDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature | 355,416 | 355,416 | |
| I. Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 900,866 | 900,866 | |
| P. Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — Includes all personal property not otherwise defined above. | | | |
| **TOTALS** → | 1,256,282 | 1,256,282 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

**TAXPAYER'S DECLARATION**

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property.

FEB 23 2005

TAXPAYER OR AGENT _____ Date _____

PLEASE PRINT OR TYPE John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220 _____ PHONE NUMBER: _____

Run Date: 02/18/05, Acct No: B300405, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE,   PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS:  COMMERCIAL [ ]  INDUSTRIAL [ ]  AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:  CORPORATION [x ]  INDIVIDUAL [ ]  PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: _____/_____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LILBURN
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR    PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220    HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
    _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 07/28/88    WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE?  YES [x ]  NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR?  YES [ ]  NO [x ]
    AIRCRAFT?  YES [ ]  NO [x ]  IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be complied and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with this business personal property return and schedules prior to the deadline for filing.
7. Air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states . "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states. . "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes"
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software.(O.C.G.A.) § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that hold as inventory ready for sale.

PAGE 2

Run Date: 02/18/05, Acct No: B300405, Location (PIS):2713, Property Descr:LILBURN MARKETPLACE,

# BUSINESS PERSONAL PROPERTY SCHEDULE A

(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)

THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B300405 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
4801 LAWRENCEVILLE HIGHWA LILBURN,GA 30047

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE ||||||||||||
| 2004 | | + | | - | | = | | X | .87 | = | |
| 2003 | | + | | - | | = | | X | .74 | = | |
| 2002 | | + | | - | | = | | X | .58 | = | |
| 2001 | | + | | - | | = | | X | .43 | = | |
| 2000 | | + | | - | | = | | X | .32 | = | |
| 1999 | | + | | - | | = | | X | .26 | = | |
| 1998 | 7,274 | + | | - | | = | 7,274 | X | .21 | = | 1,528 |
| 97 & - | 22,783 | + | | - | 9,383 | = | 13,400 | X | .20 | = | 2,680 |
| TOTAL GROUP 1 | 30,057 | | | | 9,383 | | 20,674 | | | | 4,208 |
| GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE ||||||||||||
| 2004 | | + | 5,009 | - | | = | 5,089 | X | .92 | = | 4,682 |
| 2003 | 3,118 | + | 524 | - | | = | 3,642 | X | .85 | = | 3,096 |
| 2002 | 132,661 | + | | - | 14,946 | = | 117,715 | X | .78 | = | 91,817 |
| 2001 | 16,471 | + | | - | | = | 16,471 | X | .70 | = | 11,530 |
| 2000 | 109,601 | + | | - | 3,085 | = | 106,516 | X | .63 | = | 67,105 |
| 1999 | 4,766 | + | | - | 531 | = | 4,235 | X | .54 | = | 2,287 |
| 1998 | 13,645 | + | | - | 8,189 | = | 5,456 | X | .44 | = | 2,401 |
| 1997 | 23,902 | + | 43,452 | - | | = | 67,354 | X | .34 | = | 22,900 |
| 1996 | 340 | + | | - | 340 | = | | X | .28 | = | |
| 1995 | 6,095 | + | | - | | = | 6,095 | X | .25 | = | 1,524 |
| 1994 | 9,135 | + | | - | 834 | = | 8,301 | X | .25 | = | 2,075 |
| 93 & - | 598,746 | + | | - | 16,039 | = | 582,707 | X | .20 | = | 116,542 |
| TOTAL GROUP 2 | 918,480 | | 49,065 | | 43,964 | | 923,581 | | | | 325,959 |
| GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS, OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE ||||||||||||
| 2004 | | + | | - | | = | | X | .95 | = | |
| 2003 | | + | | - | | = | | X | .91 | = | |
| 2002 | | + | | - | | = | | X | .87 | = | |
| 2001 | | + | | - | | = | | X | .82 | = | |
| 2000 | | + | | - | | = | | X | .79 | = | |
| 1999 | | + | | - | | = | | X | .75 | = | |
| 1998 | | + | | - | | = | | X | .70 | = | |
| 1997 | | + | | - | | = | | X | .63 | = | |
| 1996 | | + | | - | | = | | X | .57 | = | |
| 1995 | | + | | - | | = | | X | .52 | = | |
| 1994 | | + | | - | | = | | X | .47 | = | |
| 1993 | | + | | - | | = | | X | .41 | = | |
| 1992 | 10,349 | + | | - | | = | 10,349 | X | .35 | = | 3,622 |
| 1991 | | + | | - | | = | | X | .31 | = | |
| 1990 | | + | | - | | = | | X | .29 | = | |
| 1989 | | + | | - | | = | | X | .28 | = | |
| 88 & - | 62,547 | + | | - | | = | 62,547 | X | .20 | = | 12,509 |
| TOTAL GROUP 3 | 72,896 | | | | | | 72,896 | | | | 16,131 |
| GROUP 4: TYPICAL ECONOMIC LIFE OF 14 YEARS, ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE ||||||||||||
| 2004 | | + | 12,385 | - | | = | 12,385 | X | .67 | = | 8,298 |
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .54 | = | 820 |
| 2002 | | + | | - | | = | | X | .31 | = | |
| 01 & - | 2,986 | + | | - | 2,986 | = | | X | .10 | = | |
| TOTAL GROUP 4 | 2,986 | | 13,904 | | 2,986 | | 13,904 | | | | 9,118 |
| TOTAL ALL GROUPS | 1,024,419 | | 62,969 | | 56,333 | | 1,031,055 | | | | 355,416 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/18/05, Acct No: B300405, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE,

# BUSINESS PERSONAL PROPERTY SCHEDULE B  INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B: INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1 this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 875,316 |
| 2. Raw Materials | |
| 3. Goods in Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies  (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 25,550 |
| 11. Packaging Materials | |
| 12. Livestock  (Non Exempt 48-5-41.1) | |
| 13. TOTAL INVENTORY | 900,866 |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I

1  Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST _____
2  Check Cost Method as it applies to your inventory:  (X ) Actual  ( ) LIFO ( ) FIFO  LIFO not acceptable
3  Fiscal Year ending date of business _____  /_____  If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 inventory.
4  Inventory reported on previous year Georgia Income Tax Return: _____
5  The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6  If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. §48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7  Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue
8  Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books
9  If inventory is less than the previous year an explanation for the decrease should be submitted.
10  Gross Sales for the previous calendar year: _____
11  All taxable livestock and farm products should be reported as inventory. See O.C.G.A. §48-5-41.1 for details of exemption.

## SCHEDULE C: CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X | = | |
| | | | | X .75 | = | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were leased, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|

**SEE ATTACHED**

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Run Date: 02/18/05, Acct No: B300405, Location (PTS):2713, Property Descr:LILBURN MARKETPLACE,

PAGE 4

# 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of January 1, 2005)

**Account B300405**

GA-GWINNETT

WINN-DIXIE RALEIGH, INC.

## 4801 LAWRENCEVILLE HIGHWA LILBURN,GA 30047

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 13,904 | GA-GROUP IV | 9,118 |
| COMPUTERS - COPIERS | 20,675 | GA-GROUP I | 4,208 |
| FURN & FIX | 923,582 | GA-GROUP II | 325,958 |
| INVENTORY - RETAIL | 875,316 | 100% COST | 875,316 |
| MACH & EQP | 72,896 | GA-GROUP III | 16,131 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,931,923 | | $1,256,281 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/18/05
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE RALEIGH, INC. <br> PROPERTY TAX DEPT <br> 5050 EDGEWOOD COURT <br> JACKSONVILLE, FL 32254-3699 | GWINNETT COUNTY ASSESSOR <br> 75 LANGLEY DR <br> LAWRENCEVILLE, GA 30045-6900 <br> Phone: 770-822-7220    Fax: 770-822-7204 |

Location (PTS):2713, Property Descr:LILBURN MARKETPLACE, Legal Entity:1041

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | 2004 | 770-822-7212 | | GA 2740 |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| | MARCH 01 | | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WD *Save Rite # 2010* (handwritten)

PROPERTY TAX MANAGER 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

4770 BRITT ROAD, NORCROSS

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §4-5-300. The return and supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

**PERSONAL PROPERTY STRATA**

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value, then you may list your estimate of value under the column headed Taxpayers Returned Value

| L I N E | PERSONAL PROPERTY STRATA | TAXPAYER RETURNED VALUE, AS OF JAN 1 | INDICATED VALUE FROM SCHEDULES A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | COPY | | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 813,665 | 813,665 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | **TOTALS** ➤ | 813,665 | 813,665 | |

GWINNETT COUNTY TAX ASSESSORS OFFICE (stamp)

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

**TAXPAYER'S DECLARATION**

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property co

TAXPAYER OR AGENT X_____ (signature) Date FEB 26 2004

PLEASE PRINT OR TYPE NAME  John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____  (904) 783-5220     PHONE NUMBER: _____

Run Date: 02/26/04, Acct No: GA-2740, Location (PTS):2740, Property Descr:n     PAGE 1

**GENERAL INFORMATION. THIS SECTION SHOULD BE COMPLETED IN DETAIL.** (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION.)

1. CHECK TYPE OF BUSINESS: COMMERCIAL [ ] INDUSTRIAL [ ] AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED: CORPORATION [X ] INDIVIDUAL [ ] PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ____/____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S. T.I.) NUMBER: _____ STATE SALES TAX NUMBER: ____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: ____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS PLEASE LIST NEW OWNER'S NAME AND ADDRESS ____
18. DATE BUSINESS BEGAN IN THIS COUNTY: _____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x ] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [X ]
    AIRCRAFT? YES [ ] NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

**REFERENCE INFORMATION**

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states.. "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

| BUSINESS PERSONAL PROPERTY SCHEDULE A (FURNITURE / FIXTURES / MACHINERY / EQUIPMENT) THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | TAX YEAR 2004 | IF ASSISTANCE NEEDED CALL 770-822-7212 | ACCOUNT NUMBER GA-2740 |
|---|---|---|---|
| | DUE DATE MARCH 01 | MAP AND PARCEL I.D. NO. | NAICS NO. 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WD
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ) IF YES, PLEASE LIST BELOW

**BUSINESS PHYSICAL LOCATION**
4770 BRITT ROAD, NORCROSS

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1 TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S / M.A.C.R.S NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .26 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| **GROUP 2 TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S / M.A.C.R.S NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .92 | = | |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | | | | | | | | | | |
| **GROUP 3 TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S / M.A.C.R.S NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .28 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| **GROUP 4 TYPICAL ECONOMIC LIFE OF 14 YEARS, ALSO I.R.S ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S / M.A.C.R.S NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | | | | | | | | | |
| TOTAL ALL GROUPS | | | | | | | | | | | |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN.

PAGE 3

Run Date: 02/26/04, Acct No: GA-2740, Location (PTS):2740, Property Descr:n

# BUSINESS PERSONAL PROPERTY SCHEDULE B INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes( ) No( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or deleal heavy duty equipment for sale, weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 788,115 |
| 2. Raw Materials | |
| 3. Goods in Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | 25,550 |
| 10. Supplies (includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41 1) | |
| 13. TOTAL INVENTORY | |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO ( ) FIFO LIFO not acceptable
3. Fiscal Year ending date of business ___/___ If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount figures are to be taken directly from your books
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41 1 for details of exemption.

## SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule C Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| | | | | X | = | | |
| | | | | X 75 | = | | |

## SECTION 1 - CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |
| | | |

## SECTION 2 - LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3 - ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4 - DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

PT - 50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|---|
| | 2004 | 770-822-7212 | GA-2740 |
| | DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WD
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION
4770 BRITT ROAD, NORCROSS

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW
NAME:
ADDRESS:
CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute waiver of the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%).

1. DESCRIBE THE TYPE OF BUSINESS:

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5. SUMMATION OF TAXABLE INVENTORY:
PLEASE COMPLETE THE FOLLOWING
INVENTORY NOT ELIGIBLE FOR FREEPORT

A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1.    $_____
B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1.    $ 25,550
C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1.    $_____
D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1.    $_____
E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1.    $ 788,115

INVENTORY ELIGIBLE FOR FREEPORT
F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1.    $_____
G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1.    $_____
H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1.    $_____

I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B)    $ 813,665
(Current market value at your level of trade)

J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

1. RAW MATERIALS, GOODS IN PROCESS

_____ X* _____ = (_____)
From F and G Above    County Exemption %    Exemption Amount

2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)

_____ X* _____ = (_____)
From H Above    County Exemption %    Exemption Amount

3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)

_____ X* 0 = (_____)
From Section 6C line 6 Back Page    County Exemption %    Exemption Amount

* NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80 OR 100 PERCENT.

K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)    $_____

L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE.(ENTER ON PAGE 1 LINE I OF TAX RETURN)    $ 813,665

PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse , dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)

A Total finished goods inventory shipments from this county during the last complete calendar year: _____

B. Total finished goods inventory shipments from this county during the last complete calendar year

to an out-of-State destination: _____

C. Percentage of out-of State shipments: (B divided by A) _____ %

D Total finished goods inventory on January 1 of this year: (Exclude inventory stored over (12) months) _____

E. Estimated out-of-State shipments this year; (multiply C times D) Enter under 5.J.3 front page _____

7. If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C. The same property cannot be exempted under more than one of these three categories.

8. PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 4770 BRITT ROAD, NORCROSS

9. LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10. NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY.

NAME_____    PHONE_____

## OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:

"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

03/01/04

_____    _____    _____
(Taxpayer Signature)                  (Title)                 (Date)

_____    _____    _____
(Preparers Signature)                 (Title)                 (Date)

DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS                    DATE
APPROVED:                                                     DISAPPROVED:

PAGE 2

Run Date: 02/26/2004

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of January 1, 2004)

**Account GA-2740**
GA-GWINNETT
WD

### 4770 BRITT ROAD NORCROSS,GA 30093

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| GA-GROUP 1 | 8,224 | GA-GROUP 1 | 6,086 |
| GA-GROUP 2 | 464,670 | GA-GROUP 2 | 339,783 |
| GA-GROUP 3 | 48,155 | GA-GROUP 3 | 43,821 |
| INVENTORY - RETAIL | 788,115 | 100% COST | 788,115 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,334,714 | | $1,203,355 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WD
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone:   770-822-7212      Fax:   770-822-7220

Location (PTS):2740; Property Descr:n

ASSETSUM                                    1                                    02/26/04

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 770-822-7220 | | 300486 |

| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
|---|---|---|
| MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE RALEIGH, INC.

PROPERTY TAX MANAGER 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

4770 BRITT ROAD NORCROSS, GA 30093

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned Department of Revenue Rule 560-11-10- 08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

## LINE — PERSONAL PROPERTY STRATA

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| PERSONAL PROPERTY STRATA | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, and C | |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature | 409,022 | 409,022 | |
| I. Inventory — includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 794,585 | 794,585 | |
| P. Freeport Inventory — includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — includes all personal property not otherwise defined above. | | | |
| TOTALS ➔ | 1,203,607 | 1,203,607 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property

TAXPAYER OR AGENT X _____ Date FEB 23 2005

John P. Taylor, Property Tax Manager

PLEASE PRINT OR TYPE Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220 _____ PHONE NUMBER: _____

PAGE 1

Run Date: 02/18/05, Acct No: B300486, Location (PTS):2740, Property Descr:n/a

## GENERAL INFORMATION THIS SECTION SHOULD BE COMPLETED IN DETAIL (NOTE:THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS:    COMMERCIAL [ ]    INDUSTRIAL [ ]    AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:    CORPORATION [x ]    INDIVIDUAL [ ]    PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: _____ / _____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER:_____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE:_____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR _____ PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER:_____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
    _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: _____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x ] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [x ]
    AIRCRAFT? YES [ ] NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states..."All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A § 48-5-41.1 states..."All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

| BUSINESS PERSONAL PROPERTY SCHEDULE A (FURNITURE / FIXTURES / MACHINERY / EQUIPMENT) THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2005 | 770-822-7220 | | B300486 |
| | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| | MARCH 01 | | | 445000 |

| COUNTY NAME AND RETURN ADDRESS | TAXPAYER NAME AND ADDRESS |
|---|---|
| GWINNETT COUNTY ASSESSOR 75 LANGLEY DR LAWRENCEVILLE, GA 30045-6900 | WINN-DIXIE RALEIGH, INC. PROPERTY TAX MANAGER 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254-3699 |

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
4770 BRITT ROAD NORCROSS, GA 30093

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | − | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | | − | | = | | X | .87 | = | |
| 2003 | | + | | − | | = | | X | .74 | = | |
| 2002 | 8,224 | + | | − | | = | 8,224 | X | .58 | = | 4,770 |
| 2001 | | + | | − | | = | | X | .43 | = | |
| 2000 | | + | | − | | = | | X | .32 | = | |
| 1999 | | + | | − | | = | | X | .26 | = | |
| 1998 | | + | | − | | = | | X | .21 | = | |
| 97 & - | | + | | − | | = | | X | .20 | = | |
| TOTAL GROUP 1 | 8,224 | | | | | | 8,224 | | | | 4,770 |
| **GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | 2,428 | − | | = | 2,428 | X | .92 | = | 2,234 |
| 2003 | 16,899 | + | 2,043 | − | | = | 18,942 | X | .85 | = | 16,100 |
| 2002 | 332,049 | + | | − | 3,487 | = | 328,562 | X | .78 | = | 256,279 |
| 2001 | | + | | − | | = | | X | .70 | = | |
| 2000 | | + | | − | | = | | X | .63 | = | |
| 1999 | 17,484 | + | | − | | = | 17,484 | X | .54 | = | 9,441 |
| 1998 | 11,644 | + | 11,806 | − | | = | 23,450 | X | .44 | = | 10,318 |
| 1997 | 30,721 | + | | − | 12,857 | = | 17,864 | X | .34 | = | 6,074 |
| 1996 | | + | | − | | = | | X | .28 | = | |
| 1995 | | + | | − | | = | | X | .25 | = | |
| 1994 | | + | | − | | = | | X | .25 | = | |
| 93 & - | 55,874 | + | 197,982 | − | | = | 253,856 | X | .20 | = | 50,771 |
| TOTAL GROUP 2 | 464,671 | + | 214,259 | − | 16,344 | | 662,586 | | | | 351,217 |
| **GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | | − | | = | | X | .95 | = | |
| 2003 | | + | | − | | = | | X | .91 | = | |
| 2002 | 48,155 | + | | − | | = | 48,155 | X | .87 | = | 41,895 |
| 2001 | | + | | − | | = | | X | .82 | = | |
| 2000 | | + | | − | | = | | X | .79 | = | |
| 1999 | | + | | − | | = | | X | .75 | = | |
| 1998 | | + | | − | | = | | X | .70 | = | |
| 1997 | | + | | − | | = | | X | .63 | = | |
| 1996 | | + | | − | | = | | X | .57 | = | |
| 1995 | | + | | − | | = | | X | .52 | = | |
| 1994 | | + | | − | | = | | X | .47 | = | |
| 1993 | | + | | − | | = | | X | .41 | = | |
| 1992 | | + | | − | | = | | X | .35 | = | |
| 1991 | | + | | − | | = | | X | .31 | = | |
| 1990 | | + | | − | | = | | X | .29 | = | |
| 1989 | | + | | − | | = | | X | .28 | = | |
| 88 & - | | + | | − | | = | | X | .20 | = | |
| TOTAL GROUP 3 | 48,155 | | | | | | 48,155 | | | | 41,895 |
| **GROUP 4: TYPICAL ECONOMIC LIFE OF 1-4 YEARS, ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | 16,627 | − | | = | 16,627 | X | .67 | = | 11,140 |
| 2003 | | + | | − | | = | | X | .54 | = | |
| 2002 | | + | | − | | = | | X | .31 | = | |
| 01 & - | | + | | − | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | 16,627 | | | | 16,627 | | | | 11,140 |
| TOTAL ALL GROUPS | 521,050 | | 230,886 | | 16,344 | | 735,592 | | | | 409,022 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN.

# BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles; or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 769,035 |
| 2. Raw Materials | |
| 3. Goods In Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 25,550 |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41.1) | |
| 13. TOTAL INVENTORY | 794,585 |

Enter total on page 1 Line I schedule column  If Freeport account enter exempt amount on Line P and taxable amount on Line 1

1  Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2  Check Cost Method as it applies to your inventory:    (X ) Actual ( ) LIFO
   ( ) FIFO  LIFO not acceptable
3  Fiscal Year ending date of business _____/_____
   If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 Inventory.
4  Inventory reported on previous year Georgia Income Tax Return: _____
5  The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6  If you file a Corporate or Partnership Income Tax Return a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C G A. § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7  Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8  Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9  If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption

## SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X  75 | = | |
| | | | | X | = | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE  ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have Items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Run Date: 02/18/05, Acct No: B300486, Location (PTS):2740, Property Descr:n/a

PAGE 4

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|
| 2004 | 770-822-7212 | | 271-SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| MARCH 01 | | | 445000 |

## COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

### TAXPAYER NAME AND ADDRESS

WINN-DIXIE    SAVE RITE #2015

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

### BUSINESS PHYSICAL LOCATION

1404 LAWRENCEVILLE SUWANE, LAWRENCEVILLE

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §4-5-300. The return and supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayer's Returned Value.

