F I L E D
JACKSONVILLE, FLORIDA

JUL 1 7 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              )   Case No. 05-03817-3F1
                                    )
WINN-DIXIE STORES, INC., et al.,    )   *Chapter 11*
                                    )
Debtors.                            )

**OBJECTION OF MORGAN COUNTY, ALABAMA
REVENUE COMMISSIONER TO DEBTORS' THIRD OMNIBUS
OBJECTION TO TAX CLAIMS AND
<u>MOTION FOR ORDER DETERMINING TAX LIABILITIES</u>**

Comes now Amanda G. Scott, C.P.A., as Revenue Commissioner for Morgan County, Alabama, and hereby makes and files this her objection to the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (herein the "Objection/Motion") and, as grounds for said objection, sets down and assigns the following, separately and severally:

1. The Objection/Motion requests the Court to re-establish values for ad valorem tax purposes which were established under state law prior to the filing of this bankruptcy proceeding and, to that extent, asks this Court to exercise a power which it does not possess.

2. The values relied upon by the Debtors and described in the Objection/Motion are not the appropriate values to use for ad valorem tax purposes.

3. The assessment of ad valorem taxes is a matter governed by the law of Alabama and this Court does not have power under the Bankruptcy Code to revise decisions relating to such matters which were made under appropriate state law.

4. There has been no proof offered that the values on which the re-computed tax liability is based are correct values or are any more reliable as to value than the values which were originally utilized by the undersigned in assessing said tax liability.

5. The re-determination of such tax values and tax liabilities is barred by the doctrine of res judicata, in that, heretofore, the Debtor had an opportunity pursuant to procedures under state law to contest the values and tax liabilities and did not avail itself of such procedures and opportunities and is therefore barred from re-litigating said issues in this proceeding.

5. The re-determination of such tax values and tax liabilities is barred by the doctrine of collateral estoppel, in that, heretofore, the Debtor had an opportunity pursuant to procedures under state law to contest the values and tax liabilities and did not avail itself of such procedures and opportunities and is therefore barred from re-litigating said issues in this proceeding.

*Amanda G. Scott*

Amanda G. Scott, C.P.A., Revenue Commissioner
for Morgan County, Alabama

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing Objection on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this the ___ day of July, 2006.

*Amanda G. Scott*

Amanda G. Scott

G:\dlh\DLH - PUBLIC\DATA\WES\MCC\REVENUE\WINNDIXIE\Objection by rev comm to third omnibus obj.wpd