FILED
JACKSONVILLE, FLORIDA
JUL 17 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**LANDLORD'S (1) OBJECTION TO PROPOSED CURE AMOUNT, AND
(2) DEMAND FOR CASH IN LIEU OF COMMON EQUITY**

By means of that certain Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), moved the Court for entry of an order under 11 U.S.C. § 365(a), authorizing the Debtors to assume all of the non-residential real property leases for those stores the Debtors intend to operate as their core business upon emerging from Chapter 11; as indicated in Exhibit A to the Motion, included among those leases is one (the "Supermarket Lease") covering premises known as Store No. 291 located in the Promenade Shops Shopping Center (the "Center") at 20417 Biscayne Boulevard, N. Miami Beach, FL, under which the landlord is Promventure Limited Partnership, a Florida limited partnership (the "Landlord"). Exhibit B to the Motion indicates that $62,825.40 is the "Proposed Cure Amount" (as defined in the Motion) that the Debtors believe is owed to the Landlord pursuant to the Supermarket Lease. The Landlord hereby disputes that amount and files this objection to it.

Furthermore, by letter dated June 30, 2006, Philip E. Pichulo, Group Vice President, Development of Winn-Dixie, notified the Landlord (among other Winn-Dixie landlords) that the Plan of Reorganization (the "Plan") filed by the Debtors "provides for landlords with approved claims to receive common equity in the reorganized company in settlement of those claims." The Landlord hereby files this objection to that portion of the Plan.

### Relief Requested

By this filing, the Landlord seeks written confirmation from the Court and/or Winn-Dixie that (1) $66,038.77 is the proper Proposed Cure Amount payable to the Landlord pursuant to the Supermarket Lease, and (2) the Landlord will be paid in cash rather than by means of common equity in the reorganized company.

Nothing herein constitutes a full or partial waiver by the Landlord of any other amounts, whether billed or not yet billed, payable to the Landlord, for any period(s), under the Supermarket Lease and/or the lease between the Landlord and Winn-Dixie covering premises known as Store No. 289 located in the Center.

### Notice

The original of this document has been sent by certified mail, return receipt requested, to Clerk of the United States Bankruptcy Court, Middle District of Florida, U.S. Courthouse, 300 N. Hogan Street, Jacksonville, FL 33202. A copy of this document has been sent by certified mail, return receipt requested to (1) Winn-Dixie at 5050 Edgewood Court, P.O. Box B, Jacksonville, FL 32203-0297 (and the Landlord intends that Winn-Dixie's receipt of the same will also be deemed to constitute receipt by the other Debtors [i.e., Astor Products, Inc., Crackin' Good, Inc., Deep South

Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.]), (2) co-counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and (3) co-counsel for the Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

Dated: July 14, 2006


_/s/ Robert E. Howard_
Robert E. Howard
Attorney-at-Law
F.B.N. 0245100

3200 N. Federal Highway
Fort Lauderdale, FL 33306

Counsel for the Landlord