ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## FULTON COUNTY TAX COMMISSIONER'S RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

COMES NOW the Fulton County Tax Commissioner ("Tax Commissioner") and files this Response in Opposition to Debtor's Objection to the Tax Commissioner's Proof of Claim for Property Taxes ("Objection") as follows:

1.

The Debtor owes property taxes for property owned by the Debtor and located in Fulton County, Georgia.

2.

The Debtor incurred the subject tax liability in 2005. (Exhibit "A").

3.

The Debtor, as record owner as of January 1, 2005, is the party responsible for paying the subject taxes pursuant to O.C.G.A. § 48-5-10.

4.

No payment has been made toward the subject liability, and a balance of $472,073.54 remains.

5.

The County filed a timely proof of claim on December 20, 2005. (Exhibit "A").

UNPAID TAX SUMMARY

ROLL: **PP** - YEARS 2006 THR 1989
PARCEL: 5757404
SITUS: 3050 **M L KING JR DR SW**

ALTERNATE KEY: 5757404
TAX DISTRICT: 05     **ATLANTA/FUL**
TSUM PRINT: **N** PRINTER: **DT96**
TAX BILL PRINT: **N** PRINTER: **DT95**

| YR | OWNER NAME | CYCLE | PRINCIPAL | INTEREST | FEES | TOTAL |
|----|-----------|-------|-----------|----------|------|-------|
| 05 | WINN DIXIE STORES IN | A | 27931.15 | | | 27,931.15 |
| | | F | 11040.10 | | | 11,040.10 |

** **TSUS CODE CHECK** **

GRAND TOTAL     **38,971.25**



**EXHIBIT**

A

```
JURISDICTION= FC ROLL= PP PARCEL= 5757404                         YEAR= 2005
DISTRICT= 05        LATE-FILING-FLAG: N       PROPERTY-CLASS: C
                    SPECIAL-USE: WX VALUE-POSTED-DATE: 05 04 2005 O/R: N
                                  (1)         (2)        (3)        (4)
                      TOTAL     FUR/FIX     M & E    LSEHOLD     INVENT    O/R   METHOD
        APPRAISED: 2,320,334 1,284,382         0          0  1,035,952     N   PERSONAL
                   2,320,334 1,284,382         0          0  1,035,952
           LEVEL:     40.00      40.00     40.00      40.00      40.00
      ASSESSMENT:    928,134    513,753         0          0    414,381     N

    APPEAL VALUE:                                                           N

                                                                           N

      FINAL ASMT:    928,130    513,750         0          0    414,380
    $EXEMPTIONS:          0  #EXEMPTIONS:      0
    LATE PENALTY:         0                                                 N
        TAXABLE:    928,130

       TPA VALUE: 2,220,688 1,184,736         0          0  1,035,952     Y
                                                                           N
```

ROLL: **PP**   YEAR: 2003 Case 1:05-bk-98817-JAF   Doc 9319 Internal Filed 07/18/06 Page 4 of 14

PARCEL: 0003190                              TAX DISTRICT: 05   **ATLANTA/FUL**
SITUS: 2020 HOWELL MILL RD NW
                                            TSUM PRINT: **N** PRINTER: **DT96**
                                       TAX BILL PRINT: **N** PRINTER: **DT95**

| YR | OWNER NAME | CYCLE | PRINCIPAL | INTEREST | FEES | TOTAL |
|----|------------|-------|-----------|----------|------|-------|
| 05 | WINN DIXIE STORES IN | A | 10166.66 | | | 10,166.66 |
| . | | F | 4018.49 | | | 4,018.49 |

