6.

Said tax liability is defined as a priority claim pursuant to 11 U.S.C. § 507(a)(8).

WHEREFORE, the Tax Commissioner prays that this Court:

(a) Deny the relief sought by Debtor and refuse to expunge Fulton County's claim; and

(b) Order that the Debtor pay its claim to Fulton County in the amount of $472,073.54.

Respectfully submitted this 17th day of July, 2006.

OFFICE OF THE COUNTY ATTORNEY

Overtis Hicks Brantley
Fulton County Attorney
Georgia Bar No. 351350

Nigel A. Davis
Georgia Bar No. 142031
R. David Ware
Georgia Bar No. 737756
Denval A. Stewart
Georgia Bar No. 681145
Jennesia M. Primas
Georgia Bar No. 587888

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 730-7750
(404) 730-6324 (facsimile)

2