## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE SUPERMARKETS, INC.,   )

                                    )     Case No. 05-03817-3FL

      Debtor.                )     Chapter 11

_____ )     Jointly Administered

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, Jean Winborne Boyles, Attorney, gives notice of her appearance for landlord, Pamalee Plaza Associates (Claim Nos. 8185 and 8184), as Creditor in the above-captioned case; and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (hereinafter "Bankruptcy Rules"), requests that service be made on the undersigned of all orders, notices, and other pleadings of any nature, including but not limited to, adversary proceedings, filed in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier or otherwise which affect or seek to affect in any way the rights or interests of the above-identified Creditor landlords.

Please mail all notices and other documents required to be served upon creditors to the undersigned at one of the following addresses:

Jean Winborne Boyles
Johnson, Hearn, Vinegar, Gee & Glass, PLLC
P. O. Box 1776
Raleigh, NC 27602
jboyles@jhvgmlaw.com

This the 18th day of July, 2006.

__/s/ Jean Winborne Boyles_____
Jean Winborne Boyles
N.C. State Bar No.: 5516
Attorney for Pamalee Plaza Associates
Johnson, Hearn, Vinegar, Gee & Glass, PLLC
P. O. Box 1776
Raleigh, NC 27602
(919) 743-2200    Fax: (919)743-2201
jboyles@jhvgglaw.com

## CERTIFICATE OF SERVICE

I, JEAN WINBORNE BOYLES, Attorney for Creditor Pamalee Plaza Associates, hereby certify that I have served the attached document: **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** upon the below named parties on this date by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

ADDRESSES:

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Attorney for Debtor

James H. Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attorney for Debtor

This the 18th day of July, 2006.

__/s/Jean Winborne Boyles_____
Jean Winborne Boyles