## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about July 14, 2006 I caused copies of:

- the **Order (A) Disallowing No Liability Claims, (B) Reducing Overstated Claims, (C) Fixing Unliquidated Claims and (D) Disallowing Amended and Superseded Claims as Set Forth in the Debtors' Thirteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: July 18, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Reducing**
**Overstated Claims, (C) Fixing Unliquidated Claims and**
**(D) Disallowing Amended and Superseded Claims as Set**
**Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 1001-RJ
440 GROUP, LTD
ATTN GENE WILLIAMS, MNG PRTNR
PO BOX 578
KILLEEN TX 76540-0578

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ.
2584 BLUE MEADOW DRIVE
TEMPLE TX 76502

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ
1201 SOUTH W S YOUNG DRIVE
PO BOX 10309
KILLEEN TX 76547-0309

CREDITOR ID: 404588-95
AASTRA INTECOM INC FKA
EADS TELECOM NORTH AMERICA, INC
ATTN LEE M DAVIS, MGR
2811 INTERNET BLVD
FRISCO TX 75034-1851

CREDITOR ID: 241502-12
ACCURATE TESTING SERVICES
ATTN SAM SKETTENO, DIRECTOR
603 HIGHWAY 90, SUITE 2
BAY ST LOUIS, MS 39520

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN R MCINTYRE/L R FERNANDEZ, ESQS
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 408295-99
ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315726-40
ALVYN L WOODS, INC
ATTN LEWIS WOODS, PRESIDENT
PO BOX 396
LUTCHER, LA 70071-0396

CREDITOR ID: 315726-40
ALVYN L WOODS, INC
C/O MARTIN HIMEL PEYTAVIN & NOBILE
ATT MALCOLM J PEYTAVIN
2295 TEXAS STREET SUITE B
PO BOX 278
LUTCHER LA 70071-0278

CREDITOR ID: 410961-15
AMERICAN RESIDENTIAL EQUITIES, INC
C/O HOLLAND & KNIGHT LLP
ATTN DAVID R SOFTNESS, ESQ
701 BRICKELL AVENUE, SUITE 3000
MIAMI FL 33131

CREDITOR ID: 264782-12
ANDERSON, WILLIAM
PO BOX 120310
CLERMONT FL 34712

CREDITOR ID: 411004-15
ARONOV REALTY CO & F M JOHNSON TA
WIREGRASS PLAZA, DOTHAN, AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 406062-15
AUGUST URBANEK FAMILY REVOCABLE
TRUST, AMENDED AND RESTATED
4800 N FEDERAL HIGHWAY, SUITE 209A
BOCA RATON FL 33431

CREDITOR ID: 406062-15
AUGUST URBANEK FAMILY REVOCABLE
C/O WALSH & KEATING, SC
ATTN DAVID C KEATING, ESQ
1505 WAUWATOSA AVENUE
WAUWATOSA WI 53213

CREDITOR ID: 416258-15
BARRAN, E L & G M & EYSTER, J&M
C/O CHENAULT, HAMMOND & HALL, PC
ATTN WILLIAM L CHENAULT, ESQ
PO BOX 1906
DECATUR AL 35602-1906

CREDITOR ID: 416258-15
BARRAN, E L & G M & EYSTER, J&M
C/O CHENAULT HAMMOND AND HALL, PC
ATTN HEATHER R MORGAN, SECRETARY
117 SECOND AVENUE NE
PO BOX 1906
DECATUR AL 35602

CREDITOR ID: 416258-15
BARRAN, E L & G M & EYSTER, J&M
C/O JOHN C EYSTER
PO BOX 1189
DECATUR AL 35602-1189

CREDITOR ID: 410954-99
BENDERSON 85-1 TRUST & RONALD
C/O BENDERSON DEVELOPMENT CO LLC
ATTN: JOEL E SCHOLSBERG, ESQ
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

CREDITOR ID: 410954-99
BENDERSON 85-1 TRUST & RONALD
BENDERSON 1995 TRUST
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVES CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O PERRINE & WHEELER
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 244267-12
C&C MAINTENANCE
PAGE MANNINO PERESICH ET AL
ATTN MICHAEL B MCDERMOTT, ESQ
PO DRAWER 289
BILOXI MS 39533

CREDITOR ID: 244267-12
C&C MAINTENANCE
ATTN CHRIS CROCHET
9280 SCENIC RIVER DR
BILOXI, MS 39532

**Order (A) Disallowing No Liability Claims, (B) Reducing
Overstated Claims, (C) Fixing Unliquidated Claims and
(D) Disallowing Amended and Superseded Claims as Set
Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510 | CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>C/O WILLIAMS MULLEN HOFHEIMER ET AL<br>ATTN DAVID A GREER ESQ<br>PO BOX 3460<br>NORFOLK VA 23514-3460 | CREDITOR ID: 452414-15<br>CAPMARK SERVICES, INC, AGENT<br>SWISS RE ASSET MANAGEMENT<br>ATTN CHARLOTTE A KOLLIN<br>THREE RAVINIA DRIVE SUITE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | CREDITOR ID: 244653-12<br>CAROLINA TURKEYS<br>ATTN ROBIN MCSWAIN, CREDIT MGR<br>PO BOX 65859<br>CHARLOTTE, NC 28265-0001 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |
| CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>C/O ROBERT C MEYER, PA<br>ATTN ROBERT MEYER, ESQ<br>2223 CORAL WAY<br>MIAMI FL 33145 |
| CREDITOR ID: 410945-15<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | CREDITOR ID: 411176-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 411176-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 |
| CREDITOR ID: 279129-99<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 404028-15<br>COMMONWEALTH OF KENTUCKY FIN & ADM<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 |
| CREDITOR ID: 404028-15<br>COMMONWEALTH OF KENTUCKY FIN & ADM<br>ATTN WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 |
| CREDITOR ID: 410897-15<br>COMMUNITY CENTERS ONE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 381722-15<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 | CREDITOR ID: 411162-15<br>CWCAPITAL ASSET MGMT SERIES 2001-C2<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 415972-15<br>DAUKSCH FAMILY PARTNERSHIP<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 407736-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>THREE LAKES PLAZA LC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 410901-15<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |

