UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about July 13, 2006 I caused copies of:

•    the **Notice of Transfer Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 18, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 247994-12
DENTAL CONCEPTS
PO BOX 3244
NEW YORK, NY 10116-3244

CREDITOR ID: 492834-97
DENTAL CONCEPTS (ACQUIRED BY)
PRESTIGE BRANDS HOLDINGS INC
ATTN: HARRIS SEMEGRAM, DIR OF CRED
90 NORTH BROADWAY
IRVINGTON NY 10533

CREDITOR ID: 248260-12
DOBBINS CO
ATTN: RODNEY DOBBINS, PRES
PO BOX 68
TRUSSVILLE, AL 35173

CREDITOR ID: 248721-12
EATEL
ATTN: JANET BRITTON, CORP & REG CNS
PO BOX 60838
NEW ORLEANS, LA 70160-0838

CREDITOR ID: 492837-97
EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 410397-15
EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 492832-97
ECOLAB
ATTN: GREG HANSEN, DIR CRE SRVS
370 WABASH STREET
ST PAUL MN 55102

CREDITOR ID: 248742-12
ECOLAB INC
ATTN JEFFREY SHA
370 WABASHA STREET
ST PAUL, MN 55102-1390

CREDITOR ID: 492836-97
EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 410394-15
EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 1416-07
HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 251330-12
HASCO-THIBODEAUX LLC
ATTN: A CRAIG HASKINS, MNG MEM
PO BOX 681
MCCOMB, MS 39648-0681

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 397298-69
INCOMM
ATTN: M BROOKS SMITH
250 WILLIAMS STREET, SUITE M-100
ATLANTA, GA 30303

CREDITOR ID: 410748-15
INCOMM AKA INTERACTIVE COMM INT'L
C/O HUNTON & WILLIAMS
ATTN J W HARBOUR ESQ
RIVERFRONT PLAZA, EAST TOWER
951 E BYRD STREET
RICHMOND VA 23219

CREDITOR ID: 492833-97
KELLY KRONENBERG GILMARTIN ET AL
ATTN: HOWARD WANDER
8201 PETERS RD, STE 4000
FORT LAUDERDALE FL 33324

CREDITOR ID: 394067-61
KELLY KRONENBERG GILMARTIN ET AL
ATTN: CHRISTINE A SIMPSON, FIRM ADM
8201 PETERS RD, STE 4000
FT LAUDERDALE, FL 33324

CREDITOR ID: 254053-12
KITTRICH CORPORATION
ATTN: TODD WINTER, PRES
14555 ALONDRA BLVD
LAMIRADA, CA 90638

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 384235-47
METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

CREDITOR ID: 492831-97
NEW IBERIA INVESTORS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 257138-12
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 492835-97
PLUMBERS SUPPLY COMPANY
ATTN: DOUGLAS MADISON, MGR
PO BOX 6149
LOUISVILLE KY 40206

CREDITOR ID: 258653-12
PLUMBERS SUPPLY COMPANY
ATTN DAVID TILFORD, CORP CR MGR
1000 E MAIN ST
PO BOX 6149
LOUISVILLE, KY 40206-0149

CREDITOR ID: 259682-12
RIVER PARISH DISPOSAL, INC
ATTN PAULA MAYER-CAMPIERE
PO BOX 10482
NEW ORLEANS, LA 70181-0482

CREDITOR ID: 260474-12
SASSY INC
ATTN: PHILLIP MINSTER, VP OF FIN
PO BOX 88285
CHICAGO, IL 60680-1285

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:** **05-03817-3F1**

CREDITOR ID: 260676-12
SECURITY ENGINEERS
ATTN: MICHAEL E GOLDEN, CFO
PO BOX 11984
BIRMINGHAM, AL 35202-1984

CREDITOR ID: 381163-47
SOUTH HILL ENTERPRISE
ATTN: TERI S AYERS, ACCNTS RCV MGR
PO BOX 530
CHATHAM, VA 24531

**Total:    32**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8932

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DENTAL CONCEPTS | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| DENTAL CONCEPTS | FAIR HARBOR CAPITAL LLC |
| PO BOX 3244 | ATTN FRED GLASS |
| NEW YORK, NY 10116-3244 | 875 AVENUE OF THE AMERICAS STE 2305 |
| | NEW YORK NY 10001 |

| Phone: | Phone: 212 967 4035 |
| Account No.: 247994 | Account No.: 408404 |

DENTAL CONCEPTS (ACQUIRED BY)
PRESTIGE BRANDS HOLDINGS INC
ATTN: HARRIS SEMEGRAM, DIR OF CRED
90 NORTH BROADWAY
IRVINGTON NY 10533

