# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about July 17, 2006 I caused copies of:

*   the **Notice of Transfer Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 18, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**          **CASE:   05-03817-3F1**

CREDITOR ID: 241349-12
A PREFFERED DELIVERY SERVICE
ATTN CHRIS SCHILD, PRES
3210 TENNESSEE TERRACE
ORLANDO, FL 32806

CREDITOR ID: 241461-12
ABOVE PAR COURIER SERVICE, INC
ATTN MICHAEL GUSSMAN, PRES
2854 STIRLING ROAD SUITE A
HOLLYWOOD, FL 33020

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 492838-97
ALBION PACIFIC PROPERTY RESOUCES LL
C/O ALLEN MATKINS LECK ET AL
ATTN: M GOLD/N B WARANOFF
THREE EMBARCADERO CNTR, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 242207-12
AMERICAN MAT & RUBBER PRODUCTS INC
ATTN: M MELENDEZ, PT
312 NW 29TH STREET
MIAMI, FL 33127

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 242825-12
AUTINS CAJUN SMOKE FACTORY
ATTN: GIBSON AUTIN, PRES
804 W 8TH AVE
COVINGTON, LA 70433

CREDITOR ID: 243298-12
BENGAL TRANSPORTATION
ATTN: SHANE TUDRE, PRESIDENT
37156 HWY 30
GEISMAR LA 70734

CREDITOR ID: 378304-15
BROWN, STACEY NICOLE
C/O THE PETE FIRM PC
ATTN ANTHONY T PETE ESQ
BLDG 5 2ND FL
2900 CHAMBLEE TUCKER ROAD
ATLANTA GA 30341

CREDITOR ID: 244506-12
CARDTRONICS
ATTN: IRENE AMOS, COLL SPECIALIST
3110 HAYES ROAD, SUITE 300
HOUSTON, TX 77082

CREDITOR ID: 244919-12
CENTURY STORE EQUIPMENT
ATTN: ALEJANDRO PERES, CEO
1320 N MIAMI AVENUE
MIAMI, FL 33136

CREDITOR ID: 246559-12
COBB TRUCK SHOP
ATTN: KIMBERLY COBB, OFFICE MGR
1724 HIGHWAY 21 SOUTH
OXFORD, AL 36203

CREDITOR ID: 246662-12
COLSON BUSINESS SYSTEMS INC
ATTN: L W COLSON, PRES
PO BOX 2100
VALDOSTA, GA 31604-2100

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 269235-16
DIRECT SHIPPERS ASSOCIATION, INC
C/O RONALD HOROWITZ
TINDALL PROFESSIONAL PLAZA
14 TINDALL ROAD
MIDDLETOWN, NJ 07748

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 251001-12
GUILLOT'S PLUMBING SERVICE
PO BOX 449
MARKSVILLE, LA 71351

CREDITOR ID: 251222-12
HANDEYS ELECTRONIC CTR
ATTN: JAMES C HANDEY JR, PRES
PO BOX 2326
MONTGOMERY, AL 36102-2326

CREDITOR ID: 251888-12
HPP INDUSTRIAL SALES
ATTN: JERRY RICHARDSON, CREDIT MGR
4111 BROWNS LANE
LOUISVILLE, KY 40220

CREDITOR ID: 252261-12
INTERNATIONAL COLD STORAGE
ATTN: SANDRA MATHUS, CRED ANALYST
21709 NETWORK PLACE
CHICAGO, IL 60673-1217

CREDITOR ID: 252308-12
INTERSTATE SCREW CORP
ATTN: ROLANDO FERNANDEZ, CRED GR
475 W 18TH ST
HIALEAH, FL 33010

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 254373-12
LAND DEVELOPMENT ANALYSIS INC
ATTN: TERRENCE LOVE, CFO
91 W WIEUCA ROAD
ATLANTA, GA 30342

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 254599-12
LEE'S SAUSAGE COMPANY, INC
ATTN W H LEE JR, PRES
1054 NEESES HIGHWAY
ORANGEBURG, SC 29115-9593

CREDITOR ID: 381017-47
LINSEY FOOD LTD
ATTN: JIM PHANEUF, CONTROLLER
4248 14TH AVENUE
MARKHAM , ON L3R OJ3
CANADA

SERVICE LIST
Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 382063-36
PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 410386-15
PFIZER, INC/WARNER LAMBERT
ATTN CAROL CARSON, COLLECTION
201 TABOR ROAD, 86-1
MORRIS PLAINS NJ 07950

