**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF THIRD QUARTERLY REPORT OF**
**CASH SETTLEMENTS UNDER CLAIMS RESOLUTION PROCEDURE**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as debtors

and debtors in possession (collectively, the "Debtors"), pursuant to Order Authorizing

Debtors to Settle or Liquidate Certain Litigation Claims with Cash Payments entered on

October 7, 2005 (Docket No. 3838), give notice of service of the third quarterly report of

Cash Settlements Under Claims Resolution Procedure on the Unsecured Creditors

Committee.  This report reflects cash payments made or agreed to by the Debtors as of July

14, 2006.

Dated:   July 18, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By____*s/ D. J. Baker*_____ <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By_____*s/ Leanne McKnight Prendergast*_____ <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson <br> Leanne McKnight Prendergast (F.B.N. 059544) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-counsel for Debtors | Co-counsel for Debtors |

**<u>Certificate of Service</u>**

I certify that a copy of this document was furnished electronically and/or by mail to John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida  32202 and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza New York, New York 10005, this 18th day of July, 2006.



*s/ Leanne McKnight Prendergast*
Attorney


00519056