OFF REC: 18755 PG 1478

## ASSIGNMENT AND ASSUMPTION OF LEASES

THIS ASSIGNMENT AND ASSUMPTION OF LEASES (the "Assignment") is made as of the ___ day of August, 1999, by **REDEVCO ENTERPRISES, INC.**, a Florida corporation and **PLATINUM PROPERTY MANAGEMENT, INC.**, a Florida corporation (collectively, the "Assignors") and **SHOPPES OF LIBERTY CITY, LLC**, a Florida limited liability company (the "Assignee").

IN CONSIDERATION OF the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors hereby assign, transfer, sets over, and convey to Assignee, its successors and assigns, forever, all of Assignors' right, title and interest in and to those certain letters of intent and leases identified on <u>Exhibit B</u> attached hereto and made a part hereof, including, without limitation any memorandum or short form of leases, or declarations of covenants and/or easements executed in connection therewith (collectively, the "Leases") affecting that certain real property located in Miami, Miami-Dade County, Florida (the "Property") more particularly described in <u>Exhibit A</u> attached hereto and made a part hereof; and

TOGETHER WITH all of the rents, security deposits (if any), revenues, income, profits and other benefits (collectively the "Rents") now or hereafter arising from the Leases and the Property; and

TOGETHER WITH any and all agreements and covenants to be performed by the tenants under the Leases.

IN WITNESS WHEREOF, the Assignors have caused this Assignment to be executed the day and year first above written.

Signed, sealed and delivered
in the presence of:

_____
Print Name: Gregg Horman

_____
Print Name: _____

ASSIGNORS:

REDEVCO ENTERPRISES, INC., a Florida corporation

By: _____
Print Name: _____
Title: President

THIS INSTRUMENT PREPARED BY:
GREGG J. HERMAN
McDERMOTT, WILL & EMERY
201 S. BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131


EXHIBIT "A"

MIA 162965-3.047568.0011

OFF
REC: 18755PG1479

Signed, sealed and delivered
in the presence of:

PLATINUM PROPERTY
MANAGEMENT, INC., a Florida
corporation

By: _____
Print Name: _____     Print Name: _____
                                         Title: _____

Print Name: _____

STATE OF FLORIDA)
                           )SS:
COUNTY OF DADE )

The foregoing instrument was acknowledged before me this ___ day of _____, 1999, by _____ as the _____ of REDEVCO ENTERPRISES, INC., a Florida corporation. He/She is personally known to me or has produced _____ as identification.

Print Name: _____
NOTARY PUBLIC
State of Florida
My Commission Expires:

JUDITH DIAMOND
MY COMMISSION # CC 715119
EXPIRES: May 8, 2002
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA)
                           )SS:
COUNTY OF DADE )

The foregoing instrument was acknowledged before me this ___ day of _____, 1999, by _____, as the _____ of PLATINUM PROPERTY MANAGEMENT, INC., a Florida corporation. He/She is personally known to me or has produced _____ as identification.

Print Name: _____
NOTARY PUBLIC
State of Florida
My Commission Expires:

JUDITH DIAMOND
MY COMMISSION # CC 715119
EXPIRES: May 8, 2002
Bonded Thru Notary Public Underwriters

MIA 162965-3.047568:0011

OFF.
REC. 18755PG1480

## ASSIGNEE'S ASSUMPTION

**SHOPPES OF LIBERTY CITY, LLC**, a Florida limited liability company, as Assignee, hereby accepts the foregoing assignment, ratifies, confirms, approves and adopts the Leases, and assumes all of Assignors' obligations as landlord under the Leases, including, without limitation, all obligations under any third-party broker's agreements executed in connection with the Leases.

IN WITNESS WHEREOF, the Assignee has executed this Assignment as of the day and year first above written.

