## MIAMI-DADE COUNTY

# COMBINED TAX BILL

RETAIN THIS PORTION FOR YOUR RECORDS

**2005 AD VALOREM TAXES 2005 MIC 11/ 1/2005**

MILL CD: 0100  FOLIO: 01 3123 009 0010  NAME: SHOPPES OF LIBERTY CITY LLC

### SCHOOL AND STATE DISTRICTS

| AUTHORITY | RATE | AMOUNT | AUTHORITY | RATE | AMOUNT | AMOUNT DUE IF PAID IN | |
|---|---|---|---|---|---|---|---|
| SCH OP | 7.9470000 | 48059.89 | EVG PRJ | 0.1000000 | 604.76 | NOV | 155285.83 |
| SCH DEB | 0.4910000 | 2969.35 | CHILD T | 0.4288000 | 2593.19 | DEC | 156903.39 |
| FIND | 0.0385000 | 232.83 | | | | JAN | 158520.95 |
| WM DIST | 0.5970000 | 3610.39 | | SUB TOT | 58070.41 | FEB | 160138.51 |
| | | | | | | MAR | 161756.07 |

### CITY OF MIAMI

| OPER | 8.4995000 | 51401.16 |
| DBT SVC | 0.7650000 | 4626.38 |
| | SUB TOT | 56027.54 |

### DADE COUNTY DISTRICTS

| CNTY WD | 5.8350000 | 35287.46 |
| DBT SVC | 0.2850000 | 1723.55 |
| LIBRARY | 0.4860000 | 2939.11 |
| | SUB TOT | 39950.12 |

**VALUATIONS**
TOTAL VALUE   8130940
STATE EX 55   2083389

### NON-AD VALOREM ASSESSMENTS

| SPECIAL ASSESSMENTS: | DIST | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|---|
| CITY OF MIAMI FIRE | F 255 | 7708.00 | 1.00 | 7708.00 |
| | | | SUB TOT | 7708.00 |

| IMPROVEMENT DISTRICTS: | DIST | INTEREST RATE | YEARS | INTEREST | INSTALLMENT | AMOUNT |

PROPERTY ADDRESS: 1100 NW 54 ST
COMMENTS: PAY TAXES BY MAIL TO AVOID LONG LINES. TAX INFORMATION 24 HRS:
WWW.MIAMIDADE.GOV; 305-270-4916; (TDD) 305-372-6309.

▼ DETACH HERE ▼

$194,562.47

## MIAMI-DADE COUNTY

# COMBINED TAX BILL

RETAIN THIS PORTION FOR YOUR RECORDS

**2005 AD VALOREM TAXES 2005 MIC 11/ 1/2005**

MILL CD: 0199  FOLIO: 01 3123 009 0011  NAME: SHOPPES OF LIBERTY CITY LLC

### SCHOOL AND STATE DISTRICTS

| AUTHORITY | RATE | AMOUNT | AUTHORITY | RATE | AMOUNT | AMOUNT DUE IF PAID IN | |
|---|---|---|---|---|---|---|---|
| SCH OP | 7.9470000 | 16556.69 | EVG PRJ | 0.1000000 | 208.34 | NOV | 39276.64 |
| SCH DEB | 0.4910000 | 1022.94 | CHILD T | 0.4288000 | 893.36 | DEC | 39685.77 |
| FIND | 0.0385000 | 80.21 | | | | JAN | 40094.91 |
| WM DIST | 0.5970000 | 1243.78 | | SUB TOT | 20005.32 | FEB | 40504.04 |
| | | | | | | MAR | 40913.17 |

### CITY OF MIAMI

| OPER | 8.4995000 | 17707.76 |
| DBT SVC | 0.7650000 | 1593.79 |
| | SUB TOT | 19301.55 |

### DADE COUNTY DISTRICTS

| DBT SVC | 0.2850000 | 593.77 |
| LIBRARY | 0.4860000 | 1012.53 |
| | SUB TOT | 1606.30 |

**VALUATIONS**
TOTAL VALUE   2083389

### NON-AD VALOREM ASSESSMENTS

| SPECIAL ASSESSMENTS: | DIST | RATE | FOOTAGE/UNITS | AMOUNT |

| IMPROVEMENT DISTRICTS: | DIST | INTEREST RATE | YEARS | INTEREST | INSTALLMENT | AMOUNT |

PROPERTY ADDRESS:
COMMENTS: PAY TAXES BY MAIL TO AVOID LONG LINES. TAX INFORMATION 24 HRS:
WWW.MIAMIDADE.GOV; 305-270-4916; (TDD) 305-372-6309.

EXHIBIT "B"

▼ DETACH HERE ▼



```
*********************
DADE COUNTY TAX COLLECTOR
140 W. Flagler Street
Miami, Florida  33130

Please keep your receipt for
future reference.

Thank you and have a nice day.


11/1/2005 1300/221/001MICHB    0006-0001
Last Seq.#:0002 WI Folio:01 31230090010
Curr. Real Estate             $155,285.83


11/1/2005 1300/221/001MICHB    0006-0002
Last Seq.#:0002 WI Folio:01 31230090011
Curr. Real Estate              $39,276.64

CK                            $194,562.47
CHANGE                              $0.00
```