**The Shoppes of Liberty City, LLC**
1175 N.E. 125th Street
Suite 103
North Miami, FL  33161

**Invoice**

| Date | Invoice # |
|---|---|
| 11/1/2005 | RET-05-327 |

**Bill To**

Winn Dixie Stores, Inc. #214
Attn: Chrissy Norris
1141 SW 12th Ave.
Pompano Beach, FL 33069

| Terms | Due Date |
|---|---|
| Net Due | 11/1/2005 |

| Description | Amount |
|---|---|
| Real Estate Tax 2005 Adjustment | 112,065.60 |
| 2005 Real Estate Tax Adjustment | |

| | |
|---|---|
| Subtotal | $112,065.60 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | $112,065.60 |

| Phone # | Fax # |
|---|---|
| 305 981-0888 | 305 891-0003 |



EXHIBIT "C"