UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING (1) OBJECTION TO PROPOSED CURE AMOUNT, AND (2) DEMAND FOR CASH IN LIEU OF COMMON EQUITY

The Court finds that the (1) ObjectionResponse to Proposed cure amount, and (2) Demand for cash in Lieu of Common Equity filed by Robert E. Howard on behalf of Promventure Limited Partnership, on July 17, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The (1) Objection to Proposed cure amount, and (2) Demand for cash in Lieu of Common Equity filed by Robert E. Howard on behalf of Promventure Limited Partnership, on July 17, 2006 is stricken from the record.

**DATED July 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert E. Howard, 3200 N. Federal Highway, Fort Lauderdale, FL 33306