UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

The Court finds that the Response in Opposition to Debtor's Objection to Proof of Claim filed by Nigel A. Davis on behalf of Fulton County Tax Commissioner, on July 18, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response in Opposition to Debtor's Objection to Proof of Claim filed by Nigel A. Davis on behalf of Fulton County Tax Commissioners, on July 18, 2006 is stricken from the record.

**DATED July 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Nigel A. Davis, 141 Pryor Street, S.W. Suite 4038, Atlanta, GA 30303