IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC. | : | CASE NO. 05-03817-JAF |
| | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |

_____

## UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT
## TO DESIGNATE LOCAL COUNSEL

Rudi R. Grueneberg, Esquire of the Firm of Grueneberg Law Group, LLC, counsel for Southeast Provisions, LLC ("Southeast Provisions") creditors and parties in interest in the above captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, Rudi L. Grueneberg states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 3, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to the Bankruptcy Local Rule 2090-1 (c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However Bankruptcy Local Rule 2090-1 (c) provides that the Court may waiver such designation for good cause shown.

3.      The matter pertaining to Southeast Provisions are limited to the resolution of a reclamation and unsecured claims filed by Southeast Provisions previously filed in this proceeding. The retention of local counsel would impose an additional financial burden on Southeast Provisions.

4.      The undersigned has confirmed with counsel for the Debtors regarding the relief south by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

5.      Based on the foregoing, Rudi R. Grueneberg requests that the Court grant him leave to represent Southeast Provisions without the necessity of designating local counsel.

                                                  Southeast Provisions, LLC

Dated: July 17, 2006                     By:  /s/ Rudi R. Grueneberg
                                                  Rudi R. Grueneberg, Esquire, General Counsel
                                                  Attorney for Southeast Provisions, LLC
                                                  11 Task Industrial Court
                                                  Greenville, South Carolina 29607

X:\Client File\Dietz & Watson\Winn Dixie\Pleadings\Motion.for.Waiver.doc