IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC. | : | CASE NO.  05-03817-JAF |
| | : | (Jointly Administered) |
| | : | |
| Debtor. | : | |

_____

**<u>CERTIFICATE OF SERVICE</u>**

I, Rudi R. Grueneberg, Esquire of Grueneberg Law Group, LLC, hereby certify:

That I am, and at all times hereinafter-mentioned was, more that eighteen (18) years of age;

That on the 17th of July, 2006, I served copies of the foregoing <u>MOTION FOR WAIVER OF REQIREMENT TO DESIGNATE LOCAL COUNSEL</u> upon the following by mailing a copy thereof, postage prepaid:

David J. Baker Adam Ravin          Cynthia C. Jackson
Skadden Arps Slate Meagher & Flom, LLP          Smith, Hulsey & Busey
Four Times Square          18000 Wachovia Tower
New York, NY  10036          225 Water Street
Attorney for Debtor          Jacksonville, FL  32202

United States Trustee-JAX
135 W. Central Boulevard, Suite 620
Orlando, FL  32801

I certify under penalty of perjury that the foregoing is true and correct.

Southeast Provisions, LLC

Dated:  July 17, 2006          By:   /s/ Rudi R. Grueneberg. _____
                                Rudi R. Grueneberg, Esquire, General Counsel
                                Attorney for Southeast Provisions, LLC
                                11 Task Industrial Court
                                Greenville, South Carolina 29607