## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br><br><br>WINN-DIXIE STORES, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3Fl Jointly Administered<br><br><br><br>Case No. 05-03817-JAF<br><br>Scheduled Claim No.: <u>254881-12</u> |

### <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, LISY CORPORATION, IN THE AMOUNT OF $28,935.07, TO DELLACAMERA CAPITAL MASTER FUND, LTD.</u>

**To Transferor:**
        LISY CORPORATION
        ATTN: MARIO ECHEMENDIA, V.P. SALES
        3400 NW 67TH ST
        MIAMI, FL 33147

PLEASE TAKE NOTICE that the transfer of $28,935.07 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**        DellaCamera Capital Master Fund, Ltd.
                       c/o DellaCamera Capital Management, LLC
                       237 Park Avenue
                       Suite 900
                       New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedule F listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                        _____
                                                                        Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br>Debtor | Case No. 05-03817<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Lisy Corporation ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $28,935.07 | |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:   c/o DellaCamera Capital Management, LLC
           237 Park Avenue
           Suite 900
           New York, NY 10017

ASSIGNOR: Lisy Corporation
Address:  3400 NW 67th Street
          Miami, FL 33147
Signature: [signature]
Name:     Mario Echemend
Title:    V P- Sales
Date:     07/07/06

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.                                   Case No.: 05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| LIBERTY REGIONAL MED CENTER<br>PO BOX 919<br>462 E G MILES PKWY<br>HINESVILLE, GA 31310<br>Creditor: 254730 - 12<br>Vendor: 0000124931 | 02/21/2005 | | | | | $35.00 |
| LIED, CARLA J<br>15515 OLNEY LANE<br>SPRING HILL, FL 34610<br>Creditor: 244553 - 12<br>Vendor: 0000824316 | 02/21/2005 | | | | | $40.88 |
| LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750<br>Creditor: 254743 - 12<br>Vendor: 0000827763 | 02/21/2005 | | | | | $27,857.90 |
| LINDEMANN PRODUCE INC<br>PO BOX 41330<br>RENO, NV 89504-5330<br>Creditor: 381657 - 47<br>Vendor: 0000122300 | 02/21/2005 | | | | | $2,425.67 |
| LION HEART AVIATION GROUP INC<br>PO BOX 1495<br>NIXA, MO 65714<br>Creditor: 381045 - 47<br>Vendor: 0000833417 | 02/21/2005 | | | | | $5,153.26 |
| ==LISY CORPORATION==<br>==3400 NW 67TH ST==<br>==MIAMI, FL 33147==<br>==Creditor: 254881 - 12==<br>==Vendor: 0000794843== | 02/21/2005 | | | | | ==$28,935.07== |
| LITIGATION SOLUTIONS INC<br>901 MAIN STREET<br>SUITE C 121<br>DALLAS, TX 75202<br>Creditor: 381183 - 47<br>Vendor: 0000833359 | 02/21/2005 | | | | | $677.65 |
| LIVERPOOL GROUP INC<br>DBA INTERNATIONAL DESSERT PALACE<br>PO BOX 540896<br>CITY OF OPA LOCKA, FL 33054<br>Creditor: 254900 - 12<br>Vendor: 0000823070 | 02/21/2005 | | | | | $37,705.87 |

**PAGE TOTAL:** **$102,831.30**