**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE RALEIGH, INC. | Case No. 05-03839-JAF |
| ("the Debtors") | |
| | Scheduled Claim No.: <u>254881-12</u> |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, LISY CORPORATION, IN THE AMOUNT OF $12,310.16, TO DELLACAMERA CAPITAL MASTER FUND, LTD.</u>**

**To Transferor:**

          LISY CORPORATION
          ATTN: MARIO ECHEMENDIA, V.P. SALES
          3400 NW 67TH ST
          MIAMI, FL 33147

PLEASE TAKE NOTICE that the transfer of $12,310.16 of the above-captioned  General Unsecured claim has been transferred to:

**Transferee:**        DellaCamera Capital Master Fund, Ltd.
                      c/o DellaCamera Capital Management, LLC
                      237 Park Avenue
                      Suite 900
                      New York, NY 10017

The evidence of transfer of claim is attached hereto.  An excerpt of the Debtors' Schedule F listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim.  However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                    _____
                                      Deputy Clerk

I:\ClaimTransfers_FRBP3001\WINN\TEMPLATE WINN (DCM).doc

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Raleigh, Inc.

Debtor

Case No. 05-03839

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Lisy Corporation ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
| --- | --- |
| $12,310.16 | |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:    c/o DellaCamera Capital Management, LLC
            237 Park Avenue
            Suite 900
            New York, NY 10017

ASSIGNOR:  Lisy Corporation
Address:   3400 NW 67th Street
           Miami, FL 33147

Signature: *Mauu Echurr*
Name:      MARIO Echemendi.
Title:     V-P Syster
Date:      JUL 5th 2006

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE RALEIGH, INC.**                                          **Case No.:   05-11083 (RDD)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| LINCOLN COUNTY<br>115 W MAIN STREET<br>LINCOLN, NC  28092<br>Creditor: 254775 - 12<br> Vendor: 0000123815 | 02/21/2005 | X | | | | $402.77 |
| LISBON MAINTENANCE CO<br>1500 LISBON BRIDGE RD<br>GARLAND, NC  28441-8430<br>Creditor: 254875 - 12<br> Vendor: 0000123668 | 02/21/2005 | | | | | $715.00 |
| LISY CORPORATION<br>3400 NW 67TH ST<br>MIAMI, FL  33147<br>Creditor: 254881 - 12<br> Vendor: 0000794843 | 02/21/2005 | | | | | $12,310.16 |
| LMS INTELLIBOUND INC<br>1979 LAKESIDE PARKWAY<br>SUITE 180<br>TUCKER, GA  30084<br>Creditor: 254917 - 12<br> Vendor: 0000809896 | 02/21/2005 | | | | | $495.00 |
| LORDS SAUSAGE&COUN HAM<br>PO BOX 65<br>DEXTER, GA  31019<br>Creditor: 254969 - 12<br> Vendor: 0000500742 | 02/21/2005 | | | | | $1,390.81 |
| LOS ANDES BAKERY<br>5245 NEW PEACHTREE ROAD<br>SUITE J<br>CHAMBLEE, GA  30341<br>Creditor: 254989 - 12<br> Vendor: 0000795798 | 02/21/2005 | | | | | $2,679.40 |
| LOT-VAC SWEEPING SERVICE<br>3034 RAMSEUR CHURCH RD<br>SHELBY, NC  28150<br>Creditor: 384214 - 47<br> Vendor: 0000121292 | 02/21/2005 | | | | | $638.75 |
| LOUISVILLE COURIER JOURNAL<br>PO BOX 630537<br>CINCINNATI, OH  45263-0537<br>Creditor: 255054 - 12<br> Vendor: 0000032885 | 02/21/2005 | | | | | $1,892.13 |

**PAGE TOTAL:**                              **$20,524.02**