### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MEMORANDUM IN SUPPORT
### FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM

MOVERS, Rosemary Aiken and her attorney Jerald N. Andry, Jr., recently discovered that the proof of claim form in this matter was not received by the Court until August 8, 2005.

Mover's attorney received the proof of claim form and contacted mover during first week of June. Mover's attorney requested and received permission from mover to complete the proof of claim form. The form was completed and mailed after the July 4, 2005 weekend. The form was mailed regular mail through the United States postal system. Mover's attorney then evacuated for Hurricane Cindy which struck the New Orleans area on July 7, 2005.

Thereafter, mover and her attorney received requests for information from the trustee and had no indication that the proof of claim form was received late.

Mover mailed the form well in advance of the deadline and had every reason to believe that it would and had been filed timely. Mover is seventy-eight (78) years old and it took an extreme amount of time for her attorney to explain the bankruptcy procedures and for her to give her approval. Despite mover's best attempts, the form was not stamped received by the Court until after the deadline.

Mover respectfully requests that her claim be allowed and that she have the opportunity to proceed with her claim.

                    Respectfully submitted,

Jerald N. Andry, Jr. (Bar #14049)
Attorney at Law
710 Carondelet Street, 1st Floor
New Orleans, LA 70130
Telephone No.: 504-581-4334
Facsimile No.: 504-581-4335
Email: jayandry@cox.net
Attorney for creditor, Rosemary Aiken

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___19___ day of ___July___, 2006, served a copy of the foregoing pleading on counsel for all parties by:

(  ) Hand Delivery      (  ) Prepaid U. S. Mail

(  ) Facsimile      (  ) UPS/Federal Express

( X ) E-File

JERALD N. ANDRY, JR.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM**

NOW INTO COURT, through undersigned council, comes Rosemary Aiken, an unsecured creditor in the captioned matter, who seeks leave of Court to allow her claim form to be accepted despite the fact that it was received seven (7) days after the due date.

For the reasons more fully set out in the outlined Memorandum, creditor requests leave for her claim form to be allowed despite its late filing.

Respectfully submitted,

_____
Jerald N. Andry, Jr. (Bar #14049)
Attorney at Law
710 Carondelet Street, 1st Floor
New Orleans, LA 70130
Telephone No.: 504-581-4334
Facsimile No.: 504-581-4335
Email: jayandry@cox.net
Attorney for creditor, Rosemary Aiken

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___19___ day of ___July___, 2006, served a copy of the foregoing pleading on counsel for all parties by:

(   ) Hand Delivery            (   ) Prepaid U. S. Mail

(   ) Facsimile                (   ) UPS/Federal Express

( X ) E-File

_____
JERALD N. ANDRY, JR.