## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the First Interim Fee Application of Blackstone Group L.P., for Period from February 21, 2005, through and including May 31, 2005.

Dated:  July 19, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ___*s/ D. J. Baker*___
  D. J. Baker
  Sally McDonald Henry
  Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
  Stephen D. Busey
  James H. Post
  Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

# United States Bankruptcy Court
## Middle District of Florida
### Jacksonville Division

In re:                                        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,              Chapter 11

         Debtors.                        Jointly Administered

---

### Fee Examiner's Report for First Interim Fee Application of Blackstone Group L.P., for Period from <u>February 21, 2005 through and including May 31, 2005</u>

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the First Interim Fee Application of Blackstone Group L.P., for the period from February 21, 2005, through and including May 31, 2005.

1.    On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.　　Stuart Maue conducted a review and analysis of the First Interim Application of Blackstone Group L.P. and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____

Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# First Interim Fee Application Submitted by

## THE BLACKSTONE GROUP L.P.
of
New York, New York

For the Interim Period

**February 21, 2005 Through May 31, 2005**



In the Matter Entitled

### *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**July 10, 2006**

*Stuart Maue*

## THE BLACKSTONE GROUP L.P.

### SUMMARY OF FINDINGS

#### First Interim Application (February 21, 2005 Through May 31, 2005)

##### A.     Amounts Requested and Computed

| | |
|---|---|
| Fees Requested | $548,714.29 |
| Expenses Requested | 39,494.94 |
| | |
| TOTAL FEES AND EXPENSES REQUESTED | $588,209.23 |
| | |
| Fees Computed | $548,714.29 |
| Expenses Computed | 39,494.94 |
| | |
| FEES AND EXPENSES COMPUTED | $588,209.23 |

##### B.     Amounts Requested – Based on Firm's Response

| | |
|---|---|
| Fees Requested | $548,714.29 |
| | |
| REVISED FEES REQUESTED | $548,714.29 |
| | |
| Expenses Requested | 39,494.94 |
| | |
| REVISED EXPENSES REQUESTED | 39,494.94 |
| | |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | $588,209.23 |

##### C.   Expenses

###### 1.     Compliance With Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 10 | Travel Expenses - Airfare | A-1 | $14,653.12 |
| 10 | Travel Expenses - Lodging | A-2 | 1,680.66 |
| 10 | Travel Expenses - Meals | A-3 | 454.73 |
| 10 | Travel Expenses - Car Rental and Taxi Fares | A-4 | 2,962.20 |
| 10 | Travel Expenses - Parking | A-5 | 39.00 |
| 10 | Travel Expenses - Hotel Telephone | A-6 | 89.24 |
| 12 | Messenger Services | B | 39.20 |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 12 | Photocopies, Printing, and Binding | C | $10,497.63 |
| 12 | Facsimile Transmissions | | 13.75 |
| 13 | Computer Research | D | 5,705.12 |
| 15 | Local Transportation | E | 246.93 |
| 15 | Local Meals | F | 141.02 |
| 17 | Overtime Meals and Transportation | G | 2,321.91 |
| 18 | Expenses of Undisclosed Professionals | H | 339.31 |

## D.    Adjustment to Eliminate Overlap Between Categories

### 1.    Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 15 | Local Transportation | $ 246.93 | $ 0.00 | $ 246.93 |
| 15 | Local Meals | 141.02 | 0.00 | 141.02 |
| 17 | Overtime Meals and Transportation | 2,321.91 | 0.00 | 2,321.91 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.     INTRODUCTION ..................................................................... 1

II.    PROCEDURES AND METHODOLOGY ...................................... 3

III.   RECOMPUTATION OF FEES AND EXPENSES ........................... 3

IV.   REVIEW OF FEES ................................................................. 4
     A.     Timekeepers and Positions ............................................... 4
     B.     Summary of Projects ....................................................... 5

V.     REVIEW OF EXPENSES............................................................ 7
     A.     Technical Billing Discrepancies ......................................... 8
     B.     Compliance With Billing Guidelines ................................... 8
         1.     Complete and Detailed Itemization of Expenses ............................ 8
         2.     Travel Expenses ............................................................ 9
             a)     Airfare ................................................................. 9
             b)     Lodging................................................................ 10
             c)     Meals.................................................................. 10
             d)     Car Rental and Taxi Fares ........................................... 11
             e)     Parking ............................................................... 11
             f)      Hotel Telephone...................................................... 11
         3.     Courier Services ........................................................... 12
         4.     Photocopies ................................................................ 12
         5.     Facsimiles .................................................................. 12
         6.     Computer Research........................................................ 12
         7.     Overhead Expenses ....................................................... 14
             a)     Local Travel .......................................................... 15
             b)     Local Meals........................................................... 15
             c)     Overtime Expenses ................................................... 16
         8.     Expenses of Undisclosed Professionals ...................................... 18

*Stuart Maue*

## TABLE OF EXHIBITS

<u>**Page No.**</u>

A-1.  Travel Expenses - Airfare
A-2.  Travel Expenses - Lodging
A-3.  Travel Expenses - Meals
A-4.  Travel Expenses - Car Rental and Taxi Fares
A-5.  Travel Expenses - Parking
A-6.  Travel Expenses - Hotel Telephone……………………………………………… 10

B.    Messenger Services ……………………………………………………………… 12

C.    Photocopies, Printing, and Binding …………………………………………… 12

D.    Computer Research ……………………………………………………………… 13

E.    Local Transportation …………………………………………………………… 15

F.    Local Meals ……………………………………………………………………… 15

G.    Overtime Meals and Transportation …………………………………………… 17

H.    Expenses of Undisclosed Professionals ……………………………………… 18

*Stuart Maue*

## I.    __INTRODUCTION__

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.*, Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "First Interim Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Allowance of Compensation of Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses incurred for the Period of February 21, 2005 through May 31, 2005"

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

(the "Application").  The Blackstone Group L.P. ("Blackstone"), located in New York, New York, is financial advisor to the debtors and debtors-in-possession.

On June 3, 2005, the Court entered a final order pursuant to 11 U.S.C. §§ 327(a) and 328 authorizing the employment and retention of Blackstone effective as of the Petition Date (the "Retention Order").  The Application requested the allowance and approval of interim compensation of fees incurred pursuant to the terms of a revised letter dated February 18, 2005, from Blackstone to the Debtors (the "Revised Engagement Letter") confirming that the firm would receive a monthly advisory fee of $167,000.00, a Restructuring Fee and a Transaction Fee as defined in the Revised Engagement Letter, and for the reimbursement of all reasonable out-of-pocket expenses.

The Retention Order provided that "...only the United States Trustee retains the right to object to Blackstone's Monthly Fee or Restructuring Fee (but not the Transaction Fee)... on all grounds, including but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy Code."

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided that report to Blackstone and the U.S. Trustee for review prior to completing a final written report.  Blackstone submitted a written response to Stuart Maue. Stuart Maue reviewed the response and if the firm provided additional information that revised the text of any expense entry in the Application, those revisions are referenced generally in the final report.

*Stuart Maue*

### I.  INTRODUCTION  (Continued)

Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared the final report of the review and analysis of the firm's Application.

## II.    PROCEDURES AND METHODOLOGY

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented with this report in Appendix A.

## III.    RECOMPUTATION OF FEES AND EXPENSES

Blackstone requested the following fees and expenses in the Application:

| | |
|---|---|
| Professional Fees Requested: | $548,714.29 |
| Expense Reimbursement Requested: | 39,494.94 |
| Total Fees and Expenses: | $588,209.23 |

The fees requested were in accordance with the terms and conditions set forth in the Revised Engagement Letter.  Stuart Maue notes that the effective date of Blackstone's retention was February 21, 2005, and the monthly advisory fee for that month was prorated by the firm to $47,714.29.

Stuart Maue recomputed the expenses and compared this to the expenses requested in the Application.  The recomputation of expenses revealed no difference between the amount requested for reimbursement and the computed amount.

*Stuart Maue*

## IV.    REVIEW OF FEES

The Application did not include any itemization of hours and fees or other fee detail for the Blackstone professionals.   The Application stated that "Blackstone has never billed its clients based on the number of hours expended by its professionals.   Accordingly, Blackstone does not have hourly rates for its professionals and, pursuant to the Final Retention Order, Blackstone's professionals have not maintained detailed time records of the work performed for the Debtors."   The Retention Order specifically provides that "Blackstone shall not be required to maintain time records…"   Without time records, Stuart Maue was not able to identify the actual activities performed by the firm, the amount of time expended for the activities, and the fees that may have been associated with each of the activities.   Stuart Maue reviewed the fees requested in the Application for compliance with the Retention Order and for compliance with the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

**Blackstone Response:**

*Blackstone responded that it was retained pursuant to section 328 of the Bankruptcy Code, "…which authorizes the retention of professional persons on a fixed fee basis subject to review only for improvidence."*

### A.    Timekeepers and Positions

The Application included the names and positions of the Blackstone professionals who performed services in this matter.   As stated in the preceding paragraph, neither hourly rates nor the number of hours worked by the professionals

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

were provided.   The names of the professionals and their respective positions are displayed in the following table:

| Name | Position |
|------|----------|
| Paul Huffard | Senior Managing Director |
| Erik Katz | Senior Managing Director |
| Christopher Boyle | Vice President |
| Ramesh Chakrapani | Vice President |
| John O'Connell | Associate |
| Paul Schlaack | Associate |
| Jason Costi | Analyst |
| Luke Long | Analyst |

The Application stated that other Blackstone professionals performed advisory services as needed; however, the names of those professionals were not provided.

