*Patricia Simrall*

TAX COLLECTOR - WARREN COUNTY

VICKSBURG, MISSISSIPPI 39181-0351

P. O. BOX 351

TELEPHONE (601) 638-6181

FILED
JACKSONVILLE, FLORIDA

July 14, 2006

Hon. Jerry A. Funk
U S Bankruptcy Judge
300 N Hogan Street
Courtroom 4D
Jacksonville, FL. 32202

RE: Winn-Dixie Stores Inc et al
Case 05-03817-3F1

Dear Judge Funk,

I cannot afford to appear before you to protest the reduction in taxes owed by Winn-Dixie, nor can the county afford to have an attorney represent us.

Winn-Dixie has never contacted me about the assessment valuation set by the Tax Assessor. There are law in Ms that guide requesting a reduction in assessment and these laws have not been followed. If they felt the assessment high why did they not respond at that time. They are required to provide the Tax Assessor with a rendition of their furniture, stock and inventory yearly, this rendition is what the Tax Assessor uses in setting the assessed valuation for taxing. If they do not file the rendition, the assessor does his own assessment. They would have still had the opportunity to protest the valuation to the assessor.

If they did not proceed by the laws set out for this objection, the taxes should not be lowered to the amount they feel is fair, they should have filed a protest with the assessor.

Judge, I am asking that the full tax amount be allowed for Warren County that is set out in their objection. PPIN 1536 for $20,547.93 and PPIN 1537 for $961.80. I will appreciate your awarding the full taxes due to Warren County.

Sincerely,

Pat Simrall
Warren County Tax Collector

cc: Ms. Cynthia C. Jackson, Smith, Julsey & Busey

```
5722551 V5R3M0 040526                                    07/18/06  12:51:55

Display Device . . . . . : Y2
User  . . . . . . . . . :   PAT3
                                                                  PCWPCL01/M4
                         PERSONAL PROPERTY COLLECTIONS
PPMPCL01
PPIN    1537  Year 2005    DBA Name   PUMP AND SAVE #20045
                           Address /Str  1990   SOUTH FRONTAGE ROAD
Voided
JD 0 Tax Dist 0110        Mailing Name  C/O ALBERT J CIRIGNANO SR
                          Address       17 OAK POINT DR NORTH
Receipt No          8027   C/S/Z         BAYVILLE            NY 11709 -
Total Assessed             ------- 1st ------- 2nd ------- 3rd -------
                                   Y/N/C/P:    Y/N/C/P:    Y/N/C/P:   Balances
Open/Paid by Check  :  YES
Collection Date
Collection Time
Drawer/ID                                                              673.79
                                                                       288.01
County         673.79
City           288.01
School
Penalties: County
           City
           School
                                                                       961.80
Print Fee
TOTAL            961.80                    Total All Collections
Partial Payment Amt
       Copyright 2001, Delta Computer Systems, Inc. - All Rights Reserved 01/02-JPC
F5-PRINT F6-DOCUMENT F12-PAYOFF F13-PARTIAL  F21-DEL1 F22-DEL2 F23-DEL3
```

```
5722251 VSR3M0 045525                                              03/16 06

  Display Device . . . . . . : P2
  User . . . . . . . . . . . :                                    PCWPCL01/MW

                        PERSONAL PROPERTY COLLECTIONS
  PCMPCL01
  PPIN    1536  Year 2005   DBA Name   SACK & SAVE
  Voided                    Address         9.0   SOUTH FRONTAGE RD
  JD 0  Tax Dist 0110       Mailing Name   C/O ALBERT J CIRIGNANO SR
  Receipt No                Address        17 OAK POINT DR NORTH
  Total Assessed    171490  C/S/Z          BAYVILLE        NY 11709 - 0000
                            ---- 1st ----  ---- 2nd ----  ---- 3rd ----
  Open/Paid By Check     |   YES  Y/N/C/F | YES  Y/N/C/F | YES  Y/N/C/F | Balances
  Collection Date        |
  Collection Time        |
  Drawer/ID              |
                                                                        14394.87
  County           14394.87                                              6153.06
  City              6153.06
  School
  Penalties: County
             City
             School
                                                                        20547.93
  Print Fee
  TOTAL            20547.93                Total All Collections:
  Partial Payment Amt                                  All Rights Reserved  01/02-JPC
           Copyright 2001, Delta Computer Systems, Inc.
  F5-PRINT F6-DOCUMENT F12-PAYOFF F13-PARTIAL F21-DEL1 F22-DEL2 F23-DEL3
```