IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1

IN RE:  Chapter 11

WINN-DIXIE STORES, INC., et. al  Jointly Administered

Debtor

_____/

**SUN & FUN SALES, INC.'S OBJECTION TO DEBTOR'S FIRST OMNIBUS MOTION DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS, AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS**

Creditor, SUN & FUN SALES, INC. (SUN & FUN SALES) hereby objects to the Debtor's aforesaid omnibus motion seeking to reduce or disallow previous scheduled claims and would show as follows:

1. In April 2006, SUN & FUN SALES, INC., and the Debtor's authorized agent, XRoads Solutions Group agreed to the settlement and disposition of SUN & FUN SALES' gross reclamation claim in the amount of $3,515.09 and its general unsecured claim in the amount of $19,106.19 as more fully set forth on the attached Numerical Reclamation Statement prepared by the Debtor's agent.

2. SUN & FUN SALES has relied upon such actions and representations of the Debtor's agent, and the Debtor should be estopped from reducing SUN & FUN SALES' claims, as agreed.

WHEREFORE, SUN & FUN SALES, INC. hereby requests that this Court overrule Debtor's

objections to its gross reclamation claim and its general unsecured claim asserted in this proceeding.

Respectfully submitted,

_____
JEFFREY A. SARROW, P.A.
Attorney for SUN & FUN SALES, INC.
300 South Pine Island Road
Suite 304
Plantation, FL 33324

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing has been sent by U.S. Mail and telefax to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher and Flom, LLP, Four Times Square, New York, New York 10036 (telefax 917-777-2150) this 19 day of July, 2006.

_____
JEFFREY A. SARROW, P.A.
Attorney SUN & FUN SALES, INC.
300 South Pine Island Road
Suite 304
Plantation, FL 33324

## NUMERICAL RECLAMATION STATEMENT

Preliminary Draft Template

### Summary for Sun & Fun Sales

| | | |
|---|---|---:|
| Date of Claim: | 3/3/05 | |
| Period of Claim: | 2/12/05 - 2/21/05 | |
| | | |
| **Vendor's Reclamation Claim** | | $22,731.12 |
| Deduct: | | |
| | Ineligible Amounts | |
| | Invoices before window | (19,069.57) |
| | Invoices after window | 0.00 |
| | Already Paid | 0.00 |
| | Others (i.e., cancelled PO, missing invoice, invoice discrepancy, etc) | 0.00 |
| | | |
| **Analyzed and Proposed Gross Reclamation Claim** | | **$3,661.55** |
| Deduct: | | |
| | Usage (Consumption): 4% per Settlement Stipulation | (146.46) |
| | Pre-petition AP credits | 0.00 |
| | Pre-petition AR - Promotional Allowances | 0.00 |
| | | (146.46) |
| | | |
| **Allowed Reclamation Claim** | | **3,515.09** |
| | | |
| **General Unsecured Claim Reconciliation** | | |
| | Invoices before Reclamation Window | 19,069.57 |
| | Invoices after Reclamation Window | 0.00 |
| | Usage/Consumption Add-back (1% of Reclamation Claim or 25% of Usage Offset above) | 36.62 |
| | | |
| **Allowed General Unsecured Claim** | | **19,106.19** |