UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**STATEMENT OF PAYMENTS MADE BY DEBTORS TO
ORDINARY COURSE PROFESSIONALS DURING PERIOD
APRIL 6, 2006 THROUGH JUNE 28, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), submit, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, the attached Statement of Payments Made by Debtors to Ordinary Course Professionals During Period April 6, 2006 through June 28, 2006.

Dated: July 20, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Steven Barry Eichel |     Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1
Statement of Payments Made by Debtors to Ordinary Course Professionals During the Period April 6 through June 28, 2006

| Vendor | Description of Services | Monthly Cap | Case Cap | Aggregate Amounts Paid During the Period April 6 through June 28, 2006 | Total Amounts Paid February 21, 2005 to June 28, 2006 |
|---|---|---|---|---|---|
| ADA CONSULTANTS OF NE FLORIDA | ADA Compliance Services | $ 30,000.00 | $ 500,000.00 | $ 375.00 | $ 8,975.08 |
| ADAMS AND ADAMS ATTORNEYS AT LAW | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 5,174.87 |
| ADORNO AND YOSS LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 16,128.44 |
| AIB INTERNATIONAL | Food Safety Auditing | $ 30,000.00 | $ 500,000.00 | 7,986.08 | $ 27,971.60 |
| ALLEN NORTON & BLUE PA CORAL GABLES | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 13,255.90 |
| ASHE & RAFUSE LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,173.61 |
| BAKER DONELSON BEARMAN CALDWELL | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 2,322.50 | $ 108,144.90 |
| BREAUD AND LEMOINE | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 4,490.75 |
| BOGGS & COLVIN LLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 3,960.00 | $ 7,720.00 |
| BUSSEY WHITE MCDONOUGH AND FREEMAN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 20,967.61 |
| CANTEY & HANGER LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 19,171.56 | $ 65,870.15 |
| CARMAN BEAUCHAMP & SANG P A | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,342.19 |
| CLARKE SILVERGLATE CAMPBELL WILLIAMS | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 10,011.50 | $ 44,757.73 |
| CLYATT CLYATT AND GOLDEN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 269.94 |
| COFFMAN, COLEMAN, ANDREWS & GROGAN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 5,738.50 | $ 23,258.36 |
| CONSTANGY BROOKS & SMITH LLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 11,940.79 | $ 109,031.25 |
| CRAWFORD LEWIS, PLLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 6,768.60 |
| DAAR & VANEK PC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 47,230.22 |
| EPSTEIN BECKER & GREEN P C | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 21,542.95 |
| FAIN MAJOR WILEY & BRENNAN PC ATLANTA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 10,533.06 |
| FOWLER WHITE BOGGS BANKER ATTORNEY LAW | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,811.23 |
| FRAZER HUBBARD BRANDT TRASK AND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 2,956.12 |
| GAINES GAINES & RASCO | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 949.00 |
| GALLIVAN WHITE & BOYD PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 432.00 |
| GRIMBALL & CABANNIS CHARLESTON | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 4,942.50 | $ 12,694.82 |
| HALL RODGERS ATTORNEY AT LAW | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 17.50 |
| HASSELL MOORHEAD AND CARROLL | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,183.40 |
| HAYNESWORTH SINKLER BOYD | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 411.63 |
| HILL HILL CARTER FRANCO | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,125.79 |
| HOLLAND & KNIGHT LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 22,210.17 | $ 219,923.65 |
| HOGAN & HARTSON LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,007.57 |
| HOLT NEY ZATCOFF & WASSERMAN LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 16,921.26 | $ 40,044.30 |
| J GORDON ROTHWELL PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 8,355.70 |
| JONES WALKER WAECHTER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 6,080.50 |
| KAHAN-SHIR ASSOCIATES | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 3,510.00 | $ 25,890.00 |
| KELLEY KRONENBERG GILMARTIN FICHTER AND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 6,448.84 |
| KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 677.00 |

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1
Statement of Payments Made by Debtors to Ordinary Course Professionals During the Period April 6 through June 28, 2006

| Vendor | Description of Services | Monthly Cap | Case Cap | Aggregate Amounts Paid During the Period April 6 through June 28, 2006 | Total Amounts Paid February 21, 2005 to June 28, 2006 |
|---|---|---|---|---|---|
| LANDRY AND LAVELLE LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 2,988.13 |
| LANE POWELL SPEARS LUBERSKY | Aircraft Counsel | $ 30,000.00 | $ 500,000.00 | 1,280.80 | $ 72,812.43 |
| LAW TECH LLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 69,956.25 | $ 75,956.25 |
| LEHR MIDDLEBROOKS PRICE & VREELAND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 378.00 |
| LEITNER WILLIAMS DOOLEY AND NAPOLITAN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 469.00 |
| LILES GAVIN COSTANTINO & MURPHY | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 10,035.00 | $ 29,768.73 |
| LYONS PIPES & COOK | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 3,641.82 | $ 32,418.16 |
| MANNING FULTON AND SKINNER PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 12,181.03 |
| MARLOW CONNELL VALERIUS ABRAMS ALDER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,307.56 |
| MARSHALL DENNEHEY WARNER COLEMAN AND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,786.32 |
| MCCONNAUGHHAY DUFFY COONRAD POPE AND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,729.50 |
| MCGLINCHEY STAFFORD | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,594.50 |
| MCGUIRE WOODS LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 3,080.20 |
| NATIONAL REGISTRY OF FOOD SAFETY PROFESSIONALS | Educational/Certification Services | $ 30,000.00 | $ 500,000.00 | | $ 9,940.00 |
| OSTENDORF TATE BARNETT AND WELLS LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 26,581.39 | $ 49,242.97 |
| OGLETREE DEAKINS NASH | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 9,246.50 |
| RAY QUINNEY & NEBEKER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 8,032.63 |
| RIGDON ALEXANDER AND RIGDON LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,630.21 |
| ROGERS TOWERS BAILEY JONES & GAY | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 19,972.20 |
| SANDS ANDERSON MARKS AND MILLER PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 5,814.01 |
| SMITH ROLFES & SKAVDAHL CO LPA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 1,440.08 |
| SMITH SPIRES & PEDDY PC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 20,367.23 |
| WATSON WYATT | Human Resources Consultant | $ 30,000.00 | $ 500,000.00 | 55,466.00 | $ 349,979.35 |
| WICKER SMITH O HARA MCCOY GRAHAM AND | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 33.00 |
| WILKINS STEPHENS & TIPTON PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 4,935.92 |
| WILLKIE FARR & GALLAGHER LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 120.86 |
| WYATT TARRANT AND COMB LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | | $ 4,032.21 |
| Totals | | | | $ 276,051.12 | $ 1,607,873.24 |