UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 05-03817-JAF

WINN-DIXIE STORES, INC., et al.,  Chapter 11
     Debtors.
_____/

### NOTICE OF WITHDRAWAL OF LEC PROPERTIES, INC. AND PC PROPERTIES, LLC'S APPLICATION AND REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE (STORE #1358)

COME NOW, the Creditors, LEC PROPERTIES, INC., and PC PROPERTIES, L.L.C., by and through the undersigned attorney, and hereby gives notice of their withdrawal of Application and Request for Payment of Administrative Expenses filed on May 31, 2006, docket number: 8142, because Debtor recently paid this expense.

DATED: On this the 20th day of July, 2006.

_____
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for Creditors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on this 20th day of July, 2006, to all parties listed below:

Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, James H. Post,
Stephen D. Busey
Leanne McKnight Prendergast,
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32201

1

Joshua M Katz
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, 14th Floor
Atlanta, GA 30309

Elana L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

John B. McDonald, Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

Kenneth C. Meeker
United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley
1 Chase Manhattan Plaza
New York, NY 10005

*Sally Fox* (signature)
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for LEC and PC