UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        C L MCBRIDE COMPANY INC
                      836 E MARKET ST
                      LOUISVILLE, KY 40206

The transfer of your claim as shown above, in the amount of $ 388.00 has been transferred *(unless previously expunged by court order)* to:

        Trade-Debt.Net
        P.O. Box 1487
        West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

        **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

        **United States Courthouse
        300 North Hogan Street
        Suite 3-350
        Jacksonville, Florida 32202**

        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

JUL-13-2006  10:28        C L MCBRIDE CO INC                    502 584 2353    P.02

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                    )
                                          )
Winn Dixie Stores, Inc.                   )      Case No.05-03817
                                          )      Jointly Administered
                                          )
                                          )      Chapter 11.
                                          )
                                          )      NOTICE OF TRANSFER OF CLAIM
                    Debtors.              )      OTHER THAN FOR SECURITY AND
                                          )      WAIVER OF NOTICE.
                                          )      RULE 3001 (e)(1)

Please take notice that your unsecured claim of **C L MCBRIDE COMPANY INC** in the amount of $ 388.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **C L MCBRIDE COMPANY INC** is not less than $ 388.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
C L MCBRIDE COMPANY INC
836 E MARKET ST LOUISVILLE KY 40206

Please print your name Ross P. Anderson Signature

Title EXEC V.P.           Date 7/13/06

Address: 836 E Market ST Louisville, Ky 40206
(city,state,zip)
Telephone 502/584-2349 Fax 502/584-2353 Email CLMcBrideCo @ BellSouth. net

Federal Taxpayer ID / Social Security Number      61-0466253

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                         wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:         LA CAJUN CLASSIC
                       PO BOX 1236
                       BENTON, LA 71006

The transfer of your claim as shown above, in the amount of $ 174.36 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

        FILE A WRITTEN OBJECTION TO THE TRANSFER  with:

        United States Courthouse
        300 North Hogan Street
        Suite 3-350
        Jacksonville, Florida 32202

        SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

--------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent ____    Transferee ____   Debtor's Attorney ___

                                                  _____
                                                  Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.

|  |  |  |
|---|---|---|
| Winn Dixie Stores, Inc. | ) | Case No.05-03817 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11, |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of LA CAJUN CLASSIC in the amount of $ 174.36 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of LA CAJUN CLASSIC is not less than $ 174.36 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
LA CAJUN CLASSIC
 PO BOX 1236 BENTON LA 71006

Please print your name *LEE HOLTZCLAW* Signature _Lee Holt_

Title  _PRESIDENT_  Date  _7-8-06_

Address:  _PO BOX 1236 BENTON, LA 71006_
(city,state,zip)
Telephone _318-742-6310_ Fax _318-742-6388_ Email _LACAJUN @ TEAM-NATIONAL_

Federal Taxpayer ID / Social Security Number  _72-1435617_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:          HALL-NAMIE PACKING CO
                        PO BOX 11488
                        CHICKASAW, AL 36671-0488

The transfer of your claim as shown above, in the amount of $ 773.70 has been transferred *(unless previously expunged by court order)* to:

>          Trade-Debt.Net
>          P.O. Box 1487
>          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

>          **United States Courthouse**
>          **300 North Hogan Street**
>          **Suite 3-350**
>          **Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re. )
)              Case No.05-03817
Winn Dixie Stores, Inc. )              Jointly Administered
)
)              Chapter 11,
)
)              **NOTICE OF TRANSFER OF CLAIM**
Debtors. )              **OTHER THAN FOR SECURITY AND**
)              **WAIVER OF NOTICE.**
)              RULE 3001 (e)(1)

Please take notice that your unsecured claim of **HALL-NAMIE PACKING CO** in the amount of $ 773.70 and all
Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc.  The signature of the
transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.  Transferor does hereby
agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and
all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim
of **HALL-NAMIE PACKING CO** is not less than $ 773.70 and has not been previously transferred, and that the
debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade
Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part
by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments
received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding
the claim of the transferor to that of the transferee listed below.

Transferor:
HALL-NAMIE PACKING CO
 PO BOX 11488 CHICKASAW AL 36671-0488

Please print your name _MA/en thinte_ Signature _Malls P. Hunter_

Title _Bulkeeper_ Date _7-10-06_

Address: _20 Iroquois St_ _Chickasaw Al 36611_
(city,state,zip)
Telephone _251/ 452-332_ Fax _NUE_ Email _NUE_

Federal Taxpayer ID / Social Security Number _63- 0597 611_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:_____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## <u>NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**</u>

To transferor:    MONROE SYSTEMS FOR BUSINESS INC
PO BOX 8500-52873
PHILADELPHIA, PA 19178-2873

The transfer of your claim as shown above, in the amount of $ 252.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                )     Case No.05-03817

Winn Dixie Stores, Inc.            )     Jointly Administered

                                )     Chapter 11,

                                )     NOTICE OF TRANSFER OF CLAIM

                                )     OTHER THAN FOR SECURITY AND

                Debtors.        )     WAIVER OF NOTICE.

