UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* |
|---|

In Proceedings For A Reorganization Under Chapter 11

Case No. 3:05-bk-03817-JAF

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   AMIGO MOBILITY CENTER
4200 STEVE REYNOLDS BLVD STE 7
NORCROSS, GA 30093

The transfer of your claim as shown above, in the amount of $ 635.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

   **United States Courthouse
   300 North Hogan Street
   Suite 3-350
   Jacksonville, Florida 32202**

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re.

Winn Dixie Stores, Inc.

)
)    Case No. 05-03817
)    Jointly Administered
)
)    Chapter 11,
)
)    NOTICE OF TRANSFER OF CLAIM
Debtors.  )    OTHER THAN FOR SECURITY AND
)    WAIVER OF NOTICE.
)    RULE 3001 (e)(1)

Please take notice that your unsecured claim of AMIGO MOBILITY CENTER in the amount of $ 635.50 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of AMIGO MOBILITY CENTER is not less than $ 635.50 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
AMIGO MOBILITY CENTER
4200 STEVE REYNOLDS BLVD STE 7 NORCROSS GA 30093

Please print your name _Teresa Hoover_ Signature _Teresa Hoover_
Title _Sec/Treas_  Date _7/18/06_
Address: _Norcross, GA 30093_
(city,state,zip)
Telephone _770 9354539_ Fax _770 9354340_ Email _____

Federal Taxpayer ID / Social Security Number _58 225 736 3_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   ALL BRITE SALES CO INC
PO BOX 3359
JACKSONVILLE, FL 32206-0360

The transfer of your claim as shown above, in the amount of $ 204.12 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

-----------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                )
                                      )    Case No.05-03817
Winn Dixie Stores, Inc.               )    Jointly Administered
                                      )
                                      )    Chapter 11,
                                      )
                                      )    NOTICE OF TRANSFER OF CLAIM
                   Debtors.           )    OTHER THAN FOR SECURITY AND
                                      )    WAIVER OF NOTICE.
                                      )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **ALL BRITE SALES CO INC** in the amount of $ 204.12 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ALL BRITE SALES CO INC** is not less than $ 204.12 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ALL BRITE SALES CO INC
PO BOX 3359 PO BOX 3359 JACKSONVILLE FL 32206-0360
Please print your name Cynthia Chappell Signature Cynthia Chappell
Title Office Admin Date 07/18/06
Address: 2204 Haines St. Jacksonville, FL 32206
(city,state,zip)
Telephone 904.354.4687 Fax 904.353.1431 Email Cindi C@ all-brite sales.com
Federal Taxpayer ID / Social Security Number 59-0863850

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 3:05-bk-03817-JAF |
| *Debtors* | Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   City of Delray Beach
PO BOX 3108
Del Ray Beach, FL 33447-3108

The transfer of your claim as shown above, in the amount of $ 832.12 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 __ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ___   Transferee ___   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                  )
                                        )   Case No.05-03817
Winn Dixie Stores, Inc.                 )   Jointly Administered
                                        )
                                        )   Chapter 11,
                                        )
                                        )   **NOTICE OF TRANSFER OF CLAIM**
           Debtors.                     )   **OTHER THAN FOR SECURITY AND**
                                        )   **WAIVER OF NOTICE.**
                                        )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **CITY OF DELRAY BEACH** in the amount of $ 832.12 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CITY OF DELRAY BEACH** is not less than $ 832.12 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CITY OF DELRAY BEACH
PO BOX 3108 PO BOX 3108 DELRAY BEACH FL 33447-3108

Please print your name **Terrill Barton**    Signature _____

Title **Assistant City Attorney**    Date **7-12-06**

Address: **200 N.W. 1st Avenue**
(city,state,zip) **Delray Beach, FL 33444**
Telephone **561-243-7090**  Fax **561-278-4755**    Email _____

Federal Taxpayer ID / Social Security Number **59-6000308**

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Leeds Water Works Board
PO BOX 100
Leeds, AL 35094-0100

The transfer of your claim as shown above, in the amount of $ 196.85 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                        )
                                              )     Case No.05-03817
Winn Dixie Stores, Inc.                       )     Jointly Administered
                                              )
                                              )     Chapter 11,
                                              )
                                              )     NOTICE OF TRANSFER OF CLAIM
            Debtors.                          )     OTHER THAN FOR SECURITY AND
                                              )     WAIVER OF NOTICE.
                                              )     RULE 3001 (e)(1)

