**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) **Case No. 05-03817-3F1** |
| | ) |
| **WINN-DIXIE STORES, INC., et al.,** | ) **Chapter 11** |
| | ) |
| Debtors.[1] | ) **Jointly Administered** |
| | ) |

_____/

**PEPSI-COLA BOTTLING COMPANY OF
WINFIELD, ALABAMA, INC.'S RESPONSE TO
DEBTORS' FIRST OMNIBUS MOTION FOR
ORDER DEEMING SCHEDULES AMENDED TO
(A) DISALLOW NO LIABILITY SCHEDULED CLAIMS,
(B) REDUCE OVERSTATED SCHEDULED CLAIMS
AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS**

**COMES NOW**, Pepsi-Cola Bottling Company of Winfield, Alabama, Inc. ("Pepsi-Winfield") and for its response to the _Debtors' First Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims_ (the "Motion") filed by Winn-Dixie Stores, Inc., et al. (the "Debtors"), states as follows:

1.      On or about June 27, 2006, the Debtors filed the Motion and requested that this Court reduce Pepsi-Winfield's claim (the "Claim") from $20,430.20 to $3,579.91.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      In the Motion, the Debtors state that Pepsi-Winfield has agreed to the reduction of the Claim.

3.      Pepsi-Winfield has not and does not consent or agree to a reduction of the Claim.

**WHEREFORE**, Pepsi-Winfield requests this Court deny the Motion as it relates to Pepsi-Winfield, and grant Pepsi-Winfield such other and further relief as this Court deems just or appropriate.

Dated this the 20th day of July 2006.

/s/ Jimmy D. Parrish
Jimmy D. Parrish
Florida Bar No: 526401
GRONEK & LATHAM, LLP
390 North Orange Avenue, Suite 600
Orlando, Florida 32801
Phone:         (407) 481-5800
Facsimile:     (407) 481-5801
jparrish@groneklatham.com

and

Robert B. Rubin
Heather A. Lee
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Phone:         (205) 251-3000
Facsimile:     (205) 458-5100
brubin@burr.com
hlee@burr.com

Attorneys for Pepsi Cola Bottling Company
of Winfield, Alabama, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following via this Court's electronic noticing system or via e-mail on this the 20<u>th</u> day of July 2006:

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202
Email: jpost@smithhulsey.com

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Email: djbaker@skadden.com

Joshua M Katz
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street
14th Floor
Atlanta, GA 30309
Email:
joshua.katz@nelsonmullins.com

Elena L Escamilla
Kenneth C Meeker
United States Trustee - JAX
135 W Central Blvd
Suite 620
Orlando, FL 32801
Email: elena.l.escamilla@usdoj.gov
Email: ken.meeker@usdoj.gov

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
of Winn-Dixie Stores, Inc., et al.
1 Chase Manhattan Plaza
New York, NY 10005
Email: ddunne@milbank.com

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
of Winn-Dixie Stores, Inc., et al.
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
Email: john.macdonald@akerman.com
Email: patrick.patangan@akerman.com

/s/ Jimmy D. Parrish
Jimmy D. Parrish