# MARSHALL BYRD
## ASSESSOR/TAX COLLECTOR
## MARION COUNTY, MS.

TELEPHONE 736-8256  FAX 731-2304                    250 BROAD ST.- SUITE 3  COLUMBIA MS. 39429

July 18, 2006

F I L E D
JACKSONVILLE, FLORIDA

JUL 2 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Honorable Jerry A. Funk
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street, Courtroom 4 D
Jacksonville, FL 32202

Re:   Winn Dixie Stores, Inc., et al.,              Case No. 05-03817-3F1
      Fourth omnibus objections to
      Tax claims and motion for order
      Determining tax liabilities.

Your Honor:

In my capacity as Assessor/Tax Collector of Marion County, Mississippi I do herein object to the claims of Winn Dixie Stores Inc., et al., who assert that the tax amounts assessed to Winn Dixie Stores Inc., et al., are in improper.

The values and subsequent taxes assessed by Marion County Mississippi are in compliance with current law for the assessment of ad valorem taxes within the state of Mississippi.

These values are not only in compliance with statutory law but are also in compliance with the rules, regulations, and guidelines set forth by the Mississippi State Tax Commission.

I further assert that Winn Dixie Stores Inc., et al., failed to comply with the laws of the State of Mississippi when they did not file these objections with the local taxing authority within the legal time frame for filing objections to assessments within the State of Mississippi according to Section 27-35-93 of the Mississippi code of 1972 Ann. as follows:

> "27-35-93. Objections must be filed or assessment to stand.
> A person who is dissatisfied with the assessment may, at the August meeting, present objections thereto in writing which shall be filed by the clerk and

# MARSHALL BYRD
## ASSESSOR/TAX COLLECTOR
## MARION COUNTY, MS.

TELEPHONE 736-8256   FAX 731-2304                     250 BROAD ST.- SUITE 3   COLUMBIA MS. 39429

docketed and preserved with the roll. All persons who fail to file objections shall be concluded by the assessment and precluded from questioning its validity after its final approval by the board of supervisors or by operation of law, except minors and persons non compos mentis."

I herein respectfully request that the objections filed by Winn Dixie Stores Inc., et al., be denied.

Sincerely,

Marshall Byrd
Assessor/Tax Collector
Marion County Mississippi