Claimant ID: WDX-391191-L1
HARPER, UTOPIA
c/o DAVID A. HELFAND, P.A.
ATTN: DAVID A. HELFAND, ESQ.
ONE S.E. 3RD AVENUE, STE. 2920
MIAMI, FLORIDA 33131

F I L E D
JACKSONVILLE, FLORIDA

JUL 2 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Claim No.: 12865**                                              **Claim Amount: $16,500.00**

## MOTION TO CONSIDER CLAIM FILED TIMELY

**COMES NOW** the Claimant, **UTOPIA HARPER**, by and through her undersigned attorneys and moves this Honorable Court for the entry of an Order designating the claim filed in this Court in the within action to be timely filed, and as grounds therefore would state as follows:

1. The subject claim arises out of a slip and fall incident, wherein the Claimant, Utopia Harper, slipped and fell at a Winn Dixie store on August 28, 2004.

2. On September 8, 2004, co-counsel, David A. Helfand, P.A., notified Winn Dixie of its intention to make a claim against Winn Dixie for the injuries sustained by Utopia Harper on the above referenced date.

3. Subsequent to notifying Winn Dixie, Winn Dixie filed a Chapter 11 bankruptcy requesting bankruptcy protection from this Court.

4. On information and belief, Logan & Company, was assigned to notify all claimants of the bankruptcy filing and forward each claimant a bankruptcy claim form to be filed by a date certain in 2005.

5. Although the original notice sent to Winn Dixie listed David A. Helfand, P.A. as being located at One S.E. 3rd Avenue, Suite 2920, Miami, Florida, Logan & Company forwarded the claim forms to David A. Helfand, P.A.'s prior address; from which the Helfand Firm had moved in December of 2002. (Attached is correspondence describing the circumstances which took place between Logan & Company and David A. Helfand, P.A.)

6. Through no fault of the Claimant, Claimant was finally able to obtain appropriate claim forms from Logan & Company and filed them with this Court on April 13, 2006.

**WHEREFORE**, Claimant moves this Honorable Court for the entry of an Order determining that the claim of **UTOPIA HARPER** in the within action has been filed timely.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to all interested parties on this 30th day of June, 2006.

          Law Offices of Anthony Accetta, P.A.
          Co-counsel for Claimant
          SunTrust International, Suite 2920
          One S.E. 3rd Avenue
          Miami, Florida 33131
          Tel: (305) 579-0100
          Fax: (305) 579-0104
          Fla. Bar No. 0148318

By:_____
      ANTHONY ACCETTA, ESQ.

## SERVICE LIST

David A. Helfand, P.A.
**Counsel for Claimant**
David A. Helfand, Esq.
One S.E. 3rd Avenue
Suite 2920
Miami, Florida 33131

Smith, Hulsey & Busey
**Co-counsel for Debtors**
James H. Post, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

DLA PIPER RUDNICK GRAY CARY US LLP
**Attorneys for the Ad-Hoc Trade Committee of Winn Dixie Stores, Inc., et al**

Mark J. Friedman, Esq.
6225 Smith Avenue
Baltimore, Maryland 21209

Thomas R. Califano, Esq.
1251 Avenue of the Americas
New York, New York 10020-1104

Philip V. Martino, Esq.
101 East Kennedy Boulevard
Suite 2000
Tampa, Florida 33602-5149

# EXHIBIT "A"

LAW OFFICES OF
# DAVID A. HELFAND
A PROFESSIONAL ASSOCIATION
ONE S.E. 3RD AVENUE, SUITE 2920
## MIAMI, FLORIDA 33131
E-Mail: DhelfandPA@aol.com

DAVID A. HELFAND

TELEPHONE: 305-810-6590
FACSIMILE: 305-536-6495

*Kate Logan (Pres.)*

December 14, 2005

Logan & Company
546 Valley Road
Upper Mont Clair, NJ 07043
Attn: Jackie

RE: Our Client         : Utopia Sherria Harper
    Date of Accident   : August 28, 2004
    Location           : Winn Dixie Store #0233
    Incident Number    : A411212317
    Our File #         : 04-1656C

To Whom It May Concern:

As you are aware this office represents Ms. Utopia Sherria Harper who sustained a "slip-and-fall" accident in your **Winn Dixie** store #0233 on August 28th, 2004.

We are writing you at this time to request the appropriate proof of claim forms so that we may file a claim on behalf of our client. Based upon the telephone conversation we had with your office of Wednesday, December 14th, the original claim forms were sent to an address that our law firm had three years ago, and were apparently returned to you because we had moved. It is important to note, that our initial letters of representation to Winn Dixie included a letterhead with our present address. We have been located at our present address since December of 2002.

Should you have any questions regarding anything relating to this matter, or require any further information, please feel free to contact us at your convenience. Otherwise we would ask that you forward the **claim forms** to us as soon as possible.

Thanking you in advance for your consideration and cooperation.

Sincerely,

DAVID A. HELFAND, ESQ.
for the Firm

DAH/mh

# EXHIBIT "B"

LAW OFFICES OF
# DAVID A. HELFAND
A PROFESSIONAL ASSOCIATION

ONE S.E. 3RD AVENUE, SUITE 2920

**MIAMI, FLORIDA 33131**

**DAVID A. HELFAND**

E-Mail: DhelfandPA@aol.com

TELEPHONE: 305-810-6590
FACSIMILE: 305-536-6495

December 19, 2005

Winn Dixie Stores, Inc. #0233
P.O. Box 24787
Jacksonville, FL 32241-4787
Attn: Kelly Sullivan

RE:  Our Client         : Utopia Sherria Harper
     Date of Accident   : August 28, 2004
     Location           : Winn Dixie Store #0233
     Incident Number    : A411212317
     Our File #         : 04-1656C

Dear Ms. Sullivan:

We are writing you in follow-up to our series of telephone conversations, and also our conversation with Jackie at Logan & Company.

Pursuant to your instructions, we contacted Logan & Company regarding the filing of a formal claim with them on behalf of our client. The woman that spoke with us, we believe it was Jackie, indicated that according to their records, they had mailed a claim form to 701 Brickell Ave., the address at which our law firm was located prior to 2003. We have been at our present address since January of 2003, and our original letter of representation to Winn Dixie indicated our present address. Why the forms were sent to our Brickell Avenue address is unknown.

During the remainder of that conversation, Jackie indicated that the forms were returned to them and they made no further attempt to contact us. She then indicated that the next step would be to contact you again, and proceed from that point.

When we contacted you for a second time, and informed you of the information given to us by Logan & Company, you asked that we have Logan & Company put that information in writing and send it to you. We then contacted Logan & Company again and they refused to put the information in writing.

I would suggest that you contact them directly to verify the information given to us and open our clients claim so that we can proceed forward in an attempt to resolve it.

Please contact us with your response as soon as possible. Otherwise have a healthy and happy holiday season and new year.

Sincerely,

DAVID A. HELFAND, ESQ.
for the Firm

DAH/mh