IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., et al, | Case No. 05-03817-3F1 |
| Debtors. _____/ | Chapter 11<br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF
### MOTION BY ALLARD, LLC FOR ALLOWANCE
### AND PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSES

ALLARD, LLC, by and through its undersigned counsel, hereby withdraws its previously filed motion for allowance and payment of post-petition administrative expenses dated December 9, 2005 (Docket # 4540).

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr., Esq.
Fisher & Sauls, P.A.
Suite 701, 100 Second Avenue South
Post Office Box 387
St. Petersburg, FL  33731
727/822-2033
FBN 759650
Attorneys for Allard, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Withdrawal of Motion by Allard, LLC for Allowance and Payment of Post-Petition Administrative Expenses have been served electronically on July 20, 2006, to:

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Email: aravin@skadden.com

**Allan E. Wulbern**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
Email: awulbern@smithhulsey.com

252291

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
Email: cjackson@smithhulsey.com

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
904-359-7700
Email: jpost@smithhulsey.com

**Joshua M Katz**
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street
14th Floor
Atlanta, GA 30309
(404) 817-6342
Fax : (404) 817-6050
Email: joshua.katz@nelsonmullins.com

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202
904-359-7802
Email: lprendergast@smithhulsey.com

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
Email: busey@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
Email: elena.l.escamilla@usdoj.gov

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
(407) 648-6301
Email: ken.meeker@usdoj.gov

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
Email: ddunne@milbank.com

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: john.macdonald@akerman.com

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
Email: patrick.patangan@akerman.com

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr., Esq.

252291                                          2