HUNTON & WILIAMS LLP
1111 Brickell Avenue, S. 2500
Miami, FL 33131
(305) 810-2500
Craig V. Rasile, Esq. (CR4612)
E-mail: crasile@hunton.com

Attorneys for Falcon Farms, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :      Case No. 05-11063-rdd
WINN-DIXIE STORES, INC., et al.                     :
                                                    :
                        Debtors.                    :
---------------------------------------------------------------x

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that the law firm of HUNTON & WILLIAMS LLP, on behalf of Falcon Farms, Inc., gives notice to all counsel of record and interested parties that it no longer desires to receive pleadings and/or correspondence with respect to the above-captioned matter, and requests that it be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Respectfully submitted,

HUNTON & WILLIAMS LLP
Attorneys for Falcon Farms, Inc.,
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

By: _____
     Craig V. Rasile (FBN 613691)

**FILED**
JACKSONVILLE, FLORIDA

JUL 2 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 01-24693-BKC-RBR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 11th day of July, 2006, on all parties on the attached service list.

_____
Craig V. Rasile

## WINN DIXIE - SERVICE LIST

Winn- Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

David J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Time Square
New York, New York 10036

Unites States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Joseph D. Frank
Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Howard B. Levi
Steven B. Feigenbaum
Levi Lubarsky & Feigenbaum LLP
845 Third Avenue, 21st Floor
New York, NY 10022

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, NY 11553

Omer Kuebel, III, Esq.
C. Davin Boldissar, Esq.
Locke Liddell & Sapp LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036

David L. Pollack, Esq.
Jeffrey Meyers, Esq. / Dean C. Waldt, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Janice Stanton
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

David W. Dykhouse
Michael Handler
Patterson, Belknap & Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Neal D. Colton
David J. Liebman
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

James S. Carr, Esq.
Robert I. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Patrick L. Huffstickler
Cox Smith Matthews Incorporated
112 East Pecan, Suite 1800
San Antonio, TX 78205

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Paul Traub, Esq.
Wendy Marcari, Esq.
Traub, Bonacquist & Fox LLP
655 Third Avenue - 21st Floor
New York, NY 10017

Leggett R. Bradford, Esq.
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street - Suite 700
Winston-Salem, NC 27113-5129

W. Clark Watson
Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203-4644

Laurence May, Esq.
Rick A. Steinberg, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906

Richard G. Smolev
Keith R. Murphy
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201

Dennis F. Dunne, Esq.
Matthew S Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Jeffrey C. Regan, Esq.
Hedrick Dewberry Regan & Durant, P.A.
50 North Laura Street, Suite 1600
Jacksonville, FL 32202

David J. Cook, Esq.
Cook, Perkiss & Lew
P.O. Box 270
San Francisco, CA 94104-0270

Dreyer's Grand Ice Cream
5929 College Avenue
Oakland, CA 94618
ATTN: SHANE WEITZEL

Marc P. Solomon
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

James C. Carignan, Esq./Linda J. Casey
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Richard C. Morrisey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street., Suite 2100
New York, NY 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Suite 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company American
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit Three
Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

~~OCM Oppurtinities Fund, V, LP~~
~~c/o Oaktree Capital Management, LLC~~
~~Attn: Alan S. Adler~~
~~Los Angeles, CA 90071~~

Capital Research and Management Co.
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorella, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Erman Teicher Miller Zucker & Freedman P.C.
Attn: Earle L. Erman, Esq.
400 Galleria Officentre, Suite 444
Southfield, MI 48034

Manier & Herod
Attn: Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq.
7 Times Square
New York, NY 10036

Ice Miller
Attn: Henry A. Efroymson, Mark A Bongdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champsion, Esq.
1111 Bay Avenue, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq.
800 Delaware Aveune, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, LLP
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 100022

~~Discover Financial Services~~
~~Attn: Frank Vydra, Esq.~~
~~2500 Lake Cook Road~~
~~Riverwoods, NY 10006~~

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Floor
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th Street, NW, Suite 2100
Atlanta, GA 30363

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178-0661

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North market St., Rodney Square North
Wilmington, DE 19890

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Suite 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: mark D. Bloom
1221 Brickell Avenue
Miami, Florida 33131

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cumming, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Coca-Cola Enterprise Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA 70821-2997

