# Exhibit D

# Store # 547

| | | | |
|---|---|---|---|
| Invoice Date: | November 10, 2005 | Amount: | $ 1,326.76 |
| | November 10, 2005 | | $ 1,825.00 |
| | November 10, 2005 | | <u>$27,533.00</u> |
| | | Total | $30,684.76 |

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 10, 2005

Winn-Dixie Montgomery, Inc. # 547
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA 70123

Oak Mountain Marketplace*
Pelham, AL
Re: 547 - Unit: 2244
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

Repairs & Maintenance 10/1/2005 - 10/31/2005           $1,326.76
Alliance Sign Group - Remove exterior signs, patch
holes, and dispose of sign

**REMITTANCE**   Payable To: The Barber Companies

| Amount Due | $1,326.76 |
|---|---|
| Amount Enclosed | |

Oak Mountain Marketplace*
Date: 11/10/2005
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242



**Alliance Sign Group, Inc.**
P.O. Box 660245
Birmingham, AL 35266
(205) 970-2122

# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2005 | 2344 |

**Bill To**

The Barber Companies
27 Inverness Center Pkwy.
Birmingham, AL 35242

**Ship To**

RECEIVED
OCT 3 1 2005
BY:_____

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| 30422 | Net 15 | RW | 10/21/2005 | Customer PickUp |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Installation | Removed "Winn Dixie" and other channel letters from the front of the Oak Mountain location - caulked all holes from letters | 1,260.00 | 1,260.00 |
| 1 | Installation | Disposal of "Winn Dixie" letters     *See TBR for total Amt.* | 66.76 | 66.76 |
|   |   | Sales Tax | 9.00% | 0.00 |

*7*
*5000*
*421*
*JS*

Thank you for your business.

Signature_____

| | |
|---|---|
| **Total** | $1,326.76 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,326.76 |

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 10, 2005

Winn-Dixie Montgomery, Inc. # 547
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA  70123

Oak Mountain Marketplace*
Pelham, AL
Re: 547 - Unit: 2244
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

| | |
|---|---|
| Repairs & Maintenance 10/1/2005 - 10/31/2005<br>Alliance Sign Group - Replace panels with white panels on pylon sign | $1,825.00 |

**REMITTANCE**   Payable To: The Barber Companies

| Amount Due | $1,825.00 |
|---|---|
| Amount Enclosed | |

Oak Mountain Marketplace*
Date: 11/10/2005
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL  35242



Alliance Sign Group, Inc.
P.O. Box 660245
Birmingham, AL 35266
(205) 970-2122

# Invoice

| Date | Invoice # |
|---|---|
| 11/17/2005 | 2376 |

**Bill To**

The Barber Companies
27 Inverness Center Pkwy.
Birmingham, AL 35242

**Ship To**

RECEIVED
NOV 2 1 2005
BY:_____

*Need 30532*

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| Amy Sneed | Net 15 | RW | 11/17/2005 | Customer PickUp |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Acrylic | Remove and dispose of old Winn Dixie sign faces and replace with white pan faces for Oak Mountain location | 1,825.00 | 1,825.00T |
|  |  | Sales Tax | 9.00% | 164.25 |

*7*
*5000*
*421*
*as*

Thank you for your business.

| | |
|---|---|
| **Total** | $1,989.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,989.25 |

Signature_____

*# 1825.00*

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 10, 2005

Winn-Dixie Montgomery, Inc. # 547
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA 70123

Oak Mountain Marketplace*
Pelham, AL
Re: 547 - Unit: 2244
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

Maintenance Service 10/1/2005 - 10/31/2005                                $27,533.00
Modern Quality Construction, Inc. - Repair floor
damage from removal of tenant's trade fixtures

**REMITTANCE**   Payable To: The Barber Companies

| Amount Due | $27,533.00 |
|---|---|
| Amount Enclosed | |

Oak Mountain Marketplace*
Date: 11/10/2005
ID: 0704210018
Name: Winn-Dixie Montgomery, Inc. # 547

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

MAR-12-1996  00:46                                                          P.06/09



# MODERN QUALITY CONSTRUCTION INC.
*152 West Valley Avenue  P.O. Box 26241  Birmingham, AL 35260*
*Office (205) 290-0388  Fax (205) 290-0348  Cellular (205) 369-2824*
*Scott Eichelberger*                                    *General Contractors*

## "PROPOSAL"

| | |
|---|---|
| Submitted to | : The Barber Companies |
| Street Address | : # 27 Inverness Parkway |
| City/State/Zip | : Birmingham, Alabama 35242 |
| Ph./ Fax/ Date | : (205) 995-9119 / (205) 995-1907 / 10-24-05 |
| Job Name | : Demolition & Concrete Repair |
| Job Location | : Oak Mountain Market Place |

We hereby submit specifications and estimates to supply labor, materials, worker compensation and general liability insurance to complete the following project:

We propose hereby to furnish labor and material-complete in accordance with attached specifications, for the sum: See Attached
Dollars & 00/100

With payments to be made as follows:
Terms to be agreed upon.

The undersigned agrees to be jointly and severally liable for any purchase made under this agreement. The undersigned, the company he represents and Modern Quality Construction will be governed by this agreement. If failure to pay according to this agreement causes this account to be assigned for collection, or should an action of law be instituted to enforce the agreement, the undersigned agrees to pay reasonable costs, attorney's fees and court cost. We certify that all the information on this form is correct. We fully understand your credit terms and agree to the proper payment in consideration of extended credit.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alterations or deviations from attached or above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Modern Quality Construction employees are fully covered by Workers Compensation insurance. Any unforeseen obstructions, rock, unsuitable soil, contaminated materials or buried utilities shall be located, removed, repaired or disposed of at the owner's expense.

