# Exhibit E

# Store # 575

| | | | |
|---|---|---|---|
| Invoice Date: | November 11, 2005 | Amount: | $ 500.00 |
| | November 11, 2005 | | $ 1,326.76 |
| | November 11, 2005 | | $ 175.00 |
| | November 11, 2005 | | $  125.00 |
| | | Total | $ 2,126.76 |

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL  35242

November 11, 2005

Winn Dixie #575
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA  70123

Village at Moody*
Moody, AL
Re: 575 - Unit: 2200
ID: 0704300022
Name: Winn Dixie #575

Repairs & Maintenance 10/1/2005 - 10/31/2005                                $500.00
Alliance Sign Group - Remove tenant's signage from
monument sign

**REMITTANCE**    Payable To: The Barber Companies

| Amount Due | $500.00 |
|---|---|
| Amount Enclosed | |

Village at Moody*
Date: 11/11/2005
ID: 0704300022
Name: Winn Dixie #575

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL  35242



**ALLIANCE SIGN GROUP**

Alliance Sign Group, Inc.
P.O. Box 660245
Birmingham, AL 35266
(205) 970-2122

# Invoice

| Date | Invoice # |
|---|---|
| 11/8/2005 | 2358 |

**Bill To**

The Barber Companies
27 Inverness Center Pkwy.
Birmingham, AL 35242

**Ship To**

RECEIVED
NOV 0 9 2005
BY:_____

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| 30531 | Net 15 | RW | 11/8/2005 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Labor | Paint over existing flex faces with block out white - Disconnect power to internal lights of Winn Dixie sign | 500.00 | 500.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $500.00 |

Signature_____

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 11, 2005

Winn Dixie #575
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA 70123

Village at Moody*
Moody, AL
Re: 575 - Unit: 2200
ID: 0704300022
Name: Winn Dixie #575

| | |
|---|---|
| Repairs & Maintenance 10/1/2005 - 10/31/2005<br>Alliance Sign Group - Remove tenant's signage from building exterior and dispose | $1,326.76 |

**REMITTANCE**  Payable To: The Barber Companies

| Amount Due | $1,326.76 |
|---|---|
| Amount Enclosed | |

Village at Moody*
Date: 11/11/2005
ID: 0704300022
Name: Winn Dixie #575

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242



**Alliance Sign Group, Inc.**
P.O. Box 660245
Birmingham, AL 35266
(205) 970-2122

# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2005 | 2343 |

**Bill To**

The Barber Companies
27 Inverness Center Pkwy.
Birmingham, AL 35242

**Ship To**

RECEIVED
OCT 3 1 2005
BY:_____

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| 30421 | Net 15 | RW | 10/14/2005 | Customer PickUp |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Installation | Removed "Winn Dixie" and other channel letters from the front of the Moody location - caulked all holes from letters | 1,260.00 | 1,260.00 |
| 1 | Installation | Disposal of "Winn Dixie" letters   *See TBR* | 66.67 | 66.67 |
|   |   | Sales Tax   *for total Amt.* | 9.00% | 0.00 |

*7*
*5000*
*430*
*05*

Thank you for your business.

| | |
|---|---|
| **Total** | $1,326.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,326.67 |

Signature _____

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 11, 2005

Winn Dixie #575
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA 70123

Village at Moody*
Moody, AL
Re: 575 - Unit: 2200
ID: 0704300022
Name: Winn Dixie #575

Repairs & Maintenance 10/1/2005 - 10/31/2005                                    $175.00
Falkner Plumbing Services, LLC - Repaired leak on hot
water line

**REMITTANCE**   Payable To: The Barber Companies

| Amount Due | $175.00 |
|---|---|
| Amount Enclosed | |

Village at Moody*
Date: 11/11/2005
ID: 0704300022
Name: Winn Dixie #575

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

10/25/2005 12:00 FAX 2058388811　　　FALKNER-PLUMBING　　　☒002/002

**FALKNER PLUMBING SERVICES, LLC**

948 Alton Parkway
Birmingham, Alabama 35210
Phone: 836-8100   Fax: 836-8811

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/25/2005 | 5004 |

| BILL TO |
|---|
| The Barber Companies |
| 27 Inverness Center Parkway |
| Birmingham, AL  35242 |

| TERMS |
|---|
| Net 10 Days |

| SERVICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/19/2005 | Repaired Leak on Hot Water Line<br><br>Location: WINN-DIXIE / MOODY<br><br>PO 30511 | 175.00 |

*We Appreciate Your Business*　　　**Total Due**　　$175.00

# INVOICE

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

November 11, 2005

Winn Dixie #575
Attn: Jay Archambault
600 Edwards Avenue
Harahan, LA 70123

Village at Moody*
Moody, AL
Re: 575 - Unit: 2200
ID: 0704300022
Name: Winn Dixie #575

Repairs & Maintenance 10/1/2005 - 10/31/2005                               $125.00
Falkner Plumbing Services, LLC - Unstopped toilets &
repaired leak on flush valve

**REMITTANCE**   Payable To: The Barber Companies

| Amount Due | $125.00 |
|---|---|
| Amount Enclosed | |

Village at Moody*
Date: 11/11/2005
ID: 0704300022
Name: Winn Dixie #575

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL 35242

# INVOICE

**FALKNER PLUMBING SERVICES, LLC**

948 Alton Parkway
Birmingham, Alabama 35210
Phone: 836-8100    Fax: 836-8511

| DATE | INVOICE # |
|---|---|
| 10/25/2005 | 5000 |

**BILL TO**

The Barber Companies
27 Inverness Center Parkway
Birmingham, AL  35242

| TERMS |
|---|
| Net 10 Days |

| SERVICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24/2005 | Repaired Leak on Flush Valve<br>Unstopped Toilets<br>Checked Lavatories for Leaks<br><br>Location: WINN-DIXIE / MOODY<br><br>P.O. #30485 | 125.00 |

*We Appreciate Your Business*

**Total Due    $125.00**