# Sarah H. Box

6211 Autlan Drive - Jacksonville, FL 32210
Telephone: (904) 771-4526

July 18, 2006

Clerk of the Bankruptcy Court
United states Bankruptcy Court
for the Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202-4242

Re:  **Winn-Dixie Stores, Inc.**
Case # 05-03817-3F1
**OBJECTION TO DISCLOSURE STATEMENT AND
PLAN OF REORGANIZATION**
By Stockholders: William W. Box - 12,895.964 shares (at 08/15/2003)
Sarah H. Box   - 12,895.964 shares (at 08/15/2003)

Dear Ladies and Gentlemen:

My husband and I began purchasing shares of the common stock of Winn-Dixie Stores, Inc. when we first moved to the Jacksonville community more than 35 years ago. We were very impressed with the standards Winn-Dixie Stores, Inc. set in giving their support to the entire community. Winn-Dixie was involved in the arts and education in Jacksonville. They were generous contributors to the area hospitals and numerous other philanthropic causes.

I remember well how proud my husband was when we had saved enough money to purchase those first shares of Winn-Dixie Stores, Inc. stock. We made the decision to invest in Winn-Dixie stock as our only retirement plan and we chose to reinvest our dividends as well. We confidently watched our meager investment grow over the years and as we could we purchased additional shares.

We continued to be loyal to Winn-Dixie even when the stores began to look run down and it seemed management was making bad decisions and had lost interest in the quality that the Davis brothers had been so careful to project. I cannot imagine that the Davis brothers could accept the lack of integrity and total abandonment of the very stockholders who helped make Winn-Dixie Stores, Inc. one of the most profitable and respected businesses in the South.

Letter to
Clerk of the Bankruptcy Court
July 18, 2006
Page 2
-------------------------------------------------

    It is my opinion that if the Board of Directors or the Bankruptcy Trustee is unable to make at least a gesture of settlement for the stockholders, then the best and most honorable move would be to sell the Winn-Dixie stores, its lands and other holdings and simply get out of the grocery business. The new company certainly does not deserve to keep the name Winn-Dixie under such conditions.

    Therefore, I hereby file my objection to any Plan of Reorganization which:

    A.    Allows the new company to operate under the name of Winn-Dixie.

    B.    That does not offer an equitable settlement to the shareholders of the Company.

    C.    That fails to penalize the Officers, Directors and other insiders for the sale of their personal stock of Winn-Dixie prior to the filing of Bankruptcy.

    D.    That provides any form of compensation or settlement, whether in cash or in stock, to the Officers, Directors and other insiders of Winn-Dixie.

    This whole process is a tragic loss and waste not only to the loyal stockholders but to the entire community as well as to all those future business people who so desperately need mentors in their generation.

    Sincerely,

    *Sarah H. Box*

    Sarah H. Box

SHB/mm

Copy to:

Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
e-mail: rgray@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
e-mail: cjackson@smithhulsey.com

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
e-mail: mbarr@milbank.com

Clerk of the Bankruptcy Court
United States Bankruptcy Court for the
Middle District of Florida
Jacksonville Division
Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne Prendergast
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

D. J. Baker
Skadden, Arps, Slate, Meagher & Glom LLP
Four Times Square
New York, NY 10036

Sally McDonald Henry
Skadden, Arps, Slate, Meagher & Glom LLP
Four Times Square
New York, NY 10036

Adam S. Ravin
Skadden, Arps, Slate, Meagher & Glom LLP
Four Times Square
New York, NY 10036

Karol Denniston