UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817 |
| Debtors. | (Jointly Administered) |

### LIMITED OBJECTION OF COMMERCIAL NET LEASE REALTY, INC. n/k/a NATIONAL RETAIL PROPERTIES, INC. TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

COMES NOW, COMMERCIAL NET LEASE REALTY, INC. n/k/a NATIONAL RETAIL PROPERTIES, INC. (NYSE Symbol "NNN" and hereinafter referred to as "NNN"), by and through its undersigned attorneys, and files this Limited Objection of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Limited Objection"), and states as follows:

### BACKGROUND

1. On June 30, 2006, Debtors filed Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion").

2. One of the leases which the Debtors moved to assume in the Motion is that certain lease of non-residential real property between the Debtor and NNN related to Store Number 480, located at 5750 Milgen Road, Columbus, Georgia (the "480 Lease").

1

3. On or about July 28, 2005, NNN (then known as Commercial Net Lease Realty, Inc.) filed claim number 8606 ("Claim 8606"), in the amount of $60,612.78, which represents pre-petition obligations of the Debtors to NNN.

4. On May 30, 2006, Debtors filed Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Twelfth Objection"), in which the Debtors sought *inter alia*, to reduce Claim 8606 from $60,612.78 to $53,383.70.

5. On or about June 19, 2006, NNN filed it's Response of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Response to Twelfth Objection") (Docket #8624).

6. The hearing on the Twelfth Objection and Response to Twelfth Objection was continued pursuant to an agreement between the Debtors and NNN, and said hearing has not been rescheduled as of the date of this Limited Objection.

## LIMITED OBJECTION

7. NNN objects to the Debtor's Cure Amount as to the 480 Lease as set forth in Exhibit B to the Motion (the "480 Lease Cure Amount"). The grounds for NNN's objection to the 480 Lease Cure Amount are identical to the grounds set forth in the Response to Twelfth Objection, and said grounds are incorporated herein by referenced as if fully set forth herein.

8. NNN reserves the right to object to any proposed assumption and assignment with respect to any proposed use of the premises which is inconsistent with the terms of 480 Lease as well as the issue of adequate assurance as provided in 11 U.S.C. Section 365(b)(1)(C).

WHEREFORE, for the foregoing reasons, NNN respectfully requests that the Court require, as a condition of any assumption or assignment of the 480 Lease that the amounts set

forth in Claim 8606 be promptly paid and that any assignee expressly assumes all of the obligations of the 480 Lease (including any accrued and unpaid amounts required to be paid under the 480 Lease) and, such other and further relief as the Court may deem just and proper.

*[signature]*
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
   & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for Commercial Net Lease Realty,
Inc. n/k/a National Retail Properties, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing Limited Objection of Commercial Net Lease Realty, Inc. n/k/a National Retail Properties, Inc. to Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief Has been served via the CM/ECF system, has been served via the CM/ECF system, and also via U.S. Mail, and email (if an email address is indicated in connection with a party on the service list) this 20 day of July, 2006, to those parties listed on the service list below.

*[signature]*
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036
Email: djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Email: cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801