UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors,
_____/

                                          Case No: 3-5-bk-3817
                                          Chapter 11
ELISA PROPER,                   Adv. No. 3:06-ap-00235-JAF

    Plaintiff,
_____/

vs.

WINN-DIXIE STORES, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    PLAINTIFF, ELISA PROPER, by and through her undersigned attorney hereby files this Notice of Voluntary Dismissal without Prejudice in the above-styled cause with the understanding that all statute of limitations are extended until 30 days after the lifting of the bankruptcy stay.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Facsimile (904-359-7712) and U.S. Mail this 20th day of July, 2006, to: David L. Gay, Esq., P.O. Box 53315, Jacksonville, Florida 32201-

3315 and Jennifer L. Marino, Esq., Fowler, White, et al., P.O. Box 1438, Tampa, Florida  33601.

*R. Stanley Gipe* (signature)

R. STANLEY GIPE, ESQUIRE
FBN: 0187607
PAPA & GIPE, P.A.
1724 Gulf to Bay Blvd.
Clearwater, FL  33755
Telephone: 727-461-4357
Facsimile: 727-443-3030
Attorneys for Plaintiff

/slr