**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.: 3:05-bk-03817-JAF

    Debtors.                                                          Chapter 11

                                                                    /        Jointly Administered

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Final Response of Milbank, Tweed, Hadley & McCloy LLP, to Fee Examiner's Final Report of Review and Analysis of First Interim Fee Application Submitted by Milbank, Tweed, Hadley & McCloy LLP for Interim Period March 1, 2005 Through and Including May 31, 2005.

Dated: July 20, 2006.                          AKERMAN SENTERFITT

                                                                By: */s/ Patrick P. Patangan*
                                                                 John B. Macdonald
                                                                 Florida Bar No.: 230340
                                                                 E-mail: john.macdonald@akerman.com
                                                                 Patrick P. Patangan
                                                                 Florida Bar No.: 348340
                                                                 E-mail: patrick.patangan@akerman.com
                                                                50 N. Laura St., Suite 2500
                                                                Jacksonville, FL 32202
                                                                Telephone: (904) 798-3700
                                                                Facsimile: (904) 798-3730

Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA283497;1}