## EXHIBIT G

### [Report Exhibit P – Travel Expenses]

### [See numbered attachment]

1. Travel expenses for D. Dunne includes:
   - $507.70 –     airfare from Dallas to New York
   - $557.70 –     airfare from New York to Dallas
   - $60.00 –     taxi fare to airport
   - $60.00 –     taxi fare from airport
   - $44.00 –     travel agent fee

2. Travel expense for D. Dunne-car service from Newark Airport to Scarsdale, NY

3. Travel expense for M. Barr- car service from Newark Airport to Short Hills, NJ

4. Travel expense for D. Dunne-car service from Scarsdale, NY to Newark Airport

5. Travel expense for D. Dunne
   - $1,116.00-     roundtrip airfare New York to Jacksonville, FL
   - $44.00-     travel agent fee

6. Travel expense for M. Barr
   - $1,116.00-     roundtrip airfare New York to Jacksonville, FL
   - $44.00-     travel agent fee

7. Travel expense for M. Barr-car service from Short Hills, NJ to Newark Airport

8. Travel expense for M. Barr-car service from 1 Chase Manhattan Plaza (Milbank) to Newark Airport

9. Meal expenses for M. Barr
   - 5/19/2005-     $6.41
   - 5/19/2005-     $16.63

10. Travel expense for M. Barr
    - $1,116.90-     roundtrip airfare from Newark, NJ to Jacksonville, FL
    - $171.76-     lodging (1 night, Jacksonville)
    - $35.00-     taxi/transportation
    - $44.00-     travel agent fee
    - $50.00-     taxi

11. Travel/expense for M. Barr-car service from Newark Airport to Short Hills, NJ

12. Travel/meal expense for L. Mandel
    5/30/2005-    $29.06
    5/31/2005-    $17.25
    5/31/2005-    $2.85

13. Travel expense for L. Mandel
    $1,094.59-    airfare Montreal to Jacksonville
    $141.25-      lodging
    $30.00-       taxi
    $35.00-       taxi
    $15.28-       telephone & fax
    $44.00-       travel agent fee
    $416.20-      airfare Jacksonville to New York
    $35.00-       taxi
    $30.00-       taxi
    $44.00-       travel agent fee

STUART MAUE

EXHIBIT P
Out-of-Town Travel Expenses
Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 03/08/05 | 8697 | 1,229.40 | | 1,229.40 | | TRAVEL COURT HEARING - DUNNE, DENNIS F. |
| 04/25/05 | 8697 | 142.17 | | 142.17 | U | CAB LOTUS:05175047/482033/2174 - 04/25/05 6:55PM FROM:NWK, 604 CONTINENTAL TO:WE,4 VALLEY ROAD SCARSDAL - DUNNE, DENNIS F. |
| 04/25/05 | 8972 | 131.89 | | 131.89 | U | CAB DIAL:996215/326797/270C - 04/25/05 20:32 FROM:NWK MEET& GREET N NJ 808 TO:SHORTHILLS NJ - LAFERRERA, KATHLEEN |
| 04/25/05 | 8697 | 138.82 | | 138.82 | U | CAB LOTUS:05185041/211878/2068 - 04/25/05 3:35AM FROM:WE,4 VALLEY ROAD SCARSDAL TO:NWK, - DUNNE DENNIS F. |
| 04/25/05 | 8697 | 1,160.90 | | 1,160.90 | U | TRAVEL COURT HEARING IN WINN-DIXIE IN JACKSONVILLE, FLO - DUNNE, DENNIS F. |
| 04/25/05 | 8972 | 1,160.90 | | 1,160.90 | | TRAVEL HEARING. - BARR, MATTHEW S. |
| 04/25/05 | 8972 | 105.37 | | 105.37 | U | CAB DIAL:996215/299533/031G - 04/25/05 05:31 FROM:SHORT HILLS R S NJ 530A TO:NWK AP - BARR, MATTHEW S. |
| 05/18/05 | 8972 | 80.85 | | 80.85 | | CAB DIAL:997518/434955/177C - 05/18/05 17:49 FROM:CHASE MANHATTAN 1 MH 530 TO:NWK AP - LAFERRERA, KATHLEEN |
| 05/18/05 | 8972 | 23.04 | | 23.04 | | MEALS COURT HEARING. - BARR, MATTHEW S. |
| 05/18/05 | 8972 | 1,417.66 | | 1,417.66 | | TRAVEL COURT HEARING. - BARR, MATTHEW S. |
| 05/19/05 | 8972 | 129.85 | | 129.85 | | CAB DIAL:997518/320538/097B - 05/19/05 19:37 FROM:NWK MEET& GREET N NJ 721 TO:SHORTHILLS NJ TERM C - LAFERRERA, KATHLEEN |
| 05/30/05 | 9723 | 49.16 | | 49.16 | | MEALS DEPOSITION - MANDEL, LENA |
| 05/30/05 | 9723 | 1,885.32 | | 1,885.32 | | TRAVEL DEPOSITION - MANDEL, LENA |
| | | $7,655.33 | | $7,655.33 | | |

EXHIBIT P PAGE 1 of 1

1

09-Mar-05
9:36 AM

## Milbank, Tweed, Hadley & McCloy LLP

### Travel Expense Voucher

Departure Date: 3/8/2005  Return Date: 3/8/2005

Page 1

TB0309092745

**Dennis Dunne**

Employee ID: 08697

| | |
|---|---|
| **Expense Type:** | Client Chargeable |
| **Matter:** | 38522.00900 |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS |

**Business Reason:**
Court hearing

| Receipt Date | Receipt Type | | | Receipt Amount | |
|---|---|---|---|---|---|
| 3/8/2005 | - Transportation | | | $507.70 | ✓ |
| | Mode: *Air* | From: *Dallas/ Ft. Worth* | To: *New York* | | |
| | - Transportation | | | $557.70 | ✓ |
| | Mode: *Air* | From: *New York* | To: *Dallas/Ft. Worth* | | |
| | - Taxis,Baggage,Tolls etc. | | | $60.00 | / |
| | Cab fare from Airport | | | | |
| | - Taxis,Baggage,Tolls etc. | | | $60.00 | / |
| | Cab to Airport | | | | |
| | - Miscellaneous | | | $44.00 | ✓ |
| | Travel Agent fee | | | | |
| | | | **Total Day:** | $1,229.40 | |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,229.40 |
| **Make check payable to:** Dunne, Dennis | **Petty Cash No:** | **Cash Advances:** | $0.00 |
| **Return check to:** Dunne, Dennis | | **Due Individual:** | $1,229.40 |
| **Special instructions:** | | **Due Firm:** | $0.00 |
| **Requestor Signature/Date:** | ..................... | | |
| **Final Approval Signature/Date:** | ..................... | | |

