**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.: 3:05-bk-03817-JAF

    Debtors.           Chapter 11

         Jointly Administered

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of (i) Final Response of Milbank, Tweed, Hadley & McCloy LLP, to Fee Examiner's Final Report of Review and Analysis of First Interim Fee Application Submitted by Milbank, Tweed, Hadley & McCloy LLP for Interim Period March 1, 2005 through and including May 31, 2005, and (ii) Final Response of Milbank, Tweed, Hadley & McCloy LLP to Fee Examiner's Final Report of Review and Analysis of Second Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Interim Period June 1, 2005 through and including September 30, 2005, were furnished by Federal Express overnight delivery, this 21st day of July, 2006, to Elena L. Escamilla, Esq., Office of the United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801, and Linda K. Cooper, Stuart, Maue, Mitchell & James Ltd., 3840 McKelvey Road, St. Louis, MO 63044.

Dated: July 21, 2006.          AKERMAN SENTERFITT

         By: /s/ *Patrick P. Patangan*
            John B. Macdonald
            Florida Bar No. 230340
            Email: john.macdonald@akerman.com
            Patrick P. Patangan
            Florida Bar No. 348340
            Email: patrick.patangan@akerman.com
            50 North Laura Street, Suite 2500
            Jacksonville, Florida 32202
            Telephone: (904) 798-3700
            Facsimile: (904) 798-3730

         Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA283492;1}