**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 Through May 31, 2006.

Dated: July 21, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

SMITH HULSEY & BUSEY

By ___s/ D. J. Baker___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

By ___s/ Cynthia C. Jackson___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Co-Counsel for Debtors

00525867

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**SUMMARY SHEET ACCOMPANYING FIRST INTERIM FEE**
**APPLICATION OF DELOITTE CONSULTING LLP FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM MARCH 14, 2006 THROUGH MAY 31, 2006**

| | |
|---|---|
| Name of Applicant: | Deloitte Consulting LLP |
| Time Period for Current Interim Application: | March 14, 2006 through May 31, 2006 |
| Authorized to Provide Services to: | Winn-Dixie Stores, Inc., et al. |
| Current Interim Application: | Fees Incurred: $117,294.80<br>Expenses Requested: $16,931.53 |
| Prior Interim Application: | Not applicable |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND
EXPENSES OF DELOITTE CONSULTING LLP TO PROVIDE FRESH-START
ACCOUNTING SERVICES TO THE DEBTORS FOR THE PERIOD FROM
<u>MARCH 14, 2006 THROUGH MAY 31, 2006</u>**

TO:     THE HONORABLE JERRY A. FUNK
        UNITED STATES BANKRUPTCY JUDGE

Deloitte Consulting LLP ("Deloitte Consulting") hereby applies to this Court for

Allowance of Fees and Expenses of Deloitte Consulting as providers of fresh start

accounting services to Winn-Dixie Stores, Inc., et al. (the "Debtor"), for the period from

March 14, 2006 through May 31, 2006, pursuant to §§11 U.S.C. 330 and 331,

Fed.R.Bankr. Pro. 2016.  In support of this Application, Deloitte Consulting states:

<u>**Background**</u>

1.     On February 21, 2005, the Debtor filed voluntary petitions for reorganization

relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the

Southern District of New York (the "New York Court"). By Order dated April 13, 2005,

the New York Court transferred venue of these cases to this Court. Any orders entered by

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court. These cases are jointly administered for procedural purposes only.

2.      The Debtor continues to manage and operate their business as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code §1103.

4.      On April 18, 2006, Debtor's counsel filed an application for authority to employ Deloitte Consulting as providers of fresh start accounting services to the Debtor.

5.      On May 4, 2006, the Court authorized the employment of Deloitte Consulting as providers of fresh start accounting services to the Debtor nunc pro tunc to March 14, 2006.

6.      On June 29, 2006, the Debtor filed its Chapter 11 Plan of Reorganization and Disclosure Statement.

7.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte Consulting is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

8.      Deloitte Consulting has provided professional services to the Debtor from March 14, 2006 through May 31, 2006.

9.      Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte Consulting filed one (1) monthly statement for the period from March 14, 2006 through May 31, 2006 requesting a total of $117,294.80 in professional fees and $16,931.53 in expenses.

10.    Of the $117,294.80 in professional fees for this first interim period, $93,835.84, representing 80% of the fees for the months of March 14, 2006 through May 31, 2006, no longer remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals. Deloitte Consulting has not received any payments for the $117,294.80 in professional fees earned for this first interim period.

11.    Of the $16,931.53 in expenses incurred for this first interim period, $16,931.53, representing 100% of the expenses for the months of March 14, 2006 through May 31, 2006, no longer remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals. Deloitte Consulting has not received any payments for the $16,931.53 in expenses incurred for this first interim period.

12.    Attached hereto as **Exhibit A** is a summary of time by individual.

13.    Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

14.    Attached hereto as **Exhibit C** is a summary of the time by matter category incurred during the period covered by this application.

15.    Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the period covered by the application.

16.    Attached hereto as **Exhibit E** are the expenses incurred by Deloitte Consulting for the period covered by the application.

17.    All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

18.     The rates charged by Deloitte Consulting are substantially the same rates charged to any of its clients in a bankruptcy case (other than a bankruptcy case where the economics of the case require otherwise) and other clients, generally, for comparable services.

19.     Some services incidental to the tasks performed by Deloitte Consulting in these Chapter 11 cases may be performed by personnel employed by or associated with affiliates of Deloitte Consulting, including Deloitte and Touche LLP. The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte Consulting.  Deloitte Consulting has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

20.     WHEREFORE, Deloitte Consulting requests that this Court (i) enter an Order awarding Deloitte Consulting fees in the amount of $117,294.80 and expenses of $16,931.53 for a total amount of $134,226.33 in connection with services rendered to the Debtor for the period from March 14, 2006 through May 31, 2006, and (ii) grant such other relief as is just and necessary.


Dated: July 12, 2006

Deloitte Consulting LLP


BY:

Robert Pagano

Principal

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING FIRST INTERIM APPLICATION OF**
**DELOITTE CONSULTING LLP FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED**
**(MARCH 14, 2006 THROUGH MAY 31, 2006)**

These cases came before the Court upon the application dated July 12, 2006 (the

"First Application") of Deloitte Consulting LLP ("Deloitte Consulting") for an order

under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services

rendered on behalf of the Debtors in the amount of $117,294.80, and authorizing payment

of compensation not previously received, and (ii) allowing actual, necessary expenses

incurred in connection with the rendition of such professional services in the amount of

$16,931.53, and authorizing reimbursement of expenses not previously received, for the

period from March 14, 2006 through May 31, 2006 (the "Application Period"). A hearing

on the First Application was held on _____, 2006. The Court has read the First

Application, considered the representations of counsel and has determined that notice of

the First Application was good and sufficient under the circumstances and that no other

or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The First Application is granted.

2.      The fees earned and the expenses incurred during the Application Period, as set forth in the First Application, are approved and allowed.

3.      The Debtors are authorized and directed to pay to Deloitte Consulting (to the extent not previously paid) the sums of: (i) $117,294.80, representing fees earned during the Application Period and (ii) $16,931.53, representing expenses incurred during the Application Period.

