**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Second Interim Application for Allowance of Fees and Expenses of Deloitte & Touche LLP to Provide Risk Assessment Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from February 1, 2006 Through May 31, 2006.

Dated: July 21, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By ___*s/ D. J. Baker*_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By ___*s/ Cynthia C. Jackson*_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00525867

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**SUMMARY SHEET ACCOMPANYING SECOND INTERIM FEE**
**APPLICATION OF DELOITTE & TOUCHE LLP FOR**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

Name of Applicant:                    Deloitte & Touche LLP

Time Period for Current Interim       February 1, 2006 through May 31, 2006
Application:

Authorized to Provide Services to:    Winn-Dixie Stores, Inc., et al.

Current Interim Application:          Fees Incurred: $57,784.25

                                      Expenses Requested: $2,331.52

Prior Interim Application:            Fees: $89,682.00

                                      Expenses: $3,859.46

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors**[1]

**Chapter 11**
**Case No.  05-03817-3F1**

**SECOND INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND
EXPENSES OF DELOITTE & TOUCHE LLP TO PROVIDE RISK ASSESSMENT,
QUALITY ASSESSMENT, AND JOURNAL ENTRY TESTING SERVICES TO THE
DEBTORS FOR THE PERIOD FROM
FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

TO:    THE HONORABLE JERRY A. FUNK
       UNITED STATES BANKRUPTCY JUDGE

Deloitte & Touche LLP ("Deloitte & Touche") hereby applies to this Court for

Allowance of Fees and Expenses of Deloitte & Touche as providers of risk assessment,

quality assessment, and journal entry testing services to the Winn-Dixie Stores, Inc., et al.

(the "Debtors"), for the period from February 1, 2006 through May 31, 2006, pursuant to

§§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016.  In support of this Application, Deloitte &

Touche states:

**Background**

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization

relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,

District of New York (the "New York Court"). By Order dated April 13, 2005, the New York Court transferred venue of these cases to this Court. Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court. These cases are jointly administered for procedural purposes only.

2.    The Debtors continue to manage and operate their business as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4.    On November 10, 2005, Debtor counsel filed an application for authority to employ Deloitte & Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor.

5.    On December 1, 2005, the Court authorized the employment of Deloitte & Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor nunc pro tunc to November 14, 2005.

6.    Under §§ 330 and 331 of the Bankruptcy Code, Deloitte & Touche is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7.    Deloitte & Touche has provided professional services to the Debtor from February 1, 2006 through May 31, 2006.

8.    Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte & Touche filed two (2) monthly statements for the period from

---

Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

February 1, 2006 through May 31, 2006 requesting a total of $57,784.25 in professional fees and $2,331.52 in expenses.

9.      Of the $57,784.25 in professional fees for this second interim period, $11,423.20, representing 80% of the fees for the months of April through May 2006, remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals.

10.     Of the $2,331.52 in expenses incurred for this second interim period, $685.76, representing 100% of the expenses for the months of April through May 2006, remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals.

11.     Attached hereto as **Exhibit A** is a summary of time by individual.

12.     Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

13.     Attached hereto as **Exhibit C** is a summary of the time by matter category incurred during the period covered by this application.

14.     Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the period covered by the application.

15.     Attached hereto as **Exhibit E** are the expenses incurred by Deloitte & Touche for the period covered by the application.

16.     All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

17.     Some services incidental to the tasks performed by Deloitte & Touche in these Chapter 11 cases have been performed by personnel employed by or associated with affiliates of Deloitte & Touche, including Deloitte Financial Advisory Services LLP.  The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte & Touche.  Deloitte & Touche has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte & Touche requests that this Court (i) enter an Order awarding Deloitte & Touche fees in the amount of $57,784.25 and expenses of $2,331.52 for a total amount of $60,115.77 in connection with services rendered to the Debtor for the period from February 1, 2006 through May 31, 2006, and (ii) grant such other relief as is just and necessary.

Dated:  July 14, 2006

Deloitte & Touche, LLP

BY   Richard M. Serafini/s

Richard M. Serafini
Principal

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Fee Application**
**(02/01/06 - 05/31/06)**
**Exhibit A**

| Names Of Professionals/<br>Paraprofessionals | Rates | | Hours | Total | |
|---|---|---|---|---|---|
| **Partner/Principal** | | | | | |
| Antoine, Robert | $ | 315.00 | 16.6 | $ | 5,229.00 |
| Reid, Anthony Alan | $ | 315.00 | 2.0 | $ | 630.00 |
| Serafini, Richard M | $ | 315.00 | 24.5 | $ | 7,717.50 |
| Waelter, Anthony M | $ | 315.00 | 5.5 | $ | 1,732.50 |
| Zotti, William C | $ | 315.00 | 1.5 | $ | 472.50 |
| **Sr. Manager** | | | | | |
| Achon, Rogelio O | $ | 250.00 | 8.6 | $ | 2,150.00 |
| Clarke, Matthew J | $ | 250.00 | 12.0 | $ | 3,000.00 |
| Henchock, Steven J | $ | 250.00 | 1.5 | $ | 375.00 |
| Tierney, Christopher J | $ | 250.00 | 2.5 | $ | 625.00 |
| **Manager** | | | | | |
| Hennigar, Robert James | $ | 175.00 | 90.2 | $ | 15,785.00 |
| Lowe, Gary Wendell | $ | 175.00 | 7.5 | $ | 1,312.50 |
| Peterson, John D G | $ | 175.00 | 37.7 | $ | 6,597.50 |
| Roebuck, Steven T | $ | 175.00 | 11.5 | $ | 2,012.50 |
| **Sr Consultant/Consultant** | | | | | |
| Dang, Brandon O'Neal | $ | 135.00 | 16.2 | $ | 2,187.00 |
| Seaman, Darren Carl | $ | 135.00 | 0.9 | $ | 121.50 |
| Shah, Vishal Bipin | $ | 135.00 | 58.1 | $ | 7,836.75 |
| **Total Fees** | | | 296.8 | $ | 57,784.25 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit B**

