# EXHIBIT B

**Expenses Advanced by Jenner & Block**
**May 9, 2005 - May 31, 2006**

| Cost Category | Amount Advanced |
|---|---:|
| Out of town business meals | $ 302.43 |
| Out of town travel expense | $ 7,655.25 |
| Court reporter and videographer charges | $ 9,581.55 |
| Database research (Dun & Bradstreet) | $ 7.45 |
| Expert witness fees and expenses | $ 18,625.78 |
| Check received from Winn-Dixie (partial reimbursement for expert witness fees) | $ (6,000.78) |
| Federal Express | $ 1,342.13 |
| Computer-assisted legal research (Lexis and Westlaw) | $ 4,751.41 |
| Long Distance Telephone | $ 167.49 |
| Photocopying and printing ($.09 per page in-house; $.12 per page by IKON Office Solutions) | $ 5,535.00 |
| Processing of documents and email for electronic production in discovery | $ 5,269.47 |
| Document-related expenses (including scanning, color copying, binding, Bates-labeling, *etc.*) | $ 602.85 |
| Photocopy Expense | $ 5,980.59 |
| Check received from IKON Office Solutions (refund for overpayment re photocopying) | $ (670.70) |
| Postage expense | $ 6.74 |
| **Total** | **$ 53,156.66** |

**Exhibit B**

# EXHIBIT C

Case 3:05-bk-03817-JAF    Doc 9392-3    Filed 07/21/06    Page 3 of 5

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING**
**FIRST INTERIM FEE APPLICATION OF JENNER & BLOCK LLP,**
**AS SPECIAL COUNSEL TO THE DEBTORS,**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES ADVANCED**

These cases came before the Court upon the First Interim Fee Application of Jenner & Block LLP ("Application") for entry of an order allowing Jenner & Block interim compensation for services rendered and expenses advanced as special insurance counsel to Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, "the Debtors") during the period May 9, 2005 to May 31, 2006 ("Application Period").  The Court has reviewed the Application and exhibits and has considered the representations of counsel, and after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Application and that granting such relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted.

2. The fees earned and the expenses advanced by Jenner & Block during the Application Period, as set forth in the Application, are approved and allowed.

2

3.      The Debtors are authorized and directed to pay to Jenner & Block interim compensation for fees in the amount of $606,419.25, and reimbursement for expenses advanced in the amount of $53,156.66.

4.      The relief granted in this Order is without prejudice to the rights of Jenner & Block to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon proper application to the Court.

Dated _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
UNITED STATES BANKRUPTCY JUDGE

Cynthia C. Jackson is directed to serve a
copy of this Order on all parties included on
the Master Service List.