UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　Case No.: 3:05-bk-03817-JAF

　　Debtors.　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Fourth Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and including May 31, 2006.

Dated: July 21, 2006.　　　　　　　　　AKERMAN SENTERFITT

　　　　　　　　　　　　　　　　　　　　By: /s/ John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　John B. Macdonald
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 230340
　　　　　　　　　　　　　　　　　　　　　　E-mail: john.macdonald@akerman.com
　　　　　　　　　　　　　　　　　　　　　　Patrick P. Patangan
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 348340
　　　　　　　　　　　　　　　　　　　　　　E-mail: patrick.patangan@akerman.com
　　　　　　　　　　　　　　　　　　　　　　50 North Laura St., Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (904) 798-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 798-3730

　　　　　　　　　　　　　　　　　　　　Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA283496;1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 21st day of July, 2006 to:

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov
Email: Elena.L.Escamilla@usdoj.gov

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Email: LarryAppel@winn-dixie.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Email: Jhelfat@oshr.com

King & Spalding LLP
Attn: Sarah Robinson Borders, Esq.
191 Peachtree Street
Atlanta, GA 30303
Email: sborders@kslaw.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
Email: Mbarr@milbank.com

Rogers Towers, P.A.
Attn.: Betsy Cox, Esq.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, Florida 32207
Email: bcox@rtlaw.com

Shearman & Sterling, LLP
Attn.: Andrew V. Tenzer, Esq.
599 Lexington Avenue
New York, NY 10022-6069
Email: atenzer@shearman.com

Stuart, Maue, Mitchell & James Ltd.
Attn.: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Email: l.cooper@smmj.com

/s/ John B. Macdonald
Attorney

{JA283496;1}