**Summary Table of Disbursements Billed During Akerman Senterfitt's Third Interim Compensation Period
(February 1, 2006 – May 31, 2006)**

| Disbursements | Amount |
|---|---|
| Long Distance Telephone | $192.89 |
| Federal Express | $568.81 |
| Duplicating | $2,435.00 |
| Meals | $326.99 |
| Court Reporter | $749.79 |
| Mileage | $67.22 |
| Delivery Service | $7.12 |
| Lexis/Westlaw | $46.57 |
| Airfare | $216.60 |
| Parking | $12.00 |
| **Total Disbursements** | **$4,622.99** |

{JA283139;1}