## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Fourth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 Through May 31, 2006.

Dated:  July 21, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By ___s/ D. J. Baker___
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By ___s/ Cynthia C. Jackson___
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00525867

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FOURTH INTERIM APPLICATION OF PRICEWATERHOUSECOOPERS LLP
FOR ALLOWANCE AND PAYMENT OF COMPANESATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FEBRUARY 1, 2006 THROUGH MAY 31, 2006)**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), accountants supporting internal audit functions for the Debtors for the above-captioned debtors-in-possession (the "Debtors"), applies to this Court for an order approving the payment of fees and expenses pursuant to 11 U.S.C. § 331. In support of this application, PricewaterhouseCoopers represents as follows:

1.    **Date of Order Authorizing Employment** - PricewaterhouseCoopers was appointed to perform services on behalf of the Debtor by order of this Court entered on May 19, 2005.  On May 4, 2006, the Court approved the supplemental application of PricewaterhouseCoopers to provide services related to the enhancement of the Debtors' information security program.

2.    **Dates and Amounts Received from Prior Fee Applications** - This fee application is the Fourth interim fee application for fees and reimbursement of expenses by PricewaterhouseCoopers.

| | | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/15/05 | 2/22/05 - 5/31/05 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 |
| 11/4/05 | 6/1/05 - 9/30/05 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 |

| | | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|---|
| 3/10/06 | 10/1/05 - 1/31/06 | $19,486.63 | $1,888.88 | $19,486.63 | $1,888.88 | $19,486.63 | $1,888.88 |
| 7/17/06 | 2/1/06 - 5/31/06 | $68,417.50 | $3,126.39 | $34,252.00 | $2,754.38 | | |
| Totals | | $1,140,387.13 | $101,223.18 | $1,106,221.63 | $100,851.17 | | |

PricewaterhouseCoopers has reviewed and responded to the Initial Fee Reports provided by Stuart, Maue, Mitchell & James, Ltd. (the "Fee Examiner") during the last few months. During June 2006, PricewaterhouseCoopers voluntarily agreed to reduce prior interim fee applications based upon further analysis of the prior time and expense submissions. PricewaterhouseCoopers will reduce its Proposed Order by these voluntary reductions of fees and credit the Debtors cash payments during the Fourth Interim Fee Application.

| Interim Fee Period | Proposed Fee Concession |
|---|---|
| First Interim Period: February 22, 2005 - May 31, 2005 | $13,292.00 |
| Second Interim Period: June 1, 2005 - September 30, 2005 | $9,792.75 |
| First Interim Period: October 1, 2005 - January 31, 2006 | $172.50 |
| **Total Fee Reductions** | **$23,257.25** |

Pursuant to the Final Order Approving Interim Compensation Procedures for Professionals, dated March 15, 2005, PricewaterhouseCoopers has to date been paid fees in the amount of $1,106,221.63 and been reimbursed expenses in the amount of $100,851.17. PricewaterhouseCoopers has received interim payment for the February 2006 and March 2006 invoices. PricewaterhouseCoopers is pending interim payment for the April 2006 invoice, issued on June 1, 2006 and May 2006 invoice, issued on June 21, 2006.[1]

---

[1]    PricewaterhouseCoopers will credit the proposed prior interim fee application concessions against the 20% holdback for the February 2006 ($4,331.00), March 2006 ($4,232.00) and April 2006 ($1,470.00),

3.    <u>**Source of Payment for Requested Compensation**</u> - Payment will be from funds of the Debtors.

4.    <u>**Amount of Unencumbered Funds on Hand**</u> - Unknown.

5.    <u>**Amount of Fees and Costs Currently Requested**</u> - This application requests allowance of fees earned in the amount of $45,160.25 ($68,417.50 fees incurred less voluntary fee reductions, $23,257.25) and reimbursement of expenses incurred in the amount of $3,126.39 during the time period from February 1, 2006 through May 31, 2006.

6.    <u>**Summary of Services Provided, Results and Benefit to the Estate**</u> - The services rendered are summarized and supported by the monthly billings attached hereto as <u>**Exhibit A**</u>. The monthly billings for services contain information on the date the service was performed, the identity of the person who performed the service and their hourly rate, a detailed description of the services rendered and the time spent performing the service.

*Case Administration - Bankruptcy Retention Issues:* ($412.50, 1.5 hours) PricewaterhouseCoopers' bankruptcy professional (Mr. Kent Mordy) assisted the client-service team professionals with the review and preparation of the supplemental application expanding its services for the IT assessment project.

*Case Administration - Monthly, Interim and Final Fee Applications:* ($2,575.00, 10.3 hours) PricewaterhouseCoopers' bankruptcy professional (Ms. Andrea Clark Smith) supervised the preparation and summarizing of the billing detail to confirm with the requirements of local rules in order to support its fee applications and billings to the Debtors, as well as preparation of the third interim fee application. In addition to the preparation of the monthly invoices, PricewaterhouseCoopers prepared the electronic data files for the Fee Examiner for February 2006 invoice and the third interim fee application.

---

as well as the balance against the May 2006 invoice ($13,224.25).

Ms. Smith utilizes other billing professionals during the Application Period and voluntarily did not bill those hours.

### *Case Administration - Communications and Analysis for Fee Examiner:*

($13,165.00, 57.6 hours) PricewaterhouseCoopers' bankruptcy professional (Ms. Smith) participated in telephone conversations with the Fee Examiner, as well as reviewed and responded to the interim fee reports for the first three interim periods, representing approximately $1.2 million of fees and expenses.

Primarily during May 2006, PricewaterhouseCoopers reviewed the Fee Examiner's reports including exhibits and analyzed their initial findings to determine whether any concessions were necessary.  PricewaterhouseCoopers prepared supplemental information and responses to the Fee Auditor in June 2006. Ms. Smith utilizes other billing professionals during the Application Period and voluntarily did not bill those hours.

Accordingly, PricewaterhouseCoopers has agreed to credit the Debtors the proposed fee reductions associated with the first three interim fee applications, cumulatively $23,257.25, against the cash collections for this Fourth Interim Fee Period.

PricewaterhouseCoopers believes these fees are one-time in nature due to the retention of the Fee Examiner in late 2005 and the lack of primary bankruptcy professionals assigned to the project during the first 6 months of billings.  Based upon the Fee Examiner's reports, the percentage of fees examined for reasonableness and compliance has decreased significantly and the applicable concession has diminished. PricewaterhouseCoopers expects this trend to continue with each of the subsequent fee applications.

**INTERNAL AUDIT ASSISTANCE:**

PricewaterhouseCoopers was retained by the Debtors to support its internal audit functions and was selected by the Debtors because of PricewaterhouseCoopers' experience, qualifications, national reputation and its ability to perform internal auditing, accounting and compliance services necessary to the Debtors to meet the requirements of Section 404 of the Sarbanes-Oxley Act of 2002.

In connection with its services for the Debtors, PricewaterhouseCoopers entered into an Internal Audit Master Professional Services Agreement ("Master Services Agreement") with the Debtors, dated August 30, 2004, to perform and conduct internal audit projects under their direction in accordance with the overall audit charter and internal plan of the Debtors, as periodically amended. Under the terms of the Master Services Agreement the internal audit projects are defined in more detail in periodic attachments to the Master Services Agreement, known individually as a Statement of Work ("SOW"). PricewaterhouseCoopers and the Debtors anticipate that in the future it will enter into additional SOWs, as necessary, to meet the Debtors' ongoing service needs related to internal auditing, accounting and compliance with Section 404 of the Sarbanes-Oxley Act of 2002.

A summary of the work performed under the current SOWs being provided by PricewaterhouseCoopers on behalf of the Debtors and the estates during the period of time covered by this fee application are as follows:

*SOW No. 10 - FY 2006 PeopleSoft SOX:* ($46,827.50, 222.5 hours) PricewaterhouseCoopers provided the Debtors with a review of the key controls associated with the Debtors' Sarbanes-Oxley 404 documentation and testing requirements. PricewaterhouseCoopers tested the controls within the following systems:

- PeopleSoft Application Security Design (including security administration, data security, password management, access to PeopleTools (technical developer functionality), and segregation of duties);

- PeopleSoft Financials - Restricted Access Testing (including general ledger, accounts receivable/billing, and asset management);

- PeopleSoft HRMS - Restricted Access Testing (including human resources and payroll).

**INFORMATION TECHNOLOGY ASSISTANCE**

PricewaterhouseCoopers was retained by the Debtors, effective April 14, 2006, to expand its retention to include services related to the enhancement of the Debtors' information technology security program. PricewaterhouseCoopers services provided on behalf of the Debtors and the estates during the period of time covered by this fee application are as follows:

*2006 IT Security Strategy Assessment:* ($5,437.50, 14.5 hours) - PricewaterhouseCoopers will be working with the Debtors to confirm the current state of the IT security and determine implementation of security initiatives for the Debtors to consider.  This project has just begun and only initial consultations and strategy kick-off meetings were held with the client in late May 2006.

7.      **Financial Condition of Estate, Payment of Post-Petition Expenses** - To PricewaterhouseCoopers' knowledge, the Debtors are current in the payment of their post-petition obligations.

8.      **Projection of Applicant's Future Expenses and Fees and Anticipated Source of Payment** - PricewaterhouseCoopers estimates that it will incur additional fees and expenses in the estimated amount of $335,000 for the work being performed under the currently existing projects. In addition, PricewaterhouseCoopers has held discussions with the Debtors regarding additional internal audit related projects and anticipates that there may be other as yet unidentified related work for which it cannot estimate the amount of fees that will be incurred at this time.

9.      **Status of Case, Progress Toward Closing** - PricewaterhouseCoopers does not have knowledge as to the status of the Debtors and their efforts related to a Plan of Reorganization.

