**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3:05-bk-03817-JAF

    Debtors.                                              Chapter 11

                                                    /   Jointly Administered

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Fourth Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006, through and including May 31, 2006.

Dated: July 21, 2006.                         AKERMAN SENTERFITT

                                                   By: */s/ John B. Macdonald*
                                                       John B. Macdonald
                                                       Florida Bar No.: 230340
                                                       E-mail: john.macdonald@akerman.com
                                                       Patrick P. Patangan
                                                       Florida Bar No.: 348340
                                                       E-mail: patrick.patangan@akerman.com
                                                       50 N. Laura St., Suite 2500
                                                       Jacksonville, FL 32202
                                                       Telephone: (904) 798-3700
                                                       Facsimile: (904) 798-3730

                                                       Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA283497;1}

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 21st day of July, 2006 to:

Kenneth C. Meeker, Esq.  
Elena L. Escamilla, Esq.  
Office of the United States Trustee  
135 West Central Boulevard, Room 620  
Orlando, Florida 32801  
Email: ken.meeker@usdoj.gov  
Email: Elena.L.Escamilla@usdoj.gov  

Skadden, Arps, Slate, Meagher & Flom LLP  
Attn: D. J. Baker  
Four Times Square  
New York, New York 10036  
Email: djbaker@skadden.com  

Winn-Dixie Stores, Inc.  
Attn: Laurence B. Appel  
5050 Edgewood Court  
Jacksonville, FL 32254-3699  
Email: LarryAppel@winn-dixie.com  

Otterbourg, Steindler, Houston & Rosen, P.C.  
Attn: Jonathan N. Helfat  
230 Park Avenue, 29th Floor  
New York, NY 10169  
Email: Jhelfat@oshr.com  

King & Spalding LLP  
Attn: Sarah Robinson Borders, Esq.  
191 Peachtree Street  
Atlanta, GA 30303  
Email: sborders@kslaw.com  

Milbank, Tweed, Hadley & McCloy LLP  
Attn: Matthew Barr, Esq.  
1 Chase Manhattan Plaza  
New York, NY 10005  
Email: Mbarr@milbank.com  

Rogers Towers, P.A.  
Attn.: Betsy Cox, Esq.  
1301 Riverplace Boulevard  
Suite 1500  
Jacksonville, Florida 32207  
Email: bcox@rtlaw.com  

Shearman & Sterling, LLP  
Attn.: Andrew V. Tenzer, Esq.  
599 Lexington Avenue  
New York, NY 10022-6069  
Email: atenzer@shearman.com  

Stuart, Maue, Mitchell & James Ltd.  
Attn.: Linda K. Cooper  
3840 McKelvey Road  
St. Louis, MO 63044  
Email: l.cooper@smmj.com  

                                              */s/ John B. Macdonald*  
                                              Attorney

{JA283497;1}