# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MARCH 28, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   412019

RE:  BANKRUPTCY

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 02/28/06 | $1,269.00 |
| COSTS ADVANCED POSTED THROUGH 02/28/06 | $321.41 |
| **CURRENT INVOICE TOTAL** | **$1,590.41** |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                  MARCH 28, 2006
BANKRUPTCY                              REF. NO.  49761-23399
INVOICE NUMBER  412019                 PAGE  1


## PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006


02/01/06  REVIEW OF INVOICES FOR SUBMISSION PER
          PROCEDURES ORDER (.3); REVISE DRAFT
          CORRESPONDENCE REGARDING SAME (.2);
          J. D. SILVER     .50 hours at  345.00 per hour.          172.50

02/07/06  PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY
          COURT.
          D. J. SMITH    1.10 hours at  245.00 per hour.           269.50

02/10/06  PREPARE ADDITIONAL BILLS FOR SUBMISSION TO
          BANKRUPTCY COURT.
          D. J. SMITH     .70 hours at  245.00 per hour.           171.50

02/17/06  PREPARE BILLS FOR COURT.
          A. M. GRUNSPAN   1.00 hours at  345.00 per hour.         345.00

02/17/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          RETENTION OF ██████ AS EXPERT AND PAYMENT
          ISSUES.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

02/17/06  PREPARE LIST OF MATTERS WITH DAMAGE CLAIMS BY
          WINN-DIXIE PER CLIENT INSTRUCTIONS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,269.00


## ATTORNEY FEE SUMMARY

| Code | Name | Hours | Rate | | Amount |
|------|------|-------|------|---|--------|
| JDS | J. D. SILVER | 0.50 hours at | $345.00 | = | 172.50 |
| AMG | A. M. GRUNSPAN | 1.90 hours at | $345.00 | = | 655.50 |
| DJS | D. J. SMITH | 1.80 hours at | $245.00 | = | 441.00 |
| | TOTALS | 4.20 | | | $1,269.00 |


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER   412019                   PAGE    2

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**

COPYING COST                             279.20
POSTAGE                                   42.21

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $321.41
                                                       ------------

                    **TOTAL AMOUNT DUE THIS INVOICE        $1,590.41**
                                                       ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center<br>1201 W. Peachtree St., Ste. 3000<br>Atlanta, Georgia 30309<br>404.815.3400<br>Fax 404.815.3415 | P.O. Box 019101<br>Miami, FL 33131<br>305.530.0050<br>Fax 305.530.0055 | P.O. Box 1171<br>Orlando, FL 32802<br>407.849.0300<br>Fax 407.648.9099 | P.O. Box 2861<br>St. Petersburg, FL 33731<br>727.821.7000<br>Fax 727.822.3768 | P.O. Drawer 190<br>Tallahassee, FL 32302<br>850.224.1585<br>Fax 850.222.0398 | P.O. Box 150<br>West Palm Beach, FL 33402<br>561.659.7070<br>Fax 561.659.7368 |

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  49761-23399
                                    INVOICE NUMBER  412018


RE:  BANKRUPTCY


LEGAL SERVICES POSTED THROUGH 01/31/06          $962.00
COSTS ADVANCED POSTED THROUGH 01/31/06           $14.49
                                            ------------

           CURRENT INVOICE TOTAL              $976.49
                                            ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                      MARCH 28, 2006
BANKRUPTCY                                  REF. NO.  49761-23399
INVOICE NUMBER   412018                     PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**


01/11/06  REVIEW AND PREPARE INFORMATION REQUESTED BY
          CLIENT REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

          A. M. GRUNSPAN    .80 hours at  345.00 per hour.         276.00

01/11/06  PREPARE SPREADSHEET OF PRE-PETITION CASES ▓▓▓▓▓▓▓
          REQUEST OF AMG AND CLIENT.
          D. J. SMITH    .80 hours at  245.00 per hour.            196.00

01/11/06  REVIEW SPREADSHEET OF PRE-PETITION CASES WITH
          AMG.
          D. J. SMITH    .20 hours at  245.00 per hour.             49.00

01/13/06  PREPARE ADDITIONAL BILLS FOR SUBMISSION TO
          BANKRUPTCY COURT.
          D. J. SMITH    .90 hours at  245.00 per hour.            220.50

01/17/06  REVIEW STORE 251 ANSWER, AFFIRMATIVE DEFENSES,
          COUNTER-CLAIMS, AND PROPOSED RESPONSES THERETO
          AT REQUEST OF AMG.
          D. J. SMITH    .70 hours at  245.00 per hour.            171.50

01/17/06  E-MAIL TO AMG RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓
          D. J. SMITH    .20 hours at  245.00 per hour.             49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $962.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.80 hours at | $345.00 = | 276.00 |
| DJS | D. J. SMITH | 2.80 hours at | $245.00 = | 686.00 |
| | TOTALS | 3.60 | | $962.00 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   412018

MARCH 28, 2006
REF. NO.   49761-23399
PAGE   2

**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**

COPYING COST                                         10.80
POSTAGE                                               3.69

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006            $14.49
                                                    ------------

              **TOTAL AMOUNT DUE THIS INVOICE        $976.49**
                                                    ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MARCH 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23446
INVOICE NUMBER   412002

