# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MARCH 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23453
INVOICE NUMBER   412006

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

| | |
|---|---|
| LEGAL  SERVICES  POSTED  THROUGH 02/28/06 | $18,868.50 |
| COSTS ADVANCED POSTED THROUGH 02/28/06 | $929.48 |
| | ------------ |
| **CURRENT  INVOICE  TOTAL** | **$19,797.98** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/01/06  CONFERENCE REGARDING COUNSEL FOR LANDLORD;
          STRATEGY FOR HEARING AND EXPIRATION OF DOLLAR
          GENERAL LEASE.
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.          207.00

02/01/06  WORK WITH PARALEGAL IN PREPARING FOR HEARING ON
          DOLLAR GENERAL'S MOTION TO STAY DISCOVERY.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

02/01/06  ADDITIONAL WORK PREPARING MATERIALS FOR
          MULTIPLE-ISSUE HEARING ON 2/03/06, INCLUDING
          RETRIEVING AND COPYING ADDITIONAL CASES,
          PLEADINGS, AND OTHER RELATED DOCUMENTS;
          CREATING HEARING FOLDERS; AND REVISING INDICES.
          (6.3) CONFER WITH ATT'Y. ALDERMAN. (.1)
          L. GOLDSTEIN*   6.40 hours at  85.00 per hour.             544.00

02/01/06  PREPARED AND COORDINATE FOR HEARING ON STAY.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

02/02/06  RECEIPT. REVIEW, ANALYZE DOLLAR GENERAL'S
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.         147.00

02/02/06  CONFER WITH TOM WARNER REGARDING ███████████
          ██████████████████████████████████████████
          J. R. ALDERMAN      .40 hours at  245.00 per hour.          98.00

02/02/06  DRAFT, REVISE, EDIT MOTION TO AMEND TO REPLY TO
          AFFIRMATIVE DEFENSES, TOGETHER WITH PROPOSED
          REPLY TO DOLLAR GENERAL'S AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN    1.60 hours at  245.00 per hour.          392.00

02/02/06  CONFER WITH AMG REGARDING ████████████████
          ██████████████████████████████████████████
          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

02/02/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          MOTION TO STAY AND DOLLAR GENERAL'S OBJECTIONS
          TO WINN-DIXIE'S INTERROGATORIES.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                    PAGE   2


02/02/06  WORK WITH PARALEGAL IN CONNECTION WITH
          PREPARING FILE MATERIALS FOR MOTION TO STAY AND
          DOLLAR GENERAL'S OBJECTIONS TO INTERROGATORIES.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.          392.00

02/02/06  PREPARE FOR HEARING ON DOLLAR GENERAL'S
          OBJECTIONS TO WINN-DIXIE'S INTERROGATORIES.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.          784.00

02/02/06  FINAL WORK IN PREPARATION FOR MULTIPLE HEARINGS
          ON 2/03/06.  PREPARE ADDITIONAL FOLDERS AND
          COPIES OF REQUESTED DOCUMENTS.  ADD
          NEWLY-SUPPLIED CASE LAW.
          L. GOLDSTEIN*   .80 hours at  85.00 per hour.              68.00

02/02/06  STUDY AND REVIEW DOLGEN'S MOTION FOR SUMMARY
          JUDGMENT AND ANALYZE ISSUES IN PREPARATION FOR
          OPPOSING MOTION AND HEARING ON FEBRUARY 3, 2006
          REGARDING MOTION FOR STAY OF DISCOVERY.
          T. WARNER  .80 hours at  345.00 per hour.                 276.00

02/02/06  REVIEW FILE REGARDING PREPARATION FOR HEARING.
          T. WARNER  .20 hours at  345.00 per hour.                  69.00

02/02/06  REVIEW DOCUMENTS FOR HEARING.
          T. WARNER  .20 hours at  345.00 per hour.                  69.00

02/02/06  INSTRUCT REGARDING MOTION TO AMEND TO ADD REPLY
          THAT STATUTE DOES NOT APPLY OR IS
          UNCONSTITUTIONAL.
          T. WARNER   .20 hours at  345.00 per hour.                 69.00

02/02/06  REVIEW REVISIONS TO REPLY.
          T. WARNER   .20 hours at  345.00 per hour.                 69.00

02/02/06  DRAFT REVISIONS TO REPLY.
          T. WARNER   .20 hours at  345.00 per hour.                 69.00

02/02/06  ORGANIZING FOR STAY HEARING IN JACKSONVILLE.
          T. WARNER   .70 hours at  345.00 per hour.                241.50

02/02/06  PREPARE FOR STAY HEARING IN JACKSONVILLE.
          T. WARNER  1.00 hours at  345.00 per hour.                345.00

02/03/06  CONTACT OPPOSING COUNSEL REGARDING STATUS.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.           138.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                          PAGE     3

02/03/06  CORRESPONDENCE WITH CLIENT REGARDING ███████████
          ███████████
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

02/03/06  TRAVEL TO HEARING ON DOLLAR GENERAL'S MOTION TO
          STAY DISCOVERY AND OBJECTIONS TO WINN-DIXIE'S
          INTERROGATORIES IN JACKSONVILLE.
          J. R. ALDERMAN    5.80 hours at  245.00 per hour.         1421.00

02/03/06  ATTEND HEARING ON DOLLAR GENERAL'S MOTION TO
          STAY DISCOVERY AND OBJECTIONS TO WINN-DIXIE'S
          INTERROGATORIES IN JACKSONVILLE.
          J. R. ALDERMAN    5.80 hours at  245.00 per hour.         1421.00

02/03/06  ATTEND COURT HEARINGS ON DOLGEN MOTION FOR
          PROTECTIVE ORDER AND STAY; PRESENT ARGUMENTS IN
          OPPOSITION; STIPULATION RE DOLGEN AMENDING ADS
          RE STATUTORY REFERENCE TO 542, AND AGREEMENT RE
          FILING WINN-DIXIE'S REPLY; INSTF AND FOLLOWUP
          RE PROPOSED ORDERS
          T. WARNER   9.70 hours at  345.00 per hour.              3346.50

