# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  415390

**RE:  SUMAR ENTERPRISES, LTD, STORE 295**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $781.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $38.13 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$819.63** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          APRIL 27, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  415390                          PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/03/06  RECEIPT AND REVIEW OF ORDER ON DEFENDANT'S
          MOTION FOR EXTENSION OF TIME.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.              49.00

03/05/06  REVIEW FILE RE PREPARING FOR HRG ON MOTIONS -
          3/8
          T. WARNER     .20 hours at  345.00 per hour.                   69.00

03/06/06  REVIEW FILE RE HRG 3/8; PREP AND RELEVANT PLDGS
          T. WARNER     .30 hours at  345.00 per hour.                  103.50

03/06/06  STUDY AND REVIEW MOTION TO DISMISS AND
          COMPLAINT
          T. WARNER     .20 hours at  345.00 per hour.                   69.00

03/07/06  REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
          ATT'Y. ALDERMAN'S REQUEST.
          L. GOLDSTEIN*  4.10 hours at   85.00 per hour.                348.50

03/07/06  REVIEW FILE RE: STATUS OF HEARINGS & PENDING
          MOTIONS; REVIEW & COORDINATE MASTER FILE LIST
          OF WD CASES
          T. WARNER     .20 hours at  345.00 per hour.                   69.00

03/28/06  REVIEW FILE, CONFER WITH TAW REGARDING PENDING
          MOTIONS, DISCOVERY, AND OTHER ISSUES.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES               $781.50


ATTORNEY FEE SUMMARY

    JRA      J. R. ALDERMAN       0.50 hours at  $245.00 =      122.50
    LG*      L. GOLDSTEIN*        4.10 hours at   $85.00 =      348.50
    TW       T. WARNER            0.90 hours at  $345.00 =      310.50
             TOTALS               5.50                          $781.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | APRIL 27, 2006 |
| SUMAR ENTERPRISES, LTD, STORE 295 | REF. NO.   50116-23457 |
| INVOICE NUMBER   415390 | PAGE   2 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**


| | |
|---|---|
| COPYING COST | 34.60 |
| FAX | 1.00 |
| TELEPHONE | 2.53 |

| | |
|---|---|
| TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006 | $38.13 |
| | ------------ |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **$819.63** |
| | ============ |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 5, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  415391

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $15,473.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $2,171.45 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$17,644.45** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 5, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  415391                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/01/06  CONTACT JASON ALDERMAN REGARDING ███████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

03/01/06  LETTER FROM OPPOSING COUNSEL REGARDING
          DISCOVERY.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.           69.00

03/01/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          DOLLAR GENERAL'S MOTION TO STAY DISCOVERY.
          J. R. ALDERMAN     2.30 hours at  245.00 per hour.          563.50

03/01/06  WORK WITH PARALEGAL IN ORGANIZING AND PREPARING
          HEARING FOLDERS.
          J. R. ALDERMAN     1.40 hours at  245.00 per hour.          343.00

03/01/06  TRAVEL TO KISSIMMEE FOR HEARING ON DOLLAR
          GENERAL'S MOTION TO STAY DISCOVERY.
          J. R. ALDERMAN     4.30 hours at  245.00 per hour.         1053.50

03/01/06  TRAVEL TO OSCEOLA COUNTY COURTHOUSE FOR
          DELIVERY OF WINN DIXIE'S RESPONSE TO DOLLAR
          GENERAL'S MOTION FOR PROTECTIVE ORDER AND/OR
          STAY OF DISCOVERY TO HONORABLE JAMES STROKER
          C. PADRON*    3.30 hours at  85.00 per hour.                280.50

03/01/06  PREPARE ADDITIONAL HEARING MATERIALS, INCLUDING
          ASSEMBLING REQUESTED PLEADINGS, INTERNET AND
          LIBRARY SEARCHES, COPYING CASES AND STATUTES,
          PREPARING BINDERS AND CATEGORICAL SUBDIVISIONS,
          AND PREPARING TABLE OF AUTHORITIES. (3.7)
          ASSIST IN BOXING DOCUMENTS FOR SHIPMENT. (.2)
          L. GOLDSTEIN*   3.90 hours at  85.00 per hour.              331.50

03/01/06  HEARING PREP; STUDY AND REVIEW "RESPONSE" FILED
          WITH JUDGE & PREPARE ARGUMENT MATERIALS
          T. WARNER     .30 hours at  345.00 per hour.                103.50

03/01/06  PREPARE FOR HEARING ON MOTION FOR STAY OF
          DISCOVERY; STUDY AND REVIEW MOTION FOR STAY &
          CASE CITATIONS
          T. WARNER     .50 hours at  345.00 per hour.                172.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MAY 5, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER  415391 | PAGE   2 |

03/01/06 PREPARE FOR HEARING.
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 REVIEW CASES CITED BY DOLGEN.
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 ANALYZE CASES CITED BY DOLGEN
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 CASE CITES SUPPORTING WD
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 OUTLINE ISSUES
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 OUTLINE ARGUMENT
          T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/01/06 STUDY DOLGEN'S MOTION
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/01/06 REVIEW DOLGEN'S MOTION
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/01/06 STUDY WD'S RESPONSE
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/01/06 REVIEW WD'S RESPONSE
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/01/06 RELEVANT CRESTHAVEN ORDER
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/01/06 RELEVANT SANDIFER ORDER
          T. WARNER     .10 hours at  345.00 per hour.                 34.50

03/02/06 LETTER FROM L. LOCKET REGARDING NOBLE; REVIEW
          REVISED AGREEMENT.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.       138.00

03/02/06 REVIEW RESULTS OF HEARING WITH LETTER TO
          CLIENT.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.       138.00

03/02/06 PREPARE FOR HEARING ON MOTION TO COMPEL.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.       318.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260    REF. NO.  50116-23463
INVOICE NUMBER  415391                          PAGE    3

03/02/06  WORK WITH PARALEGAL REGARDING PREPARATION FOR
          HEARING ON MOTION TO STRIKE.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

03/02/06  PREPARE FOR HEARING ON DOLLAR GENERAL'S MOTION
          TO STAY DISCOVERY.
          J. R. ALDERMAN   1.00 hours at  245.00 per hour.        245.00

03/02/06  ATTEND HEARING ON DOLLAR GENERAL'S MOTION TO
          STAY DISCOVERY.
          J. R. ALDERMAN   6.60 hours at  245.00 per hour.       1617.00

03/02/06  RETURN TO MIAMI.
          J. R. ALDERMAN   1.00 hours at  245.00 per hour.        245.00

03/02/06  ASSIST IN PREPARATION OF MATERIALS FOR MOTION
          TO STRIKE AFFIRMATIVE DEFENSES, INCLUDING
          ASSEMBLING REQUESTED PLEADINGS, INTERNET AND
          LIBRARY SEARCHES, COPYING CASES AND STATUTES,
          PREPARING BINDERS AND CATEGORICAL SUBDIVISIONS,
          PREPARING LABELING, AND PREPARING TABLE OF
          AUTHORITIES.
          L. GOLDSTEIN*   5.20 hours at  85.00 per hour.          442.00

03/02/06  ATTEND HRG ON MOTION TO STAY DISCOVERY IN
          KISSIMMEE-PRESENT ARGUMENTS IN OPPOSITION
          T. WARNER   3.50 hours at  345.00 per hour.            1207.50

03/03/06  TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL
          REGARDING AGREED ORDER ON MOTION TO COMPEL AND
          MOTION TO STRIKE AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/03/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

03/03/06  REVIEW FILE IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT, DISCOVERY, DRAFTING ORDERS,
          DEPOSITIONS, AND STATUS REPORT TO AMG.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

03/03/06  RECEIPT AND REVIEW OF NOTICE OF DISPUTE WITH
          CERTIFICATE OF CONFERRAL.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/05/06  REVIEW FILE RE STIPULATED ORDER ON MOTION TO
          STRIKE AND CANCELLATION OF HRG; INSTR
          T. WARNER    .20 hours at  345.00 per hour.              69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  415391

MAY 5, 2006
REF. NO.  50116-23463
PAGE    4

03/08/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          DRAFTING, REVISING ORDERS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

03/08/06  DRAFT MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    4.10 hours at  245.00 per hour.         1004.50

03/10/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          DRAFTING OF MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    2.60 hours at  245.00 per hour.          637.00

03/14/06  DRAFT, REVISE, EDIT PROPOSED ORDERS.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

03/14/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    4.20 hours at  245.00 per hour.         1029.00

03/14/06  REVIEW LAW ON REAL PROPERTY COVENANTS RUNNING
          WITH THE LAND.
          J. R. ALDERMAN    1.20 hours at  245.00 per hour.          294.00

03/14/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

03/14/06  CONFER WITH AMG REGARDING ███████████████
          ███████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

03/14/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S LETTER
          AND PROPOSED ORDERS.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

03/15/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    2.10 hours at  245.00 per hour.          514.50

03/15/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    4.10 hours at  245.00 per hour.         1004.50

03/15/06  CONFER WITH EXPERT WITNESS, RE AFFIDAVIT.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

03/15/06  CONFER WITH SHAYNE THOMAS REGARDING SERVING AND
          FILING OF COMPLAINT.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  415391

MAY 5, 2006
REF. NO.  50116-23463
PAGE    5

03/15/06  TELECONFERENCE WITH CHRISTINA PADRON REGARDING
          ██████████.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/15/06  PREPARATION OF NOTICE OF HEARING, MOTION FOR
          SUMMARY JUDGMENT, AND CORRESPONDING EXHIBITS TO
          SEND TO ALL PARTIES
          C. PADRON*   2.00 hours at  85.00 per hour.             170.00

03/15/06  PREPARATION OF FAX COVER SHEET TO COUNSEL FOR
          NOBLE MANAGEMENT TO TRANSMIT NOTICE OF HEARING
          AND MOTION FOR SUMMARY JUDGMENT
          C. PADRON*   .20 hours at  85.00 per hour.               17.00

