FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              MAY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254            REF. NO.   50116-23453
                                    INVOICE NUMBER   418878
```

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

```
LEGAL SERVICES POSTED THROUGH 04/30/06        $7,058.50
COSTS ADVANCED POSTED THROUGH 04/30/06            $5.97
                                           -------------
          CURRENT INVOICE TOTAL               $7,064.47
                                           =============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  418878                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**


04/03/06   SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
           REGARDING
           A. M. GRUNSPAN    .50 hours at   345.00 per hour.          172.50

04/03/06   REVIEW OF DOCUMENTS PROVIDED BY DOLLAR GENERAL
           IN DISCOVERY.
           J. R. ALDERMAN    2.30 hours at   245.00 per hour.          563.50

04/04/06   REVIEW LEASE FOR
           A. M. GRUNSPAN    .50 hours at   345.00 per hour.          172.50

04/04/06   CLIENT CONFERENCE REGARDING
           A. M. GRUNSPAN    .40 hours at   345.00 per hour.          138.00

04/04/06   CONFER WITH AMG REGARDING
           EXCLUSIVE.
           J. R. ALDERMAN    .20 hours at   245.00 per hour.           49.00

04/04/06   REVIEW FILE, REVIEW LEASE IN CONNECTION WITH
           MEMO TO AMG, RE-
           J. R. ALDERMAN    .70 hours at   245.00 per hour.          171.50

04/05/06   REVIEW DISCOVERY.
           A. M. GRUNSPAN    .40 hours at   345.00 per hour.          138.00

04/05/06   CORRESPONDENCE WITH CLIENT REGARDING
           A. M. GRUNSPAN    .20 hours at   345.00 per hour.           69.00

04/05/06   LETTER TO CLIENTS REGARDING
           A. M. GRUNSPAN   1.60 hours at   345.00 per hour.          552.00


## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           MAY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   418878                          PAGE     2

04/05/06  TELEPHONE CALL TO ATTORNEY PILLANS REGARDING
          SETTING DATES FOR SUMMARY JUDGMENT HEARING;
          INSTRUCTIONS
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

04/06/06  REVIEW DOLLAR GENERAL'S SUMMARY JUDGMENT ISSUES
          AND DROPPING PARTY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/06/06  REVIEW FILE REGARDING STATUS OF LITIGATION IN
          LIGHT OF ███████████████████████████████
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

04/11/06  REVIEW DOLLAR GENERAL'S SUMMARY JUDGMENT
          NOTICE.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.               34.50

04/11/06  SEVERAL CORRESPONDENCE WITH T. WARNER AND
          CLIENT REGARDING ██████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/11/06  CONTACT CLIENTS REGARDING ███████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

04/11/06  REVIEW FILE REGARDING SUMMARY JUDGMENT HEARING
          SCHEDULED & CASE STRATEGY IN LIGHT OF ███████
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

04/14/06  REVIEW FILE AND DOCUMENTS PROVIDED IN
          DISCOVERY.
          J. R. ALDERMAN    2.10 hours at  245.00 per hour.             514.50

04/17/06  SEVERAL CONFERENCES WITH CLIENTS REGARDING
          ████████████████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/17/06  SEVERAL CORRESPONDENCE WITH CLIENT ON ███████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

04/17/06  STUDY AND REVIEW NOTICE OF HEARING - MOTION FOR
          SUMMARY JUDGMENT 06/28/06
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   418878                         PAGE     3

---

04/18/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
           A. M. GRUNSPAN     .60 hours at  345.00 per hour.              207.00

04/18/06   CONTACT OPPOSING COUNSEL TO NEGOTIATE
           SETTLEMENT.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

04/19/06   NEGOTIATE SETTLEMENT WITH LANDLORD'S COUNSEL.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

04/19/06   SEVERAL CORRESPONDENCE WITH SAME AND M.
           CHLEBOVEC.
           A. M. GRUNSPAN     .90 hours at  345.00 per hour.              310.50

04/20/06   SEVERAL CORRESPONDENCE WITH LANDLORD'S COUNSEL
           AND M. CHLEBOVEC REGARDING SETTLEMENT
           NEGOTIATIONS.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

04/21/06   LETTER TO OPPOSING COUNSEL REGARDING STATUS OF
           SETTLEMENT NEGOTIATIONS.
           A. M. GRUNSPAN     .10 hours at  345.00 per hour.               34.50

04/21/06   LETTER TO CLIENT REGARDING ▇▇▇▇▇▇▇▇▇▇▇
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

04/21/06   REVIEW LEASE FILES TO NEGOTIATE EXCLUSIVES AND
           MAINTENANCE ITEMS.
           A. M. GRUNSPAN    1.10 hours at  345.00 per hour.              379.50

04/24/06   REVIEW CASE LAW INTERPETING MARKETABLE RECORD
           TITLE ACT IN CONNECTION WITH DRAFTING RESPONSE
           TO DOLLAR GENERAL'S MOTION FOR SUMMARY
           JUDGMENT.
           J. R. ALDERMAN    1.20 hours at  245.00 per hour.              294.00

04/25/06   SEVERAL CORRESPONDENCE WITH COUNSEL FOR
           LANDLORD REGARDING STATUS OF NEGOTIATIONS.
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.              138.00

04/26/06   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ▇▇▇▇▇▇▇▇▇▇▇▇▇
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

04/27/06   REVIEW OF FILE, PARTICULARLY MOTION FOR SUMMARY
           JUDGMENT.
           J. R. ALDERMAN     .40 hours at  245.00 per hour.               98.00

---

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  418878                    PAGE    4

| | | |
|---|---|---|
| 04/27/06 | CONFER WITH AMG, RE- ▓▓▓▓▓▓▓▓▓▓ | |
| | J. R. ALDERMAN   .30 hours at  245.00 per hour. | 73.50 |
| 04/28/06 | SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING ▓▓▓▓▓▓▓▓▓ | |
| | A. M. GRUNSPAN   1.10 hours at  345.00 per hour. | 379.50 |
| 04/28/06 | REVIEW LAW ON CONSTITIONALITY OF 542.335 APPLIED TO REAL PROPERTY COVENANTS IN CONNECTION WITH DRAFTING RESPONSE TO MOTION FOR SUMMARY JUDGMENT. | |
| | J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $7,058.50

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 12.80 hours at | $345.00 = | 4416.00 |
| JRA | J. R. ALDERMAN | 9.80 hours at | $245.00 = | 2401.00 |
| TW | T. WARNER | 0.70 hours at | $345.00 = | 241.50 |
| | TOTALS | 23.30 | | $7,058.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**

| | |
|---|---|
| COPYING COST | 0.60 |
| TELEPHONE | 5.13 |
| ONLINE COMPUTER SERVICES | 0.24 |
| TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006 | $5.97 |

**TOTAL AMOUNT DUE THIS INVOICE          $7,064.47**

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MAY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  418879


**RE:  ROYAL OAKS BRANDON, LTD, STORE 734**


LEGAL SERVICES POSTED THROUGH 04/30/06          $727.00
COSTS ADVANCED POSTED THROUGH 04/30/06           $65.74
                                             ------------

     **CURRENT INVOICE TOTAL          $792.74**
                                             ============


**\*\*\* REMITTANCE COPY \*\*\***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER   418879                   PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**


04/04/06  CONTACT JASON ALDERMAN REGARDING ███████████
          ██████████
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

04/05/06  CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

04/11/06  LETTER TO OPPOSING COUNSEL REGARDING
          SETTLEMENT.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

04/24/06  CONFER WITH AMG, RE-████████████████████
          ████████████████████████████████
          J. R. ALDERMAN      .60 hours at  245.00 per hour.         147.00

04/25/06  SEVERAL CORRESPONDENCE WITH J. POST REGARDING
          STATUS OF NEGOTIATIONS WITH COUNSEL FOR
          LANDLORD.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.         103.50

04/26/06  REVIEW CASE LAW IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN     1.10 hours at  245.00 per hour.         269.50


          TOTAL FEES FOR PROFESSIONAL SERVICES             $727.00


ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN      0.90 hours at  $345.00 =         310.50
JRA     J. R. ALDERMAN      1.70 hours at  $245.00 =         416.50
        TOTALS              2.60                            $727.00

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MAY 31, 2006
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER   418879                   PAGE   2


**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**


|            | TELEPHONE                                     | 0.30  |
| 04/18/06   | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  | 59.00 |
| 04/25/06   | EXPRESS MAIL                                  | 6.44  |

         TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006        $65.74
                                                        ------------

                 **TOTAL AMOUNT DUE THIS INVOICE**           $792.74
                                                        ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MAY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23458
INVOICE NUMBER   418881

