# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  418880                          PAGE    4


TOTAL FEES FOR PROFESSIONAL SERVICES                     $4,123.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.80 hours at | $345.00 = | 276.00 |
| KP | K. PEAKE | 2.50 hours at | $245.00 = | 612.50 |
| JRA | J. R. ALDERMAN | 5.60 hours at | $245.00 = | 1372.00 |
| TW | T. WARNER | 5.40 hours at | $345.00 = | 1863.00 |
| | TOTALS | 14.30 | | $4,123.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006

| | |
|---|---|
| COPYING COST | 1.80 |
| FAX | 8.00 |
| POSTAGE | 19.12 |
| TELEPHONE | 1.05 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006              $29.97
                                                     ------------

### TOTAL AMOUNT DUE THIS INVOICE          $4,153.47
                                          ============

# CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 30, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  422332

**RE:  SUMAR ENTERPRISES, LTD, STORE 295**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 05/31/06 | $6,707.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/06 | $243.34 |
| **CURRENT INVOICE TOTAL** | **$6,950.84** |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 30, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  422332                          PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006**

05/02/06  REVIEW FILE, ANALYZE ISSUES FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    2.90 hours at   245.00 per hour.        710.50

05/03/06  REVIEW ORDER ON MOTION TO DISMISS.
          A. M. GRUNSPAN    .20 hours at   345.00 per hour.          69.00

05/03/06  REVIEW STRATEGY IN LIGHT OF COURT RULING.
          A. M. GRUNSPAN    .50 hours at   345.00 per hour.         172.50

05/03/06  LETTER TO CLIENT REGARDING ███████████████
          A. M. GRUNSPAN    .30 hours at   345.00 per hour.         103.50

05/03/06  STUDY AND REVIEW ORDER DENYING/GRANTING IN PART
          MOTION TO DISMISS; INSTRUCTIONS REGARDING TIME
          PERIOD FOR ANSWER & MOTION FOR SUMMARY JUDGMENT
          T. WARNER    .30 hours at  345.00 per hour.               103.50

05/04/06  LETTER TO JASON ALDERMAN REGARDING ██████████
          ███████████████ .20 hours at   345.00 per hour.            69.00
          A. M. GRUNSPAN

05/04/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND
          TOM WARNER.
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.         138.00

05/09/06  PREPARE LITIGATION STRATEGY.
          A. M. GRUNSPAN    .60 hours at   345.00 per hour.         207.00

05/09/06  REVIEW FILE IN CONNECTION WITH MOTION FOR
          SUMMARY JUDGMENT, PARTICULARLY TITLE REPORT,
          DISCOVERY, LEASES.
          J. R. ALDERMAN    1.70 hours at   245.00 per hour.        416.50

05/09/06  PROOF, REVISE, EDIT MOTION FOR PARTIAL SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    .90 hours at   245.00 per hour.         220.50

05/10/06  CONTACT JASON ALDERMAN REGARDING ████████████
          ███████████████ .40 hours at   345.00 per hour.           138.00
          A. M. GRUNSPAN

05/10/06  REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT.
          A. M. GRUNSPAN    .60 hours at   345.00 per hour.         207.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  422332

JUNE 30, 2006
REF. NO.  50116-23457
PAGE   2

05/11/06  WORK WITH LEGAL ASSISTANT IN COORDINATING/
          SCHEDULING HEARINGS ON MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

05/12/06  REVIEW DISCOVERY REGARDING MOTION TO COMPEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

05/12/06  DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES
          OF JBH.
          K. PEAKE    1.50 hours at  245.00 per hour.                   367.50

05/15/06  DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES.
          K. PEAKE    .30 hours at  245.00 per hour.                     73.50

05/16/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.               69.00

05/16/06  DRAFT AFFIDAVIT OF J. HARRIS TO ACCOMPANY
          MOTION FOR SUMMARY JUDGMENT.
          A. P. FRY    .60 hours at  245.00 per hour.                   147.00

05/19/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          TO STRIKE LANDLORD'S AFFIRMATIVE DEFENSES AND
          IMPROPER DENIAL OF CONDITIONS PRECEDENT.
          J. R. ALDERMAN    1.40 hours at  245.00 per hour.             343.00

05/19/06  DRAFT MOTIONS TO STRIKE LANDLORD'S AFFIRMATIVE
          DEFENSES, AND IMPROPER DENIAL OF CONDITIONS
          PRECEDENT.
          J. R. ALDERMAN    2.70 hours at  245.00 per hour.             661.50

05/22/06  REVIEW FILE IN CONNECTION WITH DRAFTING
          TEMPORARY INJUNCTION MOTION.
          J. R. ALDERMAN    1.70 hours at  245.00 per hour.             416.50

05/23/06  DRAFT MOTION TO STRIKE F/D'S AFFIRMATIVE
          DEFENSES.
          J. R. ALDERMAN    3.10 hours at  245.00 per hour.             759.50

05/25/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

05/25/06  REVIEW FILE IN CONNECTION WITH SETTING MATTERS
          FOR HEARING.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.               98.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                      JUNE 30, 2006
SUMAR ENTERPRISES, LTD, STORE 295           REF. NO.  50116-23457
INVOICE NUMBER  422332                      PAGE   3

05/25/06 DRAFT CONFIDENTIALITY AGREEMENT.
         A. P. FRY    .90 hours at  245.00 per hour.                220.50

05/25/06 DRAFT MOTION FOR DEFAULT JUDGMENT.
         A. P. FRY    .60 hours at  245.00 per hour.                147.00

05/30/06 CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬▬
         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
         A. M. GRUNSPAN    .10 hours at  345.00 per hour.            34.50

05/30/06 RECEIPT AND REVIEW OF FAMILY DOLLAR'S ANSWERS.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.           147.00

05/31/06 REVIEW ISSUES REGARDING COMPELLING DISCOVERY
         AND PARTIAL SUMMARY JUDGMENT.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

05/31/06 INSTRUCTIONS TO ALAN FRY, RE-▬▬▬▬▬▬▬
         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
         J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00


         TOTAL FEES FOR PROFESSIONAL SERVICES         $6,707.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.30 hours at | $345.00 | = | 1483.50 |
| KP | K. PEAKE | 1.80 hours at | $245.00 | = | 441.00 |
| JRA | J. R. ALDERMAN | 17.00 hours at | $245.00 | = | 4165.00 |
| APF | A. P. FRY | 2.10 hours at | $245.00 | = | 514.50 |
| TW | T. WARNER | 0.30 hours at | $345.00 | = | 103.50 |
| | TOTALS | 25.50 | | | $6,707.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**

         COPYING COST                         136.80
         FAX                                   32.00
         TELEPHONE                              4.54
05/22/06 COURT REPORTER CHARGE - VENDOR: PREFERRED    70.00
         REAL-TIME REPORTING, INC.

         TOTAL COSTS AS POSTED THROUGH MAY 31, 2006    $243.34
                                              ------------

         **TOTAL AMOUNT DUE THIS INVOICE        $6,950.84**
                                              ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23458
INVOICE NUMBER   422174

**RE:  GENERAL MATTERS**

LEGAL SERVICES POSTED THROUGH 05/31/06        $4,416.00
COSTS ADVANCED POSTED THROUGH 05/31/06           $30.74
                                            - - - - - - - - - - - -

**CURRENT INVOICE TOTAL        $4,446.74**
                                            ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER   422174

JUNE 27, 2006
REF. NO.   50116-23458
PAGE     1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

05/01/06  CONTACT C. JACKSON REGARDING ███████████
          ████████
          A. M. GRUNSPAN    .30 hours at   345.00 per hour.                103.50

05/01/06  REVIEW DOCUMENTS REGARDING 726.
          A. M. GRUNSPAN    .50 hours at   345.00 per hour.                172.50

05/03/06  CONTACT NIALL MCLACHLAN REGARDING ████████
          ████████████    .30 hours at   345.00 per hour.                103.50

05/16/06  LETTER TO C. JACKSON REGARDING ██████████
          A. M. GRUNSPAN    .20 hours at   345.00 per hour.                 69.00

05/16/06  SEVERAL CORRESPONDENCE WITH CLIENT AND OTHER
          ATTORNEYS REGARDING ██████████
          A. M. GRUNSPAN    .80 hours at   345.00 per hour.                276.00

05/22/06  SEVERAL CORRESPONDENCE WITH CO-COUNSEL
          REGARDING ████████████████████
          726.
          A. M. GRUNSPAN    .30 hours at   345.00 per hour.                103.50

05/22/06  REVIEW SUMMARY JUDGMENT CROSS MOTIONS AND
          ATTACHMENTS.
          A. M. GRUNSPAN   2.10 hours at   345.00 per hour.                724.50

05/22/06  LETTER TO CO-COUNSEL REGARDING ██████████
          A. M. GRUNSPAN    .20 hours at   345.00 per hour.                 69.00

05/22/06  REVIEW SUMMARY JUDGMENT AFFIDAVIT AND
          CORRESPONDENCE WITH CO-COUNSEL.
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.                138.00

05/26/06  SEVERAL CORRESPONDENCE WITH CO-COUNSEL AND
          OPPOSING COUNSEL REGARDING ████████████
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.                138.00

05/26/06  CONFERENCE WITH JA AND AMG RE: ██████████
          ████████████
          D. J. SMITH   1.30 hours at   245.00 per hour.                  318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JUNE 27, 2006
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER   422174                   PAGE   2

05/30/06  REVIEW REVISED MOTION FOR SUMMARY JUDGMENT ON
          251 AND RESPONSE TO OPPOSING SUMMARY JUDGMENT.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

05/30/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND
          CLIENT REGARDING ███████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

05/30/06  LETTER TO OPPOSING COUNSEL REGARDING SETTLEMENT
          DISCUSSIONS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

05/30/06  SEVERAL CALLS TO DAVID J. SMITH AND JASON
          ALDERMAN REGARDING ███████████████████
          A. M. GRUNSPAN   1.00 hours at  345.00 per hour.        345.00

05/30/06  REVIEW REVISED SUMMARY JUDGMENT MOTION AND
          RESPONSE TO CROSS MOTION FOR SUMMARY IN 251
          BANKRUPTCY MATTER AT REQUEST OF AMG.
          D. J. SMITH    .70 hours at   245.00 per hour.          171.50

05/30/06  CONFERENCE WITH AMG RE: █████████████████
          D. J. SMITH    .10 hours at   245.00 per hour.           24.50

05/30/06  CONFERENCE WITH JA AND AMG RE: ████████████
          D. J. SMITH    .90 hours at   245.00 per hour.          220.50

05/31/06  MEETING WITH JA AND AMG RE: ███████████████
          D. J. SMITH   1.30 hours at   245.00 per hour.          318.50

05/31/06  RESEARCH FLORIDA LAW RELATING TO POTENTIAL
          CLAIMS AGAINST DOLLAR GENERAL, PARTICULARLY
          WITH REGARD TO TORTIOUS INTERFERENCE AND
          RELATED ISSUES.
          A. P. FRY   2.60 hours at   245.00 per hour.            637.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $4,416.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 7.90 hours at | $345.00 = | 2725.50 |
| DJS | D. J. SMITH | 4.30 hours at | $245.00 = | 1053.50 |
| APF | A. P. FRY | 2.60 hours at | $245.00 = | 637.00 |
| | TOTALS | 14.80 | | $4,416.00 |

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

## ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JUNE 27, 2006
GENERAL MATTERS                                 REF. NO.  50116-23458
INVOICE NUMBER   422174                         PAGE    3


**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**


COPYING COST                                    27.80
POSTAGE                                          2.79
TELEPHONE                                        0.15

TOTAL COSTS AS POSTED THROUGH MAY 31, 2006             $30.74
                                                ------------

                **TOTAL AMOUNT DUE THIS INVOICE**      **$4,446.74**
                                                ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL    32254

JUNE 30, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23459
INVOICE NUMBER   418882

