# EXHIBIT C-1

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### TIME SUMMARY
### (FEBRUARY 1, 2006 - FEBRUARY 28, 2006)

Bill No: 1097915

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 76.50 | $ 63,877.50 |
| Ronald C. Barusch | 1978 | 795 | 5.90 | 4,690.50 |
| Sally McDonald Henry | 1983 | 730 | 81.10 | 59,203.00 |
| Peter J. Neckles | 1978 | 835 | 5.70 | 4,759.50 |
| | | | | |
| | **TOTAL PARTNERS** | | **169.20** | **$132,530.50** |
| **COUNSEL** | | | | |
| Stephanie R. Feld | 1982 | $560 | 9.30 | $ 5,208.00 |
| Rosalie W. Gray | 1982 | 560 | 150.60 | 84,336.00 |
| Anthony Saldana | 1996 | 560 | 21.90 | 12,264.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **181.80** | **$101,808.00** |
| **ASSOCIATES** | | | | |
| Tiffany Tran Boydell | 1995 | $540 | 12.10 | $ 6,534.00 |
| Jessica N. Cohen | 2000 | 510 | 12.90 | 6,579.00 |
| Steven Eichel | 1988 | 540 | 118.90 | 64,206.00 |
| Denise Kaloudis | 2003 | 440 | 13.90 | 6,116.00 |
| Kelley M. Keller | 1989 | 540 | 73.20 | 39,528.00 |
| Jessica Kempf | 2005 | 375 | 23.80 | 8,925.00 |
| Kimberly A. LaMaina | 2001 | 465 | 69.10 | 32,131.50 |
| Jane M. Leamy | 1995 | 540 | 122.20 | 65,988.00 |
| Jiten N. Naran | 2003 | 410 | 16.10 | 6,601.00 |
| Adam S. Ravin | 1995 | 540 | 154.40 | 83,376.00 |
| Abraham A. Reshtick | 2001 | 465 | 5.00 | 2,325.00 |
| Keith Sambur | 2005 | 375 | 162.40 | 60,900.00 |
| David M. Turetsky | 2002 | 440 | 155.10 | 68,244.00 |
| | | | | |
| | **TOTAL ASSOCIATES** | | **939.10** | **$451,453.50** |
| **PARAPROFESSIONALS** | | | | |
| Stephen S. Brown | | $145 | 63.80 | $ 9,251.00 |

CH09E

| | | | | |
|---|---|---|---|---|
| Joseph J. Roman | | 75 | 8.70 | 652.50 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **72.50** | **$  9,903.50** |
| | | | | |
| | **TOTAL** | | **1,362.60** | **$695,695.50** |
| | **BLENDED HOURLY RATE** | | | **$510.56** |

CH09E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(FEBRUARY 1, 2006 - FEBRUARY 28, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 28.20 | $16,294.00 |
| Assets Dispositions (General) | 39.20 | $21,888.50 |
| Business Operations / Strategic Planning | 11.70 | $7,824.50 |
| Case Administration | 84.60 | $16,376.50 |
| Claims Admin. (General) | 156.20 | $82,107.50 |
| Claims Admin. (Reclamation/Trust Funds) | 16.60 | $8,881.50 |
| Creditor Meetings/Statutory Committees | 4.10 | $2,006.00 |
| Disclosure Statement/ Voting Issues | 49.50 | $26,708.00 |
| Employee Matters (General) | 86.30 | $42,699.50 |
| Executory Contracts (Personalty) | 135.50 | $71,690.00 |
| Financing (DIP and Emergence) | 63.90 | $31,508.00 |
| Insurance | 1.90 | $1,387.00 |
| Investigations and Reviews | 77.20 | $43,334.00 |
| Leases (Real Property) | 140.30 | $70,473.50 |
| Nonworking Travel Time | 6.80 | $3,672.00 |
| Reorganization Plan / Plan Sponsors | 346.60 | $190,295.00 |
| Retention / Fee Matters (SASM&F) | 33.00 | $16,672.00 |
| Retention / Fee Matters / Objections (Others) | 26.20 | $12,705.00 |
| Tax Matters | 5.70 | $2,698.00 |
| Utilities | 11.40 | $6,248.00 |
| Vendor Matters | 27.80 | $15,221.00 |
| Fee Examiner | 9.90 | $5,006.00 |
| **TOTAL** | **1362.60** | **$695,695.50** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
General Corporate Advice                                         Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| NARAN JN | 02/02/06 | 1.70 | DRAFT CHARTER AND BYLAWS FOR THE REORGANIZED COMPANY (1.7). |
| NARAN JN | 02/03/06 | 4.10 | DRAFT POST-CONFIRMATION CHARTER AND BYLAWS COMPANY (4.1). |
| NARAN JN | 02/04/06 | 2.50 | CONTINUE TO DRAFT CHARTER AND BYLAWS FOR THE REORGANIZED COMPANY (2.5). |
| NARAN JN | 02/05/06 | 4.20 | CONTINUE DRAFTING OF CHARTER AND BYLAWS FOR THE REORGANIZED COMPANY (4.2). |
| NARAN JN | 02/06/06 | 2.30 | ADDITIONAL REVISIONS TO PROPOSED DRAFT CHARTER AND BYLAWS OF REORGANIZED COMPANY (2.3). |
| BAKER DJ | 02/08/06 | 2.20 | PREPARE FOR MEETING OF BOARD OF DIRECTORS, INCLUDING REVIEW OF BOARD BOOK (2.2). |
| BAKER DJ | 02/09/06 | 6.10 | ADDITIONAL PREPARATION FOR MEETING OF BOARD OF DIRECTORS (2.6); ATTEND MEETING OF BOARD OF DIRECTORS (3.5). |
| SALDANA A | 02/09/06 | 1.10 | REVIEW DRAFT ARTICLES AND BY-LAWS (1.0); CONFER WITH J. NARAN RE: ARTICLES AND BY-LAWS (.1). |
| NARAN JN | 02/09/06 | 1.30 | DRAFT CHARTER AND BYLAWS OF REORGANIZED COMPANY (1.2); CONFERENCE WITH A. SALDANA RE: SAME (.1). |
| BARUSCH RC | 02/25/06 | 2.70 | REVIEW BAHAMAS DOCUMENTS AND ISSUES LIST (2.7). |

**MATTER TOTAL**                                    **28.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 03/06/06
Assets Dispositions (General)                                          Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SALDANA A | 02/01/06 | 2.50 | REVIEW COMMENTS ON DRAFT SHARE PURCHASE AGREEMENT (.5); REVISE DRAFT PURCHASE AGREEMENT (2.0). |
| RAVIN AS | 02/01/06 | 0.20 | REVIEW REVISED PURCHASE AGREEMENT AND CORRESPONDENCE FROM BUYER'S COUNSEL RE: SAME (.2). |
| SALDANA A | 02/02/06 | 2.20 | TELECONFERENCE WITH L. BOYLE RE: SHARE PURCHASE AGREEMENT (.1); TELECONFERENCE WITH MILBANK RE: SHARE PURCHASE AGREEMENT (.1); REVIEW AND REVISE SHARE PURCHASE AGREEMENT (2.0). |
| RAVIN AS | 02/02/06 | 0.20 | REVIEW STOCK PURCHASE AGREEMENT RE: TRANSITION SERVICES AGREEMENT ISSUE (.2). |
| SALDANA A | 02/03/06 | 1.30 | TELECONFERENCE WITH M. BYRUM, D. YOUNG, J. COHEN RE: TRANSITION SERVICES AGREEMENT (.7); TELECONFERENCE WITH J. COHEN RE: TRANSITION SERVICES AGREEMENT (.3); REVIEW AND REVISE SHARE PURCHASE AGREEMENT (.3). |
| SALDANA A | 02/06/06 | 0.10 | DEVELOP RESPONSE TO QUESTION FROM TAX LAWYERS (.1). |
| SALDANA A | 02/08/06 | 0.10 | REVIEW E-MAIL FROM D. C. WELLS REGARDING PURCHASE AGREEMENT (.1). |
| GRAY RW | 02/09/06 | 0.20 | REVIEW AND ASSIST WITH BANKRUPTCY ISSUES ON TRANSITION SERVICE AGREEMENT RELATING TO POSSIBLE TRANSACTION (.2). |
| SALDANA A | 02/09/06 | 1.70 | REVIEW AND RESPOND TO QUESTIONS FROM MILBANK RE: AGREEMENT (.2); REVIEW DRAFT TRANSITION SERVICES AGREEMENT (1.0); REVIEW COMMENTS ON DRAFT TRANSITION SERVICES AGREEMENT (.5). |
| RAVIN AS | 02/09/06 | 1.10 | REVIEW AND REVISE TRANSITION SERVICES AGREEMENT, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.9); DRAFT MEMORANDUM TO A. SALDANA RE: SAME (.2). |
| BARUSCH RC | 02/10/06 | 0.80 | REVIEW COMMENTS ON SALE TRANSACTION (.8). |
| BARUSCH RC | 02/13/06 | 0.30 | REVIEW SALE STATUS (.3). |
| SALDANA A | 02/14/06 | 0.20 | TELECONFERENCE WITH R. CHAKRAPANI RE: STATUS ON SALE (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/16/06 | 0.40 | TELECONFERENCE WITH A. SALDANA AND A. RAVIN RE: MILBANK REQUEST FOR ORDER (.2). |
| SALDANA A | 02/16/06 | 1.50 | TELECONFERENCE WITH M. BARR ON STATUS OF SALE (.4); REVIEW SALE INQUIRY RAISED BY MILBANK (.1); REVIEW AND REVISE PURCHASE AGREEMENT (.8); CONFERENCE WITH R. GRAY AND A. RAVIN RE: PURCHASE AGREEMENT (.2). |
| RAVIN AS | 02/16/06 | 1.90 | REVIEW MEMORANDUM FROM A. SALDANA RE: SALE, ANALYZE ISSUES RE: MARKETABLE TITLE REQUEST, DRAFT MEMORANDUM TO R. GRAY RE: TITLE ISSUE, REVIEW MEMORANDUM FROM SAME RE: TITLE ISSUE, DRAFT MEMORANDUM TO A. SALDANA RE: TITLE ISSUE (.2); CONFERENCE WITH R. GRAY AND A. SALDANA RE: SAME (.2); TELECONFERENCE (VM) WITH C. JACKSON RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW BLACKSTONE RETENTION APPLICATION AND ORDER RE: VARIOUS ISSUES RELATED TO SAME AND ANALYZE ISSUES RE: SAME (.7); DRAFT MEMOS TO R. GRAY RE: SAME, REVIEW MEMORANDUM FROM SAME RE: SAME (.5); TELECONFERENCE WITH R. CHAKRAPANI RE: SAME (.1); ANALYZE ISSUES RE: SAME (.1). |
| TURETSKY DM | 02/16/06 | 0.10 | E-MAIL TO A. RAVIN RE: ISSUES CONCERNING POTENTIAL DISPOSITION OF CERTAIN OF THE DEBTORS' ASSETS (.1). |
| SALDANA A | 02/17/06 | 2.00 | REVIEW AND REVISE PURCHASE AGREEMENT (2.0). |
| RAVIN AS | 02/17/06 | 1.20 | REVIEW BLACKSTONE RETENTION (.1); DRAFT CORRESPONDENCE TO C. JACKSON AND REVIEW CORRESPONDENCE FROM SAME RE: SALE (.1); TELECONFERENCE WITH R. CHAKRAPANI RE: ISSUES RELATED TO BLACKSTONE RETENTION (.1); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1); TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: ISSUES RELATED TO SCOPE OF RELIEF SOUGHT RE: SALE MOTION (.2); TELECONFERENCE (VM) WITH SAME RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME, REVIEW MEMORANDUM FROM A. SALDANA RE: SAME (.1); REVIEW MULTIPLE MEMOS FROM M. BARR AND A. SALDANA RE: ISSUES RELATED TO BLACKSTONE AND PURCHASE AGREEMENT (.2); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/18/06 | 0.30 | REVIEW AND REVISE DRAFT CORRESPONDENCE TO M. BARR RE: TRANSACTION AND BLACKSTONE RETENTION (.1); DRAFT CORRESPONDENCE TO R. CHAKRAPANHI RE: SAME, REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: SAME (.2). |
| SALDANA A | 02/21/06 | 0.20 | REVIEW AND RESPOND TO E-MAIL FROM P. CHAKRAPANI RE: BIDDER (.2). |
| RAVIN AS | 02/21/06 | 1.80 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO R. CHAKRAPANHI RE: BLACKSTONE RETENTION AND BAHAMAS SALE (.4); ANALYZE ISSUES RE: SAME (.2); REVIEW AND REVISE CORRESPONDENCE TO M. BARR RE: SAME (.2); DRAFT CORRESPONDENCE TO L. APPEL AND B. NUSSBAUM RE: SAME, REVIEW CORRESPONDENCE FROM L. APPEL RE: SAME (.1); MULTIPLE TELECONFERENCES WITH R. CHAKRAPANHI RE: SAME (.2); ADDRESS ISSUES RE: SAME INCLUDING REVIEW OF LETTER AGREEMENT AND ORDER (.3); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.2); REVIEW AND REVISE CORRESPONDENCE TO M. BARR RE: SAME (.2). |
| RAVIN AS | 02/22/06 | 2.00 | DRAFT MEMORANDUM TO R. GRAY RE: ISSUE OF BLACKSTONE LETTER AGREEMENT (.2); DRAFT CORRESPONDENCE TO L. APPEL RE: SAME, DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1); ANALYZE ISSUES RE: SAME (.2); MULTIPLE TELEPHONE CONFERENCES WITH R. CHAKRAPANHI RE: SAME (.2); ANALYZE AGREEMENT AND ORDER RE: SAME, ADDRESS ISSUES RE: SAME (.4); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.3); REVIEW AND REVISE CORRESPONDENCE TO M. BARR RE: SAME (.2); REVIEW FOLLOW UP CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. BARR RE: SAME, ANALYZE ISSUES RE: SAME (.2); DRAFT CORRESPONDENCE TO R. CHAKRAPANHI AND F. HUFFARD RE: SAME, REVIEW CORRESPONDENCE FROM F. HUFFARD RE: SAME, ANALYZE ISSUES RE: SAME (.2). |
| SALDANA A | 02/23/06 | 0.30 | TELECONFERENCE WITH R. CHAKRAPANI REGARDING STATUS OF SALE AND REVIEW SAME (.3). |
| GRAY RW | 02/24/06 | 0.20 | REVIEW MEMOS RE: ADDITIONAL POTENTIAL INTEREST IN TRANSACTION (.1); REVIEW MEMOS RE: TIMING ON TRANSACTION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALDANA A | 02/24/06 | 1.90 | TELECONFERENCE WITH R. CHAKRAPANI RE: PURCHASE AGREEMENT AND TRANSITION SERVICES AGREEMENT (.2); TELECONFERENCE WITH J. COHEN RE: TRANSITION SERVICES AGREEMENT (.1); TELECONFERENCE WITH A. RAVIN RE: PURCHASE AGREEMENT AND TRANSITION SERVICES AGREEMENT (.1); REVIEW AND REVISE TRANSITION SERVICES AGREEMENT (1.5). |
| RAVIN AS | 02/24/06 | 0.70 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM F. HUFFARD RE: STATUS OF SALE (.1); TELECONFERENCE WITH E. ADAMS RE: POTENTIAL INTEREST IN SALE (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM F. HUFFARD RE: SAME, REVIEW CORRESPONDENCE FROM R. CHAKRAPANHI RE: SAME (.1); REVIEW MEMORANDUM FROM A. SALDANA, UNDERLYING CORRESPONDENCE FROM R. CHAKRAPANHI AND ENTITY PROFILE (.1); ADDRESS TIMING OF SALE MOTION (.2); CONFERENCE WITH A. SALDANA RE: SAME (.1). |
| SALDANA A | 02/25/06 | 1.00 | REVIEW AND REVISE TRANSITION SERVICES AGREEMENT (.9); EMAIL TRANSITION SERVICES AGREEMENT TO CLIENT AND MILBANK (.1). |
| SALDANA A | 02/27/06 | 0.60 | REVIEW E-MAIL FROM L. APPEL REGARDING SALE (.10); TELECONFERENCE WITH J. COHEN ON SAME (.1); REVIEW AGREEMENT (.2); E-MAIL TO R. BARUSCH REGARDING SAME (.2). |
| RAVIN AS | 02/27/06 | 2.70 | REVIEW AND REVISE BAHAMAS SALE MOTION, PROPOSED ORDER AND NOTICE, REVIEW REVISED UNDERLYING AGREEMENTS IN CONNECTION WITH SAME (2.7). |
| GRAY RW | 02/28/06 | 0.90 | REVIEW MOTION AND ORDER RE: TRANSACTION (.7); REVIEW REVISED MOTION AND ORDER AND TELECONFERENCE WITH A. RAVIN (.1); REVIEW MOTION BY CLIENT AND REVIEW OF BOARD MEETING ATTENDANCE (.1). |
| SALDANA A | 02/28/06 | 5.20 | REVIEW DRAFT SALES MOTION AND ORDER (.8); TELECONFERENCE WITH A. RAVIN RE: SALE MOTION (.1); TELECONFERENCE WITH D. VANYNOOR RE: RESOLUTIONS (.1); DRAFT BOARD RESOLUTIONS (4.0); REVIEW REVISED TRANSITION SERVICES AGREEMENT (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/28/06 | 3.40 | REVIEW COMMENTS FROM A. SALDANA RE: SAME (.1); REVIEW AND REVISE MOTION AND PROPOSED ORDER (2.7); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: SAME (.2); DRAFT MEMORANDUM TO A. SALDANA RE: SAME, REVIEW MEMOS FROM SAME RE: SAME (.1); WORK WITH A. SALDANA RE: SAME (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM F. HUFFARD RE: SAME (.2). |

**MATTER TOTAL**                         <u>**39.20**</u>

D 08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                           Bill Date: 03/06/06
Business Operations / Strategic Planning                                Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HENRY S | 02/07/06 | 0.50 | PARTICIPATE IN WEEKLY BUSINESS OPERATIONS/REORGANIZATION MANAGEMENT CALL WITH CLIENT AND FINANCIAL ADVISORS (.5). |
| GRAY RW | 02/07/06 | 0.50 | PARTICIPATE IN REORGANIZATION UPDATE CALL WITH CLIENT AND ADVISORS (.5). |
| LAMAINA KA | 02/13/06 | 0.70 | REVIEW CASH MANAGEMENT ORDER IN REGARDS TO M. DUSSINGER COMMENTS ON PLAN (.3); PREPARE MEMORANDUM TO S. HENRY ON STATUS OF REQUESTED INFORMATION FROM CREDITOR CONSTITUENCIES (.4). |
| GRAY RW | 02/14/06 | 0.90 | PARTICIPATE IN REORGANIZATION UPDATE CALL WITH CLIENT AND ADVISORS (.9). |
| HENRY S | 02/15/06 | 0.60 | REVIEW CORRESPONDENCE RE: LEASES 4053 AND 8850 AND DEVELOP STRATEGY RE: SAME (.6). |
| GRAY RW | 02/21/06 | 0.80 | PARTICIPATE IN REORGANIZATION UPDATE CALL WITH CLIENT AND ADVISORS (.8). |
| BAKER DJ | 02/27/06 | 2.10 | TELECONFERENCES WITH L. APPEL, B. NUSSBAUM, F. HUFFARD, H. ETLIN AND P. LYNCH RE: CLOSING OF ADDITIONAL STORES (.8); REVIEW COMMUNICATIONS MATERIALS TO BE UTILIZED IN CONNECTION WITH STORE CLOSINGS (1.3). |
| GRAY RW | 02/27/06 | 1.80 | TELECONFERENCE WITH COMPANY ET AL. RE: COMMUNICATIONS PROGRAM FOR STORE CLOSINGS IN VIEW OF RELEASE (.3); FURTHER TELECONFERENCE WITH COMPANY ET AL. RE: COMMUNICATIONS PROGRAM FOR ADDITIONAL STORE CLOSINGS (.5); REVIEW AND COMMENT ON PRESS RELEASE (.2); REVIEW FURTHER COMMUNICATION MATERIALS FROM D. DOGAN (.6); DRAFT MEMOS TO D. DOGAN AND L. APPEL RE: ISSUE ON BONUS PLAN (.2). |
| BAKER DJ | 02/28/06 | 1.10 | REVIEW ISSUES RELATED TO STORES TO BE CLOSED (1.1). |
| HENRY S | 02/28/06 | 1.60 | TELECONFERENCE WITH B. NUSSBAUM, L. APPEL, J. CASTLE, H. ETLIN, F. HUFFARD, J. BAKER, ET AL. RE: BUSINESS AND EMERGENCE ISSUES (.8); REVIEW NUMEROUS EMAILS RELATING TO AD HOC VENDOR REQUEST RE: PLAN (.5); FORMULATE RESPONSE TO REQUESTS (.2); MSG TO MARK FRIEDMAN IN RELATION TO REQUEST (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                    02/28/06              1.10    REVIEW AND RESPOND TO MEMORANDUM FROM
                                                         T. WILLIAMS RE: RETAIL OPS BONUS
                                                         PROGRAM (.1); FURTHER EMAIL EXCHANGE
                                                         RE: SAME (.1); REVIEW REVISED PROGRAM
                                                         DOCUMENT (.1); PARTICIPATE IN UPDATE
                                                         CALL WITH CLIENT AND ADVISORS
                                                         RELATING TO REORGANIZATION STRATEGY
                                                         (.8).

**MATTER TOTAL**                               <u>11.70</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Case Administration                                              Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/01/06 | 0.30 | REVIEW 2/1 DOCKET UPDATE (.1); REVIEW NEW PAIGE GRAF ISSUES (.2). |
| EICHEL S | 02/01/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| BROWN SS | 02/01/06 | 2.70 | SERVE OUTSIDE PARTIES WITH RECENTLY FILED NOTICE OF WITHDRAWAL (1.0); DISTRIBUTE DOCKET AND MEDIA UPDATE (.4); ASSIST WITH PREPARATION OF NOTICE OF WITHDRAWAL FOR FILING (.5); RETRIEVE DOCUMENTS FROM THE DOCKET PER ATTORNEY REQUEST (.8). |
| ROMAN JJ | 02/01/06 | 0.30 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 02/02/06 | 0.10 | REVIEW 2/2 DOCKET UPDATE (.1). |
| EICHEL S | 02/02/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| BROWN SS | 02/02/06 | 3.40 | PREPARE AND DISTRIBUTE DRAFT CASE CALENDAR (1.2); DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); PULL DOCUMENTS OFF OF THE DOCKET PER ATTORNEY REQUEST (.7); PREPARE SUPPLEMENTAL CERTIFICATE OF SERVICE (1.0). |
| ROMAN JJ | 02/02/06 | 0.70 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.3); RE-FILE DOCUMENTS AND UPDATE RECORDS FOR S. EICHEL RE: RECLAMATIONS (.4). |
| GRAY RW | 02/03/06 | 0.20 | REVIEW 2/3 DOCKET UPDATE (.1); REVIEW AND COMMENT ON AGENDA FOR 2/9 HEARING (.1). |
| EICHEL S | 02/03/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| LAMAINA KA | 02/03/06 | 0.20 | TELECONFERENCE WITH K. WARD RE: CASE HEARING DATES (.2). |
| RAVIN AS | 02/03/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW DRAFT HEARING AGENDA, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1); CONFERENCE WITH S. BROWN RE: CERTIFICATE OF SERVICE, REVIEW SAME (.1). |
| TURETSKY DM | 02/03/06 | 0.80 | REVIEW AND COMMENT RE: CASE CALENDAR (.4); REVIEW AND COMMENT RE: FEBRUARY 9 HEARING AGENDA (.3); E-MAIL TO C. JACKSON RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 02/03/06 | 3.10 | PREPARE DOCUMENTS FOR FILING WITH THE COURT (.8); UPDATE CASE CALENDAR (1.5); DISTRIBUTE DOCKET UPDATE, MEDIA UPDATE, AND REQUESTED WINN-DIXIE DOCUMENTS (.8). |
| ROMAN JJ | 02/03/06 | 0.30 | DOCKET REVIEW AND UPDATES FOR ATTORNEYS RE: BUEHLERS (.3). |
| EICHEL S | 02/05/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR AND DRAFT EMAIL TO S. BROWN RE: SAME (.1). |
| LEAMY JM | 02/05/06 | 0.10 | REVIEW CASE CALENDAR (.1). |
| GRAY RW | 02/06/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 02/06/06 | 0.10 | MONITOR DOCKET AND REVIEW VARIOUS PLEADINGS/NOTICES FILED AND RECEIVED AS SERVICE (.1). |
| BROWN SS | 02/06/06 | 2.80 | UPDATE CASE CALENDAR (1.2); DISTRIBUTE DOCKET UPDATES, CASE CALENDAR, AND MEDIA UPDATES (.7); PREPARE MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELATING TO DALTON GEORGIA PROPERTY FOR FILING (.5); PULL DOCUMENT OFF OF WINN-DIXIE DOCKET PER ATTORNEY REQUEST (.4). |
| ROMAN JJ | 02/06/06 | 0.40 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/07/06 | 0.30 | REVIEW DOCKET UPDATE (.1); REVIEW MEMORANDUM RE: ADDITIONAL OMNIBUS HEARING DATE AND DRAFT MEMORANDUM TO S. BROWN RE: CALENDAR ADDITIONS (.1); REVIEW 2/7 DOCKET UPDATE (.1). |
| EICHEL S | 02/07/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| LEAMY JM | 02/07/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: FEB. 9 HEARING (.1). |
| RAVIN AS | 02/07/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 02/07/06 | 3.50 | SERVE PARTIES WITH DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELATING TO SUMMERVILLE, SOUTH CAROLINA PROPERTY (2.4); DISTRIBUTE DOCKET UPDATE AND MEDIA UPDATE (.6); RESEARCH DOCUMENTS FOR S. HENRY FOR PLAN (.3); RETRIEVE DOCUMENTS FROM THE COURT'S DOCKET PER ATTORNEY REQUEST (.2). |
| ROMAN JJ | 02/07/06 | 0.60 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/08/06 | 0.20 | REVIEW 2/8 DOCKET UPDATE (.1); REVIEW AND COMMENT ON UPDATED INVESTOR RELATIONS INFORMATION FOR WEBSITE (.1). |
| EICHEL S | 02/08/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| RAVIN AS | 02/08/06 | 0.10 | MONITOR AND REVIEW PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 02/08/06 | 3.80 | PREPARE DRAFT OF SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELATING TO SUMMERVILLE, SOUTH CAROLINA PROPERTY (1.8); SERVE ADDITIONAL PARTY WITH SUMMERVILLE MOTION (.6); DISTRIBUTE DOCKET UPDATE AND MEDIA UPDATE (.5); FIND WINN-DIXIE 8K'S PER A. RAVIN'S REQUEST (.3); RETRIEVE COURT DOCUMENT PER ATTORNEY REQUEST (.6). |
| ROMAN JJ | 02/08/06 | 0.30 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 02/09/06 | 0.20 | TELECONFERENCE WITH C. JACKSON AND D. TURETSKY RE: REPORT ON HEARING (.1); REVIEW 2/9 DOCKET UPDATE (.1). |
| EICHEL S | 02/09/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| BROWN SS | 02/09/06 | 2.90 | UPDATE CASE CALENDAR FOR DISTRIBUTION OF DRAFT (1.3); DISTRIBUTE CASE CALENDAR DRAFT, DOCKET UPDATE, AND MEDIA REPORTS (.8); RESEARCH COURT DOCUMENTS PER ATTORNEY REQUEST (.5); SEARCH THROUGH WINN-DIXIE MEDIA REPORTS PER D. TURETSKY'S REQUEST (.3). |
| ROMAN JJ | 02/09/06 | 0.40 | DOCKET REVIEW AND UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/10/06 | 0.80 | REVIEW AND ORGANIZE PENDING MATTERS (.7); REVIEW 2/10 DOCKET UPDATE (.1). |
| LAMAINA KA | 02/10/06 | 0.20 | TELECONFERENCE WITH SMITH HULSEY (C. JACKSON, K. WARD) RE: UPCOMING HEARING DATES (.2). |
| LEAMY JM | 02/10/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 02/10/06 | 0.20 | MONITOR AND REVIEW PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE DRAFT CASE CALENDAR (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 02/10/06 | 4.20 | PREPARE FOR FILING SETTLEMENT MOTION RE: DALTON GEORGIA PROPERTY (1.0); SERVE SETTLEMENT MOTION AND ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 9, 2006 (1.5); DISTRIBUTE CASE CALENDAR DRAFT, DOCKET UPDATES, AND MEDIA REPORTS (.7); UPDATE CASE CALENDAR (1.0). |
| GRAY RW | 02/13/06 | 0.20 | REVIEW 2/13 DOCKET UPDATE (.1); ASSIST WITH CALENDAR UPDATING (.1). |
| EICHEL S | 02/13/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| LEAMY JM | 02/13/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 02/13/06 | 0.10 | MONITOR DOCKET (.1). |
| TURETSKY DM | 02/13/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (.2). |
| BROWN SS | 02/13/06 | 3.20 | DISTRIBUTE DOCKET UPDATE, MEDIA REPORT, AND UPDATED CALENDAR (.7); UPDATE CASE CALENDAR FOR DISTRIBUTION (1.1); PREPARE PAPERS FOR FILING (1.4). |
| ROMAN JJ | 02/13/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/14/06 | 0.20 | REVIEW 2/14 DOCKET UPDATE (.1); EXCHANGE VOICEMAILS WITH J. POST RE: FILING OPTIONS FOR 3/9 HEARING (.1). |
| EICHEL S | 02/14/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| BROWN SS | 02/14/06 | 3.10 | DISTRIBUTE DOCKET, MEDIA UPDATE, AND CASE CALENDAR (.6); UPDATE WINN-DIXIE CASE CALENDAR WITH ATTORNEY RESPONSES (1.0); RETRIEVE DOCUMENTS FROM THE DOCKET PER ATTORNEY REQUEST (.7); EDIT DOCUMENTS PER ATTORNEY REQUEST (.8). |
| ROMAN JJ | 02/14/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/15/06 | 0.10 | REVIEW 2/15 DOCKET UPDATE (.1). |
| RAVIN AS | 02/15/06 | 0.10 | MONITOR PLEADINGS FILED (.1). |
| BROWN SS | 02/15/06 | 1.30 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); EDIT DOCUMENT FOR FILING PER ATTORNEY REQUEST (.8). |
| GRAY RW | 02/16/06 | 0.10 | REVIEW 2/16 DOCKET UPDATE (.1). |
| RAVIN AS | 02/16/06 | 0.20 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 02/16/06 | 3.70 | DISTRIBUTE CASE CALENDAR AND DOCKET UPDATE (.4); EDIT DOCUMENTS PER ATTORNEY REQUEST FOR FILING (.8); EDIT WINN-DIXIE INDENTURE (1.2); SERVE ADDITIONAL PARTIES PER J. LEAMY'S REQUEST (1.0); DOWNLOAD DOCUMENTS FROM ONLINE DOCKET PER ATTORNEY REQUEST (.3). |
| ROMAN JJ | 02/16/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/17/06 | 0.40 | REVIEW 2/17 DOCKET UPDATE (.1); REVIEW AND COMMENT ON HEARING AGENDA (.1); PROVIDE CALENDAR UPDATE INFORMATION (.1); ASSIST L. STRINGER IN OBTAINING COMMITTEE MEMBER EMAIL ADDRESSES (.1). |
| LEAMY JM | 02/17/06 | 0.10 | REVIEW FEBRUARY 23 HEARING AGENDA FOR ACCURACY (.1). |
| RAVIN AS | 02/17/06 | 0.20 | MONITOR DOCKET (.1); REVIEW DRAFT HEARING AGENDA, DRAFT CORRESPONDENCE TO K. WARD RE: SAME (.1). |
| BROWN SS | 02/17/06 | 3.00 | UPDATE CASE CALENDAR FOR INTERNAL DISTRIBUTION (1.4); UPDATE WINN-DIXIE SPREAD SHEETS (.6); DISTRIBUTE CASE CALENDAR, DOCKET UPDATE, AND MEDIA UPDATE (.4); DOWNLOAD DOCUMENTS OFF OF THE DOCKET PER ATTORNEY REQUEST (.6). |
| ROMAN JJ | 02/17/06 | 2.10 | PREPARE DOCKET UPDATES FOR ATTORNEY RE: BUEHLERS FOODS CASE (.4); ASSIST S. BROWN WITH SERVICE OF MOTION FOR ORDER REJECTING CONTRACTS AND LEASES WITH NOTICE OF HEARING (1.7). |
| LAMAINA KA | 02/18/06 | 1.50 | PREPARE MEMORANDUM ON NEXT STEPS IN CASE TO S. HENRY AND S. EICHEL (1.5). |
| GRAY RW | 02/20/06 | 0.20 | UPDATE CASE CALENDAR (.2). |
| EICHEL S | 02/20/06 | 0.10 | REVIEW CASE CALENDAR AND UPDATE SAME (.1). |
| LEAMY JM | 02/20/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 02/20/06 | 0.30 | REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDUM TO S. BROWN RE: SAME (.2); MONITOR DOCKET, REVIEW ORDERS ENTERED (.1). |
| TURETSKY DM | 02/20/06 | 0.10 | REVIEW AND COMMENT RE: CASE CALENDAR (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 02/20/06 | 2.60 | DISTRIBUTE DOCKET UPDATE, MEDIA REPORT AND UPDATED CASE CALENDAR (.7); SEARCH FOR COURT RULING PER ATTORNEY REQUEST (.5); UPDATE CASE CALENDAR (1.4). |
| GRAY RW | 02/21/06 | 0.10 | REVIEW 2/21 DOCKET UPDATE (.1). |
| RAVIN AS | 02/21/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 02/21/06 | 1.10 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.3); PER ATTORNEY REQUEST SEARCH FOR RELEVANT COURT DOCUMENTS (.8). |
| ROMAN JJ | 02/21/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 02/22/06 | 0.10 | REVIEW 2/22 DOCKET UPDATE (.1). |
| RAVIN AS | 02/22/06 | 0.10 | MONITOR DOCKET AND REVIEW PLEADINGS FILED (.1). |
| TURETSKY DM | 02/22/06 | 0.10 | TELECONFERENCE WITH J. SCHNEIDER RE: GENERAL INQUIRIES CONCERNING WINN-DIXIE CHAPTER 11 CASES (.1). |
| BROWN SS | 02/22/06 | 5.10 | DISTRIBUTE DOCKET UPDATE, MEDIA REPORT AND WORKING GROUP LIST (.4); SEARCH FOR COURT DOCUMENTS PER ATTORNEY REQUEST (.5); UPDATE THE WINN-DIXIE WORKING GROUP LIST (1.3); EDIT WINN-DIXIE COS FOR FILING WITH COURT (.3); PREPARE PDF COPIES OF DOCUMENTS TO BE SENT TO CLIENT (1.1); UPDATE WINN-DIXIE INDENTURE (1.5). |
| ROMAN JJ | 02/22/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| RAVIN AS | 02/23/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 02/23/06 | 4.00 | DISTRIBUTE DOCKET UPDATE, CASE CALENDAR DRAFT AND MEDIA REPORT (.6); UPDATE WINN-DIXIE CASE CALENDAR (1.0); UPDATE WINN-DIXIE INDENTURE (1.3); SERVE COPIES OF ORDER APPROVING SUMMERVILLE ORDER (1.1). |
| ROMAN JJ | 02/23/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/24/06 | 0.10 | REVIEW 2/24 DOCKET UPDATE (.1). |
| EICHEL S | 02/24/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR (.1). |
| LEAMY JM | 02/24/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/24/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. COMERFORD RE:  ALLIED PRINTING, INC. INQUIRY, PULL PLEADING RE: SAME, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM J. LEAMY RE: SAME AND CORRESPONDENCE FROM J. LEAMY TO M. COMERFORD RE: SAME (.1); REVIEW AND REVISE CERTIFICATE OF SERVICE RE: STORE 1261 SETTLEMENT ORDER (.1). |
| BROWN SS | 02/24/06 | 2.60 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.4); UPDATE CASE CALENDAR (.8); PULL DOCUMENTS OFF DOCKET PER ATTORNEY REQUEST (.1); UPDATE WINN-DIXIE INDENTURE (.6); PREPARE COS FOR FILING (.7). |
| ROMAN JJ | 02/24/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 02/27/06 | 0.20 | REVIEW CASE CALENDAR UPDATES (.1); REVIEW 2/27 DOCKET UPDATE (.1). |
| EICHEL S | 02/27/06 | 0.20 | DRAFT EMAIL TO R. GRAY RE: CASE CALENDAR (.1); REVIEW EMAIL FROM S. BROWN RE: GOLDEN FLAKE'S APPLICATION FOR PAYMENT OF ADMIN CLAIM IN CONNECTION WITH CASE CALENDAR AND RESPOND TO SAME (.1). |
| RAVIN AS | 02/27/06 | 0.20 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1); REVIEW AND REVISE DRAFT CASE CALENDAR (.1). |
| TURETSKY DM | 02/27/06 | 0.20 | TELECONFERENCE WITH T. TRUEBLOOD RE: GENERAL INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (.1); TELECONFERENCE WITH M. PERRY RE: SAME (.1). |
| BROWN SS | 02/27/06 | 5.50 | DISTRIBUTE DOCKET UPDATE, MEDIA REPORTS, AND CASE CALENDAR (.6); UPDATE WINN-DIXIE CASE CALENDAR FOR FINAL DISTRIBUTION (1.5); UPDATE CLAIMS CHART (1.2); UPDATE WINN-DIXIE WORKING GROUP LIST (1.1); REVISE SUPP COS FOR FILING (.5); RETRIEVE DOCUMENTS PER ATTORNEY REQUEST (.6). |
| ROMAN JJ | 02/27/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 02/28/06 | 0.10 | REVIEW 2/28 DOCKET UPDATE (.1). |
| RAVIN AS | 02/28/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 02/28/06 | 2.20 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); RETRIEVE NUMEROUS DOCUMENTS OFF OF THE COURT'S DOCKET PER ATTORNEY REQUEST (1.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ROMAN JJ                    02/28/06            0.40    RETRIEVE DOCKET FOR ATTORNEY REVIEW
                                                        AND UPDATES RE: BUEHLERS FOODS CASE
                                                        (.4).

**MATTER TOTAL**                             <u>84.60</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     Bill Date: 03/06/06
Claims Admin. (General)                                           Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/01/06 | 1.00 | REVIEW OBJECTION TO INDIVIDUAL PERSONAL INJURY CLAIM AND DRAFT MEMORANDUM TO J. POST RE: SAME (.2); STRATEGY RE: CLAIM INCLUSION IN OMNIBUS OBJECTION AND PREPARE EMAIL TO J. POST RE: SAME (.1); TELECONFERENCE WITH J. LEAMY RE: CLAIMS OBJECTION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: AGENDA ITEMS FOR CALL WITH ATECH AND TAX CLAIMS (.3); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: TIMELINE FOR ATECH CLAIM OBJECTIONS (.1); PREPARE EMAIL TO SAME FOR CLARIFICATION RE: LANDLORD ISSUES (.1); REVIEW MOTION ON LATE CLAIM AND DRAFT MEMORANDUM TO J. POST RE: SAME (.1). |
| LEAMY JM | 02/01/06 | 4.20 | PREPARE CLAIM OBJECTION (4.2). |
| RAVIN AS | 02/01/06 | 0.20 | REVIEW BAUMGARDNER HOGAN AND BLANKENBAKER PLAZA'S MOTIONS TO ALLOW LATE FILED CLAIMS, REVIEW UNDERLYING PROOFS OF CLAIM, ADDRESS ISSUES RE: SAME (.2). |
| HENRY S | 02/02/06 | 0.50 | TELECONFERENCE WITH J. CASTLE, B. GASTON, J. LEAMY, E. POLLACK AND A. RAVIN RE: LEASE CLAIMS (.5). |
| GRAY RW | 02/02/06 | 1.90 | REVIEW INDENTURE TRUSTEE LETTER AND DRAFT MEMORANDUM TO J. BAKER RE: MERGER INFORMATION (.1); EMAIL EXCHANGE WITH H. REILLY ET AL. RE: MSP/SRP RECONCILIATION (.1); REVIEW MATERIALS IN PREPARATION FOR ATECH CALL (.6); EXCHANGE EMAILS WITH C. JACKSON RE: SAME (.1); TELECONFERENCE WITH ATECH, CLIENT AND C. JACKSON RE: TAX CLAIM OBJECTION STRATEGY (.4); TELECONFERENCE WITH J. LEAMY RE: CLAIM OBJECTION ISSUES (.1); REVIEW OBJECTION EXHIBIT AND DRAFT MEMORANDUM TO J. LEAMY RE: SETOFF ISSUES (.2); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: THRESHOLD OBJECTION AMOUNTS (.1); TELECONFERENCE WITH K. LOGAN RE: CLAIM RECONCILIATION (.2). |
| LAMAINA KA | 02/02/06 | 0.30 | PREPARE MEMORANDUM TO K. SAMBUR ON BONDS' STATUS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/02/06 | 7.20 | REVIEW NOTICE OF WITHDRAWAL RE: LASSITER CLAIMS (.1); ANALYSIS RE: IRS CLAIMS (.5); TELECONFERENCES WITH E. POLLACK RE: 4TH CLAIM OBJECTION (.4); TELECONFERENCE WITH J. CASTLE, E. POLLACK RE: TAX CLAIMS (.5); TELECONFERENCE WITH J. CASTLE, B. GASTON, E. POLLACK, S. HENRY, A. RAVIN RE: LANDLORD CLAIMS (.5); PREPARE 4TH CLAIM OBJECTION (5.0); EMAILS E. POLLACK RE: 4TH CLAIM OBJECTION (.2). |
| TURETSKY DM | 02/02/06 | 7.10 | FURTHER ANALYSIS RE: SECURED CLAIMS (7.1). |
| GRAY RW | 02/03/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: LATE CLAIM ISSUES PER INQUIRY FROM B. MARKEY (.1). |
| LEAMY JM | 02/03/06 | 3.80 | TELECONFERENCE WITH MARKYS CAVIAR RE: CLAIM OBJECTION (.2); PREPARE 4TH CLAIM OBJECTION (3.0); EMAIL TO COMPANY TEAM RE: REVIEW OF SAME (.1); EMAIL TO COMMITTEE RE: INTENT TO FILE OBJECTION (.1); EMAILS M. MARTINEZ RE: 4TH CLAIM OBJECTION (.2); REVIEW OBJECTION TO L. CLARK CLAIM (.2). |
| TURETSKY DM | 02/03/06 | 5.90 | ADDITIONAL ANALYSIS RE: ISSUES CONCERNING SECURED CLAIMS (5.9). |
| GRAY RW | 02/06/06 | 0.20 | REVIEW AND COMMENT ON J. POST RESPONSE TO FLORIDA TAX COLLECTORS MOTION (.2). |
| LEAMY JM | 02/06/06 | 4.80 | EMAIL M. MARTINEZ RE: NOTICE TO CLAIMANTS ON FOURTH CLAIM OBJECTION (.2); COMPLETE REVIEW OF CLAIMS SUBJECT TO FOURTH OBJECTION (3.5); EMAIL D. YOUNG RE: DECLARATION FOR OBJECTION (.1); EMAIL E. POLLACK RE: REVISIONS TO FOURTH CLAIM OBJECTION (.2); ANALYSIS RE: RECONCILIATION OF CLAIMS AGAINST GUARANTORS (.5); REVIEW E. POLLACK EMAIL RE: SAME (.1); ANALYSIS RE: DEUTSCHE/ZSF CLAIMS (.2). |
| TURETSKY DM | 02/06/06 | 4.60 | FURTHER ANALYSIS RE: SECURED CLAIMS (4.6). |
| GRAY RW | 02/07/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM J. POST RE: AMENDED CLAIM ISSUE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/07/06 | 3.10 | FINALIZE FOURTH CLAIM OBJECTION FOR FILING (1.0); ANALYSIS RE: UPCOMING OBJECTIONS (.3); DRAFT LETTER TO I. KUKOFF RE: GREER PLAZA CLAIMS (.9); EMAILS D. YOUNG RE: DECLARATION FOR OBJECTION (.2); EMAILS M. MARTINEZ RE: NOTICE TO CLAIMANTS OF 4TH OBJECTION (.2); RESEARCH RE: OBJECTION TO LATE FILED CLAIMS (.5). |
| TURETSKY DM | 02/07/06 | 0.40 | FURTHER ANALYSIS RE: SECURED CLAIMS (.4). |
| GRAY RW | 02/08/06 | 1.50 | PREPARE FOR OMNIBUS OBJECTION FOR 3/23 HEARING (.1); REVIEW E. GORDON CLAIMS STATUS REPORT (.1); TELECONFERENCE WITH J. LEAMY RE: CLAIM OBJECTION ISSUES (.1); TELECONFERENCE WITH S. KAROL, B. GASTON, C. JACKSON, A. RAVIN ET AL. RE: REAL ESTATE LEASE CLAIM ISSUES (.9); REVIEW CLAIM FILING ISSUES RE: SECURITIES CLAIMANTS (.2); DRAFT MEMORANDUM TO K. LOGAN RE: POSSIBLE CLASS NOTICING FOR SECURITIES CLAIMANTS (.1). |
| LEAMY JM | 02/08/06 | 3.20 | TELECONFERENCE WITH T. TAMMIE RE: OBJECTION TO MARKYS CAVIAR CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: CLAIMS RECONCILED FOR OBJECTION (.8); TELECONFERENCE WITH E. GORDON RE: COCA COLA CLAIM RESOLUTION (.1); EMAIL K. LOGAN, K. ROMEO RE: SPECIAL BAR DATE (.2); ANALYSIS RE: UPCOMING CLAIM OBJECTIONS (1.2); RESEARCH RE: SHAREHOLDER DAMAGE CLAIMS (.3); REVIEW SEVERAL EMAILS FROM E. POLLACK RE: VARIOUS CLAIM REPORTS (.3); EMAILS I. KUKOFF RE: OBJECTION TO GREER PLAZA CLAIM (.2). |
| RAVIN AS | 02/08/06 | 0.90 | PARTICIPATE IN CALL WITH R. GRAY, B. GASTON, S. KAROL, C. JACKSON, J. FABBRI, B. MCCAFFREY, AND MARWAN RE: 1) TREATMENT OF ASSIGNMENT OF RENTS (INCLUDING SPECIFICALLY ZURICH CLAIMS) 2) TREATMENT OF CLAIMS CONTAINING ADMINISTRATIVE DAMAGES FOR ALLEGED FAILURE TO EXIT STORES BROOM CLEAN (LIQUIDATION FEE IMPLICATIONS) (.9). |
| TURETSKY DM | 02/08/06 | 0.20 | TELECONFERENCES WITH K. TYRONE RE: CLAIM INQUIRY (.2). |
| GRAY RW | 02/09/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM B. GASTON RE: HANDLING OF ANTICIPATORY REJECTION CLAIMS FOR ASSUMPTION LEASES (.1); REVIEW UPDATED CLAIMS WORKBOOK RE: LITIGATION CLAIM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/09/06 | 1.30 | TELECONFERENCE WITH D. LEWANDOWSKI RE: OBJECTION TO BUTLER INVESTMENT CLAIM (.2); REVISE PROPOSED LETTER TO I. KUKOFF RE: GREER PLAZA CLAIMS (.5); EMAIL I. KUKOFF RE: SAME (.1); EMAILS E. GORDON RE: CLAIMS WITH SETOFF ASPECTS (.3); EMAILS E. POLLACK RE: CLAIM OBJECTIONS (.2). |
| GRAY RW | 02/10/06 | 0.10 | REVIEW LOGAN REPORT ON CLAIMS RECONCILIATION (.1). |
| LEAMY JM | 02/10/06 | 2.00 | EMAIL WITH I. KUKOFF RE: CLAIM (.1); TELECONFERENCE WITH J. GRIFFITH RE: INDENTURE TRUSTEE CLAIM (.2); TELECONFERENCE WITH K. LOGAN RE: CLAIMS TRIAL BALANCE (.4); EMAIL J. CASTLE RE: GREER PLAZA CLAIM OBJECTION (.3); EMAILS E. GORDON RE: CLAIMS SUBJECT TO SETOFF (.2); REVIEW KILLEN/DEERFOOT RESPONSES TO 3RD CLAIM OBJECTION (.2); EMAIL E. ASHTON RE: SAME (.1); EMAIL E. POLLACK RE: GUARANTY CLAIM (.1); EMAILS I. KUKOFF RE: LETTER AGREEMENT (.2); REVIEW E. POLLACK EMAIL AND REPORT RE: CLAIMS RECONCILED TO DATE (.2). |
| TURETSKY DM | 02/10/06 | 1.10 | CONTINUE RESEARCH ON SECURED CLAIMS (1.1). |
| LAMAINA KA | 02/12/06 | 1.80 | REVIEW BONDS AGREEMENT(.8); REVISE BONDS' LETTER (1.0). |
| LEAMY JM | 02/12/06 | 0.60 | EMAILS D. RICHARDS RE: CLAIM OBJECTION RESPONSE (.1); SEVERAL EMAILS WITH D. YOUNG RE: CLAIM RECONCILIATIONS (.3); REVIEW KILLEN MARKETPLACE AND DEERFOOT RESPONSES TO CLAIM OBJECTION (.2). |
| GRAY RW | 02/13/06 | 1.90 | EXCHANGE VOICEMAILS AND EMAILS WITH S. BUSEY, J. BAKER AND J. POST RE: LOGISTICS FOR SECURITIES ISSUES (.1); TELECONFERENCE WITH ENTERPRISE SECURITY RE: SCHEDULED CLAIM AND LATE CLAIM ISSUES (.2); TELECONFERENCE WITH A. BARAGONA RE: IRS PROOF OF CLAIM FILING DEADLINE (.1); REVIEW DOCKET AND ORDER RE: SAME AND COMMUNICATE BACK TO A. BARAGONA (.2); TELECONFERENCE WITH S. BUSEY, B. BOWIN AND J. BAKER RE: SECURITIES CLAIMS (.7); REVIEW AND RESPOND TO MEMORANDUM FROM K. LOGAN RE: CLASS NOTICING ISSUES (.1); REVIEW CLAIMS STATUS UPDATE REPORT FROM K. LOGAN (.1); REVIEW INCOMING RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (.2); REVIEW LITIGATION CLAIMS RESOLUTION LOG (.1); REVIEW INFORMATION RE: AR SETOFFS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/13/06 | 4.40 | TELECONFERENCE WITH A. GORDON, A. LIU AND J. LEAMY RE: SETOFF MOTION (.8); RESEARCH RE: SECTION 558 IN CONNECTION WITH SETOFF MOTION AND SANDERSON CONTRACT ISSUE (3.6). |
| LAMAINA KA | 02/13/06 | 0.60 | RESPOND TO MEMORANDUM FROM XROADS (M. DUSSINGER) ON CLAIMS' SETTLEMENT (.6). |
| LEAMY JM | 02/13/06 | 6.90 | TELECONFERENCE WITH G. STUMM RE: CITY FIRE EQUIPMENT CLAIM OBJECTION (.1); TELECONFERENCE WITH D. RICHARDS RE: RELIANCE INSURANCE CLAIM OBJECTION (.4); EMAIL K. NEIL, B. GASTON RE: REJECTION DATES (.2); EMAILS E. POLLACK, D. YOUNG RE: CLAIM RECONCILIATIONS (.2); REVIEW MISCELLANEOUS CLAIM RECONCILIATION MATTERS (1.7); TELECONFERENCE WITH M. PLASKER RE: M&P CLAIM OBJECTION (.2); TELECONFERENCE WITH S. GRIGSBY RE: OBJECTION TO HOST COMMUNCATIONS CLAIM (.2); TELECONFERENCE WITH S. EICHEL RE: SAME (.2); TELECONFERENCE WITH M. WHITE RE: CLAIM OBJECTION (.1); TELECONFERENCE WITH E. POLLACK RE: CLAIM OBJECTIONS (1.0); ANALYSIS RE: LATE FILED CLAIMS (1.4); PREPARE SETOFF ANALYSIS (1.2). |
| RAVIN AS | 02/13/06 | 0.30 | REVIEW MULTIPLE LEASE RELATED RESPONSES TO CLAIMS OBJECTIONS (.2); REVIEW MEMORANDUM FROM K. LAMAINA RE: NATIONAL IN STORE MARKETING ISSUE, REVIEW FILES RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| TURETSKY DM | 02/13/06 | 5.30 | ADDITIONAL RESEARCH RE: SECURED CLAIMS (5.2); TELECONFERENCE WITH J. GRIFFITH RE: CLAIMS INQUIRY (.1). |
| GRAY RW | 02/14/06 | 1.40 | TELECONFERENCE WITH CLIENT AND SH&B RE: AUTO LIABILITY CLAIM ISSUES (1.2); TELECONFERENCE WITH J. LEAMY AND S. EICHEL RE: VENDOR CLAIM OBJECTION ISSUES (.2). |
| EICHEL S | 02/14/06 | 0.70 | TELECONFERENCE WITH J. POST AND J. LEAMY RE: OBJECTION TO CLAIMS RE: SETOFF (.4); TELECONFERENCE WITH J. LEAMY AND R. GRAY RE: OBJECTION TO CLAIMS RE: SETOFF (.2); TELECONFERENCE WITH A. LIU AND J. LEAMY RE: OBJECTION TO CLAIMS BASED ON SETOFF (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/14/06 | 4.60 | TELECONFERENCE WITH J. POST AND S. EICHEL RE: SETOFF CLAIMS (.4); TELECONFERENCE R. GRAY AND S. EICHEL RE: SAME (.2); TELECONFERENCE WITH A. LIU AND S. EICHEL RE: SAME (.2); TELECONFERENCE WITH E. GORDON RE: SAME (.3); ANALYSIS RE: SETOFF ISSUES (1.2); TELECONFERENCE WITH D. GAY RE: BUTLER INVESTMENTS CLAIM (.2); EMAILS D. RICHARDS RE: RELIANCE INSURANCE CLAIM OBJECTIONS (.2); ANALYSIS RE: CLAIM 3323 AND EMAIL E. POLLACK RE: SAME (.5); PREPARE UPCOMING CLAIM OBJECTIONS (1.4). |
| TURETSKY DM | 02/14/06 | 0.80 | CONTINUE RESEARCH RE: SECURED CLAIMS (.7); E-MAIL TO R. GRAY RE: SAME (.1). |
| GRAY RW | 02/15/06 | 1.20 | TELECONFERENCE WITH J. CASTLE RE: IRS CLAIM ISSUES (.1); DRAFT MEMORANDUM TO J. CASTLE AND H. ETLIN RE: DEBTOR RECLASS ISSUE (.2); PRELIMINARY REVIEW OF SHB MEMORANDUM RE: SECURITIES CLAIM ISSUES (.6); DRAFT MEMORANDUM TO K. LOGAN RE: PLAINTIFF NOTICING ISSUES (.1); REVIEW MEMORANDUM FROM J. LEAMY RE: OBJECTION CATEGORIES (.1); TELECONFERENCE WITH J. LEAMY RE: SAME (.1). |
| LEAMY JM | 02/15/06 | 2.40 | TELECONFERENCE WITH S. EICHEL RE: CF SAYWER CLAIMS (.1); TELECONFERENCE WITH J. MENDEZ RE: OBJECTION TO JM INDUSTRIAL CLAIM (.2); TELECONFERENCE WITH E. LANE RE: PROJECT ASSTS. CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: POTENTIAL CLAIM OBJECTIONS (.9); ANALYSIS RE: UPCOMING OBJECTIONS (.5); TELECONFERENCE WITH I. KUKOFF RE: GREER PLAZA CLAIM OBJECTION (.3); EMAILS J. CASTLE RE: SAME (.1); EMAILS E. POLLACK RE: CLAIM OBJECTIONS (.2). |
| HENRY S | 02/16/06 | 0.40 | TELECONFERENCE WITH J. CASTLE, H. ETLIN, R. GRAY AND J. LEAMY RE: CLAIMS RECLASSIFICATION ISSUES (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/16/06 | 4.00 | REVIEW SH&B MEMORANDUM RE: SECURITIES CLAIM (1.2); DRAFT MEMORANDUM TO S. BUSEY RE: COMMENTS (.6); DRAFT MEMORANDUM TO K. LOGAN RE: NOTICING OF PLAINTIFFS (.1); TELECONFERENCE WITH K. LOGAN RE: SAME (.1); REVIEW AND COMMENT ON OBJECTION TO FLORIDA TAX COLLECTORS MOTION RE: FILING OF PROOFS OF CLAIM (.2); REVIEW PLAINTIFF LAWYER NOTICING INFORMATION FROM K. LOGAN AND DRAFT MEMORANDUM TO S. BUSEY RE: SAME (.2); TELECONFERENCE WITH J. CASTLE RE: IRS CLAIM CALL, REVIEW MEMORANDUM AND CONFERENCE WITH K. BRISTOR ON SAME (.1); DRAFT MEMORANDUM TO J. CASTLE AND H. ETLIN RE: RECLASS DEBTOR CALL (.1); REVIEW DORMINEY QUESTIONNAIRE AND DRAFT MEMORANDUM TO J. POST RE: SAME (.1); REVIEW OBJECTION TO MEDICARE CLAIM (.1); TELECONFERENCE WITH J. POST RE: VARIOUS LITIGATION CLAIM ISSUES (.2); REVIEW RULE 3004 RE: DEBTOR FILING OF PROOFS OF CLAIM (.1); REVIEW MEMORANDUM FROM L. PRENDERGAST AND PROPOSED PROOF OF CLAIM FORM AND DRAFT REPLY RE: SPECIAL BAR DATE AND RULE 3004 (.2); FURTHER TELECONFERENCE WITH J. POST RE: HANDLING UNNOTICED CLAIMANTS WITH WHOM SETTLEMENT HAS BEEN REACHED (.1); REVIEW MEMORANDUM FROM K. LOGAN AND EXCHANGE EMAILS WITH J. LEAMY RE: SPECIAL BAR DATE ISSUES (.1); TELECONFERENCE WITH S. HENRY, J. LEAMY, J. CASTLE (PARTIAL) AND H. ETLIN (PARTIAL) RE: CLAIMS OBJECTIONS AND RECLASS DEBTOR ISSUE (.4); REVIEW MEMOS FROM COMPANY RE: ALLIED GRAPHICS AND EXCHANGE EMAILS WITH J. LEAMY RE: SAME (.1). |
| LEAMY JM | 02/16/06 | 2.80 | TELECONFERENCE WITH E. POLLACK RE: 5TH CLAIM OBJECTION (.4); TELECONFERENCE WITH K. FAGERSTROM RE: CLAIM WITHDRAWAL (.1); EMAIL K. FAGERSTROM RE: SAME (.1); REVIEW SPECIAL BAR DATE MATTERS (.5); EMAILS E. POLLACK RE: DEPT HHS CLAIM OBJECTION (.2); ANALYSIS RE: 5TH CLAIM OBJECTION (.6); EMAIL E. POLLACK RE: SAME (.2); EMAILS I. KUKOFF RE: CLAIM OBJECTION (.1); ANALYSIS RE: OBJECTIONS ON BASIS OF INCORRECT DEBTOR AND TELECONFERENCE WITH R. GRAY, J. CASTLE, H. ETLIN AND S. HENRY RE: SAME (.4); TELECONFERENCE WITH D. GAY RE: OBJECTION TO BUTLER INVESTMENT CLAIM (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/17/06 | 0.50 | PARTICIPATE IN CALL WITH CLIENT AND TAX ADVISORS RE: HANDLING OF IRS CLAIMS (.5). |
| LEAMY JM | 02/17/06 | 6.40 | TELECONFERENCE WITH T. INGLE RE: OBJECTION TO BK INSTRUMENTATION CLAIM (.2); TELECONFERENCE WITH M. WENTZELL RE: OBJECTION TO HER CLAIM (.1); TELECONFERENCE WITH K. LOGAN RE: CLAIMS RECONCILIATIONS (.1); PREPARE 5TH CLAIM OBJECTION (2.5); TELECONFERENCES WITH E. POLLACK RE: 5TH CLAIM OBJECTION (.9); REVIEW AND ANALYZE SIX FILED RESPONSES TO 3RD CLAIM OBJECTION (1.2); TELECONFERENCE WITH J. HUTTON RE: CSFB (.2); TELECONFERENCE WITH D. MOTSINGER RE: (.4); TELECONFERENCE WITH E. BARKER RE: (.3); TELECONFERENCE WITH K. LOGAN RE: SPECIAL BAR DATE (.2); EMAIL I. KUKOFF RE: 3RD CLAIM OBJECTION (.1); REVIEW C. MOTSINGER EMAIL RE: CATAMOUNT CLAIM OBJECTION (.1); EMAIL A. RAVIN RE: CATAMOUNT ISSUE (.1). |
| LEAMY JM | 02/18/06 | 1.20 | EMAILS E. POLLACK RE: CLAIM RECONCILIATIONS (.2); REVIEW AND COMMENT ON CLAIM EXHIBITS FOR 5TH CLAIM OBJECTION (.8); REVIEW SEVERAL B. GASTON EMAILS RE: CATAMOUNT CLAIM (.2). |
| LEAMY JM | 02/19/06 | 2.70 | PREPARE 5TH CLAIM OBJECTION (2.7). |
| GRAY RW | 02/20/06 | 1.80 | REVIEW AND EDIT 5TH OMNIBUS OBJECTION, NOTICES AND ORDER (.7); REVIEW EXHIBITS TO 5TH OMNIBUS OBJECTION (.2); DRAFT MEMORANDUM TO S. HENRY RE: RESERVATION LANGUAGE ON RECLASS DEBTOR LANGUAGE (.1); TELECONFERENCE WITH J. LEAMY RE: SAME (.2); REVIEW 1/20 DOCKET UPDATE (.1); REVIEW MEMOS FROM A. SOLOCHEK RE: SYLVANIA CLAIM AND DRAFT MEMORANDUM TO E. GORDON AND J. LEAMY RE: SAME (.1); FURTHER EMAIL EXCHANGE WITH E. GORDON AND J. LEAMY RE: SAME (.1); REVIEW LOGAN UPDATE REPORT ON CLAIMS PROCESS (.1); DRAFT MEMORANDUM TO K. LOGAN RE: DEBTOR RECLASS ISSUES (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/20/06 | 8.20 | TELECONFERENCES WITH E. POLLACK RE: 5TH OMNI (1.2); TELECONFERENCE WITH R. ISKA RE: TAX CLAIM (.1); REVIEW CLAIMS SUBJECT TO 5TH CLAIM OBJECTION (4.0); TELECONFERENCE R. GRAY RE: SAME (.4); EMAIL C. JACKSON RE: OBJECTION TO CSFB CLAIM (.1); EMAIL COMMITTEE COUNSEL RE: 5TH CLAIM OBJECTION (.1); PREPARE 5TH CLAIM OBJECTION (2.0); EMAIL J. CASTLE RE: REVIEW OF SAME (.1); REVIEW REQUEST BY SYLVANIA TO ALLOW CLAIM (.2). |
| GRAY RW | 02/21/06 | 2.60 | TELECONFERENCE WITH L. APPEL, J. CASTLE AND CLAIMS TEAM RE: STATUS OF CLAIMS RECONCILIATIONS (.8); DRAFT MEMORANDUM TO J. BAKER ET AL. RE: RECONCILIATION ISSUES ON MSP/SRP (.1); EXCHANGE EMAILS WITH L. RODRIGUEZ RE: SAME (.1); TELECONFERENCE WITH J. CASTLE, L. RODRIGUEZ, H. REILLY AND D. TURETSKY RE: MSP/SRP CLAIM ALLOWANCE ISSUES (.9); TELECONFERENCE WITH K. LOGAN RE: CLAIM/CONTRACT ISSUES (.1); REVIEW PROOF OF INTEREST FORM FROM K. LOGAN (.1); REVIEW OBJECTION EXHIBIT AND DRAFT MEMORANDUM TO J. LEAMY RE: OMITTING DEBTOR NAME (.1); DRAFT MEMORANDUM TO K. LOGAN RE: RECONCILIATION ISSUES ON MSP/SRP (.2); REVIEW BSHS LATE CLAIM NOTICE AND DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: AMENDED CLAIM ISSUES (.1). |
| LEAMY JM | 02/21/06 | 6.40 | TELECONFERENCE WITH S. EICHEL RE: RECLAMATION CLAIM OBJECTIONS (.1); EMAIL J. POST RE: CLAIMANTS REPRESENTED BY E. BARKER (.1); TELECONFERENCE WITH J. POST RE: SAME (.3); TELECONFERENCE WITH E. POLLACK RE: 5TH CLAIM OBJECTION (.1); REVIEW AND ANALYSIS OF RESPONSES TO 3RD CLAIM OBJECTION (.9); FINALIZE NOTICES FOR 5TH CLAIM OBJECTION (.4); EMAIL TO M. MARTINEZ RE: SAME (.1); TELECONFERENCE WITH WINN-DIXIE TEAM, K. LOGAN, R. GRAY RE: CLAIMS RECONCILIATION (.9); FINALIZE 5TH CLAIM OBJECTION FOR FILING (2.5); DRAFT REVISED LANGUAGE FOR 3RD CLAIM OBJECTION ORDER (.4); EMAIL D. GAY RE: SAME (.2); EMAIL I. KUKOFF RE: LETTER ON GREER PLAZA CLAIMS (.2); ANALYSIS RE: MSP/SRP CLAIMS (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            02/22/06        2.70    TELECONFERENCE WITH L. PRENDERGAST
                                           RE: WORKERS COMP CLAIMS (.1);
                                           TELECONFERENCE WITH K. LOGAN RE:
                                           VARIOUS CLAIMS AND BAR DATE NOTICING
                                           ISSUES (.3); DRAFT MEMORANDUM TO L.
                                           APPEL AND J. CASTLE RE: BAR DATE
                                           NOTICING FOR SECURITIES CLAIMANTS
                                           (.9); REVIEW EMAIL EXCHANGE WITH J.
                                           CASTLE ON SAME (.1); DRAFT MEMORANDUM
                                           TO K&S LAWYERS RE: CONTACT
                                           INFORMATION FOR SECURITIES CLAIMANTS
                                           (.2); DRAFT FURTHER MEMORANDUM RE:
                                           NOTIFYING MILBANK OF ADDITIONAL
                                           NOTICING (.1); TELECONFERENCE WITH J.
                                           POST RE: ADMINISTRATIVE CLAIMS BAR
                                           DATE (.4); ASSIST WITH REVISED
                                           LANGUAGE TO RESOLVE AMENDED CLAIM
                                           OBJECTION (.1); REVIEW AND RESPOND TO
                                           MEMORANDUM FROM J. CASTLE RE: PROPER
                                           USE OF PLAN CATEGORY FOR CLAIMS AND
                                           MSP/SRP (.2); DRAFT MEMORANDUM TO E.
                                           GORDON RE: CLAIMS REPORTS (.1);
                                           REVIEW FORM FOR NOTICE OF CLAIM
                                           OBJECTION ORDERS AND PROVIDE COMMENTS
                                           (.1); REVIEW AND RESPOND TO
                                           MEMORANDUM FROM J. CASTLE RE: WIN
                                           GENERAL CLAIM (.1).

LEAMY JM           02/22/06        6.60    EMAIL E. GORDON RE: SETOFF REPORT
                                           (.1); DRAFT FORM OF NOTICE OF ENTRY
                                           OF CLAIM OBJECTION ORDER (.9); REVIEW
                                           SPECIAL BAR DATE MATTERS AND NOTICE
                                           (.9); REVIEW A. FRISH, A. HUTTON
                                           EMAILS RE: 3RD CLAIM OBJECTION ORDER
                                           (.2); EMAIL J. POST RE; 3RD CLAIM
                                           OBJECTION ORDER (.2); REVIEW E.
                                           BARKER EMAIL RE: 3RD CLAIM OBJECTION
                                           ORDER (.1); FINALIZE 3RD CLAIM
                                           OBJECTION ORDER FOR PRESENTATION
                                           (.7); TELECONFERENCE WITH J. HUTTON
                                           RE: 3RD OBJECTION ORDER (.1);
                                           TELECONFERENCE WITH D. GAY RE: 3RD
                                           ORDER (.2); TELECONFERENCE WITH E.
                                           MAY RE: 3RD OBJECTION ORDER (.2);
                                           TELECONFERENCES WITH E. POLLACK RE:
                                           3RD OBJECTION REVISED EXHIBITS FOR
                                           HEARING (.3); 3RD OMNI ORDER
                                           REVISIONS (2.4); TELECONFERENCE WITH
                                           E. POLLACK RE: CLAIM RECONCILIATIONS
                                           (.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/23/06 | 1.90 | DRAFT MEMORANDUM TO D. BITTER AND J. CASTLE RE: WIN GENERAL CLAIM AND REVIEW REPLIES (.3); TELECONFERENCE WITH M. BARR RE: SECURITIES NOTICING ISSUE (.2); REVIEW ISSUES RE: FLORIDA TAX CLAIM RAISED BY R. TANSI (.3); REVIEW MEMORANDUM FROM A. SOLOCHEK AND TELECONFERENCE WITH J. LEAMY RE: HANDLING SYLVANIA ISSUE (.1); REVIEW MEMORANDUM FROM E. LANE RE: CONTRACT/CLAIM ISSUES AND DRAFT FURTHER MEMORANDUM TO CLIENT ET AL. RE: RECLASS DEBTOR CONCERNS RELATED TO CONTRACT/CLAIM ISSUES (.6); DRAFT MEMORANDUM TO M. COMERFORD RE: SPECIAL BAR DATE ISSUES (.3); REVIEW AND COMMENT ON NOTICE OF ENTRY FOR 3RD OMNIBUS OBJECTION (.1). |
| LEAMY JM | 02/23/06 | 3.20 | EMAILS E. GORDON RE: SETOFF ANALYSIS (.2); ANALYSIS RE: TAX CLAIM OBJECTION (.2); EMAILS E. GORDON RE: COKE AND SYLVANIA CLAIMS (.2); EMAILS E. POLLACK RE: CLAIMS ORDERS (.2); EMAIL K. LOGAN RE: SERVICE OF NOTICES ON CLAIM OBJECTION (.2); BEGIN LATE CLAIM ANALYSIS (2.2). |
| GRAY RW | 02/24/06 | 1.70 | REVIEW ISSUES RE: SAME ON PENDING OBJECTION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM T. WILLIAMS RE: ALLEN, NORTON & BLUE (.1); DRAFT LETTER TO ALLEN, NORTON & BLUE RE: UNAUTHORIZED POSTPETITION TRANSFER (.8); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: BHBS LATE CLAIM MOTION (.1); DRAFT MEMORANDUM TO K&S LAWYERS RE: CLAIMANT NOTICING INFORMATION AND EMAIL EXCHANGE WITH B. THORNTON (.1); REVIEW/ORGANIZE RE: PENDING CLAIM OBJECTION ISSUES (.2); DRAFT MEMORANDUM TO J. LEAMY AND D. TURETSKY RE: PRIORITY ISSUE ON MSP (.1); REVIEW SAMPLE MSP PROOFS OF CLAIM ASSERTING PRIORITY (.2). |
| LEAMY JM | 02/24/06 | 1.30 | TELECONFERENCE WITH S. EISELSTEIN RE: COKE CLAIMS (.3); TELECONFERENCE WITH M. ALBERT RE: OBJECTION TO HIS CLAIM (.1); EMAIL D. FURR RE: FAYETTEVILLE CLAIM (.2); ANALYSIS OF LIBERTY MUTUAL INQUIRY ON 5TH CLAIM OBJECTION (.2); DRAFT NOTICE RE: SERVICE OF 3RD CLAIM OBJECTION ORDER (.2); EMAIL K. LOGAN RE: SAME (.1); REVIEW K. WARD EMAIL RE: A. THIGPEN CLAIM (.1); EMAIL E. POLLACK RE: UPCOMING OBJECTIONS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/25/06 | 0.40 | DRAFT RIDER RE SECTION 558 AS IT APPLIES TO SETOFF AND RECOUPMENT IN CONNECTION WITH OMNIBUS OBJECTION TO CLAIMS WHERE COMPANY HAS RIGHT OF SETOFF/RECOUPMENT (.4). |
| LEAMY JM | 02/26/06 | 0.30 | REVIEW CLAIMS ANALYSIS RE: EXECUTORY CONTRACT CLAIMS (.3). |
| GRAY RW | 02/27/06 | 0.80 | TELECONFERENCE WITH R. TANSI RE: FLORIDA TAX CLAIM (.1); DRAFT MEMORANDUM TO E. POLLOCK RE: SAME (.1); TELECONFERENCE WITH ZEPHYR EGG REPRESENTATIVE RE: BOND PAYMENT AND CLAIM AMOUNT ISSUE (.2); TELECONFERENCE WITH E. GORDON RE: CLAIMS ISSUES FOR PLAN RECOVERY ANALYSIS (.2); TELECONFERENCE WITH J. LEAMY RE: PRIORITY CLAIM ANALYSIS AND OTHER CLAIM ISSUES (.1); REVIEW MEMORANDUM AND ASSIST WITH LANDLORD LATE CLAIM ISSUE (.1). |
| LEAMY JM | 02/27/06 | 4.80 | TELECONFERENCE WITH S. BISHOP RE: OBJECTION TO HER CLAIM (.2); TELECONFERENCE WITH N. NIKA RE: OK LAB CLAIM OBJECTION (.2); TELECONFERENCE WITH S. EISENSTEIN RE: COKE CLAIMS (.2); TELECONFERENCE WITH E. POLLACK RE: CLAIM OBJECTIONS (.5); TELECONFERENCE WITH T. HORSTEIN RE: OBJECTION TO EXCALIBUR SEASONING CLAIM (.2); TELECONFERENCE WITH E. GORDON RE: SYLVANIA CLAIM (.4); EMAILS E. POLLACK RE: CLAIM OBJECTIONS (.2); REVIEW PROPOSED NOTICE OF ENTRY OF CLAIM OBJECTION ORDER, EMAIL K. LOGAN RE: SAME (.3); EMAILS E. GORDON RE: SYLVANIA CLAIM (.1); ANALYSIS RE: MSP/SRP CLAIMS (.9); REVIEW LOGAN REPORT RE: RECONCILED CLAIMS (.3); REVIEW K. LOGAN EMAIL RE: UPDATED STATUS REPORT (.1); CONTINUE LATE CLAIM ANALYSIS (1.2). |
| HENRY S | 02/28/06 | 0.10 | TELECONFERENCE WITH R. GRAY AND J. LEAMY RE: LIBERTY MUTUAL ISSUES (.1). |
| GRAY RW | 02/28/06 | 0.50 | TELECONFERENCE WITH J. CASTLE AND E. GORDON RE: DISPUTED CLAIM RESERVE ISSUES (.1); TELECONFERENCES WITH S. HENRY AND J. LEAMY RE: ADDRESSING CONCERN OF LIBERTY MUTUAL ON WORKERS COMP CLAIM OBJECTION (.1); REVIEW MEMORANDUM FROM A. SOLOCHEK RE: SYLVANIA AND CONTACT J. LEAMY RE: SAME (.1); ANALYZE COCA-COLA CLAIM ISSUE (.1); REVIEW WEEKLY CLAIMS REPORT FROM E. GORDON (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 02/28/06 | 2.80 | REVIEW PASS THROUGH CERTIFICATE MEMORANDUM FROM COMPANY (2.0); TELECONFERENCE WITH R. WINTER ON PASS THRU CERTIFICATES (.1); TELECONFERENCE TO K. KIRSCHNER ON PASS THRU CERTIFICATES (.1); TELECONFERENCE WITH C. IBOLD ON PASS THRU CERTIFICATES (.1); TELECONFERENCE WITH D. VANSCHOOR ON PASS THRU CERTIFICATES (.1); PREPARE AND DISTRIBUTE MEMORANDUM ON STATUS TO R. WINTER ON BONDS CLAIMS INQUIRY ON MERGERS (.2); TELECONFERENCE WITH M. BYRUM ON MERGERS(.1); TELECONFERENCE WITH R. WINTER AGAIN ON MERGERS (.1). |
| LEAMY JM | 02/28/06 | 3.10 | REVIEW CERTAIN LATE CLAIMS (.2); RESPOND TO D. YOUNG EMAIL RE: SAME (.2); EMAIL K. LOGAN RE: 3D OMNI ORDER (.1); TELECONFERENCE WITH K. LOGAN RE: SAME (.1); TELECONFERENCE WITH R. GRAY AND S. HENRY RE: LIBERTY MUTUAL CLAIMS (.1); ANALYSIS RE: SYLVANIA REQUEST (.4); EMAIL A. SOLOCHEK RE: SYLVANIA (.1); ANALYSIS RE: CCE CLAIMS (1.2); TELECONFERENCE WITH E. GORDON RE: SAME (.5); REVIEW ISSUES RE: ICICLE SEAFOODS CLAIM (.2). |
| RAVIN AS | 02/28/06 | 0.20 | REVIEW AND REVISE MOTION RE: COMPROMISE OF CLAIMS WITH SCHREIBER FOODS, REVIEW AND REVISE PROPOSED ORDER (.2). |

**MATTER TOTAL**                          <u>156.20</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 03/06/06
Claims Admin. (Reclamation/Trust Funds)                               Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 02/01/06 | 0.40 | DRAFT EMAIL TO S. MILLER RE: PROPOSED LANGUAGE RE: HP HOOD STIPULATION (.1); REVIEW EMAIL FROM S. MILLER RE: HP HOOD HEARING AND RESPOND TO SAME (.1); REVIEW EMAIL FROM R. DAMORE RE: CCBC RECLAMATION CLAIM AND DRAFT EMAIL TO A. LIU RE: SAME (.1); REVIEW EMAIL FROM A. WILLIAMS RE: RESOLVING CCBC RECLAMATION CLAIM (.1). |
| EICHEL S | 02/02/06 | 0.20 | REVIEW EMAIL FROM A. WILLIAMS RE: CCBC RECLAMATION CLAIM (.2). |
| EICHEL S | 02/03/06 | 1.10 | TELECONFERENCE WITH S. MILLER RE: SETTLEMENT OF HP HOOD RECLAMATION CLAIM (.1); DRAFT EMAIL TO J. HELFAT RE: HP HOOD STIPULATION (.1); REVIEW RESPONSE FROM J. HELFAT (.1); TELECONFERENCES WITH A. LIU RE: CCBC RECLAMATION CLAIM (.3); REVIEW ANALYSIS OF CCBC RECLAMATION CLAIM (.2); DRAFT EMAIL TO R. DAMORE RE: CCBC (.1); TELECONFERENCE WITH R. DAMORE AND A. LIU RE: CCBC RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: CCBC RECLAMATION CLAIM (.1). |
| EICHEL S | 02/07/06 | 0.20 | REVIEW EMAIL FROM T. WUERTZ RE: HERITAGE RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE: HERITAGE MINT RECLAMATION CLAIM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/08/06 | 2.00 | TELECONFERENCE WITH S. MILLER RE: HP HOOD STIPULATION (.1); DRAFT EMAIL TO T. WUERTZ RE: HERITAGE MINT (.1); DRAFT EMAIL TO A. LIU RE: RECLAMATION CLAIMS OF CCBC AND SANDERSON FARMS (.1); DRAFT EMAIL TO J. HELFAT RE: HP HOOD STIPULATION (.1); REVIEW A. LIU'S EMAIL RE: CCBC RECLAMATION CLAIM (.2); DRAFT EMAIL TO A. LIU AND A. WILLIAMS RE: CCBC TELECONFERENCE (.1); ANALYZE ISSUES RE: CCBC RECLAMATION CLAIM (.2); TELECONFERENCE WITH A. LIU RE: CCBC RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: CCBC RECLAMATION CLAIM (.1); TELECONFERENCE WITH A. LIU AND A. WILLIAMS RE: CCBC RECLAMATION CLAIM (.4); TELECONFERENCE WITH S. SOLL RE: HP HOOD SETTLEMENT (.1); DRAFT EMAIL TO S. SOLL CONFIRMING DISCUSSION RE: HEARING ON HP HOOD SETTLEMENT (.1); TELECONFERENCE WITH A. LIU AND E. GORDON RE: CCBC RECLAMATION CLAIM (.1); REVIEW EMAIL FROM E. GORDON RE: CCBC RECLAMATION CLAIM (.1); DRAFT EMAIL TO E. GORDON RE: CCBC RECLAMATION CLAIM (.1). |
| HENRY S | 02/09/06 | 0.30 | CONFERENCE WITH S. EICHEL RE: FALCON FARMS CLAIM (.2); TELECONFERENCE WITH S. EICHEL RE: FALCON FARMS CLAIM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                02/09/06          3.40   REVIEW EMAIL FROM S. HENRY RE: FALCON
                                                 FARMS RECLAMATION CLAIM (.1);
                                                 TELECONFERENCES WITH A. LIU RE:
                                                 FALCON FARMS RECLAMATION CLAIM (.5);
                                                 TELECONFERENCES WITH COUNSEL FOR
                                                 FALCON FARMS RE: RESOLVING
                                                 RECLAMATION CLAIM (.4); DRAFT EMAIL
                                                 TO S. HENRY RE: FALCON FARMS
                                                 RECLAMATION CLAIM (.1); DRAFT EMAIL
                                                 TO A LIU RE: FALCON FARMS RECLAMATION
                                                 CLAIM (.1); CONFERENCE WITH S. HENRY
                                                 RE: FALCON FARMS RECLAMATION CLAIM
                                                 (.2); ANALYZE SPREADSHEET RE: FALCON
                                                 FARMS RECLAMATION CLAIM (.2);
                                                 TELECONFERENCE WITH S. HENRY RE:
                                                 FALCON FARMS ISSUES (.1);
                                                 TELECONFERENCE WITH A. LIU RE: FALCON
                                                 FARMS ISSUES AND ANALYSIS OF
                                                 SPREADSHEET (.2); REVIEW EMAIL FROM
                                                 A. LIU RE: FALCON FARMS CONSUMPTION
                                                 ISSUES (.1); TELECONFERENCE WITH A.
                                                 LIU RE: CCBC RECLAMATION CLAIM (.1);
                                                 TELECONFERENCE WITH A. LIU AND A.
                                                 WILLIAMS RE: RESOLVING CCBC
                                                 RECLAMATION CLAIM (.1); REVIEW AND
                                                 ANALYZE CONSUMPTION ANALYSIS OF
                                                 FALCON FARMS (.2); DRAFT EMAIL TO S.
                                                 MILLER RE: HP HOOD STIPULATION (.1);
                                                 TELECONFERENCE WITH S. MILLER RE: HP
                                                 HOOD STIPULATION (.1); REVIEW EMAIL
                                                 FROM A. LIU TO A. SPIZZ RE: PAYMENT
                                                 HISTORY IN CONNECTION WITH RESOLVING
                                                 RECLAMATION CLAIM OF FALCON FARMS
                                                 (.1); DRAFT EMAIL TO T. WUERTZ RE:
                                                 HERITAGE MINT (.1); TELECONFERENCES
                                                 WITH T. WUERTZ RE: HERITAGE MINT
                                                 RECLAMATION ISSUE (.2); REVIEW FINAL
                                                 RECLAMATION ORDER IN CONNECTION WITH
                                                 RESPONDING TO HERITAGE MINT ISSUE
                                                 (.1); TELECONFERENCE WITH D. GROGAN
                                                 AND A. LIU (PART OF CALL) RE:
                                                 RECLAMATION CLAIM OF LANCE (.2);
                                                 REVIEW EMAIL FROM A. LIU RE: CREDIT
                                                 TERMS FOR LANCE (.1).

ROMAN JJ                02/09/06          0.30   RETRIEVE DOCUMENTS AND FILE FOR
                                                 ATTORNEY RECORDS RE: RECLAMATION
                                                 STATEMENTS (.3).

EICHEL S                02/10/06          0.90   TELECONFERENCE WITH B. KICHLER RE: HP
                                                 HOOD STIPULATION (.1);
                                                 TELECONFERENCES WITH S. MILLER RE: HP
                                                 HOOD STIPULATION (.2); REVIEW AND
                                                 REVISE HP HOOD STIPULATION (.4);
                                                 DRAFT EMAILS TO S. MILLER RE: HP HOOD
                                                 STIPULATION (.1); DRAFT EMAIL TO B.
                                                 KICHLER RE: HP HOOD STIPULATION (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            02/11/06        0.80    DRAFT EMAIL TO A. LIU RE: STATUS OF
                                            FALCON FARMS AND CCBC RECLAMATION
                                            CLAIM (.1); DRAFT EMAIL TO T. WUERTZ
                                            RE: STATUS OF HERITAGE MINT
                                            RECLAMATION CLAIM AND REVIEW RESPONSE
                                            (.1); REVIEW RECLAMATION CLAIMS (.4);
                                            DRAFT EMAIL TO A. LIU RE: STATUS OF
                                            CERTAIN RECLAMATION CLAIMS (.1);
                                            REVIEW RESPONSES FROM A. LIU TO MY
                                            INQUIRIES (.1).

EICHEL S            02/13/06        0.20    REVIEW EMAIL FROM R. GRAY RE:
                                            PARTICIPATION BY SCHREIBER IN TRADE
                                            LIEN PROGRAM (.1); RESPOND TO INQUIRY
                                            FROM R. GRAY RE: SCHREIBER FOODS
                                            PARTICIPATION IN TRADE LIEN PROGRAM
                                            (.1).

EICHEL S            02/14/06        0.30    TELECONFERENCE WITH S. MILLER RE:
                                            EXECUTION OF HP HOOD STIPULATION
                                            (.1); DRAFT EMAIL TO S. MILLER RE: HP
                                            HOOD STIPULATION (.1); REVIEW EMAIL
                                            FROM S. MILLER RE: HP HOOD
                                            STIPULATION (.1).

EICHEL S            02/15/06        0.30    DRAFT EMAIL TO B. KICHLER RE:
                                            EXECUTION OF HP HOOD STIPULATION
                                            (.1); REVIEW AND REVISE HP HOOD
                                            MOTION PAPERS (.2).

EICHEL S            02/16/06        0.40    REVIEW AND REVISE HP HOOD MOTION
                                            PAPERS (.1); DRAFT EMAIL TO A. LIU
                                            RE: UNRESOLVED RECLAMATION CLAIMS
                                            (.1); TELECONFERENCE WITH B. KICHLER
                                            RE: HP HOOD STIPULATION (.1); CALLED
                                            OFFICE OF S. MILLER RE: HP HOOD
                                            STIPULATION (.1).

EICHEL S            02/21/06        0.50    REVIEW EMAIL FROM A.  SPIZZ (COUNSEL
                                            TO FALCON FARMS) RE: FALCON FARMS
                                            RECLAMATION CLAIM PAYMENT ISSUES
                                            (.1); TELECONFERENCE WITH S. MILLER
                                            RE: STATUS OF H.P. HOOD STIPULATION
                                            (.1); DRAFT EMAIL TO B. KICHLER RE:
                                            STATUS OF H.P. HOOD STIPULATION (.1);
                                            REVIEW EMAIL FROM A. LIU RE:
                                            RECONCILIATION OF FALCON FARMS
                                            RECLAMATION CLAIMS (.1); REVIEW FAX
                                            FROM B. KICHLER RE: HP EXECUTION OF
                                            HP HOOD STIPULATION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**


EICHEL S          02/22/06          1.40    TELECONFERENCE WITH J. POST RE: HP
                                            HOOD STIPULATION (.1); TELECONFERENCE
                                            WITH J. POST RE: FILING HP HOOD
                                            STIPULATION (.1); FINALIZE HP HOOD
                                            MOTION PAPERS (.3); DRAFT EMAIL TO J.
                                            POST RE: HP HOOD STIPULATION (.1);
                                            DRAFT EMAIL TO J. POST RE: SERVICE OF
                                            MOTION TO APPROVE HP HOOD STIPULATION
                                            (.1); DRAFT EMAIL TO A. LIU RE:
                                            FALCON FARMS RECLAMATION CLAIM (.1);
                                            TELECONFERENCE WITH J. POST RE:
                                            MOTION TO APPROVE HP HOOD STIPULATION
                                            (.1); DRAFT EMAIL TO J. POST RE: HP
                                            HOOD STIPULATION (.1); REVIEW EMAIL
                                            FROM A. LIU RE: FALCON FARMS COUNSEL
                                            (.1); DRAFT RESPONSE EMAIL TO A. LIU
                                            RE: MEETING WITH FALCON FARMS COUNSEL
                                            (.1); REVIEW EMAIL FROM A. LIU RE:
                                            DANNON AND HP HOOD CLAIMS (.1); DRAFT
                                            RESPONSE TO A. LIU RE: DANNON AND HP
                                            HOOD CLAIMS (.1).

EICHEL S          02/24/06          2.40    TELECONFERENCE WITH V. FORD (AMROC)
                                            RE: RECONCILIATION OF RECLAMATION
                                            CLAIMS OF ADMIRALTY ISLAND FISHERIES
                                            AND IRVING TISSUE (.2); REVIEW EMAIL
                                            FROM K. WARD RE: FILING AND SERVICE
                                            OF HP HOOD MOTION (.1); REVIEW EMAIL
                                            FROM A. LIU RE: FALCON FARMS
                                            TELECONFERENCE (.1); REVIEW EMAIL
                                            FROM S. MILLER RE: PROCEEDINGS TO
                                            APPEAR TELEPHONICALLY AT HP HOOD
                                            HEARING (.1); DRAFT EMAIL TO J. POST
                                            RE: S. MILLER'S REQUEST (.1); REVIEW
                                            EMAIL FROM S. MILLER RE: HP HOOD
                                            HEARING (.1); REVIEW EMAIL FROM J.
                                            POST RE: S. MILLER'S REQUEST TO
                                            APPEAR TELEPHONICALLY FOR HP HOOD
                                            HEARING (.1); DRAFT EMAIL TO E.
                                            GORDON AND A. LIU RE: OUTSTANDING
                                            RECLAMATION CLAIMS (.2); REVIEW EMAIL
                                            FROM A. LIU RE: TELECONFERENCE WITH
                                            FALCON FARMS AND RESPOND TO SAME
                                            (.1); TELECONFERENCE WITH A. LIU RE:
                                            RECONCILIATION OF FALCON FARMS
                                            RECLAMATION CLAIMS (.1); REVIEW EMAIL
                                            FROM V. FORD (AMROC) RE: AMROC'S
                                            UNRESOLVED RECLAMATION CLAIMS (.2);
                                            DRAFT EMAIL TO A. LIU RE: UNRESOLVED
                                            RECLAMATION CLAIMS HELD BY AMROC (.1)
                                            REVIEW EMAIL FROM A. LIU RE:
                                            RECONCILIATION OF FALCON FARMS
                                            RECONCILIATION CLAIMS (.3);
                                            TELECONFERENCE WITH A. LIU, A. SPIZZ
                                            AND C. CARBONAN (FALCON FARMS) RE:
                                            RECONCILIATION OF FALCON FARMS (.5);
                                            TELECONFERENCE WITH A. LIU RE: CCBC
                                            AND LANCE RECLAMATION CLAIMS (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/27/06 | 1.00 | REVIEW EMAIL FROM A. LIU RE: RESOLUTION OF CCBC RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU TO D. GROGAN RE: LANCE, INC.'S CREDIT EXPOSURE IN CONNECTION WITH OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM S. BROWN RE: UPDATED CHART OF TRANSFERRED RECLAMATION CLAIMS (.1); DRAFT EMAIL TO E. GORDON AND A. LIU RE: REVIEWING LIST OF TRANSFERRED RECLAMATION CLAIMS UNDER TRADE LIEN PROGRAM IN CONNECTION WITH PAYING RECLAMATION CLAIMS (.1); CONTINUE ANALYSIS OF PERSONAL OPTICS CLAIM (.3); REVIEW EMAIL FROM A. WILLIAMS RE: CCBC OPTING INTO TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO A. LIU RE: CCBC OPTING INTO TRADE LIEN PROGRAM AND REVIEW HIS RESPONSE (.1); DRAFT EMAIL TO A. LIU RE: FALCON FARMS DOCUMENTATION (.1). |
| EICHEL S | 02/28/06 | 0.50 | REVIEW EMAILS RE: RESOLUTION OF COCA-COLA CLAIM IN CONNECTION WITH PAUL TIBERIO'S INQUIRY (.2); DRAFT EMAIL TO S. HENRY RE: RECENT RESOLUTION OF CLAIM OF COCA-COLA BOTTLING CONSOLIDATED (.2); REVIEW EMAIL FROM R. DAMORE RE: NO RECLAMATION PAYMENT TO RUSSELL STOVER (.1). |

**MATTER TOTAL**                          <u>16.60</u>

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                              Bill Date: 03/06/06
Creditor Meetings/Statutory Committees                                     Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 02/01/06 | 0.60 | E-MAIL TO S. BUSEY AND C. JACKSON RE: EQUITY COMMITTEE ISSUES (.1); REVIEW TRANSCRIPT OF JANUARY 23 TELEPHONIC STATUS CONFERENCE RE: EQUITY COMMITTEE'S MOTION FOR REAPPOINTMENT (.5). |
| RAVIN AS | 02/06/06 | 0.10 | REVIEW RETIREES' OBJECTION TO CEO RETENTION INCENTIVE MOTION (.1). |
| GRAY RW | 02/07/06 | 0.10 | REVIEW COURT ORDER ON EQUITY COMMITTEE (.1). |
| RAVIN AS | 02/07/06 | 0.10 | REVIEW ORDER DENYING MOTION TO APPOINT EQUITY COMMITTEE (.1). |
| TURETSKY DM | 02/07/06 | 0.30 | E-MAIL TO S. BUSEY AND C. JACKSON RE: ORDER DENYING APPOINTMENT OF EQUITY COMMITTEE (.1); REVIEW ORDER DENYING MOTION TO REAPPOINT EQUITY COMMITTEE (.2). |
| GRAY RW | 02/09/06 | 0.10 | REVIEW 2/3 LETTER FROM U.S. TRUSTEE TO PAUL HASTINGS AND DRAFT MEMORANDUM TO CLIENT RE: SAME (.1). |
| TURETSKY DM | 02/09/06 | 0.10 | REVIEW LETTER FROM U.S. TRUSTEE TO J. WAREHAM RE: DISCUSSIONS CONCERNING EXAMINER (.1). |
| TURETSKY DM | 02/10/06 | 0.90 | REVIEW TRANSCRIPTS FROM JANUARY 30 HEARING RE: EQUITY COMMITTEE MOTION FOR REAPPOINTMENT (.9). |
| LAMAINA KA | 02/21/06 | 0.30 | RESEARCH EQUITY COMMITTEE STATUS (.3). |
| LAMAINA KA | 02/23/06 | 0.40 | TELECONFERENCE WITH R. WINTER RE: COMMITTEE REQUEST FOR INFORMATION ON PASS THRU CERTIFICATES AND BEGIN SEARCH FOR ANSWER ON SAME (.4). |
| RAVIN AS | 02/24/06 | 0.10 | REVIEW EQUITY COMMITTEE COUNSEL WITHDRAWAL MOTIONS (.1). |
| GRAY RW | 02/25/06 | 0.10 | REVIEW WITHDRAWAL MOTIONS OF EQUITY COMMITTEE COUNSEL AND DRAFT MEMORANDUM TO CLIENT RE: SAME (.1). |
| TURETSKY DM | 02/26/06 | 0.20 | FURTHER RESEARCH RE: ISSUES DISBANDED EQUITY COMMITTEE (.2). |
| TURETSKY DM | 02/27/06 | 0.40 | REVIEW MOTIONS TO WITHDRAW AS COUNSEL FILED BY COUNSEL TO DISBANDED EQUITY COMMITTEE (.2); E-MAIL TO L. APPEL, J. CASTLE, H. ETLIN, F. HUFFARD, S. BUSEY, AND C. JACKSON RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| BAKER DJ | 02/28/06 | 0.30 | REVIEW NOTICE OF WITHDRAWAL FROM COMMITTEE COUNSEL (.3). |
|----------|----------|------|----------------------------------------------------------|

**MATTER TOTAL**                                **4.10**

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 03/06/06
Disclosure Statement/ Voting Issues                                Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 02/01/06 | 0.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (.5). |
| RAVIN AS | 02/02/06 | 0.30 | ADDRESS ISSUES RE: DISCLOSURE STATEMENT INCLUDING PLUGGING IN CEO RETENTION BONUS INFORMATION (.3). |
| TURETSKY DM | 02/02/06 | 0.80 | DRAFT PARAGRAPH FOR DISCLOSURE STATEMENT RE: MOTION TO APPROVE RETENTION INCENTIVE FOR P. LYNCH (.8). |
| GRAY RW | 02/06/06 | 1.00 | TELECONFERENCES WITH A. RAVIN RE: DISCLOSURE STATEMENT (.2); REVIEW DISCLOSURE STATEMENT (.8). |
| RAVIN AS | 02/06/06 | 0.70 | REVIEW AND REVISE DISCLOSURE STATEMENT (.3); CONFERENCES WITH R. GRAY RE: ISSUES RELATED TO SAME (.2); DRAFT CORRESPONDENCE TO C. BOYLE RE: SAME (.2). |
| GRAY RW | 02/07/06 | 3.10 | PREPARE DISCLOSURE STATEMENT (2.9); CONFERENCE WITH A. RAVIN RE: ADDITIONS TO SAME (.2). |
| RAVIN AS | 02/07/06 | 4.20 | CONFERENCE WITH R. GRAY RE: ISSUES RELATED TO DISCLOSURE STATEMENT (.1); REVIEW AND REVISE DISCLOSURE STATEMENT (3.7); DRAFT CORRESPONDENCE TO B. GASTON RE: ISSUES RE: SAME (.1); DRAFT MEMORANDUM TO S. EICHEL RE: SAME, DRAFT MEMORANDUM TO S. TOUSSI RE: SAME, DRAFT MEMORANDUM TO J. LEAMY RE: SAME, DRAFT CORRESPONDENCE TO J. POST RE: SAME (.3). |
| GRAY RW | 02/08/06 | 2.30 | CONFERENCE WITH A. RAVIN RE: DISCLOSURE STATEMENT REVIEW (2.3). |
| RAVIN AS | 02/08/06 | 7.80 | REVIEW AND REVISE DISCLOSURE STATEMENT (5.3); CONFERENCE WITH R. GRAY RE: SAME (2.3); DRAFT MEMORANDUM TO K. LAMAINA AND K. SAMBUR RE: SAME (.2). |
| GRAY RW | 02/09/06 | 1.20 | REVIEW DISCLOSURE STATEMENT WITH A. RAVIN (1.2). |
| LEAMY JM | 02/09/06 | 0.10 | REVIEW DRAFT LANGUAGE FOR DISCLOSURE STATEMENT RE: SCHEDULES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          02/09/06      7.90   REVIEW AND REVISE DISCLOSURE
                                       STATEMENT AND ADDRESS ISSUES RE: SAME
                                       (6.6); CONFERENCE WITH R. GRAY RE:
                                       DISCLOSURE STATEMENT (1.2);
                                       TELECONFERENCE WITH J. O'CONNELL RE:
                                       ISSUES RELATED TO SAME (.1).

TURETSKY DM       02/09/06      1.50   REVISE DISCLOSURE STATEMENT
                                       PARAGRAPHS RE: PROFESSIONALS, EQUITY
                                       COMMITTEE, CREDITORS COMMITTEE, AND
                                       EMPLOYEE RETENTION PLANS (1.5).

GRAY RW           02/10/06      2.80   CONFERENCE WITH A. RAVIN RE:
                                       DISCLOSURE STATEMENT (.3); SUMMARIZE
                                       PLAN TREATMENT TERMS FOR SUMMARY
                                       CHART IN DISCLOSURE STATEMENT (2.5).

EICHEL S          02/10/06      2.20   DRAFT, REVIEW AND REVISE RECLAMATION
                                       SECTION FOR DISCLOSURE STATEMENT
                                       (1.8); DRAFT EMAIL TO A. LIU AND T.
                                       WUERTZ FOR INFORMATION RE:
                                       IMPROVEMENT IN LIQUIDITY FOR
                                       DISCLOSURE STATEMENT (.1); REVIEW
                                       RESPONSE FROM A. LIU RE: IMPROVEMENT
                                       IN LIQUIDITY (.1); DRAFT EMAIL TO A.
                                       LIU RE: INCREASED LIQUIDITY TO
                                       COMPANY (.1); REVIEW RESPONSE FROM A.
                                       LIU RE: SAME (.1).

RAVIN AS          02/10/06      4.30   REVIEW AND REVISE DISCLOSURE
                                       STATEMENT (3.2); DRAFT MEMOS TO S.
                                       TOUSSI, S. EICHEL AND J. POST RE:
                                       SAME (.1); CONFERENCE WITH R. GRAY
                                       RE: ISSUES RELATED TO SAME (.3);
                                       CONFERENCE WITH S. EICHEL RE: SAME
                                       (.1); TELEPHONE CONFERENCES WITH B.
                                       GASTON RE: INFORMATION NEEDED FOR
                                       SAME (.2); CONFERENCE WITH K. LAMAINA
                                       RE: SAME (.1); DRAFT CORRESPONDENCE
                                       TO L. APPEL AND J. CASTLE RE: SAME
                                       (.1); CONFERENCE WITH K. LAMAINA RE:
                                       ISSUES RELATED TO SAME (.1); REVIEW
                                       MEMOS FROM S. EICHEL AND
                                       CORRESPONDENCE FROM A. LIU RE:
                                       RECLAMATION ISSUES RELATED TO
                                       DISCLOSURE STATEMENT (.1).

EICHEL S          02/13/06      0.40   REVIEW EMAIL FROM A. RAVIN RE:
                                       INCREASED LIQUIDITY AS A RESULT OF
                                       RECLAMATION TRADE LIEN PROGRAM (.1);
                                       DRAFT RESPONSE TO A. RAVIN (.1);
                                       TELECONFERENCE WITH A. RAVIN AND A.
                                       LIU RE: INCREASE IN LIQUIDITY AS A
                                       RESULT OF RECLAMATION TRADE LIEN
                                       PROGRAM (.1); DRAFT EMAIL TO A. LIU
                                       RE: INCREASE IN COMPANY'S LIQUIDITY
                                       BASED ON PARTICIPATION IN TRADE LIEN
                                       PROGRAM (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/13/06 | 1.20 | REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO J. LEAMY RE: CONTRACT ISSUES RELATED TO DISCLOSURE STATEMENT (.1); ADDRESS ISSUES RELATED TO RECLAMATION ISSUES RELATED TO DISCLOSURE STATEMENT, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM S. EICHEL RE: SAME, CONFERENCE WITH S. EICHEL RE: SAME (.1); TELECONFERENCE WITH S. EICHEL AND S. APAY RE: SAME (.1); REVIEW AND REVISE DISCLOSURE STATEMENT RE: SAME AND RE: OTHER ISSUES (.9). |
| RAVIN AS | 02/14/06 | 5.00 | REVIEW LEASE INFORMATION RECEIVED FROM B. GASTON (.2); REVIEW AND REVISE DISCLOSURE STATEMENT (4.7); DRAFT MEMORANDUM TO S. HENRY RE: SUB CON ISSUES RELATED TO SAME (.1). |
| RAVIN AS | 02/15/06 | 0.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (.5). |
| RAVIN AS | 02/17/06 | 0.40 | FURTHER REVISIONS TO DISCLOSURE STATEMENT (.4). |
| RAVIN AS | 02/22/06 | 1.30 | ADDITIONAL REVISIONS TO DISCLOSURE STATEMENT (1.3). |

**MATTER TOTAL**                    **49.50**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Employee Matters (General)                                       Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/01/06 | 0.20 | REVIEW AND COMMENT ON ASSOCIATE MEMORANDUM RE: CEO KERP PER MEMOS FROM M. FRIETAG, ET AL. (.1); CONFERENCE WITH D. TURETSKY RE: GETTING COMMITTEE SIGNOFF ON CEO KERP FILING AND RE: FINALIZING SAME (.1). |
| TURETSKY DM | 02/01/06 | 2.00 | FURTHER REVISE AND PREPARE FOR FILING AMENDED MOTION RE: RETENTION INCENTIVE FOR P. LYNCH (1.0); ANALYZE AND RESOLVE OPEN ISSUES RE: SAME (.3); E-MAIL TO R. GRAY RE: SAME (.1); E-MAIL TO M. COMERFORD, D. DUNNE, AND M. BARR RE: SAME (.2); TELECONFERENCE WITH M. COMERFORD RE: LYNCH RETENTION (.1); E-MAIL TO R. GRAY AND J. BAKER RE: SAME (.1); TELECONFERENCE WITH R. GRAY RE: LYNCH RETENTION (.1); E-MAIL TO L. APPEL, H. ETLIN, M. FREITAG, AND F. HUFFARD RE: FILING OF AMENDED MOTION CONCERNING RETENTION INCENTIVE FOR P. LYNCH (.1). |
| TURETSKY DM | 02/03/06 | 0.10 | E-MAIL TO S. BUSEY, C. JACKSON, J. BAKER, AND R. GRAY RE: LYNCH RETENTION INCENTIVE ISSUES (.1). |
| GRAY RW | 02/06/06 | 0.10 | REVIEW RETIREE FILING ON CEO KERP (.1). |
| TURETSKY DM | 02/07/06 | 5.00 | TELECONFERENCE WITH R. GRAY RE: ISSUES CONCERNING EMPLOYEE AGREEMENTS RECEIVED FROM AND RAISED BY COMPANY (.2); E-MAIL TO E. LANE RE: SAME (.3); RESEARCH RE: SAME (4.5). |
| BAKER DJ | 02/08/06 | 0.40 | CALL RE: EMPLOYEE INCENTIVE FILING ISSUES WITH S. BUSEY, R. GRAY, L. APPEL AND J. CASTLE RELEVANT TO HEARING (.4). |
| GRAY RW | 02/08/06 | 0.50 | TELECONFERENCE WITH S. BUSEY, J. BAKER, L. APPEL AND J. CASTLE RE: WITNESS TESTIMONY AT HEARING TOMORROW AND RELATED ISSUES (.4); REVIEW AND COMMENT ON CEO RETENTION BONUS LETTER (.1). |
| TURETSKY DM | 02/08/06 | 1.20 | FURTHER REVIEW AND ANALYZE ISSUES RE: VARIOUS EMPLOYMENT CONTRACTS (.8); FINALIZE LETTER AGREEMENT RE: LYNCH RETENTION INCENTIVE (.3); E-MAIL TO L. APPEL AND D. DOGAN RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 02/09/06 | 4.80 | FURTHER REVIEW AND ANALYSIS OF ISSUES ARISING IN CONNECTION WITH EMPLOYEE AGREEMENTS RECEIVED FROM AND RAISED BY COMPANY (4.8). |
| BAKER DJ | 02/10/06 | 1.20 | REVIEW ISSUES RELATED TO EMPLOYEE TREATMENT UNDER PLAN OF REORGANIZATION (1.2). |
| TURETSKY DM | 02/10/06 | 2.10 | FURTHER REVIEW AND ANALYZE ISSUES RE: EMPLOYEE AGREEMENTS RECEIVED FROM AND RAISED BY COMPANY (2.1). |
| TURETSKY DM | 02/15/06 | 5.80 | BEGIN REVIEW AND ANALYSIS OF NUMEROUS (MORE THAN 100) EMPLOYEE AGREEMENTS RECEIVED FROM X-ROADS TO IDENTIFY AND RESOLVE POTENTIAL EMERGENCE AND 365 ISSUES (5.8). |
| BAKER DJ | 02/16/06 | 2.30 | CONTINUE REVIEW OF WINN-DIXIE ISSUES WITH RESPECT TO RETIREE ISSUES (2.3). |
| TURETSKY DM | 02/16/06 | 4.20 | CONTINUE REVIEW AND ANALYSIS OF EMERGENCE AND 365 ISSUES RE: NUMEROUS EMPLOYEE AGREEMENTS RECEIVED FROM X-ROADS (4.2). |
| GRAY RW | 02/17/06 | 0.60 | TELECONFERENCE WITH H. REILLY RE: L. CALVERT BENEFITS (.1); DRAFT MEMORANDUM TO S. BUSEY RE: BENEFITS (.1); REVIEW FAX FROM H. REILLY AND DRAFT FURTHER MEMORANDUM TO S. BUSEY (.1); REVIEW MSP/SRP MEMORANDUM AND DRAFT FURTHER MEMORANDUM TO S. BUSEY RE: ACTIVE EMPLOYEE DEATH BENEFITS NOT SUBJECT TO 1114 (.2); TELECONFERENCE WITH S. BUSEY RE: DEATH BENEFIT (.1). |
| TURETSKY DM | 02/17/06 | 0.80 | FURTHER RESEARCH RE: ISSUES CONCERNING MSP (.8). |
| BAKER DJ | 02/20/06 | 2.20 | CONTINUE REVIEW ON EMPLOYEE ISSUES FOR FILING (2.2). |
| TURETSKY DM | 02/20/06 | 6.30 | CONTINUE REVIEW AND ANALYSIS OF POTENTIAL EMERGENCE AND 365 ISSUES IN CONNECTION WITH NUMEROUS EMPLOYEE AGREEMENTS RECEIVED FROM X-ROADS (6.3). |
| GRAY RW | 02/21/06 | 0.20 | TELECONFERENCE WITH M. COMERFORD RE: MSP/SRP ISSUES (.1); DRAFT MEMORANDUM TO J. BAKER RE: SAME (.1). |
| TURETSKY DM | 02/21/06 | 9.50 | FURTHER REVIEW AND ANALYZE NUMEROUS EMPLOYEE AGREEMENTS FOR POTENTIAL EMERGENCE AND OTHER ISSUES (8.1); E-MAIL TO R. GRAY RE: SAME (.1); ADDITIONAL REVIEW RE: ISSUES CONCERNING MSP AND SRP (.4); TELECONFERENCE WITH J. CASTLE, R. GRAY, H. REILLY AND L. RODRIGUEZ RE: SAME (.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 02/22/06 | 3.70 | CONTINUE REVIEW OF MSP/SRP ISSUES (1.6); TELECONFERENCE WITH J. SKELTON RE: EMPLOYEE ISSUES (.3); TELECONFERENCE WITH RICK MCCOOK RE: SAME (.5); REVIEW LETTER TO MR. MCCOOK (.5); REVIEW RETENTION PAYMENTS (.8). |
| TURETSKY DM | 02/22/06 | 8.50 | CONTINUE REVIEW AND ANALYSIS OF NUMEROUS EMPLOYEE AGREEMENTS FOR POTENTIAL EMERGENCE AND OTHER ISSUES (8.5). |
| BAKER DJ | 02/23/06 | 0.30 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO EMPLOYEE ISSUES (.3). |
| GRAY RW | 02/23/06 | 0.10 | CONFER WITH D. TURETSKY RE: BLACKSTONE REQUEST ON MSP SUMMARY (.1). |
| TURETSKY DM | 02/23/06 | 8.80 | CONTINUE REVIEW AND ANALYSIS RE: RECOMMENDED TREATMENT OF NUMEROUS (OVER 100) EMPLOYEE AGREEMENTS (7.9); TELECONFERENCE WITH J. O'CONNELL RE: MSP ISSUES (.2); REVIEW RE: SAME (.3); E-MAIL TO J. O'CONNELL RE: SAME (.4). |
| GRAY RW | 02/24/06 | 0.50 | REVIEW MSP SUMMARY FOR COMMITTEE AND PROVIDE COMMENTS (.3); REVIEW REVISED MSP SUMMARY (.1); TELECONFERENCES WITH T. WILLIAMS AND D. DOGAN RE: HANRAHAN ISSUES (.1). |
| TURETSKY DM | 02/24/06 | 5.80 | FURTHER ANALYSIS RE: MSP ISSUES (1.4); REVIEW AND COMMENT ON OVERVIEW AND DESCRIPTION OF MSP PREPARED BY BLACKSTONE (.6); E-MAIL TO J. O'CONNELL RE: SAME (.2); CONTINUE REVIEW AND ANALYSIS OF RECOMMENDED DISPOSITION FOR NUMEROUS EMPLOYEE AGREEMENTS (3.6). |
| TURETSKY DM | 02/27/06 | 7.90 | CONTINUE REVIEW AND ANALYSIS OF RECOMMENDED DISPOSITION FOR NUMEROUS EMPLOYEE AGREEMENTS (7.1); E-MAIL TO J. O'CONNELL RE: SRP ISSUES (.1); REVIEW AND COMMENT ON EMPLOYEE MATERIALS RE: STORE CLOSURES (.7). |
| BAKER DJ | 02/28/06 | 1.20 | CONTINUE SRP/MSP ISSUES (1.2). |
| **MATTER TOTAL** | | **86.30** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 03/06/06
Executory Contracts (Personalty)                                       Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/01/06 | 0.30 | EXCHANGE EMAILS WITH J. RANNE RE: CISCO PRESENTATION AND REVIEW PRESENTATION (.3). |
| GRAY RW | 02/02/06 | 1.40 | REVIEW CISCO DOCUMENTS AND DRAFT MEMORANDUM TO J. RANNE ET AL. RE: DISCREPANCIES AND OPEN ISSUES (1.2); DRAFT MEMORANDUM TO J. RANNE RE: COURT APPROVAL TIMING (.1); TELECONFERENCE WITH J. RANNE RE: CISCO ISSUES (.1). |
| GRAY RW | 02/03/06 | 1.70 | REVIEW LETTER FROM SCANA RE: CONTRACT STATUS AND DRAFT MEMORANDUM TO J. JAMES RE: SAME (.1); REVIEW MEMORANDUM FROM E. LANE RE: NCR (.2); PARTICIPATE IN TELECONFERENCE WITH CLIENT RE: CISCO ISSUES (1.4). |
| LEAMY JM | 02/03/06 | 0.70 | REVIEW D. WHEELER INQUIRY RE: SCANNA ENERGY CONTRACT (.2); EMAIL D. WHEELER RE: SAME (.1); ANALYSIS RE: NCR CONTRACTS (.2); REVIEW J. JAMES, E. LANE EMAILS RE: SCANNA ENERGY CONTRACT (.2). |
| GRAY RW | 02/05/06 | 0.60 | REVIEW MEMORANDUM FROM E. LANE RE: EMPLOYMENT CONTRACT REVIEW AND PRELIMINARY REVIEW OF ATTACHED CONTRACTS (.2); DRAFT MEMORANDUM TO D. TURETSKY RE: EMPLOYMENT CONTRACT REVIEW PROJECT AND ISSUES FOR RENEGOTIATION (.2); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: VERTIS CONTRACT (.1); REVIEW AT&T BANKRUPTCY LANGUAGE AND DRAFT MEMORANDUM TO I. FRYDMAN RE: SAME (.1). |
| LEAMY JM | 02/05/06 | 0.40 | REVIEW J. CRUCIANI EMAIL RE: VERTIS CONTRACT (.2); EMAIL J. JAMES RE: SAME (.1); REVIEW ISSUE RE: SCANNA ENERGY CONTRACT (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/06/06 | 1.00 | CONFERENCE WITH D. TURETSKY RE: NCR ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: CF SAUER CLAIM AND DRAFT MEMORANDUM TO S. EICHEL RE: SAME IN CONTEXT OF NEW SUPPLY AGREEMENT (.1); EXCHANGE EMAILS WITH S. MAILLOUX ET AL. RE: CISCO/BELL SOUTH ISSUES (.1); EXCHANGE EMAILS WITH S. MAILLOUX ET AL. RE: AT&T ISSUES (.1); DRAFT MEMORANDUM TO E. LANE ET AL. RE: SAME (.3); CONFERENCE WITH S. EICHEL RE: SUPPLY CONTRACT ISSUES (.2); REVIEW EMAILS RE: MASTER SERVICE AGREEMENT ISSUES FOR CISCO (.1). |
| EICHEL S | 02/06/06 | 1.40 | REVIEW EMAIL FROM R. GRAY RE: CF SAUER (.1); DRAFT EMAIL TO R. GRAY AND J. LEAMY RE: CF SAUER AND FORM OF VENDOR AGREEMENT (.1); REVIEW AND REVISE SANDERSON FARMS CONTRACT (.3); CONFERENCE WITH R. GRAY RE: SANDERSON FARMS' CONTRACT (.2); TELECONFERENCE WITH B. KICHLER RE: SCHREIBER AND SANDERSON FARMS (.2); TELECONFERENCE WITH B. KICHLER RE: REVISIONS TO SANDERSON FARMS CONTRACT AND OUTSTANDING ISSUES (.2); DRAFT EMAIL TO K. LOGAN RE: PROOFS OF CLAIMS OF CERTAIN VENDORS (.1); REVIEW EMAIL FROM K. LOGAN RE: PROOFS OF CLAIMS FOR CERTAIN VENDORS WHOSE CONTRACTS ARE GOING TO BE RENEGOTIATED (.1); DRAFT EMAIL TO V. DESIRE RE: ORGANIZATION OF PROOFS OF CLAIM SENT BY K. LOGAN WITH RESPECT TO VENDORS WHOSE CLAIMS WILL BE RENEGOTIATED (.1). |
| LEAMY JM | 02/06/06 | 0.90 | EMAIL E. SCHULE RE: WOOLBRIGHT OBJECTION TO REJECTION MOTION (.1); REVIEW AND ANALYSIS RE: VERTIS CONTRACT (.5); TELECONFERENCE WITH E. LANE RE: VERTIS ANALYSIS (.3). |
| TURETSKY DM | 02/06/06 | 2.30 | RESEARCH AND REVIEW RE: NCR MASTER SOLUTIONS AGREEMENT (2.3). |
| GRAY RW | 02/07/06 | 0.60 | TELECONFERENCE WITH S. MAILLOUX RE: CISCO ISSUES (.2); REVIEW EMPLOYMENT AGREEMENTS FORWARDED BY E. LANE RE: RESTATEMENT PROJECT (.4). |
| LEAMY JM | 02/07/06 | 0.90 | TELECONFERENCE WITH R. MALCHON RE: REJECTION OF BUYOUT AGREEMENT (.1); REVIEW OF WOOLBRIGHT'S PROPOSED CHANGES TO REJECTION ORDER (.3); MARK UP AND EMAIL TO R. MALCHON RE: SAME (.4); EMAIL J. JAMES RE: SCANA CONTRACT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 02/07/06 | 2.40 | FURTHER RESEARCH AND REVIEW RE: ISSUES ARISING IN CONNECTION WITH NCR AGREEMENTS (2.4). |
| GRAY RW | 02/08/06 | 2.40 | REVIEW SANDERSON FARMS DRAFT AND PROVIDE DETAILED COMMENTS ON BANKRUPTCY PROVISIONS (1.8); REVIEW TIMING OF REJECTION OF SCANA CONTRACTS TO AVOID SEPARATE MOTION (.1); REVIEW SCHREIBER SETTLEMENT LETTER AND DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: TIMING (.1); EMAIL EXCHANGE WITH J. CASTLE AND REVIEW MEMORANDUM FROM J. KRUMHOLZ (.1); TELECONFERENCE WITH C. BOUCHER RE: CISCO ISSUES (.1); CONFERENCE WITH S. EICHEL RE: ISSUES ON SANDERSON CONTRACT REVISIONS (.2). |
| EICHEL S | 02/08/06 | 2.00 | REVIEW AND REVISE SANDERSON FARMS CONTRACT (1.6); CONFERENCE WITH R. GRAY RE: PROPOSED REVISIONS TO CONTRACT (.2); TELECONFERENCE WITH COMPANY RE: PRICING AND TERMS OF SANDERSON FARMS CONTRACT (.2). |
| LEAMY JM | 02/08/06 | 1.00 | TELECONFERENCE WITH E. SCHULE RE: LEASE REJECTION ORDER (.1); REVISE REJECTION ORDER PER R. MALCHON COMMENTS (.4); EMAIL E. SCHULE RE: SAME (.1); ANALYSIS RE: TREATMENT OF CONTRACTS UNDER PROPOSED PLAN (.2); ANALYSIS RE: SCANA CONTRACT (.2). |
| EICHEL S | 02/09/06 | 0.10 | TELECONFERENCE WITH B. KICHLER RE: SANDERSON FARMS CONTRACT (.1). |
| LEAMY JM | 02/09/06 | 0.40 | TELECONFERENCE WITH D. WHEELER RE: SCANA CONTRACT (.1); TELECONFERENCE WITH E. LANE RE: SAME (.1); EMAILS R. MALCHON RE: REJECTION ORDER (.2). |
| GRAY RW | 02/10/06 | 0.10 | DRAFT MEMORANDUM TO E. LANE RE: STATUS OF NCR ISSUES AND ADDITIONAL DOCUMENTS (.1). |
| LEAMY JM | 02/10/06 | 0.70 | REVIEW E. LANE EMAIL RE: CONTRACT REJECTIONS (.2); EMAILS J. JAMES RE: SCANA ENERGY CONTRACT (.2); EMAIL B. GASTON RE: MASTER REJECTION LIST (.2); EMAIL D. WHEELER RE: SCANA CONTRACTS (.1). |
| EICHEL S | 02/11/06 | 2.80 | ANALYZE ISSUES IN CONNECTION WITH MOTION TO (I) REJECT SANDERSON FARMS CONTRACT, (II) AUTHORIZE SETOFF AND (III) DISALLOW SANDERSON FARMS' PREPETITION GENERAL UNSECURED CLAIMS (THE "SANDERSON MOTION") (1.2); COMMENCE DRAFTING SANDERSON FARMS MOTION (1.6). |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 02/13/06 | 0.50 | EXCHANGE EMAILS WITH B. KICHLER ET AL. RE: TERMS OF SCHREIBER LETTER AGREEMENT RE: RECLAMATION (.2); EXCHANGE EMAILS WITH J. LEAMY RE: CLAIMS RECONCILIATION ISSUES (.1); CONFERENCE WITH D. TURETSKY RE: NCR ISSUES (.1); PRELIMINARY REVIEW OF MEMORANDUM AND BANKRUPTCY LANGUAGE FROM B. KICHLER RE: SCHREIBER (.1). |
| EICHEL S | 02/13/06 | 1.40 | RESEARCH RE: SETOFF IN CONNECTION WITH MOTION TO APPROVE SETOFF IN CONNECTION (RE: SANDERSON CONTRACT) (.8); DRAFT, REVIEW AND REVISE MOTION AUTHORIZING REJECTION OF SANDERSON CONTRACT AND APPROVING SETOFF (.4); TELECONFERENCE WITH B. KICHLER RE: SANDERSON CONTRACT (.2). |
| TURETSKY DM | 02/13/06 | 2.20 | FURTHER RESEARCH AND REVIEW RE: ISSUES ARISING IN CONNECTION WITH NCR MASTER SOLUTIONS AGREEMENT (2.0); E-MAIL TO E. LANE AND J. JAMES RE: SAME (.2). |
| GRAY RW | 02/14/06 | 5.20 | EXCHANGE EMAILS WITH S. EICHEL AND B. KICHLER RE: CHANGE IN CONTROL PROVISIONS IN NEW SUPPLY AGREEMENT (.2); TELECONFERENCE WITH R. DAMORE RE: SCHREIBER/JP MORGAN ISSUES (.2); REVIEW SCHREIBER ISSUES, INCLUDING MARKUP OF NEW SCHREIBER SUPPLY AGREEMENT AND STRUCTURE OF MOTION (4.5); REVIEW MEMORANDUM FROM AND TELECONFERENCE WITH S. EICHEL RE: VENDOR AGREEMENT ISSUES (.1); DRAFT MEMOS TO AND TELECONFERENCE WITH S. EICHEL RE: TERMINATION PROVISIONS IN VENDOR AGREEMENTS (.1); TELECONFERENCE WITH B. KICHLER RE: COMMENTS ON SCHREIBER (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            02/14/06         2.80   REVIEW EMAIL FROM R. GRAY RE:
                                            SANDERSON CONTRACT (.1); REVIEW
                                            SANDERSON CONTRACT (.2);
                                            TELECONFERENCE WITH B. KICHLER RE:
                                            SANDERSON CONTRACT (.1); DRAFT EMAIL
                                            TO B. KICHLER RE: SANDERSON CONTRACT
                                            (.1); DRAFT, REVIEW AND REVISE MOTION
                                            AUTHORIZING REJECTION OF SANDERSON
                                            CONTRACT AND APPROVING SETOFF (.2);
                                            DRAFT EMAIL TO K. LOGAN RE: CF SAUER
                                            CLAIMS (.2); DRAFT EMAIL TO R. GRAY
                                            RE: CHANGE IN CONTROL PROVISION IN
                                            CONTRACT (.1); REVIEW EMAIL FROM A
                                            LIU RE: CLAIMS OF CF SAUER (.1);
                                            COMMENCE REVIEW OF CF SAUER CLAIMS IN
                                            CONNECTION WITH RESOLVING CONTRACT
                                            ISSUE (.6); REVIEW EMAIL FROM R. GRAY
                                            RE: CONTRACT PROVISIONS (.1); REVIEW
                                            EMAIL FROM B. KICHLER RE: SCHREIBER
                                            CONTRACT (.1); TELECONFERENCE WITH A.
                                            LIU RE: CF SAUER CLAIM (.1); REVIEW
                                            SCHREIBER AGREEMENT (.3);
                                            TELECONFERENCE WITH R. GRAY RE:
                                            SCHREIBER AGREEMENT (.1); DRAFT EMAIL
                                            TO R. GRAY RE: RECLAMATION TRADE LIEN
                                            STIPULATION (.1); TELECONFERENCE WITH
                                            R. GRAY RE: SANDERSON CONTRACT (.1);
                                            REVIEW SCHREIBER AGREEMENT IN
                                            CONNECTION WITH COMPANY ENTERING INTO
                                            NEW CONTRACT WITH SCHREIBER (.2).

TURETSKY DM         02/14/06         6.20   CONTINUE RESEARCH AND REVIEW RE:
                                            ISSUES CONCERNING NCR MASTER
                                            SOLUTIONS AGREEMENT (5.5); E-MAIL
                                            MEMORANDUM TO K. FAGERSTROM, E. LANE,
                                            J. JAMES, AND R. GRAY RE: SAME (.7).

GRAY RW             02/15/06         3.80   REVIEW AND RESPOND TO MEMORANDUM FROM
                                            C. BOUCHER RE: CISCO STATUS (.1);
                                            TELECONFERENCE WITH J. RANNE RE:
                                            CISCO MOTION TIMING ISSUES (.1);
                                            DRAFT MEMORANDUM TO J. CASTLE ET AL.
                                            RE: SCHREIBER TIMING ISSUES (.2);
                                            REVIEW AND RESPOND TO EMAILS FROM B.
                                            KICHLER, P. TIBERIO AND R. DAMORE RE:
                                            SAME (.1); CONFERENCE WITH S. EICHEL
                                            RE: CF SAUER CONTRACT (.1); REVIEW
                                            AND COMMENT ON BANKRUPTCY LANGUAGE
                                            FOR CF SAUER CONTRACT (.3); REVIEW
                                            MEMOS FROM E. LANE AND J. LEAMY RE:
                                            CONTRACT REJECTIONS AND JEA (.1);
                                            REVIEW AND RESPOND TO MEMOS FROM S.
                                            MAILLOUX AND J. RANNE RE: CISCO LOAN
                                            AGREEMENTS (.2); COMMUNICATE WITH B.
                                            CHAVEZ RE: VOICEMAIL AND EMAIL RE:
                                            SAME (.2); REVIEW SCHREIBER MOTION
                                            AND ORDER (2.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/15/06 | 3.90 | REVIEW AND ANALYZE CLAIMS OF CF SAUER IN CONNECTION WITH RENEGOTIATION OF CF SAUER CONTRACT (.9); DRAFT BANKRUPTCY SECTION FOR CF SAUER CONTRACT (1.7); TELECONFERENCE WITH A. LIU RE: CF SAUER CLAIMS (.1); TELECONFERENCE WITH K. LOGAN RE: SUMMARY OF CF SAUER CLAIMS (.1); DRAFT EMAIL TO A. LIU RE: ANALYSIS OF CF SAUER'S CLAIMS (.1); CONFERENCE WITH R. GRAY RE: CF SAUER BANKRUPTCY ANALYSIS (.1); DRAFT EMAIL TO B. KICHLER RE: CF SAUER BANKRUPTCY ANALYSIS (.1); TELECONFERENCE WITH A. LIU RE: ANALYSIS OF CLAIMS IN CONNECTION WITH REVISING CONTRACTS (.1); REVIEW SPREADSHEET OF CLAIMS OF VENDORS IN CONNECTION WITH REVISIONS OF CONTRACTS (.2); ANALYZE CLAIM OF RD CANDLE AND DRAFT BANKRUPTCY SECTION FOR NEW CONTRACT WITH RD CANDLE IN CONNECTION WITH REVISED AGREEMENT WITH VENDOR (.5). |
| LEAMY JM | 02/15/06 | 3.30 | TELECONFERENCE WITH E. LANE RE: REJECTION MOTION (.3); PREPARE LEASE REJECTION MOTION (2.3); REVIEW JEA DEMAND (.2); EMAILS E. LANE RE: SAME (.3); EMAILS E. LANE RE: REJECTION MOTION (.2). |
| TURETSKY DM | 02/15/06 | 0.90 | CONTINUE RESEARCH AND REVIEW RE: ISSUES CONCERNING NCR MASTER SOLUTIONS AGREEMENT (.9). |
| GRAY RW | 02/16/06 | 2.60 | EMAIL EXCHANGE WITH S. FELD AND J. LEAMY RE: JEA CONTRACT (.1); TELECONFERENCES  WITH J. LEAMY, C. JACKSON AND B. KICHLER RE: JEA CONTRACT ASSUMPTION ISSUES (.2); TELECONFERENCE WITH B. KICHLER RE: SCHREIBER STATUS (.1); TELECONFERENCE WITH J. SMYTH, COUNSEL FOR SCHREIBER, RE: STATUS AND TIMING FOR COURT APPROVAL (.1); DRAFT MEMORANDUM TO J. SMYTH RE: SAME (.2); DRAFT MEMORANDUM TO M. BARR AND J. MILTON RE: SCHREIBER SETTLEMENT TERMS (.6); REVIEW AND COMMENT ON DRAFT MOTION TO REJECT (.2); REVIEW AND RESPOND TO MEMORANDUM FROM J. SMYTH RE: JPM HOLDUP AND DEFERRAL OF COMMITTEE REVIEW (.1); DRAFT MEMORANDUM TO CLIENT RE: SAME (.1); TELECONFERENCE WITH C. WESTON, J. JAMES, K. FAGERSTROM, D. TURETSKY ET AL. RE: NCR ISSUES (.8); REVIEW OF JEA MEMOS FROM B. KICHLER AND J. CASTLE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/16/06 | 3.50 | TELECONFERENCES WITH A. LIU RE: CLAIMS ANALYSIS WITH RESPECT TO RD CANDLE AND RUG DOCTOR (.4); REVIEW AND ANALYZE A. LIU'S CLAIMS ANALYSIS WITH RESPECT TO VENDORS WHOSE CONTRACTS ARE BEING NEGOTIATED (1.6); REVIEW AND REVISE DRAFT CLAIMS ANALYSIS FOR RUG DOCTOR CONTRACT (.5); REVIEW AND REVISE DRAFT CLAIMS ANALYSIS FOR RD CANDLE (.5); REVIEW ORIGINAL CF SAUER CONTRACT IN CONNECTION WITH UPDATING CF SAUER CONTRACT (.1); REVIEW AND REVISE ARTICLE 18 BANKRUPTCY RIDER FOR CF SAUER CONTRACT (.1); DRAFT EMAIL TO B. KICHLER RE: UPDATED RIDER FOR CF SAUER CONTRACT (.1); REVIEW EMAIL FROM A. LIU RE: SCHEDULE F OF WINN-DIXIE STORES, INC IN CONNECTION WITH ANALYSIS OF RD CANDLE CLAIM (.1); TELECONFERENCE WITH A. LIU RE: CLAIM OF RD CANDLE (.1). |
| LEAMY JM | 02/16/06 | 6.00 | REVIEW OF CONTRACTS (2.0); DRAFT REJECTION MOTION (3.0); TELECONFERENCE WITH B. KICHLER AND R. GRAY RE: JEA CONTRACT (.3); ANALYSIS RE: JEA (.3); EMAILS M. BARR RE: REJECTION MOTION (.2); EMAILS J. JAMES RE: REJECTION MOTION (.2). |
| TURETSKY DM | 02/16/06 | 1.20 | FURTHER REVIEW AND PREPARE FOR TELECONFERENCE RE: ISSUES CONCERNING NCR MASTER SOLUTIONS AGREEMENT (.4); TELECONFERENCE WITH J. JAMES, C. WESTON, R. GRAY, AND K. FOGERSTROM RE: SAME (.8). |
| GRAY RW | 02/17/06 | 1.30 | REVIEW AND RESPOND TO MEMORANDUM FROM J. JAMES RE: CONTRACTS (.1); REVIEW AGREEMENT AND ADDENDUM RE: DBK CONCEPTS (.2); DRAFT MEMORANDUM TO J. JAMES RE: ISSUES ON SAME (.3); DRAFT MEMORANDUM TO S. MAILLOUX ET AL RE: CISCO STIPULATION, REVIEW REPLIES AND DRAFT MEMORANDUM TO B. CHAVEZ RE: SCOPE OF RELEASE (.2); DRAFT MEMORANDUM TO MILBANK RE: SCHREIBER AND EMAIL EXCHANGE RE: J. SMYTHE, J. CASTLE AND M. BARR RE: SAME (.2); EXCHANGE EMAILS WITH D. TURETSKY RE: NCR VALUATION (.1); TELECONFERENCE WITH J. RANNE RE: NCR DOCUMENTS (.1); REVIEW FAXES FROM R. MORGAN RE: NCR (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/17/06 | 0.70 | REVIEW AND REVISE RUG DOCTOR CLAIM ANALYSIS IN CONNECTION WITH RENEGOTIATION OF RUG DOCTOR CONTRACT (.1); DRAFT EMAIL TO K. LOGAN AND A. LIU RE: CLAIMS ANALYSIS OF RUG DOCTOR (.3); TEL. CONFERENCE WITH K. LOGAN RE: CLAIMS ANALYSIS IN CONNECTION WITH VENDOR WHOSE CONTRACT WILL BE REVISED (.1); TELECONFERENCE WITH B. KICHLER RE: STATUS OF CONTRACTS (.1); TELECONFERENCE WITH A. LIU RE: CLAIMS ANALYSIS IN CONNECTION WITH RUG DOCTOR IN CONNECTION WITH RESOLVING CLAIMS AS PART OF NEGOTIATING NEW CONTRACT (.1). |
| LEAMY JM | 02/17/06 | 2.10 | FINALIZE REJECTION MOTION (2.0); EMAIL D. WHEELER RE: SAME (.1). |
| TURETSKY DM | 02/17/06 | 0.50 | FURTHER REVIEW RE: NCR MASTER SOLUTIONS AGREEMENT (.4); TELECONFERENCE WITH K. FAGERSTROM RE: SAME (.1). |
| EICHEL S | 02/18/06 | 4.00 | REVIEW AND REVISE THE DRAFT OF UPDATED PROPOSED CONTRACT WITH CF SAUER (2.6); DRAFT EMAIL TO B. KICHLER ATTACHING PROPOSED REVISIONS TO CF SAUER CONTRACT (.1); DRAFT EMAIL TO K. LOGAN RE: CLAIM INFORMATION RE: METTLER TOLDEO (.1); DRAFT EMAIL TO A. LIU RE: CLAIMS ANALYSIS OF METTLER TOLEDO (.1); REVIEW AND REVISE ANALYSIS OF RUG DOCTOR CLAIM IN CONNECTION WITH COMPANY RESOLVING CLAIM AS PART OF ENTERING INTO NEW CONTRACT (.4); REVIEW AND REVISE ANALYSIS OF RD CANDLE IN CONNECTION WITH COMPANY ENTERING INTO NEW CONTRACT (.3); REVIEW AND REVISE ANALYSIS OF REXALL-SUNDOWN (.3); REVIEW EMAIL FROM B. KICHLER RE: POTENTIAL NEW CONTRACT WITH METTLER-TOLEDO AND HER REQUEST FOR CLAIMS ANALYSIS IN CONNECTION THEREWITH (.1). |
| LEAMY JM | 02/18/06 | 0.20 | REVIEW B. KICHLER EMAILS RE: JEA AMENDMENTS (.2). |
| EICHEL S | 02/19/06 | 0.50 | REVIEW EMAIL FROM A. LIU RE: CLAIMS OF METTLER TOLEDO IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1); DRAFT EMAIL TO A. LIU RE: ANALYSIS OF RUG DOCTOR CLAIM AS PART OF CONTRACT NEGOTIATION (.1); DRAFT EMAIL TO A. LIU RE: ANALYSIS OF RD CANDLE CLAIM AS PART OF CONTRACT NEGOTIATIONS (.1); DRAFT EMAIL TO B. KICHLER RE: VENDOR CLAIMS ANALYSIS ISSUES (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                02/20/06            1.10    REVIEW ADDITIONAL NCR FAX AND FORWARD
                                                   TO D. TURETSKY (.1); REVIEW AND
                                                   RESPOND TO EMAILS FROM S. EICHEL AND
                                                   B. KICHLER RE: CONTRACT CLAIMS AND
                                                   PROPER DEBTOR AND FURTHER EMAIL
                                                   EXCHANGE WITH S. EICHEL RE: SAME
                                                   (.2); REVIEW BANKRUPTCY LANGUAGE FOR
                                                   RUG DOCTOR AND RD CANDLE AND PROVIDE
                                                   COMMENTS (.2); FURTHER EMAIL EXCHANGE
                                                   WITH S. EICHEL RE: SAME (.1); REVIEW
                                                   EMAIL AND TELECONFERENCE WITH K.
                                                   FAGERSTROM RE: DBK CONTRACT ADDENDUM
                                                   ISSUES (.2); REVIEW LIST OF
                                                   EMPLOYMENT CONTRACTS FROM E. LANE
                                                   (.1); EXCHANGE EMAILS WITH J. JAMES
                                                   AND C. BOUCHER RE: CISCO ISSUES (.1);
                                                   REVIEW MEMORANDUM FROM B. CHAVEZ AND
                                                   CIRCULATE DOCUMENTS RECEIVED (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S         02/20/06        6.60    REVIEW EMAIL FROM B. KICHLER RE: CLAIMS ANALYSIS OF VENDORS THAT WILL ENTER INTO NEW CONTRACTS WITH COMPANY (.1); REVIEW EMAIL FROM R. GRAY RE: CLAIMS ANALYSIS ISSUES FOR THOSE VENDORS THAT WILL ENTER INTO NEW CONTRACTS WITH COMPANY (.1); DRAFT EMAIL TO R. GRAY RE: ISSUES RE: CLAIMS ANALYSIS (.2); REVIEW EMAIL FROM A. LIU RE: ICICLE SEAFOODS (.1); DRAFT EMAIL TO K. LOGAN RE: CLAIM OF ICICLE SEAFOODS (.1); COMMENCE DRAFTS RE: STATUS OF CLAIMS ANALYSIS FOR VENDORS WHO ENTER INTO NEW CONTRACTS (.5); REVIEW AND REVISE ANALYSIS OF SUMMARY OF RUG DOCTOR CLAIM (.2); REVIEW EMAIL FROM K. LOGAN RE: ICICLE SEAFOOD CLAIM (.1); DRAFT EMAIL TO K. LOGAN RE: RUG DOCTOR INQUIRY (.1) REVIEW EMAIL FROM B. KICHLER RE: COMMENTS TO CF SAUER CONTRACT (.1); DRAFT EMAIL TO B. KICHLER REQUESTING CONTRACTS (.1); REVIEW RUG DR. CONTRACT  (.1); REVIEW ORIGINAL CONTRACT OF RD CANDLE (.1); REVIEW AND REVISE REXALL SUNDOWN CLAIM (.3); TELECONFERENCE CALL WITH K. LOGAN RE: CLAIMS ANALYSIS WITH RESPECT TO VENDORS WITH SCHEDULED CLAIMS (.1); DRAFT EMAIL TO A. LIU RE: ANALYSIS OF CLAIMS OF RUG DOCTOR AND RD CANDLE (.2); TELECONFERENCE WITH B. KICHLER RE: RUG DOCTOR, RD CANDLE, REXALL SUNDOWN, SANDERSON AND CF SAUER CONTRACTS IN CONNECTION WITH COMPANY ENTERING INTO NEW CONTRACTS (.6); REVIEW AND REVISE SUMMARY OF CLAIMS ANALYSIS RE: CONTRACTS WITH VENDORS THAT WILL ENTER INTO NEW CONTRACTS WITH COMPANY (.3); REVIEW B. KICHLER'S EMAILS RE: RUG DOCTOR AND REXALL SUNDOWN (.1); REVIEW EMAIL FROM R. GRAY RE: RD CANDLE CLAIM ISSUE (.1); DRAFT RESPONSE TO R. GRAY RE: RD CANDLE CLAIM ISSUE (.1); REVIEW EMAILS FROM R. GRAY RE: DUE DILIGENCE OF OTHER POTENTIAL CONTRACTS THAT NEED TO BE ADDRESSED IN CONNECTION WITH RESOLVING CLAIMS (.2); DRAFT EMAIL TO R. GRAY RE: DUE DILIGENCE INQUIRY RE: OTHER CONTRACTS IN CONNECTION WITH RESOLVING CLAIMS AS PART OF ENTERING INTO NEW CONTRACTS (.1); REVIEW EMAILS FROM A. LIU RE: RUG DOCTOR CONTRACTS (.2); REVIEW RUG DOCTOR PREPETITION CONTRACT (.2); DRAFT EMAIL TO A. LIU RE: RUG DOCTOR PREPETITION CONTRACT (.1); REVIEW ORIGINAL CF SAUER CONTRACT (.1);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

REVIEW AND REVISE BANKRUPTCY SECTIONS
OF NEW PROPOSED CONTRACT WITH CF
SAUER BASED ON REVIEW OF OLD CONTRACT
(.3); DRAFT EMAIL TO B. KICHLER RE:
PROPOSED REVISIONS TO CF SAUER
CONTRACT (.1); ANALYZE ISSUES RE:
RESOLUTION OF RUG DOCTOR CLAIMS (.3);
REVIEW AND REVISE SUMMARY OF RUG
DOCTOR'S CLAIMS ANALYSIS IN
CONNECTION WITH NEGOTIATIONS OF NEW
CONTRACT WITH VENDOR (.3); REVIEW AND
REVISE SUMMARY OF REXALL SUNDOWN
CLAIMS (.3); REVIEW AND ANALYZE B.
KICHLER'S EMAILS RE: CLAIMS
PERTAINING TO NEW AGREEMENTS (CARL
BUDDING AND DURO-BAG) (.3); DRAFT
EMAIL TO A. LIU RE: DUE DILIGENCE
RENDERED WITH RESPECT TO CLAIMS
ANALYSIS (.1); DRAFT EMAIL TO B.
KICHLER RE: RD CANDLE CLAIMS ANALYSIS
SUMMARY (.1); REVIEW EMAIL FROM R.
GRAY RE: XROADS ANALYSIS OF RD CANDLE
(.1); DRAFT RESPONSE TO R. GRAY RE:
XROADS ANALYSIS OF RD CANDLE CLAIM
AND B. KICHLER'S ANALYSIS OF SAME
(.1).

LEAMY JM        02/20/06      0.80   REVIEW JEA AMENDMENTS (.4); BEGIN TO
                                     DRAFT MOTION TO ASSUME JEA CONTRACT
                                     (.4).

TURETSKY DM     02/20/06      3.00   ADDITIONAL ANALYSIS RE: NCR MASTER
                                     SOLUTIONS AGREEMENT (3.0).

GRAY RW         02/21/06      1.70   ASSIST WITH ISSUES ON CF SAUER
                                     CONTRACT RE: CLAIMS (.6); REVIEW
                                     OFFER LETTER ISSUES (.2);
                                     TELECONFERENCE WITH D. TURETSKY RE:
                                     OPTIONS ON OFFER LETTER (.2); REVIEW
                                     VOICEMAIL FROM J. JAMES AND DRAFT
                                     MEMORANDUM TO SAME RE: EMPLOYEE
                                     CONTRACT ISSUES (.1); REVIEW MEMOS
                                     FROM H. ETLIN, L. APPEL AND B.
                                     KICHLER RE: HALLMARK RENEGOTIATION
                                     (.1); TELECONFERENCE WITH H. ETLIN
                                     RE: AMENDMENT DRAFTING AND DRAFT
                                     MEMORANDUM TO B. KICHLER RE: SAME
                                     (.1); REVIEW MEMORANDUM FROM D.
                                     TURETSKY RE: NCR ISSUES AND CONFER
                                     RE: SAME (.1); DRAFT MEMORANDUM TO J.
                                     CASTLE ET AL. RE: STATUS OF KONICA
                                     AND REVIEW REPLIES (.1); REVIEW AND
                                     COMMENT ON RUG DOCTOR CONTRACT
                                     LANGUAGE (.1); DRAFT MEMORANDUM TO J.
                                     SMYTH RE: STATUS OF SCHREIBER AND
                                     EXCHANGE VOICEMAIL/EMAIL WITH B.
                                     KICHLER RE: SAME (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                02/21/06            6.40  ANALYZE ISSUES RE: CF SAUER CLAIMS
                                                  (.3); TELECONFERENCE WITH B. KICHLER
                                                  RE: CF SAUER AGREEMENT AND NEW
                                                  CONTRACTS WITH DRU BAG AND CARL
                                                  BUDDIG (.1); DRAFT EMAIL TO B.
                                                  KICHLER RE: PREPETITION RUG DOCTOR
                                                  CONTRACT (.1); ANALYZE ISSUES RE:
                                                  RESOLVING CLAIMS OF CARL BUDDIG AND
                                                  DRU BAG (.1); DRAFT EMAIL TO B.
                                                  KICHLER RE: ADDITIONAL COMMENTS TO CF
                                                  SAUER AGREEMENT (.1); REVIEW EMAIL
                                                  FROM R. ABERNATHY RE: ICICLE
                                                  SEAFOODS' PROOF OF CLAIM (.1); DRAFT
                                                  EMAIL TO A. LIU RE: RUG DOCTOR
                                                  ANALYSIS (.1); REVIEW EMAIL FROM B.
                                                  KICHLER RE: CF SAUER CONTRACT (.1);
                                                  TELECONFERENCE WITH B. KICHLER RE:
                                                  REVISIONS TO CF SAUER CONTRACT (.5);
                                                  REVIEW PREPETITION LIBMAN CONTRACT
                                                  (.1); ANALYZE ISSUES RE: LIBMAN
                                                  CONTRACT AND LIBMAN CLAIMS IN
                                                  CONNECTION WITH ENTERING INTO NEW
                                                  CONTRACT WITH LIBMAN (.4); DRAFT
                                                  BANKRUPTCY ANALYSIS RE: LIBMAN CLAIM
                                                  (.2); DRAFT EMAIL TO A. LIU RE:
                                                  ISSUES RE: LIBMAN CLAIMS ANALYSIS
                                                  (.2); REVIEW APRIL 16TH REXALL
                                                  PRESENTATION AND LETTER CONFIRMING
                                                  AGREEMENT (.3); ANALYZE ISSUES RE:
                                                  REXALL SUNDOWN CLAIM (.3); DRAFT
                                                  EMAIL TO B. KICHLER RE: REXALL
                                                  SUNDOWN DAMAGE CLAIM (.2); REVIEW AND
                                                  REVISE ANALYSIS OF REXALL SUNDOWN
                                                  CLAIMS (.3); DRAFT EMAIL TO A. LIU
                                                  RE: ANALYSIS OF REXALL SUNDOWN CLAIMS
                                                  (.1); TELECONFERENCE WITH A. LIU RE:
                                                  REXALL SUNDOWN AND LIBMAN CONTRACTS
                                                  (.1); TELECONFERENCE WITH A. LIU RE:
                                                  RUG DOCTOR ISSUE, DUE DILIGENCE ISSUE
                                                  AND NEED TO REVIEW PREPETITION
                                                  CONTRACTS THAT COMPANY WANTS TO
                                                  REJECT (.1); REVIEW EMAIL FROM E.
                                                  LANE RE: DUE DILIGENCE IN CONNECTION
                                                  WITH CLAIMS ANALYSIS (.1); DRAFT
                                                  EMAIL TO E. LANE RE: DUE DILIGENCE
                                                  PERFORMED RE: REVIEW OF CONTRACTS IN
                                                  CONNECTION WITH ENTRY INTO NEW
                                                  CONTRACTS AND REJECTING OLD CONTRACTS
                                                  (.2); REVIEW EMAIL FROM A. LIU RE:
                                                  PREPETITION CONTRACTS FOR VENDORS
                                                  ENTERING INTO NEW AGREEMENTS (.1);
                                                  TELECONFERENCE WITH A. LIU RE:
                                                  ORIGINAL CONTRACTS TO BE REJECTED
                                                  (.1); REVIEW EMAIL FROM R. GRAY RE:
                                                  RUG DOCTOR CLAIMS ANALYSIS (.1);
                                                  REVIEW EMAIL FROM B. KICHLER RE:
                                                  FINAL VERSION OF CF SAUER AGREEMENT
                                                  (.1); DRAFT EMAIL TO R. GRAY RE:
                                                  REVISED RUG DOCTOR ANALYSIS (.1);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  |  |  |
|---|---|---|---|
|  |  |  | DRAFT EMAIL TO R. GRAY RE: EFFECT OF RUG DOCTOR'S APRIL 2005 LETTER AGREEMENT (.1); DRAFT EMAIL TO B. KICHLER RE: SECTION 18 FOR RUG DOCTOR CONTRACT (.2); REVIEW EMAIL FROM R. GRAY RE: CONTRACTS THAT NEED TO BE REVIEWED IN CONNECTION WITH ENTERING INTO NEW VENDOR CONTRACTS (.1); DRAFT EMAIL TO R. GRAY RE: DUE DILIGENCE RE: VENDOR CONTRACTS TO BE REJECTED (.1); TELECONFERENCE WITH B. KICHLER RE: ADDITIONAL PREPETITION CF SAUER CONTRACT TO BE REJECTED (.2); TELECONFERENCE WITH A. LIU RE: SECOND PREPETITION CF SAUER PRODUCT SUPPLY AGREEMENT (.1); REVIEW EMAIL FROM B. KICHLER RE: REVISED CF SAUER AGREEMENT (.1); DRAFT SUMMARY OF CF SAUER CLAIM ISSUES IN CONNECTION WITH RESOLVING CLAIM AS PART OF |
| TURETSKY DM | 02/21/06 | 0.40 | FURTHER ANALYSIS RE: NCR MASTER SOLUTIONS AGREEMENT (.4). |
| GRAY RW | 02/22/06 | 1.20 | DRAFT MEMORANDUM TO J. JAMES ET AL. RE: CONTRACT/CLAIM CONCERNS (.6); TELECONFERENCE WITH J. JAMES, B. KICHLER, E. LANE AND S. EICHEL RE: CONTRACT/CLAIM ISSUES (.5); TELECONFERENCE WITH K. FAGERSTROM RE: DBK STATUS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S   02/22/06   3.50  REVIEW A. LIU'S EMAIL RE: ISSUES RE:
CLAIMS ANALYSIS RE: REXALL SUNDOWN IN
CONNECTION WITH ENTERING INTO NEW
CONTRACT WITH VENDOR AND RESOLVING
OUTSTANDING CLAIMS IN CONNECTION
THEREWITH (.1); DRAFT EMAIL TO A. LIU
RE: ISSUES RE: REXALL SUNDOWN'S CLAIM
(.1); REVIEW EMAIL FROM W. COUCH RE:
CF SAUER CONTRACT (.1);
TELECONFERENCE WITH B. KICHLER RE: W.
COUCH'S EMAIL RE: CF SAUER CONTRACT,
LIBMAN CLAIM AND REXALL SUNDOWN CLAIM
(.3); REVIEW EMAIL FROM D. RABON RE:
CF SAUER CONTRACT (.1); DRAFT EMAIL
TO A. LIU RE: LIBMAN CONTRACT (.1);
REVIEW EMAIL FROM B. KICHLER RE: CF
SAUER AGREEMENT (.1); REVIEW EMAIL
FROM R. GRAY RE: ISSUES RE: CLAIMS
RECONCILIATION IN CONNECTION WITH
RENEGOTIATION OF CONTRACTS WITH
VENDORS (.1); DRAFT EMAIL TO K. LOGAN
RE: REXALL SUNDOWN CLAIM IN
CONNECTION WITH ENTERING INTO NEW
CONTRACT (.1); ANALYZE ISSUES RE:
TREATMENT OF LIBMAN CLAIMS IN
CONNECTION WITH ENTERING INTO NEW
CONTRACT (.5); TELECONFERENCE WITH B.
KICHLER RE: TREATMENT OF VENDOR
CLAIMS IN CONNECTION WITH ENTERING
INTO NEW CONTRACTS WITH VENDORS (.1);
DRAFT EMAIL TO A. LIU RE: VENDOR
CONTRACT ISSUES AND RECONCILIATION OF
CLAIMS (.1); DRAFT EMAIL TO B.
KICHLER RE: VENDOR CONTRACTS (.1);
TELECONFERENCE WITH B. KICHLER RE:
VARIOUS PREPETITION VENDOR CONTRACTS
(.2); TELECONFERENCE WITH B. KICHLER,
J. JONES, E. LANE AND R. GRAY RE:
CLAIMS RECONCILIATION IN CONNECTION
WITH ENTERING INTO NEW VENDOR
CONTRACTS (.5); ANALYZE CLAIMS
RECONCILIATION ISSUES (.6); DRAFT
EMAIL TO B. KICHLER RE: REVIEW OF
VENDOR CONTRACTS (.1); REVIEW EMAIL
FROM J. CASTLE RE: CONFERENCE RE:
REVIEW OF CONTRACTS (.1); DRAFT EMAIL
TO R. GRAY RE: CLAIMS ANALYSIS RE:
REJECTION OF PREPETITION LIBMAN
CONTRACT IN CONNECTION WITH
NEGOTIATING NEW LIBMAN CONTRACT (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/23/06 | 3.30 | REVIEW AND COMMENT ON LIBMAN CONTRACT LANGUAGE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. JAMES RE: RADIANT CONTRACT (.1); REVIEW DOCUMENTS FOR RADIANT AND DBK RENEGOTIATIONS AND ASSUMPTION DEALS (.4); REVISE RADIANT ASSUMPTION AGREEMENT DOCUMENTS (.5); REVISE DBK ASSUMPTION AGREEMENT DOCUMENTS (.8); DRAFT MEMORANDUM TO J. LEAMY RE: IT CONTRACT ISSUES AND HANDLING (.2); FURTHER REVISE RADIANT DOCUMENTS AND DRAFT MEMORANDUM TO J. JAMES ET AL. RE: SAME (.2); FURTHER REVISE DBK DOCUMENTS AND DRAFT MEMORANDUM TO J. JAMES ET AL. RE: SAME(.3); REVIEW DOCUMENTS FROM B. CHAVEZ AND NEW MASTER SERVICE AGREEMENT (.4); EXCHANGE EMAILS WITH S.MAILLOUX AND C. BOUCHER RE: CISCO STATUS (.2); REVIEW FURTHER MEMOS RE: KONICA STATUS (.1). |
| LEAMY JM | 02/23/06 | 1.00 | EMAIL C. JACKSON RE: L. BERKOFF INQUIRY (.1); EMAIL E. LANE RE: CIT EQUIPMENT (.1); PREPARE ASSUMPTION AGREEMENTS (.8). |
| GRAY RW | 02/24/06 | 0.90 | TELECONFERENCE WITH S. MAILLOUX RE: CISCO ISSUES AND EXCHANGE VOICEMAILS WITH C. BOUCHER (.3); TELECONFERENCE WITH C. BOUCHER RE: CISCO ISSUES (.2); REVIEW/ORGANIZE PENDING CONTRACT ASSUMPTION/REJECTION MATTERS (.3); REVIEW CISCO/BELLSOUTH EMAILS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/24/06 | 2.20 | REVIEW EMAIL FROM B. KICHLER RE: EXECUTED RUG DOCTOR AGREEMENT (.1); DRAFT RESPONSE TO B. KICHLER RE: RUG DOCTOR AGREEMENTS (.1); REVIEW EMAIL FROM J. CASTLE RE: VENDOR CLAIMS TELECONFERENCE (.1); REVIEW EMAIL FROM R. GRAY RE: ISSUE RE: SECTION 18 OF LIBMAN CONTRACT (.1); DRAFT EMAIL TO R. GRAY RESPONDING TO HER INQUIRY RE: LIBMAN CONTRACT (.1); TELECONFERENCE WITH R. ABERNATHY (LOGAN) RE: THE SCHEDULING OF CONTRACTS WHICH ARE BEING RENEGOTIATED (.1); DRAFT EMAIL TO R. ABERNATHY RE: LIST OF VENDORS RE: ABOVE (.1); REVIEW EMAIL FROM B. CROCKER (LOGAN) RE: HOW CERTAIN VENDOR CLAIMS WERE SCHEDULED IN CONNECTION WITH NEGOTIATING NEW VENDOR CONTRACTS (.1); TELECONFERENCE WITH B. CROCKER RE: ANALYZING VENDOR CLAIMS ON SCHEDULES (.1); REVIEW EMAIL FROM R. GRAY RE: ARTICLE 18 FOR LIBMAN CONTRACT (.1); DRAFT EMAIL TO B. KICHLER ATTACHING ARTICLE 18 EMAIL FOR LIBMAN CONTRACT (.2); DRAFT, REVIEW AND REVISE BANKRUPTCY SECTION FOR REXALL SUNDOWN CONTRACT (.3); TELECONFERENCE WITH B. KICHLER RE: RUG DOCTOR AND PERSONAL OPTICS CLAIMS (.2); REVIEW AND REVISE ARTICLE 18 (BANKRUPTCY ANALYSIS) OF PROPOSED REXALL SUNDOWN AGREEMENT (.4); DRAFT EMAIL TO A. LIU AND R. ABERNATHY RE: REXALL SUNDOWN PREPETITION CLAIMS (.1). |
| LEAMY JM | 02/24/06 | 0.10 | REVIEW KONICA NOTICE OF HEARING (.1). |
| GRAY RW | 02/25/06 | 0.10 | REVIEW KONICA NOTICE OF MOTION AND DRAFT MEMORANDUM TO CLIENT RE: HEARING DATE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                 02/25/06         3.50    REVIEW AND REVISE DRAFT OF FINAL
                                                  VERSION RUG DOCTOR L.P. CONTRACT
                                                  PRIOR TO SENDING TO VENDOR (2.2);
                                                  DRAFT EMAIL TO B. KICHLER RE:
                                                  REVISIONS TO RUG DOCTOR CONTRACT
                                                  (.1); REVIEW EMAIL FROM A. LIU RE:
                                                  COMMENTS TO BANKRUPTCY SECTION OF
                                                  REXALL SUNDOWN ANALYSIS FOR CONTRACT
                                                  (.1); DRAFT EMAIL TO A. LIU AND R.
                                                  ABERNATHY RE: ANALYSIS OF REXALL
                                                  SUNDOWN CLAIM (.1); REVIEW PERSONAL
                                                  OPTICS PREPETITION AGREEMENTS IN
                                                  CONNECTION WITH DRAFTING BANKRUPTCY
                                                  SECTION FOR NEW AGREEMENT RESOLVING
                                                  OUTSTANDING CLAIMS (.3); COMMENCE
                                                  REVIEW OF XROADS ANALYSIS OF PERSONAL
                                                  OPTICS CLAIMS (.2); DRAFT EMAIL TO A.
                                                  LIU RE: PERSONAL OPTICS RECLAMATION
                                                  CLAIM IN CONNECTION WITH DRAFTING
                                                  BANKRUPTCY SECTION FOR PERSONAL
                                                  OPTICS NEW CONTRACT (.1); REVIEW
                                                  PERSONAL OPTICS PROOF OF CLAIM IN
                                                  CONNECTION WITH RESOLVING CLAIM AS
                                                  PART OF NEGOTIATING NEW CONTRACT WITH
                                                  VENDOR (.2); DRAFT EMAIL TO R.
                                                  ABERNATHY RE: CLAIM OF PERSONAL
                                                  OPTICS (.2).

GRAY RW                  02/27/06         4.40    TELECONFERENCE WITH C. WESTON, J.
                                                  JAMES, ET AL. RE: NCR RENEGOTIATION
                                                  ISSUES (.7); PREPARE SCHREIBER MOTION
                                                  AND ORDER (2.9); REVIEW MEMORANDUM
                                                  AND PROPOSED ORDER FROM COUNSEL FOR
                                                  FIFTH THIRD AND DRAFT MEMORANDUM TO
                                                  J. JAMES ET AL. RE: SAME (.2);
                                                  EXCHANGE EMAILS WITH J. MILTON RE:
                                                  STATUS OF SCHREIBER AND PLACE CALL TO
                                                  J. SMYTH (.1); TELECONFERENCE WITH K.
                                                  FAGERSTROM RE: DBK CLAIM AMOUNT AND
                                                  REVISE AGREEMENT RE: SAME (.2);
                                                  EXCHANGE EMAILS WITH J. KRUMHOLZ RE:
                                                  SCHREIBER CLAIM AMOUNT (.1); REVIEW
                                                  MEMORANDUM AND REVISED POWER POINT
                                                  FROM C. BOUCHER RE: CISCO (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/27/06 | 6.50 | TELECONFERENCE WITH K. LOGAN RE: ANALYSIS OF CLAIM OF PERSONAL OPTICS (.1); DRAFT EMAIL TO K. LOGAN RE: ANALYSIS OF REXALL SUNDOWN CLAIM (.1); REVIEW EMAILS FROM B. KICHLER RE: RUG DOCTOR CONTRACT (.1); REVIEW THE REVISED RUG DOCTOR CONTRACT (.1); REVIEW EMAIL FROM E. LANE RE PREPETITION CONTRACTS WITH VENDORS WHO WILL ENTER INTO NEW CONTRACTS WITH COMPANY (.1); REVIEW EMAIL FROM A. LIU RE: PERSONAL OPTICS RECLAMATION CLAIM ISSUE IN CONNECTION WITH RENEGOTIATING CONTRACTS (.1); CONTINUE TO ANALYZE PERSONAL OPTICS CLAIMS ISSUES (.4); TELECONFERENCE WITH A. LIU RE: CLAIMS OF PERSONAL OPTICS (.2); DRAFT BANKRUPTCY SECTION FOR NEW CONTRACT WITH PERSONAL OPTICS IN CONNECTION WITH REJECTION OF PREPETITION PERSONAL OPTICS CONTRACT (1.4); DRAFT EMAIL TO A. LIU AND K. LOGAN RE: PERSONAL OPTICS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO B. KICHLER RE: PERSONAL OPTICS PREPETITION CONTRACT TO BE REJECTED (.3); REVIEW EMAIL FROM B. KICHLER RE: ICICLE SEAFOOD CONTRACT (.1); ANALYZE ICICLE SEAFOOD CLAIM ISSUES (.2); DRAFT EMAIL TO E. LANE AND A. LIU RE: PREPETITION ICICLE SEAFOOD CONTRACT (.1); TELECONFERENCE WITH A. LIU RE: ICICLE SEAFOOD CONTRACT (.1); REVIEW EMAIL FROM A. LIU RE: ICICLE SEAFOOD CONTRACT (.1); DRAFT EMAIL TO B. KICHLER RE: ICICLE SEAFOOD PREPETITION CONTRACT (.1); REVIEW, AND REVISE DRAFT PERSONAL OPTICS AGREEMENT (1.6); DRAFT EMAIL TO B. KICHLER RE: PERSONAL OPTICS AGREEMENT (.1);  REVIEW O-CEDER BRANDS CONTRACT (.2); DRAFT EMAIL TO B. KICHLER AND E. LANE RE: O-CEDER CONTRACT (.2); DRAFT ICICLE SEAFOOD BANKRUPTCY ANALYSIS (.4); DRAFT EMAIL TO A. LIU RE: DRAFT OF ICICLE SEAFOODS BANKRUPTCY ANALYSIS (.1); TELECONFERENCE WITH B. KICHLER RE: CLAIMS ANALYSIS OF RUG DOCTOR AND PERSONAL OPTICS (.2). |
| LEAMY JM | 02/27/06 | 1.10 | EMAIL K. FAGERSTROM RE: TOMAX (.1); REVIEW AND COMMENT ON TOMAX AGREEMENTS (.8); REVIEW FIFTH THIRD PROPOSED AGREED ORDER (.2). |
| TURETSKY DM | 02/27/06 | 0.50 | PREPARE FOR TELECONFERENCE RE: ISSUES CONCERNING NCR CONTRACTS (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                02/28/06            3.30    FINALIZE SCHREIBER MOTION AND DRAFT
                                                   MEMORANDUM TO J. CASTLE ET AL. RE:
                                                   SAME (.2); REVIEW VOICEMAIL FROM J.
                                                   SMYTH RE: SCHREIBER STATUS, DRAFT
                                                   EMAIL RESPONSE, AND DRAFT MEMORANDUM
                                                   TO J. CASTLE ET AL. RE: SAME (.2);
                                                   REVIEW ICICLE SEAFOODS AGREEMENT,
                                                   TELECONFERENCE WITH J. LEAMY RE:
                                                   HANDLING SCHEDULED CLAIM ISSUE, AND
                                                   DRAFT MEMORANDUM TO S. EICHEL RE:
                                                   SAME (.2); REVIEW BOISE
                                                   CASCADE/OFFICE MAX AMENDMENT
                                                   REVISIONS AND DRAFT MEMORANDUM TO B.
                                                   KICHLER RE: OPTIONS FOR HANDLING
                                                   (.3); TELECONFERENCE WITH H. ETLIN ET
                                                   AL. RE: NCR ISSUES (.3); EMAIL
                                                   EXCHANGES WITH J. RANNE AND S.
                                                   MAILLOUX RE: CISCO ISSUES (.3); DRAFT
                                                   MEMORANDUM TO B. CHAVEZ RE: CISCO
                                                   ISSUES (.1); TELECONFERENCE WITH S.
                                                   MAILLOUX RE: CISCO STATUS (.1); DRAFT
                                                   MEMORANDUM TO J. SMYTH RE: STATUS OF
                                                   SCHREIBER DEAL (.1); REVIEW VOICEMAIL
                                                   FROM J. SMYTH AND DRAFT MEMORANDUM TO
                                                   J. CASTLE ET AL. RE: SAME (.1);
                                                   CONFERENCE WITH B. KICHLER RE: JEA
                                                   (.1); REVIEW AND COMMENT ON REXALL
                                                   SUNDOWN AGREEMENT (.2); REVIEW AND
                                                   COMMENT ON PERSONAL OPTICS AGREEMENT
                                                   (.2); EXCHANGE EMAILS WITH J. RANNE
                                                   RE: CISCO STATUS (.2); DRAFT
                                                   MEMORANDUM TO CISCO TEAM RE: COURT
                                                   APPROVAL TIMING (.1); DRAFT
                                                   MEMORANDUM TO H. ETLIN RE: NCR
                                                   VALUATION ISSUE (.3); REVIEW
                                                   SCHREIBER MARKUP TO NEW SUPPLY
                                                   AGREEMENT AND EXCHANGE EMAILS WITH B.
                                                   KICHLER ET AL. RE: SAME (.3).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                02/28/06           3.30    TELECONFERENCE WITH B. KICHLER RE:
                                                   BANKRUPTCY SECTION FOR ICICLE
                                                   SEAFOODS AND COMMENTS TO PERSONAL
                                                   OPTICS AGREEMENT (.2); REVIEW EMAIL
                                                   FROM A. LIU RE: ICICLE SEAFOODS
                                                   ANALYSIS (.1); REVIEW AND REVISE
                                                   ICICLE SEAFOODS BANKRUPTCY ANALYSIS
                                                   BASED ON DISCUSSIONS WITH B. KICHLER
                                                   (.2); ANALYZE ISSUES RE: ICICLE
                                                   SEAFOODS CLAIMS (.3); DRAFT EMAIL TO
                                                   R. ABERNATHY RE: REXALL SUNDOWN
                                                   CLAIMS ANALYSIS IN CONNECTION WITH
                                                   RESOLVING CLAIM IN CONNECTION WITH
                                                   ENTERING INTO NEW CONTRACT WITH
                                                   VENDOR (.1); DRAFT EMAIL TO R. GRAY
                                                   RE: ICICLE SEAFOODS (.3);
                                                   TELECONFERENCE WITH K. LOGAN RE:
                                                   ICICLE SEAFOODS, PERSONAL OPTICS AND
                                                   REXALL SUNDOWN (.2); REVIEW EMAIL
                                                   FROM R. GRAY RE: COMMENTS TO ICICLE
                                                   SEAFOODS BANKRUPTCY ANALYSIS (.1);
                                                   REVIEW AND REVISE ICICLE SEAFOOD
                                                   BANKRUPTCY ANALYSIS (.2); REVIEW AND
                                                   REVISE ANALYSIS OF REXALL SUNDOWN
                                                   CLAIM (.3); DRAFT EMAIL TO R. GRAY
                                                   RE: REXALL SUNDOWN CLAIM (.1); REVIEW
                                                   AND REVISE PERSONAL OPTICS ANALYSIS
                                                   BASED ON K. LOGAN'S COMMENTS (.1);
                                                   DRAFT EMAIL TO R. GRAY RE: PERSONAL
                                                   OPTICS BANKRUPTCY ANALYSIS IN
                                                   CONNECTION WITH NEGOTIATION OF NEW
                                                   CONTRACT WITH PERSONAL OPTICS (.1);
                                                   REVIEW EMAIL FROM B. KICHLER RE:
                                                   PERSONAL OPTICS PREPETITION
                                                   AGREEMENTS (.1); DRAFT EMAIL TO B.
                                                   KICHLER ATTACHING ICICLE SEAFOODS
                                                   BANKRUPTCY ANALYSIS (.1); REVIEW
                                                   EMAIL FROM R. GRAY RE: PROPOSED
                                                   REVISIONS TO BANKRUPTCY ANALYSIS FOR
                                                   REXALL SUNDOWN (.1); REVIEW AND
                                                   REVISE REXALL SUNDOWN BANKRUPTCY
                                                   ANALYSIS (.1); DRAFT EMAIL TO B.
                                                   KICHLER ATTACHING REVISED REXALL
                                                   SUNDOWN BANKRUPTCY ANALYSIS (.1);
                                                   REVIEW RESPONSE FROM B. KICHLER TO
                                                   INQUIRY RE: PERSONAL OPTICS
                                                   PREPETITION AGREEMENTS (.1); REVIEW
                                                   EMAIL FROM R. GRAY RE: COMMENTS TO
                                                   PERSONAL OPTICS BANKRUPTCY ANALYSIS
                                                   (.1); REVIEW AND REVISE PERSONAL
                                                   OPTICS BANKRUPTCY CLAIMS ANALYSIS
                                                   BASED ON R. GRAY'S COMMENTS (.1);
                                                   DRAFT EMAIL TO B. KICHLER RE: REVISED
                                                   PERSONAL OPTICS CLAIMS ANALYSIS IN
                                                   CONNECTION WITH NEGOTIATIONS OF NEW
                                                   CONTRACT WITH VENDOR (.1);
                                                   TELECONFERENCE WITH B. KICHLER RE: O-
                                                   CEDER AND RD CANDLE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 02/28/06 | 1.00 | REVIEW AND REVISE UNICRU AGREEMENT AND AMENDMENT  (.6); REVIEW B. KICHLER EMAILS RE: BOISE CASCADE (.2); REVIEW STATUS OF JEA AMENDMENTS (.2). |
| TURETSKY DM | 02/28/06 | 2.70 | FURTHER RESEARCH RE: ISSUES CONCERNING NCR MASTER SOLUTIONS AGREEMENT (2.7). |
| **MATTER TOTAL** | | **135.50** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                            Bill Date: 03/06/06
Financing (DIP and Emergence)                                           Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SAMBUR K | 02/01/06 | 4.40 | SPEAK WITH COUNSEL TO RLI REGARDING BOND (.2); COMPLETE DRAFT OF SURETY BOND MOTION (4.2). |
| TURETSKY DM | 02/01/06 | 0.10 | E-MAIL TO W. SCHWARTZ AND P. NECKLES RE: REAL ESTATE RELATED DIP DOCUMENTS (.1). |
| SAMBUR K | 02/02/06 | 1.40 | DRAFT RLI SURETY BOND ORDER (1.4). |
| GRAY RW | 02/05/06 | 0.20 | DRAFT MEMORANDUM TO S. HENRY AND A. RAVIN RE: LEASE ASSUMPTION/EXIT COLLATERAL ISSUES (.2). |
| NECKLES PJ | 02/06/06 | 0.90 | CONFERENCES WITH TEAM RE: EXIT FINANCING (.4); MEETING WITH A. MARGOLIS TO DISCUSS EXIT FINANCING (.5). |
| HENRY S | 02/07/06 | 0.40 | REVIEW MEMORANDUM RE: FINANCING/LEASE ISSUE IN CONNECTION WITH EMERGENCE (.4). |
| RAVIN AS | 02/07/06 | 0.20 | TELECONFERENCE WITH M. SASSON RE: POTENTIAL FINANCING SOURCES (.1); REVIEW CORRESPONDENCE FROM M. SASSON RE: FINANCING SOURCES, DRAFT CORRESPONDENCE TO C. BOYLE RE: FINANCING SOURCES (.1). |
| NECKLES PJ | 02/08/06 | 0.50 | REVIEW TEAM CORRESPONDENCE IN CONNECTION WITH EXIT FINANCING (.5). |
| GRAY RW | 02/13/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM A. MARGOLIS RE: EXIT FINANCING STATUS (.1). |
| SAMBUR K | 02/13/06 | 0.30 | REVISE RLI SURETY MOTION AFTER RECEIVING COMPLETE BUSINESS TERMS FROM RLI (.3). |
| GRAY RW | 02/14/06 | 0.10 | DRAFT MEMORANDUM TO J. BAKER RE: EXIT FACILITY LEASE COLLATERALIZATION (.1). |
| TURETSKY DM | 02/14/06 | 0.70 | ANALYSIS RE: CONFIDENTIALITY ISSUES IN CONNECTION WITH DIP FINANCING FACILITY (.5); E-MAIL TO F. HUFFARD RE: SAME (.2). |
| NECKLES PJ | 02/15/06 | 0.50 | CONFERENCES WITH K. HARDEE REGARDING EXIT FACILITY (.5). |
| NECKLES PJ | 02/16/06 | 0.50 | CONFERENCES WITH T. BOYDELL RE: EXISTING REAL ESTATE FINANCING (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BOYDELL T | 02/16/06 | 2.70 | MEETING WITH P. NECKLES RE: BACKGROUND (.5); REVIEW BACK-GROUND WORK RE: LEASE ISSUE AND DIP FINANCING (2.2). |
| GRAY RW | 02/16/06 | 0.10 | DRAFT FURTHER MEMORANDUM TO S. BUSEY RE: CONSEQUENCE OF LAWYER NOTICING AND NO PROOF OF CLAIM (.1). |
| KEMPF J | 02/16/06 | 0.50 | COMMUNICATE WITH OTHER MEMBERS OF REAL ESTATE AND CORPORATE TEAM TO REVIEW LEASE MORTGAGES (.5). |
| BOYDELL T | 02/17/06 | 1.10 | REVIEW REAL ESTATE MATTERS (.5); REVIEW ANTI-ASSIGNMENT MATTERS (.3); REVIEW EMAIL MESSAGES RE: COLLATERAL (.3). |
| KEMPF J | 02/19/06 | 1.90 | REVIEW CLOSING DOCUMENTS FOR INFORMATION ABOUT MORTGAGES (1.9). |
| BOYDELL T | 02/20/06 | 2.20 | REVIEW REAL ESTATE DOCUMENTS (2.2). |
| KEMPF J | 02/20/06 | 2.90 | RESEARCH LEASE PROPERTIES AND ENCUMBRANCES (2.9). |
| RAVIN AS | 02/20/06 | 0.30 | DRAFT MEMORANDUM TO J. KEMPF RE: SUBLEASE ISSUES, REVIEW C. STUART MEMORANDUM RE: SAME, ADDRESS ISSUES RE: SAME (.2); CONFERENCE WITH J. KEMPF RE: SUBLEASES AND LEASES (.1). |
| BAKER DJ | 02/21/06 | 1.60 | REVIEW TIMETABLE FOR EXIT FINANCING AND ISSUES TO BE RESOLVED IN CONNECTION WITH SAME (1.6). |
| NECKLES PJ | 02/21/06 | 0.50 | TELECONFERENCE WITH F. HUFFARD RE: EXIT FINANCING (.2); CORRESPONDENCE IN CONNECTION WITH EXIT FINANCING (.3). |
| BOYDELL T | 02/21/06 | 2.50 | STATUS CALL WITH F. HUFFARD ON SAME (.2); REVIEW REAL ESTATE DOCUMENTS WITH J. KEMPF (.3); REVIEW LEASE SUMMARIES (1.2); COLLATERAL ANALYSIS (.8). |
| GRAY RW | 02/21/06 | 0.20 | REVIEW MEMORANDUM FROM L. APPEL RE: CA FOR EXIT LENDERS AND DRAFT MEMORANDUM TO F. HUFFARD RE: SAME (.2). |
| KEMPF J | 02/21/06 | 0.50 | RESEARCH LEASEHOLD MORTGAGES (.5). |
| BOYDELL T | 02/22/06 | 1.00 | REVIEW PLAN TERM SHEET (.5); TELECONFERENCE WITH A. MARGOLIS RE: EXIT FINANCING (.2); DISCUSSIONS WITH S. LAM RE: STATUS (.3). |
| GRAY RW | 02/22/06 | 0.50 | REVIEW FORM USED EARLIER IN CASE (.1); PREPARE FORM FOR EXIT LENDER PROCESS (.2); TELECONFERENCE WITH F. HUFFARD RE: SAME (.1); TELECONFERENCE WITH J. O'CONNELL RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KEMPF J | 02/22/06 | 6.10 | REVIEW CHARTS, MEMOS, BANKRUPTCY PLEADINGS, WORK PRODUCT, LEASEHOLD MORTGAGE DISKS, AND CLOSING SET TO ASCERTAIN WHICH PROPERTIES WERE SUBJECT TO LEASEHOLD MORTGAGES (6.1). |
| KEMPF J | 02/23/06 | 6.00 | EXTENSIVE RESEARCH IN CONNECTION WITH LEASE REVIEW OF RESTRICTIONS (6.0). |
| GRAY RW | 02/24/06 | 0.80 | REVIEW BLACKSTONE CONFIDENTIALITY AGREEMENT FOR EXIT LENDER PROCESS AND PROVIDE COMMENTS AND INSERT FOR POTENTIAL LENDER INVOLVED IN OTHER ASPECTS OF CASE (.8). |
| BAKER DJ | 02/27/06 | 1.50 | ORGANIZE EXIT FINANCING MEETING (.2); PARTICIPATE IN INTERNAL MEETING WITH SKADDEN TEAM TO DISCUSS ISSUES RAISED BY CLIENT IN CONNECTION WITH EXIT FINANCING (1.3). |
| HENRY S | 02/27/06 | 1.30 | PARTICIPATE IN STRATEGY/LEGAL ANALYSIS MEETING RE: EXIT FINANCING WITH J. BAKER, P. NECKLES, T. BOYDELL, R. GRAY AND A. MARGOLIS (1.3). |
| NECKLES PJ | 02/27/06 | 1.80 | PARTICIPATE IN INTERNAL MEETING TO DISCUSS EXIT FINANCING WITH J. BAKER, T. BOYDELL, S. HENRY, AND R. GRAY (1.3); TELECONFERENCE WITH F. HUFFARD ON SAME (.5). |
| BOYDELL T | 02/27/06 | 2.60 | REVIEW STATUS EMAIL AND CORRESPONDENCES (.5); MEETING WITH TEAM AND BLACKSTONE RE: EXIT FINANCING (1.3); REVIEW STATUS OF REAL ESTATE ISSUE FOR PLAN (.8). |
| GRAY RW | 02/27/06 | 1.40 | DRAFT MEMORANDUM TO J. BAKER RE: COORDINATING EXIT LENDING/LEASE STRATEGY (.1); CONFERENCE WITH BANKING AND REAL ESTATE TEAMS RE: EXIT LENDING/LEASE ASSUMPTION ISSUES (1.3). |
| KEMPF J | 02/27/06 | 4.60 | CONTINUE LEASE REVIEW FOR PLAN FINANCING ISSUES FOR PLAN FINANCING ISSUES (4.6). |
| NECKLES PJ | 02/28/06 | 1.00 | CORRESPONDENCE RE: EXISTING REAL ESTATE FINANCING UNDER DIP CREDIT AGREEMENT (1.0). |
| GRAY RW | 02/28/06 | 0.10 | REVIEW RESEARCH PROJECT ON EXIT LENDING/LEASE ISSUES (.1). |
| KEMPF J | 02/28/06 | 1.30 | ACQUIRE AND CIRCULATE LIST OF STORES THAT ARE CURRENTLY SUBJECT TO DIP FINANCING AND RESEARCH WHETHER FEE OWNED PROPERTIES ARE SUBJECT TO DIP FINANCING (1.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/28/06 | 0.70 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: AFCO, REVIEW PRIOR MOTIONS AND ORDERS IN CONNECTION WITH SAME (.5); REVIEW MEMOS FROM J. KEMPF AND T. BOYDELL RE: MORTGAGED LEASES IN CONNECTION WITH EXIT FINANCING ISSUES, REVIEW SPREADSHEET RE: SAME (.2). |
| SAMBUR K | 02/28/06 | 5.90 | CONTINUE TO REVISE RLI SURETY MOTION (1.3); RESEARCH CASE LAW REGARDING ABILITY TO PLEDGE LEASES DESPITE A NEGATIVE PLEDGE CLAUSE IN THE LEASE (4.6). |

**MATTER TOTAL**                                   <u>63.90</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Insurance                                                        Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 02/06/06 | 0.80 | REVIEW INSURANCE MOTION (.8). |
| HENRY S | 02/27/06 | 1.10 | REVIEW AND REVISE SURETY PAPERS (1.1). |
| **MATTER TOTAL** | | **1.90** | |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 03/06/06
**Investigations and Reviews**                                       Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 02/01/06 | 1.70 | PREPARE FOR TELECONFERENCE RE: PROPOSED INVESTIGATION (.4); PARTICIPATE IN SAME WITH REPRESENTATIVES OF COMPANY AND OF CREDITORS COMMITTEE (.6); REVIEW STATUS ON INVESTIGATION (.7). |
| GRAY RW | 02/01/06 | 0.80 | EXCHANGE EMAILS WITH K. KELLER RE: MONITORING OF COMMITTEE INVESTIGATION (.1); TELECONFERENCE WITH MILBANK TEAM, L. APPEL, ET AL. RE: INVESTIGATION TO BE CONDUCTED BY MILBANK (.3); TELECONFERENCE WITH K. KELLER RE: COMMITTEE INVESTIGATION ISSUES (.3); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: PRIVILEGE ISSUES (.1). |
| KELLER KM | 02/01/06 | 1.30 | REVIEW MATERIALS RE: CREDITOR COMMITTEE IN INVESTIGATION (1.0); TELECONFERENCE WITH R. GRAY RE: SAME (.3). |
| GRAY RW | 02/02/06 | 1.00 | EXCHANGE EMAILS WITH L. STRINGER RE: PARTICIPANTS FOR CALL ON MILBANK INVESTIGATION (.1); DRAFT MEMORANDUM TO B. THORNTON RE: PRIVILEGE ISSUES (.2); EXCHANGE EMAILS WITH L. STRINGER RE: LOGISTICS FOR MILBANK INTERVIEWS (.1); TELECONFERENCE WITH L. MANDEL RE: MILBANK INTERVIEWS (.1); FURTHER EMAIL EXCHANGE WITH L. STRINGER (.1); TELECONFERENCE WITH M. DIAMOND AND L. MANDEL RE: INVESTIGATION (.2); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: SAME (.2). |
| GRAY RW | 02/03/06 | 0.10 | REVIEW AND RESPOND TO EMAILS FROM L. STRINGER AND J. CASTLE RE: COMMITTEE INTERVIEW SCHEDULE (.1). |
| BAKER DJ | 02/06/06 | 1.20 | PREPARE FOR TELECONFERENCE RE: CONDUCT OF INVESTIGATION (.6); PARTICIPATE IN TELECONFERENCE WITH R. GRAY, L. APPEL, J. CASTLE, BOB THORNTON REGARDING SAME (.6). |
| GRAY RW | 02/06/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH L. APPEL, J. CASTLE, B. THORNTON, J. BAKER AND K. KELLER RE: MILBANK INVESTIGATION AND PRIVILEGE ISSUES (.6); REVIEW AND RESPOND TO MEMORANDUM FROM L. MANDEL RE: LOGISTICS FOR MEETINGS TOMORROW AND TELECONFERENCE WITH L. STRINGER RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KELLER KM | 02/06/06 | 4.00 | PARTICIPATE IN TELECONFERENCE WITH CLIENT AND KING & SPALDING RE: PRIVILEGE ISSUES (.8); REVIEW COMPANY SEC FILINGS (3.2). |
| GRAY RW | 02/07/06 | 0.20 | ASSIST WITH LOCATION OF PREPETITION MINUTES FOR PRODUCTION TO MILBANK (.2). |
| KELLER KM | 02/07/06 | 7.00 | MEET WITH L. APPEL AND J. CASTLE RE: MILBANK INTERVIEWS (1.5); PARTICIPATE IN MILBANK INTERVIEWS OF APPEL AND CASTLE AND OF B. NUSSBAUM AND M. BYRUM (5.5). |
| BAKER DJ | 02/08/06 | 0.80 | REVIEW ISSUES RELATED TO PROPOSED INVESTIGATION (.8). |
| GRAY RW | 02/08/06 | 0.20 | REVIEW SUMMARY OF MILBANK INVESTIGATION MEETINGS ON 1/7 (.1); TELECONFERENCE WITH K. KELLER RE: UPDATE ON INVESTIGATION (.1). |
| KELLER KM | 02/08/06 | 2.00 | TELECONFERENCE WITH M. DIAMOND AND COUNSEL FOR KPMG REGARDING DOCUMENT PRODUCTION AND INTERVIEWS (.5); PREPARE NOTES FROM FIRST DAY OF CREDITOR COMMITTEE INTERVIEWS (1.5). |
| KELLER KM | 02/09/06 | 2.00 | TELECONFERENCE WITH S. CLORFEINE RE: DOCUMENT PRODUCTION (.3); BEGIN REVIEW OF COMPANY BOARD MINUTES (1.7). |
| KELLER KM | 02/10/06 | 3.50 | REVIEW ANNUAL BOARD MEETING MINUTES (3.3); FORWARD DOCUMENTS TO COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE (.2). |
| KELLER KM | 02/13/06 | 4.00 | REVIEW ANNUAL BOARD MEETING MINUTES (3.8); FORWARD DOCUMENTS TO CREDITORS COMMITTEE COUNSEL (.2). |
| KELLER KM | 02/14/06 | 5.00 | REVIEW COMPANY BOARD AND COMMITTEE MINUTES FOR PRODUCTION (5.0). |
| GRAY RW | 02/15/06 | 1.20 | TELECONFERENCE WITH K. KELLER RE: FORMER OFFICER INDEMNITY CLAIM (.1); TELECONFERENCE WITH J. CASTLE, D. BITTER, J. MATHIAS, S. BUSEY ET AL. RE: D&O ISSUES IN CONTEXT OF MILBANK INVESTIGATION (.8); REVIEW AND RESPOND TO MEMOS FROM R. MCCOOK, J.CASTLE AND K. KELLER RE: INDEMNITY ISSUES FOR R. MCCOOK (.3). |
| KELLER KM | 02/15/06 | 6.10 | TELECONFERENCE WITH CLIENT RE: COVERAGE AND PRIVILEGE ISSUES (.5); PREPARE BOARD MINUTES FOR PRODUCTION (5.6). |
| GRAY RW | 02/16/06 | 0.20 | REVIEW BYLAW PROVISION RE: INDEMNITY (.1); REVIEW INDEMNITY PROOFS OF CLAIM FILED BY OFFICERS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KELLER KM | 02/16/06 | 6.00 | RESEARCH RE: CLAIMS FOR INDEMNITY OBLIGATIONS (.5); CONTINUE DOCUMENT PRODUCTION (4.5); TELECONFERENCE WITH B. THORNTON RE: KING AND SPALDING'S INVESTIGATION (.3); TELECONFERENCE WITH R. MCCOOK RE: INTERVIEW (.3); TELECONFERENCE WITH M. DIAMOND AND J. CASTLE RE: STATUS OF INVESTIGATION (.4). |
| KELLER KM | 02/17/06 | 4.00 | CONTINUE REVIEW OF BOARD MINUTES (3.7); TELECONFERENCE WITH J. CASTLE RE: R. MCCOOK (.3). |
| KELLER KM | 02/20/06 | 0.50 | CONTINUE DOCUMENT PRODUCTION (.5). |
| BAKER DJ | 02/21/06 | 1.20 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO ONGOING INVESTIGATION (.4); REVIEW DRAFT LETTER RE: SAME (.3); TELECONFERENCE WITH L. APPEL, J. CASTLE AND R. GRAY RE: ISSUES RELATED TO INVESTIGATION (.2); FURTHER TELECONFERENCE WITH J. SKELTON RE: INVESTIGATION (.3). |
| GRAY RW | 02/21/06 | 1.10 | TELECONFERENCE WITH J. CASTLE ET AL. AND MARSH REPRESENTATIVES RE: D&O INSURANCE ISSUES IN VIEW OF MILBANK INVESTIGATION (.8); REVIEW R. MCCOOK EMAILS AND TELECONFERENCE WITH J. BAKER (.1); TELECONFERENCE WITH L. APPEL, J. CASTLE AND J. BAKER RE: R. MCCOOK ISSUES (.2). |
| KELLER KM | 02/21/06 | 1.50 | TELECONFERENCE WITH CLIENT AND COVERAGE AGENT RE: D & O COVERAGE ISSUES (.5); PREPARE INTERVIEW SCHEDULING (1.0). |
| BAKER DJ | 02/22/06 | 0.30 | CONTINUE WORK WITH RESPECT TO INTERVIEWS RELATED TO INVESTIGATION (.3). |
| KELLER KM | 02/22/06 | 3.50 | FINALIZE BOARD MINUTES FOR PRODUCTION TO MILBANK (2.7); TELECONFERENCE WITH A. ROWLAND RE: INTERVIEW (.4); CONTINUE CREDITORS' COMMITTEE INTERVIEW SCHEDULING (.4). |
| KELLER KM | 02/23/06 | 3.50 | CONTINUE DOCUMENT PRODUCTION (3.5). |
| KELLER KM | 02/24/06 | 8.50 | PARTICIPATE IN MILBANK INTERVIEWS OF R. MCCOOK, T. STOREY AND F. LAZARAN (8.5). |
| KELLER KM | 02/27/06 | 3.50 | TELECONFERENCE WITH JAY CASTLE RE: PRIOR WEEKS INTERVIEWS (.5); DRAFT MEMORANDUM RE: SAME (3.0). |
| KELLER KM | 02/28/06 | 0.50 | TELECONFERENCE WITH S. CLORFEINE RE: DOCUMENT PRODUCTION AND INTERVIEW SCHEDULE (.5). |

**MATTER TOTAL**                          **77.20**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 03/06/06**
**Leases (Real Property)**                                           **Bill Number: 1097915**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 02/01/06 | 2.10 | REVIEW MEMORANDUM ON TRUE LEASE ISSUE AND RELATED CASES (1.2); REVIEW MULTIPLE CORRESPONDENCE RE: LANDLORD REQUEST FOR INFORMATION RE: CO EMERGENCE FROM CHAPTER 11 (.6); COMMENT ON RESPONSE TO LANDLORD (.3). |
| GRAY RW | 02/01/06 | 0.10 | REVIEW AND RESPOND TO MEMOS RE: LANDLORD INQUIRY ON PLAN STATUS AND ASSUMPTION/REJECTION DECISIONS (.1). |
| RAVIN AS | 02/01/06 | 3.30 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: STORE 1857, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW MEMOS FROM AND DRAFT MEMOS TO K. SAMBUR RE: BOND LEASE ISSUES, REVIEW LEGAL RESEARCH RE: SAME, REVIEW MEMOS FROM S. HENRY RE: SAME, ADDRESS ISSUES RE: SAME (.5); REVIEW SUBLEASE SETTLEMENT CHART, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. WANDER RE: STATUS, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT MEMORANDUM TO R. GRAY AND S. HENRY RE: SAME, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.2); REVIEW C. JACKSON'S COMMENTS TO STORE 1261 SETTLEMENT MOTION, REVIEW AND REVISE MOTION RE: SAME (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. DAW RE: STORE 62, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.1); TELECONFERENCE WITH B. GASTON RE: VARIOUS LEASE RELATED ISSUES (.1); ADDRESS AND ANALYZE VARIOUS ISSUES RELATED TO STORE 1857 MOTION, REVIEW CORRESPONDENCE FROM D. MEYERS, C. IBOLD, MULTIPLE CORRESPONDENCE FROM K. DAW AND B. GASTON RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (1.1); MULTIPLE TELECONFERENCES WITH B. GASTON RE: SAME (.4); DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.2); REVIEW NOTICE OF WITHDRAWAL RE: STORE 62 MOTION, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, REVIEW SERVICE RE: SAME, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME, DRAFT CORRESPONDENCE TO D. MEYERS RE: SAME (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| SAMBUR K | 02/01/06 | 2.60 | CONTINUE TO RESEARCH LAW RE: STATUS OF LESSOR WHOSE LEASE IS RECHARACHTERIZED (2.6). |
|---|---|---|---|
| HENRY S | 02/02/06 | 1.90 | REVIEW CASES RE: TRUE LEASE ISSUE (.7); DIRECT RESEARCH (.7); CONFERENCE WITH A. RAVIN RE: SAME (.1); CONFERENCE WITH A. RAVIN, S. KAROL, C. JACKSON, E. POLLACK AND B. GASTON RE: LEASE CLAIM ISSUES (.4). |
| GRAY RW | 02/02/06 | 0.80 | REVIEW 365(D)(4) ISSUES AND DRAFT MEMORANDUM TO A. RAVIN RE: STRATEGY (.5); REVIEW AND COMMENT ON MEMORANDUM TO CLIENT RE: 365(D)(4) STRATEGY (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          02/02/06          8.30   ADDRESS ISSUES RE: INGHAM NOTICE OF
WITHDRAWAL RE: SERVICE ON LANDLORD
AND RE: AMENDING CASE CALENDAR, DRAFT
MEMORANDUM TO AND REVIEW MEMORANDUM
FROM S. BROWN RE: ISSUES RE: SAME,
REVIEW AND REVISE CERTIFICATE OF
SERVICE RE: SAME (.2); REVIEW
MULTIPLE CORRESPONDENCE FROM J.
DEWITTE RE: STORE 1453 TAX ISSUE,
DRAFT CORRESPONDENCE TO AND REVIEW
CORRESPONDENCE FROM K. DAW RE: SAME,
DRAFT CORRESPONDENCE TO K. DAW RE:
SAME, DRAFT MULTIPLE CORRESPONDENCE
TO J. DEWITTE RE: SAME, REVIEW
CORRESPONDENCE FROM V. JACKSON RE:
SAME, REVIEW FORM TAX LETTER (.4);
TELECONFERENCE WITH R. BIER'S OFFICE
RE: SAME (.1;) REVIEW AND REVISE
STORE 1261 SETTLEMENT MOTION AND
PROPOSED ORDER, DRAFT CORRESPONDENCE
TO D. MEYERS AND B. GASTON RE: SAME
(1.1); DRAFT MEMORANDUM TO AND REVIEW
MEMORANDUM FROM R. GRAY RE: ISSUES
RELATED TO NEXT 365(D)(4) MOTION,
ANALYZE ISSUES RE: SAME (.3); DRAFT
LENGTHY CORRESPONDENCE TO COMPANY AND
XROADS RE: SAME (1.2); DRAFT MEMOS TO
AND REVIEW MEMOS FROM R. GRAY RE:
SAME (.1); DRAFT MULTIPLE
CORRESPONDENCE TO AND REVIEW MULTIPLE
CORRESPONDENCE FROM B. GASTON RE:
VARIOUS LEASE RELATED ISSUES (.2);
REVIEW CORRESPONDENCE FROM R. SCHLEIN
RE: 1857 MOTION, REVIEW MULTIPLE
CORRESPONDENCE FROM AND DRAFT
MULTIPLE CORRESPONDENCE TO K. DAW RE:
SAME, REVIEW MULTIPLE CORRESPONDENCE
FROM AND DRAFT MULTIPLE
CORRESPONDENCE TO B. GASTON RE: SAME
(.2); ADDRESS ISSUES RE: SAME (.4);
ADDRESS SEVERAL LANDLORD INQUIRIES
(.1); TELECONFERENCE WITH J. CASTLE,
S. KAROL, S. HENRY, C. JACKSON, E.
POLLACK (PORTION: E. GORDON), AND B.
GASTON RE: CLAIM MITIGATION (.4);
CONFERENCE WITH S. HENRY RE: SAME
(.1); REVIEW CORRESPONDENCE FROM R.
RESNICK AND K. DAW RE: STORE 1857
FOLLOW UP, ADDRESS ISSUES RE: SAME,
DRAFT CORRESPONDENCE TO R. RESNICK
RE: SAME, DRAFT CORRESPONDENCE TO C.
JACKSON RE: SAME (.4); MULTIPLE CALLS
WITH R. RESNICK RE: SAME (.4); REVIEW
AND REVISE MOTION AND PROPOSED ORDER
RE: SAME (.8); REVIEW MODIFICATION
AGREEMENT RE: SAME (.7);
TELECONFERENCE WITH K. LOGAN RE: SAME
(.1); TELECONFERENCE WITH C. JACKSON
RE: SAME (.1); REVIEW CORRESPONDENCE
AND UNDERLYING CORRESPONDENCE RE:
SAME (.2);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

REVIEW PROOFS OF CLAIM RE: SAME (.2);
ADDRESS VARIOUS ISSUES RE: SAME (.2);
DRAFT MULTIPLE CORRESPONDENCE TO C.
JACKSON AND K. DAW RE: SAME (.3);
REVIEW CORRESPONDENCE FROM B. MARKEY
RE: STORE 726 (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                02/03/06         7.90    REVIEW CORRESPONDENCE FROM J. MILTON
                                                 RE: STORE 1857, DRAFT CORRESPONDENCE
                                                 TO SAME RE: SAME (.1); REVIEW
                                                 CORRESPONDENCE FROM C. JACKSON RE:
                                                 SAME, REVIEW CORRESPONDENCE FROM K.
                                                 DAW RE: SAME (.1); DRAFT
                                                 CORRESPONDENCE TO COMPANY AND XROADS
                                                 RE: 365(D)(4) MOTION AND OMNIBUS
                                                 ASSUMPTION MOTION, DRAFT MEMORANDUM
                                                 TO R. GRAY RE: SAME, REVIEW
                                                 CORRESPONDENCE FROM C. JACKSON RE:
                                                 SAME, REVIEW CORRESPONDENCE FROM S.
                                                 KAROL RE: SAME (.4); DRAFT
                                                 CORRESPONDENCE TO AND REVIEW
                                                 CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                                 STORE 726 DEMAND LETTER, REVIEW
                                                 CORRESPONDENCE FROM B. GASTON RE:
                                                 SAME (.1); DRAFT CORRESPONDENCE TO B.
                                                 MCCAFFREY RE: GOODINGS DOCUMENTS,
                                                 REVIEW PRIOR CORRESPONDENCE RE: SAME,
                                                 REVIEW CORRESPONDENCE FROM SAME RE:
                                                 SAME, REVIEW CORRESPONDENCE FROM B.
                                                 GASTON RE: SAME, REVIEW
                                                 CORRESPONDENCE FROM S. MAGADINO RE:
                                                 SAME (.2); REVIEW PRIOR
                                                 CORRESPONDENCE RE: STORE 1408- TAX
                                                 ISSUE, DRAFT CORRESPONDENCE TO AND
                                                 REVIEW CORRESPONDENCE FROM K. DAW RE:
                                                 SAME, REVIEW CORRESPONDENCE FROM AND
                                                 DRAFT CORRESPONDENCE TO K. JAXSON RE:
                                                 SAME (.2); DRAFT 365(D)(4) MOTION
                                                 (1.8); REVIEW CORRESPONDENCE FROM AND
                                                 DRAFT CORRESPONDENCE TO C. JACKSON
                                                 RE: ISSUES RELATED TO STORE 1857
                                                 SETTLEMENT MOTION (.1);
                                                 TELECONFERENCE WITH R. BIER (.2);
                                                 DRAFT CORRESPONDENCE TO SAME RE: TAX
                                                 ISSUES UNDER LEASE (.3); DRAFT
                                                 CORRESPONDENCE TO K. DAW AND J.
                                                 DEWITTE RE: SAME, REVIEW
                                                 CORRESPONDENCE FROM SAME RE: SAME
                                                 (.1); REVIEW CORRESPONDENCE FROM AND
                                                 DRAFT CORRESPONDENCE TO F. BURSTEIN
                                                 RE: RENT RELIEF AGREEMENT, DRAFT
                                                 CORRESPONDENCE TO B. LEHANE RE: SAME
                                                 (.1); CALL WITH B. GASTON AND K. NEIL
                                                 RE: ADMIN CLAIM APPLICATIONS (.6);
                                                 ADDRESS ISSUES RE: SAME (.2); REVIEW
                                                 REVISED ADMIN EXPENSE CLAIM CHART RE:
                                                 SAME (.2); REVIEW S. BUSEY'S COMMENTS
                                                 TO STORE 1857 MOTION, REVIEW AND
                                                 REVISE MOTION RE: SAME (.3);
                                                 TELECONFERENCE (VM) WITH C. ELLIS
                                                 BRAZEAL RE: ADMIN CLAIM APPLICATIONS
                                                 (.1); DRAFT CORRESPONDENCE TO SAME
                                                 RE: SAME (.2);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

REVIEW CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO B. RESNICK RE:
STORE 1857, REVIEW AND REVISE MOTION
AND CORRESPONDING PLEADINGS RE: SAME,
ADDRESS VARIOUS ISSUES RE: SAME,
DRAFT CORRESPONDENCE TO AND REVIEW
CORRESPONDENCE FROM K. DAW AND D.
MEYERS RE: SAME (1.2); CALL WITH
BALCH & BINGHAM RE: ADMIN CLAIM
APPLICATION (.1); TELECONFERENCE WITH
J. HINKEL RE: SAME (.1); DRAFT
CORRESPONDENCE TO D. FIORILLO RE:
STORE 1857 SETTLEMENT MOTION (.1);
REVIEW MISCELLANEOUS LEASE
CORRESPONDENCE INCLUDING
CORRESPONDENCE FROM D. MEYERS RE:
STORE 62 (.2); DRAFT MULTIPLE
CORRESPONDENCE TO D. MEYERS AND B.
GASTON RE: STORE 1261 SETTLEMENT
MOTION, REVIEW MULTIPLE
CORRESPONDENCE FROM B. GASTON RE:
SAME (.2); CONFERENCE WITH R. RESNICK
RE: STORE 1857 (.2); REVIEW AND
REVISE MOTION RE: SAME (.2); DRAFT
CORRESPONDENCE TO R. RESNICK RE:
ISSUES RE: SAME, DRAFT CORRESPONDENCE
TO B. GASTON AND OTHERS RE: STATUS OF
NEGOTIATIONS (.1); ADDRESS VARIOUS
ISSUES RE: STORE 1261 SETTLEMENT
MOTION, DRAFT CORRESPONDENCE TO AND
REVIEW CORRESPONDENCE FROM D. MEYERS
RE: SAME (.2).

KALOUDIS D          02/05/06          0.80    REVIEW BUEHLER EMAILS RE: PROOFS OF
                                              CLAIM (.8).

HENRY S             02/06/06          0.60    REVIEW MEMOS RE: LEASE 1261 (.6).

GRAY RW             02/06/06          2.20    DRAFT MEMORANDUM TO P. NECKLES ET AL.
                                              RE: LEASE ASSIGNMENT ISSUES (.2);
                                              REVIEW MATERIALS ON DEUTSCHE BANK
                                              LEASE CLAIMS AND PASS THROUGHS (.2);
                                              REVIEW DUPLICATE LEASE CLAIM ISSUES
                                              (.6); TELECONFERENCE WITH S. KAROL,
                                              C. IBOLD, C. JACKSON, A. RAVIN ET AL.
                                              RE: LEASE STRATEGY VIS A VIS PLAN
                                              PROCESS (.8); TELECONFERENCE WITH C.
                                              JACKSON RE: LEASE WORK (.1);
                                              TELECONFERENCES WITH A. MARGOLIS RE:
                                              LEASE COLLATERAL PROJECT AND PROVIDE
                                              BACKGROUND MATERIALS (.2); REVIEW
                                              BUBBLE STORE CLOSING TIMELINE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          02/06/06          6.50   REVIEW MEMORANDUM FROM R. GRAY RE:
                                           PASS THROUGH CERTIFICATES, REVIEW
                                           STRUCTURE CHART RE: SAME. DRAFT
                                           MEMORANDUM TO SAME RE: SAME (.2);
                                           CONFERENCE WITH R. GRAY RE: SAME
                                           (.1); ADDRESS ISSUES RELATED TO
                                           ASSUMPTION/REJECTION TELECONFERENCE
                                           (.2); REVIEW MEMORANDUM FROM R. GRAY
                                           RE: EXIT LENDING COLLATERAL PROJECT
                                           RELATED TO SAME (.1); REVIEW AND
                                           REVISE SETTLEMENT MOTION AND PROPOSED
                                           ORDER RE: STORE 1261 (.3); DRAFT
                                           CORRESPONDENCE TO M. BARR AND J.
                                           MILTON RE: SAME, REVIEW MULTIPLE
                                           CORRESPONDENCE FROM J. MILTON RE:
                                           SAME, DRAFT CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM B. GASTON
                                           RE: SAME AND REVIEW CORRESPONDENCE
                                           FROM AND DRAFT CORRESPONDENCE TO J.
                                           MILTON RE: SAME (.4); DRAFT MULTIPLE
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM D. MEYERS RE:
                                           SETTLEMENT DOCUMENTS RE: SAME, REVIEW
                                           SETTLEMENT DOCUMENTS RE: SAME, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE:
                                           SAME, REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO K. DAW RE:
                                           SAME (.3); REVIEW CORRESPONDENCE AND
                                           UNDERLYING SETTLEMENT DOCUMENTS FROM
                                           J. DAVIDSON RE: SAME (.1); ADDRESS
                                           ISSUES RE: SAME (.2); TELECONFERENCE
                                           (VOICEMAIL) WITH J. HENCKEL RE: STORE
                                           1652, DRAFT CORRESPONDENCE TO B.
                                           GASTON AND K. NEIL RE: SAME, REVIEW
                                           CORRESPONDENCE FROM R. TANSI RE:
                                           SAME, REVIEW CORRESPONDENCE FROM K.
                                           JAXSON RE: SAME AND REVIEW UNDERLYING
                                           REJECTION ORDER RE: SAME, REVIEW
                                           CORRESPONDENCE FROM B. GASTON RE:
                                           SAME (.4); DRAFT CORRESPONDENCE TO
                                           AND REVIEW CORRESPONDENCE FROM D.
                                           MEYERS RE: STATUS OF STORE 1857
                                           SETTLEMENT MOTION, FINALIZE DOCUMENTS
                                           FOR FILING, DRAFT CORRESPONDENCE TO
                                           C. JACKSON RE: SAME, REVIEW
                                           CORRESPONDENCE FROM L. GROSSMAN RE:
                                           SAME (.4); TELECONFERENCE WITH R.
                                           RESNICK RE: SAME (.1); DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM F. BURSTEIN RE:
                                           RENT RELIEF AGREEMENTS (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO C. IBOLD RE: DEMAND
                                           LETTER RE: STORE 726 (.1); DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM D. MEYERS RE:
                                           STORE 893 WASHINGTON, NC (.1); REVIEW
                                           AND REVISE 365(D)(4) MOTION (1.0);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  |  |  |
|---|---|---|---|
|  |  |  | TELECONFERENCE WITH C. IBOLD, S. KAROL, B. GASTON, C. JACKSON AND R. GRAY RE: 365(D)(4) MOTION AND TIMING OF ASSUMPTION DECISIONS (.8); REVIEW WINN-DIXIE BUBBLE STORE CLOSINGS EXECUTIVE WORKPLAN PROPOSED TIMELINE (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: 1261 SETTLEMENT ISSUES (.1); DRAFT REVISED PROPOSED LANGUAGE FOR SETTLEMENT AGREEMENT RE: STORE 1261 (.3); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME, DRAFT CORRESPONDENCE TO SAME (.2); REVIEW GOODINGS DOCUMENTS, DRAFT LENGTHY MEMORANDUM TO S. HENRY AND R. GRAY RE: SAME (.9). |
| SAMBUR K | 02/06/06 | 1.80 | RESEARCH CASE LAW RE: ISSUES RAISED IN CONNECTION WITH POTENTIAL EXIT FINANCING AND ABILITY TO ASSUME AND SUBSEQUENTLY ASSIGN A LEASE AT A LATER TIME (1.8). |
| HENRY S | 02/07/06 | 1.30 | TELECONFERENCE WITH R. GRAY RE: LEASE ASSIGNMENTS (.1); REVIEW MEMORANDUM RE: STORE 1857 (.5); REVIEW MEMORANDA RE: ASSUMPTION AND ASSIGNMENT ISSUE (.7). |
| GRAY RW | 02/07/06 | 0.60 | DRAFT MEMORANDUM TO S. HENRY AND J. BAKER RE: LEASE ASSIGNMENT ISSUE (.1); TELECONFERENCE WITH S. HENRY RE: LEASE ASSIGNMENT ISSUES (.1); TELECONFERENCE WITH S. KAROL RE: LEASE COORDINATION (.1); REVIEW CASES ON LATER ASSIGNMENT FOLLOWING ASSUMPTION (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                02/07/06            4.70    LEGAL RESEARCH RE: CLAIM STATUS
                                                    AFFORDED TO SURRENDER OF PREMISES IN
                                                    LESS THAN BROOM CLEAN CONDITION,
                                                    REVIEW MEMORANDUM FROM R. GRAY RE:
                                                    SAME, DRAFT MEMORANDUM TO SAME RE:
                                                    SAME (.5); FINALIZE 1261 SETTLEMENT
                                                    MOTION FOR FILING (.4); DRAFT
                                                    CORRESPONDENCE TO AND REVIEW
                                                    CORRESPONDENCE FROM J. MILTON RE:
                                                    STORE 1261 SETTLEMENT MOTION,
                                                    MULTIPLE TELEPHONE CONFERENCES WITH
                                                    SAME RE: SAME (.2); DRAFT
                                                    CORRESPONDENCE TO AND REVIEW
                                                    CORRESPONDENCE FROM B. GASTON RE:
                                                    SAME, DRAFT CORRESPONDENCE TO D.
                                                    MEYERS RE: ISSUES RELATED TO SAME
                                                    (.1); DRAFT CORRESPONDENCE TO J.
                                                    DAVIDSON RE: SAME (.1); ADDRESS
                                                    ISSUES RE: SUBTENANT LEASE
                                                    TERMINATION, REVIEW MEMORANDUM RE:
                                                    SAME, DRAFT MEMORANDUM TO R. GRAY RE:
                                                    SAME (.2); DRAFT CORRESPONDENCE TO E.
                                                    BRAZEAL RE: ADMIN CLAIM APPLICATIONS
                                                    (.1); DRAFT MULTIPLE CORRESPONDENCE
                                                    TO AND REVIEW MULTIPLE CORRESPONDENCE
                                                    FROM D. MEYERS RE: STORE 1857,
                                                    ADDRESS ISSUES RE: SAME INCLUDING
                                                    FINALIZING MOTION AND PROPOSED ORDER
                                                    FOR FILING (.5); CALL WITH C. JACKSON
                                                    AND J. LEAMY RE: WOOLBRIGHT (.1);
                                                    CALL WITH C. JACKSON RE: STORE 1857
                                                    MOTION (.1); ADDRESS ISSUES RE: SAME
                                                    (.3); REVIEW AND REVISE 365(D)(4)
                                                    MOTION (.4); TELECONFERENCE WITH J.
                                                    DAVIDSON RE: MOTION RE: STORE 1261
                                                    (.1); REVIEW CORRESPONDENCE FROM AND
                                                    DRAFT CORRESPONDENCE TO B. GASTON RE:
                                                    STILES (.1); TELECONFERENCE WITH H.
                                                    LINN RE: AMENDMENT TO SUBLEASE (.2);
                                                    TELECONFERENCE WITH R. RESNICK RE:
                                                    SAME (.2); MULTIPLE CALLS WITH D.
                                                    MEYERS RE: SAME (.2); REVIEW
                                                    MEMORANDUM FROM AND DRAFT MEMORANDUM
                                                    TO A. MARGOLIS RE: ISSUES RELATED TO
                                                    LEGAL ENTITIES ON LEASES, CONFERENCE
                                                    WITH B. GASTON RE: ISSUES RE: AMENDED
                                                    LEASE CHART (.3); REVIEW REVISED
                                                    PROPOSED WOOLBRIGHT ORDER, REVIEW
                                                    MEMORANDUM FROM AND DRAFT MEMORANDUM
                                                    TO J. LEAMY RE: SAME (.2); REVIEW AND
                                                    REVISE FIRST AMENDMENT TO SUBLEASE
                                                    (.2); DRAFT CORRESPONDENCE TO R.
                                                    RESNICK AND OTHERS RE: SAME (.1);
                                                    REVIEW MEMORANDUM FROM K. SAMBUR RE:
                                                    ISSUES RELATED TO
                                                    ASSUMPTION/REJECTION OF REAL PROPERTY
                                                    LEASES (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 02/07/06 | 3.40 | CONTINUE TO RESEARCH CASE LAW RE: ABILITY TO ASSUME AND SUBSEQUENTLY ASSIGN A LEASE AS IT RELATES TO STRUCTURE OF POTENTIAL EXIT FINANCING (3.4). |
| HENRY S | 02/08/06 | 0.50 | REVIEW 502(B)(6) CALCULATION (.5). |
| RAVIN AS | 02/08/06 | 1.60 | DRAFT CORRESPONDENCE TO T. GUEARARD RE: 1261 SETTLEMENT MOTION (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: VARIOUS ISSUES INCLUDING STILES WEST (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: STORE 1261 AND OTHER LEASE RELATED ISSUES (.1); REVIEW AND REVISE 365(D)(4) MOTION AND PROPOSED ORDER (.7); DRAFT CORRESPONDENCE TO D. MEYERS RE: STATUS OF 1857 SETTLEMENT MOTION, ADDRESS ISSUES RE: SAME, REVIEW CORRESPONDENCE FROM C. IBOLD RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO F. BURSTEIN RE: RENT RELIEF AGREEMENTS (.1); REVIEW VOICEMAIL FROM B. LEHANE RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. MEYERS RE: STATUS OF STORE 1261, REVIEW CORRESPONDENCE FROM J. DAVIDSON RE: SAME (.1); REVIEW REVISED RENT RELIEF AGREEMENT RE: ORLANDO (.1). |
| HENRY S | 02/09/06 | 0.40 | REVIEW CORRESPONDENCE RE: LEASE CLAIM ISSUE (.4). |
| RAVIN AS | 02/09/06 | 1.20 | TELECONFERENCE WITH C. JACKSON RE: WOOLBRIGHT (.1); DRAFT CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM D. MEYERS RE: STORE 1857, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: ISSUES RE: SAME (.2); REVIEW AND REVISE MOTION, NOTICE AND PROPOSED ORDER RE: SAME (.2); REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON RE: LEASE ISSUES INCLUDING ISSUE OF ADMIN CLAIM/PREPETITION CLAIM FOR STORE DAMAGE, REVIEW WOOLBRIGHT ORDER, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); REVIEW AND REVISE 365(D)(4) MOTION (.5). |
| HENRY S | 02/10/06 | 0.40 | REVIEW CORRESPONDENCE RE: ASSUMPTION/REJECTION ISSUES (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 02/10/06 | 2.10 | DRAFT MULTIPLE CORRESPONDENCE TO D. MEYERS RE: STATUS OF STORE 1857 SETTLEMENT MOTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW AND REVISE 1857 MOTION, ORDER AND NOTICE AND FINALIZE SAME FOR FILING (.4); REVIEW CORRESPONDENCE FROM K. NIEL RE: ADMIN CLAIM PAYMENTS (.1); REVIEW AND REVISE 365(D)(4) MOTION (.9); REVIEW CORRESPONDENCE FROM H. LINN RE: STORE 1857, DRAFT CORRESPONDENCE TO R. SCHLEIN RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); ADDRESS VARIOUS LOGISTICS FILING ISSUES RE: STORE 1857 MOTION (.3). |
|---|---|---|---|
| GRAY RW | 02/13/06 | 0.90 | REVIEW AND REVISE 365(D)(4) MOTION (.6); REVIEW AND COMMENT ON REVISED 365(D)(4) MOTION (.3). |
| RAVIN AS | 02/13/06 | 4.70 | ADDRESS ISSUES RE: BUEHLERS ADMIN CLAIMS, DRAFT MEMORANDUM TO D. KALOUDIS RE: SAME (.1); REVIEW CORRESPONDENCE AND UNDERLYING PROOFS OF CLAIM FROM B. MCCAFERTY RE: LEASE TERMINATION AGREEMENTS, DRAFT MEMORANDUM TO S. HENRY AND R. GRAY RE: SAME (.4); ADDRESS ISSUES RE: GOODINGS CLAIMS, DRAFT MEMORANDUM RE: SAME TO R. GRAY AND S. HENRY (.8); CONFERENCES WITH K. SAMBUR RE: 502(B)(6) ISSUES AND GOODINGS ISSUES (.2); DRAFT CORRESPONDENCE TO B. GASTON RE: LEASE SPREADSHEET (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: ISSUES RE: GOODINGS (.1); CONFERENCE WITH R. GRAY RE: 365(D)(4) MOTION (.1); REVIEW AND REVISE SAME (1.0); ADDRESS LANDLORD INQUIRIES (.1); DRAFT CORRESPONDENCE TO E. ASHTON RE: ADMIN CLAIM APPLICATION ISSUES (.1); REVIEW MEMORANDUM FROM K. NIEL RE: ADMIN CLAIM APPLICATION PAYMENTS, ADDRESS ISSUES RE: SAME (.1); MULTIPLE CONFERENCES WITH D. KALOUDIS RE: ADMIN CLAIM APPLICATION FOR BUEHLERS (.1); REVIEW AND REVISE APPLICATION RE: SAME (.9); REVIEW CORRESPONDENCE FROM J. MILTON RE: STILES WEST ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW AND REVISE CERTIFICATES OF SERVICE FOR MOTIONS RELATED TO LEASES (.1); REVIEW COMMENTS TO 365(D)(4) MOTION RECEIVED FROM R. GRAY, REVIEW AND REVISE MOTION RE: SAME, DRAFT MEMORANDUM TO SAME RE: SAME (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 02/13/06 | 10.10 | BEGIN TO RESEARCH CASE LAW RE: 502(B)(6) AND TERMINATION AGREEMENTS (6.8); DRAFT BRIEF MEMORANDUM RE: THE SAME (3.3). |
| HENRY S | 02/14/06 | 0.40 | REVIEW EMAILS RE: ASSUMPTION ISSUES (.4). |
| GRAY RW | 02/14/06 | 0.30 | REVIEW BUEHLERS MOTION AND PROVIDE COMMENTS TO A. RAVIN (.2); ASSIST WITH RESPONSE TO L. APPEL ON 365(D)(4) MOTION (.1). |
| KALOUDIS D | 02/14/06 | 0.40 | REVIEW BUEHLER EMAIL RESPONSE (.4). |
| RAVIN AS | 02/14/06 | 1.70 | DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: BUEHLERS ADMIN CLAIM APPLICATION, DRAFT MULTIPLE MEMOS TO AND REVIEW MULTIPLE MEMOS FROM D. KALOUDIS RE: SAME (.2); REVIEW K. SAMBUR MEMORANDUM RE: LEASE TERMINATION AGREEMENTS (.2); REVIEW AND REVISE 365(D)(4) PROPOSED ORDER AND NOTICE (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. APPEL RE: SAME (.3); ANALYZE ISSUES RE: SAME, DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: SAME (.2); CONFERENCE WITH SAME RE: SAME (.1); REVIEW AND REVISE 365(D)(4) MOTION BASED UPON COMMENTS RECEIVED FROM L. APPEL (.2); DRAFT CORRESPONDENCE TO K. LOGAN RE: SAME (.1); REVISE LEASE ADMIN CLAIM APPLICATION SPREADSHEET (.2). |
| SAMBUR K | 02/14/06 | 7.30 | BEGIN TO RESEARCH CASE LAW RE: BREACH OF LEASE TERMINATION AGREEMENT AND EFFECT ON THIRD PARTY ASSIGNORS (7.3). |
| KALOUDIS D | 02/15/06 | 0.70 | CHECK BUEHLERS STATUS (.3); CALLS RE: CLAIMS OBJECTIONS (.4). |
| LAMAINA KA | 02/15/06 | 1.10 | PREPARE MEMORANDUM ON LEASE MORTGAGING (1.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/15/06 | 6.40 | MULTIPLE TELECONFERENCES WITH T. WOLFORD RE: STORE 1261 SETTLEMENT MOTION (.2); DRAFT CORRESPONDENCE TO C. IBOLD AND B. GASTON RE: SAME (.3); REVIEW CORRESPONDENCE AND CLAIMS RECEIVED FROM T. WOLFORD, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO B. GASTON RE: COMMENTS TO 365(D)(4) MOTION, REVIEW AND REVISE SAME RE: SAME, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.4); DRAFT CORRESPONDENCE TO C. JACKSON RE: SUBLEASE ISSUES (.1); REVIEW AND REVISE LEASE ADMIN CLAIM APPLICATION CHART (.8); TELECONFERENCE WITH C. KIRK RE: SALEM CROSSING ADMIN APPLICATION (.1); TELECONFERENCE WITH C. DOWLING RE: SAME (.1); DRAFT LENGTHY CORRESPONDENCE TO M. BARR RE: SAME (.5); DRAFT CORRESPONDENCE TO K. NIEL AND B. GASTON RE: SAME (.1); REVIEW BUEHLERS CLAIMS OBJECTION (.2); CONFERENCE WITH D. KALOUDIS RE: SAME (.1); ADDRESS ISSUES RE: SAME (.2); DRAFT CORRESPONDENCE TO L. APPEL AND OTHERS RE: 365(D)(4) MOTION (.1); REVIEW MULTIPLE CORRESPONDENCE FORM M. CHLEBOVEC RE: STORE 1612 ISSUES, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELECONFERENCE WITH SAME RE: SAME (.2); ANALYZE ISSUES RELATED TO LEASE TERMINATIONS, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: SAME, REVIEW MEMOS FROM K. SAMBUR RE: SAME, DRAFT MEMOS TO SAME RE: SAME, ADDRESS ISSUES RE: GOODINGS (2.2); CONFERENCE WITH R. GRAY RE: ISSUES RELATED TO SAME (.1); REVIEW MEMORANDUM FROM P. NECKLES RE: LEASE ISSUES (.1); FINALIZE 365(D)(4) MOTION FOR FILING (.3). |
| SAMBUR K | 02/15/06 | 5.60 | CONTINUE RESEARCHING LEASE TERMINATION EFFECT ON THIRD PARTY ASSIGNORS (1.8); DRAFT MEMORANDUM RE: THE SAME (3.8). |
| HENRY S | 02/16/06 | 0.30 | REVIEW CORRESPONDENCE RE: LEASE ASSUMPTION (.3). |
| GRAY RW | 02/16/06 | 0.30 | REVIEW AND REVISE CURE/PROOF OF CLAIM LANGUAGE FOR STORE 1261 SETTLEMENT MOTION (.2); TELECONFERENCE WITH A. RAVIN RE: SAME (.1). |
| KALOUDIS D | 02/16/06 | 4.70 | BEGIN ANALYZING ISSUES RE: BUEHLER PROOFS OF CLAIM (3.4); MEETING WITH A. RAVIN RE: SAME (1.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 02/16/06 | 1.50 | COMPLETE RESEARCH ON LEASE ANALYSIS CHART (1.5). |
| RAVIN AS | 02/16/06 | 5.40 | ADDRESS ISSUES RELATED TO FINALIZING 365(D)(4) MOTION FOR FILING (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ASHTON RE: ADMIN CLAIM ISSUES RELATED TO THREE LANDLORDS (.1); TELECONFERENCE WITH T. WOLFORD AND M. SHER RE: ISSUES RELATED TO STORE 1261 (.1); REVIEW CORRESPONDENCE FROM M. SHER RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.3); TELECONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); REVIEW AND REVISE PROPOSED ORDER RE: SAME (.6); DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME, CONFERENCE WITH SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, REVIEW AND REVISE PROPOSED ORDER RE: COMMENTS RECEIVED FROM SAME (.2); TELECONFERENCE WITH T. WOLFORD RE: SAME (.1); DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELECONFERENCE WITH J. GRAHAM RE: ISSUES RELATED TO BUEHLERS CLAIMS (.1); REVIEW CLAIM OBJECTION FILED BY BUEHLERS (.1); DRAFT CORRESPONDENCE TO B. GASTON AND K. NIEL RE: ADMIN CLAIM APPLICATIONS, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS CLAIM OBJECTION ISSUES (1.0); ANALYZE ISSUES RE: SAME AND DRAFT CHART RE: SAME (.9); DRAFT CORRESPONDENCE TO J. CASTLE AND C. IBOLD RE: 365(D)(4) MOTION (.1); DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. DAVIDSON RE: PIVOTAL PROPOSED ORDER, REVIEW CORRESPONDENCE FROM C. IBOLD RE: SAME (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM T. WOLFORD RE: STORE 1261 (.1); REVIEW CORRESPONDENCE FROM B. CALLOWAY RE: SECURITY DEPOSIT ON STORE 2117, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. CASTLE AND DRAFT CORRESPONDENCE TO SAME RE: 365(D)(4) MOTION (.1); ADDRESS LANDLORD INQUIRY (.1); REVIEW LIMITED OBJECTION FILED BY T. WOLFORD RE: STORE 1261, ADDRESS ISSUES RE: SAME (.2); REVIEW AND REVISE ADMIN CLAIM CHART, DRAFT CORRESPONDENCE TO K. NIEL RE: SAME (.1); REVIEW AND REVISE STORE 1261 PROPOSED ORDER BASED UPON OBJECTION FILED (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 02/17/06 | 0.40 | CONFERENCE WITH A. RAVIN AND K. SAMBUR RE: LEASE ASSIGNMENT ISSUES (.4). |
| RAVIN AS | 02/17/06 | 4.20 | REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON ON A VARIETY OF LEASE ISSUES INCLUDING ISSUES RELATED TO: ADMIN CLAIM APPLICATION FOR WINN-DIXIE STORE 1264 AND COMMENT TO 365(D)(4) MOTION (.2); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SUBLEASE DEPOSIT ON STORE 2117, DRAFT CORRESPONDENCE TO B. CALLOWAY RE: SAME (.1); REVIEW AND REVISE 365(D)(4) MOTION FOR FILING (.2); TELECONFERENCE WITH M. MARTINEZ RE: SERVICE ISSUES (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); TELECONFERENCE WITH B. GASTON RE: ISSUES RE: SAME (.2); DRAFT CORRESPONDENCE TO C. IBOLD RE: OBJECTION TO STORE 1261 MOTION, REVIEW CORRESPONDENCE FROM J. DAVIDSON AND CORRESPONDENCE FROM SUBTENANT'S COUNSEL RE: SAME, DRAFT CORRESPONDENCE TO J. DAVIDSON RE: SAME (.1); DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS (.1); CONFERENCE WITH S. HENRY AND K. SAMBUR RE: GOODINGS AND LEASE TERMINATION AGREEMENTS (.4); CONFERENCE WITH K. SAMBUR RE: SAME (1.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: BUEHLERS (.1); MULTIPLE CALLS WITH K. LOGAN  RE: SERVICE ISSUES RE: 365(D)(4) MOTION (.3); REVIEW ADMIN CLAIM APPLICATION FILED BY MARKETPLACE PORT ST. LUCIE DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME (.2); ADDRESS REAL ESTATE RELATED REQUEST BY J. KEMPF RE: OWNED STORES (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. COPELAND RE: LEASE FOR STORE 1261 (.1); ADDRESS VARIOUS LEASE RELATED ISSUES INCLUDING ADDRESSING LANDLORD INQUIRIES (.3); REVIEW MEMORANDUM RE: SUBLEASES (.2). |
| SAMBUR K | 02/17/06 | 1.60 | CONFERENCE WITH A. RAVIN RE: 502 (B)(6) AND ASSIGNORS (1.2); CONFERENCE WITH A. RAVIN AND S. HENRY RE: LEASE TERMINATION AGREEMENTS (.4). |
| RAVIN AS | 02/18/06 | 0.30 | DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STORE 2197 (.1); REVIEW CORRESPONDENCE FROM J. LEAMY RE: CATAMOUNT- STORE 2045- REFRIGERATION ISSUE., DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME, REVIEW MEMOS FROM C. IBOLD AND B. GASTON RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                02/20/06            3.40    REVIEW CORRESPONDENCE FROM M. BARR
                                                    RE: LANDLORD ADMIN CLAIM
                                                    APPLICATIONS, REVIEW CORRESPONDENCE
                                                    FROM B. GASTON RE: SAME, REVIEW ADMIN
                                                    CLAIM APPLICATIONS IN CONNECTION WITH
                                                    VERIFYING INFORMATION REQUESTED BY
                                                    COMMITTEE, DRAFT CORRESPONDENCE TO B.
                                                    GASTON RE: SAME, DRAFT CORRESPONDENCE
                                                    TO M. BARR RE: SAME (1.8); REVIEW
                                                    PRIOR CORRESPONDENCE RE: CATAMOUNT
                                                    ISSUE AND LETTER FROM BUEHLERS RE:
                                                    SAME, DRAFT CORRESPONDENCE TO B.
                                                    GASTON RE: SAME (.1); UPDATE ADMIN
                                                    CLAIM APPLICATION CHART (.2); REVIEW
                                                    AND REVISE BUEHLERS PROOF OF CLAIM
                                                    CHART (.3); REVIEW MULTIPLE
                                                    CORRESPONDENCE FROM AND DRAFT
                                                    CORRESPONDENCE TO T. WOLFORD RE:
                                                    STATUS OF STORE 1261, DRAFT MULTIPLE
                                                    CORRESPONDENCE TO AND REVIEW
                                                    CORRESPONDENCE FROM J. DAVIDSON RE:
                                                    SAME, REVIEW CORRESPONDENCE FROM T.
                                                    GUERARD RE: SAME (.2); REVIEW
                                                    MULTIPLE CORRESPONDENCE FROM B.
                                                    GASTON RE: VARIOUS LEASE RELATED
                                                    ISSUES INCLUDING ISSUES RELATED TO
                                                    STORE 817 (.2); REVIEW AND REVISE
                                                    PROPOSED ORDER RE: STORE 1261, DRAFT
                                                    MULTIPLE CORRESPONDENCE TO AND REVIEW
                                                    MULTIPLE CORRESPONDENCE FROM C.
                                                    JACKSON RE: SAME, DRAFT MULTIPLE
                                                    CORRESPONDENCE TO AND REVIEW MULTIPLE
                                                    CORRESPONDENCE FROM T. WOLFORD RE:
                                                    SAME AND RE: LOGISTICS OF NOTICE OF
                                                    WITHDRAWAL, DRAFT CORRESPONDENCE TO
                                                    SAME RE: SAME (.4); REVIEW
                                                    CORRESPONDENCE FROM E. SCHULE RE:
                                                    INFORMATION NEEDED RE: STORE 1261
                                                    MOTION, REVIEW PRIOR CORRESPONDENCE
                                                    RE: SAME, DRAFT CORRESPONDENCE TO
                                                    SAME RE: SAME (.1); DRAFT
                                                    CORRESPONDENCE TO K. LOGAN RE:
                                                    SERVICE OF 365(D)(4) MOTION (.1).

KALOUDIS D              02/21/06            5.10    DRAFT PRO HAC MOTION OF A. RAVIN RE:
                                                    BUEHLER INDIANA BANKRUPTCY CASE (.8);
                                                    CALLS WITH INDIANA COURT RE: SAME
                                                    (.3); RESEARCH ISSUE RE: ECF FILING
                                                    (.4); REVISE BUEHLER CHART (3.3);
                                                    RESPOND TO INQUIRIES RE: SAME (.3).

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS        02/21/06     3.60    REVIEW CORRESPONDENCE FROM M.
COMERFORD RE: STILES WEST ASSOCIATES,
DRAFT CORRESPONDENCE TO C. JACKSON
RE: SAME (.1); REVIEW CORRESPONDENCE
FROM B. GASTON RE: LEASE TERMINATIONS
(.1); ADDRESS ISSUES RELATED TO
UPDATING ADMIN CLAIM LEASE BINDER
(.1); DRAFT CORRESPONDENCE TO B.
GASTON RE: LEASE TERMINATION
AGREEMENTS (.4); REVIEW AND REVISE
PRO HAC MOTION FOR BUEHLERS (.3);
DRAFT MEMORANDUM TO D. KALOUDIS RE:
SAME (.1); REVIEW AND REVISE BUEHLER
PROOF OF CLAIM CHART (1.0);
TELECONFERENCE WITH J. POST RE:
GOODINGS PROOF OF CLAIM RE:
TERMINATED LEASE (.3); REVIEW
CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO B. GASTON RE:
INFORMATION REQUEST RE: STORE 817,
REVIEW FILES RE: INFORMATION RE: SAME
(.3); DRAFT CORRESPONDENCE TO B.
GASTON AND OTHERS RE: GOODINGS
ISSUES, REVIEW CORRESPONDENCE FROM J.
CASTLE RE: GOODINGS ISSUES (.2);
TELECONFERENCE WITH B. GASTON RE:
VARIOUS LEASE RELATED ISSUES (.2);
DRAFT CORRESPONDENCE TO AND REVIEW
CORRESPONDENCE FROM C. IBOLD RE:
STORE 817 (.1); DRAFT CORRESPONDENCE
TO M. CHLEBOVEC RE: BUEHLERS CLAIM
CHART (.2); REVIEW VARIOUS
CORRESPONDENCE FROM AND DRAFT VARIOUS
CORRESPONDENCE TO B. GASTON RE: LEASE
ISSUES (.1); REVIEW MEMORANDUM FROM
R. GRAY RE: B.H.B.S. LATE CLAIM
MOTION RE: LEASE REJECTION DAMAGES,
REVIEW PLEADINGS RE: LATE CLAIM
MOTION, CONFERENCE WITH R. GRAY RE:
LATE CLAIM MOTION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/22/06 | 3.40 | DRAFT MOTION TO REJECT LEASE TERMINATION AGREEMENTS, DRAFT CORRESPONDING PROPOSED ORDER AND NOTICE, REVIEW UNDERLYING DOCUMENTS RE: SAME (1.8); ADDRESS LANDLORD INQUIRY (.1); TELECONFERENCE WITH F. RINGEL RE: 365(D)(4) DEADLINE (.1); TELECONFERENCE WITH C. JACKSON RE: PINES CARTER (.1); DRAFT CORRESPONDENCE TO SAME RE: PINE CARTER, ADDRESS ISSUES RE: PINES CARTER, REVIEW CORRESPONDENCE FROM SAME RE: PINES CARTER (.2); REVIEW AND REVISE PROPOSED PINES CARTER ORDER (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: CLAIMS FILED IN BUEHLERS BANKRUPTCY, REVIEW UNDERLYING CLAIMS RE: BUEHLERS (.4); ANALYZE ISSUES RE: BUEHLERS (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: ISSUES RELATED TO LEASE TERMINATION AGREEMENTS (.1); REVIEW MOTION TO COMPEL AND LIFT STAY MOTION RE: STORE 278 (.2); ADDRESS SEVERAL ISSUES RELATED TO DISTRIBUTION OF CORRESPONDENCE (.2). |
| GRAY RW | 02/23/06 | 0.10 | TELECONFERENCE WITH C. JACKSON AND EMAIL A. RAVIN RE: ISSUE ON ORDER FOR HEARING TODAY (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          02/23/06          2.20   REVIEW STATUS OF MARKETPLACE ST.
                                           LUCIE ADMIN CLAIM APPLICATION (.1);
                                           MULTIPLE CALLS WITH C. JACKSON RE:
                                           STORE 1261, REVIEW LEASE RE: SAME,
                                           ADDRESS ISSUES RE: SAME (.2); REVIEW
                                           CORRESPONDENCE FROM C. JACKSON AND T.
                                           WOLFORD RE: SAME, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME (.1);
                                           ADDRESS ISSUES RE: GOODINGS, DRAFT
                                           MEMORANDUM TO AND REVIEW MEMORANDUM
                                           FROM K. SAMBUR RE: SAME (.2); REVIEW
                                           CORRESPONDENCE AND REVISED
                                           SPREADSHEET FROM C. VITEK RE: LEASE
                                           TERMINATIONS, DRAFT CORRESPONDENCE TO
                                           SAME RE: SAME (.2); REVIEW DEMAND
                                           LETTER FROM J. KUHNS RE: STORE 662,
                                           DRAFT MULTIPLE CORRESPONDENCE TO C.
                                           IBOLD AND M. CHLEBOVEC RE: SAME,
                                           REVIEW CORRESPONDENCE AND RELATED
                                           SPREADSHEET FROM M. CHLEBOVEC RE:
                                           SAME, DRAFT RESPONSE TO J. KUHNS RE:
                                           SAME, REVIEW PRIOR CORRESPONDENCE RE:
                                           SAME, REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO J. KUHNS RE:
                                           SAME (.6); UPDATE ADMIN CLAIM STATUS
                                           CHART (.2); TELECONFERENCE WITH R.
                                           RESNICK RE: GROSSMAN (.1); REVIEW
                                           ENTERED SUMMERVILLE ORDER, DRAFT
                                           CORRESPONDENCE TO T. WOLFORD RE:
                                           SAME, DRAFT CORRESPONDENCE TO K.
                                           LOGAN RE: SAME, ADDRESS SERVICE
                                           ISSUES RE: SAME  (.2); REVIEW
                                           MULTIPLE CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO B. GASTON RE:
                                           LEASE TERMINATION AGREEMENTS AND
                                           OTHER ISSUES (.1); ANALYZE ISSUES RE:
                                           TERMINATION AGREEMENTS (.2).

SAMBUR K          02/23/06          1.30   PREPARE BULLET-POINT SUMMARY OF
                                           ARGUMENT AGAINST GOODINGS FOR J. POST
                                           (1.3).

GRAY RW           02/24/06          0.20   REVIEW AND CONSULT RE: HANDLING
                                           POTENTIAL 365(D)(4) EXTENSION
                                           OBJECTION (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            02/24/06            4.20    REVIEW SEVERAL LANDLORD INQUIRIES
                                                INCLUDING CORRESPONDENCE FROM COUNSEL
                                                TO TALLAHASSEE 99-FL LLC AND APOLLO
                                                BEACH 99-FL, LLC, RE: 365(D)(4)
                                                MOTION, REVIEW RESPONSE FROM J. BAKER
                                                RE: SAME (.1); REVIEW CORRESPONDENCE
                                                FROM B. GASTON ON VARIOUS ISSUES
                                                INCLUDING LEASE TERMINATION
                                                AGREEMENTS, DRAFT CORRESPONDENCE TO
                                                SAME RE: SAME (.2); REVIEW
                                                CORRESPONDENCE FROM AND DRAFT
                                                CORRESPONDENCE TO B. GASTON RE:
                                                REJECTION ISSUES RELATED TO LEASE
                                                TERMINATION AGREEMENTS (.2); REVIEW
                                                MULTIPLE CORRESPONDENCE FROM AND
                                                DRAFT MULTIPLE CORRESPONDENCE TO V.
                                                BODIE RE: LEASE TERMINATION
                                                AGREEMENTS, REVIEW ALL LEASE
                                                TERMINATION AGREEMENTS THAT ARE
                                                SUBJECT OF REJECTION MOTION (.5);
                                                DRAFT LENGTHY MEMORANDUM TO J. POST
                                                RE: ISSUES RELATED TO GOODINGS,
                                                ASSEMBLE BACKGROUND MATERIALS RE:
                                                SAME (.8); REVIEW AND REVISE
                                                REJECTION MOTION AND PROPOSED ORDER
                                                RE: LEASE TERMINATION AGREEMENTS
                                                (.5); REVIEW CORRESPONDENCE FROM D.
                                                WANDER RE: 365(D)(4) MOTION, DRAFT
                                                LENGTHY CORRESPONDENCE TO SAME RE:
                                                SAME (.5); TELECONFERENCE WITH D.
                                                WANDER RE: 365(D)(4) INQUIRY (.3);
                                                ADDRESS ISSUES RE: SAME (.2) ANALYZE
                                                ISSUES RE: SAME, DRAFT LENGTHY
                                                MEMORANDUM TO R. GRAY RE: SAME (.8);
                                                DRAFT CORRESPONDENCE TO D. WANDER RE:
                                                SAME (.1).

RAVIN AS            02/25/06            0.10    REVIEW CORRESPONDENCE FROM D. WANDER
                                                RE: CHARLESTON SQUARE PALM BEACH,
                                                DRAFT CORRESPONDENCE TO B. GASTON RE:
                                                SAME (.1).

RAVIN AS            02/27/06            0.60    DRAFT CORRESPONDENCE TO D. WANDER RE:
                                                ISSUES RELATED TO CHARLESTON SQUARE
                                                AND 365(D)(4) MOTION (.1); TELEPHONE
                                                CONFERENCES WITH G. CAPUA RE: LEASE
                                                RELATED QUESTION RE: PREPETITION
                                                TAXES (.1); REVIEW CORRESPONDENCE
                                                FROM SAME RE: SAME, DRAFT MEMORANDUM
                                                TO R. GRAY RE: SAME, CONFERENCE WITH
                                                R. GRAY RE: SAME, DRAFT
                                                CORRESPONDENCE TO G. CAPUA RE: SAME
                                                (.2); ADDRESS SEVERAL LANDLORD
                                                INQUIRIES INCLUDING TELECONFERENCE
                                                (VM) WITH T. TRUEBLOOD RE: STATUS OF
                                                CASE (.1); REVIEW WOOLBRIGHT'S NOTICE
                                                OF WITHDRAWAL OF ADMIN APPLICATION,
                                                ADDRESS ISSUES RE: APPLICATION (.1).

KALOUDIS D          02/28/06            0.50    REVISE PRO HAC MOTION OF A. RAVIN RE:
                                                BUEHLER (.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                02/28/06           2.20    ADDRESS ISSUES RE: BUEHLERS, DRAFT
                                                   CORRESPONDENCE TO B. GASTON AND M.
                                                   CHLEBOVEC RE: SAME (.2); DRAFT
                                                   MEMORANDUM TO D. KALOUDIS RE: PRO HAC
                                                   MOTION (.1); MULTIPLE CALLS WITH M.
                                                   CHLEBOVEC RE: BUEHLER PROOF OF CLAIM
                                                   CHART (.5); REVIEW CORRESPONDENCE
                                                   FROM B. CALLOWAY RE: SECURITY DEPOSIT
                                                   ISSUE RE: SUBLEASE, DRAFT
                                                   CORRESPONDENCE TO M. CHLEBOVEC RE:
                                                   SAME, REVIEW CORRESPONDENCE FROM AND
                                                   DRAFT CORRESPONDENCE TO V. JACOME RE:
                                                   SAME, DRAFT CORRESPONDENCE TO B.
                                                   CALLOWAY RE: SAME (.2); REVIEW
                                                   CORRESPONDENCE FROM F. BURSTEIN RE:
                                                   OPELIEKA RENT RELIEF AGREEMENT, DRAFT
                                                   CORRESPONDENCE TO SAME RE: SAME (.1);
                                                   REVIEW CORRESPONDENCE FROM D. MEYERS
                                                   RE: STATUS OF STORE 1857 DOCUMENTS,
                                                   REVIEW CORRESPONDENCE FROM L.
                                                   GROSSMAN RE: SAME (.1); REVIEW AND
                                                   REVISE PRO HAC MOTION RE: BUEHLERS,
                                                   DRAFT MEMORANDUM TO D. KALOUDIS RE:
                                                   SAME (.1); DRAFT MEMORANDUM TO R.
                                                   GRAY RE: WANDER OBJECTION (.2); DRAFT
                                                   CORRESPONDENCE TO COMPANY RE: SAME
                                                   (.3); REVIEW CORRESPONDENCE FROM J.
                                                   CASTLE, H. ETLIN AND S. KAROL RE:
                                                   SAME (.1); REVIEW AND REVISE BUEHLERS
                                                   PROOF OF CLAIM CHART FORWARDED BY M.
                                                   CHLEBOVEC (.2); ADDRESS ISSUES RE:
                                                   SAME (.1).

**MATTER TOTAL**                          <u>140.30</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Nonworking Travel Time[1]                                        Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KELLER KM | 02/06/06 | 1.70 | TRAVEL TO FLORIDA FOR INTERVIEWS BY CREDITORS COMMITTEE (3.4). |
| KELLER KM | 02/08/06 | 1.70 | TRAVEL TO HOUSTON AFTER COMMITTEE INTERVIEWS (3.4). |
| KELLER KM | 02/23/06 | 1.70 | TRAVEL TO JACKSONVILLE FOR MILBANK INTERVIEWS (3.4). |
| KELLER KM | 02/24/06 | 1.70 | TRAVEL TO HOUSTON (3.4). |
| **MATTER TOTAL** | | **6.80** | |

---

[1]     Hours billed represent 50% of hours actually spent traveling.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 03/06/06
Reorganization Plan / Plan Sponsors                                    Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 02/01/06 | 3.90 | REVIEW MATERIALS RELATED TO SUBSTANTIVE CONSOLIDATION IN ADVANCE OF TELECONFERENCE (1.3); PARTICIPATE IN TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES WITH REPRESENTATIVES OF CREDITORS' COMMITTEE AND REPRESENTATIVES OF COMPANY, BLACKSTONE AND CROSSROADS (1.0); TELECONFERENCE WITH D. DUNNE RE: ISSUES RELATED TO TERM SHEET (.3); REVIEW TERM SHEET (.5); TRANSMIT TERM SHEET RESPONSE TO COMPANY (.2); REVIEW LETTER FROM WILMINGTON TRUST RE: NON-DEBTOR GUARANTORS (.4); TRANSMIT LETTER TO COMPANY (.2); CONFERENCE WITH R. GRAY RE: PLAN ISSUES. |
| HENRY S | 02/01/06 | 1.60 | PREPARE FOR SUBSTANTIVE CONSOLIDATION TELECONFERENCE (.3); PARTICIPATE IN SUBSTANTIVE CONSOLIDATION TELECONFERENCE WITH R. GRAY, J. BAKER, NUMEROUS COMMITTEE LAWYERS AND FINANCIAL ADVISORS, COMPANY REPRESENTATIVES, XROADS, BLACKSTONE (1.0); PARTICIPATE IN CALL WITH PROFESSIONALS TEAM REGARDING PLAN STATUS AND NEXT STEPS (.3). |
| GRAY RW | 02/01/06 | 4.50 | DRAFT MEMORANDUM TO J. BAKER RE: PLAN TERM SHEET ISSUES (.1); TELECONFERENCE WITH COMMITTEE AND DEBTOR PROFESSIONALS RE: SUB CON/INTERCOMPANY ISSUES (1.0); POST CALL WITH DEBTOR PROFESSIONALS RE: SUBSTANTIVE CONSOLIDATION (.3); TELECONFERENCE WITH J. BAKER RE: PLAN STATUS ISSUES (.1); TELECONFERENCE WITH J. BAKER RE: PLAN TERM SHEET, INCLUDING CALL WITH P. LYNCH AND L. APPEL RE: SAME (.2); REVIEW COMMITTEE RESPONSE TO PLAN TERM SHEET (.4); REVIEW LETTER FROM COUNSEL TO INDENTURE TRUSTEE RE: GUARANTOR ENTITIES AND DRAFT MEMORANDUM TO J. BAKER RE: MERGERS (.2); DRAFT PLAN (2.2). |
| COHEN JN | 02/01/06 | 0.60 | REVIEW AND ANALYZE PURCHASE AGREEMENT (.6). |
| RAVIN AS | 02/01/06 | 0.50 | REVIEW ALTERNATIVE PLAN PROPOSAL (.2); REVIEW AND ANALYZE COUNTER PROPOSAL TERM SHEET RECEIVED FROM CREDITORS COMMITTEE (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 02/01/06 | 2.20 | SPEAK WITH CREDITORS' COMMITTEE RE: GUARANTEES AND FRAUDULENT CONVEYANCE LAW (.7); READ RUBINS CASE (.6); EXAMINE INDENTURES (.9). |
| TURETSKY DM | 02/01/06 | 0.20 | REVIEW COUNTER-TERM SHEET FROM CREDITORS COMMITTEE RE: PLAN OF REORGANIZATION (.2). |
| BAKER DJ | 02/02/06 | 3.30 | CONTINUE REVIEW OF MATERIALS RELATED TO SUBSTANTIVE CONSOLIDATION ISSUES (1.3); PARTICIPATE IN TELECONFERENCE WITH COMMITTEE PROFESSIONALS, CROSSROADS, BLACKSTONE AND S. HENRY RE: SUBSTANTIVE CONSOLIDATION (1.7); TELECONFERENCE WITH C. BOYLE, S. HENRY AND M. BYRUM RE: SUBSTANTIVE CONSOLIDATION (.3). |
| HENRY S | 02/02/06 | 6.30 | REVISIONS TO PRESENTATION ON SUB CON ISSUES (2.1); TELECONFERENCE WITH MILBANK, HOULIHAN, COMPANY AND J. BAKER RE: SUB CON ISSUES (1.7); CONFERENCE WITH BLACKSTONE, COMPANY AND J. BAKER REGARDING SAME (.3); CONFERENCE WITH J. BAKER REGARDING SAME (.1); REVIEW MEMORANDUM FROM AND PREPARE MEMORANDUM TO C. BOYLE REGARDING SAME (.1); WORK RE: LETTER FROM INDENTURE TRUSTEE (2.0). |
| GRAY RW | 02/02/06 | 0.40 | DRAFT MEMORANDUM TO SHB RE: EXCLUSIVITY MOTION STRATEGY (.2); REVIEW AND RESPOND TO MEMORANDUM FROM M. DUSSINGER RE: PLAN PROCESS (.2). |
| COHEN JN | 02/02/06 | 0.90 | PREPARE FOR TELECONFERENCE WITH IT TEAM RE: TRANSITION SERVICES (.9). |
| RAVIN AS | 02/02/06 | 0.10 | REVIEW MEMORANDUM FROM R. GRAY RE: EXCLUSIVITY ISSUES (.1). |
| COHEN JN | 02/03/06 | 1.60 | TELECONFERENCE WITH IT TEAM RE: TRANSITION SERVICES (1.6). |
| TURETSKY DM | 02/03/06 | 0.10 | DRAFT E-MAIL TO J. HELFAT RE: PLAN OF REORGANIZATION TERM SHEET (.1). |
| GRAY RW | 02/05/06 | 2.60 | DRAFT MEMORANDUM TO F. HUFFARD ET AL RE: SECURED CLAIM ISSUES (.2); FURTHER REVIEW OF NCR ISSUES AND POSSIBLE SECURED CLAIM TREATMENT (.6); REVIEW WALT DISNEY TERM SHEET (.2); FURTHER REVIEW OF POTENTIAL SECURED CLAIMS (.4); DRAFT REORGANIZATION PLAN (1.2). |
| BAKER DJ | 02/06/06 | 1.10 | TELECONFERENCE WITH COMPANY AND ADVISORS REGARDING PLAN ISSUES (1.1). |
| HENRY S | 02/06/06 | 2.50 | PLAN TELECONFERENCE WITH L. APPEL, J. BAKER, F. HUFFARD ET AL. (1.1); PREPARATIONS FOR CALL INCLUDING REVIEW OF TERM SHEETS (1.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/06/06 | 2.70 | REVIEW TAIL COVERAGE RESEARCH (.1); RESEARCH RE: PLANS WITH TAIL COVERAGE PROVISIONS (.3); REVIEW PLAN DRAFT (.9); REVIEW TERM SHEET RE: DISNEY PROPOSAL (.3); TELECONFERENCE WITH COMPANY AND ADVISORS RE: PLAN ISSUES AND TERM SHEET PROPOSALS (1.1). |
| COHEN JN | 02/06/06 | 4.30 | PREPARE DRAFT OF TRANSITION SERVICES AGREEMENT (4.3). |
| SAMBUR K | 02/06/06 | 7.10 | RESEARCH CASE LAW RE: BURDEN OF PROOF OF PROVING AMOUNT OF GUARANTEE WHEN GUARANTEE BY ITS TERMS IS CAPPED BY FRAUDULENT CONVEYANCE LAW (7.1). |
| TURETSKY DM | 02/06/06 | 0.50 | E-MAIL TO CORPORATE RESTRUCTURING GROUP RE: WINN-DIXIE DIRECTORS INSURANCE ISSUES (.1); RESEARCH RE: SAME (.4). |
| GRAY RW | 02/07/06 | 4.20 | DRAFT MEMORANDUM TO J. BAKER RE: PLAN/SUB CON LITIGATION STRATEGY (.1); TELECONFERENCE WITH J. POST RE: EXCLUSIVITY ISSUES (.2); TELECONFERENCE WITH R. BARUSCH RE: INDEMNIFICATION ISSUES (.1); DRAFT PLAN (3.3); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: PLAN PROCESS DELIVERABLES AND REVIEW REPLIES (.2); DRAFT MEMORANDUM TO L. APPEL RE: EXCLUSIVITY ISSUE AND REVIEW REPLY (.2); DRAFT MEMORANDUM TO J. BAKER RE: INSURANCE ISSUE UNDER PLAN (.1). |
| COHEN JN | 02/07/06 | 3.60 | CONTINUE TO PREPARE DRAFT OF TRANSITION SERVICES AGREEMENT (3.6). |
| LAMAINA KA | 02/07/06 | 2.20 | IDENTIFY, ORGANIZE AND PRODUCE MINUTES OF DIRECTORS' MEETINGS TO CREDITORS COMMITTEE (2.2). |
| RAVIN AS | 02/07/06 | 0.10 | REVIEW MEMORANDUM FROM R. GRAY RE: TIMING OF EXCLUSIVITY MOTION, REVIEW CORRESPONDENCE FROM J. CASTLE, L. APPEL, F. HUFFFARD AND R. GRAY RE: SAME (.1). |
| BAKER DJ | 02/08/06 | 3.50 | TELECONFERENCE WITH S. BUSEY AND R. GRAY RE: PLAN ISSUES (.3); FURTHER TELECONFERENCE WITH S. BUSEY, L. APPEL, J. CASTLE RE: ISSUES RELATED TO PLAN (2.1); CONTINUE REVIEW OF ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION (1.1). |
| HENRY S | 02/08/06 | 2.30 | REVIEW AND REVISE WINN-DIXIE DISCLOSURE STATEMENT WITH EMPHASIS ON ISSUES FOR WHICH I HAVE PRIMARY RESPONSIBILITY (2.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/08/06 | 3.60 | DRAFT MEMORANDUM TO J. BAKER RE: CEO CONTRACT AND INCENTIVE PLAN AS IMPLEMENTING DOCUMENTS (.1); TELECONFERENCE WITH S. BUSEY AND J. BAKER RE: SUBSTANTIVE CONSOLIDATION LITIGATION ISSUES (.3); TELECONFERENCE WITH S. BUSEY AND J. BAKER RE: D&O ISSUES, RELEASES AND SECURITIES FRAUD CLAIMS UNDER PLAN (.3); DRAFT PLAN (2.9). |
| COHEN JN | 02/08/06 | 0.30 | REVISE TRANSITION SERVICES AGREEMENT PURSUANT TO J. TALBOT COMMENTS (.3). |
| RAVIN AS | 02/08/06 | 0.60 | DRAFT EXCLUSIVITY MOTION (.6). |
| SAMBUR K | 02/08/06 | 4.80 | DRAFT SUBSTANTIVE CONSOLIDATION RIDER FOR DISCLOSURE STATEMENT (4.8). |
| TURETSKY DM | 02/08/06 | 8.70 | FURTHER RESEARCH RE: WINN-DIXIE DIRECTORS INSURANCE ISSUES (6.5); E-MAIL MEMORANDUM TO J. BAKER RE: SAME (2.2). |
| HENRY S | 02/09/06 | 6.10 | REVIEW CASE RE: GIFTING (.8); TELECONFERENCE WITH R. GRAY, ET AL. RE: SAME (.1); REVIEW PLAN STRUCTURE AND POSSIBLE SETTLEMENT (2.1); REVIEW NONCONSOLIDATED PLANS (3.1). |
| GRAY RW | 02/09/06 | 8.80 | TELECONFERENCES WITH S. HENRY AND J. POST RE: GIFT CLAIM ISSUES (.1); REVIEW CASES RE: GIFTING TO JUNIOR CLASSES AND DRAFT MEMORANDUM TO K. SAMBUR RE: FURTHER RESEARCH (.4); DRAFT MEMORANDUM TO J. BAKER RE: SAME (.1); REVIEW GIFT MEMORANDUM AND ARRANGE FOR UPDATING (.2); FURTHER DRAFTING OF PLAN (8.0). |
| COHEN JN | 02/09/06 | 0.20 | REVIEW AND ANALYZE BANKRUPTCY COMMENTS TO TSA (.2). |
| LAMAINA KA | 02/09/06 | 1.10 | REVIEW WINN-DIXIE DRAFT DISCLOSURE STATEMENT (1.0); PREPARE MEMORANDA TO M. DUSSINGER ON PLAN INFORMATION DISCLOSURE (.1). |
| RAVIN AS | 02/09/06 | 0.30 | RESEARCH RE: PRIOR LEARNING ON GIFT PLANS, CONFERENCE WITH R. GRAY RE: SAME (.3). |
| SAMBUR K | 02/09/06 | 11.00 | CONTINUE TO DRAFT SUBSTANTIVE CONSOLIDATION SECTION FOR DISCLOSURE STATEMENT (.9); RESEARCH CASE LAW RE: GIFT BY CREDITORS UNDER A PLAN (5.8); DRAFT BRIEF MEMORANDUM RE: THE SAME (4.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 02/10/06 | 2.70 | TELECONFERENCE WITH L. APPEL, J. CASTLE, R. GRAY, S. HENRY, S. BUSEY RE: PLAN STRATEGY (1.0); CONTINUE REVIEW OF PLAN OF REORGANIZATION (1.3); TELECONFERENCE WITH D. DUNNE WITH RESPECT TO PLAN ISSUES (.4). |
| BARUSCH RC | 02/10/06 | 2.10 | BEGIN REVIEW OF REORGANIZATION PLAN DOCUMENTS (2.1). |
| HENRY S | 02/10/06 | 1.10 | REVIEW R. GRAY MEMORANDUM RE: PLAN ISSUES (.1); TELECONFERENCE WITH J. BAKER, R. GRAY, K. SAMBUR, L. APPEL, J. CASTLE, H. ETLIN, S. BUSEY AND F. HUFFARD RE: PLAN STRUCTURE (1.0). |
| GRAY RW | 02/10/06 | 2.70 | DRAFT MEMORANDUM TO J. BAKER AND S. HENRY RE: VARIOUS PLAN ISSUES (.1); PREPARE FOR TELECONFERENCE WITH CLIENT ON PLAN ISSUES (.2); PARTICIPATE IN CALL WITH CLIENT AND ADVISORS RE: PLAN, EXCLUSIVITY AND SUB CON STRATEGY (1.0); MAKE REVISIONS TO DRAFT PLAN BASED ON COMMENTS RECEIVED (1.2); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: PRELIMINARY DRAFT PLAN (.2). |
| LAMAINA KA | 02/10/06 | 3.70 | REVIEW BOND HOLDERS' REQUESTS FOR INFORMATION ON THE PLAN (1.2); TELECONFERENCE WITH CORPORATIONS DEPT. ON OBTAINING DOCUMENTS RESPONSIVE TO REQUESTS FOR INFORMATION (.3); PREPARE RESPONSES TO BONDS ON PLAN (2.2). |
| RAVIN AS | 02/10/06 | 1.50 | REVIEW AND REVISE DRAFT PLAN OF REORGANIZATION (.5); TELECONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, L. APPEL, J. CASTLE, H. ETLIN, F. HUFFARD, AND S. BUSEY RE: PLAN RELATED ISSUES (1.0). |
| SAMBUR K | 02/10/06 | 3.30 | RESEARCH CASE LAW RE: 502(E)(1)(B) AND ATTORNEY'S FEES (3.3). |
| LAMAINA KA | 02/12/06 | 2.00 | REVIEW CASH MANAGEMENT MOTION AND ORDER (.5); REVISE DISCLOSURE STATEMENT (1.5). |
| BAKER DJ | 02/13/06 | 1.00 | CONFERENCE WITH S. HENRY, R. GRAY AND BLACKSTONE REGARDING VARIOUS PLAN ISSUES. |
| HENRY S | 02/13/06 | 7.20 | MEET WITH J. BAKER AND R. GRAY (AND CONFERENCE WITH F. HUFFARD) RE: PLAN ISSUES (1.0); PREPARE MEMORANDUM TO BE USED FOR CONFIRMATION HEARING (6.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/13/06 | 3.20 | CONFERENCE WITH J. BAKER RE: PLAN MATTERS (.1); CONFERENCE WITH J. BAKER AND S. HENRY RE: SUB CON, INCLUDING CALL WITH F. HUFFARD RE: SAME (1.0); REVIEW PLAN ISSUES RE: SUB CON AND SECURITIES TREATMENT (2.1). |
| RAVIN AS | 02/13/06 | 0.40 | REVIEW AND REVISE EXCLUSIVITY MOTION (.4). |
| GRAY RW | 02/14/06 | 0.30 | REVIEW SUPPLEMENTAL SECURED CLAIM ANALYSIS (.3). |
| LAMAINA KA | 02/14/06 | 7.90 | COMPLETE DOCUMENT RESPONSES TO BOND HOLDERS (6.1); REVISE 2 LETTERS TO COUNSEL FOR BONDS (1.3); REVIEW FLORIDA MERGER DOCUMENTS SENT BY SEC. OF STATE (FLA.) (.3); TELECONFERENCE TO CORPORATIONS DEPT. RE: ONE FURTHER ENTITY RESEARCH (.2). |
| BAKER DJ | 02/15/06 | 3.50 | REVIEW REDACTED TERM SHEET (.4); TELECONFERENCE WITH J. HELFAT WITH RESPECT TO TERM SHEET (.3); TELECONFERENCE WITH F. HUFFARD RE: TERM SHEET (.4); REVIEW AGENDA FOR MEETING (.4); BEGIN REVIEW OF MEMORANDUM RE: TREATMENT OF SECURITIES CLAIMS UNDER PLAN OF REORGANIZATION (2.0). |
| HENRY S | 02/15/06 | 5.80 | OUTLINE EXHIBITS FOR WINN-DIXIE SUB CON CASE (5.8). |
| GRAY RW | 02/15/06 | 0.10 | REVIEW AND COMMENT ON AGENDA FOR PLAN MEETING WITH COMMITTEE (.1). |
| LAMAINA KA | 02/15/06 | 2.00 | RESPOND TO REQUESTS FOR INFORMATION INTERNALLY FROM COMPANY AND TEAM RE: PLAN RELATED DOCUMENTS (.6); PRODUCE PLAN DOCUMENTS TO TEAM FOR DISTRIBUTION TO CREDITOR CONSTITUENCIES (1.4). |
| RAVIN AS | 02/15/06 | 1.10 | DRAFT EXCLUSIVITY MOTION (1.0); CONFERENCE WITH R. GRAY RE: SAME (.1). |
| SAMBUR K | 02/15/06 | 5.10 | CONTINUE DRAFTING OF SUBSTANTIVE CONSOLIDATION LEGAL MEMORANDUM (5.1). |
| BAKER DJ | 02/16/06 | 2.30 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO TERM SHEET (.3); CONTINUE REVIEW OF TERM SHEET (.6); CONTINUE REVIEW OF SUBSTANTIVE CONSOLIDATION QUESTIONS (1.4). |
| HENRY S | 02/16/06 | 2.10 | REVISION OF MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION (2.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/16/06 | 0.30 | REVIEW B. KICHLER EMAIL RE: DISSOLUTION OF NON-DEBTOR SUBSIDIARIES AS PART OF PLAN AND DRAFT MEMORANDUM TO R. BARUSCH RE: SAME (.3). |
| LAMAINA KA | 02/16/06 | 0.50 | REVIEW PLAN SUMMARY TO ACCOUNT FOR POSSIBLE SETTLEMENT (.5). |
| RAVIN AS | 02/16/06 | 1.40 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. POST RE: ISSUES RELATED TO TIMING FOR EXCLUSIVITY MOTION (.1); REVIEW AND REVISE EXCLUSIVITY MOTION (1.3). |
| SAMBUR K | 02/16/06 | 11.90 | CONTINUE TO DRAFT SUBSTANTIVE CONSOLIDATION MEMORANDUM (11.9). |
| TURETSKY DM | 02/16/06 | 0.30 | FURTHER REVIEW PLAN TERM SHEET (.3). |
| BAKER DJ | 02/17/06 | 6.00 | PREPARE FOR MEETING WITH COMMITTEE PROFESSIONALS TO DISCUSS ISSUES RELATED TO TERM SHEET FOR PLAN OF REORGANIZATION (1.4); ATTEND MEETING WITH PROFESSIONALS FOR DEBTORS AND PROFESSIONALS FOR CREDITORS COMMITTEE, TO REVIEW ISSUES RELATED TO TERM SHEET (3.0); TELECONFERENCE WITH J. SKELTON RE: MEETING WITH ADVISORS TO COMMITTEE (.3); CONTINUE REVIEW OF SUBSTANTIVE CONSOLIDATION ISSUES (.8); PARTICIPATE IN TEAM REVIEW OF OUSTANDING PLAN ISSUES (.7). |
| HENRY S | 02/17/06 | 0.70 | TELECONFERENCE RE: COMMITTEE PLAN NEGOTIATIONS W. J. BAKER, R. GRAY, D. TURETSKY. J. CASTLE, K. SAMBUR, A. RAVIN AND S. BUSEY (AT END OF CALL) (.7). |
| GRAY RW | 02/17/06 | 4.10 | PARTICIPATE BY TELEPHONE IN PART OF CLIENT/ADVISOR AND CLIENT/COMMITTEE PROFESSIONAL MEETINGS RE: PLAN ISSUES (2.6); DRAFT MEMORANDUM TO A. RAVIN RE: INSTRUCTIONS ON EXCLUSIVITY MOTION (.1); DRAFT MEMORANDUM TO D. TURETSKY RE: IMPAIRMENT RESEARCH (.1); TEAM MEETING/CALL WITH J. CASTLE AND S. BUSEY (FOR PART) RE: COMMITTEE DISCUSSIONS (.7); CONFERENCE WITH D. TURETSKY RE: IMPAIRMENT ISSUE (.1); TELECONFERENCE WITH S. BUSEY AND J. BAKER RE: PLAN ISSUES (.5). |
| LEAMY JM | 02/17/06 | 7.00 | TELECONFERENCE WITH SKADDEN TEAM AND J. CASTLE RE: PLAN (.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/17/06 | 1.90 | REVIEW MEMORANDUM RE: CLASSIFICATION AND TREATMENT OF PREPETITION CLASS ACTION CLAIMS IN WINN-DIXIE'S PLAN AND RELATED RELEASE AND INDEMNIFICATION ISSUES (.3); CONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, D. TURETSKY, K. SAMBUR, J. CASTLE AND S. BUSEY (PORTION) RE: STATUS OF PLAN DISCUSSIONS WITH COMMITTEE (.7); REVIEW MEMORANDUM FROM R. GRAY RE: EXCLUSIVITY (.1); REVIEW AND REVISE MOTION RE: SAME (.8). |
| SAMBUR K | 02/17/06 | 6.50 | CONTINUE TO DRAFT LEGAL SECTION OF SUBSTANTIVE CONSOLIDATION MEMORANDUM (5.9); MEETING RE: STATUS OF REORGANIZATION PLAN NEGOTIATIONS (.6). |
| TURETSKY DM | 02/17/06 | 3.00 | DILIGENCE IN CONNECTION WITH CERTAIN IMPAIRMENT ISSUES IN CONNECTION WITH PLAN OF REORGANIZATION (2.3); TELECONFERENCE WITH J. CASTLE, S. BUSEY (PARTIAL), J. BAKER, S. HENRY, R. GRAY, A. RAVIN, J. LEAMY AND K. SAMBUR RE: UPDATE CONCERNING COMPANY AND CREDITORS COMMITTEE DISCUSSIONS CONCERNING PLAN OF REORGANIZATION (.7). |
| SAMBUR K | 02/18/06 | 6.20 | CONTINUE TO DRAFT LEGAL SECTION OF SUBSTANTIVE CONSOLIDATION MEMORANDUM (6.2). |
| GRAY RW | 02/19/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: DISSOLUTION OF INACTIVE SUBS AS PART OF PLAN (.2). |
| BAKER DJ | 02/20/06 | 3.80 | REVIEW DRAFT EXCLUSIVITY PLEADING (1.0); PREPARE FOR TELECONFERENCE WITH L. APPEL AND J. CASTLE (.4); PARTICIPATE IN CALL WITH MESSRS. APPEL AND CASTLE RE: EXCLUSIVITY (.5); TELECONFERENCE WITH S. BUSEY RE: EXCLUSIVITY ISSUES (.5); REVIEW MEMORANDUM WITH RESPECT TO PLAN STRUCTURING ISSUES (1.4). |
| HENRY S | 02/20/06 | 6.20 | PREPARE MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION ISSUES: REVISIONS TO SAME (6.2). |
| GRAY RW | 02/20/06 | 0.90 | REVIEW AND EDIT EXCLUSIVITY MOTION AND ORDER (.7); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: DISSOLUTION TIMING (.1). |
| EICHEL S | 02/20/06 | 2.20 | COMMENCE DRAFTING CONFIDENTIALITY AGREEMENT FOR INDENTURE TRUSTEE IN CONNECTION WITH PROVIDING INFORMATION RE: PLAN (2.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/20/06 | 0.90 | REVIEW CASE LAW RE: GIFT PLANS (.2); REVIEW AND REVISE EXCLUSIVITY MOTION BASED UPON COMMENTS RECEIVED FROM R. GRAY (.4); CONFERENCES WITH SAME RE: SAME (.2); DRAFT CORRESPONDENCE TO L. APPEL AND OTHERS RE: SAME (.1). |
| SAMBUR K | 02/20/06 | 11.00 | COMPLETE LEGAL SECTION FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM (11.0). |
| BAKER DJ | 02/21/06 | 4.00 | REVIEW CHANGES TO DRAFT EXCLUSIVITY PLEADING (.5); TELECONFERENCE WITH S. BUSEY AND R. GRAY RE: EXCLUSIVITY (.1); PREPARE FOR TELECONFERENCE WITH MANAGEMENT RE: EXCLUSIVITY (.3); PARTICIPATE IN TELECONFERENCE WITH J. SKELTON, P. LYNCH, L. APPEL AND B. NUSSBAUM RE: EXCLUSIVITY AND PLAN TERM SHEET (.8); REVIEW ORIGINAL TERM SHEET (.6); REVIEW CHANGES TO SAME (.5); CONTINUE PLAN STRUCTURING (1.2). |
| HENRY S | 02/21/06 | 8.40 | READ CASES CITED IN MEMORANDUM DRAFTED IN ANTICIPATION OF CONFIRMATION (4.7); MARK UP MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION (3.7). |
| GRAY RW | 02/21/06 | 0.40 | REVIEW REVISED EXCLUSIVITY MOTION (.1); TELECONFERENCE WITH J. BAKER AND S. BUSEY RE: SAME (.1); TELECONFERENCE WITH F. HUFFARD RE: EQUITY TERMS FOR REVISED TERM SHEET (.1); TELECONFERENCE WITH R. BARUSCH RE: STATUS OF PLAN PROCESS AND CORPORATE IMPLEMENTATION ISSUES (.1). |
| EICHEL S | 02/21/06 | 1.90 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR INDENTURE TRUSTEE (1.8); DRAFT EMAIL TO S. HENRY RE: REVISED CONFIDENTIALITY AGREEMENT (.1). |
| LAMAINA KA | 02/21/06 | 0.70 | RESEARCH BOARD ARTICLES OF INCORPORATION AND BYLAWS FOR PLAN DISCUSSION (.4); REVIEW BOND GUARANTEE INQUIRY ON PLAN AND REVIEW RESPONSE OF K. KIRSCHNER ON BOND GUARANTEE INQUIRY (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 02/21/06 | 0.90 | CONFERENCE WITH R. GRAY RE: ISSUES RELATED TO EXCLUSIVITY (.1); DRAFT MEMOS TO SAME RE: SAME, REVIEW MEMOS FROM SAME RE: SAME, REVIEW MEMORANDUM FROM J. BAKER RE: SAME, REVIEW MEMORANDUM FROM S. HENRY RE: SAME (.1); REVIEW COMMENTS TO EXCLUSIVITY MOTION PROVIDED BY S. BUSEY, INCORPORATE SAME (.5); REVIEW L. APPEL'S COMMENTS RE: SAME (.1); REVIEW MEMOS FROM J. BAKER AND R. GRAY RE: CONFIDENTIALITY AGREEMENTS RELATED TO PLAN (.1). |
| SAMBUR K | 02/21/06 | 9.70 | BEGIN DRAFTING FACT SECTION FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM (9.7). |
| BAKER DJ | 02/22/06 | 4.10 | REVIEW LATEST DRAFT OF EXCLUSIVITY PLEADING (.8); REVISE EXCLUSIVITY PLEADINGS (1.1); TELECONFERENCE WITH S. BUSEY WITH RESPECT TO SAME (.3); TELECONFERENCE WITH M. BARR WITH RESPECT TO EXCLUSIVITY PLEADING (.3); PREPARE AND TRANSMIT EMAIL TO D. DUNNE RE: EXCLUSIVITY PLEADING (.2); CONTINUE SUBSTANTIVE CONSOLIDATION REVIEW (.6); TELECONFERENCE WITH R. GRAY RE: TERM SHEET (.1); TELECONFERENCE WITH R. GRAY AND S. BUSEY RE: PLAN ISSUES (.7). |
| HENRY S | 02/22/06 | 4.50 | REVISIONS TO MEMORANDUM ON SUBSTANTIVE CONSOLIDATION (4.5). |
| GRAY RW | 02/22/06 | 1.80 | PREPARE FOR CALL WITH S. BUSEY AND J. BAKER (.4); TELECONFERENCE WITH S. BUSEY AND J. BAKER RE: SECURITIES ISSUES (.7); TELECONFERENCE WITH C. JACKSON RE: OBJECTION DATE FOR EXCLUSIVITY MOTION (.1); TELECONFERENCE WITH J. BAKER RE: PLAN TERM SHEET (.1); FURTHER REVISE SAME (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: SAME AND INDEMNIFICATION ISSUE (.2); REVIEW AND RESPOND TO MEMORANDUM FROM F. HUFFARD AND REVISE TERM SHEET (.1); REVIEW EMAILS RE: COMMITTEE POSITION ON EXCLUSIVITY MOTION (.1). |
| RAVIN AS | 02/22/06 | 0.50 | REVIEW MEMORANDUM FROM J. BAKER RE: EXCLUSIVITY, REVIEW DRAFT MOTION RE: SAME, REVIEW MEMORANDUM FROM L. APPEL RE: SAME (.1); REVIEW REVISED PLAN TERM SHEET, REVIEW MEMORANDUM FROM F. HUFFARD RE: SAME (.2); ANALYZE ISSUES RE: SAME (.1); REVIEW EXCLUSIVITY MOTION AS FILED (.1). |
| SAMBUR K | 02/22/06 | 8.60 | CONTINUE DRAFTING FACT SECTION FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM (8.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| BAKER DJ | 02/23/06 | 2.30 | TELECONFERENCE WITH J. HELFAT WITH RESPECT TO EXCLUSIVITY (.4); REVIEW FINAL EXCLUSIVITY PLEADING (.3); CONTINUE REVIEW OF ISSUES RELATED TO PLAN OF REORGANIZATION (1.6). |
| GRAY RW | 02/23/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: HANDLING ISSUE IN EXCLUSIVITY ORDER (.1). |
| LAMAINA KA | 02/23/06 | 0.40 | REVIEW STATUS OF PLAN/SUBSTANTIVE CONSOLIDATION FOR NEXT STEPS (.4). |
| RAVIN AS | 02/23/06 | 1.60 | DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: EXCLUSIVITY DATES (.1); ADDRESS ISSUES RE: SAME (.1); REVIEW NOTICE AND REVISED PROPOSED ORDER RE: EXCLUSIVITY (.8); CONFERENCES WITH R. GRAY RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1); CONFERENCE WITH C. JACKSON RE: EXCLUSIVITY ORDER, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT AMENDED MOTION RE EXCLUSIVITY (.3); CONFERENCE WITH K. LAMAINA RE SUB CON (.1). |
| SAMBUR K | 02/23/06 | 9.30 | CONTINUE DRAFTING FACT SECTION FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM (9.3). |
| GRAY RW | 02/24/06 | 2.10 | REVIEW MEMORANDUM FROM L. APPEL RE: PLAN TERM SHEET AND DRAFT MEMORANDUM TO J. SKELTON ET AL. DISTRIBUTING SAME FOR CALL NEXT WEEK (.2); REVIEW CLAIM CLASSIFICATION ISSUES (.2); TELECONFERENCE WITH A. RAVIN RE: MEMORANDUM FOR CLIENT RE: SAME (.1); WORK RE: TREATMENT OF SECURITIES CLAIMS IN PLAN (.6); REVISE PLAN TERM SHEET RE: SUB CON ISSUES (.8); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.2). |
| COHEN JN | 02/24/06 | 0.30 | WORK WITH T. SALDANA RE: STATUS OF TSA (.3). |
| RAVIN AS | 02/24/06 | 2.80 | REVIEW MEMORANDUM FROM R. GARY RE: DRAFT CONFIDENTIALITY AGREEMENT LANGUAGE FOR DEUTSCHE BANK CONFIDENTIALITY AGREEMENT (.1); CONFERENCE WITH R. GRAY RE: CLAIMS CLASSIFICATION MEMORANDUM (.1); LEGAL RESEARCH RE: SAME (1.7); DRAFT MEMORANDUM RE: SAME (.7); REVIEW REVISED PLAN TERM SHEET (.2). |
| SAMBUR K | 02/24/06 | 8.40 | CONTINUE DRAFTING FACT SECTION FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM (8.4). |

105

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 02/27/06 | 1.80 | PREPARATION FOR TELECONFERENCE RE: TERM SHEET (.2); TELECONFERENCE WITH P. LYNCH, J. SKELTON, L. APPEL, R. GRAY, B. NUSSBAUM, S. BUSEY AND F. HUFFARD RE: TERM SHEET (.9); REVIEW CHANGES TO TERM SHEET (.5); TELECONFERENCE WITH D. DUNNE RE: TERM SHEET (.1); TELECONFERENCE WITH R. GRAY RE: TERM SHEET (.1). |
| HENRY S | 02/27/06 | 2.50 | ANALYSIS OF PLAN STRUCTURE ISSUES (.4); BEGIN IDENTIFICATION WINN-DIXIE SUB CON EXHIBITS (2.1). |
| GRAY RW | 02/27/06 | 1.50 | TELECONFERENCE WITH J. SKELTON, P. LYNCH, L. APPEL, F. HUFFARD, H. ETLIN, J. BAKER AND S. BUSEY RE: PLAN TERM SHEET ISSUES (.9); TELECONFERENCE WITH J. BAKER AND L. APPEL RE: PLAN TERM SHEET (.1); FURTHER REVISE TERM SHEET AND RECIRCULATE TO CLIENT (.2); DRAFT MEMORANDUM TO MILBANK FORWARDING REVISED PLAN TERM SHEET (.1); PRELIMINARY REVIEW OF CLASSIFICATION MEMORANDUM (.2). |
| COHEN JN | 02/27/06 | 1.10 | REVIEW AND ANALYZE L. APPEL COMMENTS TO TSA (.2); CONFERENCE WITH T. SALDANA RE: SAME (.2); REVISE TSA TO REFLECT SAME (.7). |
| LAMAINA KA | 02/27/06 | 0.30 | CONTINUE RESEARCH ON CREDITORS COMMITTEE INQUIRY ON CERTIFICATES (.3). |
| RAVIN AS | 02/27/06 | 4.60 | DRAFT MEMORANDUM TO L. APPEL RE: CLAIMS CLASSIFICATION (4.6). |
| SAMBUR K | 02/27/06 | 11.60 | COMPLETE SUBSTANTIVE CONSOLIDATION MEMORANDUM (11.6). |
| BAKER DJ | 02/28/06 | 1.80 | CONTINUE REVIEW OF ISSUES RELATED TO PLAN OF REORGANIZATION (1.8). |
| GRAY RW | 02/28/06 | 1.70 | RREVIEW AND EDIT CLASSIFICATION MEMORANDUM (.7); TELECONFERENCE WITH A. RAVIN RE: COMMENTS ON SAME (.1); REVIEW AND COMMENT ON REVISED MEMORANDUM (.2); FURTHER REVIEW OF SECURED CLAIM/VALUATION ISSUE (.1); REVIEW CISCO DOCUMENTS (.6). |
| LAMAINA KA | 02/28/06 | 0.50 | REVIEW 2000 AND 2004 ENTITIES IN RESTRUCTURINGS TO PREPARE MEMORANDUM TO CREDITORS' COMMITTEE COUNSEL (R.WINTER) TO ANSWER/ADDRESS QUESTION ON SAME (.5). |
| RAVIN AS | 02/28/06 | 1.90 | REVIEW COMMENTS RECEIVED FROM R. GRAY RE: MEMORANDUM RE: CLASSIFICATION, REVIEW AND REVISE SAME (1.8); CONFERENCE WITH SAME RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MATTER TOTAL                              <u>346.60</u>

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                   Bill Date: 03/06/06
Retention / Fee Matters (SASM&F)                                Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 02/01/06 | 2.10 | ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (2.1). |
| HENRY S | 02/07/06 | 1.90 | MAKE REVISIONS TO WINN-DIXIE BILL TO ADDRESS PRIVILEGE ISSUES AND WRITE OFFS  (1.9). |
| TURETSKY DM | 02/07/06 | 0.20 | ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (.2). |
| HENRY S | 02/08/06 | 0.60 | ADDITIONAL REVIEW WINN-DIXIE BILL FOR CONFIDENTIALITY, WRITE OFFS, AND COMPLIANCE WITH GUIDELINES (.6). |
| HENRY S | 02/10/06 | 0.90 | REVIEW OF MONTHLY STATEMENT FOR WRITE OFFS ETC. (.9). |
| TURETSKY DM | 02/16/06 | 1.40 | ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (1.4). |
| HENRY S | 02/17/06 | 2.50 | REVIEW OF JANUARY STATEMENT FOR PRIVILEGE, WRITE OFFS, AND STRATEGY ISSUES (2.5). |
| LAMAINA KA | 02/20/06 | 4.00 | PREPARE MEMORANDUM TO S. HENRY FOR NEXT STEPS ON NEXT FEE STATEMENT (.2); REVIEW FEE STATEMENT FOR COMPLIANCE WITH COURT ORDER AND U.S. TRUSTEE GUIDELINES (3.6); PREPARE MEMORANDA TO THREE TEAM MEMBERS RE: FEE GUIDELINES (.2). |
| TURETSKY DM | 02/20/06 | 2.40 | ANALYSIS OF POTENTIAL DISCLOSURE ISSUES (2.4). |
| TURETSKY DM | 02/21/06 | 1.90 | FURTHER ANALYSIS OF POTENTIAL DISCLOSURE PARTIES (1.9). |
| GRAY RW | 02/22/06 | 0.20 | REVIEW 4TH SUPPLEMENTAL DECLARATION (.1); DRAFT MEMORANDUM TO TEAM RE: SUPPLEMENTAL CONFLICT CHECK ISSUES FOR NEW TRANSACTION (.1). |
| TURETSKY DM | 02/22/06 | 1.70 | ADDITIONAL ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (.5); DRAFT 4TH SUPPLEMENTAL BAKER DECLARATION (1.0); E-MAIL TO P. BROWN RE: SAME (.1); E-MAIL TO J. BAKER RE: SAME (.1). |
| GRAY RW | 02/23/06 | 0.10 | REVIEW AND COMMENT ON 4TH SUPPLEMENTAL DECLARATION (.1). |
| LAMAINA KA | 02/23/06 | 1.80 | FURTHER REVIEW OF FEE STATEMENT FOR COMPLIANCE WITH COURT PROCEDURES AND US TRUSTEE GUIDELINES (.8); CONTINUE REVIEW OF FEE STATEMENT (1.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 02/23/06 | 0.90 | FINALIZE FOURTH SUPPLEMENTAL BAKER DECLARATION AND PREPARE FOR FILING (.8); E-MAIL TO K. WARD AND C. JACKSON RE: SAME (.1). |
| LAMAINA KA | 02/24/06 | 1.80 | PREPARE FEE STATEMENT FOR DISTRIBUTION IN ACCORDANCE WITH COURT ORDER (1.8). |
| LAMAINA KA | 02/25/06 | 4.30 | PREPARE INTERIM FEE APPLICATION (4.3). |
| LAMAINA KA | 02/26/06 | 3.50 | CONTINUE PREPARATION OF INTERIM FEE APPLICATION (2.3); REVISE FIRST DRAFT OF FEE APPLICATION (1.2). |
| LAMAINA KA | 02/28/06 | 0.80 | PREPARE MEMORANDUM ON FEE STATEMENTS TO ACCOUNTING FOR DISTRIBUTION (.3); REVIEW WINN-DIXIE FEE STATEMENTS FROM ACCOUNTING (.5). |

**MATTER TOTAL**                        <u>33.00</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Retention / Fee Matters / Objections (Others)                    Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/01/06 | 0.10 | REVIEW MEMORANDUM FROM S. EICHEL RE: LAW TECH RETENTION TERMS AND TELECONFERENCE WITH S. EICHEL RE: SAME (.1). |
| EICHEL S | 02/01/06 | 1.60 | REVIEW EMAILS FROM L. PRENDERGAST RE: IDENTIFICATION OF OCPS IN GEOGRAPHICAL AREAS THAT CAN HANDLE CERTAIN MATTERS (.1); REVIEW LIST OF OCPS IN RESPONSE TO L. PRENDERGAST'S INQUIRY RE: RETENTION OF OHIO OCP (.8); DRAFT EMAIL TO R. GRAY RE: LAW TECH RETENTION EMAIL (.1); TELECONFERENCE WITH R. GRAY RE: ISSUE RE: RETENTION OF LAW TECH (.1); TELECONFERENCE WITH L. PRENDERGAST RE: OHIO OCPS THAT HAVE BEEN RETAINED (.1); REVIEW OF RETENTION OF LAW TECH (.2); TELECONFERENCE WITH M. RICHARD RE: ISSUES WITH RESPECT TO RETENTION OF LAW TECH (.1); DRAFT EMAIL TO M. RICHARD RE: STATUS OF LAW TECH, LLC AGREEMENT (.1). |
| GRAY RW | 02/02/06 | 0.40 | REVIEW ATECH RETENTION APPLICATION AND ORDER AND EXCHANGE EMAILS WITH C. JACKSON RE: SAME (.2); TELECONFERENCE WITH C. JACKSON RE: FEE APPLICATION ISSUE ON SAME (.1); REVIEW AND COMMENT ON OCP RETENTION FILING FOR LAWTECH (.1). |
| EICHEL S | 02/02/06 | 1.10 | REVIEW EMAIL FROM M. RICHARDS RE: STATUS OF RETENTION OF LAW TECH (.1); REVIEW EMAIL FROM R. BUCK (LAW TECH) RE: EXECUTION OF REVISED RETENTION QUESTIONNAIRE (.1); REVIEW AND REVISE SUBMISSION OF AMENDED RETENTION QUESTIONNAIRE (.4); DRAFT EMAILS TO R. GRAY RE: SUBMISSION OF LAW TECH'S AMENDED RETENTION QUESTIONNAIRE (.2); REVIEW EMAILS FROM R. GRAY RE: SUBMISSION OF LAW TECH'S AMENDED RETENTION QUESTIONNAIRE (.2); DRAFT EMAIL TO J. CASTLE RE: RETENTION OF LAW TECH AS AN OCP (.1). |
| EICHEL S | 02/03/06 | 0.40 | REVIEW EMAIL FROM M. RICHARDS RE: OCP SUBMISSION (.1); REVIEW EMAIL FROM R. GRAY RE: FILINGS (.1); DRAFT EMAIL TO C. JACKSON RE: FILING OF AN OCP RETENTION QUESTIONNAIRE (.1); REVIEW EMAIL FROM J. CASTLE RE: RETENTION OF LAW TECH (.1). |
| EICHEL S | 02/04/06 | 0.10 | REVIEW EMAIL FROM J. JAMES RE: RETENTION OF LAW TECH AS AN OCP (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/05/06 | 0.10 | REVIEW AND REVISE SUBMISSION OF AMENDED RETENTION QUESTIONNAIRE OF LAW TECH LLC (.1). |
| GRAY RW | 02/06/06 | 0.30 | REVIEW MEMORANDUM FROM L. APPEL RE: ALLEN, NORTON & BLUE, REVIEW PROOF OF CLAIM, DRAFT MEMORANDUM TO L. APPEL RE: SAME (.3). |
| EICHEL S | 02/06/06 | 0.30 | DRAFT EMAIL TO C. JACKSON AND K. WARD RE: FILING AND SERVICE OF RETENTION QUESTIONNAIRE (.1); REVIEW EMAILS FROM K. WARD RE: FILING OF RETENTION QUESTIONNAIRE AND RESPOND TO SAME (.2). |
| EICHEL S | 02/08/06 | 0.30 | REVIEW EMAIL FROM S. MONTALTO REQUESTING RETENTION QUESTIONNAIRE (.1); DRAFT EMAIL TO J. CASTLE RE: RE: S. MONTALTO'S REQUEST AND REVIEW J. CASTLE'S RESPONSE (.1); DRAFT EMAIL TO S. MONTALTO ATTACHING RETENTION QUESTIONNAIRE (.1). |
| EICHEL S | 02/09/06 | 0.10 | REVIEW EMAIL FROM S. MONTALTO RE: RETENTION QUESTIONNAIRE AND DRAFT RESPONSE (.1). |
| EICHEL S | 02/10/06 | 0.20 | DRAFT EMAIL TO S. MONTALTO REQUESTING EXECUTED RETENTION QUESTIONNAIRE (.1); REVIEW RESPONSE FROM S. MONTALTO (.1). |
| EICHEL S | 02/13/06 | 0.90 | TELECONFERENCE WITH S. MONTALTO RE: HIS EXECUTED RETENTION QUESTIONNAIRE AND HIS PRIOR LAW FIRMS (.1); DRAFT, REVIEW AND REVISE 14TH SUPPLEMENT TO OCP QUESTIONNAIRE (.3); DRAFT, REVIEW AND REVISE 14TH SUBMISSION OF OCP QUESTIONNAIRE (.2); REVIEW PREVIOUSLY FILED OCP QUESTIONNAIRES IN CONNECTION WITH FILING 14TH OCP SUPPLEMENT (.2); DRAFT EMAIL TO R. GRAY RE: 14TH OCP SUPPLEMENT AND SUBMISSION (.1). |
| LAMAINA KA | 02/13/06 | 2.40 | COMMUNICATE WITH 17 PROFESSIONALS RE: FEE APPLICATION HEARING AND PROCEDURES (2.0); PREPARE PROCEDURES FOR PROFESSIONALS ON THIRD INTERIM FEE APPLICATIONS (.4). |
| EICHEL S | 02/14/06 | 0.60 | TELECONFERENCE WITH R. GRAY RE: 14TH OCP SUPPLEMENT AND SUBMISSION (.1); REVISE 14TH OCP SUPPLEMENT (.2); DRAFT EMAIL TO J. CASTLE RE: 14TH OCP SUPPLEMENT AND SUBMISSION (.1); REVIEW EMAIL FROM J. CASTLE RE: 14TH OCP SUPPLEMENT AND SUBMISSION (.1); DRAFT EMAIL TO C. JACKSON RE: FILING AND SERVICE OF 14TH OCP SUPPLEMENT AND SUBMISSION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 02/16/06 | 0.50 | TELECONFERENCE WITH K. DAW RE: INDEMNITY LANGUAGE FOR ATECH ORDER, LOCATE SAME AND FORWARD (.2); EXCHANGE EMAILS WITH S. EICHEL RE: OCP STATUS/EXPERT WITNESSES (.1); REVIEW MEMOS AND RETENTION DOCUMENTS RE: BLACKSTONE FEE ISSUES ON SALE TRANSACTION (.2). |
| EICHEL S | 02/16/06 | 0.40 | REVIEW EMAIL FROM M. RICHARDS RE: ADDING AN ADDITIONAL OCP (.1); DRAFT EMAIL TO R. GRAY RE: M. RICHARD'S REQUEST RE: PROPOSED ADDITIONAL OCP (.1); REVIEW EMAIL FROM R. GRAY RE: INQUIRY RE: RETENTION OF EXPERT WITNESS AND RESPOND TO SAME (.1); DRAFT EMAIL TO M. RICHARD RE: PROPOSED RETENTION OF FIRM AS AN OCP (.1). |
| LAMAINA KA | 02/21/06 | 3.70 | TELECONFERENCE K. WARD AT SMITH HULSEY RE: THIRD INTERIM FEE APPLICATION (.2); PREPARE MEMORANDA TO 17 PROFESSIONALS RE: FEE HEARING AND GUIDELINES FOR PROCEEDING ON SAME (1.4); INQUIRE WITH S. EICHEL VIA EMAIL AND K. WARD RE: STATUS OF EQUITY PROFESSIONALS AND PROFESSIONALS RE: STUART MAUE PROCEDURES (.3); INQUIRE WITH S. EICHEL AND K. WARD ON COMMUNICATION WITH U.S. TRUSTEE AND TELECONFERENCE U.S. TRUSTEE ON HEARING (.5); REVIEW FEE HEARINGS AND EXAMINER PROCESS (1.3). |
| LAMAINA KA | 02/22/06 | 1.30 | REVISE MEMORANDUM TO PROFESSIONALS ON RETENTION FEE PROCESS (.7); REVIEW INCOMING CORRESPONDENCE FROM PROFESSIONALS ON CASE GUIDELINES (.3); REVIEW PRECEDENT CASE FOR FILING DOCUMENT IN WINN-DIXIE CASE RE: PROFESSIONALS (.3). |
| LAMAINA KA | 02/23/06 | 0.30 | REVIEW EMAIL CORRESPONDENCE FROM P. TATUM ON CASE PROCEDURES AND REVISE CASE PROCEDURES (.3). |
| GRAY RW | 02/24/06 | 0.20 | TELECONFERENCE WITH L. PRENDERGAST RE: MEDIATOR ISSUES (.1); DRAFT MEMORANDUM TO M. BYRUM RE: DELOITTE AND TELECONFERENCE WITH D. TURETSKY RE: SAME (.1). |
| EICHEL S | 02/24/06 | 0.20 | REVIEW INQUIRY FROM M. RICHARD RE: PAYMENT OF STUART MAUE FEES (.1); REVIEW EMAIL FROM K. LAMAINA RE: RESPONSE TO M. RICHARD INQUIRY RE: STUART MAUE FEES AND RESPOND TO HER INQUIRY (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 02/24/06 | 6.00 | PREPARE NOTICE FOR ALL PROFESSIONALS IN INTERIM FEE APPLICATION (.5); CONTINUE TO PREPARE EXHIBITS TO ENSURE EFFICIENCY IN PREPARING INTERIM APPLICATION (3.7); PREPARE MEMORANDUM ON PROCEDURES TO ACCOUNTING AND 7 TEAM MEMBERS TO DIVIDE WORK FOR EFFICIENCY PURPOSES (1.8). |
| GRAY RW | 02/27/06 | 0.10 | REVIEW EMAILS FROM M. BYRUM RE: NEW DELOITTE RETENTION AND CONFERENCE WITH D. TURETSKY RE: APPLICATION (.1). |
| LAMAINA KA | 02/27/06 | 0.50 | PREPARE MEMORANDUM TO S. HENRY AND K. WINTERS ON INTERIM FEE APPLICATION PROGRESS (.3); RESPOND TO REQUEST FROM DELOITTE RE: TRAVEL AND FEE PROCEDURES BY TELECONFERENCE TO DELOITTE (.2). |
| TURETSKY DM | 02/27/06 | 0.70 | REVIEW ISSUES RE: PROPOSED RETENTION OF DELOITTE FAS (.5); E-MAIL TO R. GRAY RE: SAME (.1); TELECONFERENCE WITH R. YOUNG RE: INQUIRY CONCERNING DELOITTE FEE APPLICATION (.1). |
| TURETSKY DM | 02/28/06 | 3.40 | DRAFT APPLICATION TO RETAIN DELOITTE FAS (3.4). |
| **MATTER TOTAL** | | **26.20** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Tax Matters                                                      Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 02/14/06 | 0.50 | TELECONFERENCE WITH M. BYRUM, A. BARAGONA AND KPMG REP RE: IRS TAX CLAIMS (.2); DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: SAME AND 505 POSSIBILITY (.2); TELECONFERENCE WITH J. POST RE: IRS ISSUES (.1). |
| RESHTICK AA | 02/17/06 | 0.50 | ATTEND TELECONFERENCE WITH CLIENT AND OTHER ADVISORS TO CLIENT RE: CHAPTER 11 PLAN, RELATED TAX ISSUES (E.G., EFFECT ON NET OPERATING LOSS CARRYOVER) AND STATUS OF DISCUSSIONS WITH THE INTERNAL REVENUE SERVICE (.5). |
| RESHTICK AA | 02/24/06 | 2.70 | REVIEW REVISED TRANSACTIONAL DOCUMENTS (2.7). |
| LAMAINA KA | 02/27/06 | 0.20 | PREPARE MEMORANDUM TO A. RESHTICK ON TAX STATUS IN CASE (.2). |
| RESHTICK AA | 02/28/06 | 1.80 | REVIEW REVISED AGREEMENT (1.8). |
| **MATTER TOTAL** | | **5.70** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 03/06/06
Utilities                                                              Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 02/02/06 | 0.40 | DEVELOP STRATEGY TO RESOLVE WATER DISTRICT OPPOSITION (.4). |
| KALOUDIS D | 02/03/06 | 0.20 | SEND STIPULATION TO CLIENT (.2). |
| KALOUDIS D | 02/13/06 | 1.10 | REVISE MISSISSIPPI POWER STIPULATION (.5); DRAFT NOTICE TO NOTICE PARTIES RE: SAME (.5); FORWARD SAME TO S. FELD (.1). |
| KALOUDIS D | 02/14/06 | 0.40 | REVISE NOTICE RE: MISSISSIPPI POWER STIPULATION (.4). |
| FELD SR | 02/16/06 | 1.50 | REVIEW JEA CONTRACTS (.5); TELECONFERENCE RE: JEA WITH J. CASTLE, M. BYRUM, B. KICHLER AND C. JACKSON (.6); REVIEW STIPULATION FOR MISSISSIPPI POWER (.4). |
| FELD SR | 02/21/06 | 6.50 | DRAFT STIPULATION RE: CANTON UTILITIES (.9); TELECONFERENCE WITH S. WILLIAMS RE: LIBERTY MUTUAL (.2); EMAIL TO C. LEO RE: CANTON MUNICIPAL & LEESBURG (.2); CONFERENCE WITH LEESBURG RE: STIPULATION (.7); REVIEW GEORGIA POWER STATUS (2.1); TELECONFERENCE WITH B. KICHLER RE: LEESBURG (.2); TELECONFERENCE WITH C. LEO RE: LEESBURG (.1); REVIEW AND REVISE STIPULATION FOR MISSISSIPPI POWER (.6); UPDATE UTILITY BOND CHART (.8); REVIEW STATUS OF SUMTER AND SAND MOUNTAIN (.6); EMAIL TO M. FRANK RE: STATUS (.1). |
| FELD SR | 02/22/06 | 0.70 | TELECONFERENCE WITH C. LEO RE: LEESBURG & GEORGIA POWER (.1); TELECONFERENCE WITH T. BOOTH RE: GEORGIA POWER (.2); TELECONFERENCE WITH E. VOGT RE: GEORGIA POWER (.2); REVIEW LEESBURG & CANTON (.2). |
| FELD SR | 02/23/06 | 0.50 | REVIEW CANTON MUNICIPAL UTILITIES RE: NOTICE (.5). |
| FELD SR | 02/24/06 | 0.10 | RESPOND TO COMMITTEE EMAIL RE: CANTON MUNICIPAL UTILITIES (.1). |

**MATTER TOTAL**                    <u>11.40</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 03/06/06
Vendor Matters                                                       Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 02/01/06 | 6.70 | REVIEW AND REVISE SANDERSON FARMS' CONTRACT (1.5); REVIEW EMAIL FROM B. BOWIN RE: TURNOVER ISSUE IN CONNECTION WITH SETOFF MOTION (.2); ANALYZE TURNOVER ISSUE IN CONNECTION WITH SETOFF MOTION (.2); DRAFT EMAIL TO B. BOWIN RE: TURNOVER ISSUE IN CONNECTION WITH SETOFF MOTION (.2); TELECONFERENCE WITH J. POST RE: ISSUES RE: SETOFF MOTION (.1); DRAFT EMAIL TO B. KICHLER RE: SANDERSON CONTRACT (.1); REVIEW EMAIL FROM B. KICHLER RE: SANDERSON CONTRACT (.1); TELECONFERENCE WITH B. KICHLER RE: SANDERSON CONTRACT AND CONTRACT TEMPLATE (2.2); REVIEW SANDERSON FARM'S TERM SHEET (.2); REVIEW RD CANDLE TERM SHEET (.1); DRAFT, REVIEW AND REVISE SANDERSON FARMS, INC. CONTRACT AND ANALYZE RELATED ISSUES (1.8). |
| EICHEL S | 02/02/06 | 1.60 | TELECONFERENCE WITH B. KICHLER RE: REVISIONS TO FORM OF CONTRACT (.1); REVIEW AND REVISE SANDERSON FARMS, INC. CONTRACT (.4); REVIEW EMAILS FROM R. GRAY, J. LEAMY AND S. HENRY RE: SETOFF MOTION (.2); DRAFT EMAIL RE: SETOFF MOTION (.1); REVIEW AND REVISE CONTRACT TEMPLATE (.6); DRAFT EMAIL TO B. KICHLER RE: BLACKLINE OF REVISIONS TO TEMPLATE AND REVIEW RESPONSE (.1); DRAFT EMAIL TO K. LOGAN RE: PROOFS OF CLAIM (.1). |
| EICHEL S | 02/03/06 | 1.80 | REVIEW EMAILS FROM E. GORDON RE: SETOFF MOTION (.2); DRAFT EMAIL TO E. GORDON RE: SETOFF MOTION (.2); REVIEW RULE 4 IN CONNECTION WITH SETOFF MOTION (.2); REVIEW EMAIL FROM K. LOGAN RE: SANDERSON FARMS PROOF OF CLAIM (.1); REVIEW EMAIL FROM T. COPELAND RE: LIST OF REGISTERED AGENTS SERVICE OF SETOFF MOTION (.1); DRAFT EMAIL TO E. GORDON RE: REGISTERED AGENTS FOR RECLAMATION VENDORS IN CONNECTION WITH SETOFF MOTION (.1); REVIEW AND REVISE SANDERSON CONTRACT (.8); DRAFT EMAIL TO B. KICHLER RE: BLACKLINE OF CONTRACT TEMPLATE (.1). |
| EICHEL S | 02/04/06 | 1.90 | REVIEW AND REVISE SANDERSON CONTRACT (1.5); REVIEW STATUS ON SETOFF MOTION (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/05/06 | 1.60 | REVIEW AND REVISE SANDERSON FARMS CONTRACT (1.5); DRAFT EMAIL TO B. KICHLER RE: ISSUES WITH RESPECT TO SANDERSON FARMS' CONTRACT (.1). |
| EICHEL S | 02/07/06 | 2.50 | RESEARCH RE: SECTION 365 IN CONNECTION WITH DRAFTING SANDERSON FARMS AGREEMENT (.5); REVIEW AND REVISE SANDERSON FARMS CONTRACT (1.6); DRAFT EMAIL TO R. GRAY RE: MOTION TO APPROVE SANDERSON FARMS CONTRACT (.2); REVIEW EXHIBITS FOR SANDERSON FARMS CONTRACT (.2). |
| EICHEL S | 02/09/06 | 0.10 | REVIEW EMAIL FROM J. LEAMY RE: RESOLVING COCA-COLA ENTERPRISES CLAIM (.1). |
| LEAMY JM | 02/10/06 | 0.30 | REVIEW ALLIED PRINTING NOTICE OF HEARING (.1); EMAIL J. JAMES RE: ALLIED PRINTING MOTION FOR ADMINISTRATIVE EXPENSE (.2). |
| EICHEL S | 02/11/06 | 0.70 | REVIEW AND REVISE STIPULATION RESOLVING PREPETITION CLAIMS OF SOUTHEAST-ATLANTIC BEVERAGE COMPANY ("SEABEV") (.2); ANALYZE SETOFF ISSUE IN CONNECTION WITH RESOLVING SEABEV RECLAMATION CLAIM (.4); DRAFT EMAIL TO A. LIU RE: SEABEV AS RECLAMATION VENDOR (.1). |
| EICHEL S | 02/13/06 | 1.90 | REVIEW EMAILS FROM B. KICHLER RE: RUSSELL STOVER (.2); ANALYZE ISSUES WITH RESPECT TO RUSSELL STOVER (.3); DRAFT EMAIL TO A. LIU RE: RUSSELL STOVER MEMORANDUM OF AGREED TERMS (.1); REVIEW RUSSELL STOVER MEMORANDUM OF AGREED TERMS (.1); TELECONFERENCE WITH B. KICHLER RE: RUSSELL STOVER AND SHREIBER (.2); DRAFT EMAIL TO J. CASTLE AND B. KICHLER RE: RUSSELL STOVER'S REQUIREMENTS UNDER TRADE LIEN PROGRAM (.2); REVIEW EMAIL FROM P. TREMBLAY (WINN-DIXIE) RE: RUSSELL STOVER ISSUE (.1); REVIEW EMAIL FROM L. BARR RE: SEABEV (.1); RESEARCH RECOUPMENT IN CONNECTION WITH GOLDEN FLAKE APPLICATION FOR PAYMENT OF ADMIN EXPENSE (.6). |
| EICHEL S | 02/14/06 | 0.30 | DRAFT EMAIL TO J. POST RE: PROCEDURE WITH RESPECT TO RESOLVING SETOFF ISSUES (.1); TELECONFERENCES WITH B. KICHLER RE: SEABEV STIPULATION (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 02/15/06 | 0.20 | REVIEW EMAIL FROM W. MCARDLE RE: GOLDEN FLAKE'S INTENTION TO WITHDRAW ITS APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMIN CLAIM (.1); DRAFT EMAIL TO B. KICHLER RE: GOLDEN FLAKES' INTENTION TO WITHDRAW ITS APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMIN CLAIM (.1). |
| EICHEL S | 02/16/06 | 1.10 | DRAFT EMAIL TO C. JACKSON RE: GOLDEN FLAKE'S INTENTION TO WITHDRAW ITS APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE (.1); TELECONFERENCE WITH B. KICHLER RE: CF SAUER AND RD CANDLE CONTRACTS AND HP HOOD STIPULATION (.1); DRAFT EMAIL TO L. BARR RE: REVISED SIGNATURE BLOCK FOR SEABEV STIPULATION (.1); REVIEW RESPONSE FROM L. BARR RE: REVISED SIGNATURE BLOCK FOR SEABEV STIPULATION (.1); DRAFT, REVIEW AND REVISE SEABEV STIPULATION (.6); DRAFT EMAIL TO B. KICHLER RE: REVISED SEABEV STIPULATION AND REQUESTING ANY ADDITIONAL COMMENTS (.1). |
| LEAMY JM | 02/16/06 | 0.10 | REVIEW J. CASTLE EMAIL RE: ALLIED GRAPHICS (.1). |
| EICHEL S | 02/17/06 | 0.70 | REVIEW EMAIL FROM M. COMERFORD RE: GOLDEN FLAKE APPLICATION (.1); DRAFT EMAIL TO M. COMERFORD RESPONDING TO HIS INQUIRY RE: GOLDEN FLAKE (.1); REVIEW THE REVISED STIPULATION WITH SOUTHEASET ATLANTIC BEVERAGE CO (SEABEV) (.1); DRAFT EMAIL TO K. WARD RE: WITHDRAWAL OF GOLDEN FLAKE'S APPLICATION FOR ALLOWANCE OF PAYMENT OF ADMIN EXPENSE (.1); REVIEW EMAIL FROM B. KICHLER RE: COMMENTS TO SEABEV (.1); REVIEW AND REVISE SEABEV STIPULATION BASED ON B. KICHLER'S COMMENTS (.1); DRAFT EMAIL TO L. BARR ATTACHING REVISED SEABEV STIPULATION (.1). |
| LEAMY JM | 02/17/06 | 0.20 | REVIEW AND RESPOND TO J. CASTLE EMAIL RE: ALLIED GRAPHICS (.2). |
| EICHEL S | 02/18/06 | 0.10 | DRAFT EMAIL TO J. POST RE: NOTICE OF UPCOMING SERVICE AND FILING OF SEABEV STIPULATION (.1). |
| EICHEL S | 02/21/06 | 0.10 | TELECONFERENCE WITH M. COMERFORD RE: INQUIRY RE: RECOUPMENT DEFENSE WITH RESPECT TO GOLDEN FLAKE APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (.1). |
| LEAMY JM | 02/21/06 | 0.10 | REVIEW D. BRYANT EMAIL RE: ALLIED GRAPHICS (.1). |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEAMY JM | 02/23/06 | 0.20 | EMAILS D. BRYANT RE: ALLIED GRAPHICS MOTION (.2). |
|---|---|---|---|
| EICHEL S | 02/24/06 | 0.90 | REVIEW EMAIL FROM B. KICHLER RE: DRAFT LETTER TO RUSSELL STOVER (.1); REVIEW EMAIL RE: RUSSELL STOVER ISSUE (.3); COMMENCE DRAFTING DEMAND LETTER TO RUSSELL STOVER RE: RETURN OF GOODS (.4); DRAFT EMAIL TO E. LANE (XROADS) RE: WHETHER THERE WAS A PREPETITION CONTRACT WITH RUSSELL STOVER (.1). |
| LEAMY JM | 02/24/06 | 0.30 | RESPOND TO M. COMERFORD EMAIL RE: ALLIED PRINTING MOTION (.2); EMAIL D. BRYANT RE: SAME (.1). |
| EICHEL S | 02/25/06 | 0.50 | REVIEW EMAIL FROM R. DAMORE RE: RUSSELL STOVER DEMAND LETTER (.1); DRAFT EMAIL TO R. DAMORE, B. KICHLER AND OTHERS RE: RUSSELL STOVER DEMAND LETTER (.3); REVIEW EMAIL FROM E. LANE RE: NO PREPETITION CONTRACT WITH RUSSELL STOVER (.1). |
| EICHEL S | 02/27/06 | 0.70 | DRAFT EMAIL TO W. MCARDLE RE: WITHDRAWAL OF GOLDEN FLAKE'S APPLICATION FOR PAYMENT AND ALLOWANCE OF ADMINISTRATIVE CLAIM (.1); TELECONFERENCE WITH P. TREMBLAY RE: RUSSELL STOVER DEMAND LETTER (.2); REVIEW EMAILS FROM P. TREMBLAY RE: RUSSELL STOVER CLAIM (.2); DRAFT EMAIL TO A. LIU (XROADS) AND R. ABERNATHY (LOGAN) RE: CLAIM OF RUSSELL STOVER (.1); REVIEW EMAIL FROM A. LIU RE: RECLAMATION CLAIM OF RUSSELL STOVER IN CONNECTION WITH LETTER TO RUSSELL STOVER (.1). |
| LEAMY JM | 02/27/06 | 0.50 | TELECONFERENCE WITH D. BRYANT RE: ALLIED MOTION (.3); TELECONFERENCE WITH H. FOSTER RE: ALLIED MOTION (.2). |
| HENRY S | 02/28/06 | 1.10 | EMAILS TO AND FROM L. APPEL AND J. CASTLE RE: COKE CLAIM (.4); FACT GATHERING RE: SAME (.7). |
| EICHEL S | 02/28/06 | 1.00 | TELECONFERENCE WITH R. DAMORE RE: LETTER TO RUSSELL STOVER RE: RETURN OF PRODUCT (.3); DRAFT, REVIEW AND REVISE LETTER TO RUSSELL STOVER RE: RETURN OF GOODS (.4); REVIEW EMAIL FROM R. ABERNATHY RE: RUSSELL STOVER CLAIM IN CONNECTION WITH LETTER TO RUSSELL STOVER FOR RETENTION OF GOODS (.2); REVIEW EMAIL FROM M. COMERFORD RE: STATUS OF WITHDRAWAL OF GOLDEN FLAKE APPLICATION AND RESPOND TO THE SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| LEAMY JM | 02/28/06 | 0.60 | TELECONFERENCE WITH H. FOSTER RE: ALLIED MOTION (.2); REVIEW H. FOSTER EMAIL AND ATTACHMENTS RE: REVISED INVOICES (.3); EMAILS D. BRYANT RE: SAME (.1). |
|---|---|---|---|

**MATTER TOTAL**                              **27.80**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 03/06/06
Fee Examiner                                                     Bill Number: 1097915

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 02/12/06 | 1.10 | PRODUCE FEE STATEMENT DOCUMENTS FOR L. COOPER (1.1). |
| LAMAINA KA | 02/13/06 | 0.20 | REVIEW WINN-DIXIE CORRESPONDENCE LIST FOR FEE EXAMINER COMMUNICATIONS (.2). |
| LAMAINA KA | 02/14/06 | 0.40 | REVISE CONTACT MATERIALS FOR STUART MAUE (L. COOPER) RE: CONTACT INFORMATION AND COMMUNICATIONS WITH PROFESSIONALS TO OBTAIN SAME (.4). |
| EICHEL S | 02/16/06 | 0.30 | REVIEW EMAIL FROM L. COOPER RE: TELECONFERENCE TO DISCUSS FORM OF REPORT (.1); REVIEW AVAILABILITY WITH RESPECT TO PARTICIPATION IN TELECONFERENCE (.1); DRAFT EMAIL TO L. COOPER COORDINATING TELECONFERENCE (.1). |
| LAMAINA KA | 02/16/06 | 0.70 | REVIEW STUART MAUE REPORT (.7). |
| EICHEL S | 02/17/06 | 3.20 | REVIEW EMAIL FROM B. COX REQUESTING COPY OF FORM OF FEE EXAMINER REPORT (.1); ARRANGED FOR B. COX TO RECEIVE FORM OF FEE EXAMINER REPORT (.1); ARRANGE FOR TELECONFERENCE WITH L. COOPER (.1); REVIEW EMAIL FROM K. LAMAINA TO B. COX RE: STUART MAUE AUDIT REPORTS (.1); CONTINUE REVIEW OF STUART MAUE REPORTS IN CONNECTION WITH UPCOMING TELECONFERENCE WITH L. COOPER (1.4); REVIEW K. LAMAINA'S MEMORANDUM RE: UPCOMING MEETING WITH FEE EXAMINER (.2); PARTICIPATE IN TELECONFERENCE WITH L. COOPER (AND OTHERS) RE: FORM OF STUART MAUE REPORT (1.2). |
| LAMAINA KA | 02/17/06 | 1.60 | PREPARE FOR FEE EXAMINER TELECONFERENCE BY DEVELOPING QUESTIONS AND REVIEWING SAMPLE REPORTS AND COURT PROCEDURES (1.0); ATTEND CONFERENCE ON FEE EXAMINER PROCEDURES (PARTIAL) WITH S. EICHEL, L. COOPER, M. COMERFORD, AND B. COX (.6). |
| EICHEL S | 02/19/06 | 0.10 | REVIEW EMAIL FROM K. LAMAINA RE: STUART MAUE TELECONFERENCE (.1). |
| LAMAINA KA | 02/24/06 | 0.30 | REVIEW AND RESPOND TO REQUEST FROM COMPANY RE: STUART MAUE PAYMENTS (.3). |
| HENRY S | 02/27/06 | 0.50 | REVIEW TIMETABLE OF HEARING AND EXAMINERS' REPORT (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 02/27/06 | 0.80 | REVIEW STUART MAUE ORDER AND RESEARCH RESPONSES TO REPORTS (.4); PREPARE MEMORANDUM TO TEAM (S. HENRY) ON STATUS OF FEE EXAMINER PROCESS FOR NEXT STEPS ON PROCEDURES (.4). |
| LAMAINA KA | 02/28/06 | 0.70 | REVIEW FINAL PRECEDENT FEE EXAMINER REPORT TO ASSIST WITH EXAMINER PROCEDURES (.3); TELECONFERENCE WITH S. HENRY AND S. EICHEL RE: U.S. TRUSTEE REQUEST RE: TIMING IN LIGHT OF FEE EXAMINER REQUEST (.4). |

**MATTER TOTAL**            <u>9.90</u>

**CLIENT TOTAL**          <u>1,362.60</u>

D08A