# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(FEBRUARY 1, 2006 - FEBRUARY 28, 2006)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $5,307.04 |
| Long Distance Telephone | $468.94 |
| In-House Reproduction (@ $.10 per page) | $1,206.50 |
| Reproduction-color | $230.00 |
| Outside Reproduction | $2,685.16 |
| Outside Research | $771.00 |
| Filing/Court Fees | $166.25 |
| Out-Of-Town Travel | $4,288.92 |
| Business Meals | $322.72 |
| Courier & Express Carriers (e.g., Federal Express) | $426.84 |
| Postage | $19.66 |
| **TOTAL** | **$15,893.03** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date: 03/06/06**
**Disbursements**  **Bill Number: 1097915**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 12/15/05 | LaMaina KA | -477.77 |
| Air/Rail Travel - vendor feed | 12/16/05 | LaMaina KA | -509.20 |
| Air/Rail Travel - vendor feed | 02/06/06 | Keller KM | 100.00 |
| Air/Rail Travel - vendor feed | 02/06/06 | Keller KM | 941.15 |
| Air/Rail Travel - vendor feed | 02/08/06 | Baker DJ | 950.00 |
| Air/Rail Travel - vendor feed | 02/22/06 | Keller KM | 950.00 |
| Air/Rail Travel - vendor feed | 02/23/06 | Keller KM | 994.16 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,948.34** |
| In-house Reproduction | 02/03/06 | Copy Center, D | 1.30 |
| In-house Reproduction | 02/07/06 | Copy Center, D | 3.70 |
| In-house Reproduction | 02/07/06 | Copy Center, D | 61.80 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 48.70 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 8.80 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 17.30 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 28.30 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 54.20 |
| In-house Reproduction | 02/10/06 | Copy Center, D | 27.40 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 15.00 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 161.40 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 02/14/06 | Copy Center, D | 52.90 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 155.50 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 1.30 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 245.90 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 19.60 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 02/17/06 | Copy Center, D | 20.10 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 27.10 |
| In-house Reproduction | 02/17/06 | Copy Center, D | 130.60 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 7.10 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 3.30 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 2.10 |
| In-house Reproduction | 02/21/06 | Copy Center, D | 28.90 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 4.50 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 55.90 |
| In-house Reproduction | 02/24/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 02/28/06 | Copy Center, D | 14.30 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$1,206.50** |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.82 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.24 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.75 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.19 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.20 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 6.84 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.95 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.55 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 10.21 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.25 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.64 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.76 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.30 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.53 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.76 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.10 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.39 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 3.19 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.36 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.22 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 8.59 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 3.60 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.64 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.90 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.21 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.39 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 7.29 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 3.17 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.48 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.56 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 12.93 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 5.58 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.85 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.00 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 21.89 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 8.82 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.31 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.52 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 2.04 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.79 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.42 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.61 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 4.00 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 1.76 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.72 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.34 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 02/24/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE** | **$151.10** |
| Postage | 02/03/06 | Office Admin, D | 0.39 |
| Postage | 02/10/06 | Office Admin, D | 4.14 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 02/14/06 | Office Admin, D | 0.63 |
| Postage | 02/14/06 | Office Admin, D | 0.39 |
| Postage | 02/17/06 | Office Admin, D | 6.40 |
| Postage | 02/23/06 | Office Admin, D | 6.93 |
| Postage | 02/23/06 | Office Admin, D | 0.39 |
