# EXHIBIT D-1

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## TIME SUMMARY
## (MARCH 1, 2006 - MARCH 31, 2006)

Bill No: 1102804

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|-------------------|------|-------|--------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 117.00 | $ 97,695.00 |
| Ronald C. Barusch | 1978 | 795 | 30.20 | 24,009.00 |
| Katherine M. Bristor | 1981 | 835 | 2.10 | 1,753.50 |
| Sally McDonald Henry | 1983 | 730 | 93.10 | 67,963.00 |
| Peter J. Neckles | 1978 | 835 | 13.20 | 11,022.00 |
| Wallace L. Schwartz | 1977 | 820 | 3.40 | 2,788.00 |
| | 1978 | | | |
| | **TOTAL PARTNERS** | | **259.00** | **$205,230.50** |
| **COUNSEL** | | | | |
| Stephanie R. Feld | 1982 | $560 | 8.50 | $ 4,760.00 |
| Rosalie W. Gray | 1982 | 560 | 165.80 | 92,848.00 |
| Alexandra Margolis | 1986 | 560 | 7.20 | 4,032.00 |
| Suzanne E. Rothwell | 1981 | 560 | 18.40 | 10,304.00 |
| Anthony Saldana | 1996 | 560 | 66.70 | 37,352.00 |
| | **TOTAL COUNSEL** | | **266.60** | **$149,296.00** |
| **ASSOCIATES/LAW CLERKS** | | | | |
| Tiffany Tran Boydell | 1995 | $540 | 49.80 | $ 26,892.00 |
| Jessica N. Cohen | 2000 | 510 | 20.70 | 10,557.00 |
| Steven Eichel | 1988 | 540 | 81.30 | 43,902.00 |
| Ronald Falls, Jr.* | N/A | 295 | 13.50 | 3,982.50 |
| Danny J. Hart Jr. | 2005 | 335 | 47.20 | 15,812.00 |
| Denise Kaloudis | 2003 | 440 | 30.70 | 13,508.00 |
| Kelley M. Keller | 1989 | 540 | 41.90 | 22,626.00 |
| Jessica Kempf | 2005 | 375 | 13.30 | 4,987.50 |
| Suling Lam | 1998 | 540 | 8.00 | 4,320.00 |
| Kimberly A. LaMaina | 2001 | 465 | 54.60 | 25,389.00 |
| Jane M. Leamy | 1995 | 540 | 114.20 | 61,668.00 |
| Jessenia Paoli | 2005 | 375 | 5.90 | 2,212.50 |
| Adam S. Ravin | 1995 | 540 | 192.70 | 104,058.00 |

| | | | | |
|---|---|---|---|---|
| Abraham A. Reshtick | 2001 | 465 | 8.20 | 3,813.00 |
| Keith Sambur | 2005 | 375 | 110.10 | 41,287.50 |
| James S. Talbot | 1999 | 540 | 9.20 | 4,968.00 |
| David M. Turetsky | 2002 | 440 | 143.00 | 62,920.00 |
| | | | | |
| | **TOTAL ASSOCIATES/LAW CLERKS** | | **944.30** | **$452,903.00** |
| **PARAPROFESSIONALS** | | | | |
| Stephen S. Brown | | $145 | 84.60 | $ 12,267.00 |
| Joseph J. Roman | | 75 | 7.60 | 570.00 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **92.20** | **$ 12,837.00** |
| | | | | |
| | **TOTAL** | | **1,562.10** | **$820,266.50** |
| | **BLENDED HOURLY RATE** | | | **$525.10** |

* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(MARCH 1, 2006 - MARCH 31, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 20.00 | $16,045.50 |
| Assets Dispositions (General) | 161.00 | $92,733.00 |
| Business Operations / Strategic Planning | 7.50 | $5,102.00 |
| Case Administration | 105.80 | $19,997.00 |
| Claims Admin. (General) | 175.40 | $93,088.00 |
| Claims Admin. (Reclamation/Trust Funds) | 24.50 | $13,382.00 |
| Creditor Meetings/Statutory Committees | 3.10 | $1,694.00 |
| Disclosure Statement/ Voting Issues | 3.30 | $1,752.00 |
| Employee Matters (General) | 58.30 | $34,426.00 |
| Executory Contracts (Personalty) | 131.20 | $70,285.00 |
| Financing (DIP and Emergence) | 147.70 | $80,316.00 |
| Insurance | 2.90 | $1,990.00 |
| Investigations and Reviews | 62.60 | $39,580.50 |
| Leases (Real Property) | 109.90 | $59,247.00 |
| Reorganization Plan / Plan Sponsors | 378.20 | $206,089.50 |
| Retention / Fee Matters (SASM&F) | 76.60 | $39,343.00 |
| Retention / Fee Matters / Objections (Others) | 49.30 | $22,906.00 |
| Tax Matters | 8.30 | $3,867.00 |
| Utilities | 23.40 | $11,208.50 |
| Vendor Matters | 3.50 | $1,890.00 |
| Fee Examiner | 9.60 | $5,324.50 |
| **TOTAL** | **1562.10** | **$820,266.50** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     Bill Date: 04/05/06
General Corporate Advice                                          Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BARUSCH RC | 03/01/06 | 1.70 | BEGIN PREPARATIONS FOR BOARD MEETING (1.7). |
| BARUSCH RC | 03/02/06 | 3.20 | FINAL PREPARATIONS FOR BOARD TELECONFERENCE (2.7); PARTICIPATE IN BOARD TELECONFERENCE (.5). |
| BARUSCH RC | 03/08/06 | 2.10 | REVIEW BAHAMAS RESOLUTIONS FOR PRESS RELEASE (1.8); REVIEW LYNCH STATEMENT (.3). |
| BARUSCH RC | 03/09/06 | 2.20 | REVIEW BAHAMAS PRESS RELEASE NONCOMPETE AND AGREEMENT (2.2). |
| BARUSCH RC | 03/10/06 | 0.80 | ANALYZE FURTHER ISSUES ON BAHAMAS PRESS RELEASE (.8). |
| BARUSCH RC | 03/11/06 | 0.60 | PREPARE INHOUSE EMAILS ON LISTING ISSUES (.6). |
| SALDANA A | 03/11/06 | 0.30 | REVIEW MEMOS RE: NASDAQ AND NYSE LISTING REQUIREMENTS (.3). |
| BARUSCH RC | 03/13/06 | 0.80 | REVISE LISTING REQUIREMENTS (.8). |
| HUMI JM | 03/14/06 | 1.20 | FINISH ADDING AND RESEARCHING AMEX INFORMATION TO CHARTS RE: CORPORATE GOVERNANCE STANDARDS (.4); FINISH CONFIRMING NYSE AND NASDAQ INFORMATION IN CHARTS IS ACCURATE (.8). |
| BARUSCH RC | 03/15/06 | 1.30 | DISCUSSIONS ON LISTING ISSUES WITH L. APPEL (1.3). |
| BAKER DJ | 03/16/06 | 2.00 | PREPARE FOR TELECONFERENCE WITH BOARD OF DIRECTORS (1.2); PARTICIPATE IN TELEPHONIC BOARD MEETING (.8). |
| BARUSCH RC | 03/16/06 | 1.60 | LISTING ISSUES DISCUSSION WITH L. APPEL (1.6). |
| BAKER DJ | 03/24/06 | 1.40 | BEGIN PREPARATION FOR TELEPHONIC BOARD MEETING (1.4). |
| BAKER DJ | 03/30/06 | 2.00 | PREPARE FOR TELECONFERENCE WITH BOARD OF DIRECTORS (.3); PARTICIPATE IN BOARD TELECONFERENCE (.6); TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: BOARD TELECONFERENCE (.4); TELECONFERENCE WITH M. BARR RE: EXCLUSIVITY (.2); TELECONFERENCE WITH J. SKELTON RE: EXCLUSIVITY (.2); DRAFT MEMORANDUM TO ADVISORS RE: BOARD TELECONFERENCE (.3). |

**MATTER TOTAL**                            <u>21.20</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**  
**Assets Dispositions (General)**

Bill Date: 04/05/06  
Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 03/01/06 | 3.20 | BEGIN REVIEW OF ISSUES RELATED TO POSSIBLE SALE OF BAHAMAS STORES AND WORK TO RESOLVE SAME (3.2). |
| GRAY RW | 03/01/06 | 0.10 | DRAFT MEMO RE: BAHAMAS AUCTION PROCESS CLARIFICATION (.1). |
| SALDANA A | 03/01/06 | 6.10 | REVIEW AND SUMMARIZE TRANSITION SERVICES AGREEMENT (3.0); REVIEW AND REVISE DRAFT RESOLUTIONS (1.8); TELECONFERENCE WITH J. TALBOT RE: TRANSITION SERVICES AGREEMENT FOR BAHAMIAS TRANSACTION (1.0); TELECONFERENCE WITH A. RAVIN RE: BOARD RESOLUTIONS FOR BAHAMAS SALE (.1); REVIEW BOARD PACKAGE (.2). |
| TALBOT JS | 03/01/06 | 1.00 | TELECONFERENCE ON TSA AND NON-COMPETE PROVISIONS WITH R. CHAKRAPANI, M. BYRUM, M. BAUST, C. SCOTT, J. COHEN AND A. SALDANA (1.0). |
| FALLS, JR. R* | 03/01/06 | 2.10 | DRAFT DISCLOSURE SCHEDULE (1.6); REVIEW OF PURCHASE AGREEMENT (.5). |
| RAVIN AS | 03/01/06 | 2.50 | REVIEW AND REVISE BOARD RESOLUTIONS RE: BAHAMAS SALE, DRAFT MEMO TO A. SALDANA RE: BAHAMAS SALE (1.2); CONFERENCE WITH A. SALDANA RE: BAHAMAS SALE (.1); REVIEW COMMENTS TO SALE MOTION RECEIVED FROM BLACKSTONE (.3); REVIEW, REVISE, AND ANALYZE MOTION BASED ON BLACKSTONE'S COMMENTS (.7); DRAFT CORRESPONDENCE TO L. APPEL RE: SALE MOTION (.2). |
| BAKER DJ | 03/02/06 | 3.20 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH L. APPEL, F. HUFFARD, M. FREITAG AND P. LYNCH RE: SALE OF STORES IN BAHAMAS (1.4); ANALYZE ISSUES RELATED TO PROPOSED SALE OF STORES IN BAHAMAS (1.8). |
| GRAY RW | 03/02/06 | 0.10 | EXCHANGE EMAILS WITH A. RAVIN RE: BAHAMAS MOTION AND COMMITTEE REVIEW (.1). |
| SALDANA A | 03/02/06 | 1.50 | REVIEW OPEN ITEMS FOR SHARE PURCHASE AGREEMENT (1.0); PARTICIPATE IN BOARD MEETING (.3); FOLLOW UP ON OPEN TRANSITION SERVICES AGREEMENT ITEMS AND REVIEW EMAILS RELATED TO THE TRANSITION SERVICES AGREEMENT (.2). |
| TALBOT JS | 03/02/06 | 0.50 | REVIEW IT DOCUMENTS FOR TSA (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FALLS, JR. R* | 03/02/06 | 3.60 | EDIT DISCLOSURE SCHEDULE SECTION DESCRIPTIONS AND TEXT (1.6); DRAFT BOARD RESOLUTIONS FOR BOARD (SUBSIDIARY LEVEL) TRANSACTION APPROVAL (2.0). |
| RAVIN AS | 03/02/06 | 2.00 | DRAFT MEMOS TO R. GRAY AND A. SALDANA RE: BAHAMAS TRANSACTION, REVIEW MEMOS FROM SAME RE: SAME, DRAFT CORRESPONDENCE TO L. APPEL RE: SAME, REVIEW MEMO FROM J. TALBOT RE: SAME (.2); REVIEW AND REVISE BAHAMAS MOTION PER COMMENTS RECEIVED FROM C. JACKSON AND RE: OTHER ISSUES (1.7); DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: BLACKSTONE RETENTION (.1). |
| BAKER DJ | 03/03/06 | 2.30 | CONTINUE ANALYSIS ON ISSUES RELATING TO POSSIBLE SALE OF STORES IN BAHAMAS (2.3). |
| SALDANA A | 03/03/06 | 0.30 | REVIEW DRAFT SCHEDULES (.2); REVIEW SHARE PURCHASE AGREEMENT OPEN ITEM (.1). |
| TALBOT JS | 03/03/06 | 1.00 | PREPARE SAMPLE TSA SCHEDULES FOR CLIENT (1.0). |
| FALLS, JR. R* | 03/03/06 | 3.30 | DRAFT LETTER NON-COMPETE AGREEMENT (2.0); DRAFT SUBSIDIARY BOARD RESOLUTIONS (1.3). |
| RAVIN AS | 03/03/06 | 0.50 | REVIEW AND REVISE BAHAMAS SALE MOTION AND PROPOSED ORDER (.3); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. BARR AND M. COMERFORD RE: BAHAMAS SALE MOTION (.2). |
| TALBOT JS | 03/04/06 | 1.00 | DISCUSSION OF IT SCHEDULE FOR TSA WITH M. BAUST (1.0). |
| FALLS, JR. R* | 03/04/06 | 1.50 | DRAFT NON-COMPETE LETTER AGREEMENT (1.5). |
| RAVIN AS | 03/04/06 | 0.10 | REVIEW AND REVISE NOTICE OF HEARING RE: BAHAMAS SALE (.1). |
| SALDANA A | 03/05/06 | 5.50 | REVIEW AND REVISE SHARE PURCHASE AGREEMENT (3.3); REVIEW AND REVISE DISCLOSURE SCHEDULE (2.2). |
| BAKER DJ | 03/06/06 | 1.40 | ANALYZE ISSUES RELATED TO POSSIBLE SALE OF STORES IN BAHAMAS (1.4). |
| BARUSCH RC | 03/06/06 | 1.30 | REVIEW BAHAMAS SIGNING ISSUES (1.3). |
| BRISTOR KM | 03/06/06 | 0.50 | REVIEW TRANSACTION SERVICES AGREEMENT RE: SALE OF BAHAMAS SUPERMARKET COMPANY (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 03/06/06 | 0.20 | TELECONFERENCE POTENTIAL BIDDER IN WINN-DIXIE CASE RE: MISSISSIPPI PROPERTIES (.1); EMAIL TO C. JACKSON RE: POTENTIAL BIDDER (.1). |
| SALDANA A | 03/06/06 | 0.80 | TELECONFERENCE WITH R. CHAKRAPANI RE: BAHAMAS STATUS AND STRATEGY (.1); TELECONFERENCE WITH D. VANSCHOOR RE: SCHEDULES, SPA (.2); REVIEW AND DRAFTING OF EMAILS FROM/TO L. APPEL RE: BAHAMAS SALES ISSUES (.1); REVIEW DRAFT NONCOMPETE (.2); REVIEW INFORMATION FOR SHARE PURCHASE AGREEMENT (.2). |
| RAVIN AS | 03/06/06 | 0.30 | REVIEW MEMO FROM A. SALDANA RE: BAHAMAS SALE, REVIEW AND REVISE PURCHASE AGREEMENT AND OTHER DOCUMENTS RE: SAME (.3). |
| BARUSCH RC | 03/07/06 | 2.10 | REVIEW STOCK PURCHASE AGREEMENT (2.1). |
| BRISTOR KM | 03/07/06 | 0.70 | TELECONFERENCE RE: STATUS OF AUDIT WITH KPMG, VINCENT & ELKINS, AND THE COMPANY (.5); PREPARE FOR TELECONFERENCE RE: STATUS OF AUDIT (.2). |
| SALDANA A | 03/07/06 | 0.20 | REVIEW TRANSITION SERVICES AGREEMENT REVISIONS (.1); FOLLOW UP WITH D. WELLS RE: BAHAMIAN LEGAL ISSUES (.1). |
| RAVIN AS | 03/07/06 | 0.10 | REVIEW CORRESPONDENCE FROM R. CHAKRAPANI RE: AUCTION PROCEDURES RE: BAHAMAS SALE, DRAFT MEMO TO A. SALDANA RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. FRIETAG RE: SAME (.1). |
| GRAY RW | 03/08/06 | 0.60 | REVIEW AND COMMENT ON DRAFT MOTION TO SHORTEN RE: GOB HEARING AND REVIEW EMAIL EXCHANGE RE: MOTION TO SHORTEN (.3); REVIEW AND COMMENT ON PRESS RELEASE FOR BAHAMAS (.3). |
| SALDANA A | 03/08/06 | 1.20 | REVIEW AGREEMENT RE: PUBLICITY MATTERS (.1); FOLLOW UP ON PUBLICITY ISSUES FOR K. LUSSIER (.2); REVIEW AND REVISE RESOLUTIONS FOR W-D (BAHAMAS) LTD. AND TELECONFERENCES WITH R. FALLS RE: THE RESOLUTIONS (.8); TELECONFERENCE WITH R. CHAKRAPANI RE: OTHER BIDDER (.1). |
| FALLS, JR. R* | 03/08/06 | 3.00 | EDIT FINAL DRAFT OF SUB-LEVEL BOARD RESOLUTIONS (1.6); REVISE FORM OF NON-COMPETE AGREEMENT (CONVERSION FROM LETTER TO FORMAL AGREEMENT STYLE) (1.0); MAKE FINAL CHANGES TO NON-COMPETE AGREEMENT (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/08/06 | 1.00 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. FRIETAG AND R. CHAKRAPANI RE: PRESS RELEASE RE: BAHAMAS SALE, DRAFT MEMOS TO AND REVIEW MEMOS FROM VARIOUS PERSONS INCLUDING R. BARUSCH AND A. SALDANA RE: SAME (.4); REVIEW AND REVISE SUBSIDIARY RESOLUTIONS IN CONNECTION WITH BAHAMAS SALE (.2); REVIEW SALE AGREEMENT RECEIVED FROM OTHER BIDDER (.1); REVIEW AND REVISE DRAFT PRESS RELEASE (.3). |
| BRISTOR KM | 03/09/06 | 0.30 | REVIEW SPA FOR SUPERMARKET SALES (.3). |
| GRAY RW | 03/09/06 | 0.10 | EMAIL EXCHANGE WITH R. BARUSCH, T. SALDANA, A. RAVIN AND S. LAM RE: BAHAMAS RELEASE AND RELATED DIP FACILITY ISSUES (.1). |
| SALDANA A | 03/09/06 | 2.10 | REVIEW AND REVISE NON-COMPETE (1.0); REVIEW AND COMMENT ON PRESS RELEASE AND REDRAFT (.6); TELECONFERENCE WITH K. LUSSIER (.1); TELECONFERENCE WITH J. TALBOT RE: TRANSITION SERVICES AGREEMENT AND RELATED MATTERS (.4). |
| TALBOT JS | 03/09/06 | 0.40 | TELECONFERENCE ON TSA WITH R. CHAKRAPANI, M. BAUST, J. COHEN AND A. SALDANA (.4). |
| RAVIN AS | 03/09/06 | 1.20 | REVIEW MEMOS FROM AND DRAFT MEMOS TO A. SALDANA AND R. BARUSCH RE: PRESS RELEASE RE: BAHAMAS SALE (.3); REVIEW AND REVISE PRESS RELEASE RE: COMMENTS RECEIVED FROM R. BARUSCH AND A. SALDANA (.4); CONFERENCE WITH R. GRAY RE: BAHAMAS PRESS RELEASE (.1); REVIEW COMMENTS FROM M. BARR RE: COMMENTS TO SALE MOTION, REVIEW AND REVISE SALE MOTION (.2); DRAFT MEMO TO S. LAM RE: ISSUES RELATED TO BAHAMAS SALE MOTION (.1); DRAFT CORRESPONDENCE TO M. FRIETAG RE: BAHAMAS PRESS RELEASE AND SALE MOTION (.1). |
| SALDANA A | 03/10/06 | 0.40 | FOLLOW UP ON TRANSITION SERVICES AGREEMENT AND NON-COMPETE DRAFTING ISSUES (.1); TELECONFERENCE WITH A. RAVIN RE: BIDDING PROCEDURES (.1); REVIEW AND FOLLOW UP ON NON-COMPETE OPEN ITEMS (.1); REVIEW AND FOLLOW UP ON SHARE PURCHASE AGREEMENT OPEN ITEMS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/10/06 | 2.50 | REVIEW AND REVISE REVISED DRAFT OF BAHAMAS SALE PRESS RELEASE (.1); REVIEW AND REVISE BAHAMAS NON-COMPETE AGREEMENT (.5); DRAFT MEMOS TO AND REVIEW MEMOS FROM A. SALDANA RE: BAHAMAS NON-COMPETE AGREEMENT (.4); TELECONFERENCE WITH J. O'CONNELL, JEROME AND R. CHAKRAPANI RE: ISSUES RELATED TO SUPPLEMENTAL BLACKSTONE RETENTION APPLICATION (.2); DRAFT MEMO TO R. GRAY RE: BLACKSTONE RETENTION (.3); REVIEW AND REVISE BAHAMAS SALE MOTION AND CORRESPONDING PROPOSED ORDER RE: COMMITTEE'S COMMENTS (.5); DRAFT MEMO TO A. SALDANA RE: QUESTIONS RAISED BY COMMITTEE IN THEIR MARK-UP OF SALE MOTION (.2); CONFERENCE WITH A. SALDANA RE: QUESTIONS RAISED BY COMMITTEE RE: BAHAMAS SALE MOTION (.1); DRAFT MEMO TO R. CHAKRAPANI AND J. O'CONNELL RE: BLACKSTONE RETENTION APPLICATION RE: BAHAMAS SALE (.1); REVIEW REVISED BAHAMAS PRESS RELEASE (.1). |
| BARUSCH RC | 03/13/06 | 0.60 | REVIEW BAHAMAS AGREEMENT (.6). |
| SALDANA A | 03/13/06 | 2.00 | REVIEW REVISED TRANSITION SERVICES AGREEMENT (.1); REVIEW E-MAILS RE: TRANSITION SERVICES AGREEMENT DEVELOPMENTS (.1); DRAFT CONSENT (.3); REVIEW AND REVISE SHARE PURCHASE AGREEMENT (1.5). |
| TALBOT JS | 03/13/06 | 0.80 | DISCUSS TSA WITH J. COHEN AND WINN-DIXIE TEAM (VIA EMAIL) (.8). |
| RAVIN AS | 03/13/06 | 0.50 | REVIEW AND REVISE BAHAMAS SALE MOTION RE: VARIOUS ISSUES INCLUDING REFERENCING BLACKSTONE'S RETENTION (.3); DRAFT MEMO TO R. GRAY RE: BAHAMAS SALE MOTION (.1); REVIEW AND REVISE NOTICE OF BAHAMAS SALE MOTION (.1). |
| SALDANA A | 03/14/06 | 0.30 | REVIEW PROPOSED TRANSITION SERVICES AGREEMENT REVISIONS (.1); REVIEW TRANSACTION SCHEDULING ISSUES (.2). |
| TALBOT JS | 03/14/06 | 0.30 | DISCUSS TSA WITH J. COHEN (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 03/14/06 | 0.60 | REVIEW BID PROCEDURES RE: BAHAMAS SALE IN CONNECTION WITH TIMELINE FOR HEARING, DRAFT CORRESPONDENCE TO A. SALDANA RE: STATUS OF CLOSING, REVIEW MEMO FROM R. GRAY RE: SAME, DRAFT MEMO TO R. GRAY RE: SAME (.2); CONFERENCE WITH A. SALDANA RE: ISSUES RELATED TO BID PROCEDURES FOR BAHAMAS SALE (.1); TELECONFERENCE WITH A. SALDANA (PARTIAL) AND R. CHAKRAPANI RE: STATUS OF BAHAMAS SALE MOTION (.3). |
|---|---|---|---|
| GRAY RW | 03/15/06 | 0.20 | TELECONFERENCE WITH A. SALDANA RE: CONTRACT ISSUES RELATING TO BAHAMAS TRANSACTION (.2). |
| SALDANA A | 03/15/06 | 1.20 | TELECONFERENCE WITH R. GRAY RE: CONTRACT ISSUES (.2); REVIEW AND COMMENT ON DRAFT MOTION AND ORDER (1.0). |
| RAVIN AS | 03/15/06 | 1.20 | REVIEW AND REVISE BAHAMAS SALE MOTION AND PROPOSED ORDER (.4); DRAFT MEMO TO AND REVIEW MEMO FROM A. SALDANA RE: BAHAMAS SALE MOTION (.1); DRAFT CORRESPONDENCE TO L. APPEL RE: BAHAMAS SALE MOTION (.1); REVIEW REVISED ENGAGEMENT LETTER (.1); REVIEW CORRESPONDENCE FROM R. CHAKRAPANI AND DRAFT CORRESPONDENCE TO SAME RE: ENGAGEMENT LETTER FOR BLACKSTONE, REVIEW CORRESPONDENCE FROM A. SALDANA RE: SAME (.1); REVIEW AND REVISE SUPPLEMENTAL RETENTION APPLICATION FOR BLACKSTONE (.3), REVIEW MEMO FROM D. TURETSKY RE: RETENTION APPLICATION FOR BLACKSTONE (.1). |
| BARUSCH RC | 03/16/06 | 0.70 | CONTINUE REVIEW OF BAHAMAS AGREEMENT (.7). |
| GRAY RW | 03/16/06 | 0.50 | REVIEW VOICEMAIL FROM J. JAMES RE: BAHAMAS RELATED CONTRACTS AND DRAFT MEMO TO J. JAMES AND B. KICHLER RE: PROVISION IN HALLMARK (.4); TELECONFERENCE WITH A. RAVIN RE: NOTICE OF AUCTION PROCESS (.1). |
| SALDANA A | 03/16/06 | 0.60 | TELECONFERENCE WITH R. CHAKRAPANI RE: TRANSITION SERVICES AGREEMENT ISSUES AND FOLLOW UP (.2); TELECONFERENCE WITH R. CHAKRAPANI RE: TRANSITION SERVICES AGREEMENT AND SCHEDULE (.1); REVISE OPEN ITEMS FOR SHARE PURCHASE AGREEMENT (.1); COMMENTS ON TRANSITION SERVICES AGREEMENT (.2). |
| TALBOT JS | 03/16/06 | 0.50 | DISCUSS LOGISTICS SERVICES FOR TSA WITH L. APPEL, R. CHAKRAPANI AND J. COHEN (VIA EMAIL) (.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/16/06 | 1.90 | REVIEW AND REVISE MOTION RE: BAHAMAS SALE (.4); REVIEW CORRESPONDENCE FROM L. APPEL AND J. CASTLE RE: BAHAMAS SALE MOTION, DRAFT CORRESPONDENCE FROM R. CHAKRAPANI RE: BAHAMAS SALE MOTION (.1); CONFERENCES WITH D. TURETSKY RE: ISSUES RE: BLACKSTONE RETENTION, DRAFT MEMO TO SAME RE: BLACKSTONE RETENTION, REVIEW MEMO FROM R. GRAY RE: SAME (.2); CONFERENCE WITH R. GRAY RE: NOTICE OF AUCTION (.1); DRAFT NOTICE OF AUCTION (.7); DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: NOTICE OF AUCTION (.1); REVIEW AND REVISE BID PROCEDURES RE: BAHAMAS SALE (.3). |
| BARUSCH RC | 03/17/06 | 0.60 | REVIEW BAHAMAS TSA DRAFT (.6). |
| GRAY RW | 03/17/06 | 0.30 | REVIEW AND RESPOND TO EMAILS FROM A. SALDANA RE: AUCTION LOGISTICS PROBLEMS (.1); REVIEW AND COMMENT ON NOTICE OF AUCTION (.2). |
| SALDANA A | 03/17/06 | 1.50 | REVIEW AND REVISE SHARE PURCHASE AGREEMENT (1.0); REVIEW MARKUPS OF OTHER TRANSACTION DOCUMENTS (.3); PREPARE DOCUMENTS FOR DISTRIBUTION TO PURCHASER (.2). |
| TALBOT JS | 03/17/06 | 1.00 | DISCUSS ISSUE OF SUPPLIER AGREEMENTS FOR BAHAMAS WITH A. SALDANA AND R. GRAY (1.0). |
| RAVIN AS | 03/17/06 | 0.90 | REVIEW AND REVISE NOTICE OF AUCTION FOR BAHAMAS SALE (.5); DRAFT MEMO TO AND REVIEW MEMO FROM R. GRAY RE: NOTICE OF AUCTION (.1); DRAFT MEMOS TO AND REVIEW MEMOS FROM A. SALDANA RE: NOTICE OF AUCTION FOR BAHAMAS SALE (.1); DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: NOTICE OF AUCTION, REVIEW CORRESPONDENCE FROM L. APPEL RE: SAME, REVIEW MEMO FROM R. BARUSCH RE: SAME, REVIEW MULTIPLE CORRESPONDENCE FROM R. CHAKRAPANI RE: SAME, REVIEW MULTIPLE MEMOS FROM AND DRAFT MEMOS TO A. SALDANA RE: SAME (.2). |
| GRAY RW | 03/20/06 | 0.30 | TELECONFERENCE WITH A. RAVIN RE: AUCTION PROCESS (.1); DRAFT MEMO TO R. BARUSCH ET AL. RE: WACHOVIA BRIEFING ON BAHAMAS SALE (.1); REVIEW AND COMMENT ON LOGISTIC CHANGES TO BIDDING PROCEDURES (.1). |
| SALDANA A | 03/20/06 | 0.10 | REVIEW AND ADDRESS EMAIL FROM D. VANSCHOOR RE: CONFIDENTIALITY AGREEMENT AND SHARE PURCHASE AGREEMENT DISCLOSURE SCHEDULES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/20/06 | 0.70 | REVIEW AND REVISE BID PROCEDURES RE: BAHAMAS SALE (.2); DRAFT MEMO TO R. GRAY RE: BID PROCEDURES FOR BAHAMAS SALE, CONFERENCE WITH R. GRAY RE: ISSUES RELATED TO SAME, DRAFT MEMO TO AND REVIEW MEMO FROM A. SALDANA RE: SAME, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM R. CHAKRAPANI RE: SAME, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.4); REVIEW MEMO FROM R. GRAY RE: BAHAMAS SALE/OTTERBOURG NOTICE, CONFERENCE WITH D. TURETSKY RE: SAME (.1). |
| BARUSCH RC | 03/21/06 | 2.30 | REVIEW COMMENTS FROM B-K RE: AGREEMENT (2.3). |
| GRAY RW | 03/21/06 | 0.60 | DRAFT MEMO TO COMPANY RE: WACHOVIA/OTTERBOURG BRIEFING RE: BAHAMAS TRANSACTION AND COORDINATE TELECONFERENCE TO OTTERBOURG (.1); REVIEW MEMO FROM K. HARDEE RE: DIP LENDER BRIEFING AND DISCUSS WITH A. RAVIN (.1); REVIEW COMMUNICATIONS RE: BAHAMAS TRANSACTION AND PROVIDE COMMENTS (.2); FOLLOWUP EMAIL EXCHANGE WITH R. CHAKRAPANI AND SKADDEN TEAM RE: AUCTION ISSUE IN COMMUNICATIONS (.2). |
| SALDANA A | 03/21/06 | 1.20 | DRAFT DOCUMENT CHECKLIST (.2); REVIEW MARKUPS (.8); REVIEW AND RESPOND TO E-MAILS RE: TRANSACTION (.2). |
| TALBOT JS | 03/21/06 | 1.00 | REVIEW REVISED TSA FROM BUYER (1.0). |
| RAVIN AS | 03/21/06 | 0.20 | REVIEW MEMOS FROM R. GRAY RE: OTTERBOURG NOTICE OF BAHAMAS SALE, DRAFT MEMO TO SAME RE: SAME, REVIEW MEMO FROM R. BARUSCH RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. CASTLE RE: STATUS OF BAHAMAS SALE, REVIEW MEMO FROM A. SALDANA RE: SAME, REVIEW STATUS CHART PREPARED BY SAME RE: SAME (.1). |
| GRAY RW | 03/22/06 | 1.30 | TELECONFERENCE WITH M. FREITAG RE: BAHAMAS TRANSACTION (.1); DRAFT MEMO TO K. LUSSIER RE: BAHAMAS TRANSACTION COMMUNICATION (.1); EXCHANGE EMAILS WITH K. LUSSIER RE: FURTHER REVISIONS (.2); REVISE BAHAMAS COMMUNICATIONS (.6); EXCHANGE EMAILS WITH A. SALDANA, R. BARUSCH AND A. RAVIN RE: LOGISTICS ISSUES ON BAHAMAS DOCUMENTS (.3). |
| SALDANA A | 03/22/06 | 1.30 | REVIEW E-MAILS RE: SHARE PURCHASE AGREEMENT (.1); REVIEW TIMING ISSUES (.2); REVIEW AND REVISE SHARE PURCHASE AGREEMENT AND NON-COMPETE (1.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/22/06 | 1.50 | REVIEW REVISED MESSAGE TO ASSOCIATES (.1); REVIEW COMMENTS TO BAHAMAS SALE DOCUMENTS (.3); REVIEW MEMO FROM AND DRAFT MEMO TO R. GRAY RE: TIMING OF BAHAMAS SALE, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME, REVIEW CORRESPONDENCE FROM R. CHAKRAPANI RE: SAME (.2); REVIEW MEMOS FROM R. GRAY, R. BARUSCH AND A. SALDANA RE: FORM OF BAHAMAS SALE AGREEMENTS, DRAFT MEMOS TO SAME RE: SAME (.3); REVIEW AND REVISE BAHAMAS SALE MOTION (.6). |
| BAKER DJ | 03/23/06 | 3.80 | REVIEW PRESS RELATING TO SALE OF BAHAMAS STORES (.6); REVIEW PLEADINGS AND DOCUMENTATION FOR SALE OF BAHAMAS STORES (3.2). |
| BARUSCH RC | 03/23/06 | 1.70 | ANALYZE BAHAMAS AGREEMENT (1.7). |
| GRAY RW | 03/23/06 | 1.10 | REVIEW AND COMMENT ON REVISED MOTION AND ORDER (.3); ASSIST WITH ISSUES ON BAHAMAS DEAL DOCUMENTS AND FILING LOGISTICS (.2); REVIEW MEMO RE: MILBANK COMMENTS ON COMMUNICATIONS MATERIALS AND FOLLOWUP WITH K. LUSSIER (.2); REVIEW AND COMMENT ON POWERPOINT RE: BAHAMAS TIMELINE (.2); REVIEW EMAILS FROM R. CHAKRAPANI, A. SALDANA AND A. RAVIN RE: AUCTION PROCESS TIMING AND TELECONFERENCE WITH A. RAVIN RE: AUCTION PROCESS TIMING (.2). |
| SALDANA A | 03/23/06 | 7.80 | TELECONFERENCE WITH CLIENT AND BLACKSTONE RE: PURCHASER MARKUP (1.4); REVIEW AND REVISE TRANSACTION DOCUMENTS AND SCHEDULES (6.2); REVIEW 8-K DISCLOSURE ISSUES (.2). |
| TALBOT JS | 03/23/06 | 0.50 | DISCUSS TSA WITH J. COHEN (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/23/06 | 6.80 | DRAFT MEMO TO AND REVIEW MEMO FROM R. GRAY RE: REVISED BAHAMAS SALE MOTION (.2); REVISE PROPOSED BAHAMAS SALE ORDER RE: COMMENTS FROM R. GRAY (.3); DRAFT MEMO TO R. BARUSCH AND A. SALDANA RE: REVISED BAHAMAS SALE MOTION (.2); DRAFT MEMO TO A. SALDANA RE: ISSUE RELATED TO NON-COMPETE FOR BAHAMAS SALE (.1); TELECONFERENCE WITH A. SALDANA, J. TALBOT, J. COHEN, J. CASTLE, R. CHAKRAPANI, AND D. WELLS RE: BAHAMAS SALE STATUS AND COMMENTS TO DOCUMENTS (1.4); DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: LOGISTICS RE: BAHAMAS SALE MOTION, REVIEW AGREEMENTS RE: SAME, CONFERENCE WITH R. GRAY RE: SAME (.3); REVIEW AND REVISE BLACKSTONE TIMELINE RE: BAHAMAS SALE (.6); DRAFT MEMO TO A. SALDANA AND R. GRAY RE: SAME (.2); CONFERENCE WITH A. SALDANA RE: ISSUES RELATED TO BAHAMAS SALE (.2); REVIEW, ANALYZE AND REVISE BID PROCEDURES, MOTION AND PROPOSED ORDER RE: BAHAMAS SALE (1.9); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO R. CHAKRAPANI RE: ISSUES RELATED TO BID PROCEDURES FOR BAHAMAS SALE (.5); DRAFT MEMOS TO R. GRAY AND A. SALDANA RE: BID PROCEDURES FOR BAHAMAS SALE (.4); REVIEW MILBANK'S COMMENTS TO DOCUMENTS RE: BAHAMAS SALE (.2); CONFERENCE WITH J. COHEN RE: ISSUES RELATED TO FEE UNDER TRANSITION SERVICES AGREEMENT (.1); REVIEW AND REVISE MOTION RE: FEE UNDER TRANSITION SERVICES AGREEMENT (.2). |
| GRAY RW | 03/24/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM K. LUSSIER RE: EMPLOYEE COMMUNICATIONS RE: SALE AND DRAFT MEMO TO A. SALDANA RE: COMMUNICATIONS (.1). |
| SALDANA A | 03/24/06 | 6.70 | REVIEW AND REVISE TRANSACTION DOCUMENTS AND SCHEDULES (3.0); TELECONFERENCE WITH D. WELLS RE: BAHAMIAN LAW ISSUES (.3); TELECONFERENCE WITH PURCHASER RE: SPA AND PREPARATION (2.0); CONFER WITH R. CHAKRAPANI RE: STRATEGY AND OPEN ITEMS (.4); FOLLOW UP ON OPEN DISCLOSURE ITEMS (.7); TELECONFERENCE WITH MILBANK RE: SPA AND FOLLOW UP (.3). |
| TALBOT JS | 03/24/06 | 1.20 | TELECONFERENCE WITH WINN-DIXIE TEAM TO FINALIZE ALL DOCUMENTS (.6); CORRESPONDENCE ON LIABILITY CAPS (.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/24/06 | 0.20 | ANALYZE ISSUES RE: BAHAMAS SALE INCLUDING DRAFTING OF MEMOS TO AND REVIEWING MEMOS FROM A. SALDANA RE: SAME (.2). |
| SALDANA A | 03/25/06 | 1.80 | TELECONFERENCE WITH PURCHASER RE: SPA (1.0); REVIEW TRANSACTION DOCUMENTS (.2); REVISE SHARE PURCHASE AGREEMENT (.5); REVIEW AND FOLLOW UP ON EMAILS FROM MILBANK, BLACKSTONE (.1). |
| GRAY RW | 03/26/06 | 0.20 | REVIEW AND COMMENT ON REVISED BAHAMAS RELEASE (.2). |
| SALDANA A | 03/26/06 | 1.30 | REVIEW MODIFIED ESCROW TERMS (.7); REVIEW AND REVISE AGREEMENT AND SCHEDULES (.5); ADDRESS OPEN ITEM RE: TRANSITION SERVICES AGREEMENT (.1). |
| BRISTOR KM | 03/27/06 | 0.50 | ANALYSIS OF TAX EFFECTS OF ESCROW ACCOUNT (.5). |
| GRAY RW | 03/27/06 | 0.10 | REVIEW ISSUES RE: BID PROCEDURES AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME (.1). |
| SALDANA A | 03/27/06 | 10.40 | REVIEW, REVISE AND NEGOTIATE AGREEMENT AND SCHEDULES (5.6); GATHER DILIGENCE ITEMS FOR SIGNING AND SCHEDULES (4.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/27/06 | 3.10 | REVIEW MEMOS FROM R. GRAY AND A. SALDANA RE: BAHAMAS SALE INCLUDING STATUS FOR CLOSING AND COMMENTS TO PRESS RELEASE (.2); REVIEW CORRESPONDENCE FROM Z. FITZGERALD RE: COMMENTS TO BID PROCEDURES, REVIEW AND REVISE SAME (.4); DRAFT MEMO TO R. GRAY RE: BID PROCEDURES (.1); TELECONFERENCE WITH Z. FITZGERALD RE: BID PROCEDURES (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM Z. FITZGERALD RE: BID PROCEDURES (.1); REVIEW MEMOS FROM AND DRAFT MEMOS TO A. SALDANA AND R. BARUSCH RE: BID PROCEDURES (.1); REVIEW CORRESPONDENCE FROM M. FRIETAG RE: BAHAMAS PRESS RELEASE, REVIEW CORRESPONDENCE FROM R. BARUSCH RE: SAME, REVIEW CORRESPONDENCE FROM L. APPEL RE: SAME (.1); CONFERENCE WITH A. SALDANA RE: BID PROCEDURES (.1); ADDITIONAL REVIEW AND REVISION RE: BID PROCEDURES (.8); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. COMERFORD RE: REVISIONS TO BID PROCEDURES (.2); REVIEW LATEST VERSION OF BAHAMAS SALE PRESS RELEASE (.1); ANALYZE VARIOUS ISSUES RE: BAHAMAS SALE INCLUDING DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: AUCTION LOGISTICS, DRAFT MEMOS TO A. SALDANA RE: LOGISTICS/TIMING (.3); REVIEW REVISED BAHAMAS SPA AND SCHEDULES (.4). |
| BRISTOR KM | 03/28/06 | 0.10 | REVIEW BAHAMAS SALE CONTRACT (.1). |
| GRAY RW | 03/28/06 | 0.30 | REVIEW MEMOS RE: BAHAMAS CLOSING ISSUES (.2); REVIEW OF FINAL MESSAGE TO EMPLOYEES ON BAHAMAS TRANSACTION AND EXCHANGE EMAILS WITH K. LUSSIER RE: MESSAGE (.1). |
| SALDANA A | 03/28/06 | 5.50 | REVIEW AND REVISE TRANSACTION DOCUMENTS (2.5); REVIEW AND FOLLOW UP ON SIGNING MATTERS (2.3); TELECONFERENCE WITH D. WELLS RE: BAHAMIAN LAW ISSUES AND FOLLOW UP (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/28/06 | 1.00 | REVIEW MEMOS FROM A. SALDANA AND R. BARUSCH RE: STATUS OF CLOSING, REVIEW CORRESPONDENCE FROM R. CHAKRAPANI RE: SAME (.1); REVIEW AND REVISE BAHAMAS SALE MOTION AND CORRESPONDING NOTICE OF AUCTION (.3); REVIEW DRAFT APPLICATION TO SUPPLEMENT TERMS OF BLACKSTONE RETENTION, REVIEW MEMOS FROM M. BARR AND D. TURETSKY RE: SAME (.2); REVIEW MEMO FROM A. SALDANA RE: SECTION 5.5. OF AGREEMENT, ANALYZE ISSUES RE: SAME (.2); REVIEW MOTION APPROVING SETTLEMENT RE: HURRICANE INSURANCE (.2). |
| BAKER DJ | 03/29/06 | 1.70 | REVIEW REVISED PRESS RELEASE ON SALE OF BAHAMAS (.3); CONTINUE REVIEW OF SALE DOCUMENTS FOR BAHAMAS STORES (1.4). |
| HENRY S | 03/29/06 | 0.10 | TELECONFERENCE WITH R. GRAY RE: ISSUES RELATING TO BAHAMAS TRANSACTION (.1). |
| GRAY RW | 03/29/06 | 0.80 | REVIEW MEMOS RE: ADDITIONAL PROVISION FOR STOCK PURCHASE AGREEMENT AND TELECONFERENCES WITH A. RAVIN AND T. SALDANA RE: PROVISION (.2); REVIEW AND RESPOND TO MEMOS RE: INSURANCE CLAIMS RELATING TO BAHAMAS TRANSACTION (.2); TELECONFERENCE WITH S. HENRY RE: BAHAMAS TRANSACTION AND REVIEW FIRST DAY ORDERS (.1); TELECONFERENCE WITH A. RAVIN RE: PREPETITION/POSTPETITION ISSUES (.2); REVIEW MEMO FROM A. RAVIN RE: ADDITIONAL INFORMATION RE: PREPETITION/POSTPETITION ISSUES (.1); REVIEW FINAL BAHAMAS RELEASE PER MEMO FROM M. FRIETAG (.1). |
| SALDANA A | 03/29/06 | 6.00 | NEGOTIATE ISSUES FOR SIGNING (4.0); REVIEW AND REVISE SHARE PURCHASE AGREEMENT (2.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          03/29/06      1.50   DRAFT MEMO TO AND REVIEW MEMO FROM R.
                                       GRAY RE: SPA (.1); REVIEW AND REVISE
                                       BAHAMAS SALE AGREEMENT RE: ISSUE WITH
                                       SPA (.2); REVIEW VARIOUS MEMOS RE:
                                       STATUS OF BAHAMAS SALE TRANSACTION
                                       INCLUDING MEMOS FROM R. CHAKRAPANI
                                       AND L. APPEL RE: EXCHANGE CONTROL
                                       MATTERS (.1); CONFERENCE WITH R. GRAY
                                       RE: BAHAMAS SALE MOTION (.2);
                                       CONFERENCE WITH R. GRAY AND A.
                                       SALDANA RE: ISSUES RE: SECTION 5.5
                                       (.2); TELECONFERENCE WITH M. BYRUM
                                       RE: SECTION 5.5 (.3); DRAFT MEMO TO
                                       R. GRAY RE: SECTION 5.5 (.3); REVIEW
                                       MEMOS FROM AND DRAFT MEMOS TO A.
                                       SALDANA AND R. CHAKRAPANI RE:
                                       COORDINATING ISSUES RELATED TO
                                       MOTION, REVIEW CORRESPONDENCE FROM Z.
                                       FITZGERALD RE: ISSUES RELATED TO SAME
                                       (.1).

GRAY RW           03/30/06      1.00   REVIEW AND COMMENT ON K. LUSSIER
                                       REVISED STATEMENT FOR BAHAMAS
                                       ASSOCIATES (.2); REVIEW FINAL DRAFTS
                                       OF BAHAMAS MOTION, ORDER AND NOTICE
                                       (.6); ASSIST WITH FURTHER ISSUES ON
                                       BAHAMAS FILINGS (.2).

SALDANA A         03/30/06      0.50   TELECONFERENCE WITH A. RAVIN AND R.
                                       CHAKRAPANI RE: BANKRUPTCY PROCESS
                                       (.2); REVIEW MOTION AND ORDER (.2);
                                       TELECONFERENCE WITH D. WELLS RE:
                                       ESCROW MATTERS, ETC. (.1).

RAVIN AS          03/30/06      5.00   REVIEW AND REVISE BAHAMAS MOTION AND
                                       RELATED PLEADINGS (1.6); DRAFT MEMOS
                                       TO AND REVIEW MEMOS FROM R. GRAY RE:
                                       BAHAMAS SALE MOTION (.2);
                                       TELECONFERENCE WITH R. CHAKRAPANI AND
                                       A. SALDANA RE: ISSUES RELATED TO
                                       BAHAMAS SALE MOTION (.2); REVIEW
                                       COMMENTS FROM R. GRAY RE: BAHAMAS
                                       SALE MOTION (.2); COORDINATE ALL
                                       DOCUMENTS FOR FILING BAHAMAS SALE
                                       MOTION (2.2); CONFERENCES WITH S.
                                       BROWN RE: ISSUES RELATED TO FILING OF
                                       SALE MOTION (.3); REVIEW MEMOS FROM
                                       A. SALDANA AND R. CHAKRAPANI RE:
                                       VARIOUS ISSUES RELATED TO CONTENT OF
                                       BAHAMAS SALE MOTION AND EXHIBITS,
                                       DRAFT CORRESPONDENCE TO SAME RE: SAME
                                       (.3).

SALDANA A         03/31/06      0.10   CONFER WITH A. RAVIN RE: BANKRUPTCY
                                       MOTION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 03/31/06 | 2.30 | COORDINATE FINALIZING BAHAMAS SALE MOTION FOR FILING AND SERVICE (1.6); CONFERENCE WITH A. SALDANA RE: BAHAMAS SALE MOTION (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: BAHAMAS SALE MOTION (.1); COORDINATE LOGISTICS FOR BAHAMAS AUCTION (.1); ADDRESS SERVICE ISSUES RE: BAHAMAS SALE MOTION INCLUDING CONFERENCES WITH S. BROWN (.4). |
|---|---|---|---|

**MATTER TOTAL**                        <u>161.70</u>

\* Law clerks are law school graduates
  who are not presently admitted to practice.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Business Operations / Strategic Planning                         Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 03/03/06 | 0.20 | PREPARE MEMORANDUM TO A. RAVIN ON ASSET DISPOSITIONS (.2). |
| BAKER DJ | 03/07/06 | 0.80 | PARTICIPATE IN TELECONFERENCE WITH SENIOR MANAGEMENT REPRESENTATIVES AND OUTSIDE ADVISORS RE: STATUS OF OPERATIONS IN BUSINESS (.8). |
| GRAY RW | 03/07/06 | 0.80 | PARTICIPATE IN STATUS UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS (.8). |
| LAMAINA KA | 03/10/06 | 0.20 | REVIEW MEMORANDA TO A. RAVIN ON ADDITIONAL INFORMATION REQUESTS FROM COMPANY, J. CASTLE AND S. HENRY (.2). |
| BAKER DJ | 03/14/06 | 1.00 | PREPARE FOR WEEKLY UPDATE CALL (.3); PARTICIPATE IN WINN-DIXIE TELECONFERENCE WITH SENIOR MANAGEMENT REPRESENTATIVES AND OUTSIDE ADVISORS TO REVIEW BUSINESS AND OPERATIONS (.7). |
| GRAY RW | 03/14/06 | 0.70 | PARTICIPATE IN UPDATE TELECONFERENCE WITH COMPANY RE: PENDING MATTERS AND STRATEGIES (.7). |
| GRAY RW | 03/16/06 | 0.80 | PARTICIPATE IN BOARD TELECONFERENCE (.8). |
| HENRY S | 03/21/06 | 0.30 | PARTICIPATE IN WEEKLY REORGANIZATION/BUSINESS CALL WITH R. GRAY, NUSSBAUM, S. BUSEY, AND OTHERS (.3). |
| GRAY RW | 03/21/06 | 0.30 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS (.3). |
| BAKER DJ | 03/28/06 | 1.00 | PREPARE FOR TELECONFERENCE WITH SENIOR MANAGEMENT RE: BUSINESS OPERATIONS (.3); PARTICIPATE IN TELECONFERENCE WITH SENIOR MANAGEMENT TEAM AND OUTSIDE ADVISORS TO REVIEW OPERATIONS AND STRATEGY (.7). |
| HENRY S | 03/28/06 | 0.70 | PARTICIPATE IN WEEKLY UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS WITH CLIENT AND ADVISORS (.7). |
| GRAY RW | 03/28/06 | 0.70 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS (.7). |

**MATTER TOTAL**                                    **7.50**

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                        Bill Date: 04/05/06
**Case Administration**                                                  Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 03/01/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS (.1). |
| ROMAN JJ | 03/01/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/02/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM K. SAMBUR RE: MOTION FORM CHANGES (.1). |
| LEAMY JM | 03/02/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 03/02/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 03/02/06 | 7.60 | DISTRIBUTE DOCKET, MEDIA UPDATE, AND CASE CALENDAR (.6); PREPARE HEARING BINDER (3.1); RETRIEVE DOCUMENTS FROM THE COURT'S DOCKET PER ATTORNEY REQUEST (2.6); CONTACT COURT RE: BUEHLER'S FILING (.6); UPDATE CASE CALENDAR FOR DISTRIBUTION (.7). |
| ROMAN JJ | 03/02/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/03/06 | 0.10 | REVIEW 3/3 DOCKET UPDATE (.1). |
| RAVIN AS | 03/03/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 03/03/06 | 1.90 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); PREPARE STIPULATION FOR FILING (.5); RETRIEVE DOCUMENTS FROM THE COURT'S DOCKET PER ATTORNEY REQUEST (.9). |
| ROMAN JJ | 03/03/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/06/06 | 0.20 | UPDATE CASE CALENDAR (.1); REVIEW 3/6 DOCKET UPDATE (.1). |
| EICHEL S | 03/06/06 | 0.10 | REVIEW AND REVISE CASE CALENDAR (.1). |
| RAVIN AS | 03/06/06 | 0.10 | MONITOR DOCKET AND REVIEW PLEADINGS/ORDERS FILED (.1). |
| TURETSKY DM | 03/06/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 03/06/06 | 4.70 | UPDATE WINN-DIXIE CASE CALENDAR WITH COMMENTS (1.5); COMMUNICATION WITH COURT RE: A. RAVIN PRO HAC - RESEND MOTION AND VICE ORDER (1.7); DISTRIBUTE WINN-DIXIE DOCKET UPDATE AND MEDIA REPORT (.4); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (1.1). |
| ROMAN JJ | 03/06/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/07/06 | 0.10 | REVIEW AND COMMENT ON HEARING AGENDA (.1). |
| RAVIN AS | 03/07/06 | 0.30 | MONITOR DOCKET (.1); REVIEW AND REVISE HEARING AGENDA FOR MARCH 9TH HEARING, DRAFT CORRESPONDENCE TO K. WARD RE: SAME (.2). |
| BROWN SS | 03/07/06 | 1.90 | DISTRIBUTE WINN-DIXIE DOCKET UPDATE AND MEDIA REPORT (.4); SEARCH FOR DOCUMENTS ON COURT'S DOCKET PER ATTORNEY REQUEST (.6); UPDATE AND DISTRIBUTE WINN-DIXIE CASE CALENDAR (.9). |
| ROMAN JJ | 03/07/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| RAVIN AS | 03/08/06 | 0.10 | MONITOR DOCKET, REVIEW ORDERS AND PLEADINGS FILED (.1). |
| BROWN SS | 03/08/06 | 4.40 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); DISTRIBUTE A. RAVIN PRO HAC IN BUEHLERS CASE (3.0); FIND DOCUMENTS ON COURT'S DOCKET FOR ATTORNEY REVIEW (.9). |
| ROMAN JJ | 03/08/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/09/06 | 0.50 | REVIEW 3/9 DOCKET UPDATE (.1); PROVIDE UPDATING INFORMATION FOR CASE CALENDAR (.1); REVIEW AND ORGANIZE PENDING MATTERS (.3). |
| LEAMY JM | 03/09/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.3). |
| RAVIN AS | 03/09/06 | 0.10 | MONITOR DOCKET (.1). |
| BROWN SS | 03/09/06 | 3.50 | DISTRIBUTE CASE CALENDAR AND MEDIA UPDATES (.3); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (1.1); UPDATE CASE CALENDAR (2.1). |
| ROMAN JJ | 03/09/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/10/06 | 0.50 | REVIEW AND REVISE DRAFT CASE CALENDAR, DRAFT MEMO TO S. BROWN RE: SAME (.4); MONITOR DOCKET RE: PLEADINGS FILED (.1). |
| BROWN SS | 03/10/06 | 5.10 | SERVE DALTON PROPERTY ORDER TO INTERESTED PARTIES (1.6); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (3.1); DISTRIBUTE DOCKET AND MEDIA UPDATE (.4). |
| ROMAN JJ | 03/10/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/12/06 | 0.10 | DRAFT MEMO TO S. BROWN RE: DISTRIBUTION OF ORDERS FROM HEARING (.1). |
| GRAY RW | 03/13/06 | 0.30 | REVIEW/PROVIDE UPDATES FOR CASE CALENDER (.2); REVIEW 3/13 DOCKET UPDATE (.1). |
| RAVIN AS | 03/13/06 | 0.20 | CONFERENCE WITH S. BROWN RE: DRAFT CASE CALENDAR, REVIEW AND REVISE SAME (.1); MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 03/13/06 | 3.10 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); PER ATTORNEY REQUEST FIND DOCUMENTS ON THE COURT'S DOCKET (.8); UPDATE CASE CALENDAR (.9); UPDATE THE WORKING GROUP LIST (.9). |
| ROMAN JJ | 03/13/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/14/06 | 0.90 | UPDATE WORKING GROUP LIST (.4); UPDATE CASE CALENDAR (.2); REVIEW AND PROVIDE COMMENTS ON AGENDA LETTER FOR 3/23 HEARING (.2); REVIEW 3/14 DOCKET UPDATE (.1). |
| LEAMY JM | 03/14/06 | 0.10 | REVIEW DRAFT MARCH 23 HEARING AGENDA (.1). |
| RAVIN AS | 03/14/06 | 1.10 | MONITOR DOCUMENTS FILED WITH COURT (.1); ANALYZE ISSUES RE: CASE CALENDAR AND REVIEW AND REVISE CASE CALENDAR (.5); CONFERENCE WITH S. BROWN RE: CASE CALENDAR (.1); MULTIPLE TELECONFERENCES WITH C. JACKSON RE: HEARING AGENDA, DRAFT CORRESPONDENCE TO C. JACKSON RE: ISSUE RE: STILES WEST RE: SAME, REVIEW PRIOR CORRESPONDENCE RE: SAME (.2); REVIEW AND REVISE WORKING GROUP LIST, DRAFT MEMO TO S. BROWN RE: SAME (.1); REVIEW AND REVISE MARCH 23RD HEARING AGENDA (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/14/06 | 0.40 | TELECONFERENCE WITH J. HOROWITZ RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1); DILIGENCE RE: RESEARCH TO RESPOND TO J. HOROWITZ INQUIRY (.1); RESEARCH AND FACT GATHERING TO ADDRESS ISSUES CONCERNING WORKING GROUP LIST (.1); E-MAIL TO S. BROWN RE: WORKING GROUP LIST ISSUES (.1). |
| BROWN SS | 03/14/06 | 5.00 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); UPDATE AND DISTRIBUTE CASE CALENDAR (1.3); RETRIEVE REQUESTED DOCUMENTS FROM THE COURT'S DOCKET (1.3); DRAFT SUPPLEMENTAL CERTIFICATE OF SERVICE FOR FILING (1.2); RESPOND TO CALLS RECEIVED FROM WINN-DIXIE SHAREHOLDERS REGARDING CASE STATUS (.7). |
| ROMAN JJ | 03/14/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/15/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| LAMAINA KA | 03/15/06 | 0.20 | COMMUNICATIONS WITH K. WARD ON APRIL 6 HEARING (.2). |
| RAVIN AS | 03/15/06 | 0.10 | MONITOR DOCKET (.1). |
| BROWN SS | 03/15/06 | 3.70 | DISTRIBUTE DOCKET AND MEDIA UPDATES (.5); CITE CHECK WINN-DIXIE MEMORANDUM OF LAW (2.4); SEARCH THE COURT'S DOCKET FOR REQUESTED DOCUMENTS (.8). |
| ROMAN JJ | 03/15/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEYS' DAILY UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/16/06 | 0.10 | REVIEW 3/17 DOCKET UPDATE (.1). |
| LAMAINA KA | 03/16/06 | 0.40 | PREPARE MEMO TO PROFESSIONALS AND INTERNAL TEAM RE: CHAMBERS PROCEDURES AND DISTRIBUTE SAME (.4). |
| RAVIN AS | 03/16/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: INFORMATION RE: HEARING DATES, REVIEW CASE CALENDAR RE: SAME (.1). |
| TURETSKY DM | 03/16/06 | 0.30 | TELECONFERENCE WITH J. DIAL RE: INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (.1); TELECONFERENCE WITH C. TAYLOR RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 03/16/06 | 4.20 | SERVE ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF MARCH 9, 2006 TO SELECT PARTIES (1.8); DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); UPDATE CASE CALENDAR (1.2); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (.7). |
| ROMAN JJ | 03/16/06 | 0.40 | RETRIEVE DOCKET FOR ATTORNEY REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/17/06 | 0.20 | REVIEW 3/17 DOCKET UPDATE (.1); TELECONFERENCE WITH C. JACKSON AND K. WARD RE: STATUS OF FILINGS FOR TODAY (.1). |
| EICHEL S | 03/17/06 | 0.10 | REVIEW AND UPDATE CASE CALENDAR (.1). |
| RAVIN AS | 03/17/06 | 0.20 | MONITOR DOCKET, REVIEW PLEADINGS (.1); REVIEW AND REVISE DRAFT CASE CALENDAR (.1). |
| BROWN SS | 03/17/06 | 1.80 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); UPDATE CASE CALENDER AND DISTRIBUTE DRAFT (.7); PREPARE DOCUMENTS FOR FILING (.6). |
| ROMAN JJ | 03/17/06 | 0.30 | RETRIEVE DOCKET FOR ATTORNEYS' REVIEW AND UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/20/06 | 0.10 | PROVIDE UPDATES FOR CASE CALENDAR (.1). |
| EICHEL S | 03/20/06 | 0.10 | REVIEW EMAIL RE: UPDATING CASE CALENDAR AND RESPOND TO RUSSELL STOVER (.1). |
| RAVIN AS | 03/20/06 | 0.20 | CONFERENCE WITH S. BROWN RE: COMMENTS TO CASE CALENDAR (.1); MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 03/20/06 | 3.30 | DISTRIBUTE MEDIA AND DOCKET UPDATE (.5); UPDATE CASE CALENDAR (1.5); SEARCH COURT DOCKET FOR REQUESTED DOCUMENTS (.6); UPDATE WINN-DIXIE WORKING GROUP LIST (.7). |
| GRAY RW | 03/21/06 | 0.10 | REVIEW 3/21 DOCKET UPDATE (.1). |
| RAVIN AS | 03/21/06 | 0.20 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.2). |
| BROWN SS | 03/21/06 | 2.10 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (.8); UPDATE CASE CALENDAR AND DISTRIBUTE (.8). |
| ROMAN JJ | 03/21/06 | 0.60 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/22/06 | 0.30 | TELECONFERENCE WITH C. JACKSON RE: ORDERS FOR HEARING (.1); REVIEW 3/22 DOCKET UPDATE (.1); REVIEW AND COMMENT ON DRAFT HEARING AGENDA (.1). |
| LEAMY JM | 03/22/06 | 0.40 | REVIEW AND COMMENT ON 3/23 HEARING AGENDA (.2); TELECONFERENCES WITH K. WARD RE: 3/23 HEARING AGENDA (.2). |
| RAVIN AS | 03/22/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE MARCH 23RD HEARING AGENDA, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. WARD RE: SAME. (.1). |
| BROWN SS | 03/22/06 | 2.80 | DISTRIBUTE MEDIA AND DOCKET UPDATES (.5); SEARCH COURT'S DOCKET FOR REQUESTED DOCUMENTS (1.1); UPDATE CASE CALENDAR (.7); PREPARE SPREADSHEET FOR COURT PREPARATION (.5). |
| ROMAN JJ | 03/22/06 | 0.40 | RETRIEVE DOCKET REPORT FOR ATTORNEYS' DAILY UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/23/06 | 0.10 | REVIEW 3/23 DOCKET UPDATE (.1). |
| RAVIN AS | 03/23/06 | 0.20 | MONITOR PLEADINGS ON DOCKET, DRAFT MEMO TO S. BROWN RE: ADDITIONS TO CASE CALENDAR (.2). |
| BROWN SS | 03/23/06 | 2.90 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); SEARCH DOCKET FOR REQUESTED DOCUMENTS (.9); UPDATE CASE CALENDAR WITH NEW ENTRIES (.7); MANAGE WINN-DIXIE FILES (.8). |
| ROMAN JJ | 03/23/06 | 0.40 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.4). |
| GRAY RW | 03/24/06 | 0.10 | REVIEW 3/24 DOCKET UPDATE (.1). |
| RAVIN AS | 03/24/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 03/24/06 | 4.60 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); DISTRIBUTE COURT ORDERS TO DOCKET GROUP (1.3); UPDATE CASE CALENDAR (2.0); MANAGE CASE FILES (.8). |
| ROMAN JJ | 03/24/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/26/06 | 0.20 | IDENTIFY UPDATES FOR CASE CALENDAR (.2). |
| GRAY RW | 03/27/06 | 0.20 | REVIEW 3/27 DOCKET UPDATE (.1); PROVIDE UPDATING INFORMATION FOR WORKING GROUP LIST (.1). |
| RAVIN AS | 03/27/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 03/27/06 | 4.30 | PREPARE AND SERVE ORDER GRANTING EXTENSION OF TIME (2.4); DISTRIBUTE DOCKET AND MEDIA UPDATES (.5); SEARCH COURT'S DOCKET FOR REQUEST DOCUMENTS (.7); UPDATE CASE CALENDAR WITH NEW ENTRIES (.7). |
| ROMAN JJ | 03/27/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/28/06 | 0.30 | REVIEW 3/28 DOCKET UPDATE (.1); UPDATE CASE CALENDAR (.2). |
| LAMAINA KA | 03/28/06 | 1.80 | PREPARE AND DISTRIBUTE TWO EMAILS TO M. BUCHWALD AND J. COHEN RE: FIRM CASE PROCEDURES IN BANKRUPTCY (.3); PREPARE MEMORANDUM TO K. KELLER ON CASE PROCEDURES (.9); PREPARE MEMORANDUM ON ACCOUNTING STATEMENTS TO S. HENRY FOR DISTRIBUTION TO COMPANY (.6). |
| RAVIN AS | 03/28/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 03/28/06 | 3.50 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); UPDATE CASE CALENDAR AND DISTRIBUTE (1.8); FILE WINN-DIXIE RELATED CORRESPONDENCE AND DOCUMENTS (1.2). |
| ROMAN JJ | 03/28/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/29/06 | 0.10 | REVIEW 3/29 DOCKET UPDATE (.1). |
| BROWN SS | 03/29/06 | 3.10 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); SEARCH THE COURT'S DOCKET FOR REQUESTED DOCUMENTS (1.2); UPDATE WINN-DIXIE CASE CALENDAR (.7); MANAGE WINN-DIXIE FILES (.7). |
| ROMAN JJ | 03/29/06 | 0.40 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.4). |
| RAVIN AS | 03/30/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| BROWN SS | 03/30/06 | 5.30 | PREPARE DOCUMENT FOR FILING AND SERVICE (3.2); PREPARE EXHIBIT BINDERS FOR ATTORNEY REVIEW (2.1). |
| ROMAN JJ | 03/30/06 | 0.30 | RETRIEVE DOCKET REPORT FOR ATTORNEY UPDATES RE: BUEHLERS FOODS CASE (.3). |
| GRAY RW | 03/31/06 | 0.20 | REVIEW 3/31 DOCKET UPDATE (.1); TELECONFERENCE WITH K. SAMBUR RE: NOTICE OF HEARING FOR SURETY MOTION AND FILING OF NOTICE (.1). |
| LEAMY JM | 03/31/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/31/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.2). |
| BROWN SS | 03/31/06 | 5.80 | PREPARE EXHIBIT BINDERS FOR ATTORNEY REVIEW (1.6); DISTRIBUTE DOCKET AND MEDIA UPDATES (.5); PREPARE AND SERVE DOCUMENTS (3.7). |
| BEAULIEU J | 03/31/06 | 3.20 | ASSIST WITH PREPARATION OF BINDERS FOR BANKRUPTCY BILLING-RELATED DOCUMENTS (3.2). |

**MATTER TOTAL**                        <u>109.30</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                            Bill Date: 04/05/06
Claims Admin. (General)                                                  Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 03/01/06 | 2.60 | BEGIN REVIEW OF MEMORANDUM WITH RESPECT TO CLAIM ISSUES (2.6). |
| GRAY RW | 03/01/06 | 0.30 | REVIEW CONTRACT/CLAIM REPORT FROM LOGAN (.2); EXCHANGE EMAILS WITH C. JACKSON RE: BHBS MOTION (.1). |
| LEAMY JM | 03/01/06 | 3.10 | TELECONFERENCES WITH E. POLLACK RE: 6TH CLAIM OBJECTION (.7); EMAIL T. PENNINGTON RE: 5TH CLAIM OBJECTION (.2); TELECONFERENCES WITH E. POLLACK RE: 5TH CLAIM OBJECTION (.4); TELECONFERENCE WITH E. WALKER RE: 5TH CLAIM OBJECTION (.1); EMAIL A. SOLOCHEK RE: SYLVANIA CLAIM (.1); TELECONFERENCE WITH H. FOSTER RE: ALLIED CLAIM (.1); EMAIL D. BRYANT RE: ALLIED INVOICES (.1); TELECONFERENCE WITH S. EISELSTEIN RE: CCE CLAIM (.2); EMAIL E. POLLACK RE: BOISE CASCADE CLAIM (.1); ANALYSIS RE: LIBERTY MUTUAL OPPOSITION TO 5TH CLAIM OBJECTION (.5); REVISE 5TH CLAIM OBJECTION ORDER (.4); ASCERTAIN STATUS RE: BHBS MOTION TO FILE LATE CLAIM (.2). |
| GRAY RW | 03/02/06 | 0.10 | REVIEW LATE CLAIM MOTION, ARRANGE FOR CALENDARING, AND DRAFT MEMO TO J. POST RE: HANDLING (.1). |
| LEAMY JM | 03/02/06 | 6.70 | TELECONFERENCE WITH A. SOLOCHECK RE: SYLVANIA (.3); TELECONFERENCE WITH M. COMERFORD RE: ALLIED MOTION (.2); TELECONFERENCE WITH D. BRYANT RE: ALLIED MOTION (.2); TELECONFERENCE H. FOSTER RE: ALLIED MOTION (.3); EMAIL D. BRYANT RE: ALLIED OFFER (.2); DRAFT ALLIED ORDER (.5); TELECONFERENCE WITH S. EISELSTEIN RE: CCE CLAIM (.2); REVIEW EXHIBITS A AND B FOR 6TH OMNIBUS OBJECTION (2.9); TELECONFERENCE WITH E. POLLACK RE: 6TH OMNIBUS (.5); TELECONFERENCE WITH D. VALIS RE: SCUNI/CONAIR CLAIMS (.2); DRAFT REVISED 5TH CLAIM OBJECTION ORDER (.4); ANALYSIS RE: SYLVANIA PROPOSED STIPULATION (.5); EMAIL J. POST RE: SYLVANIA STIPULATION (.1); EMAILS E. POLLACK RE: DUPLICATE DIFFERENT DEBTOR CLAIMS (.2). |
| RAVIN AS | 03/02/06 | 0.10 | REVIEW CORRESPONDENCE FROM M. COMERFORD RE: ALLIED STATUS, REVIEW MEMO FROM J. LEAMY RE: SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/03/06 | 0.30 | REVIEW AND COMMENT ON MEMO TO T. PENNINGTON RE: WORKERS COMP OBJECTION (.1); TELECONFERENCE WITH C. JACKSON RE: BHBS LATE CLAIM ISSUES (.1); DRAFT MEMO TO B. THORNTON ET AL. RE: PLAINTIFF LISTS (.1). |
| EICHEL S | 03/03/06 | 0.50 | REVIEW SETOFF RIDER FOR OMNIBUS CLAIMS OBJECTION (.1); TELECONFERENCE WITH J. LEAMY RE: SETOFF ISSUES RE: OMNIBUS CLAIMS OBJECTION (.4). |
| LEAMY JM | 03/03/06 | 7.40 | ANALYSIS RE: RECLAMATION CLAIM OBJECTIONS (2.5); RE: ANALYSIS WHETHER MSP/SRP CLAIMS TO RECEIVE PRIORITY STATUS (2.2); DRAFT SPECIAL BAR DATE NOTICE (.5); PREPARE TASK LIST RE: SPECIAL BAR DATE (.5); REVIEW CLAIMS FOR 6TH CLAIM OBJECTION (1.2); EMAIL H. FOSTER RE: ALLIED (.2); EMAIL E. GORDON RE: CCE (.1); EMAIL S. EISELSEIN RE: CCE (.1); EMAIL A. SOLOCHECK RE: SYLVANIA (.1). |
| TURETSKY DM | 03/03/06 | 0.50 | TELECONFERENCES WITH DELIA OF THE CITY OF LABELLE RE: INQUIRY CONCERNING CLAIMS FILED BY CITY OF LABELLE (.3); RESEARCH RE: CLAIM FILED BY CITY OF LABELLE (.2). |
| GRAY RW | 03/04/06 | 0.10 | REVIEW LISTS FROM D. TETRICK AND B. THORNTON AND DRAFT MEMO TO K. LOGAN RE: PROCESSING LISTS (.1). |
| LEAMY JM | 03/05/06 | 1.40 | RESEARCH RE: MSP/SRP CLAIMS AND WHETHER CONTINUED TO PRIORITY STATUS (1.4). |
| HENRY S | 03/06/06 | 0.50 | TELECONFERENCE WITH R. GRAY RE: PENNINGTON CORRESPONDENCE (.1); REVIEW SAME IN PREPARATION FOR TELECONFERENCE AND MESSAGE TO PENNINGTON (.1); TELECONFERENCE WITH PENNINGTON AND M. FRANKS RE: CLAIM OBJECTION (WITH R. GRAY) (.2); FOLLOW UP TELECONFERENCE WITH R. GRAY RE: CLAIMS OBJECTION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            03/06/06        1.90    TELECONFERENCE WITH S. HENRY RE:
                                           LIBERTY MUTUAL ISSUES ON WORKERS
                                           COMPENSATION CLAIMS (.1);
                                           TELECONFERENCE WITH T. PENNINGTON, R.
                                           FRANKS AND S. HENRY RE: WORKERS
                                           COMPENSATION CLAIM ISSUES (.2);
                                           TELECONFERENCE WITH S. HENRY RE:
                                           CONTINUING HEARING (.1);
                                           TELECONFERENCES WITH J. LEAMY RE:
                                           SPECIAL BAR DATE ISSUES AND WORKERS
                                           COMPENSATION CLAIM EXHIBITS (.2);
                                           REVIEW 6TH CLAIMS OBJECTION,
                                           EXHIBITS, ORDER AND NOTICES (.7);
                                           REVIEW AND RESPOND TO MEMO RE: USE OF
                                           PROOF OF CLAIM FORM FOR SPECIAL BAR
                                           DATE NOTICE (.1); REVIEW PRIORITY
                                           CLAIM ISSUES AND MEMO RE: MSP/SRP
                                           (.3); REVIEW LITIGATION CLAIMS
                                           SETTLEMENT LOG (.1); REVIEW AND
                                           RESPOND TO MEMO FROM J. LEAMY RE:
                                           REFINING OBJECTION EXHIBITS (.1).

LEAMY JM           03/06/06        9.90    CONTINUE RESEARCH AND ANALYSIS RE:
                                           MSP/SRP CLAIMS STATUS (1.5); REVIEW
                                           A. RIPEPI RESPONSE TO 5TH CLAIM
                                           OBJECTION (.2); TELECONFERENCE WITH
                                           E. POLLACK RE: CLAIM OBJECTION (.2);
                                           TELECONFERENCE WITH K. LOGAN RE:
                                           SPECIAL BAR DATE NOTICE (.3);
                                           TELECONFERENCE WITH W. MESSINA RE:
                                           OBJECTION TO PREMIER COMMUNICATIONS
                                           CLAIM (.1); TELECONFERENCE E. POLLACK
                                           RE: CLAIM OBJECTION (.3);
                                           REVIEW/ANALYSIS 6TH OMNIBUS EXHIBITS
                                           AND CLAIMS IDENTIFIED FOR OBJECTION
                                           (3.3); EMAIL E. POLLACK RE: 6TH
                                           OMNIBUS EXHIBITS AND CLAIMS (.1);
                                           EMAIL K. LOGAN RE: SPECIAL BAR DATE
                                           (.1); EMAIL J. POST RE: SYLVANIA
                                           CLAIM (.1); DRAFT 6TH OMNIBUS CLAIM
                                           OBJECTION (3.0); ANALYZE SPECIAL BAR
                                           DATE MATTERS (.4); EMAILS TO WINN-
                                           DIXIE TEAM, COMMITTEE AND BANK
                                           COUNSEL RE: 6TH CLAIM OBJECTION (.2);
                                           EMAILS N. WHITTENBURG RE: CCE CLAIM
                                           (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          03/07/06          1.80   TELECONFERENCE WITH J. CASTLE, M.
                                          BYRUM, K. BRISTOR ET AL. RE: STRATEGY
                                          FOR IRS TAX CLAIMS (.5); REVIEW AND
                                          COMMENT ON SPECIAL BAR DATE NOTICE
                                          FORMS (.1); DRAFT MEMO TO S. BUSEY ET
                                          AL. RE: SPECIAL DATE NOTICE ISSUES
                                          (.3); DRAFT MEMO TO J. CASTLE RE:
                                          HANDLING OF LOUISIANA TAX CLAIMS
                                          (.2); REVIEW MEMO FROM J. CASTLE RE:
                                          LOUISIANA TAX CLAIMS (.1); EXCHANGE
                                          EMAILS AND TELECONFERENCE WITH J.
                                          LEAMY RE: CCE CLAIM AND CONTRACT
                                          ISSUES (.2); TELECONFERENCE WITH D.
                                          WEGMANN AT JONES WALKER RE: LOUISIANA
                                          TAX CLAIMS (.2); DRAFT FOLLOWUP MEMO
                                          TO D. WEGMAN RE: PLEADINGS (.1);
                                          REVIEW AND RESPOND TO MEMO FROM C.
                                          JACKSON RE: LATE FILE CLAIM POLICY
                                          AND COMMITTEE POSITION (.1).

EICHEL S         03/07/06          0.30   REVIEW EMAIL FROM J. LEAMY RE: REVIEW
                                          OF "NO LIABILITY" CLAIMS FOR OMNIBUS
                                          OBJECTION (.1); REVIEW EXHIBIT OF "NO
                                          LIABILITY" CLAIMS FOR OMNIBUS
                                          OBJECTION (.1); TELECONFERENCE WITH
                                          J. LEAMY RE: COMMENTS TO OMNIBUS
                                          OBJECTION CLAIMS EXHIBIT (.1).

LEAMY JM         03/07/06          3.10   PREPARE 6TH OMNIBUS CLAIM OBJECTION
                                          (1.3); EMAIL E. POLLACK RE: 6TH
                                          OMNIBUS CLAIM OBJECTION (.2); PREPARE
                                          SPECIAL BAR DATE NOTICE (.4);
                                          TELECONFERENCE WITH E. POLLACK AND D.
                                          YOUNG RE: CLAIMS MATTERS (.3);
                                          TELECONFERENCE WITH R. GRAY RE: LA.
                                          TAX CLAIM (.1); FINALIZE 6TH OMNIBUS
                                          FOR FILING WITH COURT (.7); EMAIL TO
                                          WINN-DIXIE TEAM RE: CCE CLAIM REQUEST
                                          (.1).

BAKER DJ         03/08/06          2.20   CONTINUE ANALYSIS OF RELATED TO
                                          CLAIMS IN CASE AND ORGANIZATION AND
                                          CLASSIFICATION OF SAME (2.2).

GRAY RW          03/08/06          0.70   REVIEW MEMO FROM E. POLLACK RE:
                                          PRIORITY/SECURED ISSUES ON MSP/SRP
                                          AND TELECONFERENCE WITH J. LEAMY RE:
                                          SAME (.1); REVIEW MEMOS FROM J.
                                          LEAMY, E. POLLACK AND J. CASTLE RE:
                                          CLAIM STATUS ISSUES AND DRAFT MEMO TO
                                          E. POLLACK RE: SAME (.2); DRAFT
                                          FOLLOWUP MEMO TO S. BUSEY ET AL. RE:
                                          SPECIAL BAR DATE FORMS FOR SECURITIES
                                          FRAUD CLAIMS (.1); EMAIL AND
                                          TELECONFERENCE WITH J. LEAMY RE:
                                          LOUISIANA TAX CLAIMS (.1); DRAFT
                                          FOLLOWUP MEMO TO T. PENNINGTON TO
                                          CLARIFY CONTINUANCE ON WORKERS COMP
                                          OBJECTION AND EMAIL EXCHANGE WITH C.
                                          JACKSON RE: AGENDA ITEM ON SAME (.2).

LEAMY JM         03/08/06          0.20   TELECONFERENCE WITH E. POLLACK RE:
                                          MSP CLAIMS (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/09/06 | 1.00 | CONTINUE REVIEW OF MEMORANDUM RELATING TO CLAIMS CLASSIFICATION (1.0). |
| GRAY RW | 03/09/06 | 0.10 | REVIEW NOTICE OF HEARING ON ARTESIA MEDICAL AND DRAFT MEMO TO J. CASTLE ET AL. RE: LATE CLAIM (.1). |
| LEAMY JM | 03/09/06 | 1.30 | WORK ON NOTICE OF SPECIAL BAR DATE (.4); COORDINATE SERVICE OF 4TH OMNIBUS CLAIM ORDER (.1); EMAIL J. CASTLE RE: MSP/SRP CLAIMS (.3); TELECONFERENCE WITH M. MARTINEZ RE: SPECIAL BAR DATE NOTICE (.1); REVISE NOTICE AND EMAIL M. MARTINEZ RE: SAME (.3); REVIEW N. WHITTENBURG EMAIL RE: CCE CLAIM (.1). |
| RAVIN AS | 03/09/06 | 0.10 | REVIEW MEMO FROM R. GRAY RE: ARTESIA MOTION FOR LATE FILED CLAIM, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.1). |
| LEAMY JM | 03/10/06 | 2.10 | TELECONFERENCE WITH E. POLLACK RE: CLAIM ORDERS (.2); TELECONFERENCE WITH E. POLLACK RE: CLAIM RECONCILIATIONS, UPCOMING OBJECTIONS (.7); TELECONFERENCES WITH M. BOGDANOWICZ RE: KSP CLAIM OBJECTION (.4); EMAIL E. POLLACK RE: NEXT CLAIM OBJECTION (.1); REVIEW RECENTLY ENTERED ORDERS DISPOSING OF CLAIMS (.2); TELECONFERENCE WITH D. CAPTEVILLE RE: OBJECTION TO HER CLAIM (.1); EMAILS WITH E. GORDON RE: CCE CLAIMS (.2); REVIEW J. CASTLE EMAILS RE: MSP/SRP CLAIMS (.1); REVIEW M. MARTINEZ EMAIL RE: SPECIAL BAR DATE SERVICE (.1). |
| RAVIN AS | 03/10/06 | 1.10 | TELECONFERENCE WITH M. BOGDONAVICH RE: CLAIMS QUESTION (.3); TELECONFERENCE WITH E. POLLACK RE: CLAIM FOR STORE 1857 (.1); REVIEW CORRESPONDENCE FROM MR. BREWER RE: STATUS OF CLAIM, DRAFT CORRESPONDENCE TO SAME RE: SAME (.5); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. LOGAN RE: CLAIM OF MR. BREWER (.1); DRAFT MEMO TO AND REVIEW MEMO FROM J. BAKER RE: CLAIM OF MR. BREWER (.1). |
| GRAY RW | 03/12/06 | 0.10 | DRAFT MEMO TO B. KICHLER RE: NOPP CLAIM ISSUE (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/13/06 | 1.00 | TELECONFERENCE WITH J. CASTLE, L. RODRIGUEZ, H. REILLY, E. POLLACK AND J. LEAMY RE: MSR PRIORITY CLAIM ISSUES (.8); TELECONFERENCE WITH K. LOGAN RE: CLAIMS RECONCILIATION STATUS (.1); REVIEW MEMOS FROM J. CASTLE AND H. REILLY RE: POTENTIAL PRIORITY CLAIMANTS (.1). |
| LEAMY JM | 03/13/06 | 1.50 | PREPARE FOR MSP/SRP TELECONFERENCE (.3); TELECONFERENCE WITH WINN-DIXIE TEAM, E. POLLACK AND R. GRAY RE: MSP/SRP CLAIMS (.8); EMAILS E. POLLACK, D. YOUNG RE: CLAIM RECONCILIATIONS (.4). |
| GRAY RW | 03/14/06 | 0.60 | EXCHANGE EMAILS WITH D. WEGMANN RE: LOUISIANA SUMMARY JUDGMENT PLEADINGS (.1); REVIEW AND RESPOND TO MEMO FROM H. REILLY RE: MSP/SRP CLAIMS, INCLUDING REVIEW OF CITED CLAIMS (.2); REVIEW MEMOS FROM B. GASTON AND J. CASTLE RE: REAL ESTATE CLAIMS, EXCHANGE EMAILS WITH J. LEAMY AND A. RAVIN RE: SAME AND DRAFT MEMO TO B. GASTON RE: SAME (.3). |
| LAMAINA KA | 03/14/06 | 0.70 | REVIEW MEMORANDUM ON CLAIMS DISALLOWED IN CASE (.3); PREPARE BENEFIT INFORMATION ON SAME FOR FILING WITH COURT (.4). |
| LEAMY JM | 03/14/06 | 5.30 | TELECONFERENCE WITH E. POLLACK RE: SPECIAL BAR DATE (.1); PREPARE NOTICE OF SPECIAL BAR DATE FOR FILING WITH COURT (.4); TELECONFERENCE WITH D. LESLIE RE: SPECIAL BAR DATE (.1); EMAIL A. SOLOCHEK RE: SYLVANIA (.1); TELECONFERENCE WITH E. POLLACK RE: UPCOMING OBJECTION (.7); REVIEW ISSUES RE: REAL ESTATE CLAIMS OBJECTIONS (.5); RESEARCH RE: ENTITLEMENT TO ATTORNEY FEES AS UNSECURED CLAIM (.6); REVIEW AND ANALYSIS OF SEVERAL CLAIMS REPORTS (2.8). |
| RAVIN AS | 03/14/06 | 0.20 | REVIEW MEMOS FROM R. GRAY AND J. LEAMY RE: ATTORNEYS FEES CLAIM ISSUES, REVIEW UNDERLYING E-MAILS RE: SAME, DRAFT MEMOS TO SAME RE: SAME (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/15/06 | 0.90 | EXCHANGE EMAILS WITH J. POST RE: TAX CLAIM TELECONFERENCE (.1); DRAFT FOLLOWUP MEMO TO TAX TEAM RE: PURPOSE OF TELECONFERENCE RE: CLAIMS TREATMENT (.2); EXCHANGE EMAILS WITH B. KICHLER RE: NEW ORLEANS PRIVATE PATROL (.1); TELECONFERENCE WITH D. TURETSKY RE: HANDLING CALLS FROM STOCKHOLDERS RE: SPECIAL BAR DATE (.1); REVIEW MEMOS FROM J. LEAMY RE: ATTORNEYS FEES AS PART OF LANDLORD CLAIMS (.1); REVIEW EMAILS FROM B. GASTON, J. CASTLE AND C. JACKSON RE: ARTESIA MEDICAL CLAIM AND DRAFT MEMO RE: LATE REJECTION CLAIM ISSUE (.2); REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: COMMUNICATIONS ON SPECIAL BAR DATE MAILING (.1). |
| EICHEL S | 03/15/06 | 0.40 | REVIEW EMAIL FROM J. LEAMY RE: STATUS OF VENDOR CLAIMS SUBJECT TO SETOFF FOR OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW EMAIL FROM R. ADKINS (COUNSEL TO SOUTHERN GOURMET) RE: RESOLVING GENERAL UNSECURED CLAIM (.1); DRAFT EMAIL TO A. LIU RE: RESOLVING CLAIM OF SOUTHERN GOURMET FOODS (.1); REVIEW EMAIL FROM A. LIU RE: ANALYSIS OF CLAIMS OF AD HOC RECLAMATION VENDOR COMMITTEE (.1). |
| LEAMY JM | 03/15/06 | 1.90 | TELECONFERENCE WITH E. LANE RE: SPECIAL BAR DATE NOTICE (.2); EMAIL K. LOGAN RE: CITIBANK SPECIAL BAR DATE INQUIRY (.1); ANALYSIS RE: ATTORNEY FEE CLAIMS (.5); DRAFT EMAIL TO E. POLLACK RE: SCHEDULED CLAIM ISSUE (.1); REVIEW AND COMMENT ON GEORGIA PACIFIC AGREEMENT (.8); EMAIL E. GORDON RE: GEORGIA PACIFIC AGREEMENT (.9); REVIEW EMAILS TO AND FROM M. MARTINEZ RE: SPECIAL BAR DATE NOTICE (.1). |
| RAVIN AS | 03/15/06 | 0.20 | REVIEW MEMO FROM J. LEAMY RE: ATTORNEYS FEES CLAIM ISSUES, REVIEW MEMOS FROM R. GRAY RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. JACKSON, B. GASTON, J. CASTLE AND OTHERS RE: ARTESIA CLAIM, REVIEW MEMO FROM R. GRAY RE: SAME (.1). |
| TURETSKY DM | 03/15/06 | 0.30 | TELECONFERENCES WITH R. GRAY RE: ISSUES CONCERNING SUPPLEMENTAL BAR DATE (.1); TELECONFERENCE TO J. DIAL (LEFT VOICEMAIL) RE: INQUIRY CONCERNING PROOF OF CLAIM (.1); TELECONFERENCE WITH R. CHURCHBAUM RE: INQUIRY CONCERNING PROOF OF CLAIM (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/16/06 | 1.10 | PRELIMINARY REVIEW OF LOUISIANA TAX CLAIM BACKGROUND INFORMATION (.1); DRAFT MEMO TO J. CASTLE ET AL. RE: INFORMATION FROM D. WEGMANN RE: LOUISIANA TAX CLAIMS (.1); TELECONFERENCE WITH J. CASTLE, K. LOGAN AND COMMUNICATIONS TEAM RE: SPECIAL BAR DATE MAILING (.4); TELECONFERENCES WITH J. LEAMY RE: CLAIM OBJECTION ISSUES (.2); DRAFT LANGUAGE FOR EMPLOYEE COMMUNICATIONS RE: SPECIAL BAR DATE (.3). |
| LEAMY JM | 03/16/06 | 2.50 | DRAFT AND REVISE 7TH CLAIM OBJECTION (2.5). |
| TURETSKY DM | 03/16/06 | 2.30 | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH LOUISIANA TAX DISPUTE (2.1); TELECONFERENCE WITH J. LEAMY RE: LOUISIANA TAX DISPUTE (.2). |
| GRAY RW | 03/17/06 | 0.40 | PRELIMINARY REVIEW OF FURTHER MATERIALS FROM D. WEGMANN RE: LOUISIANA TAX CLAIM AND DRAFT MEMO TO S. BUSEY ET AL. RE: SAME (.4). |
| LEAMY JM | 03/17/06 | 8.50 | TELECONFERENCE WITH E. POLLACK RE: 7TH CLAIM OBJECTION (.4); REVIEW 7TH OBJECTION EXHIBITS (2.0); REVIEW 7TH OBJECTION CLAIMS (1.5); TELECONFERENCE WITH E. GORDON RE: 7TH CLAIM OBJECTION (.3); TELECONFERENCE WITH E. POLLACK RE: 7TH CLAIM OBJECTION (.2); REVIEW AND ANALYSIS RE: RX SOLUTIONS RESPONSE TO CLAIM OBJECTION (.4); TELECONFERENCE WITH J. COUCH RE: RX SOLUTIONS RESPONSE TO 5TH CLAIM OBJECTION (.2); REVIEW T. PITTS RESPONSE TO CLAIM OBJECTION (.1); TELECONFERENCE WITH M. HIRSCH RE: T. PITTS RESPONSE (.2); DRAFT 7TH OBJECTION (3.0); TELECONFERENCE WITH M. BOGDANOVICZ RE: KITE PROPERTIES CLAIM OBJECTION (.2). |
| TURETSKY DM | 03/17/06 | 0.70 | RESEARCH AND ANALYSIS RE: ISSUES CONCERNING OBJECTION TO LOUISIANA TAX CLAIM (.7). |
| TURETSKY DM | 03/18/06 | 0.60 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING OBJECTION TO LOUISIANA TAX CLAIM (.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 03/20/06 | 4.90 | REVIEW 7TH OMNIBUS OBJECTION, ORDER, NOTICE AND EXHIBITS (.7); TELECONFERENCE WITH J. LEAMY RE: COMMENTS ON 7TH OMNIBUS DOCUMENTS (.1); REVIEW LOUISIANA TAX CLAIM SUMMARY AND EXTENSIVE SUMMARY JUDGMENT FILES IN PREPARATION FOR TELECONFERENCE RE: OBJECTION STRATEGY (3.2); DRAFT MEMO TO J. LAMBERT ET AL. RE: PROPOSED SECURED CLAIM TREATMENT (.2); TELECONFERENCE WITH J. POST, R. DANSI, J. LAMBERT ET AL. RE: SECURED TAX CLAIM TREATMENT ISSUES (.4); TELECONFERENCE WITH H. ETLIN RE: CLAIM OBJECTION ISSUES (.1); TELECONFERENCE WITH J. LEAMY RE: EMPLOYEE PRIORITY (.1); REVIEW LOGAN WEEKLY CLAIMS STATUS REPORT (.1). |
| EICHEL S | 03/20/06 | 0.80 | DRAFT EMAIL TO A. LIU RE: REVIEW OF AMROC'S UNSECURED CLAIMS (.1); REVIEW AND REVISE 11TH OMNIBUS OBJECTION TO CLAIMS (INCLUDING EXHIBITS) AND ACCOMPANYING ORDER (.6); REVIEW EMAIL FROM A. LIU RE: STATUS OF AMROC'S CLAIMS AND RESPOND TO SAME (.1). |
| LEAMY JM | 03/20/06 | 9.10 | REVISIONS TO 7TH CLAIM OBJECTION AND EXHIBIT THERETO (5.1); EMAILS D. YOUNG RE: SAME (.4); TELECONFERENCES WITH E. POLLACK RE: DRAFT 7TH CLAIM OBJECTION (.4); TELECONFERENCE WITH R. GRAY RE: 7TH CLAIM OBJECTION (.1); TELECONFERENCE WITH S. EICHEL RE: 7TH CLAIM OBJECTION (.1); TELECONFERENCE WITH M. BOGDANOWICZ RE: KRG CLAIM (.1); TELECONFERENCE B. GILBERT RE: OBJECTION TO CARLTON FIELDS CLAIM (.2); REVIEW C. FIELDS CLAIM (.1); TELECONFERENCE WITH B. GASTON RE: 7TH CLAIM OBJECTION (.6); TELECONFERENCE E. POLLACK RE: 7TH CLAIM OBJECTION (.8); EMAIL E. POLLACK RE: SAME (.2); DRAFT SYLVANIA STIPULATION, MOTION AND ORDER (.9); EMAIL A. SOLOCHEK RE: SYLVANIA STIPULATION (.1). |
| TURETSKY DM | 03/20/06 | 7.10 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING OBJECTION TO LOUISIANA TAX CLAIM (7.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW           03/21/06        2.20    TELECONFERENCE WITH J. POST AND D.
                                          TURETSKY RE: LOUISIANA TAX CLAIM
                                          OBJECTION (.2); REVIEW MEMOS RE:
                                          HANDLING ADMINISTRATIVE CLAIMS AS
                                          PART OF PROOF OF CLAIM (.1); DRAFT
                                          MEMO TO J. POST RE: ADMINISTRATIVE
                                          CLAIM ISSUE (.1); REVIEW VOICEMAIL
                                          FROM J. POST AND DRAFT MEMO TO J.
                                          LEAMY RE: HANDLING ADMINISTRATIVE
                                          CLAIM ISSUE (.3); TELECONFERENCE WITH
                                          S. BUSEY, J. POST AND D. TURETSKY RE:
                                          LOUISIANA TAX CLAIMS AND RELATED
                                          ISSUES (.5); DRAFT MEMO TO D. WEGMANN
                                          RE: PROPOSED TELECONFERENCE ON
                                          LOUISIANA TAX CLAIMS (.1); ADDRESS
                                          ISSUE RE: CARLTON FIELDS CLAIM (.1);
                                          REVIEW AND RESPOND TO MEMO RE:
                                          LIBERTY MUTUAL CONTINUANCE ON WORKERS
                                          COMP AND FOLLOWUP RE: REVISED ORDER
                                          (.1); REVIEW SYLVANIA STIPULATION AND
                                          PROVIDE COMMENTS TO J. LEAMY (.2);
                                          REVIEW MEMO FROM J. CASTLE RE: IRS
                                          WAIVER (.1); EXCHANGE EMAILS AND
                                          TELECONFERENCE WITH K. BRISTOR RE:
                                          IRS WAIVER (.1); DRAFT REPLY TO J.
                                          CASTLE ET AL. (.3).

LEAMY JM          03/21/06        5.00    ANALYSIS RE: CARLTON FIELDS CLAIM
                                          (.4); REVIEW AND COMMENT ON PROPOSAL
                                          FOR TREATMENT OF CERTAIN
                                          ADMINISTRATIVE CLAIMS (.5);
                                          TELECONFERENCE WITH J. POST RE: CLAIM
                                          TREATMENT (.2); EMAIL TO B. GASTON
                                          RE: CLAIM TREATMENT (.2); EMAIL TO E.
                                          LANE RE: SYLVANIA CLAIM (.1); SEVERAL
                                          EMAILS WITH E. POLLACK RE: CLAIM
                                          MATTERS (.4); EMAIL TO M. BOGDANOWICZ
                                          RE: KRG CLAIM (.1); TELECONFERENCE
                                          WITH E. GORDON AND E. POLLACK RE:
                                          CLAIM REVIEW PROCESS (.8); EMAIL TO
                                          COMMITTEE RE: 7TH CLAIM OBJECTION
                                          (.1); COMPLETE AND FINALIZE 7TH CLAIM
                                          OBJECTION FOR FILING (2.2).

RAVIN AS          03/21/06        0.10    REVIEW MULTIPLE CORRESPONDENCE FROM
                                          B. GASTON RE: CLAIM 801, REVIEW
                                          CORRESPONDENCE FROM E. POLLACK RE:
                                          SAME, DRAFT MEMOS TO R. GRAY RE:
                                          SAME, REVIEW MEMOS FROM J. LEAMY RE:
                                          SAME (.1).

TURETSKY DM       03/21/06        7.00    TELECONFERENCE WITH R. GRAY AND J.
                                          POST RE: ISSUES CONCERNING OBJECTION
                                          TO LOUISIANA TAX CLAIM (.2); FURTHER
                                          TELECONFERENCE WITH R. GRAY, J. POST,
                                          AND S. BUSEY RE: ISSUES CONCERNING
                                          LOUISIANA TAX OBJECTION (.5);
                                          RESEARCH RE: LOUISIANA TAX OBJECTION
                                          (6.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/22/06 | 0.50 | DRAFT MEMO TO D. WEGMANN ET AL. RE: FRIDAY TELECONFERENCE (.1); TELECONFERENCE WITH J. LEAMY RE: DEBTOR RECLASS ISSUES (.1); REVIEW AND COMMENT ON REVISED ORDER FOR 5TH OMNIBUS OBJECTION (.1); REVIEW AND COMMENT ON SYLVANIA STIPULATION (.1); FURTHER TELECONFERENCE WITH J. LEAMY RE: SYLVANIA STIPULATION (.1). |
| LEAMY JM | 03/22/06 | 3.90 | TELECONFERENCE WITH E. POLLACK RE: CLAIMS MATTERS (.3); REVISE 5TH OMNIBUS ORDER FOR HEARING (1.0); TELECONFERENCE WITH B. GRIGGS RE: OBJECTION TO SOUTHERN HEALTH CLAIM (.1); EMAILS J. POST, T. PENNINGTON RE: 5TH CLAIM OBJECTION (.5); EMAIL B. GILBERT RE: WITHDRAWAL OF OBJECTION TO CARLTON FIELDS CLAIM (.2); EMAIL M. BOGDANOWICZ RE: OBJECTION TO KRG CLAIM (.1); EMAILS D. YOUNG, E. POLLACK RE: CLAIM RECONCILIATION MATTERS (.3); FURTHER ANALYSIS RE: MSP CLAIM TREATMENT (.5); ANALYSIS RE: SYLVANIA CLAIM (.4); TELECONFERENCE WITH D. YOUNG AND E. POLLACK RE: CLAIM RECONCILIATION MATTERS (.5). |
| RAVIN AS | 03/22/06 | 0.10 | REVIEW CORRESPONDENCE FROM B. GASTON RE: ARTESIA CLAIM (.1). |
| GRAY RW | 03/23/06 | 0.20 | REVIEW AND RESPOND TO MEMO FROM K. BRISTOR RE: TAX ISSUES (.1); REVIEW UPDATE MEMO FROM J. O'CONNELL RE: EXIT FINANCING (.1). |
| LEAMY JM | 03/23/06 | 0.60 | EMAIL FROM B. GRIGGS RE: OBJECTION TO SOUTHERN HEALTH CLAIM (.1); EMAIL D. YOUNG RE: SOUTHERN HEALTH CLAIM (.1); EMAIL J. HINKEL RE: REQUEST TO WITHDRAW WEBB CLAIM (.2); EMAIL D. YOUNG RE: SYLVANIA CLAIM (.1); EMAIL FROM R. DESHONG RE: SCUNCI CLAIM (.1). |
| GRAY RW | 03/24/06 | 1.80 | TELECONFERENCE WITH D. WEGMANN, B. BACKMAN, J. CASTLE, S. BUSEY, J. POST AND D. TURETSKY RE: LOUISIANA TAX CLAIM STRATEGY (1.0); REVIEW GEORGIA RESPONSE TO OMNIBUS OBJECTION AND COORDINATE RE: HANDLING (.1); REVIEW CLAIMS REPORT FROM E. GORDON (.1); TELECONFERENCE WITH J. POST AND D. TURETSKY RE: FORM OF OBJECTION TO LOUISIANA TAX CLAIMS (.3); REVIEW STIPULATION RE: BOWDOIN CLAIMS AND PROVIDE COMMENTS TO L. PRENDERGAST (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/24/06 | 3.60 | TELECONFERENCE WITH D. FARRELL RE: OBJECTION TO BUNGE CLAIM (.1); EMAILS D. FARRELL RE: BUNGE CLAIM (.1); TELECONFERENCE WITH R. FELT RE: BLVD TIRE CENTER CLAIM OBJECTION (.1); TELECONFERENCE WITH N. SWEENEY RE: FARMLAND DAIRES CLAIM OBJECTION (.1); EMAIL D. YOUNG RE: FARMLAND DAIRES CLAIM (.1); REVIEW GA. RESPONSE TO 6TH CLAIM OBJECTION (.2); EMAIL TO WINN-DIXIE RE: 6TH CLAIM OBJECTIVE (.2); REVIEW SEVERAL WINN-DIXIE EMAILS RE: 6TH CLAIM OBJECTION (.3); EMAIL M. BOGDANOWICZ RE: KRG CLAIM OBJECTION (.2); PREPARE SYLVANIA STIPULATION AND EMAIL TO WINN-DIXIE RE: KRG OBJECTION (.9); SEVERAL EMAILS E. POLLACK RE: CLAIM ISSUES (.5); TELECONFERENCES WITH E. POLLACK RE: CLAIMS (.4); WORK ON STRATEGY RE: 8TH OBJECTION (.5). |
| TURETSKY DM | 03/24/06 | 3.30 | TELECONFERENCE WITH D. WEGGMAN, B. BACKSTROM, S. BUSEY, J. POST, J. CASTLE, AND R. GRAY RE: ISSUES CONCERNING LOUISIANA TAX CLAIM (1.0); ADDITIONAL TELECONFERENCE WITH R. GRAY AND J. POST RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.3); ADDITIONAL TELECONFERENCE WITH J. POST RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.1); ADDITIONAL RESEARCH AND ANALYSIS RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (1.9). |
| LEAMY JM | 03/25/06 | 1.50 | REVIEW AND COMMENT ON PROPOSED 8TH OMNIBUS OBJECTION EXHIBITS (1.5). |
| TURETSKY DM | 03/25/06 | 2.70 | FURTHER RESEARCH RE: ISSUES CONCERNING LOUISIANA TAX CLAIM (2.7). |
| LEAMY JM | 03/26/06 | 0.10 | EMAILS E. POLLACK RE: 7TH CLAIM OBJECTION (.1). |
| TURETSKY DM | 03/26/06 | 1.60 | CONTINUE RESEARCH RE: ISSUES CONCERNING LOUISIANA TAX CLAIM (1.6). |
| GRAY RW | 03/27/06 | 0.80 | TELECONFERENCE WITH R. DOBY RE: PLAINTIFF LAWSUIT ISSUES (.1); REVIEW LOGAN REPORT ON MULTIPLE DEBTOR CLAIMS AND DRAFT MEMO WITH ISSUES FOR CLARIFICATION (.4); REVIEW PFIZER LETTER AND PROOFS OF CLAIM (.1); REVIEW HALLMARK PROOFS OF CLAIM (.1); BEGIN LETTER TO R. DOBY (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/27/06 | 4.40 | REVIEW W. BORGES LETTER RE: PFIZER CLAIM (.1); EMAILS D. YOUNG RE: PFIZER CLAIM STATUS (.2); TELECONFERENCE WITH E. POLLACK RE: 8TH OBJECTION (.1); TELECONFERENCE COLGIN CO. RE: CLAIM OBJECTION (.1); EMAIL D. YOUNG RE: SAME (.1); TELECONFERENCE WITH E. POLLACK RE: 8TH OBJECTION (.5); TELECONFERENCE WITH D. LANDIS RE: OBJECTION TO HEALTHCARE CONSULTING CLAIM (.1); TELECONFERENCE WITH M. BOGDANOWICZ RE: KRG WATERFORD CLAIM (.2); REVIEW ARONOV MANAGEMENT RESPONSE TO 6TH CLAIM OBJECTION (.2); EMAIL B. GASTON RE: ARONOV RESPONSE (.1); EMAILS WITH K. NEIL AND B. GASTON RE: KRG CLAIM (.2); FURTHER REVIEW AND ANALYSIS RE: PROPOSED CLAIMS FOR 8TH OMNIBUS OBJECTION (2.5). |
| TURETSKY DM | 03/27/06 | 7.00 | CONTINUE RESEARCH RE: ISSUES CONCERNING LOUISIANA TAX CLAIM (1.4); DRAFT OBJECTION TO LOUISIANA TAX CLAIM (5.6). |
| BAKER DJ | 03/28/06 | 0.30 | TELECONFERENCE WITH R. GRAY RE: CLAIM OBJECTION PROCEDURES (.1); TELECONFERENCE WITH J. CASTLE, R. GRAY, K. ROMEO, AND J. POST RE: SETTLEMENT PROCEDURES (.2). |
| GRAY RW | 03/28/06 | 2.60 | REVIEW OBJECTION EXHIBIT FOR 8TH OMNIBUS AND PROVIDE COMMENTS (.6); DRAFT MEMO TO S. EICHEL RE: VENDOR CLAIMS ON OBJECTION EXHIBIT (.1); DRAFT MEMO TO C. JACKSON RE: LANDLORD ATTORNEYS FEES AS PART OF CLAIMS (.1); DRAFT MEMO TO J. BAKER AND S. HENRY RE: SUB CON / RECEIVABLES NETTING AND REVIEW REPLIES (.3); REVIEW MSP/SRP COMMUNICATION FROM CLAIMANT AND DRAFT MEMO TO J. BAKER RE: SAME (.1); EXCHANGE EMAILS WITH K. LOGAN RE: RESPONDING TO CALLS FROM MSP/SRP PARTICIPANTS RESULTING FROM COMMUNICATION (.1); TELECONFERENCE WITH J. POST RE: CHANGE IN LITIGATION PROCEDURES (.2); TELECONFERENCE WITH J. BAKER RE: CHANGE IN LITIGATION PROCEDURES (.1); REVIEW FINAL LOGAN REPORT ON GUARANTEES (.4); DRAFT MEMO TO CLIENT AND ADVISORS RE: GUARANTEES (.2); TELECONFERENCE WITH J. CASTLE, K. ROMEO, J. POST, AND J. BAKER RE: CHANGE TO LITIGATION SETTLEMENT PROCEDURES (.2); REVIEW MEMOS FROM J. CASTLE ET AL. RE: GEORGIA TAX CLAIM OBJECTION AND EVIDENCE OF PAYMENT (.1); DRAFT MEMO RE: J. LEAMY TO CONTACT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/28/06 | 2.10 | TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON CLAIM (.2); TELECONFERENCE WITH M. FRIED RE: INTERPLAST CLAIM OBJECTION (.1); TELECONFERENCE WITH L. HARVEY RE: DISPLACED SPECIALTIES CLAIM (.1); EMAIL D. YOUNG RE: SAME (.1); TELECONFERENCE WITH J. SAXON RE: ASKER DISTRIBUTORS CLAIM OBJECTION (.1); TELECONFERENCE WITH M. MANNER RE: BUMBLE BEE CLAIM OBJECTION (.3); ANALYSIS RE: SEVERAL ISSUES RE: CLAIMS FOR 8TH OMNIBUS OBJECTION (1.0); EMAIL E. GORDON RE: PROPOSED 8TH OMNIBUS CLAIMS (.2). |
| TURETSKY DM | 03/28/06 | 1.00 | CONTINUE DRAFTING OBJECTION TO LOUISIANA TAX CLAIM (.9); E-MAIL TO R. GRAY RE: LOUISIANA TAX OBJECTION (.1). |
| GRAY RW | 03/29/06 | 4.70 | REVIEW OBJECTION TO LOUISIANA TAX CLAIMS (.6); TELECONFERENCE WITH D. TURETSKY RE: COMMENTS ON OBJECTION (.1); DRAFT MEMO TO LOGAN RE: REC SHEETS FOR LOUISIANA TAX CLAIMS (.1); REVIEW AND COMMENT ON REVISED LOUISIANA OBJECTION (.3); REVIEW 17 PROOFS OF CLAIM FILED BY STATE OF LOUISIANA (.6); REVIEW LOGAN REC SHEETS ON PROOFS OF CLAIM TO DETERMINE WHETHER TO INCLUDE IN OBJECTION (.8); DRAFT MEMO TO D. TURETSKY AND J. LEAMY RE: OBJECTION ISSUES (.1); TELECONFERENCE WITH D. TURETSKY RE: LOUISIANA TAX CLAIM ISSUES (.1); REVIEW MEMO RE: REAL ESTATE CLAIMS AND TELECONFERENCE WITH J. LEAMY RE: OBJECTION (.1); EXCHANGE EMAILS WITH K. LOGAN RE: REAL ESTATE CLAIMS (.1); TELECONFERENCE WITH K. LOGAN RE: CLAIMS OBJECTION ISSUES (.3); TELECONFERENCE WITH D. WEGMANN AND D. TURETSKY RE: EXPERT WITNESS CLAIMS (.2); FURTHER REVIEW/ANALYSIS OF SECURED CLAIM ISSUES (.9); REVIEW AND COMMENT ON FURTHER REVISED LOUISIANA OBJECTION (.2); REVIEW MEMOS FROM L. PRENDERGAST AND K. ROMEO RE: CASH PAYMENT INCREASE, EXCHANGE EMAILS TO K. ROMEO RE: CLARIFICATION AND DRAFT MEMOS TO J. BAKER RE: COMMITTEE FOLLOWUP (.2). |
| EICHEL S | 03/29/06 | 1.10 | REVIEW EMAIL FROM R. GRAY RE: CLAIMS OBJECTIONS (.1); REVIEW EXHIBIT OF CLAIMS OBJECTIONS FOR THOSE VENDORS WHOSE CONTRACTS ARE BEING NEGOTIATED (.9); TELECONFERENCE WITH R. GRAY RE: SUMMARY OF ANALYSIS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/29/06 | 0.50 | TELECONFERENCE WITH HARRIS TRANSPORT RE: CLAIM OBJECTION (.2); TELECONFERENCE WITH C. RENAUDIN RE: PELICAN ICE CLAIM OBJECTION (.1); TELECONFERENCE WITH D. DUNGAN RE: HIMMEL CLAIM OBJECTION (.1); EMAILS B. GRIGGS RE: SOUTHERN HEALTH CLAIM (.1). |
| TURETSKY DM | 03/29/06 | 6.10 | CONTINUE DRAFTING OBJECTION TO LOUISIANA TAX CLAIM (2.2); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (3.3); TELECONFERENCES WITH R. GRAY RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.2); TELECONFERENCE WITH R. GRAY AND D. WEGGMAN RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.2); E-MAIL TO J. CASTLE RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.2). |
| GRAY RW | 03/30/06 | 1.50 | ANALYZE LOGAN ISSUES RE: CLAIMS PROCESS, INCLUDING EMAIL EXCHANGE WITH K. LOGAN AND J. BAKER (.5); TELECONFERENCES WITH K. LOGAN RE: PROPOSED EMAIL (.2); REVIEW MEMOS FROM J. CASTLE AND J. LAMMERT RE: STATUS OF TAX CLAIM WORK AND FORWARD SAME TO SH&B (.1); REVIEW AND COMMENT ON MOTION TO AMEND CLAIMS RESOLUTION PROCEDURES AND RELATED FILINGS (.4); REVIEW MEMOS FROM J. BAKER AND J. CASTLE AND EXCHANGE EMAILS WITH K. WARD RE: COMMITTEE POSITION ON INCREASED CASH BUCKET (.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: PFIZER/WARNER LAMBERT ISSUES (.2). |
| LEAMY JM | 03/30/06 | 1.40 | TELECONFERENCE WITH D. YOUNG RE: SOUTHERN HEALTH OBJECTION (.2); TELECONFERENCE WITH H&C SEAFOOD RE: CLAIM OBJECTION (.1); EMAILS D. YOUNG RE: INQUIRES ON 7TH CLAIM OBJECTION (.4); TELECONFERENCE WITH E. POLLACK RE: STATUS OF VARIOUS CLAIMS (.3); TELECONFERENCE WITH E. POLLACK RE: 8TH CLAIM OBJECTION (.2); EMAILS E. CROCKER RE: CLAIM INQUIRY (.1); EMAIL T. PENNINGTON RE: LIBERTY MUTUAL (.1). |
| TURETSKY DM | 03/30/06 | 0.70 | E-MAIL TO S. BUSEY, J. POST, D. WEGGMAN, B. BACKSTROM, AND J. CASTLE RE: LOUISIANA TAX CLAIM OBJECTION (.3); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/31/06 | 2.70 | FURTHER REVIEW PFIZER/WARNER LAMBERT ISSUES (.2); DRAFT MEMO TO J. BAKER AND S. HENRY RE: HANDLING DEBTOR RECLASS ISSUE (.8); REVIEW REPLY FROM J. BAKER RE: DEBTOR RECLASS ISSUE AND BEGIN FOLLOWUP (.1); REVIEW MEMO FROM E. GORDON RE: CLAIMS OBJECTION RESPONSE CALL AND COORDINATE WITH J. LEAMY (.1); REVIEW IRS SECURED CLAIM ISSUES (.4); REVIEW DEBTOR RECLASS REPORTS AND ISSUES (.4); TELECONFERENCE WITH K. LOGAN RE: DEBTOR RECLASS ISSUES AND NEED FOR ADDITIONAL REPORT (.4); EXCHANGE VOICEMAILS WITH A. BARAGONA RE: IRS SECURED AMOUNT (.1); EXCHANGE EMAILS WITH E. POLLACK RE: HANDLING SECURED COMPONENT OF IRS CLAIM (.1); REVIEW MEMO FROM D. WEGMANN RE: LOUISIANA TAX CLAIM OBJECTION AND COMMUNICATE WITH D. TURETSKY RE: HANDLING (.1). |
| LEAMY JM | 03/31/06 | 5.20 | REVIEW J. HINKEL EMAIL RE: WITHDRAWAL OF WEBB CLAIM (.1); TELECONFERENCE WITH W. BORGES RE: PFIZER CLAIM INQUIRY (.2); ANALYSIS RE: PFIZER CLAIM (.2); TELECONFERENCE M. GANNON RE: BUMBLEBEE CLAIM (.1); TELECONFERENCE WITH E. SCROGGS RE: CLECO CLAIM (.2); TELECONFERENCE WITH B. FEARS RE: GA. DEPT OF REVENUE CLAIM OBJECTION (.2); EMAIL B. FEARS RE: GA. DEPT OF REVENUE CLAIM OBJECTION (.1); TELECONFERENCES WITH E. POLLACK RE: 8TH CLAIM OBJECTION (.3); TELECONFERENCE WITH T. WHALEN RE: JM PALMER CLAIM OBJECTION (.1); EMAILS T. WHALEN RE: PALMER OBJECTION (.2); EMAIL B. GASTON RE: LANDLORD CLAIM RESPONSE (.2); EMAILS J. CASTLE RE: GA TAX CLAIM RESPONSE (.2); ANALYSIS RE: RECLAMATION CLAIM REDUCTIONS FOR 8TH OMNIBUS OBJECTION (1.2); EMAILS A. LIU AND E. GORDON RE: CLAIM REDIRECTIONS (.3); REVIEW E. GORDON EMAIL RE: CCE CLAIM (.1); DRAFT 8TH OMNIBUS OBJECTION (1.4); EMAIL A. MURSE RE: SOUTHERN HEALTH CLAIM (.1). |
| TURETSKY DM | 03/31/06 | 0.10 | E-MAIL TO J. CASTLE, S. BUSEY, J. POST, D. WEGGMAN RE: ISSUES CONCERNING LOUISIANA TAX CLAIM OBJECTION (.1). |
| **MATTER TOTAL** | | **176.90** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 04/05/06
Claims Admin. (Reclamation/Trust Funds)                           Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 03/01/06 | 0.70 | REVIEW FALCON FARMS REVISED RECLAMATION ANALYSIS (.1); DRAFT EMAIL TO A. LIU RE: FALCON FARMS REVISED RECLAMATION ANALYSIS (.1); REVIEW EMAILS RE: NOVARTIS OPTING INTO TRADE LIEN PROGRAM (.2); DRAFT EMAIL TO A. LIU RE: NOVARTIS OPTING INTO TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH A. LIU RE: NOVARTIS TRADE TERMS IN CONNECTION WITH RESOLVING OUTSTANDING ISSUES SO NOVARTIS CAN OPT INTO TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM A. LIU RE: EXECUTED CCBC MEMO OF AGREED TERMS OPTING CCBC INTO TRADE LIEN PROGRAM (.1). |
| EICHEL S | 03/02/06 | 2.60 | DRAFT EMAIL TO A. LIU RE: RECONCILIATION OF FALCON FARMS RECLAMATION CLAIM (.1); TELECONFERENCES WITH A. LIU RE: RECONCILIATION OF FALCON FARMS RECLAMATION CLAIM AND CONSUMPTION ANALYSIS OF FLORAL PRODUCTS (1.1); TELECONFERENCE WITH A. LIU AND A. SPIZZ RE: RECONCILIATION OF FALCON FARMS RECLAMATION CLAIM (.2); REVIEW CONSUMPTION ANALYSIS OF FLORAL PRODUCTS (.4); DRAFT EMAIL TO A. LIU RE: FLORAL CONSUMPTION ANALYSIS TO BE SENT TO A. SPIZZ (COUNSEL TO FALCON FARMS) (.1); REVIEW EMAIL FROM A. LIU TO A. SPIZZ RE: CONSUMPTION ANALYSIS IN CONNECTION WITH RESOLVING CLAIM OF FALCON FARMS (.1); TELECONFERENCE WITH A. LIU RE: FLORAL CONSUMPTION ANALYSIS IN CONNECTION WITH RESOLVING CLAIM OF FALCON FARMS (.2); REVIEW EMAIL FROM A. LIU TO A. SPIZZ RE: FLORAL CONSUMPTION RATE (.1); REVIEW EMAIL FROM A. WILLIAMS (COUNSEL TO CCBC) RE: PAYMENT TO DEBTOR IN CONNECTION WITH RESOLUTION OF RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU TO A. WILLIAMS RE: WIRING INSTRUCTIONS FOR CCBC TO MAKE PAYMENT (.1); REVIEW EMAIL FROM A. SPIZZ RE: CONSUMPTION ANALYSIS IN CONNECTION WITH RESOLVING CLAIM OF FALCON FARMS (.1). |
| EICHEL S | 03/03/06 | 0.10 | TELECONFERENCE WITH L. MANDEL RE: HP HOOD STIPULATION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            03/06/06        0.80    DRAFT EMAIL TO A. LIU RE: NOVARTIS
                                            RECLAMATION CLAIM (.1); DRAFT EMAIL
                                            TO A. LIU RE: RESOLVING FALCON FARMS
                                            RECLAMATION CLAIM (.1); REVIEW EMAIL
                                            FROM A. LIU RE: STATUS OF NOVARTIS
                                            RECLAMATION CLAIM (.1); RESPOND TO A.
                                            LIU'S EMAIL RE: NOVARTIS RECLAMATION
                                            CLAIM (.1); DRAFT EMAIL TO E. GORDON
                                            AND A. LIU RE: LIST OF OUTSTANDING
                                            RECLAMATION CLAIMS IN ORDER TO DRAFT
                                            MOTION TO RESOLVE RECLAMATION CLAIMS
                                            (.2); TELECONFERENCE WITH A. LIU AND
                                            A. SPIZZ (COUNSEL TO FALCON FARMS)
                                            RE: RESOLUTION OF RECLAMATION CLAIM
                                            OF FALCON FARMS (.2).

EICHEL S            03/07/06        0.10    REVIEW EMAIL FROM A. LIU RE: NOVARTIS
                                            CREDIT CEILING IN CONNECTION WITH
                                            NOVARTIS OPTING INTO TRADE LIEN
                                            PROGRAM (.1).

EICHEL S            03/08/06        1.10    TELECONFERENCE WITH A. LIU RE:
                                            RESOLVING CLAIMS OF FALCON FARMS
                                            (.2); TELECONFERENCE WITH A. SPIZZ
                                            RE: POTENTIAL SETTLEMENT OF FALCON
                                            FARMS RECLAMATION CLAIM (.2);
                                            TELECONFERENCE WITH A. LIU RE:
                                            POTENTIAL SETTLEMENT OF FALCON FARMS
                                            RECLAMATION CLAIM AND SMITHFIELD
                                            RECLAMATION CLAIM (.2); DRAFT EMAIL
                                            TO E. GORDON RE: LIST OF RECLAMATION
                                            VENDORS FOR MOTION TO RESOLVE
                                            RECLAMATION CLAIMS (.1);
                                            TELECONFERENCE WITH A. SPIZZ RE:
                                            RESOLUTION OF FALCON FARMS CLAIM
                                            (.2); TELECONFERENCE WITH A. LIU RE:
                                            SETTLEMENT OF FALCON FARMS' CLAIM
                                            (.1); REVIEW EMAIL FROM A. LIU RE:
                                            RESOLUTION OF FALCON FARMS
                                            RECLAMATION CLAIM (.1).

EICHEL S            03/09/06        0.70    TELECONFERENCE WITH B. KICHLER RE:
                                            STATUS OF OUTSTANDING VENDOR
                                            CONTRACTS (.2); DRAFT EMAIL TO A. LIU
                                            RE: FALCON FARMS SETTLEMENT (.1);
                                            REVIEW EMAILS FROM A. LIU RE: RETURN
                                            OF CCBC DEPOSIT (.1); REVIEW EMAIL
                                            FROM E. GORDON RE: CCBC (.1);
                                            TELECONFERENCE WITH A. LIU RE:
                                            RECONCILIATION OF FALCON FARMS
                                            RECLAMATION CLAIM (.1); REVIEW EMAILS
                                            FROM A. LIU RE: RETURN OF CCBC
                                            DEPOSIT (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/10/06 | 1.30 | REVIEW EMAIL FROM A. LIU RE: RESOLUTION OF FALCON FARMS RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU WITH MY COMMENTS TO LETTER RESOLVING FALCON FARMS RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: STATUS OF RECLAMATION CLAIMS (.1); ANALYZE SUMMARY OF OUTSTANDING RECLAMATION CLAIMS IN CONNECTION WITH MOTION TO RESOLVE THESE CLAIMS (.2); TELECONFERENCE WITH A. LIU RE: RESOLUTION OF FALCON FARMS CLAIM AND RESOLUTION OF OUTSTANDING RECLAMATION CLAIMS (.2); REVIEW EMAIL FROM A. SPIZZ RE: REQUEST FOR COURT ORDER OF FALCON FARMS RECLAMATION CLAIM (.1); TELECONFERENCE WITH A. SPIZZ RE: RESOLVING RECLAMATION CLAIM BY LETTER AGREEMENT (.2); DRAFT EMAIL TO A. LIU RE: RESOLVING FALCON FARMS RECLAMATION CLAIM BY LETTER AGREEMENT (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF NOVARTIS OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM A. LIU RE: NOVARTIS OPTING INTO TRADE LIEN PROGRAM AND RESPOND TO SAME (.1). |
| HENRY S | 03/11/06 | 0.80 | REVIEW PROPOSED CORRESPONDENCE TO NON-SETTLING RECLAMATION CREDITORS AND COMMENT ON THAT (.8). |
| EICHEL S | 03/11/06 | 0.80 | REVIEW EMAIL FROM E. GORDON RE: PROPOSED EMAIL TO RECLAMATION CLAIMANTS TO RESOLVE RECLAMATION CLAIMS BEFORE FILE AN OBJECTION TO RESOLVE CLAIMS (.2); REVIEW RECLAMATION TRADE LIEN STIPULATION IN CONNECTION WITH REVISING PROPOSED EMAIL TO RECLAMATION VENDORS IN CONNECTION WITH RESOLVING THEIR RECLAMATION CLAIMS (.1); REVIEW AND REVISE PROPOSED EMAIL TO RECLAIMATION VENDORS IN CONNECTION WITH RESIDUING (.3); DRAFT EMAIL TO E. GORDON, A. LIU AND B. KICHLER RE: COMMENTS TO PROPOSED LETTER TO RECLAMATION VENDORS (.2). |
| EICHEL S | 03/12/06 | 0.30 | REVIEW EMAIL FROM S. HENRY RE: THE RESPONSE TO EMAIL TO RECLAMATION VENDORS IN CONNECTION WITH RESOLVING OUTSTANDING RECLAMATION ISSUES (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF NEBRASKA MEAT AS AN ALLEGED RECLAMATION VENDOR (.1); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: UPCOMING EMAIL TO OUTSTANDING RECLAMATION VENDORS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                03/13/06              0.90    REVIEW EMAIL FROM A. LIU RE:
                                                      RESPONDING TO MY INQUIRY RE: WHETHER
                                                      NEBRASKA MEAT IS A RECLAMATION VENDOR
                                                      (.1); REVIEW EMAIL FROM A. SPIZZ RE:
                                                      DOCUMENTING RESOLUTION OF FALCON
                                                      FARMS RECLAMATION CLAIM (.1); REVIEW
                                                      AND REVISE THE AMENDED PROPOSED EMAIL
                                                      TO RECLAMATION VENDORS (.2); DRAFT
                                                      EMAIL TO E. GORDON WITH PROPOSED
                                                      REVISIONS TO EMAIL TO RECLAMATION
                                                      VENDORS (.1); DRAFT EMAIL TO A. SPIZZ
                                                      RE: ORDER AUTHORIZING SETTLEMENT OF
                                                      RECLAMATION CLAIM WITHOUT FURTHER
                                                      COURT APPROVAL (.1); TELECONFERENCE
                                                      WITH E. GORDON RE: EMAIL TO VENDORS
                                                      (.1); REVIEW AND REVISE PROPOSED
                                                      EMAIL TO RECLAMATION VENDORS TO
                                                      RESOLVE THEIR RECLAMATION CLAIM (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            03/15/06         2.50   REVIEW EMAILS FROM A. LIU TO THE
                                            FOLLOWING RECLAMATION VENDORS WITH
                                            RESPECT TO RESOLVING THEIR
                                            RECLAMATION CLAIMS (I) LGM, (II)
                                            COTY, LLC, (III) CARGILL, (IV) BAKER
                                            & TAYLOR, (V) ANDERSON NEWS, (VI)
                                            INTERSATE BRANDS, (VII) PARAMOUNT
                                            FARMS, (VIII) PIONEER PAPER &
                                            PLASTICS, INC. (IX) PROCESSOR'S
                                            CHOICE, (X) SOUTHEAST PROVISIONS, AND
                                            (XI) TYSON FOODS (.5); DRAFT EMAIL TO
                                            A. LIU RE: IDENTIFICATION OF THOSE
                                            VENDORS THAT COMPRISED THE AD HOC
                                            RECLAMATION COMMITTEE THAT OPTED INTO
                                            TRADE LIEN PROGRAM (.2); REVIEW
                                            EMAILS FROM J. VOSS (ANDERSON NEWS)
                                            RE: RESOLVING ANDERSON NEWS
                                            RECLAMATION CLAIM (.2);
                                            TELECONFERENCE WITH A. LIU AND P.
                                            TIBERIO RE: STATUS OF TRADE LIEN
                                            PROGRAM WITH SOUTHERN WINE & SPIRITS
                                            (.3); TELECONFERENCE WITH A. LIU RE:
                                            COTY RECLAMATION CLAIM (.1); REVIEW
                                            EMAIL FROM A. LIU RE: RECLAMATION
                                            CLAIM OF SOUTHERN GOURMET FOODS (.1);
                                            REVIEW EMAIL FROM A. LIU RE:
                                            RECONCILING RECLAMATION CLAIM OF
                                            ADMIRALTY ISLAND FISHERIES (.1);
                                            REVIEW EMAIL FROM A. LIU TO DEL
                                            LABORATORIES, INC. RE: RESOLVING ITS
                                            RECLAMATION CLAIM (.1); REVIEW EMAIL
                                            FROM A. LIU TO D. LOGAN RE: RESOLVING
                                            LANCE'S RECLAMATION CLAIM (.1);
                                            REVIEW EMAILS FROM A. LIU TO (I)
                                            REILY FOODS, (II) SAF-T-GOOD
                                            INTERNATIONAL, (III) LIBBEY, (IV)
                                            OTIS SPUNKMEYER, (V) JUST BORN, INC.,
                                            (VI) JONES DAIRY FARM, (VII) IFCO
                                            SYSTEMS NORTH AMERICA, INC., (VIII)
                                            RC2 BRANDS, INC., AND (IX) FRIEDA'S
                                            INC. RE: RESOLVING THEIR RECLAMATION
                                            CLAIMS (.4); REVIEW EMAIL FROM A. LIU
                                            TO DCS SALES AND DYNAMIC SCAN, INC.
                                            RE: RESOLVING THEIR RECLAMATION CLAIM
                                            (.1); REVIEW EMAIL FROM A. LIU RE:
                                            (I) ALCOA CONSUMER PRODUCTS, (II)
                                            BELCO DISTRIBUTIONS, (III) DART
                                            CONTAINER CORP., (IV) COUNTY GARDEN
                                            SILKS, (V) COCA-COLA BOTTLING CO.
                                            (DURHAM), (VI) TRI-EAGLE SALES, (VII)
                                            BURKHARDT SALES & SERVICES, (VIII)
                                            BLUE DIAMOND GROWERS, AND (IX)
                                            CHECKPOINT SYSTEMS, INC. RE:
                                            RESOLVING THEIR RECLAMATION CLAIMS
                                            (.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                03/16/06            0.60    REVIEW EMAILS FROM C. TILLEY (ALCOA)
                                                    RE: RECONCILING ALCOA'S RECLAMATION
                                                    CLAIM (.1); TELECONFERENCE WITH A.
                                                    LIU RE: RESPONDING TO INQUIRY OF
                                                    COUNTY GARDEN SILK RECLAMATION VENDOR
                                                    RE: PAYMENT DISPUTE WITH RESPECT TO
                                                    RECLAMATION CLAIM (.1); REVIEW EMAIL
                                                    FROM R. ADKINS (COUNSEL TO SOUTHERN
                                                    GOURMET FOODS) RE: RESOLVING
                                                    RECLAMATION CLAIM OF SOUTHERN GOURMET
                                                    FOODS (.1); REVIEW EMAIL FROM J. VOSS
                                                    (ANDERSON NEWS) RE: RESOLVING
                                                    DISCREPANCIES IN ANDERSON NEWS
                                                    RECLAMATION ANALYSIS (.1); REVIEW
                                                    EMAIL FROM A. LIU RE: RESOLVING
                                                    RECLAMATION CLAIM OF SOUTHERN GOURMET
                                                    FOODS (.1); REVIEW EMAIL FROM S.
                                                    SZILAGYI RE: RECONCILIATION OF JUST
                                                    BORN, INC. RECLAMATION CLAIM (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S        03/17/06      2.90    REVIEW (A) EMAIL FROM A. LIU RE:
RECONCILING RECLAMATION CLAIM OF NEW
ERA CANNING AND (B) CORRESPONDING
RECLAMATION ANALYSIS (.1); REVIEW (A)
EMAIL FROM A. LIU TO K. GUSEWELLE RE:
RECONCILIATION OF RECLAMATION CLAIM
OF AMERICAN FOODS GROUP AND (B)
CORRESPONDING VENDOR RECLAMATION
ANALYSIS (.1); REVIEW (A) EMAIL FROM
A. LIU TO L. BLOWE RE: RECONCILIATION
OF RECLAMATION CLAIM OF CUMBERLAND
SWAN AND (B) CORRESPONDING VENDOR
RECLAMATION ANALYSIS (.1); REVIEW (A)
EMAIL FROM A. LIU TO EMPRESS
INTERNATIONAL LTD RE: RECONCILING ITS
RECLAMATION CLAIM AND (B)
CORRESPONDING VENDOR RECLAMATION
ANALYSIS (.1); REVIEW (A) EMAIL FROM
A. LIU TO TAI FOONG USA, INC. RE:
RECONCILING ITS RECLAMATION CLAIM AND
(B) CORRESPONDING VENDOR RECLAMATION
ANALYSIS (.1); REVIEW (A) EMAIL FROM
A. LIU TO SYSCO FOOD SERVICES OF
CENTRAL ALABAMA AND SYSCO FOOD
SERVICES OF SOUTH FLORIDA RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIMS AND (B)
CORRESPONDING VENDOR RECLAMATION
ANALYSIS (.1); DRAFT EMAIL TO A. LIU
RE: RECONCILIATION OF DRESSER'S
RECLAMATION CLAIM (.1); REVIEW EMAIL
FROM J. SLOAN RE: RECLAMATION CLAIM
OF SENECA FOODS (.1); TELECONFERENCE
WITH A. LIU RE: RECLAMATION CLAIM OF
DRESSER (.1); REVIEW EMAIL FROM D.
KILPATRICK RE: RECLAMATION CLAIM OF
DRESSER (.1); REVIEW EMAIL FROM R.
MOTSINGER (JEL SERT) RE: REQUEST FOR
DOCUMENTATION IN CONNECTION WITH
RECONCILIATION OF RECLAMATION CLAIM
(.1); REVIEW EMAIL FROM M. MARX RE:
RECLAMATION CLAIM OF HARTZ MOUNTAIN
CORP. (.1); DRAFT EMAIL TO A. LIU RE:
FOLLOW UP TO M. MARX'S EMAIL (.1);
REVIEW EMAIL FROM A. LIU TO M. MARX
RE: TIME CONSTRAINTS TO RESOLVE
RECLAMATION CLAIMS (.1); REVIEW (A)
EMAIL FROM A. LIU TO SCHWARZKOPF &
HENKEL RE: RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
THE JEL SERT COMPANY RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

REVIEW (A) EMAIL FROM A. LIU TO
IRVING TISSUE, INC. RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
HARTZ MOUNTAIN CORPORATION RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
GFA BRANDS, INC. RE: RECONCILIATION
OF VENDOR'S RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
SCHICK WILLIAMSON SWORD, DIVISION OF
ENERGIZER RE: RECONCILIATION OF
VENDOR'S RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
DELIZZA, INC. RE: RECONCILIATION OF
VENDOR'S RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
SENECA FOODS CORP. RE: RECONCILIATION
OF VENDOR'S RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
SILVER EAGLE DISTRIBUTIONS, LTD. RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
WORLDWIDE MERCHANDISE RESOURCES CORP.
RE: RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
PURCELL INTERNATIONAL RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
WAYNE, A DIVISION OF DESSER, INC. RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
VANGUARD PLASTICS, INC. RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
TREE OF LIFE RE: RECONCILIATION OF
VENDOR'S RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1); REVIEW (A) EMAIL FROM A. LIU TO
CASTLEBERRY FOOD CORP RE:
RECONCILIATION OF VENDOR'S
RECLAMATION CLAIM AND (B)
CORRESPONDING RECLAMATION ANALYSIS
(.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                03/20/06            0.80      TELECONFERENCE WITH S. MILLER RE:
                                                      HEARING WITH RESPECT TO SETTLEMENT OF
                                                      HP HOOD RECLAMATION CLAIM (.1);
                                                      REVIEW EMAIL OF S. MILLER RE:
                                                      UPCOMING HP HOOD HEARING (.1); REVIEW
                                                      (A) EMAIL FROM A. LIU TO MAXELL CORP
                                                      OF AMERICA RE: RECONCILIATION OF
                                                      VENDOR'S RECLAMATION CLAIM AND (B)
                                                      CORRESPONDING VENDOR RECLAMATION
                                                      ANALYSIS (.1); REVIEW (A) EMAIL FROM
                                                      A. LIU TO U.S. FOOD SERVICE
                                                      (MONTGOMERY, ALABAMA) RE:
                                                      RECONCILIATION OF VENDOR'S
                                                      RECLAMATION CLAIM AND (B)
                                                      CORRESPONDING VENDOR RECLAMATION
                                                      ANALYSIS (.1); REVIEW (A) EMAIL FROM
                                                      A. LIU TO EXXON MOBIL RE:
                                                      RECONCILIATION OF VENDOR'S
                                                      RECLAMATION CLAIM AND (B)
                                                      CORRESPONDING VENDOR RECLAMATION
                                                      ANALYSIS (.1); REVIEW (A) EMAIL FROM
                                                      A. LIU TO POM WONDERFUL LLC RE:
                                                      RECONCILIATION OF VENDOR'S
                                                      RECLAMATION CLAIM AND (B)
                                                      CORRESPONDING VENDOR RECLAMATION
                                                      ANALYSIS (.1); REVIEW LETTER FROM D.
                                                      KOOPERMAN (RC2 BRANDS, INC.) RE:
                                                      RESOLUTION OF RC2 BRANDS, INC.'S
                                                      RECLAMATION CLAIM (.1); REVIEW LETTER
                                                      FROM G. WILLIAMS (IFCO SYSTEMS NORTH
                                                      AMERICA, INC.) RE: RESOLUTION OF
                                                      IFCO'S RECLAMATION CLAIM (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S  03/21/06  2.10 REVIEW E. WALTON'S EMAIL RESPONSE RE: CASTLEBERRY'S RECLAMATION CLAIM (.1); TELECONFERENCE WITH J. POST RE: RESPONDING TO S. MILLER'S EMAIL RE: UPCOMING HP HOOD HEARING (.1); REVIEW EMAIL FROM K. CARTER RE: RECONCILING ENERGIZER RECLAMATION CLAIM (.1); REVIEW EMAIL FROM M. FREEDLANDER (COUNSEL TO TREE OF LIFE) RE: RECONCILIATION OF RECLAMATION CLAIM AND TRADE LIEN PROGRAM AND A. LIU'S RESPONSE EMAIL (WITH EXHIBITS) (.1); DRAFT EMAIL TO A. LIU RE: TREE OF LIFE CORRESPONDENCE AND REVIEW RESPONSE FROM A. LIU RE: SAME (.1); REVIEW EMAIL FROM J. POST TO S. MILLER AND ME RE: UPCOMING HP HOOD HEARING (.1); REVIEW EMAIL FROM A. LIU RE: OUTSTANDING RECLAMATION CLAIMS (.1); DRAFT EMAIL TO A. LIU RE: RECLAMATION CLAIM OF COUNTRY GARDEN SILKS (.1); REVIEW A. LIU'S RESPONSE EMAIL RE: RESOLVING CLAIM OF COUNTRY GARDEN SILKS (.1); TELECONFERENCE WITH A. LIU RE: STRATEGY IN CONNECTION WITH RESOLVING RECLAMATION CLAIM OF COUNTRY GARDEN SILKS (.1); REVIEW EMAIL TO W. FINER RE: RECONCILIATION OF RECLAMATION CLAIM OF COUNTRY GARDEN SILKS (.1); REVIEW LETTER FROM RUSSELL STOVER COUNSEL RE: DISPUTE BETWEEN PARTIES (.2); TELECONFERENCE WITH R. DAMORE RE: RUSSELL STOVER LETTER AND UPCOMING TELECONFERENCE TO DISCUSS RELATED SUBSTANTIVE ISSUES (.1); TELECONFERENCE WITH A. SPIZZ RE: STIPULATION ACKNOWLEDGING FALCON FARMS RECLAMATION CLAIM (.1); TELECONFERENCE WITH R. DAMORE AND A. LIU RE: RUSSELL STOVER RECLAMATION CLAIM AND LETTER FROM RUSSELL STOVER RE: TRADE LIEN PROGRAM DISPUTE (.5); REVIEW EMAIL FROM A. LIU RE: ROSS RECLAMATION CLAIM AND RESPOND TO SAME (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/22/06 | 1.50 | REVIEW EMAIL FROM A. LIU RE: ANALYSIS OF RUSSELL STOVER PREPETITION CLAIM (.1); TELECONFERENCE WITH R. DAMORE, P. TREMBLAY, A. LIU AND R. DESHONG RE: (I) RUSSELL STOVER DISPUTE WITH RESPECT TO TRADE LIEN PROGRAM, RECONCILIATION OF RUSSELL STOVER CLAIM AND (III) STRATEGY (.9); TELECONFERENCES WITH R. DAMORE RE: RUSSELL STOVER DISCUSSIONS AND STRATEGY (.2); TELECONFERENCE WITH A. LIU RE: RUSSELL STOVER OPTION AGREEMENT (.1); REVIEW RUSSELL STOVER'S EXECUTED AGREEMENT TO OPT INTO TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH D. PRESTON RE: WITHDRAWAL OF RUSSELL STOVER LETTER AND AGREEING TO RECONCILE RUSSELL STOVER CLAIM (.1). |
| EICHEL S | 03/23/06 | 0.30 | TELECONFERENCE WITH T. WUERTZ RE: RECLAMATION CLAIM OF COMMONWEALTH BRANDS (.1); REVIEW EMAILS FROM A. SPIZZ RE: POTENTIAL STIPULATION WITH RESPECT TO FALCON FARMS RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. SPIZZ RE: STIPULATION WITH FALCON FARMS IN CONNECTION WITH RESOLUTION OF ITS RECLAMATION CLAIM (.1). |
| EICHEL S | 03/24/06 | 1.00 | DRAFT EMAIL TO R. DAMORE RE: STATUS OF SUBSEQUENT COMMUNICATION WITH RUSSELL STOVER IN CONNECTION WITH TRADE LIEN PROGRAM DISPUTE (.1); REVIEW RESPONSE FROM R. DAMORE RE: RUSSELL STOVER LETTER (.1); REVIEW EMAIL FROM A. LIU RE: DOCUMENTATION RE: JEL SERT RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. SPIZZ RE: RESOLUTION OF FALCON FARMS RECLAMATION CLAIMS (.1); REVIEW LETTER FROM D. PRESTON RE: RUSSELL STOVER DISPUTE (.1); REVIEW AND REVISE DRAFT OF FALCON FARMS AGREEMENT (.1); REVIEW LETTER FROM M. FREEDLANDER (COUNSEL TO TREE OF LIFE "TOL") RE: HIS CLIENT'S RECLAMATION CLAIM AND POTENTIAL PREFERENCE EXPOSURE (.1); TELECONFERENCE WITH A. LIU RE: STATUS OF TOL RE: RECLAMATION CLAIM (.1); TELECONFERENCE WITH M. FREEDLANDER RE: RESOLUTION OF TOL RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: OPT-IN DOCUMENTS OF TOL (.1). |
| EICHEL S | 03/25/06 | 0.20 | DRAFT EMAIL TO A. LIU RE: RECONCILIATION OF SOUTHERN GOURMET RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: SUMMARY OF OUTSTANDING RECLAMATION CLAIMS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          03/27/06          1.40   REVIEW SUMMARY OF OUTSTANDING
                                           RECLAMATION CLAIMS (.3); REVIEW EMAIL
                                           FROM A. LIU RE: STATUS OF SCUNCI
                                           CLAIM (.1); REVIEW EMAIL FROM A. LIU
                                           RE: STATUS OF SOUTHERN GOURMET FOODS
                                           RECLAMATION CLAIM (.1); REVIEW EMAIL
                                           FROM T. WUERTZ RE: RESOLUTION OF
                                           RECLAMATION CLAIM OF HERITAGE MINT
                                           (.1); TELECONFERENCE WITH T. WUERTZ
                                           RE: STATUS OF OUTSTANDING RECLAMATION
                                           CLAIMS (.2); REVIEW FALCON FARMS
                                           PROPOSED STIPULATION (.1); REVIEW
                                           APRIL 4 RECLAMATION ORDER IN
                                           CONNECTION WITH REVISION TO FALCON
                                           FARMS STIPULATION (.2); DRAFT EMAIL
                                           TO B. KICHLER RE: PROPOSED FALCON
                                           FARMS STIPULATION (.1); REVIEW EMAIL
                                           FROM R. DAMORE RE: STATUS OF RUSSELL
                                           STOVER RECONCILIATION (.1); REVIEW
                                           EMAIL FROM D. PRESTON RE:
                                           RECONCILIATION OF RUSSELL STOVER
                                           CLAIM (.1).

EICHEL S          03/29/06          1.00   REVIEW EMAIL FROM A. LIU AND
                                           ATTACHMENT SETTING FORTH LIST OF
                                           OUTSTANDING RECLAMATION VENDORS (.3);
                                           REVIEW AND REVISE FALCON FARMS
                                           STIPULATION (.2); DRAFT EMAIL TO A.
                                           SPIZZ RE: FINALIZING FALCON FARMS
                                           STIPULATION (.1); TELECONFERENCE WITH
                                           A. SPIZZ RE: REVISIONS TO FALCON
                                           FARMS STIPULATION (.2);
                                           TELECONFERENCE WITH A. SPIZZ RE:
                                           POSSIBILITY OF FALCON FARMS OPTING
                                           INTO TRADE LIEN PROGRAM (.1);
                                           TELECONFERENCE WITH A. LIU RE: FALCON
                                           FARMS OPTING INTO TRADE LIEN PROGRAM
                                           (.1).

**MATTER TOTAL**                   <u>**24.50**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Creditor Meetings/Statutory Committees                          Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 03/03/06 | 0.50 | REVIEW MEMORANDUM FROM R. WINTER ON DILIGENCE REQUEST FOR INFORMATION ON BOND (.3); TELECONFERENCE WITH COMPANY (D. VANSCHOOR) ON R. WINTER REQUEST FOR BOND INFORMATION (.2). |
| RAVIN AS | 03/04/06 | 0.10 | REVIEW CREDITORS COMMITTEE STATEMENT RE: NOTICE OF WITHDRAWAL OF EQUITY COMMITTEES (.1). |
| GRAY RW | 03/06/06 | 0.10 | REVIEW MULTIPLE COURT ORDERS RE: EQUITY COMMITTEE (.1). |
| TURETSKY DM | 03/06/06 | 0.60 | REVIEW SHAREHOLDER LETTERS TO COURT AND ORDERS RE: DISBANDMENT MOTION, MOTION TO UNSEAL EQUITY COMMITTEE PLEADINGS AND MOTIONS FOR WITHDRAWAL BY EQUITY COMMITTEE COUNSEL (.4); E-MAIL TO J. CASTLE, L. APPEL, S. BUSEY, F. HUFFARD, AND H. ETLIN RE: SHAREHOLDER LETTERS AND ORDERS CONCERNING EQUITY COMMITTEE (.2). |
| BAKER DJ | 03/07/06 | 0.60 | TELECONFERENCE WITH F. HUFFARD RE: COMMITTEE ISSUES (.2); TELECONFERENCE WITH F. HUFFARD AND L. APPEL RE: COMMITTEE ISSUES (.4). |
| GRAY RW | 03/28/06 | 0.10 | REVIEW AND DRAFT MEMO TO F. HUFFARD ET AL RE: LONESTAR APPOINTMENT NOTICE (.1). |
| LAMAINA KA | 03/28/06 | 0.90 | RESPOND TO REQUEST OF INFORMATION FROM R. WINTER FOR CREDITORS' COMMITTEE AND BOND HOLDERS RE: NOTICES TO TRUSTEE (.9). |
| GRAY RW | 03/29/06 | 0.20 | LOCATE SAMPLES AND DRAFT MEMO TO S. HENRY AND K. SAMBUR RE: CONFIDENTIALITY AGREEMENT FORMS FOR AD HOC VENDOR COMMITTEE (.2). |

**MATTER TOTAL**                                  <u>3.10</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 04/05/06
Disclosure Statement/ Voting Issues                       Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 03/02/06 | 0.10 | REVISE DISCLOSURE STATEMENT RE: R2 INVESTMENTS, REVIEW NOTICE OF RESIGNATION RE: SAME (.1). |
| RAVIN AS | 03/15/06 | 1.60 | REVIEW AND REVISE DISCLOSURE STATEMENT (1.6). |
| RAVIN AS | 03/16/06 | 1.30 | ADDITIONAL REVISIONS TO DISCLOSURE STATEMENT (1.3). |
| TURETSKY DM | 03/31/06 | 0.30 | RESEARCH RE: CORPORATE HISTORY OF WINN-DIXIE SUBSIDIARY IN CONNECTION WITH DISCLOSURE STATEMENT (.3). |

**MATTER TOTAL**                    **3.30**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Employee Matters (General)                                       Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 03/02/06 | 0.80 | FURTHER REVIEW AND ANALYSIS OF ISSUES RE: NUMEROUS EMPLOYMENT CONTRACTS RECEIVED FROM XROADS (.8). |
| TURETSKY DM | 03/03/06 | 1.40 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING EMPLOYMENT AGREEMENTS (1.4). |
| BAKER DJ | 03/06/06 | 1.20 | ANALYZE ISSUES RELATED TO EMPLOYEES OF DEBTORS (1.2). |
| TURETSKY DM | 03/06/06 | 1.00 | ADDITIONAL RESEARCH AND ANALYSIS RE: EMPLOYMENT CONTRACT ISSUES (1.0). |
| GRAY RW | 03/07/06 | 0.90 | RESPOND TO INQUIRY FROM R. DEVINE RE: PHARMACIST SEVERANCE PLAN ISSUES (.7); DRAFT MEMO TO L. RODRIGUEZ RE: CONTINGENT CASH (.1); DRAFT MEMO TO E. LANE AND J. JAMES RE: MISSING EMPLOYEE AGREEMENTS (.1). |
| TURETSKY DM | 03/07/06 | 3.50 | FURTHER REVIEW AND ANALYSIS RE: ISSUES ARISING IN CONNECTION WITH EMPLOYMENT CONTRACTS RECEIVED FROM X-ROADS (2.1); E-MAILS TO R. GRAY RE: EMPLOYMENT CONTRACT ISSUES (.6); TELECONFERENCE WITH R. GRAY RE: EMPLOYMENT CONTRACT ISSUES AND EMPLOYMENT CONTRACT ISSUES CHART (.8). |
| BAKER DJ | 03/08/06 | 1.80 | ANALYZE ISSUES RELATED TO MSP/SRP (1.8). |
| GRAY RW | 03/08/06 | 1.00 | TELECONFERENCE WITH D. DOGAN RE: CONTINGENT CASH ISSUES (.2); DRAFT MEMO TO L. APPEL ET AL RE: SPECIAL BAR DATE FOR CONTINGENT CASH CLAIMANTS AND REVIEW REPLY (.3); TELECONFERENCE WITH B. NUSSBAUM AND L. APPEL RE: MSP SUMMARY (.1); REVIEW MSP SUMMARY WITH D. TURETSKY AND DRAFT MEMO TO B. NUSSBAUM AND L. APPEL (.2); REVIEW LANGUAGE CHANGE FOR BLACKSTONE (.1); REVIEW AND RESPOND TO FURTHER MEMO FROM L. APPEL RE: CONTINGENT CASH (.1). |
| TURETSKY DM | 03/08/06 | 5.80 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING NUMEROUS EMPLOYMENT CONTRACTS RECEIVED FROM X-ROADS (5.0); E-MAILS TO R. GRAY RE: EMPLOYMENT CONTRACT ISSUES (.5); E-MAIL TO J. JAMES AND E. LANE RE: EMPLOYMENT CONTRACT ISSUES (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/09/06 | 2.20 | CONTINUE ANAYLSIS OF MSP/SRP ISSUES (2.2). |
| BAKER DJ | 03/10/06 | 1.60 | CONTINUE ANALYSIS OF MSP/SRP ISSUES (1.6). |
| BAKER DJ | 03/13/06 | 1.20 | CONTINUE ANALYSIS OF EMPLOYEE ISSUES (1.2). |
| GRAY RW | 03/15/06 | 0.20 | REVIEW MEMO FROM L. APPEL RE: EXECUTIVE LIFE INSURANCE AND DRAFT MEMO TO D. TURETSKY RE: ANY CONTRACTUAL OBLIGATIONS RE: SAME (.1); REVIEW REPLY FROM D. TURETSKY AND DRAFT FOLLOWUP MEMO TO L. APPEL RE: EXECUTIVE LIFE INSURANCE (.1). |
| TURETSKY DM | 03/15/06 | 3.30 | REVISE ISSUES CHART RE: EMPLOYMENT CONTRACT ISSUES (3.3). |
| GRAY RW | 03/16/06 | 0.10 | REVIEW MEMOS FROM B. KICHLER AND L. APPEL RE: EXECUTIVE LIFE ISSUES (.1). |
| TURETSKY DM | 03/16/06 | 0.90 | REVIEW AND ANALYSIS RE: ISSUES CONCERNING ADDITIONAL EMPLOYMENT AGREEMENTS RECEIVED FROM X-ROADS (.9). |
| BAKER DJ | 03/17/06 | 1.80 | FURTHER ANALYSIS OF SRP/MSP ISSUES (1.8). |
| GRAY RW | 03/17/06 | 0.20 | TELECONFERENCE WITH H. REILLY RE: MSP/SRP (.1); EXCHANGE VOICEMAILS WITH D. DOGAN RE: CONTINGENT CASH (.1). |
| TURETSKY DM | 03/17/06 | 1.20 | FURTHER REVIEW AND ANALYSIS RE: ISSUES CONCERNING ADDITIONAL EMPLOYEE AGREEMENTS RECEIVED FROM X-ROADS (1.2). |
| BAKER DJ | 03/19/06 | 0.50 | TELECONFERENCE WITH H. ETLIN RE: EMPLOYEE ISSUES (.5). |
| BAKER DJ | 03/20/06 | 2.20 | TELECONFERENCE WITH F. HUFFARD AND H. ETLIN RE: EMPLOYEE ISSUES (.5); CONTINUE ANALYSIS OF SRP AND MSP ISSUES (1.7). |
| GRAY RW | 03/20/06 | 0.80 | TELECONFERENCE WITH D. DOGAN RE: CONTINGENT CASH ISSUES (.1); REVIEW CONTINGENT CASH DOCUMENTS (.7). |
| TURETSKY DM | 03/20/06 | 1.30 | MEMO TO J. JAMES AND E. LANE RE: ISSUES CONCERNING EMPLOYMENT CONTRACTS (1.0); ANALYZE EMPLOYMENT CONTRACTS (.2); E-MAIL TO B. CROCKER RE: EMPLOYEE PROOFS OF CLAIM (.1). |
| GRAY RW | 03/21/06 | 0.10 | TELECONFERENCE WITH T. SCOTT RE: CONTINGENT CASH (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/21/06 | 0.20 | RESEARCH RE: CERTAIN ISSUES CONCERNING EMPLOYEE STOCK OPTIONS (.2). |
| BAKER DJ | 03/22/06 | 1.70 | CONTINUE ANALYSIS OF MSP/SRP ISSUES AND TREATMENT OF SAME UNDER PLAN OF REORGANIZATION (1.7). |
| TURETSKY DM | 03/22/06 | 4.70 | RESEARCH AND ANALYSIS RE: IMPACT OF CONSENT ORDERS ON CERTAIN RELEASE AGREEMENTS (4.1); E-MAIL TO J. POST AND L. PRENDERGAST RE: CONSENT ORDERS (.3); TELECONFERENCE WITH T. WILLIAMS RE: IMPACT OF CONSENT ORDERS ON CERTAIN RELEASE AGREEMENTS (.3). |
| GRAY RW | 03/23/06 | 0.80 | TELECONFERENCE WITH T. WILLIAMS RE: SEVERANCE ISSUES RELATING TO DISTRIBUTION CENTERS (.2); REVIEW SEVERANCE PLAN AND DRAFT MEMO TO R. OLSHAN ET AL. RE: SEVERENCE ISSUES AND REVIEW REPLIES (.3); FOLLOW UP TELECONFERENCE WITH T. WILLIAMS (.1); REVIEW MEMO FROM J. CASTLE RE: PHARMACISTS AGREEMENTS AND FOLLOWUP ANALYSIS RE: SAME (.2). |
| TURETSKY DM | 03/23/06 | 1.80 | RESEARCH RE: EMPLOYEE CONTRACT ISSUES REVISED BY 3/22 TELEPHONE CALL WITH R. GRAY AND J. JAMES (1.8). |
| BAKER DJ | 03/24/06 | 1.60 | CONTINUE ANALYSIS OF SRP/MSP ISSUES AND ALTERNATE TREATMENTS OF SAME (1.6). |
| TURETSKY DM | 03/24/06 | 2.50 | FURTHER ANALYSIS RE: EMPLOYEE AGREEMENT ISSUES TO FINALIZE RECOMMENDED DISPOSITIONS (1.3); E-MAIL TO J. JAMES RE: FINAL RECOMMENDED DISPOSITIONS FOR CERTAIN EMPLOYEE AGREEMENTS (.2); REVIEW AND ANALYZE SALES AGREEMENTS FOR SALARIED PHARMACISTS FOR 365 ISSUES (.2); E-MAIL TO R. GRAY RE: TO FINALIZE RECOMMENDED DISPOSITIONS (.1); E-MAILS TO J. CASTLE, D. DOGAN, J. JAMES RE: SALES AGREEMENT FOR SALARIED PHARMACISTS (.7). |
| BAKER DJ | 03/27/06 | 1.80 | CONTINUE REVIEW AND ANALYSIS OF SRP/MSP PLAN TREATMENT ISSUES (1.8). |
| GRAY RW | 03/27/06 | 1.10 | TELECONFERENCE WITH D. TURETSKY RE: PHARMACIST AGREEMENT ISSUES (.1); TELECONFERENCE WITH D. DOGAN RE: CONTINGENT CASH (.1); DRAFT MEMO TO D. DOGAN RE: CONTINGENT CASH (.8); FURTHER EMAIL EXCHANGE WITH D. DOGAN RE: CONTINGENT CASH (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/27/06 | 0.90 | E-MAIL TO T. WILLIAMS AND J. CASTLE RE: ISSUES CONCERNING EMPLOYEE AGREEMENTS (.5); TELECONFERENCES WITH T. WILLIAMS RE: EMPLOYEE AGREEMENT ISSUES (.2); TELECONFERENCE WITH R. GRAY RE: EMPLOYEE AGREEMENT ISSUES (.1); E-MAIL TO R. GRAY RE: EMPLOYEE AGREEMENT ISSUES (.1). |
| GRAY RW | 03/28/06 | 0.10 | REVIEW MEMOS FROM J. CASTLE RE: MSP/SRP ISSUES (.1). |
| TURETSKY DM | 03/28/06 | 0.10 | E-MAIL TO T. WILLIAMS RE: ISSUES CONCERNING EMPLOYEE-RELATED AGREEMENTS (.1). |
| BAKER DJ | 03/29/06 | 0.70 | REVIEW MATERIALS TO BE SUBMITTED TO PARTICIPANTS IN MSP/SRP PLANS (.7). |
| BAKER DJ | 03/30/06 | 1.30 | REVIEW REVISED MATERIALS FOR PLAN PARTICIPANTS (.9); TELECONFERENCE WITH L. APPEL, J. CASTLE, AND R. GRAY RE: SRP/MSP ISSUES (.4). |
| GRAY RW | 03/30/06 | 2.80 | TELECONFERENCE WITH J. CASTLE ET AL. RE: MSP/SRP ISSUES FOR ACCOUNTANTS (.4); REVIEW EMAILS FROM J. CASTLE AND D. YOUNG RE: SRP ISSUES AND COORDINATE WITH J. BAKER (.1); TELECONFERENCE WITH L. APPEL, J. CASTLE, D. DOGAN, L. RODRIQUEZ ET AL. RE: SRP STATEMENT ISSUES (.5); DRAFT SRP Q&A (1.8). |
| TURETSKY DM | 03/30/06 | 0.50 | TELECONFERENCE WITH J. POST AND T. WILLIAMS RE: ISSUES CONCERNING KWENTOH STATE COURT LITIGATION (.3); FOLLOW-UP TELECONFERENCE WITH J. POST RE: KWENTOH LITIGATION (.2). |
| GRAY RW | 03/31/06 | 0.60 | REVIEW AND RESPOND TO MEMOS FROM J. CASTLE AND D. YOUNG RE: SRP ISSUE (.1); REVISE SRP COMMUNICATION TO REFLECT INTERNAL COMMENTS (.2); DRAFT MEMO TO D. DOGAN ET AL. RE: SRP ISSUE (.1); REVIEW MEMOS FROM D. DOGAN AND J. CASTLE RE: SRP ISSUE (.1); MAKE ADDITIONAL REVISIONS TO SRP COMMUNICATIONS (.1). |
| TURETSKY DM | 03/31/06 | 0.20 | REVIEW AND COMMENT RE: SRP Q&A PREPARED BY R. GRAY (.2). |
| **MATTER TOTAL** | | **58.40** | |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                          Bill Date: 04/05/06
**Executory Contracts (Personalty)**                                       Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 03/01/06 | 5.80 | REVIEW MEMOS AND DOCUMENTS FROM C. BOUCHER RE: CISCO DEAL AND FORWARD TO S. MAILLOUX (.2); REVIEW CISCO DOCUMENTS AND DRAFT MEMO TO J. RANNE, S. MAILLOUX ET AL. RE: DATING ISSUES (.3); EXCHANGE EMAILS WITH XROADS RE: A&M BRIEFING ON CISCO (.1); DRAFT MEMO TO B. CHAVEZ RE: ISSUES ON CISCO DOCUMENTS (.3); DRAFT MEMO TO M. BARR ET AL. RE: CISCO DEAL (.1); FURTHER EMAIL EXCHANGE WITH M. BARR RE: CISCO DEAL (.1); REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: JEA STATUS (.1); FURTHER EMAIL EXCHANGE WITH C. JACKSON RE: JEA STATUS AND DRAFT MEMO TO B. KICHLER, J. CASTLE ET AL. RE: AMENDMENTS (.1); REVIEW EMAILS FROM J. CASTLE AND F. HUFFARD RE: SCHREIBER BRIEFING AND DRAFT REPLY RE: TIMING ISSUES (.2); REVIEW AND RESPOND TO FURTHER EMAIL FROM J. CASTLE RE: SCHREIBER (.1); TELECONFERENCE WITH J. SMYTH ASSISTANT RE: PROPOSED MEETING AND LOGISTICS (.1); DRAFT MEMO TO J. CASTLE ET AL. RE: PROPOSAL MEETING (.1); REVIEW ANNEX 1 AND DRAFT MEMO TO B. CHAVEZ RE: PROPOSAL MEETING (.3); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: SCHREIBER TIMING (.1); REVIEW AND RESPOND TO MEMO FROM A. MCNEELY RE: CISCO DOCUMENTS (.1); FURTHER EMAIL EXCHANGE WITH A. MCNEELY AND B. CHAVEZ RE: DOCUMENT DATES (.1); REVIEW AND RESPOND TO B. CHAVEZ RE: EARLY RETURN PROVISION (.1); DRAFT MEMO TO J. RANNE ET AL. RE: EARLY RETURN PROPOSAL (.2); DRAFT MEMO TO B. CHAVEZ RE: BANKRUPTCY LANGUAGE FOR CISCO DOCUMENTS (.2); TELECONFERENCE WITH B. CHAVEZ RE: CISCO ISSUES (.1); CONTINUE DRAFTING CISCO MOTION, ORDER AND NOTICE (2.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 03/01/06 | 4.60 | REVIEW AND REVISE RUG DOCTOR CONTRACT (.9); TELECONFERENCE WITH B. KICHLER RE: REVISED RUG DOCTOR CONTRACT (.2); REVIEW AND REVISE RD CANDLE CONTRACT (1.5); DRAFT EMAIL TO B. KICHLER RE: REVISED RD CANDLE CONTRACT (.1); TELECONFERENCE WITH B. KICHLER RE: PERSONAL OPTICS CONTRACT (.2); REVIEW EMAIL FROM B. KICHLER RE: CLAIMS ANALYSIS OF GWALTNEY OF SMITHFIELD (.1); DRAFT EMAIL TO A. LIU AND R. ABERNATHY RE: CLAIMS INFORMATION RE: GWALTNEY OF SMITHFIELD (.1); REVIEW AND REVISE PERSONAL OPTICS AGREEMENT (1.4); DRAFT EMAIL TO B. KICHLER RE: COMMENTS TO PERSONAL OPTICS AGREEMENT (.1). |

| LEAMY JM | 03/01/06 | 3.90 | DRAFT TOMAX ASSUMPTION AGREEMENT (.7); EMAIL K. FAGERSTROM RE: TOMAX AGREEMENT (.1); TELECONFERENCE WITH M. ECKERD RE: IKON LEASE (.3); EMAIL E. LANE RE: WINN-DIXIE'S INTENTIONS ON IKON LEASE (.1); REVIEW E. LANE EMAIL RE: CIT EQUIPMENT (.1); EMAIL L. BERKOFF RE: CIT LEASE (.1); DRAFT REVISIONS TO BOISE CASCADE AMENDMENT (.4); DRAFT BOISE CASCADE ASSUMPTION AGREEMENT (1.2); EMAILS K. FAGERSTROM RE: LEARNSOMETHING.COM CONTRACT (.2); EMAILS C. JACKSON RE: JEA CONTRACTS (.2); BEGIN DRAFTING JEA MOTION TO ASSUME (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                03/02/06          4.90   DRAFT MEMO TO J. RANNE ET AL. RE:
                                                GAME PLAN FOR WRAPPING UP ISSUES ON
                                                CISCO DOCUMENTS TO ALLOW FILING
                                                TOMORROW (.3); FINALIZE DRAFT OF
                                                CISCO MOTION, ORDER AND NOTICE (1.3);
                                                DRAFT MEMO TO J. RANNE ET AL. RE:
                                                REVIEW OF CISCO DOCUMENTS (.1);
                                                REVIEW AND RESPOND TO MEMO FROM J.
                                                RANNE RE: DOCUMENT STATUS (.1);
                                                TELECONFERENCE WITH J. RANNE, S.
                                                MAILLOUX, J. JAMES, J. YOUNG ET AL.
                                                RE: CISCO ISSUES (.4); REVIEW AND
                                                RESPOND TO MEMO FROM J. LEAMY RE:
                                                SYLVANIA STIPULATION (.1); REVISE
                                                CISCO STIPULATION (.3); DRAFT MEMO TO
                                                S. MAILLOUX ET AL. RE: STIPULATION
                                                (.1); REVISE STIPULATION PER COMMENT
                                                FROM S. MAILLOUX (.1); DRAFT FURTHER
                                                MEMO TO J. RANNE AND S. MAILLOUX RE:
                                                BELL SOUTH ISSUE AND REVIEW REPLIES
                                                (.2); DRAFT MEMO TO B. CHAVEZ RE:
                                                MOTION, STIPULATION AND PENDING
                                                ISSUES (.3); REVIEW AND RESPOND TO
                                                MEMO FROM K. WARD RE: STATUS OF
                                                SCHREIBER MOTION (.1); TELECONFERENCE
                                                WITH B. KICHLER RE: FIFTHTHIRD ISSUES
                                                (.1); REVIEW AND RESPOND TO MEMO FROM
                                                J. YOUNG RE: CISCO STATUS (.1);
                                                REVIEW AND RESPOND TO MEMO FROM C.
                                                JACKSON RE: JEA (.1); REVIEW AND
                                                RESPOND TO FURTHER MEMO FROM J. YOUNG
                                                RE: CISCO ISSUE (.1); TELECONFERENCE
                                                WITH B. CHAVEZ RE: OK ON DOCUMENTS
                                                (.1); DRAFT MEMO TO J. RANNE ET AL.
                                                RE: STATUS (.1); REVIEW AND RESPOND
                                                TO MEMO FROM S. MAILLOUX RE: ANNEX A
                                                ISSUE (.1); DRAFT FOLLOWUP MEMO TO B.
                                                CHAVEZ RE: DOCUMENTS (.1); REVIEW C.
                                                JACKSON COMMENTS ON CISCO MOTION AND
                                                DRAFT MEMO (.1); DRAFT MEMO TO J.
                                                MILTON AT MILBANK RE: CISCO MOTION
                                                (.1); REVIEW MOTION TO COMPEL FILED
                                                BY DIVERSIFIED MAINTENANCE (.1);
                                                FINAL REVIEW OF CISCO DOCUMENTS (.2);
                                                DRAFT MEMO TO B. CHAVEZ RE: FILING
                                                COPIES AND LOGISTICS (.1); REVIEW AND
                                                RESPOND TO MEMO FROM B. KICHLER RE:
                                                BOISE CASCADE/OFFICE MAX (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 03/02/06 | 3.30 | REVIEW EMAIL FROM E. LANE RE: GWALTNEY OF SMITHFIELD PREPETITION CONTRACT (.1); DRAFT EMAIL TO B. KICHLER RE: GWALTNEY OF SMITHFIELD CONTRACT (.1); REVIEW EMAIL FROM B. KICHLER RE: INQUIRY RE: O'CEDAR BRANDS PREPETITION CONTRACT (.1); REVIEW EMAIL FROM A. LIU RE: ANALYSIS OF GWALTNEY OF SMITHFIELD CLAIM (.1); TELECONFERENCE WITH B. KICHLER RE: COMMENTS TO PERSONAL OPTICS AGREEMENT (.1); DRAFT EMAIL TO B. KICHLER RE: INQUIRY RE: RESOLUTION OF CLAIMS OF FLOWERS BAKERY (.1); REVIEW AND REVISE REXALL SUNDOWN CONTRACT (.9); DRAFT RIDER RE: REBATES AND INCENTIVES FOR REXALL SUNDOWN CONTRACT (.3); DRAFT EMAIL TO A. LIU AND R. ABERNATHY RE: REQUEST FOR CLAIMS INFORMATION FOR FLOWERS BAKERY IN CONNECTION WITH RESOLVING CLAIMS AS PART OF NEGOTIATION OF NEW CONTRACT (.2); DRAFT EMAILS TO B. KICHLER RE: COMMENTS TO REXALL SUNDOWN AGREEMENT (.1); REVIEW EMAIL FROM B. KICHLER RE: HER INQUIRY RE: REXALL SUNDOWN TERM SHEET (.1); DRAFT EMAIL TO B. KICHLER RE: HER INQUIRY RE: REXALL SUNDOWN TERM SHEET (.1); TELECONFERENCE WITH B. KICHLER RE: GWALTNEY OF SMITHFIELD CONTRACT, FLOWERS BAKERY, TERM SHEETS FOR VENDOR CONTRACTS AND PROCESS ISSUES IN CONNECTION WITH RENEGOTIATING CONTRACTS (.3); REVIEW EMAILS FROM B. KICHLER RE: GWALTNEY OF SMITHFIELD CONTRACT (.1); DRAFT EMAIL TO B. KICHLER RE: GWALTNEY OF SMITHFIELD CONTRACT (.1); REVIEW EMAIL FROM B. KICHLER RE: PERSONAL OPTICS (.1); REVIEW EMAIL FROM B. KICHLER RE: REXALL SUNDOWN AGREEMENT QUESTION AND RESPOND WITH ANSWER (.1); REVIEW LIFETIME HOAN PREPETITION AGREEMENT (.1); COMMENCE ANALYSIS WITH RESPECT TO CLAIMS OF LIFETIME HOAN (.2). |
| --- | --- | --- | --- |
| LEAMY JM | 03/02/06 | 0.90 | REVIEW DIVERSIFIED MAINTENANCE MOTION TO COMPEL ASSUMPTION OR REJECTION (.2); EMAIL J. CASTLE RE: MOTION TO COMPEL (.1); TELECONFERENCE WITH E. LANE RE: PROJECT ASSISTANTS (.2); PREPARE ANALYSIS RE: SAVINGS ON REJECTED CONTRACTS (.3); EMAIL E. SCHULE RE: REJECTED COMMENTS (.1). |
| TURETSKY DM | 03/02/06 | 0.20 | DRAFT NOTICE OF HEARING IN CONNECTION WITH MOTION TO ASSUME CISCO AGREEMENT ON MODIFIED TERMS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/03/06 | 1.00 | EXCHANGE VOICEMAILS/EMAILS WITH J. RANNE RE: FILING OF CISCO MOTION (.1); DRAFT MEMO TO B. CHAVEZ RE: EXHIBITS FOR FILING (.1); REVISE CISCO MOTION AND ORDER TO INCORPORATE COMMENTS AND FINALIZE FOR FILING (.7); DRAFT MEMOS TO C. JACKSON AND K. WARD RE: FILING AND SERVICE (.1). |
| EICHEL S | 03/03/06 | 1.30 | REVIEW EMAIL FROM R. ABERNATHY RE: FLOWERS BAKERY PROOFS OF CLAIM (.1); DRAFT EMAIL TO R. ABERNATHY RE: SUMMARY OF ANALYSIS OF FLOWERS BAKERY PROOFS OF CLAIM (.1); REVIEW AND REVISE BANKRUPTCY CLAIMS ANALYSIS OF LIFETIME HOAN IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.4); REVIEW AND REVISE LIFETIME HOAN CLAIMS ANALYSIS (.2); REVIEW EMAIL FROM R. ABERNATHY RE: SPREADSHEET ANALYZING CLAIMS OF FLOWERS BAKERY (.1); DRAFT EMAIL TO A. LIU AND C. JACKSON (LOGAN) RE: CLAIMS ANALYSIS OF LIFETIME HOAN (.1); REVIEW EMAIL FROM R. ABERNATHY RE: FLOWERS BAKERY (.1); DRAFT EMAIL RE: FLOWERS BAKERY TO B. KICHLER, A. LIU AND R. ABERNATHY (.1); REVIEW RESPONSE FROM B. KICHLER RE: FLOWERS BAKERY (.1). |
| LEAMY JM | 03/05/06 | 0.10 | EMAIL FROM E. LANE RE: JEA CONTRACT (.1). |
| GRAY RW | 03/06/06 | 2.70 | DRAFT FOLLOWUP MEMO TO CLIENT RE: SCHREIBER STATUS (.1); REVIEW AND RESPOND TO MEMO FROM R. DUBNICK RE: FINAL REVIEW OF AT&T DOCUMENTS (.1); REVIEW AND RESPOND TO FURTHER MEMO FROM R. DUBNICK RE: AT&T ISSUES (.1); REVIEW SCHEDULED AND FILED CLAIMS OF AT&T (.1); REVIEW AT&T AMENDMENT DOCUMENTS AND DRAFT MEMO RE: ISSUES (2.3). |
| EICHEL S | 03/06/06 | 0.20 | TELECONFERENCE WITH B. KICHLER RE: REBATE SECTION TO REXALL SUNDOWN CONTRACT (.1); DRAFT EMAIL TO C. JACKSON (LOGAN) RE: LIFETIME HOAN CLAIMS ANALYSIS IN CONNECTION WITH NEGOTIATING NEW CONTRACT WITH VENDOR (.1). |
| LEAMY JM | 03/06/06 | 0.60 | REVISE ASSUMPTION AGREEMENT (.5); EMAIL K. FAGERSTROM RE: ASSUMPTION AGREEMENT (.1). |
| TURETSKY DM | 03/06/06 | 4.00 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING NCR MASTER SOLUTIONS AGREEMENT (4.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW               03/07/06          2.00    REVIEW AND RESPOND TO MEMOS FROM R.
                                                DUBNICK RE: AT&T COURT APPROVAL
                                                ISSUES (.1); REVIEW AMENDED DOCUMENTS
                                                RECEIVED FROM R. DUBNICK (.1);
                                                TELECONFERENCE WITH J. CASTLE, J.
                                                JAMES, K. LOGAN, E. LANE ET AL. RE:
                                                CONTRACT/CLAIMS ISSUES (.3);
                                                TELECONFERENCE WITH J. RANNE RE: AT&T
                                                (.1); REVIEW AND COMMENT ON LIFETIME
                                                HOAN CLAIM ANALYSIS FOR CONTRACT
                                                INSERT (.1); EXCHANGE EMAILS WITH K.
                                                FAGERSTROM AND J. RANNE RE: AT&T
                                                (.1); REVIEW AND COMMENT ON HANDIFOIL
                                                CLAIMS ANALYSIS FOR CONTRACT INSERT
                                                (.1); FOLLOWUP EMAIL EXCHANGE WITH S.
                                                EICHEL RE: HANDIFOIL (.1); REVIEW AND
                                                COMMENT ON BOSTON MARKET CONTRACT
                                                PROVISIONS (.7); REVIEW MEMO AND LIST
                                                FROM E. LANE RE: EMPLOYMENT
                                                AGREEMENT, DRAFT REPLY RE: CONTINGENT
                                                CASH DOCUMENTS, AND DRAFT MEMO TO D.
                                                TURETSKY RE: SAME (.3).

EICHEL S              03/07/06          1.70    REVIEW EMAIL FROM C. JACKSON (LOGAN)
                                                RE: CLAIMS ANALYSIS OF LIFETIME HOAN
                                                (.1); REVIEW AND REVISE CLAIMS
                                                ANALYSIS OF LIFETIME HOAN (.1); DRAFT
                                                EMAIL TO R. GRAY RE: CLAIMS ANALYSIS
                                                OF LIFETIME HOAN IN CONNECTION WITH
                                                COMPANY ENTERING INTO NEW CONTRACT
                                                WITH VENDOR (.1); REVIEW AND REVISE
                                                CHART SUMMARIZING STATUS OF VENDORS
                                                WHOSE CONTRACTS ARE BEING
                                                RENEGOTIATED (.2); REVIEW VENDOR
                                                CONTRACTS TO BE REJECTED (.2); DRAFT
                                                EMAIL TO B. KICHLER RE: BANKRUPTCY
                                                ANALYSIS OF LIFETIME HOAN (.1);
                                                REVIEW HANDI-FOIL AGREEMENT AND
                                                ADDENDUMS IN CONNECTION WITH
                                                REJECTING PREPETITION AGREEMENT AND
                                                RESOLVING CLAIMS AS PART OF
                                                NEGOTIATION OF NEW CONTRACT WITH
                                                VENDOR (.2); ANALYZE HANDI-FOIL
                                                CLAIMS IN CONNECTION WITH NEGOTIATING
                                                NEW CONTRACT WITH VENDOR (.2); DRAFT
                                                BANKRUPTCY SECTION FOR NEW HANDI-FOIL
                                                CONTRACT BASED ON CLAIMS ANALYSIS
                                                (.2); DRAFT EMAIL TO A. LIU, R. GRAY
                                                AND C. JACKSON (LOGAN) RE: BANKRUPTCY
                                                ANALYSIS OF HANDI-FOIL IN CONNECTION
                                                WITH ENTERING INTO NEW CONTRACT (.2);
                                                REVIEW EMAIL FROM R. GRAY RE:
                                                TREATMENT OF HANDI-FOIL CLAIM AND
                                                RESPOND TO SAME (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/07/06 | 1.70 | TELECONFERENCE WITH J. CASTLE, J. JAMES, E. LANE , K. LOGAN AND R. GRAY RE: CONTRACT ANALYSIS (.3); REVIEW LEARNSOMETHING, INC. CLAIM AND TERMS OF AGREEMENT (.3); DRAFT LEARNSOMETHING, INC. ASSUMPTION AGREEMENT (.9); EMAILS K. FAGERSTROM RE: LEARNSOMETHING ASSUMPTION AGREEMENT (.2). |
| TURETSKY DM | 03/07/06 | 2.20 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING NCR MASTER SOLUTIONS AGREEMENT (.8); RESEARCH RE: POTENTIAL ISSUES WITH RESPECT TO LEASE FOR STORE NUMBER 1335 (1.4). |
| HENRY S | 03/08/06 | 1.10 | CONFERENCE WITH R. GRAY RE: PLAN ISSUES INVOLVING INSURANCE AND SURETY AGREEMENTS (.6); FACT GATHERING RE: INSURANCE AND SURETY AGREEMENTS (.5). |
| GRAY RW | 03/08/06 | 3.70 | CONFERENCE WITH R. GRAY RE: INSURANCE CLAIMS (.6); FURTHER REVIEW OF AT&T DOCUMENTS (.4); TELECONFERENCE WITH J. JAMES AND S. MAILLOUX RE: ISSUES ON AT&T DOCUMENTS (.2); REVIEW AND RESPOND TO MEMO FROM S. MAILLOUX RE: AT&T DOCUMENTS (.2); REVIEW AND RESPOND TO MEMO FROM J. RANNE RE: AT&T CLAIM REDUCTION (.2); REVIEW MEMOS FROM J. CASTLE, F. HUFFARD AND B. KICHLER RE: SCHREIBER SESSION AND PLACE CALL TO J. SMYTH RE: SAME (.1); TELECONFERENCE WITH J. SMYTH RE: MEETING AND CONFIDENTIALITY AGREEMENT AND DRAFT MEMO TO CLIENT RE: SAME (.2); REVIEW AND REVISE FORM OF CONFIDENTIALITY AGREEMENT (.2); FOLLOWUP EMAIL EXCHANGE WITH CLIENT RE: SCHREIBER CONFIDENTIALITY AGREEMENT (.1); CONFERENCE WITH S. HENRY RE: INSURANCE/SURETY AGREEMENTS AND CLAIMS (.6); REVIEW OPEN ISSUES LIST RE: EMPLOYMENT AGREEMENTS (.3); REVIEW REVISED ISSUES LIST (.2); DRAFT MEMO TO J. JAMES AND E. LANE RE: INSURANCE/SURETY AGREEMENTS AND REVIEW REPLY FROM J. JAMES (.2); REVISE BANKRUPTCY LANGUAGE FOR AT&T DEAL AND DRAFT MEMO TO CLIENT RE: SAME AND PROPOSED STIPULATION (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/08/06 | 1.00 | REVIEW AND REVISE HANDI-FOIL BANKRUPTCY ANALYSIS IN CONNECTION WITH ENTERING INTO NEW AGREEMENT (.2); DRAFT EMAIL TO B. KICHLER RE: ATTACHING TWO VERSIONS OF HANDI-FOIL BANKRUPTCY ANALYSIS (.1); ANALYZE ISSUE RE: GWALTNEY OF SMITHFIELD CLAIM IN CONNECTION WITH DRAFTING BANKRUPTCY SECTION FOR NEGOTIATION IN CONNECTION WITH ENTERING INTO NEW CONTRACT (.4); DRAFT EMAIL TO A. LIU RE: RECLAMATION CLAIM OF GWALTNEY OF SMITHFIELD (.1); REVIEW EMAIL FROM A. LIU RE: RECLAMATION CLAIM OF GWALTNEY OF SMITHFIELD IN CONNECTION WITH CLAIMS ANALYSIS FOR BANKRUPTCY SECTION OF NEW AGREEMENT (.1); DRAFT EMAIL TO A. LIU RE: SETOFF INQUIRY IN CONNECTION WITH SMITHFIELD CLAIM (.1). |
| TURETSKY DM | 03/08/06 | 2.00 | RESEARCH RE: ISSUES CONCERNING LEASE FOR STORE NUMBER 1335 (2.0). |
| GRAY RW | 03/09/06 | 5.70 | TELECONFERENCE WITH J. RANNE RE: AT&T ISSUES (.1); TELECONFERENCE WITH I. FRYDMAN, J. RANNE, S. MAILLOUX AND K. FAGERSTROM RE: AT&T ISSUES (.7); FURTHER TELECONFERENCE WITH I. FRYDMAN RE: AT&T ISSUES (.1); CONFERENCE WITH S. EICHEL RE: STATUS OF VENDOR CONTRACTS (.1); TELECONFERENCE WITH K. FAGERSTROM RE: NCR LUMP SUM V. STRETCH OUT (.1); DRAFT MEMO TO K. FAGERSTROM RE: SECURED CLAIM ISSUE (.1); DRAFT MEMO TO J. SMYTH RE: CONFIDENTIALITY AGREEMENT FOR SCHREIBER (.1); EXCHANGE EMAILS WITH J. SMYTH RE: FORM ISSUES AND DRAFT MEMO TO B. KICHLER RE: SAME (.2); ANALYSIS OF ISSUES AND DRAFTING RE: AT&T MOTION AND ORDER (2.2); TELECONFERENCE WITH K. FAGERSTROM AND J. JAMES RE: NCR (.3); TELECONFERENCE WITH C. WESTON, J. RANNE, K. FAGESTROM AND J. JAMES RE: NCR (.6); DRAFT MEMO RE: IMPAIRMENT ISSUES ON NCR (.7); REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: NCR (.1); DRAFT MEMO TO J. RANNE ET AL. RE: STATUS OF COMPANY AND COMMITTEE SIGNOFF ON AT&T AND REVIEW REPLIES (.1); FOLLOWUP EMAIL EXCHANGE WITH K. FAGERSTROM RE: SIGNOFF (.1); FURTHER EMAIL EXCHANGE RE: STATUS OF FINAL SET OF DOCS (.1). |
| EICHEL S | 03/09/06 | 0.30 | REVIEW AND REVISE LIFETIME HOAN PROPOSAL (.1); REVIEW AND REVISE BANKRUPTCY ANALYSIS FOR NEW LIFETIME HOAN CONTRACT (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/09/06 | 4.80 | FURTHER RESEARCH RE: ISSUES CONCERNING LEASE WITH STORE #1335 (2.7); DRAFT MEMORANDUM TO A. RAVIN, R. GRAY, AND S. HENRY RE: STORE #1335 LEASE (2.1). |
| EICHEL S | 03/10/06 | 0.60 | REVIEW AND REVISE LIFETIME HOAN BANKRUPTCY ANALYSIS IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.3); TELECONFERENCE WITH J. JAMES RE: RECLAIM DEDUCTIONS IN CONNECTION WITH SUMMARIZING LIFETIME HOAN CLAIMS ANALYSIS IN CONNECTION WITH ENTERING INTO NEW AGREEMENT WITH LIFETIME HOAN (.1); DRAFT EMAIL TO R. GRAY RE: REVISIONS TO LIFETIME HOAN BANKRUPTCY ANALYSIS (.2). |
| GRAY RW | 03/12/06 | 0.30 | REVIEW MEMO FROM E. LANE RE: INSURANCE POLICIES AND DRAFT MEMO TO S. HENRY RE: COVERAGE UNDER EXPIRED POLICIES (.1); REVIEW AND COMMENT ON REVISED LIFETIME HOAN ANALYSIS (.1); DRAFT MEMO TO R. DUBNICK RE: AT&T INFORMATION NEEDED FOR MOTION (.1). |
| GRAY RW | 03/13/06 | 6.40 | REVIEW AND RESPOND TO MEMOS FROM R. DUBNICK, K. FAGERSTROM AND I. FRYDMAN RE: AT&T (.2); REVIEW AND COMMENT ON GWALTNEY CONTRACT INSERT (.1); REVIEW PREPETITION AT&T DOCUMENTS (.6); CONTINUE DRAFT/EDIT OF AT&T MOTION AND ORDER (5.4); DRAFT MEMO TO CLIENT RE: REVIEW OF AT&T DOCUMENTS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                03/13/06            3.70   REVIEW EMAIL FROM B. KICHLER RE:
                                                   GWALTNEY OF SMITHFIELD ("SMITHFIELD")
                                                   BANKRUPTCY SECTION FOR NEW CONTRACT
                                                   (.1); ANALYZE ISSUES RE: CLAIMS OF
                                                   SMITHFIELD IN CONNECTION WITH
                                                   NEGOTIATION OF NEW CONTRACT WITH
                                                   VENDOR (.2); DRAFT EMAIL TO R.
                                                   ABERNATHY RE: SCHEDULED CLAIM OF
                                                   SMITHFIELD IN CONNECTION WITH CLAIMS
                                                   ANALYSIS IN CONNECTION WITH
                                                   NEGOTIATION OF NEW CONTRACT (.1);
                                                   REVIEW EMAIL FROM R. ABERNATHY RE:
                                                   SMITHFIELD SCHEDULED CLAIM INQUIRY
                                                   (.1); TELECONFERENCE WITH B. KICHLER
                                                   RE: SMITHFIELD CONTRACT IN CONNECTION
                                                   WITH NEGOTIATION OF NEW VENDOR
                                                   CONTRACT (.2); REVIEW SMITHFIELD
                                                   CONTRACT IN CONNECTION WITH PREPARING
                                                   ANALYSIS OF REJECTION OF CONTRACT
                                                   (.2); REVIEW EMAIL FROM A. LIU RE:
                                                   ANALYSIS OF SMITHFIELD CLAIMS (.1);
                                                   REVIEW EMAIL FROM C. JACKSON (LOGAN)
                                                   RE: SMITHFIELD'S SCHEDULED AND FILED
                                                   CLAIMS (.1); TELECONFERENCE WITH A.
                                                   LIU RE: ANALYSIS SMITHFIELD CLAIMS
                                                   (.2); REVIEW AND REVISE SMITHFIELD
                                                   CLAIMS ANALYSIS (1.2); DRAFT EMAIL TO
                                                   A. LIU ATTACHING REVISED CLAIMS
                                                   ANALYSIS (.1); DRAFT EMAIL TO R. GRAY
                                                   RE: SMITHFIELD CLAIMS ANALYSIS (.1);
                                                   TELECONFERENCE WITH A. LIU RE:
                                                   REVISION TO SMITHFIELD ANALYSIS (.1);
                                                   REVIEW SECTION 365(N) IN CONNECTION
                                                   WITH THE SMITHFIELD CLAIM ANALYSIS IN
                                                   CONNECTION WITH NEGOTIATION OF NEW
                                                   CONTRACT (.4); TELECONFERENCE WITH B.
                                                   KICHLER RE: SMITHFIELD TRADEMARK
                                                   LICENSE IN CONNECTION WITH ANALYSIS
                                                   AND RENEGOTIATING CONTRACT (.1);
                                                   DRAFT EMAIL TO B. KICHLER RE:
                                                   SMITHFIELD ANALYSIS IN CONNECTION
                                                   WITH NEGOTIATION OF NEW CONTRACT WITH
                                                   VENDOR (.1); REVIEW B. KICHLER'S
                                                   EMAIL RE: LIBMAN'S TERM SHEET WAIVING
                                                   RECLAMATION CLAIM (.1); DRAFT EMAIL
                                                   TO A. LIU RE: WHETHER LIBMAN HAS A
                                                   RECLAMATION CLAIM (.1); DRAFT EMAIL
                                                   TO B. KICHLER RE: STATUS OF LIBMAN
                                                   CLAIMS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| HENRY S | 03/14/06 | 2.90 | REVIEW CONTRACT RELATING TO EQUIPMENT (.4); RESEARCH RE: EQUIPMENT CONTRACT (1.2); ANALYSIS OF ISSUES RE: EQUIPMENT CONTRACT (.2); TELECONFERENCE WITH R. GRAY RE: EQUIPMENT CONTRACT (.1); READ MEMO RE: EQUIPMENT CONTRACT (.5); TELECONFERENCE WITH R. DAMORE RE: EQUIPMENT CONTRACT (.2); TELECONFERENCE WITH R. GRAY RE: CLAIM FOR RETURNED EQUIPMENT (.1); CONFERENCE WITH A. RAVIN RE: RELATED EXECUTORY CONTRACT ISSUE (.2). |

GRAY RW 03/14/06 2.40 TELECONFERENCE WITH J. JAMES RE: EMPLOYEE CONTRACT DECISIONS (.1); DRAFT MEMO TO CLIENT RE: KONICA MOTION ISSUES (.2); REVIEW MEMO FROM T. ROBBINS AND TELECONFERENCE WITH J. JAMES RE: CLARIFICATION (.1); TELECONFERENCE WITH R. DAMORE RE: CLARIFICATION (.1); FURTHER TELECONFERENCE WITH J. JAMES RE: CLARIFICATION (.1); REVIEW AND RESPOND TO MEMO FROM K. FAGERSTROM RE: NCR ISSUES (.2); TELECONFERENCE WITH K. FAGERSTROM RE: CLARIFICATION (.1); TELECONFERENCE WITH I. FRYDMAN RE: AT&T MOTION (.1); REVISE AT&T MOTION (.4); DRAFT MEMO TO R. BOZA AT AT&T RE: MOTION, ORDER AND MODIFIED AGREEMENTS (.2); REVIEW EMAILS FROM J. RANNE AND I. FRYDMAN RE: AT&T TIMING (.1); TELECONFERENCE WITH S. HENRY RE: STATUS OF CLAIM FOR EQUIPMENT RETURN UNDER REJECTED CONTACT (.1); COORDINATE RESEARCH RE: REJECTED CONTRACT (.1); TELECONFERENCE WITH J. POST AND D. TURETSKY RE: 11TH CIRCUIT LAW ON ADMINISTRATIVE CLAIMS (.2); REVIEW MEMO FROM B. KICHLER RE: VENDOR CONTRACTS AND FOLLOWUP WITH S. EICHEL (.1); PRELIMINARY REVIEW OF HALLMARK AMENDMENT AND DRAFT MEMO TO J. JAMES AND B. KICHLER RE: SAME (.2).

HART JR. DJ 03/14/06 1.30 REVIEW SALIENT POINTS OF KONICA CONTRACT FOR RETURN OF EQUIPMENT PROVISION (.3); RESEARCH RE: REJECTION OF LEASE AND STATUS OF CLAIM - WHETHER ADMINISTRATIVE OR OTHERWISE (.9); REPORT FINDINGS RE: SAME TO D. TURETSKY VIA VOICEMAIL (.1).

LAMAINA KA 03/14/06 0.30 REVIEW CONTRACTS REJECTED AND BENEFIT TO ESTATES DUE TO REJECTION (.3).

LEAMY JM 03/14/06 0.50 REVIEW J. MILTON EMAIL RE: KONICA (.1); REVIEW MOTION TO ASSUME AT&T CONTRACT (.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/14/06 | 0.30 | REVIEW CORRESPONDENCE FROM J. MILTON RE: STATUS OF KONICA MOTION, DRAFT MEMO TO AND REVIEW MEMO FROM J. LEAMY RE: SAME, REVIEW MEMO FROM R. GRAY RE: SAME (.1); CONFERENCE WITH S. HENRY RE: CASE LAW RELATED TO IMPACT OF BREACH OF CONTRACTUAL RETURN OBLIGATIONS, DRAFT MEMO TO SAME RE: SAME (.2). |
| TURETSKY DM | 03/14/06 | 5.90 | RESEARCH RE: ISSUES CONCERNING KONICA LEASE (2.3); TELECONFERENCE (PARTIAL) WITH R. GRAY AND J. POST RE: KONICA LEASE (.2); DRAFT MEMORANDUM TO S. HENRY RE: KONICA LEASE (3.4). |
| GRAY RW | 03/15/06 | 2.30 | DRAFT MEMO TO H. ETLIN ET AL. RE: ISSUES ON HALLMARK AMENDMENT (.9); REVIEW AND RESPOND TO MEMO FROM R. DUBNICK RE: AT&T DEAL AND EXCHANGE EMAILS WITH K. FAGERSTROM RE: A&M BRIEFING (.1); DRAFT MEMO TO MILBANK RE: AT&T ASSUMPTION (.2); REVISE AT&T MOTION AND ORDER (.2); REVIEW AND RESPOND TO MEMO FROM J. MILTON RE: DRAFT AT&T MOTION AND ORDER (.1); REVIEW AND RESPOND TO FURTHER MEMO FROM J. MILTON RE: AT&T CLAIM AMOUNT (.1); REVIEW AND RESPOND TO MEMO FROM J. MILTON RE: KONICA (.1); REVIEW AND RESPOND TO MEMO FROM L. PRENDERGAST RE: ACHA CONTRACT (.1); FURTHER EMAIL EXCHANGE WITH L. PENDERGAST RE: CONSENT ORDER ON CLAIM (.1); EXCHANGE EMAILS AND VOICEMAILS WITH K. FAGERSTROM AND I. FRYDMAN RE: STATUS OF AT&T REVIEW OF MOTION AND REVISION OF DOCUMENTS (.1); REVIEW MEMO FROM E. LANE RE: ADDITIONAL EMPLOYMENT CONTRACTS (.1); REVIEW MCCOOK AGREEMENT ISSUES (.2). |
| EICHEL S | 03/15/06 | 0.60 | REVIEW EMAIL FROM R. GRAY RE: INFORMATION NEEDED TO RESOLVE CLAIMS OF METTLER TOLEDO, INC. AND SARALEE (.1); DRAFT EMAIL TO A. LIU AND R. ABERNATHY RE: CLAIMS INFORMATION TO ANALYZE ABOVE CLAIMS (.1); REVIEW EMAIL FROM B. KICHLER RE: REVISIONS TO RD CANDLE (.1); REVIEW AND REVISE RD CANDLE ANALYSIS (.1); DRAFT EMAIL TO B. KICHLER RE: REVISIONS TO RD CANDLE ANALYSIS (.1); TELECONFERENCE WITH B. KICHLER RE: REVISION TO RD CANDLE AND RUG DOCTOR CLAIMS ANALYSIS IN CONNECTION WITH NEGOTIATIONS OF NEW CONTRACTS (.1). |
| LEAMY JM | 03/15/06 | 3.50 | DRAFT ASSUMPTION AGREEMENT REGARDING SERENA AMENDED AGREEMENT (3.3); EMAILS TO K. FAGERSTROM RE: SERENA AMENDED AGREEMENT (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          03/16/06          1.30   TELECONFERENCE WITH I. FRYDMAN RE:
                                          AT&T STATUS (.1); TELECONFERENCE WITH
                                          B. KICHLER RE: HALLMARK AMENDMENT
                                          ISSUES (.2); EXCHANGE EMAILS WITH E.
                                          LANE AND L. PRENDERGAST RE: ACHA
                                          CONTRACT (.1); REVIEW REVISED RUG
                                          DOCTOR ANALYSIS FOR S. EICHEL (.1);
                                          FURTHER TELECONFERENCE WITH I.
                                          FRYDMAN RE: EXPECTED COMMENTS FROM
                                          AT&T (.1); REVIEW REVISED DOCUMENTS
                                          FROM AT&T AND CIRCULATE (.3);
                                          EXCHANGE EMAILS WITH I. FRYDMAN RE:
                                          DOWNTURN CLAUSE (.1); TELECONFERENCES
                                          WITH I. FRYDMAN RE: REVISIONS TO
                                          DOCUMENTS (.1); TELECONFERENCE WITH
                                          B. KICHLER RE: KONICA (.1); EXCHANGE
                                          EMAILS WITH K. FAGERSTROM RE: STATUS
                                          OF ALVAREZ REVIEW OF AT&T DEAL (.1).

EICHEL S         03/16/06          1.00   REVIEW AND REVISE BANKRUPTCY ANALYSIS
                                          FOR RUG DOCTOR IN CONNECTION WITH
                                          NEGOTIATIONS OF NEW CONTRACT BASED ON
                                          B. KICHLER'S COMMENTS (.2); DRAFT
                                          EMAIL TO R. GRAY RE: REVISED RUG
                                          DOCTOR ANALYSIS (.1); DRAFT EMAIL TO
                                          B. KICHLER RE: REVISED RUG DOCTOR
                                          ANALYSIS (.1); TELECONFERENCE WITH W.
                                          FINER (COUNSEL TO COUNTY GARDEN
                                          SILKS) RE: RECLAMATION CLAIM (.3);
                                          TELECONFERENCE WITH A. LIU RE: COUNTY
                                          GARDEN SILKS (.1); REVIEW EMAILS FROM
                                          J. HELLICK (CHECKPOINT SYSTEMS) RE:
                                          RECONCILIATION OF RECLAMATION CLAIM
                                          OF CHECKPOINT SYSTEMS (.1);
                                          TELECONFERENCE WITH B. KICHLER RE:
                                          COUNTY GARDEN SILKS RECLAMATION CLAIM
                                          (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/17/06 | 3.10 | REVIEW AND RESPOND TO MEMO FROM E. SCHULE RE: CISCO SUMMARY FOR HEARING (.2); INCORPORATE COMMENTS AND FINALIZE AT&T MOTION, EXHIBITS, ORDER AND NOTICE, AND PREPARE ALL FILING (.7); REVIEW AND COMMENT ON ADDITIONS TO EMPLOYEE CONTRACT CHART (.2); EXCHANGE VOICEMAIL AND EMAIL WITH J. JAMES RE: NCR (.1); DRAFT MEMO TO J. JAMES AND B. KICHLER RE: HALLMARK/BAHAMAS AND FOLLOWUP EMAIL EXCHANGE WITH L APPEL AND T. SALDANA RE: SAME (.4); TELECONFERENCE WITH A. BERGER, COUNSEL FOR KONICA, RE: REJECTION (.2); DRAFT MEMO TO J. JAMES, B. KICHLER, R. DAMORE ET AL. RE: EQUIPMENT RETURN (.2); REVIEW MEMO FROM A. BERGER, PROPOSED STIPULATION AND DEACTIVATION PLAN AND DRAFT MEMO TO CLIENT RE: SAME (.4); FINALIZE DRAFT OF SHORT FORM CA FOR SCHREIBER (.3); DRAFT MEMO TO J. CASTLE AND B. KICHLER RE: CA AND REVIEW REPLIES (.1); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: HALLMARK ISSUES (.2); DRAFT MEMO TO R. BOZA AT AT&T RE: FILING OF MOTION (.1). |
| EICHEL S | 03/17/06 | 0.10 | REVIEW EMAIL FROM B. KICHLER RE: O'CEDER BANKRUPTCY ANALYSIS IN CONNECTION WITH NEGOTIATING NEW CONTRACT WITH VENDOR (.1). |
| TURETSKY DM | 03/17/06 | 0.10 | REVIEW AND COMMENT ON MEMO FROM A. RAVIN RE: STORE 1335 (.1). |
| GRAY RW | 03/19/06 | 0.30 | REVIEW REVISED EMPLOYEE CONTRACT CHART AND DRAFT MEMO TO D. TURETSKY RE: SAME (.3). |
| GRAY RW | 03/20/06 | 1.00 | TELECONFERENCE WITH J. JAMES, J. RANNE AND K. FAGERSTROM RE: NCR TREATMENT (.3); TELECONFERENCE WITH J. JAMES RE: HALLMARK (.1); REVIEW SIGNED CA FOR SCHREIBER, DRAFT MEMO TO J. CASTLE RE: SAME AND DRAFT MEMO TO J. SMYTH (.2); REVIEW AND COMMENT ON MEMO TO J. JAMES ET AL. RE: EMPLOYEE CONTRACT CHART SUPPLEMENT (.1); EXCHANGE EMAILS WITH K. FAGERSTROM AND J. JAMES RE: NCR ISSUES (.1); DRAFT FOLLOW UP MEMO TO J. JAMES RE: STATUS OF FIFTH THIRD ISSUES (.1); EXCHANGE EMAILS WITH J. JAMES RE: KONICA (.1). |
| LEAMY JM | 03/20/06 | 0.20 | TELECONFERENCE WITH J. LANDON RE: XEROX MOTION (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 03/21/06 | 3.70 | REVIEW AND RESPOND TO MEMOS FROM D. RABON, J. JAMES AND R. DAMORE RE: KONICA (.2); TELECONFERENCE WITH J. JAMES RE: VERTIS CONTRACT ISSUES (.1); TELECONFERENCE WITH J. JAMES AND T. CARVER RE: NCR ISSUES (.3); TELECONFERENCE WITH J. JAMES RE: VARIOUS CONTRACT ISSUES (.6); REVIEW AND RESPOND TO MEMO FROM A. BERGER RE: KONICA MOTION (.2); TELECONFERENCE WITH J. POST RE: PROCEDURE ON KONICA (.1); REVIEW AND RESPOND TO FURTHER MEMO FROM A. BERGER RE: KONICA MOTION (.3); FURTHER TELECONFERENCE WITH J. POST RE: KONICA ISSUES (.1); REVIEW AND RESPOND TO MEMO FROM B. CHAVEZ RE: CISCO MOTION (.1); TELECONFERENCE WITH J. JAMES AND R. DAMORE RE: KONICA ISSUES (.2); TELECONFERENCE WITH KONICA REPRESENTATIVES AND R. DAMORE RE: TIMING ON REJECTION (.4); DRAFT MEMO TO J. POST RE: MODIFYING ORDER AND REVIEW REPLY (.2); REVIEW PRECEDENT MOTION RE: REJECTION OF STOCK OPTIONS (.2); DRAFT MEMO TO A. BERGER RE: REVISION OF KONICA ORDER (.1); DRAFT MEMO TO J. MILTON RE: KONICA REJECTION (.2); REVIEW AND RESPOND TO MEMO FROM J. RANNE RE: POSTPETITION FINANCING ISSUES (.2); REVIEW MEMO FROM J. JAMES RE: NCR DEAL AND DRAFT REPLY RE: INFORMATION FOR LETTER AGREEMENT (.2). |
|---------|----------|------|---|
| EICHEL S | 03/21/06 | 0.30 | REVIEW PROPOSED NEW LIFETIME HOAN AGREEMENT (.2); DRAFT EMAIL TO B. KICHLER ATTACHING REVISED LIFETIME HOAN ANALYSIS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                03/22/06          2.10    REVIEW AND RESPOND TO MEMO FROM M.
                                                 JEFFRIES RE: KONICA INSTALLS AND
                                                 FOLLOWUP RE: ISSUES (.1); REVIEW
                                                 REVISED ORDER FROM A. BERGER AND
                                                 PROVIDE COMMENTS (.1); EMAIL EXCHANGE
                                                 WITH A. BERGER AND H. RIEDEL RE:
                                                 ORDER PRESENTATION (.1); REVIEW
                                                 FURTHER REVISED ORDER AND DRAFT MEMO
                                                 TO J. MILTON RE: ORDER PRESENTATION
                                                 (.1); REVIEW MEMO FROM J. MILTON AND
                                                 DRAFT FOLLOWUP MEMO TO A. BERGER
                                                 (.1); EXCHANGE EMAILS WITH R. DAMORE
                                                 RE: A&M ISSUES (.1); REVIEW VESTING
                                                 SCHEDULE FROM T. SCOTT AND DRAFT MEMO
                                                 TO D. TURETSKY RE: EXECUTORY CONTRACT
                                                 ISSUES (.2); DRAFT MEMO TO T. SCOTT
                                                 RE: EXECUTORY CONTRACT ISSUES (.1);
                                                 REVIEW AND RESPOND TO MEMO FROM J.
                                                 JAMES RE: REVIEW OF EMPLOYEE CONTRACT
                                                 DECISIONS AND MISSING INFORMATION
                                                 (.1); REVIEW ADDITIONAL EMPLOYEE
                                                 CONTRACT INFORMATION RECEIVED FROM J.
                                                 JAMES (.3); TELECONFERENCE WITH S.
                                                 BUSEY AND C. JACKSON RE: KONICA (.1);
                                                 DRAFT MEMO TO D. TURETSKY RE:
                                                 EMPLOYEE CONTRACTS AND CONSENT ORDER
                                                 ISSUES (.1); REVIEW AND RESPOND TO
                                                 MEMO FROM J. RANNE RE: CISCO STATUS
                                                 AND EXECUTION DOCUMENTS (.1);
                                                 EXCHANGE EMAILS WITH B. CHAVEZ RE:
                                                 CISCO (.1); REVIEW NCR CLAIM AND
                                                 CONTRACT INFORMATION FROM E. LANE AND
                                                 EXCHANGE EMAILS WITH E. LANE ET AL.
                                                 RE: CLARIFICATION (.3); COORDINATE
                                                 WORK ON NCR CONTRACT ASSUMPTION
                                                 SCHEDULE (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/22/06 | 2.20 | COMMENCE ANALYZING CLAIMS ISSUES RE: METTLER TOLEDO IN CONNECTION WITH NEGOTIATION OF NEW CONTRACT (.3); DRAFT EMAIL TO E. LANE RE: OBTAINING PREPETITION CONTRACTS WITH METTLER TOLEDO AND SARALEE (.1); DRAFT EMAILS TO B. CROCKER RE: METTLER TOLEDO CLAIMS (.1); REVIEW EMAIL FROM B. CROCKER RE: REMAINING METTLER TOLEDO RE: PROOFS OF CLAIM AND SCHEDULED CLAIM (.1); COMMENCE ANALYSIS OF METTLER TOLEDO CLAIMS IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.3); DRAFT EMAIL TO E. LANE RE: STATUS OF CONTRACT WITH METTLER TOLEDO (.1); REVIEW EMAIL FROM E. LANE TO COMPANY RE: STATUS OF METTLER CONTRACT (.1); DRAFT, REVIEW AND REVISE METTLER TOLEDO CLAIMS ANALYSIS IN CONNECTION WITH REJECTION OF OLD CONTRACT AND NEGOTIATING NEW CONTRACT (.4); DRAFT EMAIL TO A. LIU AND R. ABERNATHY RE: METTLER TOLEDO CLAIMS ANALYSIS (.1); REVIEW PREPETITION SARA LEE AGREEMENT (.3); REVIEW EMAIL FROM A. LIU RE: CLAIMS OF SARALEE IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1); DRAFT EMAIL TO A. LIU RE: SARA LEE CLAIMS (.1); DRAFT EMAIL TO B. CROCKER (LOGAN) RE: SARA LEE CLAIMS (.1). |
| LEAMY JM | 03/22/06 | 0.50 | ANALYSIS OF MANUGISTICS REVISED CONTRACT (.5). |
| GRAY RW | 03/23/06 | 2.70 | REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: HALLMARK ISSUES (.2); REVIEW AND COMMENT ON METTLER TOLEDO CONTRACT INSERT (.1); REVIEW MATERIALS AND DRAFT LETTER TO NCR RE: CONTRACT/CLAIM TREATMENT PROPOSAL (1.6); DRAFT MEMO TO J. JAMES ET AL. RE: CONTRACT/CLAIM TREATMENT (.2); REVIEW MEMO FROM B. KICHLER RE: FIFTH THIRD UPDATE (.1); REVIEW MEMOS FROM E. LANE AND K. FAGERSTROM RE: NCR, REVISE LETTER TO NCR, AND DRAFT MEMO TO J. JAMES RE: SAME (.4); EXCHANGE EMAILS WITH J. RANNE AND J. POST RE: STATUS OF CISCO ORDER (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/23/06 | 1.30 | REVIEW EMAIL FROM G. SZCZEPANIK RE: AGREEMENT WITH METTLER TOLEDO IN CONNECTION WITH NEGOTIATING NEW CONTRACT (.1); DRAFT EMAIL TO G. SZCZEPANIK RE: CONTRACT AGREEMENT (.1); TELECONFERENCE WITH B. KICHLER RE: METTLER TOLEDO AGREEMENT AND RUSSELL STOVER DISPUTE ISSUE (.1); REVIEW EMAILS FROM B. CROCKER RE: SARA LEE PROOFS OF CLAIM IN CONNECTION WITH ANALYZING CLAIMS IN CONNECTION WITH REJECTING PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.2); DRAFT EMAIL TO B. CROCKER RE: SARA LEE PROOFS OF CLAIM (.1); TELECONFERENCES WITH A. LIU RE: PROPOSED METTLER TOLEDO CLAIMS ANALYSIS (.1); REVIEW AND REVISE METTLER TOLEDO CLAIMS ANALYSIS IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.4); DRAFT EMAIL TO R. GRAY RE: METTLER TOLEDO CLAIMS ANALYSIS (.1); DRAFT EMAIL TO B. KICHLER RE: REVISED METTLER TOLEDO ANALYSIS IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1). |
| LEAMY JM | 03/23/06 | 0.50 | TELECONFERENCE WITH K. FAGERSTROM RE: MANUGISTICS (.1); ANALYSIS RE: MANUGISTICS (.4). |
| TURETSKY DM | 03/23/06 | 2.50 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING AGREEMENTS WITH NCR (2.5). |
| GRAY RW | 03/24/06 | 1.10 | ASSIST WITH ISSUES ON PHARMACY AGREEMENTS AND MEMOS TO CLIENT RE: SAME (.2); TELECONFERENCE WITH E. LANE RE: CONTRACT ISSUES (.2); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: HALLMARK (.1); REVIEW/REVISE HALLMARK AMENDMENT (.2); EXCHANGE EMAILS WITH B. CHAVEZ AND COMPANY RE: ENTRY OF ORDER AND EXECUTION OF CISCO DOCUMENTS (.2); REVIEW REVISED EMPLOYMENT CONTRACT CHART AND OK FOR SENDING TO J. JAMES (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/24/06 | 0.70 | DRAFT EMAIL TO A. LIU AND B. CROCKER RE: OBTAINING CLAIMS INFORMATION RE: VENDOR ENVIRONMENTAL WASTE SOLUTIONS, INC. IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1); REVIEW RESPONSE FROM A. LIU RE: OBTAINING CLAIMS INFORMATION (.1); REVIEW RESPONSE FROM B. CROCKER RE: CLAIMS INFORMATION (.1); DRAFT EMAIL TO E. LANE REQUESTING PREPETITION CONTRACT WITH ENVIRONMENTAL WASTE SOLUTIONS, INC. (.1); DRAFT EMAIL TO A. LIU RE: CLAIMS ANALYSIS OF ENVIRONMENTAL WASTE SOLUTIONS, INC. (.1); REVIEW EMAIL FROM E. LANE RE: ENVIRONMENTAL WASTE SOLUTIONS, INC. CONTRACT (.1); DRAFT EMAIL TO B. KICHLER RE: ENVIRONMENTAL WASTE SOLUTIONS, INC. CONTRACT (.1). |
| EICHEL S | 03/25/06 | 0.20 | REVIEW PREPETITION CONTRACT WITH ENVIRONMENTAL WASTE SOLUTIONS (.2). |
| GRAY RW | 03/26/06 | 1.10 | DRAFT MEMO TO J. JAMES RE: NCR CONTRACTS AND REVIEW REPLY (.1); PREPARE SECOND ADDENDUM TO HALLMARK AGREEMENT TO REFLECT AMENDMENTS (.9); DRAFT MEMO TO B. KICHLER ET AL. RE: HALLMARK AGREEMENT (.1). |
| EICHEL S | 03/26/06 | 0.20 | DRAFT, REVIEW AND REVISE CLAIMS ANALYSIS OF ENVIRONMENTAL WASTE SOLUTIONS (.2). |
| GRAY RW | 03/27/06 | 0.10 | REVIEW ENVIRONMENTAL WASTE SOLUTIONS ASSUMPTION PROVISIONS AND DRAFT MEMO TO S. EICHEL RE: SAME (.1). |
| EICHEL S | 03/27/06 | 3.10 | REVIEW EMAIL FROM B. KICHLER RE: ASSUMPTION OF ENVIRONMENTAL WASTE SOLUTIONS ("EWS") CONTRACT (.1); REVIEW AND REVISE EWS ANALYSIS IN CONNECTION WITH NEGOTIATING NEW CONTRACT WITH VENDOR (.7); REVIEW EMAIL FROM A. LIU RE: EWS ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: EWS ANALYSIS (.1); REVIEW EMAIL FROM R. GRAY RE: EWS ANALYSIS (.1); COMMENCE ANALYSIS OF 16 PROOFS OF CLAIM OF SARALEE IN CONNECTION WITH REJECTING PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.9); COMMENCE DRAFTING SARALEE CLAIMS ANALYSIS IN CONNECTION WITH RESOLVING CLAIMS IN CONNECTION WITH NEGOTIATING NEW CONTRACT WITH VENDOR (.7); TELECONFERENCE WITH B. KICHLER RE: (I) TERMS OF ENVIRONMENTAL WASTE SOLUTIONS REVISED CONTRACT, (II) REVISIONS TO FALCON FARMS STIPULATION, AND (III) REVISION TO SEABEV STIPULATION (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM            03/27/06        1.40    REVIEW AND ANALYSIS OF MANUGISTICS
                                            BACKGROUND MATERIALS FOR PROPOSED
                                            AMENDMENT (1.4).

GRAY RW             03/28/06        1.00    REVIEW AND RESPOND TO MEMO FROM B.
                                            KICHLER RE: SCHREIBER AGREEMENT
                                            ISSUES (.3); REVISE HALLMARK
                                            AMENDMENT PER EMAIL FROM B. KICHLER
                                            AND DRAFT MEMO TO B. KICHLER ET AL.
                                            RE: SAME (.3); DRAFT MEMO TO J. SMYTH
                                            RE: SCHREIBER CONFIDENTIALITY
                                            AGREEMENT AND REVIEW REPLY (.1);
                                            REVIEW EMAILS FROM B. KICHLER AND H.
                                            ETLIN RE: HALLMARK (.1); REVIEW MEMO
                                            FROM B. KICHLER AND REVIEW HALLMARK
                                            DOCUMENT FOR RESTATEMENT (.1); ASSIST
                                            WITH PHARMACY AGREEMENT ANALYSIS
                                            (.1).

EICHEL S            03/28/06        0.70    TELECONFERENCE WITH A. LIU AND T.
                                            WUERTZ RE: RESOLVING OUTSTANDING
                                            RECLAMATION CLAIMS (.7).

GRAY RW             03/29/06        0.70    REVIEW AND RESPOND TO MEMO FROM S.
                                            EICHEL RE: CONTRACT ASSUMPTION
                                            PROVISION (.1); TELECONFERENCE WITH
                                            J. MILTON RE: AT&T OBJECTION DEADLINE
                                            EXTENSION (.1); DRAFT MEMO TO CLIENT
                                            RE: DEADLINE EXTENSION AND EXCHANGE
                                            EMAILS WITH J. RANNE RE: DEADLINE
                                            EXTENSION (.1); REVIEW AND RESPOND TO
                                            MEMO FROM J. MILTON CONFIRMING
                                            EXTENSION (.1); TELECONFERENCE WITH
                                            B. KICHLER RE: SCHREIBER CONTRACT
                                            ISSUES (.1); FORWARD SAMPLE LANGUAGE
                                            RE: CHANGE IN CONTROL (.1); EXCHANGE
                                            EMAILS WITH J. LEAMY RE: BOISE
                                            CASCADE CONTRACT RENEGOTIATION ISSUES
                                            (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          03/29/06      2.90    REVIEW REVISIONS TO ENVIRONMENTAL
                                        WASTE SOLUTIONS ANALYSIS (.1); DRAFT
                                        EMAIL TO R. GRAY RE: ENVIRONMENTAL
                                        WASTE SOLUTIONS ANALYSIS (.1); REVIEW
                                        EMAIL FROM R. GRAY RE: HER COMMENTS
                                        TO ENVIRONMENTAL WASTE SOLUTIONS
                                        ANALYSIS (.1); DRAFT EMAIL TO B.
                                        KICHLER ATTACHING BANKRUPTCY ANALYSIS
                                        OF ENVIRONMENTAL WASTE SOLUTIONS IN
                                        CONNECTION WITH ASSUMPTION OF AMENDED
                                        AGREEMENT (.1); CONTINUE REVIEW OF
                                        EARTHGRAINS/SARALEE CLAIMS IN
                                        CONNECTION WITH REJECTION OF CONTRACT
                                        AND NEGOTIATING NEW CONTRACT WITH
                                        VENDOR (.2); REVIEW VERTIS CONTRACT
                                        AND APPENDIX IN CONNECTION WITH
                                        ANALYSIS OF REJECTION OF CONTRACT AND
                                        ENTERING INTO NEW CONTRACT WITH
                                        VENDOR (.6); COMMENCE VERTIS CLAIMS
                                        ANALYSIS (.6); DRAFT EMAIL TO B.
                                        CROCKER RE: VERTIS CLAIMS INFORMATION
                                        (.1); REVIEW RESPONSE FROM B. CROCKER
                                        RE: VERTIS CLAIMS INFORMATION (.1);
                                        TELECONFERENCE WITH A. LIU RE:
                                        RECONCILIATION OF VERTIS CLAIMS (.1);
                                        COMMENCE DRAFTING ANALYSIS OF VERTIS
                                        CLAIMS (.5); TELECONFERENCE WITH A.
                                        LIU RE: VERTIS OPTING INTO TRADE LIEN
                                        PROGRAM IN CONNECTION WITH DRAFTING
                                        ANALYSIS (.1); DRAFT EMAIL TO A. LIU
                                        AND C. JACKSON (LOGAN) RE: ANALYSIS
                                        OF VERTIS (.1); DRAFT EMAIL TO A. LIU
                                        AND B. CROCKER REQUESTING CLAIMS
                                        INFORMATION IN CONNECTION WITH
                                        REJECTION OF VERTIS AGREEMENT AND
                                        ENTERING INTO NEW AGREEMENT WITH
                                        VENDOR (.1).

LEAMY JM          03/29/06      0.20    TELECONFERENCE WITH R. LEVIN RE:
                                        BOISE CASCADE (.2).

GRAY RW           03/30/06      1.50    TELECONFERENCE WITH B. KICHLER AND H.
                                        ETLIN RE: HALLMARK ISSUES (.4);
                                        REVISE HALLMARK AMENDMENT (.7); DRAFT
                                        MEMO TO HALLMARK RE: AMENDMENT (.1);
                                        REVIEW MEMO RE: LIBERTY MUTUAL
                                        POSITION ON ASSUMPTION AND FOLLOWUP
                                        WITH S. HENRY (.1); REVIEW AND
                                        COMMENT ON VERTIS CONTRACT/CLAIM
                                        ANALYSIS AND EXCHANGE EMAILS WITH S.
                                        EICHEL AND J. LEAMY RE: SAME (.2).

EICHEL S          03/30/06      0.40    REVIEW VERTIS CLAIMS ANALYSIS (.1);
                                        REVIEW EMAILS FROM R. GRAY RE: VERTIS
                                        ANALYSIS (.1); DRAFT EMAIL TO R. GRAY
                                        RE: VERTIS ANALYSIS (.1); DICTATE
                                        EMAIL TO B. KICHLER RE: VERTIS CLAIMS
                                        ANALYSIS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/31/06 | 0.50 | TELECONFERENCE WITH R. CAMPBELL RE: EMPLOYMENT CONTRACTS (.1); REVIEW HALLMARK FILED AND SCHEDULED CLAIMS FOR MOTION DISALLOWANCE (.2); REVIEW AND RESPOND TO MEMO FROM J. RANNE RE: BELL SOUTH REQUEST FOR CISCO ORDER (.1); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: JEA CONTRACT ISSUES (.1). |
| LEAMY JM | 03/31/06 | 2.40 | REVIEW J. LANDON EMAIL RE: XEROX PROPOSAL TO SETTLE MOTIONS FOR ADMINISTRATIVE EXPENSE (.1); ANALYSIS RE: XEROX PROPOSAL (.4); EMAIL J. JAMES RE: XEROX PROPOSAL (.2); DRAFT BOISE CASCADE CONTRACT AMENDMENT (.8); DRAFT BOISE CASCADE ASSUMPTION AGREEMENT (.7); REVIEW B. KICHLER EMAILS RE: JEA CONTRACT (.2). |

**MATTER TOTAL**                    <u>131.80</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Financing (DIP and Emergence)                                   Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SCHWARTZ WL | 03/01/06 | 0.30 | REVIEW CORRESPONDENCE FROM CLIENT RE: REAL ESTATE DOCUMENTS (.3). |
| BOYDELL T | 03/01/06 | 2.40 | REVIEW CONFIDENTIALITY PROVISIONS (.4); COORDINATE REAL ESTATE LEASE DILIGENCE WITH J. KEMPF (1.2); CONDUCT COLLATERAL ANALYSIS FOR EXIT FINANCING (.8). |
| GRAY RW | 03/01/06 | 0.60 | REVIEW UPDATED CONFIDENTIALITY AGREEMENT FOR EXIT LENDERS AND PROVIDE FURTHER COMMENTS TO BLACKSTONE (.2); DRAFT MEMO TO BANKING TEAM RE: APPLICATION OF CONFIDENTIALITY IN DIP TO EXIT LENDING PARTICIPANTS (.2); REVIEW MEMO FROM S. LAM RE: CONFIDENTIALITY (.1); DRAFT MEMO TO A. RAVIN RE: HANDLING LENDER ISSUES ON CONFIDENTIALITY AGREEMENT (.1). |
| KEMPF J | 03/01/06 | 0.40 | CONFERENCE WITH SG ABOUT NUMBER AND STATUS OF DIP MORTGAGES (.1); DISCUSS NUMBER AND TYPE OF DIP MORTGAGES WITH WALLY SCHWARTZ (.1); DISCUSS LOCATION OF MORTGAGE DOCUMENTS WITH CHRIS STUART (.1); COMMUNICATE WITH BLACKSTONE RE: NUMBER OF CURRENT DIP MORTGAGES (.1). |
| LAM S | 03/01/06 | 0.80 | REVIEW OF DIP AGREEMENT TO RESPOND TO QUESTIONS FROM BLACKSTONE RE: CONFIDENTIALITY PROVISIONS IN DIP (.8). |
| RAVIN AS | 03/01/06 | 0.30 | VOICEMAIL FROM J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDERS, DRAFT MEMO TO R. GRAY RE: SAME, REVIEW MEMO FROM S. LAM RE: ISSUES RELATED TO SAME (.1); REVIEW MEMO FROM J. KEMPF RE: MORTGAGES ISSUES (.1); TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT (.1). |
| SAMBUR K | 03/01/06 | 10.70 | CONTINUE TO RESEARCH ANTI-PLEDGE CLAUSES AND LEASE ASSIGNMENTS (4.8); DRAFT SHORT MEMORANDUM RE: ANTI-PLEDGE CLAUSES AND LEASE ASSIGNMENTS (5.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BOYDELL T | 03/02/06 | 2.60 | DISCUSSION WITH P. NECKLES RE: REAL ESTATE LEASE DILIGENCE (.2); DISCUSSION WITH S. LAM RE: REAL ESTATE LEASE DILIGENCE (.4); DISCUSSION WITH J. KEMPF RE: REAL ESTATE LEASE DILIGENCE (.4); ANALYZE REAL ESTATE LEASES (1.6). |
| GRAY RW | 03/02/06 | 0.30 | REVIEW MEMO FROM K. SAMBUR RE: EXIT LENDING ISSUES AND PROVIDE COMMENTS (.3). |
| KEMPF J | 03/02/06 | 0.80 | COMMUNICATE WITH T. BOYDELL AND OTHER TEAM MEMBERS ABOUT WORKING WITH FLORIDA COUNSEL TO REVIEW WINN'S LEASES (.4); REVIEW DOCUMENTS IN SEARCH OF DIP MORTGAGES (.4). |
| RAVIN AS | 03/02/06 | 0.70 | REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: EXIT FINANCING CONFIDENTIALITY AGREEMENTS (.2); TELECONFERENCES WITH J. O'CONNELL RE: EXIT FINANCING CONFIDENTIALITY AGREEMENTS (.1); REVIEW VARIOUS CONFIDENTIALITY AGREEMENTS RECEIVED (.4). |
| SAMBUR K | 03/02/06 | 0.80 | REVISE RLI SURETY MOTION AFTER RECEIVING COMMENTS FROM WINN-DIXIE (.8). |
| NECKLES PJ | 03/03/06 | 1.70 | MEETINGS WITH T. BOYDELL, W. SCHWARTZ AND J. KEMPF (.7); CONFERENCES RE: EXIT FINANCING WITH J. BAKER (1.0). |
| SCHWARTZ WL | 03/03/06 | 1.30 | CONFERENCE WITH J. KEMPF RE: LEASES (.3); MEETING WITH P. NECKLES RE: FINANCING (.7); CONFERENCE WITH M. CAFFUZZI RE: LENDER DUE DILIGENCE FORMS (.3). |
| BOYDELL T | 03/03/06 | 1.30 | MEETING WITH P. NECKLES, W. SCHWARTZ AND J. KEMPF RE: EXIT FINANCING (.7); FOLLOW UP DISCUSSION WITH J. KEMPF RE: REAL ESTATE LEASES (.2); ANALYZE COLLATERAL ISSUES FOR EXIT FINANCING (.4). |
| MARGOLIS A | 03/03/06 | 0.80 | RESEARCH RE: EXIT FINANCING ISSUES (.8). |
| KEMPF J | 03/03/06 | 1.10 | MEETING WITH W. SCHWARTZ, P. NECKLES, AND T. BOYDELL TO DISCUSS REAL ESTATE DILIGENCE NECESSARY TO BRING WINN OUT OF BANKRUPTCY (.7); SUPERVISING LEGAL ASSISTANT IN DOCUMENT MANAGEMENT AND LOCATING DIP MORTGAGE DOCUMENTS (.4). |
| LAMAINA KA | 03/03/06 | 0.70 | DRAFT MEMORANDUM ON DIP TO S. LAM (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/03/06 | 2.20 | REVIEW AND ANALYZE BLACKLINE OF CONFIDENTIALITY AGREEMENT FROM POTENTIAL EXIT LENDER NO. 6 (.7); DRAFT MEMO TO R. GRAY RE: CONFIDENTIALITY AGREEMENT (.6); TELECONFERENCE (VM) WITH REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 6 RE: CONFIDENTIALITY AGREEMENT (.1); REVIEW AND REVISE MARK-UP OF CONFIDENTIALITY AGREEMENT FROM POTENTIAL EXIT LENDER NO. 4, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: SAME (.1); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FROM POTENTIAL EXIT LENDER NO. 7 (.5); TELECONFERENCES WITH REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 7 RE: CONFIDENTIALITY AGREEMENT (.2). |
| RAVIN AS | 03/05/06 | 0.80 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FROM PROPOSED EXIT LENDER NO. 7 (.6); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 7 RE: CONFIDENTIALITY AGREEMENT, REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 7 (.2). |
| BOYDELL T | 03/06/06 | 1.20 | ANALYZE REAL ESTATE LEASES AND COLLATERAL SUPPORT (1.2). |
| GRAY RW | 03/06/06 | 0.70 | REVIEW AND RESPOND TO MEMOS RE: ISSUES ON VARIOUS CONFIDENTIALITY AGREEMENTS (.6); TELECONFERENCE WITH A. RAVIN RE: CONFIDENTIALITY AGREEMENT (.1). |
| KEMPF J | 03/06/06 | 0.30 | SPEAK WITH ALEX ABOUT PLEDGE AND ASSIGNMENT RESTRICTIONS (.2); OVERSEE LEGAL ASSISTANT IN SEARCHING THROUGH FILES FOR DIP MORTGAGES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                    03/06/06              4.70    REVIEW POTENTIAL EXIT LENDER NO. 5'S
                                                          MARK-UP TO CONFIDENTIALITY AGREEMENT,
                                                          DRAFT MEMO TO R. GRAY RE: SAME (.3);
                                                          ANALYZE ISSUES RELATED TO MANAGEMENT
                                                          OF CONFIDENTIALITY AGREEMENT PROCESS
                                                          (.4); REVIEW AND REVISE EXIT LENDER
                                                          NO. 13'S MARK-UP TO CONFIDENTIALITY
                                                          AGREEMENT, DRAFT MEMO TO R. GRAY RE:
                                                          SAME (.4); REVIEW AND REVISE EXIT
                                                          LENDER NO. 9'S MARK-UP TO
                                                          CONFIDENTIALITY AGREEMENT, DRAFT MEMO
                                                          TO R. GRAY RE: SAME (.5); DRAFT
                                                          CORRESPONDENCE TO J. O'CONNELL RE:
                                                          EXIT LENDER NO. 9 CONFIDENTIALITY
                                                          AGREEMENT (.1); REVIEW MULTIPLE MEMOS
                                                          FROM R. GRAY RE: COMMENTS TO VARIOUS
                                                          CONFIDENTIALITY AGREEMENTS FOR EXIT
                                                          LENDER PROCESS (.3); CONFERENCE WITH
                                                          R. GRAY RE: POTENTIAL EXIT LENDER NO.
                                                          6'S CONFIDENTIALITY AGREEMENT (.1);
                                                          MULTIPLE TELECONFERENCES WITH EXIT
                                                          LENDER NO. 6 REPRESENTATIVE RE:
                                                          CONFIDENTIALITY AGREEMENT (.5);
                                                          TELECONFERENCE WITH J. O'CONNELL RE:
                                                          CONFIDENTIALITY AGREEMENT FOR
                                                          POTENTIAL EXIT LENDER NO. 6 (.1);
                                                          REVIEW AND REVISE CONFIDENTIALITY
                                                          AGREEMENT FOR POTENTIAL EXIT LENDER
                                                          NO. 6 (.5); REVIEW CORRESPONDENCE
                                                          FROM AND DRAFT CORRESPONDENCE TO
                                                          REPRESENTATIVE RE: POTENTIAL EXIT
                                                          LENDER NO. 5 (.1); MULTIPLE
                                                          TELECONFERENCES WITH COUNSEL FOR
                                                          POTENTIAL EXIT LENDER NO. 5 (.4);
                                                          REVIEW AND REVISE CONFIDENTIALITY
                                                          AGREEMENT FOR POTENTIAL EXIT LENDER
                                                          NO. 5 (.3); TELECONFERENCE WITH J.
                                                          O'CONNELL RE: ISSUES RELATED TO
                                                          CONFIDENTIALITY AGREEMENTS (.2);
                                                          TELECONFERENCE WITH J. O'CONNELL AND
                                                          REPRESENTATIVE FOR POTENTIAL EXIT
                                                          LENDER NO. 12 RE: CONFIDENTIALITY
                                                          AGREEMENT (.1); REVIEW CORRESPONDENCE
                                                          FROM AND DRAFT CORRESPONDENCE TO
                                                          REPRESENTATIVE FOR POTENTIAL EXIT
                                                          LENDER NO. 5 RE: CONFIDENTIALITY
                                                          AGREEMENT (.1); COORDINATE MANAGEMENT
                                                          OF EXIT FINANCING CONFIDENTIALITY
                                                          AGREEMENT PROCESS (.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          03/07/06       2.60   TELECONFERENCE WITH REPRESENTATIVE
                                        FOR POTENTIAL EXIT LENDER NO. 12 RE:
                                        NEGOTIATING CONFIDENTIALITY AGREEMENT
                                        (.2); REVIEW AND REVISE
                                        CONFIDENTIALITY AGREEMENT FOR
                                        POTENTIAL EXIT LENDER NO. 12 (.2);
                                        DRAFT CORRESPONDENCE TO
                                        REPRESENTATIVE FOR POTENTIAL EXIT
                                        LENDER NO. 12 RE: CONFIDENTIALITY
                                        AGREEMENT (.2); REVIEW CORRESPONDENCE
                                        FROM AND DRAFT CORRESPONDENCE TO
                                        REPRESENTATIVE FOR POTENTIAL EXIT
                                        LENDER NO. 5 RE: CONFIDENTIALITY
                                        AGREEMENT (.1); TELECONFERENCE WITH
                                        REPRESENTATIVE FOR POTENTIAL EXIT
                                        LENDER NO. 6 RE: CONFIDENTIALITY
                                        AGREEMENT (.1); DRAFT CORRESPONDENCE
                                        TO J. O'CONNELL RE: CONFIDENTIALITY
                                        AGREEMENT FOR POTENTIAL EXIT LENDER
                                        NO. 6 (.1); REVIEW AND REVISE
                                        CONFIDENTIALITY AGREEMENT FOR
                                        POTENTIAL EXIT LENDER NO. 6 (.2);
                                        TELECONFERENCE WITH J. O'CONNELL RE:
                                        ISSUES RE: CONFIDENTIALITY AGREEMENT
                                        FOR POTENTIAL EXIT LENDER NO. 6 (.1);
                                        REVIEW AND REVISE CONFIDENTIALITY
                                        AGREEMENT FOR POTENTIAL EXIT LENDER
                                        NO. 13 (.4); TELECONFERENCE WITH
                                        REPRESENTATIVE OF POTENTIAL EXIT
                                        LENDER NO. 13 RE: CONFIDENTIALITY
                                        AGREEMENT (.2); REVIEW AND REVISE
                                        CONFIDENTIALITY AGREEMENT FOR
                                        POTENTIAL EXIT LENDER NO. 9 (.5);
                                        TELECONFERENCE (VM) WITH
                                        REPRESENTATIVE FOR POTENTIAL EXIT
                                        LENDER NO. 6 (.1); ORGANIZE OVERALL
                                        PROCESS OF NEGOTIATING
                                        CONFIDENTIALITY AGREEMENTS (.2).

SCHWARTZ WL       03/08/06       0.30   CONFERENCE WITH J. KEMPF RE:
                                        FINANCING DUE DILIGENCE (.1);
                                        CONFERENCE WITH M. CAFFUZZI RE:
                                        FINANCING DUE DILIGENCE (.2).

GRAY RW           03/08/06       0.20   REVIEW GOLDMAN LANGUAGE AND DRAFT
                                        MEMO TO A. RAVIN RE: PROPOSED CHANGES
                                        (.2).

KEMPF J           03/08/06       0.10   CONFERENCE WITH W. SCHWARTZ ABOUT
                                        EFFORTS TO DETERMINE WHETHER LEASES
                                        ARE SUBJECT TO MORTGAGE RESTRICTIONS
                                        (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/08/06 | 3.30 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 9 (.2); MULTIPLE TELECONFERENCES WITH REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 9 RE: CONFIDENTIALITY AGREEMENT (.3); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.4); DRAFT CORRESPONDENCE TO L. APPEL AND J. CASTLE RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.4); REVIEW CORRESPONDENCE FROM L. APPEL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.1); DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 RE: CONFIDENTIALITY AGREEMENT (.2); COORDINATE PROCESS OF NEGOTIATING CONFIDENTIALITY AGREEMENTS (.3); REVIEW CORRESPONDENCE FROM REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 12 RE: CONFIDENTIALITY AGREEMENT (.1); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 6 (.4); DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 6 AND MULTIPLE TELECONFERENCES WITH SAME RE: CONFIDENTIALITY AGREEMENT (.4); FOLLOW UP TELEPHONE CONFERENCE WITH REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 9 RE: CONFIDENTIALITY AGREEMENT (.1); REVIEW CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 14 (.1); DRAFT MEMO TO J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 9 (.2); TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 9 (.1). |
| TURETSKY DM | 03/08/06 | 0.20 | ANALYSIS RE: CERTAIN DIP PROVISIONS AND ISSUES (.2). |
| NECKLES PJ | 03/09/06 | 0.70 | REVIEW PROPOSED AMENDMENT NO. 4 TO DIP CREDIT AGREEMENT (.5); ANALYSIS RE: BAHAMAS SALE UNDER DIP CREDIT AGREEMENT (.2). |
| BOYDELL T | 03/09/06 | 3.70 | REVIEW AND PROVIDE COMMENTS TO DRAFT AMENDMENT #4 TO DIP AGREEMENT (1.6); CONDUCT DIP AGREEMENT ANALYSIS (1.8); FOLLOW UP WITH J. KEMPF RE: REAL ESTATE LEASE DILIGENCE (.1); REVIEW EMAIL MESSAGES RE: SALE OF INTERESTS IN BAHAMAS (.2). |
| GRAY RW | 03/09/06 | 0.30 | ASSIST WITH BUBBLE STORE INFORMATION FOR DIP AMENDMENT (.1); ASSIST WITH ISSUES ON EXIT FACILITY CONFIDENTIALITY AGREEMENTS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARGOLIS A | 03/09/06 | 1.00 | REVIEW AND COMMENT ON DRAFT DIP CREDIT AGREEMENT AMENDMENT (1.0). |
| LAM S | 03/09/06 | 1.40 | PREPARE DRAFT RESPONSES TO EMAILS FROM A. RAVIN AND R. BARUSCH RE: BAHAMAS SALE PRESS RELEASE (.6); REVIEW OF DRAFT AMENDMENT NO 4 (.8). |
| RAVIN AS | 03/09/06 | 2.80 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 9 (.2); TELECONFERENCE WITH REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 9 RE: CONFIDENTIALITY AGREEMENT (.1); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 9 (.2); TELECONFERENCE WITH REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 (.2); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.3); DRAFT CORRESPONDENCE TO L. APPEL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.3); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 11 (.3); DRAFT MEMO TO R. GRAY RE: ISSUES RELATED TO CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 11 (.1); REVIEW CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8 (.3); CONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 11 (.2); DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 11 RE: CONFIDENTIALITY AGREEMENT (.2); REVIEW AND REVISE STATUS CHART RE: CONFIDENTIALITY AGREEMENTS AND ADDRESS OTHER ISSUES RE: COORDINATING/ORGANIZING PROCESS (.3); REVIEW CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 3, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: SAME (.1). |
| SCHWARTZ WL | 03/10/06 | 0.30 | CONFERENCE WITH J. KEMPF RE: FINANCING DUE DILIGENCE (.3). |
| MARGOLIS A | 03/10/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: DIP CREDIT AGREEMENT AMENDMENT (.1). |
| KEMPF J | 03/10/06 | 3.80 | DISCUSS DILIGENCE CHART WITH W. SCHWARTZ (.3); ORDER MORTGAGE DISKS (.4); COMPILE CHART OF EXISTING DIP MORTGAGES AND RESTRICTIONS ON ASSIGNMENT (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/10/06 | 3.40 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.3); DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 RE: CONFIDENTIALITY AGREEMENT (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 11 RE: CONFIDENTIALITY AGREEMENT (.1); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8 (.2); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 10 (.4); DRAFT CORRESPONDENCE TO J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 10 (.1) REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 2 (.3); REVIEW CORRESPONDENCE FROM REPRESENTATIVE OF POTENTIAL EXIT LENDER NO. 9 RE: CONFIDENTIALITY AGREEMENT, DRAFT CORRESPONDENCE TO J. O'CONNELL RE: SAME (.1); TELECONFERENCE WITH J. O'CONNELL RE: EXIT FINANCINGS (.3); TELECONFERENCE WITH J. O'CONNELL AND REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 2 RE: CONFIDENTIALITY AGREEMENT (.1); TELECONFERENCE WITH J. O'CONNELL AND REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 8 RE: COMMENTS TO CONFIDENTIALITY AGREEMENT (.2); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8 (.3); REVIEW VARIOUS CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: VARIOUS CONFIDENTIALITY AGREEMENTS (.3); REVIEW FOLLOW UP CORRESPONDENCE FROM REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 8 (.1); ORGANIZE CONFIDENTIALITY AGREEMENTS (.2); TELECONFERENCE (VM) WITH REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 RE: CONFIDENTIALITY AGREEMENT (.1). |
| BOYDELL T | 03/13/06 | 1.50 | CONDUCT REAL ESTATE COLLATERAL ANALYSIS (.8); MEETING WITH J. KEMPF RE: REAL ESTATE LEASE DILIGENCE (.6); TELECONFERENCES TO SMITH GAMBRELL RE: REAL PROPERTY LEASES AND DUE DILIGENCE (.1). |
| KEMPF J | 03/13/06 | 1.80 | LOOKING THROUGH EXISTING SG LEASE ABSTRACTS (1.4); REVISE CHART FOR SG LEASE REVIEW (.3); DISCUSS NUMBER OF DIP MORTGAGES AND TRANSFER RESTRICTIONS WITH T. BOYDELL (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/13/06 | 1.90 | REVIEW PROPOSED CHANGES TO CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: SAME (.2); TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8 AND RE: OTHER ISSUES RE: CONFIDENTIALITY AGREEMENTS (.1); TELECONFERENCE WITH REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 (.2); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT RE: POTENTIAL EXIT LENDER NO. 13 (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. APPEL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 (.1); TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 8 AND RE: STATUS OF OTHER AGREEMENTS (.1); TELECONFERENCE WITH J. O'CONNELL AND REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 RE: SAME (.1); TELECONFERENCE WITH J. O'CONNELL AND REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 2 RE: STATUS OF CONFIDENTIALITY AGREEMENT (.1); REVIEW CORRESPONDENCE FROM REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 2 RE: CONFIDENTIALITY AGREEMENT (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. BITTER RE: STATUS OF AFCO (.1); FOLLOW UP TELECONFERENCE WITH REPRESENTATIVE FOR POTENTIAL EXIT LENDER NO. 13 RE: CONFIDENTIALITY AGREEMENT, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 13 AND RE: STATUS (.1); REVIEW UPDATED STATUS LOG RE: CONFIDENTIALITY AGREEMENTS (.1); PREPARE FOR TELECONFERENCE WITH D. BITTER RE: AFCO, INCLUDING REVIEWING PRIOR AFCO ORDER AND RELATED DOCUMENTS (.2). |
| HENRY S | 03/14/06 | 0.20 | REVIEW MEMO RELATING TO PREMIUM FINANCE ISSUES (.2). |
| NECKLES PJ | 03/14/06 | 3.00 | CONFERENCES AND CORRESPONDENCE IN CONNECTION WITH THE PROPOSED AMENDMENT TO DIP CREDIT AGREEMENT IN CONNECTION WITH THE SALE OF "BUBBLE STORES" (3.0). |
| SCHWARTZ WL | 03/14/06 | 0.50 | REVIEW CORRESPONDENCE FROM CLIENT RE: EXIT FINANCING (.3); CONFERENCE WITH J. KEMPF RE: EXIT FINANCING (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BOYDELL T | 03/14/06 | 4.20 | REVIEW AND PROVIDE COMMENTS TO REAL ESTATE DUE DILIGENCE CHART (.4); DISCUSSION OF DILIGENCE CHART WITH S. LAM (.6); REVIEW AND NEGOTIATE DRAFT 4TH AMENDMENT (1.3); REVIEW BANKRUPTCY ISSUES (.8); ANALYZE EXIT FINANCING OPTIONS (.5); COORDINATE REAL ESTATE DILIGENCE WITH SMITH GAMBRELL (.2); REVIEW STATUS EMAILS RE: EXIT FINANCING (.4). |
| MARGOLIS A | 03/14/06 | 0.80 | REVIEW AND COMMENT ON DIP CREDIT AGREEMENT AMENDMENT #4 (.8). |
| KEMPF J | 03/14/06 | 1.60 | DISCUSS EQUITY PLEDGES WITH J. O'RORKE (1.6). |
| LAM S | 03/14/06 | 1.50 | REVIEW OF REVISED DRAFT OF DIP AMENDMENT NO. 4 (.3); REVIEW OF FORM OF REAL ESTATE DILIGENCE SUMMARY CHART (.4); TELECONFERENCE WITH T. BOYDELL RE: DIP AMENDMENT (.2); TELECONFERENCE WITH T. BOYDELL RE: COMMENTS TO REAL ESTATE DILIGENCE SUMMARY CHART (.6). |
| RAVIN AS | 03/14/06 | 1.20 | TELECONFERENCE WITH D. BITTER AND AFCO REPRESENTATIVE AND INSURANCE BROKER RE: ISSUES RELATED TO PREMIUM FINANCE RENEWAL (.5); DRAFT LENGTHY MEMO TO S. HENRY RE: AFCO RENEWAL (.3); REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: EXIT FINANCING, REVIEW MEMO FROM P. NECKLES RE: SAME (.1); REVIEW 4TH AMENDMENT TO DIP, REVIEW MEMO FROM P. NECKLES RE: SAME, REVIEW MEMO FROM A. MARGOLIS RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM J. O'CONNELL RE: EXIT FINANCING CONFIDENTIALITY AGREEMENTS (.2). |
| NECKLES PJ | 03/15/06 | 2.00 | CONFERENCES AND CORRESPONDENCE IN CONNECTION WITH BANKRUPTCY COMMENTS TO AMENDMENT NO. 6 TO DIP CREDIT AGREEMENT RE: SALE OF "BUBBLE STORES" (2.0). |
| BOYDELL T | 03/15/06 | 3.50 | REVIEW REVISED VERSIONS TO AMENDMENT NO. 4 (1.5); PROVIDE COMMENTS RE: REVISED VERSIONS TO AMENDMENT NO. 4 (.6); REVIEW BANKRUPTCY ISSUES (.6); FOLLOW UP WITH J. KEMPF RE: REAL ESTATE LEASES (.3); REVIEW AND RESPOND TO EMAIL RE: EXIT FINANCING (.5). |
| MARGOLIS A | 03/15/06 | 3.10 | REVISE 4TH AMENDMENT TO DIP AGREEMENT (2.8); CORRESPONDENCE AND TELECONFERENCES WITH M. LOESBERG RE: 4TH AMENDMENT TO DIP CREDIT AGREEMENTS (.1); TELECONFERENCE WITH C. JACKSON RE: 4TH AMENDMENT TO DIP CREDIT AGREEMENTS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAM S | 03/15/06 | 0.70 | REVIEW OF REVISED DRAFT DIP AGREEMENT IN RESPONSE TO VARIOUS INQUIRIES (.7). |
| BOYDELL T | 03/16/06 | 2.70 | TELECONFERENCE WITH SMITH GAMBRELL AND J. KEMPF RE: REAL ESTATE DILIGENCE (.4); REVIEW, PROVIDE COMMENTS ON DUE DILIGENCE CHART (.7); REVIEW EXIT FINANCING MATTERS (.8); COORDINATE REAL ESTATE DILIGENCE WITH J. KEMPF (.8). |
| KEMPF J | 03/16/06 | 2.20 | PREPARING FOR AND SITTING IN ON TELECONFERENCE WITH DOUG STANFORD (1.6); BRIEF T. BOYDELL ON TELECONFERENCE (.2); REVISE DILIGENCE CHART OF CURRENT DIP MORTGAGES (.4). |
| LAM S | 03/16/06 | 0.50 | REVIEW REVISED DRAFT OF REAL ESTATE LEASE DILIGENCE SUMMARY PREPARED BY J. KEMPF (.5). |
| RAVIN AS | 03/16/06 | 0.10 | REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: EXIT FINANCING ISSUES (.1). |
| NECKLES PJ | 03/17/06 | 2.00 | CORRESPONDENCE IN CONNECTION WITH EXIT FINANCING INCLUDING REAL ESTATE ISSUES (2.0). |
| BOYDELL T | 03/17/06 | 2.80 | REVIEW EMAILS RE: BANKRUPTCY MATTERS FROM MULTIPLE PARTIES (1.3); FOLLOW UP RE: AMENDMENT NO. 4 (.3); REVIEW EMAIL MESSAGES RE: EXIT FINANCING (.2); REVIEW REAL ESTATE DUE DILIGENCE (1.0). |
| LAM S | 03/17/06 | 0.90 | REVIEW DRAFT OF DILIGENCE SUMMARY IN RESPONSE TO EMAIL INQUIRIES (.9). |
| BOYDELL T | 03/20/06 | 2.70 | CONTINUE REVIEW OF REAL ESTATE DUE DILIGENCE MATTERS (.4); REVIEW REAL ESTATE DOCUMENTS PROVIDED FROM SMITH GAMBRELL (2.3). |
| RAVIN AS | 03/20/06 | 0.40 | TELECONFERENCE WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15, DRAFT CONFIDENTIALITY AGREEMENT RE: SAME (.4). |
| BOYDELL T | 03/21/06 | 2.60 | ANALYSIS OF REAL ESTATE DILIGENCE WITH J. KEMPF (1.2); ANALYZE EXIT FINANCING WITH BANKING TEAM (.5); REVIEW INTERIM REAL ESTATE DUE DILIGENCE CHART (.4); REVIEW STRUCTURAL ISSUES (.5). |
| GRAY RW | 03/21/06 | 0.20 | ASSIST WITH CERBERUS PROVISION IN CA RE: SEPARATE DEAL TEAMS (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KEMPF J | 03/21/06 | 1.10 | DISCUSS WITH W. SCHWARTZ, T. BOYDELL, A. MARGOLIS, P. NECKLES AND OTHER TEAM MEMBERS THE POTENTIAL RESTRICTIONS ON MORTGAGING WINN LEASE UPON EXITING FROM BANKRUPTCY (1.1). |
| PAOLI J | 03/21/06 | 0.30 | TELECONFERENCE WITH T. BOYDELL RE: LEASES (.3). |
| RAVIN AS | 03/21/06 | 1.20 | DRAFT CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.8); DRAFT MEMOS TO AND REVIEW MEMO FROM R. GRAY RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT RE: POTENTIAL EXIT LENDER NO. 15, REVIEW FINAL CONFIDENTIALITY AGREEMENT RE: SAME (.2). |
| BAKER DJ | 03/22/06 | 1.80 | CONTINUE REVIEW AND ANALYSIS OF EXIT FINANCING ISSUES (1.8). |
| BOYDELL T | 03/22/06 | 2.80 | STATUS MEETING WITH J. PAOLI ON EXIT FINANCING (.6); COORDINATE REAL ESTATE DUE DILIGENCE (1.4); REVIEW AND RESPOND TO INQUIRIES RE: EXIT FINANCING AND COLLATERAL SUPPORT (.8). |
| KEMPF J | 03/22/06 | 0.80 | DISCUSS MORTGAGE LAWS AND POTENTIAL CHALLENGES TO MORTGAGING LEASE AFTER BANKRUPTCY EXIT WITH T. BOYDELL, W. SCHWARTZ AND SMITH GAMBRELL (.8). |
| PAOLI J | 03/22/06 | 1.20 | MEETING WITH T. BOYDELL RE: LEASES (.6); REVIEW LEASES EMAIL AND CHART (.4); FOLLOWUP WITH J. KEMPF RE: LEASE EMAIL AND LEASE CHART (.2). |
| RAVIN AS | 03/22/06 | 0.10 | REVIEW LEASE VALUATION CHART AND CORRESPONDING E-MAIL FROM D. STANFORD (.1). |
| SAMBUR K | 03/22/06 | 0.10 | DISCUSS CREDITORS' COMMITTEE COMMENTS TO RLI BOND MOTION WITH L. MANDEL OF MILBANK (.1). |
| NECKLES PJ | 03/23/06 | 1.90 | CONFERENCES WITH K. HARDEE AND T. BOYDELL RE: EXIT FINANCING (.5); TELECONFERENCE WITH K. HARDEE, J. HELFAT, AND K. MAXWELL TO DISCUSS STRUCTURE OF EXIT FINANCING (.7); SUBSEQUENT CORRESPONDENCE RE: EXIT FINANCING (.2); REVIEW AND DISTRIBUTE EXIT PROPOSAL FOR WACHOVIA (.5). |
| BOYDELL T | 03/23/06 | 3.70 | STATUS DISCUSSION WITH A. MARGOLIS ON EXIT FINANCING (.1); ANALYZE REJECTED LEASES (.8); START REVIEWING AND PREPARING MARKUP TO WACHOVIA COMMITMENT LETTER (2.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARGOLIS A | 03/23/06 | 0.10 | STRATEGY WITH T. BOYDELL RE: EXIT FINANCING ISSUES (.1). |
| KEMPF J | 03/23/06 | 0.20 | DISCUSS BANKRUPTCY SCHEDULE AND POTENTIAL WAYS TO STRUCTURE REAL ESTATE FINANCING AFTER EXIT FROM BANKRUPTCY (.2). |
| LAM S | 03/23/06 | 0.30 | TELECONFERENCE WITH R. GRAY RE: QUESTIONS ON OBJECTION FLORIDA REAL ESTATE TAX LIEN ON GOB SALE ORDER AND REVIEW OF DIP AGREEMENT (.3). |
| PAOLI J | 03/23/06 | 4.30 | TELECONFERENCE WITH T. BOYDELL RE: LEASES (.3); TELECONFERENCE WITH J. KEMPF RE: LEASES (.5); REVIEW EMAIL AND ORDER RE: REJECTION OF LEASES (.4); REVIEW COMMITMENT LETTER AND MARKUP AGAINST DIP FINANCING AGREEMENT (3.1). |
| RAVIN AS | 03/23/06 | 0.60 | REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: STATUS OF EXIT FINANCING PROCESS (.1); CONFERENCE WITH T. BOYDELL AND B. GASTON (PARTIAL) RE: LEASE ISSUES RELATED TO EXIT FINANCING, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); REVIEW EXIT PROPOSAL FROM POTENTIAL EXIT LENDER NO. 1 (.3). |
| BAKER DJ | 03/24/06 | 1.10 | CONTINUE REVIEW OF EXIT FINANCING ISSUES (1.1). |
| NECKLES PJ | 03/24/06 | 1.00 | CONFERENCES WITH T. BOYDELL RE: STRUCTURE OF EXIT FINANCING (1.0). |
| BOYDELL T | 03/24/06 | 2.60 | MEETING WITH P. NECKLES RE: EXIT FINANCING (.6); TELECONFERENCE WITH P. NECKLES RE: CORP STRUCTURE AND REAL ESTATE HOLDING COMPANY (.4); DISCUSSION OF CORP STRUCTURE AND REAL ESTATE HOLDING COMPANY WITH J. KEMPF (.2); DISCUSSION OF CORP STRUCTURE AND REAL ESTATE HOLDING COMPANY WITH A. MARGOLIS (.1); DISCUSSION OF CORP STRUCTURE AND REAL ESTATE HOLDING COMPANY WITH J. PAOLI (.3); COORDINATE REAL ESTATE DILIGENCE (.4); REVIEW AND RESPOND TO EMAIL RE: EXIT FINANCING AND RELATED MATTERS (.6). |
| KEMPF J | 03/24/06 | 0.20 | SPEAK WITH T. BOYDELL ABOUT COORDINATING LEASE DILIGENCE WITH FLORIDA COUNSEL (.2). |
| PAOLI J | 03/24/06 | 0.20 | FORWARD LEASES CHART TO J. KEMPF (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/24/06 | 0.50 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15, REVIEW AND REVISE REDLINED AGREEMENT RE: SAME AND ANALYZE ISSUES RE: SAME (.5). |
| SCHWARTZ WL | 03/27/06 | 0.80 | CONFERENCE WITH J. KEMPF RE: FINANCING (.1); REVIEW WACHOVIA FINANCING COMMITMENT (.4); CONFERENCE WITH P. NECKLES RE: FINANCING ANALYSIS (.3). |
| BOYDELL T | 03/27/06 | 0.40 | REVIEW EMAIL CORRESPONDENCE FROM SMITH GAMBRELL RE: LEASES (.3); COORDINATE REAL ESTATE DILIGENCE WITH J. KEMPF (.1). |
| GRAY RW | 03/27/06 | 0.10 | REVIEW AND RESPOND TO MEMO FROM A. MARGOLIS RE: PLAN TIMING VIS A VIS EXIT LENDING PROPOSALS (.1). |
| MARGOLIS A | 03/27/06 | 1.30 | REVIEW AND COMMENT ON WACHOVIA EXIT FINANCING PROPOSAL, COMMITMENT, FEE LETTERS THERETO (1.3). |
| KEMPF J | 03/27/06 | 0.20 | UPDATE WALLY SCHWARTZ ON FLORIDA COUNSEL'S DILIGENCE OF THE LEASES (.1); COORDINATE REVIEW OF LEASES WITH LOCAL COUNSEL (.1). |
| PAOLI J | 03/27/06 | 0.30 | REVIEW SCHEDULE OF LEASES (.3). |
| RAVIN AS | 03/27/06 | 1.10 | TELECONFERENCES WITH J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.3); TELECONFERENCE WITH S. PAPERA RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.1); TELECONFERENCE WITH S. PAPERA AND J. O'CONNELL RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.3); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT RE: POTENTIAL EXIT LENDER NO. 15 (.4). |
| SCHWARTZ WL | 03/28/06 | 0.30 | CONFERENCE WITH P. NECKLES RE: FINANCING ANALYSIS AND CORRESPONDENCE RE: SAME (.3). |
| BOYDELL T | 03/28/06 | 0.70 | CONTINUE REVIEW OF WACHOVIA COMMITMENT PAPERS (.5); FOLLOW UP WITH J. PAOLI RE: REAL ESTATE DILIGENCE (.2). |
| GRAY RW | 03/28/06 | 0.40 | CONFERENCE WITH J. BAKER RE: EXIT LENDER PROCESS (.1); DRAFT MEMO TO P. NECKLES ET AL. RE: TIMING ON EXIT LENDER FEE AND EXPENSE PAYMENTS (.2); TELECONFERENCE WITH T. BOYDELL RE: EXIT COMMITMENT LETTERS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 03/28/06 | 0.50 | BEGIN RESEARCH ON LEASE ENCUMBRANCES IN FLORIDA (.5). |
| PAOLI J | 03/28/06 | 0.40 | REVIEW MARKUP OF COMMITMENT LETTER DEFINITIONS (.4). |
| RAVIN AS | 03/28/06 | 0.10 | REVIEW MEMOS FROM R. GRAY, J. BAKER, AND P. NECKLES RE: EXIT FINANCING TIMING ISSUES (.1). |
| NECKLES PJ | 03/29/06 | 0.90 | TELECONFERENCE WITH K. HARDEE RE: EXIT FINANCING (.2); TELECONFERENCE WITH J. O'CONNELL, OF BLACKSTONE, AND J. BAKER AND A. MARGOLIS RE: PROCEDURES TO APPROVE FINANCING COMMITMENTS (.7). |
| BOYDELL T | 03/29/06 | 2.70 | COORDINATE REAL ESTATE DILIGENCE (.2); CONTINUE REVIEW OF WACHOVIA COMMITMENT LETTER (1.2); PREPARE MARKUP OF WACHOVIA COMMITMENT LETTER (1.3). |
| KEMPF J | 03/29/06 | 0.50 | PLANNING DILIGENCE STRATEGY AND DISCUSSING REAL ESTATE IMPLICATIONS OF EXIT FINANCING WITH W. SCHWARTZ (.3); UPDATE P. NECKLES AND T. BOYDELL ON STATUS OF REAL ESTATE DILIGENCE IN FLORIDA AND SKADDEN'S NY OFFICE (.2). |
| PAOLI J | 03/29/06 | 0.30 | TELECONFERENCE WITH T. BOYDELL RE: LEASES REVIEW (.2); EMAIL TO J. KEMPF RE: LEASES REVIEW (.1). |
| RAVIN AS | 03/29/06 | 0.10 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: STATUS OF CONFIDENTIALITY AGREEMENT RE: POTENTIAL EXIT LENDER NO. 15 (.1). |
| SCHWARTZ WL | 03/30/06 | 0.20 | CONFERENCE WITH J. KEMPF RE: DUE DILIGENCE (.2). |
| BOYDELL T | 03/30/06 | 0.70 | STATUS MEETING WITH P. NECKLES RE: REAL ESTATE DILIGENCE (.3); FOLLOW UP WITH J. KEMPF RE: REAL ESTATE DILIGENCE (.4). |
| KEMPF J | 03/30/06 | 0.70 | COMMUNICATING WITH W. SCHWARTZ, T. BOYDELL, J. PAOLI, AND OTHER TEAM MEMBERS ABOUT SKADDEN REVIEW OF WINN-DIXIE LEASES AND RESTRICTIONS ON MORTGAGING (.7). |
| LAMAINA KA | 03/30/06 | 0.50 | PREPARE FOR TELECONFERENCE WITH A. MARGOLIS ON LEASE MORTGAGES (.3); TELECONFERENCE WITH A. MARGOLIS ON FINANCING LEASE MEMO (.2). |
| RAVIN AS | 03/30/06 | 0.10 | REVIEW CORRESPONDENCE FROM J. O'CONNELL RE: STATUS OF CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 15 (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 03/30/06 | 1.10 | SPEAK WITH B. KICHLER RE: SURETY BONDS (.3); REVISE RLI BOND MOTION TO REFLECT WINN-DIXIE'S NEEDS FOR SURETY BONDS (.8). |
| BOYDELL T | 03/31/06 | 5.00 | CONTINUE REVIEWING AND UPDATING MARKUP TO WACHOVIA COMMITMENT LETTER (3.3); REVIEW AND PREPARE MARKUP TO WACHOVIA FEE LETTER (.8); REVIEW AND INCORPORATE BANKRUPTCY COMMENTS TO COMMITMENT AND FEE LETTERS (.8); FOLLOW UP WITH J. PAOLI AND J. KEMPF RE: REAL ESTATE DILIGENCE (.1). |
| KEMPF J | 03/31/06 | 0.10 | COORDINATE STAFFING FOR REVIEW OF LEASE FOR LARGEST 32 WINN STORES (.1). |

**MATTER TOTAL**                              **151.90**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 04/05/06
Insurance                                                 Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 03/01/06 | 0.50 | REVIEW EMAILS BETWEEN SAMBUR AND BITTER RE: RLI SURETY BOND MOTION (.1); EMAILS TO AND FROM SAMBUR RE: MOTION PROCESS (.4). |
| HENRY S | 03/03/06 | 0.90 | REVIEW CORRESPONDENCE WITH BENITA KICHLER RE: RLI SURETY BOND MOTION (.2); RESPOND TO K. SAMBUR RE: RLI SURETY BOND (.1); REVIEW CORRESPONDENCE FROM TOM PENNINGTON RE: ALLOWED CLAIM (.6). |
| HENRY S | 03/05/06 | 0.40 | REVIEW EMAILS RE: SURETY MOTION (.1); REVIEW MEMO RE: CLAIM OBJECTION AND ISSUES RAISED BY SURETY (.1); REVIEW AND RESPOND TO EMAIL FROM R. GRAY RELATING TO DISCUSSION OF PROPOSED OBJECTION TO WORKERS' COMPENSATION CLAIM OBJECTION (.2). |
| HENRY S | 03/08/06 | 0.40 | TELECONFERENCE WITH TOM PENNINGTON RE: POTENTIAL OBJECTION TO WORKERS' COMPENSATION CLAIM OBJECTIONS (.3); FURTHER ANALYSIS OF ISSUES RE: SAME (.1). |
| GRAY RW | 03/13/06 | 0.30 | TELECONFERENCE WITH L. PRENDERGAST RE: AUTO LIABILITY INSURANCE (.1); DRAFT MEMO TO S. HENRY RE: AUTO LIABILITY ISSUE (.2). |
| EICHEL S | 03/14/06 | 0.10 | TELECONFERENCE WITH L. PRENDERGAST RE: AUTO LIABILITY INSURANCE POLICIES (.1). |
| EICHEL S | 03/15/06 | 0.30 | REVIEW EMAIL FROM L. PRENDERGAST RE: ANALYSIS OF AUTOMOBILE LIABILITY INSURANCE (.1); DRAFT EMAIL TO S. HENRY RE: L. PRENDERGAST'S INQUIRY RE: AUTOMOBILE LIABILITY INSURANCE (.1); DRAFT EMAIL TO L. PRENDERGAST RESPONDING TO HER INQUIRY RE: AUTOMOBILE LIABILITY INSURANCE (.1). |

MATTER TOTAL                              **2.90**

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Investigations and Reviews                                       Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KELLER KM | 03/01/06 | 2.70 | PREPARE DOCUMENTS FOR PRODUCTION TO UCC COUNSEL (.9); TELECONFERENCE WITH RICHARD APPEL RE: AL ROWLAND (.3); FINALIZE MEMO RE: MCCOOK, STOREY AND LAZARAN INTERVIEWS (1.5). |
| GRAY RW | 03/02/06 | 0.10 | REVIEW AND COMMENT ON DRAFT LETTER TO A. CODINO (.1). |
| KELLER KM | 03/02/06 | 2.30 | WORK ON PRODUCTION OF DOCUMENTS TO UCC COUNSEL (1.5); TELECONFERENCE WITH R. APPEL RE: A. ROWLAND (.3); TELECONFERENCE WITH A. CODINA RE: UCC INVESTIGATION (.3); DRAFT LETTER TO A. CODINA RE: UCC INVESTIGATION (.2). |
| KELLER KM | 03/03/06 | 0.20 | WORK ON DOCUMENT PRODUCTION TO UCC COUNSEL (.2). |
| GRAY RW | 03/07/06 | 0.10 | REVIEW MEMO FROM M. BARR RE: STATUS OF INTERVIEWS AND DRAFT MEMO TO K. KELLER RE: SAME (.1). |
| BAKER DJ | 03/08/06 | 1.30 | REVIEW MATERIALS WITH RESPECT TO STATUS OF ONGOING INVESTIGATION (1.3). |
| KELLER KM | 03/08/06 | 0.50 | TELECONFERENCE WITH CLIENT RE: DOCUMENT PRODUCTION (.5). |
| KELLER KM | 03/09/06 | 3.70 | WORK ON DOCUMENT PRODUCTION TO UCC COUNSEL (3.7). |
| KELLER KM | 03/10/06 | 3.80 | CONTINUED WORK ON DOCUMENT PRODUCTION TO UCC COUNSEL (3.8). |
| GRAY RW | 03/16/06 | 0.10 | REVIEW UPDATE MEMOS RE: MILBANK INVESTIGATION (.1). |
| KELLER KM | 03/16/06 | 0.80 | REVIEW STATUS OF DISCOVERY, CORRESPOND WITH CLIENT AND UCC COUNSEL RE: DISCOVERY AND INTERVIEW SCHEDULING (.8). |
| KELLER KM | 03/17/06 | 2.30 | WORK ON INTERVIEW SCHEDULING FOR UCC INVESTIGATION (.8); REVIEW DOCUMENT PRODUCTION ISSUES (1.5). |
| KELLER KM | 03/21/06 | 4.00 | WORK ON SCHEDULING UCC INTERVIEWS (.4); TELECONFERENCES WITH E. MEHRER RE: SCHEDULING UCC INTERVIEWS (.3); RESOLVE DOCUMENT PRODUCTION ISSUES (3.0); TELECONFERENCE WITH J. CASTLE RE: DOCUMENT PRODUCTION ISSUES (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/22/06 | 1.30 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO ONGOING INTERVIEWS (.3); TELECONFERENCE WITH J. CASTLE WITH RESPECT TO INTERVIEWS (.3); TELECONFERENCE WITH E. MEHRER RE: INTERVIEWS (.5); FURTHER TELECONFERENCE WITH J. SKELTON RE: INTERVIEW PROCESS (.2). |
| GRAY RW | 03/22/06 | 0.10 | REVIEW MEMO FROM K. KELLER RE: INTERVIEW ISSUES AND DRAFT MEMO TO J. BAKER RE: SAME (.1). |
| KELLER KM | 03/22/06 | 3.50 | WORK ON DOCUMENT PRODUCTION AND UCC INTERVIEW SCHEDULING MATTERS (1.5); PARTICIPATE IN INTERVIEW OF JEFF GLEASON BY CREDITORS COMMITTEE COUNSEL (2.0). |
| BAKER DJ | 03/23/06 | 0.50 | TELECONFERENCE WITH R. GRAY RE: INVESTIGATIONS (.2); FURTHER TELECONFERENCE WITH J. CASTLE AND R. GRAY RE: INTERVIEWS (.3). |
| GRAY RW | 03/23/06 | 0.50 | TELECONFERENCES WITH J. BAKER RE: INTERVIEW ISSUES (.2); TELECONFERENCE WITH J. CASTLE AND J. BAKER RE: INTERVIEW ISSUES (.3). |
| KELLER KM | 03/23/06 | 4.70 | PREPARE FOR AND PARTICIPATE IN UCC INTERVIEWS OF DALE BITTER AND KELLIE HARDEE (3.0); DRAFT MEMORANDA RE: D. BITTER AND K. HARDEE INTERVIEWS (1.2); ADDRESS DOCUMENT PRODUCTION ISSUES (.5). |
| KELLER KM | 03/24/06 | 0.40 | PREPARE UCC INTERVIEW SCHEDULING (.4). |
| KELLER KM | 03/26/06 | 1.00 | DRAFT MEMO RE: J. GLEASON INTERVIEW (1.0). |
| BAKER DJ | 03/27/06 | 3.60 | TELECONFERENCE WITH R. TOWNSEND AND J. CASTLE RE: INTERVIEW ISSUES (.4); CONTINUE REVIEW OF DOCUMENTS TO BE DISCUSSED DURING INTERVIEW WITH ED MEHRER (3.2). |
| GRAY RW | 03/27/06 | 0.10 | REVIEW SUMMARY OF J. GLEASON INTERVIEW (.1). |
| KELLER KM | 03/27/06 | 0.70 | PREPARE UCC INTERVIEW SCHEDULING (.7). |
| BAKER DJ | 03/28/06 | 3.50 | CONTINUE REVIEW OF DOCUMENTS PRIOR TO INTERVIEW OF E. MEHRER (2.2); TELEPHONE CONFERENCE WITH J. CASTLE AND R. GRAY RE: INTERVIEWS (.1); PARTICIPATE IN INTERVIEW WITH E. MEHRER (1.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/28/06 | 0.20 | TELECONFERENCE WITH J. CASTLE AND J. BAKER RE: INTERVIEWS (.1); REVIEW MEMOS FROM K. KELLER AND J. CASTLE RE: INTERVIEWS (.1). |
| KELLER KM | 03/28/06 | 5.00 | PREPARE FOR AND PARTICIPATE BY TELEPHONE IN MILBANK INTERVIEWS OF ED MEHRER AND GEORGE TURNER (5.0). |
| BAKER DJ | 03/29/06 | 3.90 | CONTINUE REVIEW OF DOCUMENTS FOR INTERVIEW OF R. TOWNSEND (2.6); TELECONFERENCE WITH R. TOWNSEND WITH RESPECT TO INTERVIEW AND DOCUMENTS (1.0); TELECONFERENCE WITH J. SKELTON RE: INTERVIEW PROCESS (.3). |
| BAKER DJ | 03/30/06 | 3.20 | CONTINUE REVIEW OF DOCUMENTS TO BE COVERED DURING R. TOWNSEND INTERVIEW (2.1); PARTICIPATE IN INTERVIEW WITH R. TOWNSEND (1.1). |
| KELLER KM | 03/30/06 | 3.00 | REVIEW WINN-DIXIE DOCUMENTS FOR PRODUCTION TO MILBANK (1.0); PARTICIPATE BY TELEPHONE IN MILBANK INTERVIEWS OF R. TOWNSEND AND GEORGE TURNER (2.0). |
| BAKER DJ | 03/31/06 | 2.30 | REVIEW ADDITIONAL DOCUMENTS FROM MILBANK IN CONNECTION WITH ONGOING INVESTIGATIONS (2.3). |
| KELLER KM | 03/31/06 | 3.30 | PARTICIPATE IN TELEPHONE INTERVIEWS OF MIKE BYRUM AND KELLIE HARDEE WITH COUNSEL FOR THE CREDITORS COMMITTEE, SABINA CLORFEINE, DERRICK TALERICO AND LENA MANDEL (3.0); PARTICIPATE IN TELECONFERENCE WITH KPMG COUNSEL S. CARLIN AND CREDITORS COMMITTEE COUNSEL SABINA CLORFEINE AND DERRICK TALERICO (.3). |

**MATTER TOTAL**                    <u>62.70</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Leases (Real Property)                                           Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 03/01/06 | 0.10 | CONFERENCE WITH A. RAVIN RE: 365(D)(4) MOTION ISSUES (.1). |
| KALOUDIS D | 03/01/06 | 1.30 | DRAFT AND FINALIZE BUEHLER PRO HAC MOTION (.9); FINALIZE ECF (.4). |
| RAVIN AS | 03/01/06 | 4.20 | ANALYZE D. WANDER CONCERNS RE: 365(D)(4) MOTION, DRAFT MEMOS TO R. GRAY AND S. HENRY RE: ISSUES RELATED TO SAME (.4); DRAFT CORRESPONDENCE TO J. CASTLE AND S. KAROL RE: ISSUES RELATED TO D. WANDER'S CONCERNS RE: 365 (D)(4) MOTION (.3); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO D. WANDER'S CONCERNS RE: 365 (D)(4) MOTION (.1); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS LEASES AND CLAIMS (.8); CONFERENCE WITH D. KALOUDIS AND S. HENRY RE: BUEHLERS LEASES AND CLAIMS (.2); REVIEW CHART FROM M. CHLEBOVEC RE: BUEHLERS LEASES AND CLAIMS (.2); TELECONFERENCE WITH K. LOGAN AND E. CROCKER RE: ISSUES RE: LEASES AND CLAIMS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. WANDER RE: 365(D)(4) ISSUE, DRAFT FOLLOW UP CORRESPONDENCE TO S. KAROL AND J. CASTLE RE: SAME (.2); TELECONFERENCE WITH M. BOGDONOVICH RE: LEASE INQUIRY (.1); DRAFT MEMO TO S. HENRY RE: LEASE INQUIRY FROM M. BOGDONOVICH (.2); DRAFT MEMO TO C. JACKSON RE: LEASE INQUIRY FROM M. BOGDONOVICH (.2); REVIEW BUEHLERS PRO HAC MOTION AND PROPOSED ORDER AND COMPLETE FORM RELATED TO SAME (.3); REVIEW BUEHLERS DISCLOSURE STATEMENT AND PLAN RE: ISSUES RELATED TO LEASE CLAIMS (.2); DRAFT MEMO TO AND REVIEW MEMO FROM R. GRAY RE: MOTION TO COMPEL FILED RE: STORE 726, REVIEW PLEADINGS RELATED TO SAME, DRAFT CORRESPONDENCE TO J. CASTLE AND C. IBOLD RE: SAME, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.4); MULTIPLE CALLS WITH M. CHLEBOVEC RE: BUEHLERS PROOF OF CLAIM CHART (.4); REVIEW CORRESPONDENCE AND CHART FROM E. CROCKER RE: GUARANTEE CLAIMS FILED BY BUEHLERS LANDLORDS, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
| BEAULIEU J | 03/01/06 | 1.00 | PREPARE DISTRIBUTION OF MOTION, ORDER AND LETTER (1.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/02/06 | 0.20 | REVIEW 365(D)(4) OBJECTION AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME (.1); STRATEGIZE WITH A. RAVIN RE: ADDRESSING OBJECTIONS TO 365(D)(4) MOTION (.1). |
| KALOUDIS D | 03/02/06 | 1.10 | REVISE BUEHLER CHART (.3); CONFERENCES WITH A. RAVIN RE: SAME (.8). |
| RAVIN AS | 03/02/06 | 4.80 | DRAFT MULTIPLE CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS PROOF OF CLAIM TELECONFERENCE, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. CALLOWAY RE: STORE 2197, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT CORRESPONDENCE TO V. JACKSON RE: SAME (.1); TELECONFERENCE WITH M. CHLEBOVEC AND S. KAROL RE: STORE 260 OBJECTION (.4); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: STORE 260 OBJECTION, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. WANDER RE: STORE 260 OBJECTION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. CASTLE RE: STORE 260 OBJECTION (.1); TELECONFERENCE WITH D. WANDER RE: STORE 260 OBJECTION (.2); REVIEW CORRESPONDENCE FROM J. KUHNS RE: REQUEST FOR PAYMENT RE: STORE 662-REPLY, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.1); REVIEW AND ANALYZE 365(D)(4) OBJECTIONS (1.0); DRAFT LENGTHY CORRESPONDENCE TO J. CASTLE RE: ISSUES RELATED TO 365(D)(4) OBJECTIONS AND STRATEGY FOR ADDRESSING SAME (1.4); REVIEW CORRESPONDENCE FROM C. JACKSON RE: REQUEST FROM B. LEHANE (.1); MULTIPLE TELECONFERENCES WITH S. KAROL AND C. JACKSON RE: REQUEST FROM B. LEHANE (.4); DRAFT FOLLOW UP CORRESPONDENCE TO J. CASTLE RE: REQUEST FROM B. LEHANE (.4); DRAFT MEMO TO R. GRAY AND S. HENRY RE: REQUEST FROM B. LEHANE RE: 365(D)(4) MOTION (.2); CONFERENCE WITH R. GRAY RE: REQUEST FROM B. LEHANE RE: 365(D)(4) MOTION (.1); REVIEW CORRESPONDENCE FROM J. DEWITTE RE: STORE 662 (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| HENRY S | 03/03/06 | 2.50 | REVIEW 365(D)(4) PAPERS IN PREPARATION FOR TELECONFERENCE (1.2); REVIEW CORRESPONDENCE RELATING TO STRATEGIC DECISIONS TO BE MADE IN CONNECTION WITH 365(D)(4) MOTION (.3); PARTICIPATE IN TELECONFERENCE WITH C. JACKSON, C. IBOLD, A. RAVIN, J. CASTLE RE: 365(D)(4) EXTENSION (.8); CORRESPONDENCE WITH A. RAVIN RE: STRATEGIC ISSUES (.2). |
| KALOUDIS D | 03/03/06 | 1.00 | REVISE BUEHLER CHART RE: PROOFS OF CLAIM (.6); READ E-MAILS RE: PROOF OF CLAIMS (.3); TELECONFERENCE RE: PROPOSED STIPULATION (.1). |
| RAVIN AS | 03/03/06 | 3.90 | REVIEW AND ANALYZE 365(D)(4) OBJECTIONS (.7); DRAFT CORRESPONDENCE TO H. ETLIN AND C. IBOLD RE: 365(D)(4) OBJECTIONS, REVIEW CORRESPONDENCE FROM C. JACKSON, S. BUSEY, S. KAROL AND H. ETLIN RE: SAME (.3); DRAFT LENGTHY MEMOS TO S. HENRY AND R. GRAY RE: 365(D)(4) OBJECTIONS (.3); REVIEW AND REVISE SUMMARY CHART RE: 365(D)(4) OBJECTIONS (.4); REVIEW CORRESPONDENCE FROM D. MEYERS RE: STORE 1857 MOTION STATUS, DRAFT CORRESPONDENCE TO B. RESNICK RE: SAME (.1); REVIEW CORRESPONDENCE FROM K. KNIGHT RE: ADMIN CLAIM FOR OCEAN SPRINGS PLAZA, DRAFT CORRESPONDENCE TO R. TANSI RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. KNIGHT RE: SAME, REVIEW CORRESPONDENCE FROM R. TANSI RE: SAME (.2); TELECONFERENCE WITH S. HENRY, S. KAROL, H. ETLIN, C. JACKSON, C. IBOLD AND J. CASTLE RE: 365(D)(4) OBJECTION STRATEGY (.8); DRAFT LENGTHY FOLLOW UP CORRESPONDENCE TO J. CASTLE AND OTHERS AT COMPANY RE: SETTLEMENT STRATEGY RE: 365(D)(4) OBJECTIONS (.9); REVIEW CORRESPONDENCE FROM C. JACKSON RE: LINPRO, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME, REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. MCCLENDON RE: WINN-DIXIE AT 4520 S. SEMORAN BLVD., DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: SAME, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. MEYERS RE: ISSUES RELATED TO STORE 1261 SETTLEMENT (.1). |
| GRAY RW | 03/06/06 | 0.10 | REVIEW LETTER RE: STORE 488 AND CIRCULATE TO REAL ESTATE TEAM (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          03/06/06          1.30    PREPARE FOR MEETING RE: BUEHLER (.3);
                                              MEETING WITH A. RAVIN RE: BUEHLER
                                              (.5); TELECONFERENCE WITH A. RAVIN
                                              AND COUNSEL TO BUEHLER (.5).

RAVIN AS            03/06/06          5.10    DRAFT MULTIPLE CORRESPONDENCE TO C.
                                              JACKSON RE: 365(D)(4) OBJECTIONS,
                                              MULTIPLE TELECONFERENCES WITH SAME
                                              RE: SAME (.3); TELECONFERENCE WITH D.
                                              MITCHELL RE: 365(D)(4) OBJECTIONS
                                              (.2); UPDATE STATUS CHART RE:
                                              365(D)(4) OBJECTIONS (.1); REVIEW
                                              MULTIPLE CORRESPONDENCE FROM C.
                                              JACKSON RE: ISSUES RELATED TO
                                              365(D)(4) OBJECTIONS (.2);
                                              TELECONFERENCE WITH J. GRAHAM RE:
                                              BUEHLERS CLAIM ISSUES (.1); REVIEW
                                              MULTIPLE CORRESPONDENCE FROM K. DAW
                                              RE: STORE 1419/MOTION TO EXTEND TIME
                                              AND OTHER ISSUES RELATED TO 365(D)(4)
                                              OBJECTIONS, DRAFT CORRESPONDENCE TO
                                              SAME RE: SAME (.2); TELECONFERENCE
                                              WITH J. KUHNS RE: 365(D)(4) OBJECTION
                                              (.1); ANALYZE POSTPETITION CLAIM RE:
                                              KUHNS 365(D)(4) OBJECTION (.1);
                                              TELECONFERENCE WITH OFFICE OF D.
                                              THERRIOT RE: 365(D)(4) OBJECTION
                                              (.2); DRAFT LENGTHY MEMO TO J. CASTLE
                                              RE: SETTLEMENT PROPOSAL RE: 365(D)(4)
                                              OBJECTIONS (.3); DRAFT FOLLOW UP
                                              CORRESPONDENCE TO C. JACKSON RE:
                                              ORDER STRIKING MARKETPLACE OBJECTION
                                              (.1); REVIEW BUEHLERS LEASE CLAIM
                                              CHART (.4); TELECONFERENCE WITH M.
                                              CHLEBOVEC RE: BUEHLERS LEASE CLAIM
                                              CHART (.1); REVIEW CLAIMS CHART FROM
                                              E. CROCKER RE: BUEHLERS (.2);
                                              TELECONFERENCE WITH S. KAROL, C.
                                              JACKSON, C. IBOLD; AND K. DAW RE:
                                              365(D)(4) OBJECTIONS (.7); DRAFT
                                              MEMOS TO AND REVIEW MEMOS FROM D.
                                              KALOUDIS RE: BUEHLERS LEASE CLAIM
                                              CHART (.2); TELECONFERENCE WITH J.
                                              GRAHAM, CELESTE AND D. KALOUDIS RE:
                                              BUEHLERS LEASE CLAIM CHART (.5);
                                              FOLLOW UP CONFERENCE WITH D. KALOUDIS
                                              RE: BUEHLERS LEASE CLAIM CHART (.5);
                                              REVIEW CORRESPONDENCE FROM J. GRAHAM
                                              RE: BUEHLERS CLAIMS, DRAFT MEMO TO D.
                                              KALOUDIS RE: SAME (.1); FOLLOW UP
                                              CONFERENCE WITH C. JACKSON RE: STATUS
                                              OF 365(D)(4) OBJECTIONS (.1); DRAFT
                                              CORRESPONDENCE TO D. THERRIOT RE:
                                              365(D)(4) OBJECTIONS (.1); REVIEW AND
                                              REVISE PROPOSED 365(D)(4) ORDER (.3).

HENRY S             03/07/06          0.10    MEET WITH A. RAVIN RE: BUEHLERS (.1).

GRAY RW             03/07/06          0.10    EXCHANGE EMAILS WITH A. RAVIN RE:
                                              LEASE ISSUE AND DRAFT MEMO TO D.
                                              TURETSKY TO ASSIST WITH RESEARCH RE:
                                              SAME (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          03/07/06          2.10    DRAFT E-MAIL RE: BUEHLER (.5); REVISE
                                              CHART RE: PROOFS OF CLAIM (1.3);
                                              DETERMINE STATUS OF PRO HAC MOTION
                                              (.3).

RAVIN AS            03/07/06          6.40    TELECONFERENCE WITH S. KAROL, K. DAW,
                                              C. IBOLD AND C. JACKSON RE: 365(D)(4)
                                              OBJECTION (.5); REVIEW MULTIPLE
                                              CORRESPONDENCE FROM AND DRAFT
                                              CORRESPONDENCE TO D. THERIOT RE:
                                              OBJECTION TO 365(D)(4) RE: STORE NO.
                                              1335 (.2); REVIEW CORRESPONDENCE RE:
                                              STORE NO. 488 / 15 DAY NOTICE TO
                                              EXERCISE RIGHT OF FIRST REFUSAL (.1);
                                              TELECONFERENCE WITH J. KUHNS RE:
                                              SETTLEMENT PROPOSAL (.1); DRAFT
                                              CORRESPONDENCE TO J. KUHNS RE:
                                              SETTLEMENT PROPOSAL (.2); REVIEW
                                              CORRESPONDENCE FROM AND DRAFT
                                              CORRESPONDENCE TO C. IBOLD RE: ISSUES
                                              RELATED TO 365(D)(4) OBJECTIONS (.2);
                                              MULTIPLE TELECONFERENCES WITH D.
                                              MITCHELL RE: TURNEY PLAZA OBJECTION
                                              TO 365(D)(4) MOTION (.2); DRAFT
                                              CORRESPONDENCE TO D. MITCHELL RE:
                                              365(D)(4) OBJECTION (.1); REVIEW
                                              CORRESPONDENCE FROM D. THERIOT RE:
                                              UNDERLYING LEASE (.1); REVIEW AND
                                              REVISE PROPOSED ORDER RE: 365(D)(4)
                                              (.1); FOLLOW UP TELECONFERENCE WITH
                                              C. JACKSON RE: PROPOSED 365(D)(4)
                                              ORDER (.1); REVIEW CORRESPONDENCE
                                              FROM J. KUHNS RE: BACK UP FOR
                                              ELECTRIC BILL, DRAFT CORRESPONDENCE
                                              TO SAME RE: SAME, DRAFT
                                              CORRESPONDENCE TO J. DEWITTE RE: SAME
                                              (.1); REVIEW MULTIPLE CORRESPONDENCE
                                              FROM J. CASTLE RE: BUEHLERS, REVIEW
                                              CORRESPONDENCE FROM D. YOUNG RE: SAME
                                              (.2); DRAFT LENGTHY CORRESPONDENCE TO
                                              D. YOUNG RE: BUEHLERS (1.1);
                                              CONFERENCES WITH D. KALOUDIS RE:
                                              BUEHLERS (.2); CONFERENCE WITH S.
                                              HENRY RE: BUEHLERS (.1); CONFERENCE
                                              WITH S. HENRY RE: 365(D)(4) ISSUES,
                                              DRAFT CORRESPONDENCE TO C. JACKSON
                                              RE: ISSUES RELATED TO COMMODORE
                                              OBJECTION (.2); CONFERENCE WITH D.
                                              TURETSKY RE: RESEARCH ISSUE RELATED
                                              TO SURVIVABILITY OF TERMINATION
                                              PROVISION (.1); MULTIPLE CONFERENCES
                                              WITH S. HENRY RE: 365(D)(4) ISSUE
                                              (.2); ANALYZE 365(D)(4) TIMING ISSUES
                                              (.7); TELECONFERENCE WITH S. KAROL
                                              AND C. JACKSON RE: 365(D)(4) (.3);
                                              DRAFT LENGTHY CORRESPONDENCE TO J.
                                              CASTLE AND C. IBOLD RE: STATUS OF
                                              365(D)(4) OBJECTIONS (.6); ANALYZE
                                              VARIOUS ISSUES RELATED TO BUEHLERS
                                              INCLUDING REVIEW AND REVISE CHART RE:
                                              LEASE CLAIMS (.7).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/08/06 | 0.30 | TELECONFERENCE WITH R. GRAY, A. RAVIN AND S. HENRY RE: 365(D)(4) ISSUES (.3). |
| HENRY S | 03/08/06 | 1.80 | REVIEW MEMORANDUM ON FORM OF PROPOSED 365(D)(4) ORDER (.3); EMAIL TO A. RAVIN RE: 365(D)(4) ORDER (.1); CONFER WITH A. RAVIN RE: 365(D)(4) ORDER (.1); TELECONFERENCE WITH J. BAKER, R. GRAY, A. RAVIN RE: 365(D)(4) LITIGATION (.3); ANALYSIS OF PROPOSED ORDER (.4); REVIEW CORRESPONDENCE RE: 365(D)(4) ORDER (.4); CONFERENCE WITH R. GRAY, S. BUSEY, J. POST, C. JACKSON AND A. RAVIN RE: 365 (D)(4) ISSUES (.2). |
| GRAY RW | 03/08/06 | 1.00 | TELECONFERENCE WITH S. BUSEY, J. POST, C. JACKSON, S. HENRY AND A. RAVIN RE: MILBANK ISSUES ON 365(D)(4) SETTLEMENT (.2); REVIEW MILBANK MEMO AND 365(D)(4) ORDER AND CONSIDER FURTHER REVISIONS TO ADDRESS ISSUES (.3);  FURTHER CONFERENCE WITH J. BAKER, S. HENRY AND A. RAVIN RE: 365(D)(4) ORDER (.3); REVIEW REVISED 365(D)(4) ORDER (.1); PROVIDE COMMENTS TO A. RAVIN (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS        03/08/06        4.50    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                        REVIEW CORRESPONDENCE FROM J. GRAHAM
                                        RE: BUEHLERS (.1); REVIEW MEMO FROM
                                        AND DRAFT MEMO TO R. GRAY RE:
                                        365(D)(4) OBJECTIONS (.3); DRAFT
                                        CORRESPONDENCE TO M. BARR AND J.
                                        MILTON RE: 365(D)(4) OBJECTIONS,
                                        REVIEW CORRESPONDENCE FROM SAME RE:
                                        SAME (.4); DRAFT CORRESPONDENCE TO
                                        AND REVIEW CORRESPONDENCE FROM L.
                                        APPEL RE: 365(D)(4) OBJECTIONS (.1);
                                        TELECONFERENCE WITH S. BUSEY, S.
                                        HENRY, R. GRAY AND J. POST RE:
                                        365(D)(4) OBJECTIONS (.2); REVIEW
                                        CORRESPONDENCE FROM J. KUHNS AND
                                        DRAFT CORRESPONDENCE TO SAME RE:
                                        365(D)(4) OBJECTIONS (.2);
                                        TELECONFERENCE WITH J. KUHNS RE:
                                        365(D)(4) OBJECTIONS (.2); ANALYZE J.
                                        KUHNS 365 (D)(4) OBJECTIONS (.2);
                                        REVIEW AND REVISE 365(D)(4) ORDER
                                        (.2); CONFERENCE WITH J. BAKER, S.
                                        HENRY, AND R. GRAY RE: PROPOSED
                                        365(D)(4) ORDER (.3); REVIEW AND
                                        REVISE PROPOSED 365(D)(4) ORDER
                                        (1.0); CONFERENCE WITH S. HENRY RE:
                                        PROPOSED 365(D)(4) ORDER (.1);
                                        MULTIPLE CONFERENCES WITH C. JACKSON
                                        RE: PROPOSED 365(D)(4) ORDER (.5);
                                        CONFERENCE WITH R. GRAY RE: PROPOSED
                                        365(D)(4) ORDER (.1); REVIEW MULTIPLE
                                        CORRESPONDENCE FROM R. GRAY RE:
                                        PROPOSED 365(D)(4) ORDER, DRAFT
                                        MULTIPLE CORRESPONDENCE TO SAME RE:
                                        SAME (.3); TELECONFERENCE WITH J.
                                        MILTON RE: PROPOSED 365(D)(4) ORDER
                                        (.2); REVIEW CORRESPONDENCE FROM J.
                                        KUHNS RE: INTEREST IN PROPERTIES,
                                        DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                        RE: SAME (.1).

GRAY RW         03/09/06        0.90    TELECONFERENCE WITH S. BUSEY, C.
                                        JACKSON AND A. RAVIN RE: 365(D)(4)
                                        ORDER ISSUES (.2); TELECONFERENCE
                                        WITH A. RAVIN RE: DISCLOSURE ISSUE
                                        RAISED BY LANDLORD (.1);
                                        TELECONFERENCE WITH C. JACKSON AND A.
                                        RAVIN RE: COURT CONCERNS RE:
                                        365(D)(4) ORDER AND POSSIBLE OPTIONS
                                        (.2); REVIEW AND REVISE NEW PROVISION
                                        FOR 365(D)(4) ORDER (.2); REVIEW AND
                                        COMMENT ON MEMO RE: RIGHT OF FIRST
                                        REFUSAL (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                03/09/06            6.70    REVIEW CORRESPONDENCE FROM M.
                                                    CHLEBOVEC RE: COMMODORE LEASE
                                                    INTEREST (.1); REVIEW CORRESPONDENCE
                                                    FROM C. JACKSON AND B. LEHANE RE:
                                                    365(D)(4) MOTION, REVIEW AND REVISE
                                                    PROPOSED ORDER RE: SAME (.2); REVIEW
                                                    AND REVISE PROPOSED 365(D)(4) ORDER
                                                    (1.2); DRAFT MULTIPLE CORRESPONDENCE
                                                    TO AND REVIEW CORRESPONDENCE FROM C.
                                                    JACKSON RE: 365(D)(4) ORDER (.3);
                                                    REVIEW AND ANALYZE OBJECTIONS RE:
                                                    365(D)(4) MOTION (.3); TELECONFERENCE
                                                    WITH C. JACKSON RE: OBJECTIONS TO
                                                    365(D)(4) MOTION (.2); TELECONFERENCE
                                                    WITH C. JACKSON AND E. SCHULE RE:
                                                    OBJECTIONS TO 365(D)(4) MOTION (.2);
                                                    REVIEW CORRESPONDENCE FROM J. GRAHAM
                                                    RE: BUEHLERS LEASE CLAIMS (.1);
                                                    CONFERENCE WITH S. BUSEY, C. JACKSON,
                                                    R. GRAY AND H. ETLIN RE: 365(D)(4)
                                                    ISSUES (.2); CONFERENCE WITH D.
                                                    TURETSKY RE: RESEARCH RE: RIGHT OF
                                                    FIRST REFUSAL ON SPRINGING RIGHT IN
                                                    LEASE FOR STORE 1335 (.1); ANALYZE
                                                    RESOLUTION OF OBJECTIONS THROUGH
                                                    REVISIONS TO 365(D)(4) ORDER (1.5);
                                                    DRAFT CORRESPONDENCE TO AND REVIEW
                                                    CORRESPONDENCE FROM J. KUHNS RE:
                                                    365(D)(4) ORDER (.3); TELECONFERENCE
                                                    WITH M. BARR AND J. MILTON RE:
                                                    365(D)(4) ORDER (.1); TELECONFERENCE
                                                    WITH R. GRAY, C. JACKSON AND K. DAW
                                                    RE: HEARING STATUS (.2); MAKE FURTHER
                                                    REVISIONS TO PROPOSED 365(D)(4) ORDER
                                                    (.9); TELECONFERENCES WITH C. JACKSON
                                                    RE: STORE NOS. TO BE INCLUDED IN
                                                    PROPOSED 365(D)(4) ORDER (.6); DRAFT
                                                    CORRESPONDENCE TO AND REVIEW
                                                    CORRESPONDENCE FROM D. VANSCHOOR RE:
                                                    RESOLUTIONS RE: SALE OF BUBBLE
                                                    STORES, DRAFT CORRESPONDENCE TO C.
                                                    JACKSON RE: SAME (.1); DRAFT
                                                    CORRESPONDENCE TO K. LOGAN AND M.
                                                    MARTINEZ RE: SERVICE ISSUES RELATED
                                                    TO 365(D)(4) MOTION (.1).

EICHEL S                03/10/06            0.20    REVIEW EMAIL FROM POTENTIAL PURCHASER
                                                    OF WAREHOUSE (.1); DRAFT EMAIL TO M.
                                                    CHLEBOVEC RE: REQUEST FROM PARTY
                                                    INTERESTED IN PURCHASING WAREHOUSE
                                                    AND REVIEW HIS RESPONSE (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/10/06 | 1.70 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO  J. KUHNS RE: AMOUNT ALLEGEDLY OWED FOR ELECTRIC UNDER LEASE (.1); REVIEW SIGNED DALTON ORDER, DRAFT CORRESPONDENCE TO R. RESNICK AND OTHERS RE: DALTON SETTLEMENT ORDER, DRAFT CORRESPONDENCE TO K. LOGAN RE: CLAIMS ISSUES RELATED TO SAME, DRAFT MEMO TO S. BROWN RE: SERVICE (.3); PREPARE FOR BUEHLERS TELECONFERENCE (.2); TELECONFERENCE WITH K. DAW RE: BUEHLERS (.1); TELECONFERENCE (VM) WITH D. YOUNG RE: BUEHLERS (.1); TELECONFERENCE WITH M. MARTINEZ RE: SERVICE OF 365(D)(4) MOTION (.1); REVIEW ESCROW AGREEMENTS RELATED TO BUEHLERS (.2); TELECONFERENCE WITH J. GRAHAM RE: BUEHLERS (.4); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. CASTLE RE: STATUS OF 365(D)(4) ORDER (.2). |
| KALOUDIS D | 03/13/06 | 0.60 | RESEARCH ISSUE RE: STORE 1643 (.6). |
| RAVIN AS | 03/13/06 | 2.40 | REVIEW CORRESPONDENCE FROM C. VITEK RE: STORE 1643 ORDER, DRAFT CORRESPONDENCE TO SAME AND B. GASTON RE: SAME, DRAFT MEMO TO D. KALOUDIS RE: SAME, RESEARCH FILES RE: ISSUES RE: SAME (.4); TELECONFERENCE WITH B. GASTON AND D. KALOUDIS RE: STORE 1643 (.1); ANALYZE BUEHLERS LEASE CLAIM CHART (.1); TELECONFERENCE WITH J. SCHAEFERMAN RE: TAXES OWED FOR STORE 997 (.1); REVIEW CORRESPONDENCE FROM J. SCHAEFERMAN RE: TAXES OWED FOR STORE 997, DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND OTHERS RE: SAME (.2); REVIEW CORRESPONDENCE FROM T. DAVID MITCHELL RE: NOTICE OF SALE RE: STORE 2298, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME, REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.1); REVIEW  NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM RE: WEBB/LEXINGTON VENTURES NO. 108 (.1); REVIEW CORRESPONDENCE FROM J. FABBRI RE: STORE 1857 ORDER (.1); TELECONFERENCE (VM) WITH C. JACKSON RE: STATUS OF 365(D)(4) MOTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); TELECONFERENCE WITH H. LINN RE: DALTON GEORGIA PROPERTY (.1); TELECONFERENCE WITH B. GASTON RE: STORE 997 AND 1096 (.2); REVIEW INFORMATION FORWARDED BY J. GRAHAM RE: 502(B)(6) CALCULATIONS FOR BUEHLERS (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: 502(B)(6) CALCULATIONS FOR BUEHLERS (.2); REVIEW ESCROW AGREEMENTS FOR STORES 1612 AND 1618 (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          03/14/06          1.90     TELECONFERENCE WITH S. ZUBER RE:
                                             CARDINAL HEALTH'S INTEREST IN STORE
                                             SALE MOTION (.1); COORDINATE SERVICE
                                             ISSUES RELATED TO STORE 1857
                                             SETTLEMENT ORDER (.1); REVIEW MEMO
                                             FROM R. GRAY RE: WESTFORK TOWER LIFT
                                             STAY MOTION, VERIFY INFORMATION RE:
                                             SAME, DRAFT MEMO TO R. GRAY RE: SAME
                                             (.1); DRAFT MEMO TO C. JACKSON RE:
                                             LEASE ASSUMPTION/REJECTION ISSUES
                                             (.2); REVIEW UNDERLYING
                                             CORRESPONDENCE FROM T. DEANE RE:
                                             WINN-DIXIE /REAL ESTATE TAXES RE:
                                             WAREHOUSE PROPERTIES (.1); REVIEW
                                             CORRESPONDENCE FROM J. KUHNS RE:
                                             REQUEST FOR PAYMENT RE: STORE 662,
                                             DRAFT MULTIPLE CORRESPONDENCE TO AND
                                             REVIEW MULTIPLE CORRESPONDENCE FROM
                                             J. DEWITTE RE: SAME, REVIEW
                                             UNDERLYING CORRESPONDENCE RE: CREDIT
                                             OWED, DRAFT CORRESPONDENCE TO J.
                                             KUHNS RE: SAME (.3); DRAFT
                                             CORRESPONDENCE TO J. POST RE:
                                             GOODINGS CLAIM STATUS, REVIEW
                                             CORRESPONDENCE FROM SAME RE: SAME,
                                             TELECONFERENCE (VM) WITH SAME RE:
                                             SAME (.1); REVIEW PROPOSED 365(D)(4)
                                             ORDER, DRAFT CORRESPONDENCE TO L.
                                             APPEL RE: SAME, DRAFT CORRESPONDENCE
                                             TO K. LOGAN RE: SERVICE ISSUES RE:
                                             SAME (.1); REVIEW AND REVISE
                                             SUPPLEMENTAL CERTIFICATE OF SERVICE
                                             RE: STORE 1857 ORDER, CONFERENCE WITH
                                             S. BROWN RE: SAME, DRAFT MEMOS TO S.
                                             BROWN RE: SAME (.1); REVIEW PRIOR
                                             CORRESPONDENCE FROM B. GASTON RE:
                                             STORES 1826 AND 259, ANALYZE ISSUES
                                             RE: SAME (.2) REVIEW CORRESPONDENCE
                                             FROM J. KUHNS RE: ISSUES RELATED TO
                                             GOB SALE AT STORE NO. 2330, DRAFT
                                             CORRESPONDENCE TO C. JACKSON RE: SAME
                                             (.1); ADDRESS LANDLORD INQUIRY (.1);
                                             REVIEW MEMOS RE: STORE 1335 RIGHT OF
                                             FIRST REFUSAL, DRAFT MEMO TO R. GRAY
                                             AND D. TURETSKY RE: SAME (.2);
                                             ANALYZE ISSUE RELATED TO 365(C)(1),
                                             DRAFT MEMO TO R. GRAY RE: SAME (.1).

HENRY S           03/15/06          0.10     REVIEW MEMO FROM R. GRAY RE: PLAN
                                             ISSUE RELATING TO REAL PROPERTY
                                             LEASES (.1).

GRAY RW           03/15/06          0.50     DRAFT MEMO TO J. BAKER, S. HENRY AND
                                             A. RAVIN RE: LEASE ASSUMPTION/LEASE
                                             COLLATERAL COORDINATION (.2);
                                             TELECONFERENCE WITH B. GASTON RE:
                                             LANDLORD ATTORNEY FEES (.1);
                                             TELECONFERENCE WITH C. JACKSON RE:
                                             11TH CIRCUIT LAW ON LANDLORD ATTORNEY
                                             FEES (.1); ASSIST PREPARING MEMO TO
                                             COMPANY ON UPCOMING LEASE ASSUMPTIONS
                                             (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 03/15/06 | 0.40 | TELECONFERENCE WITH A. RAVIN RE: BUEHLER (.2); TELECONFERENCE WITH K. NEIL RE: BUEHLER (.2). |
| RAVIN AS | 03/15/06 | 2.50 | ADDRESS INQUIRY FROM D. LEE RE: NOTICE RE: ABANDONED PROPERTY, TELECONFERENCES WITH SAME RE: SAME, REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO M. CHLEBOVEC RE: SAME, REVIEW CORRESPONDENCE FROM C. IBOLD RE: SAME (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. GRAHAM RE: BUEHLERS ISSUES, DRAFT MEMO TO AND REVIEW MEMO FROM D. KALOUDIS RE: SAME (.1); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS LEASES (.2); DRAFT CORRESPONDENCE TO M. MARTINEZ RE: SERVICE OF 365(D)(4) ORDER, REVIEW REMAINING OBJECTIONS RE: ADDRESSING ISSUES RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.2); DRAFT MEMO TO S. KAROL RE: 365(D)(4) DEADLINES (.2); DRAFT CORRESPONDENCE TO J. KUHNS RE: 365(D)(4) ORDER, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW AND ANALYZE COMMODORE OBJECTION TO 365(D)(4) MOTION, DRAFT MEMO TO C. IBOLD RE: SAME (.4); TELECONFERENCE WITH J. MILTON RE: COMMODORE OBJECTION (.2); ADDRESS SEVERAL LANDLORD INQUIRIES (.2); DRAFT CORRESPONDENCE TO S. KAROL AND OTHERS RE: TIMING FOR LEASE ASSUMPTION, REVIEW MEMO FROM R. GRAY RE: SAME (.4); ADDRESS VARIOUS LEASE RELATED ISSUES INCLUDING REVIEW CORRESPONDENCE FROM C. JACKSON RE: J. KUHNS REQUEST RE: COMMODORE AND GOB SALE (.2). |
| GRAY RW | 03/16/06 | 0.10 | ANALYZE RIGHT OF FIRST REFUSAL ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          03/16/06          3.10    TELECONFERENCE WITH J. POST AND B.
                                            BOWIN RE: GOODINGS (.6); ANALYZE
                                            ISSUES RE: GOODINGS (.2); DRAFT
                                            MULTIPLE CORRESPONDENCE TO J. POST
                                            AND B. BOWIN RE: GOODINGS (.2); DRAFT
                                            CORRESPONDENCE TO C. IBOLD AND S.
                                            KAROL RE: 365(D)(4) OBJECTIONS,
                                            REVIEW CORRESPONDENCE FROM C. IBOLD
                                            RE: SAME (.1); ANALYZE STORE 1335
                                            RIGHT OF FIRST REFUSAL, DRAFT MEMO TO
                                            R. GRAY RE: SAME (.2); TELECONFERENCE
                                            WITH C. JACKSON RE: 365(D)(4)
                                            OBJECTIONS (.1); REVISE BUEHLERS
                                            LEASE CLAIM CHART (.2);
                                            TELECONFERENCE WITH S. KAROL AND C.
                                            JACKSON RE: 365(D)(4) OBJECTIONS
                                            (.2); DRAFT CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM M.
                                            CHLEBOVEC RE: 365(D)(4) OBJECTIONS,
                                            DRAFT MEMO RE: SAME (.1);
                                            TELECONFERENCE (VM) WITH J. KUHNS RE:
                                            365(D)(4) OBJECTION (.1); DRAFT MEMO
                                            TO R. GRAY RE: STORE 1335 RIGHT OF
                                            FIRST REFUSAL (.3); DRAFT LENGTHY
                                            CORRESPONDENCE TO C. IBOLD RE: STORE
                                            1335 RIGHT OF FIRST REFUSAL (.8).

GRAY RW           03/17/06          0.50    EXCHANGE EMAILS AND TELECONFERENCE
                                            WITH A. RAVIN RE: RIGHT OF FIRST
                                            REFUSAL STRATEGY (.2); REVIEW MEMO
                                            RE: M. BARR ISSUES ON LEASE
                                            ASSUMPTION STRATEGY AND DRAFT REPLY
                                            (.1); TELECONFERENCE WITH C. JACKSON
                                            RE: LEASE ASSUMPTION STRATEGY (.1);
                                            DRAFT MEMO TO SKADDEN TEAM RE: LEASE
                                            ASSUMPTION (.1).

KALOUDIS D        03/17/06          0.50    TELECONFERENCE WITH K. NEIL RE: WINN-
                                            DIXIE (.1); REVISE BUEHLER CHART
                                            (.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/17/06 | 2.90 | DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: BUEHLERS LEASE CLAIM ISSUES, DRAFT MEMO TO D. KALOUDIS RE: SAME (.1); DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: VARIOUS LEASE RELATED ISSUES INCLUDING CONTEMPLATED REJECTION MOTION (.1); ANALYZE STORE 1335 RIGHT OF FIRST REFUSAL, DRAFT MEMO TO R. GRAY RE: SAME (.1); CONFERENCE WITH R. GRAY RE: STORE 1335 RIGHT OF FIRST REFUSAL (.2); REVIEW AND REVISE CORRESPONDENCE TO C. IBOLD RE: STORE 1335 RIGHT OF FIRST REFUSAL (.2); DRAFT MEMO TO R. GRAY AND S. HENRY RE: COMMITTEE'S QUESTIONS RE: LEASE ASSUMPTION STRATEGY (.3); REVIEW MEMO FROM R. GRAY RE: LEASE ASSUMPTION STRATEGY, DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1); DRAFT CORRESPONDENCE TO P. NECKLES RE: TIMELINE FOR LEASE ASSUMPTION/REJECTION MOTIONS (.3); TELECONFERENCE WITH J. KUHNS RE: 365(D)(4) OBJECTION (.1); REVIEW FINANCIAL INFORMATION RECEIVED FROM V. JACKSON RE: COMMODORE/ISRAM STORES (.1); TELECONFERENCE WITH R. BIER RE: TAX ISSUES RELATED TO LEASE (.1); TELEPHONE CONFERENCE WITH C. JACKSON AND K. SPECIE RE: 365(D)(4) OBJECTION OF WESTFORK (.3); FOLLOW UP TELECONFERENCE WITH C. JACKSON RE: WESTFORK 365(D)(4) OBJECTION (.1); ANALYZE WESTFORK 365(D)(4) OBJECTION (.2); COORDINATING TELECONFERENCE WITH M. BARR AND OTHERS RE: LEASE ASSUMPTION/REJECTION STRATEGY, DRAFT MULTIPLE CORRESPONDENCE TO M. BARR AND C. JACKSON RE: ASSUMPTION/REJECTION STRATEGY, REVIEW MULTIPLE CORRESPONDENCE FROM M. BARR RE: SAME, REVIEW MEMOS FROM AND DRAFT MEMOS TO R. GRAY RE: ASSUMPTION/REJECTION STRATEGY (.3); REVIEW STIPULATION AND WAIVER REGARDING TIME REQUIREMENTS ON MOTION FOR RELIEF FROM STAY FILED BY WESTFORK TOWER, LLC AND OTHER LEASE RELATED PLEADINGS FILED (.1); REVIEW AMENDED MOTION FOR AN ORDER AUTHORIZING DEBTORS TO RETAIN LIQUIDATING AGENT AND APPROVING AGENCY AGREEMENT, ET. AL. (.1). |
| GRAY RW | 03/19/06 | 0.10 | DRAFT MEMO TO TEAM RE: VOTING PROCEDURE FOR LANDLORDS (.1). |
| GRAY RW | 03/20/06 | 0.20 | REVIEW AND COMMENT ON TERMINATION AGREEMENT MOTION (.1); EXCHANGE EMAILS WITH A. RAVIN RE: RESPONSE TO D. WANDER ON 365(D)(3) ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D               03/20/06          1.20    TELECONFERENCE WITH K. NEIL RE:
                                                   BUEHLER (.3); DRAFT EMAIL TO K. NEIL
                                                   RE: BUEHLER (.2); FOLLOW UP
                                                   TELECONFERENCE WITH K. NEIL RE:
                                                   BUEHLER (.2); REVIEW ISSUES RE:
                                                   BUEHLER (.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/20/06 | 5.80 | DRAFT MEMO TO AND REVIEW MEMO FROM D. KALOUDIS RE: ISSUES RELATED TO BUEHLERS ADMIN LEASE CLAIMS, DRAFT CORRESPONDENCE TO B. GASTON RE: 502(B)(6) AMOUNTS RE: BUEHLERS (.1); COORDINATE LEASE STRATEGY TELECONFERENCE, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. BARR RE: SAME, DAFT INTERNAL MEMOS RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: LEASE STRATEGY (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. IBOLD RE: STORE 1335 RIGHT OF FIRST REFUSAL (.1); DRAFT CORRESPONDENCE TO S. KAROL RE: 365(D)(4) OBJECTION STATUS (.1); REVIEW AND REVISE PROPOSED ORDER RE: 365(D)(4) OBJECTIONS (.4); TELECONFERENCES WITH OFFICE OF K. SPECIE RE: 365(D)(4) OBJECTION (.2); REVIEW NOTICE OF WITHDRAWAL OF LINPRO ADMIN CLAIM APPLICATION, ADDRESS ISSUES RE: SAME INCLUDING REVISING ADMIN CLAIM APPLICATION CHART (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: LEASE REJECTIONS FOR STORES 1096 AND 997 (.1); DRAFT LEASE BUYOUT REJECTION MOTION AND CORRESPONDING PLEADINGS (.7); DRAFT MOTION TO COMPEL PERFORMANCE RE: STORE 1335 (1.6); REVIEW CORRESPONDENCE FROM D. WANDER RE: 365(D)(4) ORDER, DRAFT MEMO TO R. GRAY RE: SAME, REVIEW MEMO FROM SAME RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. IBOLD RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.4); TELEPHONE CONFERENCE WITH B. GASTON RE: VARIOUS LEASE RELATED ISSUES, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELEPHONE CONFERENCE WITH SOMMER BARNARD RE: SERVICE ISSUES FOR BUEHLERS (.1); TELEPHONE CONFERENCE WITH S. KAROL RE: VARIOUS ISSUES RE: 365(D)(4) OBJECTIONS (.3); ANALYZE ISSUES RE: 365(D)(4) OBJECTIONS (.1); TELEPHONE CONFERENCE WITH J. KUHNS RE: OBJECTION TO 365(D)(4) MOTION (.1); DRAFT CORRESPONDENCE TO J. KUHNS RE: 365(D)(4) OBJECTIONS (.2); ANALYZE VARIOUS LEASE RELATED ISSUES (.3); TELEPHONE CONFERENCE WITH J. GRAHAM RE: BUEHLERS LEASE ISSUES (.2); REVIEW STIPULATION RE: BUEHLERS CLAIMS (.2); DRAFT MEMOS TO D. KALOUDIS AND S. HENRY RE: BUEHLER CLAIMS (.1); |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

REVIEW CORRESPONDENCE FROM S. KAROL
RE: STORE CLOSING TIMETABLE, DRAFT
CORRESPONDENCE TO S. KAROL RE: SAME,
REVIEW CORRESPONDENCE FROM S. BUSEY
RE: SAME (.1).

KALOUDIS D          03/21/06          0.50    DRAFT E-MAIL RE: BUEHLER, ECF ORDER
                                              (.5).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                03/21/06        5.60    REVIEW CORRESPONDENCE FROM AND DRAFT
                                                CORRESPONDENCE TO M. CHLEBOVEC RE:
                                                STORE 1261 SETTLEMENT MOTION (.1);
                                                REVIEW CORRESPONDENCE FROM B. GASTON
                                                RE: VARIOUS LEASE ISSUES INCLUDING
                                                UPCOMING LEASE REJECTION MOTION,
                                                DRAFT CORRESPONDENCE TO SAME RE:
                                                SAME, REVIEW CORRESPONDENCE FROM J.
                                                FABBRI RE: SAME (.1); DRAFT
                                                CORRESPONDENCE TO J. GRAHAM RE:
                                                BUEHLERS CLAIMS ISSUES (.1); DRAFT
                                                CORRESPONDENCE TO J. CASTLE RE: STORE
                                                260 (.1); TELECONFERENCE WITH K.
                                                SPECIE RE: WESTFORK OBJECTION TO
                                                365(D)(4) MOTION (.1); TELECONFERENCE
                                                WITH K. SPECIE AND T. LEHMAN RE:
                                                365(D)(4) OBJECTION (.5); ANALYZE
                                                WESTFORK'S 365(D)(4) OBJECTION (.2);
                                                TELECONFERENCE WITH J. KUHNS RE:
                                                COMMODORE/ISRAM OBJECTION (.1); DRAFT
                                                LENGTHY CORRESPONDENCE TO S. BUSEY
                                                RE: UNRESOLVED 365(D)(4) OBJECTIONS
                                                (.4); TELECONFERENCE WITH M.
                                                COMERFORD RE: UNRESOLVED 365(D)(4)
                                                OBJECTIONS (.1); DRAFT CORRESPONDENCE
                                                TO M. COMERFORD RE: 365(D)(4)
                                                OBJECTIONS (.3); TELECONFERENCE WITH
                                                C. JACKSON RE: ISSUES RELATED TO
                                                365(D)(4) OBJECTIONS (.2); REVIEW
                                                DEMAND FOR PAYMENT FROM D. WANDER,
                                                DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                                RE: SAME (.1); TELECONFERENCE WITH D.
                                                WANDER RE: ISSUES RELATED TO STORE
                                                260 (.3); DRAFT CORRESPONDENCE TO D.
                                                WANDER RE: STORE 260 (.2); CONFERENCE
                                                WITH R. GRAY RE: ISSUES RELATED TO
                                                365(D)(4) (.1); REVIEW CORRESPONDENCE
                                                FROM AND DRAFT CORRESPONDENCE TO J.
                                                SHAFFERMAN RE: AMOUNTS OWED FOR STORE
                                                997, REVIEW PRIOR CORRESPONDENCE FROM
                                                J. SHAFFERMAN RE: SAME, DRAFT
                                                CORRESPONDENCE TO M. CHLEBOVEC RE:
                                                SAME (.3); REVIEW AND REVISE PROPOSED
                                                365(D)(4) ORDER (.6); DRAFT MEMOS TO
                                                AND REVIEW MEMOS FROM D. KALOUDIS RE:
                                                BUEHLERS CLAIMS ISSUES, REVIEW
                                                CORRESPONDENCE FROM BUEHLERS COURT
                                                RE: PRO HAC VICE ORDER (.2); REVIEW
                                                CORRESPONDENCE FROM AND DRAFT
                                                CORRESPONDENCE TO K. NIEL RE:
                                                BUEHLERS ISSUES (.2); DRAFT
                                                CORRESPONDENCE TO J. KUHNS RE:
                                                CONTINUANCE OF HEARING RE: 365(D)(4)
                                                OBJECTION (.1); ANALYZE VARIOUS
                                                ISSUES RELATED TO 365(D)(4) OBJECTION
                                                (.6); CONFERENCE WITH M. CHLEBOVEC
                                                AND B. GASTON RE: LEASE ISSUES
                                                INCLUDING DALTON AND BUEHLERS (.2);
                                                REVIEW CORRESPONDENCE FROM AND DRAFT
                                                CORRESPONDENCE TO M. COMERFORD RE
                                                365(D)(4) ORDER (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/22/06 | 0.10 | REVIEW AND COMMENT ON 365(D)(4) ORDER FOR THURSDAY HEARING (.1). |
| KALOUDIS D | 03/22/06 | 0.30 | READ EMAIL FROM A. RAVIN RE: BUEHLER (.2); TELECONFERENCE WITH A. RAVIN RE: BUEHLER (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS      03/22/06      5.30      REVIEW CORRESPONDENCE FROM B. GASTON RE: AMOUNTS ALLEGEDLY OWED RE: STORE 997, REVIEW MULTIPLE CORRESPONDENCE FROM K. NEIL RE: SAME, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME, DRAFT CORRESPONDENCE TO J. SCHAFERMAN RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. COMERFORD RE: RESOLUTION OF 365(D)(4) OBJECTIONS (.1); TELEPHONE CONFERENCE WITH M. COMERFORD RE: RESOLUTION OF 365(D)(4) OBJECTIONS (.1); DRAFT CORRESPONDENCE TO K. SPECIE RE: RESOLUTION OF 365(D)(4) OBJECTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME, REVIEW CORRESPONDENCE FROM T. LEHMAN RE: SAME (.2); TELEPHONE CONFERENCE WITH T. LEHMAN RE: RESOLUTION OF 365(D)(4) OBJECTION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: BUEHLERS CLAIMS, REVIEW SPREADSHEET RE: SAME, DRAFT CORRESPONDENCE TO J. GRAHAM RE: SAME (.2); REVIEW AND REVISE PROPOSED 365(D)(4) ORDER (.3); REVIEW AND REVISE LEASE TERMINATION AGREEMENT, MOTION AND CORRESPONDING PROPOSED ORDER (.4); DRAFT CORRESPONDENCE TO C. IBOLD RE: LEASE TERMINATION AGREEMENT, MOTION AND ORDER, REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.2); REVIEW CORRESPONDENCE FROM K. JAXSON RE: STORE 997 (.1); REVIEW SPREADSHEET RE: ADMIN CLAIM AMOUNTS OWED TO BUEHLERS (.2); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS ADMINISTRATIVE CLAIM AMOUNTS (.1); DRAFT FOLLOW UP CORRESPONDENCE TO T. LEHMAN AND K. SPECIE RE: RESOLUTION OF 365(D)(4) OBJECTION, REVIEW CORRESPONDENCE FROM K. SPECIE RE: SAME (.2); TELEPHONE CONFERENCE WITH K. SPECIE AND T. LEHMAN RE: RESOLUTION OF 365(D)(4) OBJECTION (.3); TELEPHONE CONFERENCE WITH C. JACKSON RE: T. LEHMAN OBJECTION (.1); REVIEW AND REVISE PROPOSED 365(D)(4) ORDER (1.8); FOLLOW UP TELEPHONE CONFERENCE WITH T. LEHMAN RE: 365(D)(4) ORDER, ANALYZE ISSUES RE: SAME (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: RESOLUTION OF 365(D)(4) OBJECTION (.1); DRAFT CORRESPONDENCE TO M. COMERFORD RE: RESOLUTION OF 365(D)(4) OBJECTION (.1); DRAFT FOLLOW UP CORRESPONDENCE TO AND REVIEW SAME FROM T. LEHMAN RE: RESOLUTION OF 365(D)(4) OBJECTION (.1); FOLLOW UP TELEPHONE CONFERENCE WITH T. LEHMAN RE: STORE 209 (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/23/06 | 0.50 | TELECONFERENCE WITH M. BARR, M. COMERFORD, J. BAKER, C. JACKSON AND A. RAVIN RE: REAL PROPERTY LEASE ASSUMPTION ISSUES (.3); ASSIST WITH FORM FOR PROPOSED LEASE ASSUMPTION ORDER (.2). |
| RAVIN AS | 03/23/06 | 1.20 | TELECONFERENCE WITH C. JACKSON RE: PROPOSED 365(D)(4) ORDER (.1); TELECONFERENCE WITH M. BARR, M. COMERFORD, J. BAKER (PARTIAL), R. GRAY, AND C. JACKSON RE: LEASE ASSUMPTION STRATEGY (.3); REVIEW PRECEDENT RE: OMNIBUS ASSUMPTION ORDERS, DRAFT MEMOS TO AND REVIEW MEMOS FROM R. GRAY RE: SAME (.1); DRAFT CORRESPONDENCE TO M. BARR RE: OMNIBUS LEASE ASSUMPTION STRATEGY (.2); REVIEW CORRESPONDENCE FROM B. GASTON RE: LANDLORD COMMUNICATIONS (.1); REVIEW CORRESPONDENCE FROM C. IBOLD RE: STORE 1335 STRATEGY (.1); TELECONFERENCE WITH J. HOWELL OF REGENCY PROPERTIES RE: STORE NOS. 1534 AND 456 (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: REGENCY PROPERTIES, DRAFT CORRESPONDENCE TO J. HOWELL RE: SAME (.1). |
| GRAY RW | 03/24/06 | 0.10 | REVIEW MEMOS RE: LEASE GUARANTY ISSUES (.1). |
| KALOUDIS D | 03/24/06 | 0.80 | PREPARE FOR MEETING WITH A. RAVIN RE: BUEHLER CHART (.5); MEETING WITH A. RAVIN RE: BUEHLER CHART (.3). |
| RAVIN AS | 03/24/06 | 1.40 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STORE 260, DRAFT CORRESPONDENCE TO D. WANDER RE: SAME, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); CONFERENCE WITH D. KALOUDIS RE: BUEHLERS LEASE CLAIM ISSUES (.3); REVIEW BUEHLERS POSTPETITION ADMIN CLAIM CHART (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: ESCROW AGREEMENTS RE: BUEHLERS (.1); REVIEW CORRESPONDENCE FROM J. FABBRI RE: GUARANTY ISSUES, DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME, REVIEW PRIOR CORRESPONDENCE RE: SAME, ANALYZE ISSUES RE: SAME (.4); REVIEW LATEST STORE CLOSING LIST FROM B. GASTON (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: INQUIRY RE: STORES 1534 AND 456, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. HOWELL RE: SAME (.1); REVIEW LASSITER/LONDON 365(D)(4) ORDER (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          03/27/06          3.10   ANALYZE BUEHLER ISSUE RE: WINN-DIXIE
                                             CLAIMS (3.1).

RAVIN AS            03/27/06          1.90   DRAFT CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM J. KUHNS RE:
                                             PROPOSED 365(D)(4) ORDER (.1); DRAFT
                                             CORRESPONDENCE TO T. LEHMAN AND K.
                                             SPECIE RE: PROPOSED 365(D)(4) ORDER
                                             (.1); ANALYZE BUEHLERS CLAIMS
                                             INCLUDING DRAFT CORRESPONDENCE TO M.
                                             CHLEBOVEC AND K. NIEL RE: ESCROW
                                             AGREEMENTS FOR STORE 1645 (.8);
                                             REVIEW AND REVISE CORRESPONDENCE TO
                                             J. GRAHAM RE: ADMIN CLAIMS AND
                                             ESCROWED AMOUNTS (.4); DRAFT
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM C. JACKSON RE:
                                             LEASE TERMINATION AGREEMENT REJECTION
                                             MOTION (.1); REVIEW COMMENTS TO
                                             MOTION AND ORDER FROM C. JACKSON RE:
                                             LEASE TERMINATION AGREEMENT MOTION
                                             AND PROPOSED ORDER (.1); REVIEW
                                             SPREADSHEET FROM M. CHLEBOVEC RE:
                                             CALCULATION OF SAVINGS RE: REJECTION
                                             OF LEASE TERMINATION AGREEMENTS (.1);
                                             REVIEW CORRESPONDENCE FROM AND DRAFT
                                             CORRESPONDENCE TO K. VAN CLEEVE RE:
                                             ESCROWED MONIES RE: STORE 1645,
                                             REVIEW CORRESPONDENCE FROM C. VITEK
                                             RE: SAME (.1); ANALYZE ISSUES RE:
                                             CERTIFICATE OF SERVICE RE: 365(D)(4)
                                             ORDER (.1); DRAFT CORRESPONDENCE TO
                                             AND REVIEW CORRESPONDENCE FROM M.
                                             COMERFORD  RE: OMNIBUS ASSUMPTION
                                             MOTION (.1); REVIEW BUEHLERS
                                             LIQUIDATING TRUST AND RELATED
                                             AGREEMENTS (.2); REVIEW
                                             CORRESPONDENCE FROM C. JACKSON RE:
                                             STORE 1096, REVIEW FILES RE: SAME,
                                             DRAFT CORRESPONDENCE TO SAME RE: SAME
                                             (.1).

HENRY S             03/28/06          0.30   REVIEW MEMORANDA DRAFTED BY A. RAVIN
                                             RELATING TO ASSUMPTION ISSUES (.3).

GRAY RW             03/28/06          0.40   ASSIST WITH ISSUES ON PREPETITION TAX
                                             CLAIM SETTLEMENT OFFER (.2); REVIEW
                                             MEMOS AND ASSIST WITH ISSUES ON TAX
                                             PAYMENTS (.1); ASSIST WITH ISSUES ON
                                             MILBANK LANGUAGE FOR ASSUMPTION
                                             MOTION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/28/06 | 2.90 | REVIEW AND REVISE REJECTION MOTION AND PROPOSED ORDER RE: LEASE TERMINATION AGREEMENTS (.9); DRAFT CORRESPONDENCE TO C. JACKSON RE: LEASE TERMINATION AGREEMENT MOTION AND PROPOSED ORDER (.2); REVIEW CORRESPONDENCE FROM S. KAROL AND K. DAW RE: SCHREIBER FOODS TAX ISSUE, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.2); REVIEW MEMO FROM AND DRAFT MEMO TO R. GRAY RE: SCHREIBER FOOD TAX ISSUE (.1); TELECONFERENCE WITH S. KAROL RE: SCHREIBER TAX ISSUE (.1); DRAFT CORRESPONDENCE TO S. KAROL RE: SCHREIBER TAX ISSUES (.2); ANALYZE SCHREIBER FOODS TAX ISSUE (.2); TELECONFERENCE WITH C. JACKSON RE: 365(D)(4) OBJECTION (.2); ANALYZE MEMO FROM M. COMERFORD RE: OMNIBUS ASSUMPTION MOTION, DRAFT MEMO TO R. GRAY AND C. JACKSON RE: SAME, REVIEW MEMOS FROM SAME RE: SAME (.5); DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS STIPULATION STATUS (.1); REVIEW DOCUMENTS IN PREPARATION FOR BUEHLERS TELECONFERENCE (.2). |
| HENRY S | 03/29/06 | 0.50 | REVIEW CORRESPONDENCE RELATING TO LEASE ISSUES (.2); CONFERENCE WITH A. RAVIN RE: 365(D)(4) OBJECTIONS (.3). |
| GRAY RW | 03/29/06 | 0.10 | TELECONFERENCE WITH A. RAVIN RE: PROPOSAL FOR RESOLVING REMAINING LANDLORD OBJECTIONS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS              03/29/06        4.60   REVIEW AND REVISE LEASE TERMINATION
                                             AGREEMENT MOTION AND PROPOSED ORDER
                                             (.7); DRAFT CORRESPONDENCE TO C.
                                             IBOLD RE: LEASE TERMINATION AGREEMENT
                                             MOTION AND ORDER (.1); DRAFT
                                             CORRESPONDENCE TO M. COMERFORD RE:
                                             LEASE TERMINATION AGREEMENT MOTION
                                             AND ORDER (.1); TELECONFERENCE WITH
                                             T. LEHMAN RE: 365(D)(4) OBJECTION
                                             (.1); TELECONFERENCE WITH J. KUHNS
                                             RE: 365(D)(4) OBJECTION (.2); ANALYZE
                                             J. KUHNS 365(D)(4) OBJECTION (.1);
                                             REVIEW AND REVISE PROPOSED 365(D)(4)
                                             ORDER RE: J. KUHNS 365(D)(4)
                                             OBJECTION (.4); TELECONFERENCE WITH
                                             M. MARTINEZ RE: ISSUES RELATED TO J.
                                             KUHNS 365(D)(4) OBJECTION (.1);
                                             CONFERENCE WITH R. GRAY RE: SAME
                                             (.1); TELECONFERENCE WITH E. POLLACK
                                             RE: J. KUHNS 365(D)(4) OBJECTION
                                             (.1); DRAFT MULTIPLE CORRESPONDENCE
                                             TO C. JACKSON RE: OMNIBUS ASSUMPTION
                                             MOTION (.2); DRAFT CORRESPONDENCE TO
                                             AND REVIEW CORRESPONDENCE FROM M.
                                             CHLEBOVEC RE: OMNIBUS ASSUMPTION
                                             MOTION, REVIEW CORRESPONDENCE FROM K.
                                             NIEL RE: SAME (.1); CONFERENCE WITH
                                             S. HENRY RE: 365(D)(4) OBJECTION
                                             STRATEGY (.3); ANALYZE 365(D)(4)
                                             OBJECTION STRATEGY (.1);
                                             TELECONFERENCE WITH C. JACKSON RE:
                                             365(D)(4) OBJECTION STRATEGY (.1);
                                             ANALYZE SEVERAL LANDLORD INQUIRIES
                                             (.1); TELECONFERENCE WITH J. GRAHAM
                                             RE: BUEHLERS (.2); DRAFT
                                             CORRESPONDENCE TO J. GRAHAM RE:
                                             BUEHLERS (.1); REVIEW AND REVISE
                                             STIPULATION RE: BUEHLERS, REVIEW
                                             UNDERLYING DOCUMENTS RE: BUEHLERS
                                             STIPULATION (1.1); DRAFT
                                             CORRESPONDENCE TO K. DAW RE: SAME
                                             (.2); REVIEW PROOFS OF CLAIM
                                             FORWARDED BY J. KUHNS IN ASSOCIATION
                                             WITH RESOLVING 365(D)(4) OBJECTION
                                             (.1).

HENRY S               03/30/06        0.30   REVIEW NUMEROUS CORRESPONDENCE FROM
                                             A. RAVIN RELATING TO WINN-DIXIE LEASE
                                             ISSUES (.3).

KALOUDIS D            03/30/06        1.20   SPOKE WITH JASON FROM VOLUNTEER
                                             UTILITY RE: PREPETITION AMOUNTS AND
                                             PROPOSED STIPULATION (.3);
                                             TELECONFERENCE WITH A. CASTLEBERRY
                                             RE: UTILITY BONDS (.1);
                                             TELECONFERENCE WITH S. HENRY RE:
                                             STATUS OF UTILITIES (.3); REVIEW ALL
                                             UTILITY ORDERS ENTERED (.5).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 03/30/06 | 2.40 | TELECONFERENCE WITH C. JACKSON RE: 365(D)(4) ISSUES (.1); TELECONFERENCE WITH T. LEHMAN RE: 365(D)(4) OBJECTION (.1); REVIEW AND REVISE PROPOSED ORDER RE: 365(D)(4) (.5); ANALYZE LEHMAN OBJECTION (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: 365(D)(4) ORDER AND RE: STATUS OF SETTLEMENT DISCUSSIONS RE: OBJECTIONS (.5); REVIEW MEMO FROM S. HENRY RE: 365(D)(4) ORDER AND DRAFT MEMO TO SAME RE: 365(D)(4) OBJECTION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS REJECTION EFFECTIVE DATES FOR STORE 1612 AND 1645 (.1); TELECONFERENCE WITH C. JACKSON RE: TERRANOVA PROPOSED 365(D)(4) ORDER AND RELATED ISSUES (.1); DRAFT CORRESPONDENCE TO T. LEHMAN RE: PROPOSED 365(D)(4) ORDER (.1); DRAFT CORRESPONDENCE TO C. IBOLD RE: LEASE TERMINATION AGREEMENT MOTION, DRAFT CORRESPONDENCE TO M. COMERFORD RE: SAME, ADDRESS ISSUES RE: SAME (.2); TELECONFERENCE WITH B. GASTON RE: ISSUES RELATED TO LEASE TERMINATION AGREEMENTS (.3); REVIEW CORRESPONDENCE AND COMMENTS FROM M. COMERFORD RE: LEASE TERMINATION AGREEMENT MOTION, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2). |
| GRAY RW | 03/31/06 | 0.30 | REVIEW AND COMMENT ON BUEHLERS STIPULATION (.2); REVIEW LETTER FROM RV MANAGEMENT AND FORWARD TO C. JACKSON (.1). |
| RAVIN AS | 03/31/06 | 2.60 | FINALIZE LEASE TERMINATION REJECTION MOTION FOR FILING (.8); DRAFT CORRESPONDENCE TO C. JACKSON RE: LEASE TERMINATION AGREEMENT MOTION (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. DAW RE: BUEHLERS STIPULATION (.1); REVIEW AND REVISE BUEHLERS STIPULATION (.9); DRAFT MEMO TO R. GRAY RE: BUEHLERS STIPULATION (.1); REVIEW CORRESPONDENCE FROM D. YOUNG RE: BUEHLERS STIPULATION, DRAFT CORRESPONDENCE TO D. YOUNG RE: BUEHLERS STIPULATION (.2); DRAFT CORRESPONDENCE TO J. CASTLE RE: BUEHLERS STIPULATION (.2); TELECONFERENCE WITH J. KUHNS RE: 365(D)(4) ORDER (.1); DRAFT CORRESPONDENCE TO T. LEHMAN RE: 365(D)(4) ORDER (.1). |

**MATTER TOTAL**                                **111.60**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Reorganization Plan / Plan Sponsors                             Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 03/01/06 | 4.80 | REVIEW PRECEDENTS OF NONCONSOLIDATED PLANS (.5); EMAIL TO GROUP RE: NONCONSOLIDATED PLANS (.1); EMAIL TO A. RANNEY-MARINELLI RE: NONCONSOLIDATED PLANS (.2); REVIEW EMAIL FROM MARINELLI RE: NONCONSOLIDATED PLANS (.1); ANALYSIS OF ISSUES RE: BEST INTERESTS AND FAIR AND EQUITABLE TESTS AS APPLIED TO NONCONSOLIDATED PLANS (3.9). |
| COHEN JN | 03/01/06 | 1.30 | TELECONFERENCE WITH IT TEAM RE: TRANSITION SERVICES AGREEMENT (.9); PREPARE FOR TELECONFERENCE WITH IT TEAM RE: TRANSITION SERVICES AGREEMENT (.4). |
| RAVIN AS | 03/01/06 | 0.90 | REVIEW AND REVISE MEMO RE: CLAIMS CLASSIFICATION (.2); REVIEW MEMO FROM K. SAMBUR RE: SUB CON ISSUE, DRAFT MEMO TO SAME RE: SAME, REVIEW PRIOR PLAN PRECEDENT RE: SAME (.2); REVIEW AND REVISE SAME (.4); DRAFT MEMO TO J. BAKER RE: CLAIMS CLASSIFICATION MEMO (.1). |
| HENRY S | 03/02/06 | 3.90 | REVISIONS TO SECTION OF OUTLINE FOR DISCOVERY DEALING WITH 11TH CIRCUIT TEST (3.9). |
| COHEN JN | 03/02/06 | 0.70 | REVIEW AND ANALYZE IT DOCUMENTATION PROVIDED BY M. BAUST (.4); WORK WITH J. TALBOT AND A. SALDANA RE: IT DOCUMENTATION (.3). |
| RAVIN AS | 03/02/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. SCHULE RE: PROPOSED EXCLUSIVITY ORDER (.1). |
| SAMBUR K | 03/02/06 | 9.40 | FOOTNOTE FACTS SECTION IN SUBSTANTIVE CONSOLIDATION MOTION (1.3); REVIEW NON-CONSOLIDATION PLANS TO SEE TREATMENT OF SUBSIDIARY CAPITAL STRUCTURE (5.3); BEGIN DRAFTING SUMMARY OF SUBSIDIARY CAPITAL STRUCTURE IN NON-CONSOLIDATED PLANS (2.8). |
| BAKER DJ | 03/03/06 | 2.60 | ANALYSIS RE: PLAN STRUCTURING ISSUES (2.6). |

126

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 03/03/06 | 1.10 | REVIEW WILMINGTON TRUST JOINDER IN EXCLUSIVITY EXTENSIONS AS IT RELATES TO SUBSTANTIVE CONSOLIDATION ISSUES (.1); REVIEW DOCUMENTS RELATING TO CONSOLIDATING FINANCIALS (.7); REVIEW CORRESPONDENCE FROM M. RICHARD RELATING TO FORM OF COMPLIANCE WITH INTERIM ORDER (.3). |
| GRAY RW | 03/03/06 | 0.10 | TELECONFERENCE WITH L. APPEL AND J. CASTLE RE: STOCKHOLDER VOTING (.1). |
| COHEN JN | 03/03/06 | 0.30 | TELECONFERENCE WITH R. CHAKRAPANI RE: STATUS OF TRANSITION SERVICES AGREEMENT SCHEDULES (.1); WORK WITH T. SALDANA AND J. TALBOT RE: STATUS OF TRANSITION SERVICES AGREEMENT SCHEDULES (.2). |
| RAVIN AS | 03/03/06 | 0.10 | REVIEW JOINDER OF WILMINGTON TRUST IN EXCLUSIVITY MOTION, DRAFT CORRESPONDENCE TO L. APPEL RE: SAME (.1). |
| SAMBUR K | 03/03/06 | 4.20 | FINISH DRAFTING SUMMARY AND ANALYSIS OF NON-CONSOLIDATED PLANS (4.2). |
| BAKER DJ | 03/06/06 | 1.80 | CONTINUE ANALYSIS OF PLAN ISSUES RELATING TO SUBSTANTIVE CONSOLIDATION (1.8). |
| HENRY S | 03/06/06 | 0.50 | REVISIONS TO MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION (.5). |
| HART JR. DJ | 03/06/06 | 1.70 | RESEARCH SUPPORTING MATERIALS FOR SUBSTANTIVE CONSOLIDATION MEMORANDUM FOOTNOTES (1.7). |
| BAKER DJ | 03/07/06 | 2.80 | TELECONFERENCE WITH S. REISMAN, COUNSEL FOR WILMINGTON TRUST, RE: PLAN ISSUES (.3); PREPARE AND TRANSMIT MEMORANDUM TO DEBTORS RE: PLAN ISSUES (.4); TELECONFERENCE WITH J. SKELTON RE: PLAN ISSUES (.5); REVIEW PLAN TERM SHEET AND MEMORANDUM FROM R. GRAY (.4); RESPOND TO MEMORANDUM RE: PLAN ISSUES (.1); TELECONFERENCE WITH S. BUSEY WITH RESPECT TO SUBSTANTIVE CONSOLIDATION ISSUES AND PLAN (.4); PREPARE FOR TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION (.7). |

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S                03/07/06        2.10   REVIEW EMAIL FROM M. DUSSINGER TO
                                              HLHZ AND ATTACHMENTS INCLUDING
                                              INTERCOMPANY BALANCES AND RELATED
                                              PAPERS IN CONNECTION WITH SUBSTANTIVE
                                              CONSOLIDATION ISSUES (1.7); EMAIL TO
                                              DUSSINGER RE: SUBSTANTIVE
                                              CONSOLITDATION (.1); TELECONFERENCE
                                              WITH DUSSINGER RE: SUBSTANTIVE
                                              CONSOLIDATION (.1); REVIEW OF FURTHER
                                              EMAIL FROM M. DUSSINGER RELATED TO
                                              SUBSTANTIVE CONSOLIDATION (.2).

GRAY RW                03/07/06        1.10   RESEARCH PLAN DRAFT (.9); DRAFT MEMO
                                              TO C. JACKSON ET AL. RE: TREATMENT OF
                                              SECURED TAX CLAIMS IN PLAN (.1);
                                              REVIEW UPDATE REPORT FROM J. BAKER ON
                                              SUB CON ISSUES (.1).

COHEN JN               03/07/06        0.50   TELECONFERENCE WITH R. CHAKRAPANI RE:
                                              STATUS OF TRANSITION SERVICES
                                              AGREEMENT SCHEDULES (.4); WORK WITH
                                              J. TALBOT AND T. SALDANA RE: STATUS
                                              OF TRANSITION SERVICES AGREEMENT
                                              SCHEDULES (.1).

HART JR. DJ            03/07/06        3.70   LOCATE SUPPORTING MATERIALS FOR
                                              FOOTNOTES IN SUBSTANTIVE
                                              CONSOLIDATION MEMORANDUM (3.7).

RAVIN AS               03/07/06        0.10   REVIEW CREDITORS COMMITTEE'S
                                              STATEMENT RE: EXCLUSIVITY, DRAFT
                                              CORRESPONDENCE TO L. APPEL RE: SAME,
                                              REVIEW MEMO FROM J. BAKER RE:
                                              WILMINGTON TRUST RE: ISSUES RELATED
                                              TO EXCLUSIVITY (.1).

BAKER DJ               03/08/06        2.30   CONTINUE PREPARATION FOR
                                              TELECONFERENCE ON SUBSTANTIVE
                                              CONSOLIDATION (.8); TELECONFERENCE
                                              WITH S. BUSEY, J. POST, S. HENRY AND
                                              R. GRAY WITH RESPECT TO SUBSTANTIVE
                                              CONSOLIDATION ISSUES (1.0); FURTHER
                                              TELECONFERENCE WITH S. BUSEY, J.
                                              POST, S. HENRY AND R. GRAY RE:
                                              SUBSTANTIVE CONSOLIDATION ISSUES
                                              (.5).

HENRY S                03/08/06        2.70   REVIEW ADDITIONAL MATERIALS SENT TO
                                              COMMITTEE (.7); CONFERENCE WITH S.
                                              BUSEY, R. GRAY, J. BAKER AND J. POST
                                              RE: LITIGATING UNRESOLVED PLAN ISSUES
                                              (1.0); TELECONFERENCE WITH R. GRAY
                                              RE: SUB CON ISSUES (.5); FURTHER
                                              TELECONFERENCE WITH J. POST, S.
                                              BUSEY, J. BAKER, AND A. RAVIN RE:
                                              PLAN STRATEGY (.5).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/08/06 | 2.00 | CONFERENCE WITH S. HENRY RE: PLAN LITIGATION ISSUES (.5); TELECONFERENCE WITH S. BUSEY, J. POST, J. BAKER, S. HENRY AND A. RAVIN RE: SUB CON STRATEGY AND LITIGATION PLANNING (1.0); FURTHER TELECONFERENCE WITH S. BUSEY, J. POST, J. BAKER, S. HENRY AND A. RAVIN RE: SUB CON STRATEGY AND LITIGATION PLANNING (.5). |
| COHEN JN | 03/08/06 | 0.20 | PREPARE WITH J. TALBOT FOR TELECONFERENCE WITH L. APPEL (.2). |
| RAVIN AS | 03/08/06 | 1.70 | DRAFT CORRESPONDENCE TO E. SCHULE AND C. JACKSON RE: REVISED EXCLUSIVITY ORDER (.1); CONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, S. BUSEY AND J. POST RE: PLAN OF REORGANIZATION (1.0); FOLLOW UP TELECONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, S. BUSEY AND J. POST RE: PLAN (.6). |
| BAKER DJ | 03/09/06 | 2.80 | CONTINUE ANALYSIS OF ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION AND TREATMENT OF SAME IN PLAN OF REORGANIZATION (2.3); TELECONFERENCE WITH F. HUFFARD RE: ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION (.5). |
| HENRY S | 03/09/06 | 6.40 | WORK ON FACTUAL SECTION OF HEARING OUTLINE ON CONSOLIDATION ISSUES (1.6); MAKE REVISIONS TO MEMORANDUM ON SUBSTANTIVE CONSOLIDATION ISSUES (4.8). |
| GRAY RW | 03/09/06 | 1.50 | DRAFT MEMO TO J. BAKER ET AL. RE: SUBORDINATED/NONCOMPENSATORY PENALTY ISSUES IN PLAN DRAFT (.3); REVIEW/ANALYZE PLAN ISSUES (1.2). |
| COHEN JN | 03/09/06 | 1.80 | TELECONFERENCE WITH L. APPEL AND IT TEAM RE: TRANSITION SERVICES AGREEMENT (1.1); WORK WITH J. TALBOT RE: TRANSITION SERVICES AGREEMENT AND NON-COMPETE (.7). |
| HART JR. DJ | 03/09/06 | 2.90 | REVISE FOOTNOTES OF MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION (2.9). |
| RAVIN AS | 03/09/06 | 0.10 | REVIEW MEMOS FROM R. GRAY RE: NCR CLAIM TREATMENT UNDER PLAN, REVIEW MEMO FROM R. GRAY RE: SUBORDINATED CLAIMS CLASS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| BAKER DJ | 03/10/06 | 3.40 | TELECONFERENCE WITH J. SKELTON RE: ISSUES RELATED TO PLAN OF REORGANIZATION (.5); CONTINUE ANALYSIS OF PLAN ISSUES (1.2); FURTHER REVIEW OF ISSUES RELATED TO TREATMENT OF SUBSTANTIVE CONSOLIDATION IN PLAN AND POSSIBLE ALTERNATIVE RESOLUTIONS OF SAME (1.7). |
|---|---|---|---|
| HENRY S | 03/10/06 | 2.70 | REVIEW INFORMATION REQUEST FROM COUNSEL TO THE INDENTURE TRUSTEE (.8); EMAIL TO J. CASTLE AND JAN BAKER RE: INFORMATION REQUEST (.3); FOLLOW UP EMAIL TO L. APPEL RE: INFORMATION REQUEST (.1); EMAIL TO DAVID KARP RE: INFORMATION REQUEST (.3); REVIEW CONFIDENTIALITY AGREEMENT RE: INFORMATION REQUEST (1.2). |
| COHEN JN | 03/10/06 | 3.20 | REVISE TRANSITION SERVICES AGREEMENT TO REFLECT WINN-DIXIE COMMENTS (2.2); REVIEW AND ANALYZE REVISED INFORMATION TECHNOLOGY SCHEDULE (.7); PREPARE CORRESPONDENCE TO L. APPEL RE: INFORMATION TECHNOLOGY SCHEDULE (.3). |
| EICHEL S | 03/10/06 | 2.20 | REVIEW EMAIL FROM S. HENRY RE: INDENTURE TRUSTEE'S INFORMATION REQUEST (.1); REVIEW LETTER FROM T. FOUDY (COUNSEL TO INDENTURE TRUSTEE) RE: INFORMATION REQUEST (.2); DRAFT EMAILS TO S. HENRY RE: CONFIDENTIALITY AGREEMENT (.2); REVIEW EMAIL FROM S. HENRY RE: REVISIONS TO CONFIDENTIALITY AGREEMENT (.2); COMMENCE DRAFTING CONFIDENTIALITY AGREEMENT BASED ON LETTER FROM TRUSTEE'S COUNSEL (1.4); REVIEW EMAIL FROM J. CASTLE RE: INDENTURE TRUSTEE'S INFORMATION REQUEST (.1). |
| RAVIN AS | 03/10/06 | 1.00 | DRAFT MEMO TO AND REVIEW MEMO FROM R. GRAY RE: ISSUE RELATED TO EXCLUSIVITY TIMING (.3); TELECONFERENCE WITH C. JACKSON RE: EXCLUSIVITY TIMING (.2); ANALYZE ISSUES RE: EXCLUSIVITY TIMING (.3); DRAFT MEMO TO J. BAKER AND S. BUSEY RE: EXCLUSIVITY TIMING (.2). |
| HENRY S | 03/11/06 | 0.20 | REVIEW EMAIL FROM J. CASTLE RE: DOCUMENT REQUEST AND RESPOND TO THAT EMAIL (.2). |
| GRAY RW | 03/12/06 | 0.10 | REVIEW AND RESPOND TO MEMO RE: EXCLUSIVITY OPTIONS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/13/06 | 3.10 | REVIEW INQUIRY RE: SUBSTANTIVE CONSOLIDATION AND RESPOND TO SAME (.3); REVIEW ISSUES RELATED TO TERM SHEET FOR A PLAN OF REORGANIZATION (1.1); CONTINUE TO DEVELOP STRATEGY RE: ISSUES RELATED TO POSSIBLE SUBSTANTIVE CONSOLIDATION AND/OR COMPROMISE OF SAME (1.4); REVIEW MEMORANDUM RE: OPTIONS FOR EXCLUSIVITY EXTENSION AND REPLY TO SAME (.3). |
| BARUSCH RC | 03/13/06 | 1.60 | REVIEW WARRANTS AND SECURITIES ISSUES (1.6). |
| GRAY RW | 03/13/06 | 0.80 | TELECONFERENCE WITH A. RAVIN RE: COMMENTS ON CLASSIFICATION MEMO (.1); ASSIST WITH REVISIONS TO CLASSIFICATION MEMO (.6); PROVIDE BACKGROUND MATERIALS TO R. BARUSCH FOR 510(B) CLAIM TREATMENT (.1). |
| COHEN JN | 03/13/06 | 1.50 | REVISE TRANSITION SERVICES AGREEMENT TO REFLECT J. TALBOT AND TAX TEAM COMMENTS (.7); PREPARE CORRESPONDENCE TO WINN-DIXIE TEAM DISTRIBUTING TRANSITION SERVICES AGREEMENT (.2); REVIEW AND ANALYZE MULTIPLE PIECES OF CORRESPONDENCE FROM M. BAUST RE: PROCUREMENT PRICING (.3); PREPARE LANGUAGE RE: PAYROLL CONVERSION (.3). |
| EICHEL S | 03/13/06 | 0.80 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR INDENTURE TRUSTEE IN CONNECTION WITH PROVIDING DOCUMENTATION RE: PLAN ISSUES (.8). |
| RAVIN AS | 03/13/06 | 2.90 | CONFERENCE WITH R. GRAY RE: COMMENTS TO CLASSIFICATION MEMO (.1); REVIEW AND REVISE CLASSIFICATION MEMO (.3); DRAFT FIFTH EXCLUSIVITY MOTION AND CORRESPONDING PROPOSED ORDER, DRAFT CORRESPONDING BRIDGE MOTION AND PROPOSED ORDER (2.5). |
| BAKER DJ | 03/14/06 | 2.30 | BEGIN REVIEW OF MEMORANDUM OUTLINING ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION (2.3). |
| BARUSCH RC | 03/14/06 | 3.20 | REVIEW EQUITY AND LITIGATION ISSUES (1.9); REVIEW LISTING ISSUES (1.3). |
| HENRY S | 03/14/06 | 4.60 | REVISIONS TO MEMORANDUM ON PLAN CONFIRMATION ISSUES (4.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/14/06 | 1.70 | TELECONFERENCE WITH J. BAKER RE: STOCK RELISTING ISSUES (.1); REVIEW/ANALYZE PLAN ISSUES (.7); REVIEW THRIVENT/LUTHERAN DOCUMENTS (.4); TELECONFERENCE WITH J. POST RE: THRIVENT/LUTHERAN (.1); FURTHER TELECONFERENCE WITH J. POST RE: THRIVENT/LUTHERAN AND RE: SECURED TAX CLAIM (.3); DRAFT MEMO TO S. KAROL RE: THRIVENT/LUTHERAN CLAIM (.1). |
| COHEN JN | 03/14/06 | 0.20 | PREPARE CORRESPONDENCE TO WINN-DIXIE TEAM FORWARDING TRANSITION SERVICES AGREEMENT LANGUAGE WITH RESPECT TO PAYROLL UPGRADE (.2). |
| HART JR. DJ | 03/14/06 | 5.40 | LOCATE PINPOINT CITES FOR FOOTNOTES OF SUBSTANTIVE CONSOLIDATION MEMO (5.4). |
| RAVIN AS | 03/14/06 | 0.80 | REVIEW AND REVISE FIFTH EXCLUSIVITY MOTION AND PROPOSED ORDER (.4); REVIEW AND REVISE CORRESPONDING MOTION FOR BRIDGE OF EXCLUSIVITY AND PROPOSED ORDER (.4). |
| BARUSCH RC | 03/15/06 | 1.80 | REVIEW ISSUES ON COMMON STOCK (1.8). |
| HENRY S | 03/15/06 | 7.20 | ANALYSIS OF CLAIMS REPORT AND EFFECT ON SUB CON AND PLAN CLASSIFICATION ISSUES (1.1); TELECONFERENCE WITH E. GORDON RE: CLAIMS REPORT (.1); REVISE SECTION OF SUBSTANTIVE CONSOLIDATION MEMORANDUM DEALING WITH RELIANCE ISSUES (3.8); TELECONFERENCE WITH J. CASTLE (1.); TELECONFERENCE WITH S. BUSEY, H. ETLIN (.5); TELECONFERENCE WITH FOUDY (.1); TELECONFERENCE WITH FOUDY AND H. ETLIN (.3); PREPARATION FOR TELECONFERENCE (.4); REVIEW DOCUMENT REQUEST AND ROTATE IN PREPARATION FOR TELECONFERENCE (.8). |
| GRAY RW | 03/15/06 | 3.00 | REVIEW MEMO FROM R. BARUSCH RE: OPTIONS ON 510(B) TREATMENT AND DRAFT MEMO TO S. BUSEY AND B. BOWIN RE: CALL TO 510(B) ISSUES (.2); REVIEW AND RESPOND TO MEMO FROM D. VAN SCHOOR RE: DISSOLUTION OF SUBSIDIARIES (.1); DRAFT MEMO TO BANKING AND CORPORATE LAWYERS RE: DISSOLUTION FOR EXIT PLANNING (.1); EXCHANGE EMAILS WITH R. BARUSCH AND T. SALDANA RE: WORK ON PLAN IMPLEMENTING DOCUMENTS (.1); REVIEW MEMO FROM L. APPEL RE: SUBSTANTIVE CONSOLIDATION/PLAN WORK PLAN (.1); REVISE/EDIT PLAN DRAFT (2.4). |
| COHEN JN | 03/15/06 | 0.20 | WORK WITH J. TALBOT RE: BANKRUPTCY ISSUES IN CONNECTION WITH PROCUREMENT SERVICES (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/15/06 | 1.00 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT WITH RESPECT TO PROVIDING DOCUMENTATION TO INDENTURE TRUSTEE (.9); DRAFT EMAIL TO S. HENRY RE: CONFIDENTIALITY AGREEMENT (.1). |
| HART JR. DJ | 03/15/06 | 11.60 | CONTINUE TO LOCATE PINPOINT CITES FOR FOOTNOTES OF SUBSTANTIVE CONSOLIDATION MEMO (9.6); REVISE SAME MEMO FOOTNOTES (2.0). |
| LAMAINA KA | 03/15/06 | 1.30 | REVIEW PLAN STATUS AND PREPARE MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION (1.3). |
| RAVIN AS | 03/15/06 | 1.40 | REVIEW AND REVISE EXCLUSIVITY MOTION AND CORRESPONDING BRIDGE MOTION (1.2); REVIEW MEMOS FROM R. BARUSCH, R. GRAY AND T. BOYDELL RE: DISSOLUTION OF SUBS (.2). |
| BAKER DJ | 03/16/06 | 2.40 | TELECONFERENCE WITH S. BUSEY WITH RESPECT TO ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION (.5); CONTINUE REVIEW OF MEMORANDUM RELATING TO SUBSTANTIVE CONSOLIDATION (1.6); TELECONFERENCE WITH R. GRAY AND S. HENRY RE: ISSUES RELATING TO ORGANIZATION PLAN (.3). |
| HENRY S | 03/16/06 | 10.20 | CORRESPONDENCE WITH R. GRAY RE: PLAN ISSUES (.1); TELECONFERENCE WITH J. BAKER AND R. GRAY RE: PLAN DEVELOPMENT (.3); TELECONFERENCE WITH K. FOUDY, J. BARROW, H. ETLIN, M. DUSSINGER, J. CASTLE AND OTHERS RE: INDENTURE TRUSTEE INFORMATION REQUEST (2.8); REVISIONS TO TRIAL MEMO (6.8); TELECONFERENCE WITH J. BAKER RE: TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (.1); EMAIL TO R. GRAY RE: L. APPEL EMAIL (.1). |
| GRAY RW | 03/16/06 | 1.60 | DRAFT MEMO TO S. HENRY RE: PLAN ISSUES ON SUB CON SUMMARY AND REVIEW REPLY (.1); TELECONFERENCE WITH J. BAKER AND S. HENRY RE: SUB CON UPDATE (.3); REVIEW/ANALYZE PLAN ISSUES AND MAKE CORRESPONDING PLAN REVISIONS (1.2). |
| COHEN JN | 03/16/06 | 0.80 | TELECONFERENCE WITH R. CHAKRAPANI RE: STATUS OF TRANSACTION (.4); PREPARE CORRESPONDENCE TO WINN-DIXIE TEAM RE: PROCUREMENT SCHEDULE TO TRANSITION SERVICES AGREEMENT (.4). |
| HART JR. DJ | 03/16/06 | 11.90 | REVISE SUBSTANTIVE CONSOLIDATION MEMORANDUM AND LOCATE SOURCE DOCUMENTATION (11.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/17/06 | 1.90 | TELECONFERENCE WITH R. GRAY WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.3); CONTINUE REVIEW OF MEMORANDUM RELATING TO SUBSTANTIVE CONSOLIDATION (1.6). |
| HENRY S | 03/17/06 | 3.30 | REVIEW COMMENTS FROM M. DUSSINGER RE: SUB CON FACTUAL SUMMARY AND INCORPORATE AS APPROPRIATE (2.8); REVIEW MEMO FROM M. DUSSINGER RE: MATERIALS TO BE SUPPLIED TO COUNSEL FOR THE INDENTURE TRUSTEE (.2); ORGANIZATION OF MATERIALS FROM M. DUSSINGER FOR SUB CON ANALYSIS (.3). |
| GRAY RW | 03/17/06 | 2.20 | REVIEW ISSUES AND DRAFT MEMO TO K. LOGAN ET AL. RE: CLASSIFICATION OF UNSECURED CLAIMS BASED ON EXISTENCE OF GUARANTEES (.6); PREPARE PLAN (1.6). |
| ROTHWELL SE | 03/17/06 | 3.40 | RESEARCH NYSE POLICIES FOR LISTING POST BANKRUPTCY (.5); TELECONFERENCE WITH E. BURT RE: RESEARCH NYSE POLICIES FOR POST-BANKRUPTCY LISTING AND ROUND LOT HOLDER REQUIREMENT (.2); TELEPHONE CONVERSATION WITH NYSE LISTING STAFF (C. LARSON) RE: CHANGE IN NYSE ROUND LOT HOLDER REQUIREMENT (.5); RESEARCH RE: NYSE RULE FILING ON ROUND LOT HOLDER REQUIREMENT (1.0); DRAFT E-MAIL TO TEAM ON NYSE RULE FILING ON ROUND LOT HOLDER REQUIREMENT (1.2). |
| COHEN JN | 03/17/06 | 1.10 | REVISE PROCUREMENT SCHEDULE AND TRANSITION SERVICES AGREEMENT TO REFLECT DISCUSSIONS WITH R. CHAKRAPANI AND WINN-DIXIE TEAM (.9); WORK WITH J. TALBOT RE: TRANSITION SERVICES AGREEMENT (.2). |
| HART JR. DJ | 03/17/06 | 8.70 | CONTINUE TO REVISE SUBSTANTIVE CONSOLIDATION MEMORANDUM (8.5); EMAIL CORRESPONDENCE WITH M. DUSSINGER RE: SUBSTANTIVE CONSOLIDATION MEMORANDUM DRAFT (.2). |
| RAVIN AS | 03/17/06 | 0.10 | REVIEW MEMO FROM R. GRAY RE: CLAIMS CLASSIFICATION, REVIEW MEMO FROM J. CASTLE RE: SAME (.1). |
| RAVIN AS | 03/19/06 | 0.10 | REVIEW MEMO FROM R. GRAY RE: VOTING PROCEDURES FOR LANDLORDS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          03/20/06          3.60   TELECONFERENCE WITH F. HUFFARD RE:
                                           PLAN STATUS ISSUES (.3);
                                           TELECONFERENCE WITH F. HUFFARD, H.
                                           ETLIN, S. BUSEY, R. GRAY AND S. HENRY
                                           RE: SUBSTANTIVE CONSOLIDATION ISSUES
                                           (1.0); REVIEW EMAIL FROM J. CASTLE
                                           RE: SUBSTANTIVE CONSOLIDATION ISSUES
                                           (.1); REVIEW RESPONSE TO J. CASTLE
                                           EMAIL RE: SUBSTANTIVE CONSOLIDATION
                                           ISSUES(.1); CONTINUE REVIEW OF
                                           ANALYSIS OF SUBSTANTIVE CONSOLIDATION
                                           ISSUES (2.1).

HENRY S           03/20/06          3.60   CORRESPONDENCE WITH M. DUSSINGER
                                           RELATING TO FACTUAL BACKGROUND OF SUB
                                           CON OUTLINE (.1); TELECONFERENCE WITH
                                           R. GRAY RE: TAX CASE (.1); REVIEW
                                           EMAIL FROM R. GRAY RE: TAX CASE (.1);
                                           REVIEW REVISED INTERCOMPANY
                                           ACCOUNTING DISCUSSION MATERIALS (.8);
                                           EMAIL TO ETLIN, DUSSINGER, CASTLE AND
                                           HUFFARD RE: ORGANIZATIONAL ISSUES FOR
                                           SUB CON DISCOVER (.1); CORRESPONDENCE
                                           TO M. DUSSINGER RE: SUB CON MATERIALS
                                           FOR DISTRIBUTION TO VENDOR COMMITTEE
                                           (.2); ORGANIZE DISTRIBUTION OF
                                           MATERIALS, INCLUDING CORRESPONDENCE
                                           WITH K. SAMBUR RE: PROTOCOLS TO
                                           FOLLOW (.4); EMAILS RE: OBTAINING
                                           TERM SHEET FOR THE NOTES (.2); FACT
                                           FINDING RE: REORGANIZATION AS
                                           REQUESTED BY INDENTURE TRUSTEE (.2);
                                           EMAIL TO J. CASTLE RE: DOCUMENT
                                           REQUESTS FOR THE INDENTURE TRUSTEE
                                           AND STATUS OF STRATEGIC ISSUES (.3);
                                           TELECONFERENCE WITH J. BAKER, S.
                                           BUSEY, F. HUFFARD, H. ETLIN, M.
                                           DUSSINGER RE: SUBSTANTIVE
                                           CONSOLIDATION ISSUES AND POSSIBLE
                                           SETTLEMENT/TRAIL OPTIONS (1.1).

GRAY RW           03/20/06          1.20   DRAFT MEMO TO S. HENRY RE: LOUISIANA
                                           PLEADING ON UNITARY COMPANY (.1);
                                           TELECONFERENCE WITH S. HENRY RE:
                                           LOUISANA PLEADING (.1);
                                           TELECONFERENCE WITH F. HUFFARD, H.
                                           ETLIN, S. BUSEY, J. BAKER AND S.
                                           HENRY RE: SUBSTANTIVE CONSOLIDATION
                                           COMPROMISE ISSUES (1.0).

ROTHWELL SE       03/20/06          1.70   RESEARCH NASDAQ LISTING RULES RE:
                                           POLICIES FOR LISTING OF COMPANIES
                                           EMERGING FROM BANKRUPTCY (1.7).

RAVIN AS          03/20/06          0.80   DRAFT, REVIEW AND REVISE EXCLUSIVITY
                                           MOTION AND PROPOSED ORDER AND
                                           EXCLUSIVITY BRIDGE MOTION AND
                                           PROPOSED ORDER (.8).

SAMBUR K          03/20/06          8.70   REVIEW INVOICES, ROAD SHOW MATERIALS
                                           AND INDENTURES OBTAINED BY XROADS TO
                                           FULFILL INDENTURE TRUSTEE'S
                                           INFORMATIONAL REQUESTS (8.7).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/21/06 | 1.00 | TELECONFERENCE WITH S. REISMAN RE: WINN-DIXIE PLAN ISSUES (.5); PREPARE MEMORANDUM TO COMPANY RE: PLAN ISSUES (.5). |
| HENRY S | 03/21/06 | 5.00 | REVIEW EMAIL FROM MARK FRIEDMAN RE: AD HOC VENDOR COMMITTEE AND FORWARD TO CLIENT (.2); TELECONFERENCE WITH M. DUSSINGER RE: DILIGENCE TELECONFERENCE (.1); EMAIL EXCHANGE WITH H. ETLIN RE: DILIGENCE TELECONFERENCE (.2); PARTICIPATE IN TELECONFERENCE WITH INDENTURE TRUSTEE'S FA'S AND COUNSEL RE: COMPANY CODING (.7); REVIEW FURTHER REQUEST FROM CASTLE FOR UPDATE ON SUB CON DOCUMENT REQUEST OF INDENTURE TRUSTEE (.1); EMAIL TO M. DUSSINGER RE: DISTRIBUTION OF 502(B) CALCULATION (.1); REVIEW MATERIALS GATHERED FOR INDENTURE TRUSTEE (3.6). |
| GRAY RW | 03/21/06 | 2.00 | REVIEW UPDATE MEMO RE: SUB CON NEGOTIATIONS (.1); REVIEW/ANALYZE PLAN ISSUES (1.9). |
| ROTHWELL SE | 03/21/06 | 4.20 | DRAFT MEMORANDUM ON NASDAQ LISTING POLICIES FOR COMPANIES IN BANKRUPTCY (4.2). |
| RAVIN AS | 03/21/06 | 0.20 | REVIEW MEMO FROM J. BAKER RE: SUBCON ISSUES/STATUS, REVIEW AND REVISE EXCLUSIVITY MOTION (.2). |
| SAMBUR K | 03/21/06 | 8.50 | REVIEW ADDITIONAL INFORMATION PRODUCED BY XROADS FOR INDENTURE TRUSTEE (4.8); TELECONFERENCE RE: ACCOUNTING AND DATA DICTIONARY WITH S. HENRY AND FINANCIAL ADVISORS TO INDENTURE TRUSTEE (.5); REVISE FACTUAL ANALYSIS SECTION OF SUBSTANTIVE CONSOLIDATION MOTION (3.2). |
| BAKER DJ | 03/22/06 | 2.30 | PREPARE FOR TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (.8); PARTICIPATE IN TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION WITH S. BUSEY, S. HENRY, H. ETLIN, AND R. GRAY (1.5). |
| HENRY S | 03/22/06 | 2.00 | TELECONFERENCE WITH F. HUFFARD, M. DUSSINGER, J. BAKER, K. SAMBUR AND R. GRAY RE: SUBSTANTIVE CONSOLIDATION ISSUES IN PLAN OF REORGANIZATION (1.5); REVIEW AND RESPOND TO MEMO RE: 510(B) ISSUE FROM R. GRAY (.2); MEMOS TO AND FROM J. BAKER RE: MEMO ON SUB CON ISSUES (.1); FORWARD MEMO TO L. APPEL WITH COVER (.1); REQUEST INFORMATION FROM JAMIE O'CONNELL (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RANNEY-MARINELLI A    03/22/06    0.90    ANALYSIS RE: SECTION 510(B), CLASSIFICATION VOTING AND DISTRIBUTION ISSUES (.9).

GRAY RW    03/22/06    3.70    DRAFT MEMO TO C. IBOLD RE: LUTHERAN/THRIVENT, REVIEW REPLY, AND TELECONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); TELECONFERENCE WITH B. GASTON RE: LUTHERAN/THRIVENT ISSUES (.2); DRAFT MEMO TO J. POST RE: LUTHERAN/THRIVENT ISSUES (.1); ANALYZE ALLOCATION ISSUE RE: 510(B) CLAIMS AND COMMON STOCK INTERESTS (1.2); REVIEW SAMPLE PLANS (.4); TELECONFERENCE WITH F. HUFFARD, M. DUSSINGER, S. BUSEY, J. BAKER, S. HENRY AND K. SAMBUR RE: PLAN/SUB CON ISSUES (1.5); DRAFT MEMO TO J. BAKER RE: HOULIHAN REPORT ON SUB CON AND COORDINATION WITH BLACKSTONE (.1); REVIEW SUB CON DISCUSSION MATERIALS FROM J. OCONNELL (.1).

ROTHWELL SE    03/22/06    0.70    TELECONFERENCE WITH LANAE HOLBROOK, NASDAQ CHIEF COUNSEL OF HEARINGS RE: LISTING ISSUES FOR COMPANIES IN BANKRUPTCY (.7).

COHEN JN    03/22/06    1.10    REVIEW AND ANALYZE BUYER COMMENTS TO TRANSITION SERVICES AGREEMENT AND STOCK PURCHASE AGREEMENT (.6); WORK WITH T. SALDANA RE: APPROACH TO BUYER COMMENTS (.3); REVIEW AND ANALYZE CORRESPONDENCE FROM J. CASTLE AND R. CHAKRAPANI RE: TRANSITION SERVICES AGREEMENT AND STOCK PURCHASE AGREEMENT (.2).

RAVIN AS    03/22/06    0.70    REVIEW AND REVISE EXCLUSIVITY MOTION AND BRIDGE MOTION, DRAFT MEMO TO R. GRAY RE: SAME (.5); REVIEW MEMOS FROM K. SAMBUR, R. GRAY AND R. BARUSCH RE: 510(B) ISSUES (.2).

SAMBUR K    03/22/06    8.90    TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION, DEBTORS' INTERNAL ACCOUNTING, AND VALUATION WITH S. BUSEY, R. GRAY, S. HENRY, H. ETLIN AND F. HUFFARD (1.5); RESEARCH RE: TREATMENT OF SUBORDINATED EQUITY INTERESTS UNDER REORGANIZATION PLAN (4.2); DRAFT BRIEF MEMO RE: TREATMENT OF SUBORDINATED EQUITY INTERESTS (2.6); REVIEW AND COMMENT ON MATERIALS PREPARED BY XROADS FOR INDENTURE TRUSTEE (.6).

BAKER DJ    03/23/06    0.90    TELECONFERENCE WITH M. BARR RE: EXCLUSIVITY (.3); PREPARE MEMORANDUM TO L. APPEL AND J. CASTLE RE: EXCLUSIVITY ISSUES (.4); REPLY TO MEMO FROM J. CASTLE RE: EXCLUSIVITY ISSUES (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 03/23/06 | 1.50 | REVIEW MEMO AND LEASE EXCERPT RE: J. POST RE: THRIVENT PAYMENTS AND DRAFT MEMO TO J. POST RE: IMPLICATIONS FOR PLAN TREATMENT (.4); REVIEW THRIVENT STIPULATION AND EXCHANGE EMAILS WITH J. POST RE: SAME (.2); DRAFT MEMO TO F. HUFFARD ET AL. RE: CLAIMS CLASSIFICATION AND DEBTOR RECLASS ISSUE (.1); REVIEW MEMOS FROM B. GASTON AND K. DAW RE: THRIVENT AND DRAFT REPLY (.2); REVIEW/ANALYZE PLAN ISSUES AND MAKE CORRESPONDING REVISIONS TO PLAN DRAFT (.6). |
| COHEN JN | 03/23/06 | 5.00 | MULTIPLE TELECONFERENCES WITH WINN-DIXIE IT TEAM RE: BUYER COMMENTS TO TRANSITION SERVICES AGREEMENT (1.6); REVISE TSA MULTIPLE TIMES PURSUANT TO COMMENTS (2.4); WORK WITH J. TALBOT RE: TSA (.3); REVIEW AND ANALYZE DESCRIPTION OF TRANSITION SERVICES AGREEMENT IN MOTION (.4); WORK WITH A. RAVIN RE: DESCRIPTION OF TSA (.3). |
| SAMBUR K | 03/23/06 | 8.30 | REVISE SUBSTANTIVE CONSOLIDATION MEMO TO REFLECT INFORMATION DISCUSSED ON 3/23 TELECONFERENCE RE: ACCOUNTING ISSUES (7.1); PREPARE 502(B)(6), BUSINESS CARD REQUESTS AND CONSOLIDATING TAX INFORMATION FOR DELIVERY TO INDENTURE TRUSTEE'S COUNSEL (1.2). |
| BAKER DJ | 03/24/06 | 2.00 | PREPARE FOR TELECONFERENCE ON SUBSTANTIVE CONSOLIDATION (1.1); PARTICIPATE IN TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION WITH S. BUSEY, S. HENRY, F. HUFFARD, R. GRAY AND M. DUSSINGER (.4); TELECONFERENCE WITH J. CASTLE RE: SUBSTANTIVE CONSOLIDATION ISSUES (.2); TELECONFERENCE WITH F. HUFFARD RE: EXCLUSIVITY (.3). |
| HENRY S | 03/24/06 | 1.50 | FOLLOW UP TELECONFERENCES WITH R. GRAY RE: PLAN CONFIRMATION ISSUES (.2); OBTAIN VENDOR CLAIM REPORT FOR R. GRAY (.2); REVIEW MEMORANDUM RE: COMPOSITION OF AD HOC VENDOR COMMITTEE (.1); MEMO TO K. SAMBUR RE: NEED FOR FOLLOW UP RESEARCH RELATED THERETO (.6); TELECONFERENCE WITH S. BUSEY, F. HUFFARD, J. BAKER, R. GRAY RE: PROGRESS ON SUBSTANTIVE CONSOLIDATION ISSUES (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/24/06 | 3.50 | TELECONFERENCE WITH F. HUFFARD, M. DUSSINGER, S. BUSEY, J. BAKER, S. HENRY ET AL. RE: SUB CON AND EXCLUSIVITY (.4); TELECONFERENCES WITH S. HENRY RE: SUB CON/DEBTOR OBLIGOR ISSUES (.2); REVIEW VENDOR CLAIM REPORT FORWARDED BY S. HENRY (.1); REVIEW AND EDIT EXCLUSIVITY BRIDGE MOTION AND ORDER AND FIFTH EXCLUSIVITY EXTENSION MOTION AND ORDER (1.4); DRAFT MEMO TO A. RAVIN RE: MOTION COMMENTS (.1); REVIEW AND RESPOND TO MEMO FROM S. HENRY RE: RELIANCE ISSUE AND SCHEDULES (.1); EXCHANGE EMAILS WITH J. LEAMY AND REVIEW SCHEDULE NOTES RE: DEBTOR OBLIGOR (.2); REVIEW MEMOS FROM J. BAKER, J. CASTLE AND S. HENRY RE: AD HOC TRADE GROUP INVOLVEMENT IN SUB CON (.1); REVIEW/ANALYZE PLAN ISSUES AND MAKE CORRESPONDING REVISIONS TO PLAN DRAFT (.9). |
| COHEN JN | 03/24/06 | 2.60 | WORK WITH T. SALDANA RE: LIABILITY PROVISION IN TRANSITION SERVICES AGREEMENT (.2); TELECONFERENCE WITH BUYER TEAM RE: TRANSITION SERVICES AGREEMENT AND STOCK PURCHASE AGREEMENT (1.4); REVISE TRANSITION SERVICES AGREEMENT AND STOCK PURCHASE AGREEMENT PURSUANT TO CLIENT COMMENTS (1.0). |
| LEAMY JM | 03/24/06 | 0.40 | ANALYSIS RE: TREATMENT OF SCHEDULED CLAIMS (.4). |
| RAVIN AS | 03/24/06 | 1.60 | TELECONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, K. SAMBUR, M. DUSSINGER, E. GORDON, S. BUSEY AND F. HUFFARD RE: VALUATION ISSUES AND PLAN ISSUES AND STATUS RE: EXCLUSIVITY (.5); REVIEW R. GRAY'S COMMENTS TO EXCLUSIVITY MOTION (.2); REVIEW AND REVISE EXCLUSIVITY MOTION (.9). |
| SAMBUR K | 03/24/06 | 5.20 | TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION WITH S. BUSEY, S. HENRY, F. HUFFARD AND H. ETLIN (.5); BEGIN RESEARCHING CLAIMS TRADING, RELIANCE AND EFFECT ON SUBSTANTIVE CONSOLIDATION (4.7). |
| GRAY RW | 03/26/06 | 0.90 | PREPARE LIST OF ISSUES FOR PLAN AND DISCLOSURE STATEMENT (.8); DRAFT MEMO TO L. APPEL ET AL. RE: PLAN AND DISCLOSURE STATEMENT (.1). |
| COHEN JN | 03/26/06 | 0.20 | WORK WITH T. SALDANA RE: LIABILITY PROVISIONS OF TSA (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 03/27/06 | 1.90 | REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS PRIOR TO TELECONFERENCE (.4); PARTICIPATE IN TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION WITH F. HUFFARD, S. BUSEY, L. APPEL AND J. CASTLE (1.0); TELECONFERENCE WITH M. EISENBAND RE: SUBSTANTIVE CONSOLIDATION QUESTIONS (.5). |
| HENRY S | 03/27/06 | 1.10 | REVIEW EMAILS SETTING FORTH AGENDA FOR TELECONFERENCE IN PREPARATION FOR TELECONFERENCE (.3); PARTICIPATE IN TELECONFERENCE WITH J. O'CONNELL, F. HUFFARD (PART OF TIME), J. BAKER, S. BUSEY, C. JACKSON, J. APPEL, J. CASTLE, R. GRAY RE: PLAN ISSUES (.8). |
| GRAY RW | 03/27/06 | 5.20 | TELECONFERENCE WITH L. APPEL, J. CASTLE AND TEAMS FROM BLACKSTONE, XROADS, SHB AND SKADDEN RE: PLAN ISSUES AND EXCLUSIVITY (.8); TELECONFERENCE WITH S. BUSEY AND A. RAVIN RE: PLAN (.2); REVIEW AND COMMENT ON REVISED EXCLUSIVITY MOTION (.2); CONTINUE PREPARATION OF DRAFT PLAN (3.6); DRAFT MEMO TO S. BUSEY ET AL. RE: DRAFT PLAN ISSUES (.1); REVIEW AND RESPOND TO FURTHER MEMO FROM B. GASTON RE: LUTHERAN BROTHERHOOD (.1). |
| ROTHWELL SE | 03/27/06 | 1.20 | TELECONFERENCE WITH NYSE STAFF RE: POST-BANKRUPTCY LISTING POLICIES IN ORDER TO PREPARE MEMORANDUM (1.2). |
| COHEN JN | 03/27/06 | 0.20 | FINALIZE TRANSITION SERVICE AGREEMENT (.2). |
| RAVIN AS | 03/27/06 | 2.40 | TELECONFERENCE WITH L. APPEL, J. BAKER, S. HENRY, R. GRAY, J. CASTLE, H. ETLIN, J. O'CONNELL, S. BUSEY AND C. JACKSON RE: ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION AND EXCLUSIVITY (.8); FOLLOW UP TELECONFERENCE WITH J. BAKER, R. GRAY AND S. BUSEY RE: EXCLUSIVITY (.1); FOLLOW UP CONFERENCE WITH R. GRAY RE: EXCLUSIVITY (.2); REVIEW AND REVISE EXCLUSIVITY MOTION (.8); DRAFT MEMO TO R. GRAY RE: EXCLUSIVITY MOTION (.2); CONFERENCE WITH R. GRAY RE: EXCLUSIVITY MOTION (.1); DRAFT CORRESPONDENCE TO S. BUSEY AND C. JACKSON RE: EXCLUSIVITY MOTION (.2). |
| SAMBUR K | 03/27/06 | 10.40 | CONTINUE TO RESEARCH RELIANCE AND CLAIMS TRADING WITH RESPECT TO SUBSTANTIVE CONSOLIDATION (3.9); DRAFT MEMORANDUM RE: CLAIMS TRADING (6.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          03/28/06      2.00   TELECONFERENCE WITH S. BUSEY, J. POST
                                       AND S. HENRY RE: SUBSTANTIVE
                                       CONSOLIDATION ISSUES (.3);
                                       TELECONFERENCE WITH M. FRIEDMAN RE:
                                       SUBSTANTIVE CONSOLIDATION (.4);
                                       PREPARE MEMO TO L. APPEL AND J.
                                       CASTLE RE: SUBSTANTIVE CONSOLIDATION
                                       DISCUSSIONS (.3); REVISE EXCLUSIVITY
                                       PLEADINGS (1.0).

HENRY S           03/28/06      4.50   REVIEW MEMO RE: TREATMENT OF VENDOR
                                       RECEIVABLES IN CO BOOKS AND RECORDS
                                       AND FOLLOW UP WITH R. GRAY RE: SAME
                                       (.2); EMAILS TO AND FROM A. RAVIN RE:
                                       EXCLUSIVITY ISSUES (.5);
                                       TELECONFERENCE WITH S. BUSEY, C.
                                       JACKSON, J. BAKER RE: SUBSTANTIVE
                                       CONSOLIDATION RESOLUTION (.3); EMAILS
                                       TO AND FROM M. FRIEDMAN RE: VENDOR
                                       COMMITTEE INFORMATION REQUEST (.4);
                                       GATHER AND REVIEW MATERIALS
                                       RESPONSIVE TO VENDOR COMMITTEE
                                       INFORMATION REQUEST (2.1); REVISE
                                       PROTOCOLS FOR COMPLIANCE WITH
                                       INFORMATION REQUESTS (.5); REVIEW
                                       FORMS OF CONFIDENTIALITY AGREEMENT TO
                                       DEVELOP APPROPRIATE FORM FOR AD HOC
                                       COMMITTEE (.4); TELECONFERENCE WITH
                                       R. GRAY RE: FORM (.1).

GRAY RW           03/28/06      1.30   ASSIST WITH EXCLUSIVITY MOTION ISSUES
                                       (.2); REVIEW MEMOS RE: AD HOC
                                       COMMITTEE VIEWS ON SUB CON (.1);
                                       REVIEW AND PROVIDE COMMENTS ON
                                       SUPPLEMENTAL PROVISIONS FOR
                                       EXCLUSIVITY MOTION (.2); DRAFT MEMO
                                       TO J. BAKER RE: FOLLOWUP WITH
                                       COMMITTEE (.1); DRAFT MEMO TO SUB CON
                                       WORKING GROUP RE: VENDOR RECEIVABLES
                                       (.6); REVIEW REPLY FROM H. ETLIN RE:
                                       VENDOR RECEIVEABLES AND
                                       TELECONFERENCE WITH S. HENRY RE: SAME
                                       (.1).

ROTHWELL SE       03/28/06      4.70   DRAFT MEMORANDUM ON NYSE AND NASDAQ
                                       STANDARDS FOR LISTING POST-BANKRUPTCY
                                       (4.7).

RAVIN AS          03/28/06      3.50   DRAFT MULTIPLE CORRESPONDENCE TO AND
                                       REVIEW MULTIPLE CORRESPONDENCE FROM
                                       C. JACKSON RE: EXCLUSIVITY MOTION AND
                                       BRIDGE MOTION (.2); CONFERENCE WITH
                                       C. JACKSON RE: EXCLUSIVITY MOTION
                                       (.1); REVIEW AND REVISE EXCLUSIVITY
                                       MOTION AND BRIDGE MOTION (1.9); DRAFT
                                       CORRESPONDENCE TO L. APPEL AND OTHERS
                                       RE: EXCLUSIVITY MOTION (.1); REVIEW
                                       MEMO FROM S. HENRY RE: EXCLUSIVITY
                                       MOTION AND REVIEW AND REVISE MOTION
                                       RE: SAME (1.1); REVIEW MEMO FROM AND
                                       DRAFT MEMO TO R. GRAY RE: EXCLUSIVITY
                                       MOTION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 03/28/06 | 8.60 | BEGIN RESEARCH RE: LITIGATION OF GUARANTEE ELIMINATION VIA CONSOLIDATION (6.3); BEGIN DRAFTING MEMO RE: LITIGATION OF GUARANTEE ELIMINATION (2.3). |
| TURETSKY DM | 03/28/06 | 4.40 | REVIEW AND COMMENT RE: DRAFT PLAN OF REORGANIZATION (4.4). |
| BAKER DJ | 03/29/06 | 0.80 | TELECONFERENCE WITH M. BARR RE: EXCLUSIVITY AND PLAN (.4); PREPARE MEMORANDUM TO L. APPEL RE: EXCLUSIVITY ISSUES (.4). |
| GRAY RW | 03/29/06 | 1.00 | REVIEW MEMO RE: LISTING REQUIREMENTS FOR NEW STOCK ISSUED UNDER PLAN (.3); REVIEW INSURANCE RELATED MOTIONS AND ORDERS RE: PLAN ISSUES (.4); REVIEW AND RESPOND TO MEMO FROM A. RAVIN RE: EXCLUSIVITY MOTION ISSUES AND FOLLOWUP WITH J. BAKER RE: SAME (.1); REVIEW MEMO RE: SUB CON ELIMINATION OF GUARANTEES (.2). |
| ROTHWELL SE | 03/29/06 | 2.50 | DRAFT MEMORANDUM ON NYSE AND NASDAQ REVIEW STANDARDS FOR LISTING APPLICATIONS OF COMPANIES EMERGING FROM BANKRUPTCY (2.5). |
| LAMAINA KA | 03/29/06 | 0.80 | RESEARCH ON FLORIDA LAW ON PLAN PROVISION ON LEASE MORTGAGE (.8). |
| RAVIN AS | 03/29/06 | 0.20 | DRAFT MEMOS TO AND REVIEW MEMOS FROM J. BAKER AND R. GRAY RE: EXCLUSIVITY STATUS AND RELATED ISSUES (.1); REVIEW AND REVISE EXCLUSIVITY MOTION AND BRIDGE MOTION (.1). |
| SAMBUR K | 03/29/06 | 7.80 | FINISH MEMORANDUM RE: LITIGATION OF GUARANTEE ELIMINATION BY CONSOLIDATION ORDER (6.1); FINALIZE DRAFT OF CONFIDENTIALITY AGREEMENT (1.7). |
| BAKER DJ | 03/30/06 | 1.20 | REVIEW DRAFT EXCLUSIVITY PLEADINGS (.5); MAKE REVISIONS TO EXCLUSIVITY PLEADINGS (.6); CONFERENCE WITH A. RAVIN RE: EXCLUSIVITY PLEADINGS (.1). |
| HENRY S | 03/30/06 | 1.70 | REVIEW DRAFT REORGANIZATION PLAN (1.2); REVISE SECTION RE: CONSOLIDATION (.3); EMAILS TO AND FROM R. GRAY RE: PLAN (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 03/30/06 | 0.80 | TELECONFERENCE WITH J. BAKER RE: BUSINESS PLAN TIMING/EXCLUSIVITY (.1); TELECONFERENCE WITH J. CASTLE AND J. BAKER RE: EXCLUSIVITY (.1); ASSIST WITH ISSUES ON BUSINESS PLAN RE: REVISIONS TO EXCLUSIVITY MOTION (.2); TELECONFERENCE W/ F. HUFFARD RE: POSTPETITION INTEREST AND FOLLOWUP RE: SAME (.1); FOLLOW UP WITH SH&B AND SKADDEN TEAMS RE: PLAN DRAFT COMMENTS (.3). |
| RAVIN AS | 03/30/06 | 1.80 | REVIEW CORRESPONDENCE FROM L. APPEL RE: COMMENTS TO EXCLUSIVITY MOTION, REVIEW AND REVISE EXCLUSIVITY MOTION (.1); REVIEW MEMO FROM R. GRAY RE: EXCLUSIVITY MOTION, CONFERENCE WITH EXCLUSIVITY MOTION RE: SAME (.1); REVIEW AND REVISE EXCLUSIVITY MOTION AND RELATED PLEADINGS (1.1); CONFERENCE WITH J. BAKER RE: COMMENTS TO EXCLUSIVITY MOTION (.1); REVIEW AND REVISE EXCLUSIVITY MOTION AND RELATED PLEADINGS (.4). |
| SAMBUR K | 03/30/06 | 9.20 | BEGIN RESEARCH RE: STANDARD FOR APPROVING PLAN SETTLEMENT (6.1); REVIEW PROPOSED CHANGES TO CONFIDENTIALITY AGREEMENT (2.4); FINALIZE AGREEMENT WITH AD HOC VENDOR COMMITTEE (.7). |
| BAKER DJ | 03/31/06 | 3.30 | BEGIN ANALYSIS OF VENDOR TREATMENT UNDER ALTERNATE THEORIES OF SUBSTANTIVE CONSOLIDATION (1.3); BEGIN REVIEW OF REVISED PLAN, IN PREPARATION FOR TELECONFERENCE WITH COMPANY (2.0). |
| HENRY S | 03/31/06 | 0.30 | TELECONFERENCE WITH TOM CALIFANO RE: SUB CON ISSUES (.3). |
| GRAY RW | 03/31/06 | 1.80 | TELECONFERENCE WITH F. HUFFARD RE: VENDOR CLAIMS/DEBTOR OBLIGOR (.1); DRAFT MEMO TO R. BARUSCH RE: PLAN DRAFT AND EXCHANGE EMAILS RE: SAME (.1); REVISE PLAN DRAFT TO INCORPORATE LAWYERS COMMENTS RECEIVED (1.2); REVIEW AND COMMENT ON REVISED EXCLUSIVITY MOTION FOR FILING TODAY (.1); DRAFT MEMO TO L. APPEL, F. HUFFARD AND H. ETLIN RE: SIGNOFF ON MOTION AND REVIEW REPLIES (.2); REVIEW AND RESPOND TO MEMO FROM L. PRENDERGAST RE: HANDLING OF MEDICARE/MEDICAID LIENS IN PLAN (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 03/31/06 | 5.40 | RESEARCH LEASE PLAN PROVISION ON FLORIDA LAW ON MORTGAGES (3.1); PREPARE MEMORANDUM TO COMPANY ON ANSWER TO LEASE PLAN PROVISION UNDER FLORIDA LAW ON MORTGAGES (1.9); PREPARE LIST OF POTENTIAL FOLLOW UP ISSUES (TWO) ON LEASE PLAN PROVISION ON MORTGAGES (.4). |
| RAVIN AS | 03/31/06 | 3.20 | DRAFT NOTICES OF HEARING FOR BRIDGE MOTION AND EXCLUSIVITY MOTION (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: EXCLUSIVITY MOTION (.1); REVIEW CORRESPONDENCE FROM L. APPEL RE: COMMENTS TO EXCLUSIVITY MOTION (.1); REVIEW AND REVISE EXCLUSIVITY MOTION AND COORDINATE MOTION AND RELATED PLEADINGS FOR FILING (2.3); CONFERENCE WITH C. JACKSON, M. FRIETAG AND KATHY RE: EXCLUSIVITY TIMING ISSUES (.2); DRAFT MEMOS TO D. J. BAKER AND REVIEW MEMOS FROM EXCLUSIVITY MOTION RE: EXCLUSIVITY MOTION, CONFERENCE WITH D. J. BAKER RE: EXCLUSIVITY MOTION (.2); MULTIPLE TELECONFERENCES WITH C. JACKSON RE: EXCLUSIVITY MOTION (.1). |
| SAMBUR K | 03/31/06 | 8.20 | CONTINUE RESEARCHING STANDARDS FOR PLAN SETTLEMENT (7.6); PREPARE SURETY MOTION FOR FILING AFTER DISTRIBUTING TO PARTIES IN INTEREST FOR COMMENT (.6). |

**MATTER TOTAL**                          380.90

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Retention / Fee Matters (SASM&F)                                 Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 03/01/06 | 0.20 | REVIEW LETTER RELATING TO JANUARY 2006 STATEMENT IN THE WINN-DIXIE CASES AND SEND EMAIL RE: SAME (.2). |
| EICHEL S | 03/01/06 | 0.10 | REVIEW LETTER FROM K. LAMAINA TO L. COOPER RE: SKADDEN JANUARY 2006 MONTHLY FEE STATEMENT (.1). |
| RAVIN AS | 03/01/06 | 1.60 | REVIEW VARIOUS PLEADINGS IN CONNECTION WITH PREPARING SUMMARIES FOR THIRD INTERIM FEE APP, DRAFT, REVIEW AND REVISE SAME (1.6). |
| TURETSKY DM | 03/01/06 | 2.10 | DRAFT DESCRIPTIONS FOR EMPLOYEE MATTER NUMBER AND STATUTORY COMMITTEE MATTER NUMBER IN CONNECTION WITH SKADDEN THIRD FEE APPLICATION (2.1). |
| RAVIN AS | 03/02/06 | 2.50 | DRAFT, REVIEW AND REVISE FEE APP SUMMARIES FOR VARIOUS CATEGORIES (2.5). |
| TURETSKY DM | 03/02/06 | 1.60 | CONTINUE DRAFTING DESCRIPTIONS FOR EMPLOYEE MATTER AND STATUTORY COMMITTEE MATTER IN CONNECTION WITH SKADDEN THIRD FEE APPLICATION (1.4); E-MAIL TO K. LAMAINA RE: EMPLOYEE AND COMMITTEE MATTER DESCRIPTIONS (.2). |
| RAVIN AS | 03/03/06 | 1.80 | DRAFT SUMMARIES FOR THIRD INTERIM FEE APP (1.8). |
| RAVIN AS | 03/04/06 | 4.50 | REVIEW AND REVISE FEE APP SUMMARIES (4.4); DRAFT MEMO TO K. LAMAINA RE: FEE APPLICATION SUMMARIES (.1). |
| RAVIN AS | 03/06/06 | 0.70 | REVIEW AND REVISE SUMMARIES FOR THIRD INTERIM FEE APPLICATION (.6); DRAFT MEMOS TO AND REVIEW MEMOS FROM K. LAMAINA RE: FEE APPLICATION SUMMARIES (.1). |
| FELD SR | 03/08/06 | 1.00 | DRAFT INSERT FOR FEE STIPULATIONS (1.0). |
| HENRY S | 03/10/06 | 0.20 | REVIEW AND FORWARD WINN-DIXIE BILL TO J. BAKER (.2). |
| LAMAINA KA | 03/10/06 | 0.30 | PREPARE MEMORANDUM TO S. HENRY ON PAYMENTS (.3). |
| TURETSKY DM | 03/10/06 | 0.50 | E-MAIL TO K. LAMAINA RE: ISSUES CONCERNING SKADDEN FEE APPLICATION (.1); FURTHER REVIEW AND ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/11/06 | 0.70 | REVIEW EMAIL FROM K. LAMAINA RE: THIRD INTERIM FEE APPLICATION AND RELATED ATTACHMENTS (.2); DRAFT EMAIL TO K. LAMAINA RE: IDENTIFICATION OF CERTAIN SERVICES RENDERED BY SKADDEN PERSONNEL IN CONNECTION WITH FEE APPLICATION (.1); DRAFT RECLAMATION SECTION OF THIRD INTERIM FEE APPLICATION (.4). |
| LAMAINA KA | 03/11/06 | 5.50 | REVISE THIRD INTERIM FEE APPLICATION (5.5). |
| EICHEL S | 03/12/06 | 2.70 | REVIEW EMAIL FROM K. LAMAINA RE: RECLAMATION TIME SUMMARY FOR THIRD INTERIM FEE APPLICATION (.1); REVIEW TIME TICKETS IN CONNECTION WITH DRAFTING RECLAMATION SECTION FOR THIRD INTERIM FEE APPLICATION (1.0); DRAFT RECLAMATION SECTION FOR FEE APPLICATION (1.6). |
| GRAY RW | 03/13/06 | 0.20 | REVIEW AND COMMENT ON INSERT FOR FEE APP RE: MATTER 34 (.2). |
| EICHEL S | 03/13/06 | 5.40 | REVIEW TIME TICKETS IN CONNECTION WITH PREPARING SUMMARIES FOR SKADDEN'S THIRD INTERIM FEE APPLICATION (.8); REVIEW AND REVISE RECLAMATION SUMMARY FOR INTERIM FEE APPLICATION (.5); DRAFT EMAIL TO K. LAMAINA RE: SUMMARY OF RECLAMATION FOR INTERIM FEE APPLICATION (.1); DRAFT SUMMARY RE: RETENTION OF NON-SKADDEN PROFESSIONALS FOR FEE APPLICATION (.6); REVIEW TIME TICKETS RELATING TO SERVICES RENDERED TO RETENTION OF NON-SKADDEN PROFESSIONALS IN CONNECTION WITH DRAFT OF SUMMARY FOR FEE APPLICATION (.8); DRAFT SUMMARY OF "VENDOR" CATEGORY FOR INTERIM FEE APPLICATION (.8); REVIEW AND REVISE THIRD INTERIM FEE APPLICATION (1.8). |
| KALOUDIS D | 03/13/06 | 0.50 | REVIEW INTERIM FEE APPLICATION SUMMARY (.5). |
| LAMAINA KA | 03/13/06 | 3.30 | REVIEW CORRESPONDENCE FROM ACCOUNTING ON NUMBERS FOR STATEMENTS (.4); REVIEW ASSET DISPOSITION OF WORK FOR PERIOD OCT. 1 - JAN. 31 (.4); REVISE FEE APPLICATION (2.5). |
| LEAMY JM | 03/13/06 | 3.00 | REVIEW OCT - JAN BILLS AND DRAFT PORTIONS OF FEE APPLICATION (3.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/13/06 | 1.20 | RESEARCH RE: ISSUES CONCERNING DELOITTE & TOUCHE AND JEFFERIES RETENTION APPLICATIONS IN CONNECTION WITH PREPARING SKADDEN FEE APPLICATION (.6); DRAFT DESCRIPTIONS RE: RETENTIONS (.5); E-MAIL TO S. EICHEL RE: DRAFT OF FEE APPLICATION (.1). |
| GRAY RW | 03/14/06 | 1.50 | REVIEW DRAFT THIRD INTERIM FEE APPLICATION (.9); DRAFT MEMO RE: COMMENTS ON APPLICATION (.4); REVIEW AND RESPOND TO EMAIL FROM K. LAMAINA RE: COMMENTS (.1); DRAFT MEMO TO S. ROTHWELL RE: TIMEKEEPING RULES (.1). |
| LAM S | 03/14/06 | 1.90 | REVISE DESCRIPTION OF DIP FACILITY WORK FOR SKADDEN FEE APPLICATION MOTION (1.9). |
| LAMAINA KA | 03/14/06 | 5.50 | REVISE INTERIM FEE APPLICATION (2.2); REVIEW COMMENTS FROM R. GRAY ON APPLICATION (.5); RESPOND TO R. GRAY ON INTERIM FEE APPLICATION (1.6); PREPARE FEE ORDER (.2); PREPARE MEMORANDA TO TEAM ON FEE APPLICATION/FEE EXAMINER PROCESS (1.0). |
| LEAMY JM | 03/14/06 | 0.50 | CONTINUE TO DRAFT PORTIONS OF FEE APPLICATION (.5). |
| HENRY S | 03/15/06 | 1.20 | REVISIONS TO FEE APPLICATION (1.2). |
| GRAY RW | 03/15/06 | 0.50 | REVIEW REVISED FEE APP AND EXCHANGE EMAILS WITH K. LAMAINA RE: COMMENTS (.2); REVIEW AND COMMENT ON FURTHER REVISED FEE APP (.3). |
| EICHEL S | 03/15/06 | 2.10 | REVIEW EMAIL FROM K. LAMAINA RE: REVISIONS TO THIRD INTERIM FEE APPLICATION (.1); REVIEW AND REVISE FEE APPLICATION (2.0). |
| LAMAINA KA | 03/15/06 | 4.20 | REVISE INTERIM FEE APPLICATION (4.2). |
| RAVIN AS | 03/15/06 | 0.60 | REVIEW AND REVISE SUMMARIES RE: 3RD INTERIM FEE APP, REVIEW MEMO FROM R. GRAY RE: SAME (.5); DRAFT MEMOS TO K. LAMAINA RE: SAME (.1). |
| HENRY S | 03/16/06 | 1.20 | REVIEW AND REVISE FEE APPLICATION (1.2). |
| GRAY RW | 03/16/06 | 0.10 | REVIEW FURTHER REVISED FEE APPLICATION AND DRAFT MEMO TO K. LAMAINA RE: SAME (.1). |
| LAMAINA KA | 03/17/06 | 7.50 | PREPARE FOR DISTRIBUTION INTERIM FEE APPLICATION CONSISTING OF HUNDREDS OF PAGES AND EXHIBITS (4.2); REVISE APPLICATION (3.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 03/27/06 | 3.50 | REVIEW FEE STATEMENT FOR CONFIDENTIALITY AND COMPLIANCE WITH COURT PROCEDURES (3.5). |
| LAMAINA KA | 03/28/06 | 1.00 | CONTINUE REVIEW OF FEE STATEMENT (1.0). |
| EICHEL S | 03/29/06 | 0.10 | REVIEW EMAIL FROM K. LAMAINA RE: PAYMENTS RECEIVED IN CONNECTION WITH UPCOMING APRIL 6 FEE HEARING (.1). |
| HENRY S | 03/31/06 | 2.90 | REVIEW STATEMENT FOR PRIVILEGE, STRATEGY, COMPLIANCE WITH CASE PROTOCOLS AND WRITE OFFS (2.9). |
| TURETSKY DM | 03/31/06 | 2.70 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE ISSUES (2.7). |

**MATTER TOTAL**         **76.60**

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Retention / Fee Matters / Objections (Others)                    Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 03/01/06 | 0.60 | REVIEW MEMORANDUM RE: COORDINATION OF FEE APPLICATION IN LIGHT OF APPOINTMENT OF FEE EXAMINER (.3); MEMORANDUM TO J. BAKER RE: FEE APPLICATION (.3). |
| LAMAINA KA | 03/01/06 | 2.00 | REVIEW FEE APPLICATION (.7); PREPARE FEE APPLICATION FOR DISTRIBUTION IN ACCORDANCE WITH ORDER (.9); PREPARE REQUIRED MEMORANDUM TO PROFESSIONALS RE: INTERIM COMPENSATION ORDER (.4). |
| GRAY RW | 03/03/06 | 0.30 | TELECONFERENCE WITH K. BLAIR AT DELOITTE RE: FAS RETENTION (.1); DRAFT MEMO TO D. TURETSKY RE: FAS RETENTION (.1); REVIEW AND RESPOND TO MEMO FROM M. BYRUM RE: FAS RETENTION (.1). |
| TURETSKY DM | 03/03/06 | 0.20 | TELECONFERENCE WITH T. SCOLES RE: ISSUES CONCERNING RETENTION APPLICATION FOR DELOITTE FAS (.1); E-MAIL TO T. SCOLES RE: DELOITTE FAS APPLICATION (.1). |
| HENRY S | 03/06/06 | 0.60 | REVIEW DRAFT RE: DJM ENGAGEMENT (.5); CORRESPONDENCE E. ZIMMER RE: DJM ENGAGEMENT (.1). |
| GRAY RW | 03/06/06 | 0.70 | REVIEW AND REVISE DELOITTE FAS APPLICATION (.7). |
| TURETSKY DM | 03/06/06 | 2.30 | REVIEW DELOITTE FAS ENGAGEMENT LETTER (1.5); FURTHER DRAFT DELOITTE FAS RETENTION APPLICATION (.7); ANALYSIS RE: ISSUES CONCERNING DELOITTE FAS RETENTION (.1). |
| GRAY RW | 03/07/06 | 0.10 | REVIEW AND COMMENT ON DELOITTE FAS ENGAGEMENT TERMS (.1). |
| TURETSKY DM | 03/07/06 | 2.00 | REVIEW AND COMMENT ON DRAFT ENGAGEMENT LETTER WITH DELOITTE FAS (1.0); E-MAILS TO M. BYRUM AND J. CASTLE RE: DELOITTE FAS APPLICATION (.2); FURTHER ANALYSIS RE: ISSUES CONCERNING DELOITTE FAS RETENTION APPLICATION (.5); TELECONFERENCES WITH T. SCOLES RE: DELOITTE FAS APPLICATION (.2); E-MAIL TO T. SCOLES RE: DELOITTE FAS APPLICATION (.1). |
| GRAY RW | 03/08/06 | 0.10 | TELECONFERENCE WITH J. JAMES RE: OCP ISSUE (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/10/06 | 0.30 | REVIEW EMAIL FROM M. RICHARD RE: ADDING CORRERO LAW FIRM AS AN ORDINARY COURSE PROFESSIONAL (.1); DRAFT EMAIL TO SCOTT WILLIS RE: COMPLETING OCP QUESTIONNAIRE (.2). |
| LAMAINA KA | 03/10/06 | 1.10 | REVIEW MEMORANDA FROM PROFESSIONALS (APPROX. FIFTEEN PROFESSIONALS) IN ACCORDANCE WITH CASE PROCEDURES (.4); COMMUNICATIONS WITH PAUL HASTINGS, DELOITTE, K&S ON HEARING AND PROCEDURES FOR APPLICATION (.4); REVISE REQUIRED NOTICE IN ACCORDANCE WITH NEW INFORMATION RECEIVED FROM PROFESSIONALS (.3). |
| TURETSKY DM | 03/12/06 | 0.10 | E-MAIL TO R. GRAY AND A. RAVIN RE: SUPPLEMENT TO BLACKSTONE RETENTION (.1). |
| EICHEL S | 03/13/06 | 0.20 | REVIEW EMAIL FROM A. LIU RE: ADDITIONAL TRADE CREDIT COMPANY RECEIVED AS A RESULT OF TRADE LIEN PROGRAM FOR RECLAMATION SUMMARY FOR FEE APPLICATION (.1); DRAFT FOLLOW-UP INQUIRY TO A. LIU RE: TRADE CREDIT COMPANY (.1). |
| LAMAINA KA | 03/13/06 | 1.40 | REVISE PROFESSIONALS' NOTICE FOR FILING FRIDAY (.4); FURTHER REVISE NOTICE PER COMMENTS FROM FOUR PROFESSIONALS (.5); COMMUNICATIONS WITH SMITH HULSEY (C. JACKSON AND K. WARD) ON BANKRUPTCY FILINGS FOR FRIDAY AND POSSIBLE APRIL 6 HEARING DATE IF COURT AND U.S. TRUSTEE AND ALL APPROVE (.5). |
| TURETSKY DM | 03/13/06 | 2.50 | RESEARCH AND ANALYSIS RE: ISSUES CONCERNING SUPPLEMENT TO BLACKSTONE RETENTION APPLICATION (1.6); TELECONFERENCE TO R. CHAKRAPANI (LEFT VOICEMAIL) RE: BLACKSTONE SUPPLEMENT (.1); TELECONFERENCE WITH J. O'CONNELL RE: BLACKSTONE SUPPLEMENT (.1); BEGIN DRAFTING SUPPLEMENT TO BLACKSTONE RETENTION APPLICATION (.7). |
| LAMAINA KA | 03/14/06 | 1.50 | REVISE NOTICE IN ACCORDANCE WITH COURT PROCEDURES (1.0); REVIEW CORRESPONDENCE FROM SIX PROFESSIONALS ON APPLICATIONS AND COORDINATE WITH K. WARD ON SAME FOR FILING (.5). |
| TURETSKY DM | 03/14/06 | 2.20 | CONTINUE DRAFTING SUPPLEMENT TO BLACKSTONE RETENTION APPLICATION (2.1); TELECONFERENCE WITH J. O'CONNELL RE: BLACKSTONE SUPPLEMENT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/15/06 | 2.60 | CONTINUE DRAFTING SUPPLEMENT TO BLACKSTONE RETENTION APPLICATION (2.6). |
| GRAY RW | 03/16/06 | 1.30 | ASSIST WITH ISSUES ON BLACKSTONE ENGAGEMENT LETTER (.1); REVIEW AND EDIT BLACKSTONE APPLICATION (.4); TELECONFERENCE WITH D. TURETSKY RE: BLACKSTONE APPLICATION (.1); REVIEW AND REVISE UPDATED DRAFT OF BLACKSTONE APPLICATION (.6); REVIEW AND RESPOND TO MEMOS RE: PWC SUPPLEMENTAL RETENTION (.1). |
| TURETSKY DM | 03/16/06 | 3.30 | FURTHER ANALYSIS RE: ISSUES CONCERNING SUPPLEMENT TO BLACKSTONE RETENTION (.3); TELECONFERENCES WITH R. GRAY RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); E-MAIL TO J. O'CONNELL RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); REVISE DRAFT OF SUPPLEMENT TO BLACKSTONE RETENTION (2.2); E-MAIL TO R. GRAY AND A. RAVIN RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.2); E-MAIL TO T. SCOLES RE: DELOITTE FAS RETENTION APPLICATION (.1); TELECONFERENCE TO T. SCOLES (LEFT VOICEMAIL) RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO J. GLEASON RE: ISSUES CONCERNING POTENTIAL SUPPLEMENT TO PWC APPLICATION (.2). |
| GRAY RW | 03/17/06 | 0.20 | REVIEW AND COMMENT ON CHANGES TO PWC ENGAGEMENT LETTER (.1); REVIEW AND COMMENT ON REVISED BLACKSTONE ORDER (.1). |
| TURETSKY DM | 03/17/06 | 2.30 | DRAFT PROPOSED ORDER IN CONNECTION WITH APPLICATION TO SUPPLEMENT TERMS OF BLACKSTONE RETENTION (.8); E-MAIL TO J. CASTLE AND L. APPEL RE: ISSUES CONCERNING SUPPLEMENT TO BLACKSTONE RETENTION (.1); E-MAIL TO F. HUFFARD RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); E-MAIL TO S. BUSEY AND C. JACKSON RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); TELECONFERENCE WITH T. SCOLES RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1); E-MAIL TO R. GRAY RE: DELOITTE FAS APPLICATION (.1); REVIEW AND COMMENT RE: ENGAGEMENT LETTER FOR SUPPLEMENT TO PWC RETENTION (1.0). |
| GRAY RW | 03/19/06 | 0.10 | REVIEW AND COMMENT ON PWC ENGAGEMENT LETTER MARKUP (.1). |
| GRAY RW | 03/20/06 | 0.10 | ASSIST WITH ISSUES ON CONFLICTS CHECK FOR PROFESSIONAL RE: BAHAMAS TRANSACTION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/20/06 | 0.80 | E-MAIL TO J. CASTLE AND J. GLEASON RE: ISSUES CONCERNING SUPPLEMENT TO PWC RETENTION (.1); E-MAIL TO K. MORDY AND L. DANTIN RE: PWC SUPPLEMENT (.2); TELECONFERENCES WITH J. O'CONNELL RE: ISSUES CONCERNING SUPPLEMENT TO BLACKSTONE RETENTION (.3); ANALYSIS RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); E-MAIL TO J. O'CONNELL RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1). |
| GRAY RW | 03/21/06 | 0.10 | REVIEW 14TH OCP FILING AND CONFER WITH S. EICHEL RE: SAME (.1). |
| EICHEL S | 03/21/06 | 0.60 | DRAFT, REVIEW AND REVISE 14TH OCP SUBMISSION IN CONNECTION WITH RETENTION OF NEW OCP (.2); DRAFT, REVIEW AND REVISE 14TH OCP SUPPLEMENT IN CONNECTION WITH RETENTION OF NEW OCP (.2); DRAFT EMAIL TO R. GRAY RE: DRAFT OF 14TH OCP SUBMISSION AND 14TH OCP SUPPLEMENT IN CONNECTION WITH RETAINING NEW OCP (.1); TELECONFERENCE WITH M. RICHARD RE: RETENTION OF WILLIS AS AN OCP (.1). |
| TURETSKY DM | 03/21/06 | 1.00 | BEGIN DRAFTING SUPPLEMENTAL APPLICATION RE: PWC RETENTION (.7); TELECONFERENCE WITH J. O'CONNELL RE: ISSUES CONCERNING BLACKSTONE RETENTION (.1); E-MAIL TO J. CASTLE RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.2). |
| TURETSKY DM | 03/22/06 | 3.00 | CONTINUE DRAFTING SUPPLEMENTAL RETENTION APPLICATION FOR PWC (2.1); ANALYSIS RE: ISSUES CONCERNING PWC SUPPLEMENT (.9). |
| GRAY RW | 03/24/06 | 0.50 | REVIEW AND COMMENT ON PWC SUPPLEMENTAL APPLICATION (.2); TELECONFERENCE WITH F. HUFFARD RE: BLACKSTONE SUPPLEMENT AND PROVIDE SAMPLE FORM (.1); REVIEW AND RESPOND TO MEMOS FROM J. CASTLE RE: CANTER HANGEY LITIGATION PROBLEMS AND REVIEW OCP STATUS OF FIRM (.2). |
| EICHEL S | 03/24/06 | 0.20 | REVIEW EMAIL FROM R. GRAY RE: RETENTION OF CANTEY & HANGAR AS OCP (.1); REVIEW EMAIL FROM S. BROWN RE: THIRD SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE IN CONNECTION WITH DISPUTE RE: RETENTION OF CANTEY & HANGER (.1). |
| TURETSKY DM | 03/24/06 | 1.10 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING SUPPLEMENTAL APPLICATION FOR PWC (.7); E-MAIL TO R. GRAY RE: PWC SUPPLEMENT (.1); E-MAIL TO J. CASTLE AND J. GLEASON RE: PWC SUPPLEMENT (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 03/27/06 | 0.10 | REVIEW AND RESPOND TO MEMO RE: PWC ISSUES ON INDEMNITY EXCLUSIONS (.1). |
|---------|----------|------|---|
| TURETSKY DM | 03/27/06 | 0.90 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING SUPPLEMENT TO PWC RETENTION (.3); E-MAILS TO R. GRAY RE: PWC SUPPLEMENT (.3); E-MAIL TO J. GLEASON, D. GOLDMAN, K. CAMPBELL, P. BENZ RE: PWC SUPPLEMENT (.1); FURTHER ANALYSIS RE: ISSUES CONCERNING BLACKSTONE RETENTION APPLICATION (.1); E-MAIL TO J. O'CONNELL RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1). |
| GRAY RW | 03/28/06 | 0.80 | REVIEW DELOITTE MARKUP AND TELECONFERENCE WITH D. TURETSKY RE: SAME (.1); DRAFT LETTER TO R. DOBY RE: PURSUIT OF PENDING LITIGATION AND OCP AUTHORIZATION (.7). |
| TURETSKY DM | 03/28/06 | 2.20 | FURTHER ANALYSIS RE: ISSUES CONCERNING BLACKSTONE RETENTION APPLICATION (.2); E-MAIL TO M. BARR AND M. COMERFORD RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); E-MAIL TO J. HELFAT AND D. FIORILLO RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.1); FURTHER ANALYSIS RE: APPLICATION TO SUPPLEMENT PWC RETENTION (.3); TELECONFERENCE WITH R. YOUNG RE: APPLICATION TO RETAIN DELOITTE FAS (.2); FURTHER REVISE DRAFT APPLICATION TO RETAIN DELOITTE FAS (1.3). |
| GRAY RW | 03/29/06 | 0.10 | REVIEW BLACKSTONE DECLARATION AND TELECONFERENCE WITH D. TURETSKY RE: SAME (.1). |
| EICHEL S | 03/29/06 | 0.10 | TELECONFERENCE M. RICHARD RE: RETENTION TO S. WILLIS (.1). |
| TURETSKY DM | 03/29/06 | 1.20 | TELECONFERENCE WITH J. O'CONNELL RE: ISSUES CONCERNING APPLICATION TO SUPPLEMENT BLACKSTONE RETENTION (.1); FURTHER ANALYSIS RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.5); FURTHER ANALYSIS RE: ISSUES CONCERNING APPLICATION TO SUPPLEMENT PWC RETENTION (.5); TELECONFERENCE WITH J. GLEASON RE: PWC SUPPLEMENT (.1). |
| GRAY RW | 03/30/06 | 0.20 | TELECONFERENCE WITH D. TURETSKY RE: BLACKSTONE SUPPLEMENTAL DECLARATION (.1); ASSIST WITH ISSUES ON BLACKSTONE FILINGS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 03/30/06 | 6.30 | FURTHER REVISE APPLICATION TO SUPPLEMENT TERMS OF PWC RETENTION (.6); FURTHER ANALYSIS RE: PWC SUPPLEMENT (.4); E-MAIL TO J. GLEASON RE: PWC SUPPLEMENT (.1); E-MAIL TO K. MORDY AND L. DANTIN RE: PWC SUPPLEMENT (.1); TELECONFERENCES WITH R. GRAY RE: ISSUES CONCERNING APPLICATION TO SUPPLEMENT BLACKSTONE RETENTION (.1); TELECONFERENCES WITH J. O'CONNELL RE: ISSUES CONCERNING BLACKSTONE SUPPLEMENT (.4); E-MAIL TO J. O'CONNELL RE: BLACKSTONE SUPPLEMENT (.3); FURTHER DILIGENCE RE: BLACKSTONE SUPPLEMENT (2.5); E-MAILS TO M. BARR AND M. COMERFORD RE: BLACKSTONE SUPPLEMENT (.3); E-MAIL TO J. HELFAT RE: BLACKSTONE SUPPLEMENT (.1); E-MAILS TO J. CASTLE AND L. APPEL RE: BLACKSTONE SUPPLEMENT (.2); FURTHER REVISE APPLICATION TO SUPPLEMENT TERMS OF BLACKSTONE RETENTION (1.0); DRAFT NOTICE OF HEARING RE: BLACKSTONE RETENTION (.2). |
| GRAY RW | 03/31/06 | 0.20 | REVIEW OCP ORDER AND DRAFT MEMO TO J. CASTLE RE: CAP INCREASE FOR J&B (.2). |
| TURETSKY DM | 03/31/06 | 2.00 | FINALIZE APPLICATION TO SUPPLEMENT BLACKSTONE RETENTION (1.4); E-MAIL TO C. JACKSON AND K. WARD RE: BLACKSTONE SUPPLEMENT (.2); TELECONFERENCE TO C. JACKSON (LEFT VOICEMAIL) RE: BLACKSTONE SUPPLEMENT (.1); TELECONFERENCE TO K. WARD (LEFT VOICEMAIL) RE: BLACKSTONE SUPPLEMENT (.1); E-MAIL TO L. APPEL AND J. CASTLE RE: BLACKSTONE SUPPLEMENT (.1); E-MAIL TO F. HUFFARD, J. O'CONNOR RE: BLACKSTONE SUPPLEMENT (.1). |

**MATTER TOTAL**                          **49.50**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                           Bill Date: 04/05/06
Tax Matters                                                            Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 03/06/06 | 0.10 | REVIEW REQUEST FOR PAYMENT RECEIVED FROM DEPARTMENT OF REVENUE FOR THE STATE OF FLORIDA, DRAFT CORRESPONDENCE TO M. BYRUM RE: SAME, REVIEW CORRESPONDENCE FROM R. TANSI RE: SAME (.1). |
| RESHTICK AA | 03/07/06 | 1.80 | FOLLOW UP CALL WITH ANGELA BARAYONA, TOM CRICHTON, ROSALE GRAY AND K. BRISTOR ON THE STATUS OF PROCEEDINGS WITH THE INTERNAL REVENUE SERVICE (.8); RESEARCH ISSUES RELATED TO THE PROCEEDINGS (1.0). |
| RESHTICK AA | 03/10/06 | 2.20 | COMMENT ON SALE AGREEMENT FOR WD BAHAMAS (2.2). |
| RESHTICK AA | 03/23/06 | 2.40 | RESEARCH AND ANALYZE ISSUES RELATED TO THE BANKRUPTCY PLAN (2.4). |
| RESHTICK AA | 03/27/06 | 1.80 | REVIEW AND COMMENT SALE AGREEMENT FOR WD BAHAMAS AND ANCILLARY DOCUMENTS (1.8). |
| **MATTER TOTAL** | | **8.30** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 04/05/06
Utilities                                                           Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 03/01/06 | 2.20 | CONTINUE TO RESOLVE THREATENED DEMAND AGAINST UTILITY SURETY BOND RE: CITY OF LEESBURG, MISSISSIPPI POWER (1.1); REVIEW CLECO STIPULATION (.5); UPDATE STATUS CHART FOR LIBERTY MUTUAL (.6). |
| KALOUDIS D | 03/01/06 | 2.10 | REVISE CHATTANOOGA STIPULATION (.7); REVISE CLECO STIPULATION (.6); DRAFT E-MAIL WITH CHAMBERS RE: ART MOTION (.3); CIRCULATE NOTICE TO PARTIES (.5). |
| FELD SR | 03/02/06 | 1.10 | CONTINUE TO UPDATE CHART FOR LIBERTY MUTUAL (.6); REVIEW STIPULATION AND FILE FOR CHATTANOOGA (.5). |
| KALOUDIS D | 03/02/06 | 1.30 | REVISE CLECO STIPULATION (.5); SEND CLECO STIPULATION TO COUNSEL (.2); REVISE CHATTANOOGA STIPULATION (.6). |
| FELD SR | 03/03/06 | 0.30 | TELECONFERENCE WITH S. WILLIAMS RE: BOND DEMANDS (.1); REVIEW STATUS OF STIPULATION RE: CANTON MUNICIPAL UTILITIES (.2). |
| FELD SR | 03/06/06 | 0.20 | REVIEW STATUS OF PENDING UTILITY STIPULATIONS (.2). |
| FELD SR | 03/08/06 | 0.90 | REVIEW SPREADSHEET RE: GEORGIA POWER (.3); FOLLOW-UP RE: VARIOUS UTILITY STIPULATIONS (.2); REVIEW EMAILS FROM VARIOUS PARTIES RE: UTILITIES (.4). |
| KALOUDIS D | 03/08/06 | 1.70 | SEND EXECUTED STIPULATION OF MISSISSIPPI POWER TO WINN-DIXIE (.3); TELECONFERENCE WITH S. FELD AND C. LEO RE: GEORGIA POWER (.4); RESPOND TO EMAIL FROM WINN-DIXIE RE: GA POWER (.2); TELECONFERENCE WITH P. MALLETTE RE: OXFORD (.2); DRAFT E-MAIL TO WINN-DIXIE RE: OXFORD (.2); DRAFT NOTICE TO PARTIES IN INTEREST RE: OXFORD STIPULATION (.4). |
| FELD SR | 03/09/06 | 2.10 | REVIEW NOTICE RE: CITY OF OXFORD (.7); UPDATE BOND REDUCTION CHART (1.4). |
| KALOUDIS D | 03/09/06 | 0.80 | SEND OXFORD STIPULATION TO NOTICE PARTIES (.3); READ UPDATED CHART (.5). |
| FELD SR | 03/10/06 | 0.20 | EMAIL SCOTT WILLIAMS RE: UTILITY BONDS (.2). |
| KALOUDIS D | 03/13/06 | 0.30 | REVIEW CLECO RESPONSE TO PROPOSED STIPULATION (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 03/13/06 | 0.50 | REVIEW MEMORANDUM FROM D. KALOUDIS RE: SEVENTEEN UTILITIES AND REVISE MEMORANDUM ON SAME (.4); PREPARE MEMORANDUM TO S. FELD ON UTILITIES STATUS (.1). |
| FELD SR | 03/14/06 | 0.50 | REVIEW STATUS OF PENDING UTILITY STIPULATIONS (.5). |
| KALOUDIS D | 03/15/06 | 3.20 | TELECONFERENCE WITH J. DONAHUE RE: TALLAHASSEE (.2); TELECONFERENCE WITH J. PETTY RE: FLORIDA PUBLIC (.2); SEND PROPOSED STIPULATION TO J. DONAHUE RE: TALLAHASSEE (.4); TELECONFERENCE TO S. GRANTHAM RE: STARKVILLE (.2); DRAFT E-MAIL TO B. FITZGERALD RE: HILLSBOROUGH (.3); TELECONFERENCE WITH B. FITZGERALD RE: HILLSBOROUGH (.2); TELECONFERENCE TO S. WHEELIS RE: CLECO (.3); READ FAX CORRESPONDENCE RE: CLECO (.3); REVIEW UTILITIES ORDERS (.5); TELECONFERENCE WITH S. FELD RE: STATUS OF UTILITIES (.4); FORWARD WINN-DIXIE ORDERS TO CLECO (.2). |
| KALOUDIS D | 03/17/06 | 1.60 | TELECONFERENCE TO B. FITZGERALD RE: WINN-DIXIE HILLSBOROUGH (.2); SEND OXFORD STIPULATION FOR EXECUTION (.5); SEND HILLSBOROUGH STIPULATION TO NOTICE PARTIES (.3); DRAFT NOTICE RE: HILLSBOROUGH STIPULATION (.4); EMAIL TO COMPANY RE: HILLSBOROUGH STIPULATION (.2). |
| KALOUDIS D | 03/20/06 | 1.20 | TELECONFERENCE WITH S. GRANTHAM RE: CITY OF STARKVILLE (.2); REVIEW STARKVILLE STIPULATION (.4); DRAFT EMAIL TO S. GRANTHAM RE: STARKVILLE STIPULATION (.2); DRAFT CITY OF STARKVILLE NOTICE (.4). |
| KALOUDIS D | 03/21/06 | 1.40 | REVISE NOTICE TO NOTICE PARTIES RE: STARKVILLE (.2); TELECONFERENCE WITH D. YOUNG RE: GEORGIA POWER (.3); READ EMAILS RE: GA POWER (.5); RESPOND TO EMAIL FROM MISSISSIPPI POWER (.4). |
| KALOUDIS D | 03/22/06 | 0.70 | RESPOND TO E-MAIL RE: MISSISSIPPI POWER (.2); TELECONFERENCE WITH D. YOUNG RE: GEORGIA POWER (.2); EMAIL TO D. YOUNG RE: GA POWER (.3). |
| KALOUDIS D | 03/29/06 | 1.10 | TELECONFERENCE WITH C. LEO RE: GEORGIA POWER (.4); TELECONFERENCE TO VOLUNTEER ENERGY RE: PREPETITION AMOUNTS (.2); TELECONFERENCE TO WALTON UTILITY COMPANY RE: PREPETITION AMOUNTS (.2); SEND EMAIL TO OXFORD UTILITY RE: PROPOSED STIPULATION (.3). |

**MATTER TOTAL**                      **23.40**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Vendor Matters                                                   Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 03/01/06 | 0.20 | REVIEW EMAIL FROM W. MCARDLE RE: WITHDRAWAL OF GOLDEN FLAKE APPLICATION (.1); REVIEW AND REVISE LETTER TO RUSSELL STOVER RE: DEMANDING RETURN OF CANDY (.1). |
| EICHEL S | 03/02/06 | 0.30 | REVIEW EMAILS FROM M. RICHARD RE: UPCOMING TELECONFERENCE RE: VENDOR ISSUES (.1); TELECONFERENCE WITH M. RICHARD RE: UPCOMING VENDOR TELECONFERENCE (.1); REVIEW EMAIL RE: GOLDEN FLAKE'S WITHDRAWAL OF ITS APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMIN CLAIM (.1). |
| EICHEL S | 03/04/06 | 0.20 | REVIEW EMAIL FROM J. LEAMY RE: SCUNCI CREDIT ISSUES (.1); DRAFT EMAIL TO B. KICHLER AND A. LIU RE: SCUNCI CREDIT ISSUES (.1). |
| EICHEL S | 03/06/06 | 0.50 | REVIEW EMAIL FROM A. LIU RE: RESOLUTION OF SCUNCI CLAIM (.1); REVIEW EMAIL FROM D. VALLAS RE: RESOLUTION OF SCUNCI CLAIM (.1); REVIEW EMAIL FROM R. DESHONG RE: RESOLVING ISSUE RE: CLAIMS OF SCUNCI (.1); DRAFT EMAIL TO E. GORDON RE: LIST OF VENDOR CLAIMS AGAINST WHICH COMPANY WILL ASSERT SETOFF RIGHT IN CONNECTION WITH UPCOMING OBJECTION TO CLAIMS (.1); DRAFT EMAIL TO SCUNCI'S COUNSEL RE: CONTACTING COMPANY TO RESOLVE SCUNCI'S OUTSTANDING ISSUES (.1). |
| LEAMY JM | 03/08/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: HEARING ON ALLIED PRINTING MOTION (.1). |
| EICHEL S | 03/09/06 | 0.70 | DRAFT EMAIL TO P. TREMBLAY RE: AMOUNT OF RUSSELL STOVER PRODUCT TO BE RETURNED (.1); DRAFT EMAIL TO M. COMMERFORD RE: GOLDEN FLAKE'S WITHDRAWAL (.1); STRATEGIZE RE: SETOFF ISSUES IN CONNECTION WITH OMNIBUS OBJECTION (.2); ANALYZE SETOFF ISSUES IN CONNECTION WITH OMNIBUS OBJECTION (.2); REVIEW EMAIL RE: RUSSELL STOVER PRODUCT TO BE RETURNED (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 03/09/06 | 0.30 | TELECONFERENCE WITH H. FOSTER RE: ALLIED PRINTING ORDER (.1); EMAIL PROPOSED ORDER TO H. FOSTER (.1); EMAIL D. BRYANT RE: ORDER AND PAYMENT TO ALLIED (.1). |
| EICHEL S | 03/15/06 | 0.20 | REVIEW EMAIL FROM A. LIU RE: RUSSELL STOVER DEMAND LETTER (.1); REVIEW EMAIL RE: SEABEV STIPULATION (.1). |
| EICHEL S | 03/16/06 | 0.20 | REVIEW AND REVISE DEMAND LETTER TO RUSSELL STOVER (.2). |
| EICHEL S | 03/17/06 | 0.10 | REVIEW EMAIL FROM B. KICHLER RE: REVISIONS TO SEABEV AGREEMENT (.1). |
| EICHEL S | 03/20/06 | 0.20 | REVIEW EMAIL FROM R. DAMORE RE: RUSSELL STOVER TELECONFERENCE (.1); DRAFT EMAIL TO R. DAMORE RE: RUSSELL STOVER TELECONFERENCE (.1). |
| EICHEL S | 03/25/06 | 0.40 | DRAFT EMAIL TO A. LIU RE: SCUNCI CHARGEBACK ISSUE (.1); REVIEW L. BARR'S EMAIL RE: PROPOSED REVISIONS TO STIPULATION WITH SOUTHEAST ATLANTIC BEVERAGE CO. ("SEABEV") (.1); REVIEW REVISED SEABEV STIPULATION (.2). |
| EICHEL S | 03/26/06 | 0.10 | DRAFT EMAIL TO L. BARR RE: COMMENTS TO SEABEV STIPULATION (.1). |

**MATTER TOTAL**                     <u>3.50</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 04/05/06
Fee Examiner                                                     Bill Number: 1102804

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 03/01/06 | 0.40 | REVIEW EMAILS FROM K. LAMAINA RE: FEE EXAMINER PROCESS (.4). |
| LAMAINA KA | 03/01/06 | 1.50 | PREPARE MEMORANDUM TO S. HENRY AND S. EICHEL ON FEE EXAMINER PROCEDURES TO INITIATE SMOOTH, COST BENEFIT PROCESS FOR ESTATES AND PROFESSIONALS (1.3); PREPARE LETTER TO L. COOPER ON JANUARY FEE STATEMENT AND MATERIALS ON SAME (.2). |
| EICHEL S | 03/06/06 | 0.20 | DRAFT EMAIL TO K. LAMAINA RE: CONTACTING STUART MAUE TO RECEIVE FORM OF REPORT FOR UPCOMING TELECONFERENCE WITH STUART MAUE (.1); REVIEW RESPONSE FROM K. LAMAINA RE: TELECONFERENCE WITH STUART MAUE (.1). |
| LAMAINA KA | 03/06/06 | 0.20 | TELECONFERENCE WITH MILBANK (M. COMERFORD) ON EXAMINER PROCEDURES (.2). |
| EICHEL S | 03/08/06 | 1.00 | REVIEW STUART MAUE DRAFT REPORT IN CONNECTION WITH UPCOMING TELEPHONE CONVERSATION RE: FORM OF FINAL REPORT (.4); STRATEGIZE RE: FEE APPLICATION AND STUART MAUE PROCESS (.4); TELECONFERENCE WITH B. COX RE: UPCOMING TELECONFERENCE WITH STUART MAUE AND FEE PROCESS (.2). |
| LAMAINA KA | 03/08/06 | 0.40 | CORRESPONDENCE WITH STUART MAUE AND OTHER INTERESTED PARTIES ON EXAMINER PROCESS (.4). |
| EICHEL S | 03/09/06 | 0.20 | TELECONFERENCE WITH M. COMERFORD, M. BARR AND K. LAMAINA RE: UPCOMING CONFERENCE WITH STUART MAUE (.2). |
| LAMAINA KA | 03/09/06 | 0.20 | TELECONFERENCE COMMITTEE RE: FEE EXAMINER PROCESS AND ADJOURNED TELECONFERENCE (.2). |
| EICHEL S | 03/10/06 | 0.80 | STRATEGIZE RE: FEE APPLICATION PROCESS (.8). |
| LAMAINA KA | 03/10/06 | 0.60 | PREPARE FOR FEE EXAMINER CALL BY REVIEWING PRECEDENT DOCUMENT FROM MILBANK ON RESPONSES (.6). |
| EICHEL S | 03/15/06 | 0.30 | DRAFT EMAIL TO S. HENRY RE: UPCOMING TELECONFERENCE RE: FEE EXAMINER PROCESS (.1); DRAFT EMAIL TO R. GRAY RE: STUART MAUE TELECONFERENCE (.1); REVIEW EMAIL FROM R. GRAY RE: STUART MAUE TELECONFERENCE RE: FEE ISSUES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 03/16/06 | 1.10 | PREPARE FOR TELECONFERENCE WITH FEE EXAMINER RE: FORM OF FEE EXAMINER REPORTS BY REVIEWING PRIOR REPORT AND RESPONSE IN ANOTHER CASE (.4); TELECONFERENCE WITH L. COOPER, J. LUCIA, E. ESCAMILLA, B. COX AND M. COMERFORD RE: FORM OF STUART MAUE REPORT AND FEE HEARING (.7). |
| HENRY S | 03/29/06 | 1.80 | CONFERENCE WITH S. EICHEL RE: RESPONDING TO S. MAUE REPORT (.1); REVIEW S. MAUE REPORTS (1.6); BEGIN OUTLINING RESPONSE RE: STUART MAUE REPORTS (.1). |
| EICHEL S | 03/29/06 | 0.10 | CONFERENCE WITH S. HENRY RE: STUART MAUE REPORT AND PROCEDURES TO RESPOND TO REPORT (.1). |
| GRAY RW | 03/31/06 | 0.80 | PRELIMINARY REVIEW OF FEE EXAMINER REPORTS (.8). |

**MATTER TOTAL**          <u>9.60</u>

**CLIENT TOTAL**         <u>1,578.60</u>