# EXHIBIT D-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(MARCH 1, 2006 - MARCH 31, 2006)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $5,501.78 |
| Long Distance Telephone | $332.20 |
| In-House Reproduction (@ $.10 per page) | $1,313.70 |
| Reproduction-color | $1.00 |
| Outside Reproduction | $3,818.94 |
| Filing/Court Fees | $30.00 |
| Out-Of-Town Travel | $-994.16 |
| Business Meals | $56.98 |
| Courier & Express Carriers (e.g., Federal Express) | $574.90 |
| Postage | $5.34 |
| **TOTAL** | **$10,640.68** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| **Winn-Dixie Stores, Inc. (DIP)** | | | **Bill Date: 04/05/06** |
|---|---|---|---|
| **Disbursements** | | | **Bill Number: 1102804** |

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/16/06 | Keller KM | -994.16 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$-994.16** |
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 21.60 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 7.80 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 151.30 |
| In-house Reproduction | 03/03/06 | Copy Center, D | 65.50 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 03/07/06 | Copy Center, D | 15.80 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 14.00 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 03/10/06 | Copy Center, D | 4.80 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 0.80 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 42.30 |
| In-house Reproduction | 03/14/06 | Copy Center, D | 50.40 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 12.10 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 1.70 |
| In-house Reproduction | 03/17/06 | Copy Center, D | 3.90 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 11.80 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 3.00 |
| In-house Reproduction | 03/21/06 | Copy Center, D | 1.40 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 187.70 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 261.70 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/24/06 | Copy Center, D | 2.10 |
| In-house Reproduction | 03/24/06 | Copy Center, D | 45.80 |
| In-house Reproduction | 03/28/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 03/28/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 10.70 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 226.70 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 47.50 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 109.20 |
| In-house Reproduction | 03/31/06 | Copy Center, D | 7.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,313.70** |
| Telephone Expense | 03/30/06 | Telecommunications, D | 8.71 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.35 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.50 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.84 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 12.63 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.37 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 4.39 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 11.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.98 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.82 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 10.97 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.97 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.82 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.38 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.61 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.68 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.59 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.78 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.28 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 9.01 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.78 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.21 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 15.05 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.81 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 5.29 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.24 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 3.27 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.62 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.13 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 6.94 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.40 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.51 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 27.74 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 4.97 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 9.66 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 7.45 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.47 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 2.67 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 4.97 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.97 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 1.74 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.53 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 03/31/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$191.92** |
| Postage | 03/02/06 | Office Admin, D | 1.89 |
| Postage | 03/09/06 | Office Admin, D | 0.39 |
| Postage | 03/10/06 | Office Admin, D | 0.39 |
| Postage | 03/10/06 | Office Admin, D | 0.39 |
| Postage | 03/13/06 | Office Admin, D | 0.39 |
| Postage | 03/17/06 | Office Admin, D | 0.63 |
| Postage | 03/27/06 | Office Admin, D | 1.26 |
| | | **TOTAL POSTAGE** | **$5.34** |
| Non-standard/Outside Reproduction | 03/16/06 | RLS Legal Solutions LLC | 1,275.14 |