## PERSONAL PROPERTY STRATA

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULE A, B&C | |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal in nature and construction in progress personal property in nature. | 1,398 | 1,398 | |
| I. Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 769,001 | 769,001 | |
| P. Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — includes all personal property not otherwise defined above. | | | |
| TOTALS | 770,399 | 770,399 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property contain

TAXPAYER OR AGENT X _____ Date FEB 26 2004

PLEASE PRINT OR TYPE NAME  John P. Taylor, Property Tax Manager
                            Winn-Dixie Stores, Inc.
                            (904) 783-5220

TITLE _____     PHONE NUMBER: _____

Run Date: 02/26/04, Acct No: 2715-SAVERITE, Location (PTS):2715, Property Descr:NEW MARKET MALL    PAGE 1

## GENERAL INFORMATION THIS SECTION SHOULD BE COMPLETED IN DETAIL (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS:    COMMERCIAL [ ]    INDUSTRIAL [ ]    AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:    CORPORATION [x ]    INDIVIDUAL [ ]    PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ____/____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LAWRENCEVILLE
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR    PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220    HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 03/10/98    WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x ] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [x ]
    AIRCRAFT? YES [ ] NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes"
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.     PAGE 2

| BUSINESS PERSONAL PROPERTY SCHEDULE A (FURNITURE / FIXTURES / MACHINERY / EQUIPMENT) THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | TAX YEAR 2004 | IF ASSISTANCE NEEDED CALL 770-822-7212 | | ACCOUNT NUMBER 2715-SAVERITE |
|---|---|---|---|---|
| | DUE DATE MARCH 01 | MAP AND PARCEL I.D. NO. | | NAICS NO. 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ) IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
1404 LAWRENCEVILLE SUWANE, LAWRENCEVILLE

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROUP 1 TYPICAL ECONOMIC LIFE OF 5 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .26 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| GROUP 2 TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2003 | 1,519 | - | | | | = | 1,519 | X | .92 | = | 1,398 |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | 1,519 | | | | | | 1,519 | | | | 1,398 |
| GROUP 3 TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .28 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| GROUP 4 TYPICAL ECONOMIC LIFE OF 4 YEARS, ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 | | | | | | | | | | | |
| TOTAL ALL GROUPS | 1,519 | | | | | | 1,519 | | | | |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/26/04, Acct No: 2715-SAVERITE, Location (PTS):2715, Property Descr:NEW MARKET MALL

# BUSINESS PERSONAL PROPERTY SCHEDULE B — INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes( ) No( ).
If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

1. Merchandise — 743,451
2. Raw Materials
3. Goods in Process
4. Finished Goods
5. Goods in Transit
6. Warehoused
7. Consigned
8. Floor Planned
9. Spare Parts
10. Supplies — 25,550
  Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items.
11. Packaging Materials
12. Livestock (Not Exempt 48-5 41 1)
13. TOTAL INVENTORY

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ____/____
   If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A § 48-5-314) Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year:
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ) If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ) If yes, please list in the space provided below Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X 75 | | |

## SECTION 1 CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2 LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3 ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4 DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ) If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

# APPLICATION FOR FREEPORT EXEMPTION INVENTORY

PT - 50 PF

RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2004 | 770-822-7212 | 715-SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**
1404 LAWRENCEVILLE SUWANE, LAWRENCEVILLE

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute waiver of the entire exemption for the year (0.0%) In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%)

1. DESCRIBE THE TYPE OF BUSINESS:

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5. SUMMATION OF TAXABLE INVENTORY:
   PLEASE COMPLETE THE FOLLOWING
   **INVENTORY NOT ELIGIBLE FOR FREEPORT**
   A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1. $_____
   B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc ) ON HAND AS OF JANUARY 1. $ 25,550
   C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1. $_____
   D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1. $_____
   E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1. $ 743,451
   **INVENTORY ELIGIBLE FOR FREEPORT**
   F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1. $_____
   G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1. $_____
   H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1. $_____
   I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B) $ 769,001
   (Current market value at your level of trade)
   J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)
   1. RAW MATERIALS, GOODS IN PROCESS
   _____ X* _____ = (_____)
   From F and G Above    County Exemption %    Exemption Amount
   2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)
   _____ X* _____ = (_____)
   From H Above    County Exemption %    Exemption Amount
   3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)
   _____ X* 0 = (_____)
   From Section 8C line E Back Page    County Exemption %    Exemption Amount
   * NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80 OR 100 PERCENT.
   K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)
   L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE.(ENTER ON PAGE 1 LINE I OF TAX RETURN) PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

**6A.** Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

**6B.** Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

**6C.** Inventory of finished goods which, on January 1, are stored in a warehouse , dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)

A. Total finished goods inventory shipments from this county during the last complete calendar year: _____

B Total finished goods inventory shipments from this county during the last complete calendar year
to an out-of State destination: _____

C. Percentage of out-of State shipments: (B divided by A) _____ %

D. Total finished goods inventory on January 1 of this year: (Exclude inventory stored over (12) months) _____

E. Estimated out-of-State shipments this year: (multiply C times D) Enter under 5.J.3 front page _____

**7.** If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C The same property cannot be exempted under more than one of these three categories.

**8.** PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 1404 LAWRENCEVILLE SUWANE, LAWRENCEVILLE

**9** LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

**10.** NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY.

NAME _____  PHONE _____

#### OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:

"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

03/01/04

_____  _____  (Date)
(Taxpayer Signature)            (Title)

_____  _____  (Date)
(Preparers Signature)           (Title)

DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS     DATE
    APPROVED     DISAPPROVED

Run Date: 02/26/2004

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY
### (as of January 1, 2004)
### Account 2715-SAVERITE
### GA-GWINNETT
### WINN-DIXIE

## 1404 LAWRENCEVILLE SUWANE LAWRENCEVILLE,GA 30043

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| FURN & FIX | 1,519 | GA-GROUP II | 1,398 |
| GA-GROUP 1 | 40,423 | GA-GROUP 1 | 8,809 |
| GA-GROUP 2 | 1,699,846 | GA-GROUP 2 | 849,903 |
| GA-GROUP 3 | 140,026 | GA-GROUP 3 | 98,018 |
| GA-GROUP 4 | 1,050 | GA-GROUP 4 | 105 |
| INVENTORY - RETAIL | 743,451 | 100% COST | 743,451 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $2,651,865 | | $1,727,234 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone: 770-822-7212     Fax: 770-822-7220

Location (PTS):2715, Property Descr:NEW MARKET MALL

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2005 | 770-822-7220 | | B300578 |
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION | DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | MARCH 01 | | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE RALEIGH, INC.   *SAVE RITE #2715*

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

1404 LAWRENCEVILLE SUWANE LAWRENCEVILLE GA 30043

To avoid a 10% penalty on items ~~not previously returned~~, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A §48-5-299 and 48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

**PERSONAL PROPERTY STRATA**

| LINE | PERSONAL PROPERTY STRATA | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature | 693,912 | 693,912 | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 830,069 | 830,069 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | **TOTALS** ➡ | 1,523,981 | 1,523,981 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of proper

TAXPAYER OR AGENT X _____ Date _____ FEB 23 2005

PLEASE PRINT OR TYPE   John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220   PHONE NUMBER: _____

PAGE 1

Run Date: 02/18/05, Acct No: B300578, Location (PTS):2715, Property Descr:NEW MARKET MALL,

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL. (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION)

1. CHECK TYPE OF BUSINESS: COMMERCIAL [ ]   INDUSTRIAL [ ]   AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED: CORPORATION [ x ]   INDIVIDUAL [ ]   PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ___/___
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: LAWRENCEVILLE
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR _____ PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
    _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 03/10/98 _____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [x ]
    AIRCRAFT? YES [ ] NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline
9. O.C.G.A. § 48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 02/18/05, Acct No: B300578, Location (PTS):2715, Property Descr:NEW MARKET MALL,

## BUSINESS PERSONAL PROPERTY SCHEDULE A
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
| --- | --- | --- |
| 2005 | 770-822-7220 | B300578 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES [ ] NO [ ]. IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
1404 LAWRENCEVILLE SUWANE LAWRENCEVILLE, GA 30043

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + ADDITIONS OR TRANSFERS IN | - DISPOSALS OR TRANSFERS OUT | = ADJUSTED ORIGINAL COST NEW | X COMP CONV FACTOR | = INDICATED BASIC COST APPROACH VALUE |
| --- | --- | --- | --- | --- | --- | --- |
| **GROUP 1  TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | | | | .87 | |
| 2003 | | | | | .74 | |
| 2002 | | | | | .58 | |
| 2001 | | | | | .43 | |
| 2000 | | | | | .32 | |
| 1999 | | | | | .26 | |
| 1998 | 6,401 | | | 2,799 | 3,602 | .21 | 756 |
| 97 & - | 34,022 | | | 12,288 | 21,734 | .20 | 4,347 |
| TOTAL GROUP 1 | 40,423 | | | 15,087 | 25,336 | | 5,103 |
| **GROUP 2  TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | 13,035 | | | 13,035 | .92 | 11,993 |
| 2003 | 1,519 | 524 | | | 2,043 | .85 | 1,736 |
| 2002 | 138,800 | | | 8,224 | 130,576 | .78 | 101,849 |
| 2001 | 46,265 | | | | 46,265 | .70 | 32,386 |
| 2000 | 5,007 | | | 1,303 | 3,704 | .63 | 2,334 |
| 1999 | 28,626 | | | 14,955 | 13,671 | .54 | 7,382 |
| 1998 | 225,915 | | | 66,785 | 159,130 | .44 | 70,017 |
| 1997 | 1,255,232 | | | 194,250 | 1,060,982 | .34 | 360,734 |
| 1996 | | | | | | .28 | |
| 1995 | | | | | | .25 | |
| 1994 | | | | | | .25 | |
| 93 & - | | | | | | .20 | |
| TOTAL GROUP 2 | 1,701,364 | 13,559 | | 285,517 | 1,429,406 | | 588,431 |
| **GROUP 3  TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | | | | | .96 | |
| 2003 | | | | | | .91 | |
| 2002 | | | | | | .87 | |
| 2001 | | | | | | .82 | |
| 2000 | | | | | | .79 | |
| 1999 | | | | | | .75 | |
| 1998 | | | | | | .70 | |
| 1997 | 140,026 | | | | 140,026 | .63 | 88,216 |
| 1996 | | | | | | .57 | |
| 1995 | | | | | | .52 | |
| 1994 | | | | | | .47 | |
| 1993 | | | | | | .41 | |
| 1992 | | | | | | .35 | |
| 1991 | | | | | | .31 | |
| 1990 | | | | | | .29 | |
| 1989 | | | | | | .28 | |
| 88 & - | | | | | | .20 | |
| TOTAL GROUP 3 | 140,026 | | | | 140,026 | | 88,216 |
| **GROUP 4  TYPICAL ECONOMIC LIFE OF 1-4 YEARS; ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE** | | | | | | |
| 2004 | | 16,929 | | | 16,929 | .67 | 11,342 |
| 2003 | | 1,519 | | | 1,519 | .54 | 820 |
| 2002 | | | | | | .31 | |
| 01 & - | 1,050 | | | 1,050 | | .10 | |
| TOTAL GROUP 4 | 1,050 | 18,448 | | 1,050 | 18,448 | | 12,162 |
| TOTAL ALL GROUPS | 1,882,863 | 32,007 | | 301,654 | 1,613,216 | | 693,912 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN.

Run Date: 02/18/05, Acct No: B300578, Location (PTS):2715, Property Descr:NEW MARKET MALL,

# BUSINESS PERSONAL PROPERTY SCHEDULE B  INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B - INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1 this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1  Merchandise | 804,519 |
| 2  Raw Materials | |
| 3  Goods in Process | |
| 4  Finished Goods | |
| 5  Goods in Transit | |
| 6  Warehoused | |
| 7  Consigned | |
| 8  Floor Planned | |
| 9  Spare Parts | |
| 10  Supplies | 25,550 |
| 11  Packaging Materials | |
| 12  Livestock (Non Exempt 48-5-41 1) | |
| 13  TOTAL INVENTORY | 830,069 |

10. Supplies includes computer, medical, office and operating supplies, fuel, and tangible prepaid expenses items)

12. Livestock (Non Exempt 48-5-41 1)

Enter total on page 1 Line I schedule column, If Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory  (X ) Actual ( ) LIFO  ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business _____ If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 inventory
4. Inventory reported on previous year Georgia Income Tax Return: _____
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue
8. Do not make any deductions for anticipated mark-down of shrinkage. Do not discount figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41 1 for details of exemption.