** TSUS CODE CHECK **                          GRAND TOTAL      14,185.15

Case 3:05-bk-03817-JAF19 Doc 9319   Filed 07/18/06   Page 5 of 14

JURISDICTION= FC  ...  YEAR: 2005
DISTRICT: 05.        LATE-FILING-FLAG: **N**        PROPERTY-CLASS: **C**
                     SPECIAL-USE: **WX** VALUE-POSTED-DATE: 05 04 2005 O/R: **N**

| | TOTAL | FUR/FIX (1) | M & E (2) | LSEHOLD (3) | INVENT (4) | O/R | METHOD |
|---|---|---|---|---|---|---|---|
| APPRAISED: | 844,561 | 247,196 | 0 | 0 | 597,365 | **N** | **PERSONAL** |
| | 844,561 | 247,196 | 0 | 0 | 597,365 | | |
| LEVEL: | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | | |
| ASSESSMENT: | 337,824 | 98,878 | 0 | 0 | 238,946 | **N** | |
| **APPEAL VALUE:** | | | | | | **N** | |
| | | | | | | **N** | |
| FINAL ASMT: | 337,830 | 98,880 | 0 | 0 | 238,950 | | |
| $EXEMPTIONS: | 0 | #EXEMPTIONS: | 0 | | | | |
| LATE PENALTY: | 0 | | | | | **N** | |
| TAXABLE: | 337,830 | | | | | | |
| | | | | | | **N** | |
| TPA VALUE: | 830,778 | 233,413 | 0 | 0 | 597,365 | **Y** | |
| | | | | | | **N** | |

```
0_____ UNPAID TAX SUMMARY _____
   ROLL: PP   YEAR: 05       Internate 07/18/06  27
PARCEL: 0003178                            TAX DISTRICT: 55    UNINCORP/FUL
 SITUS: 3435 ROOSEVELT HWY                 TSUM PRINT: N PRINTER: DT96
                                      TAX BILL PRINT: N PRINTER: DT95

YR    OWNER NAME      CYCLE   PRINCIPAL   INTEREST     FEES        TOTAL
05 WINN DIXIE STORES IN F    11813.75                            11,813.75
```

** TSUS CODE CHECK **                      GRAND TOTAL      11,813.75

```
1-------------------ᵁᵁA S S E S S M E N T   I --------------------------
JURISDICTION= FC                LATE-FILING-FLAG: N    PROPERTY-CLASS: C
DISTRICT: 55
                                SPECIAL-USE: WX VALUE-POSTED-DATE: 05 04 2005 O/R: N
                                  (1)        (2)        (3)        (4)
                    TOTAL      FUR/FIX      M & E     LSEHOLD      INVENT     O/R   METHOD
        APPRAISED:  850,317    262,524          0          0     587,793      N   PERSONAL
                    850,317    262,524          0          0     587,793
           LEVEL:    40.00      40.00      40.00      40.00       40.00
      ASSESSMENT:  340,127    105,010          0          0     235,117      N

     APPEAL VALUE:                                                           N

                                                                            N
      FINAL ASMT:  340,130    105,010          0          0     235,120
      $EXEMPTIONS:       0   #EXEMPTIONS:      0
     LATE PENALTY:       0                                                   N
         TAXABLE:  340,130

                                                                            N
       TPA VALUE:  830,006    242,213          0          0     587,793      Y
                                                                            N
```

```
0 _____ UNPAID TAX SUMMARY _____
  ROLL: PP    YEARS: 2003 TURB: 1988        ALTERNATE KEY: 6090252
PARCEL: →003141                        TAX DISTRICT: 55   UNINCORP/FUL
  SITUS: 5400 FULTON IND BLV SW           TSUM PRINT: N PRINTER: DT96
                                      TAX BILL PRINT: N PRINTER: DT95

YR    OWNER NAME      CYCLE   PRINCIPAL    INTEREST      FEES        TOTAL
05 WINN DIXIE STORES IN F    386470.41                            386,470.41
```