**Order (A) Disallowing No Liability Claims, (B) Reducing**
**Overstated Claims, (C) Fixing Unliquidated Claims and**
**(D) Disallowing Amended and Superseded Claims as Set**
**Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 | CREDITOR ID: 410911-15<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 410981-15<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 492836-97<br>EQUITY ASSOCIATES<br>ATTN: G PATRICK FLINT, M.G.P<br>101 N TRYON STREET, STE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 410394-15<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>ZIMMER AND ZIMMER, LLP<br>ATTN HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 |
| CREDITOR ID: 250415-12<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 410962-15<br>GRAHAM PACKAGING COMPANY, LP<br>C/O VENABLE LLP<br>ATTN BRENT W PROCIDA, ESQ<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 411181-15<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD M VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE<br>TIMES SQUARE TOWER<br>NEW YORK NY 10036 |
| CREDITOR ID: 452037-15<br>HSBC PRIVATE BANK (SUISSE) SA<br>ATTN MAUREEN GOETSCHI, ASSOCIATE<br>RUE DE LAUSANNE 18-20<br>PO BOX 3580<br>GENEVA 3 CY3<br>SWITZERLAND | CREDITOR ID: 411425-15<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT NC 27261 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 |

**Order (A) Disallowing No Liability Claims, (B) Reducing
Overstated Claims, (C) Fixing Unliquidated Claims and
(D) Disallowing Amended and Superseded Claims as Set
Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 | CREDITOR ID: 411131-15<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>ATTN MICHAEL S HOCHBERGER, VP<br>2 ROCK HILL LANE<br>BROOKVILLE NY 11545 |
| CREDITOR ID: 252331-12<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O BART & SCHWARTZ, LLP<br>ATTN LAWRENCE J SCHWARTZ, ESQ.<br>ONE HUNTINGTON QUADRANGLE, STE 2S12<br>MELVILLE NY 11747 | CREDITOR ID: 252331-12<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACE WEST BLDG ONE<br>2727 PACES FERRY ROAD SUITE 1-1650<br>ATLANTA, GA 30339 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS E NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 253884-12<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | CREDITOR ID: 410849-15<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 410958-15<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 381390-47<br>LALUMIERE, PHILIPPE L<br>2678 NW 65TH AVE<br>MARGATE, FL 33063 | CREDITOR ID: 278511-25<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 254565-99<br>LEATHERMAN ASSOCS<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 | CREDITOR ID: 254565-99<br>LEATHERMAN ASSOCS<br>C/O KETNER & DEES<br>ATTN GLENN E KETNER, JR, ESQ<br>121 EAST KERR STREET<br>SALISBURY NC 28144 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 |
| CREDITOR ID: 408168-15<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 |

Order (A) Disallowing No Liability Claims, (B) Reducing
Overstated Claims, (C) Fixing Unliquidated Claims and
(D) Disallowing Amended and Superseded Claims as Set
Forth in the Debtors' Thirteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 416843-15<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>C/O KING, DRUMMOND, & DABBS, PC<br>ATTN MARJORIE O DABBS. ESQ<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 255395-12<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 |
| CREDITOR ID: 279244-35<br>MAPLEHURST BAKERIES, INC<br>ATTN JANICE CONN, CR MGR<br>50 MAPLEHURST DR<br>BROWNSBURG IN 46112 | CREDITOR ID: 416253-15<br>MARION'S HOPE, LLC<br>C/O FREELAND COOPER & FOREMAN LLP<br>ATTN KATE FREELAND, ESQ<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 416253-15<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 | CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 255878-12<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 410498-15<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 |
| CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 408316-99<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 452039-15<br>MUNOZ-USON, SUSANA<br>CAPITAN HAYA, 60-7-5<br>MADRID  28020<br>SPAIN | CREDITOR ID: 411015-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411075-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 410960-15<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 416842-15<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 403871-94<br>OLLAR, EDWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 411133-15<br>ORIX CAPITAL MKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 410689-15<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |

**SERVICE LIST**
**Order (A) Disallowing No Liability Claims, (B) Reducing**
**Overstated Claims, (C) Fixing Unliquidated Claims and**
**(D) Disallowing Amended and Superseded Claims as Set**
**Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>C/O COTTINGHAM & PORTER, PC<br>ATTN WILLIAM L THOMPSON, ESQ<br>319 EAST ASHLEY STREET<br>DOUGLAS GA 31533-3810 |
| CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 |
| CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN GERARD S CATALANELLO, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL 33025 | CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 |
| CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 410387-15<br>PRUDENTIAL CO - LAKE CITY<br>SHOPPING CENTER INVESTMENT LP<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 399733-15<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 |
| CREDITOR ID: 259354-12<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 2521-07<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 2522-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 |
| CREDITOR ID: 403228-99<br>ROYAL OAKS BRANDON, LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVENUE SOUTH<br>ST PETERSBURG FL 33707 | CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 | CREDITOR ID: 452058-98<br>SASCO 1996-CFL DOUGLAS CENTER LP<br>C/O LNR PARTNERS, INC<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 264608-12<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 | CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403 |