Phone:
Account No.: 492834

| Claim No.: 34765 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $3,354.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8933

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOBBINS CO
_____
Name of Transferor

DOBBINS CO
ATTN: RODNEY DOBBINS, PRES
PO BOX 68
TRUSSVILLE, AL 35173

Phone:
Account No.: 248260

FAIR HARBOR CAPITAL LLC
_____
Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 30664
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,540.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8934

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EATEL
_____
Name of Transferor

FAIR HARBOR CAPITAL LLC
_____
Name of Transferee

EATEL
ATTN: JANET BRITTON, CORP & REG CNS
PO BOX 60838
NEW ORLEANS, LA 70160-0838

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 248721

Phone: 212 967 4035
Account No.: 408404

Claim No.: 33586
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $1,482.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                  Case No.: **05-03817-3F1**

                                                            Docket No.: **8954**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EBINPORT ASSOCIATES                                          LCH OPPORTUNITIES LLC

Name of Transferor                                           Name of Transferee

EBINPORT ASSOCIATES                                          LCH OPPORTUNITIES LLC
C/O ROBINSON BRADSHAW & HINSON, PA                           ATTN JOSEPH M O'CONNOR
ATTN DAVID M SCHILLI, ESQ                                    315 PARK AVE S 20TH FLR
101 N TRYON STREET, SUITE 1900                               NEW YORK NY 10010
CHARLOTTE NC 28246


Phone: 704 377 2536                                          Phone: 212 460 1966
Account No.: 410397                                          Account No.: 452118

EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246



Phone:
Account No.: 492837


Claim No.: 7406                                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/21/2005                                 Transfer Amount: $3,761.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2006                                             /s/ Logan & Company, Inc.

                                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8955**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| EBINPORT ASSOCIATES | LCH OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |

EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 704 377 2536
Account No.: 410397

Phone: 212 460 1966
Account No.: 452118

EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492837

Claim No.: 7407
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $3,761.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8956

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EBINPORT ASSOCIATES

Name of Transferor

EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410397

EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492837

Claim No.: 12079
Date Claim Filed: 10/18/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $733,827.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8957**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EBINPORT ASSOCIATES

Name of Transferor

EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410397

EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492837

Claim No.: 12080
Date Claim Filed: 10/18/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $733,827.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8912

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ECOLAB INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

ECOLAB INC
ATTN JEFFREY SHA
370 WABASHA STREET
ST PAUL, MN 55102-1390

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 651 293 2967
Account No.: 248742

Phone: 212 967 4035
Account No.: 408404

ECOLAB
ATTN: GREG HANSEN, DIR CRE SRVS
370 WABASH STREET
ST PAUL MN 55102

Phone:
Account No.: 492832

Claim No.: 531
Date Claim Filed: 04/08/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $73,151.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**
**Docket No.: 8950**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EQUITY ASSOCIATES

Name of Transferor

EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410394

EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492836

Claim No.: 7400
Date Claim Filed: 07/21/2005

LCH OPPORTUNITIES LLC

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $12,047.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8951

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| EQUITY ASSOCIATES | LCH OPPORTUNITIES LLC |
|---|---|
| Name of Transferor | Name of Transferee |

EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 704 377 2536
Account No.: 410394

Phone: 212 460 1966
Account No.: 452118

EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492836

Claim No.: 7401
Date Claim Filed: 07/21/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $12,047.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8952

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EQUITY ASSOCIATES

Name of Transferor

LCH OPPORTUNITIES LLC

Name of Transferee

EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 704 377 2536
Account No.: 410394