CREDITOR ID: 492839-97
PRESTIGE TRADING & MANUFACTURING
ATTN: E S ROSENBERG, CHARIMAN/CFO
945 WILSON AVE UNIT #7
TORONOT ON M3K 1EB
CANADA

CREDITOR ID: 258841-12
PRESTIGE TRADING & MANUFACTURING
ATTN TED GEORGE, PRES
945 WILSON AVENUE, UNIT 7
TORONTO, ON M3K 1EB
CANADA

CREDITOR ID: 2496-07
ROARK, RANDY
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 416257-15
ROARK, RANDY
C/O WALSTON WELLS & BIRCHALL, LLP
ATTN EDWARD J ASHTON, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 382161-51
SIRVA RELOCATION
C/O LAW OFFICE OF GLENN M REISMAN
ATTN GLENN M REISMAN, ESQ
TWO CORPORATE DRIVE, SUITE 648
PO BOX 861
SHELTON CT 06484-0861

CREDITOR ID: 261124-12
SIRVA RELOCATION
ATTN: JEFFREY MARGOLIS, SEN CNSL
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN: JAMES A BRUNO, MGR
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 416272-15
SOUTHMARK PROPERTIES, LLC
C/O KING DRUMMOND & DABBS, PC
ATTN MARJORIE O DABBS, ESQ.
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 263731-12
UNDERWOOD HVAC INC
ATTN DONNA COLE, OFF MGR
4450 COMMERCE DRIVE SW
PO BOX 43926
ATLANTA, GA 30336

CREDITOR ID: 263944-12
USA MOTOR EXPRESS INC
ATTN: JILL CALHOUN, COLLECTORS
DRAWER #ALO1242
PO BOX 830957
BIRMINGHAM, AL 35283-0957

CREDITOR ID: 384412-47
WARNER LAMBERT CONSUMER GROUP
ATTN: MARK CLARK, DIR CREDIT OPER
PO BOX  640727
PITTSBURGH, PA 15264-0727

**Total:   47**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9108

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A PREFFERED DELIVERY SERVICE

Name of Transferor

A PREFFERED DELIVERY SERVICE
ATTN CHRIS SCHILD, PRES
3210 TENNESSEE TERRACE
ORLANDO, FL 32806


Phone: 407 592 3703
Account No.: 241349

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 2755
Date Claim Filed: 05/13/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,044.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABOVE PAR COURIER SERVICE, INC

Name of Transferor

ABOVE PAR COURIER SERVICE, INC
ATTN MICHAEL GUSSMAN, PRES
2854 STIRLING ROAD SUITE A
HOLLYWOOD, FL 33020


Phone: 954-915-8727
Account No.: 241461

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 56
Date Claim Filed: 03/10/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,155.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **8971**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALBION PACIFIC PROP RESOURCES, LLC

Name of Transferor

ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

Phone: 415 837 1515
Account No.: 410534

ALBION PACIFIC PROPERTY RESOUCES LL
C/O ALLEN MATKINS LECK ET AL
ATTN: M GOLD/N B WARANOFF
THREE EMBARCADERO CNTR, 12TH FL
SAN FRANCISCO CA 94111-4105

Phone: 415-837-1515
Account No.: 492838

Claim No.: 12313
Date Claim Filed: 10/27/2005

LIQUIDITY SOLUTIONS INC

Name of Transferee

LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 417080

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,444,403.47

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9099

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN MAT & RUBBER PRODUCTS INC

Name of Transferor

AMERICAN MAT & RUBBER PRODUCTS INC
ATTN: M MELENDEZ, PT
312 NW 29TH STREET
MIAMI, FL 33127

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 305-576-6668
Account No.: 242207

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32456
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $651.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9102

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AUTINS CAJUN SMOKE FACTORY

Name of Transferor

AUTINS CAJUN SMOKE FACTORY
ATTN: GIBSON AUTIN, PRES
804 W 8TH AVE
COVINGTON, LA 70433

Phone: 985-871-1199
Account No.: 242825

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33250
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $528.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9095

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BENGAL TRANSPORTATION

Name of Transferor

BENGAL TRANSPORTATION
ATTN: SHANE TUDRE, PRESIDENT
37156 HWY 30
GEISMAR LA 70734

Phone: 225-677-8890
Account No.: 243298

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32498
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $400.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9048

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BROWN, STACEY NICOLE

Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

BROWN, STACEY NICOLE
C/O THE PETE FIRM PC
ATTN ANTHONY T PETE ESQ
BLDG 5 2ND FL
2900 CHAMBLEE TUCKER ROAD
ATLANTA GA 30341