Signed, sealed and delivered
in the presence of:

ASSIGNEE:

SHOPPES OF LIBERTY CITY, LLC, a
Florida limited liability company

By: REDEVCO ENTERPRISES, INC., a
Florida corporation, its Managing
Member

By: _____
Print Name: Debra Sinkle
Title: President

Print Name: Gregg Finnyon

Print Name: _____

STATE OF FLORIDA)
                ):ss:
COUNTY OF DADE )

The foregoing instrument was acknowledged before me this 23 day of August, 1999, by Debra Sinkle, as the President of REDEVCO ENTERPRISES, INC., a Florida corporation, as the Managing Member of SHOPPES OF LIBERTY CITY, LLC, a Florida limited liability company. He/She is personally known to me or has produced _____ as identification.

_____
Print Name: _____
NOTARY PUBLIC
State of Florida at large
My Commission Expires:

RUTH DIAMOND
CC 715...
...6, 2002
Bonded Thru Notary Public Underwriters

MIA-162965-3.047568.0011

–3–

REC: 18755PG1481

# EXHIBIT A

## LEGAL DESCRIPTION OF THE PROPERTY

The West 1/2 of the Subdivision 33, less the North 35 feet thereof, of ALECIA CAREY HOMESTEAD, according to the plat thereof, recorded in Plat Book "A", Page 30 of the Public Records of Dade County of Florida; and ALSO, the REVISED PLAT OF MIAMI HOME ADDITION, according to the plat thereof, recorded in Plat Book 39, Page 76, of the Public Records of Dade County, Florida, which lands are more particularly described as follows:

Commence at the SW corner of the N 1/2 of the NE 1/4 of Section 23, Township 53 South, Range 41 East, Dade County, Florida, thence run North 0° 28' 15" East along the West line of the N 1/2 of the NE 1/4 of said Section 23 for a distance of 660 feet to the SW corner of Subdivision 33 of ALECIA CAREY HOMESTEAD, according to the plat thereof, recorded in Plat Book "A", Page 30, of the Public Records of Dade County, Florida, and the point of beginning of the tract of land herein described; thence continue North 0° 28' 15" East along the West line of the N 1/2 of the NE 1/4 of said Section 23 and along the West line of said Subdivision 33 of ALECIA CAREY HOMESTEAD for a distance of 649.63 feet to a point on the South right-of-way line of N.W. 54th Street, Miami, Florida, and a point 35 feet South of the NW corner of the NE 1/4 of said Section 23; thence run due East along a line parallel to and 35 feet South of the North line of said Subdivision 33 of ALECIA CAREY HOMESTEAD and also 35 feet South of the North line of the NE 1/4 of said Section 23 and also along the North line of the REVISED PLAT OF MIAMI HOME ADDITION, according to the Plat thereof, recorded in Plat Book 39, Page 76, of the Public Records of Dade County, Florida, for a distance of 609.58 feet to the beginning of a tangential circular curve; thence in a Southeasterly and Southerly direction along said circular curve having a radius of 25 feet through a central angle of 90° 27' 38" for an arc distance of 39.47 feet to the end of said curve; thence run South 0° 27' 38" West along the East line of said REVISED PLAT OF MIAMI HOME ADDITION for a distance of 599.80 feet to the SE corner thereof, thence run due West along the South line of the said REVISED PLAT OF MIAMI HONE ADDITION for a distance of 304.94 feet to the SW corner thereof, thence run South 0° 27' 36" West along the East line of the W 1/2 of Subdivision 33 of said ALECIA CAREY HOMESTEAD for a distance of 20.99 feet to the SE corner thereof, thence run North 89° 45' 37" West along the South line of the W 1/2 of Subdivision 33 of said ALECIA CAREY HOMESTEAD and along the North line of PINE WOOD SUBDIVISION, according to the plat thereof, recorded in Plat Book 6, Page 103, of the Public Records of Dade County, Florida, for a distance of 329.93 feet to the point of beginning of the tract of land herein described.

Excepting therefrom the west thirty-five (35) feet of following described parcel of land, to wit: the West one-half (1/2) of Subdivision 33 of the plat of ALECIA CAREY HOMESTEAD, according to the plat thereof, as recorded in Plat Book "A", Page 30, of Public Records of Dade County, Florida, less the North thirty-five (35) feet thereof, all as more particularly described in a certain Deed dated April 2, 1963, made between Eastern Properties of Florida, Inc., as Grantor, and The City of Miami, as Grantee.

CONTINUES ON NEXT PAGE.