**Blackstone Response:**

*Blackstone provided the names and positions of the other professionals who performed advisory services referenced in the preceding paragraph.   They are vice president Samuel Hirsch and analysts Christopher Koranda, Seth Cohen, and Greg Eisner.*

**B.    Summary of Projects**

The Application did not include a summary of projects performed by the firm but did include a listing of professional services undertaken by Blackstone.  This listing included some meetings and conferences, on-site visits, and other activities related to the evaluation and analysis of various aspects of the Debtors' business.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**


<u>**Blackstone Response:**</u>

*Blackstone responded that the Engagement Agreement and Final Retention Order did not require Blackstone to keep "detailed time records for this engagement." Blackstone also stated that it "…disclosed in the Application and in detail the nature of the advisory services it provided to the Debtors during the First Interim Period."*

*Stuart Maue*

## V.    REVIEW OF EXPENSES

The Application included a request for reimbursement of expenses in the amount of $39,494.94 which Stuart Maue reviewed using the U.S. Trustee Guidelines.   The expenses were divided into categories based on the type of charge.   The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Out-of-Town Travel:** | | |
| Airfare | $14,653.12 | 37% |
| Taxi | 1,976.30 | 5% |
| Lodging | 1,680.66 | 4% |
| Rental Car | 985.90 | 2% |
| Meals | 454.73 | 1% |
| Hotel Telephone | 89.24 | * |
| Parking | 39.00 | * |
| **Publishing Services** | 5,861.33 | 15% |
| **Research Services:** | | |
| Outside Research Services | 4,609.32 | 12% |
| Internal Research | 1,095.80 | 3% |
| **Document Production** | 4,636.30 | 12% |
| **Overtime:** | | |
| Overtime Meals | 1,331.81 | 3% |
| Overtime Transportation | 990.10 | 3% |
| **Teleconferencing** | 576.00 | 1% |
| **Local Transportation** | 246.93 | * |
| **Local Meals** | 141.02 | * |
| **Overnight Delivery** | 74.43 | * |

*Stuart Maue*

### V.  REVIEW OF EXPENSES  (Continued)

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| Messenger | 39.20 | * |
| Facsimile Transmissions | 13.75 | * |
| TOTAL | $39,494.94 | 100% |

* Less than 1%

### A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified.

### B.    Compliance With Billing Guidelines

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.  U.S. Trustee Guidelines (b)(5)**

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual and necessary expenses set forth in the U.S. Trustee Guidelines.

### 1.    Complete and Detailed Itemization of Expenses

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.  U.S. Trustee Guidelines (b)(5)(iii)**

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

Blackstone provided a detailed itemization of its expenses including the expense category, the date, the professional incurring the charge, the expense description, and the amount of the charge.  Supporting documentation for the expense charges was not included in the Application.   The Retention Order stated that the firm was not required to maintain receipts for expenses in amounts less than $75.00.

**2.**    **Travel Expenses**

**a)**    **Airfare**

Blackstone requested reimbursement for airfare in the amount of $14,653.12.  The Application stated that all airfare charges were based on coach rates.  The airfare charges were itemized and included the date, the amount, the name of the professional incurring the charge, and the origination and destination of the travel.  Stuart Maue notes that several of the airfare charges were for one-way tickets, which might result in an increased fare for the roundtrip travel.  For example, vice president Christopher Boyle billed $507.70 for a one-way flight on February 24, 2005, for travel from Newark, New Jersey, to Jacksonville, Florida, and billed $609.20 for a one-way flight for the return trip on February 25, 2005.  On March 7 and 8, 2005, Mr. Boyle billed $666.90 for a roundtrip ticket between Queens, New York, and

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

Jacksonville, Florida.   The airfare charges are itemized on EXHIBIT A-1.

        **Blackstone Response:**

        *Blackstone responded that "Blackstone professionals are often required to travel to Jacksonville, FL at the request of the Debtors on short notice to perform advisory services that do not have a known duration at the time of the request.  Due to the nature of the work, Blackstone professionals out of necessity may need to book one-way flights in certain instances.  These one way tickets offer greater travel flexibility than roundtrip tickets when there is short notice to travel and when the length of a specific advisory task is unknown."*

**b)**      **Lodging**

        Blackstone requested reimbursement for lodging charges in the amount of $1,680.66.  These expenses were itemized and provided the date, the amount of the lodging, the number of nights included in the stay, the professional incurring the expense, and the location of the hotel.  These expenses are itemized on EXHIBIT A-2.

**c)**      **Meals**

        Blackstone requested reimbursement for out-of-town meals in the amount of $454.73.  These expenses were itemized and included the date, the amount, the professional incurring the expense, and a

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

description identifying the expense as a meal while traveling.   These expenses are itemized on EXHIBIT A-3.

**d)**      **Car Rental and Taxi Fares**

The Application included a request for reimbursement of car rental in the amount of $985.90.   The description for the car rental expenses include the date, the amount of the rental charge, the professional incurring the charge, the vendor, and the location of the rental.

Blackstone also requested reimbursement of taxi and car services. These expenses were itemized and included the date, the amount of the charge, the professional incurring the charge, and the origination and destination of the service.  Most of these expenses were for car services to and from airports.  The car service and taxi fares total $1,976.30.

The car rental, car service, and taxi fares totaling $2,962.20 are displayed on EXHIBIT A-4.

**e)**      **Parking**

Blackstone requested reimbursement for parking in the amount of $39.00.  These expenses are itemized on EXHIBIT A-5.

**f)**      **Hotel Telephone**

Blackstone requested reimbursement for hotel telephone charges in the amount of $89.24.  These charges are itemized on EXHIBIT A-6.

*Stuart Maue*

**V. REVIEW OF EXPENSES (Continued)**

3.      **Courier Services**

Stuart Maue identified expense entries for messenger services that total $39.20 and are itemized on EXHIBIT B.

4.      **Photocopies**

Blackstone requested reimbursement for document production totaling $4,636.30. The Application stated this category included charges for outside companies that provide high volume photocopying services and internal photocopying services. Further, "Blackstone bills internal Document Production charges at the rate of $0.20 per page for black and white copies and $0.75 per page for color copies."

The Application also included a publishing services category that totaled $5,861.33. This category included charges for the development of presentations as well as printing and binding services. The photocopying services and publishing services, totaling $10,497.63, are displayed on EXHIBIT C.

5.      **Facsimiles**

The Application stated that the requested rate for outgoing long-distance facsimiles was $1.25 per page and included a request for reimbursement of one facsimile charge, totaling $13.75.

6.      **Computer Research**

Blackstone requested reimbursement for outside research totaling $4,609.32 and internal research totaling $1,095.80. The Application stated that

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

the   external   research   category   included   charges   from   outside computer/electronic services companies that supply documents (i.e., financial documents) to Blackstone.   The Application further stated that the internal research category included charges for time spent by Blackstone's research staff in operating the computer/electronic terminals.   The Application did not state how the research staff's time was calculated or how the charges for this time was determined.   These computer research expenses, totaling $5,705.12, are displayed on EXHIBIT D.

**Blackstone Response:**

*Blackstone responded that the $4,609.32 of external research expenses "...reflects the cost of Blackstone's use of various third-party information services for data searches, and specific company and industry information.  The use of said third-party information services by Blackstone was necessary in its role of financial advisor to the Debtors.  The expenses incurred in connection with the use of said third-party information services were specifically tracked by client code and passed on to the Debtors at cost."*

*Further, Blackstone stated that the $1,095.80 for internal research expenses "...reflects the cost of time spent by Blackstone's research staff researching through public information databases as specifically requested by Blackstone professionals engaged on this case.  As a matter of policy,*

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

*Blackstone bills its clients, in both bankruptcy and non-bankruptcy matters, for time spent by its support staff providing research services.  Blackstone's research staff allocates time to each client by client-matter number at the cost of $150 an hour, which includes the cost of work performed by Blackstone's research staff and the use of third-party information services by Blackstone's research staff."*

7.      <u>Overhead Expenses</u>

> <u>Factors relevant to a determination that the expense is proper include the following:</u>
>
> <u>Whether the expenses appear to be in the nature nonreimbursable overhead.  Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges.</u>  U.S. Trustee Guidelines (b)(5)(vii)

Case professionals typically charge clients to obtain reimbursement for the actual cost of out-of-pocket expense items that are directly attributable to the representation and that are not part of office overhead.  These expenses include filing fees and court costs; long-distance telephone charges; photocopying costs; travel, meal, and lodging expenses; and court reporter fees.  Expenses such as word processing and postage are generally considered to be a part of office overhead and included in the hourly rate of professionals.