                                )     RULE 3001 (e)(1)

                                )

Please take notice that your unsecured claim of **MONROE SYSTEMS FOR BUSINESS INC** in the amount of $ 252.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MONROE SYSTEMS FOR BUSINESS INC** is not less than $ 252.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MONROE SYSTEMS FOR BUSINESS INC
PO BOX 8500-52873 PHILADELPHIA PA 19178-2873

Please print your name ___B i l l  A u l T___ Signature _____

Title____ C . O . O .____ Date_____ 7/13/06____

Address: __47  Runway Rd  St. G  Levittown Pa  19057__
(city,state,zip)
Telephone __267 580 2631__ Fax __267 580 2631__ Email __bault @ monroe - systems. com__

Federal Taxpayer ID / Social Security Number __20 - 1365639__

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                              wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:　　ARAMARK FSS CORPORATION
　　　　　　　　PO DRAWER 429
　　　　　　　　CLEMSON, SC 29633

The transfer of your claim as shown above, in the amount of $ 138.00 has been transferred *(unless previously expunged by court order)* to:

　　　　Trade-Debt.Net
　　　　P.O. Box 1487
　　　　West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

　　　　**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

　　　　　　**United States Courthouse**
　　　　　　**300 North Hogan Street**
　　　　　　**Suite 3-350**
　　　　　　**Jacksonville, Florida 32202**

　　　　**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                      )
                                            )    Case No.05-03817
Winn Dixie Stores, Inc.                     )    Jointly Administered
                                            )
                                            )    Chapter 11,
                                            )
                                            )    **NOTICE OF TRANSFER OF CLAIM**
                          Debtors.          )    **OTHER THAN FOR SECURITY AND**
                                            )    **WAIVER OF NOTICE.**
                                            )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **ARAMARK FSS CORPORATION** in the amount of $ 138.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc.  The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.  Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim of **ARAMARK FSS CORPORATION** is not less than $ 138.00  and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
ARAMARK FSS CORPORATION
 PO DRAWER 429 CLEMSON SC 29633

Please print your name _Melissa Willis_ Signature _Melissa D Willis_

Title _Finance Manager_ Date _7/11/06_

Address: _P.O. Drawer 429_
(city,state,zip)
Telephone _(864)156-7413_ Fax _(864)156-269_ Email _Don Willis-Melissa@aramark.com_

Federal Taxpayer ID / Social Security Number _23 - 135 - 4443_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                                    wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |  |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          STONY GAP WHOLESALE CO
                        PO BOX 1016
                        ALBEMARLE, NC 28001

The transfer of your claim as shown above, in the amount of $ 475.30 has been transferred *(unless previously expunged by court order)* to:

            Trade-Debt.Net
            P.O. Box 1487
            West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

            **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

            **United States Courthouse
            300 North Hogan Street
            Suite 3-350
            Jacksonville, Florida 32202**


        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-----------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____  Debtor's Attorney ___

                                            _____
                                            Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No.05-03817 |
| Winn Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11, |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **STONY GAP WHOLESALE CO** in the amount of $ 475.30 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **STONY GAP WHOLESALE CO** is not less than $ 475.30 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
STONY GAP WHOLESALE CO
 PO BOX 1016 ALBEMARLE NC 28001

Please print your name _John Lawson Lowder_ Signature _____

Title _PRES_____  Date _7.11.06_____

Address: _PO Box 1016_____
(city,state,zip)
Telephone _704.982.5960_ Fax _____ Email _jlowder4@carolina.rr.com_

Federal Taxpayer ID / Social Security Number _56-1304144___

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                                wd

TRAD-DEBT.NET
PO BOX 1487
WEST Babylon NY
     11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     MAGEE GENERAL HOSPITAL
300 THIRD AVE SE
MAGEE, MS 39111-3698

The transfer of your claim as shown above, in the amount of $ 100.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL NO.** _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ____ .
**INTERNAL CONTROL NO.** _____
Copy: (check)  Claims Agent _____    Transferee _____  Debtor's Attorney _____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                )
                                      )    Case No.05-03817
Winn Dixie Stores, Inc.               )    Jointly Administered
                                      )
                                      )    Chapter 11,
                                      )
                                      )    **NOTICE OF TRANSFER OF CLAIM**
                    Debtors.          )    **OTHER THAN FOR SECURITY AND**
                                      )    **WAIVER OF NOTICE.**
                                      )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **MAGEE GENERAL HOSPITAL** in the amount of $ 100.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MAGEE GENERAL HOSPITAL** is not less than $ 100.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MAGEE GENERAL HOSPITAL
300 THIRD AVE SE  MAGEE MS 39111-3698