Please take notice that your unsecured claim of **LEEDS WATER WORKS BOARD** in the amount of $ 196.85 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **LEEDS WATER WORKS BOARD** is not less than $ 196.85 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
LEEDS WATER WORKS BOARD
PO BOX 100 LEEDS AL 35094-0100

Please print your name _William L. Morris_   Signature (X) _William L. Morris_

Title _General Manager_    Date _7/13/06_

Address: _P.O. Box 100    Leeds, AL 35094_
(city,state,zip)
Telephone _205-699-5151_  Fax _205-699-3535_  Email _bmorris@lwwb.com_

Federal Taxpayer ID / Social Security Number _63-6001307_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 3:05-bk-03817-JAF |
| *Debtors* | Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Quality Treats
2612 Wisteria Lane
Monroe, NC 28112

The transfer of your claim as shown above, in the amount of $ 202.69 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                )
                                      )   Case No.05-03817
Winn Dixie Stores, Inc.               )   Jointly Administered
                                      )
                                      )   Chapter 11,
                                      )
                                      )   **NOTICE OF TRANSFER OF CLAIM**
            Debtors.                  )   **OTHER THAN FOR SECURITY AND**
                                      )   **WAIVER OF NOTICE.**
                                      )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **QUALITY TREATS INC** in the amount of $ 202.69 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **QUALITY TREATS INC** is not less than $ 202.69 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
QUALITY TREATS INC
2612 WISTERIA LANE MONROE NC 28112

Please print your name _Anthony W. Cpouns_ Signature _Anthony W. Cpouns_
Title _President_ Date _7-9-06_
Address: _2612 Wisteria Ln Monroe NC 28112_
(city,state,zip)
Telephone _704-451-4519_ Fax _—_ Email _QTreats@AOL.com_

Federal Taxpayer ID / Social Security Number _56-2187558_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Charles G Lawson Trucking Inc.
7815 Mobile Highway
HOpehull, AL

The transfer of your claim as shown above, in the amount of $ ~~360.43~~ 2,610.68 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                )
                                      )   Case No.05-03817
Winn Dixie Stores, Inc.               )   Jointly Administered
                                      )
                                      )   Chapter 11,
                                      )
                                      )   **NOTICE OF TRANSFER OF CLAIM**
         Debtors.                     )   **OTHER THAN FOR SECURITY AND**
                                      )   **WAIVER OF NOTICE.**
                                      )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **CHARLES G LAWSON TRUCKING INC.** in the amount of $ 2,610.68 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CHARLES G LAWSON TRUCKING INC.** is not less than $ 2,610.68 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CHARLES G LAWSON TRUCKING INC.
7815 MOBILE HIGHWAY HOPE HULL AL 36043

Please print your name **CHARLES G. LAWSON** Signature _____

Title __**PRESIDENT**_____ Date __**7/13/2006**_____

Address: __**7815 MOBILE HWY. HOPE HULL, ALABAMA 36043**__
(city,state,zip)
Telephone __**334-284-3220**__ Fax __**334-281-4672**__ Email _____

Federal Taxpayer ID / Social Security Number __**63-0714428**_____

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                              wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Callaghan Tire
PO Box 850001
Orlando, FL 32885-0330

The transfer of your claim as shown above, in the amount of $ 421.10 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                             )
                                                   )   Case No.05-03817
Winn Dixie Stores, Inc.                            )   Jointly Administered
                                                   )
                                                   )   Chapter 11,
                                                   )
                                                   )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                               )   OTHER THAN FOR SECURITY AND
                                                   )   WAIVER OF NOTICE.
                                                   )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **CALLAGHAN TIRE** in the amount of $ 421.10 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CALLAGHAN TIRE** is not less than $ 421.10 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
CALLAGHAN TIRE
PO BOX 850001 ORLANDO FL 32885-0330

Please print your name: Jacqueline Corcoran   Signature: [signed]
Title: Credit manager   Date: 7-11-06
Address: 1301 - 44th Ave E Bradenton Fl 34203
(city,state,zip) 941   941
Telephone 751-1577   Fax 756-0076   Email jcorcoran@Callaghantire.com
Federal Taxpayer ID / Social Security Number 59-1795428

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 3:05-bk-03817-JAF |
| *Debtors* | Claim # Unknown |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:    Wingate Inn Windsor Parke
4791 Windosr
Jacksonville, FL 32224

The transfer of your claim as shown above, in the amount of $ 178.54 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.