Young Williams, P.A.
Attn: David S. Rubin
PO Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St., NE, Suite 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Suite 1000
Wilmington, DE 19801

Lowenestein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Macco & Stem, LLP
Attn: Richard L. Stem
135 Pinelawn Road, Suite 120
South Mielville, NY 11747

~~Held & Israel~~
~~Attn: Edwin W. Held~~
~~1301 Riverplace Blvd., Suite 3700~~
~~1601 Dodge St.~~
~~Omaha, NE 68102~~

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Avenue, Suite 2418
New York, NY 10118

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11749

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Avenue
New York, NY 10016

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff lane
Southport, CT 06890-1436

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Floor
Cleveland, OH 44115

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Suite 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Broad and Cassel
Attn: C Craig Eller
One North Clematis St., Suite 500
West Palm Beach, FL 33401

Wheelis & Rozanksi
Attn: Stephen D. Wheelis
POB 13199
Alexandria, LA 71315-3199

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David M. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Porzio, Bromberg & newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Anderson Kill & Olick, PC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Suite 2000
Staunton, VA 24401

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St., Suite 600
Jacksonville, FL 32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave.
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Avenue
New York, NY 10022

Mateer &Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Avenue
New York, NY 10019

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. Von Stange
825 Third Avenue
New York, NY 10022

Macey Wilensky Cohen Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Tow Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Avenue, 8th Floor
New York, NY 10016

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittingtin, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Avenue, 26th Floor
New York, NY 10167

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Suite 1800
Jacksonville, FL 32202

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscill aGrannis
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Rusell W. Milis, Krista P. Bates
15303 Dallas Parkway, Suite 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Tow Corporate Drive, Suite 648
Shelton, CT 06484-0861

Marrero Land and Improvement Association, ltd.
Attn: Vincent A. Vastola
5201 Westbank Expressway, Suite 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St.
Columbus, OH 43215-6197

Liebman, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
Green Bay, WI 54305-3200

Richard Blackstone Webber, II PA
Attn: Richard Blackstone Webber II
320 Maitland Avenue
Altamonte Springs, FL 32701

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Suite 700
San Mateo, CA 94402

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Avenue, Suite 1540
New York, NY 10169

FPL Law Department
Attn: Rachel S. Budke
700 Universe Blvd.
Juno Beach, FL 33408

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Lowndes, Drosdick, Doster, Kantor and Reed, PA
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800
Orlando, FL 32801

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Avenue
Tampa, FL 33601

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
Athens, Georgia 30603

Elena P. Lazarou, Esq.
599 Lexington Avenue, 27th Floor
New York, NY 10022

Richard Morrissey, Esquire
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10005

D.J. Baker, Esquire
Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Frank J. Wright, Esq.
600 Signature Place
14775 Preston Road
Dallas, TX 75254

Derek F. Meek, Esq.
Robert B. Rubin, Esq.
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Richard Whitney Ward, Esq.
2527 Fairmount Street
Dallas, TX 75024

James J. Niemeier, Esq.
McGrath, North, Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Sabrina L. Steusand, Esq.
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701

Jeffrey S. Margolin, Esq.
Hughes, Hubbard & reed
1 Battery Plaza
New York, NY 10004

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Neal M. Rosenbloom, Esq.
Finkel, Goldstein, Rosenbloom, Nash, LLP
26 Broadway, Suite 711
New York, NY 10004

Shawn Randall Fox, Esq.
McGuire Woods, LLP
1345 Avenue of the Americas
New York, NY 10128

Paul H. Deutch, Esq.
Jenkins & Gilchrist Parker Chapin, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Marc L. Hamroff, Esq.
400 Garden City Plaza
Garden City, NY 11530

Mark J. Friedman, Esq.
Susan S. Maher, Esq.
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Janice L. Duban, Esq.
DLA Piper Rudnick Gray Cary LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary LLP
1775 Wiehle Avenue
Suite 400
Reston, Virginia 20190

Paul S. Magy, Esq.
Terrance A. Hiller, Jr., Esq.
Matthew E Thompson, Esq.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131-5308

Arthur J. Spector, Esq.
Grace E. Robson, Esq.
Berger Singerman, P.A.
350 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301

Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

56361.000002 MIAMI 270064v3