**PROPOSAL GOOD FOR 60 DAYS**

**ACCEPTANCE OF PROPOSAL**  Authorized Purchaser X_____ Date_____

(It is the OWNER'S or the OWNER'S Tenants responsibility to move, secure, disconnect or relocate any office equipment such as computers, copiers, fax machines, printers, monitors, phone boards etc. M.Q.C. Inc. will take the time to cover with plastic and protect to the best of our ability any equipment left in place but we assume ABSOLUTELY NO RESPONSIBILITY for any damage occurring to any office equipment or HVAC equipment due to construction and or dust from construction to the OWNER'S or TENANT'S equipment on the premises. It will also be the OWNER'S responsibility to notify any tenant of the above mentioned requirements.)

**Authorized Contractor Representative X_____ Date_____**
Purchaser agrees to pay the full amount due within 30 days of invoice or a late charge of 1/12% per month (18% apr) will be applied.

CONCRETE*FOOTINGS*SLABS*METAL BUILDINGS*FRAMING*DRYWALL*SIDING*ROOFING*
*PAINTING*MAINTENANCE*TENANT READY SPACES*COMPLETE RENOVATIONS*
*CUSTOM MOLDINGS*

MAR-12-1996  00:47                                                                P.07/09



# MODERN QUALITY CONSTRUCTION INC.
*152 West Valley Avenue   P.O. Box 26241   Birmingham, AL 35260*
*Office (205) 290-0388   Fax (205) 290-0348   Cellular (205) 369-2824*
*Scott Eichelberger*                                           *General Contractors*

## SCOPE OF WORK AND JOB COST BREAKDOWN
## WINN DIXIE – OAK MOUNTAIN MARKET PLACE

1). GENERAL REQUIREMENTS:
A). Temporary Power. (By Owner)
B). Temporary Toilet. (By Owner)
C). Temporary Water. (By Owner)
D). Sewer Impact. **(Should be a credit due the landlord)**
E). Supervision.
F). Dumpster Rental.
G). Landfill Fees.
H). Daily Cleaning.
I). Equipment Rental.
J). Job Mobilization/De-Mobilization
K). Final Cleaning.
L). Permits.
M). License.
N). Automobile Insurance. (Included in line items)
O). Workers Compensation Insurance. (Included in line items)
P). General Liability Insurance. (Included in line items)
Q). Contractor Overhead and Profit Included in Line Items. (Included in line items)
R). No Architectural, Mechanical, Plumbing and Electrical Permit Drawings Quoted.
S). **No Performance and Payment Bond.**
T). Travel Expenses. -0-
**TOTAL GENERAL REQUIREMENTS. $ 1,920.00**

MAR-12-1996  00:47                                                    P.08/09



# MODERN QUALITY CONSTRUCTION INC.
*152 West Valley Avenue   P.O. Box 26241   Birmingham, AL 35260*
*Office (205) 290-0388   Fax (205) 290-0348   Cellular (205) 369-2824*
*Scott Eichelberger*                                      *General Contractors*

---

2). SITEWORK/DEMOLITION:
A). Saw cut and remove approximately 110 existing floor penetrations.
B). Remove electrical feeds and devices from floor area.
Dispose of debris according to city and county regulations.
   (No hazardous material removal 'IF ANY' quoted)
**TOTAL SITEWORK/DEMOLITION. $ 13,750.00**

3). CONCRETE:
A). Dowel existing slab and install 3000 psi ready mix concrete to approximately 110 - 12" x 12" x 4" cut-outs.
**TOTAL CONCRETE. $ 5,625.00**

4). MASONRY: NONE QUOTED

5). METALS: NONE QUOTED

6). WOOD AND PLASTICS: NONE QUOTED

7). THERMAL AND MOISTURE PROTECTION: NONE QUOTED

8). DOORS AND WINDOWS: NONE QUOTED

9). FINISHES: NONE QUOTED

10). SPECIALTIES: NONE QUOTED

11). EQUIPMENT: NONE QUOTED

12). FURNISHINGS: NONE QUOTED

13). SPECIAL CONSTRUCTION: NONE QUOTED

14). CONVEYING SYSTEMS/ELEVATORS: NONE QUOTED

15). MECHANICAL:
   PLUMBING:
A). Cap existing supply and drain lines below slab throughout interior of vacant store.
**TOTAL MECHANICAL. $ 4,950.00**

CONCRETE*FOOTINGS*SLABS*METAL BUILDINGS*FRAMING*DRYWALL*SIDING*ROOFING*
*PAINTING*MAINTENANCE*TENANT READY SPACES*COMPLETE RENOVATIONS*
*CUSTOM MOLDINGS*

MAR-12-1996  00:47                                                                                          P.09/09



# MODERN QUALITY CONSTRUCTION INC.
*152 West Valley Avenue   P.O. Box 26241   Birmingham, AL 35260*
*Office (205) 290-0388   Fax (205) 290-0348   Cellular (205) 369-2824*
*Scott Eichelberger*                                                                *General Contractors*

16). ELECTRICAL:
A). Re-work any necessary electrical affected by demolition.
**TOTAL ELECTRICAL. $ 1,288.00**

# TOTAL JOB COST. $ 27,533.00

CONCRETE*FOOTINGS*SLABS*METAL BUILDINGS*FRAMING*DRYWALL*SIDING*ROOFING*
*PAINTING*MAINTENANCE*TENANT READY SPACES*COMPLETE RENOVATIONS*
*CUSTOM MOLDINGS*

                                                                                                    TOTAL P.09