CPN    DOCUMENT NUMBER
0  005  1120661765  5
DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE

CPN    DOCUMENT NUMBER
0  001  1120661766  4
DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE

CPN    DOCUMENT NUMBER    CK
890  8103999199  6
DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE



## COWBOY CAB & RANGER CAB CO.

Fast Dependable Service ★ Time Calls Accepted

(214) 428-0202

1204 Powhattan
Dallas, Texas 75215

1306 Wall Street
Dallas, Texas 75215

CAB # _Cab to Airport_

FARE $ _____

DRIVER _____    DATE _$60.00_

3/8/05

*It has been a pleasure to serve you.*
*Thanks for riding with us.*



## American Airlines ● PASSENGER RECEIPT   American Airlines

07MAR05

PASSENGER NAME
DUNNE/DENNIS F

RECORD
LOCATOR    DFW
DBFBYU   EWR AA 1354 A 08MAR YUPMZ/



NOT VALID FOR TRAVEL

FARE    462.80USD
TAX     34.70US
TAX      3.20ZP
TAX      7.00XT
TOTAL  507.70USD
SELF-SERVICE CPN 2341138

breakfast

DUPLICATE

| Party of 1 DUNNE/DENNISF | Seats 3E/--- | | Ticket Number | Frequent Flyer |
|---|---|---|---|---|

are: 510.70    Tax: 47.00    Per Person: 557.70    e-Ticket Total: 557.70    Issue Date: 3/7/2005

This ticket shall expire one year from date of issue.

2

Voucher #482033

**A   482033**

| DEPT./EMPLOYEE NO. | CAR NO. | JOB NO. |
| 8697 | | 6864 |

NAME OF COMPANY: Milbank

NAME OF PASSENGER: D Dunne

FROM: Newark

TO FINAL DESTINATION: Scarsdale

DATE: 4/25/06

CLIENT NO. 38522   MATTER NO. 00400

REMARKS: Winn-Dixie Trip to Jacksonville

ORIG W/T: NY 775 15 M OFF

TOTAL W/T: WCG20

**LOTUS RIDE (718) 707-5000**
**Preferred Service (reservation only) (718) 707-5190**
**Limousines, Vans & Buses (718) 707-9100**

ONLINE RESERVATIONS — www.lotusride.com

Welcome Clytie Whiteman / Milbank, Tweed,hadley & Mccloy

# Online Billing Inquiry

### 11:22:13 AM  Eastern Standard Time 3/16/2006

## Your Requested Voucher Detail

| | | | |
|---|---|---|---|
| **Voucher No:** | | 482033 | |
| **Invoice No:** | | 175047 | |
| **Invoice Date:** | | 4/29/2005 | |
| **Car No:** | | 2174 | |
| **Passenger:** | | DUNNE,DENNIS F. | |
| **Pick Up Date:** | | 4/25/2005 | |
| **Pick Up Time:** | | 18:55 | |
| **Pick Up Address:** | | NWK, 604 CONTINENTAL | |
| **Destination:** | | SCARSDALE | |
| **CLIENT #** | | 38522 | |
| **MATTER #** | | 00400 | |
| **VIP #** | | 8697 | |
| Base Rate: | $126.00 | Tolls: | $13.20 |
| Parking: | $0.00 | Wait Amount: | $8.25 |
| Stop Amount: | $0.00 | Stop/Wait Amount: | $0.00 |
| Package Amount: | $0.00 | Phone Amount: | $0.00 |
| Service Fee: | $2.00 | Miscellaneous: | $0.00 |
| Tips: | $0.00 | | |
| **Gross:** | | $149.45 | |
| **Discount:** | | $10.07 | |
| **Net:** | | $142.17 | |
| **Comment** | | CELL 917-846-3120 | |

## ALL VEHICLES ARE INDEPENDENTLY OWNED AND OPERATED

Back to Main Menu   Back to Voucher Inquiry

Copyright© 2006 Aleph Computer Systems, Inc., All rights reserved.

3

Job #:197862 On Date:4/25/05 Car:270C Ticket:A1326797

**AUTH BY** _M. Ibank_

**FARE #** 1 9 7 8 6 2

(NAME OF COMPANY) _M. Birn_

(NAME OF PASSENGER)

**FROM** _Newark Airport_

**TO** _Shat Patho US_

| Client No. | Matter No. | Employee No. |
|---|---|---|

☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package

**DIAL CAR**
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
**(718) 743-8200**
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

**ACCOUNT NO.**    **DEPT. NO.**

**CAR NO.** _270C_

**PICK-UP TIME** _8:32_  A.M. P.M.

**DATE** _4/25_

**ACTUAL PICK-UP TIME**

**STOPS**
1
2
3
4
5
6

_270C_

_M 18369_

_RES1_

**LA** 1326797

For Office Use Only

PRICE

S.C.

A.S.

**Orig. W.T.** _24 min_

STOPS W.T.

**PHONE CALLS**

**TOLLS** _6.00_

**MISC.** _PARK. $6.00_

GRATUITY

TOTAL

_J418-J566_

**OVER** ☐

Fare:$87.30 SC:$8.00 AS:$.00 Wait:$12.00 NYSSC:$2.59
Tolls:$12.00  Misc:$10.00  Phone:$.00  Total:$131.89

4

DEPT./EMPLOYEE NO. **8697**   CAR NO.   JOB NO. **56659**   **A 211878**

| | | | | | |
|---|---|---|---|---|---|
| NAME OF COMPANY **M. Ibanle** | | DATE **4/25/06** | DISPATCH TIME **500** | TIME OF PAU AM PM | BEG. TIME AM PM |
| | | VIP NO. | | | ORIGINAL COPY |

NAME OF PASSENGER **D. Dunne**   Passenger Initials   CLIENT NO. **38358**   MATTER NO. **00800**   FLAT RATE **122**

| FROM ☐ OTHER | Zip Code | Zone | Orig W/T | PROJECT CODE | |
| **Scandal** | | **9070** | | | STOPS CHARGE |
| Check if not enroute ☐ | Zip Code | Zone | W/T | SHORT TITLE | TOT. WT CHARGE |
| | | | | | WAITING **12** |
| Check if not enroute ☐ | Zip Code | Zone | W/T | REMARKS **W-0 HMG** | |
| | | | | | TIPS |
| Check if not enroute ☐ | Zip Code | Zone | W/T | | PKG. **6** |
| TO FINAL DESTINATION **Newark Airport** | Zip Code | Zone | TOTAL W/T **7.15** | Telephone Time   Initials | OTHER |
| | | | | Authorized Signature | NYS/NJ SURCHG. |
| | | | | Passenger Signature | TOTAL |

**LOTUS RIDE (718) 707-5000**
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

FOR ONLINE RESERVATIONS - www.lotusride.com

Welcome Clytie Whiteman / Milbank, Tweed,hadley & Mccloy

# Online Billing Inquiry

### 11:21:44 AM  Eastern Standard Time 3/16/2006

## Your Requested Voucher Detail

| Voucher No: | | 211878 | |
|---|---|---|---|
| Invoice No: | | 185041 | |
| Invoice Date: | | 5/6/2005 | |
| Car No: | | 2068 | |
| Passenger: | | DUNNE,DENNIS F. | |
| Pick Up Date: | | 4/25/2005 | |
| Pick Up Time: | | 03:35 | |
| Pick Up Address: | | ' SCARSDAL | |
| Destination: | | NWK, | |
| CLIENT # | | 38358 | |
| MATTER # | | 00800 | |
| VIP # | | 8697 | |
| Base Rate: | $132.00 | Tolls: | $12.00 |
| Parking: | $0.00 | Wait Amount: | $0.00 |
| Stop Amount: | $0.00 | Stop/Wait Amount: | $0.00 |
| Package Amount: | $0.00 | Phone Amount: | $0.00 |
| Service Fee: | $2.00 | Miscellaneous: | $0.00 |
| Tips: | $0.00 | | |
| Gross: | | $146.00 | |
| Discount: | | $9.90 | |
| Net: | | $138.82 | |
| Comment | | | |

## ALL VEHICLES ARE INDEPENDENTLY OWNED AND OPERATED

Back to Main Menu   Back to Voucher Inquiry

Copyright© 2006 Aleph Computer Systems, Inc., All rights reserved.

5

26-Apr-05                    **Milbank, Tweed, Hadley & McCloy LLP**                    *Page 1*
9:51 AM                                                                                JH0426095022
                              Travel Expense Voucher                                   **Dennis Dunne**
                    Departure Date:  4/25/200  Return Date: 4/25/2005                  Employee ID:  08697

| | | |
|---|---|---|
| Expense Type: | Client Chargeable | **Business Reason:** |
| Matter: | 38522.00900 | Court Hearing in Winn-Dixie in Jacksonville, Florida |
| Short Title: | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 4/25/2005 | - Transportation | | | $1,116.90 |
| | Mode: *Air* | From: *NYC* | To: *Jacksonville, Fl* | |
| | - Miscellaneous | | | $44.00 |
| | *Travel agent fee* | | | |
| | | | **Total Day:** | $1,160.90 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,160.90 |
| Make check payable to: Dunne, Dennis | Petty Cash No: | **Cash Advances:** | $0.00 |
| Return check to: Dunne, Dennis | | **Due Individual:** | $1,160.90 |
| Special instructions: | | **Due Firm:** | $0.00 |
| Requestor Signature/Date: | | | |
| Final Approval Signature/Date: | | | |

RECEIVED
05 APR 29 AM 10: 54
ACCOUNTING



6

26-Apr-05
10:39 AM

## Milbank, Tweed, Hadley & McCloy LLP

### Travel Expense Voucher

Departure Date: 4/25/200  Return Date: 4/25/2005

**Page 1**

JT0426103822

**Matthew Barr**

Employee ID: 08972

| | | | |
|---|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** | |
| **Matter:** | 38522.00900 | Hearing. | |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 4/25/2005 | - Transportation | | | $1,116.90 |
| | Mode: *Air* | From: *Newark* | To: *Jacksonville, FL* | |
| | - Miscellaneous | | | $44.00 |
| | *Travel Dept. Service fee* | | | |
| | | | **Total Day:** | **$1,160.90** |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | **$1,160.90** |
| Make check payable to: Barr, Matthew | Petty Cash No: | **Cash Advances:** | **$0.00** |
| Return check to:  Barr, Matthew | | **Due Individual:** | **$1,160.90** |
| Special instructions: | | **Due Firm:** | **$0.00** |
| Requestor Signature/Date: | | | |
| Final Approval Signature/Date: | | | |

RECEIVED
05 APR 26 PH 3:10
ACCOUNTING



Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

Program of Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

SALES PERSON: G0     ITINERARY/INVOICE NO. 0001401     DATE: 22 APR 05
                                        PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    MATTHEW BARR 5652

FOR: BARR/MATTHEW        REF: 08972-38522-00900

---

```
25 APR 05  - MONDAY
   AIR    CONTINENTAL AIRLINES FLT:2896    COACH            SNACK
          OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
          LV NEWARK                 635A             EQP: EMBRAER 145 JET
          DEPART: TERMINAL C                         02HR 28MIN
          AR JACKSONVILLE    FL     903A             NON-STOP
          BARR/MATTHEW       SEAT- 6A  CO-TP650702   VEGETARIAN
   AIR    CONTINENTAL AIRLINES FLT:3208    COACH
          OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
          LV JACKSONVILLE    FL     155P             EQP: EMBRAER 145 JET
                                                     02HR 17MIN
          AR NEWARK                 412P             NON-STOP
          ARRIVE: TERMINAL C
          BARR/MATTHEW       SEAT- 2A  CO-TP650702   VEGETARIAN

22 OCT 05  - SATURDAY
   OTHER INFORMATION
MCO
                          BILLED TO                        44.00*

AIR TICKET                BARR MATTHEW
ELEC TKT                                               1,116.90*
                                                  ----------------
                          TOTAL BASE                   1,065.40
                          TOTAL TAX                        95.50
                          NET CC BILLING               1,160.90*
                                                  ----------------
                          TOTAL AMOUNT DUE                  0.00
```

CONTINUED ON PAGE 2

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: G0       ITINERARY/INVOICE NO. 0001401       DATE: 22 APR 05
CUSTOMER NBR:                                PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    MATTHEW BARR 5652

FOR: BARR/MATTHEW

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-530P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*





7

⑦

**Invoice Attachment  --**                    SubAccount:    Date:5/11/05    Invoice #:996215    Page

ob #:197119 On Date:4/25/05 Car:31G Ticket:A1299533

| AUTH- BY: | | FARE # | | CAR NO: | 31G | **LA**1299533 |
|---|---|---|---|---|---|---|
| Milburn | 1 9 7 1 1 9 | | PICK-UP TIME | 6:30 A.M. P.M. | *For Office Use Only* |
| (NAME OF COMPANY) | | | DATE 04.25.05 | | PRICE |
| Ms. Barr (NAME OF PASSENGER) | | | | | S.C. |
| FROM Short Hills NJ | ACTUAL PICK-UP TIME | | INT | A.S. |
| TO Newark Airport | STOPS 1 | | '31 | Orig. W.T. |
| | 2 | 037 | STOPS W.T. |
| Client No. 1 3 1 5 4 2 | Matter No. 0 0 8 6 | Employee No. 8 1 4 0 2 | 3 | | PHONE CALLS |
| ☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package | | 4 | | TOLLS 8 — |
| **DIAL CAR** www.dialcar.com 2104 AVENUE X, BROOKLYN, NY 11235 **(718) 743-8200** WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743 | 5 | | MISC. |
| | 6 | | GRATUITY |
| ACCOUNT NO. | DEPT. NO. | NJ 566 - NWK IA/AJ | | TOTAL |
| | | OVER ☐ | |

are:$87.30 SC:$8.00 AS:$.00 Wait:$.00 NYSSC:$2.07
olls:$8.00  Misc:$.00  Phone:$.00  Total:$105.37

8



b #:40109 On Date:5/18/05 Car:177C Ticket:A1434955

| AUTH. BY | | FARE # | CAR NO: 177 | LA 1434955 |
|---|---|---|---|---|
| MILBANK 40109 | | | PICK-UP TIME 5:30 A.M. P.M. | For Office Use Only |
| (NAME OF COMPANY) | | | DATE 5-18 | PRICE |
| (NAME OF PASSENGER) | | ACTUAL PICK-UP TIME 5-51 | | S.C. |
| FROM | | | | A.S. |
| TO | | STOPS 1 | | Orig. W.T. 12.00 |
| Client No. 3715717 | Matter No. 01909 | Employee No. 0217R | | STOPS W.T. |
| ☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package | | 3 177 Rug | | PHONE CALLS |
| DIAL CAR | | 242 | | TOLLS 6.00 |
| www.dialcar.com | | 5 | | MISC. |
| 2104 AVENUE X, BROOKLYN, NY 11235 | | 6 | | GRATUITY |
| (718) 743-8200 WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743 | | | | |
| ACCOUNT NO. | DEPT. NO. | M1- NJ 418 | | TOTAL |
| | | OVER ☐ | | |

re:$56.26 SC:$5.00 AS:$.00 Wait:$12.00 NYSSC:$1.59
lls:$6.00  Misc:$.00  Phone:$.00  Total:$80.85

9

20-May-05
10:46 AM

**Milbank, Tweed, Hadley & McCloy LLP**

*Page 1*

JT0520102722

**Travel Expense Voucher**

**Matthew Barr**

Departure Date: 5/18/200  Return Date: 5/19/2005

Employee ID: 08972

| | | | |
|---|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** | |
| **Matter:** | 38522.00900 | Court hearing. | |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 5/18/2005 | - Transportation | | | $1,118.90 |
| | Mode: *Air* | From: *Newark* | To: *Jacksonville, FL* | |
| | - Lodging | | | $171.76 |
| | Hotel: *Omni Hotels* | City: *Jacksonville, FL* | Days: *0* | |
| | - Taxis, Baggage, Tolls etc. | | | $35.00 |
| | - Miscellaneous | | | $44.00 |
| | *Travel Dept. service fee* | | | |
| | | | Total Day: | $1,367.66 |
| 5/19/2005 | - Meals | | | $6.41 |
| | - Meals | | | $16.63 |
| | *(room service $16.63)* | | | |
| | - Taxis, Baggage, Tolls etc. | | | $50.00 |
| | | | Total Day: | $73.04 |

| | | |
|---|---|---|
| | **Total Voucher:** | $1,440.70 |
| Make check payable to: Barr, Matthew | **Cash Advances:** | $0.00 |
| Petty Cash No: | **Due Individual:** | $1,440.70 |
| Return check to: Barr, Matthew | **Due Firm:** | $0.00 |
| Special Instructions: | | |
| Requestor Signature/Date: | | |
| Final Approval Signature/Date: | | |

RECEIVED 05 MAY 23 PH 1:27 ACCOUNTING

# OMNI 🌸 HOTELS

**OMNI JACKSONVILLE HOTEL**
**245 WATER STREET**
**JACKSONVILLE    FL    32202**
**Tele- 904-355-6664        Fax- 904-791-4812**

**BARR, MATTHEW**
**RADIUS**

**Room Number:** 1633
**Daily Rate:** 152
**Room Type:** KNSTE
**No. of Guests:** 1 / 0

| | | | | |
|---|---|---|---|---|
| 05/18/05 | 05/19/05 | | WOOD | CONS |

| | | | | |
|---|---|---|---|---|
| 05/18/05 | 1633 | ROOM CHARGE | #1633 BARR, MATTHEW | $152.00 |
| 05/18/05 | 1633 | OCCUPANCY TAX | OCCUPANCY TAX | $19.76 |
| 05/19/05 | 1633 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($171.76) |
| 05/19/05 | 1633 | ROOM SERVICE | 1633/8926/09:01/ROOM SERVICE | ($16.53) |
| 05/19/05 | 1633 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($19.03) |

**CREDIT DUE:**            $-0.00

ASH  3-6663

```
       HMS HOST SBARROS
  JACKSONVILLE INT'L AIRPORT

9131 Quincy
-----------------------------
8231 MAY19'05  4:16PM
-----------------------------

  1 CHEESE SLICE      2.99
  1 BTL WATER         2.99
    Cash             20.00

    Subtotal          5.98
    Tax               0.43
    Amt Paid          6.41
    Change Due       13.59
```

10

20-May-05
10:46 AM

# Milbank, Tweed, Hadley & McCloy LLP

### Travel Expense Voucher

Departure Date:  5/18/200  Return Date:  5/19/2005

*Page 1*

JT0520102722

**Matthew Barr**
Employee ID:  08972

| | |
|---|---|
| **Expense Type:** Client Chargeable | **Business Reason:** |
| **Matter:** 38522.00900 | Court hearing. |
| **Short Title:** WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 5/18/2005 | - Transportation | | | $1,116.90 |
| | Mode: *Air* | From: *Newark* | To: *Jacksonville, FL* | |
| | - Lodging | | | $171.76 |
| | Hotel: *Omni Hotels* | City: *Jacksonville, FL* | Days: *0* | |
| | - Taxis, Baggage, Tolls etc. | | | $35.00 |
| | - Miscellaneous | | | $44.00 |
| | *Travel Dept. service fee* | | | |
| | | | **Total Day:** | $1,367.66 |
| 5/19/2005 | - Meals | | | $6.41 |
| | - Meals | | | $16.63 |
| | *(room service $16.63)* | | | |
| | - Taxis, Baggage, Tolls etc. | | | $50.00 |
| | | | **Total Day:** | $73.04 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,440.70 |
| Make check payable to: Barr, Matthew | Petty Cash No: | **Cash Advances:** | $0.00 |
| Return check to:  Barr, Matthew | | **Due Individual:** | $1,440.70 |
| Special instructions: | | **Due Firm:** | $0.00 |
| Requestor Signature/Date: | | | |
| Final Approval Signature/Date: | | | |

RECEIVED
05 MAY 23  PM 1:27
ACCOUNTING



**Milbank Tweed**
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday 7830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3      ITINERARY/INVOICE NO. 0001570      DATE: 18 MAY 05
PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
MATTHEW BARR 5652

FOR: BARR/MATTHEW

---

```
          ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
          CONTINENTAL CONFIRMATION CODE IS
18 MAY 05  -  WEDNESDAY
   AIR    CONTINENTAL AIRLINES FLT:2737   COACH
          OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
          LV NEWARK            725P              EQP: EMBRAER 145 JET
          DEPART: TERMINAL C                     02HR 28MIN
          AR JACKSONVILLE    FL    953P          NON-STOP

          BARR/MATTHEW      SEAT-11A     CO-TP650702     VEGETARIAN
          NO AISLE SEATING CURRENTLY AVAILABLE
   HOTEL JACKSONVILLE    FL          OUT-19MAY   CORP ID-C1000852
          OMNI HOTELS                  1 NIGHT
          OMNI JACKSONVILLE HOTEL      1 ROOM
          245 WATER STREET             RATE-152.00USD PER NIGHT
          JACKSONVILLE FL 32202        CANCEL BY 12P DAY OF ARRIVAL
          FONE 904-355-6664
          FAX  904-791-4812
          GUARANTEED LATE ARRIVAL

          REQ NSRM KING BED
          NO AISLE SEATING CURRENTLY AVAILABLE

19 MAY 05  -  THURSDAY
   AIR    CONTINENTAL AIRLINES FLT:604   BUSINESS     DINNER
          LV JACKSONVILLE    FL    510P         EQP: BOEING 737 500
                                                02HR 30MIN
          AR NEWARK                740P         NON-STOP
          ARRIVE: TERMINAL C
          BARR/MATTHEW      SEAT- 2F            VEGETARIAN

16 NOV 05  -  WEDNESDAY
   OTHER INFORMATION

                                                    44.00*

AIR TICKET            BARR MATTHEW
ELEC TKT                                          1,116.90*
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday 830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3     ITINERARY/INVOICE NO. 0001570     DATE: 18 MAY 05
CUSTOMER NBR:                                          PAGE: 02

```
TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    MATTHEW BARR 5652
```

FOR: BARR/MATTHEW

---

```
16 NOV 05  -  WEDNESDAY
                              --------------
                   TOTAL BASE     1,065.40
                   TOTAL TAX         95.50
                   NET CC BILLING 1,160.90*
                              --------------
                TOTAL AMOUNT DUE        0.00
```

```
GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-530P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE

HU*
```

# OMNI ✿ HOTELS

**OMNI JACKSONVILLE HOTEL**
**245 WATER STREET**
**JACKSONVILLE    FL    32202**
**Tele- 904-355-6664      Fax- 904-791-4812**

**Room Number:** 1633
**Daily Rate:** 152
**Room Type:** KNSTE
**No. of Guests:** 1 / 0

BARR, MATTHEW
RADIUS

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|---|
| 05/18/05 | 05/19/05 | | | WOOD | CONS | 10050563 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 05/18/05 | 1633 | ROOM CHARGE | #1633 BARR, MATTHEW | ($152.00) |
| 05/18/05 | 1633 | OCCUPANCY TAX | OCCUPANCY TAX | ($19.76) |
| 05/19/05 | 1633 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($171.76) |
| 05/19/05 | 1633 | ROOM SERVICE | 1633/8926/09:01/ROOM SERVICE | ($16.63) |
| 05/19/05 | 1633 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($19.03) |

**CREDIT DUE:**          $-0.00

ASH   3-6563



PASSENGER TICKET AND BAGGAGE CHECK    08972-38522-00900    A24370    0001570 AS3

MISCELLANEOUS CHARGES ORDER

A·R·C    PASSENGER RECEIPT

TRAVEL    NEW YORK    NYUS18MAY05    7 0011

MISCELLANEOUS CHARGES ORDER

NOT VALID FOR TRAVEL

0.00    37078636626    890 8106996704 6    8901 A33527454

44.00

PASSENGER TICKET AND BAGGAGE CHECK    08972-38522-00900    A24370    0001570 AS3

PASSENGER RECEIPT

A·R·C    AIRLINES XXXXX

TRAVEL    NEW YORK    NY US18MAY05    A33527454    BARR/MATTHEW

THIS IS YOUR RECEIPT    8N69XGO    JAX CO2737 Y 18MAYD1
EWR CO604 D 19MAYD1

FCEWR CO JAX51
ZPEWRJAX XT5

XFEWR3JAX4.5

76.60    37078636615    0 005 1136587998 6    NOT VALID FOR TRAVEL

ZP    6.40    0 005 1136587998 6
A33527454

USD 1116.80

---

**Continental Airlines**

BARR MATTHEW
THU 19 MAY 2005    126

CO 604 D

C-7    Seat: 2F

Jacksonville    5:10 PM
Newark-Liberty Intl    7:40 PM
Time: 4:35 PM

eTicket 0051    986

---

**Continental Airlines**

Name:    BARR/MATTHEW
Date:    WED 18 MAY 2005    38
OneP.
Milea
Flight:    CO 2737 Y

Gate: 103A    Seat: 11A

Depart:    Newark-Liberty Intl    7:25 PM
Arrive:    Jacksonville    9:53 P
Board Time: 6:50 PM

Taxi Fare

| EXPIRATION | DATE | | | | | 35 | 0 |
|---|---|---|---|---|---|---|---|
| DATE 05-18-05 | | AUTHORIZATION | | | SUB TOTAL | | |
| REFERENCE NO. | | | | SERVER | TAX | | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | | | RES./DEPT | CLERK | TIP | | |
| VISA MasterCard | | | | | MISC | | 35 |

SALES SLIP COPY

MATTHEW BARR

SIGN HERE

X

The Issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

RETAIN THIS COPY FOR YOUR RECORDS

DEAN LEE

04/06                    04

MATTHEW BARR

SONVILL
STATION

| EXPIRATION | | | | | | $50 | 00 |
|---|---|---|---|---|---|---|---|
| CHECKED | | | | | | | |
| DATE 5-19-05 | | AUTHORIZATION 567210 | | | SUB TOTAL | | |
| REFERENCE NO. | | | | SERVER | TAX | | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | | | RES./DEPT | CLERK | TIP MISC | | |
| VISA MasterCard | | | | - | TOTAL | $50 | 00 |

SALES SLIP COPY

SIGN HERE

X

The Issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

RETAIN THIS COPY FOR YOUR RECORDS

11

(11)

ob #:42700 On Date:5/19/05 Car:97B

**AUTH. BY** ~

**FARE #**

**CAR NO:** 97

**LA** 1320538

_MILBANK_

**(NAME OF COMPANY)**

| 4 | 2 | 7 | 0 | 0 |

**PICK-UP TIME** 2ᴵ  **A.M. / P.M.**

**For Office Use Only**

_NYMEYOR_

**(NAME OF PASSENGER)**

**DATE** 05-19

**PRICE**

**FROM** _Newark Airport_

**ACTUAL PICK-UP TIME** 36

**INT**

**S.C.**

**TO** _Shopthills NS_

**STOPS**
1

**A.S.**

**Orig. W.T.** 16 MIN

| Client No. | Matter No. | Employee No. |
|---|---|---|
| PKB 122 | 9410 b | BM 172 |

2

**STOPS W.T.**

☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package

3 V.I.P. #1010

**PHONE CALLS**

**TOLLS** $ 8 ∞

## DIAL CAR
**www.dialcar.com**
2104 AVENUE X, BROOKLYN, NY 11235
**(718) 743-8200**
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

4

5 NYC   Roe

6

**MISC** PARK 6 ∞

**GRATUITY**

**ACCOUNT NO.**   **DEPT. NO.**   NS-418 - NS-566

**TOTAL**

**OVER** ☐

Fare:$87.30 SC:$8.00 AS:$.00 Wait:$8.00 NYSSC:$2.55
Tolls:$14.00 Misc:$10.00 Phone:$.00 Total:$129.85

12



01-Jun-05
3:36 PM

# Milbank, Tweed, Hadley & McCloy LLP
## Travel Expense Voucher
### Departure Date: 5/30/200  Return Date: 5/31/2005

Page 1

TB0601140242

**Lena Mandel**
Employee ID: 09723

| | | | |
|---|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** | |
| **Matter:** | 38522.01400 | Deposition | |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- EMPLOYEE ISSUES | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 5/30/2005 | - Transportation | | | $1,094.59 |
| | Mode: *Air* | From: *Montreal* | To: *Jacksonville* | |
| | - Lodging | | | $141.25 |
| | Hotel: *Omni Hotel* | City: *Jacksonville* | Days: *0* | |
| | - Meals | | | $29.06 |
| | *dinner* | | | |
| | - Taxis,Baggage,Tolls etc. | | | $30.00 |
| | - Taxis,Baggage,Tolls etc. | | | $35.00 |
| | - Telephone,Telegrams & Cables | | | $15.28 |
| | *Telephone & faxes* | | | |
| | - Miscellaneous | | | $44.00 |
| | *Travel agent fee* | | | |
| | | | **Total Day:** | $1,389.18 |
| 5/31/2005 | - Transportation | | | $416.20 |
| | Mode: *Air* | From: *Jacksonville* | To: *New York* | |
| | - Meals | | | $17.25 |
| | - Meals | | | $2.85 |
| | - Taxis,Baggage,Tolls etc. | | | $35.00 |
| | - Taxis,Baggage,Tolls etc. | | | $30.00 |
| | - Miscellaneous | | | $44.00 |
| | *Travel Agent fee* | | | |
| | | | **Total Day:** | $545.30 |

*Our rate ~ 1.2552*

| | | |
|---|---|---|
| Make check payable to: Mandel, Lena | Petty Cash No: | |
| Return check to: Mandel, Lena | **Total Voucher:** | $1,934.48 |
| Special instructions: | **Cash Advances:** | $0.00 |
| Requestor Signature/Date: | **Due Individual:** | $1,934.48 |
| Final Approval Signature/Date: | **Due Firm:** | $0.00 |

ACCOUNTING
05 JUN -6 AM 8:58
RECEIVED

5643

# OMNI ❧ HOTELS

**OMNI JACKSONVILLE HOTEL**
**245 WATER STREET**
**JACKSONVILLE    FL    32202**
**Tele- 904-355-6664    Fax- 904-791-4812**

MANDEL, LENA
RADIUS

**Room Number:** 1031
**Daily Rate:** 125
**Room Type:** KN
**No. of Guests:** 1 / 0

| ARRIV. | DEPARTURE | CHECK/CAT | | RATE/COD | |
|---|---|---|---|---|---|
| 05/30/05 | 05/31/05 | | | WOOD | CONS |

| DATE | ROOM | DESCRIPTION | REFERRAL | |
|---|---|---|---|---|
| 05/30/05 | 1031 | LONG DISTANCE | 1031/22:50/3/5142788722 | $13.29 |
| 05/30/05 | 1031 | FL TELECOMMUNICATIONS TAX | FL TELECOMMUNICATIONS TAX | $1.99 |
| 05/30/05 | 1031 | ROOM CHARGE | #1031 MANDEL, LENA | $125.00 |
| 05/30/05 | 1031 | OCCUPANCY TAX | OCCUPANCY TAX | $16.25 |
| 05/31/05 | 1031 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($156.53) |
| 05/31/05 | 1031 | ROOM SERVICE | 1031/9574/08:48/ROOM SERVICE | $11.06 |
| 05/31/05 | 1031 | HONOR BAR | HONOR BAR | $15.00 |
| 05/31/05 | 1031 | HONOR BAR SERVICE CHARGE | HONOR BAR SERVICE CHARGE | $3.00 |
| 05/31/05 | 1031 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($29.06) |

**TOTAL DUE:**          $0.00

```
          HMSHost Starbucks B
       CVG-Cincinnati Very Good
            859-767-7891

3394 Alicia
----------------------------------
CHK 3122 MAY30'05  7:16PM
----------------------------------

   1 T/1# LATTE            2.69
       T/1# NO SYRUP

     Subtotal             2.69
     Tax                  0.16
     Amt Tendered       2.85
     Cash                 5.00
     Change Due           2.15
```

```
         JULIETTE'S RESTAURANT
     OMNI JACKSONVILLE HOTEL
           645 WATER STREET
     JACKSONVILLE, FL  32202
           (904) 355-6664
TRANS:      6168
TABLE:      3 / 1
SERVER:     103 MIRO
DATE:       MAY31'05  2:03PM
CARD TYPE:
ACCT #:
EXP DATE:
AUTH CODE:
RESEARCH:
                 L MANDEL

SUBTOTAL:        15.25

GRATUITY         2  00

TOTAL            17.25
```

13

⑬

01-Jun-05
3:36 PM

**Milbank, Tweed, Hadley & McCloy LLP**
**Travel Expense Voucher**
Departure Date:  5/30/200  Return Date:  5/31/2005

*Page 1*
TB0601140242
**Lena Mandel**
Employee ID:  09723

| | | | |
|---|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** | |
| **Matter:** | 38522.01400 | Deposition | |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- EMPLOYEE ISSUES | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 5/30/2005 | - Transportation | | | $1,094.59 |
| | Mode: *Air* | From: *Montreal* | To: *Jacksonville* | |
| | - Lodging | | | $141.25 |
| | Hotel: *Omni Hotel* | City: *Jacksonville* | Days: *0* | |
| | - Meals | | | $29.06 |
| | *dinner* | | | |
| | - Taxis, Baggage, Tolls etc. | | | $30.00 |
| | - Taxis, Baggage, Tolls etc. | | | $35.00 |
| | - Telephone, Telegrams & Cables | | | $15.28 |
| | *Telephone & faxes* | | | |
| | - Miscellaneous | | | $44.00 |
| | *Travel agent fee* | | | |
| | | | Total Day: | $1,389.18 |
| 5/31/2005 | - Transportation | | | $416.20 |
| | Mode: *Air* | From: *Jacksonville* | To: *New York* | |
| | - Meals | | | $17.25 |
| | - Meals | | | $3.85 |
| | - Taxis, Baggage, Tolls etc. | | | $35.00 |
| | - Taxis, Baggage, Tolls etc. | | | $30.00 |
| | - Miscellaneous | | | $44.00 |
| | *Travel Agent fee* | | | |
| | | | Total Day: | $545.30 |



Our rate - 1.2552

| | | |
|---|---|---|
| | **Total Voucher:** | $1,934.48 |
| **Make check payable to:** Mandel, Lena        Petty Cash No: | **Cash Advances:** | $0.00 |
| **Return check to:**        Mandel, Lena | **Due Individual:** | $1,934.48 |
| **Special Instructions:** | **Due Firm:** | $0.00 |
| **Requestor Signature/Date:** | | |
| **Final Approval Signature/Date:** | | |

RECEIVED
05 JUN -6 AM 8:58
ACCOUNTING

5243

# EXHIBIT H

## [Report Exhibit T – Vaguely Described Expenses]

1. Parking charge for M. Barr.

2. Charge for scanner fee while on vacation in a remote location (S. Naik).

EXHIBIT T
Vaguely Described Expenses
Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 04/12/05 | 8972 | 15.00 | | 15.00 | | OTHER MISCELLANEOUS - - VENDOR: CASHIER WD VENUE REIM FOR M. BARR ON 04/10/05 - LAFERRERA, KATHLEEN |
| 05/31/05 | 9783 | 40.98 | | 40.98 | | OTHER MISCELLANEOUS - - VENDOR: CASHIER REIM FOR SCANNER FOR S. NAIK ON 05/28/05 - NAIK, SOHAM D. |
| | | $55.98 | | $55.98 | | |

EXHIBIT T PAGE 1 of 1

1

ChK # 358424



RECEIPT For

--------------------

Liberty Street Realty LLC
License
10 Liberty Street
212-509-5278

ANT  $    12.66
TAX  $     2.34
TICKET# 212307 04/10/05 CASH $    15.00

venue

CASHIER
APR 12 2005

2

Chk# 358347

| Milbank, Tweed, Hadley & McCloy LLP | | Voucher Entry Form | |
|---|---|---|---|
| **CLIENT NAME** | | **DEPT. #** | |
| | Winn Dixie | **FRG** | |
| **CLIENT/MATTER #** | | **DATE** | |
| | 38522-02000 | 5/31/2005 | |
| **REQUESTED BY** | | **ATTY/EMPL#** | |
| | Soham Naik | **9783** | |
| **PAYEE** | | **VENDOR #** | |

| Explanation | | Billing Expense Code | Amount |
|---|---|---|---|
| Scanner | VOUCHERS | 30-01 | $40.98 |
| | LOCAL TRAVEL | 02-01 | |
| | CAB FARES | 03-01 | |
| | TELEPHONES | 04-01 | |
| | TELEX | 05-01 | |
| | TELECOPY | 05-02 | |
| | OTHER TELECOM | 05-03 | |
| | MAIL | 06-01 | |
| | MESSENGERS | 06-02 | |
| | XEROX | 07-02 | |
| | BINDING | 07-04 | |
| | OVERTIME | 09-01 | |
| | MEALS/ENT. | 10-01 | |
| | OT MEALS | 11-01 | |
| | INCIDTL EXP | | |
| | MISC. | 18-01 | |
| OTHER BILLING EXPENSES | | | |

| | |
|---|---|
| 12-03 OTHER WP PRINTING | 33-01 CLOSING EXP |
| 12-07 SEC. WP LABOR | 34-01 DOC. RETRIEVAL/REPRO |
| 12-08 OTHER WP LABOR | 35-01 FEES |
| 15-04 PROOFREAD | 36-01 INCORP COSTS |
| 31-01 CERTIFICATES | 37-01 SEARCHES |
| 32-01 COURT/CLERICAL SVCS. | 38-01 SVC OF PROCESS |

| EXPLANATION | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
|---|---|---|
| | | $40.98 |
| | | |
| | | |
| | | |
| | | |

| ☐ MAIL ☐ HAND | BILLING/ GL TOTAL: | $40.98 |
|---|---|---|
| CHECK TO: _____ | | |
| ROOM #: _____ | LESS CASH ADVANCE: | $40.98 |
| EXT #: _____ | | |
| | TOTAL (DUE/FROM) PAYEE: | $40.98 |
| APPROVAL | TITLE | |

CASHIER

MAY 31 2005

PAID



**OfficeMax**®

OfficeMax #571
12710 FOUNTAIN LAKE CRCLE
STAFFORD,TX.  77477
(281) 277-4700

Tell us about your shopping experience
and enter to win 1 of 5 prizes at
www.officemax.com/store/survey

---

| | |
|---|---|
| 998100003345 | $7.99 |
| Scan Flat Bed 1st Page | |
| 998100003352 | $27.86 |
| Scan Flat Bed Addtnl Pge | |
| 14 @ $1.99 | |
| 998100003321 | $2.00 |
| Graphic Design per Minute | |
| 2 @ $1.00 | |

---

| | |
|---|---|
| Subtotal | $37.85 |
| Tax 8.250% | $3.13 |
| TOTAL | $40.98 |
| | |
| MasterCard | $40.98 |
| Card number: | |
| Authorization | |

---

15445556
0571 00009 10844 9 05/28/05
00249862 06:17:04 PM

ORDER BY PHONE 1-877-OFFICEMAX



0571009108400010528050O6

Print & Document Services

# Order
Produced by Store #

Order Number ▲   **8108626**

OfficeMax #571
12710 FOUNTAIN LAKE CIRCLE
STAFFORD, TX  77477
(281) 277-4700

Tell us about your shopping experience
and enter to win 1 of 5 prizes at
www.officemax.com/store/survey

☐ WAITING
☐ CALL WHEN DONE
☐ QUOTE

| DATE IN | TIME IN | DATE/TIME DUE | AM  PM |
|---|---|---|---|

| TAKEN BY | PRODUCED BY | FINISHED BY | FINAL QC CHECK |
|---|---|---|---|

COMPANY: MILBANK, TWEED       ACCT. #

CONTACT: SOHAM O. NAIK       PHONE: 212 530-5399

STREET: 1 CHASE MANHATTAN PLAZA   ALT/FAX: 212 822-5399

CITY: NEW YORK       STATE: NY   ZIP: 10065

***** Duplicate *****
Not valid for return purposes

## ■ BLACK & WHITE COPIES       $

| 998100003345 | $7.99 |
| Scan Flat Bed 1st Page | |
| 998100003352 | $27.86 |
| Scan Flat Bed Addtnl Pge | |
| 14 @ $1.99 | |
| 998100003321 | $2.00 |
| Graphic Design per Minute | |
| 2 @ $1.00 | |

PAPER WEIGHT:
COLOR:

11 x 17

## ■ DESKTOP PUBLISHING       $

☒ Photo/Text Scans  ☒ DTP  ☐ CD Burn  ☐ Tabs  ☐ Other

| SubTotal | $37.85 |
| Tax 8.250% | $3.13 |
| TOTAL | $40.98 |

| MasterCard | $40.98 |

Authorization

## ■ FULL COLOR COPIES/PRINTS       $

## ■ BINDING & FINISHING       $

0571 00009 10244   05/29/05
00249862 06:17:04 PM

Front Cover
Copy: Front  Back  Both  None
Back Cover
Copy: Front  Back  Both  None
SPINE COLOR:

☐ Fold & Staple   ☐ Fold No Staple
☐ Hand Collating
☐ Custom Assembly
☐ Paste Up
# of Booklets ____  Cover ____
Finished Size ____ X ____  ☐ Face Trim

☐ Custom  ☐ Hand Fold
☐ Sample Enclosed
1-up ☐  3-up ☐
2-up ☐  4-up ☐
Custom

## ■ SUBTOTAL       $

☐ Roll       # of Ft ____  Trim Size ____   Pages Per Pad: ____
☐ Trim  ☐ Notes/Other: ____   # of Pads: ____
☐ Letter  ☐ Legal  ☐ 11 x 17  ☐ I.D. Tag  ☐ Lug. Tag   Pad Size: ____

Print Name
Signature
Cost Center ____   Dept. ____

## CUSTOMER PROOF APPROVAL

I have received and reviewed or opted to waive a proof of my order for accuracy and completeness. I understand that in signing, I agree that any changes will result in additional charges.

## ■ ENGINEERING/OVERSIZED       $

PAPER TYPE: ____  # of 2'x3's OR # of Sq. Ft. ____  Price ____  Enlrg./Red. Charge ____  Total ____

Signature ____   Date ____

Prices subject to change. Not responsible for orders left over 30 days. By signing the order Customer agrees that OfficeMax liability for any work performed at its Print & Document centers is limited to the cost of the job and is not responsible for any damage which may occur to originals.

## ■ SHIPPING CHARGES (if applicable)       $

☐ OfficeMax Delivery  ☐ DHL  ☐ OTHER ____   # of Boxes ____