4.      The relief granted in this Order is without prejudice to the rights of Deloitte Consulting to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.      All interim fees and expenses are subject to final review and no determination is made as to reasonableness. To the extent the estates become administratively insolvent, interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of _____, 2006 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**First Interim Fee Application (3/14/06 - 5/31/06)**
**First Interim Summary**

| | | |
|---|---|---|
| Total Fees | $ | 131,608.80 |
| LESS:  50% of Travel Time | $ | (14,314.00) |
| Subtotal | $ | 117,294.80 |
| Plus: Total Expenses | $ | 16,931.53 |
| **Total Due **** | **$** | **134,226.33** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**First Interim Fee Application**
**(3/14/06 - 5/31/06)**

**Exhibit A**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal** | | | |
| PAGANO, ROBERT W | $ 612.00 | 42.0 | $ 25,704.00 |
| **Senior Manager** | | | |
| JACKSON, JOANNE R | $ 484.00 | 95.4 | $ 46,173.60 |
| **Staff/Consultant** | | | |
| SINGH, AMIT | $ 244.00 | 244.8 | $ 59,731.20 |
| | | 382.20 | $ 131,608.80 |
| LESS: Travel Time @ 50% | | | $ (14,314.00) |
| **Subtotal** | | | $ 117,294.80 |
| PLUS: Total Expenses (3/14/06 - 5/31/06) | | | $ 16,931.53 |
| **Total Due** | | | $ 134,226.33 |

**EXHIBIT B**
**NARRATIVE DESCRIPTION FOR SERVICE CATEGORIES**

| | |
|---|---|
| 1000  Planning and Readiness Assessment | Services performed related to Winn-Dixie's ability to comply with the requirements of Fresh-Start accounting to facilitate the opening financial position of the successor entity upon emergence from bankruptcy.  Our work including a review of accounting and systems requirements as necessary to implement Fresh-Start accounting upon emergence from bankruptcy. |
| 1100  Development of Implementation Procedures | Services performed relating to the development of implementation steps to support the accounting and system activities required to implement Fresh-Start accounting upon emergence from bankruptcy.  Including detailed workplans, accounting process whitepapers, system configuration documentation and other materials required during the Readiness phase of the Fresh-Start project. |
| 1200  Implementation and Validation | Services performed to define, document and perform validations of accounting and system activities required to implement Fresh-Start accounting. |
| 1300  Documentation of Accounting Positions | Services performed relating to the development of accounting policy whitepapers and the review of related materials with Winn-Dixie personnel and KPMG, as required. |
| 1400  Process and System Validation | Services performed to define, document and perform validations related to both accounting processes and systems/applications, as they relate to the implementation of Fresh-Start accounting. |
| 1500  Sarbanes Oxley Requirements | Services performed relating to the documentation and/or creation of internal controls, policies, and procedures within the Winn-Dixie organization, as required to comply with the control environment framework specified by Sarbanes-Oxley legislation.  No fees were charged for this period with respect to this project category. |
| 1600  Accounting Research and Analysis | Services performed related to the research and analysis of GAAP accounting literature, accounting issues and treatments related to bankruptcy emergence and Fresh-Start accounting. |
| 1700  Financial Reporting and Disclosure | No fees were charged for this period with respect to this project category. |
| 1800  Status Meetings and Reports - Accounting | Services performed include the preparation of status reports of the Financial Advisory Services group and presentations in support of the weekly status meetings, as well as, the time incurred to attend recurring status meetings. |
| 2100  Valuation of Fixed Assets | Services performed include requesting and gathering information related to and executing valuation analysis of property, plant, & equipment. |
| 2200  Valuation of Intangibles | Services performed include identification of potential intangible assets, requesting and gathering information related to intangible assets and executing valuation analysis of intangible assets including, but not limited to, software, trade names and trademarks, pharmacy customer relationships, and liquor licenses. |
| 2300  Valuation of Inventory | Services performed include requesting and gathering information related to inventory, executing related valuation analyses, and documenting conclusions. |
| 2400  Review, Consolidation and Other | Services performed include, but are not limited to, the review of various valuation analyses, preparation and review of summary schedules and task lists, review of information provided by client, and other tasks required to execute valuation analyses related to the business enterprise, fixed assets, intangible assets, and inventory. |
| 2800  Status Meetings and Reports - Valuation | Services performed include the preparation of status reports of the Valuation group and presentations in support of the weekly status meetings, as well as, the time incurred to attend recurring status meetings. |
| 5000  Income Tax Related Valuation | Services performed include, but are not limited to, analysis and discussion of information requested and provided by Winn-Dixie, financial spreadsheet modeling, industry and market research, benchmarking, and review of valuation analyses of various assets and entities related to income tax compliance. |
| 7000  Retention Time | Deloitte incurred professional time as part of the application to be retained as a professional services firm for Winn-Dixie Stores Inc.  The professional time incurred included, but was not limited to, the preparation and amendments of the application to be retained retroactive as advisor and consultant for non-tax fees, and the review of potential conflicts with the debtors, creditors, and our existing clients. |
| 8000  Fee Application Time | Includes professional time incurred to compile and submit professional services and expense documentation in conformity with the guidelines set forth by the United States Bankruptcy Court for the Middle District of Florida for reimbursement of professional services. |
| 9000  Travel Time | Travel time includes professional time incurred for out of town travel for the benefit of Winn-Dixie that is permitted by the court at a rate of 50% of billing rates. |

**Winn-Dixie Stores Inc, et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**First Interim Fee Application**
**(3/14/06 - 5/31/06)**

**EXHIBIT C**

| Project Number | Project Description | Hours | Fees @ 100% | | |
|---|---|---|---|---|---|
| | | **Hours** | **Fees @ 100%** | | **Total** |
| 1000 | Planning and Readiness Assessment | 317.2 | 102,980.80 | | 102,980.80 |
| | | 317.2 | 102,980.80 | | 102,980.80 |
| | | **Hours** | **Fees @ 100%** | **Fees @ 50%** | **Total** |
| 9000 | Travel Time | 65.0 | 28,628.00 | 14,314.00 | 14,314.00 |
| | **Total** | 382.2 | 131,608.80 | 14,314.00 | 117,294.80 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 4/26/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time to Jacksonville | 4.0 | 244.00 | 976.00 |
| 4/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with D. Young, E. Lane, K. Blair, A. Sasso and N. O'Neill to understand the claims management process. | 2.8 | 244.00 | 683.20 |
| 4/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled notes from claims management meeting. | 0.7 | 244.00 | 170.80 |
| 4/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with C. Nass, A. Lindsey, K. Blair, K. Adams and N. O'Neill to discuss balance sheet accounts from a valuation perspective. | 2.5 | 244.00 | 610.00 |
| 4/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Discussed financial system framework of Winn-Dixie with C. Nass & A. Lindsey | 1.0 | 244.00 | 244.00 |
| 4/27/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Documented notes from kick-off meeting and determined next steps; held discussion with J. Roy. | 2.5 | 484.00 | 1,210.00 |
| 4/27/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Inbound travel to DFW from Jacksonville, FL (2 hours flight time, 2.0 travel to airport & flight delay) | 4.0 | 484.00 | 1,936.00 |
| 4/27/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for and attended project kick-off meeting with accounting systems team and R. Pagano, A. Sasso, A. Singh, K. Thomson, C. Nass & A. Lindsey | 2.0 | 484.00 | 968.00 |
| 4/27/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Outbound travel from DFW to Jacksonville, FL (2 hours flight time, 1.5 travel to airport & waiting for flight departure) | 3.5 | 484.00 | 1,694.00 |
| 4/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with C. Nass, K. Thomson, A. Lindsey, R. Pagano, A. Sasso & J. Jackson to discuss details of PeopleSoft and other systems. | 2.9 | 244.00 | 707.60 |
| 4/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed questionnaire for meeting on fixed asset system. | 2.3 | 244.00 | 561.20 |
| 4/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed questionnaire related to general ledger application. | 2.2 | 244.00 | 536.80 |
| 4/27/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed questionnaire related to the accounts payable system. | 1.6 | 244.00 | 390.40 |
| 4/27/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time from Jacksonville. | 4.0 | 244.00 | 976.00 |
| 4/28/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed assessment questions for internal controls and Sarbanes Oxley processes. | 3.0 | 244.00 | 732.00 |
| 4/30/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time to Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/1/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for and attended meeting to discuss Winn-Dixie's internal claims management process with D. Young, A. Singh & N. O'Neill. | 2.7 | 484.00 | 1,306.80 |
| 5/1/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel to Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/1/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting to discuss internal control processes with M. Brogan & A. Singh | 1.5 | 484.00 | 726.00 |
| 5/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with M. Brogan & J. Jackson to review internal controls process. | 2.5 | 244.00 | 610.00 |
| 5/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled notes from internal controls meeting. | 2.2 | 244.00 | 536.80 |
| 5/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with D. Young, J. Jackson & N. O'Neill to further discuss the claims reconciliation process. | 2.5 | 244.00 | 610.00 |
| 5/1/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled notes from claims reconciliation meeting. | 1.8 | 244.00 | 439.20 |
| 5/2/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting to discuss Winn-Dixie's general ledger & associated systems with C. McKeown, K. Thomson, A. Singh & N. O'Neill. | 2.5 | 484.00 | 1,210.00 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/2/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Return travel from Jacksonville for Winn-Dixie including 1.5 hour travel delay | 5.5 | 484.00 | 2,662.00 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for & attended meeting to discuss the process for reconciling pre-petition accounts payables with D. Bryant, A. Singh & N. O'Neill. | 1.6 | 484.00 | 774.40 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with D. Bryant, J. Jackson & N. O'Neill to discuss the accounts payable process. | 2.5 | 244.00 | 610.00 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed notes from accounts payable meeting. | 1.3 | 244.00 | 317.20 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with K. Thompson, C. McKeown, J. Jackson & N. O'Neill to discuss the PeopleSoft general ledger application. | 2.5 | 244.00 | 610.00 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from general ledger application meeting. | 1.6 | 244.00 | 390.40 |
| 5/2/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed a list of data items to request from company personnel. | 1.1 | 244.00 | 268.40 |
| 5/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with C. McKeown & T. Beegle to discuss the nVision reporting tool of PeopleSoft. | 3.0 | 244.00 | 732.00 |
| 5/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from meeting on nVision reporting tool. | 1.5 | 244.00 | 366.00 |
| 5/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and analyzed the financial consolidation & reporting process flow maps. | 2.2 | 244.00 | 536.80 |
| 5/3/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the fixed asset reporting process flow maps. | 2.3 | 244.00 | 561.20 |
| 5/4/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Project orientation and set-up | 3.5 | 612.00 | 2,142.00 |
| 5/4/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Configured Initial Data Request | 2.4 | 612.00 | 1,468.80 |
| 5/4/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Refined Project Plan and Budget | 3.1 | 612.00 | 1,897.20 |
| 5/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with K. Stubbs to discuss the financial reporting process. | 2.0 | 244.00 | 488.00 |
| 5/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from meeting on financial reporting process. | 1.2 | 244.00 | 292.80 |
| 5/4/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with R. Powell, K. Thompson & C. McKeown to discuss the fixed asset system. | 2.8 | 244.00 | 683.20 |
| 5/4/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time from Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from fixed asset system meeting. | 1.9 | 244.00 | 463.60 |
| 5/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the leased assets and obligations process flow maps. | 2.2 | 244.00 | 536.80 |
| 5/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the property, plant & equipment process flow maps. | 2.0 | 244.00 | 488.00 |
| 5/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the store equipment purchasing process flow maps. | 1.6 | 244.00 | 390.40 |
| 5/5/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the capital lease process flow maps. | 1.3 | 244.00 | 317.20 |
| 5/7/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time to Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/8/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with J. Roy, C. Nass, R. Pagano, N. O'Neil, A. Sasso & K. Blair to discuss project status & next steps | 3.2 | 484.00 | 1,548.80 |
| 5/8/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel to Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/8/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed and analyzed notes from the project status meeting | 2.1 | 484.00 | 1,016.40 |
| 5/8/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed interview notes and documents | 3.4 | 612.00 | 2,080.80 |
| 5/8/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Interviewed Financial Systems personnel | 3.1 | 612.00 | 1,897.20 |
| 5/8/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed project plan and requirements | 2.2 | 612.00 | 1,346.40 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**First Interim Fee Application**
**(3/14/06 - 5/31/06)**

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended meeting with C. McKeown to understand the usage of nVision reports in the company. | 1.3 | 244.00 | 317.20 |
| 5/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Amended notes related to nVision reports. | 0.7 | 244.00 | 170.80 |
| 5/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Set up access to Logan & Co database and downloaded information on claims. | 3.5 | 244.00 | 854.00 |
| 5/8/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the Consolidated Trial Balance for period ending 04-05-06. | 3.5 | 244.00 | 854.00 |
| 5/9/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed data provided by M Brogan for Sarbanes-Oxley controls on fresh start accounting | 1.2 | 484.00 | 580.80 |
| 5/9/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel from Jacksonville, FL. | 2.3 | 484.00 | 1,113.20 |
| 5/9/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with M. Brogan, A. Lindsey & D. Young of Winn-Dixie to discuss Sarbanes-Oxley controls related to fresh-start accounting | 4.0 | 484.00 | 1,936.00 |
| 5/9/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Prepared for and conducted status meeting | 2.7 | 612.00 | 1,652.40 |
| 5/9/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Refined project goals and approach | 3.1 | 612.00 | 1,897.20 |
| 5/9/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Updated requests for information | 2.5 | 612.00 | 1,530.00 |
| 5/9/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Drafted readiness documents | 1.5 | 612.00 | 918.00 |
| 5/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with K. Thompson, B. Yoap & R. Pagano to discuss sub-systems of PeopleSoft. | 3.0 | 244.00 | 732.00 |
| 5/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the mapping of sub-systems of information flow into PeopleSoft general application. | 1.5 | 244.00 | 366.00 |
| 5/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes related to sub-systems of PeopleSoft. | 2.2 | 244.00 | 536.80 |
| 5/9/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed how base-level accounts roll up into line items on the company balance sheet. | 2.3 | 244.00 | 561.20 |
| 5/10/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Discussed Project Status with A. Singh and reviewed documents related to the fixed asset system. | 1.2 | 484.00 | 580.80 |
| 5/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with R. Powell to continue discussion related to the fixed asset system. | 2.5 | 244.00 | 610.00 |
| 5/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from second fixed asset system meeting; reviewed status with J. Jackson. | 2.0 | 244.00 | 488.00 |
| 5/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the mapping of "DeptIDs" to legal entities. | 1.6 | 244.00 | 390.40 |
| 5/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the mapping of "DeptIDs" to operating regions. | 1.3 | 244.00 | 317.20 |
| 5/10/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a spreadsheet combining DeptID-to-legal entity and DeptID-to-operating region mappings. | 1.6 | 244.00 | 390.40 |
| 5/11/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended meeting with C. McKeown to clarify issues related to the chart of accounts. | 1.6 | 244.00 | 390.40 |
| 5/11/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the chart of accounts to isolate "accounts-of-interest" for fresh-start accounting. | 1.9 | 244.00 | 463.60 |
| 5/11/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the balance sheet account roll-up tree of PeopleSoft. | 2.5 | 244.00 | 610.00 |
| 5/11/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time from Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a spreadsheet to depict the account hierarchy based on the balance sheet account roll-up tree. | 3.5 | 244.00 | 854.00 |
| 5/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the Asset Management Accounting Policy Manual. | 2.5 | 244.00 | 610.00 |
| 5/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the fixed asset impairment upload template. | 1.0 | 244.00 | 244.00 |
| 5/12/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the fixed asset retirement upload template. | 1.0 | 244.00 | 244.00 |
| 5/13/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Compiled a list of data and documents received to date. | 1.4 | 244.00 | 341.60 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/13/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Identified additional data requirements and prepared a list of data requests. | 1.6 | 244.00 | 390.40 |
| 5/15/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time to Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/15/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a preliminary list of internal controls requirements for bankruptcy accounting. | 4.0 | 244.00 | 976.00 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel to Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with R. Powell, A. Lindsey, & A. Singh to discuss accounts payable system and processes | 2.2 | 484.00 | 1,064.80 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Lindsey, & A. Singh to discuss close & consolidation system and processes | 2.4 | 484.00 | 1,161.60 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed & analyzed notes from close & consolidation meeting to determine next steps | 1.2 | 484.00 | 580.80 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed & analyzed notes from accounts payable meeting to determine next steps | 1.1 | 484.00 | 532.40 |
| 5/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with R. Powell, A. Lindsey & J. Jackson to discuss the accounts payable system. | 2.5 | 244.00 | 610.00 |
| 5/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from the accounts payable system meeting. | 1.7 | 244.00 | 414.80 |
| 5/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with K. Stubbs, A. Lindsey & J. Jackson to discuss the financial close and consolidation process. | 3.0 | 244.00 | 732.00 |
| 5/16/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from the financial close and consolidation process meeting. | 1.8 | 244.00 | 439.20 |
| 5/16/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with T. Beegle, A. Lindsey, D. Bryant & K. Thomson & A. Singh to discuss LIFO system and processes | 2.6 | 484.00 | 1,258.40 |
| 5/17/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with B. McMenamy, A. Lindsey, & A. Singh to discuss OutlookSoft system and budgeting processes | 2.4 | 484.00 | 1,161.60 |
| 5/17/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel from Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/17/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended meeting with M. Machado, A. Lindsey, K. Stubbs, C. Nass & A. Singh to discuss the impact of implementing fresh-start accounting on the payroll system and processes | 2.3 | 484.00 | 1,113.20 |
| 5/17/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed & analyzed notes from OutlookSoft meeting to determine next steps | 1.3 | 484.00 | 629.20 |
| 5/17/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed & analyzed notes from payroll meeting to determine next steps | 1.2 | 484.00 | 580.80 |
| 5/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with B. McMenamy, A. Lindsey & J. Jackson to discuss interfaces of OutlookSoft. | 3.0 | 244.00 | 732.00 |
| 5/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Documented notes from the OutlookSoft meeting. | 1.5 | 244.00 | 366.00 |
| 5/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with D. Bryant, T. Beegle, A. Lindsey, K. Thompson & J. Jackson to discuss LIFO valuation systems. | 2.5 | 244.00 | 610.00 |
| 5/17/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with K. Stubbs, C. Nass, A. Lindsey, M. Machado & J. Jackson to discuss calculations of incentive compensation. | 2.7 | 244.00 | 658.80 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 5/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Documented notes from the LIFO valuation systems meeting. | 1.3 | 244.00 | 317.20 |
| 5/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and compiled notes from meeting to discuss calculation of incentive compensation. | 1.7 | 244.00 | 414.80 |
| 5/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Conducted research on choosing between LIFO and FIFO inventory valuation methods. | 2.0 | 244.00 | 488.00 |
| 5/18/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed J. Jackson's notes on meetings held on 5/17/06. | 1.5 | 244.00 | 366.00 |
| 5/18/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time from Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Conducted research on PeopleSoft general ledger application issues and identified several solutions to potential problems. | 3.5 | 244.00 | 854.00 |
| 5/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Put together a basic structure for presenting Deloitte's findings at the status meeting. | 3.5 | 244.00 | 854.00 |
| 5/19/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a preliminary template for presenting Deloitte's findings at the status meeting. | 2.0 | 244.00 | 488.00 |
| 5/21/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time to Jacksonville | 4.0 | 244.00 | 976.00 |
| 5/22/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed team interview notes and team debrief | 2.2 | 612.00 | 1,346.40 |
| 5/22/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Developed Draft workplan for emergence | 2.8 | 612.00 | 1,713.60 |
| 5/22/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Evaluated system options for Fresh Start | 2.5 | 612.00 | 1,530.00 |
| 5/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with R. Powell, A. Lindsey, C. Nass & R. Pagano to discuss fixed asset system issues. | 3.0 | 244.00 | 732.00 |
| 5/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Amended and added to notes regarding the fixed asset system. | 1.9 | 244.00 | 463.60 |
| 5/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Researched Sarbanes-Oxley questions posed by M. Brogan. | 2.6 | 244.00 | 634.40 |
| 5/22/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the pre-petition accounts payable process flow maps. | 1.3 | 244.00 | 317.20 |
| 5/22/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed the post-petition accounts payable process flow maps. | 0.7 | 244.00 | 170.80 |
| 5/22/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel to Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/23/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Debriefed and followed up from All Hands meeting discussion topics | 2.1 | 484.00 | 1,016.40 |
| 5/23/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for & attended All hands status meeting to discuss fresh-start accounting project | 3.2 | 484.00 | 1,548.80 |
| 5/23/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Developed draft of process control requirements | 2.0 | 612.00 | 1,224.00 |
| 5/23/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Updated workplan for Whitepaper documents | 1.5 | 612.00 | 918.00 |
| 5/23/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Reviewed and updated Team Status Document | 2.5 | 612.00 | 1,530.00 |
| 5/23/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Prepared for and attended Team Status Meeting | 2.5 | 612.00 | 1,530.00 |
| 5/23/2006 | PAGANO, ROBERT W | Partner/Principal | Planning and Readiness Assessment | Prepared for and attended all-hands status meeting. | 1.0 | 612.00 | 612.00 |
| 5/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and documented notes from the all-hands status meeting. | 3.5 | 244.00 | 854.00 |
| 5/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Identified and prepared a list of issues arising from the status meeting that needed resolution. | 1.5 | 244.00 | 366.00 |
| 5/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Attended meeting with K. Thompson to discuss the impact of fresh-start accounting on sub-systems. | 1.3 | 244.00 | 317.20 |
| 5/23/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Documented analysis of sub-systems based on K. Thompson's input. | 1.6 | 244.00 | 390.40 |
| 5/24/2006 | JACKSON, JOANNE R | Senior Manager | Travel time | Travel to DFW from Jacksonville, FL | 4.0 | 484.00 | 1,936.00 |
| 5/24/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Developed bankruptcy accounting training outline for J. Roy of Winn-Dixie | 1.1 | 484.00 | 532.40 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/4/06 - 5/31/06)

EXHIBIT D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/24/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Reviewed and analyzed draft project report with A. Singh and A. Sasso. | 2.8 | 484.00 | 1,355.20 |
| 5/24/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for and attended meeting with K. Adams and A. Singh to discuss asset valuation and balance sheet account mapping. | 1.1 | 484.00 | 532.40 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a preliminary listing of accounts that will be impacted by valuation adjustments and effects of plan. | 3.4 | 244.00 | 829.60 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the accounts payable disbursement process flow map. | 1.1 | 244.00 | 268.40 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the reorganization accruals process flow maps. | 1.3 | 244.00 | 317.20 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the manufacturing inventory process flow maps. | 0.9 | 244.00 | 219.60 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the retail supply chain inventory process flow maps. | 1.1 | 244.00 | 268.40 |
| 5/24/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared a draft of answers to Sarbanes-Oxley questions posed by M. Brogan. | 1.6 | 244.00 | 390.40 |
| 5/25/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and attended meeting with D. Young to understand the process followed to disburse reclamation claims. | 3.5 | 244.00 | 854.00 |
| 5/25/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Documented findings related to disbursement of reclamation claims from meeting with D. Young. | 1.5 | 244.00 | 366.00 |
| 5/25/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed the mapping of balance sheet accounts that receive information from the Asset Management module. | 1.5 | 244.00 | 366.00 |
| 5/25/2006 | SINGH, AMIT | Staff/Consultant | Travel time | Travel time from Jacksonville. | 4.0 | 244.00 | 976.00 |
| 5/26/2006 | JACKSON, JOANNE R | Senior Manager | Planning and Readiness Assessment | Prepared for and participated in conference call with R. Pagano and A. Singh to discuss process and system approach to recording emergence transactions and project report status | 2.2 | 484.00 | 1,064.80 |
| 5/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed fresh-start accounting training materials for Winn-Dixie emergence training presentation | 2.4 | 484.00 | 1,161.60 |
| 5/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Prepared for and called-in to conference call with R. Pagano & J. Jackson to discuss implementation strategy. | 3.0 | 244.00 | 732.00 |
| 5/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Reviewed and documented notes from meeting to discuss implementation strategy. | 2.2 | 244.00 | 536.80 |
| 5/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the procedures for implementing fresh-start in the general ledger application. | 2.5 | 244.00 | 610.00 |
| 5/26/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Analyzed the procedures proposed to make adjustments in the Asset Management module. | 1.3 | 244.00 | 317.20 |
| 5/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed preliminary draft of the Overview section of the deliverable. | 3.4 | 244.00 | 829.60 |
| 5/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the structure of Bankruptcy & Accounting section for the deliverable. | 3.9 | 244.00 | 951.60 |
| 5/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed a preliminary outline for compiling the Process & Systems of the deliverable. | 2.1 | 244.00 | 512.40 |
| 5/30/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Completed the initial Appendices section of the deliverable. | 3.8 | 244.00 | 927.20 |
| 5/31/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Developed a preliminary template for the Roadmap section of the deliverable. | 3.1 | 244.00 | 756.40 |
| 5/31/2006 | SINGH, AMIT | Staff/Consultant | Planning and Readiness Assessment | Put together a preliminary Readiness Phase outline for the deliverable. | 1.9 | 244.00 | 463.60 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case**
**Middle District of Florida**
**No. 05-03817-3F1**
**Deloitte Consulting LLP**
**First Interim Fee Application**
**(3/14/06 - 5/31/06)**

**EXHIBIT D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | | **TOTAL** | **382.2** | | **$ 131,608.80** |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Category | Amount | |
|---|---|---|
| Accommodations | 3,131.62 | 18% |
| Airfare | 10,144.96 | 60% |
| Meals | 1,177.65 | 7% |
| Car Rental/Taxi | 1,664.86 | 10% |
| Other | 812.44 | 5% |
| | $ 16,931.53 | 100% |

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 4/20/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 783.27 | Airfare |
| 4/20/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 475.33 | Airfare |
| 4/25/2006 | PAGANO, ROBERT W | Refund for flights | (559.30) | Airfare |
| 4/26/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 4/26/2006 | SINGH, AMIT | Breakfast | 4.82 | Meals |
| 4/26/2006 | SINGH, AMIT | Lunch | 8.64 | Meals |
| 4/26/2006 | SINGH, AMIT | Hotel shuttle for dinner | 10.00 | Taxi |
| 4/27/2006 | JACKSON, JOANNE R | Round trip airfare from DFW to Jacksonville, FL | 1,120.58 | Airfare |
| 4/27/2006 | JACKSON, JOANNE R | Corporate Offices | 40.00 | Taxi |
| 4/27/2006 | JACKSON, JOANNE R | Taxi from DFW airport to home | 50.75 | Taxi |
| 4/27/2006 | JACKSON, JOANNE R | Lunch | 6.98 | Meals |
| 4/27/2006 | PAGANO, ROBERT W | Hotel rate for one night during week of 4/23 - 4/29 | 109.00 | Accommodations |
| 4/27/2006 | PAGANO, ROBERT W | Hotel tax | 11.24 | Accommodations |
| 4/27/2006 | PAGANO, ROBERT W | Meal | 21.66 | Meals |
| 4/27/2006 | SINGH, AMIT | Hotel rate for one night during week of 4/23 - 4/29 | 125.00 | Accommodations |
| 4/27/2006 | SINGH, AMIT | Hotel tax | 16.25 | Accommodations |
| 4/27/2006 | SINGH, AMIT | Breakfast | 4.87 | Meals |
| 4/27/2006 | SINGH, AMIT | Lunch | 9.10 | Meals |

Winn-Dixie Stores Inc. et al.,
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 4/27/2006 | SINGH, AMIT | Car Rental | 144.22 | Car Rental |
| 4/28/2006 | JACKSON, JOANNE R | Round trip airfare from DFW to Jacksonville, FL | 567.44 | Airfare |
| 4/30/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 616.43 | Airfare |
| 4/30/2006 | SINGH, AMIT | Dinner | 21.51 | Meals |
| 4/30/2006 | SINGH, AMIT | Hotel rate for one night during week of 4/30 - 5/6 | 127.00 | Accommodations |
| 4/30/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 4/30/2006 | SINGH, AMIT | Parking at hotel | 12.00 | Parking |
| 5/1/2006 | JACKSON, JOANNE R | Mileage | 7.12 | Mileage |
| 5/1/2006 | JACKSON, JOANNE R | Lunch | 7.26 | Meals |
| 5/1/2006 | JACKSON, JOANNE R | Taxi | 33.37 | Taxi |
| 5/1/2006 | JACKSON, JOANNE R | Headquarters | | |
| 5/1/2006 | JACKSON, JOANNE R | Hotel tax | 15.12 | Accommodations |
| 5/1/2006 | JACKSON, JOANNE R | Hotel rate for one night during week of 4/30 - 5/6 | 107.00 | Accommodations |
| 5/1/2006 | PAGANO, ROBERT W | Parking | 30.00 | Parking |
| 5/1/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/1/2006 | SINGH, AMIT | Lunch | 7.00 | Meals |
| 5/1/2006 | SINGH, AMIT | Hotel rate for one night during week of 4/30 - 5/6 | 127.00 | Accommodations |
| 5/1/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/1/2006 | SINGH, AMIT | Parking at hotel | 12.00 | Parking |
| 5/2/2006 | JACKSON, JOANNE R | Breakfast | 7.28 | Meals |
| 5/2/2006 | JACKSON, JOANNE R | Taxi from DFW Airport to home | 46.65 | Taxi |
| 5/2/2006 | JACKSON, JOANNE R | Lunch at Winn-Dixie Company Cafeteria | 12.00 | Meals |
| 5/2/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 616.43 | Airfare |
| 5/2/2006 | SINGH, AMIT | Lunch | 9.45 | Meals |
| 5/2/2006 | SINGH, AMIT | Hotel rate for one night during week of 4/30 - 5/6 | 127.00 | Accommodations |
| 5/2/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/2/2006 | SINGH, AMIT | Parking at hotel | 12.00 | Parking |
| 5/2/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 1,233.97 | Airfare |
| 5/2/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 567.44 | Airfare |
| 5/2/2006 | SINGH, AMIT | Round trip airfare from DFW to Jacksonville, FL | 837.17 | Airfare |
| 5/3/2006 | JACKSON, JOANNE R | Round trip airfare from DFW to Jacksonville, FL | 667.44 | Airfare |
| 5/3/2006 | PAGANO, ROBERT W | Parking | 30.00 | Parking |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 5/3/2006 | SINGH, AMIT | Breakfast | 8.51 | Meals |
| 5/3/2006 | SINGH, AMIT | Dinner | 27.54 | Meals |
| 5/3/2006 | SINGH, AMIT | Hotel rate for one night during week of 4/30 - 5/6 | 127.00 | Accommodations |
| 5/3/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/3/2006 | SINGH, AMIT | Parking at hotel | 12.00 | Parking |
| 5/4/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 941.88 | Airfare |
| 5/4/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/4/2006 | SINGH, AMIT | Lunch | 17.84 | Meals |
| 5/4/2006 | SINGH, AMIT | Car rental - gasoline | 10.22 | Car Rental |
| 5/4/2006 | SINGH, AMIT | Car Rental | 267.45 | Car Rental |
| 5/4/2006 | SINGH, AMIT | Parking at DFW Airport | 96.00 | Parking |
| 5/4/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/7/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/7/2006 | SINGH, AMIT | Dinner | 16.30 | Meals |
| 5/7/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/7 - 5/13 | 107.16 | Accommodations |
| 5/7/2006 | SINGH, AMIT | Hotel tax | 13.93 | Accommodations |
| 5/8/2006 | JACKSON, JOANNE R | Headquarters | 45.31 | Taxi |
| 5/8/2006 | JACKSON, JOANNE R | Lunch | 17.72 | Meals |
| 5/8/2006 | JACKSON, JOANNE R | Hotel rate for one night during week of 5/7 - 5/13 | 125.00 | Accommodations |
| 5/8/2006 | JACKSON, JOANNE R | Hotel tax | 16.25 | Accommodations |
| 5/8/2006 | PAGANO, ROBERT W | Meal | 373.28 | Meals |
| 5/8/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/8/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/7 - 5/13 | 107.16 | Accommodations |
| 5/8/2006 | SINGH, AMIT | Hotel tax | 13.93 | Accommodations |
| 5/9/2006 | JACKSON, JOANNE R | Breakfast | 5.23 | Meals |
| 5/9/2006 | JACKSON, JOANNE R | Lunch | 9.34 | Meals |
| 5/9/2006 | JACKSON, JOANNE R | Taxi from DFW Airport to home | 52.00 | Taxi |
| 5/9/2006 | PAGANO, ROBERT W | Parking | 60.00 | Parking |
| 5/9/2006 | PAGANO, ROBERT W | Hotel tax | 16.77 | Accommodations |
| 5/9/2006 | PAGANO, ROBERT W | Hotel rate for one night during week of 5/7 - 5/13 | 129.00 | Accommodations |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 5/9/2006 | PAGANO, ROBERT W | Car rental | 117.72 | Car Rental |
| 5/9/2006 | SINGH, AMIT | Lunch | 14.29 | Meals |
| 5/9/2006 | SINGH, AMIT | Hotel | 107.16 | Accommodations |
| 5/9/2006 | SINGH, AMIT | Hotel tax | 13.93 | Accommodations |
| 5/10/2006 | JACKSON, JOANNE R | Roundtrip airfare from DFW to Jacksonville, FL | 567.44 | Airfare |
| 5/10/2006 | SINGH, AMIT | Dinner | 58.37 | Meals |
| 5/10/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/7 - 5/13 | 107.16 | Accommodations |
| 5/10/2006 | SINGH, AMIT | Hotel tax | 13.93 | Accommodations |
| 5/11/2006 | SINGH, AMIT | Breakfast | 4.92 | Meals |
| 5/11/2006 | SINGH, AMIT | Lunch with D. Young and S. Wadford | 60.28 | Meals |
| 5/11/2006 | SINGH, AMIT | Car rental - gasoline | 14.60 | Car Rental |
| 5/11/2006 | SINGH, AMIT | Car Rental | 184.05 | Car Rental |
| 5/11/2006 | SINGH, AMIT | Parking at DFW Airport | 66.00 | Parking |
| 5/11/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/12/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 853.82 | Airfare |
| 5/12/2006 | SINGH, AMIT | Change fee for air ticket | 100.00 | Airfare |
| 5/15/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/15/2006 | SINGH, AMIT | Lunch | 13.60 | Meals |
| 5/15/2006 | SINGH, AMIT | Dinner | 46.57 | Meals |
| 5/15/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/14 - 5/20 | 107.00 | Accommodations |
| 5/15/2006 | SINGH, AMIT | Hotel tax | 15.12 | Accommodations |
| 5/15/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/16/2006 | JACKSON, JOANNE R | Dinner | 80.72 | Meals |
| 5/16/2006 | JACKSON, JOANNE R | Lunch | 32.52 | Meals |
| 5/16/2006 | JACKSON, JOANNE R | Hotel Internet Access | 11.44 | Other |
| 5/16/2006 | JACKSON, JOANNE R | Hotel tax | 15.12 | Accommodations |
| 5/16/2006 | JACKSON, JOANNE R | Hotel rate for one night during week of 5/14 - 5/20 | 107.00 | Accommodations |
| 5/16/2006 | SINGH, AMIT | Breakfast | 3.75 | Meals |
| 5/16/2006 | SINGH, AMIT | Car rental - gasoline | 4.20 | Car Rental |
| 5/16/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/14 - 5/20 | 107.00 | Accommodations |
| 5/16/2006 | SINGH, AMIT | Hotel tax | 15.12 | Accommodations |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 5/16/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/17/2006 | JACKSON, JOANNE R | Breakfast | 7.62 | Meals |
| 5/17/2006 | JACKSON, JOANNE R | Taxi from DFW to home | 47.65 | Taxi |
| 5/17/2006 | JACKSON, JOANNE R | Lunch | 15.30 | Meals |
| 5/17/2006 | SINGH, AMIT | Dinner | 28.25 | Meals |
| | | | | |
| 5/17/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/14 - 5/20 | 107.00 | Accommodations |
| 5/17/2006 | SINGH, AMIT | Hotel tax | 15.12 | Accommodations |
| 5/17/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/18/2006 | JACKSON, JOANNE R | Roundtrip airfare from DFW to Jacksonville, FL | 900.71 | Airfare |
| 5/18/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/18/2006 | SINGH, AMIT | Lunch | 5.14 | Meals |
| 5/18/2006 | SINGH, AMIT | Car rental - gasoline | 15.28 | Car Rental |
| 5/18/2006 | SINGH, AMIT | Car Rental | 155.25 | Car Rental |
| 5/18/2006 | SINGH, AMIT | Parking at DFW Airport | 64.00 | Parking |
| 5/18/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/21/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |
| 5/21/2006 | SINGH, AMIT | Dinner | 4.92 | Meals |
| | | | | |
| 5/21/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/21 - 5/27 | 127.00 | Accommodations |
| 5/21/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/21/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| | | | | |
| 5/22/2006 | PAGANO, ROBERT W | Hotel rate for one night during week of 5/21 - 5/27 | 129.00 | Accommodations |
| 5/22/2006 | PAGANO, ROBERT W | Hotel tax | 16.77 | Accommodations |
| 5/22/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| | | | | |
| 5/22/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/21 - 5/27 | 127.00 | Accommodations |
| 5/22/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/22/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/22/2006 | JACKSON, JOANNE R | Hotel tax | 17.95 | Accommodations |
| | | | | |
| 5/23/2006 | JACKSON, JOANNE R | Hotel rate for one night during week of 5/21 - 5/27 | 127.00 | Accommodations |
| 5/23/2006 | JACKSON, JOANNE R | Dinner | 102.79 | Meals |
| 5/23/2006 | JACKSON, JOANNE R | Taxi from Jacksonville, FL Airport to Winn-Dixie | 42.00 | Taxi |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case
Middle District of Florida
No. 05-03817-3F1
Deloitte Consulting LLP
First Interim Fee Application
(3/14/06 - 5/31/06)

EXHIBIT E

| Receipt Date | Name | Description of Expense | Amount | Type |
|---|---|---|---|---|
| 5/23/2006 | PAGANO, ROBERT W | Roundtrip airfare from NYC to Jacksonville, FL | 414.30 | Airfare |
| 5/23/2006 | PAGANO, ROBERT W | Car rental | 129.00 | Car Rental |
| 5/23/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/23/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/21 - 5/27 | 127.00 | Accommodations |
| 5/23/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/23/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/24/2006 | JACKSON, JOANNE R | Lunch | 20.82 | Meals |
| 5/24/2006 | JACKSON, JOANNE R | Taxi from DFW airport to home | 48.00 | Taxi |
| 5/24/2006 | PAGANO, ROBERT W | Hotel rate for one night during week of 5/28 - 6/3 | 37.83 | Accommodations |
| 5/24/2006 | PAGANO, ROBERT W | Parking | 90.00 | Parking |
| 5/24/2006 | PAGANO, ROBERT W | Refund for flights | (559.39) | Airfare |
| 5/24/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/24/2006 | SINGH, AMIT | Dinner | 23.20 | Meals |
| 5/24/2006 | SINGH, AMIT | Hotel rate for one night during week of 5/21 - 5/27 | 127.00 | Accommodations |
| 5/24/2006 | SINGH, AMIT | Hotel tax | 17.95 | Accommodations |
| 5/24/2006 | SINGH, AMIT | Parking at hotel | 15.00 | Parking |
| 5/25/2006 | SINGH, AMIT | Breakfast | 5.17 | Meals |
| 5/25/2006 | SINGH, AMIT | Lunch | 16.90 | Meals |
| 5/25/2006 | SINGH, AMIT | Car rental - gasoline | 23.09 | Car Rental |
| 5/25/2006 | SINGH, AMIT | Car Rental | 184.05 | Car Rental |
| 5/25/2006 | SINGH, AMIT | Parking at DFW Airport | 66.00 | Parking |
| 5/25/2006 | SINGH, AMIT | Mileage from airport to home | 17.36 | Mileage |

TOTAL $ 16,931.53