This narrative describes the major areas addressed by Deloitte & Touche LLP ("Deloitte & Touche") during the period of this application on behalf of the Debtors during these Chapter 11 proceedings:

Risk and Quality Assessment Reviews:

(Also known as "Internal Audit Risk Assessment and Quality Assessment Reviews")

Deloitte & Touche assisted the Debtors' internal auditing department in completing the annual company-wide risk assessment designed to identify and prioritize the significant financial, operational, regulatory, compliance, fraud, and information systems risks facing the Debtors. Deloitte & Touche helped analyze and review (i) the audit universe and auditable entities that have been identified by the Debtors and (ii) the risk models that have been developed by the Debtors' internal auditing department.

Deloitte & Touche assisted the Debtors' director of internal audit in developing the recommended risk-based annual internal audit plan to be presented to the Debtors' audit committee for approval. As part of the Quality Assessment of the internal audit department process, Deloitte & Touche reviewed the Debtors' internal audit procedures and criteria for identifying significant risk areas and setting audit priorities. Deloitte & Touche interviewed members of the Debtor's board audit committee and selective members of the Debtor's management team to determine overall expectations regarding the Debtors' internal audit function and its role in the organization and assessed the performance of the function in meeting those expectations. In addition, Deloitte & Touche compared the Debtors' practices to "leading practices" Deloitte & Touche has encountered in the course of serving other organizations. Exit meetings were held with the internal audit department management and a draft report was prepared.

Journal Entry Testing - Quarterly Testing and Reporting:

(Also known as "Journal Entry Testing")

This category includes initial meetings held by Deloitte & Touche personnel with internal audit department representatives.  This category also includes Deloitte & Touche effort to prepare and communicate data requests, extraction requirements, and account mapping. The category also includes entries where Deloitte & Touche personnel met with representatives of the Debtor's internal audit department and information technology department to discuss the initial data download.

Preparation of Fee & Expense Applications

Deloitte & Touche prepared the first interim fee application as well as monthly fee statements related to services provided from December 2005 through March 2006, in accordance with the requirements mandated by the court.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit C**

| <u>Category Description</u> | <u>Hours</u> |
|---|---|
| Journal Entry Testing - Quarterly Testing and Reporting | 84.0 |
| Preparation of Fee & Expense Applications | 40.2 |
| Risk and Quality Assessment Review | 172.6 |
| **Total** | **296.8** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 02/06/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for meeting and met with Board member E. Mehrer for quality assessment review | 2.1 | 315.00 | 661.50 |
| 02/08/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Transcribed interview results with E. Mehrer and analyzed results in light of policies | 1.9 | 315.00 | 598.50 |
| 02/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Presented current findings to Audit Committee and debriefed after presentation with client personnel | 3.0 | 315.00 | 945.00 |
| 02/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Reviewed IT Risk Assessment prepared by Winn Dixie and analyzed in light of Chief Information Officer comments | 3.0 | 315.00 | 945.00 |
| 02/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for Audit Committee presentation | 3.0 | 315.00 | 945.00 |
| 02/10/06 | Zotti, William C | Director | Risk and Quality Assessment Review | Performed concurring review of Quality Assessment Report | 1.5 | 315.00 | 472.50 |
| 02/10/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared presentation of risk assessment process | 1.0 | 175.00 | 175.00 |
| 02/13/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Presented to Winn-Dixie internal audit group overview of risk assessment process | 0.6 | 175.00 | 105.00 |
| 02/13/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed process documentation for Sarbanes-Oxley and risk assessment | 1.8 | 175.00 | 315.00 |
| 02/13/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Discussed Sarbanes-Oxley and Payment Card Industry (PCI) Documentation with internal audit personnel | 0.8 | 175.00 | 140.00 |
| 02/13/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Presented to Winn-Dixie internal audit group overview of risk assessment process | 0.6 | 315.00 | 189.00 |
| 02/13/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Reviewed and provided comments on risk assessment process. | 1.4 | 315.00 | 441.00 |
| 02/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed IT risk assessment interviewer questions | 0.2 | 175.00 | 35.00 |
| 02/14/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Communicated with A.Tynan and C.McKoewn re: journal entry detail file | 0.1 | 135.00 | 13.50 |
| 02/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Participated in Winn Dixie planning call with A.Waelter, T.Bucaro, D.Serafini, and R.Antoine | 0.5 | 175.00 | 87.50 |
| 02/14/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and participated in conference call with A.Waelter, T.Bucaro, D.Serafini, and R.Hennigar re: preliminary Risk Assessment Results for IT Technology | 1.0 | 315.00 | 315.00 |
| 02/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Evaluated General Computer Control approach and reviewed General Computer Control Deficiency Listing | 0.7 | 175.00 | 122.50 |
| 02/14/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with Deloitte internal audit team re: current plan coordination | 1.1 | 315.00 | 346.50 |
| 02/14/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Participated in conference call with R.Antoine, T.Bucaro, D.Serafini, and R.Hennigar to discuss preliminary Risk Assessment Results for IT Technology | 0.5 | 315.00 | 157.50 |
| 02/14/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Developed IT risk assessment plan | 3.9 | 315.00 | 1,228.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 02/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed previous audit results | 1.5 | 175.00 | 262.50 |
| 02/15/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Queried for preliminary datasets - December monthly | 0.4 | 175.00 | 70.00 |
| 02/15/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Presented GAP Analysis to Winn-Dixie internal audit personnel | 1.5 | 175.00 | 262.50 |
| 02/15/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Confirmed WBS element totals and established data templates | 2.0 | 175.00 | 350.00 |
| 02/15/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Performed GAP Analysis | 1.5 | 175.00 | 262.50 |
| 02/16/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Developed work plan for Winn-Dixie IT Risk Assessment | 1.5 | 175.00 | 262.50 |
| 02/17/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Reviewed and approved R.Hennigar's work plan for Winn-Dixie IT Risk Assessment | 1.0 | 315.00 | 315.00 |
| 02/18/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Populated Deloitte risk assessment tool with auditable segments from WInn-Dixie's IT risk assessment | 2.0 | 175.00 | 350.00 |
| 02/20/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Selected IT resource population from Sarbanes Oxley and Payment Card Industry (PCI) documentation. | 2.8 | 175.00 | 490.00 |
| 02/20/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed entity level risk assessment | 0.3 | 175.00 | 52.50 |
| 02/20/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed Winn-Dixie Business Plan re: technological implications for IT risk. | 1.9 | 175.00 | 332.50 |
| 02/20/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with G. Kencitzski concerning Risk Assessment work plan | 0.3 | 175.00 | 52.50 |
| 02/20/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed Payment Card Industry (PCI) VISA Audit | 0.8 | 175.00 | 131.25 |
| 02/21/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Analyzed mappings to identify critical information system assets | 2.3 | 175.00 | 402.50 |
| 02/21/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Mapped Business Unit Objective to Technology map | 1.8 | 175.00 | 306.25 |
| 02/21/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled time datasets, group 1, first monthly statement | 0.7 | 175.00 | 122.50 |
| 02/21/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Mapped IT Risk Assessment to Technology map | 1.8 | 175.00 | 315.00 |
| 02/21/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Mapped IT Strategic Plan to Technology map | 0.3 | 175.00 | 52.50 |
| 02/21/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Mapped Entity Level Risks to Technology map | 1.5 | 175.00 | 262.50 |
| 02/22/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed applicable regulatory or legal requirements to IT Audit universe. | 0.8 | 175.00 | 140.00 |
| 02/22/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with G. Kincitzski, S. Thibodeau re: Technology Map | 1.5 | 175.00 | 262.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 02/22/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with A. Waelter to review Winn-Dixie IT risk assessment approach, audit universe, and technology map | 2.5 | 175.00 | 437.50 |
| 02/23/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Analyzed IT Audit universe for overlaps between Sarbanes Oxley audit and PCI audit | 1.5 | 175.00 | 262.50 |
| 02/23/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with G. Kincitzski on progress IT risk assessment. | 0.8 | 175.00 | 131.25 |
| 02/23/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed Winn-Dixie internal audit comments on technology map. | 0.5 | 175.00 | 87.50 |
| 02/24/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Documented white space areas for risk interviews next week. | 0.6 | 175.00 | 105.00 |
| 02/24/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Populated risk universe with identified risks from PCI Audit. | 1.5 | 175.00 | 262.50 |
| 02/24/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared risk assessment quetionnaires for interviews for next week. | 1.2 | 175.00 | 210.00 |
| 02/24/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Added IT applications covered in PCI VISA audit to risk model. | 1.3 | 175.00 | 227.50 |
| 02/24/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Populated risk universe re: sarbanes oxley | 2.8 | 175.00 | 481.25 |
| 02/24/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Reviewed and provided comments on Winn Dixie Risk Universe. | 1.0 | 315.00 | 315.00 |
| 02/24/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled time datasets, group 2, first monthly statement | 1.2 | 175.00 | 210.00 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Analyzed interview results with M. Baust | 0.3 | 135.00 | 40.50 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Documented interview results with M. Baust and R. Dubnick | 2.0 | 135.00 | 270.00 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Reviewed PBC IT Risk Assessment for Internal Audit document | 0.5 | 135.00 | 67.50 |
| 02/27/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with M. Baust re: IT Risks | 2.5 | 175.00 | 437.50 |
| 02/27/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Evaluated the strength of relevant controls | 1.5 | 175.00 | 262.50 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Prepared for and met with R. Hennigar re: IT Risk Assessment Review | 0.4 | 135.00 | 54.00 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Reviewed PBC Entity Level Risk Assessment document | 0.3 | 135.00 | 40.50 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Prepared for and met with R. Hennigar, R. Dubnick and G. Kincitzski for interview on IT Risk Assessment | 0.8 | 135.00 | 108.00 |
| 02/27/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with B. Dang, R. Dubnick and G. Kincitzski re: interview on IT Risk Assessment | 0.8 | 175.00 | 140.00 |
| 02/27/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled additional time group for WBS WIN01890-01 | 1.9 | 175.00 | 332.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 02/27/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with B. Dang re: IT Risk Assessment overview | 0.4 | 175.00 | 70.00 |
| 02/27/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Incorporated identified risks from SOX, PCI, and Deloitte Security Audit into risk model | 2.8 | 175.00 | 481.25 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Documented interview results with M. Baust | 1.1 | 135.00 | 148.50 |
| 02/27/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled expense datasets, group 1, for December monthly | 1.9 | 175.00 | 332.50 |
| 02/27/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Prepared for and met with R. Hennigar, M. Baust and G. Kincitzski for interview on IT Risk Assessment | 2.5 | 135.00 | 337.50 |
| 02/28/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Documented interview results with R. Dubnick | 0.9 | 135.00 | 121.50 |
| 02/28/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled expense datasets, group 2, for December monthly and drafted emails to team re: additional datasets | 0.5 | 175.00 | 87.50 |
| 02/28/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Reviewed two Deloitte prepared reports for Winn-Dixie security risk assessment | 2.0 | 135.00 | 270.00 |
| 02/28/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with B. Dang and D. Fox for interview on IT Risk Assessment | 1.5 | 175.00 | 262.50 |
| 02/28/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and attended status meeting with J.Gleason | 2.2 | 315.00 | 693.00 |
| 02/28/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled additional time group, first monthly statement | 0.8 | 175.00 | 140.00 |
| 02/28/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Created time schedule and summaries for first monthly | 0.8 | 175.00 | 140.00 |
| 02/28/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Prepared a consolidated report for the collection of security risks | 1.5 | 135.00 | 202.50 |
| 02/28/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Identified vulnerabilities from risk interviews | 2.5 | 175.00 | 437.50 |
| 02/28/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed results of management and board interviews concerning IT Risk Assessment | 3.0 | 315.00 | 945.00 |
| 02/28/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Linked existing safeguards to identified vulnerabilities | 3.0 | 175.00 | 525.00 |
| 02/28/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed first draft of IT Risk Assessment factors | 2.8 | 315.00 | 882.00 |
| 02/28/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Analyzed interview results with D. Fox | 0.3 | 135.00 | 40.50 |
| 02/28/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Prepared for and met with R. Hennigar and D. Fox for interview on IT Risk Assessment | 1.5 | 135.00 | 202.50 |
| 03/01/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Categorized and qualified risk by risk level (high, medium or low) | 3.0 | 175.00 | 525.00 |
| 03/01/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Transitioned functions to A.Stedham and A.Kroep and downloaded data from C.McKeown | 0.8 | 135.00 | 108.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 03/01/06 | Dang, Brandon O'Neal | Senior Consultant | Risk and Quality Assessment Review | Documented interview results with D. Fox | 2.1 | 135.00 | 283.50 |
| 03/01/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with G. Kincitzski for update on IT Risk Assessment | 0.8 | 175.00 | 131.25 |
| 03/01/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Performed risk assessment re: whether existing or proposed safeguards are sufficient | 3.0 | 175.00 | 525.00 |
| 03/01/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared IT Risk Assessment report | 2.8 | 175.00 | 481.25 |
| 03/01/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Incorporated additional expense dataset | 0.3 | 175.00 | 52.50 |
| 03/02/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Reviewed results of IT assessments and challenged prelimary audit plan proposed | 2.0 | 315.00 | 630.00 |
| 03/02/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with A.Waelter, R. Serafini, R. Antoine on IT Risk Assessment status, presented deliverables for approval. | 2.0 | 175.00 | 350.00 |
| 03/03/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: final risk assessment of IT | 2.6 | 315.00 | 819.00 |
| 03/03/06 | Waelter, Anthony M | Partner | Risk and Quality Assessment Review | Prepared for and met with R. Hennigar, J. Gleason, G. Kincitzski on IT Risk Assessment Draft | 1.0 | 315.00 | 315.00 |
| 03/03/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared IT Risk Assessments by Audit Area | 1.0 | 175.00 | 175.00 |
| 03/03/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with A. Waelter, J. Gleason, G. Kincitzski on IT Risk Assessment Draft | 1.5 | 175.00 | 262.50 |
| 03/06/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Conducted an initial gap analysis of data received and prepared a summary of all outstanding information and data needs to be received from the client | 0.6 | 135.00 | 81.00 |
| 03/07/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and participated in meeting with J.Gleason and Winn Dixie to discuss potential vulnerabilities to internet access risks | 1.0 | 315.00 | 315.00 |
| 03/07/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed materials for IT Risk status meeting | 2.5 | 315.00 | 787.50 |
| 03/07/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted supporting documents, reconciled schedules, and forwarded all to team leads for review | 0.8 | 175.00 | 140.00 |
| 03/07/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Created expense schedule for first monthly statement | 1.8 | 175.00 | 315.00 |
| 03/08/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared and met with G. Kinetczski re: presentation for CIO | 3.0 | 175.00 | 525.00 |
| 03/08/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Developed presentation for CIO Risk Assessment | 2.8 | 175.00 | 481.25 |
| 03/08/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Provided narrative background and explanations for first interim to D.Serafini | 0.3 | 175.00 | 52.50 |
| 03/08/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Plotted MARCI Chart with high level risks | 2.8 | 175.00 | 490.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 03/08/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed current reconciliation of project and updated for new dataset, drafted report to D.Serafini re: same | 0.8 | 175.00 | 140.00 |
| 03/08/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Revised IT audit plan | 2.5 | 175.00 | 437.50 |
| 03/08/06 | Tierney, Christopher J | Senior Manager | Preparation of Fee & Expense Applications | Reviewed first monthly fee application for quality assurance | 1.0 | 250.00 | 250.00 |
| 03/08/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Finalized first monthly and made service of same on parties-in-interest | 0.6 | 175.00 | 105.00 |
| 03/09/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason, C. Wheston, G. Kinetcszki to present IT Risk Assessment results and MARCI Chart. | 2.5 | 175.00 | 437.50 |
| 03/09/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Incorporated data into SAS and tested for data quality exceptions | 2.5 | 135.00 | 337.50 |
| 03/10/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and participated in meeting with M. Larson re: internet access risks | 0.6 | 250.00 | 150.00 |
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: recomendations | 1.3 | 250.00 | 325.00 |
| 03/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Revised summary sheet for first interim, finalized draft interim, and drafted email re: same to D.Serafini | 0.5 | 175.00 | 87.50 |
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: internet access risks | 0.7 | 250.00 | 175.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason to discuss vulnerability to internet access risks | 0.7 | 175.00 | 122.50 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for meeting with R.Achon, M.Larson re: internet access risks | 2.0 | 175.00 | 350.00 |
| 03/13/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Performed an initial reconciliation of the general ledger data to the trial balance and identified non-reconciling accounts | 2.6 | 135.00 | 351.00 |
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and participated in meeting with G. Lowe and M. Larson re: internet access risks | 2.0 | 250.00 | 500.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Reviewed case related email | 0.5 | 175.00 | 87.50 |
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and met with G.Klingerman re: email tracing | 1.0 | 250.00 | 250.00 |
| 03/13/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared the audit input form for the client | 0.6 | 135.00 | 81.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for and participated in conference calls with A. Reid, M. Larson, and R. Achon re: recommendations | 1.3 | 175.00 | 227.50 |
| 03/13/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Performed additional analysis to identify sources of variance and prepared a report of unreconciled accounts | 1.8 | 135.00 | 243.00 |
| 03/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted motions, further interim schedules, and incorporate narratives, for first interim application | 2.6 | 175.00 | 455.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Prepared for and participated in conference calls with A. Reid, M. Larson re: recommendations | 1.0 | 250.00 | 250.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for and met with G.Klingerman re: email tracing | 1.0 | 175.00 | 175.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: recomendations | 1.3 | 175.00 | 227.50 |
| 03/13/06 | Achon, Rogelio O | Senior Manager | Risk and Quality Assessment Review | Drafted email re: case recommendations | 2.0 | 250.00 | 500.00 |
| 03/13/06 | Lowe, Gary Wendell | Manager | Risk and Quality Assessment Review | Prepared for and participated in session with M. Larson to discuss vulnerability to internet access risks | 0.7 | 175.00 | 122.50 |
| 03/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Prepared for and met with G. Kinetskci and J. Gleason re: audit plan | 3.0 | 175.00 | 525.00 |
| 03/14/06 | Reid, Anthony Alan | Principal | Risk and Quality Assessment Review | Reviewed preliminary results of current team work steps and determined project progress | 1.0 | 315.00 | 315.00 |
| 03/14/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Revised audit plan and risk assessment based on feedback from J. Gleason | 2.5 | 175.00 | 437.50 |
| 03/15/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared the data to run through JEDAR Batch 1A and 1B | 1.6 | 135.00 | 216.00 |
| 03/15/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Mapped general ledger accounts identified as unmapped by JEDAR Batch 1 using the trial balance and re-ran JEDAR Batch 1 | 1.7 | 135.00 | 229.50 |
| 03/15/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared and reviewed the final reconciliation and data validation report. | 1.8 | 135.00 | 243.00 |
| 03/15/06 | Reid, Anthony Alan | Principal | Risk and Quality Assessment Review | Prepared for and held discussion with J.Gleason re: findings and potential next steps | 1.0 | 315.00 | 315.00 |
| 03/16/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Re-executed JEDAR batch 2 programs after resolution of runtime errors | 0.3 | 135.00 | 40.50 |
| 03/16/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Resolved runtime errors encountered during the analysis | 2.4 | 135.00 | 317.25 |
| 03/16/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared JEDAR testing deliverable | 0.6 | 135.00 | 81.00 |
| 03/16/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared and executed JEDAR Batch 2 programs | 0.3 | 135.00 | 33.75 |
| 03/17/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Performed a detailed review and quality assurance of JEDAR testing reports prior to submission for manager review | 3.4 | 135.00 | 452.25 |
| 03/20/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Corrected issues identified during review and performed a final quality assurance check on the JEDAR testing reports | 2.5 | 135.00 | 337.50 |
| 03/22/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Confirmed service of first monthly on parties in interest | 0.1 | 175.00 | 17.50 |
| 03/23/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and conducted review of JEDAR draft deliverable | 1.0 | 250.00 | 250.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 03/24/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled and forwarded electronic versions of first interim to parties-in-interest | 0.5 | 175.00 | 87.50 |
| 03/24/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and conducted further review of JEDAR draft deliverable | 2.0 | 250.00 | 500.00 |
| 03/29/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Extracted additional details from profiling results for manager review | 1.8 | 135.00 | 236.25 |
| 03/29/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Modified JEDAR workbook to match internal audit standards | 2.4 | 135.00 | 317.25 |
| 03/30/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Confirmed objection status and drafted email to D.Serafini and voicemail | 0.3 | 175.00 | 52.50 |
| 03/30/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Compiled profiling details for manager review | 0.4 | 135.00 | 54.00 |
| 03/31/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted email to team re: compliance and project administration | 0.2 | 175.00 | 35.00 |
| 03/31/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Verified and performed necessary amendments to the deliverable to close manager review notes | 0.6 | 135.00 | 81.00 |
| 04/03/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Corrected workpapers based on manager's review notes | 2.8 | 135.00 | 378.00 |
| 04/03/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared final deliverable for client | 1.6 | 135.00 | 216.00 |
| 04/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted emails to D.Serafini re: interim hearing | 0.3 | 175.00 | 52.50 |
| 04/03/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Re-executed portions of the JEDAR programs based on new updates provided by the engagement team | 1.5 | 135.00 | 202.50 |
| 04/03/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed drafts of JEDAR deliverable in preparation for 4/5 meeting | 2.0 | 250.00 | 500.00 |
| 04/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Responded to D.Serafini emails re: interims and footnotes for invoicing | 0.4 | 175.00 | 70.00 |
| 04/04/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed JEDAR deliverable in preparation of meeting with Winn Dixie. | 0.5 | 175.00 | 87.50 |
| 04/04/06 | Henchock, Steven J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Performed quality assurance review of the JEDAR deliverable template | 1.5 | 250.00 | 375.00 |
| 04/04/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed drafts of JEDAR deliverable in preparation for 4/5 meeting | 2.0 | 250.00 | 500.00 |
| 04/05/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Extracted additional profiling details for presentation to client | 1.7 | 135.00 | 229.50 |
| 04/05/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Re-executed parts of the analysis with an updated Planning Materiality (PM) value | 1.5 | 135.00 | 202.50 |
| 04/05/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and participated in meeting/presentation re: JEDAR analysis with M.Clarke, T.Roebuck, A.Tynan, and J.Gleason | 3.0 | 315.00 | 945.00 |
| 04/05/06 | Tierney, Christopher J | Senior Manager | Preparation of Fee & Expense Applications | Reviewed emails from team and provided guidance | 0.5 | 250.00 | 125.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 04/05/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Participated in the JEDAR analysis presentation to A.Tynan, and J.Gleason with R.Antoine and T.Roebuck | 2.0 | 250.00 | 500.00 |
| 04/05/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and participated in presentation of JEDAR results deliverable to Winn-Dixie with R.Antoine and M.Clarke | 3.0 | 175.00 | 525.00 |
| 04/07/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Provided initial query for WBS life-to-date downloads for February and March monthly statements | 0.3 | 175.00 | 52.50 |
| 04/07/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed Pacer for relevant activity re: interims and notified D.Serafini of results and next steps | 0.3 | 175.00 | 52.50 |
| 04/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with internal audit management re: first cut of JEDAR | 3.0 | 315.00 | 945.00 |
| 04/11/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed email from A.Tynan re: follow-up items for JEDAR re-run | 0.2 | 175.00 | 35.00 |
| 04/11/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Participated in discussion with A.Tynan re: configuration of clearing accounts pertaining to the JEDAR analysis | 0.3 | 175.00 | 52.50 |
| 04/12/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Queried WBS time dataset elements for February and March monthly statements | 0.4 | 175.00 | 70.00 |
| 04/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 1 of time datasets for February and March monthly statements | 2.6 | 175.00 | 455.00 |
| 04/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 2 of time datasets for February and March monthly statements | 1.9 | 175.00 | 332.50 |
| 04/13/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 1 of expense datasets for February and March monthly statements and fluxed datasets | 0.6 | 175.00 | 105.00 |
| 04/14/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 3 of time datasets for February and March monthly statements | 0.9 | 175.00 | 157.50 |
| 04/14/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 2 for life-to-date expense datasets for use in February and March monthly statements | 2.4 | 175.00 | 420.00 |
| 04/18/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 4 of time datasets for February and March monthly statements | 1.0 | 175.00 | 175.00 |
| 04/19/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Incorporated additional datasets to WBS downloads for February | 0.6 | 175.00 | 105.00 |
| 04/19/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted case update to C.Tierney | 0.2 | 175.00 | 35.00 |
| 04/20/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Incorporated filing data, project rates, and fees into master datasets | 1.5 | 175.00 | 262.50 |
| 04/20/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled group 5 of time datasets for February and March monthly statements | 1.5 | 175.00 | 262.50 |
| 04/24/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Incorporated additional time dataset for February and March monthlies | 0.6 | 175.00 | 105.00 |
| 04/24/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted time schedules, summary sheet, and expense schedule for February and March monthlies; reconciled schedule tie-outs | 1.7 | 175.00 | 297.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 04/25/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Finalized February and March monthlies and provided same to parties-in-interest | 1.0 | 175.00 | 175.00 |
| 04/25/06 | Tierney, Christopher J | Senior Manager | Preparation of Fee & Expense Applications | Reviewed finalized monthly statement | 1.0 | 250.00 | 250.00 |
| 05/01/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Confirmed service on parties-in-interest of 2nd monthly statement | 0.2 | 175.00 | 35.00 |
| 05/02/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Executed investigative queries re: datasets per Manager request | 0.4 | 135.00 | 54.00 |
| 05/08/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Executed tests to check for accounts in the General Ledger not mapped to a specific financial statement category. | 1.0 | 135.00 | 135.00 |
| 05/09/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Participated in a planning call with T.Roebuck and M.Clarke re: re-execution of analysis | 0.5 | 135.00 | 67.50 |
| 05/09/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and attended JEDAR code update with T.Roebuck and V.Shah | 1.0 | 250.00 | 250.00 |
| 05/10/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Modified read-in program and setup JEDAR Batch 1 programs for re-execution | 1.6 | 135.00 | 216.00 |
| 05/10/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Setup the audit input form based on new mapping information and additional management accounts and suspense accounts specified by the client | 1.9 | 135.00 | 256.50 |
| 05/10/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Assisted with code changes for JEDAR analysis based on prior meeting with T.Roebuck and V.Shah | 1.0 | 250.00 | 250.00 |
| 05/10/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Researched possible solutions to tailor the 'keyword search' test to suit client requirements | 2.2 | 135.00 | 297.00 |
| 05/11/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed JEDAR Batch 1 results and Reconciliation Data validation Report | 2.7 | 135.00 | 364.50 |
| 05/11/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed a preliminary draft of the JEDAR deliverable and provided feedback to V.Shah | 1.0 | 250.00 | 250.00 |
| 05/12/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed JEDAR Batch-2 results and Profiling Report. | 3.5 | 135.00 | 472.50 |
| 05/12/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared final reports in accordance with internal audit guidelines | 3.3 | 135.00 | 445.50 |
| 05/13/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed JEDAR Batch 2 reports and prepared final output per Internal Audit guidelines | 3.3 | 135.00 | 445.50 |
| 05/13/06 | Shah, Vishal Bipin | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Re-executed JEDAR Batch 2 analysis as inconsistencies in period being tested were identified during a final self review | 0.9 | 135.00 | 121.50 |
| 05/17/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed JEDAR results | 2.0 | 175.00 | 350.00 |
| 05/18/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed CD data logistics and prepared for meeting to be held on 5/22/2006 | 2.5 | 175.00 | 437.50 |
| 05/22/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted case update email to D.Serafini | 0.3 | 175.00 | 52.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 05/22/06 | Roebuck, Steven T | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and participated in meeting with J.Gleason, A.Tynan, D.Serafini and R.Antoine re: JEDAR results | 3.0 | 175.00 | 525.00 |
| | | | | | | | |
| | | | | | **296.8** | | **$ 57,784.25** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit E**

| Category | Amount |
|---|---|
| Accommodations | 147.25 |
| Airfare | 1,157.47 |
| Auto Rental | 150.68 |
| Mileage | 138.84 |
| Meals | 181.52 |
| Parking | 51.75 |
| Reproduction Services & Express Mail | 264.01 |
| Taxi & Public Transit | 240.00 |
| **Total** | **$ 2,331.52** |

| Date | Name | Description of Expense | Amount |
|---|---|---|---|
| 01/21/06 | Kay, David P | Airfare from Jacksonville airport to Tampa airport for Quality Assessment Review | 179.06 |
| 02/22/06 | Waelter, Anthony M | Lunch meeting for A.Waelter and R.Hennigar | 25.58 |
| 03/10/06 | Lowe, Gary Wendell | Roundtrip airfare from Atlanta, GA to Jacksonville, FL for client service re: risk assessment | 503.21 |
| 03/11/06 | Peterson, John DG | Overnight delivery charges for client service | 101.34 |
| 03/13/06 | Lowe, Gary Wendell | Car rental in Jacksonville for client service on 3/13/06 | 57.94 |
| 03/13/06 | Lowe, Gary Wendell | Parking at Atlanta airport on 3/13/06 | 11.25 |
| 03/13/06 | Lowe, Gary Wendell | Dinner on 3/13/06 for G.Lowe and R.Achon | 26.45 |
| 03/13/06 | Achon, Rogelio O | Taxi from home to Miami airport on 3/13/06 | 120.00 |
| 03/13/06 | Achon, Rogelio O | Roundtrip airfare from Miami to Jacksonville, FL on 3/13/06 for client service | 216.60 |
| 03/13/06 | Achon, Rogelio O | Taxi from Miami airport to home on 3/13/06 | 120.00 |
| 03/13/06 | Achon, Rogelio O | Lunch on 3/13/06 | 14.36 |
| 03/14/06 | Peterson, John DG | Document reproduction services for client service | 56.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Second Interim Application**
**(02/01/06 - 05/31/06)**
**Exhibit E**

| Date | Name | Description of Expense | Amount |
|------|------|----------------------|--------|
| 03/16/06 | Achon, Rogelio O | Parking at Miami airport on 3/13/06 | 18.00 |
| 03/18/06 | Peterson, John DG | Overnight delivery charges for client service | 106.67 |
| 03/28/06 | Clarke, Matthew J | One-way airfare on 3/28/06 from Atlanta GA, to Jacksonville, FL for client service | 89.30 |
| 04/04/06 | Clarke, Matthew J | Hotel tax | 1.21 |
| 04/04/06 | Clarke, Matthew J | Lodging for JEDAR delivery | 107.00 |
| 04/04/06 | Clarke, Matthew J | Meal for M.Clarke and S.Roebuck | 58.15 |
| 04/04/06 | Clarke, Matthew J | Hotel tax | 25.13 |
| 04/04/06 | Clarke, Matthew J | Hotel tax | 13.91 |
| 04/04/06 | Roebuck, Steven T | Roundtrip airfare from Tampa to Jacksonville for client service | 169.30 |
| 04/05/06 | Roebuck, Steven T | Auto Rental for onsite client service | 55.62 |
| 04/05/06 | Roebuck, Steven T | Mileage from MCO airport to Tampa, FL | 10.68 |
| 04/05/06 | Roebuck, Steven T | Auto parking at airport | 22.50 |
| 04/05/06 | Roebuck, Steven T | Tolls incurred from airport to home | 1.50 |
| 04/05/06 | Roebuck, Steven T | Tolls incurred in returning rental car | 1.50 |
| 04/05/06 | Roebuck, Steven T | Refuel of rental car | 34.12 |
| 05/15/06 | Roebuck, Steven T | Mileage from Orlando to Jacksonville, FL | 64.08 |
| 05/15/06 | Roebuck, Steven T | Mileage from Jacksonville, FL to Orlando | 64.08 |
| 05/22/06 | Serafini, Richard M | Lunch for R.Serafini, S.Thibodaux, A.Tynan, T. Roebuck | 56.98 |
| | | | |
| | | | $   2,331.52 |

Note:  expenses included in this application which pre-date the interim period have not been previously billed.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,        )        *Chapter 11*

Debtors.                                                )        Jointly Administered

**ORDER APPROVING SECOND INTERIM APPLICATION OF**
**DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED**
**(FEBRUARY 1, 2006 THROUGH MAY 31, 2006)**

These cases came before the Court upon the application dated July 14, 2006 (the

"Second Application") of Deloitte & Touche LLP ("Deloitte & Touche") for an order under

11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on

behalf of the Debtors in the amount of $57,784.25, and authorizing payment of compensation

not previously received, and (ii) allowing actual, necessary expenses incurred in connection

with the rendition of such professional services in the amount of $2,331.52, and authorizing

reimbursement of expenses not previously received, for the period from February 1, 2006

through May 31, 2006 (the "Application Period").  A hearing on the Second Application was

held on August 10, 2006.  The Court has read the Second Application, considered the

representations of counsel and has determined that notice of the Second Application was

good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Second Application is granted.

2.      The fees earned and the expenses incurred during the Application Period, as set forth in the Second Application, are approved and allowed.

3.      The Debtors are authorized and directed to pay to Deloitte & Touche (to the extent not previously paid) the sums of:  (i) $57,784.25, representing fees earned during the Application Period and (ii) $2,331.52, representing expenses incurred during the Application Period.

4.      The relief granted in this Order is without prejudice to the rights of Deloitte & Touche to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.      All interim fees and expenses are subject to final review and no determination is made as to reasonableness.  To the extent the estates become administratively insolvent, interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of _____, 2006 in Jacksonville, Florida


_____
Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Second Application.