10.     Pursuant to 11 U.S.C. § 504, PricewaterhouseCoopers will not share such compensation or reimbursement of expenses applied for herein and received in connection with this case with any other person or firm.

WHEREFORE, PricewaterhouseCoopers respectfully requests that the Court approve the application for compensation for services rendered to the Debtors for the period February 1, 2006 through May 31, 2006 in the amount of $45,160.25 ($68,417.50 fees incurred less voluntary fee reductions, $23,257.25) and reimbursement of expenses in the amount of $3,126.39 incurred in its performance of this engagement.

RESPECTFULLY SUBMITTED this 17th day of July, 2006

PRICEWATERHOUSECOOPERS LLP

Elizabeth Dantin

**EXHIBIT A SERIES - MONTHLY INVOICES FOR SERVICES**
**WINN-DIXIE STORES, INC.**

1.  SUMMARY OF MONTHLY BILLINGS - February 1, 2006 Through May 31, 2006

2.  FEBRUARY 2006 INVOICE - $21,655.00 Fees and $2,754.38 Expenses

3.  MARCH 2006 INVOICE - $21,160.00 Fees

4.  APRIL 2006 INVOICE - $7,350.00 Fees

5.  MAY 2006 INVOICE - $18,252.50 and $372.01 Expenses

**PricewaterhouseCoopers LLP**
**Winn-Dixie Stores, Inc. Billing Summary**
**February 1, 2006 through May 31, 2006 - Fourth Interim Fee Period**

| Project | Feb-2006 | Mar-2006 | Apr-2006 | May-2006 | Total - 2/1/06 to 5/31/06 |
|---|---|---|---|---|---|
| **Summary of Fees Incurred - Fourth Interim Fee Period** | | | | | |
| Case Administration | | | | | |
| Bankruptcy Retention Issues | $0.00 | $137.50 | $275.00 | $0.00 | $412.50 |
| Monthly, Interim and Final Fee Applications | $175.00 | $1,375.00 | $600.00 | $425.00 | $2,575.00 |
| Communications and Analysis for Fee Examiner | $0.00 | $450.00 | $325.00 | $12,390.00 | $13,165.00 |
| FY 2006 PeopleSoft SOX | $21,480.00 | $19,197.50 | $6,150.00 | $0.00 | $46,827.50 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $5,437.50 | $5,437.50 |
| **Total Fees Incurred** | **$21,655.00** | **$21,160.00** | **$7,350.00** | **$18,252.50** | **$68,417.50** |
| | | | | | |
| **Reimbursable Expenses Incurred - Fourth Interim Fee Period** | | | | | |
| FY 2006 PeopleSoft SOX | $2,754.38 | $0.00 | $0.00 | $0.00 | $2,754.38 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $372.01 | $372.01 |
| **Total Reimbursable Expenses Incurred** | **$2,754.38** | **$0.00** | **$0.00** | **$372.01** | **$3,126.39** |
| | | | | | |
| **Total Fees and Expenses Incurred - Fourth Interim Fee Period** | | | | | |
| Case Administration | | | | | |
| Bankruptcy Retention Issues | $0.00 | $137.50 | $275.00 | $0.00 | $412.50 |
| Monthly, Interim and Final Fee Applications | $175.00 | $1,375.00 | $600.00 | $425.00 | $2,575.00 |
| Communications and Analysis for Fee Examiner | $0.00 | $450.00 | $325.00 | $12,390.00 | $13,165.00 |
| FY 2006 PeopleSoft SOX | $24,234.38 | $19,197.50 | $6,150.00 | $0.00 | $49,581.88 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $5,809.51 | $5,809.51 |
| **Total Fees and Expenses Incurred** | **$24,409.38** | **$21,160.00** | **$7,350.00** | **$18,624.51** | **$71,543.89** |

| Voluntary Reductions to the Prior Interim Fee Periods: | |
|---|---|
| First Interim Fee Application | ($13,292.00) |
| Second Interim Fee Application | ($9,792.75) |
| Third Inteirm Fee Application | ($172.50) |
| **Total Voluntary Reductions** | **($23,257.25)** |
| | |
| **Total Fees and Expenses Requested** | **$48,286.64** |

# PRICEWATERHOUSECOOPERS 🏛

PricewaterhouseCoopers LLP
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

April 12, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re:  In re Winn-Dixie Stores, Inc., et al.  Chapter 11 Case No. 05-03817-3FI

Dear Mr. Gleason:

**PwC Invoice for Services Rendered - February 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.

During the period from February 1, 2006 through February 28, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $21,655.00 and PricewaterhouseCoopers' reimbursable expenses were $2,754.38. A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667 or David Parker (404) 229-6347.

Regards,

Andrea Clark Smith
Manager

cc:   Distribution List (attached)
      Elizabeth Dantin, PricewaterhouseCoopers
      David Parker, PricewaterhouseCoopers

Enclosures



**DISTRIBUTION LIST - February 2006 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com



April 12, 2006

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254-3699
USA

Invoice Number : 1030493949-8

**INVOICE FOR SERVICES**
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC  28265-0640

Contract Number: 5000085518

| | | |
|---|---|---|
| Progress billing for Fees, February 1, 2006 through February 28, 2006: | $ | 21,655.00 |

Case Administration - 0.7 hours; $175.00
FY 2006 PeopleSoft SOX - 104.0 hours; $21,480.00

| | | |
|---|---|---|
| For out-of-pocket expenditures incurred during February 2006. | $ | 2,754.38 |
| **Total Invoice** | $ | 24,409.38 |

Contact: Elizabeth Dantin (904) 366-3667

**Payment Due Upon Receipt**

Tax Identification Number: 134008324

---

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

April 12, 2006

Invoice Number        1030493949-8
Invoice Amount     $        24,409.38

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254-3699
USA                                              Amount Paid _____

**By Wire Transfer Remit To:**        **By Check Remit To:**
Citibank, NA                                 PricewaterhouseCoopers LLP
New York, NY                              P.O.Box 65640
ABA # 021000089                         Charlotte, NC  28265-0640
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.**

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
February 1, 2006 through February 28, 2006

| | Hours | Rate Per Hour | | Fees |
|---|---|---|---|---|
| **<u>Manager</u>** | | | | |
| Andrea Clark Smith | 0.7 | $360.00 | $ | 252.00 |
| Voluntary Reduction in Billing Rate | | $250.00 | $ | (77.00) |
| **<u>Sr. Associate</u>** | | | | |
| James Kennedy | 40.0 | $225.00 | $ | 9,000.00 |
| **<u>Associate</u>** | | | | |
| Jaspreet Singh | 64.0 | $195.00 | $ | 12,480.00 |
| **Total Hours and Fees** | 104.7 | | $ | 21,655.00 |
| **Out-of-Pocket Expenses** | | | | $2,754.38 |
| **Total Amount Due** | | | $ | 24,409.38 |

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
February 1, 2006 through February 28, 2006

| Project | Hours | Fees |
|---|---|---|
| **<u>Case Administration</u>** | 0.7 | $175.00 |
| **<u>FY 2006 PeopleSoft SOX</u>** | 104 | $21,480.00 |
| Total | 104.7 | $21,655.00 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
February 1, 2006 through February 28, 2006

Out-of-Pocket Expenses by Staff by cost element

| | Airfare | Lodging | Meals | Public/Ground Trans/Toll | Rental Car | Total |
|---|---|---|---|---|---|---|
| **FY 2006 PeopleSoft SOX** | | | | | | |
| James Kennedy | 759.40 | 152.66 | 145.97 | 300.00 | 174.30 | 1,532.33 |
| Jaspreet Singh | 624.84 | 373.78 | 223.43 | - | - | 1,222.05 |
| **Total out of Pocket Expenses** | **1,384.24** | **526.44** | **369.40** | **300.00** | **174.30** | **2,754.38** |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
February 1, 2006 through February 28, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| Andrea Clark Smith | 02/23/06 | 0.4 | $360.00 | $144.00 | Email communications to Liz Dantin (PwC) regarding interim fee application deadline and new team relative to time tracking procedures. |
| Andrea Clark Smith | 02/28/06 | 0.3 | $360.00 | $108.00 | Conference call with James Kennedy and Jesse Singh (PwC) regarding time tracking processes for new project. |
| Andrea Clark Smith | 2/28/2006 | | $250.00 | ($77.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| **Case Administration - Subtotal** | | **0.7** | | **$175.00** | |
| **FY 2006 PeopleSoft SOX** | | | | | |
| Jaspreet Singh | 2/17/2006 | 0.1 | $195.00 | $19.50 | Phone discussion with Jim Kennedy (PwC) regarding assitance with Security ToolsModule of PeopleSoft Financials |
| Jaspreet Singh | 2/17/2006 | 1.2 | $195.00 | $234.00 | Develop queries in the PwC risk manager for Winn-Dixie financials Security tools module |
| Jaspreet Singh | 2/17/2006 | 1.1 | $195.00 | $214.50 | Run queries and export data to a spreadsheet reporting tool |
| Jaspreet Singh | 2/17/2006 | 0.2 | $195.00 | $39.00 | Phone discussion with Jim Kennedy (PwC) regarding assitance with Security Tools Module of PeopleSoft Financials |
| Jaspreet Singh | 2/17/2006 | 0.8 | $195.00 | $156.00 | Prepare the *AppDesigner* tab for the security module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 0.4 | $195.00 | $78.00 | Continue preparing the *AppDesigner* tab for the security module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 0.8 | $195.00 | $156.00 | Prepare *Development tools & Data Management* tools tab for the Security tools module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 0.7 | $195.00 | $136.50 | Prepare *Admin tools* tab for the security tools module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 0.8 | $195.00 | $156.00 | Prepare *Maintain Security* and *Tree Manager* tabs for the Security tool module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 0.7 | $195.00 | $136.50 | Prepare *nVision* tab for the Security tools module spreadsheet |
| Jaspreet Singh | 2/17/2006 | 1.2 | $195.00 | $234.00 | Prepare *Correction Mode* tab for the Security tools module spreadsheet |
| James Kennedy | 2/20/2006 | 2.4 | $225.00 | $540.00 | Prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 2/20/2006 | 1.6 | $225.00 | $360.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 2/20/2006 | 2.3 | $225.00 | $517.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 2/20/2006 | 0.3 | $225.00 | $67.50 | Conversation with Joy Sindel. |
| James Kennedy | 2/20/2006 | 1.4 | $225.00 | $315.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| Jaspreet Singh | 2/20/2006 | 0.4 | $195.00 | $78.00 | Initial setup/administrative requirements at the client site |
| Jaspreet Singh | 2/20/2006 | 0.6 | $195.00 | $117.00 | Develop queries in the PwC risk manager for Winn-Dixie financials Accounts Payable/ Purchase Ordering module |
| Jaspreet Singh | 2/20/2006 | 0.4 | $195.00 | $78.00 | Run queries and export data to a spreadsheet reporting tool |
| Jaspreet Singh | 2/20/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Procurement Business Rules* tab for the Accounts Payable/ Purchase Ordering module spreadsheet |
| Jaspreet Singh | 2/20/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Establish Business Units* tabs for the Accounts Payable/ Purchase Ordering module spreadsheet |
| Jaspreet Singh | 2/20/2006 | 1.2 | $195.00 | $234.00 | Prepare the *Maintain Vendors & Manage Purchase Orders* tabs for the Accounts Payable module spreadsheet |
| Jaspreet Singh | 2/20/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Procurement Business Rulses* tab for the Accounts Payable/ Purchase Ordering module spreadsheet |

**Winn-Dixie Stores, Inc.**

PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
February 1, 2006 through February 28, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Jaspreet Singh | 2/20/2006 | 1.5 | $195.00 | $292.50 | Prepare the *Enter Vouchers* tab for the Accounts Payable/ Purchase Ordering module spreadsheet |
| Jaspreet Singh | 2/20/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Manage Shipments* tab for the Accounts Payable/ Purchase Ordering module spreadsheet |
| Jaspreet Singh | 2/20/2006 | 0.5 | $195.00 | $97.50 | Prepare the *Create Payments* tab for the Accounts Payable/ Purchase Ordering module spreadsheet |
| James Kennedy | 2/21/2006 | 0.5 | $225.00 | $112.50 | Meeting with PeopleSoft Financials Process Owners. |
| James Kennedy | 2/21/2006 | 0.5 | $225.00 | $112.50 | Meeting with PeopleSoft Financials Process Owners. |
| James Kennedy | 2/21/2006 | 3.0 | $225.00 | $675.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 2/21/2006 | 0.5 | $225.00 | $112.50 | Conversation with Joy Sindel and Michelle Spitler. |
| James Kennedy | 2/21/2006 | 3.5 | $225.00 | $787.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| Jaspreet Singh | 2/21/2006 | 1.5 | $195.00 | $292.50 | Develop/Run queries in the PwC risk manager for Winn-Dixie financials Accounts Receivables/ Billing module |
| Jaspreet Singh | 2/21/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Maintain Customers* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Establish Business Units* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 1.0 | $195.00 | $195.00 | Meet with Randy Powell- Manager,Winn Dixie Accounting Systems and Procedures and Joy Sindel, Senior Business Analyst to discuss financial review of Accounts Payable, Accounts recievable, General Ledger, Security Tools and Asset AManagement. |
| Jaspreet Singh | 2/21/2006 | 0.5 | $195.00 | $97.50 | Prepare the *Define Receivable Processing* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Enter Billing Information & Maintain Receivables* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Maintain Customers & Enter Receivables* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Collect Receivables* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/21/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Apply Payments* tab for the Accounts Receivables/Billing module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 1.2 | $195.00 | $234.00 | Develop/Run queries in the PwC risk manager for Winn-Dixie financials General Ledger module |
| Jaspreet Singh | 2/22/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Design Chartfields* tab for the General Ledger module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 1.5 | $195.00 | $292.50 | Prepare the *Define General Options & Establish Business Units* tab for the General Ledger module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 1.3 | $195.00 | $253.50 | Prepare the *Process Journal & Post Journal* tab for the General Ledger module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Maintain Ledgers* tab for the General Ledger module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Consolidations Allocations* tab for the General Ledger module spreadsheet |
| Jaspreet Singh | 2/22/2006 | 1.6 | $195.00 | $312.00 | Run HRMS script in the PwC PeopleSoft Risk Manager |
| Jaspreet Singh | 2/23/2006 | 1.2 | $195.00 | $234.00 | Develop/Run queries in the PwC risk manager for Winn-Dixie HR access module |
| Jaspreet Singh | 2/23/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Administer Workforce* tabs for the HR access module spreadsheet |
| Jaspreet Singh | 2/23/2006 | 0.6 | $195.00 | $117.00 | Prepare the *Recruit Workforce* tabs for the HR access module spreadsheet |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
February 1, 2006 through February 28, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Jaspreet Singh | 2/23/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Maintain Pension Access and Track global Assignments* tabs for the HR access module spreadsheet |
| Jaspreet Singh | 2/23/2006 | 1.2 | $195.00 | $234.00 | Develop/Run queries in the PwC risk manager for Winn-Dixie Payroll access module |
| Jaspreet Singh | 2/23/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Define Payroll & Maintain Payroll* tab for the Payroll access module spreadsheet |
| Jaspreet Singh | 2/23/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Manage Payroll & HRMS Refrence Table* tab for the Payroll access module spreadsheet |
| Jaspreet Singh | 2/23/2006 | 1.2 | $195.00 | $234.00 | Develop/Run queries in the PwC risk manager for Winn-Dixie HR/Payroll Security module |
| James Kennedy | 2/24/2006 | 2.0 | $225.00 | $450.00 | Prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| James Kennedy | 2/24/2006 | 0.3 | $225.00 | $67.50 | Conversation with Joy Sindel. |
| James Kennedy | 2/24/2006 | 1.7 | $225.00 | $382.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| James Kennedy | 2/24/2006 | 1.0 | $225.00 | $225.00 | Prepare Winn-Dixie Status Report |
| James Kennedy | 2/24/2006 | 3.0 | $225.00 | $675.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| Jaspreet Singh | 2/24/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Admin Tools* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 0.8 | $195.00 | $156.00 | Prepare the *Maintain Security* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 0.7 | $195.00 | $136.50 | Prepare the *Portal configuration access* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 0.5 | $195.00 | $97.50 | Prepare the *Tree Manager* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 0.8 | $195.00 | $156.00 | Prepare the *nVision* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 1.0 | $195.00 | $195.00 | Prepare the *Correction Mode* tab for the HR/Payroll Security module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 1.0 | $195.00 | $195.00 | Develop/Run queries in the PwC risk manager for Winn-Dixie Benefit Administration module |
| Jaspreet Singh | 2/24/2006 | 0.5 | $195.00 | $97.50 | Prepare the *Administer Benefits* tab for the Benefit Administration module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 0.5 | $195.00 | $97.50 | Prepare the *Define Benefits* tab for the Benefit Administration module spreadsheet |
| Jaspreet Singh | 2/24/2006 | 1.4 | $195.00 | $273.00 | Start initial draft of different Security Control Matrices |
| James Kennedy | 2/27/2006 | 3.5 | $225.00 | $787.50 | Analyzed PeopleSoft access - Financials. |
| James Kennedy | 2/27/2006 | 0.5 | $225.00 | $112.50 | Meeting with Joy Sindel and Michelle Spitler regarding PeopleSoft Financials. |
| James Kennedy | 2/27/2006 | 2.2 | $225.00 | $495.00 | Continued to analyze access to PeopleSoft Financials and document findings. |
| James Kennedy | 2/27/2006 | 0.8 | $225.00 | $180.00 | Continued to analyze access to PeopleSoft Financials and document findings. |
| James Kennedy | 2/27/2006 | 1.0 | $225.00 | $225.00 | Reviewed Winn-Dixie workpapers prepared by Jesse Singh. |
| Jaspreet Singh | 2/27/2006 | 1.6 | $195.00 | $312.00 | Prepare the Winn Dixie *Accounts Payable* Segregation Of Duties Analysis spreadsheet |
| Jaspreet Singh | 2/27/2006 | 1.0 | $195.00 | $195.00 | Prepare the Winn Dixie *Account Receivable* Segregation Of Duties Analysis spreadsheet |
| Jaspreet Singh | 2/27/2006 | 1.0 | $195.00 | $195.00 | Prepare the Winn Dixie *General Ledger* Segregation Of Duties Analysis spreadsheet |
| Jaspreet Singh | 2/27/2006 | 0.6 | $195.00 | $117.00 | Prepare the Winn Dixie *Asset management* Segregation Of Duties Analysis spreadsheet |
| Jaspreet Singh | 2/27/2006 | 1.2 | $195.00 | $234.00 | Prepare Account Receivable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/27/2006 | 0.8 | $195.00 | $156.00 | Continue preparing Account Receivable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/27/2006 | 1.0 | $195.00 | $195.00 | Prepare General Ledger Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/27/2006 | 0.8 | $195.00 | $156.00 | Continue preparing General Ledger Security Access Control Matrix to document findings |
| James Kennedy | 2/28/2006 | 2.3 | $225.00 | $517.50 | Reviewed Winn-Dixie workpapers prepared by Jesse Singh. |
| James Kennedy | 2/28/2006 | 0.5 | $225.00 | $112.50 | Meeting with Joy Sindel and Michelle Spitler regarding PeopleSoft Financials. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
February 1, 2006 through February 28, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| James Kennedy | 2/28/2006 | 1.2 | $225.00 | $270.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| James Kennedy | 2/28/2006 | 2.0 | $225.00 | $450.00 | Reviewed Winn-Dixie workpapers prepared by Jesse Singh. |
| James Kennedy | 2/28/2006 | 2.0 | $225.00 | $450.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| Jaspreet Singh | 2/28/2006 | 1.5 | $195.00 | $292.50 | Prepare Accounts Payable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 0.6 | $195.00 | $117.00 | Continue preparing Accounts Payable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 0.5 | $195.00 | $97.50 | Continue preparing Accounts Payable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 1.0 | $195.00 | $195.00 | Meeting with Joy Sindel, Senior Business Analyst to discuss the progress/findings and questions |
| Jaspreet Singh | 2/28/2006 | 0.8 | $195.00 | $156.00 | Continue preparing Accounts Payable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 0.8 | $195.00 | $156.00 | Continue preparing Accounts Payable Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 1.5 | $195.00 | $292.50 | Prepare Asset Management Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 0.8 | $195.00 | $156.00 | Continue preparing Asset management Security Access Control Matrix to document findings |
| Jaspreet Singh | 2/28/2006 | 0.5 | $195.00 | $97.50 | Meeting with Meredith Brogan, Director to give an overview of accomplishments of week 1 |

| | | | | | |
|---|---|---|---|---|---|
| **FY 2006 PeopleSoft SOX - Subtotal** | | **104.0** | | **$21,480.00** | |
| **Grand Total** | | **104.7** | | **$21,655.00** | |

**Winn-Dixie Stores, Inc.**
**PricewaterhouseCoopers LLP**
**Summary of Expenses by Contract Line by Person**
*For the Period February 1, 2006 through February 28, 2006*

| Date | Professional | Expenses | Description |
|---|---|---|---|
| **_Airfare_** | | | |
| 02/20/06 | Kennedy, James R. | 379.70 | Roundtrip airfare from Philadelphia to JAX |
| 02/27/06 | Kennedy, James R. | 379.70 | Roundtrip airfare from Philadelphia to JAX |
| 02/20/06 | Singh,  Jaspreet | 245.14 | Round trip airfare from ATL to JAX |
| 02/27/06 | Singh,  Jaspreet | 379.70 | Round trip airfare from ATL to JAX |
| | **Airfare Total** | **$1,384.24** | |
| | | | |
| **_Lodging - Hotel_** | | | |
| 02/21/06 | Kennedy, James R. | 152.66 | Omni Hotel (1 night - includes hotel parking) |
| 02/23/06 | Singh,  Jaspreet | 373.78 | OMNI HOTELS (3 nights) |
| | **Lodging - Hotel Total** | **$526.44** | |
| | | | |
| **_Rental Car_** | | | |
| 02/23/06 | Kennedy, James R. | 174.30 | Budget Rental Car |
| | **Rental Car Total** | **$174.30** | |
| | | | |
| **_Transportation_** | | | |
| 02/20/06 | Kennedy, James R. | 150.00 | Taxi Charges to/from Philadelphia Airport |
| 02/27/06 | Kennedy, James R. | 150.00 | Taxi Charges to/from Philadelphia Airport |
| | **Transportation Total** | **$300.00** | |
| | | | |
| **_Meals_** | | | |
| 02/20/06 | Kennedy, James R. | 3.09 | AMERADA JACKSONVILLE FL |
| 02/20/06 | Kennedy, James R. | 1.70 | DUNKIN DONUTS BASKINJACKSONVILLE FL |
| 02/20/06 | Kennedy, James R. | 8.75 | Winn-Dixie Cafeteria lunch |
| 02/20/06 | Singh,  Jaspreet | 4.17 | HMSHOST-JAX-AIRPT #2Jacksonville FL |
| 02/20/06 | Singh,  Jaspreet | 31.00 | HOOTERS OF JAX LANDI9043565400 FL |
| 02/20/06 | Kennedy, James R. | 30.82 | HOOTERS OF JAX LANDI9043565400 FL |
| 02/21/06 | Kennedy, James R. | 23.25 | Dinner at airport |
| 02/21/06 | Kennedy, James R. | 1.93 | STARBUCKS 000842JACKSONVILLE FL |
| 02/21/06 | Kennedy, James R. | 8.75 | Winn-Dixie Cafeteria lunch |
| 02/21/06 | Singh,  Jaspreet | 46.59 | KOJA SUSHI JACKSONVILLE FL |
| 02/21/06 | Singh,  Jaspreet | 4.12 | STARBUCKS 000842JACKSONVILLE FL |
| 02/22/06 | Singh,  Jaspreet | 11.00 | APPLEBEES 414130JACKSONVILLE FL |
| 02/23/06 | Singh,  Jaspreet | 11.18 | AMERADA JACKSONVILLE FL |
| 02/27/06 | Kennedy, James R. | 15.28 | BONO'S BAR B QUE JACKSONVILLE FL |
| 02/27/06 | Kennedy, James R. | 1.70 | DUNKIN DONUTS JACKSONVILLE FL |
| 02/27/06 | Kennedy, James R. | 5.89 | Greyhound Bus Food Depot |
| 02/27/06 | Singh,  Jaspreet | 8.41 | BONO'S BAR B QUE JACKSONVILLE FL |
| 02/27/06 | Singh,  Jaspreet | 2.02 | HMSHOST-JAX-AIRPT #2Jacksonville FL |
| 02/27/06 | Singh,  Jaspreet | 6.62 | PASCHAL'S CONCOURSE ATLANTA GA |
| 02/27/06 | Singh,  Jaspreet | 63.00 | VITOS ITALIAN CAFE 9043553002 FL |
| 02/28/06 | Kennedy, James R. | 18.23 | DENNY'S #0588 JACKSONVILLE FL |
| 02/28/06 | Kennedy, James R. | 22.14 | KOJA SUSHI JACKSONVILLE FL |
| 02/28/06 | Kennedy, James R. | 4.44 | STARBUCKS 000842JACKSONVILLE FL |
| 02/28/06 | Singh,  Jaspreet | 33.50 | KOJA SUSHI JACKSONVILLE FL |
| 02/28/06 | Singh,  Jaspreet | 1.82 | STARBUCKS 000842JACKSONVILLE FL |
| | **Meals Total** | **$369.40** | |
| | | | |
| | **Grand Total** | **$2,754.38** | |

# PRICEWATERHOUSECOOPERS 🅿

**PricewaterhouseCoopers LLP**
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

May 4, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re:   In re Winn-Dixie Stores, Inc., et al.  Chapter 11 Case No. 05-03817-3FI

Dear Mr. Gleason:

**PwC Invoice for Services Rendered - March 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.

During the period from March 1, 2006 through March 31, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $21,160.00 and PricewaterhouseCoopers' reimbursable expenses were $0.00.  A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667 or David Parker (404) 229-6347.

Regards,

Andrea Clark Smith
Manager

cc:    Distribution List (attached)
       Elizabeth Dantin, PricewaterhouseCoopers
       David Parker, PricewaterhouseCoopers, via email

Enclosures



**DISTRIBUTION LIST - March 2006 Invoice:**

| | |
|---|---|
| Elena L. Escamilla<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida  32801<br>Phone: 407-648-6465<br>Fax: 407-648-6323<br>Elena.L.Escamilla@usdoj.gov | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Mbarr@milbank.com |
| Kenneth C. Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida  32801<br>Phone:  407-648-6301<br>Fax:  407-648-6323<br>ken.meeker@usdoj.gov | King & Spalding LLP<br>Attn: Sarah Robinson Borders<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com |
| Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>Phone: 314-291-3030<br>Fax: 314-291-6546<br>l.cooper@smmj.com |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D. J. Baker<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com | |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>Jhelfat@oshr.com | |



| | |
|---|---|
| May 04, 2006 | Invoice Number : 1030518199-1 |
| Mr Jeffrey Gleason | **INVOICE FOR SERVICES** |
| Director of Internal Audit | PricewaterhouseCoopers LLP |
| Winn-Dixie Stores, Inc. | P.O.Box 65640 |
| 5050 Edgewood Court | Charlotte, NC  28265-0640 |
| Jacksonville, Florida  32254-3699 | |
| USA | |

Contract Number: 5000085518

| | | |
|---|---|---|
| Progress billing for Fees, March 1, 2006 through March 31, 2006: | $ | 21,160.00 |
| Case Administration - 7.8 hours; $1,962.50 | | |
| FY 2006 PeopleSoft SOX - 92.5 hours; $19,197.50 | | |
| | $ | 0.00 |
| **Total Invoice** | $ | 21,160.00 |

Contact: Elizabeth Dantin (904) 366-3667

**Payment Due Upon Receipt**                                   Tax Identification Number: 134008324

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

May 04, 2006

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254-3699
USA

| | |
|---|---|
| Invoice Number | 1030518199-1 |
| Invoice Amount | $      21,160.00 |

Amount Paid _____

**By Wire Transfer Remit To:**
Citibank, NA
New York, NY
ABA # 021000089
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**By Check Remit To:**
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC  28265-0640

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.**
**IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
March 1, 2006 through March 31, 2006

| | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Director** | | | |
| Kent Mordy | 0.5 | $275.00 | $ 137.50 |
| | | | |
| **Manager** | | | |
| David Parker | 2.0 | $250.00 | $ 500.00 |
| Andrea Clark Smith | 7.3 | $360.00 | $ 2,628.00 |
| Voluntary Reduction in Billing Rate | | $250.00 | $ (803.00) |
| | | | |
| **Sr. Associate** | | | |
| James Kennedy | 35.0 | $225.00 | $ 7,875.00 |
| | | | |
| **Associate** | | | |
| Jaspreet Singh | 55.5 | $195.00 | $ 10,822.50 |
| **Total Hours and Fees** | 100.3 | | $ 21,160.00 |
| | | | |
| **Out-of-Pocket Expenses** | | | $0.00 |
| | | | |
| **Total Amount Due** | | | $ 21,160.00 |

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
March 1, 2006 through March 31, 2006

| Project | Hours | Fees |
|---|---|---|
| **<u>Case Administration</u>** | 7.8 | $1,962.50 |
| **<u>FY 2006 PeopleSoft SOX</u>** | 92.5 | $19,197.50 |
| Total | 100.3 | $21,160.00 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
March 1, 2006 through March 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| Andrea Clark Smith | 3/6/2006 | 0.2 | $360.00 | $72.00 | Email communications with Jaspreet Singh (PwC) regarding federal bankruptcy requirements. |
| Andrea Clark Smith | 3/7/2006 | 0.7 | $360.00 | $252.00 | Prepare the December/January invoice. |
| Andrea Clark Smith | 3/7/2006 | 0.4 | $360.00 | $144.00 | Prepare the LEDES electronic data for the fee examiner (December/January). |
| Andrea Clark Smith | 3/7/2006 | 1.4 | $360.00 | $504.00 | Prepare the 3rd interim fee application (Oct - Jan) |
| Andrea Clark Smith | 3/8/2006 | 0.4 | $360.00 | $144.00 | Finalize the interim fee application and distribute to Liz Dantin (PwC). |
| Andrea Clark Smith | 3/8/2006 | 0.1 | $360.00 | $36.00 | Create LEDES electronic information for the fee examiner for the 3rd interim fee application. |
| Andrea Clark Smith | 3/14/2006 | 0.1 | $360.00 | $36.00 | Respond to email correspondence relating to the 3rd Interim Fee Application submission and notice. |
| Andrea Clark Smith | 3/20/2006 | 0.1 | $360.00 | $36.00 | Coordinate the 3rd interim copy requests from Skadden. Distribute overnight to Skadden. |
| Andrea Clark Smith | 3/20/2006 | 0.2 | $360.00 | $72.00 | Initial review and email communications with Liz Dantin (PwC) regarding observations from fee auditor regarding 2nd interim period. |
| Andrea Clark Smith | 3/21/2006 | 0.2 | $360.00 | $72.00 | Review the Fee Auditor report regarding the 2nd Interim Period. |
| Andrea Clark Smith | 3/21/2006 | 0.2 | $360.00 | $72.00 | Continue review the Fee Auditor report regarding the 2nd Interim Period. |
| Andrea Clark Smith | 3/22/2006 | 0.7 | $360.00 | $252.00 | Review the Fee Auditor report regarding the 2nd Interim Period. |
| Andrea Clark Smith | 3/22/2006 | 0.3 | $360.00 | $108.00 | Discussion with Liz Dantin (PwC) regarding the fee auditor report for the 2nd Interim Period. |
| Andrea Clark Smith | 3/23/2006 | 0.1 | $360.00 | $36.00 | Follow-up email communications to Tia Martin (PwC) regarding the February hours for the monthly invoice. |
| Andrea Clark Smith | 3/24/2006 | 0.5 | $360.00 | $180.00 | Meeting with Deborah Zorbas (PwC) regarding the February 2006 SOX invoice. |
| Andrea Clark Smith | 3/28/2006 | 0.1 | $360.00 | $36.00 | Left message for Linda Cooper (Stuart Maue) regarding the 2nd interim fee application response. |
| Andrea Clark Smith | 3/28/2006 | 0.1 | $360.00 | $36.00 | Initial discussion with Linda Cooper (Stuart Maue) regarding he 2nd Interim Fee Application response. |
| Andrea Clark Smith | 3/28/2006 | 0.3 | $360.00 | $108.00 | Review the draft February 2006 time details. |
| Andrea Clark Smith | 3/28/2006 | 1.2 | $360.00 | $432.00 | Continue review of the draft February 2006 invoice. |
| Andrea Clark Smith | | | $250.00 | ($803.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| Kent Mordy | 3/16/2006 | 0.2 | $275.00 | $55.00 | Emails with L. Dantin regarding new project. |
| Kent Mordy | 3/30/2006 | 0.3 | $275.00 | $82.50 | Read draft of application for employment regarding the IT security project. |
| **Case Administration - Subtotal** | | **7.8** | | **$1,962.50** | |
| **FY 2006 PeopleSoft SOX** | | | | | |
| James Kennedy | 3/1/2006 | 3.2 | $225.00 | $720.00 | Prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 3/1/2006 | 2.7 | $225.00 | $607.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 3/1/2006 | 1.9 | $225.00 | $427.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 3/1/2006 | 3.2 | $225.00 | $720.00 | Prepare Winn-Dixie List of PeopleSoft Potential Deficiencies. |
| Jaspreet Singh | 3/1/2006 | 0.5 | $195.00 | $97.50 | Discussion with Jim Kennedy (PwC) regarding Control Matrix status on all Financials Modules |
| Jaspreet Singh | 3/1/2006 | 2.0 | $195.00 | $390.00 | Prepare Control Matrix for Accounts Payable to document findings |
| Jaspreet Singh | 3/1/2006 | 0.5 | $195.00 | $97.50 | Meeting with Cynthia Leo (WD) |
| Jaspreet Singh | 3/1/2006 | 0.5 | $195.00 | $97.50 | Meeting with Kimberly Longino (WD) |
| Jaspreet Singh | 3/1/2006 | 2.0 | $195.00 | $390.00 | Continue preparing/revising Control Matrix for Accounts Payable to document findings |
| Jaspreet Singh | 3/1/2006 | 2.0 | $195.00 | $390.00 | Continue preparing/revising Control Matrix for Accounts Payable to document findings |
| Jaspreet Singh | 3/1/2006 | 1.5 | $195.00 | $292.50 | Continue preparing/revising Control Matrix for Accounts Payable to document findings |
| Jaspreet Singh | 3/1/2006 | 2.0 | $195.00 | $390.00 | Prepare/revise GL control Matrix |
| James Kennedy | 3/2/2006 | 1.0 | $225.00 | $225.00 | Meeting with Randy Powell, Joy Sindel, and Michelle Spitler. |

**Winn-Dixie Stores, Inc.**

PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
March 1, 2006 through March 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| James Kennedy | 3/2/2006 | 1.0 | $225.00 | $225.00 | Meeting with Liz Dantin. |
| James Kennedy | 3/2/2006 | 3.0 | $225.00 | $675.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - Financials. |
| James Kennedy | 3/2/2006 | 3.0 | $225.00 | $675.00 | Conversation with Joy Sindel and Michelle Spitler. |
| Jaspreet Singh | 3/2/2006 | 1.0 | $195.00 | $195.00 | Continue preparing/revising Control Matrix for Accounts Payable to document findings |
| Jaspreet Singh | 3/2/2006 | 2.0 | $195.00 | $390.00 | Prepare/revise GL control Matrix |
| Jaspreet Singh | 3/2/2006 | 1.0 | $195.00 | $195.00 | Prepare/revise AR control Matrix |
| Jaspreet Singh | 3/2/2006 | 2.0 | $195.00 | $390.00 | Continue Preparing/revising AR Control Matrix to document findings |
| Jaspreet Singh | 3/2/2006 | 1.0 | $195.00 | $195.00 | Meeting with Randy Powel (WD) and Joy Sindel (WD) |
| Jaspreet Singh | 3/2/2006 | 1.0 | $195.00 | $195.00 | Meeting with Meredith Brogan about week 2 recap and overall progress |
| James Kennedy | 3/3/2006 | 3.0 | $225.00 | $675.00 | Prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| James Kennedy | 3/3/2006 | 3.0 | $225.00 | $675.00 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| James Kennedy | 3/3/2006 | 0.5 | $225.00 | $112.50 | Prepare Winn-Dixie Status Report |
| James Kennedy | 3/3/2006 | 1.5 | $225.00 | $337.50 | Continued to prepare Winn-Dixie PeopleSoft Control Matrices - HRMS. |
| Jaspreet Singh | 3/3/2006 | 1.0 | $195.00 | $195.00 | Prepare/revise AR control Matrix |
| Jaspreet Singh | 3/3/2006 | 2.0 | $195.00 | $390.00 | Continue Prepare/revise AR Control Matrix |
| Jaspreet Singh | 3/6/2006 | 1.0 | $195.00 | $195.00 | Prepare/ revise AM control Matrix |
| Jaspreet Singh | 3/6/2006 | 2.0 | $195.00 | $390.00 | Continue Preparing/revising AM control Matrix |
| Jaspreet Singh | 3/6/2006 | 1.0 | $195.00 | $195.00 | Prepare/Revise Security Tools Control Matrix |
| Jaspreet Singh | 3/7/2006 | 1.0 | $195.00 | $195.00 | Continue preparing/revising Security Tools Matrix |
| Jaspreet Singh | 3/7/2006 | 1.0 | $195.00 | $195.00 | Continue preparing/revising Security Tools Matrix |
| Jaspreet Singh | 3/8/2006 | 1.0 | $195.00 | $195.00 | Continue preparing/revising Security Tools Matrix |
| Jaspreet Singh | 3/8/2006 | 2.0 | $195.00 | $390.00 | Prepare/revise GL control Matrix |
| Jaspreet Singh | 3/9/2006 | 2.0 | $195.00 | $390.00 | Prepare/revise GL control Matrix |
| Jaspreet Singh | 3/10/2006 | 1.5 | $195.00 | $292.50 | Revised/changed Accounts revievables Control Matrix |
| Jaspreet Singh | 3/10/2006 | 1.0 | $195.00 | $195.00 | Revised/changed Security Tools Control Matrix |
| Jaspreet Singh | 3/13/2006 | 1.5 | $195.00 | $292.50 | Revised / Changed Asset Management Control Matrix |
| Jaspreet Singh | 3/13/2006 | 1.5 | $195.00 | $292.50 | Revised / Changed Accounts Payable Control Matrix |
| Jaspreet Singh | 3/14/2006 | 1.0 | $195.00 | $195.00 | Revised HRMS control Matrices |
| Jaspreet Singh | 3/14/2006 | 2.0 | $195.00 | $390.00 | Reviewed/ Made Changes to Winn Dixie Financials Control Matrices |
| Jaspreet Singh | 3/15/2006 | 1.0 | $195.00 | $195.00 | Reviewed HRMS control Matrices |
| Jaspreet Singh | 3/15/2006 | 1.0 | $195.00 | $195.00 | Conference Call with Janet Krews (Winn Dixie) and Jim Kennedy (PwC) |
| Jaspreet Singh | 3/15/2006 | 1.0 | $195.00 | $195.00 | Reviewed Winn Dixie HR data extract for consistency |
| Jaspreet Singh | 3/15/2006 | 2.0 | $195.00 | $390.00 | Revised/ Made Changes to HR Access/Payroll Access/Benefits spreadsheets |
| Jaspreet Singh | 3/15/2006 | 1.0 | $195.00 | $195.00 | Revised/ Made Changes to HR Tools Access spreadsheet |
| Jaspreet Singh | 3/17/2006 | 2.0 | $195.00 | $390.00 | Prepare HRMS Tools control Matrix |
| Jaspreet Singh | 3/17/2006 | 0.5 | $195.00 | $97.50 | Started on Payroll Control matrix |
| Jaspreet Singh | 3/20/2006 | 1.0 | $195.00 | $195.00 | Prepare Payroll Access control Matrix |
| David Parker | 3/21/2006 | 2.0 | $250.00 | $500.00 | Review of Financials and HRMS workpapers for PeopleSoft Restricted Access project. |
| Jaspreet Singh | 3/23/2006 | 1.0 | $195.00 | $195.00 | Prepared HR access control matrix |
| James Kennedy | 3/31/2006 | 1.5 | $225.00 | $337.50 | Meeting to discuss Winn-Dixie PeopleSoft Financials potential SOX deficiencies. |
| James Kennedy | 3/31/2006 | 1.5 | $225.00 | $337.50 | Meeting to discuss Winn-Dixie PeopleSoft Financials potential SOX deficiencies. |
| James Kennedy | 3/31/2006 | 1.0 | $225.00 | $225.00 | Continue to prepare Winn-Dixie PeopleSoft Financials list of potential SOX deficiencies. |

**Winn-Dixie Stores, Inc.**

PricewaterhouseCoopers LLP

Detail of Hours and Fees By Project and Person

March 1, 2006 through March 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| James Kennedy | 3/31/2006 | 2.0 | $225.00 | $450.00 | Start to prepare  Winn-Dixie final deliverable report. |
| James Kennedy | 3/31/2006 | 2.0 | $225.00 | $450.00 | Continue to prepare Winn-Dixie final deliverable report. |
| Jaspreet Singh | 3/31/2006 | 3.5 | $195.00 | $682.50 | Analysis of Duplicate Passwords and Generic IDs of Winn Dixie PeopleSoft HRMS |
| **FY 2006 PeopleSoft SOX - Subtotal** | | **92.5** | | **$19,197.50** | |
| **Grand Total** | | **100.3** | | **$21,160.00** | |



**PricewaterhouseCoopers LLP**
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

June 1, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re:   In re Winn-Dixie Stores, Inc., et al.  Chapter 11 Case No. 05-03817-3FI

Dear Mr. Gleason:

**PwC Invoice for Services Rendered - April 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.

During the period from April 1, 2006 through April 30, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $7,350.00 and PricewaterhouseCoopers' reimbursable expenses were $0.00.  A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

Consistent with last month's billing statement, PricewaterhouseCoopers incurred 1.3 hours, $325.00[1] associated with responding to the Fee Examiner's initial report regarding the interim fee applications associated with the Sarbanes-Oxley work during 2005.

---

[1] PricewaterhouseCoopers continued our review of the interim reports, First and Second, completed our analysis and response to the Fee Examiner in June 2006.

# PRICEWATERHOUSECOOPERS 🏢

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667 or David Parker (404) 229-6347.

Regards,

Andrea Clark Smith
Manager

cc:    Distribution List (attached)
       Elizabeth Dantin, PricewaterhouseCoopers
       David Parker, PricewaterhouseCoopers, via email

Enclosures

(2)



**DISTRIBUTION LIST - April 2006 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com



June 21, 2006

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 65640
Charlotte, NC  28265-0640

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699
USA

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

Progress billing for Fees, April 1, 2006 through April 30, 2006:                $          7,350.00

Case Administration - 4.7 hours; $1,200.00
FY 2006 PeopleSoft SOX - 26.0 hours; $6,150.00

   **TOTAL INVOICE**                                                            $          7,350.00

Contact: Elizabeth Dantin (904) 366-3667

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030566841**
**Client Account Number: 35036**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
April 1, 2006 through April 30, 2006

| Project | Hours | Fees |
|---|---|---|
| **Case Administration** | | |
| *Bankruptcy Retention Issues* | 1.0 | $275.00 |
| *Monthly, Interim and Final Fee Applications* | 2.4 | $600.00 |
| *Communications and Analysis for Fee Examiner* | 1.3 | $325.00 |
| **Subtotal - Case Administration** | 4.7 | $1,200.00 |
| | | |
| **FY 2006 PeopleSoft SOX** | 26.0 | $6,150.00 |
| | | |
| Total | 30.7 | $7,350.00 |

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
April 1, 2006 through April 30, 2006

| | | Hours | Rate Per Hour | | Fees |
|---|---|---|---|---|---|
| **<u>Partner</u>** | | | | | |
| | Elizabeth Dantin | 1.0 | $300.00 | $ | 300.00 |
| **<u>Director</u>** | | | | | |
| | Kent Mordy | 1.0 | $275.00 | $ | 275.00 |
| **<u>Manager</u>** | | | | | |
| | David Parker | 9.0 | $250.00 | $ | 2,250.00 |
| | Andrea Clark Smith | 3.7 | $360.00 | $ | 1,332.00 |
| | Voluntary Reduction in Billing Rate | | $250.00 | $ | (407.00) |
| **<u>Sr. Associate</u>** | | | | | |
| | James Kennedy | 16.0 | $225.00 | $ | 3,600.00 |
| **Total Hours and Fees** | | 30.7 | | $ | 7,350.00 |
| | **Out-of-Pocket Expenses** | | | | $0.00 |
| | **Total Amount Due** | | | $ | 7,350.00 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
April 1, 2006 through April 30, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| **Bankruptcy Retention Issues** | | | | | |
| Kent Mordy | 04/12/06 | 1.0 | $275.00 | $275.00 | Assist K. Campbell in preparation of the declaration in support of supplemental application |
| | | | | | |
| **Monthly, Interim and Final Fee Applications** | | | | | |
| Andrea Clark Smith | 04/10/06 | 0.2 | $360.00 | $72.00 | Follow-up email to Partners regarding status of the February 2006 invoice. |
| Andrea Clark Smith | 04/12/06 | 0.2 | $360.00 | $72.00 | Finalize and distribute the February 2006 invoice. |
| Andrea Clark Smith | 04/12/06 | 0.5 | $360.00 | $180.00 | Continue to finalize and distribute the February 2006 invoice. |
| Andrea Clark Smith | 04/21/06 | 0.4 | $360.00 | $144.00 | Prepare the March 2006 invoice. |
| Andrea Clark Smith | 04/21/06 | 0.4 | $360.00 | $144.00 | Continue to prepare the March 2006 invoice. |
| Andrea Clark Smith | 04/21/06 | 0.2 | $360.00 | $72.00 | Research payments for October/November 2005 and January 2006 invoices. |
| Andrea Clark Smith | 04/25/06 | 0.1 | $360.00 | $36.00 | Follow-up email to James Kennedy regarding missing time descriptions. |
| Andrea Clark Smith | 04/27/06 | 0.1 | $360.00 | $36.00 | Review the March 2006 time descriptions and revise the draft bankruptcy invoice. |
| Andrea Clark Smith | 04/27/06 | 0.3 | $360.00 | $108.00 | Review the March 2006 time descriptions and revise the draft bankruptcy invoice. |
| Andrea Clark Smith | 4/30/2006 | | $250.00 | ($264.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| | | | | | |
| **Communications and Analysis for Fee Examiner** | | | | | |
| Andrea Clark Smith | 04/10/06 | 0.4 | $360.00 | $144.00 | Review the initial report from the Fee Auditor (1st Interim). |
| Andrea Clark Smith | 04/10/06 | 0.5 | $360.00 | $180.00 | Meeting with Deborah Zorbas (PwC) regarding the analysis re: fee auditor details. |
| Andrea Clark Smith | 04/13/06 | 0.2 | $360.00 | $72.00 | Respond to email inquiries from Ted Hamilton (PwC Expenses) regarding data extractions for Fee Auditor. |
| Andrea Clark Smith | 04/13/06 | 0.2 | $360.00 | $72.00 | Discussion with Deborah Zorbas (PwC) regarding progress of the Fee Auditor anaysis. |
| Andrea Clark Smith | 04/30/06 | | $250.00 | ($143.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| | | | | | |
| **Case Administration - Subtotal** | | **4.7** | | **$1,200.00** | |
| | | | | | |
| **FY 2006 PeopleSoft SOX** | | | | | |
| David Parker | 04/12/06 | 2.0 | $250.00 | $500.00 | Engagement management (reviewing workpapers, etc) and client. |
| David Parker | 04/13/06 | 2.0 | $250.00 | $500.00 | Engagement management (reviewing workpapers, etc) and client. |
| David Parker | 04/18/06 | 1.0 | $250.00 | $250.00 | Reviewing / finalizing deliverables & client communications. |
| David Parker | 04/19/06 | 1.0 | $250.00 | $250.00 | Reviewing / finalizing deliverables & client communications. |
| David Parker | 04/20/06 | 2.0 | $250.00 | $500.00 | Reviewing / finalizing deliverables & client communications. |
| David Parker | 04/28/06 | 1.0 | $250.00 | $250.00 | Reviewing / finalizing deliverables & client communications. |
| James Kennedy | 04/14/06 | 4.0 | $225.00 | $900.00 | Prepare Winn-Dixie Final Report. |
| James Kennedy | 04/14/06 | 4.0 | $225.00 | $900.00 | Continue to prepare Winn-Dixie final deliverable report. |
| James Kennedy | 04/15/06 | 4.0 | $225.00 | $900.00 | Continue to prepare Winn-Dixie final deliverable report. |
| James Kennedy | 04/15/06 | 3.0 | $225.00 | $675.00 | Continue to prepare Winn-Dixie final deliverable report. |
| James Kennedy | 04/15/06 | 1.0 | $225.00 | $225.00 | Compile all workpapers into zip file for Winn-Dixie. |
| Elizabeth Dantin | 04/28/06 | 1.0 | $300.00 | $300.00 | Review and editing of final report for issuance to Winn-Dixie. |
| **FY 2006 PeopleSoft SOX - Subtotal** | | **26.0** | | **$6,150.00** | |
| | | | | | |
| **Grand Total** | | **30.7** | | **$7,350.00** | |

# PRICEWATERHOUSE COOPERS 🔲

PricewaterhouseCoopers LLP
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

June 21, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re:  In re Winn-Dixie Stores, Inc., et al.  Chapter 11 Case No. 05-03817-3FI

Dear Mr. Gleason:

**PwC Invoice for Services Rendered – May 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.  In addition, on May 4, 2006, the United States Bankruptcy Court approved the supplemental application of PricewaterhouseCoopers LLP to provide services related to the enhancement of the Debtors' information security program.

During the period from May 1, 2006 through May 31, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $18,252.50 and PricewaterhouseCoopers' reimbursable expenses were $372.01.  A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

Consistent with last month's billing statement, PricewaterhouseCoopers incurred 54.5 hours, $12,390.00[1] associated with responding to the Fee Examiner's initial report regarding the interim fee applications associated with the Sarbanes-Oxley work during 2005.  These incremental fees represent about 1% of the total fees analyzed by the Fee Examiner.  PricewaterhouseCoopers was asked to respond to and provide additional information or comments in response to the Fee Examiner's initial report.  The Fee Examiner expects such time to be billable to the Debtor.

---

[1] PricewaterhouseCoopers spent $9,992.00 on the First Interim Response, $5,056.00 on the Second Interim Response and $620.00 on the Third Interim Response during this month's billing statement.

# PRICEWATERHOUSECOOPERS 🅿

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667 or Kevin Campbell (678) 419-1656.

Regards,

Andrea Clark Smith
Manager

cc:    Distribution List (attached)
       Elizabeth Dantin, PricewaterhouseCoopers
       Kevin Campbell, PricewaterhouseCoopers

Enclosures

(2)

# PriceWaterhouseCoopers 🅿🆆🅲

**DISTRIBUTION LIST - May 2006 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com



June 22, 2006

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699
USA

**INVOICE NUMBER : 1030569026-4**
**PAYMENT DUE UPON RECEIPT**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 65640
Charlotte, NC  28265-0640

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

| | | |
|---|---|---|
| Progress billing for Fees, May 1, 2006 through May 31, 2006: | $ | 18,252.50 |
| Case Administration - 56.2 hours; $12,815.00 | | |
| 2006 IT Security Strategy Assessment - 14.5 hours; $5,437.50 | | |
| Expenses | $ | 372.01 |
| **TOTAL INVOICE** | $ | 18,624.51 |

Contact: Elizabeth Dantin (904) 366-3667

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030569026**
**Client Account Number: 35036**

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
May 1, 2006 through May 31, 2006

|  | | Hours | Rate Per Hour | Fees |
|---|---|---|---|---|
| **<u>Director</u>** | | | | |
| | Paul Benz | 8.5 | $375.00 | $3,187.50 |
| | Robert M McKinney | 6.0 | $375.00 | $2,250.00 |
| **<u>Manager</u>** | | | | |
| | Andrea Clark Smith | 31.5 | $360.00 | $11,340.00 |
| | Voluntary Reduction in Billing Rate | | $250.00 | ($3,465.00) |
| **<u>Associate</u>** | | | | |
| | Nicole MacKenzie | 24.7 | $200.00 | $4,940.00 |
| **Total Hours and Fees** | | 70.7 | | $18,252.50 |
| | **Out-of-Pocket Expenses** | | | $372.01 |
| | **Total Amount Due** | | | $18,624.51 |

**<u>Winn-Dixie Stores, Inc.</u>**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
May 1, 2006 through May 31, 2006

| Project | Hours | Fees |
|---|---|---|
| **<u>Case Administration</u>** | | |
| *Monthly, Interim and Final Fee Applications* | 1.7 | $425.00 |
| *Communications and Analysis for Fee Examiner* | 54.5 | $12,390.00 |
| **<u>2006 IT Security Strategy Assessment</u>** | 14.5 | $5,437.50 |
| **Total** | **70.7** | **$18,252.50** |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
May 1, 2006 through May 31, 2006

**Out-of-Pocket Expenses by Staff by cost element**

|  | Airfare | Lodging | Meals | Taxi | Total |
|---|---|---|---|---|---|
| **2006 IT Security Strategy Assessment** | | | | | |
| Paul Benz | 107.30 | 115.26 | 41.65 | 107.80 | 372.01 |
| **Total out of Pocket Expenses** | **107.30** | **115.26** | **41.65** | **107.80** | **372.01** |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
May 1, 2006 through May 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| **Monthly, Interim and Final Fee Applications** | | | | | |
| Andrea Clark Smith | 5/4/2006 | 0.7 | $360.00 | $252.00 | Review time descriptions and finalize March 2006 invoice. |
| Andrea Clark Smith | 5/4/2006 | 0.3 | $360.00 | $108.00 | Finalize the March 2006 invoice and distribution. |
| Andrea Clark Smith | 5/27/2006 | 0.1 | $360.00 | $36.00 | Integrate time descriptions into the monthly invoice - April 2006 invoice. |
| Andrea Clark Smith | 5/31/2006 | 0.6 | $360.00 | $216.00 | Review the WIPS, invoice for May 2006 invoice and distribute emails to the client-service professionals. Meeting with Rachel Foran (PwC) regarding billing process (did not bill R Foran's time). |
| Andrea Clark Smith | | | $250.00 | ($187.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | **1.7** | | **$425.00** | |
| | | | | | |
| **Communications and Analysis for Fee Examiner** | | | | | |
| Andrea Clark Smith | 5/2/2006 | 0.5 | $360.00 | $180.00 | Draft response to the initial report for the First Interim Fee Application. |
| Andrea Clark Smith | 5/2/2006 | 0.5 | $360.00 | $180.00 | Continue drafting response to the initial report for the First Interim Fee Application. |
| Andrea Clark Smith | 5/4/2006 | 0.1 | $360.00 | $36.00 | Communications with National Finance regarding daily wip reports for the First Interim Fee Application. |
| Andrea Clark Smith | 5/15/2006 | 0.3 | $360.00 | $108.00 | Review the internal billing reports re: billing rate, hours per day inquiry - First Interim Fee Application. |
| Andrea Clark Smith | 5/15/2006 | 2.6 | $360.00 | $936.00 | Review the expense details and tie to the interim fee reporting and other details for the fee examiner. |
| Andrea Clark Smith | 5/15/2006 | 0.8 | $360.00 | $288.00 | Review the expense details and tie to the interim fee reporting and other details for the fee examiner. |
| Andrea Clark Smith | 5/15/2006 | 0.3 | $360.00 | $108.00 | Review the expense details and tie to the interim fee reporting and other details for the fee examiner. |
| Andrea Clark Smith | 5/15/2006 | 0.4 | $360.00 | $144.00 | Continue to tie out & review the expense details and tie to the interim fee reporting and other details for the fee examiner. |
| Andrea Clark Smith | 5/15/2006 | 0.4 | $360.00 | $144.00 | Supplement additional language into the narrative response - First Interim Fee Application. |
| Andrea Clark Smith | 5/23/2006 | 1.0 | $360.00 | $360.00 | Continue to draft comments addressing First Interim Fee Application. |
| Andrea Clark Smith | 5/23/2006 | 0.5 | $360.00 | $180.00 | Discussion with Nicole MacKenzie (PwC) regarding preparation of the electronic data for the Fee Auditor response (2nd). |
| Andrea Clark Smith | 5/23/2006 | 0.5 | $360.00 | $180.00 | Continue to draft comments addressing First Interim Fee Application. |
| Andrea Clark Smith | 5/23/2006 | 2.7 | $360.00 | $972.00 | Continue to draft comments addressing First Interim Fee Application. |
| Andrea Clark Smith | 5/23/2006 | 2.3 | $360.00 | $828.00 | Continue to draft comments addressing First Interim Fee Application. |
| Andrea Clark Smith | 5/23/2006 | 0.2 | $360.00 | $72.00 | Discussion with Nicole MacKenzie (PwC) regarding preparation of the electronic data for the Fee Auditor response (1st). |
| Andrea Clark Smith | 5/23/2006 | 3.0 | $360.00 | $1,080.00 | Review the Second Interim Fee Application documentation prepared by Nicole MacKenzie (PwC) and draft narrative response for discussion with Bruce Westerman (PwC). |
| Andrea Clark Smith | 5/24/2006 | 4.0 | $360.00 | $1,440.00 | Continue to review the Second Interim Fee Application documentation prepared by Nicole MacKenzie (PwC) and draft narrative response for discussion with Bruce Westerman (PwC). |
| Andrea Clark Smith | 5/24/2006 | 0.3 | $360.00 | $108.00 | Discussion with Bruce Westerman (PwC) regarding the response for the Second Interim Fee Report. |
| Andrea Clark Smith | 5/24/2006 | 1.6 | $360.00 | $576.00 | Continue to work on the Second Interim Fee Application documentation - Travel and associated expenses. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
May 1, 2006 through May 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Andrea Clark Smith | 5/24/2006 | 0.8 | $360.00 | $288.00 | Continue to work on the Second Interim Fee Application documentation - Travel and associated expenses. |
| Andrea Clark Smith | 5/24/2006 | 0.2 | $360.00 | $72.00 | Complete analysis of the Second Interim Fee Application. |
| Andrea Clark Smith | 5/24/2006 | 0.2 | $360.00 | $72.00 | Discussion with Nicole Mackenzie (PwC) regarding progress on the First Interim Fee Report ASCII analysis. |
| Andrea Clark Smith | 5/24/2006 | 0.3 | $360.00 | $108.00 | Review the First Interim ASCII analysis in preparation with discussion with Nicole MacKenzie (PwC). |
| Andrea Clark Smith | 5/25/2006 | 0.6 | $360.00 | $216.00 | Review the First Interim ASCII analysis. Discussion with Nicole MacKenzie (PwC) regarding First Interim Report narrative analysis, next steps/processes for response documentation. |
| Andrea Clark Smith | 5/25/2006 | 0.9 | $360.00 | $324.00 | Review the First Interim Response files (ascii, narrative) in order to finalize a draft for distribution to Bruce Westerman (PwC) for additional input regarding project services & background. |
| Andrea Clark Smith | 5/25/2006 | 0.6 | $360.00 | $216.00 | Discussion with Nicole MacKenzie (PwC) regarding the First Interim Response and the various |
| Andrea Clark Smith | 5/27/2006 | 2.1 | $360.00 | $756.00 | Review the comments provided by Bruce Westerman (PwC) and create final draft for Liz Dantin (PwC) review - Second Interim Fee Application. |
| Andrea Clark Smith | 5/27/2006 | 0.2 | $360.00 | $72.00 | Distribute final draft to Liz Dantin (PwC) for final review - Second Interim Fee Application. |
| Andrea Clark Smith | 5/30/2006 | 0.6 | $360.00 | $216.00 | Continue to prepare the draft response for the First Interim Fee Application. |
| Andrea Clark Smith | 5/30/2006 | 1.3 | $360.00 | $468.00 | Continue to prepare the draft response for the First Interim Fee Application. |
| Andrea Clark Smith | 5/31/2006 | | $250.00 | ($3,278.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| Nicole MacKenzie | 5/23/2006 | 0.7 | $200.00 | $140.00 | Discuss the Initial Report of the Review and Analysis of the Second Interim Application with Andrea Clark Smith (PwC). |
| Nicole MacKenzie | 5/23/2006 | 3.4 | $200.00 | $680.00 | Print the Initial Report of the Review and Analysis of the Second Interim Application, Appendix A and related exhibits, A through M-5; Begin Fee Auditor Response (2IFA). |
| Nicole MacKenzie | 5/23/2006 | 1.7 | $200.00 | $340.00 | Continue with Fee Auditor Response (2IFA), begin to identify in ASCII file all of the entries in question and tag line with exhibit letter for research and response. |
| Nicole MacKenzie | 5/23/2006 | 0.4 | $200.00 | $80.00 | Continue with Fee Auditor Response (2IFA), complete to identify in ASCII file all of the entries in question and tag line with exhibit letter for research and response. |
| Nicole MacKenzie | 5/23/2006 | 3.2 | $200.00 | $640.00 | Assist with Fee Auditor Response (1IFA), identify in ASCII file all of the entries in question for exhibits B, D and E, and tag line with exhibit letter for research and response. |
| Nicole MacKenzie | 5/24/2006 | 3.7 | $200.00 | $740.00 | Continue to assist with Fee Auditor Response (1IFA), complete identify in ASCII file all of the entries in question for exhibits B, D and E, and tag line with exhibit letter for research and response, tie out ASCII file to exhibit cover pages. |
| Nicole MacKenzie | 5/24/2006 | 2.1 | $200.00 | $420.00 | Continue to assist with Fee Auditor Response (1IFA), assign a single/final exhibit to those entries listed on multiple exhibits and create schedules for Manager review. |
| Nicole MacKenzie | 5/24/2006 | 1.9 | $200.00 | $380.00 | Continue to assist with Fee Auditor Response (1IFA), begin to update Word file with appropriate responses for each Fee Auditor category. |
| Nicole MacKenzie | 5/25/2006 | 1.2 | $200.00 | $240.00 | Continue to assist with Fee Auditor Response (1IFA), begin to update Word file with appropriate responses for each Fee Auditor category. |
| Nicole MacKenzie | 5/25/2006 | 3.3 | $200.00 | $660.00 | Continue to assist with Fee Auditor Response (1IFA), begin to update Word file with appropriate responses for each Fee Auditor category. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
May 1, 2006 through May 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Nicole MacKenzie | 5/31/2006 | 1.4 | $200.00 | $280.00 | Begin Fee Auditor Response (3IFA), review auditor report and exhibits, identify in ASCII file all of the entries in question and tag line with exhibit letter for research and response. |
| Nicole MacKenzie | 5/31/2006 | 1.7 | $200.00 | $340.00 | Continue with Fee Auditor Response (3IFA), assign single/final exhibit letter for response, modify response template with current data. |
| **Subtotal - Communications and Analysis for Fee Examiner** | | **54.5** | | **$12,390.00** | |
| **Case Administration - Subtotal** | | **56.2** | | **$12,815.00** | |
| | | | | | |
| **2006 IT Security Strategy Assessment** | | | | | |
| Paul Benz | 5/23/2006 | 3.0 | $375.00 | $1,125.00 | Prepare IT Security Project Working Session Document (8-11 AM). |
| Paul Benz | 5/23/2006 | 3.0 | $375.00 | $1,125.00 | Review draft project kick off materials with Jeff Gleason, Director of Internal Audit and Greg Kencitzski, Internal Audit Manager.(1 - 4 PM) |
| Paul Benz | 5/24/2006 | 2.5 | $375.00 | $937.50 | Update IT Security Strategy kick off document and plan based on prior day meetings and feedback (8 - 10:30). |
| Robert M McKinney | 5/23/2006 | 3.0 | $375.00 | $1,125.00 | Preparing Action Plan(s) for IT Project (10 am - 1 pm). |
| Robert M McKinney | 5/23/2006 | 3.0 | $375.00 | $1,125.00 | Review draft IT Security Strategy project kick off materials with Jeff Gleason, Director, Internal Audit and Greg Kencitzski, Internal Audit Manager (1-4 pm) |
| **2006 IT Security Strategy Assessment - Subtotal** | | **14.5** | | **$5,437.50** | |
| **Grand Total** | | **70.7** | | **$18,252.50** | |

**Winn-Dixie Stores, Inc.**
**PricewaterhouseCoopers LLP**
**Summary of Expenses by Contract Line by Person**
*For the Period May 1, 2006 through May 31, 2006*

| Date | Professional | Expenses | Description |
|------|-------------|----------|-------------|
| ***Airfare*** | | | |
| 05/19/2006 | Paul Benz | $107.30 | SOUTHWEST AIRLINES  DALLAS       TX |
| | **Airfare Total** | $107.30 | |
| | | | |
| ***Lodging - Hotel*** | | | |
| 05/24/2006 | Paul Benz | $115.26 | OMNI HOTELS #262    JACKSONVILLE    FL |
| | **Lodging - Hotel Total** | $115.26 | |
| | | | |
| ***Transportation*** | | | |
| 05/23/2006 | Paul Benz | $107.80 | LARRYS EXECUTIVE LIMSARASOTA       FL |
| | **Transportation Total** | $107.80 | |
| | | | |
| ***Meals*** | | | |
| 05/23/2006 | Paul Benz | $5.90 | Breakfast |
| 05/24/2006 | Paul Benz | $4.20 | Breakfast |
| 05/25/2006 | Paul Benz | $4.40 | Breakfast |
| 05/25/2006 | Paul Benz | $9.65 | Lunch |
| 05/24/2006 | Paul Benz | $17.50 | Lunch w/Kevin Campbell |
| | **Meals Total** | $41.65 | |
| | | | |
| | **Grand Total** | $372.01 | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )          Case No. 05-03817-3F1
                                                              Chapter 11
                        Debtors.                   )          Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on July 17, 2006, I caused to be served the PricewaterhouseCoopers LLP

Fourth Interim Fee Application and the corresponding proposed form of Order, by having a true

and correct copy sent via e-mail and first class mail, postage prepaid, to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.                            Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel                            Attn: Jay F. Castle
5050 Edgewood Court                                5050 Edgewood Court
Jacksonville, FL 32254-3699                        Jacksonville, FL 32254-3699
Phone: 904-783-5000                                Phone: 904-783-5000
Fax: 904-783-5059                                  Fax: 904-783-5059
LarryAppel@winn-dixie.com                          jaycastle@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Elizabeth Dantin