RE:  HURRICANE CLAIMS PREPARATION

```
LEGAL  SERVICES  POSTED  THROUGH  02/28/06        $2,886.50
COSTS  ADVANCED  POSTED  THROUGH  02/28/06           $20.18
                                               -------------
        CURRENT  INVOICE  TOTAL                    $2,906.68
                                               =============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  412002                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/02/06   MEMO TO AMG RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
           D. J. SMITH     .40 hours at  245.00 per hour.                98.00

02/02/06   PREPARE RESPONSE LETTER ON STORE 375
           K. M. JOHNSON   .20 hours at  245.00 per hour.                49.00

02/03/06   RECEIPT AND REVIEW CORRESPONDENCE FROM S.
           CANTOR REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮
           E. G. OSMAN     .10 hours at  345.00 per hour.                34.50

02/03/06   TELEPHONE CALL TO INSURER REGARDING HURRICANE
           DAMAGES
           K. M. JOHNSON   .10 hours at  245.00 per hour.                24.50

02/06/06   REVIEW MULTIPLE LETTER FROM LANDLORD'S AND
           RESPOND TO SAME (0.5); PREPARE CORRESPONDENCE
           TO CLIENT REGARDING SAME (0.1)
           K. M. JOHNSON   .60 hours at  245.00 per hour.               147.00

02/07/06   REVIEW STORE DRAWINGS AND SURVEY AT REQUEST OF
           AMG.
           D. J. SMITH     .40 hours at  245.00 per hour.                98.00

02/07/06   FOLLOW UP ON STORE 238 AND OTHERS.
           E. G. OSMAN     .20 hours at  345.00 per hour.                69.00

02/08/06   FURTHER REVIEW OF STORE 726 SURVEY AND
           VESTIBULE ISSUE AT REQUEST OF AMG.
           D. J. SMITH     .50 hours at  245.00 per hour.               122.50

02/08/06   REVIEW SURVEY AND VESTIBULE ISSUES WITH AMG.
           D. J. SMITH     .30 hours at  245.00 per hour.                73.50

02/10/06   REVIEW AND RESPOND TO CORRESPONDENCE FROM CHET
           BOROWY
           K. M. JOHNSON   .10 hours at  245.00 per hour.                24.50

02/13/06   TELEPHONE CONFERENCE WITH KIMCO REALTY
           REGARDING DAMAGE CLAIM FOR STORE 299
           K. M. JOHNSON   .20 hours at  245.00 per hour.                49.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.   50116-23446
INVOICE NUMBER   412002                   PAGE    2

02/14/06  REVIEW AND RESPOND TO CORRESPONDENCE FROM CHET
          BOROWY
          K. M. JOHNSON     .10 hours at  245.00 per hour.              24.50

02/15/06  FOLLOW UP ON REQUESTS FROM JAY CASTLE; WORK ON
          REQUEST.
          E. G. OSMAN     .20 hours at  345.00 per hour.                69.00

02/16/06  WORK ON PREPARATION OF CHART.
          E. G. OSMAN     .20 hours at  345.00 per hour.                69.00

02/16/06  REVIEW VARIOUS FILES AND PREPARE CHART
          OUTLINING OUTSTANDING CLAIMS FOR CLIENT
          K. M. JOHNSON     .50 hours at  245.00 per hour.             122.50

02/16/06  REVIEW FILES, ALL CORRESPONDENCE, PAYMENTS AND
          SCHEDULES FOR EACH STORE TO PREPARE
          INFORMATIONAL CHART AND COMPUTE CALCULATIONS
          REGARDING AMOUNT OF CLAIM AGAINST LANDLORD FOR
          FURTHER ATTORNEY REVIEW AND CONSIDERATION.
          M. MURRAY*   5.50 hours at  85.00 per hour.                  467.50

02/17/06  WORK ON LOCATION AND ANALYSIS OF INFORMATION
          FOR WINN DIXIE.
          E. G. OSMAN     .30 hours at  345.00 per hour.               103.50

02/17/06  RECEIPT AND REVIEW OF CORRESPONDENCE FROM
          MARGARET STAATS REGARDING NUMBER 535 AND
          ENCLOSING CHECK.
          E. G. OSMAN     .10 hours at  345.00 per hour.                34.50

02/17/06  REVISE LIST OF ALL OUTSTANDING CLAIMS AND
          COORDINATE REVIEW OF SAME WITH EDITH OSMAN
          (0.2); TELEPHONE CONFERENCE WITH EDITH OSMAN
          REGARDING SAME(0.2); REVIEW LETTER ON STORE 535
          AND CHECK AND PREPARE LETTER TO KIN ROMEO
          REGARDING SAME(0.3).
          K. M. JOHNSON     .70 hours at  245.00 per hour.             171.50

02/20/06  CONTINUE WORK ON UPDATING CHARTS AND FOLLOW UP
          ON CASES.
          E. G. OSMAN     .30 hours at  345.00 per hour.               103.50

02/20/06  REVIEW OF PAPERS RECEIVED ON CERTAIN STORES;
          TRANSMIT INFORMATION TO JAY CASTLE ON OPEN
          FILES.
          E. G. OSMAN     .40 hours at  345.00 per hour.               138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  412002                    PAGE   3

02/20/06  CONTINUE PREPARING CHART REGARDING ALL
          WINN-DIXIE CLAIMS
          K. M. JOHNSON   1.50 hours at  345.00 per hour.          517.50

02/20/06  REVIEW CORRESPONDENCE FROM CHET BOROWY
          REGARDING STORE 514 (0.1)AND PREPARE LETTER TO
          LANDLORD REGARDING ADDITIONAL INVOICES (0.2).
          K. M. JOHNSON    .30 hours at  345.00 per hour.          103.50

02/28/06  RECEIPT AND REVIEW CORRESPONDENCE REGARDING
          STORE 541 FROM J. LANDON DREWELL REGARDING HIS
          SETTLEMENT PROPOSAL.
          E. G. OSMAN     .10 hours at  345.00 per hour.            34.50

02/28/06  REVIEW CORRESPONDENCE ON STORE 541(0.1), REVIEW
          FILE AND PREPARE E-MAIL TO KIM ROMEO REGARDING
          SAME(0.3)
          K. M. JOHNSON    .40 hours at  345.00 per hour.          138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $2,886.50

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| DJS | D. J. SMITH | 1.60 hours at | $245.00 = | 392.00 |
| EGO | E. G. OSMAN | 1.90 hours at | $345.00 = | 655.50 |
| KMJ | K. M. JOHNSON | 2.50 hours at | $245.00 = | 612.50 |
| KMJ | K. M. JOHNSON | 2.20 hours at | $345.00 = | 759.00 |
| MM* | M. MURRAY* | 5.50 hours at | $85.00 = | 467.50 |
| | TOTALS | 13.70 | | $2,886.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

|  |  |
|---|---|
| COPYING COST | 5.20 |
| FAX | 7.00 |
| POSTAGE | 1.56 |
| TELEPHONE | 0.30 |
| 02/20/06 EXPRESS MAIL | 6.12 |

          TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006    $20.18
                                                          ------------

          **TOTAL AMOUNT DUE THIS INVOICE**               **$2,906.68**
                                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MARCH 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  412003

**RE:  DOLGENCORP, INC, STORE 221**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 02/28/06 | $5,805.50 |
| COSTS ADVANCED POSTED THROUGH 02/28/06 | $849.10 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$6,654.60** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

**ATTORNEYS AT LAW**

WINN DIXIE STORES, INC                          MARCH 28, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  412003                          PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/01/06  RESEARCH RE: TITLE REPORT REQUEST & ORDER SAME
          M.A. SHAFIR    .20 hours at  245.00 per hour.              49.00

02/01/06  REVISE, EDIT DISCOVERY IN CONNECTION WITH
          DOLLAR GENERAL'S MOTION FOR ATTORNEYS FEES.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.          392.00

02/01/06  CONFER WITH AND INSTRUCTIONS TO LEGAL ASSISTANT
          REGARDING SERVICE OF SUBPOENAS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

02/01/06  RESEARCH ISSUE OF ████████████████████████████
          ████████████████████████████████████████████
          DOLLAR GENERAL'S MOTION FOR ATTORNEYS FEES.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.          392.00

02/01/06  CONFER WITH EXPERT WITNESS REGARDING ADDITIONAL
          AFFIDAVIT.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

02/02/06  PREPARATION OF MOTION TO AMEND COMPLAINT &
          PROPOSED AMENDED COMPLAINT
          M.A. SHAFIR   2.00 hours at  245.00 per hour.             490.00

02/02/06  CONFERENCE WITH J. POST REGARDING ATTORNEYS'
          FEES PRECLUSION.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

02/02/06  CONFERENCE WITH JASON ALDERMAN REGARDING
          ████████████████████████████████████████
          JUDGMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

02/02/06  CONFER WITH LANDLORD'S COUNSEL REGARDING
          DISCOVERY, AMENDMENT OF PLEADINGS, AND
          LANDLORD'S INTENTION TO FILE MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

02/02/06  CONFER WITH AMG REGARDING ████████████████████
          ████████████████████████████████████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  412003                    PAGE     2

02/02/06  REVIEW FILE IN CONNECTION WITH TELECONFERENCE
          WITH LANDLORD'S COUNSEL REGARDING DISCOVERY.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.          98.00

02/02/06  INSTRUCTIONS ~~TO ALAN FRY~~ REGARDING RESEARCH
          ISSUE ██████████████████████████████████████

          J. R. ALDERMAN      .30 hours at  245.00 per hour.          73.50

02/03/06  REVIEW DISCOVERY RESPONSES TO LANDLORD
          REGARDING DAMAGES CALCULATIONS AND THEORIES.
          A. M. GRUNSPAN      .80 hours at  345.00 per hour.         276.00

02/03/06  RECEIPT AND REVIEW OF FAX FROM TOD ARONOVITZ
          REGARDING STAY OF MOTION FOR ATTORNEYS FEES,
          CONFER WITH AMG.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

02/03/06  RECEIPT AND REVIEW OF LETTER FROM DOLLAR
          GENERAL'S COUNSEL REGARDING STAY OF ATTORNEYS
          FEES ISSUE.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.          73.50

02/04/06  CONFER WITH TOM WARNER REGARDING ██████████
          ████████████████████████████████████

          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

02/06/06  REVISE ORDERS ON SEVERAL PENDING MOTIONS.
          A. M. GRUNSPAN      .70 hours at  345.00 per hour.         241.50

02/06/06  SEVERAL CORRESPONDENCE WITH COUNSEL REGARDING
          PROPOSED ORDERS.
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.         172.50

02/06/06  LEGAL RESEARCH REGARDING ██████████████████
          ████████████████████████████████████

          D. A. MORANDE      .50 hours at  245.00 per hour.         122.50

02/06/06  REVIEW OF FILE IN CONNECTION WITH MOTION TO
          AMEND COMPLAINT TO ADD NEW LANDLORD.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.          98.00

02/07/06  LETTER TO EXPERT REGARDING ██████████████████
          ████████████████████████████████

          A. M. GRUNSPAN      .80 hours at  345.00 per hour.         276.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        MARCH 28, 2006
DOLGENCORP, INC, STORE 221                    REF. NO.  50116-23449
INVOICE NUMBER  412003                        PAGE    3

02/07/06  CORRESPONDENCE WITH EXPERT AND CLIENT REGARDING
          ███████████ A. M. GRUNSPAN   .20 hours at  345.00 per hour.          69.00

02/07/06  CONTACT EXPERT REGARDING ███████████████.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.                    103.50

02/08/06  RECEIVE & REVIEW TITLE SEARCH REPORT &
          CONFERENCE WITH JRA RE: SAME
          M.A. SHAFIR    .40 hours at   245.00 per hour.                       98.00

02/08/06  PREPARE FOR AND MEET WITH EXPERT REGARDING
          ███████████ A. M. GRUNSPAN   2.30 hours at  345.00 per hour.        793.50

02/09/06  SEVERAL CONTACTS TO EXPERT REGARDING ███████████
          ███████████ A. M. GRUNSPAN   .60 hours at  345.00 per hour.         207.00

02/09/06  LETTER TO CLIENTS REGARDING ████████████████████
          ████████████ A. M. GRUNSPAN   .40 hours at  345.00 per hour.        138.00

02/10/06  RECEIVE AND REVIEW TITLE REPORT
          M.A. SHAFIR    .50 hours at   245.00 per hour.                      122.50

02/13/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████ A. M. GRUNSPAN   .50 hours at  345.00 per hour.        172.50

02/14/06  CORRESPONDENCE WITH TOM WARNER REGARDING
          ████████████ A. M. GRUNSPAN   .30 hours at  345.00 per hour.        103.50

02/14/06  REVIEW ADDITIONAL SUPPLEMENTAL AUTHORITY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.                    138.00

02/15/06  RECEIPT AND REVIEW OF LETTER FROM DOLLAR
          GENERAL'S COUNSEL REGARDING STAY OF DISCOVERY
          ON ATTORNEYS FEES ISSUES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.                     73.50

02/15/06  LETTER TO DOLLAR GENERAL'S COUNSEL REGARDING
          ATTORNEYS FEES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.                     73.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S  A T  L A W

WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  412003                    PAGE    4

02/17/06 RF RE WD SUMMARY JUDGMENT MOTION; EMAIL FROM
         ATTY BLOHM RE WORDING OR ORDERS AND DISCOVERY
         ISSUES
         T. WARNER    .20 hours at  345.00 per hour.              69.00

02/21/06 SR EDITS AND REVISIONS TO PROPOSED ORDERS BY
         ARONOVITZ; INSTR RE SUBMISSIONS OF ORDERS TO
         THE JUDGE
         T. WARNER    .30 hours at  345.00 per hour.             103.50

02/22/06 SEVERAL CORRESPONDENCE WITH EXPERT REGARDING

         A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50


         TOTAL FEES FOR PROFESSIONAL SERVICES               $5,805.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 3.10 hours at | $245.00 = | 759.50 |
| AMG | A. M. GRUNSPAN | 8.80 hours at | $345.00 = | 3036.00 |
| DAM | D. A. MORANDE | 0.50 hours at | $245.00 = | 122.50 |
| JRA | J. R. ALDERMAN | 7.00 hours at | $245.00 = | 1715.00 |
| TW | T. WARNER | 0.50 hours at | $345.00 = | 172.50 |
| | TOTALS | 19.90 | | $5,805.50 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

|  |  |  |
|---|---|---|
| | COPYING COST | 185.00 |
| | FAX | 82.00 |
| | POSTAGE | 8.28 |
| | TELEPHONE | 3.00 |
| 02/06/06 | SERVICE OF PROCESS - VENDOR: ARONOVITZ TRIAL | 8.50 |
| | LAWYERS SERVICE OF PROCESS-SUBPOENA DUCES TECUM | |
| | FOR DEPOSITION | |
| 02/15/06 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  - | 50.00 |
| | SUBPOENA ON ARONOVITZ & ASSOCIATES | |
| 02/28/06 | SERVICE OF PROCESS - VENDOR: MLQ ATTORNEY | 74.00 |
| | SERVICES , PICK UP PROVIDED FOR | |
| | COURIER/MESSENGER SERVICE DATE FOR 02/01/06 | |
| 02/28/06 | WITNESS/EXPERT FEES - - VENDOR: BOOKKEEPER, R/C | 8.50 |
| | OF TROUTMAN SANDERS LLP | |
| 02/14/06 | MILEAGE/TOLLS/PARKING - VENDOR: ALAN GRUNSPAN | 29.82 |
| | - 2/8 TRAVEL TO LAKE WORTH TO MEET WITH EXPERT | |
| | RON AMES | |

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MARCH 28, 2006
DOLGENCORP, INC, STORE 221                       REF. NO.  50116-23449
INVOICE NUMBER  412003                           PAGE    5


02/17/06 TITLE SEARCH - VENDOR: ATTORNEYS' TITLE            400.00
         INSURANCE FUND, INC  - TITLE SEARCH REPORT FOR
         CRESTHAVEN

         TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $849.10
                                                             ------------

                    **TOTAL AMOUNT DUE THIS INVOICE**      **$6,654.60**
                                                             ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23451
                                    INVOICE NUMBER  412004
```

**RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN
ACQUSITION, LLC, STORE 205**

```
LEGAL SERVICES POSTED THROUGH 02/28/06       $1,049.00
COSTS ADVANCED POSTED THROUGH 02/28/06           $.00
                                            ------------
           CURRENT INVOICE TOTAL             $1,049.00
                                            ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  412004                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**

01/10/06  REVIEW FILE IN CONNECTION WITH STATUS
          CONFERENCE WITH AMG.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

01/26/06  GENERAL DISCUSSION RE STORE #726 OF ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          D. S. DROBNER     .20 hours at  345.00 per hour.          69.00

02/10/06  REVIEW FILE IN CONNECTION WITH STATUS UP DATE,
          DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

02/13/06  REVIEW FILE IN CONNECTION WITH STATUS UPDATE TO
          AMG, DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

02/14/06  REVIEW OF FILE IN CONNECTION WITH DISCOVERY,
          DEPOSITIONS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

02/14/06  CONFER WITH AMG REGARDING▓▓▓▓▓▓▓▓▓▓▓
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

02/14/06  REVIEW LAW ON▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          CONNECTION WITH MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,049.00

ATTORNEY FEE SUMMARY

    JRA     J. R. ALDERMAN      4.00 hours at  $245.00 =        980.00
    DSD     D. S. DROBNER       0.20 hours at  $345.00 =         69.00
            TOTALS              4.20                         $1,049.00

                                                        - - - - - - - - - - - -

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MARCH 28, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  412004                          PAGE    2


TOTAL AMOUNT DUE THIS INVOICE        $1,049.00
                                     ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23452
                                    INVOICE NUMBER  412005
```

**RE:   BEACHWALK CENTRE II, LLC**

```
LEGAL SERVICES POSTED THROUGH 02/28/06          $1,809.00
COSTS ADVANCED POSTED THROUGH 02/28/06             $14.90
                                               ------------

         CURRENT INVOICE TOTAL                  $1,823.90
                                               ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
BEACHWALK CENTRE II, LLC                  REF. NO.  50116-23452
INVOICE NUMBER  412005                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


01/10/06  REVIEW FILE IN CONNECTION WITH STATUS
          CONFERENCE WITH AMG.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.        98.00

02/14/06  CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

02/15/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

02/16/06  REVIEW FILE IN CONNECTION WITH STATUS UP DATE
          TO AMG, DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.        98.00

02/20/06  PREPARE FOR CLIENT CONFERENCE REGARDING
          ▮▮▮▮▮
          A. M. GRUNSPAN                                         172.50

02/20/06  ATTEND CLIENT CONFERENCE REGARDING ▮▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN                                         138.00

02/21/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          AND DAVID J. SMITH REGARDING LEASE AMENDMENT.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

02/21/06  REVISE AMENDMENT TO LEASE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

02/21/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          AND CLIENT REGARDING LEASE AMENDMENT.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

02/21/06  REVIEW PREVIOUS COOPERATION AGREEMENTS PROPOSED
          TO LANDLORD OF BEACHWALK.
          D. J. SMITH    .70 hours at  245.00 per hour.          171.50

02/21/06  REVIEW AND REVISE LANDLORD'S PROPOSED AMENDMENT
          TO LEASE AT REQUEST OF AMG.
          D. J. SMITH   1.40 hours at  245.00 per hour.          343.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| BEACHWALK CENTRE II, LLC | REF. NO.  50116-23452 |
| INVOICE NUMBER  412005 | PAGE    2 |

02/21/06  REVIEW RED-LINED VERSION OF PROPOSED LEASE
          AMENDMENT WITH AMG.
          D. J. SMITH     .40 hours at  245.00 per hour.               98.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,809.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.90 hours at | $345.00 = | 1000.50 |
| DJS | D. J. SMITH | 2.50 hours at | $245.00 = | 612.50 |
| JRA | J. R. ALDERMAN | 0.80 hours at | $245.00 = | 196.00 |
| | TOTALS | 6.20 | | $1,809.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

| | |
|---|---|
| COPYING COST | 14.60 |
| TELEPHONE | 0.30 |

          TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006          $14.90
                                                            ------------

                    **TOTAL AMOUNT DUE THIS INVOICE**      **$1,823.90**
                                                            ============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE STORES, INC               MARCH 28, 2006
5050 EDGEWOOD COURT                  ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254              REF. NO.  50116-23455
                                     INVOICE NUMBER  412007


RE:  YDB THREE LAKES, LC, STORE 210


LEGAL SERVICES POSTED THROUGH 02/28/06       $1,999.50
COSTS ADVANCED POSTED THROUGH 02/28/06          $43.55
                                             ------------

        CURRENT INVOICE TOTAL                $2,043.05
                                             ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  412007                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/01/06  CONFERENCE REGARDING MOTION TO COMPEL DISCOVERY
          FROM FAMILY DOLLAR.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

02/07/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          MOTION TO DISMISS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

02/07/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

02/07/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

02/08/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING RESCHEDULING OF MOTION TO
          DISMISS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

02/08/06  DRAFT, REVISE, EDIT LETTER TO OPPOSING COUNSEL
          REGARDING RESCHEDULING OF HEARING.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

02/08/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING HEARING DATES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

02/09/06  TELECONFERENCES WITH COUNSELS FOR BOTH FAMILY
          DOLLAR AND LANDLORD.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

02/09/06  FIND AND COPY OR PRINT CASES FOR HEARING ON
          MOTION TO DISMISS. (2.1) PREPARE HEARING
          FOLDER. (.2)
          L. GOLDSTEIN*   2.30 hours at   85.00 per hour.        195.50

02/10/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING ▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

02/10/06  ADDITIONAL TASKS IN PREPARATION FOR HEARING ON
          MOTION TO DISMISS.
          L. GOLDSTEIN*    .20 hours at   85.00 per hour.         17.00

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  412007                    PAGE    2

02/15/06  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇

          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

02/15/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          DEPOSITIONS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

02/15/06  REVIEW LAW ON ▇▇▇▇▇▇▇▇▇ IN
          CONNECTION WITH DRAFTING MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

02/17/06  RECEIPT AND REVIEW OF LANDLORD'S ANSWERS TO
          INTERROGATORIES.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

02/20/06  SEVERAL CORRESPONDENCE FROM OPPOSING COUNSEL
          REGARDING PRODUCTION OF LANDLORD DOCUMENTS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

02/20/06  CORRESPONDENCE WITH JASON ALDERMAN REGARDING
          ▇▇▇▇
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

02/24/06  REVIEW FILE. WORK WITH LEGAL ASSISTANT
          REGARDING SCHEDULING OF HEARINGS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,999.50


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN      1.70 hours at  $345.00 =        586.50
JRA    J. R. ALDERMAN      4.90 hours at  $245.00 =       1200.50
LG*    L. GOLDSTEIN*       2.50 hours at   $85.00 =        212.50
       TOTALS              9.10                         $1,999.50


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  412007                    PAGE   3


**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**


COPYING COST                                34.80
FAX                                          2.00
POSTAGE                                      5.40
TELEPHONE                                    1.35

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006          $43.55
                                                    ------------

                **TOTAL AMOUNT DUE THIS INVOICE      $2,043.05**
                                                    ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC          MARCH 28, 2006
5050 EDGEWOOD COURT             ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254         REF. NO.  50116-23456
                                INVOICE NUMBER  412008
```

**RE:  ROYAL OAKS BRANDON, LTD, STORE 734**

```
LEGAL SERVICES POSTED THROUGH 02/28/06      $10,678.00
COSTS ADVANCED POSTED THROUGH 02/28/06          $52.35
                                            ------------
        CURRENT INVOICE TOTAL               $10,730.35
                                            ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  412008                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**

02/02/06  CONTACT J. POST REGARDING SETTLEMENT AND WAIVER
          OF CLAIMS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/02/06  CONFERENCE WITH OPPOSING COUNSEL REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

02/02/06  LETTER TO CLIENT REGARDING ▉▉▉▉
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/02/06  REVISE PROPOSED AMENDED REPLY TO DEFENSES.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

02/02/06  SEVERAL CORRESPONDENCE WITH T. WARNER REGARDING
          ▉▉▉▉▉▉▉▉
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

02/02/06  RECEIPT AND REVIEW OF FAX FROM OPPOSING COUNSEL
          REGARDING AGREED ORDER. TELECONFERENCE TO
          OPPOSING COUNSEL.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

02/03/06  CORRESPONDENCE WITH CLIENT REGARDING ▉▉▉▉▉▉
          ▉▉▉▉▉▉.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

02/06/06  LETTER FROM CLIENT REGARDING ▉▉▉▉
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

02/09/06  REVIEW FILE IN CONNECTION WITH GOOD FAITH
          CONFERENCE ON MOTION TO DISMISS.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

02/09/06  TELECONFERENCE WITH FAMILY DOLLAR'S COUNSEL
          REGARDING DISCOVERY, MOTION TO DISMISS.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

02/09/06  PREPARE FOR HEARING ON MOTION TO DISMISS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

02/13/06  CONTACT OPPOSING COUNSEL REGARDING STATUS OF
          SETTLEMENT DISCUSSIONS.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  412008                    PAGE     2

02/13/06  CONFER WITH AMG REGARDING ████████████████████

          J. R. ALDERMAN      .40 hours at  245.00 per hour.              98.00

02/13/06  DRAFT LETTER TO COUNSEL FOR LANDLORD REGARDING
          DISCOVERY, PROPOSED LANGUAGE OF ORDER.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.              98.00

02/14/06  CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT.
          A. M. GRUNSPAN      .10 hours at  345.00 per hour.              34.50

02/15/06  CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT
          AND DISCOVERY ORDER.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.             138.00

02/16/06  LETTER TO S. HOULD REGARDING SETTLEMENT.
          A. M. GRUNSPAN    20.00 hours at  345.00 per hour.            6900.00

02/16/06  RECEIPT AND REVIEW OF LETTER FROM LANDLORD'S
          COUNSEL. DRAFT, REVISE, EDIT LETTER TO
          LANDLORD'S COUNSEL.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.              98.00

02/16/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          DISCOVERY.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.              73.50

02/16/06  RECEIPT AND REVIEW OF PROPOSED ORDER ON
          PLAINTIFF'S MOTION TO COMPEL.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.              49.00

02/17/06  PREPARE SETTLEMENT THEORIES CORRESPONDENCE TO
          OPPOSING COUNSEL.
          A. M. GRUNSPAN     1.20 hours at  345.00 per hour.             414.00

02/20/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING ████████████

          A. M. GRUNSPAN      .90 hours at  345.00 per hour.             310.50

02/20/06  MEMO TO AMG AT HIS REQUEST RE: COOPERATION
          AGREEMENT.
          D. J. SMITH      .30 hours at   245.00 per hour.              73.50

02/20/06  REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.              73.50

02/20/06  CONFER WITH AMG REGARDING ████████████████

          J. R. ALDERMAN      .40 hours at  245.00 per hour.              98.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        MARCH 28, 2006
ROYAL OAKS BRANDON, LTD, STORE 734            REF. NO.  50116-23456
INVOICE NUMBER  412008                        PAGE    3

02/20/06 RECEIPT AND REVIEW OF LANDLORD'S ANSWERS TO
         WINN-DIXIE'S INTERROGATORIES.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

02/20/06 RECEIPT AND REVIEW OF LANDLORD'S RESPONSE TO
         DEFENDANT'S REQUEST FOR PRODUCTION.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

02/22/06 REVISE DEMAND SETTLEMENT LETTER.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.       276.00

02/22/06 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

02/22/06 LETTER TO CLIENT
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

02/23/06 REVISE LETTER TO OPPOSING COUNSEL.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES        $10,678.00


## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 27.40 hours at $345.00 = | 9453.00 |
| DJS | D. J. SMITH | 0.30 hours at $245.00 = | 73.50 |
| JRA | J. R. ALDERMAN | 4.70 hours at $245.00 = | 1151.50 |
| | TOTALS | 32.40 | $10,678.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**

COPYING COST                         35.80
FAX                                  11.00
POSTAGE                               0.39
TELEPHONE                             5.16

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006      $52.35
                                                 - - - - - - - - - - - -

         **TOTAL AMOUNT DUE THIS INVOICE     $10,730.35**
                                         ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23457
                                    INVOICE NUMBER  412009


     RE:  SUMAR ENTERPRISES, LTD, STORE 295



     LEGAL SERVICES POSTED THROUGH 02/28/06       $1,645.50
     COSTS ADVANCED POSTED THROUGH 02/28/06          $59.94
                                                 ------------
            CURRENT INVOICE TOTAL                 $1,705.44
                                                 ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER   412009                   PAGE     1


## PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006


02/01/06  CONFERENCE REGARDING MOTION TO COMPEL DISCOVERY
          FROM FAMILY DOLLAR.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/07/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

02/10/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING ████████.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/14/06  RECIEPT AND REVIEW OF LANDLORD'S MOTION FOR
          PROTECTIVE ORDER.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

02/15/06  CONTACT JASON ALDERMAN REGARDING ████████
          ████████.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/15/06  REVIEW LAW ON CONSTITUTIONAL, COMPENSABLE
          TAKING OF RESTRICTIVE REAL PROPERTY COVENANT.
          J. R. ALDERMAN    2.30 hours at  245.00 per hour.          563.50

02/16/06  REVIEW OF DOCUMENTS IN PREPARATION FOR
          UP-COMING HEARING ON MOTION TO DISMISS (.5);
          REVIEW OF CASE LAW FOR SAME (.3);
          J. D. SILVER     .80 hours at  345.00 per hour.            276.00

02/16/06  COORDINATE RE: SCHEDULING COURT HEARING ON
          PENDING MOTIONS
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

02/17/06  RECEIPT AND REVIEE OF DEFENDANT' JBHS LIMITED
          COMPANY'S MOTION FOR PROTECTIVE ORDER.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

02/20/06  RESEARCH MOTION TO COMPEL
          M.A. SHAFIR                                                 24.50

02/20/06  PREPARE MOTION TO COMPEL
          M.A. SHAFIR                                                 49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,645.50

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  412009

MARCH 28, 2006
REF. NO.  50116-23457
PAGE    2

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 0.30 hours at | $245.00 = | | 73.50 |
| JDS | J. D. SILVER | 0.80 hours at | $345.00 = | | 276.00 |
| AMG | A. M. GRUNSPAN | 1.00 hours at | $345.00 = | | 345.00 |
| JRA | J. R. ALDERMAN | 3.60 hours at | $245.00 = | | 882.00 |
| TW | T. WARNER | 0.20 hours at | $345.00 = | | 69.00 |
| | TOTALS | 5.90 | | | $1,645.50 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

| | |
|---|---|
| COPYING COST | 22.80 |
| FAX | 22.00 |
| POSTAGE | 10.94 |
| TELEPHONE | 4.20 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006          $59.94
                                                    ------------

**TOTAL AMOUNT DUE THIS INVOICE**          **$1,705.44**
                                        ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE STORES, INC          MARCH 28, 2006
5050 EDGEWOOD COURT             ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254         REF. NO.  50116-23458
                                INVOICE NUMBER  412010
```

**RE:  GENERAL MATTERS**

```
LEGAL SERVICES POSTED THROUGH 02/28/06        $9,142.50
COSTS ADVANCED POSTED THROUGH 02/28/06           $69.97
                                              ------------

        CURRENT INVOICE TOTAL                 $9,212.47
                                              ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MARCH 28, 2006
GENERAL MATTERS                            REF. NO.   50116-23458
INVOICE NUMBER   412010                    PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**

02/01/06  SEVERAL CORRESPONDENCE WITH CLIENTS AND EXPERT
          REGARDING
          A. M. GRUNSPAN      .50 hours at   345.00 per hour.            172.50

02/01/06  REVIEW DOCUMENTS FROM CLIENT REGARDING
          A. M. GRUNSPAN      .60 hours at   345.00 per hour.            207.00

02/01/06  REVIEW TIMELINE FROM CLIENT
          PREPARE MEMO TO FILE.
          A. M. GRUNSPAN      .50 hours at   345.00 per hour.            172.50

02/03/06  SEVERAL CORRESPONDENCE WITH CLIENT AND EXPERT
          REGARDING
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.            138.00

02/03/06  REVIEW ADDITIONAL DOCUMENTS FROM CLIENT
          REGARDING
          A. M. GRUNSPAN      .60 hours at   345.00 per hour.            207.00

02/03/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.            138.00

02/03/06  CORRESPONDENCE WITH DAVID J. SMITH REGARDING
          A. M. GRUNSPAN      .30 hours at   345.00 per hour.            103.50

02/06/06  SEVERAL CORRESPONDENCE REGARDING
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.            138.00

02/06/06  LETTER FROM OPPOSING COUNSEL REGARDING DEMAND
          FOR RENTS REGARDING 726.
          A. M. GRUNSPAN      .30 hours at   345.00 per hour.            103.50

02/07/06  LETTER TO EXPERT REGARDING
          A. M. GRUNSPAN      .20 hours at   345.00 per hour.             69.00

02/07/06  CONTACT EXPERT REGARDING
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.            138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  412010                    PAGE   2

02/08/06  REVIEW DOCUMENTS TO PREPARE FOR MEETING WITH
          EXPERT ██████████
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.        483.00

02/08/06  SEVERAL CONFERENCE TO C. CABEZA AND C. REYNOLDS
          REGARDING ██████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

02/08/06  MEET WITH EXPERT.
          A. M. GRUNSPAN   2.20 hours at  345.00 per hour.        759.00

02/08/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ██████████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

02/08/06  REVIEW FILE.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

02/09/06  CONTACT EXPERT REGARDING ██████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

02/09/06  DETAILED LETTER TO CLIENTS REGARDING ██████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

02/09/06  LETTER TO EXPERT REGARDING ██████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

02/13/06  TELEPHONE CONFERENCE WITH MS. LAMAINA AT
          SKADDEN REGARDING CONTACT PERSON FOR WINN DIXIE
          FEE ISSUES (.1); REVIEW AND REVISE LETTER TO
          VARIOUS COUNSEL RE CARLTON FIELDS MONTHLY
          STATEMENTS; REVIEW OF INVOICES REGARDING SAME.
          J. D. SILVER    .10 hours at  345.00 per hour.           34.50

02/13/06  SEVERAL CORRESPONDENCE AND CONFERENCES WITH
          OPPOSING COUNSEL REGARDING 726.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50

02/13/06  SEVERAL CONFERENCES AND CORRESPONDENCE WITH
          OPPOSING COUNSEL REGARDING 726.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

02/13/06  CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| GENERAL MATTERS | REF. NO.   50116-23458 |
| INVOICE NUMBER   412010 | PAGE    3 |

02/14/06   SEVERAL LETTERS TO OPPOSING COUNSEL REGARDING
           CONDITION OF PREMISES AND UNPAID INVOICES.
           A. M. GRUNSPAN     .60 hours at  345.00 per hour.            207.00

02/15/06   CONTACT JASON ALDERMAN REGARDING ███████
           ███████████████████████████████
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.            138.00

02/15/06   LETTER TO T. WARNER REGARDING ██████
           A. M. GRUNSPAN     .20 hours at  345.00 per hour.             69.00

02/16/06   LETTER FROM OPPOSING COUNSEL REGARDING
           SETTLEMENT ON 726.
           A. M. GRUNSPAN     .30 hours at  345.00 per hour.            103.50

02/16/06   LETTER TO CLIENTS REGARDING ████████████
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.            138.00

02/16/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ██████████████████████████████████
           A. M. GRUNSPAN     .90 hours at  345.00 per hour.            310.50

02/16/06   REVIEW BACKUP DOCUMENTS TO SUPPORT CLAIM
           ██████████████████████
           A. M. GRUNSPAN    1.10 hours at  345.00 per hour.            379.50

02/17/06   REVISE SETTLEMENT THEORIES AND CORRESPONDENCE
           TO OPPOSING COUNSEL.
           A. M. GRUNSPAN    1.10 hours at  345.00 per hour.            379.50

02/20/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ██████████████████████████
           A. M. GRUNSPAN     .70 hours at  345.00 per hour.            241.50

02/20/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           █████████████████████████████████
           A. M. GRUNSPAN     .90 hours at  345.00 per hour.            310.50

02/20/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ██████████████
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.            138.00

02/20/06   CONFERENCE WITH A. GRUNSPAN REGARDING ███████
           ███████
           R. N. GILBERT      .30 hours at  345.00 per hour.            103.50

02/22/06   PROVIDE ANALYSIS FOR EXPERT INCLUDING REVIEW OF
           CLIENT DOCUMENTS REGARDING ████████████████████
           A. M. GRUNSPAN    1.20 hours at  345.00 per hour.            414.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC          MARCH 28, 2006
GENERAL MATTERS                 REF. NO.  50116-23458
INVOICE NUMBER  412010          PAGE    4

02/22/06  SEVERAL CORRESPONDENCE WITH ▓▓▓ EXPERT.
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.          172.50

02/22/06  CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT
          ON 726.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

02/23/06  CONTACT OPPOSING COUNSEL REGARDING NEGOTIATIONS
          ON 726.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.           69.00

02/23/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

02/28/06  PREPARE FOR AND ATTEND CLIENT CONFERENCES AND
          EXPERT CONFERENCES REGARDING ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓.
          A. M. GRUNSPAN      .00 hours at  345.00 per hour.            0.00

02/28/06  REVIEW EXPERT MATERIALS.
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.          207.00

02/28/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING SETTLEMENT AND DAMAGES.
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.          207.00

02/28/06  PREPARE FOR CLIENT CONFERENCES REGARDING
          ▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN                                               69.00

02/28/06  ATTEND CLIENT CONFERENCES REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓.
          A. M. GRUNSPAN                                               69.00

02/28/06  PREPARE FOR EXPERT CONFERENCES REGARDING
          ▓▓▓▓▓▓▓▓▓.
          A. M. GRUNSPAN                                              138.00

02/28/06  ATTEND EXPERT CONFERENCES REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓.
          A. M. GRUNSPAN                                              345.00

          TOTAL FEES FOR PROFESSIONAL SERVICES          $9,142.50

# CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MARCH 28, 2006
GENERAL MATTERS                                 REF. NO.  50116-23458
INVOICE NUMBER  412010                          PAGE    5

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---:|
| JDS | J. D. SILVER | 0.10 hours at | $345.00 | = | 34.50 |
| AMG | A. M. GRUNSPAN | 26.10 hours at | $345.00 | = | 9004.50 |
| RNG | R. N. GILBERT | 0.30 hours at | $345.00 | = | 103.50 |
| | TOTALS | 26.50 | | | $9,142.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**

| | | |
|---|---|---:|
| | COPYING COST | 13.00 |
| | POSTAGE | 23.40 |
| | TELEPHONE | 3.75 |
| 02/14/06 | MILEAGE/TOLLS/PARKING - VENDOR: ALAN GRUNSPAN | 29.82 |
| | - 2/8 TRAVEL TO LAKE WORTH TO MEET WITH EXPERT | |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006          $69.97
                                                  ------------

**TOTAL AMOUNT DUE THIS INVOICE          $9,212.47**
                                         ============

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

---

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23463
                                    INVOICE NUMBER  412012
```

**RE:  NOBLE MANAGEMENT COMPANY, STORE 2260**

```
LEGAL SERVICES POSTED THROUGH 02/28/06        $8,173.00
COSTS ADVANCED POSTED THROUGH 02/28/06          $375.02
                                             ------------
        CURRENT INVOICE TOTAL                 $8,548.02
                                             ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  412012                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/01/06  CONFERENCE REGARDING MOTION FOR SUMMARY
          JUDGMENT FILED BY DOLLAR GENERAL.
          A. M. GRUNSPAN      .50 hours at   345.00 per hour.          172.50

02/01/06  REVIEW FILE, PARTICULARLY DOLLAR GENERAL'S
          MOTION FOR PROTECTIVE ORDER AND/OR STAY
          DISCOVERY.
          J. R. ALDERMAN      .40 hours at   245.00 per hour.           98.00

02/03/06  SEVERAL CORRESPONDENCE WITH T. WARNER AND J.
          ALDERMAN REGARDING ███████████████████
          A. M. GRUNSPAN      .90 hours at   345.00 per hour.          310.50

02/04/06  REVIEW FILE, REVIEW MOTION FOR PROTECTIVE
          ORDER.
          J. R. ALDERMAN      .40 hours at   245.00 per hour.           98.00

02/06/06  CONTACT JASON ALDERMAN REGARDING ██████████
          ████████████████████
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.          138.00

02/06/06  REVISE SEVERAL ORDERS.
          A. M. GRUNSPAN     1.10 hours at   345.00 per hour.          379.50

02/06/06  RECEIPT AND REVIEW OF NOTICE OF HEARING ON
          DEFENDANT'S MOTION TO STAY.
          J. R. ALDERMAN      .20 hours at   245.00 per hour.           49.00

02/07/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN      .60 hours at   245.00 per hour.          147.00

02/08/06  REVIEW CORRESPONDENCE TO OPPOSING COUNSEL.
          A. M. GRUNSPAN      .20 hours at   345.00 per hour.           69.00

02/10/06  REVIEW DOLLAR GENERAL'S MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN      .70 hours at   245.00 per hour.          171.50

02/10/06  REVIEW DOLLAR GENERAL'S MEMORANDUM OF LAW IN
          SUPPORT OF MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN      .80 hours at   245.00 per hour.          196.00

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER  412012 | PAGE   2 |

02/10/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
    J. R. ALDERMAN .60 hours at  245.00 per hour.   147.00

02/13/06  SEVERAL LETTERS TO TOM WARNER REGARDING ▮▮▮▮
    A. M. GRUNSPAN .50 hours at  345.00 per hour.   172.50

02/15/06  SEVERAL CORRESPONDENCE REGARDING ▮▮▮▮
    A. M. GRUNSPAN .30 hours at  345.00 per hour.   103.50

02/15/06  REVIEW FILE IN CONNECTION WITH SETTING MATTERS
    FOR HEARING, DEPOSITIONS, DISCOVERY.
    J. R. ALDERMAN .60 hours at  245.00 per hour.   147.00

02/15/06  CONFER WITH AMG REGARDING ▮▮▮▮
    J. R. ALDERMAN .30 hours at  245.00 per hour.   73.50

02/17/06  DRAFT CONFIDENTIALITY STIPULATION.
    A. M. GRUNSPAN .60 hours at  345.00 per hour.   207.00

02/17/06  LETTER TO OPPOSING COUNSEL REGARDING SAME.
    A. M. GRUNSPAN .10 hours at  345.00 per hour.   34.50

02/17/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮
    A. M. GRUNSPAN .30 hours at  345.00 per hour.   103.50

02/17/06  RF RE STATUS OF PENDING MOTIONS FOR SUMMARY
    JUDGMENT
    T. WARNER .10 hours at  345.00 per hour.   34.50

02/20/06  PREPARATION OF CONFIDENTIALITY ORDER
    M.A. SHAFIR .40 hours at  245.00 per hour.   98.00

02/20/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮
    A. M. GRUNSPAN .30 hours at  345.00 per hour.   103.50

02/20/06  STRATEGY CONFERENCE REGARDING ▮▮▮▮
    A. M. GRUNSPAN .40 hours at  345.00 per hour.   138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER   412012 | PAGE   3 |

02/20/06 RF RE: PENDING MOTIONS TO STAY DISCOVERY;
         MOTION FOR SUMMARY JUDGMENT; MOTION TO STRIKE;
         MOTION TO COMPEL & HEARINGS FOR MARCH 2D;
         INSTRUCTIONS RE: RESPONSES & AMENDING
         INTERROGATORIES.
         T. WARNER    .40 hours at  345.00 per hour.          138.00

02/21/06 DRAFT AMENDED REQUEST FOR PRODUCTION.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.     196.00

02/21/06 DRAFT AMENDED INTERROGATORIES.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.     196.00

02/21/06 DRAFT AMENDED REQUEST FOR PRODUCTION.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.     196.00

02/21/06 WORK WITH LEGAL ASSISTANT REGARDING PACKAGE TO
         JUDGE.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.     147.00

02/21/06 CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮
         J. R. ALDERMAN    .40 hours at  245.00 per hour.      98.00

02/21/06 WORK WITH LEGAL ASSISTANT REGARDING
         DEPOSITIONS.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.      98.00

02/22/06 REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
         FOR SUMMARY JUDGMENT.
         J. R. ALDERMAN    1.20 hours at  245.00 per hour.    294.00

02/22/06 DRAFT, REVISE, EDIT MOTION TO COMPEL.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.     147.00

02/22/06 REVIEW FILE IN CONNECTION WITH SETTING
         DISCOVERY MATTERS FOR HEARING.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.     196.00

02/22/06 PERFORM LOOKUPS ON MARTINDALE-HUBBELL,
         DIRECTORY SERVICE, AND CIRCUIT COURT WEBSITES
         TO CONFIRM ADDRESSES AND PHONE NUMBERS AND
         OBTAIN ONLINE DOCKET. (.3)
         L. GOLDSTEIN*    .30 hours at  85.00 per hour.        25.50

02/22/06 STUDY AND REVIEW NOTICES OF HEARING ON PENDING
         MOTIONS & SCHEDULE
         T. WARNER    .10 hours at  345.00 per hour.           34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          MARCH 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER  412012                          PAGE    4

02/23/06  FILE ORGANIZATION, INCLUDING CONVERSION OF
          PLEADINGS TO QUICK-RETRIEVAL FORMAT, CREATION
          OF MORE COMPREHENSIVE PLEADING INDEX, AND
          UPDATE OF CONTACT INFORMATION.
          L. GOLDSTEIN*   3.00 hours at  85.00 per hour.          255.00

02/24/06  RECIEPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING HEARINGS AND DISCOVERY.
          REVIEW FILE.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.       98.00

02/24/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          DISCOVERY, MOTION TO COMPEL.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.       73.50

02/27/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.        637.00

02/27/06  REVIEW FILE RE: STATUS OF PENDING MOTIONS MARCH
          9 HEARING
          T. WARNER     .10 hours at  345.00 per hour.             34.50

02/28/06  CONFER WITH TOM WARNER REGARDING ██████████████
          J. R. ALDERMAN      .30 hours at  245.00 per hour.       73.50

02/28/06  EMAIL TO COUNSEL FOR LANDLORD.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.       49.00

02/28/06  TELECONFERENCE WITH LANDLORD'S COUNSEL.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.       49.00

02/28/06  INSTRUCTIONS TO PARALEGAL CONCERNING FILING AND
          SERVING RESPONSE.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.       73.50

02/28/06  DRAFT, REVISE, EDIT RESPONSE TO DOLLAR
          GENERAL'S MOTION TO STAY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.        637.00

02/28/06  TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL
          CONCERNING AGREED ORDER ON MOTION TO STAY.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.       49.00

02/28/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          DISCOVERY, MOTION TO STAY, DOCUMENT PRODUCTION.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.       49.00

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER  412012 | PAGE   5 |

| | | |
|---|---|---|
| 02/28/06 | REVIEW FILE IN CONNECTION WITH DRAFTING, REVISING, EDITING RESPONSE TO DOLLAR GENERAL'S MOTION TO STAY. J. R. ALDERMAN   1.40 hours at  245.00 per hour. | 343.00 |
| 02/28/06 | ASSIST IN PREPARATION OF MATERIALS FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND/OR STAY OF DISCOVERY, INCLUDING ASSEMBLING REQUESTED PLEADINGS, INTERNET AND LIBRARY SEARCHES, COPYING CASES AND STATUTES, PREPARING BINDERS AND CATEGORICAL SUBDIVISIONS, AND PREPARING LABELING. L. GOLDSTEIN*   6.10 hours at  85.00 per hour. | 518.50 |
| 02/28/06 | PREPARE FOR AND COORDINATE HRG ON MOTION TO STAY; STUDY AND REVIEW NOTICE AND MOTION; T. WARNER   .40 hours at  345.00 per hour. | 138.00 |
| 02/28/06 | STUDY AND REVIEW AND SUGGEST EDITS AND REVISIONS TO "RESPONSE" TO MOTION TO STAY DISCOVERY; HRG PREP. T. WARNER   .40 hours at  345.00 per hour. | 138.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                 $8,173.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| MAS | M.A. SHAFIR | 0.40 hours at | $245.00 = | 98.00 |
| AMG | A. M. GRUNSPAN | 5.60 hours at | $345.00 = | 1932.00 |
| JRA | J. R. ALDERMAN | 19.70 hours at | $245.00 = | 4826.50 |
| LG* | L. GOLDSTEIN* | 9.40 hours at | $85.00 = | 799.00 |
| TW | T. WARNER | 1.50 hours at | $345.00 = | 517.50 |
| | TOTALS | 36.60 | | $8,173.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

| | | |
|---|---|---|
| | COPYING COST | 232.40 |
| | FAX | 95.00 |
| | POSTAGE | 25.47 |
| | TELEPHONE | 9.55 |
| 02/02/06 | TELEPHONE | 1.80 |
| 02/28/06 | EXPRESS MAIL | 10.80 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $375.02
                                                    ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MARCH 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260       REF. NO.  50116-23463
INVOICE NUMBER  412012                     PAGE    6


                 TOTAL AMOUNT DUE THIS INVOICE        $8,548.02
                                                      ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              MARCH 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-25029
                                    INVOICE NUMBER  412013
```

**RE:  STORE NO 242, FLAMINGO EAST, LTD**

```
LEGAL  SERVICES  POSTED  THROUGH  02/28/06        $2,024.50
COSTS  ADVANCED  POSTED  THROUGH  02/28/06          $285.19
                                                  ------------
            CURRENT  INVOICE  TOTAL               $2,309.69
                                                  ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| STORE NO 242, FLAMINGO EAST, LTD | REF. NO.  50116-25029 |
| INVOICE NUMBER   412013 | PAGE   1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**

02/01/06  RESEARCH RE: TITLE REPORT TO PROPERTY & ORDER
SAME; CONFERENCE WITH JRA RE:
M.A. SHAFIR     .40 hours at  245.00 per hour.                98.00

02/01/06  CONFERENCE REGARDING MOTION TO DISMISS AND
MOTION TO COMPEL DISCOVERY FROM FAMILY DOLLAR.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

02/02/06  TELEPHONE CONFERENCES WITH ATTY'S TITLE RE:
SEARCH; CONFERENCE WITH JRA RE: SAME
M.A. SHAFIR     .40 hours at  245.00 per hour.                98.00

02/08/06  RECEIPT AND REVIEW OF LETTER FROM FAMILY DOLLAR
COUNSEL REGARDING HEARING DATES.
J. R. ALDERMAN   .30 hours at  245.00 per hour.               73.50

02/09/06  TELECONFERENCE WITH TOD NORMAN REGADING HEARING
ON MOTION TO DISMISS, DISCOVERY.
J. R. ALDERMAN   .40 hours at  245.00 per hour.               98.00

02/10/06  RECEIVE AND REVIEW TITLE REPORT
M.A. SHAFIR     .90 hours at  245.00 per hour.               220.50

02/10/06  REVIEW OF FILE IN CONNECTION WITH HEARING ON
MOTION TO DISMISS.
J. R. ALDERMAN   1.20 hours at  245.00 per hour.             294.00

02/10/06  PREPARE FOR HEARING ON FAMILY DOLLAR'S MOTION
TO DISMISS.
J. R. ALDERMAN   3.20 hours at  245.00 per hour.             784.00

02/13/06  CONFERENCE WITH JRA RE:
M.A. SHAFIR                                                  122.50

02/13/06  TELEPHONE CONFERENCE WITH ATTORNEYS TITLE
M.A. SHAFIR                                                   98.00


TOTAL FEES FOR PROFESSIONAL SERVICES              $2,024.50

# CARLTON FIELDS
### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   412013

MARCH 28, 2006
REF. NO.   50116-25029
PAGE     2

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 2.60 hours at | $245.00 = | | 637.00 |
| AMG | A. M. GRUNSPAN | 0.40 hours at | $345.00 = | | 138.00 |
| JRA | J. R. ALDERMAN | 5.10 hours at | $245.00 = | | 1249.50 |
| | TOTALS | 8.10 | | | $2,024.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

| | | |
|---|---|---|
| | COPYING COST | 13.40 |
| | FAX | 14.00 |
| | POSTAGE | 4.49 |
| | TELEPHONE | 3.30 |
| 02/17/06 | TITLE SEARCH - VENDOR: ATTORNEYS' TITLE INSURANCE FUND, INC  - TITLE SEARCH REPORT FOR FLAMINGO PLAZA | 250.00 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $285.19
------------

### TOTAL AMOUNT DUE THIS INVOICE        $2,309.69
============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.