02/05/06  DRAFT, REVISE, EDIT PROPOSED ORDER ON VARIOUS
          MOTIONS.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

02/05/06  CONFER WITH TOM WARNER REGARDING ██████████████
          ██████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

02/05/06  DRAFT LETTER TO CHARLES PILLENS REGARDING ORDER
          ON VARIOUS MOTIONS, SCHEDULING OF DISCOVERY AND
          DEPOSITIONS.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

02/05/06  DRAFT REVISIONS TO PROPOSED ORDER ON STAY AND
          AMENDING PLEADINGS
          T. WARNER  .30 hours at  345.00 per hour.                  103.50

02/06/06  LETTER FROM CLIENT REGARDING ████████████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

02/06/06  REVIEW FILE IN CONNECTION WITH SETTING DOLLAR
          GENERAL'S OBJECTIONS FOR HEARING.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

02/06/06  LETTER TO OPPOSING COUNSEL FOR DOLLAR GENERAL
          REGARDING ORDER ON MOTION TO STAY.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                          PAGE     4

02/07/06  SEVERAL CALLS TO COUNSEL FOR LANDLORD REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN      .50 hours at   345.00 per hour.            172.50

02/07/06  REVIEW FILE IN CONNECTION WITH SETTING MATTERS
          FOR DISCOVERY.
          J. R. ALDERMAN      .30 hours at   245.00 per hour.             73.50

02/07/06  CONFER WITH AMG REGARDING ████████████████
          J. R. ALDERMAN      .30 hours at   245.00 per hour.             73.50

02/08/06  REVIEW CORRESPONDENCE AND ORDERS TO OPPOSING
          COUNSEL.
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.            138.00

02/08/06  REVIEW FILE IN CONNECTION WITH TELECONFERNCE
          WITH OPPOSING COUNSEL REGARDING DISCOVERY.
          J. R. ALDERMAN      .60 hours at   245.00 per hour.            147.00

02/09/06  REVIEW FILE IN CONNECTION WITH DISCOVERY AND
          TELECONFERENCE WITH DOLLAR GENERAL'S ATLANTA
          COUNSEL.
          J. R. ALDERMAN      .70 hours at   245.00 per hour.            171.50

02/09/06  SR LETTER ATTORNEY PILLANS & PROPOSED ORDER ON
          STAY OF DISCOVERY & AMENDED REPLY;, SR LT
          ATTORNEY BROHM RE: OBJECTIONS TO
          INTERROGATORIES
          T. WARNER     .20 hours at   345.00 per hour.                  69.00

02/10/06  RECEIPT AND REVIEW OF LETTER FROM CHARLES
          PILLANS REGARDING ORDER ON MOTION TO STAY
          DISCOVERY.
          J. R. ALDERMAN      .20 hours at   245.00 per hour.             49.00

02/10/06  RF RE DISCUSSIONS WITH DOLGEN ATTYS TO RESOLVE
          WORDING OF ORDER ON DISCOVERY; SUGGESTED
          RESPONSE
          T. WARNER     .20 hours at   345.00 per hour.                  69.00

02/13/06  SEVERAL LETTERS TO TOM WARNER REGARDING ████████
          A. M. GRUNSPAN      .60 hours at   345.00 per hour.            207.00

02/13/06  CONTACT OPPOSING COUNSEL REGARDING STATUS OF
          SETTLEMENT DISCUSSIONS.
          A. M. GRUNSPAN      .20 hours at   345.00 per hour.             69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                    PAGE   5

02/15/06  SEVERAL CORRESPONDENCE WITH CO-COUNSEL
          REGARDING ██████████████████████████
          ██████████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/16/06  CONFER WITH AMG REGARDING ████████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

02/17/06  REVISE LETTER TO LANDLORD'S COUNSEL REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

02/17/06  SEVERAL CALLS TO JASON ALDERMAN REGARDING
          ████████████████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

02/17/06  RECEIPT AND REVIEW OF EMAIL FROM DOLLAR
          GENERAL'S ATLANTA COUNSEL.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

02/17/06  EMAIL TO OPPOSING COUNSEL.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

02/17/06  EMAIL FROM ATTY BLOHM RE ORDERS ON PENDING
          MOTION
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

02/20/06  PREPARATION OF DRAFT CONFIDENTIALITY ORDER
          M.A. SHAFIR    .40 hours at  245.00 per hour.               98.00

02/20/06  STRATEGY CONFERENCE REGARDING ████████████
          ████████████████ WITH JASON ALDERMAN.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/20/06  REVIEW DEPOSITION REQUIREMENTS AND DOCUMENTS
          NEEDED FOR LANDLORD DEPOSITIONS.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

02/20/06  SEVERAL CORRESPONDENCE FROM OPPOSING COUNSEL
          AND JASON ALDERMAN REGARDING DISCOVERY ORDERS.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/20/06  CONTACT OPPOSING COUNSEL REGARDING DEPOSITIONS
          AND COMPLIANCE WITH DISCOVERY.
          A. M. GRUNSPAN     .10 hours at  345.00 per hour.           34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                      MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                      PAGE     6


02/20/06 RECEIPT AND REVIEW OF DOLLAR GENERAL'S
         COUNSEL'S LETTER TO JUDGE AND PROPOSED
         ALTERNATIVE ORDER.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

02/20/06 REVIEW FILE IN CONNECTION WITH DRAFTING REVISED
         ORDERS.
         J. R. ALDERMAN   1.60 hours at  245.00 per hour.              392.00

02/20/06 DRAFT, REVISE, EDIT LETTERS TO JUDGE.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.             171.50

02/20/06 DRAFT, REVISE, EDIT MOTION TO COMPEL PRODUCTION
         OF DOCUMENTS.
         J. R. ALDERMAN   1.30 hours at  245.00 per hour.              318.50

02/20/06 REVISE LETTER TO JUDGE COLE RE: PROPOSED ORDER
         LIMITING DISCOVERY; INSTRUCTIONS RE: FINALIZING
         AND TRANSMITTING TO JUDGE; REVIEW & SIGN LETTER
         TO JUDGE COLE
         T. WARNER    .40 hours at  345.00 per hour.                   138.00

02/20/06 SR PROPOSED ORDER BY ATTORNEY PULLAN ON ORE
         TENUS MOTION TO AMEND & WD'S REPLY;
         INSTRUCTIONS RE: PROPOSED ORDER
         T. WARNER    .20 hours at  345.00 per hour.                    69.00

02/20/06 RF RE: PROPOSED ORDER ON STAY, MOTIONS TO
         COMPEL, AMENDING INTERROGATORIES & LL DISCOVERY
         T. WARNER    .30 hours at  345.00 per hour.                   103.50

02/21/06 CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬▬
         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.             103.50

02/21/06 DRAFT LETTER TO JUDGE REGARDING PROPOSED
         ORDERS.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.            147.00

02/21/06 REVIEW FILE IN CONNECTION WITH LETTER TO JUDGE
         ON PROPOSED ORDERS.
         J. R. ALDERMAN     .80 hours at  245.00 per hour.            196.00

02/21/06 DRAFT AMENDED INTERROGATORIES.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.            171.50


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

```
WINN DIXIE STORES, INC                    MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                    PAGE   7
```

02/22/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S COUNSELS
          LETTER TO JUDGE REGARDING OBJECTION TO
          WINN-DIXIE'S PROPOSED ORDER.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.        98.00

02/22/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          DRAFTING MOTION TO COMPEL.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.       147.00

02/22/06  CONFER WITH AMG AND TOM WARNER REGARDING
          ~~███████████████████████████~~
          J. R. ALDERMAN      .30 hours at  245.00 per hour.        73.50

02/22/06  REVIEW TRANSCRIPT OF HEARING ON DOLLAR
          GENERAL'S MOTION TO STAY DISCOVERY.
          J. R. ALDERMAN      .70 hours at  245.00 per hour.       171.50

02/22/06  FILE ORGANIZATION, INCLUDING CONVERSION OF
          PLEADINGS TO QUICK-RETRIEVAL FORMAT, CREATION
          OF MORE COMPREHENSIVE PLEADING INDEX, AND
          UPDATE OF CONTACT INFORMATION. (6.1) PERFORM
          LOOKUPS ON MARTINDALE-HUBBELL AND CIRCUIT COURT
          WEBSITES TO CONFIRM ADDRESSES AND PHONE NUMBERS
          AND OBTAIN ONLINE DOCKET. (.4)
          L. GOLDSTEIN*   6.50 hours at   85.00 per hour.         552.50

02/22/06  STUDY AND REVIEW PILLANS LETTER TO JUDGE RE:
          PROPOSED ORDERS; INSTRUCTIONS RE: RESPONSES
          T. WARNER  .20 hours at  345.00 per hour.                69.00

02/23/06  REVISE SEVERAL CORRESPONDENCE WITH OPPOSING
          COUNSEL.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.       138.00

02/23/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

02/24/06  DRAFT, REVISE, EDIT LETTER TO CHARLES PILAN.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.        73.50

02/24/06  CONF CALL WITH TRIAL TEAM RE ~~████████████~~
          ~~████████████████████~~
          T. WARNER   .20 hours at  345.00 per hour.                69.00

02/27/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

**A T T O R N E Y S   A T   L A W**

WINN DIXIE STORES, INC                          MARCH 28, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  412006                          PAGE    8

02/27/06  DRAFT EXPERT WITNESSES AFFIDAVIT.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

02/27/06  REVIEW FILE & CONFER W/TRIAL TEAM RE: ████████
          ████████████████████████████████████

          T. WARNER    .20 hours at  345.00 per hour.               69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $18,868.50


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 0.40 hours at | $245.00 = | 98.00 |
| AMG | A. M. GRUNSPAN | 6.40 hours at | $345.00 = | 2208.00 |
| JRA | J. R. ALDERMAN | 40.60 hours at | $245.00 = | 9947.00 |
| LG* | L. GOLDSTEIN* | 13.70 hours at | $85.00 = | 1164.50 |
| TW | T. WARNER | 15.80 hours at | $345.00 = | 5451.00 |
| | TOTALS | 76.90 | | $18,868.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**

          COPYING COST                         398.00
          FAX                                  117.00
          POSTAGE                               21.92
          TELEPHONE                             12.97
02/28/06  COURT REPORTER CHARGE - VENDOR: HEDQUIST &      68.50
          ASSOCIATES REPORTERS, INC , HEARING TRANSCRIPT
02/24/06  TRAVEL/LODGING/MEALS - VENDOR: JASON ALDERMAN  302.58
          - 2/3/06  TRAVEL TO FT. LAUDERDALE FOR SANDIFER
          HEARING
02/20/06  EXPRESS MAIL                           8.51

          TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006    $929.48
                                                          ------------

              **TOTAL AMOUNT DUE THIS INVOICE    $19,797.98**
                                                 ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MARCH 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23459
INVOICE NUMBER  412011


**RE:  JENSEN BEACH PLAZA, LTD, STORE 308**


LEGAL SERVICES POSTED THROUGH 02/28/06          $30,386.50
COSTS ADVANCED POSTED THROUGH 02/28/06           $1,641.12
                                              ------------

         **CURRENT INVOICE TOTAL          $32,027.62**
                                              ============


**\*\*\* REMITTANCE COPY \*\*\***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006**


02/01/06  RESEARCH LAW▓▓▓▓▓▓▓▓▓▓ IN CONNECTION WITH
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    3.20 hours at   245.00 per hour.          784.00

02/02/06  REVIEW HEARING TRANSCRIPT.
          A. M. GRUNSPAN    .60 hours at   345.00 per hour.           207.00

02/02/06  LETTER TO JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .20 hours at   345.00 per hour.            69.00

02/02/06  REVISE MOTION TO STRIKE OR TO AMEND DEFENSES.
          A. M. GRUNSPAN    .60 hours at   345.00 per hour.           207.00

02/02/06  PREPARE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          SUMMARY JUDGMENT MOTION.
          A. M. GRUNSPAN    1.00 hours at   345.00 per hour.          345.00

02/02/06  REVIEW CONSTITUTIONAL DEFENSES TO SUMMARY
          JUDGMENT MOTION.
          A. M. GRUNSPAN    .90 hours at   345.00 per hour.           310.50

02/02/06  DRAFT ORDER ON MOTION TO STRIKE AFFIRMATIVE
          DEFENSES.
          J. R. ALDERMAN    .40 hours at   245.00 per hour.            98.00

02/02/06  PREPARE FOR HEARING ON OBJECTIONS TO
          INTERROGATORIES:  CONFER WITH ATT'Y. ALDERMAN.
          (.1) FIND AND COPY CASES. (.7) PREPARE INDEX.
          (.2) PREPARE HEARING FOLDER. (.2)
          L. GOLDSTEIN*    1.20 hours at   85.00 per hour.            102.00

02/03/06  LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .20 hours at   345.00 per hour.            69.00

02/03/06  REVIEW SUMMARY JUDGMENT MOTION BY DOLLAR
          GENERAL.
          A. M. GRUNSPAN    1.10 hours at   345.00 per hour.          379.50

02/03/06  LF ARONOVITZ RE ATTYS FEES ISSUES AND
          DISCOVERY; SUGGEST REPLY
          T. WARNER    .20 hours at   345.00 per hour.                 69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308    REF. NO.  50116-23459
INVOICE NUMBER  412011                PAGE     2

02/04/06  CONFER WITH AMG REGARDING ███████████
          ████████.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/04/06  CONFER WITH AMG REGARDING ██████████████████
          ██████████████████████
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/05/06  DRAFT, REVISE, EDIT ORDER ON DOLLAR GENERAL'S
          MOTION TO STAY.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

02/05/06  CONFER WITH TOM WARNER REGARDING ██████████████
          ██████████████████████
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/05/06  REVISE, EDIT ORDER ON WINN-DIXIE'S MOTION TO
          STRIKE.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/05/06  REVIEW FILE. REVIEW HEARING TRANSCRIPT ON
          WINN-DIXIE'S MOTION TO STRIKE DOLLAR GENERAL'S
          AFFIRMATIVE DEFENSES, DOLLAR GENERAL'S MOTION
          TO STAY DISCOVERY, AND DOLLAR GENERAL'S
          OBJECTIONS TO WINN-DIXIE'S INTERROGATORIES.
          J. R. ALDERMAN    1.60 hours at  245.00 per hour.         392.00

02/05/06  DRAFT, REVISE, EDIT PROPOSED ORDER ON DOLLAR
          GENERAL'S OBJECTIONS TO WINN-DIXIE'S
          INTERROGATORIES.
          J. R. ALDERMAN     .90 hours at  245.00 per hour.         220.50

02/05/06  DRAFT LETTER TO OPPOSING COUNSEL.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/05/06  SR PROPOSED ORDER STRIKING AD'S; SGGEST
          REVISIONS AND TRANSCRIPT ISSUE
          T. WARNER     .20 hours at  345.00 per hour.               69.00

02/05/06  DRAFT REVISIONS RE PROPOSED ORDER STRIKING
          AFFIRMATIVE DEFENSES
          T. WARNER     .30 hours at  345.00 per hour.              103.50

02/06/06  REVISE THREE ORDERS ON PENDING MOTIONS.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.          379.50

02/06/06  SEVERAL CORRESPONDENCE WITH COUNSEL REGARDING
          PROPOSED ORDERS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE    3

02/06/06  REVISE ORDER ON MOTION TO COMPEL.
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.          207.00

02/06/06  LETTER TO OPPOSING COUNSEL FOR DOLLAR GENERAL
          REGARDING DISCOVERY.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.           49.00

02/06/06  REVIEW OF FILE IN CONNECTION WITH SETTING
          DOLLAR GENERAL'S DISCOVERY OBJECTIONS FOR
          HEARING.
          J. R. ALDERMAN      .70 hours at  245.00 per hour.          171.50

02/06/06  REVISE, EDIT MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     4.30 hours at  245.00 per hour.         1053.50

02/06/06  REVIEW LAW ON ████████████████████████
          ████████████████████████████████████
          J. R. ALDERMAN     3.10 hours at  245.00 per hour.          759.50

02/07/06  CONTACT JASON ALDERMAN REGARDING ██████████
          ████████████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

02/07/06  REVIEW HEARING TRANSCRIPT IN CONNECTION WITH
          REVISIONS TO ORDER'S ON VARIOUS MOTIONS.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.          147.00

02/07/06  CONFER WITH AMG REGARDING ████████████████
          ████████
          J. R. ALDERMAN      .40 hours at  245.00 per hour.           98.00

02/07/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          FOR PARTIAL SUMMARY JUDGMENT.
          J. R. ALDERMAN     2.60 hours at  245.00 per hour.          637.00

02/08/06  LEGAL RESEARCH REGARDING ██████████████
          M.A. SHAFIR     2.60 hours at  245.00 per hour.             637.00

02/08/06  REVISE CORRESPONDENCE AND ORDERS TO OPPOSING
          COUNSEL.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

02/08/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          OBJECTIONS TO INTERROGATORIES, REQUEST FOR
          PRODUCTION, HEARING ON VARIOUS DISCOVERY
          MATTERS.
          J. R. ALDERMAN      .90 hours at  245.00 per hour.          220.50

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahasseg • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE    4

02/08/06 LETTER TO OPPOSING COUNSEL REGARDING PROTECTIVE
         ORDER.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.        49.00

02/08/06 REVIEW FILE IN CONNECTION WITH DRAFTING LETTER
         TO OPPOSING COUNSEL. CONFER WITH AMG.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.        49.00

02/08/06 REVIEW, REVISE, EDIT PROPOSED CONFIDENTIALITY
         ORDER.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.        98.00

02/08/06 REVISE, EDIT, MOTION FOR SUMMARY JUDGMENT.
         J. R. ALDERMAN    4.20 hours at  245.00 per hour.      1029.00

02/08/06 INSTRUCTIONS TO MICHAEL SHAFIR REGARDING
         RESEARCH OF VARIOUS ISSUES.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.        98.00

02/08/06 REVIEW CASE LAW ON ███████████████████████████
         ██████████████████████████████████
         J. R. ALDERMAN    2.30 hours at  245.00 per hour.       563.50

02/08/06 CONFER WITH AMG REGARDING ████████████
         ██████████████████████████████████
         J. R. ALDERMAN     .60 hours at  245.00 per hour.       147.00

02/08/06 REVIEW CASE LAW ON ███████████
         J. R. ALDERMAN    1.60 hours at  245.00 per hour.       392.00

02/08/06 REVIEW & ANALYZE ██████████████████████
         ██████████████████████████████████████████
         ██████████████████████████████████████████
         T. WARNER     .50 hours at  345.00 per hour.            172.50

02/09/06 REVISE MOTION FOR SUMMARY JUDGMENT.
         A. M. GRUNSPAN    1.20 hours at  345.00 per hour.       414.00

02/09/06 REVIEW FILE IN CONNECTION WITH TELECONFERENCE
         WITH DOLLAR GENERAL'S ATLANTA COUNSEL REGARDING
         DISCOVERY AND WORDING OF ORDERS.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.       147.00

02/09/06 REVISE, EDIT PROPOSED CONFIDENTIALITY
         AGREEMENT.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.       147.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE    5

02/09/06  TELECONFERENCE WITH DOLLAR GENERAL'S ATLANTA
          COUNSEL REGARDING AGREED ORDER ON DISCOVERY.
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.          269.50

02/09/06  SR LETTER TO ARONOVITZ & PROPOSED ORDER ON
          MOTION TO STRIKE, STAY DISCOVERY & OBJECTIONS
          TO INTERROGATORIES; COMMENTS RE: LANGUAGE
          T. WARNER     .30 hours at  345.00 per hour.              103.50

02/10/06  REVISE SUMMARY JUDGMENT MOTION.
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.         276.00

02/10/06  RECEIPT AND REVIEW OF LETTER FROM TOD ARONOVITZ
          REGARDING DISCOVERY.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

02/10/06  REVIEW LEASES, AND HEARING TRANSCRIPT IN
          CONNECTION WITH DRAFTING ADDITIONAL DISCOVERY.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

02/12/06  CONFER WITH COUNSEL FOR LANDLORD REGARDING
          CONFIDENTIALITY ORDER.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

02/13/06  LEGAL RESEARCH REGARDING CONSTITUTIONAL CLAUSE
          PROHIBITING IMPAIRMENT OF CONTRACTS
          M.A. SHAFIR   1.90 hours at  245.00 per hour.             465.50

02/13/06  SEVERAL CORRESPONDENCE WITH T. WARNER REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.         207.00

02/13/06  TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

02/13/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          PREPARE FOR HEARING ON DOLLAR GENERAL'S MOTION
          FOR OBJECTIONS.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

02/13/06  REVIEW FILE IN CONNECTION WITH TELECONFERENCE,
          PROPOSED ORDERS ON VARIOUS MOTIONS.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

02/13/06  TELECONFERENCE WITH TOM WARNER, COUNSEL FOR
          DOLLAR GENERAL.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.         147.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   412011

MARCH 28, 2006
REF. NO.   50116-23459
PAGE     6

02/13/06   REVIEW HEARING TRANSCRIPT.
           J. R. ALDERMAN      .70 hours at  245.00 per hour.              171.50

02/13/06   SR PROPOSED ORDERS & SUGGEST CHANGES;
           COORDINATE ██████████████████████████████
           T. WARNER    .20 hours at  345.00 per hour.                      69.00

02/13/06   CONFERENCE CALL W/ARONOVITZ RE: PROPOSED ORDERS
           ON DISCOVERY.
           T. WARNER    .10 hours at  345.00 per hour.                      34.50

02/13/06   CONFERENCE CALL W/ARONOVITZ RE: PROPOSED ORDERS
           ON DEPOS.
           T. WARNER    .10 hours at  345.00 per hour.                      34.50

02/13/06   COORDINATING CORPORATE REP DEPOS
           T. WARNER    .10 hours at  345.00 per hour.                      34.50

02/13/06   OBJECTIONS TO PRODUCTION
           T. WARNER    .10 hours at  345.00 per hour.                      34.50

02/13/06   POSTPONING SUMMARY JUDGMENT HEARING
           T. WARNER    .10 hours at  345.00 per hour.                      34.50

02/13/06   INSTRUCTIONS RE: OBJECTIONS
           T. WARNER    .40 hours at  345.00 per hour.                     138.00

02/14/06   REVISE SUMMARY JUDGMENT MOTION.
           A. M. GRUNSPAN   3.60 hours at  345.00 per hour.               1242.00

02/14/06   REVIEW MEMORANDUM ON ██████████████████████
           ████████████████████████████████████████████
           J. R. ALDERMAN      .60 hours at  245.00 per hour.             147.00

02/14/06   REVIEW AND ANALYZE ████████████ CASE
           AUTHORITIES;
           T. WARNER    .20 hours at  345.00 per hour.                      69.00

02/14/06   .RF RE NEW CASE IN ORLANDO AND REMOVAL ISSUES;
           ADVISE
           T. WARNER    .20 hours at  345.00 per hour.                      69.00

02/14/06   RF RE SUMMARY JM ISSUES AND TIMING, AND
           DISCOVERY DEPO ISSUES;
           T. WARNER    .20 hours at  345.00 per hour.                      69.00

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| JENSEN BEACH PLAZA, LTD, STORE 308 | REF. NO.  50116-23459 |
| INVOICE NUMBER  412011 | PAGE    7 |

02/14/06  RF RE PREP FOR CONF CALL WITH ARONOVITZ -
          ISSUES RE PROPOSED ORDERS AND DISCOVERY
          T. WARNER     .20 hours at  345.00 per hour.                    69.00

02/15/06  PREPARATION OF DRAFT MEMO RE ████████████
          ████████████████ FOR JRA
          M.A. SHAFIR   1.00 hours at  245.00 per hour.                  245.00

02/15/06  SEVERAL CORRESPONDENCE REGARDING DISCOVERY AND
          STRATEGY FOR SUMMARY JUDGMENT HEARING.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                103.50

02/15/06  CONFER WITH AMG REGARDING ████████████
          J. R. ALDERMAN    .60 hours at  245.00 per hour.               147.00

02/15/06  CONFER WITH TOM WARNER REGARDING ████████████
          J. R. ALDERMAN    .50 hours at  245.00 per hour.               122.50

02/15/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          LANGUAGE OF PROPOSED ORDERS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.               196.00

02/15/06  CONFER WITH TOM WARNER REGARDING ████████████
          ████████████  J. R. ALDERMAN    .40 hours at  245.00 per hour.  98.00

02/15/06  CONFER WITH AMG REGARDING ████████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.                73.50

02/15/06  REVIEW DOLLAR GENERAL'S ANSWERS TO REQUEST FOR
          PRODUCTION.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.               147.00

02/15/06  TELECONFERENCE WITH OPPOSING COUNSEL FOR DOLLAR
          GENERAL REGARDING THE PROPOSED REVISED ORDERS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.                49.00

02/15/06  RECEIPT AND REVIEW OF LETTER FROM DOLLAR
          GENERAL'S COUNSEL CONCERNING STAY ON ANSWER TO
          INTERROGATORIES.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.                49.00

02/15/06  SR REVISIONS TO PROPOSED ORDERS; TC ARONOVITZ
          ON DISCOVERY; MOTION TO STRIKE & OBJECTIONS TO
          INTERROGATORIES
          T. WARNER     .30 hours at  345.00 per hour.                   103.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | MARCH 28, 2006 |
| JENSEN BEACH PLAZA, LTD, STORE 308 | REF. NO.  50116-23459 |
| INVOICE NUMBER  412011 | PAGE   8 |

02/15/06  CONFERENCE CALL W/ARONOVITZ RE: PROPOSED ORDERS
           & OBJECTIONS TO INTERROGATORIES & REQUEST FOR
           PRODUCTION
           T. WARNER    .40 hours at  345.00 per hour.                    138.00

02/15/06  RE DOLGEN OBJECTIONS TO R/PRODUCTION
           T. WARNER    .10 hours at  345.00 per hour.                     34.50

02/15/06  RE DOLGEN OBJECTIONS TO PRIVILEGE CLAIMS
           T. WARNER    .10 hours at  345.00 per hour.                     34.50

02/15/06  PREPARE FOR TELECONFERENCE W/DOLGEN ATTORNEYS
           TO RESOLVE DISCOVERY ISSUES
           T. WARNER    .70 hours at  345.00 per hour.                    241.50

02/16/06  REVIEW OF FILE IN CONNECTION WITH REVISION OF
           ORDERS.
           J. R. ALDERMAN    .70 hours at  245.00 per hour.             171.50

02/16/06  CONFER WITH AMG AND TOM WARNER REGARDING
           ███████████
           J. R. ALDERMAN    .40 hours at  245.00 per hour.              98.00

02/16/06  REVIEW FILE. LETTER TO DOLLAR GENERAL'S
           OPPOSING COUNSEL.
           J. R. ALDERMAN    .80 hours at  245.00 per hour.             196.00

02/16/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
           JUDGMENT.
           J. R. ALDERMAN   1.20 hours at  245.00 per hour.             294.00

02/16/06  RECEIPT AND REVIEW OF LANDLORD'S LETTER
           REGARDING AGREED ORDER ON MOTION TO DISMISS.
           J. R. ALDERMAN    .20 hours at  245.00 per hour.              49.00

02/17/06  LEGAL RESEARCH REGARDING ████████████████
           OF CHAIN OF TITLE
           M.A. SHAFIR   1.10 hours at  245.00 per hour.                269.50

02/17/06  REVIEW LAW ON ████████████████████
           J. R. ALDERMAN    .80 hours at  245.00 per hour.             196.00

02/17/06  REVIEW FILE IN CONNECTION WITH REVISING,
           EDITION MOTION FOR SUMMARY JUDGMENT.
           J. R. ALDERMAN   1.30 hours at  245.00 per hour.             318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  412011

MARCH 28, 2006
REF. NO.  50116-23459
PAGE    9

02/17/06  REVIEW LAW ON ███████████████████████
          █████████
          J. R. ALDERMAN    1.30 hours at   245.00 per hour.              318.50

02/17/06  REVISEE, EDIT MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    2.40 hours at   245.00 per hour.              588.00

02/17/06  WORK WITH LEGAL ASSISTANT REGARDING EXPERT
          WITNESSES AFFDIAVIT.
          J. R. ALDERMAN     .50 hours at   245.00 per hour.              122.50

02/20/06  STRATEGY CONFERENCE REGARDING ██████████████
          ████████████████████████
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.              138.00

02/20/06  REVISE, EDIT PROPOSED ORDERS.
          J. R. ALDERMAN     .70 hours at   245.00 per hour.              171.50

02/20/06  RF RE: PROPOSED ORDERS ON DISCOVERY & STANDING
          AD'S
          T. WARNER     .20 hours at   345.00 per hour.                    69.00

02/20/06  RF RE: PENDING MOTION FOR REHEARING AND MOTION
          TO AMEND
          T. WARNER     .20 hours at   345.00 per hour.                    69.00

02/21/06  REVISE PARTIAL SUMMARY JUDGMENT MOTION.
          A. M. GRUNSPAN    2.80 hours at   345.00 per hour.              966.00

02/21/06  REVIEW PROPOSED ORDERS FROM OPPOSING COUNSEL.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.              138.00

02/21/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND
          T. WARNER REGARDING ██████
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

02/21/06  RECEIPT AND REVIEW OF EMAIL FROM DOLLAR
          GENERAL'S COUNSEL REGARDING PROPOSED REVISIONS
          TO ORDERS.
          J. R. ALDERMAN     .60 hours at   245.00 per hour.              147.00

02/21/06  REVIEW FILE IN CONNECTION WITH PROPOSED
          REVISIONS TO ORDER, TRANSCRIPT ON HEARING.
          J. R. ALDERMAN     .50 hours at   245.00 per hour.              122.50

02/21/06  DRAFT AMENDED INTERROGATORIES.
          J. R. ALDERMAN     .70 hours at   245.00 per hour.              171.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE  10

02/21/06 DRAFT AMENDED REQUEST FOR PRODUCTION.
         J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

02/22/06 REVIEW FILE IN CONNECTION WITH DISCOVERY,
         DRAFTING MOTION TO COMPEL, NOTICING MATTERS FOR
         HEARING.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

02/22/06 DRAFT, REVISE, EDIT MOTION TO COMPEL.
         J. R. ALDERMAN    1.00 hours at  245.00 per hour.          245.00

02/22/06 REVISE, EDIT MOTION TO COMPEL.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

02/22/06 REVIEW PROPOSED ORDERS BY DOLLAR GENERAL'S
         COUNSEL.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

02/22/06 INSTRUCTIONS RE: FINALIZING PROPOSED ORDER &
         LETTER TO JUDGE AS WELL AS MOTION TO COMPEL
         DISCOVERY; STRATEGY AND M/SUMMARY JUDGMENT
         T. WARNER    .20 hours at  345.00 per hour.                 69.00

02/22/06 REVIEW, APPROVE & SIGN LETTERS TO JUDGE
         W/PROPOSED ORDERS
         T. WARNER    .20 hours at  345.00 per hour.                 69.00

02/22/06 DRAFT LETTER TO JUDGE RE: PROPOSED ORDER
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

02/22/06 REVISE LETTER TO JUDGE RE: PROPOSED ORDER
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

02/22/06 DRAFT PROPOSED ORDER RE: STAY OF DISCOVERY &
         DEPO LIMITATIONS
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

02/22/06 REVISE PROPOSED ORDER RE: STAY OF DISCOVERY &
         DEPO LIMITATIONS
         T. WARNER    .30 hours at  345.00 per hour.                103.50

02/23/06 REVIEW SEVERAL CORRESPONDENCE WITH OPPOSING
         COUNSEL.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

02/23/06 REVISE, EDIT, MOTION FOR SUMMARY JUDGMENT.
         J. R. ALDERMAN    4.30 hours at  245.00 per hour.         1053.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308         REF. NO.  50116-23459
INVOICE NUMBER  412011                     PAGE  11

02/23/06  REVIEW FILE IN CONNECTION WITH DISCOVERY AND
          DRAFTING LETTER TO OPPOSING COUNSEL.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

02/23/06  CONFER WTIH AMG AND TOM WARNER RE ████████
          ████████
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

02/23/06  DRAFT LETTER TO OPPOSING COUNSEL REGARDING
          DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

02/23/06  CONFER WITH TOM REGARDING ████████████
          ████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

02/23/06  CONFER WITH AMG AND CHUCK ROSENBERG REGARDING
          ███████████████████████████
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

02/23/06  STUDY AND REVIEW ARONOVITZ LETTER TO JUDGE
          MAKEMSON AND PROPOSED ORDERS RE STAY AND
          DISCOVERY
          T. WARNER    .20 hours at  345.00 per hour.                69.00

02/23/06  LETTER FROM ARONOVITZ RE HRG ON MOTION TO
          COMPEL; INSTR
          T. WARNER    .20 hours at  345.00 per hour.                69.00

02/23/06  REVIEW, ANALYZE, EDIT AND SUGGEST REVISIONS TO
          WINN-DIXIE TEMPLATE MOTION FOR PARTIAL SUMMARY
          JUDGMENT ON ISSUES OF COVENANT RUNNING WITH THE
          LAND AND CONSTRUCTIVE NOTICE
          T. WARNER   1.00 hours at  345.00 per hour.               345.00

02/23/06  REVIEW FILE RE CALL FROM ARONOVITZ RE LETTER TO
          JUDGE AND SCHEDULING HRGS; INSTR
          T. WARNER    .20 hours at  345.00 per hour.                69.00

02/23/06  VARIOUS TELEPHONE CALLS RE DISCOVERY ISSUES AND
          RESPONSE TO ARONOVITZ
          T. WARNER    .10 hours at  345.00 per hour.                34.50

02/23/06  VARIOUS EMAILS RE DISCOVERY ISSUES AND RESPONSE
          TO ARONOVITZ
          T. WARNER    .10 hours at  345.00 per hour.                34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  412011                          PAGE  12

02/23/06  STRATEGY FOR DISCOVERY
          T. WARNER     .10 hours at  345.00 per hour.                    34.50

02/23/06  REVIEW PROPOSED LETTER RESPONSES AND DISCOVERY
          DEMANDS TO ARONOVITZ
          T. WARNER     .10 hours at  345.00 per hour.                    34.50

02/23/06  ADVISE RE REVISIONS AND STRATEGY
          T. WARNER     .20 hours at  345.00 per hour.                    69.00

02/24/06  CONFER WITH TOM WARNER REGARDING ▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN     .20 hours at  245.00 per hour.              49.00

02/24/06  CONFER WITH TOM AND AMG REGARDING ▮▮▮▮▮
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

02/24/06  TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL
          REGARDING DOCUMENT PRODUCTION AND HEARING ON
          MOTION TO COMPEL.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.              49.00

02/24/06  RECEIPT AND REVIEW OF LETTER FROM DOLLAR
          GENERAL'S COUNSEL REGARDING DISCOVERY, DOCUMENT
          PRODUCTION, AND HEARING ON MOTION TO COMPEL.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.              49.00

02/24/06  REVIEW FILE IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN    3.20 hours at  245.00 per hour.             784.00

02/24/06  RESEARCH LAW ON ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    1.70 hours at  245.00 per hour.             416.50

02/24/06  REVISE, EDIT MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    2.30 hours at  245.00 per hour.             563.50

02/24/06  REVIEW AND SUGGEST EDITS IN LETTER TO ARONOVITZ
          T. WARNER     .20 hours at  345.00 per hour.                    69.00

02/24/06  CONF CALL WITH TRIAL TEAM RE ▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          T. WARNER     .40 hours at  345.00 per hour.                   138.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308    REF. NO.  50116-23459
INVOICE NUMBER  412011                      PAGE  13

02/27/06   DRAFT EXPERT WITNESSES AFFIDAVIT.
           J. R. ALDERMAN      .80 hours at  245.00 per hour.          196.00

02/27/06   REVIEW FILE RE: PENDING MOTIONS & RESOLVING
           ORDERS ON DISCOVERY
           T. WARNER     .10 hours at  345.00 per hour.                 34.50

02/27/06   STUDY AND REVIEW LETTER TO ARONOVITZ RE:
           DISCOVERY & MOTION TO COMPEL; STUDY AND REVIEW
           MOTION TO COMPEL AND NOTICE FOR MARCH 1 HEARING
           T. WARNER    .20 hours at  345.00 per hour.                  69.00

02/28/06   DRAFT, REVISE, EDIT LETTER TO DOLLAR GENERAL'S
           COUNSEL REGARDING DEPOSITION DATES AND
           DISCOVERY.
           J. R. ALDERMAN      .60 hours at  245.00 per hour.          147.00

02/28/06   RECEIPT AND REVIEW OF LETTER FROM OPPOSING
           COUNSEL REGARDING DEPOSITIONS.
           J. R. ALDERMAN      .30 hours at  245.00 per hour.           73.50

02/28/06   CONFER WITH AMG AND TEW REGARDING ███████████
           ████████████████████████████████
           J. R. ALDERMAN      .30 hours at  245.00 per hour.           73.50

02/28/06   ASSIST PARALEGAL IN PREPARING FOR HEARINGS ON
           DOLLAR GENERAL'S MOTION TO STAY AND MOTION TO
           STRIKE AFFIRMATIVE DEFENSES.
           J. R. ALDERMAN     1.30 hours at  245.00 per hour.          318.50

02/28/06   TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL
           REGARDING EXTENSION OF TIME IN WHICH TO RESPOND
           TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION.
           J. R. ALDERMAN      .20 hours at  245.00 per hour.           49.00

02/28/06   RECEIPT AND REVIEW OF DOLLAR GENERAL'S MOTION
           FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
           PLAINTIFF'S THIRD REQUEST FOR PRODUCTION.
           J. R. ALDERMAN      .30 hours at  245.00 per hour.           73.50

02/28/06   CONTACT WITH JUDGE RE TELEPHONIC HRG ON ORDERS;
           STUDY AND REVIEW LETTER FROM ARONOVITZ RE
           PRODUCTION OF DOCS AND CANCELLING MOTION TO
           COMPEL
           T. WARNER     .30 hours at  345.00 per hour.                103.50

02/28/06   COORDINATE HRG ON MOTION TO COMPEL AND
           RESOLVING OTHER PENDING ORDERS
           T. WARNER     .20 hours at  345.00 per hour.                 69.00

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  412011                    PAGE  14


TOTAL FEES FOR PROFESSIONAL SERVICES                $30,386.50


## ATTORNEY FEE SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 6.60 | hours at | $245.00 | = | 1617.00 |
| AMG | A. M. GRUNSPAN | 18.20 | hours at | $345.00 | = | 6279.00 |
| JRA | J. R. ALDERMAN | 77.30 | hours at | $245.00 | = | 18938.50 |
| LG* | L. GOLDSTEIN* | 1.20 | hours at | $85.00 | = | 102.00 |
| TW | T. WARNER | 10.00 | hours at | $345.00 | = | 3450.00 |
| | TOTALS | 113.30 | | | | $30,386.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006

| | | |
|---|---|---|
| | COPYING COST | 243.00 |
| | FAX | 265.00 |
| | POSTAGE | 30.78 |
| | TELEPHONE | 35.10 |
| 02/15/06 | COURT REPORTER CHARGE - VENDOR: PRECISION REPORTING OF SOUTH FLORIDA, INC.  - TRANSCRIPTS BEFORE JUDGE STERN | 430.25 |
| 02/14/06 | MILEAGE/TOLLS/PARKING - VENDOR: JASON ALDERMAN - 1/30 TRAVEL TO STUART TO ATTEND HEARING | 112.64 |
| 02/22/06 | EXPRESS MAIL | 12.76 |
| 02/06/06 | WESTLAW RESEARCH | 98.46 |
| 02/06/06 | WESTLAW RESEARCH | 9.59 |
| 02/06/06 | WESTLAW RESEARCH | 8.55 |
| 02/06/06 | WESTLAW RESEARCH | 3.38 |
| 02/08/06 | WESTLAW RESEARCH | 2.80 |
| 02/08/06 | WESTLAW RESEARCH | 7.94 |
| 02/08/06 | WESTLAW RESEARCH | 73.75 |
| 02/08/06 | WESTLAW RESEARCH | 35.26 |
| 02/08/06 | WESTLAW RESEARCH | 29.91 |
| 02/13/06 | WESTLAW RESEARCH | 172.13 |
| 02/13/06 | WESTLAW RESEARCH | 6.54 |
| 02/13/06 | WESTLAW RESEARCH | 0.70 |
| 02/13/06 | WESTLAW RESEARCH | 1.95 |
| 02/13/06 | WESTLAW RESEARCH | 2.97 |
| 02/13/06 | WESTLAW RESEARCH | 2.52 |
| 02/13/06 | WESTLAW RESEARCH | 27.82 |
| 02/13/06 | WESTLAW RESEARCH | 8.40 |
| 02/13/06 | WESTLAW RESEARCH | 4.27 |
| 02/16/06 | WESTLAW RESEARCH | 12.14 |
| 02/16/06 | WESTLAW RESEARCH | 1.10 |
| 02/16/06 | WESTLAW RESEARCH | 1.02 |
| 02/16/06 | WESTLAW RESEARCH | 0.39 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                MARCH 28, 2006
JENSEN BEACH PLAZA, LTD, STORE 308    REF. NO.  50116-23459
INVOICE NUMBER  412011                PAGE  15


TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $1,641.12
                                                     ------------

            **TOTAL AMOUNT DUE THIS INVOICE        $32,027.62**
                                                   ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.