03/15/06  PREPARATION OF CASH DISBURSEMENT REQUEST FOR
          CHARGES ASSOCIATED WITH COPIES OF NOTICE OF
          HEARING, MOTION FOR SUMMARY JUDGMENT, AND
          CORRESPONDING EXHIBITS FROM OSCEOLA COUNTY
          CLERK OF COURT
          C. PADRON*   .20 hours at  85.00 per hour.               17.00

03/15/06  REVIEW AND FILING OF MOTION FOR SUMMARY
          JUDGMENT AND NOTICE OF HEARING.
          S. THOMAS    .30 hours at  245.00 per hour.              73.50

03/15/06  LETTER FROM ELSBERRY RE SCHEDULING HRG FOR SM
          JM; INSTR RE SCHEDULING DATES
          T. WARNER    .20 hours at  345.00 per hour.              69.00

03/16/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL, RE: DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/16/06  INITIAL REVIEW OF DOCUMENT PRODUCTION.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.        171.50

03/16/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL. FOLLOW UP WITH SHAYNE TOMAS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

03/16/06  REVIEW AND FILING OF AFFIDAVIT OF J. RICHARD
          HARRIS.
          S. THOMAS    .10 hours at  245.00 per hour.              24.50

03/16/06  STUDY AND REVIEW ELSBERRY LETTER RE HRG DATE
          CONFLICTS; INSTR RE RESOLVING HRG DATE AND PREP
          FOR SJ
          T. WARNER    .30 hours at  345.00 per hour.             103.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MAY 5, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260       REF. NO.  50116-23463
INVOICE NUMBER  415391                     PAGE    6


03/20/06  REVIEW FILE RE: STATUS OF PENDING ORDER &
          HEARING ON M/SUMMARY JUDGMENT
          T. WARNER    .20 hours at  345.00 per hour.                69.00

03/21/06  SEVERAL CORRESPONDENCE WITH TOM WARNER AND
          JASON ALDERMAN REGARDING ████████████████
          ████████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

03/21/06  UPDATE DISCOVERY FILES.
          L. GOLDSTEIN*    .20 hours at  85.00 per hour.             17.00

03/24/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          RESCHEDULING OF SUMMARY JUDGMENT.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

03/24/06  REVIEW FILE IN CONNECTION WITH SCHEDULING
          SUMMARY JUDGMENT, DRAFTING, REVISING ORDERS,
          AND DISCOVERY.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.            98.00

03/28/06  REVIEW FILE, CONFER WITH TAW, RE-████████████
          ████████████████████████████████
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

03/28/06  REVIEW FILE RE STATUS OF PENDING ORDERS ON
          DISCOVERY AND MOTION TO STRIKE, AND PENDING
          MOTIONS FOR SM JM; HRGS, AND RESPONSES TO
          MOTIONS AND REPLY, AND SCHEDULED HEARING
          T. WARNER    .20 hours at  345.00 per hour.                69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES        $15,473.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.50 | hours at | $345.00 = | 517.50 |
| JRA | J. R. ALDERMAN | 45.30 | hours at | $245.00 = | 11098.50 |
| CP* | C. PADRON* | 5.70 | hours at | $85.00 = | 484.50 |
| LG* | L. GOLDSTEIN* | 9.30 | hours at | $85.00 = | 790.50 |
| ST | S. THOMAS | 0.40 | hours at | $245.00 = | 98.00 |
| TW | T. WARNER | 7.20 | hours at | $345.00 = | 2484.00 |
| | TOTALS | 69.40 | | | $15,473.00 |


## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER   415391                         PAGE     7

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

|          |                                                                                                                             |         |
|----------|-----------------------------------------------------------------------------------------------------------------------------|---------|
|          | COPYING COST                                                                                                                | 1234.80 |
|          | FAX                                                                                                                         | 60.00   |
|          | POSTAGE                                                                                                                     | 78.64   |
|          | TELEPHONE                                                                                                                   | 6.58    |
| 03/16/06 | MESSENGER CHARGES                                                                                                           | 97.40   |
| 03/15/06 | CERTIFIED COPIES - VENDOR: CLERK OF COURT OSCEOLA COUNTY                                                                    | 128.00  |
| 03/23/06 | COURT REPORTER CHARGE - VENDOR: HOBART LEGAL SERVICES, LLC D/B/A ESQUIRE DEPOSITION SVC LLC - HEARING BEFORE JUDGE STROKER  | 75.00   |
| 03/16/06 | COPYING COST - VENDOR: CLERK OF COURT OSCEOLA COUNTY COPIES                                                                 | 77.00   |
| 03/21/06 | TRAVEL/LODGING/MEALS - VENDOR: JASON ALDERMAN , 03/01/06 AIRFARE, LODGING, RENTAL CAR, GASOLINE, AIRPORT PARKING, CAB FARE, MILEAGE: 62, MEAL RE:  HEARING -DG'S MOTION FOR PROTETIVE ORDERAND STAY OF DISCOVERY, ORLANDO | 382.00  |
| 03/10/06 | MILEAGE/TOLLS/PARKING - VENDOR: CHRISTINA PADRON  - 3/1/06 TRAVEL TO OSCEOLA COUNTY COURTHOUSE TO DELIVER DOCUMENTS TO JUDGE STROKER | 23.31   |
| 03/15/06 | EXPRESS MAIL                                                                                                                | 8.72    |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006          $2,171.45
                                                      ------------

**TOTAL AMOUNT DUE THIS INVOICE          $17,644.45**
                                         ============

# CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  415392

**RE:  STORE NO 242, FLAMINGO EAST, LTD**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $3,613.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $144.95 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$3,758.45** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     APRIL 27, 2006
STORE NO 242, FLAMINGO EAST, LTD           REF. NO.   50116-25029
INVOICE NUMBER   415392                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/01/06 REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
         FOR SUMMARY JUDGMENT, DISCOVERY, STATUS REPORT
         TO AMG.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.           318.50

03/06/06 REVIEW FILE IN CONNECTION WITH STATUS,
         DISCOVERY, DEPOSITIONS, MOTION FOR SUMMARY
         JUDGMENT.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.           147.00

03/06/06 REVIEW FILE IN CONNECTION WITH HEARING ON
         DISCOVERY.
         J. R. ALDERMAN    1.60 hours at  245.00 per hour.           392.00

03/06/06 REVIEW CASE LAW ON DECLARATORY RELIEF IN
         CONNECTION WITH PREPARING FOR HEARING ON FAMILY
         DOLLAR'S MOTION TO DISMISS.
         J. R. ALDERMAN     .80 hours at  245.00 per hour.           196.00

03/07/06 LETTER TO JUDGE REGARDING ORDER ON DEFENDANT'S
         MOTION TO DISMISS.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.            49.00

03/07/06 CONFER WITH TOM WARNER RE███████████████████.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.            49.00

03/07/06 REVIEW FILE IN CONNECTION WITH HEARING ON
         FAMILY DOLLAR'S MOTION TO DISMISS AND
         OBJECTIONS TO PLAINTIFF'S INTERROGATORIES.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.           318.50

03/07/06 DRAFT, REVISE, EDIT RESPONSE TO FAMILY DOLLAR'S
         MOTION TO DISMISS.
         J. R. ALDERMAN    2.80 hours at  245.00 per hour.           686.00

03/07/06 TELECONFERENCE WITH TOD NORMAN REGARDING MOTION
         TO DISMISS, OBJECTIONS TO INTERROGATORIES.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.           147.00

03/07/06 CONFER WITH AND INSTRUCTIONS TO PARALEGAL, RE
         PREPARATION OF HEARING FOLDERS FOR HEARING ON
         DEFENDANT'S MOTION TO DISMISS.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                      APRIL 27, 2006
STORE NO 242, FLAMINGO EAST, LTD            REF. NO.  50116-25029
INVOICE NUMBER  415392                      PAGE    2


03/07/06  PREPARE FOR HEARING ON FAMILY DOLLAR'S MOTION
          TO DISMISS.
          J. R. ALDERMAN    2.60 hours at  245.00 per hour.           637.00

03/07/06  CONFER WITH OPPOSING COUNSEL REGARDING MOTION
          TO DISMISS.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.            49.00

03/07/06  DRAFT ORDER ON MOTION TO DISMISS. LET TO JUDGE.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

03/07/06  ASSIST IN PREPARATION FOR MOTION TO DISMISS.
          FIND AND COPY CASE LAW.  PREPARE TABLE OF
          AUTHORITIES.  PREPARE AND LABEL BINDERS.
          L. GOLDSTEIN*   3.60 hours at  85.00 per hour.              306.00

03/09/06  RECEIPT AND REVIEW OF AGREED ORDER ON FAMILY
          DOLLAR'S MOTION TO DISMISS.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.            49.00

03/28/06  REVIEW FILE, CONFER WITH TAW REGARDING ▓▓▓▓▓
          J. R. ALDERMAN     .30 hours at  245.00 per hour.            73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $3,613.50


ATTORNEY FEE SUMMARY

   JRA     J. R. ALDERMAN        13.50 hours at  $245.00 =    3307.50
   LG*     L. GOLDSTEIN*          3.60 hours at   $85.00 =     306.00
           TOTALS                17.10                      $3,613.50

          **COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**


          COPYING COST                          102.60
          FAX                                    23.00
          POSTAGE                                 2.45
          TELEPHONE                               8.14
03/07/06  MESSENGER CHARGES                       8.76

          TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006        $144.95
                                                          -------------

          **TOTAL AMOUNT DUE THIS INVOICE        $3,758.45**
                                                 ============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 5, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  415394

**RE:  DOLGENCORP, INC, STORE 221**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $11,606.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $1,095.78 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$12,701.78** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  415394

MAY 5, 2006
REF. NO.  50116-23449
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006

03/06/06  EMAIL FROM CLAYTON HOLLIS (PUBLIX); DRAFT AND
          SEND EMAIL TO HOLLIS RE DG CHALLENGE TO GROCERY
          EXCLUSIVES, AND NEED FOR STATUTORY AMENDMENT.
          T. WARNER    .20 hours at  345.00 per hour.                69.00

03/07/06  LEGAL RESEARCH REGARDING ADDITIONAL CASE LAW IN
          SUPPORT OF THE MOTION FOR REHEARING.
          D. A. MORANDE                                             245.00

03/07/06  LEGAL RESEARCH REGARDING ARGUMENT IN SUPPORT OF
          THE MOTION FOR REHEARING.
          D. A. MORANDE                                              49.00

03/07/06  PREPARATION OF NOTICE OF SUPPLEMENTAL AUTHORITY
          IN SUPPORT OF MOTION FOR REHEARING.
          D. A. MORANDE                                             392.00

03/07/06  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          DISCOVERY, STATUS OF MOTION FOR RE-HEARING.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

03/07/06  CONFER WITH TEW AND AMG REGARDING ████████████
          ████████████████████████████████████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

03/07/06  STUDY AND REVIEW & ANALYZE 4TH DCA CASE IN MI
          SCHOTTENSTEIN RE: NOTICE, PUBLIC RECORDS,
          QUESTION OF FACT; INSTRUCTIONS RE: FILING
          SUPPLEMENTAL AUTHORITY
          T. WARNER    .20 hours at  345.00 per hour.                69.00

03/07/06  REVIEW PROPOSED MOTION TO SUPPLEMENT AUTHORITY
          FOR REHEARING; INSTRUCTIONS RE: ARGUMENT AND
          SUGGESTED EDITS
          T. WARNER    .20 hours at  345.00 per hour.                69.00

03/07/06  REVIEW FILE RE: MOTION FOR REHEARING; TELEPHONE
          CALL TO JUDGE'S JA RE: SETTING HEARING ON
          MOTION FOR REHEARING; TELEPHONE CALL FROM JUDGE
          STERN'S JA RE REHEARING
          T. WARNER    .30 hours at  345.00 per hour.               103.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   415394

MAY 5, 2006
REF. NO.   50116-23449
PAGE     2

03/07/06 STUDY AND REVIEW AGREED MOTION RE: STAY OF
DISCOVERY RE: ATTORNEYS FEES & PROPOSED ORDER
T. WARNER    .20 hours at  345.00 per hour.                69.00

03/07/06 REVIEW & REVISE MOTION TO FILE SUPPLEMENTAL
AUTHORITY SUPPORTING REHEARING
T. WARNER    .30 hours at  345.00 per hour.               103.50

03/08/06 REVIEW SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MOTION FOR REHEARING.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

03/08/06 REVISION OF MOTION TO FILE SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION FOR REHEARING
BASED ON SENIOR ATTORNEY'S REVISIONS.
D. A. MORANDE    .60 hours at  245.00 per hour.           147.00

03/08/06 REVIEW & SIGN NOTICE OF SUPPLEMENTAL AUTHORITY
RE: REHEARING; INSTRUCTIONS RE FILING
T. WARNER    .20 hours at  345.00 per hour.               69.00

03/08/06 STUDY AND REVIEW REVISED NOTICE OF SUPPLEMENTAL
AUTHORITY; TRANSMIT TO TRIAL TEAM
T. WARNER    .20 hours at  345.00 per hour.               69.00

03/15/06 REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
ATT'Y. ALDERMAN'S REQUEST.
L. GOLDSTEIN*   7.10 hours at  85.00 per hour.           603.50

03/16/06 FINISH REORGANIZING DISCOVERY FILES IN
ACCORDANCE WITH ATT'Y. ALDERMAN'S REQUEST.
L. GOLDSTEIN*   1.00 hours at  85.00 per hour.            85.00

03/20/06 STUDY AND REVIEW ORDER RE: STAY OF DISCOVERY
T. WARNER    .10 hours at  345.00 per hour.               34.50

03/22/06 SEVERAL CORRESPONDENCE REGARDING REHEARING
GRANTED.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

03/22/06 CONFER WITH JOE IONNO REGARDING ███████████
███████████
J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

03/22/06 STUDY AND REVIEW JUDGE'S ORDER SETTING
REHEARING; INSTR
T. WARNER    .20 hours at  345.00 per hour.               69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 5, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  415394                    PAGE    3

03/23/06 PREPARE FOR HEARING ON PLAINTIFF'S MOTION FOR
         REHEARING.
         J. R. ALDERMAN   3.10 hours at  245.00 per hour.        759.50

03/27/06 ASSIST IN PREPARATION FOR HEARING ON
         PLAINTIFF'S MOTION FOR REHEARING AND
         DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT,
         INCLUDING ASSEMBLY OF PLEADINGS AND CASES AND
         PREPARATION OF BINDERS AND TABLE OF
         AUTHORITIES.
         L. GOLDSTEIN*   9.20 hours at  85.00 per hour.          782.00

03/28/06 WORK WITH PARALEGLAR, RE- PREPARING EXHIBITS
         AND NOTEBOOKS FOR HEARING ON PLAINTIFF'S MOTION
         FOR REHEARING.
         J. R. ALDERMAN   1.60 hours at  245.00 per hour.        392.00

03/28/06 PREPARE FOR HEARING ON PLAINTIFF'S MOTION FOR
         REHEARING.
         J. R. ALDERMAN   3.20 hours at  245.00 per hour.        784.00

03/28/06 REVIEW DEPOSITION TRANSCRIPT OF TERRI HOLDER.
         J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

03/28/06 REVIEW CASE LAW CITED BY DOLLAR GENERAL.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.        196.00

03/28/06 DISCUSSION WITH JASON ALDERMAN RE ▮▮▮▮▮▮▮▮▮
         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         REVIEW OF POLK COUNTY DOCKET RE SAME; ARRANGED
         TO OBTAIN COPIES OF SAME
         C. O. AIRD    .40 hours at  245.00 per hour.            98.00

03/28/06 CONTINUE PREPARATION FOR HEARING ON PLAINTIFF'S
         MOTION FOR REHEARING AND DOLGENCORP'S MOTION
         FOR SUMMARY JUDGMENT,
         L. GOLDSTEIN*   1.10 hours at  85.00 per hour.          93.50

03/28/06 FINAL HRG PREP - OUTLINE ARGUMENT; OUTLINE
         REFERENCES TO LEGISLATIVE HISTORY-READ AND
         REVIEW; REVIEW AND ANALYZE CASE CITATIONS FOR
         ARGUMENT
         T. WARNER    .00 hours at  345.00 per hour.             0.00

03/28/06 PREPARE FOR HEARING ON MOTION FOR REHEARING;
         STUDY AND REVIEW PLEADINGS, RESPONSE TO MOTION;
         LEGISLATIVE HISTORY AND RELEVANT CASE CITES;
         T. WARNER   1.10 hours at  345.00 per hour.             379.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   415394

MAY 5, 2006
REF. NO.   50116-23449
PAGE   4

03/28/06 REVIEW STATUS OF PENDING MOTIONS AND ORDERS,
         SUMMARY JM, AND PENDING HEARINGS
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 FINAL HRG PREP
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 OUTLINE ARGUMENT
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 OUTLINE REFERENCES TO LEGISLATIVE HISTORY
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 READ
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 REVIEW
         T. WARNER     .20 hours at  345.00 per hour.                69.00

03/28/06 REVIEW CASE CITATIONS FOR ARGUMENT
         T. WARNER     .50 hours at  345.00 per hour.               172.50

03/28/06 ANALYZE CASE CITATIONS FOR ARGUMENT
         T. WARNER     .50 hours at  345.00 per hour.               172.50

03/29/06 ATTEND HEARING ON PLAINTIFF'S MOTION FOR
         RE-HEARING, RETURN TO MIAMI.
         J. R. ALDERMAN   4.60 hours at  245.00 per hour.          1127.00

03/29/06 REVIEW OF PLEADINGS COPIED FROM POLK COUNTY
         COURT HOUSE RE FAMILY DOLLAR GENERAL V.
         DOLGENCORP; DISCUSSION OF SAME WITH JASON
         ALDERMAN
         C. O. AIRD    .10 hours at  245.00 per hour.                24.50

03/29/06 ORGANIZE FILE MATERIALS USED AT HEARING.
         L. GOLDSTEIN*    .20 hours at   85.00 per hour.            17.00

03/29/06 ATTEND ARGUMENT ON WD'S MOTION FOR REHEARING
         BEFORE JUDGE STERN IN WPB
         T. WARNER                                                  345.00

03/29/06 PRESENT ARGUMENT ON WD'S MOTION FOR REHEARING
         BEFORE JUDGE STERN IN WPB
         T. WARNER                                                  138.00

03/29/06 INSTRUCTIONS RE: FOLLOW UP
         T. WARNER                                                  138.00

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  415394

MAY 5, 2006
REF. NO.  50116-23449
PAGE   5

03/30/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S NOTICE
          OF FILING SUPPLEMENTAL AUTHORITY.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

03/30/06  REVIEW FILE IN CONNECTION WITH DRAFTING
          RESOPNSE TO DOLLAR GENERAL'S SUPPLEMENTAL
          AUTHORITY.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

03/30/06  E-MAIL FROM JAY CASTLE OF WINN DIXIE REGARDING
          ████████████████████████, DRAFT &
          TRANSMIT REPORT ON HEARING ISSUES & JUDGE'S
          RESPONSE
          T. WARNER    .30 hours at  345.00 per hour.                103.50

03/31/06  CONTACT T. WARNER REGARDING ████████████
          ████████████████████████.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

03/31/06  REVIEW DEFENDANT'S NOTICE OF SUPPLEMENTAL
          AUTHORITY IN OPPOSITION TO REHEARING.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

03/31/06  DRAFT, REVISE, EDIT REPLY TO DOLLAR GENERAL'S
          SUPPLEMENTAL AUTHORITY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.           637.00

03/31/06  RECEIPT, REVIEW OF COURT'S RULING ON
          WINN-DIXIE'S MOTION FOR RE-HEARING.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

03/31/06  RECEIPT AND REVIEW OF LANDLORD'S MOTION TO
          AMEND, AMENDED PLEADING.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.           318.50

03/31/06  RECEIPT, REVIEW, AND ANALYSIS OF LANDLORD'S
          AFFIDAVITS IN OPPOSITION TO DOLLAR GENERAL'S
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

03/31/06  CONFER WITH AMG REGARDING ████████████
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

03/31/06  DRAFT ANSWER TO AFFIRMATIVE DEFENSES.
          A. P. FRY     .30 hours at  245.00 per hour.                73.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  415394

MAY 5, 2006
REF. NO.  50116-23449
PAGE    6

03/31/06  STUDY AND REVIEW ORDER DENYING REHEARING; E
          MAIL TO GRUNSPAN REGARDING ISSUES AND
          RECOMMENDING APPEAL
          T. WARNER    .40 hours at  345.00 per hour.              138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES        $11,606.00


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 1.70 hours at | $345.00 | = | 586.50 |
| DAM | D. A. MORANDE | 3.40 hours at | $245.00 | = | 833.00 |
| JRA | J. R. ALDERMAN | 23.20 hours at | $245.00 | = | 5684.00 |
| COA | C. O. AIRD | 0.50 hours at | $245.00 | = | 122.50 |
| APF | A. P. FRY | 0.30 hours at | $245.00 | = | 73.50 |
| LG* | L. GOLDSTEIN* | 18.60 hours at | $85.00 | = | 1581.00 |
| TW | T. WARNER | 7.90 hours at | $345.00 | = | 2725.50 |
| | TOTALS | 55.60 | | | $11,606.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006

|  |  |  |
|---|---|---:|
| | COPYING COST | 515.80 |
| | FAX | 2.00 |
| | POSTAGE | 2.61 |
| | TELEPHONE | 3.63 |
| 03/28/06 | MESSENGER CHARGES | 67.30 |
| 03/31/06 | TRAVEL/LODGING/MEALS - VENDOR: JASON ALDERMAN , | 490.99 |
| | 03/28/06 - 03/29/06 MILEAGE: 120, LODGING, | |
| | MEALS  RE: DOCUMENT REVIEW AND MOTION FOR | |
| | REHEARING, WEST PALM BEACH | |
| 03/27/06 | WESTLAW RESEARCH | 0.29 |
| 03/27/06 | WESTLAW RESEARCH | 0.80 |
| 03/27/06 | WESTLAW RESEARCH | 7.97 |
| 03/27/06 | WESTLAW RESEARCH | 4.39 |

          TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006       $1,095.78
                                                          -------------

          **TOTAL AMOUNT DUE THIS INVOICE      $12,701.78**
                                              =============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  415395

**RE:  ROYAL OAKS BRANDON, LTD, STORE 734**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $915.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $5.20 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$920.20** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
ROYAL OAKS BRANDON, LTD, STORE 734
INVOICE NUMBER   415395

APRIL 27, 2006
REF. NO.   50116-23456
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**

03/03/06  RECEIPT AND REVIEW OF NOTICE OF REJECTION OF
LEASE PACKET.
J. R. ALDERMAN      .50 hours at  245.00 per hour.          122.50

03/03/06  RECEIPT AND REVIEW OF ORDER ON ROYAL OAKS
BRANDON'S MOTION FOR EXTENSION OF TIME.
J. R. ALDERMAN      .20 hours at  245.00 per hour.           49.00

03/08/06  CONTACTED BY COUNSEL FOR LANDLORD REGARDING
SETTLEMENT.
A. M. GRUNSPAN      .20 hours at  345.00 per hour.           69.00

03/08/06  REVIEW LAW ON EASEMENTS.
J. R. ALDERMAN     1.30 hours at  245.00 per hour.          318.50

03/20/06  FINISH REORGANIZING DISCOVERY FILES IN
ACCORDANCE WITH ATT'Y. ALDERMAN'S REQUEST.
L. GOLDSTEIN*     1.70 hours at   85.00 per hour.          144.50

03/28/06  REVIEW FILE, CONFER TAW, RE- ███████████
████████████████████████████
J. R. ALDERMAN      .30 hours at  245.00 per hour.           73.50

03/31/06  CORRESPONDENCE WITH J. POST AND OPPOSING
COUNSEL REGARDING STATUS.
A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

TOTAL FEES FOR PROFESSIONAL SERVICES          $915.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.60 hours at | $345.00 = | 207.00 |
| JRA | J. R. ALDERMAN | 2.30 hours at | $245.00 = | 563.50 |
| LG* | L. GOLDSTEIN* | 1.70 hours at | $85.00 = | 144.50 |
| | TOTALS | 4.60 | | $915.00 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
ROYAL OAKS BRANDON, LTD, STORE 734
INVOICE NUMBER   415395

APRIL 27, 2006
REF. NO.   50116-23456
PAGE    2

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

| | |
|---|---|
| COPYING COST | 0.80 |
| FAX | 2.00 |
| TELEPHONE | 2.40 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006      $5.20
------------

**TOTAL AMOUNT DUE THIS INVOICE**      **$920.20**
============

### CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  415396

RE:  GENERAL MATTERS

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $8,116.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $3.71 |
| | ------------- |
| **CURRENT INVOICE TOTAL** | **$8,120.21** |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    APRIL 27, 2006
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  415396                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/01/06 SEVERAL CALLS TO CLIENT REGARDING ▬▬▬▬▬▬▬
         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

03/02/06 REVIEW MOTIONS TO LIFT STAY AND TO COMPEL RENTS
         ON 726 AND ATTACHMENTS.
         A. M. GRUNSPAN   1.10 hours at  345.00 per hour.        379.50

03/02/06 REVIEW ADDITIONAL BACKUP DOCUMENTS FROM EXPERT
         AND CONTACT SAME REGARDING 726.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

03/02/06 DRAFT LETTER TO OPPOSING COUNSEL REGARDING
         SETTLEMENT CALCULATIONS ON 726.
         A. M. GRUNSPAN   1.40 hours at  345.00 per hour.        483.00

03/02/06 PREPARE DAMAGE CALCULATIONS.
         A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

03/02/06 SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
         REGARDING SETTLEMENT CONFERENCE.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/03/06 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         ▬▬▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

03/06/06 SEVERAL CORRESPONDENCE REGARDING SETTLEMENT
         WITH OPPOSING COUNSEL.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

03/07/06 SEVERAL CORRESPONDENCE REGARDING SETTLEMENT.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/08/06 CONTACTED BY S. MANAGDEN REGARDING 2207
         LANDLORD ISSUE.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

03/09/06 SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
         AND CLIENTS REGARDING 726 SETTLEMENT STATUS.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00


## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    APRIL 27, 2006
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER   415396                   PAGE   2

03/15/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          AND CLIENTS REGARDING RENT CHECK ON 726.
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.           172.50

03/15/06  LETTER TO C. JACKSON REGARDING ███████████
          ███████████ A. M. GRUNSPAN      .30 hours at  345.00 per hour.           103.50

03/23/06  LETTER TO C. JACKSON REGARDING ███████████
          ███████████ A. M. GRUNSPAN      .80 hours at  345.00 per hour.           276.00

03/24/06  REVIEW COMPLAINT, LEASE AND OTHER EXHIBITS
          N. T. MCLACHLAN    1.50 hours at   245.00 per hour.           367.50

03/27/06  REVIEW LETTER FROM PLAINTIFF'S COUNSEL
          N. T. MCLACHLAN      .20 hours at   245.00 per hour.            49.00

03/27/06  CORRESPOND WITH CYNTHIA JACKSON REGARDING ███████
          ███████████ N. T. MCLACHLAN      .30 hours at   245.00 per hour.            73.50

03/28/06  PHONE CALL WITH CYNDI ROBINSON AND CATHERINE
          IBOLD REGARDING ███████████
          N. T. MCLACHLAN      .40 hours at   245.00 per hour.            98.00

03/28/06  MEMO TO FILE REGARDING CONVERSATION WITH
          CATHERINE IBOLD AND CYNDI JACKSON
          N. T. MCLACHLAN      .50 hours at   245.00 per hour.           122.50

03/29/06  LETTER TO JAY CASTLE REGARDING ███████████
          N. T. MCLACHLAN      .50 hours at   245.00 per hour.           122.50

03/29/06  CORRESPOND WITH JAE CASTLE REGARDING ███████████
          ███████████ N. T. MCLACHLAN      .50 hours at   245.00 per hour.           122.50

03/29/06  CONFERENCE WITH ELENA BROWN REGARDING BUILDING
          PERMIT RESEARCH, REVIEW DOCUMENTS
          N. T. MCLACHLAN      .70 hours at   245.00 per hour.           171.50

03/29/06  CONFERENCE CALL WITH CLIENTS REGARDING ███████████
          ███████████ N. T. MCLACHLAN      .80 hours at   245.00 per hour.           196.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER   415396

APRIL 27, 2006
REF. NO.   50116-23458
PAGE   3

03/29/06  DRAFT ANSWER AND AFFIRMATIVE DEFENSES TO
          COMPLAINT
          N. T. MCLACHLAN    2.80 hours at   245.00 per hour.        686.00

03/29/06  CORRESPOND WITH CLAUDE CABEZA REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          N. T. MCLACHLAN     .60 hours at   245.00 per hour.        147.00

03/29/06  CORRESPOND WITH JAY CASTLE REGARDING  ▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓
          N. T. MCLACHLAN     .40 hours at   245.00 per hour.         98.00

03/29/06  SEARCH MIAMI-DADE COUNTY BUILDING DEPARTMENT
          SITE FOR ALL PERMIT NUMBERS RELATED TO CONCORD
          SHOPPING PLAZA AND OBTAIN ALL RELEVANT
          INFORMATION FOR NIALL MCLACHLAN.
          E. BROWN*   1.50 hours at   85.00 per hour.                 127.50

03/30/06  CORRESPOND WITH ALAN GRUNSPAN REGARDING ▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓
          N. T. MCLACHLAN     .40 hours at   245.00 per hour.         98.00

03/31/06  REVIEW SEVERAL DOCUMENTS AND CORRESPONDENCE ON
          254 EVICTION.
          A. M. GRUNSPAN    1.80 hours at   345.00 per hour.         621.00

03/31/06  CONTACT NIALL MCLACHLAN REGARDING▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .50 hours at   345.00 per hour.         172.50

03/31/06  REVIEW DRAFT LETTER TO PLAINTIFF; CORRESPOND
          WITH JAY CASTLE REGARDING▓▓▓▓▓
          N. T. MCLACHLAN     .50 hours at   245.00 per hour.        122.50

03/31/06  REVIEW DOCUMENTS RELATED TO LIGHTING PROJECT
          N. T. MCLACHLAN    2.80 hours at   245.00 per hour.        686.00

03/31/06  CORRESPOND WITH CLAUDE CABEZA, CATHERINE IBOLD
          AND CYNDI JACKSON REGARDING ▓▓▓▓▓▓▓▓▓▓
          N. T. MCLACHLAN     .50 hours at   245.00 per hour.        122.50

03/31/06  FINALIZE DRAFT ANSWER AND AFFIRMATIVE DEFENSES
          N. T. MCLACHLAN    1.80 hours at   245.00 per hour.        441.00

03/31/06  CORRESPOND WITH CLIENTS REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓
          N. T. MCLACHLAN     .60 hours at   245.00 per hour.        147.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    APRIL 27, 2006
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  415396                    PAGE    4

03/31/06  REVISE ANSWER AND AFFIRMATIVE DEFENSES
          N. T. MCLACHLAN    .40 hours at  245.00 per hour.              98.00

03/31/06  REVIEW LETTER FROM CYNDI JACKSON, ATTACHED
          LETTER FROM PLAINTIFF'S COUNSEL EXTENDING TIME
          FOR RESPONSE TO COMPLAINT
          N. T. MCLACHLAN    .20 hours at  245.00 per hour.              49.00

03/31/06  CONCORDE - REVIEW DRAFT ANSWER AND AFFIRMATIVE
          DEFENSES AT REQUEST OF AMG.
          D. J. SMITH   .50 hours at  245.00 per hour.                  122.50

03/31/06  CONCORDE - CONFERENCE WITH NTM RE: ███████████
          ████████████
          D. J. SMITH    .50 hours at  245.00 per hour.                 122.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $8,116.50

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 10.80 hours at | $345.00 = | 3726.00 |
| NTM | N. T. MCLACHLAN | 16.40 hours at | $245.00 = | 4018.00 |
| DJS | D. J. SMITH | 1.00 hours at | $245.00 = | 245.00 |
| EB* | E. BROWN* | 1.50 hours at | $85.00 = | 127.50 |
| | TOTALS | 29.70 | | $8,116.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

          COPYING COST                              0.60
          POSTAGE                                   0.39
          TELEPHONE                                 2.72

          TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006      $3.71
                                                      ------------

                   **TOTAL AMOUNT DUE THIS INVOICE      $8,120.21**
                                                      ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 5, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-26603
INVOICE NUMBER  415397


**RE:  WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 23**


LEGAL SERVICES POSTED THROUGH 03/31/06          $11,231.00
COSTS ADVANCED POSTED THROUGH 03/31/06             $160.86
                                              - - - - - - - - - - - -

                 **CURRENT INVOICE TOTAL          $11,391.86**
                                              ============



\*\*\* REMITTANCE COPY \*\*\*


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE STORES, INC                 MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                 PAGE    1
```

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**

```
02/01/06 LETTER COUNSEL FOR LANDLORD REGARDING SERVICE
         OF COMPLAINT.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.            69.00

02/14/06 CONTACTED BY OPPOSING COUNSEL REGARDING
         REMOVAL, DISCOVERY AND EXTENSION ISSUES.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.           138.00

02/14/06 PREPARE MEMORANDUM TO FILE REGARDING SAME.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.            69.00

02/14/06 CORRESPONDENCE TO R. KRISS AND CLIENT REGARDING
         ▬▬▬▬▬▬▬▬▬▬.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.           138.00

02/14/06 REVIEW DEADLINES FOR RESPONSE TO DISCOVERY AND
         ANSWER TO COMPLAINT.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.            69.00

03/01/06 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         ▬▬▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN     .60 hours at  345.00 per hour.           207.00

03/02/06 REVIEW REMOVAL PAPERS.
         A. M. GRUNSPAN     .80 hours at  345.00 per hour.           276.00

03/02/06 RECEIPT AND REVIEW OF FILING NOTICE OF REMOVAL
         TO FEDERAL COURT.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

03/02/06 REVIEW AFFIDAVITS IN SUPPORT OF NOTICE OF
         REMOVAL.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

03/02/06 REVIEW FILE IN CONNECTION WITH REMOVAL/ REMAND.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.            73.50

03/02/06 CONFER WITH AMG AND TEW REGARDING ▬▬▬▬▬▬
         J. R. ALDERMAN     .30 hours at  245.00 per hour.            73.50

03/03/06 CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬▬▬
         ▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.           103.50
```

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                          PAGE    2

03/05/06 CONFER WITH AMG REGARDING ████████████
         ████████████
         J. R. ALDERMAN     .20 hours at  245.00 per hour.            49.00

03/06/06 SEVERAL CALLS TO JASON ALDERMAN REGARDING
         ████████████████████████
         A. M. GRUNSPAN     .50 hours at  345.00 per hour.           172.50

03/06/06 REVIEW ANSWER AND SEVERAL RELATED FILINGS BY
         DOLLAR TREE.
         A. M. GRUNSPAN    1.10 hours at  345.00 per hour.           379.50

03/06/06 REVISE COMPLIANCE DOCUMENTS WITH LOCAL FEDERAL
         RULE.
         A. M. GRUNSPAN     .50 hours at  345.00 per hour.           172.50

03/06/06 REVIEW LAW ON TEMPORARY INJUNCTIVE RELIEF IN
         CONNECTION WITH PREPARING FOR HEARING ON FAMILY
         DOLLAR'S MOTION TO DISMISS.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.           318.50

03/06/06 REVIEW LAW ON REAL PROPERTY COVENANTS IN
         CONNECTION WITH PREPARING FOR HEARING ON FAMILY
         DOLLAR'S MOTION TO DISMISS.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.           318.50

03/06/06 REVIEW FILE RE STATUS OF PLEADINGS AND MOTIONS,
         AND PENDING MATTERS
         T. WARNER     .20 hours at  345.00 per hour.                 69.00

03/07/06 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
         CASE MANAGEMENT CONFERENCE.
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.           103.50

03/08/06 CONTACT TOM WARNER REGARDING ████████████
         ████████████████████████.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.           138.00

03/08/06 REVIEW FILE IN CONNECTION WITH FILING
         CERTIFICATE OF INTERESTED PERSONS.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

03/08/06 REVIEW FILE RE: STATUS OF PREFERRED STATUS
         CONFERENCE DEADLINES; TELEPHONE CALL FROM
         GRUNSPAN RE: STAY
         T. WARNER     .30 hours at  345.00 per hour.                103.50

# CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                          PAGE    3

03/08/06  INSTRUCTIONS RE: NOTICE OF APPEARANCE &
          COORDINATING W/BLOODWORTH ON DISCOVERY
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

03/08/06  WORK ON DISCOVERY & SUPPORT OF REMAND ISSUES;
          RESEARCH RE: JURISDICTIONAL ISSUES; STRATEGIZE
          RE: REMOVAL & DISCOVERY RE: AMOUNT IN
          CONTROVERSY
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

03/08/06  TELEPHONE CALL TO ATTORNEY BLOODWORTH RE:
          SCHEDULING ORDER & DEPOS; APPOINTMENT FOR
          CONFERENCE; E-MAILS TO/FROM TRIAL TEAM RE:
          BLOODWORTH, SCHEDULING & DEPOS
          T. WARNER    .40 hours at  345.00 per hour.                 138.00

03/10/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          DEPOSITIONS, MOTION FOR EXTENSION OF TIME.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.            563.50

03/10/06  E-MAILS TO/FROM BLOODWORTH RE SCHEDULING CONF;
          REPLY AND COORDINATE
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

03/10/06  EMAIL FROM BLOODWORTH RE PROPOSED SCHEDULING
          ORDER AND ISSUES RE MEETING TO DISCUSS ; REPLY
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

03/10/06  STUDY AND REVIEW ORDER OF RECUSAL AND RE-ASSIGN
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

03/10/06  REVIEW FILE. RE STATUS OF SCHEDULING ORDER AND
          MEETING, JURISDICTIONAL DEPO AND STAY OF
          DISCOVERY
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

03/12/06  REVIEW FILE IN CONNECTION WITH MOTION TO
          REMAND, CONFER WITH AMG.
          J. R. ALDERMAN   .50 hours at  245.00 per hour.             122.50

03/13/06  PHONE CALL WITH JASON ALDERMAN REGARDING ████
          ███████████████████; REVIEW AND REVISE
          DRAFT MOTION
          N. T. MCLACHLAN   .20 hours at  245.00 per hour.             49.00

03/13/06  INSTRUCTIONS TO ALAN FRY REGARDING ██████████
          ████████████████████
          J. R. ALDERMAN   .20 hours at  245.00 per hour.              49.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                    PAGE    4

03/13/06 DRAFT MOTION FOR ENLARGEMENT OF TIME TO FILE
         CERTIFICATE OF INTERESTED PARTIES.
         A. P. FRY    .40 hours at  245.00 per hour.          98.00

03/14/06 DRAFT/FILE NOTICE OF APPEARANCE.
         S. K. SUTTON    .20 hours at  245.00 per hour.       49.00

03/14/06 REVIEW FILE RE SCHEDULING MEETING WITH ATTY
         BLOODWORTH AND JURISDICTIONAL DEPOS - AMT IN
         CONTROVERSY
         T. WARNER    .30 hours at  345.00 per hour.         103.50

03/15/06 E-FILING ACKNOWLEDGMENT FROM FED COURT
         T. WARNER    .10 hours at  345.00 per hour.          34.50

03/16/06 INSTR RE DRAFT OF PROPOSED SCHEDULING ORDER
         T. WARNER    .20 hours at  345.00 per hour.          69.00

03/17/06 REVIEW FILE RE DRAFT SCHEDULING ORDER
         T. WARNER    .10 hours at  345.00 per hour.          34.50

03/19/06 STUDY AND REVIEW PROPOSED SCHEDULING ORDER AND
         MORE NEEDED REVISIONS
         T. WARNER    .20 hours at  345.00 per hour.          69.00

03/20/06 ATTORNEY STRATEGY CONFERENCE WITH T. WARNER
         REGARDING ███████████████████████████
         ███████████████████
         S. K. SUTTON    .30 hours at  245.00 per hour.       73.50

03/20/06 REVIEW FILE RE: NOTIFICATION & ORDER DENYING
         EXTENSION; STUDY AND REVIEW DOCKET;
         INSTRUCTIONS RE: DOCKET
         T. WARNER    .20 hours at  345.00 per hour.          69.00

03/21/06 CONFER WITH ALAN FRY ████████████████████
         █████████████████████
         J. R. ALDERMAN    .20 hours at  245.00 per hour.     49.00

03/22/06 REVIEW FILE IN CONNECTION WITH FILING OF
         CERTIFICATE OF INTERESTED PERSONS.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.     73.50

03/22/06 RESEARCH DEADLINE FOR SCHEDULING REPORT,
         POTENTIAL REMEDIES; ATTORNEY STRATEGY
         CONFERENCES WITH T. WARNER AND A. GRUNSPAN AND
         J. ALDERMAN REGARDING ██████; ATTORNEY CONFERENCE
         WITH OPPOSING COUNSEL REGARDING SAME.
         S. K. SUTTON   1.00 hours at  245.00 per hour.      245.00

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                          PAGE    5


03/22/06 RECEIPT MOTION.
         S. K. SUTTON      .20 hours at   245.00 per hour.              49.00

03/22/06 REVIEW MOTION.
         S. K. SUTTON      .20 hours at   245.00 per hour.              49.00

03/22/06 ATTORNEY STRATEGY CONFERENCE WITH T. WARNER
         REGARDING ████████
         S. K. SUTTON      .20 hours at   245.00 per hour.              49.00

03/22/06 RECEIPT DRAFT PROPOSED SCHEDULING REPORT AND
         ORDER.
         S. K. SUTTON      .20 hours at   245.00 per hour.              49.00

03/22/06 REVIEW DRAFT PROPOSED SCHEDULING REPORT AND
         ORDER.
         S. K. SUTTON      .20 hours at   245.00 per hour.              49.00

03/22/06 REVISE DRAFT PROPOSED SCHEDULING REPORT AND
         ORDER.
         S. K. SUTTON      .30 hours at   245.00 per hour.              73.50

03/23/06 SEVERAL CORRESPONDENCE WITH LANDLORD COUNSEL
         AND T. WARNER REGARDING SCHEDULING CONFERENCE.
         A. M. GRUNSPAN     .70 hours at   345.00 per hour.            241.50

03/23/06 REVISE SCHEDULING REPORT
         A. M. GRUNSPAN     .40 hours at   345.00 per hour.            138.00

03/23/06 DRAFT CERTIFICATE OF INTERESTED PERSONS AND
         CORPORATE DISCLOSURE AND CONFER REGARDING SAME
         WITH J. ALDERMAN.
         A. P. FRY    1.10 hours at   245.00 per hour.                 269.50

03/23/06 REVIEW/REVISE CASE MANAGEMENT REPORT; ATTORNEY
         STRATEGY CONFERENCES WITH T. WARNER REGARDING
         ████████ PROVIDE SAME TO OPPOSING COUNSEL.
         S. K. SUTTON    1.20 hours at   245.00 per hour.             294.00

03/23/06 REVIEW FILE REGARDING AMENDMENTS TO PROPOSED
         SCHEDULING ORDER AND STAY OF DISCOVERY & MOTION
         PRACTICE FOR 90 DAYS; INSTRUCTIONS REGARDING
         AMENDED ORDER & PREP FOR BLOODWORTH MEETING
         T. WARNER      .30 hours at   345.00 per hour.               103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  415397                          PAGE    6

03/23/06  STUDY AND REVIEW PROPOSED SCHEDULING ORDER &
          REVIEW REGARDING 90 DELAY; INSTRUCTIONS
          REGARDING TRANSMITTAL TO BLOODWORTH; REVIEW
          FILE RE: MEETING W/BLOODWORTH
          T. WARNER    .30 hours at  345.00 per hour.            103.50

03/24/06  STUDY AND REVIEW FILING OF INTERESTED PERSONS
          NOTICE; INSTR RE AMENDMENT
          T. WARNER    .20 hours at  345.00 per hour.             69.00

03/27/06  ATTEND MANDATORY SCHEDULING CONFERENCE MEETING
          WITH ATTY BLOODWORTH AND ATTY BERMAN IN ORLANDO
          AND NEGOTIATE PROPOSED SCHEDULING ORDER AND
          DISCOVERY TIMING
          T. WARNER   5.50 hours at  345.00 per hour.           1897.50

03/28/06  REVIEW FILE, CONFER WITH TAW REGARDING ▓▓▓▓▓▓
          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

03/28/06  REVIEW FILE RE STATUS OF CASE AND PROPOSED
          SCHEDULING ORDER; INSTRUCTIONS
          T. WARNER    .20 hours at  345.00 per hour.             69.00

03/29/06  REVIEW/REVISE SCHEDULING REPORT AND ORDER;
          ATTORNEY STRATEGY CONFERENCES WITH T. WARNER
          REGARDING ▓▓▓▓▓
          S. K. SUTTON   1.20 hours at  245.00 per hour.         294.00

03/29/06  REVIEW FILE & INSTRUCTIONS REGARDING PROPOSED
          SCHEDULING ORDER & PROPOSED CONFIDENTIALITY
          ORDER
          T. WARNER    .30 hours at  345.00 per hour.            103.50

03/31/06  REVISE CONFIDENTIALITY ORDER PROPOSED BY
          OPPOSING COUNSEL AND LETTER TO S. SUTTON
          REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.       379.50

03/31/06  REVISE CASE MANAGEMENT REPORT PROPOSED BY
          OPPOSING COUNSEL AND LETTER TO S. SUTTON
          REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.       241.50

03/31/06  SEVERAL CORRESPONDENCE REGARDING MARKETING
          STATUS OF STORE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   415397                    PAGE   7

03/31/06  DRAFT AMENDED CERTIFICATE OF INTERESTED
          PERSONS.
          A. P. FRY     .20 hours at  245.00 per hour.              49.00

03/31/06  REVIEW PROPOSED SCHEDULING REPORT AND ORDER;
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  REVISE PROPOSED SCHEDULING REPORT AND ORDER.
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  ATTORNEY STRATEGY CONFERENCES WITH A. GRUNSPAN,
          J. ALDERMAN, AND T. WARNER REGARDING ███████
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  REVIEW CONFIDENTIALITY AGREEMENT.
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  REVISE CONFIDENTIALITY AGREEMENT.
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  DRAFT CORRESPONDENCE TO OPPOSING COUNSEL
          REGARDING SCHEDULING REPORT.
          S. K. SUTTON    .20 hours at  245.00 per hour.            49.00

03/31/06  REVIEW AMENDED CERTIFICATE OF INTERESTED
          PARTIES AND FILE SAME.
          S. K. SUTTON    .80 hours at  245.00 per hour.           196.00

03/31/06  REVISE AMENDED CERTIFICATE OF INTERESTED
          PARTIES AND FILE SAME.
          S. K. SUTTON    .60 hours at  245.00 per hour.           147.00

03/31/06  REVIEW FILE REGARDING SCHEDULING ORDER AND
          REVISIONS; INSTRUCTIONS REGARDING ADDITIONAL
          REVISIONS; CONFIDENTIALITY AGREEMENT
          T. WARNER     .40 hours at  345.00 per hour.             138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $11,231.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 9.10 hours at | $345.00 | = | 3139.50 |
| NTM | N. T. MCLACHLAN | 0.20 hours at | $245.00 | = | 49.00 |
| JRA | J. R. ALDERMAN | 8.40 hours at | $245.00 | = | 2058.00 |
| APF | A. P. FRY | 1.70 hours at | $245.00 | = | 416.50 |
| SKS | S. K. SUTTON | 7.80 hours at | $245.00 | = | 1911.00 |
| TW | T. WARNER | 10.60 hours at | $345.00 | = | 3657.00 |
| | TOTALS | 37.80 | | | $11,231.00 |

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                    MAY 5, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   415397                       PAGE    8


**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**


| | | |
|---|---|---:|
| | COPYING COST | 135.40 |
| | FAX | 4.00 |
| | TELEPHONE | 0.90 |
| | ONLINE COMPUTER SERVICES | 2.56 |
| 01/24/06 | EXPRESS MAIL | 1.00 |
| 03/08/06 | EXPRESS MAIL | 17.00 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006          $160.86
                                                      ------------

**TOTAL AMOUNT DUE THIS INVOICE     $11,391.86**
                                    ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23459
INVOICE NUMBER  415398


**RE:  JENSEN BEACH PLAZA, LTD, STORE 308**


LEGAL SERVICES POSTED THROUGH 03/31/06          $9,631.00
COSTS ADVANCED POSTED THROUGH 03/31/06          $2,307.99
                                             - - - - - - - - - - - -

                    **CURRENT INVOICE TOTAL          $11,938.99**
                                             ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     APRIL 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308         REF. NO.  50116-23459
INVOICE NUMBER  415398                     PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/01/06  LETTER FROM OPPOSING COUNSEL REGARDING
          DISCOVERY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

03/01/06  CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬▬▬
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

03/01/06  REVIEW FILE RE: DISCOVERY ISSUES; REVIEW & EDIT
          LETTER TO ARONOVITZ RE: PRODUCTION OF DOCUMENTS
          & DEPO SCHEDULE; HEARING DATES; STUDY AND
          REVIEW ARONOVITZ LETTER RE: DISCOVERY
          T. WARNER   .40 hours at  345.00 per hour.                 138.00

03/03/06  CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬▬▬
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

03/03/06  REVISE, EDIT MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.           171.50

03/03/06  REVIEW LAW ON RESTRICTIVE COVENANTS. REVIEW
          FEDERAL ANTI-TRUST LAW ON LEASE MERCANTILE
          EXCLUSIVES IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.           318.50

03/03/06  REVIEW FILE IN CONNECTION WITH SUMMARY
          JUDGMENT, REVISING EXPERT WITNESS AFFIDAVIT.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.           196.00

03/03/06  RECEIPT AND REVIEW OF CREST HAVEN'S NOTICE OF
          UNAVAILABILITY.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.            49.00

03/06/06  CONFER WITH EXPERT WITNESS REGARDING AFFDIAVIT.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.            73.50

03/06/06  REVIEW FILE IN CONNECTION WITH REVISING,
          EDITING, MOTION FOR SUMMARY JUDGMENT AND EXPERT
          WITNESS' AFFIDAVIT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.           318.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  415398

APRIL 27, 2006
REF. NO.  50116-23459
PAGE    2

| | | |
|---|---|---|
| 03/07/06 | REVIEW FILE & COORDINATE PREP FOR MARCH 30 HEARING ON SUMMARY JUDGMENT<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 03/08/06 | RECEIPT AND REVIEW OF EXECUTED COPY OF EXPERT WITNESS AFFIDAVIT. REVIEW ATTACHMENTS, PARTICULARLY TITLE REPORT.<br>J. R. ALDERMAN   .70 hours at  245.00 per hour. | 171.50 |
| 03/09/06 | SEVERAL CALLS TO OPPOSING COUNSEL REGARDING SETTLEMENT ON 726.<br>A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 03/09/06 | SEVERAL LETTERS TO OPPOSING COUNSEL REGARDING EXTENSIONS AND SETTLEMENT OF 726.<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 03/09/06 | REVIEW, REVISE, EDIT MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT OF EXPERT.<br>J. R. ALDERMAN   2.10 hours at  245.00 per hour. | 514.50 |
| 03/13/06 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN REGARDING█████████████<br>A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 03/13/06 | RECEIPT AND REVIEW OF FAX FROM OPPOSING COUNSEL REGARDING CONTINUATION OF DEPOSITION.<br>J. R. ALDERMAN   .20 hours at  245.00 per hour. | 49.00 |
| 03/13/06 | LETTER FROM ARONOVITZ RE HRG ON SUMMARY JUDGMENT; REVIEW FILE RE RESPONSE TO ARONOVITZ<br>T. WARNER   .40 hours at  345.00 per hour. | 138.00 |
| 03/14/06 | RECEIPT AND REVIEW OF DOLLAR GENERAL'S MOTION TO RESCHEDULE COURT HEARING.<br>J. R. ALDERMAN   .40 hours at  245.00 per hour. | 98.00 |
| 03/14/06 | REVIEW FILE IN CONNECTION WITH SUMMARY JUDGMENT.<br>J. R. ALDERMAN   .80 hours at  245.00 per hour. | 196.00 |
| 03/14/06 | STUDY AND REVIEW FAX LETTER FROM ARONIVITZ AND MOTION TO STRIKE HRG DATE; REVISE LETTER TO ARONOVITZ; INSTR<br>T. WARNER   .30 hours at  345.00 per hour. | 103.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    APRIL 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  415398                    PAGE   3

| | | |
|---|---|---|
| 03/14/06 | DRAFT AND REVISE RESPONSE TO ARONOVITZ RE MARCH 30TH HRG; REVIEW FILE RE ARONOVITZ'S MOTION TO STRIKE HRG DATE<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 03/15/06 | REVISE LETTER TO COUNSEL FOR LANDLORD REGARDING PRODUCTION OF DOCUMENTS.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 03/15/06 | REVISE LETTER TO OPPOSING COUNSEL REGARDING SUMMARY JUDGMENT HEARING.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 03/15/06 | REVIEW MOTION BY DOLLAR GENERAL TO CANCEL HEARING ON SUMMARY JUDGMENT.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 03/15/06 | REVIEW FILE RE SCHEDULING HRG FOR SM JM; REVISIONS - LETTER TO ARONOVITZ<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 03/16/06 | REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH ATT'Y. ALDERMAN'S REQUEST.<br>L. GOLDSTEIN*   1.80 hours at  85.00 per hour. | 153.00 |
| 03/17/06 | FINISH REORGANIZING DISCOVERY FILES IN ACCORDANCE WITH ATT'Y. ALDERMAN'S REQUEST.<br>L. GOLDSTEIN*   5.50 hours at  85.00 per hour. | 467.50 |
| 03/17/06 | REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH ATT'Y. ALDERMAN'S REQUEST.<br>L. GOLDSTEIN*   1.40 hours at  85.00 per hour. | 119.00 |
| 03/17/06 | REVIEW FILE HRG ON MOTION TO STRIKE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 03/20/06 | REVIEW FILE RE: HEARING ON 03/22; INSTRUCTIONS RE: TELEPHONIC HEARING AND ATTENDANCE INTER<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 03/20/06 | COORDINATE ALTERNATIVE HEARING DATES<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 03/21/06 | SEVERAL CORRESPONDENCE WITH TOM WARNER AND JASON ALDERMAN REGARDING ████████.<br>A. M. GRUNSPAN   1.10 hours at  345.00 per hour. | 379.50 |

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          APRIL 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  415398                          PAGE   4

03/22/06  SEVERAL CORRESPONDENCE REGARDING SUMMARY
          JUDGMENT HEARING.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.              138.00

03/22/06  CONFER WITH TOM WARNER REGARDING ██████████
          ██████████████████
          █. R. ALDERMAN   .30 hours at  245.00 per hour.               73.50

03/22/06  CONFER WITH TOM WARNER RE ██████████████
          ██████████    REVIEW ORDER ON MOTION.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.               73.50

03/22/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING RESCHEDULING OF HEARING.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.               49.00

03/22/06  FAX LETTER FROM ARONOVITZ RE HEARING ON PENDING
          ORDERS; FAX FROM ARONOVITZ AND NOTICE OF HRG RE
          MOTIONS FOR SUMMARY JM; INSTR
          T. WARNER   .30 hours at  345.00 per hour.                   103.50

03/22/06  ATTEND TELE-HRG ON DOLGEN'S MOTION TO STRIKE
          HRG DATE FOR SM JM; COORDINATE NEW HRG DATE
          T. WARNER   .50 hours at  345.00 per hour.                   172.50

03/23/06  RECEIPT AND REVIEW OF NOTICE OF HEARING FROM
          OPPOSING COUNSEL.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.               49.00

03/23/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL TO JUDGE.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.               49.00

03/23/06  REVIEW FILE RE: SCHEDULING OF HEARINGS ON
          PENDING ORDERS & ON MOTIONS FOR SUMMARY
          JUDGMENT; INSTRUCTIONS
          T. WARNER   .20 hours at  345.00 per hour.                    69.00

03/24/06  REVIEW FILE REGARDING HEARING ON MOTION FOR
          REHEARING
          T. WARNER   .20 hours at  345.00 per hour.                    69.00

03/27/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S MOTION
          FOR SUMMARY JUDGMENT AND ACCOMPANYING
          AFFIDAVIT.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.             637.00

03/27/06  TELECONFERENCE WITH LANDLORD'S COUNSEL.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.               73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          APRIL 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  415398                          PAGE    5

03/27/06  REVIEW LAW ON TORTIOUS INTERFERENCE AS A
          POSSIBLE CLAIM AGAINST DOLLAR GENERAL.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.         514.50

03/27/06  REVIEW LAW ON REAL PROPERTY COVENANTS RUNNING
          WITH THE LAND.
          J. R. ALDERMAN   3.40 hours at  245.00 per hour.         833.00

03/28/06  REVIEW FILE, CONFER WITH TOM WARNER REGARDING

          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

03/28/06  REVIEW FILE, CONFER WITH TOM WARNER REGARDING

          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

03/28/06  REVIEW FILE RE STATUS OF PENDING ORDERS AND
          PENDING MOTIONS FOR SM JM; HRGS, AND RESPONSES
          TO MOTIONS AND REPLY
          T. WARNER    .20 hours at  345.00 per hour.               69.00

03/29/06  REVIEW FILE IN CONNECTION WITH DRAFTING
          RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

03/31/06  DRAFT, REVISE, EDIT REPLY TO DOLLAR GENERAL'S
          AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.         637.00

03/31/06  INSTR RE REPLY AND CONSTITUTIONAL ISSUES
          T. WARNER    .20 hours at  345.00 per hour.               69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $9,631.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.80 hours at | $345.00 = | 1656.00 |
| JRA | J. R. ALDERMAN | 23.90 hours at | $245.00 = | 5855.50 |
| LG* | L. GOLDSTEIN* | 8.70 hours at | $85.00 = | 739.50 |
| TW | T. WARNER | 4.00 hours at | $345.00 = | 1380.00 |
| | TOTALS | 41.40 | | $9,631.00 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          APRIL 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308    REF. NO.  50116-23459
INVOICE NUMBER  415398                          PAGE    6

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

| | | |
|---|---|---:|
| | COPYING COST | 760.40 |
| | FAX | 94.00 |
| | POSTAGE | 43.29 |
| | TELEPHONE | 18.97 |
| 03/31/06 | COURT REPORTER CHARGE - VENDOR: HOBART LEGAL SERVICES, LLC D/B/A ESQUIRE DEPOSITION SVC LLC , TRANSCRIPT OF 01/30/06 HEARING | 1358.70 |
| 03/28/06 | WESTLAW RESEARCH | 0.87 |
| 03/28/06 | WESTLAW RESEARCH | 2.48 |
| 03/28/06 | WESTLAW RESEARCH | 25.56 |
| 03/28/06 | WESTLAW RESEARCH | 3.72 |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006          $2,307.99
                                                      ------------

**TOTAL AMOUNT DUE THIS INVOICE      $11,938.99**
                                                      ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  415399

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $3,438.00 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $52.28 |
| **CURRENT INVOICE TOTAL** | **$3,490.28** |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                 APRIL 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  415399                                 PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006

03/01/06  CONTACT JASON ALDERMAN REGARDING ███████
          ████████████.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.         103.50

03/01/06  CONTACT LANDLORD COUNSEL REGARDING DISCOVERY
          AND SETTLEMENT.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

03/01/06  SEVERAL CORRESPONDENCE WITH BANKRUPTCY COUNSEL
          REGARDING ████████████████████
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.         172.50

03/01/06  REVISE LETTER TO OPPOSING COUNSEL REGARDING
          DISCOVERY STIPULATIONS.
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.         172.50

03/02/06  SEVERAL CALLS TO COUNSEL FOR LANDLORD REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN      .50 hours at  345.00 per hour.         172.50

03/02/06  LETTER TO CLIENT REGARDING ████████████
          ████████████.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.         138.00

03/02/06  LETTER FROM SAME.
          A. M. GRUNSPAN      .10 hours at  345.00 per hour.          34.50

03/03/06  RECEIPT AND REVIEW OF LETTER FROM CHARLES
          PILAN.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

03/03/06  REVIEW FILE IN CONNECTION WITH DEPOSITIONS,
          MOTION FOR SUMMARY JUDGMENT, DISCOVERY, AND
          STATUS.
          J. R. ALDERMAN     1.20 hours at  245.00 per hour.         294.00

03/06/06  REVIEW FILE RE TERMINATION OF DG LEASE, FEES,
          AND CONTINUING DEC JM ACTION
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

03/08/06  CONTACTED BY COUNSEL FOR LANDLORD REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

## CARLTON FIELDS, P.A.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    APRIL 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  415399                    PAGE    2

03/10/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

03/10/06  DRAFT, REVISE, EDIT MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

03/14/06  E-FILE MOTION FOR EXTENSION IN MIDDLE DISTRICT
          AT REQUEST OF JA.
          D. J. SMITH    .20 hours at  245.00 per hour.              49.00

03/21/06  CONTACT COUNSEL FOR LANDLORD REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

03/23/06  E-FILE CERTIFICATE OF INTERESTED PERSONS IN
          MIDDLE DISTRICT COURT FOR JA.
          D. J. SMITH    .20 hours at  245.00 per hour.              49.00

03/28/06  REVIEW FILE, CONFER WITH TOM WARNER REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

03/28/06  REVIEW FILE RE LEASE REJECTION AND STATUS
          ORDERS ON PENDING MOTIONS, AND FILING REPLY
          T. WARNER    .20 hours at  345.00 per hour.                69.00

03/30/06  REVIEW LAW ON RESTRICTIVE REAL PROPERTY
          COVENANTS, FLORIDA'S NON-COMPETE STATUTE,
          RECORDING ACT, AND CANNONS OF STATUTORY
          CONSTRUCTION IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN   4.20 hours at  245.00 per hour.         1029.00

03/31/06  CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT
          AND CORRESPONDENCE WITH CLIENT REGARDING SAME.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.         207.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $3,438.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          APRIL 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   415399                          PAGE    3

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.60 hours at | $345.00 = | 1242.00 |
| DJS | D. J. SMITH | 0.40 hours at | $245.00 = | 98.00 |
| JRA | J. R. ALDERMAN | 8.00 hours at | $245.00 = | 1960.00 |
| TW | T. WARNER | 0.40 hours at | $345.00 = | 138.00 |
| | TOTALS | 12.40 | | $3,438.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

COPYING COST                                    49.40
TELEPHONE                                        2.88

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006         $52.28
                                                ------------

**TOTAL AMOUNT DUE THIS INVOICE         $3,490.28**
                                                ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC                  APRIL 27, 2006
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-26545
                                        INVOICE NUMBER  415400
```

RE:  **FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
     PLAZA, INC, STORE NO 2329**

```
LEGAL SERVICES POSTED THROUGH 03/31/06       $1,525.50
COSTS ADVANCED POSTED THROUGH 03/31/06         $130.12
                                         -------------
             CURRENT INVOICE TOTAL           $1,655.62
                                         =============
```

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          APRIL 27, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  415400                          PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**


03/01/06  CONTACTED BY LANDLORD COUNSEL REGARDING IMPACT
          ON STORE CLOSING.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

03/01/06  LETTER TO CLIENT REGARDING ██████████████
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

03/03/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

03/21/06  TELEPHONE CONFERENCE WITH B. ROSS RE: EXTENSION
          OF TIME TO RESPOND & STATUS OF CASE
          M.A. SHAFIR     .20 hours at  245.00 per hour.              49.00

03/21/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

03/23/06  RECEIPT AND REVIEW OF FAMILY DOLLAR'S MOTION TO
          DISMISS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

03/23/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

03/29/06  REVIEW LAW ON CANNONS OF STATUTORY CONSTRUCTION
          IN CONNECTION WITH DRAFTING RESPONSE TO FAMILY
          DOLLAR'S MOTION TO DISMISS.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.           784.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,525.50


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 0.20 hours at | $245.00 = | | 49.00 |
| AMG | A. M. GRUNSPAN | 0.80 hours at | $345.00 = | | 276.00 |
| JRA | J. R. ALDERMAN | 4.90 hours at | $245.00 = | | 1200.50 |
| | TOTALS | 5.90 | | | $1,525.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                   APRIL 27, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  415400                           PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**


|          |                                                                                                   |        |
|----------|---------------------------------------------------------------------------------------------------|--------|
|          | FAX                                                                                               | 4.00   |
|          | POSTAGE                                                                                           | 0.39   |
|          | TELEPHONE                                                                                         | 0.46   |
| 03/13/06 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC. , SERVICE OF SUMMONS AND COMPLAINT ON WINN DIXIE V. FAMILY DOLLAR STORE AND PMAT MELBOURNE, LLC | 59.00  |
| 03/13/06 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC. , PAYMENT FOR SERVICE OF SUMMONS AND COMPLAINT ON WINN-DIXIE V. FAMILY DOLLAR STORE AND PMAT MELBOURNE, LLC | 59.00  |
| 03/22/06 | EXPRESS MAIL                                                                                      | 7.27   |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006               $130.12
                                                          ------------

**TOTAL AMOUNT DUE THIS INVOICE     $1,655.62**
                                    ============

# CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

APRIL 27, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   415386

**RE:   BANKRUPTCY**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 03/31/06 | $1,251.50 |
| COSTS ADVANCED POSTED THROUGH 03/31/06 | $725.14 |
| ------------ |
| **CURRENT INVOICE TOTAL** | **$1,976.64** |
| ============ |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  415386

APRIL 27, 2006
REF. NO.  49761-23399
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH MARCH 31, 2006**

| | | |
|---|---|---|
| 03/01/06 | PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY COURT. | |
| | D. J. SMITH      .90 hours at  245.00 per hour. | 220.50 |
| 03/09/06 | PREPARE ADDITIONAL BILLS FOR SUBMISSION TO BANKRUPTCY COURT. | |
| | D. J. SMITH      .50 hours at  245.00 per hour. | 122.50 |
| 03/09/06 | REVIEW INVOICES FOR THE THIRD INTERIM PERIOD. | |
| | A. P. FRY | 115.00 |
| 03/09/06 | CALCULATE TOTALS FROM SAME. | |
| | A. P. FRY | 138.00 |
| 03/09/06 | CONFER WITH K. WARD REGARDING SAME FOR INCLUSION OF THE TOTALS IN NOTICE OF HEARING ON THIRD INTERIM FEE APPLICATIONS. | |
| | A. P. FRY | 230.00 |
| 03/13/06 | REVIEW AND REVISE FEE APPLICATION; | |
| | J. D. SILVER     .70 hours at  345.00 per hour. | 241.50 |
| 03/14/06 | REVIEW AND REVISE FEE APPLICATION; | |
| | J. D. SILVER     .70 hours at  345.00 per hour. | 241.50 |
| 03/14/06 | REVIEW AND REVISE FEE APPLICATION; | |
| | J. D. SILVER    - .70 hours at  345.00 per hour. | (241.50) |
| 03/14/06 | DRAFT THIRD FEE APPLICATION AND CONFER WITH J. SILVER AND A. GRUNSPAN REGARDING ███████ | |
| | A. P. FRY     .80 hours at  230.00 per hour. | 184.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $1,251.50

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| JDS | J. D. SILVER | 0.70 hours at | $345.00 = | 241.50 |
| DJS | D. J. SMITH | 1.40 hours at | $245.00 = | 343.00 |
| APF | A. P. FRY | 2.90 hours at | $230.00 = | 667.00 |
| | TOTALS | 5.00 | | $1,251.50 |

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  415386

APRIL 27, 2006
REF. NO.  49761-23399
PAGE  2

**COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2006**

|            | COPYING COST | 634.00 |
| 03/14/06   | EXPRESS MAIL | 91.14  |

TOTAL COSTS AS POSTED THROUGH MARCH 31, 2006          $725.14
------------

**TOTAL AMOUNT DUE THIS INVOICE**          **$1,976.64**
============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.