RE:   GENERAL MATTERS

```
LEGAL SERVICES POSTED THROUGH 04/30/06        $3,417.00
COSTS ADVANCED POSTED THROUGH 04/30/06           $64.66
                                              ------------
        CURRENT INVOICE TOTAL                  $3,481.66
                                              ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | MAY 31, 2006 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  418881 | PAGE  1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

| | | |
|---|---|---|
| 04/03/06 | SEVERAL CORRESPONDENCE WITH NIALL MCLACHLAN REGARDING ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/04/06 | CLIENT CONFERENCE REGARDING ▮▮▮▮▮▮ ▮▮▮▮▮▮. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/04/06 | CONTACT NIALL MCLACHLAN REGARDING ▮▮▮▮ ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/04/06 | E-MAILS TO/FROM AMG RE: ▮▮▮▮▮▮ | |
| | D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 04/05/06 | LETTER TO NIALL MCLACHLAN REGARDING ▮▮▮▮ ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/05/06 | REVIEW PROPOSED ORDER FOR HEARING ON THIRD INTERIM FEE APPLICATION AND CONFER WITH BANKRUPTCY COUNSEL REGARDING SAME. | |
| | A. P. FRY   .20 hours at  245.00 per hour. | 49.00 |
| 04/10/06 | CONTACT J. POST AND SEVERAL CORRESPONDENCE WITH SAME REGARDING 726. | |
| | A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 04/13/06 | SEVERAL CORRESPONDENCE WITH NIALL MCLACHLAN REGARDING ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/14/06 | SEVERAL CORRESPONDENCE REGARDING SEVERAL STORES: ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 04/17/06 | SEVERAL CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                  MAY 31, 2006
GENERAL MATTERS                         REF. NO.  50116-23458
INVOICE NUMBER  418881                  PAGE    2

---

04/18/06  CONTACTED BY OPPOSING COUNSEL REGARDING 726
          CLAIMS AND SETTLEMENTS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/18/06  LETTER TO CLIENT REGARDING ▇▇▇▇▇▇
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.              241.50

04/19/06  CORRESPONDENCE WITH J. DEWITT REGARDING ▇▇▇▇▇
          ▇▇▇ A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/19/06  CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
          OFFSET ISSUES ON 726.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/20/06  SEVERAL CORRESPONDENCE WITH J. DEWITT REGARDING
          ▇▇▇▇
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

04/20/06  REVISE LETTER TO OPPOSING COUNSEL REGARDING 254
          ANSWER, DEFENSES AND SETTLEMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/20/06  LETTER TO J. DEWITTE REGARDING ▇▇▇▇
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.               34.50

04/20/06  ORGANIZE STORE FILES FOR ATTORNEY JOHNSON
          REVIEW.
          M. MURRAY*    .30 hours at  85.00 per hour.                    25.50

04/21/06  CONTACT J. MOLAISON REGARDING 237 AND 330 AND
          LETTER TO SAME.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

04/21/06  LETTER TO C. JACKSON REGARDING ▇▇▇▇▇▇▇
          ▇▇▇▇ A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

04/21/06  SEVERAL LETTERS FROM AND LETTERS TO J. DEWITT
          REGARDING ▇▇▇
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/21/06  PREPARE FOR 726 CONFERENCE WITH CLIENTS AND C.
          JACKSON.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

04/21/06  ATTEND 726 CONFERENCE WITH CLIENTS AND C.
          JACKSON.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.              172.50

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     MAY 31, 2006
GENERAL MATTERS                            REF. NO.  50116-23458
INVOICE NUMBER  418881                     PAGE     3

| | | |
|---|---|---:|
| 04/21/06 | PREPARE LETTER AND ENCLOSURES, TO E. ARNOVITZ, LANDLORD, ADVISING OF PREVIOUS LETTERS FORWARDED TO ADDRESS PURSUANT TO LEASE, RETURNED LETTERS AND FOLLOW UP.<br>M. MURRAY*    .30 hours at  85.00 per hour. | 25.50 |
| 04/21/06 | DISCUSSION WITH ATTORNEY JOHNSON REGARDING STATUS ON STORE FILES IN PREPARATION FOR TELEPHONE CONFERENCE WITH B. GASTON.<br>M. MURRAY*    .20 hours at  85.00 per hour. | 17.00 |
| 04/21/06 | REVIEW FILE FOR STORE #565 TO CREATE CHRONOLOGY OF CORRESPONDENCE WITH REGARD TO RECENT LETTER FROM LANDLORD FOR ATTORNEY JOHNSON CONSIDERATION.<br>M. MURRAY*    .20 hours at  85.00 per hour. | 17.00 |
| 04/21/06 | PREPARE TRANSMITTAL TO N. NOSARI, J. HERZOG & SONS, INC., IN RESPONSE TO HIS LETTER OF APRIL 21ST TO K. JOHNSON REGARDING STORE #565; PURSUANT TO DISCUSSION WITH ATTORNEY JOHNSON.<br>M. MURRAY*    .30 hours at  85.00 per hour. | 25.50 |
| 04/25/06 | LETTER TO EDITH OSMAN REGARDING ▮▮▮▮▮▮<br>A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 04/28/06 | REVIEW LEASE ANALYSIS FOR 726 AND LETTER TO C. JACKSON REGARDING SAME.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $3,417.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 9.30 hours at | $345.00 = | 3208.50 |
| DJS | D. J. SMITH | 0.20 hours at | $245.00 = | 49.00 |
| APF | A. P. FRY | 0.20 hours at | $245.00 = | 49.00 |
| MM* | M. MURRAY* | 1.30 hours at | $85.00 = | 110.50 |
| | TOTALS | 11.00 | | $3,417.00 |

# CARLTON FIELDS

### A T T O R N E Y S  A T  L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC          MAY 31, 2006
GENERAL MATTERS                 REF. NO.  50116-23458
INVOICE NUMBER   418881         PAGE    4


**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**


COPYING COST                            54.00
POSTAGE                                  3.72
TELEPHONE                                1.66
ONLINE COMPUTER SERVICES                 5.28

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006        $64.66
                                              ------------

**TOTAL AMOUNT DUE THIS INVOICE        $3,481.66**
                                              ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE STORES, INC              MAY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-26545
                                    INVOICE NUMBER  418884
```

**RE: FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN PLAZA, INC, STORE NO 2329**

```
LEGAL SERVICES POSTED THROUGH 04/30/06        $1,286.00
COSTS ADVANCED POSTED THROUGH 04/30/06            $.30
                                              ------------
          CURRENT INVOICE TOTAL               $1,286.30
                                              ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        MAY 31, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  418884                        PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**


04/04/06  CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

04/04/06  RECEIPT AND REVIEW OF LANDLORD'S MOTION TO
          DISMISS. REVIEW FILE.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

04/19/06  REVIEW MOTION TO DISMISS BY FAMILY DOLLAR.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

04/20/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING ▬▬▬▬▬
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

04/25/06  REVIEW CASE LAW ON CONSTITUTIONALITY OF
          APPLICATION OF 542.335 TO REAL PROPERTY
          COVENANTS IN CONNECTION WITH MOTIONS FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN    3.20 hours at  245.00 per hour.          784.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,286.00


ATTORNEY FEE SUMMARY

   AMG     A. M. GRUNSPAN       1.10 hours at  $345.00 =        379.50
   JRA     J. R. ALDERMAN       3.70 hours at  $245.00 =        906.50
           TOTALS               4.80                         $1,286.00


          **COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**


          TELEPHONE                                    0.30

          TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006          $.30
                                                         ------------

                 **TOTAL AMOUNT DUE THIS INVOICE**     $1,286.30
                                                         ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MAY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23449
INVOICE NUMBER   418886

**RE:  DOLGENCORP, INC, STORE 221**

LEGAL SERVICES POSTED THROUGH 04/30/06          $13,408.00
COSTS ADVANCED POSTED THROUGH 04/30/06            $664.52
                                          - - - - - - - - - - - - -

         **CURRENT INVOICE TOTAL          $14,072.52**
                                          =============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   418886

MAY 31, 2006
REF. NO.   50116-23449
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

| | | |
|---|---|---:|
| 04/03/06 | REVIEW ORDER ON REHEARING.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 04/03/06 | LETTER TO CLIENT REGARDING ▉▉▉▉▉▉▉▉▉.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/03/06 | SEVERAL CORRESPONDENCE WITH TOM WARNER AND<br>JASON ALDERMAN REGARDING ▉▉▉▉.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/03/06 | REVIEW OF ORDER DENYING MOTION FOR<br>RECONSIDERATION.<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |
| 04/03/06 | CONFERENCE WITH COUNSEL REGARDING SAME.<br>D. A. MORANDE    .30 hours at  245.00 per hour. | 73.50 |
| 04/03/06 | CONFERENCE WITH COUNSEL REGARDING NOTICE OF<br>APPEAL.<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |
| 04/03/06 | REVIEW OF ISSUES ON APPEAL; EVALUATING POSSIBLE<br>AMICUS BRIEFS<br>M. A. BROWN   .30 hours at  345.00 per hour. | 103.50 |
| 04/03/06 | REVIEW AND ANALYZE ARONOVITZ'S SUPPLEMENTAL<br>AUTHORITY REGARDING APPELLATE ISSUES<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/03/06 | ADVISE AND RECOMMEND RE: ▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/03/06 | WORK ON AMICUS ISSUES & POTENTIAL SUPPORT<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/03/06 | ORGANIZE PLEADINGS, DOCUMENTS & ISSUES<br>REGARDING POTENTIAL APPEAL; STUDY AND REVIEW<br>ORDER DENYING REHEARING<br>T. WARNER   .30 hours at  345.00 per hour. | 103.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          MAY 31, 2006
DOLGENCORP, INC, STORE 221                       REF. NO.  50116-23449
INVOICE NUMBER  418886                           PAGE    2

04/04/06  CONTACT CLIENT REGARDING ███████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

04/04/06  REVIEW FILE REGARDING APPEAL MATTERS; DEADLINES
          & PROCEDURES
          T. WARNER   .20 hours at  345.00 per hour.                     69.00

04/05/06  CONFERENCE WITH COUNSEL REGARDING ██████████
          ████████████████████
          D. A. MORANDE    .20 hours at  245.00 per hour.                49.00

04/05/06  CONFERENCE WITH COUNSEL REGARDING ██████████
          ████████████████████
          D. A. MORANDE    .20 hours at  245.00 per hour.                49.00

04/05/06  PREPARATION OF NOTICE OF APPEAL.
          D. A. MORANDE    .40 hours at  245.00 per hour.                98.00

04/05/06  REVIEW FILE REGARDING ████████████
          APPEAL.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

04/05/06  REVIEW FILE REGARDING SOLICITIVE AMICUS SUPPORT
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

04/05/06  INSTRUCTIONS REGARDING NOTICE OF APPEAL
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

04/05/06  PREPARATION OF BRIEF AND ACTION PLAN
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

04/05/06  DISCUSSION OF MAIN ISSUES
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

04/07/06  REVIEW AND ORGANIZE DOCS AND PLEADINGS IN PREP
          FOR HRGS ON SM JM
          T. WARNER    .70 hours at  345.00 per hour.                   241.50

04/07/06  REVIEW AND ANALYZE SUMMARY OF DOLGEN LEASES AND
          "EXCLUSIVE PROVISIONS RUNNING WITH THE LAND; TF
          ALDERMAN RE ██████████████████
          T. WARNER    .30 hours at  345.00 per hour.                   103.50

04/10/06  DRAFT  RESPONSE TO DOLLAR GENERAL'S MOTION FOR
          SUMMARY JUDGMENT
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  418886

MAY 31, 2006
REF. NO.  50116-23449
PAGE  3

| Date | Description | Amount |
|------|-------------|--------|
| 04/10/06 | REVISE RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/10/06 | EDIT RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/10/06 | REVIEW TUSA CARE & CITIZEN'S NATIONAL BANK<br>T. WARNER   .60 hours at  345.00 per hour. | 207.00 |
| 04/10/06 | ANALYZE TUSA CARE & CITIZEN'S NATIONAL BANK<br>T. WARNER   2.00 hours at  345.00 per hour. | 690.00 |
| 04/11/06 | CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 04/12/06 | REVIEW AND ANALYSIS OF FILING IN ORDER TO PREPARE APPEAL TO FOURTH DISTRICT COURT OF APPEAL.<br>D. A. MORANDE   .10 hours at  245.00 per hour. | 24.50 |
| 04/14/06 | REVIEW OF LOWER COURT FILINGS FOR PREPARATION OF APPEAL TO THE FOURTH DISTRICT COURT OF APPEAL.<br>D. A. MORANDE   .20 hours at  245.00 per hour. | 49.00 |
| 04/14/06 | ANALYSIS OF LOWER COURT FILINGS FOR PREPARATION OF APPEAL TO THE FOURTH DISTRICT COURT OF APPEAL.<br>D. A. MORANDE   .60 hours at  245.00 per hour. | 147.00 |
| 04/14/06 | PREPARATION OF NOTICE OF APPEAL.<br>D. A. MORANDE   2.00 hours at  245.00 per hour. | 490.00 |
| 04/14/06 | REVIEW LAW ON MARKETABLE RECORD TITLE ACT IN CONNECTION WITH DRAFTING AMICUS SUMMARY.<br>J. R. ALDERMAN   3.40 hours at  245.00 per hour. | 833.00 |
| 04/15/06 | WORK ON AMICUS SUMMARY.<br>J. R. ALDERMAN   3.40 hours at  245.00 per hour. | 833.00 |
| 04/17/06 | LEGAL RESEARCH FOR PREPARATION OF INITIAL BRIEF TO THE FOURTH DISTRICT COURT OF APPEAL.<br>D. A. MORANDE   3.90 hours at  245.00 per hour. | 955.50 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  418886                    PAGE    4

04/17/06  REVIEW CASE LAW INTERPRETING AND APPLYING
          MARKETABLE RECORD TITLE ACT IN CONNECTION WITH
          DRAFTING AMICUS SUMMARY FOR VARIOUS TRADE
          GROUPS.
          J. R. ALDERMAN   4.20 hours at  245.00 per hour.           1029.00

04/17/06  DRAFT AMICUS SUMMARY.
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.            759.50

04/17/06  REVIEW FILE REGARDING STATUS OF NOTICE OF
          APPEAL & ACTION PLAN FOR APPEAL
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

04/17/06  REVIEW & SIGN NOTICE OF APPEAL
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

04/18/06  LEGAL RESEARCH FOR PREPARATION OF INITIAL BRIEF
          TO THE FOURTH DISTRICT COURT OF APPEAL.
          D. A. MORANDE   .50 hours at  245.00 per hour.              122.50

04/18/06  REVIEW MARKETABLE RECORD TITLE ACT IN
          CONNECTION WITH DRAFTING AMICUS SUMMARY FOR
          REAL PROPERTY SECTION OF FLORIDA BAR.
          J. R. ALDERMAN   3.80 hours at  245.00 per hour.            931.00

04/18/06  REVIEW FILE AND INSTR RE FILING REPLY
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

04/19/06  REVIEW NOTICE OF APPEAL; LETTER TO CLIENT
          REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.             103.50

04/19/06  LEGAL RESEARCH FOR PREPARATION OF INITIAL BRIEF
          TO THE FOURTH DISTRICT COURT OF APPEAL.
          D. A. MORANDE   3.80 hours at  245.00 per hour.             931.00

04/20/06  CONFERENCE WITH COUNSEL REGARDING ▓▓▓▓▓▓▓▓
          D. A. MORANDE   .70 hours at  245.00 per hour.              171.50

04/20/06  REVIEW FILE REGARDING OUTLINE OF APPEAL ISSUES
          & PREPARATION OF BRIEF; INSTRUCTIONS
          T. WARNER    .50 hours at  345.00 per hour.                 172.50

04/21/06  LEGAL RESEARCH.
          D. A. MORANDE   .20 hours at  245.00 per hour.               49.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  418886                    PAGE     5

04/21/06  PREPARATION OF INITIAL BRIEF TO FOURTH DISTRICT
          COURT OF APPEAL.
          D. A. MORANDE    .20 hours at  245.00 per hour.          49.00

04/21/06  REVIEW OF ACKNOWLEDGMENT FROM FOURTH DISTRICT
          COURT OF APPEAL.
          D. A. MORANDE    .30 hours at  245.00 per hour.          73.50

04/21/06  RF RE DCA ORDER ON DOCKETING STATEMENT AND
          SCHEDULE; INSTR
          T. WARNER    .20 hours at  345.00 per hour.              69.00

04/24/06  DRAFT AMICUS SUMMARY.
          J. R. ALDERMAN    3.70 hours at  245.00 per hour.       906.50

04/25/06  REVIEW FILE REGARDING DIRECTIONS TO CLERK FOR
          APPEAL & PREP OF RECORD; INSTRUCTIONS
          T. WARNER    .20 hours at  345.00 per hour.              69.00

04/26/06  CONFERENCE WITH COUNSEL REGARDING ███████████

          D. A. MORANDE    .40 hours at  245.00 per hour.          98.00

04/26/06  REVIEW, ANALYZE MARKETABLE RECORD TITLE ACT.
          J. R. ALDERMAN    2.30 hours at  245.00 per hour.       563.50

04/26/06  REVIEW & SIGN NOTICE OF FILING HEARING
          TRANSCRIPT
          T. WARNER    .10 hours at  345.00 per hour.              34.50

04/26/06  REVIEW FILE REGARDING DESIGNATIONS TO REPORTER
          & DIRECTIONS TO CLERK; STUDY AND REVIEW DOCKET
          SHEET REGARDING RECORD ON APPEAL; INSTRUCTIONS
          T. WARNER    .50 hours at  345.00 per hour.             172.50

04/27/06  PREPARATION OF DOCKETING STATEMENT,
          DESIGNATIONS TO COURT REPORTER, AND DIRECTIONS
          TO CLERK.
          D. A. MORANDE    .30 hours at  245.00 per hour.          73.50

04/28/06  FINALIZE DOCKETING STATEMENT, DESIGNATIONS TO
          COURT REPORTER, AND DIRECTIONS TO CLERK.
          D. A. MORANDE    1.20 hours at  245.00 per hour.        294.00

04/28/06  REVIEW FILE REGARDING AMICUS REQUESTS &
          DESCRIPTION; INSTRUCTIONS
          T. WARNER    .10 hours at  345.00 per hour.              34.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   418886

MAY 31, 2006
REF. NO.   50116-23449
PAGE     6

04/28/06  REVIEW FILE REGARDING DOCKETING STATEMENT;
          INSTRUCTIONS
          T. WARNER    .20 hours at  345.00 per hour.                69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES               $13,408.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.10 hours at | $345.00 = | 724.50 |
| DAM | D. A. MORANDE | 15.90 hours at | $245.00 = | 3895.50 |
| JRA | J. R. ALDERMAN | 23.90 hours at | $245.00 = | 5855.50 |
| MAB | M. A. BROWN | 0.30 hours at | $345.00 = | 103.50 |
| TW | T. WARNER | 8.20 hours at | $345.00 = | 2829.00 |
| | TOTALS | 50.40 | | $13,408.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006

|  | | |
|---|---|---|
| | COPYING COST | 169.60 |
| | FAX | 12.00 |
| | POSTAGE | 12.33 |
| | TELEPHONE | 4.20 |
| 04/17/06 | FILING/RECORDING FEE - VENDOR: CLERK OF CIRCUIT COURT FILING NOTICE OF APPEAL | 51.00 |
| 04/17/06 | FILING/RECORDING FEE - VENDOR: CLERK, DISTRICT COURT OF APPEAL FILING NOTICE OF APPEAL | 300.00 |
| 04/12/06 | MILEAGE/TOLLS/PARKING - VENDOR: THOMAS WARNER - 3/29/2006 THOMAS E. WARNER, PARKING FOR HEARING | 6.00 |
| 04/11/06 | WESTLAW RESEARCH | 96.67 |
| 04/11/06 | WESTLAW RESEARCH | 9.41 |
| 04/11/06 | WESTLAW RESEARCH | 3.31 |

          TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006          $664.52
                                                             ------------

                    TOTAL AMOUNT DUE THIS INVOICE      $14,072.52
                                                       ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE STORES, INC              MAY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254            REF. NO.   50116-23463
                                    INVOICE NUMBER   418887
```

**RE:  NOBLE MANAGEMENT COMPANY, STORE 2260**

```
LEGAL SERVICES POSTED THROUGH 04/30/06       $4,118.00
COSTS ADVANCED POSTED THROUGH 04/30/06         $506.38
                                            -------------
        CURRENT INVOICE TOTAL                $4,624.38
                                            ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  418887

MAY 31, 2006
REF. NO.  50116-23463
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

04/03/06  SEVERAL CORRESPONDENCE WITH TOM WARNER AND
JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮
A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

04/03/06  RECEIPT AND REVIEW OF AMENDED NOTICE OF
HEARING.
J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

04/03/06  REVIEW FILE REGARDING PERTINENT PLEADINGS;
OUTSTANDING ISSUES REGARDING PENDING ORDERS &
PREPARE FOR SUMMARY JUDGMENT MOTIONS
T. WARNER   .30 hours at  345.00 per hour.              103.50

04/04/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
▮▮▮▮▮▮▮
A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

04/05/06  RECEIPT AND REVIEW OF TRANSCRIPT ON HEARING.
J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

04/06/06  REVIEW DOCUMENTS PROVIDED BY DOLLAR GENERAL IN
CONNECTION WITH DISCOVERY.
J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

04/08/06  INITIAL REVIEW OF RECORDS PRODUCED BY DOLLAR
GENERAL.
J. R. ALDERMAN   4.30 hours at  245.00 per hour.        1053.50

04/10/06  REVIEW FILE IN CONNECTION WITH DRAFTING
RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY
JUDGMENT.
J. R. ALDERMAN   1.30 hours at  245.00 per hour.         318.50

04/10/06  REVIEW LAW ON RESTRICTIVE REAL PROPERTY
COVENANTS IN CONNECTION WITH DRAFTING RESPONSE
TO DOLLAR GENERAL'S MOTION FOR SUMMARY
JUDGMENT.
J. R. ALDERMAN   3.70 hours at  245.00 per hour.         906.50

04/10/06  DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR
SUMMARY JUDGMENT.
J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

### CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                      MAY 31, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260        REF. NO.  50116-23463
INVOICE NUMBER  418887                      PAGE    2

04/18/06  REVIEW OF FILE. INSTRUCTIONS TO KASEY PEAK, RE-
          FILING MOTIONS FOR EXTENSION OF TIME IN WHICH
          TO RESPOND TO LANDLORD'S ANSWER AND AFFIRMATIVE
          DEFENSES.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/28/06  REVIEW FILE IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT, DISCOVERY.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.         318.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $4,118.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.70 hours at | $345.00 = | 241.50 |
| JRA | J. R. ALDERMAN | 15.40 hours at | $245.00 = | 3773.00 |
| TW | T. WARNER | 0.30 hours at | $345.00 = | 103.50 |
| | TOTALS | 16.40 | | $4,118.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006


          COPYING COST                              7.00
          FAX                                      12.00
          POSTAGE                                   1.56
          TELEPHONE                                 4.53
04/05/06  COURT REPORTER CHARGE - VENDOR: ORANGE-OSCEOLA    63.19
          COURT REPORTERS COURT REPORTER CHARGES -
          TRANSCRIPT HEARING 3/2/06 M/PROTECTIVE ORDER
04/18/06  COURT REPORTER CHARGE - VENDOR: VOWELL &         418.10
          JENNINGS, INC.  - DEPO TERRI HOLDER

          TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006      $506.38
                                                         ------------

          TOTAL AMOUNT DUE THIS INVOICE      $4,624.38
                                             ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-26603
INVOICE NUMBER  418888

RE:  WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 23

LEGAL SERVICES POSTED THROUGH 04/30/06      $14,610.50
COSTS ADVANCED POSTED THROUGH 04/30/06         $962.57
                                            ------------
           CURRENT INVOICE TOTAL            $15,573.07
                                            ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   418888               PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

04/04/06   CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓
           ▓▓▓▓▓▓▓
           A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

04/05/06   RECEIPT/REVIEW AND COMPARE DEFENDANT'S PROPOSED
           SCHEDULING REPORT; ATTORNEY STRATEGY
           CONFERENCES WITH T. WARNER, A. GRUNSPAN, AND J.
           ALDERMAN REGARDING ▓▓▓▓
           S. K. SUTTON     .40 hours at  245.00 per hour.            98.00

04/05/06   TELEPHONE CALL FROM BLOODWORTH REGARDING
           REVISIONS TO SCHEDULING ORDER; INSTRUCTIONS
           REGARDING REVISIONS & COMPLIANCE
           T. WARNER    .30 hours at  345.00 per hour.               103.50

04/05/06   E-MAIL FROM BLOODWORTH REGARDING REVISED
           SCHEDULING ORDER; INSTRUCTIONS REGARDING
           FINALIZING DATES & SCHEDULE
           T. WARNER    .30 hours at  345.00 per hour.               103.50

04/06/06   LETTER FROM OPPOSING COUNSEL AND REVISE CASE
           MANAGEMENT REPORTS.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.         172.50

04/06/06   LETTER TO TOM WARNER REGARDING ▓▓▓▓▓▓
           ▓▓▓▓▓▓▓▓
           A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

04/06/06   SEVERAL CALLS AND CORRESPONDENCE REGARDING
           CONFLICT AND CASE MANAGEMENT ISSUES.
           A. M. GRUNSPAN   1.40 hours at  345.00 per hour.          483.00

04/06/06   REVIEW DOLLAR TREE FILINGS.
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

04/06/06   REVIEW LEASES PRODUCED BY DOLLAR TREE FOR
           INFORMATION RELATING TO EXCLUSIVE USE COVENANTS
           AND ANCHOR TENANT CLAUSES.
           A. P. FRY   3.40 hours at  245.00 per hour.               833.00

04/06/06   RECEIPT/REVIEW/ANALYZE DEFENDANT'S MOTION FOR
           PRELIMINARY PRETRIAL HEARING; ATTORNEY STRATEGY
           CONFERENCE WITH T. WARNER REGARDING SAME.
           S. K. SUTTON   1.00 hours at  245.00 per hour.            245.00

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   418888                   PAGE   2

04/06/06  REVIEW FILE REGARDING DISPUTE OVER SCHEDULING
          ORDER & DEADLINES; DUAL REPRESENTATION OF
          LANDLORD; ADVISE
          T. WARNER   .30 hours at  345.00 per hour.              103.50

04/06/06  SCHEDULING E-MAILS FROM ATTORNEY MOONEY
          REGARDING SCHEDULING ORDER
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  CONSULT TRIAL TEAM & ADVISE
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  STUDY SCHEDULING ORDER AND E-MAILS FROM
          BLOODWORTH.
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  REVIEW SCHEDULING ORDER AND E-MAILS FROM
          BLOODWORTH.
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  STUDY E-MAILS FROM BLOODWORTH.
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  STUDY MOTION FOR PRELIMINARY PRETRIAL
          CONFERENCE; INSTRUCTIONS REGARDING RESPONSE
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/06/06  REVIEW MOTION FOR PRELIMINARY PRETRIAL
          CONFERENCE; INSTRUCTIONS REGARDING RESPONSE
          T. WARNER   .10 hours at  345.00 per hour.               34.50

04/07/06  LETTER TO LANDLORD'S COUNSEL.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.         138.00

04/07/06  CONTACT LANDLORD'S COUNSEL.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50

04/07/06  REVIEW ORDER DENYING MOTION FOR PRETRIAL
          CONFERENCE.
          A. M. GRUNSPAN   .10 hours at  345.00 per hour.          34.50

04/07/06  SEVERAL CALLS TO CLIENT AND TOM WARNER
          REGARDING ███████████████████████████
          A. M. GRUNSPAN   .90 hours at  345.00 per hour.         310.50

04/07/06  REVIEW LEASES PRODUCED BY DOLLAR TREE.
          A. P. FRY   .10 hours at  245.00 per hour.               24.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                    PAGE   3

| Date | Description | Amount |
|---|---|---|
| 04/07/06 | ANALYZE STATISTICS RELATING TO EXCLUSIVE COVENANTS AND ANCHOR TENANT CLAUSES.<br>A. P. FRY   1.00 hours at  245.00 per hour. | 245.00 |
| 04/07/06 | CONFER WITH E. BROWN AND J. ALDERMAN REGARDING THE CREATION OF AN EXHIBIT REFLECTING SAME.<br>A. P. FRY   3.90 hours at  245.00 per hour. | 955.50 |
| 04/07/06 | RESEARCH MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY PRETRIAL HEARING.<br>S. K. SUTTON    .40 hours at  245.00 per hour. | 98.00 |
| 04/07/06 | DRAFT MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PRELIMINARY PRETRIAL HEARING.<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | ATTORNEY STRATEGY CONFERENCES WITH T. WARNER REGARDING ███████<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | STRATEGIZE WITH T. WARNER AND A. GRUNSPAN REGARDING ██████████████<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | RECEIPT ORDER DENYING DEFENDANT'S MOTION FOR PRELIMINARY PRETRIAL HEARING.<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | REVIEW ORDER DENYING DEFENDANT'S MOTION FOR PRELIMINARY PRETRIAL HEARING.<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | ATTORNEY STRATEGY CONFERENCE WITH T. WARNER.<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | RESEARCH POTENTIAL REMAINING ISSUES AND POSSIBLE APPROACHES TO TAKE WITH THE COURT TO ADDRESS THOSE ISSUES.<br>S. K. SUTTON   1.50 hours at  245.00 per hour. | 367.50 |
| 04/07/06 | RESEARCH WITHDRAWAL ISSUES AND PROCEDURE IN THE MIDDLE DISTRICT OF FLORIDA.<br>S. K. SUTTON    .50 hours at  245.00 per hour. | 122.50 |
| 04/07/06 | REVIEW FILE REGARDING CONFLICT AND WITHDRAWAL<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                    PAGE    4

04/07/06  STUDY AND REVIEW NOTICE OF ORDER DENYING MOTION
          FOR PRELIMINARY CONF
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/07/06  REVIEW FILE FILE RE CASE MANAGEMENT REPORT
          FILED AND DOLLAR TREE MOTION FOR PRELIMINARY
          PRE TRIAL CONF. INSTR RE RESPONSE AND ISSUE RE
          LL OBTAINING SEPARATE COUNSEL
          T. WARNER    .40 hours at  345.00 per hour.               138.00

04/10/06  SEVERAL CALLS TO T. WARNER AND COUNSEL FOR
          LANDLORD.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/10/06  LETTER TO SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/10/06  RESEARCH ISSUES RELATED TO TAKINGS UNDER THE
          FLORIDA STATUTES AND FLORIDA CASE LAW FOR
          RESPONSE TO MOTION FOR SUMMARY JUDGMENT.
          A. P. FRY   3.20 hours at  245.00 per hour.               784.00

04/10/06  REVIEW COMPILATION OF ALL LEASES PRODUCED BY
          DOLLAR TREE, EXCLUDING SUBLEASES.
          A. P. FRY   1.00 hours at  245.00 per hour.               245.00

04/10/06  CREATE EXHIBIT SUMMARIZING SAME.
          A. P. FRY   1.00 hours at  245.00 per hour.               245.00

04/10/06  DRAFT CHART SUMMARIZING STATISTICS RELATED TO
          LEASES PRODUCED AND COVENANTS CONTAINED
          THEREIN.
          A. P. FRY   3.00 hours at  245.00 per hour.               735.00

04/10/06  STUDY AND REVIEW CASE MANAGEMENT ORDER;
          INSTRUCTIONS
          T. WARNER    .20 hours at  345.00 per hour.                69.00

04/10/06  REVIEW FILE REGARDING STATUS OF SCHEDULING
          ORDER & MOTION TO WITHDRAW; E-MAIL FROM
          GRUNSPAN REGARDING ▇▇▇▇▇▇▇▇▇▇▇▇
          T. WARNER    .20 hours at  345.00 per hour.                69.00

04/11/06  RESEARCH FLORIDA CASE LAW REGARDING POSSIBLE
          CONSTITUTIONAL ISSUES IN FLORIDA STATUTES
          RELATING TO THE "SINGLE SUBJECT CLAUSE" OF THE
          FLORIDA CONSTITUTION.
          A. P. FRY    .50 hours at  245.00 per hour.               122.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                    PAGE   5

04/11/06  RESEARCH FEDERAL CASE LAW REGARDING POSSIBLE
          CONSTITUTIONAL ISSUES IN FLORIDA STATUTES
          RELATING TO THE "SINGLE SUBJECT CLAUSE" OF THE
          FLORIDA CONSTITUTION.
          A. P. FRY   1.00 hours at  245.00 per hour.                245.00

04/11/06  CONFER WITH J. ALDERMAN REGARDING ▮▮▮▮▮▮
          A. P. FRY   2.00 hours at  245.00 per hour.                490.00

04/12/06  RESEARCH FLORIDA TAKINGS LAW FOR SPECIFIC
          LANGUAGE RELATING THERETO FOR INSERTION IN
          BRIEF IN OPPOSITION TO MOTION FOR SUMMARY
          JUDGMENT PER INSTRUCTIONS OF J. ALDERMAN.
          A. P. FRY   1.20 hours at  245.00 per hour.                294.00

04/14/06  LETTER TO LANDLORD'S COUNSEL REGARDING CASE
          MANAGEMENT ORDER AND WITHDRAWAL AS COUNSEL.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.            103.50

04/17/06  LETTER TO LANDLORD'S COUNSEL REGARDING
          SUBSTITUTION.
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.             69.00

04/18/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
          ▮▮▮▮▮▮▮
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.            138.00

04/18/06  CONTACTED BY SEVERAL NEW COUNSEL FOR LANDLORD.
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.             69.00

04/18/06  LETTER TO SAME.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.            103.50

04/18/06  CORRESPONDENCE WITH SAME.
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.             69.00

04/18/06  RESEARCH MOTION FOR LEAVE TO WITHDRAW AS
          COUNSEL OF RECORD FOR PLAINTIFF RDI DEVELOPERS,
          L.L.C.
          S. K. SUTTON   .50 hours at  245.00 per hour.             122.50

04/18/06  DRAFT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
          OF RECORD FOR PLAINTIFF RDI DEVELOPERS, L.L.C.
          S. K. SUTTON   .50 hours at  245.00 per hour.             122.50

04/18/06  DRAFT LETTERS NOTIFYING CLIENT OF ▮▮▮▮▮▮
          ▮▮▮▮▮▮
          S. K. SUTTON   .50 hours at  245.00 per hour.             122.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                    PAGE    6

04/18/06  DRAFT LETTERS NOTIFYING OPPOSING COUNSEL OF
          INTENT TO WITHDRAW.
          S. K. SUTTON    .50 hours at  245.00 per hour.              122.50

04/18/06  DRAFT PROPOSED NOTICE OF APPEARANCE FOR
          SUBSTITUTE COUNSEL.
          S. K. SUTTON    .50 hours at  245.00 per hour.              122.50

04/18/06  ATTORNEY STRATEGY CONFERENCES WITH J. ALDERMAN
          AND A. GRUNSPAN REGARDING █████████████████
          S. K. SUTTON    .50 hours at  245.00 per hour.              122.50

04/18/06  RF AND INSTR RE PREPARING SUBSTITUTION OF
          COUNSEL
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

04/19/06  LETTER TO LANDLORD'S COUNSEL REGARDING SEVERAL
          PROSPECTIVE COUNSEL.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

04/19/06  SEVERAL CORRESPONDENCE WITH S. SUTTON REGARDING
          ██████████████████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

04/19/06  REVISE SEVERAL NOTICE LETTERS TO LANDLORD.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

04/19/06  REVISE SEVERAL NOTICE LETTERS TO PLAINTIFF'S
          COUNSEL.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

04/19/06  SEVERAL CORRESPONDENCE WITH S. SUTTON REGARDING
          ███████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

04/19/06  REVIEW/REVISE AND FINALIZE LETTER TO OPPOSING
          COUNSEL NOTIFYING OF OUR INTENT TO MOVE TO
          WITHDRAW.
          S. K. SUTTON    .50 hours at  245.00 per hour.              122.50

04/19/06  ATTORNEY STRATEGY CONFERENCES WITH J. ALDERMAN
          REGARDING ██████████████████████
          S. K. SUTTON    .30 hours at  245.00 per hour.               73.50

04/19/06  REVIEW FILE REGARDING COMPLIANCE WITH
          SCHEDULING ORDER - MANDATORY DISCLOSURES
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                    PAGE    7

04/20/06  SEVERAL CORRESPONDENCE WITH S. SUTTON REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

04/20/06  SEVERAL CONTACTS WITH NEW COUNSEL FOR LANDLORD
          AND SHIPLEY REGARDING INITIAL DISCLOSURES AND
          STRATEGIES.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

04/21/06  SEVERAL CALLS TO LANDLORD'S COUNSEL REGARDING
          SUBSTITUTION AND DISCLOSURES REQUIRED BY ORDER.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/24/06  STUDY AND REVIEW LETTER FROM GRUNSPAN TO
          ATTORNEY KRISS REGARDING WITHDRAWAL OF
          REPRESENTATION FOR LANDLORD
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/25/06  CONTACT DAVID J. SMITH REGARDING ████████████
          ████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

04/25/06  CORRESPONDENCE WITH S. SUTTON REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/25/06  PREPARE INITIAL DISCLOSURES.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/25/06  MULTIPLE E-MAILS TO/FROM AMG RE: ████████████
          ████████████████████████
          D. J. SMITH    .40 hours at  245.00 per hour.              98.00

04/25/06  PREPARE DRAFT RULE 26(A) PRETRIAL DISCLOSURE AT
          REQUEST OF AMG.
          D. J. SMITH    1.10 hours at  245.00 per hour.            269.50

04/25/06  REVIEW FILE AND FACTUAL MATERIALS IN FILE IN
          PREPARATION FOR RULE 26(A) DISCLOSURES.
          D. J. SMITH    .60 hours at  245.00 per hour.             147.00

04/25/06  REVIEW MOTION TO WITHDRAW AS COUNSEL OF RECORD
          FOR RDI DEVELOPERS.
          S. K. SUTTON    .40 hours at  245.00 per hour.             98.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE STORES, INC                      MAY 31, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  418888                      PAGE   8

04/25/06  REVISE MOTION TO WITHDRAW AS COUNSEL OF RECORD
          FOR RDI DEVELOPERS.
          S. K. SUTTON     .20 hours at  245.00 per hour.            49.00

04/25/06  COMMUNICATE WITH OPPOSING COUNSEL REGARDING
          MOTION FOR EXTENSION TO FILE INITIAL
          DISCLOSURES.
          S. K. SUTTON     .20 hours at  245.00 per hour.            49.00

04/25/06  RESEARCH SAME.
          S. K. SUTTON     .30 hours at  245.00 per hour.            73.50

04/25/06  DRAFT SAME.
          S. K. SUTTON     .30 hours at  245.00 per hour.            73.50

04/26/06  SEVERAL CORRESPONDENCE WITH LANDLORD'S COUNSEL
          AND CONTACT SAME REGARDING DISCLOSURES AND
          SUBSTITUTE COUNSEL.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

04/26/06  REVISE INITIAL DISCLOSURES.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.           207.00

04/26/06  LETTER TO CLIENT REGARDING ███████████
          ███████████
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.           138.00

04/27/06  SEVERAL CORRESPONDENCE AND CALLS WITH G.
          SHIPLEY REGARDING COMPLAINT, APPEARANCE,
          DISCOVERY AND INITIAL DISCLOSURES.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

04/27/06  SEVERAL CALLS TO NEW COUNSEL FOR LANDLORD AND
          CORRESPONDENCE WITH CLIENT REGARDING REQUIRED
          DISCLOSURES.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.           138.00

04/28/06  REVIEW MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
          OF RECORD FOR RDI.
          S. K. SUTTON     .20 hours at  245.00 per hour.            49.00

04/28/06  REVISE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
          OF RECORD FOR RDI.
          S. K. SUTTON     .20 hours at  245.00 per hour.            49.00

04/28/06  FINALIZE MOTION FOR LEAVE TO WITHDRAW AS
          COUNSEL OF RECORD FOR RDI.
          S. K. SUTTON     .20 hours at  245.00 per hour.            49.00

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | MAY 31, 2006 |
| WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603 | |
| INVOICE NUMBER  418888 | PAGE  9 |

04/28/06  RESEARCH LAW IN SUPPORT OF SAME.
          S. K. SUTTON    .40 hours at  245.00 per hour.         98.00

04/28/06  STUDY AND REVIEW MOTION TO WITHDRAW;
          INSTRUCTIONS REGARDING FILING
          T. WARNER    .20 hours at  345.00 per hour.         69.00


        TOTAL FEES FOR PROFESSIONAL SERVICES      $14,610.50

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 13.20 hours at | $345.00 = | | 4554.00 |
| DJS | D. J. SMITH | 2.10 hours at | $245.00 = | | 514.50 |
| APF | A. P. FRY | 21.30 hours at | $245.00 = | | 5218.50 |
| SKS | S. K. SUTTON | 13.00 hours at | $245.00 = | | 3185.00 |
| TW | T. WARNER | 3.30 hours at | $345.00 = | | 1138.50 |
| | TOTALS | 52.90 | | | $14,610.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006

| | | |
|---|---|---|
| | COPYING COST | 2.60 |
| | FAX | 13.00 |
| | POSTAGE | 0.39 |
| | TELEPHONE | 8.15 |
| 04/18/06 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC. | 50.00 |
| 04/07/06 | WESTLAW RESEARCH | 318.62 |
| 04/07/06 | WESTLAW RESEARCH | 53.84 |
| 04/07/06 | WESTLAW RESEARCH | 43.97 |
| 04/07/06 | WESTLAW RESEARCH | 19.34 |
| 04/07/06 | WESTLAW RESEARCH | 6.79 |
| 04/07/06 | WESTLAW RESEARCH | 4.71 |
| 04/25/06 | WESTLAW RESEARCH | 1.35 |
| 04/25/06 | WESTLAW RESEARCH | 0.46 |
| 04/25/06 | WESTLAW RESEARCH | 13.76 |
| 04/25/06 | WESTLAW RESEARCH | 9.54 |
| 04/25/06 | WESTLAW RESEARCH | 8.37 |
| 04/25/06 | WESTLAW RESEARCH | 23.80 |
| 04/25/06 | WESTLAW RESEARCH | 278.68 |
| 04/25/06 | WESTLAW RESEARCH | 105.20 |

      TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006     $962.57
                                        - - - - - - - - - - - -

           **TOTAL AMOUNT DUE THIS INVOICE**     **$15,573.07**
                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

MAY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23460
INVOICE NUMBER   418883

RE:  SARRIA HOLDINGS II, INC, STORE 330

LEGAL SERVICES POSTED THROUGH 04/30/06         $1,004.50
COSTS ADVANCED POSTED THROUGH 04/30/06             $.00
                                               ------------
        CURRENT INVOICE TOTAL                  $1,004.50
                                               ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
SARRIA HOLDINGS II, INC, STORE 330        REF. NO.  50116-23460
INVOICE NUMBER  418883                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**


04/21/06  REVIEW FILES AND PREPARE RESPONSE TO AMG
          INQUIRES RE: SARRIA STORES.
          D. J. SMITH    .50 hours at  245.00 per hour.              122.50

04/25/06  REVIEW CASE LAW IN CONNECTION WITH MOTIONS FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN   3.60 hours at  245.00 per hour.           882.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $1,004.50


ATTORNEY FEE SUMMARY

  DJS     D. J. SMITH        0.50 hours at  $245.00 =          122.50
  JRA     J. R. ALDERMAN     3.60 hours at  $245.00 =          882.00
          TOTALS             4.10                          $1,004.50

                                                         ------------

          TOTAL AMOUNT DUE THIS INVOICE              $1,004.50
                                                         ============


# CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              MAY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-28227
                                    INVOICE NUMBER  418885
```

RE:  CONCORD FUND IV RETAIL, LP, LEASE LITIGATION

```
LEGAL SERVICES POSTED THROUGH 04/30/06      $3,454.50
COSTS ADVANCED POSTED THROUGH 04/30/06          $20.46
                                            ------------
        CURRENT INVOICE TOTAL               $3,474.96
                                            ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.  50116-28227
INVOICE NUMBER   418885                   PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

04/03/06  REVIEW LETTER FROM PLAINTIFFS' BANKRUPTCY
          COUNSEL TO CYNDI JACKSON
          N. T. MCLACHLAN      .10 hours at  245.00 per hour.           24.50

04/03/06  PHONE CALL WITH PLAINTIFF'S COUNSEL REGARDING
          POSSIBLE SETTLEMENT, ESTIMATED TIME TO COMPLETE
          WORK
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

04/03/06  CORRESPOND WITH CLIENTS REGARDING ESTIMATED
          TIME TO COMPLETE LIGHTING WORK
          N. T. MCLACHLAN      .60 hours at  245.00 per hour.          147.00

04/03/06  PHONE CALL WITH CINDY JACKSON REGARDING
          ███████████████████████████████████████
          N. T. MCLACHLAN      .20 hours at  245.00 per hour.           49.00

04/03/06  PHONE CALL WITH PLAINTIFF'S COUNSEL REGARDING
          ESTIMATED TIME FOR COMPLETION OF WORK, EFFECT
          OF COOPERATION BY PHOENIX ELECTRIC
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

04/03/06  CORRESPOND WITH JAY CASTLE REGARDING ███████
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

04/03/06  CORRESPOND WITH CYNDI JACKSON REGARDING ██████
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

04/04/06  CONFERENCE CALL REGARDING SETTLEMENT ISSUES
          N. T. MCLACHLAN      .70 hours at  245.00 per hour.          171.50

04/04/06  PHONE CONFERENCE WITH TOM LEHMAN AND CYNDI
          JACKSON REGARDING ██████████████████████████
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

04/04/06  REVIEW WINN DIXIE/ATTAWAY PROPOSAL; LETTER TO
          CLIENTS REGARDING ██████ CONFERENCE CALL WITH TO
          ADDRESS SETTLEMENT ISSUES
          N. T. MCLACHLAN      .30 hours at  245.00 per hour.           73.50

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        MAY 31, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.  50116-28227
INVOICE NUMBER  418885                        PAGE   2

04/05/06  DRAFT STIPULATION
          N. T. MCLACHLAN   1.50 hours at  245.00 per hour.            367.50

04/10/06  REVIEW LANDLORD'S PROPOSED STIPULATION
          N. T. MCLACHLAN    .40 hours at  245.00 per hour.             98.00

04/10/06  REVISE DRAFT STIPULATION
          N. T. MCLACHLAN   1.40 hours at  245.00 per hour.            343.00

04/12/06  CORRESPOND WITH JAY CASTLE REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN    .20 hours at  245.00 per hour.             49.00

04/12/06  CORRESPOND WITH CLAUDE CABEZA REGARDING
          INSPECTION OF FIXTURES BY PHOENIX ELECTRIC CO.
          N. T. MCLACHLAN    .40 hours at  245.00 per hour.             98.00

04/12/06  PHONE CALL WITH OPPOSING COUNSEL REGARDING
          SCHEDULED INSPECTION OF FIXTURES, DRAFT
          AGREEMENT, FURTHER EXTENSION OF TIME TO RESPOND
          TO EVICTION COMPLAINT; REVIEW LETTER CONFIRMING
          EXTENSION OF TIME
          N. T. MCLACHLAN    .30 hours at  245.00 per hour.             73.50

04/12/06  REVISE PROPOSED STIPULATION
          N. T. MCLACHLAN   1.60 hours at  245.00 per hour.            392.00

04/12/06  LETTER TO CLIENTS REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN    .20 hours at  245.00 per hour.             49.00

04/13/06  CONFERENCE WITH ALAN GRUNSPAN REGARDING ▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN    .20 hours at  245.00 per hour.             49.00

04/13/06  REVIEW LETTER FROM PLAINTIFF'S COUNSEL
          REGARDING INSISTENCE ON STIPULATION TO JUDGMENT
          IF REPAIRS NOT COMPLETE BY AUGUST 1
          N. T. MCLACHLAN    .10 hours at  245.00 per hour.             24.50

04/13/06  REVIEW LETTER FROM CLAUDE CABEZA REGARDING
          INSPECTION OF ITEMS PURCHASED BY PHOENIX
          ELECTRIC
          N. T. MCLACHLAN    .10 hours at  245.00 per hour.             24.50

04/14/06  LETTER TO JAY CASTLE REGARDING ▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN    .30 hours at  245.00 per hour.             73.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    MAY 31, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.  50116-28227
INVOICE NUMBER  418885                    PAGE   3

04/17/06  PHONE CALL WITH OPPOSING COUNSEL REGARDING
          DEFAULT PROVISIONS, POSSIBLE ALTERNATIVES
          N. T. MCLACHLAN     .30 hours at  245.00 per hour.        73.50

04/17/06  CORRESPOND WITH JAY CASTLE REGARDING ▮▮▮▮▮▮
          N. T. MCLACHLAN     .30 hours at  245.00 per hour.        73.50

04/18/06  PHONE CALLS WITH KEITH CHERRY REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN     .40 hours at  245.00 per hour.        98.00

04/19/06  FINAL REVIEW OF AND REVISIONS TO ANSWER AND
          AFFIRMATIVE DEFENSES
          N. T. MCLACHLAN     .50 hours at  245.00 per hour.       122.50

04/19/06  DRAFT LETTER TO OPPOSING COUNSEL REGARDING
          ANSWER AND DEFENSES, POSSIBLE ALTERNATIVE
          SETTLEMENT TERMS
          N. T. MCLACHLAN    1.30 hours at  245.00 per hour.       318.50

04/20/06  LETTER TO JAY CASTLE AND KEITH CHERRY REGARDING
          ▮▮▮▮▮▮
          N. T. MCLACHLAN     .50 hours at  245.00 per hour.       122.50

04/21/06  CORRESPOND WITH JAY CASTLE AND KEITH CHERRY
          REGARDING ▮▮▮▮▮▮
          N. T. MCLACHLAN     .40 hours at  245.00 per hour.        98.00

04/21/06  PHONE CALL WITH CYNDI JACKSON REGARDING ▮▮▮▮▮▮
          ▮▮▮▮▮▮
          N. T. MCLACHLAN     .30 hours at  245.00 per hour.        73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $3,454.50

## ATTORNEY FEE SUMMARY

NTM    N. T. MCLACHLAN        14.10 hours at   $245.00 =      3454.50
       TOTALS                 14.10                        $3,454.50

# CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                    MAY 31, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.  50116-28227
INVOICE NUMBER  418885                          PAGE   4


**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**


| | |
|---|---:|
| COPYING COST | 7.00 |
| FAX | 12.00 |
| POSTAGE | 0.56 |
| TELEPHONE | 0.90 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006            $20.46
                                                        ------------

**TOTAL AMOUNT DUE THIS INVOICE     $3,474.96**
                                    ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   422169


RE:  BANKRUPTCY


LEGAL SERVICES POSTED THROUGH 05/31/06            $833.00
COSTS ADVANCED POSTED THROUGH 05/31/06            $227.80
                                              ------------

        CURRENT INVOICE TOTAL            $1,060.80
                                         ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   422169

JUNE 27, 2006
REF. NO.   49761-23399
PAGE     1

**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006**

04/10/06   PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY
           COURT BY REDACTION OF ATTORNEY-CLIENT
           PRIVILEGED MATERIALS.
           D. J. SMITH   1.00 hours at  245.00 per hour.          245.00

05/09/06   PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY
           COURT.
           D. J. SMITH   .90 hours at  245.00 per hour.           220.50

05/22/06   REVIEW WINN-DIXIE'S MOTION FOR SUMMARY
           JUDGMENT, AFFIDAVIT, AND LANDLORD'S MOTION FOR
           SUMMARY JUDGMENT IN BANKRUPTCY ADVERSARY CASE
           AT REQUEST OF AMG.
           D. J. SMITH   1.20 hours at  245.00 per hour.          294.00

05/22/06   CONFERENCE WITH AMG RE: ██████████████████
           █████████████████████████
           D. J. SMITH   .30 hours at  245.00 per hour.            73.50

           TOTAL FEES FOR PROFESSIONAL SERVICES               $833.00

ATTORNEY FEE SUMMARY

   DJS     D. J. SMITH        3.40 hours at   $245.00 =          833.00
           TOTALS             3.40                            $833.00

**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**

   COPYING COST                           195.40
   POSTAGE                                 32.40

   TOTAL COSTS AS POSTED THROUGH MAY 31, 2006             $227.80
                                                       ------------

           **TOTAL AMOUNT DUE THIS INVOICE**          **$1,060.80**
                                                       ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  422171

RE:  DOLGENCORP, INC, STORE 221

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 05/31/06 | $7,923.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/06 | $599.05 |
| | ------------ |
| CURRENT INVOICE TOTAL | $8,522.55 |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   422171

JUNE 27, 2006
REF. NO.   50116-23449
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

05/01/06   REVIEW OF TRANSCRIPT OF HEARING ON MOTION FOR
           REHEARING.
           D. A. MORANDE     .20 hours at   245.00 per hour.          49.00

05/02/06   REVIEW DOCKETING STATEMENT.
           D. A. MORANDE     .20 hours at   245.00 per hour.          49.00

05/02/06   FILE DOCKETING STATEMENT.
           D. A. MORANDE     .20 hours at   245.00 per hour.          49.00

05/02/06   PREPARATION OF INTERNAL BRIEFING SCHEDULE;
           REVISION OF OUTLINE FOR INITIAL BRIEF TO THE
           FOURTH DISTRICT COURT OF APPEAL.
           D. A. MORANDE   1.90 hours at   245.00 per hour.          465.50

05/02/06   REVIEW & APPROVE DOCKETING STATEMENT
           T. WARNER     .20 hours at   345.00 per hour.              69.00

05/03/06   PREPARATION OF INITIAL BRIEF TO THE FOURTH
           DISTRICT COURT OF APPEAL.
           D. A. MORANDE   2.50 hours at   245.00 per hour.          612.50

05/03/06   BEGIN EXAMINING AND LOGGING DEFENDANT
           DOCUMENTS.
           L. GOLDSTEIN*   7.10 hours at   85.00 per hour.           603.50

05/04/06   CONTACT JASON ALDERMAN REGARDING ███████
           A. M. GRUNSPAN     .30 hours at   345.00 per hour.        103.50

05/04/06   REVIEW FILE REGARDING ACTION PLAN & SCHEDULE
           FOR INITIAL BRIEF
           T. WARNER     .20 hours at   345.00 per hour.              69.00

05/05/06   DRAFT, REVISE, EDIT AMICUS SUMMARY.
           J. R. ALDERMAN   3.80 hours at   245.00 per hour.         931.00

05/05/06   CONTINUE EXAMINING AND LOGGING DEFENDANT
           DOCUMENTS.
           L. GOLDSTEIN*   11.40 hours at   85.00 per hour.          969.00

05/06/06   CONTINUE EXAMINING AND LOGGING DEFENDANT
           DOCUMENTS.
           L. GOLDSTEIN*   6.00 hours at   85.00 per hour.           510.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   422171

JUNE 27, 2006
REF. NO.  50116-23449
PAGE    2

| | | |
|---|---|---|
| 05/08/06 | STATUS CONFERENCE WITH AMG. DISCUSS ▨▨▨▨▨ <br> J. R. ALDERMAN   .30 hours at  245.00 per hour. | 73.50 |
| 05/09/06 | REVISE PROPOSED MEMORANDUM. <br> A. M. GRUNSPAN   1.40 hours at  345.00 per hour. | 483.00 |
| 05/09/06 | PREPARATION OF INITIAL BRIEF TO THE FOURTH <br> DISTRICT COURT OF APPEAL. <br> D. A. MORANDE   1.60 hours at  245.00 per hour. | 392.00 |
| 05/10/06 | CONTACT JASON ALDERMAN REGARDING ▨▨▨▨ <br> ▨▨▨▨▨ <br> A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 05/10/06 | PREPARATION OF AND LEGAL RESEARCH REGARDING <br> INITIAL BRIEF TO THE FOURTH DISTRICT COURT OF <br> APPEAL. <br> D. A. MORANDE   .20 hours at  245.00 per hour. | 49.00 |
| 05/11/06 | STUDY PROPOSED OUTLINE FOR INITIAL BRIEF. <br> T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 05/11/06 | REVIEW PROPOSED OUTLINE FOR INITIAL BRIEF. <br> T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 05/11/06 | STUDY MEMOS & COURT ORDERS IN GLASRUD REGARDING <br> PRESENTATION OF SAME ISSUES ON APPEAL <br> T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 05/11/06 | REVIEW MEMOS & COURT ORDERS IN GLASRUD <br> REGARDING PRESENTATION OF SAME ISSUES ON <br> APPEAL; INSTRUCTIONS REGARDING DRAFT OUTLINE <br> T. WARNER   .40 hours at  345.00 per hour. | 138.00 |
| 05/16/06 | STUDY AND REVIEW AMICUS POSITION PAPER & <br> SUGGEST COMMENTS & REVISIONS <br> T. WARNER   .40 hours at  345.00 per hour. | 138.00 |
| 05/17/06 | REVISE, EDIT AMICUS. <br> J. R. ALDERMAN   .80 hours at  245.00 per hour. | 196.00 |
| 05/22/06 | DRAFT, REVISE, EDIT AMICUS. <br> J. R. ALDERMAN   .80 hours at  245.00 per hour. | 196.00 |
| 05/23/06 | STUDY AND REVIEW INDEX TO RECORD ON APPEAL; <br> INSTRUCTIONS <br> T. WARNER   .20 hours at  345.00 per hour. | 69.00 |

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  422171

JUNE 27, 2006
REF. NO.  50116-23449
PAGE  3

05/26/06 CONTACT DAVID J. SMITH REGARDING ███████████

        A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

05/26/06 REVIEW AND ANALYSIS OF INDEX TO RECORD ON
        APPEAL.
        D. A. MORANDE    .20 hours at  245.00 per hour.          49.00

05/26/06 CONFER WITH AMG AND DJS, RE-███████████
        J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

05/26/06 REVIEW RESTATEMENT 3RD ON REAL PROPERTY,
        PARTICULARLY PROVISION RELATING TO RESTRICTIVE
        REAL PROPERTY MERCANTILE EXCLUSIVES,
        ENFORCEABILITY UNDER ANTI-TRUST LAWS.
        J. R. ALDERMAN    3.10 hours at  245.00 per hour.         759.50

05/30/06 CONTACT DAVID J. SMITH REGARDING ███████████
        A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

05/30/06 CONFER WITH AMG, RE-███████████
        J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

05/31/06 REVIEW CONFLICTING ISSUES REGARDING ███████████
        A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

05/31/06 REVIEW AND ANALYSIS OF RECENT DECISION
        DISCUSSING THE SCOPE OF THE STATUTE GOVERNING
        CERTAIN RESTRICTIVE COVENANTS; CONFERENCE WITH
        COUNSEL REGARDING SAME.
        D. A. MORANDE    .30 hours at  245.00 per hour.          73.50

        TOTAL FEES FOR PROFESSIONAL SERVICES       $7,923.50

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.30 hours at | $345.00 | = | 1138.50 |
| DAM | D. A. MORANDE | 7.30 hours at | $245.00 | = | 1788.50 |
| JRA | J. R. ALDERMAN | 9.50 hours at | $245.00 | = | 2327.50 |
| LG* | L. GOLDSTEIN* | 24.50 hours at | $85.00 | = | 2082.50 |
| TW | T. WARNER | 1.70 hours at | $345.00 | = | 586.50 |
| | TOTALS | 46.30 | | | $7,923.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  422171

JUNE 27, 2006
REF. NO.  50116-23449
PAGE    4

**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**

|  |  |  |
|---|---|---|
|  | COPYING COST | 182.40 |
|  | FAX | 6.00 |
|  | POSTAGE | 13.50 |
|  | TELEPHONE | 0.45 |
| 05/08/06 | COURT REPORTER CHARGE - VENDOR: PRECISION REPORTING OF SOUTH FLORIDA, INC. , COURT REPORTER ATTENDANCE/TRANSCRIPT FEES | 201.70 |
| 05/05/06 | FILING/RECORDING FEE - VENDOR: IRENA STARAS-PETTY CASH  - FILING NOTICE OF APPEAL 4/18/06 | 19.50 |
| 05/25/06 | FILING/RECORDING FEE - VENDOR: SHARON R. BOCK - INDEX TO RECORD ON APPEAL | 173.50 |
| 05/05/06 | COPYING COST - VENDOR: IRENA STARAS-PETTY CASH - COPY FEE | 2.00 |

TOTAL COSTS AS POSTED THROUGH MAY 31, 2006          $599.05
                                                   ------------

**TOTAL AMOUNT DUE THIS INVOICE          $8,522.55**
                                        ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23453
INVOICE NUMBER   422172

**RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,**

LEGAL SERVICES POSTED THROUGH 05/31/06          $10,793.50
COSTS ADVANCED POSTED THROUGH 05/31/06              $10.92
                                              ------------

        **CURRENT INVOICE TOTAL          $10,804.42**
                                              ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                         JUNE 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  422172                         PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

05/01/06  SEVERAL CORRESPONDENCE WITH CLIENTS AND COUNSEL
          FOR LANDLORD REGARDING SETTLEMENT DOCUMENTS AND
          DOLLAR GENERAL SETTLEMENT.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

05/01/06  SEVERAL CORRESPONDENCE WITH D. DROBNER
          REGARDING ██████████████████████PREPARE
          DOCUMENTS FOR SAME.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

05/01/06  REVIEW CLIENT'S EXCLUSIVE LANGUAGE AND PRIOR
          AMENDMENTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

05/01/06  REVIEW FILE IN CONNECTION WITH DRAFTING
          RESPONSE TO MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

05/01/06  CONFER WITH ALAN GRUNSPAN, RE-████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

05/02/06  WINN-DIXIE - SANDIFER - WORKED ON SECOND
          AMENDMENT TO LEASE - REVIEWED EXISTING LEASE
          AND AMENDMENT
          R. S. FLICKER   4.60 hours at  245.00 per hour.        1127.00

05/03/06  SEVERAL LETTERS TO COUNSEL FOR LANDLORD
          REGARDING SETTLEMENT WITH DOLLAR GENERAL AND
          CONTACT DAVID DROBNER REGARDING LEASE
          MODIFICATIONS.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

05/03/06  WINN-DIXIE - SANDIFER - WORKED ON SECOND
          AMENDMENT TO LEASE - REVIEWED EXISTING LEASE
          AND AMENDMENT
          R. S. FLICKER    .80 hours at  245.00 per hour.        196.00

05/04/06  WINN-DIXIE - SANDIFER - WORKED ON SECOND
          AMENDMENT TO LEASE - REVIEWED EXISTING LEASE
          AND AMENDMENT
          R. S. FLICKER   1.30 hours at  245.00 per hour.        318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   422172                   PAGE    2

| | | |
|---|---|---:|
| 05/08/06 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND<br>DAVID DROBNER REGARDING ███████<br>A. M. GRUNSPAN    .20 hours at   345.00 per hour. | 69.00 |
| 05/08/06 | REVIEW FILE, CONFER WITH AMG, RE-███████<br>J. R. ALDERMAN    .30 hours at   245.00 per hour. | 73.50 |
| 05/08/06 | CONFER WITH DAVID DROBNER AND AMG, RE-███████<br>████████<br>J. R. ALDERMAN    .70 hours at   245.00 per hour. | 171.50 |
| 05/08/06 | ANALYZE ISSUES, RE- ADDENDUM TO WINN-DIXIE<br>LEASE, CHANGE OF GROCERY EXCLUSIVE, AND<br>DEFINING "GROCERIES".<br>J. R. ALDERMAN    .70 hours at   245.00 per hour. | 171.50 |
| 05/08/06 | WINN-DIXIE STORES, INC. / 161 SANDIFER -<br>CONTINUED PREPARATION OF LEASE AMENDMENT.<br>FINALIZE DOCUMENT.<br>D. S. DROBNER   5.80 hours at   345.00 per hour. | 2001.00 |
| 05/09/06 | SEVERAL CALLS TO OPPOSING COUNSEL REGARDING<br>DOLLAR GENERAL SETTLEMENT.<br>A. M. GRUNSPAN    .20 hours at   345.00 per hour. | 69.00 |
| 05/09/06 | REVIEWED AND REVISED SECOND AMENDMENT TO LEASE<br>-<br>R. S. FLICKER    .40 hours at   245.00 per hour. | 98.00 |
| 05/09/06 | FURTHER DISCUSSIONS WITH JASON ALDERMAN ABOUT<br>████████████████<br>D. S. DROBNER    .20 hours at   345.00 per hour. | 69.00 |
| 05/10/06 | CONTACT JASON ALDERMAN REGARDING ███████<br>████████<br>A. M. GRUNSPAN    .20 hours at   345.00 per hour. | 69.00 |
| 05/10/06 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND<br>DAVID DROBNER REGARDING ███████<br>████████<br>A. M. GRUNSPAN    .70 hours at   345.00 per hour. | 241.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                         JUNE 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   422172                        PAGE    3

| Date | Description | Amount |
|---|---|---|
| 05/10/06 | SEVERAL CORRESPONDENCE REGARDING LEASE MODIFICATION TERMS REGARDING INDEMNITY DEFINITIONS, COSTS AND LIQUIDATED DAMAGES.<br>A. M. GRUNSPAN   1.10 hours at  345.00 per hour. | 379.50 |
| 05/10/06 | RF RE STATUS OF CASE AND AMENDMENTS TO LEASE RE LIQUIDATED DAMAGES AND INJUNCTION ISSUES<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 05/10/06 | CONTINUED DISCUSSIONS WITH JASON ALDERMAN RE ██████████████████████████████<br>D. S. DROBNER   .30 hours at  345.00 per hour. | 103.50 |
| 05/21/06 | CONTINUED PREPARATION OF LEASE AMENDMENT, FURTHER MODIFYING PER SPECIFIC ADDITIONAL INFORMATION FROM ALAN GRUNSPAN RE SPECIFIC WINN DIXIE WISHES AND NEEDS.<br>D. S. DROBNER   1.80 hours at  345.00 per hour. | 621.00 |
| 05/22/06 | REVISE SETTLEMENT DOCUMENTS.<br>A. M. GRUNSPAN   1.80 hours at  345.00 per hour. | 621.00 |
| 05/23/06 | CONTINUE TO REVISE SETTLEMENT DOCUMENTS.<br>A. M. GRUNSPAN   2.10 hours at  345.00 per hour. | 724.50 |
| 05/23/06 | LETTER TO OPPOSING COUNSEL REGARDING DOLLAR GENERAL STATUS.<br>A. M. GRUNSPAN   .10 hours at  345.00 per hour. | 34.50 |
| 05/23/06 | PRELIMINARY DISCUSSIONS WITH ALAN GRUNSPAN RE ██████████████████████████████<br>D. S. DROBNER   .20 hours at  345.00 per hour. | 69.00 |
| 05/24/06 | MEET WITH DAVID DROBNER REGARDING ███████<br>A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 05/24/06 | REVISE SETTLEMENT DOCUMENTS.<br>A. M. GRUNSPAN   .70 hours at  345.00 per hour. | 241.50 |
| 05/24/06 | MEET WITH ALAN; FURTHER REVISIONS TO AND PREPARATION OF LEASE AMENDMENT CONSISTENT WITH ADDITIONAL INFORMATION, CONCERNS, AND NEEDS OF WINN-DIXIE AS FURTHER CLARIFIED.<br>D. S. DROBNER   4.30 hours at  345.00 per hour. | 1483.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   422172                    PAGE    4

| | | | |
|---|---|---|---|
| 05/25/06 | REVISE SCHEDULE B TO SHORT FORM. | | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | | 172.50 |
| 05/25/06 | CORRESPONDENCE TO OPPOSING COUNSEL AND CLIENTS REGARDING STATUS OF SETTLEMENT DOCUMENTS. | | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | | 103.50 |
| 05/26/06 | REVIEW DOCUMENTS IN CONNECTION WITH DISCOVERY. ORGANIZE FILE. | | |
| | J. R. ALDERMAN    .70 hours at  245.00 per hour. | | 171.50 |
| 05/30/06 | LETTER TO OPPOSING COUNSEL REGARDING SETTLEMENT DOCUMENTS. | | |
| | A. M. GRUNSPAN    .10 hours at  345.00 per hour. | | 34.50 |
| 05/31/06 | CONTACT OPPOSING COUNSEL REGARDING SETTLEMENT DOCUMENTS. | | |
| | A. M. GRUNSPAN    .10 hours at  345.00 per hour. | | 34.50 |

                 TOTAL FEES FOR PROFESSIONAL SERVICES          $10,793.50

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 11.10 hours at | $345.00 = | 3829.50 |
| RSF | R. S. FLICKER | 7.10 hours at | $245.00 = | 1739.50 |
| JRA | J. R. ALDERMAN | 3.30 hours at | $245.00 = | 808.50 |
| TW | T. WARNER | 0.20 hours at | $345.00 = | 69.00 |
| DSD | D. S. DROBNER | 12.60 hours at | $345.00 = | 4347.00 |
| | TOTALS | 34.30 | | $10,793.50 |

          COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006

          COPYING COST                           7.00
          TELEPHONE                              3.92

          TOTAL COSTS AS POSTED THROUGH MAY 31, 2006          $10.92
                                                     ------------

               TOTAL AMOUNT DUE THIS INVOICE      $10,804.42
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23455
INVOICE NUMBER   422173

**RE:  YDB THREE LAKES, LC, STORE 210**

LEGAL SERVICES POSTED THROUGH 05/31/06          $6,469.00
COSTS ADVANCED POSTED THROUGH 05/31/06            $203.06
                                              -------------

            **CURRENT INVOICE TOTAL          $6,672.06**
                                              =============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                       JUNE 27, 2006
YDB THREE LAKES, LC, STORE 210               REF. NO.   50116-23455
INVOICE NUMBER   422173                      PAGE     1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

03/08/06 REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
         ATT'Y. ALDERMAN'S REQUEST.
         L. GOLDSTEIN*   3.90 hours at  85.00 per hour.          331.50

03/28/06 REVIEW FILE, CONFER WITH TAW REGARDING
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

04/04/06 CONTACT JASON ALDERMAN REGARDING
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

04/17/06 WORK ON SUMMARY JUDGMENT.
         J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

04/27/06 CONTACT JASON ALDERMAN REGARDING
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

04/28/06 REVIEW FILE IN CONNECTION WITH MOTION TO
         STRIKE, MOTION FOR SUMMARY JUDGMENT.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

05/04/06 CONTACT T. WARNER REGARDING
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

05/05/06 CONFER WITH AMG, RE-
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

05/05/06 REVIEW FILE RE MOTION TO DISMISS AND UNJUST
         ENRICHMENT COUNT; INSTR. RE HRG
         T. WARNER    .20 hours at  345.00 per hour.              69.00

05/09/06 REVIEW LANDLORD'S RESPONSES TO DISCOVERY IN
         CONNECTION WITH DRAFTING MOTION TO COMPEL.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

05/09/06 DRAFT, REVISE, EDIT MOTION TO COMPEL.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

05/09/06 TELECONFERENCE WITH LANDLORD'S COUNSEL.
         J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JUNE 27, 2006
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  422173                    PAGE     2

05/10/06  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

05/10/06  REVIEW FILE REGARDING HEARING ON MOTION TO
          COMPEL; INSTRUCTIONS REGARDING HEARING
          T. WARNER     .20 hours at  345.00 per hour.               69.00

05/11/06  WORK WITH LEGAL ASSISTANT, RE- COORDINATING/
          SCHEDULING MOTIONS TO DISMISS/ MOTIONS FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

05/11/06  REVIEW FILE REGARDING SCHEDULING HEARING ON
          MOTIONS TO DISMISS & SUMMARY JUDGMENT;
          INSTRUCTIONS
          T. WARNER     .20 hours at  345.00 per hour.               69.00

05/12/06  REVIEW DISCOVERY REGARDING MOTION TO COMPEL.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

05/15/06  LETTER FROM JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇▇▇
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

05/15/06  RECEIPT AND REVIEW OF LANDLORD'S COUNSELS
          LETTER, RE- MOTION TO COMPEL. REVIEW LANDLORD'S
          VERIFIED ANSWERS TO INTERROGATORIES.
          TELECONFERENCE WITH LANDLORD'S COUNSEL, RE-
          DISCOVERY.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

05/15/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     1.40 hours at  245.00 per hour.         343.00

05/15/06  REVIEW FILE REGARDING STATUS & HEARINGS SET FOR
          SUMMARY JUDGMENT
          T. WARNER     .20 hours at  345.00 per hour.               69.00

05/15/06  REVIEW FILE REGARDING SCHEDULING & PREPARATION
          FOR HEARING ON DEFENDANT'S MOTION TO DISMISS &
          WD'S MOTION FOR PARTIAL SUMMARY JUDGMENT
          T. WARNER     .20 hours at  345.00 per hour.               69.00

05/16/06  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇
          ▇▇▇▇▇▇.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 27, 2006
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  422173                    PAGE    3

| | | |
|---|---|---:|
| 05/16/06 | REVIEW FILE IN CONNECTION WITH DRAFTING MOTIONS TO STRIKE. | |
| | J. R. ALDERMAN   .70 hours at  245.00 per hour. | 171.50 |
| 05/16/06 | DRAFT, REVISE, EDIT MOTION TO STRIKE. | |
| | J. R. ALDERMAN   .70 hours at  245.00 per hour. | 171.50 |
| 05/16/06 | REVIEW CASE LAW ON TORTIOUS INTERFERENCE, RE-POSSIBLE ADDITIONAL CLAIM FOR DAMAGES AGAINST DOLLAR GENERAL. | |
| | J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 05/16/06 | DRAFT AFFIDAVIT OF J. HARRIS TO ACCOMPANY MOTION FOR SUMMARY JUDGMENT. | |
| | A. P. FRY   .60 hours at  245.00 per hour. | 147.00 |
| 05/23/06 | DRAFT MOTION TO STRIKE F/D'S AFFIRMATIVE DEFENSES. | |
| | J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 05/23/06 | WORK ON SETTING MATTERS FOR DEPOSITION. | |
| | J. R. ALDERMAN   1.30 hours at  245.00 per hour. | 318.50 |
| 05/25/06 | DRAFT CONFIDENTIALITY AGREEMENT. | |
| | A. P. FRY   .90 hours at  245.00 per hour. | 220.50 |
| 05/30/06 | CONTACT JASON ALDERMAN REGARDING ████████ | |
| | A. M. GRUNSPAN   .10 hours at  345.00 per hour. | 34.50 |
| 05/31/06 | REVIEW ISSUES REGARDING NEEDED DISCOVERY AND HEARINGS ON MOTION TO DISMISS AND SUMMARY JUDGMENT. | |
| | A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 05/31/06 | DRAFT MOTION TO STRIKE DENIAL OF CONDITIONS PRECEDENT. | |
| | A. P. FRY   .80 hours at  245.00 per hour. | 196.00 |
| | TOTAL FEES FOR PROFESSIONAL SERVICES | $6,469.00 |

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 2.80 hours at | $345.00 = | 966.00 |
| JRA | J. R. ALDERMAN | 17.40 hours at | $245.00 = | 4263.00 |
| APF | A. P. FRY | 2.30 hours at | $245.00 = | 563.50 |
| LG* | L. GOLDSTEIN* | 3.90 hours at | $85.00 = | 331.50 |
| TW | T. WARNER | 1.00 hours at | $345.00 = | 345.00 |

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER   422173

JUNE 27, 2006
REF. NO.   50116-23455
PAGE   4


TOTALS                    27.40                              $6,469.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**


COPYING COST                                      110.20
FAX                                                56.00
POSTAGE                                            34.13
TELEPHONE                                           2.73

TOTAL COSTS AS POSTED THROUGH MAY 31, 2006            $203.06
                                                 ------------

             **TOTAL AMOUNT DUE THIS INVOICE      $6,672.06**
                                                 ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23457
INVOICE NUMBER   418880


**RE:  SUMAR ENTERPRISES, LTD, STORE 295**


LEGAL SERVICES POSTED THROUGH 04/30/06        $4,123.50
COSTS ADVANCED POSTED THROUGH 04/30/06           $29.97
                                              ------------

              CURRENT INVOICE TOTAL            $4,153.47
                                              ============



*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  418880

JUNE 28, 2006
REF. NO.  50116-23457
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006

04/04/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
    A. M. GRUNSPAN     .20 hours at  345.00 per hour.                69.00

04/05/06  RECEIPT OF LANDLORD'S ANSWER AND AFFIRMATIVE
DEFENSES.
    J. R. ALDERMAN     .10 hours at  245.00 per hour.                24.50

04/05/06  REVIEW OF LANDLORD'S ANSWER AND AFFIRMATIVE
DEFENSES.
    J. R. ALDERMAN     .10 hours at  245.00 per hour.                24.50

04/05/06  REVIEW FILE.
    J. R. ALDERMAN     .10 hours at  245.00 per hour.                24.50

04/05/06  INSTRUCTION TO LEGAL ASSISTANT.
    J. R. ALDERMAN     .30 hours at  245.00 per hour.                73.50

04/17/06  REVIEWED RELEVANT PLEADINGS IN PREPARATION FOR
MOTION TO STRIKE AFFIRMATIVE DEFENSES.
    K. PEAKE     .80 hours at  245.00 per hour.               196.00

04/17/06  PREPARED MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSE TO AFFIRMATIVE DEFENSES.
    K. PEAKE     .50 hours at  245.00 per hour.               122.50

04/17/06  CONFERENCE WITH JASON ALDERMAN REGARDING
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    K. PEAKE     .50 hours at  245.00 per hour.               122.50

04/18/06  PREPARED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO AFFIRMATIVE DEFENSES.
    K. PEAKE     .50 hours at  245.00 per hour.               122.50

04/24/06  RESEARCHED STATUS OF MOTION FOR EXTENSION TO
FILE RESPONSE TO AFFIRMATIVE DEFENSES.
    K. PEAKE     .20 hours at  245.00 per hour.                49.00

04/24/06  REVIEW FILE REGARDING HEARING SCHEDULE ON
DOLLAR GENERAL'S MOTION TO DISMISS FOR
04/28/06; INSTRUCTIONS
    T. WARNER     .20 hours at  345.00 per hour.                69.00

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JUNE 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295    REF. NO.  50116-23457
INVOICE NUMBER  418880                          PAGE    2

04/25/06  REVIEW FILE REGARDING HEARING PREP ON MOTION TO
          DISMISS & WRITTEN RESPONSE; INSTRUCTIONS
          T. WARNER    .30 hours at  345.00 per hour.              103.50

04/26/06  TELEPHONE CALL FROM TODD NORMAN REGARDING
          RESCHEDULING HEARING; MESSAGES; TELEPHONE CALL
          TO NORMAN REGARDING HEARING & RESCHEDULING;
          INSTRUCTIONS REGARDING CONTACT W/JUDGES OFFICE
          & HEARING PREP
          T. WARNER    .40 hours at  345.00 per hour.              138.00

04/26/06  REVIEW FILE REGARDING RESPONSE FROM JUDGES JA;
          INSTRUCTIONS REGARDING MESSAGE & NORMAN
          REGARDING RESCHEDULING
          T. WARNER    .20 hours at  345.00 per hour.               69.00

04/26/06  PREPARE FOR HEARING ON MOTION TO DISMISS
          T. WARNER    .10 hours at  345.00 per hour.               34.50

04/26/06  STUDY PLEADINGS & LEASE
          T. WARNER    .10 hours at  345.00 per hour.               34.50

04/26/06  REVIEW PLEADINGS & LEASE
          T. WARNER    .10 hours at  345.00 per hour.               34.50

04/26/06  STUDY MOTION TO DISMISS
          T. WARNER    .20 hours at  345.00 per hour.               69.00

04/26/06  REVIEW MOTION TO DISMISS
          T. WARNER    .10 hours at  345.00 per hour.               34.50

04/27/06  CONTACT JASON ALDERMAN REGARDING ███████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

04/27/06  RESEARCH CASE LAW ON REQUIREMENT OF ATTACHING
          ONLY RELEVANT PORTIONS OF DOCUMENTS AND
          INDISPENSIBLE PARTIES IN CONNECTION WITH
          HEARING ON DEFENDANT'S MOTION TO DISMISS.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

04/27/06  CONFER WITH TOM REGARDING ████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

04/27/06  REVIEW OF FILE IN CONNECTION WITH PREPARING FOR
          HEARING ON MOTION TO DISMISS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.         196.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER   418880                         PAGE    3

| | | |
|---|---|---|
| 04/27/06 | MESSAGE FROM NORMAN'S OFFICE REGARDING CANCELLING HEARING; TELEPHONE CALL TO NORMAN'S ASSISTANT; INSTRUCTIONS <br> T. WARNER   .30 hours at  345.00 per hour. | 103.50 |
| 04/27/06 | HEARING PREP; ANALYZE CASES REGARDING M/DISMISS - NECESSARY PARTIES; ATTACHING EXHIBITS <br> T. WARNER   .60 hours at  345.00 per hour. | 207.00 |
| 04/27/06 | PREPARE FOR HEARING <br> T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 04/27/06 | REVIEW CASE CITATIONS IN OPPOSITION TO M/DISMISS <br> T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 04/27/06 | ANALYZE CASE CITATIONS IN OPPOSITION TO M/DISMISS <br> T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/28/06 | LETTER TO CLIENT REGARDING RESULTS OF HEARING ON MOTION TO DISMISS. <br> A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 04/28/06 | CONFER WITH TOM WARNER AND AMG, RE- ███████ <br> J. R. ALDERMAN   .30 hours at  245.00 per hour. | 73.50 |
| 04/28/06 | REVIEW FILE IN CONNECTION WITH DISCOVERY AND MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN   1.30 hours at  245.00 per hour. | 318.50 |
| 04/28/06 | UPDATE TRIAL TEAM REGARDING HEARING RESULTS; INSTRUCTIONS REGARDING DISCOVERY ON LANDLORD REGARDING FAMILY DOLLAR LEASE & LEASE FILE <br> T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/28/06 | PREPARE FOR HEARING ON FAMILY DOLLAR'S MOTION TO DISMISS <br> T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 04/28/06 | ATTEND HEARING ON FAMILY DOLLAR'S MOTION TO DISMISS <br> T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 04/28/06 | PRESENT ARGUMENT IN OPPOSITION TO THE COURT <br> T. WARNER   .20 hours at  345.00 per hour. | 69.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.