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 04/30/06 | $44,203.50 |
| COSTS ADVANCED POSTED THROUGH 04/30/06 | $5,525.88 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$49,729.38** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**

| | | |
|---|---|---|
| 04/03/06 | SEVERAL CORRESPONDENCE WITH TOM WARNER AND JASON ALDERMAN REGARDING ▬▬▬▬▬ <br> A. M. GRUNSPAN     .40 hours at   345.00 per hour. | 138.00 |
| 04/03/06 | REVIEW SUPPLEMENTAL AUTHORITIES FILED BY DEFENDANT. <br> A. M. GRUNSPAN     .50 hours at  345.00 per hour. | 172.50 |
| 04/03/06 | REVIEW FILE IN CONNECTION WITH DRAFTING RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN    4.30 hours at  245.00 per hour. | 1053.50 |
| 04/03/06 | ANALYZE LANDLORD'S AMENDED COMPLAINT WITH CROSS-CLAIM. <br> J. R. ALDERMAN     .60 hours at  245.00 per hour. | 147.00 |
| 04/03/06 | RECEIPT OF DOLLAR GENERAL'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY. <br> J. R. ALDERMAN     .30 hours at  245.00 per hour. | 73.50 |
| 04/03/06 | REVIEW OF DOLLAR GENERAL'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY. <br> J. R. ALDERMAN     .30 hours at  245.00 per hour. | 73.50 |
| 04/03/06 | RECEIPT SUPPLEMENTAL AUTHORITY FILED BY DOLLAR GENERAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN     .20 hours at  245.00 per hour. | 49.00 |
| 04/03/06 | REVIEW SUPPLEMENTAL AUTHORITY FILED BY DOLLAR GENERAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN     .20 hours at  245.00 per hour. | 49.00 |
| 04/03/06 | ANALYZE SUPPLEMENTAL AUTHORITY FILED BY DOLLAR GENERAL IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN     .20 hours at  245.00 per hour. | 49.00 |
| 04/03/06 | STUDY ARONOVITZ LETTER TO JUDGE & NOTICE OF FILING SUPPLEMENTAL AUTHORITY FOR SUMMARY JUDGMENT; ORDERS IN CRESTHAVEN <br> T. WARNER     .10 hours at   345.00 per hour. | 34.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308      REF. NO.  50116-23459
INVOICE NUMBER  418882                         PAGE   2

| | | |
|---|---|---|
| 04/03/06 | REVIEW ARONOVITZ LETTER TO JUDGE & NOTICE OF FILING SUPPLEMENTAL AUTHORITY FOR SUMMARY JUDGMENT; ORDERS IN CRESTHAVEN<br>T. WARNER     .10 hours at  345.00 per hour. | 34.50 |
| 04/04/06 | CONTACT JASON ALDERMAN REGARDING ███████<br>███████ A. M. GRUNSPAN     .40 hours at   345.00 per hour. | 138.00 |
| 04/04/06 | TELECONFERENCE WITH COUNSEL FOR LANDLORD, RE-MOTION FOR SUMMARY JUDGMENT, MOTION TO AMEND PLEADINGS.<br>J. R. ALDERMAN     .20 hours at  245.00 per hour. | 49.00 |
| 04/04/06 | DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   1.00 hours at  245.00 per hour. | 245.00 |
| 04/04/06 | REVISE RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   1.00 hours at  245.00 per hour. | 245.00 |
| 04/04/06 | EDIT RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   1.10 hours at  245.00 per hour. | 269.50 |
| 04/04/06 | REVIEW FILE REGARDING PREPARATION FOR HEARING ON SUMMARY JUDGMENT<br>T. WARNER     .20 hours at  345.00 per hour. | 69.00 |
| 04/05/06 | CONFER WITH AMG AND TAW, RE- ███████<br>███████<br>J. R. ALDERMAN     .40 hours at  245.00 per hour. | 98.00 |
| 04/05/06 | DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 04/05/06 | DRAFT AFFIDAVIT FOR CLIENT IN OPPOSITION TO DOLLAR GENERAL'S MOTION TO DISMISS.<br>J. R. ALDERMAN     .50 hours at  245.00 per hour. | 122.50 |
| 04/05/06 | REVISE AFFIDAVIT FOR CLIENT IN OPPOSITION TO DOLLAR GENERAL'S MOTION TO DISMISS.<br>J. R. ALDERMAN     .40 hours at  245.00 per hour. | 98.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   418882

JUNE 30, 2006
REF. NO.   50116-23459
PAGE   3

| Date | Description | Amount |
|---|---|---|
| 04/05/06 | EDIT AFFIDAVIT FOR CLIENT IN OPPOSITION TO DOLLAR GENERAL'S MOTION TO DISMISS.<br>J. R. ALDERMAN   .40 hours at   245.00 per hour. | 98.00 |
| 04/05/06 | REVIEW DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT, SUPPLEMENTAL AUTHORITY, AFFIDAVITS, LANDLORD'S AFFIDAVITS, PLEADINGS, AND VARIOUS DOLLAR GENERAL LEASES IN CONNECTION WITH DRAFTING RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   1.50 hours at   245.00 per hour. | 367.50 |
| 04/05/06 | ANALYZE DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT, SUPPLEMENTAL AUTHORITY, AFFIDAVITS, LANDLORD'S AFFIDAVITS, PLEADINGS, AND VARIOUS DOLLAR GENERAL LEASES IN CONNECTION WITH DRAFTING RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   2.40 hours at   245.00 per hour. | 588.00 |
| 04/05/06 | RECEIPT OF LETTER FROM DOLLAR GENERAL'S COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE. CONFER WITH AMG. INSTRUCTIONS TO LEGAL ASSISTANT.<br>J. R. ALDERMAN   .30 hours at   245.00 per hour. | 73.50 |
| 04/05/06 | REVIEW OF LETTER FROM DOLLAR GENERAL'S COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE.<br>J. R. ALDERMAN   .30 hours at   245.00 per hour. | 73.50 |
| 04/05/06 | RESEARCH FLORIDA BAR JOURNAL FOR ARTICLE RELATING TO FRAUD AS IT RELATES TO TENANTS' CHAIN OF TITLE; CONFER WITH J. ALDERMAN REGARDING SAME.<br>A. P. FRY   .20 hours at   245.00 per hour. | 49.00 |
| 04/05/06 | REVIEW LEASES PRODUCED BY DEFENDANT DOLGENCORP.<br>L. GOLDSTEIN*   2.00 hours at   85.00 per hour. | 170.00 |
| 04/05/06 | MARK LEASES PRODUCED BY DEFENDANT DOLGENCORP.<br>L. GOLDSTEIN*   2.00 hours at   85.00 per hour. | 170.00 |
| 04/05/06 | ORGANIZE LEASES PRODUCED BY DEFENDANT DOLGENCORP.<br>L. GOLDSTEIN*   1.80 hours at   85.00 per hour. | 153.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE   4

| | | |
|---|---|---|
| 04/05/06 | REVIEW FILE REGARDING TELEPHONE CALL FROM ARONOVITZ; INSTRUCTIONS REGARDING RESPONSE TO MOTION FOR SUMMARY JUDGMENT & PREPARATION FOR HEARING; AFFIDAVITS & FILING OF HOLDER DEPO <br> T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 04/06/06 | CONTACT JASON ALDERMAN REGARDING ~~████████~~ <br> A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 04/06/06 | REVISE CLIENTS AFFIDAVIT IN OPPOSITION TO DOLLAR GENERAL SUMMARY JUDGMENT. <br> A. M. GRUNSPAN   2.20 hours at  345.00 per hour. | 759.00 |
| 04/06/06 | REVIEW SUMMARY JUDGMENT ISSUES AND ARGUMENTS. <br> A. M. GRUNSPAN   2.30 hours at  345.00 per hour. | 793.50 |
| 04/06/06 | REVIEW FILE IN CONNECTION WITH DRAFTING RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 04/06/06 | DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT. <br> J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 04/06/06 | REVIEW LEASES PRODUCED BY DEFENDANT DOLGENCORP. <br> L. GOLDSTEIN*   2.00 hours at  85.00 per hour. | 170.00 |
| 04/06/06 | MARK LEASES PRODUCED BY DEFENDANT DOLGENCORP. <br> L. GOLDSTEIN*   2.00 hours at  85.00 per hour. | 170.00 |
| 04/06/06 | ORGANIZE LEASES PRODUCED BY DEFENDANT DOLGENCORP. <br> L. GOLDSTEIN*   2.10 hours at  85.00 per hour. | 178.50 |
| 04/06/06 | J. ALDERMAN - NEEDED 2500+ TIF FILES ON CD PRINTED; 2 COPIES OF THE CD MADE; AND LABELS FOR DUPLICATE CDS <br> LIT SUPPORT LEVEL 1*   1.50 hours at  35.00 per hour. | 52.50 |
| 04/06/06 | REVIEW ALL LEASES FOR CERTAIN PROVISIONS (EXCLUSIVE RIGHTS COVENANTS, ANCHOR TENANTS, ETC.) AND PREPARE SUMMARY OF ALL REVIEWED LEASES. <br> E. BROWN*   7.00 hours at  85.00 per hour. | 595.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  418882                    PAGE    5

04/06/06  TELEPHONE CALL TO ARONOVITZ REGARDING SUMMARY
          JUDGMENT HEARINGS & SCHEDULE
          T. WARNER    .20 hours at  345.00 per hour.              69.00

04/06/06  E-MAIL FROM GRUNSPAN REGARDING ███████████
          ███████████████████/TELEPHONE CALL FROM ARONOVITZ
          REGARDING HEARING SCHEDULE
          T. WARNER    .30 hours at  345.00 per hour.             103.50

04/06/06  REVIEW FILE REGARDING MEMO IN RESPONSE TO
          SUMMARY JUDGMENT & ISSUES
          T. WARNER    .20 hours at  345.00 per hour.              69.00

04/06/06  REVIEW FILE REGARDING PREPARATION FOR SUMMARY
          JUDGMENT HEARINGS - FILING DOLGEN LEASES
          W/EXCLUSIVE PROVISIONS & WRITTEN RESPONSE
          T. WARNER    .20 hours at  345.00 per hour.              69.00

04/06/06  STUDY CLIENT AFFIDAVIT REGARDING REVIEW OF
          DOLGEN & WD LEASES AND COVENANT ISSUES;
          COMMENTS
          T. WARNER    .10 hours at  345.00 per hour.              34.50

04/06/06  REVIEW CLIENT AFFIDAVIT REGARDING REVIEW OF
          DOLGEN & WD LEASES AND COVENANT ISSUES;
          COMMENTS
          T. WARNER    .10 hours at  345.00 per hour.              34.50

04/07/06  REVIEW FINAL AFFIDAVIT OF M. CHLEBOVEC AND
          LETTER TO JASON ALDERMAN REGARDING FILING SAME.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.         138.00

04/07/06  WORK WITH PARALEGALS, RE- REVIEWING LEASES AND
          COMPILING LEASE STATISTICS IN CONNECTION WITH
          RESPONSE TO DOLLAR GENERAL'S MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.        637.00

04/07/06  DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN   5.30 hours at  245.00 per hour.       1298.50

04/07/06  REVIEW LAW ON RESTRICTIVE REAL PROPERTY
          COVENANTS.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.        906.50

04/07/06  DRAFT DEMONSTRATIVE ILLUSTRATIONS
          DISTINGUISHING AND EXPLAINING TUSA.
          J. R. ALDERMAN   .70 hours at  245.00 per hour.         171.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   418882

JUNE 30, 2006
REF. NO.   50116-23459
PAGE    6

| | | |
|---|---|---:|
| 04/07/06 | DEVELOP TEMPLATE FOR CHARTING LEASES.<br>L. GOLDSTEIN*    .20 hours at  85.00 per hour. | 17.00 |
| 04/07/06 | SCAN CONTENTS FOR BOARDS<br>LIT SUPPORT LEVEL 3*    .30 hours at   110.00 per hour. | 33.00 |
| 04/07/06 | CLEANUP CONTENTS FOR BOARDS<br>LIT SUPPORT LEVEL 3*    .30 hours at   110.00 per hour. | 33.00 |
| 04/07/06 | FORMAT CONTENTS FOR BOARDS<br>LIT SUPPORT LEVEL 3*    .20 hours at   110.00 per hour. | 22.00 |
| 04/07/06 | CONVERT/CROP; ETC.<br>LIT SUPPORT LEVEL 3*    .20 hours at   110.00 per hour. | 22.00 |
| 04/07/06 | RECEIVE ADDITIONAL BOXES CONTAINING LEASES.<br>E. BROWN*    .20 hours at  85.00 per hour. | 17.00 |
| 04/07/06 | CONTINUE TO REVIEW ALL LEASES FOR CERTAIN<br>PROVISIONS (EXCLUSIVE RIGHTS COVENANTS, ANCHOR<br>TENANTS, ETC.).<br>E. BROWN*    .30 hours at  85.00 per hour. | 25.50 |
| 04/07/06 | PREPARE CHART SHOWING DETAILS REGARDING LEASE,<br>ETC.<br>E. BROWN*    2.00 hours at  85.00 per hour. | 170.00 |
| 04/07/06 | PREPARE CHART SHOWING DETAILS REGARDING<br>PROVISIONS, ETC.<br>E. BROWN*    3.00 hours at  85.00 per hour. | 255.00 |
| 04/07/06 | PREPARE CHART SHOWING DETAILS REGARDING TYPES,<br>ETC.<br>E. BROWN*    3.00 hours at  85.00 per hour. | 255.00 |
| 04/07/06 | REVIEW PLEADINGS AND DOCS FOR APPEAL<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/07/06 | ORGANIZE PLEADINGS AND DOCS FOR APPEAL<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/08/06 | REVIEW PROPOSED DRAFT RESPONSE AND ISSUES<br>T. WARNER    .50 hours at  345.00 per hour. | 172.50 |
| 04/08/06 | ANALYZE PROPOSED DRAFT RESPONSE AND ISSUES<br>T. WARNER    .50 hours at  345.00 per hour. | 172.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE    7

| Date | Description | Amount |
|---|---|---|
| 04/08/06 | PREPARE FOR RESPONSE TO DOLGEN'S MOTION FOR SUMMARY JM- SR DOLGEN'S MOTION<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/08/06 | PREPARE FOR RESPONSE TO DOLGEN'S MOTION FOR SUMMARY JM-SR TUSA CASE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/08/06 | PREPARE FOR RESPONSE TO DOLGEN'S MOTION FOR SUMMARY JM- SR CITIZENS BANK CASE UNDER PRIOR STATUTE<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/10/06 | REVISE SUMMARY JUDGMENT EXHIBITS.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/10/06 | REVIEW ANALYSIS OF 100 OTHER DOLLAR GENERAL LEASES REGARDING RESTRICTIVE COVENANT.<br>A. M GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 04/10/06 | REVISE SUMMARY JUDGMENT MEMORANDUM OF LAW.<br>A. M. GRUNSPAN   3.10 hours at  345.00 per hour. | 1069.50 |
| 04/10/06 | RECEIPT DOLLAR GENERAL'S NOTICE TO WITHDRAW MOTION FOR ADMISSION PRO HAC VICE.<br>J. R. ALDERMAN    .10 hours at  245.00 per hour. | 24.50 |
| 04/10/06 | REVIEW DOLLAR GENERAL'S NOTICE TO WITHDRAW MOTION FOR ADMISSION PRO HAC VICE.<br>J. R. ALDERMAN    .10 hours at  245.00 per hour. | 24.50 |
| 04/10/06 | PREPARE EXCERPTS FROM SELECTED LEASES FOR USE AS POTENTIAL EXHIBITS.<br>L. GOLDSTEIN*   3.80 hours at  85.00 per hour. | 323.00 |
| 04/10/06 | PREPARE EXHIBITS FOR MOUNTING ONTO BOARDS<br>LIT SUPPORT LEVEL 1*   3.00 hours at   35.00 per hour. | 105.00 |
| 04/10/06 | LETTER FROM ARONOVITZ REGARDING DOCUMENT PRODUCTION; LETTER FROM ARONOVITZ TO JUDGE WITHDRAWING PRO HAC MOTIONS & HEARING<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/10/06 | DRAFT RESPONSE TO DOLGEN'S MOTION FOR SM JM<br>T. WARNER   1.30 hours at  345.00 per hour. | 448.50 |
| 04/10/06 | REVISE RESPONSE TO DOLGEN'S MOTION FOR SM JM<br>T. WARNER   1.20 hours at  345.00 per hour. | 414.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE    8

| | | |
|---|---|---:|
| 04/10/06 | PREPARE FOR SUMMARY JUDGMENT HEARING<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/10/06 | REVISE RESPONSE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/10/06 | EDIT RESPONSE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/10/06 | STUDY PROPOSED DEMONSTRATIVE EXHIBITS<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/10/06 | REVIEW PROPOSED DEMONSTRATIVE EXHIBITS<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 04/11/06 | CONTACT CLIENTS REGARDING █████████<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/11/06 | REVIEW LANDLORD'S MOTION FOR LEAVE TO AMEND TO<br>INCLUDE DEFENSES AND CROSSCLAIMS.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/11/06 | REVISE SUMMARY JUDGMENT MEMORANDUM OF LAW.<br>A. M. GRUNSPAN  2.70 hours at  345.00 per hour. | 931.50 |
| 04/11/06 | CONTINUE REVIEW ANALYSIS OF DOLLAR GENERAL<br>LEASES.<br>A. M. GRUNSPAN  1.90 hours at  345.00 per hour. | 655.50 |
| 04/11/06 | REVISE SUMMARY JUDGMENT EXHIBITS.<br>A. M. GRUNSPAN    .80 hours at  345.00 per hour. | 276.00 |
| 04/11/06 | CONTACT JASON ALDERMAN REGARDING ████████████<br>████████████<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 04/11/06 | WORK WITH PARALEGAL, RE- PREPARING<br>DEMONSTRATIVE EXHIBITS FOR HEARING.<br>J. H. ALDERMAN  3.70 hours at  245.00 per hour. | 906.50 |
| 04/11/06 | REVIEW DRAFT OF RESPONSE. CONFER WITH AMG AND<br>TAW.<br>J. H. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 04/11/06 | WORK WITH PARALEGAL REGARDING PREPAREING<br>HEARING NOTEBOOKES AND FILING OF EXHIBITS.<br>J. H. ALDERMAN  1.30 hours at  245.00 per hour. | 318.50 |

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  418882                    PAGE    9


04/11/06  DRAFT TABLE SUMMARY AND NOTICE OF FILING OF
          VARIOUS EXHIBITS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

04/11/06  REVISE TABLE SUMMARY AND NOTICE OF FILING OF
          VARIOUS EXHIBITS.
          J. R. ALDERMAN   1.00 hours at  245.00 per hour.          245.00

04/11/06  EDIT TABLE SUMMARY AND NOTICE OF FILING OF
          VARIOUS EXHIBITS.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.          171.50

04/11/06  PREPARATION FOR HEARING ON DOLLAR GENERAL'S
          MOTION FOR SUMMARY JUDGMENT AND WINN-DIXIE'S
          MOTION FOR PARTIAL SUMMARY JUDGMENT, INCLUDING
          FINDING AND COPYING CASE AND STATUTORY LAW,
          DEVELOPING TABLE OF AUTHORITIES, CREATING AND
          INDEXING NOTEBOOKS, AND PREPARING MULTIPLE
          SETS.
          L. GOLDSTEIN*   8.70 hours at   85.00 per hour.          739.50

04/11/06  SCAN CONTENTS FOR BOARDS
          LIT SUPPORT LEVEL 3*    .50 hours at   110.00 per hour.    55.00

04/11/06  CLEAN UP CONTENTS FOR BOARDS
          LIT SUPPORT LEVEL 3*    .50 hours at   110.00 per hour.    55.00

04/11/06  FORMAT CONTENTS FOR BOARDS
          LIT SUPPORT LEVEL 3*    .50 hours at   110.00 per hour.    55.00

04/11/06  CONVERT/CROP; ETC.
          LIT SUPPORT LEVEL 3*   1.20 hours at   110.00 per hour.   132.00

04/11/06  CREATE DIAGRAMS IN PPT FROM HAND DRAWN
          SKETCHES.
          LIT SUPPORT LEVEL 3*   1.30 hours at   110.00 per hour.   143.00

04/11/06  RE-WRITE RESPONSE TO DOLLAR GENERAL'S MOTION
          FOR SUMMARY JUDGMENT
          T. TARNER    .50 hours at  345.00 per hour.               172.50

04/11/06  REVISE RESPONSE TO DOLLAR GENERAL'S MOTION FOR
          SUMMARY JUDGMENT
          T. TARNER    .20 hours at  345.00 per hour.                69.00

04/11/06  REVIEW REGARDING CASE CITATIONS & ISSUES
          T. TARNER   2.40 hours at  345.00 per hour.               828.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE  10

| | | |
|---|---|---:|
| 04/11/06 | ANALYZE REGARDING CASE CITATIONS & ISSUES<br>T. WARNER   2.40 hours at  345.00 per hour. | 828.00 |
| 04/11/06 | REVISE RESPONSE<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 04/11/06 | EDIT RESPONSE<br>T. WARNER   .30 hours at  345.00 per hour. | 103.50 |
| 04/11/06 | PREPARE FOR HEARING<br>T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 04/11/06 | OUTLINE ARGUMENT<br>T. WARNER   1.20 hours at  345.00 per hour. | 414.00 |
| 04/11/06 | REVIEW CASE CITES & ISSUES<br>T. WARNER   2.00 hours at  345.00 per hour. | 690.00 |
| 04/12/06 | REVISE MEMORANDUM OF LAW IN OPPOSITION TO<br>DOLLAR GENERAL MOTION FOR SUMMARY JUDGMENT.<br>A. D. GREENSPAN   2.90 hours at  345.00 per hour. | 1000.50 |
| 04/12/06 | WORK WITH PARALEGAL, RE- PREPARING HEARING<br>NOTEBOOK IN CONNECTION WITH HEARING ON CROSS<br>MOTIONS FOR SUMMARY JUDGMENT.<br>J. E. ALDERMAN   3.20 hours at  245.00 per hour. | 784.00 |
| 04/12/06 | WORK WITH LITIGATION SUPPORT, RE- PREPARING<br>DEMONSTRATIVE EXHIBITS FOR USE AT HEARING ON<br>CROSS MOTIONS FOR SUMMARY JUDGMENT.<br>J. E. ALDERMAN   3.60 hours at  245.00 per hour. | 882.00 |
| 04/12/06 | PREPARE FOR HEARING ON CROSS MOTIONS FOR<br>SUMMARY JUDGMENT.<br>J. E. ALDERMAN   4.70 hours at  245.00 per hour. | 1151.50 |
| 04/12/06 | PREPARE FOR HEARING ON DOLLAR GENERAL'S<br>OBJECTIONS TO DISCOVERY.<br>J. E. ALDERMAN   .80 hours at  245.00 per hour. | 196.00 |
| 04/12/06 | CONFER WITH TEW, RE-<br>J. E. ALDERMAN   .40 hours at  245.00 per hour. | 98.00 |
| 04/12/06 | INSPECT JENSEN BEACH SHOPPING CENTER.<br>J. E. ALDERMAN   1.10 hours at  245.00 per hour. | 269.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308       REF. NO.  50116-23459
INVOICE NUMBER  418882                         PAGE  11

04/12/06  TRAVEL TO MARTIN COUNTY FOR HEARING ON CROSS
          MOTIONS FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    1.60 hours at  245.00 per hour.           392.00

04/12/06  CONFER WITH ALAN FRY REGARDING ███████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.            73.50

04/12/06  CONFER WITH LEGAL ASSISTANT, RE- CHANGES AND
          EXHIBITS TO WINN-DIXIE'S RESPONSE TO DOLLAR
          GENERAL'S MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.            73.50

04/12/06  REVISE WINN-DIXIE'S RESPONSE TO DOLLAR
          GENERAL'S MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.           147.00

04/12/06  EDIT WINN-DIXIE'S RESPONSE TO DOLLAR GENERAL'S
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.           171.50

04/12/06  FINAL PREPARATION FOR HEARING ON DOLLAR
          GENERAL'S MOTION FOR SUMMARY JUDGMENT.
          L. GOLDSTEIN*    4.10 hours at  85.00 per hour.             348.50

04/12/06  SCAN, CLEANUP, FORMAT CONTENTS FOR BOARDS;
          CONTENT/CROP; ETC.  CREATE DIAGRAMS IN PPT FROM
          HAND DRAWN SKETCHES;
            LIT SUPPORT LEVEL 3*    6.50 hours at  110.00 per hour.   715.00

04/12/06  ASSIST JASON ALDERMAN AND LENNY GOLDSTEIN WITH
          PULLING CASES AND CREATING NOTEBOOKS FOR
          HEARING ON MOTION FOR SUMMARY JUDGMENT.
          E. BROWN    1.50 hours at  85.00 per hour.                  127.50

04/12/06  FINALIZE FILINGS FOR SUMMARY JUDGMENT HEARING;
          PREPARE FOR HEARING
          T. LANE     .50 hours at  345.00 per hour.                  172.50

04/12/06  PREPARE FOR HEARING AND ARGUMENTS ON SM JM
          MOTIONS.
          T. LANE    2.50 hours at  345.00 per hour.                  862.50

04/12/06  HEARING PREP
          T. LANE     .10 hours at  345.00 per hour.                   34.50

04/12/06  ORGANIZE DOCUMENTS
          T. LANE     .10 hours at  345.00 per hour.                   34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE  12

| | | |
|---|---|---|
| 04/12/06 | ORGANIZE EXHIBITS<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/12/06 | ORGANIZE FILINGS FOR JUDGE<br>T. WARNER    .80 hours at  345.00 per hour. | 276.00 |
| 04/12/06 | OUTLINE ARGUMENT<br>T. WARNER    .90 hours at  345.00 per hour. | 310.50 |
| 04/12/06 | FINAL REVIEW TO RESPONSE & FILINGS<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/12/06 | EDITS TO RESPONSE & FILINGS<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 04/12/06 | REVIEW RESPONSE<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 04/12/06 | APPROVE RESPONSE<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 04/12/06 | SIGN RESPONSE<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 04/13/06 | PREPARE FOR HEARING ON CROSS MOTIONS FOR<br>SUMMARY JUDGMENT.<br>J. R. ALDERMAN   4.00 hours at  245.00 per hour. | 980.00 |
| 04/13/06 | ATTEND HEARING ON CROSS MOTIONS FOR SUMMARY<br>JUDGMENT.<br>J. R. ALDERMAN   3.00 hours at  245.00 per hour. | 735.00 |
| 04/13/06 | RETURN TO MIAMI.<br>J. R. ALDERMAN   2.10 hours at  245.00 per hour. | 514.50 |
| 04/13/06 | ATTEND HGS ON SM JM AND PRESENT ARGUMENTS TO<br>THE COURT.<br>T. WARNER   3.70 hours at  345.00 per hour. | 1276.50 |
| 04/14/06 | REVIEW SUPPLEMENTAL AUTHORITY.<br>A. M. GRISPAN    .50 hours at  345.00 per hour. | 172.50 |
| 04/14/06 | SEVERAL CORRESPONDENCE WITH CLIENT AND<br>CO-COUNSEL REGARDING ████████<br>A. M. GRISPAN    .60 hours at  345.00 per hour. | 207.00 |
| 04/14/06 | CONFERENCE WITH TW AND AMG RE: ██████<br>████████████████████<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

**ATTORNEYS AT LAW**

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  418882

JUNE 30, 2006
REF. NO.  50116-23459
PAGE  13

| | | | |
|---|---|---|---|
| 04/14/06 | CONFER WITH AMG REGARDING ████████ | | |
| | ████████████████████████████ | | |
| | J. R. ALDERMAN     .40 hours at  245.00 per hour. | | 98.00 |
| 04/14/06 | REVIEW FILE IN CONNECTION WITH DRAFTING SUPPLEMENTAL AUTHORITY, PARTICULARLY FAMILY DOLLAR/DOLLAR GENERAL POLK LITIGATION COMPLAINT. | | |
| | J. R. ALDERMAN     .60 hours at  245.00 per hour. | | 147.00 |
| 04/14/06 | DRAFT SUPPLEMENTAL AUTHORITY. | | |
| | J. R. ALDERMAN     .40 hours at  245.00 per hour. | | 98.00 |
| 04/14/06 | DISCUSSION WITH JASON ALDERMAN RE ████████ | | |
| | ███████████████████ OBTAINED COPIES OF SALE | | |
| | C. C. BIRD     .30 hours at  245.00 per hour. | | 73.50 |
| 04/14/06 | REVISE NOTICE OF SUPPLEMENTAL AUTHORITY RE POLK CO CASE | | |
| | T. WALTER     .10 hours at  345.00 per hour. | | 34.50 |
| 04/14/06 | EDIT NOTICE OF SUPPLEMENTAL AUTHORITY RE POLK CO CASE | | |
| | T. WALTER     .10 hours at  345.00 per hour. | | 34.50 |
| 04/17/06 | REVIEW EXHIBITS TO SUPPLEMENTAL AUTHORITY. | | |
| | A. M. GRUNSPAN     .30 hours at  345.00 per hour. | | 103.50 |
| 04/17/06 | CONTACT JASON ALDERMAN REGARDING ████████ | | |
| | ██████████████████ | | |
| | A. M. GRUNSPAN     .20 hours at  345.00 per hour. | | 69.00 |
| 04/17/06 | REVISE SAME | | |
| | A. M. GRUNSPAN     .20 hours at  345.00 per hour. | | 69.00 |
| 04/17/06 | REVIEW CORRESPONDENCE REGARDING SAME. | | |
| | A. M. GRUNSPAN     .20 hours at  345.00 per hour. | | 69.00 |
| 04/17/06 | PREPARED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AFFIRMATIVE DEFENSES. | | |
| | K. HEARN     .60 hours at  245.00 per hour. | | 147.00 |
| 04/17/06 | STUDY NOTICE OF SUPPLEMENTAL AUTHORITY | | |
| | T. WALTER     .10 hours at  345.00 per hour. | | 34.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308      REF. NO.  50116-23459
INVOICE NUMBER  418882                         PAGE  14

04/17/06  REVIEW NOTICE OF SUPPLEMENTAL AUTHORITY;
          INSTRUCTIONS REGARDING FINALIZING & FILING
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/18/06  PREPARED MOTION FOR EXTENSION OF TIME TO FILE
          RESPONSE TO AFFIRMATIVE DEFENSES.
          K. PEAKE     .50 hours at  245.00 per hour.               122.50

04/20/06  TRANSCRIPT OF SUMMARY JUDGMENT HEARING
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/21/06  REVIEW SUPPLEMENTAL MEMORANDUM OF LAW FILED BY
          DOLLAR GENERAL.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

04/21/06  LETTER TO TOM WARNER REGARDING RESPONSE TO
          SUPPLEMENTAL AUTHORITY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

04/21/06  REVIEW FILE REGARDING TIMING OF JUDGE'S
          DECISION
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/21/06  STUDY DOLGEN'S SUPPLEMENTAL MEMO OF LAW RE SM
          JM
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/21/06  REVIEW DOLGEN'S SUPPLEMENTAL MEMO OF LAW RE SM
          JM
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/21/06  ANALYZE DOLGEN'S SUPPLEMENTAL MEMO OF LAW RE SM
          JM
          T. WARNER    .10 hours at  345.00 per hour.                34.50

04/21/06  RF AND INSTR RE RESPONSE TO DOLGEN MEMO ON
          RECORDING STATUTE ISSUE
          T. WARNER    .30 hours at  345.00 per hour.               103.50

04/23/06  REVIEW FLA. STAT. 695.01 AND CASE LAW
          INTERPRETING/ APPLYING THE STATUTE.
          J. L. ALDEMAN    1.20 hours at  245.00 per hour.          294.00

04/23/06  REVIEW FLORIDA STATUTE 695.11 AND CASE LAW
          INTERPRETING/ APPYING SAME IN CONNECTION WITH
          DRAFTING WINN-DIXIE'S SUR REPLY TO DOLLAR
          GENERAL'S RESPONSE.
          J. L. ALDEMAN    .90 hours at  245.00 per hour.           220.50

## CARLTON FIELDS, P.A.

**Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach**

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308         REF. NO.  50116-23459
INVOICE NUMBER  418882                     PAGE  15

04/23/06  RECEIPT OF DOLLAR GENERAL'S RESPONSE TO
          WINN-DIXIE'S SUPPLEMENTAL AUTHORITY.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/23/06  REVIEW OF DOLLAR GENERAL'S RESPONSE TO
          WINN-DIXIE'S SUPPLEMENTAL AUTHORITY.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/23/06  DRAFT WINN-DIXIE'S SUR REPLY TO DOLLAR
          GENERAL'S RESPONSE.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

04/23/06  REVISE WINN DIXIE'S SUR REPLY TO DOLLAR
          GENERAL'S RESPONSE.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.         122.50

04/23/06  EDIT WINN DIXIE'S SUR REPLY TO DOLLAR GENERAL'S
          RESPONSE.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.         122.50

04/24/06  SEVERAL CALLS TO JASON ALDERMAN REGARDING ███████
          A. M. GRUMAN       .60 hours at  345.00 per hour.         207.00

04/24/06  REVIEW DOLLAR GENERAL SUPPLEMENTAL AUTHORITY ON
          SUMMARY JUDGMENT MOTION IN ORDER TO REVISE
          OPPOSITION THERETO.
          A. M. GRUMAN       .40 hours at  345.00 per hour.         138.00

04/24/06  REVIEW DRAFT RESPONSE TO DOLLAR GENERAL'S
          SUPPLEMENTAL AUTHORITY.
          A. M. GRUMAN      1.40 hours at  345.00 per hour.         483.00

04/24/06  REVISE DRAFT RESPONSE TO DOLLAR GENERAL'S
          SUPPLEMENT AUTHORITY.
          A. M. GRUMAN      1.40 hours at  345.00 per hour.         483.00

04/24/06  RESEARCH STATUS OF MOTION FOR EXTENSION TO
          FILE RESPONSE TO AFFIRMATIVE DEFENSES.
          K. LAKE            .20 hours at  245.00 per hour.          49.00

04/24/06  INSTRUCTION REGARDING FINALIZING RESPONSE &
          FILING W/COURT
          T. WARNER          .20 hours at  345.00 per hour.          69.00

04/24/06  REVIEW CHANGES TO RESPONSE TO DOLLAR GENERAL'S
          NEW ARGUMENT RE: RECORDING STATUTE
          T. WARNER          .20 hours at  345.00 per hour.          69.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

| WINN DIXIE STORES, INC | JUNE 30, 2006 |
| JENSEN BEACH PLAZA, LTD, STORE 308 | REF. NO.  50116-23459 |
| INVOICE NUMBER  418882 | PAGE  16 |

04/24/06  REVISE CHANGES TO RESPONSE TO DOLLAR GENERAL'S
         NEW ARGUMENT RE: RECORDING STATUTE
         T. WARNER      .30 hours at  345.00 per hour.                103.50

04/24/06  DRAFT CHANGES TO RESPONSE TO DOLLAR GENERAL'S
         NEW ARGUMENT RE: RECORDING STATUTE
         T. WARNER      .30 hours at  345.00 per hour.                103.50


         TOTAL FEES FOR PROFESSIONAL SERVICES        $44,203.50


## ATTORNEY FEE SUMMARY

| Code | Name | Hours | Rate | | Amount |
|------|------|-------|------|---|--------|
| AMG | A. M. GRUPPAN | 27.20 hours at | $345.00 | = | 9384.00 |
| KP | K. PLAKE | 1.30 hours at | $245.00 | = | 318.50 |
| DJS | D. J. SMITH | 0.50 hours at | $245.00 | = | 122.50 |
| JRA | J. R. ALEMAN | 76.90 hours at | $245.00 | = | 18840.50 |
| COA | C. O. AIR | 0.30 hours at | $245.00 | = | 73.50 |
| APF | A. P. FRY | 0.20 hours at | $245.00 | = | 49.00 |
| LG* | L. GOLDSTEIN* | 28.70 hours at | $85.00 | = | 2439.50 |
| LS* | LIT SUPPORT LEVEL 3* | 11.50 hours at | $110.00 | = | 1265.00 |
| LS* | LIT SUPPORT LEVEL 1* | 4.50 hours at | $35.00 | = | 157.50 |
| EB* | E. BROWN* | 17.00 hours at | $85.00 | = | 1445.00 |
| TW | T. WARNER | 29.30 hours at | $345.00 | = | 10108.50 |
| | TOTAL | 197.40 | | | $44,203.50 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006**

| | | |
|---|---|---|
| | COPYING COST | 4033.40 |
| | FAX | 188.00 |
| | POSTAGE | 54.60 |
| | TELEPHONE | 11.89 |
| | ONLINE COMPUTER SERVICES | 3.60 |
| 04/11/06 | MESSENGER CHARGES | 26.52 |
| 04/06/06 | LITIGATION SUPPORT - 2 CD'S COPIED | 4.00 |
| 04/12/06 | LITIGATION SUPPORT - 14 FOAM BOARDS (32 X 40) | 252.00 |
| 04/18/06 | EXPRESS MAIL | 19.32 |
| 04/24/06 | EXPRESS MAIL | 12.88 |
| 04/15/06 | WESTLAW RESEARCH | 45.24 |
| 04/15/06 | WESTLAW RESEARCH | 4.40 |
| 04/15/06 | WESTLAW RESEARCH | 1.55 |
| 04/23/06 | WESTLAW RESEARCH | 23.91 |
| 04/23/06 | WESTLAW RESEARCH | 19.26 |
| 04/23/06 | WESTLAW RESEARCH | 6.80 |
| 04/23/06 | WESTLAW RESEARCH | 100.07 |
| 04/23/06 | WESTLAW RESEARCH | 117.04 |
| 04/24/06 | WESTLAW RESEARCH | 209.81 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### A T T O R N E Y S   A T   L A W

WIN  DIXIE  STORES, INC                          JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308               REF. NO.  50116-23459
INVOICE NUMBER  418882                           PAGE   17

| | | |
|---|---|---:|
| 04/24/06 | WESTLAW RESEARCH | 101.47 |
| 04/24/06 | WESTLAW RESEARCH | 65.78 |
| 04/24/06 | WESTLAW RESEARCH | 28.71 |
| 04/24/06 | WESTLAW RESEARCH | 10.12 |
| 04/25/06 | WESTLAW RESEARCH | 11.31 |
| 04/25/06 | WESTLAW RESEARCH | 3.99 |
| 04/25/06 | WESTLAW RESEARCH | 53.82 |
| 04/25/06 | WESTLAW RESEARCH | 116.39 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006          $5,525.88
                                                     ------------

**TOTAL AMOUNT DUE THIS INVOICE**          **$49,729.38**
                                           ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 30, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23459
INVOICE NUMBER   422331

RE:   JENSEN BEACH PLAZA, LTD, STORE 308

LEGAL SERVICES POSTED THROUGH 05/31/06          $13,541.50
COSTS ADVANCED POSTED THROUGH 05/31/06           $2,003.88
                                            - - - - - - - - - - - -

CURRENT INVOICE TOTAL          $15,545.38
                                            ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   422331

JUNE 30, 2006
REF. NO.  50116-23459
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

05/04/06  CONTACT JASON ALDERMAN REGARDING ███████
    A. M. GRUNSPAN    .30 hours at   345.00 per hour.              103.50

05/04/06  PREPARED MOTIONS TO STRIKE AFFIRMATIVE
    DEFENSES.
    K. PEAKE    .20 hours at  245.00 per hour.                      49.00

05/08/06  REVIEW FILE, CONFER WITH AMG, RE-███████
    J. R. ALDERMAN    .30 hours at  245.00 per hour.              73.50

05/08/06  REVIEW FILE, CONFER WITH AMG, RE-███████
    J. R. ALDERMAN    .30 hours at  245.00 per hour.              73.50

05/09/06  REVIEW ORDERS ON SUMMARY JUDGMENT.
    A. M. GRUNSPAN    .50 hours at  345.00 per hour.             172.50

05/09/06  LETTER TO CLIENT REGARDING SUMMARY JUDGMENT
    RESULTS.
    A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

05/09/06  CONTACT JASON ALDERMAN REGARDING ███████
    A. M. GRUNSPAN    .50 hours at  345.00 per hour.             172.50

05/09/06  STUDY AND REVIEW JUDGE'S ORDER GRANTING PARTIAL
    SUMMARY JUDGMENT TO WINN DIXIE; STUDY AND
    REVIEW ORDER DENYING DOLGEN'S MOTION FOR
    SUMMARY JUDGMENT
    T. WARNER    .30 hours at  345.00 per hour.                  103.50

05/10/06  CONTACT JASON ALDERMAN REGARDING ███████
    A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

05/10/06  RECEIPT AND REVIEW OF JUDGES ORDER GRANTING
    PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
    DENYING DEFENDANT'S MOTION FOR SUMMARY
    JUDGMENT.
    J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

05/10/06  CONFER IWTH AMG, RE- ███████
    J. R. ALDERMAN    .30 hours at  245.00 per hour.             73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                        JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308         REF. NO.   50116-23459
INVOICE NUMBER   422331                                    PAGE    2

05/10/06   ANALYZE COURT'S DECISION AND BEST STRATEGY IN
                    PROCEEDING AGAINST LANDLORD.
                    J. R. ALDERMAN    1.40 hours at   245.00 per hour.                   343.00

05/10/06   REVIEW FILE IN CONNECTION WITH SETTING
                    DEPOSITIONS, TAKING DISCOVERY ON VIOLATION, AND
                    OTHER DISCOVERY EISSUES.
                    J. R. ALDERMAN    3.70 hours at   245.00 per hour.                   906.50

05/10/06   EXAMINE AND PREPARE LOG OF DOCUMENTS RECEIVED
                    FROM DEFENDANT DOLGENCORP.
                    L. GOLDSTEIN*   6.00 hours at  85.00 per hour.                       510.00

05/11/06   DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES.
                    K. PEAKE   1.20 hours at   245.00 per hour.                                   294.00

05/11/06   RESEARCH IN CONNECTION WITH DRAFTING MOTION FOR
                    SUMMARY JUDGMENT ON ISSUE OF WHETHER GROCERY
                    EXCLUSIVE VIOLATES STATE ANTI-TRUST STATUTE.
                    J. R. ALDERMAN    2.70 hours at   245.00 per hour.                   661.50

05/11/06   EXAMINE AND PREPARE LOG OF DOCUMENTS RECEIVED
                    FROM DEFENDANT DOLGENCORP; PROOFREAD AND PRINT.
                    L. GOLDSTEIN*   2.40 hours at  85.00 per hour.                       204.00

05/12/06   DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES
                    OF TED GLASRUD.
                    K. PEAKE   1.10 hours at   245.00 per hour.                                   269.50

05/12/06   REVIEW FILE IN CONNECTION WITH DISCOVERY,
                    PARTICULARLY TRANSCRIPT OF HEARING ON DOLLAR
                    GENERAL'S DISCOVERY OBJECTIONS.
                    J. R. ALDERMAN    1.70 hours at   245.00 per hour.                   416.50

05/12/06   DRAFT AMENDED INTERROGATORIES.
                    J. R. ALDERMAN    1.90 hours at   245.00 per hour.                   465.50

05/15/06   CONTACT JASON ALDERMAN REGARDING ███████
                    A. M. GRUNSPAN    .30 hours at   345.00 per hour.                    103.50

05/15/06   DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES.
                    K. PEAKE   .30 hours at   245.00 per hour.                                     73.50

05/15/06   REVIEW FILE. DRAFT LETTER TO D/G'S COUNSEL, RE-
                    DEPOSITIONS.
                    J. R. ALDERMAN    .60 hours at   245.00 per hour.                    147.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                         JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308             REF. NO.   50116-23459
INVOICE NUMBER   422331                        PAGE     3

05/15/06  CONFER WITH AMG, RE- ███████████████████,
          ████████████████████████████████
          J. R. ALDERMAN    .50 hours at  245.00 per hour.         122.50

05/15/06  TELECONFERENCE WITH LEONARD RUTLAND,RE-
          DISCOVERY, DOLLAR GENERAL'S MOTION FOR
          REHEARING.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

05/15/06  REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
          ATT'Y. ALDERMAN'S REQUEST.
          L. GOLDSTEIN*   3.40 hours at  85.00 per hour.           289.00

05/17/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S ANSWER
          TO LANDLORD'S CROSS CLAIM.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

05/17/06  INITIAL CONFERENCE WITH JASON ALDERMAN
          REGARDING ███████████.
          A. V. RIVAS-VAZQUEZ*    .50 hours at  140.00 per hour.    70.00

05/18/06  INITIAL RESEARCH REGARDING MERCANTILE
          EXCLUSIVES.
          A. V. RIVAS-VAZQUEZ*    .50 hours at  140.00 per hour.    70.00

05/22/06  REVIEW DOCUMENTS PROVIDED BY DOLLAR GENERAL IN
          DISCOVERY.
          J. R. ALDERMAN   3.40 hours at  245.00 per hour.         833.00

05/22/06  REVISE, EDIT, REQUEST FOR ADMISSIONS.
          J. R. ALDERMAN   1.70 hours at  245.00 per hour.         416.50

05/22/06  RESEARCH CASE LAW ON MERCANTILE EXCLUSIVES IN
          SHOPPING CENTERS.
          A. V. RIVAS-VAZQUEZ*   1.00 hours at  140.00 per hour.   140.00

05/23/06  RESEARCH CASES REGARDING MERCANTILE EXCLUSIVES
          IN FLORIDA AND GEORGIA
          A. V. RIVAS-VAZQUEZ*    .30 hours at  140.00 per hour.    42.00

05/24/06  REVIEW DOCUMENTS PRODUCED BY DOLLAR GENERAL IN
          DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.         318.50

05/24/06  PREPARE AND RESEARCH CASE LAW ON PROPERTY
          LAW/MERCANTILE EXCLUSIVES AT THE MIAMI-DADE
          COUNTY COURTHOUSE LAW LIBRARY.
          A. V. RIVAS-VAZQUEZ*   2.00 hours at  140.00 per hour.   280.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER   422331                         PAGE    4

05/25/06  RESEARCH CASE LAW ON MERCANTILE EXCLUSIVES
          NATIONWIDE.
          A. V. RIVAS-VAZQUEZ*   1.50 hours at  140.00 per hour.        210.00

05/26/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.             103.50

05/26/06  REVIEW PRELIMINARY INJUNCTION WITNESSES,
          STRATEGY AND DOCUMENTS.
          A. M. GRUNSPAN    1.20 hours at  345.00 per hour.             414.00

05/26/06  CONFER WITH AMG AND DJS, RE- ▮▮▮▮▮▮▮
          J. R. ALDERMAN    .40 hours at  245.00 per hour.               98.00

05/26/06  CONFER WITH AMG AND DJS, RE- ▮▮▮▮▮▮▮
          J. R. ALDERMAN    .40 hours at  245.00 per hour.               98.00

05/26/06  REVIEW FILE IN CONNECTION WITH SETTING
          DEPOSITIONS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.              196.00

05/26/06  BRIEFLY EXAMINE DEFENDANT'S PRODUCTION WITH
          ATT'Y. ALDERMAN AND CONFER RE: PREPARATION OF
          DISCOVERY LOG.
          L. GOLDSTEIN*    .20 hours at  85.00 per hour.                 17.00

05/26/06  BRIEF EXAMINATION WITH ATT'Y. ALDERMAN OF
          DOCUMENTS PRODUCED BY DEFENDANT.  BEGIN
          PREPARING LOG OF DEFENDANT'S RECORDS.
          L. GOLDSTEIN*    .40 hours at  85.00 per hour.                 34.00

05/26/06  BRIEF EXAMINATION WITH ATT'Y. ALDERMAN OF
          DOCUMENTS PRODUCED BY DEFENDANT.  BEGIN
          PREPARING LOG OF DEFENDANT'S RECORDS.
          L. GOLDSTEIN*  - .40 hours at  85.00 per hour.               (34.00)

05/30/06  BEGIN PREPARING LOG OF DEFENDANT'S RECORDS.
          L. GOLDSTEIN*    .40 hours at  85.00 per hour.                 34.00

05/30/06  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.               69.00

05/30/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   422331

JUNE 30, 2006
REF. NO.  50116-23459
PAGE    5

| Date | Description | Amount |
|---|---|---|
| 05/30/06 | REVIEW DISCOVERY MATERIALS FROM DG IN PREPARATION FOR PUSH ON DISCOVERY OBJECTIONS AND CONTACT WITH REYNOLDS.<br>D. J. SMITH    .60 hours at  245.00 per hour. | 147.00 |
| 05/30/06 | CONFER WITH AMG. RE-<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 05/30/06 | CONTINUE PREPARING LOG OF DEFENDANT'S RECORDS.<br>L. GOLDSTEIN*    8.10 hours at  85.00 per hour. | 688.50 |
| 05/30/06 | PREPARE AND RESEARCH CASE LAW UNREASONABLE RESTRAINTS ON TRADE AND COMPETITION (JASON ALDERMAN).<br>A. V. RIVAS-VAZQUEZ*    1.00 hours at  140.00 per hour. | 140.00 |
| 05/31/06 | REVIEW ISSUES REGARDING COMPELLING DISCOVERY AND LISTS OF WITNESSES FOR DEPOSITION.<br>A. M. GRUNSPAN    .90 hours at  345.00 per hour. | 310.50 |
| 05/31/06 | REVISE LETTER TO OPPOSING COUNSEL REGARDING HEARING ON SEVERAL DISCOVERY MOTIONS.<br>A. M. GRUNSPAN    .10 hours at  345.00 per hour. | 34.50 |
| 05/31/06 | CONFER WITH TOM WARNER. RE-<br>J. R. ALDERMAN    .20 hours at  245.00 per hour. | 49.00 |
| 05/31/06 | REVIEW FILE IN CONNECTION WITH SETTING DISCOVERY MATTERS FOR HEARING, PARTICULARLY DOLLAR GENERAL'S OBJECTIONS TO WINN-DIXIE'S REQUEST FOR PRODUCTION AND MOTION TO COMPEL.<br>J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 05/31/06 | TELECONFERENCE WITH OPPOSING COUNSEL FOR DOLLAR GENERAL, RE- SETTING MATTERS FOR HEARING.<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 05/31/06 | DRAFT, REVISE, EDIT LETTER TO OPPOSING COUNSEL, RE- DISCOVERY HEARINGS. TELECONFERENCE WITH COUNSEL FOR LANDLORD, RE- SETTING DISCOVERY HEARINGS AND MOTION FOR SUMMARY JUDGMENT. RECEIPT AND REVIEW OF LETTER FROM DOLLAR GENERAL'S COUNSEL, RE- UNABLE TO ATTEND HEARING TIME.<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   422331

JUNE 30, 2006
REF. NO.   50116-23459
PAGE     6

05/31/06   REVIEW FILE IN CONNECTION WITH AMENDED
           INTERROGATORIES AND REQUEST FOR PRODUCTION,
           PARTICULARLY HEARING TRANSCRIPT ON DOLLAR
           GENERAL'S OBJECTIONS (JANUARY 30) AND PROPOSED
           AGREED ORDER.
           J. R. ALDERMAN   1.40 hours at  245.00 per hour.          343.00

05/31/06   DRAFT, REVISE, EDIT AMENDED INTERROGATORIES.
           J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

05/31/06   DRAFT, REVISE, EDIT MOTION TO EXPEDITE
           RESPONSES TO AMENDED INTERROGATORIES.
           J. R. ALDERMAN    .70 hours at  245.00 per hour.          171.50

05/31/06   WORK WITH LEGAL ASSISTANT, RE- SETTING VARIOUS
           MATTERS FOR HEARING.
           J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

05/31/06   DRAFT SECOND REQUEST FOR PRODUCTION.
           J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

05/31/06   REVISE, EDIT LETTER TO DOLLAR GENERAL'S
           COUNSEL, RE- DEPOSITION DATES.
           J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

05/31/06   CONFER WITH AMG AND DJS  RE-
           ███████████████████████████████
           J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

05/31/06   CONTINUE PREPARING LOG OF DEFENDANT'S RECORDS.
           SORT OUT MULTIPLE DUPLICATIONS.
           L. GOLDSTEIN*   1.40 hours at  85.00 per hour.            119.00

05/31/06   DOWNLOAD AND BEGIN LOGGING SUPPLEMENTAL
           PRODUCTION FROM DEFENDANT.
           L. GOLDSTEIN*   3.40 hours at  85.00 per hour.            289.00

05/31/06   RF RE STATUS OF DISCOVERY, INJUNCTION HEARING,
           AND ADDITIONAL SUMMARY JUDGMENT ISSUES
           T. WARNER    .20 hours at  345.00 per hour.               69.00


           TOTAL FEES FOR PROFESSIONAL SERVICES          $13,541.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   422331

JUNE 30, 2006
REF. NO.  50116-23459
PAGE     7

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 5.40 hours at | $345.00 = | | 1863.00 |
| KP | K. PEAKE | 2.80 hours at | $245.00 = | | 686.00 |
| DJS | D. J. SMITH | 0.60 hours at | $245.00 = | | 147.00 |
| JRA | J. R. ALDERMAN | 30.90 hours at | $245.00 = | | 7570.50 |
| LG* | L. GOLDSTEIN* | 25.30 hours at | $85.00 = | | 2150.50 |
| AVR* | A. V. RIVAS-VAZQUEZ* | 6.80 hours at | $140.00 = | | 952.00 |
| TW | T. WARNER | 0.50 hours at | $345.00 = | | 172.50 |
| | TOTALS | 72.30 | | | $13,541.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006

| | | |
|---|---|---:|
| | COPYING COST | 42.80 |
| | FAX | 127.00 |
| | POSTAGE | 8.32 |
| | TELEPHONE | 7.80 |
| 05/15/06 | COURT REPORTER CHARGE - VENDOR: ESQUIRE DEPOSITION SERVICES, LLC - ATTENDANCE/TRANSCRIPT FEES 4/13/06 | 885.30 |
| 05/31/06 | TRAVEL/LODGING/MEALS - VENDOR: JASON ALDERMAN , 04/12-04/13/06 TRAVELED  RE: ATTENDED HEARING ON MOTION FOR SUMMARY JUDGMENT, STUART/MIAMI | 359.18 |
| 05/05/06 | MESSENGER CHARGES - VENDOR: ASSET COURIER SERVICE, INC.  - COURIER SERVICES | 184.50 |
| 05/02/06 | WESTLAW RESEARCH | 70.63 |
| 05/02/06 | WESTLAW RESEARCH | 5.30 |
| 05/02/06 | WESTLAW RESEARCH | 3.45 |
| 05/02/06 | WESTLAW RESEARCH | 1.22 |
| 05/02/06 | WESTLAW RESEARCH | 1.12 |
| 05/25/06 | WESTLAW RESEARCH | 95.51 |
| 05/25/06 | WESTLAW RESEARCH | 3.92 |
| 05/25/06 | WESTLAW RESEARCH | 50.57 |
| 05/25/06 | WESTLAW RESEARCH | 22.83 |
| 05/25/06 | WESTLAW RESEARCH | 21.22 |
| 05/25/06 | WESTLAW RESEARCH | 21.21 |
| 05/25/06 | WESTLAW RESEARCH | 11.07 |
| 05/26/06 | WESTLAW RESEARCH | 10.61 |
| 05/26/06 | WESTLAW RESEARCH | 8.91 |
| 05/26/06 | WESTLAW RESEARCH | 3.97 |
| 05/26/06 | WESTLAW RESEARCH | 52.61 |
| 05/26/06 | WESTLAW RESEARCH | 3.43 |
| 05/26/06 | WESTLAW RESEARCH | 1.40 |

TOTAL COSTS AS POSTED THROUGH MAY 31, 2006                    $2,003.88

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 30, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  422331                    PAGE    8

          TOTAL AMOUNT DUE THIS INVOICE        $15,545.38
                                               ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23462
INVOICE NUMBER   422175

RE:   DOLLAR GENERAL INVESTIGATIVE

LEGAL SERVICES POSTED THROUGH 05/31/06            $820.50
COSTS ADVANCED POSTED THROUGH 05/31/06               $.15
                                              -------------
          CURRENT INVOICE TOTAL                   $820.65
                                              =============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 27, 2006
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  422175                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006**


03/07/06  CONFER WITH PARALEGAL,AMG, AND TEW, REGARDING
          ▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

04/13/06  SEVERAL CORRESPONDENCE WITH MIKE CHLEBOVEC
          REGARDING▮▮▮▮▮▮
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

04/13/06  REVIEW FILES REGARDING SAME TO BE ABLE TO
          RESPOND TO CLIENT'S REQUEST ON 209.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.         207.00

04/13/06  MEMO TO AMG RE:▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH     .30 hours at  245.00 per hour.           73.50

05/15/06  RESEARCH RE: CONSENT JUDGMENT AGAINST FORMER
          CFO OF DOLLAR GENERAL
          M.A. SHAFIR     .60 hours at  245.00 per hour.          147.00

05/16/06  REVIEW MATERIAL ON SEC ACTION/ SETTLEMENT WITH
          D/G. ▮▮▮▮▮▮▮▮▮▮ TO MICHEAL SHAFIR, RE-
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $820.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| MAS | M.A. SHAFIR | 0.60 hours at | $245.00 = | 147.00 |
| AMG | A. M. GRUNSPAN | 1.10 hours at | $345.00 = | 379.50 |
| DJS | D. J. SMITH | 0.30 hours at | $245.00 = | 73.50 |
| JRA | J. R. ALDERMAN | 0.90 hours at | $245.00 = | 220.50 |
| | TOTALS | 2.90 | | $820.50 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**


          TELEPHONE                              0.15

          TOTAL COSTS AS POSTED THROUGH MAY 31, 2006        $.15
                                                    ------------

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER   422175

JUNE 27, 2006
REF. NO.   50116-23462
PAGE    2

**TOTAL AMOUNT DUE THIS INVOICE        $820.65**
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  422176

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 05/31/06 | $5,808.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/06 | $66.52 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$5,875.02** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  422176

JUNE 27, 2006
REF. NO.  50116-23463
PAGE   1

### PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

05/01/06  DRAFT RESPONSE TO MOTION FOR SUMMARY JUDGMENT.
J. R. ALDERMAN   2.30 hours at  245.00 per hour.          563.50

05/01/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
FOR SUMMARY JUDGMENT.
J. R. ALDERMAN   3.10 hours at  245.00 per hour.          759.50

05/02/06  DRAFT DISCOVERY.
J. R. ALDERMAN   3.10 hours at  245.00 per hour.          759.50

05/02/06  REVIEW LAW ON TEMPORARY INJUNCTION IN
CONNECTION WITH DRAFTING MOTION FOR TEMPORARY
INJUNCTION.
J. R. ALDERMAN   2.30 hours at  245.00 per hour.          563.50

05/08/06  REVIEW FILE, CONFER WITH AMG, RE-██████
J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

05/09/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
J. R. ALDERMAN   1.70 hours at  245.00 per hour.          416.50

05/10/06  CONTACT JASON ALDERMAN REGARDING ██████████
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

05/10/06  DRAFT, REVISE, EDIT, NOTICE OF FILING
SUPPLEMENTAL AUTHORITY.
J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

05/10/06  REVIEW FILE RE STATUS OF HRGS AND PREP RE SM JM
T. WARNER    .20 hours at  345.00 per hour.                69.00

05/12/06  DRAFT AMENDED INTERROGATORIES.
J. R. ALDERMAN   1.80 hours at  245.00 per hour.          441.00

05/15/06  DRAFT RESPONSE TO DOLLAR GENERAL'S MOTION FOR
SUMMARY JUDGMENT.
J. R. ALDERMAN   3.40 hours at  245.00 per hour.          833.00

05/17/06  DRAFT AMENDED DISCOVERY.
J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 27, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER   422176                         PAGE   2

05/25/06  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          MOTION TO COMPEL, AND CONFERENCE WITH AMG.
          INSTRUCTIONS APF, RE-██████████████
          ██████████ TELECONFERENCE WITH OPPOSING COUNSEL.
          J. R. ALDERMAN      .50 hours at  245.00 per hour.        122.50

05/25/06  DRAFT MOTION TO COMPEL DISCOVERY.
          A. P. FRY   1.40 hours at  245.00 per hour.               343.00

05/26/06  REVIEW PROSED ORDER AND LETTER TO OPPOSING
          COUNSEL.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

05/26/06  DRAFT AGREED ORDER DENYING NOBLE'S MOTION TO
          DISMISS. REVIEW MOTION TO COMPEL DISCOVERY
          RESPONSES. LETTER TO OPPOSING COUNSEL.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.         122.50

05/30/06  LETTER TO JUDGE, RE- AGREED ORDER ON NOBLE'S
          MOTION TO DISMISS.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

05/31/06  REVIEW ISSUES ON CROSS MOTIONS FOR SUMMARY
          JUDGMENT AND HEARING ON SAME.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $5,808.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.80 hours at | $345.00 = | | 276.00 |
| JRA | J. R. ALDERMAN | 20.90 hours at | $245.00 = | | 5120.50 |
| APF | A. P. FRY | 1.40 hours at | $245.00 = | | 343.00 |
| TW | T. WARNER | 0.20 hours at | $345.00 = | | 69.00 |
| | TOTALS | 23.30 | | | $5,808.50 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006

          COPYING COST                          17.40
          FAX                                   42.00
          POSTAGE                                3.52
          TELEPHONE                              3.60

          TOTAL COSTS AS POSTED THROUGH MAY 31, 2006      $66.52
                                                   ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 27, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.   50116-23463
INVOICE NUMBER   422176                         PAGE    3


            TOTAL AMOUNT DUE THIS INVOICE          $5,875.02
                                                ============

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  422177

**RE:  STORE NO 242, FLAMINGO EAST, LTD**

LEGAL SERVICES POSTED THROUGH 05/31/06          $8,735.00
COSTS ADVANCED POSTED THROUGH 05/31/06            $389.54
                                               ------------
         **CURRENT INVOICE TOTAL**              **$9,124.54**
                                               ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  422177

JUNE 27, 2006
REF. NO.  50116-25029
PAGE  1

### PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006

04/04/06 CONTACT JASON ALDERMAN REGARDING ███████████
        A. M. GRUNSPAN   .30 hours at  345.00 per hour.        103.50

04/18/06 PREPARED MOTION FOR EXTENSION OF TIME TO FILE
        RESPONSE TO AFFIRMATIVE DEFENSES.
        K. PEAKE   .50 hours at  245.00 per hour.            122.50

04/24/06 RESEARCHED STATUS OF MOTION FOR EXTENSION TO
        FILE RESPONSE TO AFFIRMATIVE DEFENSES.
        K. PEAKE   .10 hours at  245.00 per hour.             24.50

05/08/06 REVIEW FILE, CONFER WITH AMG, RE-████████
        J. R. ALDERMAN   .30 hours at  245.00 per hour.       73.50

05/08/06 REVIEW FILE, CONFER WITH AMG AND MICHAEL
        SHAFIR, RE-████████████████████████████████
        J. R. ALDERMAN   .40 hours at  245.00 per hour.       98.00

05/08/06 REVIEW FILE, DISCOVERY MATERIALS, LEASES, TITLE
        REPORT, AND DRAFT OF SUMMARY JUDGMENT.
        J. R. ALDERMAN   1.30 hours at  245.00 per hour.     318.50

05/08/06 PROOF, REVISE, EDIT, MOTION FOR PARTIAL SUMMARY
        JUDGMENT.
        J. R. ALDERMAN   1.30 hours at  245.00 per hour.     318.50

05/09/06 RESEARCH RE: DEFAULT JUDGMENT & CHAIN OF TITLE
        M.A. SHAFIR   .40 hours at  245.00 per hour.          98.00

05/09/06 PREPARE LITIGATION STRATEGY.
        A. M. GRUNSPAN   .70 hours at  345.00 per hour.      241.50

05/10/06 CONTACT JASON ALDERMAN REGARDING ████████
        A. M. GRUNSPAN   .20 hours at  345.00 per hour.       69.00

05/10/06 SEVERAL CORRESPONDENCE WITH CLIENT AND JASON
        ALDERMAN REGARDING ████████
        A. M. GRUNSPAN   .30 hours at  345.00 per hour.      103.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 27, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  422177                          PAGE    2

05/10/06  REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.              276.00

05/11/06  DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES.
          K. PEAKE   3.20 hours at  245.00 per hour.                    784.00

05/11/06  WORK WITH LEGAL ASSISTANT, RE- SCHEDULING/
          COORDINATING HEARING ON MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.             171.50

05/12/06  REVIEW DISCOVERY REGARDING MOTION TO COMPEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

05/15/06  DRAFTED MOTION TO STRIKE AFFIRMATIVE DEFENSES.
          K. PEAKE    .20 hours at  245.00 per hour.                    49.00

05/15/06  REVIEW FILE REGARDING SCHEDULING & PREPARATION
          FOR HEARING ON DEFENDANT'S MOTION TO DISMISS &
          WD'S MOTION FOR PARTIAL SUMMARY JUDGMENT
          T. WARNER   .20 hours at  345.00 per hour.                    69.00

05/16/06  SEVERAL CALLS TO JASON ALDERMAN
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

05/16/06  CORRESPONDENCE WITH COUNSEL FOR LANDLORD
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.              69.00

05/16/06  DRAFT AFFIDAVIT OF J. HARRIS TO ACCOMPANY
          MOTION FOR SUMMARY JUDGMENT.
          A. P. FRY    .60 hours at  245.00 per hour.                  147.00

05/17/06  PREPARATION OF REQUEST FOR ADMISSIONS TO FAMILY
          DOLLAR
          M.A. SHAFIR   1.60 hours at  245.00 per hour.                392.00

05/17/06  PREPARE FOR TELECONFERENCE WITH LANDLORD AND
          LANDLORD'S ATTORNEY, RE- CASE, DISCOVERY,
          VACATING DEFAULT, DEPOSITIONS.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.            122.50

05/17/06  TELECONFERENCE WITH LANDLORD AND LANDLORD'S
          COUNSEL, RE- SUMMARY JUDGMENT, LEGAL ISSUES,
          DISCOVERY, VACATING DEFAULT.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.             98.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 27, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  422177                    PAGE    3

05/17/06  REVIEW FILE IN CONNECTION WITH SETTING
          DEPOSITIONS.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

05/17/06  WORK WITH LEGAL ASSISTANT IN SETTING
          DEPOSITIONS.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.            220.50

05/18/06  DRAFT, REVISE, EDIT MOTION TO STRIKE FAMILY
          DOLLAR'S AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN   4.30 hours at  245.00 per hour.           1053.50

05/18/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          TO STRIKE AFFIRMATIVE DEFENSES AND DENIAL OF
          CONDITIONS PRECEDENT.
          J. R. ALDERMAN   1.40 hours at  245.00 per hour.            343.00

05/18/06  DRAFT, REVISE, EDIT MOTION TO STRIKE IMPROPER
          DENIAL OF CONDITIONS PRECEDENT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.            318.50

05/18/06  REVIEW FAMILY DOLLLAR'S RESPONSES TO
          INTERROGATORIES AND REQUEST FOR PRODUCTION.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

05/18/06  REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
          ATT'Y. ALDERMAN'S REQUEST.
          L. GOLDSTEIN*   2.20 hours at   85.00 per hour.             187.00

05/19/06  REVISE, EDIT CONFIDENTIALITY MOTION/ ORDER.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.            318.50

05/19/06  DRAFT CONFIDENTIALITY AGREEMENT.
          A. P. FRY    1.00 hours at  245.00 per hour.                245.00

05/22/06  REVIEW FILE IN CONNECTION WITH SETTING
          DEPOSITIONS, PARTICULARLY COMPLAINT, ANSWER,
          AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

05/22/06  DRAFT LETTER TO TOD NORMAN, RE- DEPOSITION
          DATES, DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.            147.00

05/25/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                  JUNE 27, 2006
STORE NO 242, FLAMINGO EAST, LTD        REF. NO. 50116-25029
INVOICE NUMBER  422177                  PAGE    4

05/26/06  PREPARE STRATEGY FOR PRELIMINARY INJUNCTION
          REGARDING EVIDENCE WITNESSES.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.          414.00

05/26/06  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇▇
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.           103.50

05/26/06  RECEIPT AND REVIEW OF LANDLORD'S DEFAULT LETTER
          TO FAMILY DOLLAR.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

05/30/06  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇▇▇
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.           103.50

05/30/06  CONFER WITH COUNSEL FOR FAMILY DOLLAR, RE-
          AGREED ORDER ON PLAINTIFFS MOTION TO STRIKE
          IMPROPER DENIAL OF CONDITIONS PRECEDENT.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.            98.00

05/30/06  PREPARE FOR HEARING ON MOTION TO STRIKE
          DEFENDANT'S IMPROPER DENIAL OF CONDITIONS
          PRECEDENT.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.           147.00

05/30/06  RECEIPT AND REVIEW OF COUNSEL FOR LANDLORD'S
          LETTER, RE- NOTICING OF DEPOSITIONS.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

05/31/06  REVIEW ISSUES REGARDING MOTION TO STRIKE
          DEFENSES AND COMPELLING DISCOVERY.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.           138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $8,735.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| MAS | M.A. SHAFIR | 2.00 hours at | $245.00 = | 490.00 |
| AMG | A. M. GRUNSPAN | 5.90 hours at | $345.00 = | 2035.50 |
| KP | K. PEAKE | 4.00 hours at | $245.00 = | 980.00 |
| JRA | J. R. ALDERMAN | 18.70 hours at | $245.00 = | 4581.50 |
| APF | A. P. FRY | 1.60 hours at | $245.00 = | 392.00 |
| LG* | L. GOLDSTEIN* | 2.20 hours at | $85.00 = | 187.00 |
| TW | T. WARNER | 0.20 hours at | $345.00 = | 69.00 |
| | TOTALS | 34.60 | | $8,735.00 |

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 27, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  422177                    PAGE    5


**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**


           COPYING COST                            201.40
           FAX                                     154.00
           POSTAGE                                  19.87
           TELEPHONE                                 7.74
05/10/06 EXPRESS MAIL                                6.53

    TOTAL COSTS AS POSTED THROUGH MAY 31, 2006            $389.54
                                                            ------------

          **TOTAL AMOUNT DUE THIS INVOICE**        **$9,124.54**
                                                            ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | |
|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-26545
INVOICE NUMBER  422178

**RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
PLAZA, INC, STORE NO 2329**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 05/31/06 | $2,763.50 |
| COSTS ADVANCED POSTED THROUGH 05/31/06 | $164.96 |
| **CURRENT INVOICE TOTAL** | **$2,928.46** |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        JUNE 27, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  422178                        PAGE    1


## PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006


05/04/06  CONTACT JASON ALDERMAN REGARDING ███████
          ███████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

05/08/06  TELECONFERENCE WITH LANDLORD, RE- STATUS OF
          CASE, DISCOVERY, ETC.
          J. R. ALDERMAN      .50 hours at  245.00 per hour.          122.50

05/08/06  REVIEW FILE, CONFER WITH AMG, RE- ██████
          J. R. ALDERMAN      .30 hours at  245.00 per hour.           73.50

05/09/06  CONFERENCE WITH JRA RE: ██████
          M.A. SHAFIR      .10 hours at  245.00 per hour.              24.50

05/09/06  CONFERENCE WITH JRA RE: ██████.
          M.A. SHAFIR      .10 hours at  245.00 per hour.              24.50

05/09/06  PREPARATION OF INTERROGATORIES TO LANDLORD
          M.A. SHAFIR      .50 hours at  245.00 per hour.             122.50

05/09/06  PREPARATION OF REQUEST FOR PRODUCTION TO
          LANDLORD
          M.A. SHAFIR      .60 hours at  245.00 per hour.             147.00

05/09/06  PREPARE LITIGATION STRATEGY.
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.          207.00

05/09/06  REVIEW FILE, PARTICULARLY LEASES, IN CONNECTION
          WITH MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN      1.70 hours at  245.00 per hour.         416.50

05/09/06  PROOF, REVISE, EDIT, MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN      1.30 hours at  245.00 per hour.         318.50

05/10/06  REVISION OF INTERROGATORIES TO LANDLORD.
          M.A. SHAFIR      .50 hours at  245.00 per hour.             122.50

05/10/06  PREPARATION OF MOTION TO COMPEL TO FAMILY
          DOLLAR
          M.A. SHAFIR      .50 hours at  245.00 per hour.             122.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 27, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  422178                          PAGE   2

05/10/06 CONTACT JASON ALDERMAN REGARDING ████████
         ████████
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

05/10/06 RF RE SCHEDULING HRGS ON SM JM/MTD ETC
         T. WARNER    .20 hours at  345.00 per hour.             69.00

05/10/06 RF RE SCHEDULING HRG ON MOTION TO DISMISS AND
         MOTION FOR SM JM
         T. WARNER    .20 hours at  345.00 per hour.             69.00

05/12/06 REVIEW OF FILE IN CONNECTION WITH DRAFTING
         RESPONSE TO PMAT'S MOTION TO DISMISS.
         J. R. ALDERMAN    .50 hours at  245.00 per hour.       122.50

05/12/06 TELECONFERENCE WITH LANDLORD'S COUNSEL, RE-
         DISCOVERY, MOTION TO DISMISS.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.        98.00

05/15/06 CONFER WITH TOM, RE-████████
         J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

05/15/06 REVIEW FILE REGARDING SCHEDULING & PREPARATION
         FOR HEARING ON DEFENDANT'S MOTION TO DISMISS &
         WD'S MOTION FOR PARTIAL SUMMARY JUDGMENT
         T. WARNER    .20 hours at  345.00 per hour.             69.00

05/16/06 DRAFT AFFIDAVIT OF J. HARRIS TO ACCOMPANY
         MOTION FOR SUMMARY JUDGMENT.
         A. P. FRY    .60 hours at  245.00 per hour.            147.00

05/30/06 LETTER TO CLIENT REGARDING ████████
         LETTER TO LANDLORD REGARDING COMPLIANCE WITH
         COOPERATION AGREEMENT.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

05/31/06 REVIEW ISSUES REGARDING MOTION TO DISMISS BY
         FAMILY DOLLAR AND LANDLORD AND COMPELLING
         DISCOVERY.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00


         TOTAL FEES FOR PROFESSIONAL SERVICES            $2,763.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                           JUNE 27, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   422178                          PAGE    3

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| MAS | M.A. SHAFIR | 2.30 hours at | $245.00 = | 563.50 |
| AMG | A. M. GRUNSPAN | 1.80 hours at | $345.00 = | 621.00 |
| JRA | J. R. ALDERMAN | 5.00 hours at | $245.00 = | 1225.00 |
| APF | A. P. FRY | 0.60 hours at | $245.00 = | 147.00 |
| TW | T. WARNER | 0.60 hours at | $345.00 = | 207.00 |
| | TOTALS | 10.30 | | $2,763.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED MAY 31, 2006**

| | |
|---|---|
| COPYING COST | 92.20 |
| FAX | 45.00 |
| POSTAGE | 20.76 |
| TELEPHONE | 7.00 |
| TOTAL COSTS AS POSTED THROUGH MAY 31, 2006 | $164.96 |

**TOTAL AMOUNT DUE THIS INVOICE**     **$2,928.46**

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JUNE 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-26603
INVOICE NUMBER  422179

RE:  WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 23

LEGAL SERVICES POSTED THROUGH 05/31/06          $10,655.50
COSTS ADVANCED POSTED THROUGH 05/31/06             $394.57
                                               ------------
          CURRENT INVOICE TOTAL                 $11,050.07
                                               ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                      JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   422179                     PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH MAY 31, 2006**


05/01/06  REVIEW MOTION TO WITHDRAW; LETTER TO S. SUTTON
          REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

05/01/06  STUDY AND REVIEW NOTICE FROM FEDERAL COURT
          REGARDING MOTION TO WITHDRAW
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

05/02/06  REVIEW DEFENDANT'S INITIAL DISCLOSURES.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.           621.00

05/03/06  SEVERAL CORRESPONDENCE TO CLIENT REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮ AND TO DAVID J. SMITH
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

05/03/06  LETTER TO G. SHIPLEY AND CONTINUE REVIEW OF
          DOLLAR TREE DISCLOSURES.
          A. M. GRUNSPAN     .70 hours at  345.00 per hour.          241.50

05/03/06  ATTEND CLIENT CONFERENCE REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.          276.00

05/03/06  PREPARE MEMORANDUM TO FILE REGARDING SAME AND
          REVISE PRETRIAL DISCLOSURES.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

05/03/06  SEVERAL CORRESPONDENCE WITH T. WARNER AND S.
          SHIPLEY REGARDING ▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.          276.00

05/03/06  STUDY ORDER ON MOTION TO WITHDRAW.
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

05/03/06  REVIEW ORDER ON MOTION TO WITHDRAW.
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

05/03/06  REVIEW FILE REGARDING WINNDIXIE'S REJECTION OF
          LEASE & POSSIBLE DISMISSAL OF CASE; CONTACT
          WITH BLOODWORTH
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   422179                       PAGE    2

05/04/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

05/04/06  TELEPHONE CALL TO BLOODWORTH REGARDING
          VOLUNTARY DISMISSAL; REPORT TO TRIAL TEAM
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

05/05/06  SR NOTICE OF APPEARANCE - LL'S ATTY
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

05/08/06  PREPARE FOR AND CONFERENCE WITH D. LAFEVER.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

05/08/06  REVIEW DOCUMENTS FROM CLIENTS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

05/08/06  E-MAIL FROM BLOODWORTH REGARDING SETTLEMENT;
          RESPOND
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

05/08/06  TELEPHONE CALL FROM DARRYL BLOODWORTH REGARDING
          SETTLEMENT
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

05/09/06  CONTACTED BY COUNSEL FOR LANDLORD AND LETTER TO
          SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

05/09/06  RECEIPT/REVIEW ORDER REGARDING INITIAL
          DISCLOSURES: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬S
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬G
          S. K. SUTTON    .20 hours at  245.00 per hour.             49.00

05/09/06  STUDY AND REVIEW COURT ORDER & DOCKET ENTRY
          REGARDING WITHDRAWAL; REVIEW FILE REGARDING
          MANDATORY DISCLOSURES
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

05/09/06  E MAIL TO TRIAL TEAM REGARDING ▬▬▬▬▬▬▬▬
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

05/09/06  E MAIL TO TRIAL TEAM REGARDING ▬▬▬▬▬▬▬
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   422179                   PAGE    3

05/10/06  REVIEW DOCUMENTS AND PROVIDE DISCLOSURES
          MEMORANDUM.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

05/10/06  CONTACT JASON ALDERMAN REGARDING ▆▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.             34.50

05/10/06  PREPARE REVISED DISCLOSURES.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.            483.00

05/10/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING ▆▆▆
          ▆▆▆ AND TOM WARNER REGARDING ▆▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

05/10/06  RF RE VOLUNTARY DISMISSAL AND LIABILITY FOR
          FEES AND COSTS
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

05/10/06  NOTICE RE FILING WITH COURT - UNAVAILABILITY
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

05/10/06  E-MAIL FROM GRUNSPAN REGARDING ▆▆▆▆▆▆▆▆▆
          ▆▆▆▆▆▆▆
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

05/11/06  SEVERAL CALLS TO WITNESSES AND CLIENT.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.            483.00

05/11/06  REVIEW DOCUMENTS FOR DISCLOSURE.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.            414.00

05/11/06  REVISE DISCLOSURES.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.            310.50

05/11/06  PREPARE PACKAGE OF INSPECTION E-MAILS AND
          DOCUMENTS FOR AMG RE: PRE-TRIAL DISCLOSURES
          REQUIRED UNDER RULE 26.
          D. J. SMITH    .40 hours at  245.00 per hour.                98.00

05/11/06  REVIEW AND SEARCH FOR INFORMATION RE: RONALD
          PETERSON AND CHARLES MILFORD AT REQUEST OF AMG.
          D. J. SMITH    .70 hours at  245.00 per hour.               171.50

05/11/06  PREPARE STORE 2324 GROCERY DOCUMENTS AT REQUEST
          OF AMG.
          D. J. SMITH    .60 hours at  245.00 per hour.               147.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   422179                          PAGE    4

05/11/06  REVIEW/REVISE INITIAL DISCLOSURES.
          S. K. SUTTON   2.20 hours at  245.00 per hour.                 539.00

05/11/06  SR EDITS TO MANDATORY DISCLOSURE STATEMENT
          T. WARNER   .20 hours at  345.00 per hour.                      69.00

05/12/06  REVIEW DISCLOSURES FROM RDI DEVELOPERS.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                103.50

05/12/06  SEVERAL CORRESPONDENCE WITH D. HALL AND RELATED
          ATTACHMENTS.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.               414.00

05/12/06  FINALIZE AND SERVE INITIAL DISCLOSURES.
          S. K. SUTTON   .50 hours at  245.00 per hour.                  122.50

05/12/06  RF RE FILING OF MANDATORY DISCLOSURES; INSTR;
          SR RDI DISCLOSURES
          T. WARNER   .40 hours at  345.00 per hour.                     138.00

05/12/06  RF RE ATTY'S FEES ISSUE UPON VOLUNTARY
          DISMISSAL AND NEED FOR AGREEMENT FROM DEF
          DOLLAR TREE; INSTR
          T. WARNER   .20 hours at  345.00 per hour.                      69.00

05/12/06  RF RE MANDATORY DISCLOSURES AND FILING WITH
          COURT; SR AND APPROVE DISCLOSURE FORM; INSTR
          T. WARNER   .30 hours at  345.00 per hour.                     103.50

05/15/06  CONTACT DAVID J. SMITH REGARDING ███████
          ██████████
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.                 69.00

05/15/06  RECEIPT/REVIEW CO-PLAINTIFF'S RULE 26 INITIAL
          DISCLOSURES.
          S. K. SUTTON   .50 hours at  245.00 per hour.                  122.50

05/16/06  SEVERAL CORRESPONDENCE WITH COUNSEL FOR
          LANDLORD AND CLIENT REGARDING STATUS OF BIDS.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                103.50

05/16/06  REVIEW DWIGHT HALL DOCUMENTS.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                138.00

05/16/06  REVIEW RILEY'S INSPECTION OF COCOA DOLLAR
          STORE.
          D. J. SMITH   .20 hours at  245.00 per hour.                    49.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  422179                          PAGE    5

05/16/06  REVIEW FILE TO CONFIRM LOCATION AND WIN-DIXIE
          STORE.
          D. J. SMITH      .40 hours at  245.00 per hour.                    98.00

05/22/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.                 103.50

05/22/06  REVIEW RILEY INSPECTION REPORT.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.                 103.50

05/22/06  CORRESPONDENCE WITH DAVID J. SMITH REGARDING
          ▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.                  69.00

05/22/06  REVIEW ALL AMENDMENTS TO LEASE AT REQUEST OF
          AMG.
          D. J. SMITH      .50 hours at  245.00 per hour.                   122.50

05/22/06  CONFERENCE WITH AMG RE: ▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH      .10 hours at  245.00 per hour.                    24.50

05/24/06  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          CO-COUNSEL REGARDING ▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.                 172.50

05/24/06  SEVERAL CORRESPONDENCE WITH CO-COUNSEL AND
          COUNSEL FOR LANDLORD REGARDING PROPOSED
          DISMISSAL AND DOLLAR'S LACK OF AGREEMENT TO A
          STIPULATION.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.                 138.00

05/24/06  RESEARCH MOTION FOR VOLUNTARY DISMISSAL.
          S. K. SUTTON     .10 hours at  245.00 per hour.                    24.50

05/24/06  DRAFT MOTION FOR VOLUNTARY DISMISSAL.
          S. K. SUTTON     .20 hours at  245.00 per hour.                    49.00

05/24/06  ▮▮▮▮▮▮▮▮▮▮
          S. K. SUTTON     .10 hours at  245.00 per hour.                    24.50

05/24/06  ▮▮▮▮▮▮▮▮▮▮
          S. K. SUTTON     .10 hours at  245.00 per hour.                    24.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           JUNE 28, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  422179                           PAGE   6

| | | |
|---|---|---:|
| 05/24/06 | RESEARCH POTENTIAL GROUNDS FOR RECEIVING AGAINST FEES AND COSTS.<br>S. K. SUTTON     .30 hours at  245.00 per hour. | 73.50 |
| 05/24/06 | RESEARCH POTENTIAL GROUNDS FOR DEFENDING AGAINST FEES AND COSTS.<br>S. K. SUTTON     .30 hours at  245.00 per hour. | 73.50 |
| 05/24/06 | EF MOODY RE STIPULATION FOR DISMISSAL; INSTR RE MOTION TO VOLUNTARILY DISMISS<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 05/24/06 | EMAIL STATUS REPORT TO TRIAL TEAM<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 05/24/06 | RF RE REJECTION OF LEASE IN BANKRUPTCY AND DISMISSAL OF SUIT; ET/EF TRIAL TEAM RE REJECTION OF LEASE AND PERMISSION TO DISMISS<br>T. WARNER   .40 hours at  345.00 per hour. | 138.00 |
| 05/24/06 | TT BLOODWORTH'S OFFICE RE STIPULATION FOR DISMISSAL; INSTR<br>T. WARNER     .20 hours at  345.00 per hour. | 69.00 |
| 05/25/06 | LETTER TO LANDLORD REGARDING COMPLIANCE WITH TERMS OF COOPERATION AGREEMENT.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 05/25/06 | SEVERAL CORRESPONDENCE WITH COUNSEL FOR LANDLORD AND CLIENT REGARDING MOTION TO DISMISS.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 05/25/06 | REVIEW FILE AT REQUEST OF AMG RE: COOPERATION AGREEMENT.<br>D. J. SMITH   .50 hours at  245.00 per hour. | 122.50 |
| 05/25/06 | E-MAIL TO AMG RE: ▮▮▮▮▮▮▮▮▮▮<br>D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 05/25/06 | CONFERENCE WITH AMG RE: ▮▮▮▮▮▮▮▮<br>D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 05/25/06 | RESEARCH MOTION TO DISMISS.<br>S. K. SUTTON | 171.50 |
| 05/25/06 | DRAFT MOTION TO DISMISS.<br>S. K. SUTTON   .70 hours at   245.00 per hour. | 171.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.