| Postage | 02/24/06 | Office Admin, D | 0.39 |
| | | **TOTAL POSTAGE** | **$19.66** |
| Non-standard/Outside Reproduction | 02/14/06 | Ikon Office Solutions | 350.23 |
| Non-standard/Outside Reproduction | 02/16/06 | RLS Legal Solutions LLC | 590.13 |
| Non-standard/Outside Reproduction | 02/16/06 | Ikon Office Solutions | 439.31 |
| Non-standard/Outside Reproduction | 02/23/06 | RLS Legal Solutions LLC | 1,305.49 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,685.16** |
| Lexis/Nexis | 02/01/06 | Sambur K | 42.27 |
| Lexis/Nexis | 02/06/06 | Sambur K | 115.43 |
| Lexis/Nexis | 02/06/06 | Sambur K | 589.29 |
| Lexis/Nexis | 02/07/06 | Sambur K | 330.40 |
| Lexis/Nexis | 02/09/06 | Sambur K | 321.06 |
| Lexis/Nexis | 02/10/06 | Sambur K | 169.07 |
| Lexis/Nexis | 02/13/06 | Sambur K | 332.83 |
| Lexis/Nexis | 02/14/06 | Sambur K | 451.11 |
| Lexis/Nexis | 02/15/06 | Sambur K | 112.17 |
| Lexis/Nexis | 02/28/06 | Sambur K | 704.71 |
| | | **TOTAL LEXIS/NEXIS** | **$3,168.34** |
| Westlaw | 02/07/06 | Leamy JM | 41.57 |
| Westlaw | 02/07/06 | Eichel S | 10.07 |
| Westlaw | 02/07/06 | Turetsky DM | 199.85 |
| Westlaw | 02/07/06 | Ravin AS | 78.39 |
| Westlaw | 02/08/06 | Turetsky DM | 445.82 |
| Westlaw | 02/08/06 | Turetsky DM | 88.85 |
| Westlaw | 02/13/06 | Eichel S | 200.50 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 02/16/06 | Lohman HA | 585.11 |
| Westlaw | 02/17/06 | Turetsky DM | 44.52 |
| Westlaw | 02/24/06 | Ravin AS | 110.13 |
| Westlaw | 02/27/06 | Keller KM | 83.30 |
| Westlaw | 02/28/06 | Turetsky DM | 226.75 |
| | | **TOTAL WESTLAW** | **$2,114.86** |
| Reproduction - color | 02/07/06 | Copy Center, D | 1.50 |
| Reproduction - color | 02/17/06 | Copy Center, D | 27.00 |
| Reproduction - color | 02/21/06 | Copy Center, D | 201.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$230.00** |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 1.37 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 7.14 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 1.73 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 7.86 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 12.62 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 34.11 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 7.06 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 9.30 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 26.25 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 11.10 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 4.47 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 14.92 |
| Vendor Hosted Teleconferencing | 02/28/06 | Teleconferencing Services, LLC | 2.45 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$140.38** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone - Long Distance | 02/08/06 | Baker DJ | 176.48 |
| Telephone - Long Distance | 02/08/06 | Keller KM | 0.98 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$177.46** |
| Out-of-Town Travel | 02/06/06 | Keller KM | 239.87 |
| Out-of-Town Travel | 02/06/06 | Keller KM | 117.98 |
| Out-of-Town Travel | 02/06/06 | Keller KM | 23.49 |
| Out-of-Town Travel | 02/07/06 | Keller KM | 239.87 |
| Out-of-Town Travel | 02/08/06 | Baker DJ | 105.11 |
| Out-of-Town Travel | 02/08/06 | Baker DJ | 239.87 |
| Out-of-Town Travel | 02/08/06 | Keller KM | 26.00 |
| Out-of-Town Travel | 02/24/06 | Keller KM | 89.55 |
| Out-of-Town Travel | 02/24/06 | Keller KM | 235.35 |
| Out-of-Town Travel | 02/24/06 | Keller KM | 23.49 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,340.58** |
| Filing/Court Fees | 02/14/06 | CSC Networks | 69.75 |
| Filing/Court Fees | 02/14/06 | CSC Networks | 44.75 |
| Filing/Court Fees | 02/14/06 | CSC Networks | 51.75 |
| | | **TOTAL FILING/COURT FEES** | **$166.25** |
| Messengers/ Courier | 02/10/06 | Dist Serv/Mail/Page, D | 10.43 |
| Messengers/ Courier | 02/10/06 | Dist Serv/Mail/Page, D | 10.43 |
| Messengers/ Courier | 02/14/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 02/15/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 02/15/06 | Dist Serv/Mail/Page, D | 138.37 |
| Messengers/ Courier | 02/15/06 | Dist Serv/Mail/Page, D | 138.37 |
| Messengers/ Courier | 02/17/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 02/24/06 | Dist Serv/Mail/Page, D | 10.43 |
| Messengers/ Courier | 02/24/06 | Dist Serv/Mail/Page, D | 32.53 |
| Messengers/ Courier | 02/25/06 | Dist Serv/Mail/Page, D | 21.57 |
| | | **TOTAL MESSENGERS/ COURIER** | **$426.84** |
| Out-of-Town Meals | 12/19/05 | Tsiros DV | 4.80 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 12/22/05 | Tsiros DV | 4.80 |
| Out-of-Town Meals | 02/06/06 | Keller KM | 30.57 |
| Out-of-Town Meals | 02/07/06 | Keller KM | 44.42 |
| Out-of-Town Meals | 02/08/06 | Baker DJ | 16.91 |
| Out-of-Town Meals | 02/16/06 | Baker DJ | 50.87 |
| Out-of-Town Meals | 02/23/06 | Keller KM | 29.61 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$181.98** |
| Outside Research/Internet Services | 02/01/06 | LexisNexis Courtlink Inc. | 183.15 |
| Outside Research/Internet Services | 02/01/06 | LexisNexis Courtlink Inc. | 41.18 |
| Outside Research/Internet Services | 02/01/06 | West Group | 406.94 |
| Outside Research/Internet Services | 02/10/06 | CSC Networks | 36.00 |
| Outside Research/Internet Services | 02/10/06 | CSC Networks | 36.00 |
| Outside Research/Internet Services | 02/10/06 | CSC Networks | 36.00 |
| Outside Research/Internet Services | 02/28/06 | Global Securities | 31.73 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$771.00** |
| Contracted Catering-NY | 02/10/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 02/13/06 | Baker DJ | 8.15 |
| Contracted Catering-NY | 02/17/06 | Baker DJ | 87.78 |
| Contracted Catering-NY | 02/17/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 02/27/06 | Baker DJ | 20.37 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$140.74** |
| CLR/Disclosure | 02/28/06 | Global Securities | 23.84 |
| | | **TOTAL CLR/DISCLOSURE** | **$23.84** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL MATTER** | **$15,893.03** |
| | | **TOTAL CLIENT** | **$15,893.03** |