| Non-standard/Outside Reproduction | 03/20/06 | Ikon Office Solutions | 1,184.50 |
| Non-standard/Outside Reproduction | 03/21/06 | World Copy Inc. | 384.77 |
| Non-standard/Outside Reproduction | 03/27/06 | World Copy Inc. | 16.97 |
| Non-standard/Outside Reproduction | 03/29/06 | World Copy Inc. | 892.84 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Non-standard/Outside Reproduction | 03/31/06 | RLS Legal Solutions LLC | 64.72 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$3,818.94** |
| Lexis/Nexis | 03/01/06 | Sambur K | 455.79 |
| Lexis/Nexis | 03/03/06 | Sambur K | 10.57 |
| Lexis/Nexis | 03/24/06 | Sambur K | 10.57 |
| Lexis/Nexis | 03/24/06 | Henry S | 191.83 |
| Lexis/Nexis | 03/27/06 | Sambur K | 445.00 |
| Lexis/Nexis | 03/28/06 | Sambur K | 127.20 |
| Lexis/Nexis | 03/29/06 | Sambur K | 78.25 |
| Lexis/Nexis | 03/30/06 | Sambur K | 240.00 |
| Lexis/Nexis | 03/31/06 | Sambur K | 47.96 |
| | | **TOTAL LEXIS/NEXIS** | **$1,607.17** |
| Westlaw | 03/03/06 | Margolis A | 359.83 |
| Westlaw | 03/05/06 | Leamy JM | 149.95 |
| Westlaw | 03/06/06 | Leamy JM | 38.91 |
| Westlaw | 03/06/06 | Turetsky DM | 135.74 |
| Westlaw | 03/07/06 | Hart Jr. DJ | 12.06 |
| Westlaw | 03/08/06 | Turetsky DM | 172.81 |
| Westlaw | 03/08/06 | Turetsky DM | 4.34 |
| Westlaw | 03/09/06 | Leamy JM | 23.53 |
| Westlaw | 03/09/06 | Turetsky DM | 294.03 |
| Westlaw | 03/14/06 | Hart Jr. DJ | 9.05 |
| Westlaw | 03/14/06 | Turetsky DM | 196.57 |
| Westlaw | 03/15/06 | Brown SS | 17.73 |
| Westlaw | 03/15/06 | Hart Jr. DJ | 16.08 |
| Westlaw | 03/15/06 | Leamy JM | 40.37 |
| Westlaw | 03/16/06 | Kwiatkowski CT | 739.60 |
| Westlaw | 03/16/06 | Hart Jr. DJ | 28.14 |
| Westlaw | 03/16/06 | Leamy JM | 128.98 |
| Westlaw | 03/17/06 | Kwiatkowski CT | 317.06 |
| Westlaw | 03/20/06 | Leamy JM | 107.19 |
| Westlaw | 03/21/06 | Turetsky DM | 446.79 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 03/24/06 | Turetsky DM | 307.99 |
| Westlaw | 03/27/06 | Eichel S | 26.16 |
| Westlaw | 03/27/06 | Turetsky DM | 24.07 |
| Westlaw | 03/28/06 | LaMaina KA | 82.94 |
| Westlaw | 03/29/06 | Turetsky DM | 186.51 |
| | | **TOTAL WESTLAW** | **$3,866.43** |
| Reproduction - color | 03/03/06 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 11.90 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 16.15 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 18.52 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 6.49 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 8.35 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 23.72 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 17.30 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 0.22 |
| Vendor Hosted Teleconferencing | 03/31/06 | Teleconferencing Services, LLC | 37.63 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$140.28** |
| Filing/Court Fees | 03/01/06 | U.S. District Court of Southern Indiana | 30.00 |
| | | **TOTAL FILING/COURT FEES** | **$30.00** |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 6.17 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 10.14 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 10.14 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 9.06 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 6.17 |
| Messengers/ Courier | 03/01/06 | Dist Serv/Mail/Page, D | 6.17 |
| Messengers/ Courier | 03/02/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/02/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/02/06 | Dist Serv/Mail/Page, D | 9.06 |
| Messengers/ Courier | 03/10/06 | Dist Serv/Mail/Page, D | 28.79 |
| Messengers/ Courier | 03/10/06 | Dist Serv/Mail/Page, D | 35.76 |
| Messengers/ Courier | 03/10/06 | Dist Serv/Mail/Page, D | 28.79 |
| Messengers/ Courier | 03/13/06 | Dist Serv/Mail/Page, D | 54.08 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 18.96 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 28.79 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 15.24 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 15.24 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 15.24 |
| Messengers/ Courier | 03/18/06 | Dist Serv/Mail/Page, D | 22.64 |
| Messengers/ Courier | 03/22/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 03/24/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 03/24/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 03/27/06 | Dist Serv/Mail/Page, D | 16.76 |
| Messengers/ Courier | 03/28/06 | Dist Serv/Mail/Page, D | 20.08 |
| Messengers/ Courier | 03/28/06 | Dist Serv/Mail/Page, D | 8.32 |
| Messengers/ Courier | 03/28/06 | Dist Serv/Mail/Page, D | 22.18 |
| Messengers/ Courier | 03/30/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 03/31/06 | Roadrunner Couriers,Inc | 24.25 |
| Messengers/ Courier | 03/31/06 | Roadrunner Couriers,Inc | 24.25 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 6.22 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 10.23 |
| Messengers/ Courier | 03/31/06 | Dist Serv/Mail/Page, D | 10.23 |
| | | **TOTAL MESSENGERS/ COURIER** | **$574.90** |
| Out-of-Town Meals | 02/08/06 | Keller KM | 12.17 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$12.17** |
| Contracted Catering-NY | 03/08/06 | Baker DJ | 20.37 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Contracted Catering-NY | 03/08/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 03/27/06 | Baker DJ | 12.22 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$44.81** |
| CLR/Disclosure | 03/31/06 | Global Securities | 28.18 |
| | | **TOTAL CLR/DISCLOSURE** | **$28.18** |
| | | **TOTAL MATTER** | **$10,640.68** |
| | | **TOTAL CLIENT** | **$10,640.68** |