## SCHEDULE C - CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | = | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | .75 | = | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF ITEM SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2004 | 770-822-7212 | GA-741 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WD *Save Rite #3741* *B500314*

PROPERTY TAX MANAGER 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION

5450 PEACHTREE PARKWAY, NORCROSS

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §4-5-300. The return and supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

## PERSONAL PROPERTY STRATA

The values from Schedules A, B and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

| | | TAXPAYER RETURNED VALUE (THOUSAND) | CERTIFIED VALUE FROM SCHEDULE A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — Includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements, personal property in nature and construction in progress personal property in nature. | | | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | | 565,476 | 565,476 |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | TOTALS | | 565,476 | 565,476 |

COPY

GWINNETT COUNTY
TAX ASSESSORS OFFICE

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list; and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property contained th

TAXPAYER OR AGENT X_____ Date FEB 26 2004

PLEASE PRINT OR TYPE NAME ____ John P. Taylor, Property Tax Manager
Winn-Dixie Stores, Inc.

TITLE _____ (904) 783-5220 NUMBER: _____

Run Date: 02/26/04, Acct No: GA-2741, Location (PTS):2741, Property Descr:n PAGE 1

## GENERAL INFORMATION. THIS SECTION SHOULD BE COMPLETED IN DETAIL.   NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION.

1. CHECK TYPE OF BUSINESS:                COMMERCIAL [ ]    INDUSTRIAL [ ]    AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:    CORPORATION [x ]  INDIVIDUAL [ ]    PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: _____/_____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE _____
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS _____
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR _____ PHONE #: 904-783-5220 _____
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646 _____
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM _____
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000 _____
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: _____ WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x     NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [x ]
    AIRCRAFT? YES [ ] NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A. § 48-5-290 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. §48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A.§48-5-41.1 states... "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A.§48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been property returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G A § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 02/26/04, Acct No: GA-2741, Location (PTS):2741, Property Descr:H

| BUSINESS PERSONAL PROPERTY SCHEDULE A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (FURNITURE / FIXTURES / MACHINERY / EQUIPMENT) THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | | | | TAX YEAR 2004 | IF ASSISTANCE NEEDED CALL 770-822-7212 | | ACCOUNT NUMBER GA-2741 | |
| | | | | DUE DATE MARCH 01 | MAP AND PARCEL I.D. NO. | | NAICS NO. 445000 | |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WD
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
5450 PEACHTREE PARKWAY, NORCROSS

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | X | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1  TYPICAL ECONOMIC LIFE OF 5 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .28 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| **GROUP 2  TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .92 | = | |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | | | | | | | | | | |
| **GROUP 3  TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .28 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| **GROUP 4  TYPICAL ECONOMIC LIFE OF 1 YEARS ALSO USE ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| TOTAL ALL GROUPS | | | | | | | | | | | |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/26/04  Acct No: GA-2741, Location (PTS):2741, Property Descr:n

PAGE 3

# BUSINESS PERSONAL PROPERTY SCHEDULE B   INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B INVENTORY SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes( ) No( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or delear heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

| | |
|---|---|
| 1. Merchandise | 539,926 |
| 2. Raw Materials | |
| 3. Goods In Process | |
| 4. Finished Goods | |
| 5. Goods In Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | 25,550 |
| 10. Supplies (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41.1) | |
| 13. TOTAL INVENTORY | |

Enter total on page 1 Line I schedule column. If Freeport account enter exempt amount on Line P and taxable amount on Line I

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your Inventory: (X) Actual ( ) LIFO ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ____/____ If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (T.C.G.A. §48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X | | |
| | | | | X 75 | | |

## SECTION 1 CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2 LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3 ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4 DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

PT - 50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|---|---|
| | 2004 | 770-822-7212 | | 5A-2741 |
| | DUE DATE | | MAP AND PARCEL I.D. NO. | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | | 445000 |
| COUNTY NAME AND RETURN ADDRESS | | | TAXPAYER NAME AND ADDRESS | |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WD
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**
5450 PEACHTREE PARKWAY, NORCROSS

The last day for filing this application to receive full exemption is listed in the due date column above. NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

**IF MAILING ADDRESS OR NAME IS INCORRECT PLEASE CORRECT IN THE SPACE PROVIDED BELOW**

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66.67% of the full exemption), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%)

1  DESCRIBE THE TYPE OF BUSINESS:

2  Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3.  If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4  LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5.  SUMMATION OF TAXABLE INVENTORY:
PLEASE COMPLETE THE FOLLOWING
INVENTORY NOT ELIGIBLE FOR FREEPORT

| | | |
|---|---|---|
| A.  PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1. | $ | |
| B.  OTHER EXPENSED SUPPLIES (i.e. GASOLINE, OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1. | $ | 25,550 |
| C.  SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1. | $ | |
| D.  100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1. | $ | |
| E.  100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1. | $ | 539,926 |
| INVENTORY ELIGIBLE FOR FREEPORT | | |
| F.  100% FULL COST OF RAW MATERIALS AS OF JANUARY 1. | $ | |
| G.  100% FULL COST OF GOODS IN PROCESS ON JANUARY 1. | $ | |
| H.  100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS AS OF JANUARY 1. | $ | |

I.  TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A THROUGH H. (SAME AS TOTAL FROM SCHEDULE B)     $     565,476
(Current market value at your level of trade)

J.  LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

1. RAW MATERIALS, GOODS IN PROCESS

_____ X* _____ = ( _____ )
From F and G Above        County Exemption %        Exemption Amount

2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)

_____ X* _____ = ( _____ )
From H Above        County Exemption %        Exemption Amount

3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)

_____ X* 0 _____ = ( _____ )
From Section 6C line 5 Back Page        County Exemption %        Exemption Amount

* NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80, OR 100 PERCENT.

K  TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)     $

L  TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE. (ENTER ON PAGE 1 LINE I OF TAX RETURN)     $     565,476

PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse , dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)

A. Total finished goods inventory shipments from this county during the last complete calendar year: _____

B. Total finished goods inventory shipments from this county during the last complete calendar year
   to an out-of State destination: _____

C. Percentage of out-of State shipments: (B divided by A): _____ %

D. Total finished goods inventory on January 1 of this year: (Exclude inventory stored over (12) months) _____

E. Estimated out-of-State shipments this year: (multiply C times D) Enter under 5.J.3 front page _____

7. If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C. The same property cannot be exempted under more than one of these three categories.

8. PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 5450 PEACHTREE PARKWAY, NORCROSS

9. LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10. NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY.

NAME_____ PHONE_____

OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:

"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

|  |  |  |
|---|---|---|
|  |  | 03/01/04 |
| (Taxpayer Signature) | (Title) | (Date) |
| (Preparers Signature) | (Title) | (Date) |

| DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS | DATE |
|---|---|
| APPROVED | DISAPPROVED |
|  |  |

PAGE 2

# 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

(as of January 1, 2004)

## Account GA-2741
## GA-GWINNETT
## WD

## 5450 PEACHTREE PARKWAY NORCROSS,GA 30092

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| GA-GROUP 1 | 28,560 | GA-GROUP 1 | 18,904 |
| GA-GROUP 2 | 536,410 | GA-GROUP 2 | 294,761 |
| GA-GROUP 3 | 89,609 | GA-GROUP 3 | 44,271 |
| INVENTORY - RETAIL | 539,926 | 100% COST | 539,926 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| | | | \$923,412 |
| Totals | \$1,220,055 | | |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/26/04

**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WD<br>PROPERTY TAX MANAGER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | GWINNETT COUNTY ASSESSOR<br>75 LANGLEY DR<br>LAWRENCEVILLE, GA 30045-6900<br>Phone: 770-822-7212    Fax: 770-822-7220 |

Location (PTS):2741, Property Descr:n

| BUSINESS PERSONAL PROPERTY TAX RETURN | TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|---|
| THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION. RETURN COMPLETED FORM TO ADDRESS LISTED BELOW. | 2005 | 770-822-7220 | | B300812 |
| | DUE DATE | | MAP AND PARCEL I.D. NO. | NAICS NO. |
| | MARCH 01 | | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE RALEIGH, INC.

PROPERTY TAX MANAGER 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

5450 PEACHTREE PARKWAY NORCROSS, GA 30092

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME: THIS IS A COPY

ADDRESS:

CITY, STATE, ZIP:

COPY

**L I N E**    **PERSONAL PROPERTY STRATA**

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value.

GWINNETT COUNTY

| | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, C | FOR OFFICE USE |
|---|---|---|---|
| F. Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | 330,759 | 330,759 | |
| I. Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | | | |
| P. Freeport Inventory — Includes Inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. Other Personal — Includes all personal property not otherwise defined above. | | | |
| **TOTALS**   ➡ | 330,759 | 330,759 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of property c

FEB 23 2005

TAXPAYER OR AGENT X _____ Date _____

PLEASE PRINT OR TYPE NAME _John P. Taylor, Property Tax Manager_
_Winn-Dixie Stores, Inc._

TITLE _____ (904) 783-5220 _____ PHONE NUMBER: _____

Run Date: 02/18/05, Acct No: B300812, Location (PTS):2741, Property Descr:n/a

PAGE 1

## GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL. (NOTE: THIS INFORMATION IS OPEN TO PUBLIC INSPECTION.)

1. CHECK TYPE OF BUSINESS: COMMERCIAL [ ] INDUSTRIAL [ ] AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED: CORPORATION [X] INDIVIDUAL [ ] PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ____/____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER: _____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: _____
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 10/03/02 WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [X] NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ] NO [X]
    AIRCRAFT? YES [ ] NO [X] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

## REFERENCE INFORMATION

1. O.C.G.A § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution if such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A § 48-5-41 states. "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes"
10. O.C.G.A § 48-5-43 states... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that hold as inventory ready for sale.

PAGE 2

Run Date: 02/18/05, Acct No: B300812, Location (PTS):2741, Property Descr:n/a

# BUSINESS PERSONAL PROPERTY SCHEDULE A
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)

THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B300812 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

BUSINESS PHYSICAL LOCATION
5450 PEACHTREE PARKWAY NORCROSS, GA 30092

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | DISPOSALS OR TRANSFERS OUT | ADJUSTED ORIGINAL COST NEW | X | COMP CONV FACTOR | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|
| GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | |
| 2004 | | + | | = | | X | .87 = | |
| 2003 | | | | = | | X | .74 = | |
| 2002 | 23,821 | + | | = | 23,821 | X | .58 = | 13,816 |
| 2001 | | + | | = | | X | .43 = | |
| 2000 | | + | | = | | X | .32 = | |
| 1999 | 745 | + | | 745 = | | X | .26 = | |
| 1998 | 3,993 | + | | 3,993 = | | X | .21 = | |
| 97 & - | | + | | = | | X | .20 = | |
| TOTAL GROUP 1 | 28,559 | | | 4,738 = | 23,821 | | | 13,816 |
| GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./ M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | 4,206 |
| 2004 | | + | 4,572 | - | 4,572 | X | .92 = | 4,206 |
| 2003 | 16,714 | + | 3,110 | - | 19,824 | X | .85 = | 16,850 |
| 2002 | 261,704 | + | 1,557 | - | 263,261 | X | .78 = | 205,344 |
| 2001 | | + | | - | | X | .70 = | |
| 2000 | | + | | - | | X | .63 = | |
| 1999 | 5,171 | + | | 4,056 = | 1,115 | X | .54 = | 602 |
| 1998 | 2,083 | + | | = | 2,083 | X | .44 = | 917 |
| 1997 | 755 | + | | 755 = | | X | .34 = | |
| 1996 | | + | | = | | X | .28 = | |
| 1995 | 25,434 | + | | = | 25,434 | X | .25 = | 6,358 |
| 1994 | 3,799 | + | | = | 3,799 | X | .25 = | 950 |
| 93 & - | 220,750 | + | | 31,533 = | 189,217 | X | .20 = | 37,843 |
| TOTAL GROUP 2 | 536,410 | | 9,239 | 36,344 = | 509,305 | | | 273,070 |
| GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | |
| 2004 | | + | | = | | X | .95 = | |
| 2003 | | | | = | | X | .91 = | |
| 2002 | 2,453 | + | | = | 2,453 | X | .87 = | 2,134 |
| 2001 | | + | | = | | X | .82 = | |
| 2000 | | + | | = | | X | .79 = | |
| 1999 | | + | | = | | X | .75 = | |
| 1998 | | + | | = | | X | .70 = | |
| 1997 | | + | | = | | X | .63 = | |
| 1996 | | + | | = | | X | .57 = | |
| 1995 | 66,506 | + | | = | 66,506 | X | .52 = | 34,583 |
| 1994 | | + | | = | | X | .47 = | |
| 1993 | | + | | = | | X | .41 = | |
| 1992 | | + | | = | | X | .35 = | |
| 1991 | | + | | = | | X | .31 = | |
| 1990 | | + | | = | | X | .29 = | |
| 1989 | | + | | = | | X | .28 = | |
| 88 & - | 20,650 | + | | = | 20,650 | X | .20 = | 4,130 |
| TOTAL GROUP 3 | 89,609 | | | = | 89,609 | | | 40,847 |
| GROUP 4: TYPICAL ECONOMIC LIFE OF 1-4 YEARS; ALSO I.R.S. ASSET CLASS .00 .12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE | | | | | | | | 3,026 |
| 2004 | | + | 4,517 | - | 4,517 | X | .67 = | 3,026 |
| 2003 | | + | | - | | X | .54 = | |
| 2002 | | + | | = | | X | .31 = | |
| 01 & - | | + | | = | | X | .10 = | |
| TOTAL GROUP 4 | | | 4,517 | = | 4,517 | | | 3,026 |
| TOTAL ALL GROUPS | 654,578 | | 13,756 | 41,082 = | 627,252 | | | 330,759 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

Run Date: 02/18/05, Acct No: B300812, Location (PIS):2741, Property Descr:n/a

# BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
### THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B: INVENTORY  SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ).
If yes, please list in space provided below. Show total 100% cost, do not include
licensed motor vehicles, or dealer heavy duty equipment for sale weighing over
5,000 pounds and to be used for construction purposes.

1. Merchandise _____
2. Raw Materials _____
3. Goods in Process _____
4. Finished Goods _____
5. Goods in Transit _____
6. Warehoused _____
7. Consigned _____
8. Floor Planned _____
9. Spare Parts _____
10. Supplies _____
   Includes computer, medical, office and operating
   supplies (unit and tangible prepaid expensed items)
11. Packaging Materials _____
12. Livestock _____
   (Non Exempt 48-5-41.1)
13. TOTAL INVENTORY _____

Enter total on page 1 Line I schedule column. If Freeport account
enter exempt amount on Line P and taxable amount on Line I

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory:    (X) Actual ( ) LIFO
   ( ) FIFO LIFO not acceptable
3. Fiscal Year ending date of business ___/___/___
   If your Fiscal Year ends at a point in time other than January 1 you should attach
   a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return _____
5. The 100% delivered cost should include freight, burden and overhead at your
   level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your
   most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership,
   Form 1065, Schedule A & L) as filed with your U.S. Income Tax return is requested.
   If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy
   of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 &
   2 as filed with your U.S. Income Tax Return is requested. These documents are
   requested for inventory verification purposes and will not be available for public
   inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish
   any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have
   filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not
   discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should
   be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See
   O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C: CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with
this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add
Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | | MARKET VALUE FACTOR | | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | = | | |
| | | | | X | .75 | = | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and
not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending
machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and
not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the
space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Run Date: 02/18/05, Acct No: B300812, Location (PTS):2741, Property Descr:n/a                PAGE 4

## 2005 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

(as of January 1, 2005)

### Account B300812
### GA-GWINNETT
### WINN-DIXIE RALEIGH, INC.

## 5450 PEACHTREE PARKWAY NORCROSS, GA 30092

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| COMPUTERS | 4,517 | GA-GROUP IV | 3,026 |
| COMPUTERS - COPIERS | 23,821 | GA-GROUP I | 13,816 |
| FURN & FIX | 509,304 | GA-GROUP II | 273,070 |
| MACH & EQP | 89,609 | GA-GROUP III | 40,848 |
| Totals | $627,251 | | $330,760 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request

02/18/05
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

**Filed By/On Behalf Of**

WINN-DIXIE RALEIGH, INC
PROPERTY TAX MANAGER
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**Filed With**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900
Phone: 770-822-7220      Fax: 770-822-7204

Location (PTS):2741, Property Descr:n/aLegal Entity:n

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION
AND WILL BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|
| 2004 | 770-822-7212 | | 272 -SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | | NAICS NO. |
| MARCH 01 | | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE
_SAVE RITE #0220_  _B 30 11 95_

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A §48-5-299 and §4-5-300. The return and all supporting schedule must be completed and returned in order for property to be property returned. Department of Revenue Rule 560-11-10-08 (3) (C)

**BUSINESS PHYSICAL LOCATION**

2055 BEAVER RUIN, NORCROSS

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

The values from Schedules A, B and C should be listed below If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

## PERSONAL PROPERTY STRATA

GWINNETT COUNTY
TAX ASSESSORS

| | TAXPAYER RETURNED VALUE, AS OF JAN 1 | INDICATED VALUE FROM SCHEDULE A, B & C | FOR TAX OFFICE USE |
|---|---|---|---|
| F. **Furniture/Fixtures/Machinery/Equipment** — Includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature. | 1,398 | 1,398 | |
| I. **Inventory** — Includes all raw materials, goods In process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A § 48-5-48.2. | 580,393 | 580,393 | |
| P. **Freeport Inventory** — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. **Other Personal** — Includes all personal property not otherwise defined above. | | | |
| **TOTALS** ➡ | 581,791 | 581,791 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do [...] done so by estimating the true worth and value of every species of property contai

TAXPAYER OR AGENT X_____ Date **FEB 26 2004**
        John P. Taylor, Property Tax Manager

PLEASE PRINT OR TYPE NAME   Winn-Dixie Stores, Inc.
        (904) 783-5220

TITLE _____ DATE _____ PHONE NUMBER: _____

Run Date: 02/26/04, Acct No: 2720-SAVERITE, Location (PTS):2720, Property Descr:A211AN VILLAGE        PAGE 1

L I N E

COPY

**GENERAL INFORMATION - THIS SECTION SHOULD BE COMPLETED IN DETAIL** NOTE THIS INFORMATION IS OPEN TO PUBLIC INSPECTION

1. CHECK TYPE OF BUSINESS:     COMMERCIAL [ ]   INDUSTRIAL [ ]   AGRICULTURAL [ ]
2. CHECK TYPE OF GA. INCOME TAX FILED:   CORPORATION [x ]   INDIVIDUAL [ ]   PARTNERSHIP [ ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ___/___
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I ) NUMBER: _____ STATE SALES TAX NUMBER: ___
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR    PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220    HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: ___    FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA: ___
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS ___
    _____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 11/08/84    WAS RETURN FILED LAST YEAR? YES [ ] NO [ ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE? YES [x ]   NO [ ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR? YES [ ]   NO [x ]
    AIRCRAFT? YES [ ]   NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

**REFERENCE INFORMATION**

1. O.C.G. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers or documents, by subpoena. If necessary, which may aid in determining the proper assessment.
3. O.C.G A § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A. § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A § 48-5-41 (11) which states .. "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states .. "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less. which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G A. § 48-5-43 states .. "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation"
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request
12. Computer software (O.C.G A. § 48-1-8). shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.

PAGE 2

Run Date: 02/26/04, Acct No: 2720-SAVERITE, Location (PTS):2720, Property Descr:A211AN VILLAGE SHOPPING CENTER

**BUSINESS PERSONAL PROPERTY SCHEDULE A**

(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND
WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2004 | 770-822-7212 | 2720-SAVERITE |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

TAXPAYER NAME AND ADDRESS

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ). IF YES, PLEASE LIST BELOW.

BUSINESS PHYSICAL LOCATION
2055 BEAVER RUIN, NORCROSS

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | * | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATE BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1** TYPICAL ECONOMIC LIFE OF 5 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE |||||||||||| 
| 2003 | | + | | - | | = | | X | .87 | = | |
| 2002 | | + | | - | | = | | X | .74 | = | |
| 2001 | | + | | - | | = | | X | .58 | = | |
| 2000 | | + | | - | | = | | X | .43 | = | |
| 1999 | | + | | - | | = | | X | .32 | = | |
| 1998 | | + | | - | | = | | X | .26 | = | |
| 1997 | | + | | - | | = | | X | .21 | = | |
| 96 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 1 | | | | | | | | | | | |
| **GROUP 2** TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE |||||||||||| 
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .92 | = | 1,398 |
| 2002 | | + | | - | | = | | X | .85 | = | |
| 2001 | | + | | - | | = | | X | .78 | = | |
| 2000 | | + | | - | | = | | X | .70 | = | |
| 1999 | | + | | - | | = | | X | .63 | = | |
| 1998 | | + | | - | | = | | X | .54 | = | |
| 1997 | | + | | - | | = | | X | .44 | = | |
| 1996 | | + | | - | | = | | X | .34 | = | |
| 1995 | | + | | - | | = | | X | .28 | = | |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 1993 | | + | | - | | = | | X | .25 | = | |
| 92 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 2 | | | 1,519 | | | | 1,519 | | | | 1,398 |
| **GROUP 3** TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE |||||||||||| 
| 2003 | | + | | - | | = | | X | .95 | = | |
| 2002 | | + | | - | | = | | X | .91 | = | |
| 2001 | | + | | - | | = | | X | .87 | = | |
| 2000 | | + | | - | | = | | X | .82 | = | |
| 1999 | | + | | - | | = | | X | .79 | = | |
| 1998 | | + | | - | | = | | X | .75 | = | |
| 1997 | | + | | - | | = | | X | .70 | = | |
| 1996 | | + | | - | | = | | X | .63 | = | |
| 1995 | | + | | - | | = | | X | .57 | = | |
| 1994 | | + | | - | | = | | X | .52 | = | |
| 1993 | | + | | - | | = | | X | .47 | = | |
| 1992 | | + | | - | | = | | X | .41 | = | |
| 1991 | | + | | - | | = | | X | .35 | = | |
| 1990 | | + | | - | | = | | X | .31 | = | |
| 1989 | | + | | - | | = | | X | .29 | = | |
| 1988 | | + | | - | | = | | X | .28 | = | |
| 87 & - | | + | | - | | = | | X | .20 | = | |
| TOTAL GROUP 3 | | | | | | | | | | | |
| **GROUP 4** TYPICAL ECONOMIC LIFE OF 3 YEARS, ALSO IRS ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S. / M.A.C.R.S. NOT ACCEPTABLE |||||||||||| 
| 2003 | | + | | - | | = | | X | .67 | = | |
| 2002 | | + | | - | | = | | X | .54 | = | |
| 2001 | | + | | - | | = | | X | .31 | = | |
| 00 & - | | + | | - | | = | | X | .10 | = | |
| TOTAL GROUP 4 & TOTAL ALL GROUPS | | | 1,519 | | | | 1,519 | | | | |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN

PAGE 3

# BUSINESS PERSONAL PROPERTY SCHEDULE B — INVENTORY
### THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B INVENTORY - SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles, or oclear heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes.

1. Merchandise — 554,843
2. Raw Materials
3. Goods in Process
4. Finished Goods
5. Goods in Transit
6. Warehoused
7. Consigned
8. Floor Planned
9. Spare Parts — 25,550
10. Supplies (includes computer, medical, office and operating supplies, fuel, and tangible (prepaid expensed items)
11. Packaging Materials
12. Livestock (Non Exempt 48-5-41 1)
13. TOTAL INVENTORY

Enter total on page 1 Line I schedule column. If Freepcon account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory: (X) Actual ( ) LIFO ( ) FIFO  LIFO not acceptable
3. Fiscal Year ending date of business ____/____ If your Fiscal Year ends at a point in time other than January 1 you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return a photocopy of your most current balance sheet (Corporation Form 1120, Schedule A & L - Partnership Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for the decrease should be submitted.
10. Gross Sales for the previous calendar year.
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41.1 for details of exemption.

## SCHEDULE C: CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | | | X .75 | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| **SEE ATTACHED** | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |

Run Date: 02/26/04, Acct No: 2720-SAVERITE, Location (PTS):2720, Property Descr:AZTLAN VILLAGE SHOPPING CENTER

PT - 50 PF

| APPLICATION FOR FREEPORT EXEMPTION INVENTORY | TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER 720-SAVERITE |
| --- | --- | --- | --- |
| | 2004 | 770-822-7212 | |
| | DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| RETURN COMPLETED FORM TO ADDRESS LISTED BELOW | MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

**TAXPAYER NAME AND ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

WINN-DIXIE
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

**BUSINESS PHYSICAL LOCATION**

2055 BEAVER RUIN, NORCROSS

The last day for filing this application to receive full exemption is listed in the due date column above.
NOTE: Most counties do not accept metered mail dates as filing date unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing is close to the deadline.

IF MAILING ADDRESS OR NAME IS INCORRECT
PLEASE CORRECT IN THE SPACE PROVIDED BELOW

NAME:

ADDRESS:

CITY, STATE, ZIP:

In all counties having a filing date of March 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: March 2 - March 31 (75.0% of the full exemption), April 1- April 30 (66.67%), May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute the entire exemption for the year (0.0%). In all counties having a filing date of April 1, you may still receive a partial exemption for a late filing. The amount of the exemption you will receive is as follows: April 2 - April 30 (66 67% of the full exemption). May 1- May 31 (58.33%), June 1 (50%). Failure to file by June 1 shall constitute a waiver of the entire exemption for the year (0.0%).

1. DESCRIBE THE TYPE OF BUSINESS:

2. Inventory must be reported at its full cost at level of trade. Full cost must include all freight, burden, overhead, and any other charges incurred from the original state as a raw material to its resting place on January 1.

3. If inventory and exemption are not as of January 1, they must be adjusted to January 1, in accordance with the provisions of Georgia Code 48-5-10.

4. LIST THE METHOD OF INVENTORY VALUATION USED: _____ METHOD OF INVENTORY COST IDENTIFICATION:

5. SUMMATION OF TAXABLE INVENTORY:
   PLEASE COMPLETE THE FOLLOWING
   INVENTORY NOT ELIGIBLE FOR FREEPORT

A. PACKAGING MATERIALS, STAMPING OR SHIPPING SUPPLIES ON HAND AS OF JANUARY 1.   $_____
B. OTHER EXPENSED SUPPLIES (i.e. GASOLINE OFFICE SUPPLIES, etc.) ON HAND AS OF JANUARY 1.   $_____ 25,550
C. SPARE PARTS INVENTORY ON HAND AS OF JANUARY 1.   $_____
D. 100% FULL COST OF FINISHED GOODS HELD FOR MORE THAN 12 MONTHS AS OF JANUARY 1   $_____
E. 100% FULL COST OF MERCHANDISE INVENTORY PURCHASED FOR RESALE ON HAND AS OF JANUARY 1.   $_____ 554,843
   INVENTORY ELIGIBLE FOR FREEPORT
F. 100% FULL COST OF RAW MATERIALS AS OF JANUARY 1.   $_____
G. 100% FULL COST OF GOODS IN PROCESS ON JANUARY 1.   $_____
H. 100% FULL COST OF FINISHED GOODS HELD LESS THAN 12 MONTHS OF JANUARY 1.   $_____

I. TOTAL INVENTORY ON JANUARY 1ST. ADD LINES A. THROUGH H. (SAME AS TOTAL FROM SCHEDULE B)   $_____ 580,393
   (Current market value at your level of trade)

J. LESS FREEPORT EXEMPTION: (1 AND 2 BELOW ARE FOR MANUFACTURING OR PRODUCTION BUSINESS)

   1. RAW MATERIALS, GOODS IN PROCESS

   _____ X* _____ = (_____)
   From F and G Above    County Exemption %    Exemption Amount

   2. FINISHED GOODS OF GA. MANUFACTURER (HELD FOR LESS THAN 12 MO.)

   _____ X* _____ = (_____)
   From H Above    County Exemption %    Exemption Amount

   3. FINISHED GOODS DESTINED FOR OUT OF STATE SHIPMENT (FOR WHOLESALE OR DISTRIBUTION BUSINESSES)

   _____ X* ____0____ = (_____)
   From Section 8C line 8 Back Page    County Exemption %    Exemption Amount

   * NOTE: COUNTY EXEMPTION % WILL BE 20, 40, 60, 80, OR 100 PERCENT.

K. TOTAL FREEPORT EXEMPTION (ADD 1, 2 AND 3 ABOVE) (ENTER ON PAGE 1 LINE P OF TAX RETURN)

L. TOTAL TAXABLE INVENTORY AT 100% OF MARKET VALUE AT YOUR LEVEL OF TRADE (ENTER ON PAGE 1 LINE I OF TAX RETURN)   580,393

PAGE 1

Run Date: 02/26/2004

# EXPLANATION OF WHAT IS EXEMPTED BY FREEPORT

6A. Inventory of goods in the process of manufacture or production which shall include all finished goods and raw materials held for direct use or consumption in the ordinary course of the taxpayers manufacturing or production business in this state. This exemption shall apply to tangible personal property which is substantially modified, altered or changed in the ordinary course of the taxpayer's manufacturing, processing or production operations in this state. For purpose of this exemption "Raw Materials" shall mean any material, whether crude or processed, that can be converted by manufacturing, processing, or a combination thereof into a new and useful product but shall not include unrecovered, unextracted or unsevered natural resources or packing materials.

6B. Inventory of finished goods manufactured or produced within this state in the ordinary course of the taxpayer manufacturing or production business when held by the original manufacturer or producer of such goods. This exemption shall be for a period not exceeding (12) months from the date such property is produced or manufactured. For purposes of this explanation "Finished Goods" shall mean goods, wares, and merchandise of every character and kind but shall not include unrecovered, unextracted, or unsevered natural resources or raw materials or goods in the process of manufacture or production or the stock-in trade of a retailer.

6C. Inventory of finished goods which, on January 1, are stored in a warehouse, dock, or wharf, whether public or private, and which are destined for shipment to a final destination outside this state and inventory of finished goods which are shipped into this state from outside this state and stored for transshipment to a final destination outside this state. The exemption shall be for a period not exceeding (12) months from the date such property is stored in this state. Such period shall be determined based on application of a first-in, first-out method of accounting for the inventory. The official books and records of the warehouse, dock, or wharf where such property is being stored shall contain a full, true, and accurate inventory of all such property, including the date of the receipt of the property, the date of withdrawal of the property, the point of origin of the property, and the point of final destination of the same, if known.

SUMMARY FOR THIS EXEMPTION: (6C)

| | | |
|---|---|---|
| A. Total finished goods inventory shipments from this county during the last complete calendar year: | | _____ |
| B. Total finished goods inventory shipments from this county during the last complete calendar year to an out-of State destination: | | _____ |
| C. Percentage of out-of State shipments: (B divided by A) | | _____ % |
| D. Total finished goods inventory on January 1 of this year; (Exclude inventory stored over (12) months) | | _____ |
| E. Estimated out-of-State shipments this year; (multiply C times D) Enter under 5.J.3 front page | | _____ |

7. If property is exempt under freeport, it is exempt either as covered by category 6A, 6B, 6C. The same property cannot be exempted under more than one of these three categories.

8. PHYSICAL LOCATION OF INVENTORY IN THIS COUNTY. (List) 2055 BEAVER RUIN, NORCROSS

9. LOCATION OF SUPPORTING BOOKS AND RECORDS PERTAINING TO THIS INVENTORY. (List) 5050 EDGEWOOD CT, JACKSONVILLE,

10. NAME AND TELEPHONE NUMBER OF RESPONSIBLE INDIVIDUAL TO CONTACT REGARDING ANY QUESTIONS PERTAINING TO THIS INVENTORY.

NAME_____ PHONE_____

OATH OF PERSON MAKING APPLICATION FOR EXEMPTION:
"I do solemnly swear, that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property listed as shown, is the true market value there of, and I further swear, or affirm, that I returned, for the purpose of being taxed thereon, every species of inventory that I own in my right, or have control of, either as agent, executor, administrator, or otherwise; and in making this application, for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means, to evade the laws governing taxation in this state. I do further swear, or affirm, that in making this application, I have done so by estimating the true worth and value of every species of inventory contained therein."

03/01/04

_____     _____     _____
(Taxpayer Signature)                    (Title)              (Date)

_____     _____     _____
(Preparers Signature)                   (Title)              (Date)

DISPOSITION OF THE COUNTY BOARD OF TAX ASSESSORS                    DATE

APPROVED_____                                        DISAPPROVED_____

PAGE 2

Run Date: 02/26/2004

---

## 2004 RENDITION OF BUSINESS PERSONAL PROPERTY

# ASSET VALUE SUMMARY

(as of January 1, 2004)

### Account 2720-SAVERITE
GA-GWINNETT
WINN-DIXIE

#### 2055 BEAVER RUIN NORCROSS,GA 30071

| Asset Category | Cost | Appraisal/Depreciation Method | Market Value |
|---|---|---|---|
| FURN & FIX | 1,519 | GA-GROUP II | 1,398 |
| GA-GROUP 1 | 22,653 | GA-GROUP 1 | 5,810 |
| GA-GROUP 2 | 579,489 | GA-GROUP 2 | 224,535 |
| GA-GROUP 3 | 46,634 | GA-GROUP 3 | 12,024 |
| GA-GROUP 4 | 1,641 | GA-GROUP 4 | 164 |
| INVENTORY - RETAIL | 554,843 | 100% COST | 554,843 |
| SUPPLIES | 25,550 | 100% COST | 25,550 |
| Totals | $1,232,329 | | $824,324 |

I affirm that the information contained in this report is accurate and complete to the best of my knowledge and belief and that complete information necessary to identify the property and to determine its ownership, taxability and situs will be made available for inspection to employees of the appraisal district on request.

02/26/04
**Date**

Contact JOHN TAYLOR, PROPERTY TAX MANAGER, Phone: 904-783-5220 FAX: 904-783-5646 EMAIL:

| Filed By/On Behalf Of | Filed With |
|---|---|
| WINN-DIXIE<br>PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | GWINNETT COUNTY ASSESSOR<br>75 LANGLEY DR<br>LAWRENCEVILLE, GA 30045-6900<br>Phone: 770-822-7212   Fax: 770-822-7220 |

Location (PTS):2720, Property Descr:A211AN VILLAGE SHOPPING CENTER

# BUSINESS PERSONAL PROPERTY TAX RETURN

THIS RETURN IS CONSIDERED PUBLIC INFORMATION AND WILL BE OPEN FOR PUBLIC INSPECTION

RETURN COMPLETED FORM TO ADDRESS LISTED BELOW.

| TAX YEAR | IF ASSISTANCE NEEDED CALL | | ACCOUNT NUMBER |
|---|---|---|---|
| 2005 | 770-822-7220 | | B 01198 |
| DUE DATE | | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | | 445000 |

## COUNTY NAME AND RETURN ADDRESS

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

### TAXPAYER NAME AND ADDRESS

WINN-DIXIE RALEIGH, INC.    *SAVE DIE #2720*

PROPERTY TAX DEPT 5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

### BUSINESS PHYSICAL LOCATION

2055 BEAVER RUIN NORCROSS, GA 30071

To avoid a 10% penalty on items not previously returned, file not later than the due date listed above. This return is subject to audit by the Board of Tax Assessors under O.C.G.A. §48-5-299 and §48-5-300. The return and supporting schedule must be completed and returned in order for property to be properly returned. Department of Revenue Rule 560-11-10-.08 (3) (C)

IF MAILING ADDRESS OR NAME IS INCORRECT, PLEASE CORRECT IN THE SPACE PROVIDED BELOW.

NAME:

ADDRESS:

CITY, STATE, ZIP:

## PERSONAL PROPERTY STRAP

*GWINNETT COUNTY TAX ASSESSORS, GA 9/1*

The values from Schedules A, B, and C should be listed below. If these values, in your opinion, do not reflect fair market value then you may list your estimate of value under the column headed Taxpayers Returned Value

| | | TAXPAYER RETURNED VALUE, AS OF JAN. 1 | INDICATED VALUE FROM SCHEDULES A, B, & C | FOR TAX OFFICE USE |
|---|---|---|---|---|
| F. | Furniture/Fixtures/Machinery/Equipment — includes all fixtures, furniture, office equipment, computer hardware, production machinery, off-road vehicles, farm equipment and implements, tools and implements of manual laborers' trade, leasehold improvements personal property in nature and construction in progress personal property in nature | 233,887 | 233,887 | |
| I. | Inventory — Includes all raw materials, goods in process, finished goods, livestock and agricultural products, all consumable supplies used in the process of manufacturing, distributing, storing or merchandising of goods and services, floor planned inventory and spare parts. Does not include inventory receiving Freeport Exemption under O.C.G.A. § 48-5-48.2. | 606,115 | 606,115 | |
| P. | Freeport Inventory — Includes inventory receiving exemption Under O.C.G.A. § 48-5-48.2 | | | |
| Z. | Other Personal — Includes all personal property not otherwise defined above. | | | |
| | **TOTALS** ➡ | 840,002 | 840,002 | |

It shall be the duty of the county Board of Tax Assessors to investigate and to inquire into the property owned in the county for the purpose of ascertaining what property is subject to taxation and to require the proper return of the property for taxation.

## TAXPAYER'S DECLARATION

"I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by the list, is the true market value thereof; and I further swear that I returned, for the purpose of being taxed thereon, every species of property that I own in my own right or have control of either as agent, executor, administrator, or otherwise; and that in making this return, for the purpose of being taxed thereon, I have not attempted either by transferring my property to another or by any other means to evade the laws governing taxation in this state. I do further swear that in making this return I have done so by estimating the true worth and value of every species of propert

TAXPAYER OR AGENT X_____ Date FEB 23 2005

John P. Taylor, Property Tax Manager

PLEASE PRINT OR TYPE  Winn-Dixie Stores, Inc.

TITLE _____    (904) 783-5220    _____ PHONE NUMBER: ____

1. CHECK TYPE OF BUSINESS:   COMMERCIAL [  ]   INDUSTRIAL [  ]   AGRICULTURAL [  ]
2. CHECK TYPE OF GA. INCOME TAX FILED:   CORPORATION [X]   INDIVIDUAL [  ]   PARTNERSHIP [  ]
3. FISCAL YEAR ENDING DATE OF BUSINESS: ____/____/____
4. FEDERAL EMPLOYER IDENTIFICATION NUMBER: _____
5. STATE TAXPAYER IDENTIFICATION (S.T.I.) NUMBER: _____ STATE SALES TAX NUMBER:_____
6. NAME OF PRESIDENT OF CORPORATION OR OWNERS NAME: WINN-DIXIE
7. DOING BUSINESS AS: _____
8. NAME ON BUSINESS LICENSE: _____
9. IF BUSINESS LOCATED WITHIN CITY LIMITS, LIST CITY NAME: NORCROSS
10. PREPARERS NAME: _____
    ADDRESS: _____ PHONE: # _____
11. PERSON WHO SHOULD BE CONTACTED CONCERNING QUESTIONS ABOUT THIS RETURN:
    NAME: JOHN TAYLOR   PHONE #: 904-783-5220
12. LOCATION OF SUPPORTING RECORDS: _____
13. PHONE NUMBER OF BUSINESS: 904-783-5220 _____ HOME OFFICE NUMBER: _____
    TOLL FREE NUMBER: _____ FAX NUMBER: 904-783-5646
    EMAIL ADDRESS: JOHNTAYLOR@WINN-DIXIE.COM
14. MAIN BUSINESS PRODUCT OR ACTIVITY: _____
15. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) NUMBER: 445000
16. SQUARE FOOTAGE OF BUILDING: _____ IF RETAIL, SQUARE FOOTAGE OF RETAIL AREA:__
17. IF YOU CLOSED OR SOLD YOUR BUSINESS, PLEASE LIST NEW OWNER'S NAME AND ADDRESS ____
18. DATE BUSINESS BEGAN IN THIS COUNTY: 11/08/84   WAS RETURN FILED LAST YEAR? YES [  ] NO [  ]
19. DO YOU OR YOUR BUSINESS HAVE ASSETS LOCATED IN OTHER COUNTIES IN THIS STATE?  YES [x]   NO [  ]
20. DOES THE BUSINESS OWN A BOAT AND MOTOR?  YES [  ]   NO [x ]
    AIRCRAFT?  YES [  ]   NO [x ] IF YES, PLEASE REQUEST MARINE FORM PT-50M OR AIRCRAFT FORM PT 50A.

REFERENCE INFORMATION

1. O.C.G.A. § 48-5-299 requires the Board of Tax Assessors to diligently investigate and inquire into the property owned in the county for the purpose of ascertaining what property, real and personal is subject to taxation in the county and require its proper return for taxation.
2. O.C.G.A. § 48-5-300 grants the Board of Tax Assessors authority to require production of books, papers, or documents, by subpoena, if necessary, which may aid in determining the proper assessment.
3. O.C.G.A. § 48-5-269 grants the State Revenue Commissioner the authority to prescribe the forms, books, and records to be used for standard property tax reporting for all taxing units, including but not limited to, the forms, books, and records to be used in the listing, appraisal and assessment of property and how the forms, books, and records shall be compiled and kept.
4. O.C.G.A. § 48-5-269.1 grants the State Revenue Commissioner the authority to adopt and require the use of uniform procedural manual for appraising tangible real and personal property.
5. In accordance with the above sections of the Georgia Code this return and schedules are submitted to you for your completion. Failure to file a completed copy of this form may lead to an audit of your records and/or the placing of an assessment on your property from the best information obtainable in accordance with O.C.G.A § 48-5-299 (a).
6. Freeport Exemption (O.C.G.A. § 48-5-48.2) may be available in your county (exemption of inventory of goods in the process of manufacture or production, finished goods and finished goods stored for out of state shipment). Applications are available on request and must be completed and filed with the business personal property return and schedules prior to the deadline for filing.
7. Any air and water pollution control facilities owned may be exempt under O.C.G.A. § 48-5-41 (11) which states... "All property used in or which is a part of any facility which has been installed or constructed at any time for the primary purpose of eliminating or reducing air and water pollution of such facilities and has been certified by the Department of Natural Resources as necessary and adequate for the purpose intended" shall be exempt from all Ad Valorem Property Taxes in this state.
8. Most counties do not accept metered mail dates as filing dates unless counter stamped by the post office. Be sure that the date of deposit and the postmark date are the same if mailing close to the deadline.
9. O.C.G.A. § 48-5-41.1 states. . "All farm products grown in this state and remaining in the hands of the producer during the one year beginning immediately after their production and harvested agricultural products which have a planting-to-harvest cycle of 12 months or less, which are customarily cured or aged for a period in excess of one year after harvesting and before manufacturing, and which are held in this state for manufacturing and processing purposes and all qualified farm products grown in this state shall be exempt from Ad Valorem Property Taxes."
10. O.C.G.A. § 48-5-43 states.... "Consumers of commercial fertilizers shall not be required to return for taxation any commercial fertilizer or any manures commonly used by farmers and others as fertilizers if the land upon which the fertilizer is to be used has been properly returned for taxation."
11. Boats and motors and aircraft should be reported on a separate reporting form which will be provided upon request.
12. Computer software (O.C.G.A. § 48-1-8) shall constitute personal property only to the extent of the value of the unmounted or uninstalled medium on or in which it is stored or transmitted except that held as inventory ready for sale.   PAGE 2

**BUSINESS PERSONAL PROPERTY SCHEDULE A**
(FURNITURE / FIXTURES / MACHINERY / EQUIPMENT)
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND WILL NOT BE OPEN FOR PUBLIC INSPECTION
RETURN COMPLETED FORM TO ADDRESS LISTED BELOW

| TAX YEAR | IF ASSISTANCE NEEDED CALL | ACCOUNT NUMBER |
|---|---|---|
| 2005 | 770-822-7220 | B301198 |
| DUE DATE | MAP AND PARCEL I.D. NO. | NAICS NO. |
| MARCH 01 | | 445000 |

**COUNTY NAME AND RETURN ADDRESS**

GWINNETT COUNTY ASSESSOR
75 LANGLEY DR
LAWRENCEVILLE, GA 30045-6900

**TAXPAYER NAME AND ADDRESS**

WINN-DIXIE RALEIGH, INC.
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

DID YOU OR YOUR BUSINESS OWN ANY MACHINERY, EQUIPMENT, FURNITURE, OR FIXTURES ON JANUARY 1 OF THIS YEAR? YES ( ) NO ( ), IF YES, PLEASE LIST BELOW.

**BUSINESS PHYSICAL LOCATION**
2055 BEAVER RUIN NORCROSS, GA 30071

| YEAR ACQUIRED | PREVIOUSLY REPORTED ORIGINAL COST NEW | + | ADDITIONS OR TRANSFERS IN | - | DISPOSALS OR TRANSFERS OUT | = | ADJUSTED ORIGINAL COST NEW | X | COMP CONV. FACTOR | = | INDICATED BASIC COST APPROACH VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1: TYPICAL ECONOMIC LIFE OF 5-7 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | | - | | = | | X | .87 | = | |
| 2003 | | + | | - | | = | | X | .74 | = | |
| 2002 | 1,550 | + | | - | | = | 1,550 | X | .58 | = | 899 |
| 2001 | | + | | - | | = | | X | .43 | = | |
| 2000 | | + | | - | | = | | X | .32 | = | |
| 1999 | | + | | - | | = | | X | .26 | = | |
| 1998 | 7,376 | + | | - | 3,908 | = | 3,468 | X | .21 | = | 728 |
| 97 & - | 13,727 | + | | - | 11,623 | = | 2,104 | X | .20 | = | 421 |
| TOTAL GROUP 1 | 22,653 | | | | 15,531 | | 7,122 | | | | 2,048 |
| **GROUP 2: TYPICAL ECONOMIC LIFE OF 8-12 YEARS (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | 7,571 | - | | = | 7,571 | X | .92 | = | 6,966 |
| 2003 | 2,991 | + | | - | 1,519 | = | 1,472 | X | .85 | = | 1,251 |
| 2002 | 136,303 | + | 3,135 | - | | = | 139,438 | X | .78 | = | 108,761 |
| 2001 | 15,435 | + | | - | 624 | = | 14,811 | X | .70 | = | 10,368 |
| 2000 | 3,642 | + | | - | | = | 3,642 | X | .63 | = | 2,294 |
| 1999 | 4,113 | + | | - | | = | 4,113 | X | .54 | = | 2,221 |
| 1998 | 3,321 | + | | - | | = | 3,321 | X | .44 | = | 1,461 |
| 1997 | 1,828 | + | | - | | = | 1,828 | X | .34 | = | 622 |
| 1996 | 21,900 | + | | - | | = | 21,900 | X | .28 | = | 6,132 |
| 1995 | 22,064 | + | | - | 328 | = | 21,736 | X | .25 | = | 5,434 |
| 1994 | | + | | - | | = | | X | .25 | = | |
| 93 & - | 369,410 | + | | - | 19,722 | = | 349,688 | X | .20 | = | 69,937 |
| TOTAL GROUP 2 | 581,007 | | 10,706 | | 22,193 | | 569,520 | | | | 215,447 |
| **GROUP 3: TYPICAL ECONOMIC LIFE OF 13 YEARS OR MORE (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | | - | | = | | X | .95 | = | |
| 2003 | | + | | - | | = | | X | .91 | = | |
| 2002 | 3,216 | + | | - | | = | 3,216 | X | .87 | = | 2,798 |
| 2001 | | + | | - | | = | | X | .82 | = | |
| 2000 | | + | | - | | = | | X | .79 | = | |
| 1999 | | + | | - | | = | | X | .75 | = | |
| 1998 | | + | | - | | = | | X | .70 | = | |
| 1997 | | + | | - | | = | | X | .63 | = | |
| 1996 | | + | | - | | = | | X | .57 | = | |
| 1995 | 1,120 | + | | - | | = | 1,120 | X | .52 | = | 582 |
| 1994 | | + | | - | | = | | X | .47 | = | |
| 1993 | | + | | - | | = | | X | .41 | = | |
| 1992 | | + | | - | | = | | X | .36 | = | |
| 1991 | | + | | - | | = | | X | .31 | = | |
| 1990 | | + | | - | | = | | X | .29 | = | |
| 1989 | | + | | - | | = | | X | .28 | = | |
| 88 & - | 42,299 | + | | - | | = | 42,299 | X | .20 | = | 8,460 |
| TOTAL GROUP 3 | 46,635 | | | | | | 46,635 | | | | 11,840 |
| **GROUP 4: TYPICAL ECONOMIC LIFE OF 1-4 YEARS (ALSO I.R.S. ASSET CLASS 00.12 (EXAMPLES ON INSTRUCTION SHEET) A.C.R.S./M.A.C.R.S. NOT ACCEPTABLE** | | | | | | | | | | | |
| 2004 | | + | 5,571 | - | | = | 5,571 | X | .67 | = | 3,732 |
| 2003 | | + | 1,519 | - | | = | 1,519 | X | .54 | = | 820 |
| 2002 | | + | | - | | = | | X | .31 | = | |
| 01 & - | 1,640 | + | | - | 1,640 | = | | X | .10 | = | |
| TOTAL GROUP 4 | 1,640 | | 7,090 | | 1,640 | | 7,090 | | | | 4,552 |
| TOTAL ALL GROUPS | 651,935 | | 17,796 | | 39,364 | | 630,367 | | | | 233,887 |

ENTER TOTAL INDICATED VALUE ON PAGE ONE LINE F UNDER INDICATED VALUE FROM SCHEDULES COLUMN.

# BUSINESS PERSONAL PROPERTY SCHEDULE B    INVENTORY
THIS SCHEDULE IS CONSIDERED CONFIDENTIAL AND NOT OPEN TO PUBLIC INSPECTION

## SCHEDULE B  INVENTORY  SEE INSTRUCTION SHEET

Did you or your business own any inventory on January 1, this year? Yes ( ) No ( ). If yes, please list in space provided below. Show total 100% cost, do not include licensed motor vehicles; or dealer heavy duty equipment for sale weighing over 5,000 pounds and to be used for construction purposes

| | |
|---|---|
| 1. Merchandise | 580,565 |
| 2. Raw Materials | |
| 3. Goods in Process | |
| 4. Finished Goods | |
| 5. Goods in Transit | |
| 6. Warehoused | |
| 7. Consigned | |
| 8. Floor Planned | |
| 9. Spare Parts | |
| 10. Supplies (Includes computer, medical, office and operating supplies, fuel, and tangible prepaid expensed items) | 25,550 |
| 11. Packaging Materials | |
| 12. Livestock (Non Exempt 48-5-41 1) | |
| 13. TOTAL INVENTORY | 606,115 |

Enter total on page 1 Line I schedule column K Freeport account enter exempt amount on Line P and taxable amount on Line I.

1. Indicate your inventory accounting method (Lower of Cost or Market, Retail Method, Weighted Average, Physical, etc.) COST
2. Check Cost Method as it applies to your inventory:    (x) Actual ( ) LIFO
   ( ) FIFO, LIFO not acceptable
3. Fiscal Year ending date of business _____
   If your Fiscal Year ends at a point in time other than January 1, you should attach a breakdown of how you arrived at your January 1 inventory.
4. Inventory reported on previous year Georgia Income Tax Return: _____
5. The 100% delivered cost should include freight, burden and overhead at your level of trade on January 1.
6. If you file a Corporate or Partnership Income Tax Return, a photocopy of your most current balance sheet (Corporation, Form 1120, Schedule A & L - Partnership, Form 1065, Schedule A & L) as filed with your U.S. Income Tax Return is requested. If you filed an Individual or Sole Proprietorship Income Tax Return, a photo copy of your most current Profit or Loss Statement Form 1040, Schedule C, Pages 1 & 2 as filed with your U.S. Income Tax Return is requested. These documents are requested for inventory verification purposes and will not be available for public inspection (O.C.G.A. § 48-5-314). Under GA Law you cannot be required to furnish any Income Tax Records or Returns.
7. Inventory is subject to audit and verification from your records or those you have filed with the State of Georgia Department of Revenue.
8. Do not make any deductions for anticipated mark-down or shrinkage. Do not discount, figures are to be taken directly from your books.
9. If inventory is less than the previous year an explanation for no decrease should be submitted.
10. Gross Sales for the previous calendar year: _____
11. All taxable livestock and farm products should be reported as inventory. See O.C.G.A. § 48-5-41 1 for details of exemption.

## SCHEDULE C: CONSTRUCTION IN PROGRESS

Did you have unallocated costs for construction in progress on January 1 this year? Yes ( ) No ( ). If yes, did you have tangible personal property connected with this construction in progress that has not been reported in any other section of this schedule? Yes ( ) No ( ). If yes, please list in the space provided below. Add Indicated Value to Total on Page 1 Line F Schedule Column.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | USEFUL LIFE (YEARS) | TOTAL COST | X | MARKET VALUE FACTOR | INDICATED VALUE | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| | | | | X | .75 | | |

## SECTION 1: CONSIGNED GOODS

Did you have any consigned goods, floor planned merchandise, or any other type of goods that were loaned, stored or otherwise held on January 1, this year, and not owned by you and was not reported in your inventory value in schedule B above of this report? Yes ( ) No ( ). If yes, list in the space provided below.

| DESCRIPTION OF GOODS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | FULL COST | NAME AND ADDRESS OF LEGAL OWNER |
|---|---|---|
| | | |
| | | |

## SECTION 2: LEASED OR RENTED EQUIPMENT

Did you have in your possession or was there located at your business on January 1, this year, any machinery, equipment, furniture, fixture, tools, vending machines (coffee, cigarette, candy, games etc.) or other type personal property which was leased, rented, loaned, stored or otherwise located at your business and not owned by you? Yes ( ) No ( ). If yes, list the equipment in the space provided below (exclude licensed motor vehicles). Attach supplemental sheet if necessary.

| NAME/ADDRESS OF OWNER | DESCRIPTION OF ITEM | SELLING PRICE | RENTAL AMOUNT PER MONTH | DATE OF MANUFACTURE | DATE INSTALLED | LENGTH OF LEASE |
|---|---|---|---|---|---|---|
| SEE ATTACHED | | | | | | |

## SECTION 3: ADDITIONS OR ITEMS TRANSFERRED IN

Did you have items which were added or transferred in for prior years or the current year that were not previously reported? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | ORIGINAL COST NEW |
|---|---|---|
| | | |

## SECTION 4: DISPOSALS OR ITEMS TRANSFERRED OUT

Did you have items which have been sold, junked, transferred or otherwise no longer located at the business January 1 this year? Yes ( ) No ( ). If yes, list in the space provided below.

| DETAILED DESCRIPTION OF ITEMS (ATTACH SUPPLEMENTAL SHEETS IF NEEDED) | YEAR ACQUIRED | DATE DISPOSED | ORIGINAL COST NEW | REASON | IF EQUIPMENT SOLD, NAME AND ADDRESS OF PURCHASER SHOULD BE LISTED BELOW |
|---|---|---|---|---|---|
| | | | | | |