** TSUS CODE CHECK **                      GRAND TOTAL    386,470.41

JURISDICTION= **FC** ROLL= **PP** PARCEL= **0003141**       YEAR= **2009**
DISTRICT= **55**       LATE-FILING-FLAG: **N**    PROPERTY-CLASS: **C**
                      SPECIAL-USE: **WX** VALUE-POSTED-DATE: **05 04 2005** O/R: **N**

|  | TOTAL | FUR/FIX | (1)<br>M & E | (2)<br>LSEHOLD | (3)<br>INVENT | (4)<br>O/R | METHOD |
|---|---|---|---|---|---|---|---|
| APPRAISED: | 30195582 | 4,397,902 | 0 | 0 | 25797680 | N | PERSONAL |
|  | 30195582 | 4,397,902 | 0 | 0 | 25797680 |  |  |
| LEVEL: | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |  |  |
| ASSESSMENT: | 12078233 | 1,759,161 | 0 | 0 | 10319072 | N |  |
| APPEAL VALUE: |  |  |  |  |  | N |  |
|  |  |  |  |  |  | N |  |
| FINAL ASMT | 12078230 | 1,759,160 | 0 | 0 | 10319070 |  |  |
| $EXEMPTIONS: | 0 | #EXEMPTIONS: | 0 |  |  |  |  |
| LATE PENALTY: | 0 |  |  |  |  | N |  |
| TAXABLE: | 12078230 |  |  |  |  | N |  |
| TPA VALUE: | 28774315 | 2,976,635 | 0 | 0 | 25797680 | Y |  |
|  |  |  |  |  |  | N |  |

ROLL: PP  • YEAR: 2005  Case 3:05-bk-03817-JAF    Doc 9319  Filed 07/18/06  Page 10 of 14
PARCEL: 0003119                                    TAX DISTRICT: 20        INC/FUL/EP
SITUS: 2020 HEADLAND DR                            TSUM PRINT: N PRINTER: DT96
                                             TAX BILL PRINT: N PRINTER: DT95

| YR | OWNER NAME | CYCLE | PRINCIPAL | INTEREST | FEES | TOTAL |
|----|-----------|-------|-----------|----------|------|-------|
| 05 | WINN DIXIE STORES IN F | | 12780.85 | | | 12,780.85 |

** TSUS CODE CHECK **                        GRAND TOTAL      12,780.85

```
1                          A S S E S S M E N T                        YEAR: 2005
  JURISDICTION= FC  ROLL= PP  PARCEL= 0005119
  DISTRICT: 20          LATE-FILING-FLAG: N      PROPERTY-CLASS: C
                          SPECIAL-USE: WX  VALUE-POSTED-DATE: 05 04 2005  O/R: N

                                   (1)        (2)        (3)        (4)
                    TOTAL       FUR/FIX      M & E     LSEHOLD     INVENT    O/R    METHOD
     APPRAISED:  1,064,984      423,821          0          0     641,163     N    PERSONAL
                 1,064,984      423,821          0          0     641,163
        LEVEL:       40.00        40.00      40.00      40.00       40.00
   ASSESSMENT:    425,993      169,528          0          0     256,465     N

 APPEAL VALUE:                                                               N

                                                                            N

   FINAL ASMT:    426,000      169,530          0          0     256,470
  $EXEMPTIONS:          0   #EXEMPTIONS:          0
 LATE PENALTY:          0                                                    N
      TAXABLE:    426,000
                                                                            N
   TPA VALUE:  1,034,508      393,345          0          0     641,163     Y
                                                                            N
```

```
0---------------------------------- UNPAID TAX SUMMARY ---------------------------------------
   ROLL: PP    YEARS 2008 THRU 1989      ALTERNATE KEY: 6000867
 PARCEL: 6000867                         TAX DISTRICT: 45    INC/FUL/ROS
  SITUS: 10800 ALPHARETTA HWY            TSUM PRINT: N PRINTER: DT96
                                         TAX BILL PRINT: N PRINTER: DT95

YR    OWNER NAME      CYCLE   PRINCIPAL   INTEREST      FEES        TOTAL
05 WINN DIXIE STORES IN F    7852.13                              7,852.13
```

** TSUS CODE CHECK **                           GRAND TOTAL      7,852.13

JURISDICTION= FC                LATE-FILING-FLAG: N     PROPERTY-CLASS: C
DISTRICT: 45                    SPECIAL-USE: WX VALUE-POSTED-DATE: 05 04 2005 O/R: N

|  | | (1) | (2) | (3) | (4) | | |
|---|---|---|---|---|---|---|---|
|  | TOTAL | FUR/FIX | M & E | LSEHOLD | INVENT | O/R | METHOD |
| APPRAISED: | 654,301 | 578,085 | 0 | 0 | 76,216 | N | PERSONAL |
|  | 654,301 | 578,085 | 0 | 0 | 76,216 | | |
| LEVEL: | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | | |
| ASSESSMENT: | 261,720 | 231,234 | 0 | 0 | 30,486 | N | |
| APPEAL VALUE: | | | | | | N | |
|  | | | | | | N | |
| FINAL ASMT: | 261,720 | 231,230 | 0 | 0 | 30,490 | | |
| $EXEMPTIONS: | 0 | #EXEMPTIONS: | 0 | | | | |
| LATE PENALTY: | 0 | | | | | N | |
| TAXABLE: | 261,720 | | | | | | |
|  | | | | | | N | |
| TPA VALUE: | 524,079 | 447,863 | 0 | 0 | 76,216 | Y | |
|  | | | | | | N | |

| United States Bankruptcy Court | PROOF OF CLAIM |
|---|---|

**MIDDLE      DISTRICT OF FL**

(NAME OF DEBTOR)

**WINN-DIXIE STORES, INC.**

Case Number: 05-03817  JAF

CHAPTER  11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C 503.

**Name of Creditor**
(The person of other enity to whom the debtor owes money or property)

**Fulton County Tax Commissioner**

Name and Address where Notice should be sent

**Tax Commissioner**
**141 Pryor St. SW Room 1113**
**Atlanta, GA   30303**
**Attn: DAMIKA MCCLINTON**
**Phone Number: (404) 730-7196**

☒ Check box if you are aware that any-one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☒ Check box if you have never received any notice from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

Account or other number by which creditor identifies debtor
**0003119  0003178 0003190 5757404 6000867 0003141**

Check here if this claim ☐ replaces a previously filed claim, dated of_____
                         ☐ amends

**1. BASIS FOR CLAIM**
- ☒ Goods sold
- ☒ Services performed
- ☒ Money loaned
- ☒ Personal injury/wrongful death
- ■ Taxes
- ☒ Other

☒ Retiree benefits as defined in 11 U.S.C.  114(a)
☒ Wages, salaries and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
                    (date)                    (date)

**2. DATE DEBT WAS INCURRED:** 2005

**3. IF COURT, JUDGEMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority,

(2) Unsecured Priority, (3) Secured.  It is possible for part of a claim to be in one category and part in another.

CHECK THE APPROPRIATE BOX OR BOXES that best describes your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

■ **SECURED CLAIM   $ 472073.54**

Attach evidence of perfection of security interest.

Brief description of Collateral:

☒ Real Estate ☒ Motor Vehicle ☒ Other (describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any.

UNSECURED CLAIM $ _____

☐ Claim is unsecured if there is no collateral or lien on the property of the Debtor securing the claim or to the extent that the value of such property is less than the amount of claim.

☐ **UNSECURED PRIORITY CLAIM**

Attach evidence of perfection of security interest.
Specify the priority of the claim.

☐ Wages, salaries or commissions (up to $4,000), *earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. 507(a)(3)

☐ Contributions to an employee benefit plan-11 U.S.C 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease or rental property or

☐ Service for personal, family or household use- 11 U.S.C. 507(a)(6)

☐ Alimony, maintenance or support owed to a spouse, former spouse or child- 11 U.S.C. 507(a)(7)

■ Taxes or penalties of governmental units- 11 U.S.C. 507(a)(8)

☐ Other-Specify applicable paragraph of 11 U.S.C. 507(a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect ot cases commenced on or after the date

| 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: | $ _____ (Unsecured) | $ 472073.54 (Secured) | $ _____ (Priority) | $ 472073.54 (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of additional charges.

6.  CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim, claimant has deducted all amounts that claimant owes to debtor.

7.  SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, court judgements or evidence of security interests. If the documents are not available, explain. If they are voluminous, attach a summary.

8.  TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

**Date:** 12/20/2005

Sign and  print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

DAMIKA MCCLINTON

FULTON COUNTY TAX COMMISSIONER'S OFFICE