**Order (A) Disallowing No Liability Claims, (B) Reducing
Overstated Claims, (C) Fixing Unliquidated Claims and
(D) Disallowing Amended and Superseded Claims as Set
Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 410868-15<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 405926-15<br>STATE OF ALABAMA INDUS REL DEPT<br>ATTN FRANK D MARSH, ESQ<br>649 MONROE STREET<br>MONTGOMERY AL 36131 | CREDITOR ID: 405926-15<br>STATE OF ALABAMA INDUS REL DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 | CREDITOR ID: 411295-15<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | CREDITOR ID: 406297-15<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| CREDITOR ID: 261910-12<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAP MARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 407711-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 410530-15<br>VERIZON SOUTH WIRELESS<br>C/O AFNI/VERIZON WIRELESS<br>ATTN DIANA LEWIS<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O LAW OFFICE OF NEIL REGER<br>ATTN NEIL REGER, ESQ<br>4476 BOCAIRE BLVD<br>BOCA RATON FL 33487 |
| CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Reducing**
**Overstated Claims, (C) Fixing Unliquidated Claims and**
**(D) Disallowing Amended and Superseded Claims as Set**
**Forth in the Debtors' Thirteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 408298-99
WESTSIDE CITY, INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407479-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-WACO WD DEL BUS TRUST
C/O NEAL GERBER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
11 PIEDMONT CENTER, SUITE 900
ATLANTA GA 30305

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
C/O THORP REED & ARMSTRONG, LLP
ATTN PAULA A SCHMECK, ESQ
301 GRANT STREET, ONE OXFORD CENTRE
PITTSBURGH PA 15219

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
300 MARKET STREET
JOHNSTOWN PA 15901

**Total:  198**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |

## ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) REDUCING OVERSTATED CLAIMS, (C) FIXING UNLIQUIDATED CLAIMS AND (D) DISALLOWING AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on July 13, 2006, upon

the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A through D (the "Disputed Claims").[2]  Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

10209 filed by American Residential Equities, Inc., (ii) claim no. 10029 filed by

Community Centers One, LLC, (iii) claim no. 12351 filed by M. Hull, (iv) claim no.

7388 filed by Prudential Co. - Lake City, (v) claim no. 6808 filed by 440 Group,

Ltd., (vi) claim no. 10301 filed by Aronov Realty Co., (vii) claim no. 12160 filed by

E.L. & G.M. Barran and J. & M. Eyster, (viii) claim no. 10142 filed by Benderson

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

85-1 Trust, (ix) claim no. 11980 filed by Dauksch Family Partnership, (x) claim no.

11123 filed by Delta Investments, (xi) claim no. 10263 filed by DPJ Limited

Partnership, (xii) claim no. 12173 filed by GS II Brook Highland Plaza, LLC, (xiii)

claim no. 12306 filed by Hartwell Partnership, (xiv) claim no. 12315 filed by Morro

Palms Shopping Center, GP, (xv) claim no. 12201 filed by New Plan Excel Realty

Trust Inc., (xvi) claim no. 12292 filed by Plunkett, Estate of H.C., (xvii) claim no.

11940 filed by The Rosemyr Corporation, (xviii) claim no. 12078 filed by Royal

Oaks Brandon, Ltd., (xix) claim no. 11958 filed by Watkins Investments, LP, (xx)

claim no. 12331 filed by Wells Fargo Bank Northwest NA, (xxi) claim no. 9950 filed

by Skinners of Point Meadows, Inc., (xxii) claim no. 10087 filed by Swiss Re Asset

Mgmt (Americas) Inc. and (xxiii) claim nos. 9675 and 9677 filed by Weingarten

Realty Investors (collectively, the "Unresolved Objections"), which claims have been

removed from Exhibits A through D. The Debtors have withdrawn without

prejudice their objection to (i) claim no. 12082 filed by Equity Associates, (ii) claim

no. 12169 filed by JDN Realty Corporation, (iii) claim no. 11103 filed by Liquidity

Solutions, Inc., (iv) claim no. 9709 filed by Piedmont Village, LLC, (v) claim no.

10826 filed by McDonough Marketplace Partners, (vi) claim no. 6796 filed by

Moulton Properties, Inc., (vii) claim no. 2567 filed by Shanri Holdings Corp. and

(viii) claim no. 11251 filed by Heritage SPE LLC, which claims have been removed

from Exhibits A through D. Upon consideration, it is

ORDERED AND ADJUDGED:

    1.     The Objection is sustained.

    2.     The No Liability Claims listed on Exhibit A are disallowed in

their entirety.

3.      The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Unliquidated Claims listed on Exhibit C are fixed in the amounts listed on Exhibit C under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

5.      The Amended Claims listed on Exhibit D are disallowed in their entirety.

6.      With respect to the Overstated Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

7.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

8.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

9.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each

3

claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

10.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

11.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 13 day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James E. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 4
Date: 07/12/2006

| Name of Claimant | Claim No. | | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410961** AMERICAN RESIDENTIAL EQUITIES, INC C/O HOLLAND & KNIGHT LLP ATTN DAVID R SOFTNESS, ESQ 701 BRICKELL AVENUE, SUITE 3000 MIAMI FL 33131 | 11026 Debtor: | WINN DIXIE RALEIGH, INC. | $321,330.66 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 397239** BONAIRE 99-GA, LLC C/O TAMPOSI COMPANY 20 TRAFALGAR SQUARE STE 602 NASHUA, NH 03063 | 4198 Debtor: | WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410418** COMMERCIAL NET LEASE REALTY, INC C/O LOWNDES, DROSDICK, ET AL. ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802-2809 | 8605 Debtor: | WINN-DIXIE RALEIGH, INC. | $19,659.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410418** COMMERCIAL NET LEASE REALTY, INC C/O LOWNDES, DROSDICK, ET AL. ATTN ZACHARY J BANCROFT, ESQ PO BOX 2809 ORLANDO FL 32802-2809 | 8616 Debtor: | WINN-DIXIE STORES, INC. | $19,659.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411162** CWCAPITAL ASSET MGMT SERIES 2001-C2 HOLDERS LB-UBS COMMERCIAL MORTGAGE C/O VENABLE LLP ATTN G CROSSMH FOLEY, ESQS TWO HOPKINS PLAZA, STE 1800 BALTIMORE MD 21201 | 11223 Debtor: | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 407736** DBR ASSET MGMT, LLC AGENT FOR THREE LAKES PLAZA LC C/O GLATTER & ASSOCIATES PA ATTN ERIC S GLATTER, ESQ 1489 WEST PALMETTO PARK RD, STE 420 BOCA RATON FL 33486 | 7895 Debtor: | WINN-DIXIE STORES, INC. | $2,866.79 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT IS ATTEMPTING TO COLLECT FEES OF $1,814.40 AND $926.39 INCURRED TO CONTEST 2003 AND 2004 REAL ESTATE TAXES, RESPECTIVELY, WITHOUT PRESENTING EVIDENCE THAT SUCH FEES RESULTED IN LOWER TAXES. CLAIMANT AGREES $126.00 WAS ASSERTED IN ERROR. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id:  410901**<br>DDR DOWNREIT, I I C<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12165<br>Debtor: | $30,279.80<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:  2181**<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10071<br>Debtor: | $8,463.40<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:  452037**<br>HSBC PRIVATE BANK (SUISSE) SA<br>ATTN MAUREEN GOETSCHI, ASSOCIATE<br>RUE DE LAUSANNE 18-20<br>PO BOX 3580<br>GENEVA 3  CY3 SWITZERLAND | 13143<br>Debtor: | $88,200.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  CLAIM ALSO FILED LATE. |
| **Creditor Id:  410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10058<br>Debtor: | $878.03<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:  452039**<br>MUNOZ-USON, SUSANA<br>CAPITAN HAYA, 60-7-5<br>MADRID  28020 SPAIN | 13145<br>Debtor: | $7,708.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  CLAIM ALSO FILED LATE. |
| **Creditor Id:  411015**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12197<br>Debtor: | $28,126.82<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id: 403871**<br>OH I AR, FFWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 | 5953<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 411133**<br>ORIX CAPITAL MKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11141<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. ALSO NO DOCUMENTATION. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8808<br>Debtor: WINN-DIXIE STORES, INC. | $3,865.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $3,865.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. |
| **Creditor Id: 405926**<br>STATE OF ALABAMA INDUS REL DEPT<br>ATTN FRANK D MARSH, ESQ<br>649 MONROE STREET<br>MONTGOMERY AL 36131<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 2210<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $6,153.14 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM IS FOR SECOND QUARTER 2004. DEBTOR FILED QUARTERLY CONTRIBUTION REPORT UC-CR4 AND PAID $138,658.41 ON 7/27/04 BY CHECK NUMBER 7291269. NO OTHER AMOUNT IS OWED. |
| **Creditor Id: 411169**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11293<br>Debtor: DIXIE PACKERS, INC. | $182.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $9,395.25 BY ELECTRONIC FUND TRANSFER NUMBER 010069 ON 7/30/2004 FOR QUARTER ENDING 6/30/2004 AND $64.89 BY ELECTRONIC FUND TRANSFER NUMBER 017253 ON 1/28/2005 FOR QUARTER ENDING 12/31/2004. DEBTOR HAD NO LIABILITY FOR QUARTER ENDING 1/31/2005 AS IT CEASED DOING BUSINESS ON 12/31/2004. |
| **Creditor Id: 411169**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11294<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $1,272.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON ESTIMATED UNEMPLOYMENT TAXES AS DEBTOR HAD NO EMPLOYEES IN THE STATE AT THE TIME. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | **11296**<br>Debtor: WINN DIXIE PROCUREMENT, INC. | **$47.49** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR PAID<br>$4,991.56 ON 7/30/04 BY ELECTRONIC FUND TRANSFER NUMBER 010868<br>FOR SECOND QUARTER OF 2004 AND NO OTHER AMOUNTS ARE DUE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | **7319**<br>Debtor: WINN-DIXIE STORES, INC. | **$12,005.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE<br>CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM<br>TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN<br>APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE<br>3071-1. |
| **Creditor Id: 407479**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | **10874**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | **$5,663.90** | NO LIABILITY PER CLAIMANT AND DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed:     **21**

Total Amount to be Disallowed:     **$554,161.76**     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 404588**<br>AASTRA INTECOM INC FKA<br>EADS TELECOM NORTH AMERICA, INC<br>ATTN LEE M DAVIS, MGR<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | 7769<br>Asserted<br>Debtor: | $88,562.85<br>WINN-DIXIE STORES, INC. | $68,373.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,932.77 FOR FOURTH MILESTONE INVOICE AND $11,256.41 FOR PRO-RATED SERVICE AGREEMENT AS THEY REFLECT POSTPETITION OBLIGATIONS. |
| **Creditor Id: 407606**<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN R MCINTYRE/A R FERNANDEZ, ESQS<br>PO BOX 1102<br>TAMPA FL 33601-1102 | 12010<br>Asserted<br>Debtor: | $543,956.23<br>WINN-DIXIE STORES, INC. | $341,634.80 | REDUCED AMOUNT REFLECTS PAYMENTS OF $38,322.41 ON 12/15/04 FOR 2004 REAL ESTATE TAXES BY CHECK NUMBER 00739/9172 AND $5,784.69 ON 11/5/05 FOR POSTPETITION PORTION OF INSURANCE BY CHECK NUMBER 008123872 AND REMOVAL OF $158,214.33 FOR REJECTION DAMAGES CALCULATION ERROR. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 8284<br>Asserted<br>Debtor: | $35,599.00<br>WINN-DIXIE RALEIGH, INC. | $5,071.64 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,972.90 FOR 2005 REAL ESTATE TAXES INCURRED AFTER 9/3/005 (LAST DATE OF OCCUPANCY) AND PAYMENT OF $21,554.46 FOR POSTPETITION PORTION OF SUCH TAXES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br><br>Transferee: IB PROPERTY HOLDINGS LLC | 12296<br>Asserted<br>Debtor: | $535,027.48<br>WINN-DIXIE RALEIGH, INC. | $504,764.12 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 315728**<br>ALVYN L WOODS, INC<br>ATTN LEWIS WOODS, PRESIDENT<br>PO BOX 396<br>LUTCHER, LA 70071-0396<br><br>Counsel: ATT MALCOLM J PEYTAVIN | 10515<br>Asserted<br>Debtor: | $384,503.00<br>WINN-DIXIE STORES, INC. | $204,009.52 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 406062**<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431<br><br>Counsel: ATTN DAVID C KEATING, ESQ | 3013<br>Asserted<br>Debtor: | $4,911,875.64<br>WINN-DIXIE STORES, INC. | $584,505.77 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410927**<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | 12325<br>Asserted<br>Debtor: | $6,872,703.19<br>WINN-DIXIE STORES, INC. | $1,088,843.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1141**<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12232<br>Asserted<br>Debtor: | $440,766.61<br>WINN-DIXIE RALEIGH, INC. | $423,294.81 | REDUCED AMOUNT REFLECTS 8/29/04 PAYMENT OF $5,081.55 FOR 4/30/04 TO 4/30/05 INSURANCE (ONLY $4,450.98 IS ASSSERTED) AND 11/3/005 PAYMENT OF $10,382.86 FOR POSTPETITION REAL ESTATE TAXES (CORRECT TAX BILL IS $12,825.81, NOT $12,575.12) ASSERTED. REDUCED AMOUNT INCLUDES REJECTION DAMAGES OF $423,740.63, PREPETITION REAL ESTATE TAXES OF $2,443.01, AND 2004 COMMON AREA MAINTENANCE CREDITS OF $208.36 & $2,680.37. |
| **Creditor Id: 278549**<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510<br><br>Counsel: ATTN DAVID A GREER ESQ | 5071<br>Asserted<br>Debtor: | $948,788.12<br>WINN-DIXIE RALEIGH, INC. | $947,993.82 | REDUCED AMOUNT REFLECTS REMOVAL OF $794.30 FOR TAXES INCURRED POSTPETITION. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 399295**<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | 449<br>Asserted<br>Debtor: | $152,050.00<br>WINN-DIXIE STORES, INC. | $18,200.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 244653**<br>CAROLINA TURKEYS<br>ATTN ROBIN MCSWAIN, CREDIT MGR<br>PO BOX 65859<br>CHARLOTTE, NC 28265-0001 | 5576<br>Asserted<br>Debtor: | $22,760.90<br>WINN-DIXIE STORES, INC. | $4,086.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,674.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10707<br>Asserted<br>Debtor: | $1,602,780.45<br>WINN-DIXIE MONTGOMERY, INC. | $1,171,585.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,207.90, REMOVAL OF $190,334.41 ASSERTED IN CLAIM NUMBER 10709, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $262,652.87. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10708<br>Asserted Debtor: | $164,831.54<br>WINN-DIXIE RALEIGH, INC. | $163,831.54 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10709<br>Asserted Debtor: | $1,878,424.20<br>WINN-DIXIE STORES, INC. | $269,410.65 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 381722**<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 | 25<br>Asserted Debtor: | $79,833.99<br>WINN-DIXIE STORES, INC. | $7,796.04 | REDUCED AMOUNT REFLECTS 4/1/05 PAYMENT OF $72,047.95 BY CHECK NUMBER 009901266 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DOCKET NUMBER 435). REDUCED AMOUNT IS $561.24 UNSECURED PRIORITY AND $7,224.80 UNSECURED NON-PRIORITY. |
| **Creditor Id: 410823**<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9642<br>Asserted Debtor: | $402,234.49<br>WINN-DIXIE RALEIGH, INC. | $247,234.49 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $247,234.49 AND REMOVAL OF ALL OTHER ESTIMATED UNDOCUMENTED EXPENSES. DEBTOR MADE REPEATED INQUIRIES FOR DOCUMENTATION. |
| **Creditor Id: 410981**<br>DFJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | 10262<br>Asserted Debtor: | $380,308.78<br>WINN-DIXIE RALEIGH, INC. | $307,980.63 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 250169**<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12323<br>Asserted Debtor: | $438,356.39<br>WINN-DIXIE STORES, INC. | $397,418.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,066.52 FOR OVERSTATED REJECTION DAMAGES AND $38,871.72 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 250415<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12322<br>Asserted<br>Debtor:<br><br>WINN-DIXIE STORES, INC. | $391,698.80 | $314,728.50 | REDUCED AMOUNT REFLECTS COMMON AREA MAINTENANCE CREDIT OF $965.04 AND REMOVAL OF $4,683.16 FOR OVERSTATED REJECTION DAMAGES, $4,060.39 FOR DISPUTED COMMON AREA CHARGES, $2,759.13 AND $59.79 FOR OVERSTATED 2004 AND PREPETITION 2005 REAL ESTATE TAXES, RESPECTIVELY, $30,790.85 FOR UNDOCUMENTED REPAIRS, AND $33,641.94 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 381764<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | 150<br>Asserted<br>Debtor:<br><br>WINN-DIXIE STORES, INC. | $167,728.00 | $95,796.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN: NINA STUBBLEFIELD TOLLISON, ESQ | | | | |
| Creditor Id: 1467<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | 10623<br>Asserted<br>Debtor:<br><br>WINN-DIXIE RALEIGH, INC. | $812,500.00 | $550,458.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN CHARLES P SUMMERALL IV, ESQ | | | | |
| Creditor Id: 252331<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACE WEST BLDG ONE<br>2727 PACES FERRY ROAD SUITE 1-1650<br>ATLANTA, GA 30339 | 11179<br>Asserted<br>Debtor:<br><br>WINN-DIXIE MONTGOMERY, INC. | $1,097,362.32 | $277,750.50 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | | | | |
| Creditor Id: 1475<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | 12067<br>Asserted<br>Debtor:<br><br>WINN-DIXIE RALEIGH, INC. | $500,744.52 | $488,244.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| Creditor Id: 278511<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | 6068<br>Asserted<br>Debtor:<br><br>WINN-DIXIE RALEIGH, INC. | $474,743.54 | $165,674.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $299,069.11 FOR OVERSTATED REJECTION DAMAGES AND $10,000 CALCULATION ERROR. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 254565<br>I FATHFRMAN ASSY/'S<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147<br><br>Counsel: ATTN GLENN E KETNER, JR, ESQ | 12395<br>Asserted<br>Debtor: | $413,769.83<br>WINN-DIXIE STORES, INC. | $352,577.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $61,192.20 ASSERTED AS ADMINISTRATIVE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 1545<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | 7026<br>Asserted<br>Debtor: | $16,519.29<br>WINN-DIXIE STORES, INC. | $15,878.18 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 1570<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN MARJORIE O DABBS. ESQ | 12483<br>Asserted<br>Debtor: | $942,595.84<br>WINN-DIXIE MONTGOMERY, INC. | $798,232.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 255395<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 | 7048<br>Asserted<br>Debtor: | $328,452.40<br>WINN-DIXIE STORES, INC. | $289,916.76 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $13,496.63, NET CONSUMPTION WAIVER OF $1,495.43, ACCOUNTS PAYABLE CREDIT OF $435.00, RECLAMATION PAYMENTS IN PROCESS TOTALING $47,853.52, AND REMOVAL OF $2,248.32 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 1929<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 12335<br>Asserted<br>Debtor: | $277,590.65<br>WINN-DIXIE MONTGOMERY, INC. | $268,640.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES AND REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| Creditor Id: 416842<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | 12321<br>Asserted<br>Debtor: | $329,470.22<br>WINN-DIXIE STORES, INC. | $261,753.68 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410689**<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | 9710<br>Asserted<br>Debtor: | $116,885.37<br>WINN-DIXIE STORES, INC. | $117,623.57 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,261.80 TERRORISM CHARGE. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | 12089<br>Asserted<br>Debtor: | $2,073,469.37<br>WINN-DIXIE RALEIGH, INC. | $335,223.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN EDWARD T BRADING, ESQ | | | | |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | 6013<br>Asserted<br>Debtor: | $713,560.15<br>WINN-DIXIE STORES, INC. | $6,197.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $18,593.39, RECLAMATION PAYMENTS IN PROCESS TOTALING $594,988.22, AND REMOVAL OF $93,780.75 FOR UNDOCUMENTED CHARGES. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 2481**<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | 7840<br>Asserted<br>Debtor: | $10,932,176.00<br>WINN-DIXIE MONTGOMERY, INC. | $1,313,237.40 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 398733**<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 | 824<br>Asserted<br>Debtor: | $563,767.84<br>WINN-DIXIE STORES, INC. | $436,357.74 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Transferee: HMAC 1999-PH1 WATAUGA CTR LTD PART | | | | |
| **Creditor Id: 259354**<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908<br>Asserted<br>Debtor: | $136,064.44<br>WINN-DIXIE PROCUREMENT, INC. | $99,701.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,096.39, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $183.82 AND $5.58, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $35,077.63. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 408299<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12069<br>Asserted<br>Debtor: | $388,235.32<br>WINN-DIXIE RALEIGH, INC. | $385,735.32 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY'S FEES. |
| Creditor Id: 2522<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 | 10259<br>Asserted<br>Debtor: | $2,764,818.90<br>WINN-DIXIE RALEIGH, INC. | $413,638.31 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 2552<br>SHERFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | 9245<br>Asserted<br>Debtor: | $1,866,847.00<br>WINN-DIXIE RALEIGH, INC. | $309,418.96 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 261910<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | 10450<br>Asserted<br>Debtor: | $204,644.40<br>WINN-DIXIE STORES, INC. | $80,094.97 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 407711<br>TAYLOR, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 5299<br>Asserted<br>Debtor: | $1,372,442.60<br>WINN-DIXIE STORES, INC. | $338,463.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 1934<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br>Transferee: LCH OPPORTUNITIES LLC | 8033<br>Asserted<br>Debtor: | $586,568.96<br>WINN-DIXIE RALEIGH, INC. | $583,141.46 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 264305<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | 12249<br>Asserted<br>Debtor: | $178,709.17<br>WINN-DIXIE RALEIGH, INC. | $136,805.17 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN NEIL REGER, ESQ | | | | |
| Creditor Id: 408298<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12071<br>Asserted<br>Debtor: | $454,665.88<br>WINN-DIXIE RALEIGH, INC. | $452,165.88 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| Creditor Id: 41403<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | 7451<br>Asserted<br>Debtor: | $3,328,209.65<br>WINN-DIXIE RALEIGH, INC. | $499,231.45 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN PAULA A SCHMECK, ESQ | | | | |

Total Claims to be Reduced:     45

Total Amount to be Reduced:     $61,317,203.34 Plus Unliquidated Amounts, If Any

Total Reduced Amount:     $16,190,710.76

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 241502**<br>ACCURATE TESTING SERVICES<br>ATTN SAM SKETTENO, DIRECTOR<br>603 HIGHWAY 90, SUITE 2<br>BAY ST LOUIS, MS 39520 | **1969**<br>Asserted<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | $140.00 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 264782**<br>ANDERSON, WILLIAM<br>PO BOX 120310<br>CLERMONT FL 34712 | **2410**<br>Asserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $282.86 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 244238**<br>BUTLER INVESTMENT I LLC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514 | **12385**<br>Asserted<br>Debtor: | $496,195.65<br>WINN-DIXIE RALEIGH, INC. | $496,195.65 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | | | | |
| **Creditor Id: 244267**<br>C&C MAINTENANCE<br>ATTN CHRIS CROCHET<br>9260 SCENIC RIVER DR<br>BILOXI, MS 39532 | **9941**<br>Asserted<br>Debtor: | $335.04<br>WINN-DIXIE STORES, INC. | $335.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN MICHAEL B MCDERMOTT, ESQ | | | | |
| **Creditor Id: 244836**<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | **12344**<br>Asserted<br>Debtor: | $911,212.22<br>WINN-DIXIE RALEIGH, INC. | $911,212.22 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | | | | |
| **Creditor Id: 1191**<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | **12475**<br>Asserted<br>Debtor: | $651,296.44<br>WINN-DIXIE STORES, INC. | $651,296.44 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN ROBERT MEYER, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410945<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | 9254<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $412.48 | $412.48 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12112<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $983,539.63 | $983,539.63 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 410911<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12171<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $389,534.57 | $389,534.57 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 1294<br>E&A SOUTHEAST, LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12225<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $8,971.23 | $8,971.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. CLAIM IS WITH RESPECT TO STORE 2620 ONLY. |
| Creditor Id: 248782<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12221<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,870.40 | $150,870.40 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 1346<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210<br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 8725<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $26,185.38 | $26,185.38 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.,
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410962**<br>GRAHAM PACKAGING COMPANY, LP<br>C/O VENABLE LLP<br>ATTN BRENT W PROCIDA, ESQ<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10210<br>Asserted Debtor: | $395,053.12<br>DEEP SOUTH PRODUCTS, INC. | $395,053.12 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 419286**<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 | 12317<br>Asserted Debtor: | $472,794.50<br>WINN-DIXIE MONTGOMERY, INC. | $472,794.50 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN DOUGLAS C NOBLE, ESQ | | | | |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2502<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $584.47 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2503<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $9,966.93 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 253884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3625 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2504<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $14,547.76 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410849**<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9933<br>Asserted Debtor: | $11,505.34<br>WINN-DIXIE STORES, INC. | $11,505.34 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410958**<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10149<br>**Asserted Debtor:** | $54,037.31<br>WINN-DIXIE STORES, INC. | $54,037.31 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 381390**<br>LALUMIERE, PHILIPPE L<br>2878 NW 65TH AVE<br>MARGATE, FL 33063 | 4381<br>**Asserted Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | $171.80 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 408168**<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | 8103<br>**Asserted Debtor:** | $158,316.61<br>WINN-DIXIE RALEIGH, INC. | $158,316.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 416843**<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12326<br>**Asserted Debtor:** | $413,183.81<br>WINN-DIXIE MONTGOMERY, INC. | $413,183.81 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 416844**<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12327<br>**Asserted Debtor:** | $468,351.10<br>WINN-DIXIE STORES, INC. | $468,351.10 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 416253**<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KATE FREELAND, ESQ | 12108<br>**Asserted Debtor:** | $118,640.04<br>WINN-DIXIE STORES, INC. | $118,640.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id:  410950**<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA  19103 | 10151 | **Asserted Debtor:** | $26,797.16<br>WINN-DIXIE STORES, INC. | $26,797.16 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:  256375**<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS  GA  31533-0299<br><br>Transferee: SASCO 1998-CFL DOUGLAS CENTER LP<br>Counsel: ATTN WILLIAM L THOMPSON, ESQ | 12066 | **Asserted Debtor:** | $681,387.51<br>WINN-DIXIE STORES, INC. | $681,387.51 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:  1786**<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA,  SC  29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12218 | **Asserted Debtor:** | $405,539.06<br>WINN-DIXIE MONTGOMERY, INC. | $405,539.06 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:  264608**<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL  61822<br><br>Transferee: LCH OPPORTUNITIES LLC | 12396 | **Asserted Debtor:** | $892,114.74<br>WINN-DIXIE MONTGOMERY, INC. | $892,114.74 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:  1838**<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA,  SC  29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12215 | **Asserted Debtor:** | $596,736.07<br>WINN-DIXIE MONTGOMERY, INC. | $596,736.07 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:  410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA  19103 | 10148 | **Asserted Debtor:** | $50,308.76<br>WINN-DIXIE STORES, INC. | $50,308.76 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 411295** STATE OF ALABAMA REV DEPT ATTN MARK GRIFFIN, LEGAL DIV PO BOX 320001 MONTGOMERY AL 36132-0001 | 11689 Asserted Debtor: | $549,479.61 WINN-DIXIE MONTGOMERY, INC. | $549,479.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 399301** STATE OF LOUISIANA REV DEPT ATTN BRENDA WILSON/MARTHA POSADA 617 N THIRD STREET PO BOX 66658 BATON ROUGE LA 70896-6658 | 12914 Asserted Debtor: | $252.06 WINN-DIXIE MONTGOMERY, INC. | $252.06 | FIX AT ASSERTED LIQUIDATED AMOUNT. OF FIXED AMOUNT, $168.71 IS UNSECURED PRIORITY AND $83.35 IS UNSECURED NON-PRIORITY. |
| Counsel: ATTN: RICHARD P IEYOUB, ESQ | | | | |
| **Creditor Id: 1693** WEIGEL, PATRICIA OR MARSHALL TTEES WEIGEL FAMILY REV TRUST C/O JEFFREY NIMZ, ESQ 20 N WACKER DRIVE, STE 1725 CHICAGO IL 60606 | 11127 Asserted Debtor: | $0.00 WINN-DIXIE MONTGOMERY, INC. | $7,047.79 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS FOR PREPETITION PORTION OF 2005 REAL ESTATE TAXES. |
| **Creditor Id: 265010** WOODBERRY PLAZA E&A LLC C/O WOODBERRY PLAZA PO DRAWER B COLUMBIA, SC 29202 | 12223 Asserted Debtor: | $434,028.35 WINN-DIXIE RALEIGH, INC. | $434,028.35 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | |

Total Claims to be Fixed:    34

Total Amount to be Fixed:    $9,347,078.19 Plus Unliquidated Amounts, If Any

Total Fixed Amount:    $9,379,819.80

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE  NC  28231 | 13059 | $751,931.31<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 11240 | $1,061,222.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | | |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE  NC  28231 | 13048 | $502,647.99<br>Debtor: WINN-DIXIE STORES, INC. | 11241 | $731,725.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | | |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE  NC  28231 | 13058 | $489,146.67<br>Debtor: WINN-DIXIE RALEIGH, INC. | 11242 | $752,735.46 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | | |
| **Creditor Id: 404028**<br>COMMONWEALTH OF KENTUCKY FIN & ADI<br>ATTN WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT  KY  40602-0491 | 11695 | $2,608.08<br>Debtor: WINN-DIXIE STORES, INC. | 1946 | $7,712.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |
| **Creditor Id: 381721**<br>COMMONWEALTH OF KENTUCKY REV DEP<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT  KY  40602-0491 | 1946 | $7,712.19<br>Debtor: WINN-DIXIE STORES, INC. | 23 | $7,126.23 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 410726**<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 12837<br>**Debtor:** | $562,643.13<br>WINN-DIXIE STORES, INC. | 11738 | $52,722.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410498**<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | 11802<br>**Debtor:** | $31,191.84<br>WINN-DIXIE STORES, INC. | 8419 | $114,942.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408375**<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13230<br>**Debtor:** | $271,083.09<br>WINN-DIXIE STORES, INC. | 8603 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408375**<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13229<br>**Debtor:** | $271,083.09<br>WINN-DIXIE MONTGOMERY, INC. | 8604 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13221<br>**Debtor:** | $13,803.38<br>WINN-DIXIE PROCUREMENT, INC. | 11297 | $15,106.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | 13222 | $5,478.22 | 12548 | $300,588.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |
| **Creditor Id: 406297**<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13196 | $0.00 | 3779 | $27,504.39 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410530**<br>VERIZON SOUTH WIRELESS<br>C/O AFNI/VERIZON WIRELESS<br>ATTN DIANA LEWIS<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701 | 13034 | $11,216.17 | 8413 | $14,992.22 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Total Claims to be Disallowed:** | 13 | | | | |
| **Total Amount to be Disallowed:** | $4,094,642.31 | Plus Unliquidated Amounts, If Any | | | |