Phone: 212 460 1966
Account No.: 452118

EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492836

Claim No.: 12081
Date Claim Filed: 10/18/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $296,466.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8953

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EQUITY ASSOCIATES
_____

Name of Transferor

EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

Phone: 704 377 2536
Account No.: 410394

EQUITY ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

Phone:
Account No.: 492836

Claim No.: 12082
Date Claim Filed: 10/18/2005

LCH OPPORTUNITIES LLC
_____

Name of Transferee

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 212 460 1966
Account No.: 452118

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $296,466.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8948

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HASCO PROPERTIES
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

HASCO PROPERTIES
PO BOX 681
MC COMB MS   39648-0681

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY  10010

Phone: 601-684-4809
Account No.: 1416

Phone: 212 460 1966
Account No.: 452118

HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN: RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

Phone: 225-346-0285

HASCO-THIBODEAUX LLC
ATTN: A CRAIG HASKINS, MNG MEM
PO BOX 681
MCCOMB MS  39648-0681

Phone:

Claim No.: 11866
Date Claim Filed: 09/30/2005

Full Transfer: ☒
Amount: $957,250.02

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 13, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8949

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HASCO PROPERTIES
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

HASCO PROPERTIES
PO BOX 681
MC COMB MS  39648-0681

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY  10010

Phone: 601-684-4809
Account No.: 1416

Phone: 212 460 1966
Account No.: 452118

HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN: RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

Phone: 225-346-0285

HASCO-THIBODEAUX LLC
ATTN: A CRAIG HASKINS, MNG MEM
PO BOX 681
MCCOMB MS  39648-0681

Phone:

Claim No.: 11867
Date Claim Filed: 09/30/2005

Full Transfer: ☒
Amount: $957,250.02

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**
Docket No.: **8857**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INCOMM AKA INTERACTIVE COMM INT'L

Name of Transferor

INCOMM AKA INTERACTIVE COMM INT'L
C/O HUNTON & WILLIAMS
ATTN J W HARBOUR ESQ
RIVERFRONT PLAZA, EAST TOWER
951 E BYRD STREET
RICHMOND VA 23219

Phone: 804 788 8200
Account No.: 410748

INCOMM
ATTN: M BROOKS SMITH
250 WILLIAMS STREET, SUITE M-100
ATLANTA, GA 30303

Phone:
Account No.: 397298

Claim No.: 9571
Date Claim Filed: 07/28/2005

LIQUIDITY SOLUTIONS INC

Name of Transferee

LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 417080

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,931,681.69

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                              Case No.: **05-03817-3F1**
                                                                                        Docket No.: **8916**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KELLY KRONENBERG GILMARTIN ET AL                          FAIR HARBOR CAPITAL LLC
_____                        _____
Name of Transferor                                         Name of Transferee

KELLY KRONENBERG GILMARTIN ET AL                          FAIR HARBOR CAPITAL LLC
ATTN: CHRISTINE A SIMPSON, FIRM ADM                        ATTN FRED GLASS
8201 PETERS RD, STE 4000                                   875 AVENUE OF THE AMERICAS STE 2305
FT LAUDERDALE, FL 33324                                    NEW YORK NY 10001


Phone: 954 370 9970                                        Phone: 212 967 4035
Account No.: 394067                                        Account No.: 408404

KELLY KRONENBERG GILMARTIN ET AL
ATTN: HOWARD WANDER
8201 PETERS RD, STE 4000
FORT LAUDERDALE FL 33324



Phone:  561-684-5956
Account No.:  492833

Claim No.: 8088                                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/27/2005                               Transfer Amount: $131,513.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2006                                           /s/ Logan & Company, Inc.
                                                           _____
                                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8935

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KITTRICH CORPORATION

Name of Transferor

KITTRICH CORPORATION
ATTN: TODD WINTER, PRES
14555 ALONDRA BLVD
LAMIRADA, CA 90638

Phone:
Account No.: 254053

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 35019
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $6,180.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8918

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 614 438 4933
Account No.: 384235

Phone: 212 967 4035
Account No.: 408404

Claim No.: 6758
Date Claim Filed: 07/21/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $126,314.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 8922

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC
Name of Transferor

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

Phone: 614 438 4933
Account No.: 384235

FAIR HARBOR CAPITAL LLC
Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 7084
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $7,015.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8923

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

METTLER-TOLEDO, INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 614 438 4933
Account No.: 384235

Phone: 212 967 4035
Account No.: 408404

Claim No.: 6759
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $159,559.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8876**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEW IBERIA INVESTORS LLC

Name of Transferor

NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

IB PROPERTY HOLDINGS LLC

Name of Transferee

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 9043530033
Account No.: 257138

Phone: 305 644 2579
Account No.: 452060

NEW IBERIA INVESTORS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

Phone:
Account No.: 492831

Claim No.: 8702
Date Claim Filed: 07/29/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $52,188.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8876

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEW IBERIA INVESTORS LLC

Name of Transferor

NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

IB PROPERTY HOLDINGS LLC

Name of Transferee

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 9043530033
Account No.: 257138

Phone: 305 644 2579
Account No.: 452060

NEW IBERIA INVESTORS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

Phone:
Account No.: 492831

Claim No.: 12102
Date Claim Filed: 10/20/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $473,748.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8876**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| NEW IBERIA INVESTORS LLC | IB PROPERTY HOLDINGS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

Phone: 9043530033
Account No.: 257138

Phone: 305 644 2579
Account No.: 452060

NEW IBERIA INVESTORS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

Phone:
Account No.: 492831

Claim No.: 8703
Date Claim Filed: 07/29/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $52,188.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8876

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEW IBERIA INVESTORS LLC

Name of Transferor

NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904


Phone: 9043530033
Account No.: 257138

NEW IBERIA INVESTORS LLC
C/O SLOTT BARKER & NUSSBAUM
ATTN: EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202


Phone:
Account No.: 492831


Claim No.: 12103
Date Claim Filed: 10/20/2005

IB PROPERTY HOLDINGS LLC

Name of Transferee

IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146


Phone: 305 644 2579
Account No.: 452060









Full Transfer: (X)        Partial Transfer:

Transfer Amount: $473,748.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8936

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLUMBERS SUPPLY COMPANY
_____
Name of Transferor

FAIR HARBOR CAPITAL LLC
_____
Name of Transferee

PLUMBERS SUPPLY COMPANY
ATTN DAVID TILFORD, CORP CR MGR
1000 E MAIN ST
PO BOX 6149
LOUISVILLE, KY 40206-0149

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 502 540 0323
Account No.: 258653

Phone: 212 967 4035
Account No.: 408404

PLUMBERS SUPPLY COMPANY
ATTN: DOUGLAS MADISON, MGR
PO BOX 6149
LOUISVILLE KY 40206

Phone:
Account No.: 492835

Claim No.: 1981
Date Claim Filed: 05/17/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,269.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8867

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RIVER PARISH DISPOSAL, INC

Name of Transferor

RIVER PARISH DISPOSAL, INC
ATTN PAULA MAYER-CAMPIERE
PO BOX 10482
NEW ORLEANS, LA 70181-0482

Phone: 504 738 7700
Account No.: 259682

LIQUIDITY SOLUTIONS, INC

Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 399393

Claim No.: 1331
Date Claim Filed: 05/12/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,940.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 8938

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SASSY INC

Name of Transferor

SASSY INC
ATTN: PHILLIP MINSTER, VP OF FIN
PO BOX 88285
CHICAGO, IL 60680-1285

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 260474

Phone: 212 967 4035
Account No.: 408404

Claim No.: 35334
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $17,798.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8940**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SECURITY ENGINEERS

Name of Transferor

SECURITY ENGINEERS
ATTN: MICHAEL E GOLDEN, CFO
PO BOX 11984
BIRMINGHAM, AL 35202-1984

Phone:
Account No.: 260676

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 34126
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $6,982.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8939**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTH HILL ENTERPRISE

Name of Transferor

SOUTH HILL ENTERPRISE
ATTN: TERI S AYERS, ACCNTS RCV MGR
PO BOX 530
CHATHAM, VA 24531

Phone:
Account No.: 381163

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 37049
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,296.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 13, 2006.