Phone: 404 221 9777
Account No.: 378304

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 212 808 3597
Account No.: 452148

Claim No.: 3532
Date Claim Filed: 06/06/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $30,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9103

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CARDTRONICS

Name of Transferor

CARDTRONICS
ATTN: IRENE AMOS, COLL SPECIALIST
3110 HAYES ROAD, SUITE 300
HOUSTON, TX 77082

Phone: 800-736-9666 ext 1249
Account No.: 244506

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33331
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $172.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9098

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CENTURY STORE EQUIPMENT

Name of Transferor

CENTURY STORE EQUIPMENT
ATTN: ALEJANDRO PERES, CEO
1320 N MIAMI AVENUE
MIAMI, FL 33136

Phone: 786-358-5428
Account No.: 244919

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 30324
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,581.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9097

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COBB TRUCK SHOP
_____
Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

COBB TRUCK SHOP
ATTN: KIMBERLY COBB, OFFICE MGR
1724 HIGHWAY 21 SOUTH
OXFORD, AL 36203

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 256-835-7505
Account No.: 246559

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32572
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $627.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9096

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COLSON BUSINESS SYSTEMS INC

Name of Transferor

COLSON BUSINESS SYSTEMS INC
ATTN: L W COLSON, PRES
PO BOX 2100
VALDOSTA, GA 31604-2100

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 229-247-4461
Account No.: 246662

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32341
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $178.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DIRECT SHIPPERS ASSOCIATION, INC

Name of Transferor

DIRECT SHIPPERS ASSOCIATION, INC
C/O RONALD HOROWITZ
TINDALL PROFESSIONAL PLAZA
14 TINDALL ROAD
MIDDLETOWN, NJ 07748


Phone: 732 706 7600
Account No.: 269235

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001


Phone: 212 967 4035
Account No.: 408404

Claim No.: 4033

Date Claim Filed: 06/14/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $4,888.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9093

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GUILLOT'S PLUMBING SERVICE

Name of Transferor

GUILLOT'S PLUMBING SERVICE
ATTN: WENDELL GUILLOT, OWNER
PO BOX 449
MARKSVILLE, LA 71351

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 318-253-8644
Account No.: 251001

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33684
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $245.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9100

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HANDEYS ELECTRONIC CTR

Name of Transferor

HANDEYS ELECTRONIC CTR
ATTN: JAMES C HANDEY JR, PRES
PO BOX 2326
MONTGOMERY, AL 36102-2326


Phone: 334-262-4885
Account No.: 251222

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 32705
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $159.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9101

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HPP INDUSTRIAL SALES
_____
Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

HPP INDUSTRIAL SALES
ATTN: JERRY RICHARDSON, CREDIT MGR
4111 BROWNS LANE
LOUISVILLE, KY 40220

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 502-451-2226 ext 101
Account No.: 251888

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32719
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $200.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERNATIONAL COLD STORAGE

Name of Transferor

INTERNATIONAL COLD STORAGE
ATTN: SANDRA MATHUS, CRED ANALYST
21709 NETWORK PLACE
CHICAGO, IL 60673-1217


Phone: 216-218-4117
Account No.: 252261

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 36438
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $203.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9109

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INTERSTATE SCREW CORP

Name of Transferor

INTERSTATE SCREW CORP
ATTN: ROLANDO FERNANDEZ, CRED GR
475 W 18TH ST
HIALEAH, FL 33010


Phone: 800 432 8979
Account No.: 252308

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682


Claim No.: 2369
Date Claim Filed: 05/23/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $303.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                   Case No.: 05-03817-3F1

                                                                          Docket No.: 9023

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LAND DEVELOPMENT ANALYSIS INC                    ASM CAPITAL LP
Name of Transferor                               Name of Transferee

LAND DEVELOPMENT ANALYSIS INC                    ASM CAPITAL LP
ATTN: TERRENCE LOVE, CFO                         ATTN ADAM MOSKOWITZ
91 W WIEUCA ROAD                                 7600 JERICHO TPK STE 302
ATLANTA, GA 30342                                WOODBURY NY 11797

Phone: 404-256-0690                              Phone: 516 224 6040
Account No.: 254373                              Account No.: 399729

Claim No.: 31116                        Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005            Transfer Amount: $2,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9106

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LEE'S SAUSAGE COMPANY, INC

Name of Transferor

LEE'S SAUSAGE COMPANY, INC
ATTN W H LEE JR, PRES
1054 NEESES HIGHWAY
ORANGEBURG, SC 29115-9593


Phone: 803 534 5517
Account No.: 254599

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682


Claim No.: 2143
Date Claim Filed: 05/19/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $292.86

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9025

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LINSEY FOOD LTD

Name of Transferor

LINSEY FOOD LTD
ATTN: JIM PHANEUF, CONTROLLER
4248 14TH AVENUE
MARKHAM , ON L3R OJ3 CANADA


Phone: 905-940-3850
Account No.: 381017

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 516 224 6040
Account No.: 399729

Claim No.: 35706
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $9,239.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9069

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PEPPERIDGE FARM    ID: 382063
Name of Transferor

PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

Phone: 856 317 3099

AMROC INVESTMENTS LLC    ID: 399614
Current Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 212 905 2882

MERRILL LYNCH CREDIT PRODUCTS LLC    ID: 405991
Prior Transferee

MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

Phone: 212 449 4969

Claim No.: 8331
Date Claim Filed: 07/28/2005

Full Transfer: (X)    Partial Transfer:
Amount: $838,825.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9107**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PRESTIGE TRADING & MANUFACTURING

Name of Transferor

PRESTIGE TRADING & MANUFACTURING
ATTN TED GEORGE, PRES
945 WILSON AVENUE, UNIT 7
TORONTO, ON M3K 1EB CANADA

Phone: 416 638 5556
Account No.: 258841

PRESTIGE TRADING & MANUFACTURING
ATTN: E S ROSENBERG, CHARIMAN/CFO
945 WILSON AVE UNIT #7
TORONOT ON M3K 1EB CANADA

Phone: 416-638-5556
Account No.: 492839

Claim No.: 3570
Date Claim Filed: 06/06/2005

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,781.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: 05-03817-3F1
                                                             Docket No.: 9004

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROARK, RANDY     ID: 2496                          JEFFERSON-PILOT INVESTMENTS INC   ID: 452110
Name of Claimant/Transferor                        Transferee

ROARK, RANDY                                        JEFFERSON-PILOT INVESTMENTS INC
C/O HELMS ROARK INC, AGENT                          C/O DIANA PALECEK
ATTN ELIZABETH DEAN, VP                             100 NORTH GREENE STREET
PO BOX 1149                                         GREENSBORO NC  27401
MONTGOMERY, AL 36101-1149                           Phone: 336-691-3000
Phone: 334-264-1151

                                                    JEFFERSON-PILOT INVESTMENTS INC
                                                    C/O NEXSEN PRUET ADAMS KLEEMEIER
                                                    ATTN:  CHRISTINE L MYATT
                                                    PO BOX 3463
                                                    GREENSBORO NC  27402
                                                    Phone: 336-373-1600

Claim No.:  10822                          Full Transfer: ☒          Partial Transfer:
Date Claim Filed: 08/01/2005               Amount: $28,378.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9000

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROARK, RANDY       ID: 416257
Name of Claimant/Transferor

ROARK, RANDY
C/O WALSTON WELLS & BIRCHALL, LLP
ATTN EDWARD J ASHTON, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM, AL  35203
Phone: 205-244-5260

JEFFERSON-PILOT INVESTMENTS INC    ID: 452110
Transferee

JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC  27401
Phone: 336-691-3000

JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN:  CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC  27402
Phone: 336-373-1600

Claim No.:  12150
Date Claim Filed: 10/21/2005

Full Transfer: ☒          Partial Transfer:
Amount: $482,602.19

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9001

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROARK, RANDY      ID: 416257
Name of Claimant/Transferor

ROARK, RANDY
C/O WALSTON WELLS & BIRCHALL, LLP
ATTN EDWARD J ASHTON, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM, AL  35203
Phone: 205-244-5260

JEFFERSON-PILOT INVESTMENTS INC   ID: 452110
Transferee

JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC  27401
Phone: 336-691-3000

JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN:  CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC  27402
Phone: 336-373-1600

Claim No.:  12151
Date Claim Filed: 10/21/2005

Full Transfer: ☒
Amount: $482,602.19

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1
Docket No.: 9002

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROARK, RANDY      ID: 2496
Name of Claimant/Transferor

JEFFERSON-PILOT INVESTMENTS INC   ID: 452110
Transferee

ROARK, RANDY
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149
Phone: 334-264-1151

JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC  27401
Phone: 336-691-3000

JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN:  CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC  27402
Phone: 336-373-1600

Claim No.:  10821
Date Claim Filed: 08/01/2005

Full Transfer: ☒         Partial Transfer:
Amount: $28,378.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIRVA RELOCATION

Name of Transferor

SIRVA RELOCATION
ATTN: JEFFREY MARGOLIS, SEN CNSL
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

Phone:
Account No.: 261124

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 212 808 3597
Account No.: 452148

Claim No.: 34150
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $368,924.09

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9051

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIRVA RELOCATION
_____

Name of Transferor

SIRVA RELOCATION
C/O LAW OFFICE OF GLENN M REISMAN
ATTN GLENN M REISMAN, ESQ
TWO CORPORATE DRIVE, SUITE 648
PO BOX 861
SHELTON CT 06484-0861

Phone: 203 944 3042
Account No.: 382161

SIRVA RELOCATION
ATTN: JEFFREY MARGOLIS, SEN CNSL
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

Phone:
Account No.: 261124

Claim No.: 8209
Date Claim Filed: 07/27/2005

DELLACAMERA CAPITAL MASTER FUND LTD
_____

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 212 808 3597
Account No.: 452148

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $530,214.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
Case No.: 05-03817-3F1
Docket No.: 9052

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SIRVA RELOCATION
_____
Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD
_____
Name of Transferee

SIRVA RELOCATION
C/O LAW OFFICE OF GLENN M REISMAN
ATTN GLENN M REISMAN, ESQ
TWO CORPORATE DRIVE, SUITE 648
PO BOX 861
SHELTON CT 06484-0861

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 203 944 3042
Account No.: 382161

Phone: 212 808 3597
Account No.: 452148

SIRVA RELOCATION
ATTN: JEFFREY MARGOLIS, SEN CNSL
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

Phone:
Account No.: 261124

Claim No.: 8210
Date Claim Filed: 07/27/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $530,214.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9054

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOUTHMARK PROPERTIES, LLC | LCH OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |

SOUTHMARK PROPERTIES, LLC
C/O KING DRUMMOND & DABBS, PC
ATTN MARJORIE O DABBS, ESQ.
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 205 824 8248
Account No.: 416272

Phone: 212 460 1966
Account No.: 452118

SOUTHMARK PROPERTIES, LLC
ATTN: JAMES A BRUNO, MGR
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

Phone:
Account No.: 2581

Claim No.: 12258
Date Claim Filed: 10/25/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $917,021.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHMARK PROPERTIES, LLC
Name of Transferor

LCH OPPORTUNITIES LLC
Name of Transferee

SOUTHMARK PROPERTIES, LLC
C/O KING DRUMMOND & DABBS, PC
ATTN MARJORIE O DABBS, ESQ.
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 205 824 8248
Account No.: 416272

Phone: 212 460 1966
Account No.: 452118

SOUTHMARK PROPERTIES, LLC
ATTN: JAMES A BRUNO, MGR
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

Phone:
Account No.: 2581

Claim No.: 12259
Date Claim Filed: 10/25/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $917,021.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNDERWOOD HVAC INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

UNDERWOOD HVAC INC
ATTN DONNA COLE, OFF MGR
4450 COMMERCE DRIVE SW
PO BOX 43926
ATLANTA, GA 30336

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 404 505 2533
Account No.: 263731

Phone: 619 220 8900
Account No.: 407682

Claim No.: 2770
Date Claim Filed: 05/13/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $383.47

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9024**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

USA MOTOR EXPRESS INC
_____
Name of Transferor

ASM CAPITAL LP
_____
Name of Transferee

USA MOTOR EXPRESS INC
ATTN: JILL CALHOUN, COLLECTORS
DRAWER #ALO1242
PO BOX 830957
BIRMINGHAM, AL 35283-0957

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 800-554-2528
Account No.: 263944

Phone: 516 224 6040
Account No.: 399729

Claim No.: 33022
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $43,114.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 17, 2006.

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1
Docket No.: 8977

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WARNER LAMBERT CONSUMER GROUP    ID: 384412
Name of Claimant/Transferor

WARNER LAMBERT CONSUMER GROUP
ATTN: MARK CLARK, DIR CREDIT OPER
PO BOX  640727
PITTSBURGH, PA  15264-0727
Phone: 800-672-3003

PFIZER, INC/WARNER LAMBERT
ATTN CAROL CARSON, COLLECTION
201 TABOR ROAD, 86-1
MORRIS PLAINS, NJ  07950
Phone: 800-622-3003

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830
Phone: 203 542 4032

SPC GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY  10017
Phone: 212 476 4770

Claim No.:  7386
Date Claim Filed: 07/21/2005

Full Transfer:
Amount: $917,018.27

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 17, 2006.