RE: 18755PG1492

ALSO LESS

A portion of Subdivision 33, of ALECIA CAREY HOMESTEAD, according to the plat thereof, recorded in Plat Book "A" at Page 30 of the Public Records of Dade County, Florida, being more particularly described as follows: Begin at the point of intersection of the South line of the North 35.00 feet of the NE 1/4 of Section 23, Township 53 South, Range 41 East, Dade County, Florida, with the East Line of the West 35.00 feet of the Northeast one-quarter (NE 1/4) NE of Section 23; thence run South 03° 08' 07" East along the East line of the West 35.00 feet of the NE 1/4 of Section 23 for a distance of 24.80 feet; thence run North 41° 37' 45" East for a distance of 35.21 feet to a point on the South line of the North 35.00 feet of the NE 1/4 of said Section 23; thence run South 86° 23' 37" West along the South line of the North 35.00 feet of the NE 1/4 of said Section 23 for a distance of 24.80 feet to the Point of Beginning.

AND ALSO LESS:

A portion of the West one-half (W 1/2) of said Subdivision 33 less the North 35 feet thereof, of ALECIA CAREY HOMESTEAD, according to the plat thereof recorded in Plat Book "A", at Page 30 of the Public Records of Dade County, Florida, being more particularly described as follows:

COMMENCE at the Southwest corner of the North one-half (N 1/2) of the Northeast one-quarter (NE 1/4) of Section 23, Township 53 South, Range 41 East, Dade County, Florida; thence run North 00° 28' 15" East along the West line of the North one-half (N 1/2) of the Northeast one-quarter (NE 1/4) of said Section 23 for a distance of 660 feet to the Southwest corner of Subdivision 33 of ALECIA CAREY HOMESTEAD, according to the plat thereof recorded in Plat Book "A", at Page 30 of the Public Records of Dade County, Florida; thence run South 89° 45' 37" East along the South boundary of said West one-half (W 1/2) of Subdivision 33 for a distance of 35.00 feet to the point of intersection with the East Right-of-Way boundary of NW 12th Avenue as per Deed to City of Miami, dated April 2, 1963; thence run North 00° 28' 15" East along the last described line for a distance of 470.00 feet to the POINT OF BEGINNING of the following described parcel of land; thence continue on the last described course for a distance of 150.20 feet to a point of deflection, said point being 59.80 feet South of the North boundary of said Section 23; thence run North 45° 14' 07" East for a distance of 35.21 feet to the point of intersection with a line that is parallel to and 35.00 feet South of, as measured at right angles to, the North boundary of said Section 23, said line being the South Right-of-Way boundary of NW 54th Street; thence run DUE EAST along the last described line for a distance of 160.20 feet to a point; thence run South 00° 28' 15" West for a distance of 175.00 feet to a point; thence run DUE WEST for a distance of 185.00 feet to the POINT OF BEGINNING.

## EXHIBIT B

### LIST OF LEASES

1. Lease between Winn Dixie Stores, Inc. and Platinum Property Management, Inc., agent for owner, dated March 15, 1999, as amended by Amendment to Lease dated May 12, 1999, First Amendment dated June 21, 1999, letter agreement dated June 29, 1999, and Second Amendment to Lease dated August 16, 1999, as evidenced by Short Form Lease dated March 15, 1999, by and between Winn-Dixie Stores, Inc. and Platinum Property Management, Inc. and recorded simultaneously herewith, as amended by that certain Amendment to Short Form Lease dated August 16, 1999, and recorded simultaneously herewith, and as effected by that certain Subordination, Nondisturbance and Attornment Agreement dated August 18, 1999, and recorded simultaneously herewith.

2. Lease between Tandy Corporation d/b/a Radio Shack and Platinum Property Management, Inc., agent for owner, dated April 9, 1999, as evidenced by Short Form Lease Agreement dated April 9, 1999, by and between Tandy Corporation and Redevco Enterprises, Inc. and recorded simultaneously herewith, and as effected by that certain Subordination, Nondisturbance and Attornment Agreement dated August 23, 1999, and recorded simultaneously herewith.

MIA 162965-3.047568.0011