The following expense items are classified as potential overhead:

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

a)  **Local Travel**

The Application stated that "With respect to local travel, Blackstone's general policy enables employees to travel by taxi, or in certain circumstances private car service, to and from meetings while rendering services to a client on a client related matter, for which the client is charged."  Stuart Maue identified expenses for local travel related to client meetings or court hearings.  These entries total $246.93 and are itemized on EXHIBIT E.

**Blackstone Response:**

*Blackstone responded that local travel expenses "…are charged to a client if such travel expenses are necessary in connection with the advisory services rendered to a client.  In these cases, Blackstone has followed its general internal policy with respect to local travel expenses billed to the Debtors, which permits an employee to take a taxi or car service to and/or from client meetings to and from Blackstone's offices.  The local travel expenses identified in the Initial Report were for trips to client meetings from Blackstone's offices in New York, NY."*

b)  **Local Meals**

Stuart Maue identified one local meal charge for a catered lunch during a client meeting.  This entry totals $141.02 and appears on EXHIBIT F.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

**Blackstone Response:**

*Blackstone responded that "Local Meal expenses incurred by Blackstone are charged to a client if such meal expenses are necessary in connection with advisory services rendered to a client.  The local meal expense identified in the Initial Report was for a catered lunch meal for 6 people during a client meeting held at Blackstone."*

**c)      Overtime Expenses**

Blackstone requested reimbursement for overtime meals and overtime transportation.  The Application stated that "Blackstone's general policy permits its professionals to charge in-office dinner meals to a client after 8:00 o'clock p.m. if the employee is required to provide services to the client during such dinnertime.  According to Blackstone's general policy, meals charged to a client are capped at $25.00 per meal; however, for purposes of this Application, all in-office meals included herein have been capped at $20.00."

The Application further provided that "Further, and primarily for safety reasons, employees are permitted to charge a client the cost of transportation home if an employee is required to work past 9:00 p.m. on client specific matters."

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

Although a firm may have a policy that personnel may be reimbursed for travel home or a meal when working late, such charges are generally considered to be part of the firm's overhead.  Since the firm was not required to maintain time records, it is not possible to determine how long an employee worked on this matter on any given day or if the services performed by the employee required work after 8:00 or 9:00 p.m.

The overtime meal expenses were all charged according to the cap of $20.00 per meal and did not exceed that limit.  The overtime meals totaled $1,331.81.  The overtime transportation totaled $990.10.  These expenses, totaling $2,321.91, are itemized on EXHIBIT G.

**Blackstone Response:**

*Blackstone stated that "Pursuant to the Engagement Agreement, as approved by the Retention Order, the Debtors agreed to reimburse Blackstone for all necessary and reasonable out-of-pocket expenses incurred during Blackstone's retention as the Debtors' financial advisor, including, travel and meal expenses incurred during occasions when Blackstone professionals are engaged in activities related to the Debtors' cases.  Blackstone respectfully submits that local travel and local meal expenses identified in the Initial Report were both reasonable and*

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

*necessary, and incurred in connection with advisory services rendered by*

*Blackstone on behalf of the Debtors."*

8.     <u>**Expenses of Undisclosed Professionals**</u>

Stuart Maue notes that the overtime meals and overtime transportation included charges by individuals whose names and positions were not disclosed in the Application.  Stuart Maue was unable to determine if these individuals are clerical or support staff or the nature of the work being performed.   These expenses are displayed on EXHIBIT H and totaled $339.31.

<u>**Blackstone Response:**</u>

*Blackstone responded that the professionals who "...incurred the local meal expenses identified in the Initial Report are as follows:  Christopher Koranda, Analyst; Greg Eisner, Analyst; and Seth Cohen, Analyst.  The local meal expenses identified in the Initial Report were incurred while working late on matters related to the Debtors' restructuring."*

*In addition, Blackstone responded that "The names of Blackstone's support staff that incurred the local travel expenses identified in the Initial Report are as follows:  John Smith, Publishing Services; and Shakeathe Martin, Publishing Services.  The local travel expenses identified in the Initial Report were for trips home from Blackstone after working late."*

EXHIBIT A-1

Travel Expenses - Airfare

Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 02/21/05 | | 379.20 | | 379.20 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS FLIGHT TO LAGUARDIA AIRPORT IN QUEENS, NY FROM JACKSONVILLE, FL) |
| 02/24/05 | | 507.70 | | 507.70 | | AIRFARE - BOYLE (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, FL FROM NEWARK, NJ) |
| 02/24/05 | | 557.70 | | 557.70 | | AIRFARE - CHAKRAPANI (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, FL FROM NEWARK, NJ) |
| 02/24/05 | | 570.00 | | 570.00 | | AIRFARE - TRAVEL AGENCY BOOKING FEES 02/24/05 - 04/07/05 |
| 02/25/05 | | 559.20 | | 559.20 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS FLIGHT TO NEWARK, NJ FROM JACKSONVILLE, FL) |
| 02/25/05 | | 609.20 | | 609.20 | | AIRFARE - BOYLE (ONE-WAY COACH CLASS FLIGHT TO NEWARK, NJ FROM JACKSONVILLE, FL) |
| 02/25/05 | | 384.20 | | 384.20 | | AIRFARE - HUFFARD (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO QUEENS, NY) |
| 02/25/05 | | 379.20 | | 379.20 | | AIRFARE - CHAKRAPANI (ONE-WAY COACH CLASS FLIGHT TO QUEENS, NY FROM JACKSONVILLE, FL) |
| 03/04/05 | | 166.35 | | 166.35 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, NY FROM QUEENS, NY) |
| 03/04/05 | | 666.90 | | 666.90 | | AIRFARE - O'CONNELL (ROUND TRIP COACH CLASS FLIGHT TO/FROM NEWARK, NJ FROM/TO JACKSONVILLE, FL) |
| 03/07/05 | | 666.90 | | 666.90 | | AIRFARE - BOYLE (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO QUEENS, NY) 03/07/05 & 03/08/05 |
| 03/07/05 | | 666.90 | | 666.90 | | AIRFARE - LONG (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO QUEENS, NY) |
| 03/07/05 | | 294.20 | | 294.20 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, NY FROM QUEENS, NY) |
| 03/07/05 | | 666.90 | | 666.90 | | AIRFARE - CHAKRAPANI (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO QUEENS, NY) 03/07/05 & 03/08/05 |
| 03/14/05 | | 567.70 | | 567.70 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS TO DENVER, CO FROM QUEENS, NY) |
| 03/15/05 | | 1,016.90 | | 1,016.90 | | AIRFARE - BOYLE (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO NEWARK, NJ) 03/15/05 & 03/17/05 |
| 03/15/05 | | 374.20 | | 374.20 | | AIRFARE - HUFFARD (ONE-WAY COACH CLASS FLIGHT TO ASPEN, CO FROM DENVER, CO) |
| 03/16/05 | | 1,016.90 | | 1,016.90 | | AIRFARE - O'CONNELL (ROUND TRIP COACH CLASS FLIGHT TO/FROM NEWARK, NJ FROM/TO JACKSONVILLE, FL) 03/16/05 & 03/17/05 |
| 03/16/05 | | 507.70 | | 507.70 | | AIRFARE - SCHLAACK (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, FL FROM NEWARK, NJ) |
| 03/17/05 | | 219.20 | | 219.20 | | AIRFARE - SCHLAACK (ONE-WAY COACH CLASS FLIGHT TO QUEENS, NY FROM JACKSONVILLE, FL) |
| 03/19/05 | | 481.07 | | 481.07 | | AIRFARE - BOYLE (ONE-WAY COACH CLASS FLIGHT TO MIAMI, FL FROM QUEENS, NY) |
| 03/19/05 | | 120.00 | | 120.00 | | AIRFARE - TRAVEL AGENCY BOOKING FEES 03/19/05 - 05/06/05 |
| 04/04/05 | | 557.70 | | 557.70 | | AIRFARE - KATZ (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, FL FROM NEWARK, NJ) |
| 04/06/05 | | 454.90 | | 454.90 | | AIRFARE - KATZ (ONE-WAY COACH CLASS FLIGHT TO QUEENS, NY FROM JACKSONVILLE, FL) |
| 04/07/05 | | 1,166.90 | | 1,166.90 | | AIRFARE - O'CONNELL (ROUND TRIP COACH CLASS FLIGHT TO/FROM NEWARK, NJ FROM/TO JACKSONVILLE, FL) |
| 04/07/05 | | -1,016.90 | | -1,016.90 | | AIRFARE - BOYLE (CREDIT FOR UNUSED AIRLINE TICKET) |
| 04/07/05 | | -379.20 | | -379.20 | | AIRFARE - HIRSCH (CREDIT FOR UNUSED AIRLINE TICKET) |
| 04/07/05 | | 1,166.90 | | 1,166.90 | | AIRFARE - BOYLE (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO NEWARK, NJ) 04/07/05 & 04/08/05 |

EXHIBIT A-1  PAGE 1 of 2

EXHIBIT A-1
Travel Expenses - Airfare
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|--------------|---------------|----------------|----------------|-------------|
| 04/13/05 | | 507.70 | | 507.70 | | AIRFARE - BOYLE (ONE-WAY COACH CLASS FLIGHT TO JACKSONVILLE, FL FROM NEWARK, NJ) |
| 05/09/05 | | 816.90 | | 816.90 | | AIRFARE - O'CONNELL (ROUND TRIP COACH CLASS FLIGHT TO/FROM JACKSONVILLE, FL FROM/TO QUEENS, NY) |
| | | $14,653.12 | | $14,653.12 | | |

EXHIBIT A-2
Travel Expenses - Lodging
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 02/23/05 | | 381.94 | | 381.94 | | LODGING - HUFFARD (2 DAY HOTEL STAY IN JACKSONVILLE, FL) 02/23/05 - 02/25/05 |
| 02/24/05 | | 171.76 | | 171.76 | | LODGING - BOYLE (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 02/24/05 - 02/25/05 |
| 02/25/05 | | 171.76 | | 171.76 | | LODGING - CHAKRAPANI (1 DAY HOTEL STAY IN JACKSONVILLE, FL) |
| 03/16/05 | | 171.76 | | 171.76 | | LODGING - O'CONNELL (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 03/16/05 - 03/17/05 |
| 03/16/05 | | 126.69 | | 126.69 | | LODGING - SCHLAACK (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 03/16/05 - 03/17/05 |
| 03/17/05 | | 171.76 | | 171.76 | | LODGING - O'CONNELL (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 03/17/05 - 03/18/05 |
| 04/05/05 | | 171.76 | | 171.76 | | LODGING - KATZ (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 04/05/05 - 04/06/05 |
| 04/07/05 | | 141.47 | | 141.47 | | LODGING - O'CONNELL (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 04/07/05 - 04/08/05 |
| 04/13/05 | | 171.76 | | 171.76 | | LODGING - BOYLE (1 DAY HOTEL STAY IN JACKSONVILLE, FL) 04/13/05 - 04/14/05 |
| | | $1,680.66 | | $1,680.66 | | |

EXHIBIT A-3
Travel Expenses - Meals
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|--------------|---------------|----------------|----------------|-------------|
| 02/23/05 | | 3.00 | | 3.00 | | EMPLOYEE MEALS - HIRSCH (IN-ROOM MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 02/24/05 | | 20.43 | | 20.43 | | EMPLOYEE MEALS - BOYLE (MEAL WHILE TRAVELING) |
| 02/24/05 | | 38.67 | | 38.67 | | EMPLOYEE MEALS - BOYLE (IN-ROOM DINNER MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 02/25/05 | | 20.62 | | 20.62 | | EMPLOYEE MEALS - BOYLE (MEAL WHILE TRAVELING) |
| 02/25/05 | | 12.70 | | 12.70 | | EMPLOYEE MEALS - HUFFARD (MEAL WHILE TRAVELING) |
| 03/07/05 | | 7.65 | | 7.65 | | EMPLOYEE MEALS - BOYLE (MEAL WHILE TRAVELING IN JACKSONVILLE, FL) |
| 03/07/05 | | 17.56 | | 17.56 | | EMPLOYEE MEALS - HUFFARD (MEAL WHILE TRAVELING) |
| 03/07/05 | | 6.42 | | 6.42 | | EMPLOYEE MEALS - HUFFARD (MEAL WHILE TRAVELING) |
| 03/07/05 | | 21.06 | | 21.06 | | EMPLOYEE MEALS - LONG (MEAL WHILE TRAVELING) |
| 03/07/05 | | 21.06 | | 21.06 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING) |
| 03/07/05 | | 21.07 | | 21.07 | | EMPLOYEE MEALS - BOYLE (MEAL WHILE TRAVELING) |
| 03/07/05 | | 7.65 | | 7.65 | | EMPLOYEE MEALS - HUFFARD (MEAL WHILE TRAVELING IN JACKSONVILLE, FL) |
| 03/07/05 | | 7.65 | | 7.65 | | EMPLOYEE MEALS - LONG (MEAL WHILE TRAVELING IN JACKSONVILLE, FL) |
| 03/07/05 | | 7.65 | | 7.65 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING IN JACKSONVILLE, FL) |
| 03/16/05 | | 21.55 | | 21.55 | | EMPLOYEE MEALS - O'CONNELL (IN-ROOM MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 03/16/05 | | 9.95 | | 9.95 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING) |
| 03/17/05 | | 13.81 | | 13.81 | | EMPLOYEE MEALS - O'CONNELL (IN-ROOM MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 03/17/05 | | 11.23 | | 11.23 | | EMPLOYEE MEALS - SCHLAACK (MEAL WHILE TRAVELING) |
| 03/17/05 | | 5.71 | | 5.71 | | EMPLOYEE MEALS - SCHLAACK (MEAL WHILE TRAVELING) |
| 03/17/05 | | 11.23 | | 11.23 | | EMPLOYEE MEALS - SCHLAACK (MEAL WHILE TRAVELING) |
| 03/17/05 | | 34.04 | | 34.04 | | EMPLOYEE MEALS - O'CONNELL (IN-ROOM MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 03/21/05 | | 3.60 | | 3.60 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING) |
| 03/21/05 | | 13.06 | | 13.06 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING) |
| 04/05/05 | | 75.71 | | 75.71 | | EMPLOYEE MEALS - KATZ (IN-ROOM DINNER MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 04/06/05 | | 13.01 | | 13.01 | | EMPLOYEE MEALS - LONG (MEAL WHILE TRAVELING) |
| 04/07/05 | | 8.40 | | 8.40 | | EMPLOYEE MEALS - KATZ (MEAL WHILE TRAVELING) |
| 04/08/05 | | 12.54 | | 12.54 | | EMPLOYEE MEALS - O'CONNELL (IN-ROOM MEAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 04/08/05 | | 7.70 | | 7.70 | | EMPLOYEE MEALS - O'CONNELL (MEAL WHILE TRAVELING) |
| | | $454.73 | | $454.73 | | |

EXHIBIT A-4
Travel Expenses - Car Rental and Taxi Fares
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Travel Expenses - Rental Car | | | | | | |
| 02/19/05 | | 195.92 | | 195.92 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - HUFFARD (NATIONAL CAR RENTAL DURING STAY IN JACKSONVILLE, FL) 02/19/05 - 02/21/05 |
| 02/23/05 | | 216.64 | | 216.64 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - HUFFARD (HERTZ CAR RENTAL DURING STAY IN JACKSONVILLE, FL) 02/23/05 - 02/25/05 |
| 03/07/05 | | 49.88 | | 49.88 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - HUFFARD (HERTZ CAR RENTAL DURING STAY IN JACKSONVILLE, FL) |
| 03/16/05 | | 370.68 | | 370.68 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - O'CONNELL (AVIS CAR RENTAL DURING STAY IN JACKSONVILLE, FL) 03/16/05 - 03/18/05 |
| 03/16/05 | | 152.78 | | 152.78 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - SCHLAACK (THRIFTY CAR RENTAL FOR WINN-DIXIE MEETING IN JACKSONVILLE, FL) 03/16/05 - 03/17/05 |
| | | 985.90 | | 985.90 | | |

EXHIBIT A-4
Travel Expenses - Car Rental and Taxi Fares
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| CATEGORY: Travel Expenses - Taxi | | | | | | |
| 02/21/05 | | -12.00 | | -12.00 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CREDIT FOR WAITING TIME) |
| 02/23/05 | | 68.34 | | 68.34 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - HUFFARD (CAR TO LAGUARDIA AIRPORT IN QUEENS, NY FROM BLACKSTONE) |
| 02/24/05 | | 67.73 | | 67.73 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR TO NEWARK AIRPORT IN NEWARK, NJ FROM BLACKSTONE) |
| 02/25/05 | | 71.71 | | 71.71 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR HOME FROM NEWARK AIRPORT IN NEWARK, NJ) |
| 02/25/05 | | 125.85 | | 125.85 | | GROUND TRANSPORTATION - LOCAL TRAVEL - HUFFARD (CAR TO TRAIN STATION FRO LAGUARDIA AIRPORT IN QUEENS) |
| 02/25/05 | | 45.90 | | 45.90 | | GROUND TRANSPORTATION - CAR SERVICE - SKYLINE - CHAKRAPANI (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/01/05 | | -3.00 | | -3.00 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CREDIT FOR WAITING TIME) |
| 03/07/05 | | 56.51 | | 56.51 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR TO JFK AIRPORT IN QUEENS, NY FROM HOME) |
| 03/07/05 | | -4.00 | | -4.00 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - LONG (CREDIT FOR TOLLS) |
| 03/07/05 | | 37.89 | | 37.89 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/07/05 | | 157.08 | | 157.08 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - HUFFARD (CAR TO JFK AIRPORT IN QUEENS, NY FROM CLIENT MEETING IN NEW YORK CITY) |
| 03/07/05 | | 59.82 | | 59.82 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - LONG (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/07/05 | | 78.95 | | 78.95 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - CHAKRAPANI (CAR TO JFK AIRPORT IN QUEENS, NY FROM HOME) |
| 03/07/05 | | 66.71 | | 66.71 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - LONG (CAR TO JFK AIRPORT IN QUEENS, NY FROM HOME) |
| 03/07/05 | | 68.34 | | 68.34 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - CHAKRAPANI (CAR HOME FROM NEWARK AIRPORT IN NEWARK, NJ) |
| 03/08/05 | | 84.86 | | 84.86 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - COHEN (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/08/05 | | 117.38 | | 117.38 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR TO LAGUARDIA AIRPORT IN QUEENS, NY FROM HOME) |
| 03/09/05 | | 102.00 | | 102.00 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR TO LAGUARDIA AIRPORT IN QUEENS, NY FROM HOME) |
| 03/09/05 | | 102.00 | | 102.00 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/10/05 | | 48.09 | | 48.09 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - CHAKRAPANI (CAR TO LAGUARDIA AIRPORT IN QUEENS, NY FROM HOME) |
| 03/11/05 | | 79.97 | | 79.97 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR TO BLACKSTONE FROM JFK AIRPORT IN QUEENS, NY) |
| 03/13/05 | | 59.82 | | 59.82 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - CHAKRAPANI (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| 03/14/05 | | 75.57 | | 75.57 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - HUFFARD (CAR TO JFK AIRPORT IN QUEENS, NY FROM BLACKSTONE) |
| 03/14/05 | | 69.36 | | 69.36 | | GROUND TRANSPORTATION - CAR SERVICE - SKYLINE - CHAKRAPANI (CAR TO NEWARK AIRPORT IN NEWARK, NJ FROM HOME) |

EXHIBIT A-4
Travel Expenses - Car Rental and Taxi Fares
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/16/05 | | 69.26 | | 69.26 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - O'CONNELL (CAR TO NEWARK AIRPORT IN NEWARK, NJ FROM HOME) |
| 03/17/05 | | 66.20 | | 66.20 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CAR HOME FROM JFK AIRPORT IN QUEENS, NY) |
| 03/21/05 | | 56.51 | | 56.51 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - KORANDA (CAR HOME FROM JFK AIRPORT IN QUEENS, NY) |
| 04/01/05 | | 8.00 | | 8.00 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - BOYLE (TAXI TO MEETING WITH MANAGEMENT FROM HOTEL IN JACKSONVILLE, FL) |
| 04/06/05 | | 151.45 | | 151.45 | | GROUND TRANSPORTATION - LOCAL TRAVEL - HUFFARD (CAR HOME FROM LAGUARDIA AIRPORT IN QUEENS, NY) |
| | | 1,976.30 | | 1,976.30 | | |
| | | $2,962.20 | | $2,962.20 | | |

EXHIBIT A-5

Travel Expenses - Parking

Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 02/24/05 | | 12.00 | | 12.00 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - HUFFARD (FEE FOR PARKING CAR RENTAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 02/25/05 | | 12.00 | | 12.00 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - HUFFARD (FEE FOR PARKING CAR RENTAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| 03/16/05 | | 15.00 | | 15.00 | | GROUND TRANSPORTATION - OUT-OF-TOWN TRAVEL - SCHLAACK (FEE FOR PARKING CAR RENTAL @ HOTEL DURING STAY IN JACKSONVILLE, FL) |
| | | $39.00 | | $39.00 | | |

EXHIBIT A-6
Travel Expenses - Hotel Telephone
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/16/05 | | 1.95 | | 1.95 | | COMMUNICATIONS - OTHER - SCHLAACK (IN-ROOM TELEPHONE CALL @ HOTEL IN JACKSONVILLE, FL RE: CLIENT RELATED MATTER) |
| 04/05/05 | | 87.29 | | 87.29 | | COMMUNICATIONS - OTHER - KATZ (IN-ROOM TELEPHONE CALLS @ HOTEL IN JACKSONVILLE, FL RE: CLIENT RELATED MATTERS) |
| | | $89.24 | | $89.24 | | |

EXHIBIT B
Messenger Services
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/03/05 | | 30.45 | | 30.45 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - LONG (DOCUMENT DELIVERY TO C. BOYLE'S RESIDENCE FROM BLACKSTONE) |
| 03/07/05 | | 8.75 | | 8.75 | | COMMUNICATIONS - MESSENGER - EDM - LONG |
| | | $39.20 | | $39.20 | | |

EXHIBIT C
Photocopies, Printing and Binding
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|--------------|---------------|----------------|----------------|-------------|
| CATEGORY: Document Production | | | | | | |
| 03/14/05 | | 1,809.00 | | 1,809.00 | | DOCUMENT PRODUCTION - LONG 03/14/05 - 03/20/05 |
| 03/21/05 | | 56.25 | | 56.25 | | DOCUMENT PRODUCTION - LONG 03/21/05 - 03/27/05 |
| 03/28/05 | | 7.80 | | 7.80 | | DOCUMENT PRODUCTION - LONG 03/28/05 - 04/03/05 |
| 04/18/05 | | 82.80 | | 82.80 | | DOCUMENT PRODUCTION - KORANDA 04/18/05 - 04/24/05 |
| 04/25/05 | | 1,072.50 | | 1,072.50 | | DOCUMENT PRODUCTION - O'CONNELL 04/25/05 - 05/01/05 |
| 05/02/05 | | 361.60 | | 361.60 | | DOCUMENT PRODUCTION - BOYLE 05/02/05 - 05/08/05 |
| 05/02/05 | | 922.50 | | 922.50 | | DOCUMENT PRODUCTION - O'CONNELL 05/02/05 - 05/08/05 |
| 05/02/05 | | 118.00 | | 118.00 | | DOCUMENT PRODUCTION - LONG 05/02/05 - 05/08/05 |
| 05/09/05 | | 5.25 | | 5.25 | | DOCUMENT PRODUCTION - EISNER 05/09/05 - 05/15/05 |
| 05/16/05 | | 63.00 | | 63.00 | | DOCUMENT PRODUCTION - COSTI 05/16/05 - 05/22/05 |
| 05/16/05 | | 137.60 | | 137.60 | | DOCUMENT PRODUCTION - COSTI 05/16/05 - 05/22/05 |
| | | 4,636.30 | | 4,636.30 | | |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C
Photocopies, Printing and Binding
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Publishing Services | | | | | | |
| 02/21/05 | | 268.33 | | 268.33 | | PUBLISHING SERVICES - EISNER 02/21/05 - 02/27/05 |
| 02/21/05 | | 71.17 | | 71.17 | | PUBLISHING SERVICES - LONG 02/21/05 - 02/27/05 |
| 02/21/05 | | 499.33 | | 499.33 | | PUBLISHING SERVICES - SCHLAACK 02/21/05 - 02/27/05 |
| 02/28/05 | | 185.50 | | 185.50 | | PUBLISHING SERVICES - EISNER 02/28/05 - 03/06/05 |
| 02/28/05 | | 170.33 | | 170.33 | | PUBLISHING SERVICES - LONG 02/28/05 - 03/06/05 |
| 02/28/05 | | 639.33 | | 639.33 | | PUBLISHING SERVICES - KORANDA 02/28/05 - 03/06/05 |
| 03/07/05 | | 75.83 | | 75.83 | | PUBLISHING SERVICES - EISNER 03/07/05 - 03/13/05 |
| 03/07/05 | | 25.67 | | 25.67 | | PUBLISHING SERVICES - SCHLAACK 03/07/05 - 03/13/05 |
| 03/07/05 | | 17.50 | | 17.50 | | PUBLISHING SERVICES - KORANDA 03/07/05 - 03/13/05 |
| 03/07/05 | | 288.17 | | 288.17 | | PUBLISHING SERVICES - LONG 03/07/05 - 03/13/05 |
| 03/14/05 | | 60.67 | | 60.67 | | PUBLISHING SERVICES - BOYLE 03/14/05 - 03/20/05 |
| 03/14/05 | | 15.17 | | 15.17 | | PUBLISHING SERVICES - KORANDA 03/14/05 - 03/20/05 |
| 03/14/05 | | 148.17 | | 148.17 | | PUBLISHING SERVICES - LONG 03/14/05 - 03/20/05 |
| 03/21/05 | | 214.67 | | 214.67 | | PUBLISHING SERVICES - KORANDA 03/21/05 - 03/27/05 |
| 03/28/05 | | 100.33 | | 100.33 | | PUBLISHING SERVICES - SCHLAACK 03/28/05 - 04/03/05 |
| 04/11/05 | | 221.67 | | 221.67 | | PUBLISHING SERVICES - EISNER 04/11/05 - 04/17/05 |
| 04/11/05 | | 196.00 | | 196.00 | | PUBLISHING SERVICES - KORANDA 04/11/05 - 04/17/05 |
| 04/18/05 | | 194.83 | | 194.83 | | PUBLISHING SERVICES - EISNER 04/18/05 - 04/24/05 |
| 04/18/05 | | 23.33 | | 23.33 | | PUBLISHING SERVICES - SCHLAACK 04/18/05 - 04/24/05 |
| 04/18/05 | | 32.67 | | 32.67 | | PUBLISHING SERVICES - KORANDA 04/18/05 - 04/24/05 |
| 04/25/05 | | 113.17 | | 113.17 | | PUBLISHING SERVICES - BOYLE 04/25/05 - 05/01/05 |
| 05/02/05 | | 184.33 | | 184.33 | | PUBLISHING SERVICES - EISNER 05/02/05 - 05/08/05 |
| 05/02/05 | | 107.33 | | 107.33 | | PUBLISHING SERVICES - KORANDA 05/02/05 - 05/08/05 |
| 05/02/05 | | 101.50 | | 101.50 | | PUBLISHING SERVICES - SCHLAACK 05/02/05 - 05/08/05 |
| 05/02/05 | | 975.33 | | 975.33 | | PUBLISHING SERVICES - LONG 05/02/05 - 05/08/05 |
| 05/09/05 | | 29.17 | | 29.17 | | PUBLISHING SERVICES - EISNER 05/09/05 - 05/15/05 |
| 05/09/05 | | 17.50 | | 17.50 | | PUBLISHING SERVICES - KORANDA 05/09/05 - 05/15/05 |
| 05/16/05 | | 117.83 | | 117.83 | | PUBLISHING SERVICES - EISNER 05/16/05 - 05/22/05 |
| 05/16/05 | | 37.33 | | 37.33 | | PUBLISHING SERVICES - KORANDA 05/16/05 - 05/22/05 |
| 05/16/05 | | 729.17 | | 729.17 | | PUBLISHING SERVICES - SCHLAACK 05/16/05 - 05/22/05 |
| | | 5,861.33 | | 5,861.33 | | |

EXHIBIT C  PAGE 2 of 3

EXHIBIT C
Photocopies, Printing and Binding
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
|      |          | $10,497.63    |               | $10,497.63     |                |             |

EXHIBIT C  PAGE 3 of 3

EXHIBIT D
Computer Research
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| CATEGORY: Internal Research | | | | | | |
| 02/28/05 | | 74.73 | | 74.73 | | INTERNAL RESEARCH - EISNER (RESEARCH) |
| 03/09/05 | | 180.00 | | 180.00 | | INTERNAL RESEARCH - KORANDA (RESEARCH) |
| 03/09/05 | | 162.03 | | 162.03 | | INTERNAL RESEARCH - KORANDA (RESEARCH) |
| 03/09/05 | | 34.90 | | 34.90 | | INTERNAL RESEARCH - LONG (RESEARCH) |
| 03/14/05 | | 180.00 | | 180.00 | | INTERNAL RESEARCH - LONG (RESEARCH) |
| 03/14/05 | | 31.97 | | 31.97 | | INTERNAL RESEARCH - LONG (RESEARCH) |
| 05/03/05 | | 95.20 | | 95.20 | | INTERNAL RESEARCH - O'CONNELL (RESEARCH) |
| 05/04/05 | | 180.00 | | 180.00 | | INTERNAL RESEARCH - O'CONNELL (RESEARCH) |
| 05/16/05 | | 156.97 | | 156.97 | | INTERNAL RESEARCH - O'CONNELL (RESEARCH) |
| | | 1,095.80 | | 1,095.80 | | |

EXHIBIT D

Computer Research

Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| CATEGORY: Outside Research (Multex/Thompson/Dow Jones/Factset/Onli | | | | | | |
| 02/21/05 | | 33.58 | | 33.58 | | EXTERNAL RESEARCH - DOW JONES - LONG (COMPS) |
| 02/21/05 | | 748.77 | | 748.77 | | EXTERNAL RESEARCH - REPRINTS - LONG (RESEARCH) |
| 02/25/05 | | 1,242.77 | | 1,242.77 | | EXTERNAL RESEARCH - REPRINTS - LONG (RESEARCH) |
| 02/28/05 | | 53.62 | | 53.62 | | EXTERNAL RESEARCH - THOMSON - EISNER (RESEARCH) |
| 02/28/05 | | 109.00 | | 109.00 | | EXTERNAL RESEARCH - ONLINE DATABASE - KATZ (SUPERMARKET NEWS RE: ONLINE RESEARCH) |
| 02/28/05 | | 69.49 | | 69.49 | | EXTERNAL RESEARCH - DOW JONES - EISNER (RESEARCH) |
| 03/02/05 | | 53.30 | | 53.30 | | EXTERNAL RESEARCH - THOMSON - LONG (COMPS) |
| 03/09/05 | | 105.94 | | 105.94 | | EXTERNAL RESEARCH - MULTEX - KORANDA (RESEARCH) |
| 03/09/05 | | 18.31 | | 18.31 | | EXTERNAL RESEARCH - DOW JONES - KORANDA (RESEARCH) |
| 03/09/05 | | 21.03 | | 21.03 | | EXTERNAL RESEARCH - MULTEX - LONG (RESEARCH) |
| 03/09/05 | | 130.52 | | 130.52 | | EXTERNAL RESEARCH - THOMSON - KORANDA (RESEARCH) |
| 03/09/05 | | 43.45 | | 43.45 | | EXTERNAL RESEARCH - ONLINE DATABASE - RESEARCH - DRAKE (ONLINE DATA RESEARCH) |
| 03/09/05 | | 36.54 | | 36.54 | | EXTERNAL RESEARCH - SECURITIES DATA - LONG (RESEARCH RE: GLOBAL SECURITIES INFORMATION) |
| 03/09/05 | | 25.91 | | 25.91 | | EXTERNAL RESEARCH - THOMSON - LONG (RESEARCH) |
| 03/14/05 | | 89.06 | | 89.06 | | EXTERNAL RESEARCH - MULTEX - LONG (RESEARCH) |
| 03/14/05 | | 206.40 | | 206.40 | | EXTERNAL RESEARCH - DOW JONES - LONG (RESEARCH) |
| 03/14/05 | | 35.32 | | 35.32 | | EXTERNAL RESEARCH - DOW JONES - LONG (RESEARCH) |
| 03/14/05 | | 61.86 | | 61.86 | | EXTERNAL RESEARCH - FACTSET - LONG (RESEARCH) |
| 03/15/05 | | 316.77 | | 316.77 | | EXTERNAL RESEARCH - FACTSET - LONG (RESEARCH) |
| 03/15/05 | | 4.36 | | 4.36 | | EXTERNAL RESEARCH - FACTSET - LONG (RESEARCH) |
| 03/15/05 | | 4.36 | | 4.36 | | EXTERNAL RESEARCH - FACTSET - LONG (RESEARCH) |
| 03/23/05 | | 3.20 | | 3.20 | | EXTERNAL RESEARCH - ONLINE DATABASE - DE ALMEIDA (FEE FOR THE RETRIEVAL OF DOCUMENTS FILED WITH THE COURT VIA P.A.C.E.R.) |
| 03/31/05 | | 3.28 | | 3.28 | | EXTERNAL RESEARCH - ONLINE DATABASE - DE ALMEIDA (FEE FOR THE RETRIEVAL OF DOCUMENTS FILED WITH THE COURT VIA P.A.C.E.R.) |
| 04/27/05 | | 129.80 | | 129.80 | | EXTERNAL RESEARCH - REPRINTS - LONG (RETRIEVED MOTIONS PAPERS FILED W/ THE U.S.B.C FOR DIST. OF DELAWARE) |
| 05/04/05 | | 132.34 | | 132.34 | | EXTERNAL RESEARCH - THOMSON - O'CONNELL (RESEARCH) |
| 05/04/05 | | 4.49 | | 4.49 | | EXTERNAL RESEARCH - DOW JONES - O'CONNELL (RESEARCH) |
| 05/04/05 | | 93.40 | | 93.40 | | EXTERNAL RESEARCH - FACTSET - O'CONNELL (RESEARCH) |
| 05/07/05 | | 12.03 | | 12.03 | | EXTERNAL RESEARCH - MULTEX - O'CONNELL (RESEARCH) |
| 05/16/05 | | 72.42 | | 72.42 | | EXTERNAL RESEARCH - MULTEX - O'CONNELL (RESEARCH) |
| 05/16/05 | | 329.43 | | 329.43 | | EXTERNAL RESEARCH - DOW JONES - O'CONNELL (RESEARCH) |

EXHIBIT D
Computer Research
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/16/05 | | 348.34 | | 348.34 | | EXTERNAL RESEARCH - FACTSET - O'CONNELL (RESEARCH) |
| 05/17/05 | | 70.23 | | 70.23 | | EXTERNAL RESEARCH - DOW JONES - O'CONNELL (RESEARCH) |
| | | 4,609.32 | | 4,609.32 | | |
| | | $5,705.12 | | $5,705.12 | | |

EXHIBIT E
Local Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 02/21/05 | | 34.63 | | 34.63 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR TO CLIENT MEETING IN NEW YORK, NY FROM BLACKSTONE) |
| 02/23/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - HUFFARD (CAR TO COURTHOUSE @ 1 BOWLING FROM BLACKSTONE RE: COURT HEARING) |
| 03/01/05 | | 43.08 | | 43.08 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR TO CLIENT MEETING IN NEW YORK, NY FROM BLACKSTONE) |
| 03/01/05 | | 27.54 | | 27.54 | | GROUND TRANSPORTATION - CAR SERVICE - SKYLINE - HUFFARD (CAR TO CLIENT MEETING IN NEW YORK CITY FROM BLACKSTONE) |
| 03/10/05 | | 59.16 | | 59.16 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR TO CLIENT MEETING IN NEW YORK, NY FROM BLACKSTONE) |
| 03/15/05 | | 20.45 | | 20.45 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR TO CLIENT MEETING IN NEW YORK, NY FROM BLACKSTONE) |
| 03/21/05 | | 37.74 | | 37.74 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - HUFFARD (CAR TO CLIENT MEETING IN NEW YORK CITY FROM BLACKSTONE) |
| | | $246.93 | | $246.93 | | |

EXHIBIT F
Local Meals
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/03/05 | | 141.02 | | 141.02 | | MEALS WITH CLIENTS - KATZ (CATERED LUNCH MEAL DURING CLIENT MEETING @ BLACKSTONE FOR 6 PEOPLE) |
| | | $141.02 | | $141.02 | | |

EXHIBIT G
Overtime Meals and Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| CATEGORY: Overtime Meals | | | | | | |
| 02/21/05 | | 13.83 | | 13.83 | H | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/22/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - BOYLE (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/22/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/22/05 | | 7.33 | | 7.33 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/22/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - HUFFARD (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/23/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/23/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 17.85 | | 17.85 | H | EMPLOYEE MEALS - EISNER (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 17.85 | | 17.85 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/25/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/28/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/28/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/01/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - BOYLE (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - HUFFARD (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/03/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/03/05 | | 19.00 | | 19.00 | H | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/03/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/04/05 | | 19.76 | | 19.76 | H | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/04/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/05/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WEEKEND WORKING DINNER MEAL) |
| 03/06/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WEEKEND WORKING LUNCH @ BLACKSTONE) |
| 03/06/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WEEKEND WORKING DINNER MEAL) |
| 03/07/05 | | 20.00 | | 20.00 | H | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |

EXHIBIT G
Overtime Meals and Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/08/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/08/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/09/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/10/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/11/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/12/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WEEKEND WORKING DINNER MEAL) |
| 03/14/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/14/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/14/05 | | 6.46 | | 6.46 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/14/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/15/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - LONG (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/17/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/22/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/26/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - COHEN (WEEKEND WORKING DINNER MEAL @ BLACKSTONE) |
| 03/28/05 | | 17.18 | | 17.18 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/28/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/29/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/30/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - EISNER (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/30/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/30/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/31/05 | | 19.50 | | 19.50 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/02/05 | | 14.12 | | 14.12 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/03/05 | | 20.00 | | 20.00 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/05/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/10/05 | | 16.57 | | 16.57 H | | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/11/05 | | 9.23 | | 9.23 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/14/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |

EXHIBIT G
Overtime Meals and Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 04/14/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/18/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/20/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/21/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/25/05 | | 7.88 | | 7.88 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/26/05 | | 7.33 | | 7.33 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/28/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - KATZ (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/30/05 | | 4.07 | | 4.07 | | EMPLOYEE MEALS - O'CONNELL (WEEKEND WORKING MEAL @ BLACKSTONE) |
| 05/03/05 | | 12.50 | | 12.50 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 05/07/05 | | 11.73 | | 11.73 | | EMPLOYEE MEALS - O'CONNELL (WEEKEND WORKING MEAL @ BLACKSTONE) |
| 05/09/05 | | 9.62 | | 9.62 | | EMPLOYEE MEALS - O'CONNELL (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 05/10/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - CHAKRAPANI (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 05/10/05 | | 20.00 | | 20.00 | | EMPLOYEE MEALS - SCHLAACK (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| | | 1,331.81 | | 1,331.81 | | |

EXHIBIT G
Overtime Meals and Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Overtime Transportation | | | | | | |
| 02/21/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/21/05 | | 112.76 | | 112.76 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - HUFFARD (CAR HOME FROM BLACKSTONE) |
| 02/22/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/23/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/23/05 | | 26.00 | | 26.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - BOYLE (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/28/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 02/28/05 | | 6.00 | | 6.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/01/05 | | 27.39 | | 27.39 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/01/05 | | 111.18 | | 111.18 | | GROUND TRANSPORTATION - CAR SERVICE - SKYLINE - HUFFARD (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/01/05 | | 106.08 | | 106.08 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/02/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/03/05 | | 37.00 | | 37.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - KATZ (PARKING FEE AFTER WORKING LATE) |
| 03/05/05 | | 15.00 | | 15.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI HOME FROM BLACKSTONE) |
| 03/06/05 | | 11.00 | | 11.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI HOME FROM BLACKSTONE) |
| 03/06/05 | | 35.70 | | 35.70 H | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - PUBLISHING SERVICES - SMITH (CAR TO BLACKSTONE FROM HOME) |
| 03/10/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/13/05 | | 10.00 | | 10.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI TO BLACKSTONE FROM HOME) |
| 03/15/05 | | 12.00 | | 12.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 106.59 | | 106.59 | | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - KATZ (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/17/05 | | 21.00 | | 21.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - KATZ (PARKING FEE AFTER WORKING LATE) |
| 03/17/05 | | 18.00 | | 18.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 03/17/05 | | 30.45 | | 30.45 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - BOYLE (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |

EXHIBIT G
Overtime Meals and Transportation
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/19/05 | | 8.00 | | 8.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI HOME FROM BLACKSTONE) |
| 03/20/05 | | 25.30 | | 25.30 | H | GROUND TRANSPORTATION - CAR SERVICE - ELITE - PUBLISHING SERVICES - MARTIN (CAR HOME FROM BLACKSTONE) |
| 03/21/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI TO BLACKSTONE FROM HOME) |
| 03/21/05 | | 6.00 | | 6.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (WEEKEND TAXI HOME FROM BLACKSTONE) |
| 03/28/05 | | 24.33 | | 24.33 | | GROUND TRANSPORTATION - CAR SERVICE - ELITE - SCHLAACK (CAR HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 04/01/05 | | 7.00 | | 7.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 04/04/05 | | 21.00 | | 21.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - KATZ (PARKING FEE AFTER WORKING LATE) |
| 04/06/05 | | 6.00 | | 6.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - LONG (TAXI HOME FROM BLACKSTONE AFTER WORKING LATE) |
| 04/07/05 | | 37.00 | | 37.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - KATZ (PARKING FEE AFTER WORKING LATE) |
| 04/14/05 | | 37.00 | | 37.00 | | GROUND TRANSPORTATION - LOCAL TRAVEL - KATZ (PARKING FEE AFTER WORKING LATE) |
| | | 990.10 | | 990.10 | | |
| | | $2,321.91 | | $2,321.91 | | |

EXHIBIT H
Expenses of Undisclosed Professionals
Blackstone Group L.P.

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Overtime Meals | | | | | | |
| 02/21/05 | | 13.83 | | 13.83 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 02/24/05 | | 17.85 | | 17.85 | G | EMPLOYEE MEALS - EISNER (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/03/05 | | 19.00 | | 19.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/04/05 | | 19.76 | | 19.76 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/07/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/16/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/17/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/22/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/26/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - COHEN (WEEKEND WORKING DINNER MEAL @ BLACKSTONE) |
| 03/28/05 | | 17.18 | | 17.18 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/30/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - EISNER (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 03/30/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/02/05 | | 14.12 | | 14.12 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/03/05 | | 20.00 | | 20.00 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| 04/10/05 | | 16.57 | | 16.57 | G | EMPLOYEE MEALS - KORANDA (WORKING DINNER MEAL @ BLACKSTONE AFTER WORKING LATE) |
| | | 278.31 | | 278.31 | | |
| CATEGORY: Overtime Transportation | | | | | | |
| 03/06/05 | | 35.70 | | 35.70 | G | GROUND TRANSPORTATION - CAR SERVICE - CONCORD - PUBLISHING SERVICES - SMITH (CAR TO BLACKSTONE FROM HOME) |
| 03/20/05 | | 25.30 | | 25.30 | G | GROUND TRANSPORTATION - CAR SERVICE - ELITE - PUBLISHING SERVICES - MARTIN (CAR HOME FROM BLACKSTONE) |
| | | 61.00 | | 61.00 | | |
| | | $339.31 | | $339.31 | | |

# Appendix A

# Procedures and Methodology for Review and Analysis of

Fee Applications Submitted by

## VARIOUS CASE PROFESSIONALS



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**February 21, 2006**

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.  REVIEW PROCEDURES AND METHODOLOGY ....................................... 1

    A.  Reconciliation of Fees and Expenses .................................... 1

    B.  Review and Analysis of Fees and Expenses............................ 1

    C.  Exhibits to the Report ...................................................... 2

        1.  Embedded Time/Assigned Task Hours ....................... 3

        2.  Calculation of Hours and Fees on Exhibits.................. 3

            a)  Ranges of Hours and Fees .............................. 4

            b)  Proportional Hours and Fees .......................... 5

            c)  Combined Hours and Fees ............................. 6

        3.  Overlapping Categories ....................................... 7

*Stuart Maue*

## I.    REVIEW PROCEDURES AND METHODOLOGY

Stuart Maue reviewed and analyzed the fees and expenses in each case professional's fee application using the following methodology:

- Reconciliation of hours, fees, and expenses (i.e., recalculation of the bills).
- Review and analysis of activities and projects, and the expenses in the fee applications.

A written report of the review and analysis was prepared for the Court, the case professionals, and the United States Trustee.

### A.    Reconciliation of Fees and Expenses

Stuart Maue ascertained the arithmetic accuracy of the fee applications through manual and computer recomputation of fees and expenses.  Using the hourly rates provided by the firms, the total hours and fees submitted on the fee applications were recomputed.  If there were discrepancies between the amounts billed and the amounts computed, they were reconciled whenever possible, and discrepancies that could not be reconciled were itemized.  Similarly, expense amounts were also recomputed and any discrepancies itemized.

### B.    Review and Analysis of Fees and Expenses

The review and analysis of the fees were pursuant to the applicable standards of 11. U.S.C. §§ 330 and 331, the Federal Rules the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the

-1-

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines").  The statements submitted by the professionals retained by the Agent were reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328, and the Bankruptcy Rules.

**C.**     **Exhibits to the Report**

The billing entries for particular activities and projects identified by Stuart Maue were grouped into categories and are displayed in exhibits attached to the written report.

The exhibits of technical billing discrepancies, compliance with the U.S. Trustee billing guidelines, and fees examined for reasonableness contain the identified activity within each entry's full text even when other activities in the entry are unrelated to the category.  The categorized activity on the exhibit is underlined.  The exhibits also include a summary of hours and fees by individual and by matter.  Additionally, the hours and fees displayed on the exhibits are summarized into the following groups: isolated hours and fees, blocked hours and fees, maximum hours and fees, proportional hours and fees, and combined hours and fees.

In the fee applications, the firms categorized their activities into projects which generally were not modified by Stuart Maue during its review and analysis.  In a few cases, fees related to the retention and compensation of the firm and other case professionals may have been recategorized by Stuart Maue and identified by a new project name.  If recategorization of firm projects occurred, the report for that case

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

professional discusses the categories that were modified and identifies the new project. The full text of each entry in the firms' project categories is not included in these exhibits, but is available upon request.

1.     **Embedded Time/Assigned Task Hours**

The time assigned by the firms to a billing entry as a whole is the "entry hours" and the time assigned by the firms to a single task within the whole entry is referred to as "task hours."  Time increments assigned to tasks within a larger entry are referred to as "embedded time."  When a firm has assigned a time increment to a single entry containing only one task, then entry hours and task hours are equivalent.  Sometimes a firm's billing entries contain multiple tasks with a specific time increment assigned to each task.  Portions of such an entry may be "blocked" or "lumped" when two or more tasks are combined and assigned a single time increment.  An entry is not blocked when each task of the entry has its own assigned task hours.  If an entry contains some tasks with task hours and some without task hours, the difference between the sum of the task hours and the entry hours are apportioned among the remaining tasks.  See "Proportional Hours and Fees" below.

2.     **Calculation of Hours and Fees on Exhibits**

Although billing standards generally prohibit the use of blocked billing entries, professionals occasionally group billing entries together and assign a

-3-

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

single time increment to the entry.  Stuart Maue employs several methods to clarify such entries.  Those methods are as follows:

a)       **Ranges of Hours and Fees**

One method utilized by Stuart Maue identifies and displays a range of hours and fees on summary exhibits.  When a firm has assigned a discrete time increment to a task, such tasks are "isolated."  To calculate a range of hours, all isolated entries for a particular category are identified and the total hours associated with these entries is the "minimum," because this is the very least number of hours associated with the category.  When a firm has not assigned a discrete time increment to each task in an entry, such entries are blocked.  All blocked entries containing tasks related to the category are also identified, and the total hours associated with these entries is added to the minimum.  The resulting total or "maximum" represents the most number of hours associated with the category.  The timekeepers' hourly rates are applied to each entry to determine the minimum and maximum hours and to calculate the minimum and maximum fees.  Neither the minimum nor maximum of hours and associated fees in a particular category is intended to be an exact representation of the hours or fees billed for that category.  The precise number of hours billed for a category generally falls somewhere within the minimum/maximum range.

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

**b)**     <u>Proportional Hours and Fees</u>

Another method utilized by Stuart Maue apportions equal amounts of time to each task described in a blocked entry.  For example, an entry with 1.40 hours assigned might read:

> Telephone call with CAB re 2004 examination (0.20); telephone call with DEF re XYZ's motion for relief from stay; telephone call with ABC regarding DIP financing (0.60); review the XYZ relief from stay motion; telephone call with John Smith re same; telephone call with Robert Short re same.

This example contains two sets of blocked entries:  first, the telephone call with DEF and the telephone call with ABC and, second, the review of the XYZ motion for relief from stay and the telephone call with Mr. John Smith and the telephone call with Mr. Robert Short.   The 0.20 hour for the telephone call to CAB remains as initially assigned by the firm to that task.  In the first set of blocked tasks, the task hour of 0.60 is apportioned equally, and 0.30 hour is assigned to the telephone call with DEF and 0.30 hour is assigned to the telephone call with ABC. The difference between the entry hours of 1.40 and the 0.80 hour of the first three tasks is 0.60 hour.  This task hour of 0.60 is then apportioned equally among the remaining set of blocked tasks (0.20 hour to the review and 0.20 hour to each of the telephone calls to Mr. John Smith and Robert Short).  The hours and fees assigned to tasks in a blocked

*Stuart Maue*

I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)

entry using this method are shown as the "proportional" hours and fees in the summary exhibits to the report.

c)        **Combined Hours and Fees**

Another method for analyzing blocked billing entries calculates total hours for a category by combining the hours for all isolated entries (i.e., the "minimum" hours) with the apportioned hours for all blocked entries (i.e., the "proportional" hours).  The sum is the "combined" hours for the category which is shown on the summary exhibits to the report.  If some or all of the tasks associated with a category have proportional time assigned, the hours and fees are "combined."

Combined fees are calculated by applying the timekeepers' hourly rates to the isolated and proportional hours.  The combined hours and fees for a category may not reflect the actual hours and fees billed for the category.  However, combined hours and fees may be useful in assessing the reasonableness and necessity of the fees billed when considered with the range of hours and fees.

The written review and analysis refers to hours and fees associated with various categories.  These are either the isolated hours and fees or the combined hours and fees, as defined above.  Please refer to the summary exhibit to the report for each category to determine

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

whether the hours and fees associated with the category are isolated or combined.

**3.**     <u>**Overlapping Categories**</u>

When a billing entry appears on more than one exhibit, "overlap" occurs among the hour and fee calculations for those categories.  Each exhibit refers to all other exhibits on which the entry appears.  Upon request, Stuart Maue will calculate overlap among categories to ensure that a task or entry is not counted more than once in any reduction of fees.