Please print your name  _KATHY MONK_  Signature  _Kathy Monk_

Title _Dir of Bus Operation_  Date _7/10/06_

Address: _300 3rd Ave SE, Magee MS 39111_
(city,state,zip)
Telephone _(601) 849-5000_ Fax _(601) 849-7116_ Email _____

Federal Taxpayer ID / Social Security Number  _640324462_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:_____
Timothy McGuire                                                                    **wd**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |  |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under<br>Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:         SCHARDEIN MECHANICAL
                                 PO BOX 19587
                                 LOUISVILLE, KY 40259-0587

The transfer of your claim as shown above, in the amount of $ 322.00 has been transferred
*(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE,
YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a
hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR
RECORDS AS THE CLAIMANT**
--------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____  Debtor's Attorney ___

_____
                                                             Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re.

|  |  |  |
|---|---|---|
| Winn Dixie Stores, Inc. | ) | Case No.05-03817 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11, |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | **RULE 3001 (e)(1)** |

Please take notice that your unsecured claim of **SCHARDEIN MECHANICAL** in the amount of $ 322.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc.  The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.  Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim of **SCHARDEIN MECHANICAL** is not less than $ 322.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
SCHARDEIN MECHANICAL
 PO BOX 19587 LOUISVILLE KY 40259-0587

Please print your name _Sherri Brown_ Signature _Sherri Brown_
Title _Controller_ Date _7-11-06_
Address: _1810 Outer Loop  P.O. Box 19587 Lou KY 40259_
(city,state,zip)
Telephone _502-368-7678_ Fax _502-814-5272_ Email _Sherri@schardein.com_
Federal Taxpayer ID / Social Security Number _61-1064532_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## <u>NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**</u>

To transferor:      ST JOHNS BIOMEDICAL LAB INC
                    165 SOUTH PARK BLVD STE A
                    ST AUGUSTINE, FL 32086

The transfer of your claim as shown above, in the amount of $ 255.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.    If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )    Case No.05-03817
Winn Dixie Stores, Inc.             )    Jointly Administered
                                    )
                                    )    Chapter 11,
                                    )
                                    )    **NOTICE OF TRANSFER OF CLAIM**
            Debtors.                )    **OTHER THAN FOR SECURITY AND**
                                    )    **WAIVER OF NOTICE.**
                                    )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of ST JOHNS BIOMEDICAL LAB INC in the amount of $ 255.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of ST JOHNS BIOMEDICAL LAB INC is not less than $ 255.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ST JOHNS BIOMEDICAL LAB INC
165 SOUTH PARK BLVD STE A STE A ST AUGUSTINE FL 32086

Please print your name *DR. EDWIN O. SP* Signature

Title *Director / owner*    Date *7/9/06*

Address: *165 South park blud - Ste Suite A*
(city,state,zip) *St augustine FC 33086*
Telephone *904-824-5497*    Fax _____ Email _____
Federal Taxpayer ID / Social Security Number *59 297 4661*

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

ST. JOHNS BIOMEDICAL LABS, INC
165 SOUTHPARK BLVD., SUITE A
ST. AUGUSTINE, FL 32086
TEL. (904) 824-5497
FAX (904) 824-8257

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### <u>NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**</u>

To transferor:      NEW IMAGE TOWING AND RECOVERY INC
                    PO BOX 953
                    NEWNAN, GA 30264

The transfer of your claim as shown above, in the amount of $ 125.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> **United States Courthouse
> 300 North Hogan Street
> Suite 3-350
> Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.    If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-----------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent _____    Transferee _____    Debtor's Attorney ___

_____
                              Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.                                    )
                                          )
                                          )        Case No.05-03817
Winn Dixie Stores, Inc.                   )        Jointly Administered
                                          )
                                          )        Chapter 11.
                                          )
              Debtors.                    )        NOTICE OF TRANSFER OF CLAIM
                                          )        OTHER THAN FOR SECURITY AND
                                          )        WAIVER OF NOTICE.
                                          )        RULE 3001 (e)(1)

7/18/06

Please take notice that your unsecured claim of **NEW IMAGE TOWING AND RECOVERY INC** in the amount of $125.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **NEW IMAGE TOWING AND RECOVERY INC** is not less than $125.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
NEW IMAGE TOWING AND RECOVERY INC
PO BOX 953 NEWNAN GA 30264

Please print your name _Sylvia M. McLirons_ Signature _Sylvia M Millron_

Title _V-Pres_                          Date _7-13-06_
Address: _4780 Old Dixie Hwy Forest Park Ga 30297_
(city,state,zip)
Telephone _770 252 4392_ Fax _(770) 904-3247_ Email _JMilliams @ NITOW.com_
Federal Taxpayer ID / Social Security Number _58 2584502_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By. _____
Timothy McGuire

wd