Winn Dixie Stores, Inc.

)
)  Case No.05-03817
)  Jointly Administered
)
)  Chapter 11,
)
)  **NOTICE OF TRANSFER OF CLAIM**
Debtors.  )  **OTHER THAN FOR SECURITY AND**
)  **WAIVER OF NOTICE.**
)  RULE 3001 (e)(1)

Please take notice that your unsecured claim of **WINGATE INN WINDSOR PARKE** in the amount of $ 178.54 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **WINGATE INN WINDSOR PARKE** is not less than $ 178.54 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
WINGATE INN WINDSOR PARKE
4791 WINDSOR COMMONS COURT  JACKSONVILLE FL 32224
Please print your name _Steven Wolsey_ Signature _[signature]_
Title _Assistant General Manager_ Date _07/11/06_
Address: _4791 Windsor Commons Ct, Jacksonville, Fl_
(city,state,zip)
Telephone _(904) 421-7002_ Fax _(904) 421-7001_ Email _swolsey@elitehospitality.com_
Federal Taxpayer ID / Social Security Number _20-1194852_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:_[signature]_
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   AAA Parking Lot and
Street Sweeping Inc PO Box 3551
Sarasota, FL 34230-3551

The transfer of your claim as shown above, in the amount of $ 2,045.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      )
                                            )  Case No.05-03817
Winn Dixie Stores, Inc.                     )  Jointly Administered
                                            )
                                            )  Chapter 11,
                                            )
                                            )  **NOTICE OF TRANSFER OF CLAIM**
              Debtors.                      )  **OTHER THAN FOR SECURITY AND**
                                            )  **WAIVER OF NOTICE.**
                                            )  RULE 3001 (e)(1)

Please take notice that your unsecured claim of **AAA PARKING LOT AND** in the amount of **$ 2,045.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **AAA PARKING LOT AND** is not less than **$ 2,045.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
AAA PARKING LOT AND
STREET SWEEPING INC PO BOX 3551 SARASOTA FL 34230-3551
Please print your name __Roger Kaufman__ Signature __[signature]__
Title __Pres__ Date __7/12/06__
Address: __P.O. Box 3551, Sarasota, Fl. 34230__
(city,state,zip)
Telephone # __941-358-3374__ Fax __941-358-6419__ Email _____
Federal Taxpayer ID / Social Security Number __59-267-4288__

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: __[signature]__
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | |
|---|---|
| Winn-Dixie Stores, Inc. | |
| *Debtors* | |

In Proceedings For A Reorganization Under Chapter 11

Case No. 3:05-bk-03817-JAF

Claim # Unknown

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:  Hasty's Communications of Florida Inc.
7033 Commonwealth Ave Suite 6
Jacksonville, FL 32220

The transfer of your claim as shown above, in the amount of $ 422.46 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re.

Winn Dixie Stores, Inc.

)
)  Case No.05-03817
)  Jointly Administered
)
)  Chapter 11.
)
)  NOTICE OF TRANSFER OF CLAIM
)  OTHER THAN FOR SECURITY AND
)  WAIVER OF NOTICE.
)  RULE 3001 (e)(1)

Debtors.

Please take notice that your unsecured claim of HASTY'S COMMUNICATIONS OF FLORIDA INC in the amount of $ 422.46 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of HASTY'S COMMUNICATIONS OF FLORIDA INC is not less than $ 422.46 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
HASTY'S COMMUNICATIONS OF FLORIDA INC
7033 COMMONWELATH AVE SUITE 6 JACKSONVILLE FL 32220

Please print your name  Kyn West     Signature  Kyn West
Title  Admin Asst       Date  7/17/06
Address: 7033 Commonwealth Ave #6, Jax FL 32270
(city,state,zip)
Telephone 904-783-0130  Fax 904-783-2876  Email Kweste@propage.net
Federal Taxpayer ID / Social Security Number  59-3187176

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd